# U.S. Bankruptcy Court
## Eastern District of Michigan (Detroit)
### Bankruptcy Petition #: 13−53846−tjt

*Date filed:* 07/18/2013
*Plan confirmed:* 11/12/2014
*Deadline for filing claims:* 02/21/2014

*Assigned to:* Judge Thomas J. Tucker
Chapter 9
Voluntary
No asset

*Debtor In Possession*
**City of Detroit, Michigan**
2 Woodward Avenue
Suite 1126
Detroit, MI 48226
WAYNE−MI
Tax ID / EIN: 38−6004606

represented by **Bruce Bennett**
555 S. Flower Street
50th Floor
Los Angeles, CA 90071
(213) 489−3939
Email: bbennett@jonesday.com

**Eric D. Carlson**
150 West Jefferson
Suite 2500
Detroit, MI 48226
313−496−7567
Email: carlson@millercanfield.com

**Mary Beth Cobbs**
2 Woodward Avenue
Suite 500
Detroit, MI 48226
313−237−3075
Fax : 313−224−5505
Email: cobbm@detroitmi.gov

**Tamar Dolcourt**
500 Woodward Ave.
Suite 2700
Detroit, MI 48226
313−234−7161
Email: tdolcourt@foley.com

**Timothy A. Fusco**
150 West Jefferson
Suite 2500
Detroit, MI 48226−4415
(313) 496−8435
Email: fusco@millercanfield.com

**Eric B. Gaabo**
2 Woodward Avenue
Ste. 500
Detroit, MI 48226
313−237−3052
Email: gaabe@detroitmi.gov

**Jonathan S. Green**
150 W. Jefferson

Ste. 2500
Detroit, MI 48226
(313) 963−6420
Email: green@millercanfield.com

**David Gilbert Heiman**
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586−7175
Email: dgheiman@jonesday.com

**Robert S. Hertzberg**
4000 Town Center
Suite 1800
Southfield, MI 48075−1505
248−359−7300
Fax : 248−359−7700
Email: hertzbergr@pepperlaw.com

**Kelly Houk**
400 Renaissance Center
Detroit, MI 48243
313−568−6530
Email: khouk@dykema.com
*TERMINATED: 08/23/2017*

**Jeffrey S. Kopp**
Foley & Lardner LLP
500 Woodward Avenue
Suite 2700
Detroit, MI 48226
(313) 234−7100
Fax : (313) 234−2800
Email: jkopp@foley.com

**Deborah Kovsky−Apap**
Pepper Hamilton LLP
4000 Town Center
Suite 1800
Southfield, MI 48075
(248) 359−7300
Fax : (248) 359−7700
Email: kovskyd@pepperlaw.com

**Kay Standridge Kress**
4000 Town Center
Southfield, MI 48075−1505
(248) 359−7300
Fax : (248) 359−7700
Email: kressk@pepperlaw.com

**Stephen S. LaPlante**
150 W. Jefferson Ave.
Suite 2500
Detroit, MI 48226
(313) 496−8478
Email: laplante@millercanfield.com

**Heather Lennox**
222 East 41st Street
New York, NY 10017
212−326−3939
Email: hlennox@jonesday.com

**John D. Mulvihill**
20 W. Washington
Suite 2
Clarkston, MI 48346
(248) 625−3131
Email: jdmassistant@sbcglobal.net

**Scott Eric Ratner**
One Penn Plaza
Suite 3335
New York, NY 10119
212−594−5000
Email: dperson@teamtogut.com

**John A. Simon**
500 Woodward Avenue
Suite 2700
Detroit, MI 48226
(313) 234−7100
Email: jsimon@foley.com

**Ronald A. Spinner**
150 West Jefferson
Suite 2500
Detroit, MI 48226
(313) 496−7829
Email: spinner@millercanfield.com

**Marc N. Swanson**
Miller Canfield Paddock and Stone, P.L.C
150 W. Jefferson
Suite 2500
Detroit, MI 48226
(313) 496−7591
Email: swansonm@millercanfield.com

**Albert Togut**
One Penn Plaza
Suite 3335
New York, NY 10119
212−594−5000
Email: dperson@teamtogut.com

**John H. Willems**
150 W. Jefferson
Suite 2500
Detroit, MI 48226
313−496−7544
Email: willems@millercanfield.com

**Stanley L. de Jongh**
Two Woodward Ave., 5th Floor
Suite 500
Detroit, MI 48226
313−237−5031
Fax : 313−224−5505
Email: jongsl@detroitmi.gov

*U.S. Trustee*                    represented by **Sean M. Cowley (UST)**
**Daniel M. McDermott**                    United States Trustee
                                    211 West Fort Street

Suite 700
Detroit, MI 48226
(313) 226−3432
Email: Sean.cowley@usdoj.gov

**Richard A. Roble (UST)**
United States Trustee
211 West Fort Street
Suite 700
Detroit, MI 48226
(313) 226−6769
Email: Richard.A.Roble@usdoj.gov

*Creditor Committee*          represented by   **Brett Howard Miller**
**Committee of Unsecured**                     1290 Avenue of the Americas
**Creditors**                                  40th Floor
*TERMINATED: 03/03/2014*                        New York, NY 10104
                                               (212) 468−8051
                                               Email: bmiller@mofo.com,whildbold@mofo.com
                                               *TERMINATED: 03/03/2014*

                                               **Geoffrey T. Pavlic**
                                               AF Group
                                               200 N. Grand River Ave.
                                               Lansing, MI 48933
                                               (517) 708−5146
                                               Fax : (248) 352−4488
                                               Email: Geoffrey.Pavlic@afgroup.com
                                               *SELF− TERMINATED: 11/19/2014*

                                               **Mark H. Shapiro**
                                               25925 Telegraph Rd.
                                               Suite 203
                                               Southfield, MI 48033−2518
                                               (248) 352−4700
                                               Fax : (248) 352−4488
                                               Email: shapiro@steinbergshapiro.com
                                               *TERMINATED: 03/03/2014*

*Creditor Committee*
**Charlene Hearn**
PO Box 6612
Detroit, MI 48206

*Creditor Committee*
**Craig Steele**

*Retiree Committee*          represented by   **Sam J. Alberts**
**Official Committee of Retirees**             1301 K Street, NW
                                               Suite 600, East Tower
                                               Washington, DC 20005−3364
                                               (202) 408−7004
                                               Email: sam.alberts@dentons.com
                                               *SELF− TERMINATED: 03/13/2015*

                                               **Paula A. Hall**
                                               401 S. Old Woodward Ave.
                                               Suite 400
                                               Birmingham, MI 48009
                                               (248) 971−1800
                                               Email: hall@bwst−law.com

**Claude D. Montgomery**
620 Fifth Avenue
New York, NY 10020
(212) 632−8390
Email: claude.montgomery@dentons.com,docketny@dentons.com

**Carole Neville**
1221 Avenue of the Americas
25th Floor
New York, NY 10020
(212) 768−6889
Email: carole.neville@dentons.com

**Matthew Wilkins**
401 S. Old Woodward Ave.
Suite 400
Birmingham, MI 48009
(248) 971−1800
Email: wilkins@bwst-law.com

| Filing Date | # | Docket Text |
|---|---|---|
| 04/18/2018 | 12764 | Objection to Claim Number of Claimant Debtors Fifty−Seventh Omnibus Objection to Certain Claims (No Valid Basis for any Liability of the City). Filed by Debtor In Possession City of Detroit, Michigan (Swanson, Marc) Hearing scheduled 5/23/2018 at 01:30 PM at Courtroom 1925. Response due by 5/16/2018. (Entered: 04/18/2018) |
| 04/18/2018 | 12769 | Objection to Claim Number of Claimant Debtors Sixty−Second Objection to Certain Claims (No Valid Basis for any Liability of the City). Filed by Debtor In Possession City of Detroit, Michigan (Swanson, Marc) Hearing scheduled 5/23/2018 at 01:30 PM at Courtroom 1925. Response due by 5/16/2018. (Entered: 04/18/2018) |
| 05/16/2018 | 12791 | Edith Woodberry's Response To Debtor's Fifty−Sixth Omnibus Objection To Certain Claims (related document(s): 12763 Objection to Claim Number of Claimant Debtors Fifty−Sixth Omnibus Objection to Certain Claims (No Valid Basis for any Liability of the City). ) Filed by Creditor Edith Woodberry (ckata) (Entered: 05/16/2018) |
| 05/18/2018 | 12805 | Omnibus Reply to (related document(s): 12791 Response filed by Creditor Edith Woodberry, 12794 Response filed by Creditor Garfield Woodberry, Creditor Lavan Woodberry, Creditor Happy Woodberry, Creditor Phebe Lee Woodberry, Creditor Penny Mabin, Creditor LaJeff Woodberry, Creditor Cranston Woodberry, Creditor Cavel Woodberry) Filed by Debtor In Possession City of Detroit, Michigan (Swanson, Marc) (Entered: 05/18/2018) |
| 05/23/2018 | 12818 | Order Setting Deadline by Which the Woodberry and Mabin Claimants Must Take Certain Actions, Regarding their Claims, and Requiring the City of Detroit to Serve a Copy of this Order on all Such Claimants (RE: related document(s)12763 Objection to Claim with response date and Notice of Hearing filed by Debtor In Possession City of Detroit, Michigan, 12769 Objection to Claim with response date and Notice of Hearing filed by Debtor In Possession City of Detroit, Michigan). (AGS) (Entered: 05/24/2018) |
| 05/25/2018 | 12825 | Certificate of Service *re: Order Setting Deadline by Which the Woodberry and Mabin Claimants Must Take Certain Actions, Regarding their Claims, and Requiring the City of Detroit to Serve a* |

| | | | |
|---|---|---|---|
| | | | *Copy of this Order on all Such Claimants* (RE: related document(s)12818 Order (Generic)). (Nguyen, Angela) (Entered: 05/25/2018) |
| 06/19/2018 | | 12838 | Notice of Deficient Pleading: Original Signature Missing , and Proof of Service is Non−12837 Compliant. (RE: related document(s)12837 Response filed by Creditor Edith Woodberry) Original Signature Missing or Non−Compliant Due on 6/26/2018. Proof of Service Due on 6/26/2018. (ckata) (Entered: 06/19/2018) |
| 06/27/2018 | | 12844 | Order of the Court to Strike: This pleading is stricken from the record because of failure to comply with deficiency notice (related documents Response). So Ordered by /s/ Judge Thomas J. Tucker.(RE: related document(s)12837 Response filed by Creditor Edith Woodberry) (Vozniak, Mary)<br><br>*This Notice of Electronic Filing is the Official ORDER for this entry. No ORDER is attached.*<br><br>(Entered: 06/27/2018) |
| 07/02/2018 | | 12845 | "Corrected" [12837−Edith Woodberry Pro Per (2846)Response To Order Setting Deadline By Which The Woodberry And Mabin Claimants Must Take Certain Actions Regarding Their Claims, And Requiring The City Of Detroit To Serve A Copy Of This Order On All Such Claimants (related document(s): 12818 Order (Generic)) Filed by Creditor Edith Woodberry (ckata) (Entered: 07/02/2018) |
| 07/05/2018 | | 12848 | Certificate of Service Filed by Creditor Edith Woodberry (RE: related document(s)12845 Response). (ckata) (Entered: 07/05/2018) |
| 07/11/2018 | | 12850 | Order Denying Motion For Reconsideration Filed By Edith Woodberry (Docket #12845)(RE: related document(s)12845 Response filed by Creditor Edith Woodberry). (ckata) (Entered: 07/11/2018) |
| 07/11/2018 | | 12851 | Affidavit Re: *Affidavit of Marc N. Swanson Regarding Order Setting Deadline By Which the Woodberry and Mabin Claimants Must Take Certain Actions, Regarding Their Claims, and Requiring the City Of Detroit to Serve a Copy of This Order on All Such Claimants* Filed by Debtor In Possession City of Detroit, Michigan (RE: related document(s)12818 Order (Generic)). (Swanson, Marc) (Entered: 07/11/2018) |
| 07/12/2018 | | 12853 | Order Expunging And Disallowing Claim Number 2846 Of Edith Woodberry, Claim Number 2883 Of La Jeff Woodberry And Claim Number 3006 Of Garfield Woodberry (RE: related document(s)12851 Affidavit filed by Debtor In Possession City of Detroit, Michigan). (ckata) (Entered: 07/12/2018) |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

|  |  |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## DEBTOR'S FIFTY-SEVENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

### (No Valid Basis for any Liability of the City)

> **THIS OBJECTION SEEKS TO MODIFY, DISALLOW AND/OR EXPUNGE CERTAIN FILED PROOFS OF CLAIM. CLAIMANTS RECEIVING THIS OBJECTION SHOULD CAREFULLY REVIEW THIS OBJECTION AND LOCATE THEIR NAMES AND CLAIMS ON THE EXHIBIT ATTACHED TO THIS OBJECTION.**

The Debtor, the City of Detroit ("City"), by and through its undersigned counsel, files this objection ("Objection") requesting that the Court enter an order, substantially in the form attached as Exhibit 1, disallowing and expunging each of the claims identified on Exhibit 2 because each such claim does not identify a valid basis for any liability of the City. In support of this Objection, the City respectfully states as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this Objection pursuant to 28 U.S.C. §§ 157 and 1334 and Article VII, Section A of the Plan (defined below). This is a

- 1 -

core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## **BACKGROUND FACTS**

2.      On July 18, 2013 ("Petition Date"), the City filed a petition for relief in this Court, thereby commencing the largest Chapter 9 bankruptcy case in history.

3.      On November 12, 2013, the City filed its *Motion of Debtor Pursuant to Sections 105 and 502 of the Bankruptcy Code, for Entry of an Order Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition Claims* [Doc. No. 1665] ("ADR Procedures Motion"). On December 24, 2013, this Court entered an order approving the ADR Procedures Motion [Doc. No. 2302] ("ADR Order").

4.      The Alternative Dispute Resolution Procedures ("ADR Procedures") attached as Annex 1 to the ADR Order permitted the City to serve on claimants a

> notice that the Stay/Injunction is lifted to permit the underlying claim to be liquidated in a non-bankruptcy forum consistent with the terms, conditions and limitations of Section II.E. below (a "Stay Modification Notice"). In that event, immediately upon the filing of the Stay Modification Notice, the Stay/Injunction shall be deemed modified with respect to the applicable Initial Designated Claim solely to permit the liquidation of the claim in a non-bankruptcy forum…

ADR Procedures, Section I.B, p. 4.

- 2 -

31282621.1\022765-00213

13-53846-tjt   Doc 12890-6   Filed 09/06/18   Entered 09/06/18 09:52   Page 8 of 25
13-53846-tjt   Doc 12784   Filed 04/18/18   Entered 04/18/18 12:34:50   Page 2 of 25
198
8

5.    Paragraph 10 of the ADR Order states

If the Stay/Injunction is modified as a result of a Stay
Modification Notice, the liquidation of each applicable
Initial Designated Claim shall proceed in [. . .] such other
non-bankruptcy forum selected by the Designated
Claimant . . . .

6.    Each Stay Modification Notice emphasized:

Note that, if you do not promptly proceed with the
prosecution of the Claim(s) in the applicable non-
bankruptcy forum, the City reserves its right to seek
appropriate relief from the non-bankruptcy forum or the
Bankruptcy Court, including, without limitation, the
disallowance and expungement of the Claim(s).

*E.g.*, Stay Modification Notice, Doc. No. 9716, p. 4.

7.    The ADR Procedures contain a procedure for their enforcement:

If a Designated Claimant fails to comply with the ADR
Procedures, negotiate in good faith or cooperate with the
City as may be necessary to effectuate the ADR
Procedures, the Bankruptcy Court may, after notice and a
hearing, find such conduct to be in violation of the ADR
Order or an abandonment of or failure to prosecute the
Designated Claim, or both.  Upon such findings, the
Bankruptcy Court may, among other things, disallow and
expunge the Designated Claim, in whole or part, or grant
such other or further remedy deemed just and appropriate
under the circumstances, including, without limitation,
awarding attorneys' fees, other fees and costs to the City.

ADR Procedures, Section II.G.

8.    On November 21, 2013, this Court issued its *Order, Pursuant to*

*Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002*

*and 3003(c), Establishing Bar Dates for Filing Proofs of Claim and Approving*

- 3 -

*Form and Manner of Notice Thereof* [Doc. No. 1782] ("<u>Bar Date Order</u>"), establishing deadlines to file certain proofs of claim in this case. The Bar Date Order set the deadline to file proofs of claim as February 21, 2014 at 4:00 p.m., Eastern Time.

9.    On July 9, 2014, this Court entered its *Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 3007 Approving Claim Objection Procedures* [Doc. No. 5872] ("<u>Claims Procedures Order</u>"), allowing the City to file omnibus objections with respect to claims that do not identify a valid basis for any liability of the City. Claim Procedures Order at 2.

10.   On October 22, 2014, the City filed the *Eighth Amended Plan of the Adjustment of Debts of the City of Detroit (October 22, 2014)* [Doc. No. 8045] ("<u>Plan</u>"). The Plan provides that the City will continue using the ADR Procedures to resolve claims after the Effective Date. Plan, Art. VI.A.2, page 68. The Court retained jurisdiction to allow or disallow claims and to enforce orders it had previously entered. Plan, Art. VII. A, O, pages 69-70

11.   On November 12, 2014, this Court entered an Order confirming the Plan [Doc. No. 8272] ("<u>Confirmation Order</u>").

12.   The Plan became effective on December 10, 2014 ("<u>Effective Date</u>").

# RELIEF REQUESTED

13.     The City files this Objection pursuant to the Bar Date Order, Section

502(b) of the Bankruptcy Code,[1] Rule 3007(c) of the Federal Rules of Bankruptcy

Procedures ("Bankruptcy Rules"), and the Claims Procedures Order, seeking entry

of an order disallowing and expunging each of the claims identified on Exhibit 2

because each claimant has violated ADR Order.  Under the ADR Order, each claim

should be disallowed and expunged because each claimant has abandoned and

failed to prosecute his or her respective claim.

14.     The City filed a Stay Modification Notice against each claimant no

less than eight months ago.  Once a claimant has been served with a Stay

Modification Notice, the ADR Order mandates that the claimant must proceed to

liquidate his or her claim.   ADR Order, ¶ 10 (noting that liquidation "shall

proceed").  None of the claimants took the necessary steps to liquidate the claim.

After more than eight months (and, in many instances, years) of inaction, the

claimants "[have] fail[ed] to comply with the ADR Procedures, negotiate in good

faith or cooperate with the City as may be necessary to effectuate the ADR

Procedures . . . ." ADR Procedures, Section II.G.  As such, the Court "may, among

other things, disallow and expunge the [Claimants'] Claim[s] . . . . or grant such

---

[1] Section 502 of the Bankruptcy Code applies to Chapter 9 proceedings pursuant to
Section 901(a) of the Bankruptcy Code.

other or further remedy deemed just and appropriate under the circumstances, including, without limitation, awarding attorneys' fees, other fees and costs to the City." *Id.*

15. The Stay Modification Notices expressly warned claimants that failure to prosecute their Claims could result in disallowance and expungement of the Claims. *E.g.*, Stay Modification Notice, Doc. No. 9716, p. 4. The City thus objects to each claim and ask the Court asks the Court to disallow and expunge each claim pursuant to Section II.G. of the ADR Procedures.

16. To the extent the Court does not expunge one or more of the claims identified on Exhibit 2 on that basis, the City reserves all of its rights to object, on the merits and on any other basis, including without limitation, failure to comply with any applicable statute of limitations, to any of the claims identified on Exhibit 2.

## **BASIS FOR RELIEF REQUESTED**

17. The City has reviewed the claims identified on Exhibit 2 and submits that in each case the claim does not identify a valid basis for any liability under the ADR Order.

18. The Declaration of Charles Raimi, Deputy Corporation Counsel, ("Declaration") explains the process undertaken by the City and confirms that the

- 6 -

31282621.1\022765-00213
13-53846-tjt   Doc 12804-6   Filed 04/10/18   Entered 04/10/18 12:58:50   Page 12 of 23
13-53846-tjt   Doc 12802-6   Filed 04/06/18   Entered 04/06/18 09:58:50   Page 12 of 23
198
12

claims identified on Exhibit 2 do not identify a valid basis for any liability of the City. *See* Exhibit 3, *Declaration*.

19.     The Claims Procedures Order and Bankruptcy Rule 3007(c) allow the City to file this Objection as an omnibus objection. Specifically, Bankruptcy Rule 3007(c) authorizes the Court to allow for omnibus objections beyond those circumstances itemized in Bankruptcy Rule 3007(d), and the Claims Procedures Order expressly permits the City to file omnibus objections with respect to claims that do not identify a valid basis for any liability of the City. Claims Procedures Order at 2.

20.     This Court has the authority to enter an order approving this Objection. Moreover, the streamlined process afforded by an omnibus objection (in lieu of individual objections to each of the claims identified on Exhibit 2) will result in material costs savings that will inure to the benefit of the City. Accordingly, the City believes that the relief sought by this Objection is in the best interests of the City and its creditors.

21.     Based upon the foregoing, the City seeks entry of an order, substantially in the form annexed as Exhibit 1, expunging and disallowing each of the claims identified on Exhibit 2. Accordingly, pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007(c), the Court should grant the relief requested.

## SEPARATE CONTESTED MATTERS

22.     To the extent that a response is filed regarding any claim listed in this Objection and the City is unable to resolve the response, each one of those claims, and the objection by the City to each one of those claims asserted, should constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  Any order entered by the Court regarding an objection asserted in this Objection should be deemed a separate order with respect to each such claim and, to the extent necessary under Bankruptcy Rules 7054 and 9014, should constitute a final judgment with respect to such claim, and the Court should expressly determine that there is no just reason for delay of the entry of the final judgment with respect to such claim.

23.     The City files this Objection without prejudice to or waiver of its rights pursuant to section 904 of the Bankruptcy Code, and nothing herein is intended to, shall constitute or shall be deemed to constitute the City's consent, pursuant to section 904 of the Bankruptcy Code, to this Court's interference with (a) any of the political or governmental powers of the City, (b) any of the property or revenues of the City or (c) the City's use or enjoyment of any income-producing property.

31282621.1\022765-00213

## NOTICE

24.     The City has provided notice of this Objection to each of the claimants identified on Exhibit 2 at the address set forth by each of the claimants on its respective proof of claim, and all other parties who have requested notice pursuant to Bankruptcy Rule 2002.  Given the nature of the relief requested, the City respectfully submits that no other or further notice of this Objection need be given.

WHEREFORE, the City respectfully requests that this Court enter an order, substantially in the form attached as Exhibit 1, granting the relief requested herein and granting the City such other and further relief as the Court may deem just and proper.

31282621.1\022765-00213

Dated: April 18, 2018

Respectfully submitted,

By: /s/ Marc N. Swanson
    Jonathan S. Green (P33140)
    Marc N. Swanson (P71149)
    MILLER, CANFIELD, PADDOCK AND
    STONE, P.L.C.
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 963-6420
    Facsimile: (313) 496-8451
    green@millercanfield.com
    swansonm@millercanfield.com

        and

    Charles N. Raimi (P29746)
    Deputy Corporation Counsel
    City of Detroit Law Department
    2 Woodward Avenue, Suite 500
    Coleman A. Young Municipal Center
    Detroit, Michigan  48226
    Telephone: (313)-237-0470
    Facsimile: (313) 224-5505
    raimic@detroitmi.gov

ATTORNEYS FOR THE CITY OF DETROIT

- 10 -

31282621.1\022765-00213

13-53846-tjt    Doc 12890-6  Filed 09/06/18  Entered 09/06/18 08:59:50  Page 16 of 25
13-53846-tjt    Doc 12784   Filed 04/18/18  Entered 04/18/18 12:34:54  Page 16 of 25
198    16

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## NOTICE OF DEBTOR'S FIFTY-SEVENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

**(No Valid Basis for any Liability of the City)**

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIMS(S).**

**PLEASE TAKE NOTICE THAT** the City of Detroit ("City") has filed an objection to your claim because it does not identify a valid basis for any liability of the City ("Fifty-Seventh Omnibus Objection") and, therefore, your claim should be disallowed and expunged.

**YOUR CLAIM MAY BE REDUCED, MODIFIED OR ELIMINATED PURSUANT TO FED. R. BANKR. P. 3007(e)(1) AND PRIOR ORDERS OF THIS COURT. YOU SHOULD CAREFULLY REVIEW EXHIBIT 2 OF THE FIFTY-SEVENTH OMNIBUS OBJECTION TO FIND YOUR NAME AND CLAIM. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE.**

If you do not want the Court to eliminate or change your claim, or grant the relief requested in the Fifty-Seventh Omnibus Objection, then on or before **May 16, 2018**, you or your lawyer must:

1. File with the Court, at the address below, a written response to the objection. Unless a written response is filed and served by the date stated above, the Court may decide that you do not oppose the objection to your claim.

Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI 48226

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

2.      A copy of your response must also be mailed to counsel for the City:

Marc N. Swanson
Miller, Canfield, Paddock and Stone, PLC
150 West Jefferson, Suite 2500
Detroit, MI 48226

3.      You must also attend the hearing on the objection scheduled to be held on **May 23, 2018, at 1:30 p.m. in Courtroom 1925, 211 W. Fort Street, Detroit, MI 48226** unless your attendance is excused by mutual agreement between yourself and the objector's attorney.

**If you or your attorney does not take these steps, the Court may decide that you do not oppose the objection to your claim, in which event the hearing will be cancelled and the objection sustained.**

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Marc N. Swanson
       Marc N. Swanson (P71149)
       150 West Jefferson, Suite 2500
       Detroit, Michigan 48226
       Telephone: (313) 963-6420
       Facsimile: (313) 496-8451
       swansonm@millercanfield.com

Dated: April 18, 2018

31282621.1\022765-00213

13-53846-tjt    Doc 12890-6    Filed 09/06/18    Entered 09/06/18 08:58:50    Page 18 of 28
13-53846-tjt    Doc 12784    Filed 04/18/18    Entered 04/18/18 12:34:54    Page 18 of 25
198    18

# EXHIBIT 1: PROPOSED ORDER

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## <u>ORDER SUSTAINING DEBTOR'S FIFTY-SEVENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS</u>

### (No Valid Basis for any Liability of the City)

Upon review of the Fifty-Seventh objection to claims (the "<u>Objection</u>"),[1] of the Debtor, City of Detroit, Michigan (the "<u>City</u>"), seeking entry of an order disallowing and expunging each of the claims listed on <u>Exhibit 2</u> to the Objection; and it appearing that this Court has jurisdiction over the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and Article VII of the Plan; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Objection in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Objection is in the best interests of the City, and its creditors; and due and proper notice of the Objection having been given as provided in the Objection; and it appearing that no other or further notice of the Objection need be

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

given; and a hearing on the Objection having been held before the Court; and any objections or other responses to the Objection having been overruled or withdrawn; and the Court finding that the legal and factual bases set forth in the Objection and at the hearing establish just cause for the relief granted; and after due deliberation and good and sufficient cause appearing therefore;

IT IS ORDERED that:

1.      The Objection is sustained.

2.      Each of the proofs of claim listed on <u>Exhibit 2</u> annexed to the Objection is hereby disallowed and expunged in its entirety, pursuant to Section 502(b) of the Bankruptcy Code.

3.      The City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

4.      The City is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

5.      Each claim and the objections by the City to each claim as addressed in the Objection and set forth on <u>Exhibit 2</u> constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.   This Order shall be deemed and constitute a separate order with respect to each such claim and, to the extent necessary under Bankruptcy Rules 7054 and 9014, constitutes a final judgment with respect to such claim, and the Court expressly determines that there is no just

31282621.1\022765-00213

13-53846-tjt    Doc 12890-6  Filed 09/06/18   Entered 09/06/18 08:58:50   Page 21 of 25
13-53846-tjt    Doc 12884-6  Filed 04/13/18   Entered 04/13/18 12:34:54   Page 25 of 28
198                                                                                21

reason for delay of the entry of the final judgment with respect to such claim. Any stay of this Order shall apply only to the contested matter that involves such creditor and for which such stay has been granted or may be in effect, and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered hereby, and further provided that the City shall have the right, but not the need, to submit a separate order with respect to contested matters or claims.

6.      The City retains all of its rights to object, on the merits or any other basis, to any of the Claims identified on <u>Exhibit 2</u>.

7.      Notice of the Objection as provided therein is good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a) and the local rules of the Court are satisfied by such notice.

8.      Nothing in this Order is intended to, shall constitute or shall be deemed to constitute the City's consent, pursuant to section 904 of the Bankruptcy Code, to this Court's interference with (a) any of the political or governmental powers of the City, (b) any of the property or revenues of the City or (c) the City's use or enjoyment of any income-producing property.

# EXHIBIT 2: CLAIMS

31282621.1\022765-00213

13-53846-tjt   Doc 12890-6 Filed 09/06/18 Entered 09/06/18 08:58:50 Page 23 of 25
13-53846-tjt   Doc 12884 Filed 04/18/18 Entered 04/18/18 12:34:54 Page 1 of 25

198

23

**The grounds for objection to each claim listed below is that it contains no valid basis for any liability of the City pursuant to the ADR Order. The claimant has failed to prosecute its claim and abandoned its claim. Each of the pages in the omnibus objection is pertinent to the stated grounds for objection.**

| Claim Number | Name | Claim Amount | Nature | Stay Modification Notice Doc. No. |
|---|---|---|---|---|
| 1332 | Jefferson Chevrolet Company | Unliquidated | Secured | 12113 |
| 2169 | Jerry Harris | $400,000.00 | General Unsecured | 9015 |
| 673 | Jiddou, Firas | $202,755.00 | General Unsecured | 8548 |
| 2114 | Joann Ledbetter | $500,000.00 | General Unsecured | 8594 |
| 2546 | John Woody | $125,473.00 | General Unsecured | 12198 |
| 2196 | Kevin Rollins | $150,000.00 | General Unsecured | 8068 |
| 1580 | King, Quentin | $120,000.00 | General Unsecured | 8358 |
| 1644 | Knight, Roosevelt | $90,000.00 | General Unsecured | 12151 |
| 2370 | Kyva Garrison | $6,335.00 | General Unsecured | 12192 |
| 3230 | Larry Lundy | $10,000,000.00 | General Unsecured | 8791, 5645 |
| 1581 | Lee, April | $80,000.00 | General Unsecured | 8690 |
| 647 | Leighton White | $51,944.00 | General Unsecured | 12007 |
| 3220 | Leonard Dawkins | $1,360,000.00 | General Unsecured | 9007 |
| 1150 | Lewis, Antoine | $100,000.00 | General Unsecured | 8624 |
| 1551 | Lewis, Deontae | $150,000.00 | General Unsecured | 12144 |
| 2124 | Lillian Grantling | $2,000,000.00 | General Unsecured | 12177 |
| 1098 | Luxury Medical Transportation, Inc. | $3,301.71 | General Unsecured | 8802 |
| 1032 | M Dujon Johnson | $5,300.00 | General Unsecured | 8671 |
| 2121 | Maple Millennium Medical Center, PLLC (Lester Johnson) | $10,188.86 | General Unsecured | 12176 |
| 1689 | Mark Williams | $50,000.00 | General Unsecured | 6299 |

| 1808 | Mcclenic, John | $200,000.00 | General Unsecured | 8553 |
|------|----------------|-------------|-------------------|------|
| 1766 | Mendelson Orthopedics, PC | $1,443.19 | General Unsecured | 9753 |
| 2844 | Michael Jones | $1,000,000.00 | Secured | 10192 |
| 1132 | Miller, Dwight | $300,000.00 | General Unsecured | 12070 |
| 644 | Moore, Edward R. Jr. | $0.00 (blank) | General Unsecured | 12006 |
| 2706 | Moore,jr., David | $0.00 (blank) | General Unsecured | 12206 |
| 1607 | Morman, Quintez | $100,000.00 | General Unsecured | 8360 |
| 1346 | Newell, Renee | $1,000,000.00 | General Unsecured | 9305, 9304 |
| 290 | Ojimadu, Christian | $8,128.91 | General Unsecured | 8169 |
| 2155 | Paris Dowdy | $20,980.61 | General Unsecured | 5024 |
| 1255 | Patricia Pharr | $35,000.00 | General Unsecured | 8203 |
| 1125 | Payne, Derrez | $300,000.00 | General Unsecured | 9383 |
| 2015 | Peterson, Jeffrey | $400,000.00 | General Unsecured | 7363 |
| 2221 | Physiomatrix, Inc. | $28,535.00 | General Unsecured | 12185 |
| 2223 | Physiomatrix, Inc. | $11,020.00 | General Unsecured | 8431 |
| 2224 | Physiomatrix, Inc. | $13,280.00 | General Unsecured | 12186 |
| 2225 | Physiomatrix, Inc. | $41,105.00 | General Unsecured | 12187 |
| 1559 | Porter, Hondra | $150,000.00 | General Unsecured | 8359 |
| 2947 | Prime Care Chiropractic P.C. | $1,465.00 | General Unsecured | 12218 |
| 2955 | Prime Care Chiropractic P.C. | $6,775.00 | General Unsecured | 12219 |
| 2914 | Randolph Skillman | $500,000.00 | General Unsecured | 8612 |
| 3004 | Reginald Edward Reid | $250,000.00 | General Unsecured | 9004 |
| 3578 | Renee Andrews | $40,000.00 | General Unsecured | 9444 |
| 2191 | Renyece Ellis | $150,000.00 | General Unsecured | 9431 |
| 1602 | Ridley, Louise | $100,000.00 | General Unsecured | 9202 |
| 3579 | Sean Derrick Andrews | $40,000.00 | General Unsecured | 9503 |
| 916 | Seven-tel Gasoline Inc | Unliquidated | General Unsecured | 12033 |

31282621.1\022765-00213

13-53846-tjt   Doc 12890-6   Filed 09/06/18   Entered 09/06/18 08:52:50   Page 25 of 28
13-53846-tjt   Doc 12804-1   Filed 04/18/18   Entered 04/18/18 12:34:54   Page 25 of 28
198

# EXHIBIT 3: DECLARATION OF CHARLES RAIMI

31282621.1\022765-00213

13-53846-tjt    Doc 12890-6  Filed 09/06/18  Entered 09/06/18 08:58:50  Page 26 of 28
13-53846-tjt    Doc 12784   Filed 04/13/18  Entered 04/13/18 12:34:54  Page 26 of 28
198

26

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## DECLARATION OF CHARLES RAIMI IN SUPPORT OF DEBTOR'S FIFTY-SEVENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

### (No Valid Basis for any Liability of the City)

I, Charles Raimi, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am Deputy Corporation Counsel for the City of Detroit ("City"). Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

2. The City's ongoing claims reconciliation process involves the collective effort of a team of employees assembled from personnel specifically familiar with the operations and liabilities of the City. This team works together and in conjunction with City's counsel, the City's financial advisor, and the City's claims agent, to review proofs of claim filed against the City.

3.     In connection with the preparation of the Fifty-Seventh Omnibus Objection to Certain Claims (No Valid Basis for any Liability of the City) (the "Objection"), the City reviewed the claims at issue, as described on Exhibit 2 of the Objection.

4.     Each claimant has abandoned and failed to prosecute his or her claim. Consequently, each claim on Exhibit 2 should be disallowed and expunged pursuant to the ADR Order (as defined in the Objection).

5.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: ___4/17/18___, 2018

By: /s/ _CNR_____
Charles Raimi

31282621.1\022765-00213

13-53846-tjt   Doc 12890-6   Filed 08/06/18   Entered 08/06/18 08:53:50   Page 28 of
13-53846-tjt   Doc 12764   Filed 04/18/18   Entered 04/18/18 12:34:04   Page 22 of 23
198

28

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on April 18, 2018 he electronically filed the foregoing Omnibus Objection to Certain Claims (the "<u>Omnibus Objection</u>") with the Clerk of the Court which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice in this case. The City has engaged a Noticing Agent, which will serve the Omnibus Objection on the Claimants listed therein at the address set forth by each of the claimants on its respective proof of claim and on all parties requesting notices listed on the Master Service List, and file a subsequent Proof of Service after it has performed the service.

DATED:  April 18, 2018

By: /s/ Marc N. Swanson
 Marc N. Swanson
 150 West Jefferson, Suite 2500
 Detroit, Michigan 48226
 Telephone: (313) 496-7591
 Facsimile: (313) 496-8451
 swansonm@millercanfield.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## DEBTOR'S SIXTY-SECOND OMNIBUS OBJECTION TO CERTAIN CLAIMS

### (No Valid Basis for any Liability of the City)

> **THIS OBJECTION SEEKS TO MODIFY, DISALLOW AND/OR EXPUNGE CERTAIN FILED PROOFS OF CLAIM. CLAIMANTS RECEIVING THIS OBJECTION SHOULD CAREFULLY REVIEW THIS OBJECTION AND LOCATE THEIR NAMES AND CLAIMS ON THE EXHIBIT ATTACHED TO THIS OBJECTION.**

The Debtor, the City of Detroit ("City"), by and through its undersigned counsel, files this objection ("Objection") requesting that the Court enter an order, substantially in the form attached as Exhibit 1, disallowing and expunging each of the claims identified on Exhibit 2 because each such claim does not identify a valid basis for any liability of the City. In support of this Objection, the City respectfully states as follows:

## JURISDICTION AND VENUE

1.     This Court has jurisdiction over this Objection pursuant to 28 U.S.C. §§ 157 and 1334 and Article VII, Section A of the Plan (defined below). This is a

- 1 -

core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## **BACKGROUND FACTS**

2.    On July 18, 2013 ("Petition Date"), the City filed a petition for relief in this Court, thereby commencing the largest Chapter 9 bankruptcy case in history.

3.    On November 12, 2013, the City filed its *Motion of Debtor Pursuant to Sections 105 and 502 of the Bankruptcy Code, for Entry of an Order Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition Claims* [Doc. No. 1665] ("ADR Procedures Motion").  On December 24, 2013, this Court entered an order approving the ADR Procedures Motion [Doc. No. 2302] ("ADR Order").

4.    The Alternative Dispute Resolution Procedures ("ADR Procedures") attached as Annex 1 to the ADR Order permitted the City to serve on claimants a

> notice that the Stay/Injunction is lifted to permit the underlying claim to be liquidated in a non-bankruptcy forum consistent with the terms, conditions and limitations of Section II.E. below (a "Stay Modification Notice").  In that event, immediately upon the filing of the Stay Modification Notice, the Stay/Injunction shall be deemed modified with respect to the applicable Initial Designated Claim solely to permit the liquidation of the claim in a non-bankruptcy forum…

ADR Procedures, Section I.B, p. 4.

- 2 -

5.    Paragraph 10 of the ADR Order states

If the Stay/Injunction is modified as a result of a Stay
Modification Notice, the liquidation of each applicable
Initial Designated Claim shall proceed in [. . .] such other
non-bankruptcy forum selected by the Designated
Claimant . . . .

6.    Each Stay Modification Notice emphasized:

Note that, if you do not promptly proceed with the
prosecution of the Claim(s) in the applicable non-
bankruptcy forum, the City reserves its right to seek
appropriate relief from the non-bankruptcy forum or the
Bankruptcy Court, including, without limitation, the
disallowance and expungement of the Claim(s).

*E.g.*, Stay Modification Notice, Doc. No. 9716, p. 4.

7.    The ADR Procedures contain a procedure for their enforcement:

If a Designated Claimant fails to comply with the ADR
Procedures, negotiate in good faith or cooperate with the
City as may be necessary to effectuate the ADR
Procedures, the Bankruptcy Court may, after notice and a
hearing, find such conduct to be in violation of the ADR
Order or an abandonment of or failure to prosecute the
Designated Claim, or both.  Upon such findings, the
Bankruptcy Court may, among other things, disallow and
expunge the Designated Claim, in whole or part, or grant
such other or further remedy deemed just and appropriate
under the circumstances, including, without limitation,
awarding attorneys' fees, other fees and costs to the City.

ADR Procedures, Section II.G.

8.    On November 21, 2013, this Court issued its *Order, Pursuant to*

*Sections 105, 501, and 503 of the Bankruptcy Code and Bankruptcy Rules 2002*

*and 3003(c), Establishing Bar Dates for Filing Proofs of Claim and Approving*

*Form and Manner of Notice Thereof* [Doc. No. 1782] ("<u>Bar Date Order</u>"), establishing deadlines to file certain proofs of claim in this case. The Bar Date Order set the deadline to file proofs of claim as February 21, 2014 at 4:00 p.m., Eastern Time.

9.      On July 9, 2014, this Court entered its *Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 3007 Approving Claim Objection Procedures* [Doc. No. 5872] ("<u>Claims Procedures Order</u>"), allowing the City to file omnibus objections with respect to claims that do not identify a valid basis for any liability of the City. Claim Procedures Order at 2.

10.     On October 22, 2014, the City filed the *Eighth Amended Plan of the Adjustment of Debts of the City of Detroit (October 22, 2014)* [Doc. No. 8045] ("<u>Plan</u>"). The Plan provides that the City will continue using the ADR Procedures to resolve claims after the Effective Date. Plan, Art. VI.A.2, page 68. The Court retained jurisdiction to allow or disallow claims and to enforce orders it had previously entered. Plan, Art. VII. A, O, pages 69-70

11.     On November 12, 2014, this Court entered an Order confirming the Plan [Doc. No. 8272] ("<u>Confirmation Order</u>").

12.     The Plan became effective on December 10, 2014 ("<u>Effective Date</u>").

# **RELIEF REQUESTED**

13.     The City files this Objection pursuant to the Bar Date Order, Section

502(b) of the Bankruptcy Code,[1] Rule 3007(c) of the Federal Rules of Bankruptcy

Procedures ("Bankruptcy Rules"), and the Claims Procedures Order, seeking entry

of an order disallowing and expunging each of the claims identified on Exhibit 2

because each claimant has violated ADR Order.  Under the ADR Order, each claim

should be disallowed and expunged because each claimant has abandoned and

failed to prosecute his or her respective claim.

14.     The City filed a Stay Modification Notice against each claimant no

less than eight months ago.  Once a claimant has been served with a Stay

Modification Notice, the ADR Order mandates that the claimant must proceed to

liquidate his or her claim.  ADR Order, ¶ 10 (noting that liquidation "shall

proceed").  None of the claimants took the necessary steps to liquidate the claim.

After more than eight months (and, in many instances, years) of inaction, the

claimants "[have] fail[ed] to comply with the ADR Procedures, negotiate in good

faith or cooperate with the City as may be necessary to effectuate the ADR

Procedures . . . ."  ADR Procedures, Section II.G.  As such, the Court "may, among

other things, disallow and expunge the [Claimants'] Claim[s] . . . . or grant such

---

[1] Section 502 of the Bankruptcy Code applies to Chapter 9 proceedings pursuant to
Section 901(a) of the Bankruptcy Code.

other or further remedy deemed just and appropriate under the circumstances, including, without limitation, awarding attorneys' fees, other fees and costs to the City." *Id.*

15.     The Stay Modification Notices expressly warned claimants that failure to prosecute their Claims could result in disallowance and expungement of the Claims.  *E.g.*, Stay Modification Notice, Doc. No. 9716, p. 4.  The City thus objects to each claim and ask the Court asks the Court to disallow and expunge each claim pursuant to Section II.G. of the ADR Procedures.

16.     To the extent the Court does not expunge one or more of the claims identified on Exhibit 2 on that basis, the City reserves all of its rights to object, on the merits and on any other basis, including without limitation, failure to comply with any applicable statute of limitations, to any of the claims identified on Exhibit 2.

<u>**BASIS FOR RELIEF REQUESTED**</u>

17.     The City has reviewed the claims identified on Exhibit 2 and submits that in each case the claim does not identify a valid basis for any liability under the ADR Order.

18.     The Declaration of Charles Raimi, Deputy Corporation Counsel, ("<u>Declaration</u>") explains the process undertaken by the City and confirms that the

claims identified on Exhibit 2 do not identify a valid basis for any liability of the City. *See* Exhibit 3, *Declaration*.

19.    The Claims Procedures Order and Bankruptcy Rule 3007(c) allow the City to file this Objection as an omnibus objection. Specifically, Bankruptcy Rule 3007(c) authorizes the Court to allow for omnibus objections beyond those circumstances itemized in Bankruptcy Rule 3007(d), and the Claims Procedures Order expressly permits the City to file omnibus objections with respect to claims that do not identify a valid basis for any liability of the City. Claims Procedures Order at 2.

20.    This Court has the authority to enter an order approving this Objection. Moreover, the streamlined process afforded by an omnibus objection (in lieu of individual objections to each of the claims identified on Exhibit 2) will result in material costs savings that will inure to the benefit of the City. Accordingly, the City believes that the relief sought by this Objection is in the best interests of the City and its creditors.

21.    Based upon the foregoing, the City seeks entry of an order, substantially in the form annexed as Exhibit 1, expunging and disallowing each of the claims identified on Exhibit 2. Accordingly, pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007(c), the Court should grant the relief requested.

## SEPARATE CONTESTED MATTERS

22.     To the extent that a response is filed regarding any claim listed in this Objection and the City is unable to resolve the response, each one of those claims, and the objection by the City to each one of those claims asserted, should constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. Any order entered by the Court regarding an objection asserted in this Objection should be deemed a separate order with respect to each such claim and, to the extent necessary under Bankruptcy Rules 7054 and 9014, should constitute a final judgment with respect to such claim, and the Court should expressly determine that there is no just reason for delay of the entry of the final judgment with respect to such claim.

23.     The City files this Objection without prejudice to or waiver of its rights pursuant to section 904 of the Bankruptcy Code, and nothing herein is intended to, shall constitute or shall be deemed to constitute the City's consent, pursuant to section 904 of the Bankruptcy Code, to this Court's interference with (a) any of the political or governmental powers of the City, (b) any of the property or revenues of the City or (c) the City's use or enjoyment of any income-producing property.

31283192.1\022765-00213

13-53846-tjt   Doc 12900-6   Filed 09/06/18   Entered 09/06/18 20:58:50   Page 37 of
198
13-53846-tjt   Doc 12700   Filed 04/16/16   Entered 04/16/16 12:46:31   Page 37 of        37

## NOTICE

24.    The City has provided notice of this Objection to each of the claimants identified on Exhibit 2 at the address set forth by each of the claimants on its respective proof of claim, and all other parties who have requested notice pursuant to Bankruptcy Rule 2002.  Given the nature of the relief requested, the City respectfully submits that no other or further notice of this Objection need be given.

WHEREFORE, the City respectfully requests that this Court enter an order, substantially in the form attached as Exhibit 1, granting the relief requested herein and granting the City such other and further relief as the Court may deem just and proper.

31283192.1\022765-00213

Dated: April 18, 2018

Respectfully submitted,

By: /s/ Marc N. Swanson
    Jonathan S. Green (P33140)
    Marc N. Swanson (P71149)
    MILLER, CANFIELD, PADDOCK AND
    STONE, P.L.C.
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 963-6420
    Facsimile: (313) 496-8451
    green@millercanfield.com
    swansonm@millercanfield.com

        and

    Charles N. Raimi (P29746)
    Deputy Corporation Counsel
    City of Detroit Law Department
    2 Woodward Avenue, Suite 500
    Coleman A. Young Municipal Center
    Detroit, Michigan  48226
    Telephone: (313)-237-0470
    Facsimile: (313) 224-5505
    raimic@detroitmi.gov

ATTORNEYS FOR THE CITY OF DETROIT

- 10 -

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## NOTICE OF DEBTOR'S SIXTY-SECOND OMNIBUS OBJECTION TO CERTAIN CLAIMS

### (No Valid Basis for any Liability of the City)

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIMS(S).**

**PLEASE TAKE NOTICE THAT** the City of Detroit ("City") has filed an objection to your claim because it does not identify a valid basis for any liability of the City ("Sixty-Second Omnibus Objection") and, therefore, your claim should be disallowed and expunged.

**YOUR CLAIM MAY BE REDUCED, MODIFIED OR ELIMINATED PURSUANT TO FED. R. BANKR. P. 3007(e)(1) AND PRIOR ORDERS OF THIS COURT.  YOU SHOULD CAREFULLY REVIEW EXHIBIT 2 OF THE SIXTY-SECOND OMNIBUS OBJECTION TO FIND YOUR NAME AND CLAIM.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE.**

If you do not want the Court to eliminate or change your claim, or grant the relief requested in the Sixty-Second Omnibus Objection, then on or before **May 16, 2018**, you or your lawyer must:

1.      File with the Court, at the address below, a written response to the objection.  Unless a written response is filed and served by the date stated above, the Court may decide that you do not oppose the objection to your claim.

31283192.1\022765-00213

13-53846-tjt    Doc 12890-6    Filed 09/06/18    Entered 09/06/18 08:53:50    Page 40 of 198
13-53846-tjt    Doc 12789-6    Filed 04/18/18    Entered 04/18/18 12:08:51    Page 14 of 28    40

Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI 48226

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

2.      A copy of your response must also be mailed to counsel for the City:

Marc N. Swanson
Miller, Canfield, Paddock and Stone, PLC
150 West Jefferson, Suite 2500
Detroit, MI 48226

3.      You must also attend the hearing on the objection scheduled to be held on **May 23, 2018, at 1:30 p.m. in Courtroom 1925, 211 W. Fort Street, Detroit, MI 48226** unless your attendance is excused by mutual agreement between yourself and the objector's attorney.

**If you or your attorney does not take these steps, the Court may decide that you do not oppose the objection to your claim, in which event the hearing will be cancelled and the objection sustained.**

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Marc N. Swanson
      Marc N. Swanson (P71149)
      150 West Jefferson, Suite 2500
      Detroit, Michigan 48226
      Telephone: (313) 963-6420
      Facsimile: (313) 496-8451
      swansonm@millercanfield.com

Dated: April 18, 2018

31283192.1\022765-00213
13-53846-tjt   Doc 12890-6   Filed 09/06/18   Entered 09/06/18 08:53:50   Page 42 of 198
13-53846-tjt   Doc 12789   Filed 04/18/18   Entered 04/18/18 12:48:51   Page 41 of 28     41

# EXHIBIT 1: PROPOSED ORDER

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER SUSTAINING DEBTOR'S SIXTY-SECOND OMNIBUS OBJECTION TO CERTAIN CLAIMS

### (No Valid Basis for any Liability of the City)

Upon review of the Sixty-Second objection to claims (the "Objection"),[1] of the Debtor, City of Detroit, Michigan (the "City"), seeking entry of an order disallowing and expunging each of the claims listed on Exhibit 2 to the Objection; and it appearing that this Court has jurisdiction over the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and Article VII of the Plan; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Objection in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Objection is in the best interests of the City, and its creditors; and due and proper notice of the Objection having been given as provided in the Objection; and it appearing that no other or further notice of the Objection need be

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

given; and a hearing on the Objection having been held before the Court; and any objections or other responses to the Objection having been overruled or withdrawn; and the Court finding that the legal and factual bases set forth in the Objection and at the hearing establish just cause for the relief granted; and after due deliberation and good and sufficient cause appearing therefore;

IT IS ORDERED that:

1.    The Objection is sustained.

2.    Each of the proofs of claim listed on <u>Exhibit 2</u> annexed to the Objection is hereby disallowed and expunged in its entirety, pursuant to Section 502(b) of the Bankruptcy Code.

3.    The City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

4.    The City is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

5.    Each claim and the objections by the City to each claim as addressed in the Objection and set forth on <u>Exhibit 2</u> constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed and constitute a separate order with respect to each such claim and, to the extent necessary under Bankruptcy Rules 7054 and 9014, constitutes a final judgment with respect to such claim, and the Court expressly determines that there is no just

31283192.1\022765-00213

13-53846-tjt   Doc 12890-6   Filed 09/06/18   Entered 09/06/18 08:53:50   Page 44 of 25
198

13-53846-tjt   Doc 12789   Filed 04/13/18   Entered 04/13/18 12:48:51   Page 45 of 25

44

reason for delay of the entry of the final judgment with respect to such claim. Any stay of this Order shall apply only to the contested matter that involves such creditor and for which such stay has been granted or may be in effect, and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered hereby, and further provided that the City shall have the right, but not the need, to submit a separate order with respect to contested matters or claims.

6. The City retains all of its rights to object, on the merits or any other basis, to any of the Claims identified on <u>Exhibit 2</u>.

7. Notice of the Objection as provided therein is good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a) and the local rules of the Court are satisfied by such notice.

8. Nothing in this Order is intended to, shall constitute or shall be deemed to constitute the City's consent, pursuant to section 904 of the Bankruptcy Code, to this Court's interference with (a) any of the political or governmental powers of the City, (b) any of the property or revenues of the City or (c) the City's use or enjoyment of any income-producing property.

31283192.1\022765-00213

13-53846-tjt    Doc 12890-6    Filed 09/06/18    Entered 09/06/18 08:53:50    Page 45 of 25
13-53846-tjt    Doc 12789    Filed 04/18/18    Entered 04/18/18 12:48:51    Page 46 of 23
198

45

# EXHIBIT 2: CLAIMS

**The grounds for objection to each claim listed below is that it contains no valid basis for any liability of the City pursuant to the ADR Order. The claimant has failed to prosecute its claim and abandoned its claim. Each of the pages in the omnibus objection is pertinent to the stated grounds for objection.**

| Claim Number | Name | Claim Amount | Nature | Stay Modification Notice Doc. No. |
|---|---|---|---|---|
| 2880 | Happy Woodberry | $1,000,000.00 | Secured | 10192 |
| 2883 | LA Jeff Woodberry | $1,000,000.00 | Secured | 10193 |
| 2888 | Cavel Woodberry | $1,000,000.00 | Secured | 10192 |
| 2889 | Lavan Woodberry | $1,000,000.00 | Secured | 10192 |
| 2900 | Rhianna Turner | $60,000.00 | General Unsecured | 7318 |
| 2902 | Penny Mabin | $1,000,000.00 | Secured | 10192 |
| 2905 | Cranston Woodberry | $1,000,000.00 | Secured | 10192 |
| 2942 | Michigan Head & Neck Institute | $14,397.38 | General Unsecured | 12214 |
| 2944 | Prime Care Chiropractic P.C. | $8,790.00 | General Unsecured | 12215 |
| 2945 | Elizabeth Hunter-Rosier | $500,000.00 | General Unsecured | 12216 |
| 2946 | Prime Care Chiropractic P.C. | $7,875.00 | General Unsecured | 12217 |
| 2950 | Pain And Rehabilitation Phys Pc | $2,970.00 | General Unsecured | 9726 |
| 2953 | Prime Care Chiropractic P.C. | $3,245.00 | General Unsecured | 8431 |
| 2957 | Genex Physical Therapy, Inc. | $14,710.00 | General Unsecured | 12220 |
| 2960 | Pain And Rehabilitation Phys Pc | $8,392.01 | General Unsecured | 12221 |
| 2994 | Lucinda J. Darrah | Unliquidated | General Unsecured | 12228 |

31283192.1\022765-00213

13-53846-tjt  Doc 12890-6  Filed 09/06/18  Entered 09/06/18 08:53:50  Page 47 of 28
13-53846-tjt  Doc 12789-6  Filed 04/18/18  Entered 04/18/18 12:48:51  Page 48 of 198

| 3002 | Luther Jones | $250,000.00 | General Unsecured | 9228 |
|------|--------------|-------------|-------------------|------|
| 3006 | Garfield Woodberry | $1,000,000.00 | Secured | 10192 |
| 3015 | Doris B. Dandridge | $250,000.00 | General Unsecured | 6378 |
| 3073 | Laurie Walker | $60,000.00 | General Unsecured | 9289 |
| 3074 | Donald Herman Demoss | $50,000.00 | General Unsecured | 8834 |
| 3169 | James Ellison | $100,000.00 | General Unsecured | 8680 |
| 3180 | Affiliated Diagnostic of Oakland, LLC | $14,850.00 | General Unsecured | 12232 |
| 3270 | Jameal Hall | $10,000,000.00 | General Unsecured | 5643 |
| 3271 | Adam Woodberry | $1,000,000.00 | Secured | 10192 |
| 3278 | Phebe Woodberry | $1,000,000.00 | Secured | 10192 |
| 3279 | Keith Williams | $10,000,000.00 | General Unsecured | 9235, 5644 |
| 3346 | Stephanie Joe-Davis | $42,200.00 | General Unsecured | 3907 |
| 3369 | Michael Goodwin | $40,000.00 | General Unsecured | 9160 |
| 3484 | Copeland, Edward | $75,000.00 | General Unsecured | 8827 |
| 3502 | Talisa Harris | $75,000.00 | General Unsecured | 9509 |
| 3632 | Khalid Shaya | $75,000.00 | General Unsecured | 12244 |
| 3644 | Peete, Janet | $20,000.00 | General Unsecured | 9505 |
| 3686 | Porter, Cedric | $25,000.00 | General Unsecured | 9506 |
| 3836 | Pamela Booker | $21,250.00 | General Unsecured | 10250 |

# EXHIBIT 3: DECLARATION OF CHARLES RAIMI

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## DECLARATION OF CHARLES RAIMI IN SUPPORT OF DEBTOR'S SIXTY-SECOND OBJECTION TO CERTAIN CLAIMS

### (No Valid Basis for any Liability of the City)

I, Charles Raimi, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am Deputy Corporation Counsel for the City of Detroit ("City"). Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

2. The City's ongoing claims reconciliation process involves the collective effort of a team of employees assembled from personnel specifically familiar with the operations and liabilities of the City. This team works together and in conjunction with City's counsel, the City's financial advisor, and the City's claims agent, to review proofs of claim filed against the City.

31283192.1\022765-00213

13-53846-tjt    Doc 12890-6    Filed 08/06/18    Entered 08/06/18 08:53:50    Page 50 of
13-53846-tjt    Doc 12769    Filed 04/18/18    Entered 04/18/18 12:48:51    Page 21 of 23
198
50

3. In connection with the preparation of the Sixty-Second Omnibus Objection to Certain Claims (No Valid Basis for any Liability of the City) (the "Objection"), the City reviewed the claims at issue, as described on Exhibit 2 of the Objection.

4. Each claimant has abandoned and failed to prosecute his or her claim. Consequently, each claim on Exhibit 2 should be disallowed and expunged pursuant to the ADR Order (as defined in the Objection).

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: _____4/17_____, 2018

By: /s/ _Charles Raimi_____
　　　　Charles Raimi

31283192.1\022765-00213
13-53846-tjt   Doc 12890-6   Filed 09/06/18   Entered 09/06/18 08:53:50   Page 51 of
198
13-53846-tjt   Doc 12769   Filed 04/18/18   Entered 04/18/18 12:48:51   Page 22 of 23

51

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 18, 2018 he electronically filed the foregoing Omnibus Objection to Certain Claims (the "Omnibus Objection") with the Clerk of the Court which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice in this case. The City has engaged a Noticing Agent, which will serve the Omnibus Objection on the Claimants listed therein at the address set forth by each of the claimants on its respective proof of claim and on all parties requesting notices listed on the Master Service List, and file a subsequent Proof of Service after it has performed the service.

DATED: April 18, 2018

By: /s/ Marc N. Swanson
Marc N. Swanson
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                                    Bankruptcy Case No. 13-53846

City of Detroit Michigan                  Judge Thomas J. Tucker

Debtor                                    Chapter 9

## EDITH WOODBERRY'S RESPONSE TO DEBTOR'S FIFTY-SIXTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

Claimant Edith Woodberry in pro per, (Edith) RESPONSE; SHE filed her CLAIM

against Debtor City of Detroit (City), in Bankruptcy Court; Case Number 2846  Bankruptcy

Court's Hon. Judge Rhodes is assigned judge. Edith has not been assigned or been before any of

the other Bankruptcy Judges.

Within eight years the City has used its Eminent Domain Power; in at least four different

Court Actions to seize Edith's property without paying her just compensation. Durning this _it reserve her_

period the City refused to issue her requested PERMITS to correct the many VIOLATIONS the

City is required by law to issue permits to correct.

After refusing to grant permits, the City demolished Edith's property as unsafe. Said

property was an 18 unit Apartment Building with 9, two (2) bedroom units; 9 three (3) bedroom

units; three (3) commercial units and a subbasement. It stood on a prime corner. Its address was

2457 Beaubien St /. 445 Fisher Freeway. Edith has not been paid just compensation to date for

the City's "taking." Payment of just compensation is mandated by both Federal and State

Constitutions.

Between times, Edith filed a  $2,000,000, lien later raising it to $3,000,000 lien on her

property. The City's last Case against Edith in the Third Judicial Circuit Court; her Case is still

13-53846-tjt   Doc 12890-6   Filed 09/06/18   Entered 09/06/18 09:53:50   Page 53 of
13-53846-tjt   Doc 12791   Filed 05/10/18   Entered 05/10/18 16:24:06   Page 1 of 6
198                                                                            53

open. This Case was assigned to Hon. Judge Isidore S Torres, who later reassigned it to the Hon. Judge Daphne Curtis Means, who has retired.

City's attorney, Charles Raimi, (pursuant to 28 U.S.C 1746,) declared under penalty of perjury that the following is true and correct to the best of my (his) knowledge and belief, I am Deputy Corporation Counsel for the City of Detroit ("City"). Unless otherwise stated in his Declaration, I have personal knowledge of the facts set forth herein. The City's ongoing claims reconciliation process involves the collective effort of a team of employees assembled from personnel specifically familiar with the operations and liabilities of the City. This team worked together and in conjunction with City's counsel, the City's financial advisor, and the City's claims agent, to review proofs of claim filed against the City. (the "Objection"), the City reviewed the claims at issue.as described on EXHIBIT 2 of the Objection. Each claimant has abandoned and failed to prosecute his or her claim.

Edith Woodberry is named in Exhibit 2.] Edith has not abandoned her Claim. Raimi's Declaration is dolus] i'Consequently, each claim on Exhibit 2 should be disallowed and expunged pursuant to the ADR Order (as defined in the Objection).i'

A city attorney (name I do not recall} met with me at the of City's attorney 's office located in the City Country Building to Settle my Case at his request  He became upset when it became apparent to him that the City had wronged me. Faced with the truth, his integrity and the Code of Ethics would not let him continue after he saw what he saw in the City's file.

He was openly distraught. He left the conference in a huff, saying that he was going on vacation – and to "Let Dave handle it." Dave, whomever he is, has not contacted me to date.

Wherefore, Edith prays that the Bankruptcy Court will ORDER the City (DEBTOR) to provide her with a complete copy of the documentation in her Case File, at no cost to her. or no

13-53846-tjt   Doc 12890-6   Filed 09/06/18   Entered 09/06/18 09:53:50   Page 54 of
13-53846-tjt   Doc 12791   Filed 05/10/18   Entered 05/10/18 16:24:06   Page 2 of 6
198                                                                                  54

Edith also pray that this Court will deny City's request for an Order Sustaining Debtor's Sixty-Second Omnibus Objection to in its Exhibit 2 as it relates to her; Claimant Edith Woodberry.

Respectfully submitted,

*Edith Woodberry*

Edith Woodberry, In pro per

13-53846-tjt   Doc 12890-6   Filed 09/06/18   Entered 09/06/18 09:53:50   Page 55 of
13-53846-tjt   Doc 12791   Filed 09/10/19   Entered 09/10/19 16:24:00   Page 3 of 6
198
55

# Affidavit

I, Edith Woodberry, do hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief.

1.      I am the owner of the property that the City took by eminent domain and is now attempting to have the City's obligation to pay just compensation discharged in bankruptcy.

2.      Shortly after this court upheld my objection to the discharge of the City's obligation to pay just compensation, an attorney representing the City of Detroit approached me regarding negotiations to settle this claim.

3.      I met with the City's attorney in person at his office for preliminary negotiation and document exchange.

4.      During this meeting, the City attorney informed me that in approximately one week he would no longer be working for the City and that his successor would contact me regarding further negotiation and settlement.

5.      To date, no one from the City of Detroit Law Department has contacted me regarding further negotiation and settlement.

6.      No one has been identified as the successor attorney.

7.      I have not abandoned my claim or refused to negotiate with the City.

8.      I attempted to review the bankruptcy file to provide further proof. The bankruptcy clerk told me that the file could not be accessed because the file was under the exclusive control of the City of Detroit's attorney.

9.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true, and correct to the best of my knowledge and belief.

Subscribed and sworn to
before me on May 16, 2018
Candy Foster
Notary Public, State of MI
County of Wayne
My Commission Expires 12/27/2022
Acting in County of Wayne

Respectfully submitted,

Edith Woodberry, In pro per

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Response to Debtor's Sixty-Second

Omnibus Objection to Certain Claims, Edith Woodberry's Response to Debtor's Fifty-Sixth

13-53846-tjt   Doc 12990-6   Filed 09/06/18   Entered 09/06/18 09:53:50   Page 57 of
13-53846-tjt   Doc 12791   Filed 05/16/18   Entered 05/16/18 16:24:00   Page 57 of 6
198
57

omnibus Objection to Certain Claims and Declaration /Affidavit of Edith Woodberry were hand delivered to Charles N. Rami, Esq. and filed with the United States Bankruptcy Court, Eastern District of Michigan, Southern Division on May 16, 2018.

*Edith Woodberry*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## DEBTOR'S OMNIBUS REPLY IN SUPPORT OF ITS FIFTY-SIXTH AND SIXTY-SECOND OMNIBUS OBJECTIONS TO CERTAIN CLAIMS

The City of Detroit ("<u>City</u>"), by its undersigned counsel, files this reply in support of its *Fifty-Sixth and Sixty-Second Omnibus Objections to Certain Claims* (collectively, the "<u>Omnibus Objections</u>," Doc. Nos. 12763 and 12769), stating as follows:

### <u>INTRODUCTION</u>

1.  On April 18, 2018, the City filed its Omnibus Objections. The following parties filed responses to the Omnibus Objections:

**Fifty-Sixth Omnibus Objection**

> (a)  Response filed by Edith Woodberry ("<u>Edith Woodberry</u>") [Doc. No. 12791]. Edith Woodberry's response is attached as **Exhibit 1**.

**Sixty-Second Omnibus Objection**

> (b)  Response filed by Penny Mabin, Kenny Mabin, Roger Mabin, Cavel Woodberry , Cavel Woodberry, Jr., Cranston Woodberry,

- 1 -

Garfield Woodberry , Happy Woodberry , LaJeff Woodberry ,
Lavan Woodberry , Phebe Lee Woodberry ("Mabin/Woodberry
Group", and together with Edith Woodberry, the "Woodberry
Claimants')) [Doc. No. 12794]. The Mabin/Woodberry
response is attached as **Exhibit 2**.

## BACKGROUND

2.     On February 21, 2014, the Woodberry Claimants filed the following
proofs of claim, each of which is related to an eminent domain proceeding
(collectively, the "Woodberry Claims"):

| Claim No. | Claimant | Exhibit # |
|---|---|---|
| 2846 | Edith Woodberry | 3-1 |
| 2880 | Happy Woodberry | 3-2 |
| 2883 | LaJeff Woodberry | 3-3 |
| 2888 | Cavel Woodberry | 3-4 |
| 2889 | Lavan Woodberry | 3-5 |
| 2902 | Penny Mabin | 3-6 |
| 2905 | Cranston Woodberry | 3-7 |
| 3006 | Garfield Woodberry | 3-8 |
| 3271 | Adam Woodberry[1] | 3-9 |
| 3278 | Phebe Woodberry | 3-10 |

---

[1] Claim 3271 of Adam Woodberry is subject to the Debtor's Sixty-Second
Omnibus Objection to Certain Claims; however Adam Woodberry is not listed
among the respondents in the Mabin/Woodberry Group response to the Sixty-
Second Omnibus Objection to Certain Claims. As such, no timely response was
filed and the Court should expunge the claim of Adam Woodberry.

3. On May 15, 2014, the City filed objections to the Woodberry Claims, asserting that the Woodberry Claims as filed, did not meet the requirements of Fed. R. Bankr. P. 3001 (the "Initial Objections") [Doc. Nos. 4843, 4841, 4840, 4839, 4838, 4837, 4836, 4835, 4834, and 4859]. Among other things, the City argued that the Woodberry Claimants had not identified the property at issue nor provided any evidence to support the valuation of the Woodberry Claims.

4. On June 18, 2014, the Woodberry Claimants filed responses to the Initial Objections. [Doc. Nos. 5410, 5415, 5414, 5418, 5413, 5411, 5417, 5416, 5419, 5420]. The responses identified the property as 2457 Beaubien, Detroit, Michigan ("Property") and asserted that the City owes the Woodberry Claimants money for the taking of the Property by eminent domain. On June 20, 2014, the City filed its omnibus reply to the Woodberry Claimants' responses to the Initial Objections [Doc. No. 5505].

5. The Property was the subject of a condemnation action filed in 2005 in the Wayne County Circuit Court, Case No. 05-522129-CC ("State Court Case"). Each of the Woodberry Claimants was a named defendant. On April 28, 2009, the Wayne County Circuit Court entered a judgment in favor of the City, confirming that the title passed to the City effective July 27, 2005, and ordering the payment of just compensation to the defendants (the "2009 Judgment"). The 2009 Judgment is attached as **Exhibit 4**. The State Court Case docket is attached as **Exhibit 8.**

6.     The 2009 Judgment provides that the Court granted the City's motion for summary disposition, dismissed the Woodberry Claimants counterclaims in their entirety, and denied Defendants' Motion for Reconsideration.   2009 Judgment, pp. 1-2.

7.     In the 2009 Judgment, the Wayne County Circuit Court ordered that the just compensation for the Property was $240,000, minus amounts owed by the defendants to the City for rent and water services, as well as previously paid compensation amounts. 2009 Judgment, p. 2.

8.     The 2009 Judgment also provides that "**this Judgment shall be with prejudice to any further assertion of claims by Defendants against the City arising directly or indirectly, in whole or in part, from the taking of the Subject Property**." 2009 Judgment, p. 3 (emphasis added).

9.     None of the Defendants in the State Court Case appealed the 2009 Judgment.

10.    Edith Woodberry received $83,294.72 in compensation prior to the 2009 Order and signed an acknowledgement to that effect (the "Acknowledgment").  The Acknowledgement is attached hereto as **Exhibit 5**.

11.    Certain other defendants also received compensation totaling $9,000.00.  These defendants included Happy Woodberry, Phebe Woodberry,

- 4 -

Adam Woodberry, Cavel Woodberry, Penny Mabin, and Cranston Woodberry, as well as other defendants who have not filed claims in the bankruptcy.

12.    Edith Woodberry filed a proof of claim in the amount of $3 million, and each of the other Woodberry Claimants filed their claims for $1 million, totaling $12 million.

13.    On June 25, 2014, the Court held a hearing on the Initial Objections. *See Transcript Excerpt*, **Exhibit 6.** At that hearing, the Court focused on the following language in the 2009 Judgment: "Pursuant to Rule 2.602(A)(3), this judgment does not resolve the last of any claims, and it does not close this case." Ex. 4, p. 4. The Court asked the parties what was left to be done in the State Court Case. Ex. 6, p. 26. The City stated that it was unsure whether there was anything further to be done and would consult with the Law Department. *Id.* The City has since consulted with the Law Department and there is nothing further to be done in the State Court Case. As set forth on Exhibit 8, no action has been taken in the State Court Case in over six years and there are no pending appeals.

14.    The Court thus abstained from making a final decision on the Woodberry Claims. Following the hearing, the Court entered the *Order Regarding Objections to Claims Numbers 2846, 2880, 2883, 2888, 2889, 2902, 2905, 3006, 3271 and 3278* [Doc. No. 5586], overruling the City's objections to the claims, without prejudice. See *Order*, **Exhibit 7**.

# **ARGUMENT**

15.    As noted above, on April 18, 2018, the City filed the Omnibus Objections.  On May 16, 2018, Edith Woodberry and the Mabin/Woodberry Group each filed their responses to the Omnibus Objections.

16.    As set forth in the Omnibus Objections, the Alternative Dispute Resolution Procedures ("ADR Procedures") attached as Annex 1 to the ADR Order permitted the City to serve on claimants a

> notice that the Stay/Injunction is lifted to permit the underlying claim to be liquidated in a non-bankruptcy forum consistent with the terms, conditions and limitations of Section II.E. below (a "Stay Modification Notice").  In that event, immediately upon the filing of the Stay Modification Notice, the Stay/Injunction shall be deemed modified with respect to the applicable Initial Designated Claim solely to permit the liquidation of the claim in a non-bankruptcy forum…

ADR Procedures, Section I.B, p. 4.

17.    Paragraph 10 of the ADR Order states

> If the Stay/Injunction is modified as a result of a Stay Modification Notice, the liquidation of each applicable Initial Designated Claim shall proceed in [. . .] such other non-bankruptcy forum selected by the Designated Claimant . . . .

18.    The ADR Procedures contain a procedure for their enforcement:

> If a Designated Claimant fails to comply with the ADR Procedures, negotiate in good faith or cooperate with the City as may be necessary to effectuate the ADR Procedures, the Bankruptcy Court may, after notice and a hearing, find such conduct to be in violation of the ADR

- 6 -

Order or an abandonment of or failure to prosecute the Designated Claim, or both. Upon such findings, the Bankruptcy Court may, among other things, disallow and expunge the Designated Claim, in whole or part, or grant such other or further remedy deemed just and appropriate under the circumstances, including, without limitation, awarding attorneys' fees, other fees and costs to the City.

ADR Procedures, Section II.G.

19. The City filed stay modification notices on the Woodberry Claimants.

*See* Omnibus Objections, Ex. 2.

20. None of the Woodberry Claimants present a legally cognizable response to the Omnibus Objection. They have had 9 years since the 2009 Judgment was entered to take whatever actions they deem necessary in the State Court Case. Yet, they have done nothing and do not offer any explanation for why they have not taken any action. Nor, do they explain what remains left in the State Court Case. The City has investigated the State Court Case and there is nothing further to be done. The Woodberry Claims should be expunged.

21. Finally, the Mabin/Woodberry Group's assertion that their claims are not subject to the discharge provisions in the City's Eighth Amended Plan of Adjustment [Doc. No. 8045] ("Plan") fails. The deadline to object to the Plan was approximately five years ago. In addition to being untimely, the Woodberry Claimants cannot object to the Plan in a response to a claim objection, as that would be an impermissible collateral attack on the Plan and the order confirming

it. *See DeLorean v. Gully,* 118 B.R. 932, 935 n.1 (E.D. Mich. 1990) (noting that a collateral attack is a request for relief, which, if granted, "must in some fashion overrule a previous judgment.")

22.     This Court should expunge the Woodberry Claims.

## CONCLUSION

For these reasons, the City asks the Court to overrule the responses of Edith Woodberry and the Mabin/Woodberry Group and sustain the City's Objection to these claims pursuant to the terms of the Plan and the ADR Procedures.


Dated: May 18, 2018

                    Respectfully submitted,

                    By: /s/ Marc N. Swanson
                         Marc N. Swanson (P71149)
                         MILLER, CANFIELD, PADDOCK AND
                         STONE, P.L.C.
                         150 West Jefferson, Suite 2500
                         Detroit, Michigan 48226
                         Telephone: (313) 496-7591
                         Facsimile: (313) 496-8451
                         green@millercanfield.com
                         swansonm@millercanfield.com


                    ATTORNEYS FOR THE CITY OF DETROIT

# EXHIBIT 1

## EDITH WOODBERRY RESPONSE

31461306.2\022765-00213

13-53846-tjt    Doc 12800-6    Filed 09/06/18    Entered 09/06/18 08:54:50    Page 67 of 79
13-53846-tjt    Doc 12809    Filed 05/10/18    Entered 05/10/18 16:21:45    Page 67 of 198

67

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:                                    Bankruptcy Case No. 13-53846

City of Detroit Michigan                  Judge Thomas J. Tucker

Debtor                                    Chapter 9

### EDITH WOODBERRY'S RESPONSE TO DEBTOR'S FIFTY-SIXTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

Claimant Edith Woodberry in pro per, (Edith) RESPONSE; SHE filed her CLAIM against Debtor City of Detroit (City), in Bankruptcy Court; Case Number 2846 Bankruptcy Court's Hon. Judge Rhodes is assigned judge. Edith has not been assigned or been before any of the other Bankruptcy Judges.

Within eight years the City has used its Eminent Domain Power; in at least four different Court Actions to seize Edith's property without paying her just compensation. Durning this *it reserve her* period the City refused to issue her requested PERMITS to correct the many VIOLATIONS the City is required by law to issue permits to correct.

After refusing to grant permits, the City demolished Edith's property as unsafe. Said property was an 18 unit Apartment Building with 9, two (2) bedroom units; 9 three (3) bedroom units; three (3) commercial units and a subbasement. It stood on a prime corner. Its address was 2457 Beaubien St /. 445 Fisher Freeway. Edith has not been paid just compensation to date for the City's "taking." Payment of just compensation is mandated by both Federal and State Constitutions.

Between times, Edith filed a $2,000,000, lien later raising it to $3.000,000 lien on her property. The City's last Case against Edith in the Third Judicial Circuit Court; her Case is still

13-53846-tjt Doc 12890-6 Filed 09/06/18 Entered 09/06/18 09:52:50 Page 68 of
13-53846-tjt Doc 12891 Filed 09/06/18 Entered 09/06/18 22:40:00 Page 70 of 68
198
68

open. This Case was assigned to Hon. Judge Isidore S Torres, who later reassigned it to the Hon. Judge Daphne Curtis Means, who has retired.

City's attorney, Charles Raimi, (pursuant to 28 U.S.C 1746,) declared under penalty of perjury that the following is true and correct to the best of my (his) knowledge and belief, I am Deputy Corporation Counsel for the City of Detroit ("City"). Unless otherwise stated in his Declaration, I have personal knowledge of the facts set forth herein. The City's ongoing claims reconciliation process involves the collective effort of a team of employees assembled from personnel specifically familiar with the operations and liabilities of the City. This team worked together and in conjunction with City's counsel, the City's financial advisor, and the City's claims agent, to review proofs of claim filed against the City. (the "Objection"), the City reviewed the claims at issue.as described on EXHIBIT 2 of the Objection. Each claimant has abandoned and failed to prosecute his or her claim.

Edith Woodberry is named in Exhibit 2.] Edith has not abandoned her Claim. Raimi's Declaration is dolus] Consequently, each claim on Exhibit 2 should be disallowed and expunged pursuant to the ADR Order (as defined in the Objection).

A city attorney (name I do not recall} met with me at the of City's attorney 's office located in the City Country Building to Settle my Case at his request   He became upset when it became apparent to him that the City had wronged me.  Faced with the truth, his integrity and the Code of Ethics would not let him continue after he saw what he saw in the City's file.

He was openly distraught.  He left the conference in a huff, saying that he was going on vacation – and to "Let Dave handle it." Dave, whomever he is, has not contacted me to date.

Wherefore, Edith prays that the Bankruptcy Court will ORDER the City (DEBTOR) to provide her with a complete copy of the documentation in her Case File, at no cost to her. or no

13-53846-tjt   Doc 12990-6   Filed 09/06/18   Entered 09/06/18 09:53:50   Page 69 of
13-53846-tjt   Doc 12991   Filed 09/06/18   Entered 09/06/18 11:21:00   Page 2 of 98   69
198

Edith also pray that this Court will deny City's request for an Order Sustaining Debtor's Sixty-Second Omnibus Objection to in its Exhibit 2 as it relates to her; Claimant Edith Woodberry.

Respectfully submitted,

*Edith Woodberry*

Edith Woodberry, In pro per

# Affidavit

I, Edith Woodberry, do hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief.

1. I am the owner of the property that the City took by eminent domain and is now attempting to have the City's obligation to pay just compensation discharged in bankruptcy.

2. Shortly after this court upheld my objection to the discharge of the City's obligation to pay just compensation, an attorney representing the City of Detroit approached me regarding negotiations to settle this claim.

3. I met with the City's attorney in person at his office for preliminary negotiation and document exchange.

4. During this meeting, the City attorney informed me that in approximately one week he would no longer be working for the City and that his successor would contact me regarding further negotiation and settlement.

5. To date, no one from the City of Detroit Law Department has contacted me regarding further negotiation and settlement.

6. No one has been identified as the successor attorney.

7. I have not abandoned my claim or refused to negotiate with the City.

8. I attempted to review the bankruptcy file to provide further proof. The bankruptcy clerk told me that the file could not be accessed because the file was under the exclusive control of the City of Detroit's attorney.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true, and correct to the best of my knowledge and belief.

Edith Woodberry

Subscribed and sworn to
before me on May 16, 2018

Candy Foster
Notary Public, State of MI
County of Wayne
My Commission Expires 12/27/2022
Acting in County of Wayne

Respectfully submitted,

Edith Woodberry, In pro per

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Response to Debtor's Sixty-Second

Omnibus Objection to Certain Claims, Edith Woodberry's Response to Debtor's Fifty-Sixth

omnibus Objection to Certain Claims and Declaration /Affidavit of Edith Woodberry were hand

delivered to Charles N. Rami, Esq. and filed with the United States Bankruptcy Court, Eastern

District of Michigan, Southern Division on May 16, 2018.

_Edith Woodberry_

# EXHIBIT 2

## MABIN/WOODBERRY RESPONSE

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No: 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor | Chapter 9 |

## RESPONSE TO DEBTOR'S SIXTY-SECOND OMNIBUS OBJECTION TO CERTAIN CLAIMS

Debtor alleges that Designated Claimant abandoned the claim or failed to negotiate in good faith or cooperate with the City. Designated Claimant asks this court to deny Debtor's Sixty-Second Omnibus Objection to Certain Claims for the following reasons.

1.    The ADR Procedures enforcement procedures require that Claimant "negotiate in good faith or cooperate with the City as may be necessary to effectuate the ADR Procedures. Designated Claimant has met this requirement.

2.    The City of Detroit failed to negotiate in good faith. Shortly after this court upheld my objection to the discharge of the City's obligation to pay just compensation, an attorney representing the City of Detroit approached me regarding negotiations to settle this claim. Designated Claimant engaged in good faith negotiation with the City of Detroit attorney regarding the resolution of this claim.

3.    During the course of negotiation, the City of Detroit attorney left the City for other employment and advised Designated Claimant that his successor would contact Designated Claimant regarding further negotiation.

4. To date, the City of Detroit has not identified to Designated Claimant who the successor attorney is and no one else from the City of Detroit has contacted Designated Claimant for further negotiation.

5. There has been no abandonment of the claim or failure to prosecute the claim by Designated Claimant. Rather, the City of Detroit has failed to negotiate in good faith or cooperate with Designated Claimant as may be necessary to effectuate the ADR Procedures.

6. In addition, this claim presents the question of whether the Bankruptcy Court can lawfully discharge in bankruptcy the U.S. Constitutional requirement that the City pay just compensation for the Designated Claimant's property that the City took via eminent domain.

7. The Fifth Amendment of the United States Constitution in pertinent part states no person shall be "deprived of life, liberty, or property without due process of law" . . . "nor shall private property be taken for public use without just compensation."

8. The City of Detroit's obligation to pay just compensation cannot be discharged in a bankruptcy proceeding. The payment of just compensation is mandated by the United States Constitution.

9. The Bankruptcy Court has wide latitude with regard to this claim. The Bankruptcy Court, per ADR Procedure, may among other things, grant such other or further remedy deemed just and appropriate. A possible just resolution is to require the City to return to the Designated Claimant property taken. The return of the property is a more equitable and lawful resolution than discharging the debt.

WHEREFORE, Designated Claimant respectfully requests that this Court deny the City's request for the Order Sustaining Debtor's Sixty-Second Omnibus Objection to Certain Claims, attached as Exhibit 1.

Respectfully submitted,
Designated Claimants, In pro per

GARFIELD WOODBURY

CRANSTON WOODBURY

PENNY MARTIN

HAPPY WOODBURY

CAVEL WOODBURY

PHEBE WOODBURY

ROGER MARTIN

LAVON WOODBURY

LASEFF WOODBURY

CAVEL WOODBURY JR

**DECLARATION/AFFIDAVIT OF EDITH WOODBERRY**

I, Edith Woodberry, do hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief.

1.     I am the owner of the property that the City took by eminent domain and is now attempting to have the City's obligation to pay just compensation discharged in bankruptcy.

2.     Shortly after this court upheld my objection to the discharge of the City's obligation to pay just compensation, an attorney representing the City of Detroit approached me regarding negotiations to settle this claim.

3.     I met with the City's attorney in person at his office for preliminary negotiation and document exchange.

4.     During this meeting, the City attorney informed me that in approximately one week he would no longer be working for the City and that his successor would contact me regarding further negotiation and settlement.

5.     To date, no one from the City of Detroit Law Department has contacted me regarding further negotiation and settlement.

6.     No one has been identified as the successor attorney.

7.     I have not abandoned my claim or refused to negotiate with the City.

8.     I attempted to review the bankruptcy file to provide further proof. The bankruptcy clerk told me that the file could not be accessed because the file was under the exclusive control of the City of Detroit's attorney.

9.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true, and correct to the best of my knowledge and belief.

Subscribed and sworn to
before me on May 16, 2018

Candy Foster
Notary Public, State of MI
County of Wayne
My Commission Expires 12/27/2022
Acting in County of Wayne

Respectfully submitted,

_(signature)_

_____                    Edith Woodberry, In pro per

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Response to Debtor's Sixty-Second

Omnibus Objection to Certain Claims, Edith Woodberry's Response to Debtor's Fifty-Sixth

omnibus Objection to Certain Claims and Declaration /Affidavit of Edith Woodberry were hand

delivered to Charles N. Rami, Esq. and filed with the United States Bankruptcy Court, Eastern

District of Michigan, Southern Division on May 16, 2018.

*Edith Woodberry*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

IN RE: CITY OF DETROIT          CASE NO: 13-53846

                                CHAPTER: 9

                    Debtor.

_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 208 _____ (date of mailing), I served

copies as follows:

1. Document(s) served: Response to Debtors sixty-Second Omnibus
   to certain Claims

2. Served upon [name and address of each person served]:

   Marc N Swanson                    Charles N Raimi
   150 W. Jefferson Suite 2500       city of Detroit Law Dept
   Detroit Mich 48226                2 Woodward Ave
                                     Suite 500

3. By First Class Mail. Personal Service

Dated: May 16, 2018

                              _Edith Woodbury_
                              (Signature)

                              Print Name: _____

# EXHIBIT 3-1

# EDITH WOODBERRY CLAIM NO. 2846

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|

Name of Debtor: **City of Detroit, Michigan**    Case Number: **13-53846**

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**EDITH WOODBERRY**

Name and address where notices should be sent:
**EDITH WOODBERRY**
**803 GLADSTONE**
**DET MI 48202**

Telephone number: **313 963 8677**    email: **NA**

Name and address where payment should be sent (if different from above):

Telephone number:    email:

**FILED**

**FEB 21 2014**

COURT USE ONLY
☐ Check this box if this claim amends a previously filed claim.
US Bankruptcy Court
MI Eastern District

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED**

**FEB 24 2014**

KURTZMAN CARSON CONSULTANTS

1. **Amount of Claim as of Date Case Filed:** $ **3,000,000.00**

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** **CITY TOOK REAL PROPERTY WITHOUT PAYING JUST COMPENSATION**
(See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** **NA**

3a. Debtor may have scheduled account as: **NA**
(See instruction #3a)

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☒Real Estate ☐Motor Vehicle ☐Other
**Describe:**

**Value of Property:** $ **3,000,000.00**

**Annual Interest Rate** (when case was filed)_____% ☐Fixed or ☐Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:    $ **—**

**Basis for perfection:** **EMINENT DOMAIN**

**Amount of Secured Claim:** $ **3,000,000.00**

**Amount Unsecured:** $ **-0-**

5. **Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).**    $ **NA**

5b. **Amount of Claim Otherwise Entitled to Priority.** Specify Applicable Section of 11 U.S.C. § **US Const 5th Am**    $ **3,000,000.00**

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. **Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. **Signature:** (See instruction # 8)
Check the appropriate box.

☒ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **EDITH WOODBERRY**
Title: **NA**
Company:
Address and telephone number (if different from notice address above):

(Signature) *Edith Woodberry*    (Date)

Telephone number:    email:

# EXHIBIT 3-2

# HAPPY WOODBERRY CLAIM NO. 2880

31461306.2\022765-00213

13-58846-tjt    Doc 12890-6  Filed 09/06/18  Entered 09/06/18 09:56:50  Page 84 of 78
13-58846-tjt    Doc 12805  Filed 05/18/18  Entered 05/18/18 16:21:45  Page 86 of 78
198

84

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 |
|---|---|---|

**PROOF OF CLAIM**

Name of Debtor: City of Detroit, Michigan  Case Number: 13-53846

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

**FILED**

**FEB 2 1 2014**

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Happy Woodberry

U.S. Bankruptcy Court
MI Eastern District

Name and address where notices should be sent:
Happy Woodberry
803 Gladstone
Det MI 48202

COURT USE ONLY

❑ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Telephone number: 3135759774    email: Judgesugar@gmail.com

Name and address where payment should be sent (if different from above):

❑ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED**

**FEB 2 4 2014**

Telephone number:    email:

KURTZMAN CARSON CONSULTANTS

1. **Amount of Claim as of Date Case Filed:**    $ 1,000,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
❑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** City Took Property Without Paying Just Compensation
(See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** NA   | 3a. **Debtor may have scheduled account as:** NA
(See instruction #3a)

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☒Real Estate ❑Motor Vehicle ❑Other
Describe:

**Value of Property:** $ 1,000,000.00

**Annual Interest Rate** (when case was filed) _____% ❑Fixed or ❑Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:  $ _____

**Basis for perfection:** Eminent Domain

**Amount of Secured Claim:** $ 1,000,000.00

**Amount Unsecured:** $ — 0 —

5. **Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).**    $ NA

5b. **Amount of Claim Otherwise Entitled to Priority.** Specify Applicable Section of 11 U.S.C. § US Const 5th Am  $ 1,000,000.00

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. **Signature:** (See instruction # 8)
Check the appropriate box.

❑ I am the creditor.   ☒ I am the creditor's authorized agent.   ❑ I am the trustee, or the debtor, or their authorized agent.   ❑ I am a guarantor, surety, indorser, or other codebtor.
(See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Cranston Woodberry
Title: Authorized Agent
Company:
Address and telephone number (if different from notice address above):

(Signature)    (Date) 2-21-14

Telephone number:    email:

# EXHIBIT 3-3

## LAJEFF WOODBERRY CLAIM NO. 2883

In its List of Claims, ~~the City estimates that the creditor is owed in~~ a ~~claim in the~~
amount of $94.88.  To determine if you need to file a claim, please refer to the enclosed Information About
Deadlines to File Claims.

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|

Name of Debtor: **City of Detroit, Michigan**  Case Number: **13-53846**

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

**FILED**
FEB 21 2014

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Resident  *LA JEFF  WOODBERRY*

COURT USE ONLY
☐ Check this box if this claim amends a
previously filed claim.

Name and address where notices should be sent:   NameID: 11708986

~~Resident~~ *LA Jeff Woodberry*
18283 Muirland St
Detroit, MI 48221-2756

Court Claim Number: _____
(*If known*)

Filed on: _____

Telephone number: **313 575 9774**   email: *JUDGESUGAR@ GMAIL.COM*

☐ Check this box if you are aware that
anyone else has filed a proof of claim
relating to this claim. Attach copy of
statement giving particulars.

Name and address where payment should be sent (if different from above):

**RECEIVED**
FEB 24 2014

Telephone number:      email:

KURTZMAN CARSON CONSULTANTS

**1. Amount of Claim as of Date Case Filed:**   $ *1,000,000.00*

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** *City Failed to Pay Just Compensation for Property City acquired by Eminent Domain*
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** *NA*

**3a. Debtor may have scheduled account as:** *NA*
(See instruction #3a)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$ _____

**Nature of property or right of setoff:** ☒Real Estate  ☐Motor Vehicle  ☐Other
**Describe:**

**Basis for perfection:** *Eminent Domain*

**Value of Property:** $ *1,000,000.00*

**Amount of Secured Claim:** $ *1,000,000.00*

**Annual Interest Rate (when case was filed)** _____%  ☐Fixed  or  ☐Variable

**Amount Unsecured:** $ *-0-*

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).**   $ *NA*

**5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. §** *US Const 5th Am*   $ *1,000,000.00*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature: (See instruction # 8)**
Check the appropriate box.

☐ I am the creditor.  ☒ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *Cranston Woodberry*
Title: *Authorized Agent*
Company:
Address and telephone number (if different from notice address above):

(Signature)     *2-21-14*   (Date)

Telephone number:      email:

*Penalty for presenting fraudulent claim:  Fine of up to $500,000 or imprison~~ment~~*

1353846140221000000000161

# EXHIBIT 3-4

# CAVEL WOODBERRY CLAIM NO. 2888

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|

**FILED**

**FEB 21 2014**

US Bankruptcy Court Eastern District

**RECEIVED**

**FEB 24 2014**

KURTZMAN CARSON CONSULTANTS

Name of Debtor: *City of Detroit, Michigan*   Case Number: 13-53846

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
*Cavel Woodberry*

Name and address where notices should be sent:
*Cavel Woodberry*
*803 Gladstone*
*Det MI 48202*

Telephone number: *313 575 9774*  email: *Jdlgesugar@gmail.com*

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
*(If known)*

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:  email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:**  $ *1,000,000.00*

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** *City Took property Without Paying Just Compensation*
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** *NA*

**3a. Debtor may have scheduled account as:** *NA*
(See instruction #3a)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☒Real Estate ☐Motor Vehicle ☐Other
**Describe:**

**Value of Property:** $ *1,000,000.00*

**Annual Interest Rate (when case was filed)____%** ☐Fixed or ☐Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$_____

**Basis for perfection:** *Eminent Domain*

**Amount of Secured Claim:** $ *1,000,000.00*

**Amount Unsecured:** $ *-0-*

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).** $ *NA*

**5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. §** *US Const 5th An* $ *1,000,000.00*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature: (See instruction #8)**
Check the appropriate box.

☐ I am the creditor.  ☒ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *Cranston Woodberry*
Title: *Authorized Agent*
Company:
Address and telephone number (if different from notice address above):

(Signature)   (Date) *2-21-14*

Telephone number:  email:

13538461402212000000000155

# EXHIBIT 3-5

# LAVAN WOODBERRY CLAIM NO. 2889

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | **FILED** |
|---|---|---|

**CHAPTER 9**
**PROOF OF CLAIM**

Name of Debtor: **City of Detroit, Michigan**     Case Number: **13-53846**

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
*LAVAN Woodberry*

Name and address where notices should be sent:
*LAVAN Woodberry*
*803 GLADSTONE*
*DET MI 48202*

Telephone number: 313 575 9774     email: *Judgesonya@gmail.com*

**FILED**
**FEB 2 1 2014**
COURT
US Bankruptcy Court
MI Eastern District

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:_____**
*(If known)*

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:     email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED**
**FEB 2 4 2014**
KURTZMAN CARSON CONSULTANTS

**1. Amount of Claim as of Date Case Filed:**     $ *1,000,000.00*

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** *City Took Property without Paying Just Compensation*
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** *NA*

**3a. Debtor may have scheduled account as:** *NA*
(See instruction #3a)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:     $ *—*

**Nature of property or right of setoff:** ☒Real Estate ☐Motor Vehicle ☐Other
Describe:

**Basis for perfection:** *Eminent Domain*

**Value of Property:** $ *1,000,000.00*

**Amount of Secured Claim:** $ *1,000,000.00*

**Annual Interest Rate (when case was filed)_____% ☐Fixed or ☐Variable**

**Amount Unsecured:** $ *—0—*

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).** $ *NA*

**5b. Amount of Claim Otherwise Entitled to Priority.** Specify Applicable Section of 11 U.S.C. § *US Const 5th AM* $ *1,000,000.00*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature: (See instruction # 8)**
Check the appropriate box.

☐ I am the creditor.  ☒ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *Cranston Woodberry*
Title: *Authorized Agent*
Company:
Address and telephone number (if different from notice address above):

(Signature)     *2-21-14*     (Date)

Telephone number:     email:

# EXHIBIT 3-6

## PENNY MABIN CLAIM NO. 2902

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT    EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM **FILED** |
|---|---|

| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 | FEB 2 1 2014 |
|---|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Penny Mabin

Name and address where notices should be sent:

Penny Mabin
803 Gladstone
Det Mi 48202

Telephone number: 313 575 9774   email: Judgesugar@gmail.com

COURT USE ONLY

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**_____
(*If known*)

Filed on:_____

US Bankruptcy Court
Eastern District
MI

Name and address where payment should be sent (if different from above):

Telephone number:          email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED**

FEB 2 4 2014

KURTZMAN CARSON CONSULTANTS

**1. Amount of Claim as of Date Case Filed:**    $ 1,000,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** City Took Real Property Without Paying Just Compensation
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: NA | 3a. Debtor may have scheduled account as: NA (See instruction #3a) |
|---|---|

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☒ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

**Value of Property:** $ 1,000,000.00

**Annual Interest Rate (when case was filed)**_____% ☐ Fixed  or  ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:    $ —

**Basis for perfection:** Eminent Domain

**Amount of Secured Claim:** $ 1,000,000.00

**Amount Unsecured:** $ — 0 —

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).**    $ NA

**5b. Amount of Claim Otherwise Entitled to Priority.** Specify Applicable Section of 11 U.S.C. § US Const 5th Am  $ 1,000,000.00

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature: (See instruction # 8)**
Check the appropriate box.

☐ I am the creditor.  ☒ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Cranston Woodberry
Title: Authorized Agent
Company:

(Signature)          2-21-14    (Date)

Address and telephone number (if different from notice address above):

Telephone number:          email:

13-53846 1402 2 1000 000000152

# EXHIBIT 3-7

## CRANSTON WOODBERRY CLAIM NO. 2905

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT  EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|

**Name of Debtor:** City of Detroit, Michigan  **Case Number:** 13-53846

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

**Name of Creditor (the person or other entity to whom the debtor owes money or property):**
CRANSTON WOODBERRY

FILED
FEB 21 2014
US BANKRUPTCY COURT
MI EASTERN District

**Name and address where notices should be sent:**
CRANSTON WOODBERRY
903 GLADSTONE
DET MI 48202

Telephone number: 313.575.9774  email: JWAGESUGAR@gmail.com

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

**Name and address where payment should be sent (if different from above):**

Telephone number:  email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

RECEIVED
FEB 24 2014
KURTZMAN CARSON CONSULTANTS

**1. Amount of Claim as of Date Case Filed:** $ 1,000,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** City Took Property Without Paying Just Compensation
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** NA  **3a. Debtor may have scheduled account as:** NA
(See instruction #3a)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☒ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:**

**Value of Property:** $ 1,000,000.00
**Annual Interest Rate (when case was filed)_____% ☐ Fixed or ☐ Variable**

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:** $ —

**Basis for perfection:** Eminent Domain

**Amount of Secured Claim:** $ 1,000,000.00
**Amount Unsecured:** $ —0—

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).** $ NA

**5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C.** § US Const. 5th Am $ 1,000,000.00

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature:** (See instruction # 8)
Check the appropriate box.

☒ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: CRANSTON WOODBERRY
Title: NA
Company: NA
Address and telephone number (if different from notice address above):

(Signature)  2-21-14  (Date)

Telephone number:  email:

# EXHIBIT 3-8

## GARFIELD WOODBERRY CLAIM NO. 3006

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|

**FILED**

| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 |
|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

**FEB 2 1 2014**

Name of Creditor (the person or other entity to whom the debtor owes money or property):

GARFIELD WOODBERRY

COURT USE ONLY

☐ Check this box if this claim amends a previously filed claim.

US Bankruptcy Court Eastern District

Name and address where notices should be sent:

GARFIELD WOODBERRY
803 GLADSTONE
DET MI 48202

Telephone number: 3135759774  email: Judgesusare@gmail.com

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number:  email:

**RECEIVED**

**FEB 2 4 2014**

**1. Amount of Claim as of Date Case Filed:** $ 1,000,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement

KURTZMAN CARSON CONSULTANTS

**2. Basis for Claim:** City took Property Without Paying Just Compensation
(See instruction #2)

**3.** Last four digits of any number by which creditor identifies debtor: NA

**3a.** Debtor may have scheduled account as: NA
(See instruction #3a)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:** $ _____

**Nature of property or right of setoff:** ☒ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

**Basis for perfection:** Eminent Domain

**Value of Property:** $ 1,000,000.00

**Amount of Secured Claim:** $ 1,000,000.00

**Annual Interest Rate (when case was filed)_____% ☐ Fixed or ☐ Variable**

**Amount Unsecured:** $ -0-

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).** $ NA

**5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. §** US Const 5th Am $ 1,000,000.00

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature: (See instruction # 8)**
Check the appropriate box.

☐ I am the creditor.  ☒ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: CRANSTON WOODBERRY
Title: Authorized Agent
Company:
Address and telephone number (if different from notice address above):

(Signature)  (Date) 2-21-12

Telephone number:  email:

**EXHIBIT 3-9**

**ADAM WOODBERRY CLAIM NO. 3271**

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | **FILED** |
|---|---|---|

**FILED**
ENTERED
PROOF OF CLAIM

**FEB 2 1 2014**

US Bankruptcy Court
COURT USE ONLY Eastern District

Name of Debtor: **City of Detroit, Michigan**    Case Number: **13-53846**

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**ADAM WOODBERRY**

Name and address where notices should be sent:
**ADAM Woodberry
803 Gladstone
Det MI 48202**

Telephone number:           email:

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED**

Telephone number:           email:

**1. Amount of Claim as of Date Case Filed:**    $ **1,000,000.00**

**FEB 2 4 2014**

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a state

**KURTZMAN CARSON CONSULTANTS**

**2. Basis for Claim:** **City Took Real Property Without paying Just Compensation**
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** **NA**    **3a. Debtor may have scheduled account as:** **NA**
(See instruction #3a)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☒Real Estate  ☐Motor Vehicle  ☐Other
Describe:

**Value of Property:** $ **1,000,000.00**

**Annual Interest Rate (when case was filed)**_____% ☐Fixed or ☐Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:    $ _____

**Basis for perfection:** **Eminent Domain**

**Amount of Secured Claim:** $ **1,000,000.00**

**Amount Unsecured:** $ **-0-**

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).**    $ **NA**

**5b. Amount of Claim Otherwise Entitled to Priority.** Specify Applicable Section of 11 U.S.C. § **US Const 5th An**   $ **1,000,000.00**

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7. and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature:** (See instruction # 8)
Check the appropriate box.

☐ I am the creditor.  ☒ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Cranston Woodberry**
Title: **Authorized Agent**
Company:
Address and telephone number (if different from notice address above):

(Signature)    **2-21-14** (Date)

Telephone number: **313 575 9774** email: **judgesusnr@gmail.com**

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment f*

# EXHIBIT 3-10

# PHEBE WOODBERRY CLAIM NO. 3278

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | **FILED** CHAPTER 9 PROOF OF CLAIM |
|---|---|---|

**FEB 2 1 2014**

US Bankruptcy Court
COURT USE ONLY

| Name of Debtor: City of Detroit, Michigan | Case Number: 13-53846 |
|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
PHEBE WOODBERRY

Name and address where notices should be sent:
Phebe Woodberry
803 Gladstone
Det MI 48202
Telephone number: 213 5759774   email: Judgesusan@gmail.com

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:   email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED**

**FEB 2 4 2014**

**KURTZMAN CARSON CONSULTANTS**

**1. Amount of Claim as of Date Case Filed:**   $ 1,000,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** City Took Property Without Paying Just Compensation
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** NA   **3a. Debtor may have scheduled account as:** NA
(See instruction #3a)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☑ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $ 1,000,000.00

Annual Interest Rate (when case was filed) _____%  ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ _____

Basis for perfection: Eminent Domain

Amount of Secured Claim: $ 1,000,000.00

Amount Unsecured: $ —0—

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).** $ NA

**5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. §** US Const. 5th Am  $ 1,000,000.00

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**8. Signature: (See instruction # 8)**
Check the appropriate box.

☐ I am the creditor.  ☒ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Cranston Woodberry
Title: Authorized Agent
Company:
Address and telephone number (if different from notice address above):

_____

Telephone number:   email:

(Signature)   2-21-12   (Date)

**EXHIBIT 4**

**2009 JUDGMENT**

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

CITY OF DETROIT, a Michigan municipal
corporation,

                         Plaintiff,            CASE NO. 05-522129-CC

v.                                 HON. DAPHNE MEANS CURTIS

JONATHAN SOBELOFF, Trustee under the Will
of Benjamin Rich, deceased, EDITH WOODBERRY;
the ESTATE OF JAMES FULLER, deceased,
DELORES WILLIAMS, WILLIE FULLER and wife,
if any, PATRICIA LOVE a/k/a AUDREY LOVE,
FRANKLIN FULLER and wife, if any, WAYNE
FULLER and wife, if any, DOUGLAS FULLER and
wife, if any, HAPPY WOODBERRY, CRAIG JONES
and wife, if any, MICHAEL JONES and wife, if any,
PHEBE WOODBERRY, ADAM WOODBERRY and
wife, if any, CAVEL WOODBERRY and wife, if any,
PENNY MABIN, CRANSTON WOODBERRY, Esq.
CRANSTON WOODBERRY and wife, if any, ROZLYN
HARRISON, WARREN GAITHER and wife, if any,
DOROTHY ROBINSON, ROGER WOODBERRY and
wife, if any, LAVAN WOODBERRY and wife, if any,
or the JOHN DOE or JANE DOE unknown,

                         Defendants.

---

WILLIAMS ACOSTA, PLLC               EDITH WOODBERRY
Avery K. Williams (P34731)            In Pro Per
Krystal N. Lyons (P61982)             Defendant
Co-Counsel for Plaintiff              445 E. Fisher Freeway
535 Griswold Street, Suite 1000      Detroit, Michigan 48201
Detroit, Michigan 48226
(313) 963-3873

JOHN M. NADER (P41610)            CRANSTON WOODBERRY (P44755)
City of Detroit Law Department       Attorney for Defendants
Co-Counsel for Plaintiff              2457 Beaubien Street
660 Woodward Avenue, Suite 1650    Detroit, Michigan 48201
Detroit, Michigan 48226          (313) 575-9774
(313) 237-3034

---

## JUDGMENT

At a session of said Court held in the City of Detroit, County of
Wayne, State of Michigan on **APR 28 2009**

PRESENT: HON. **HONORABLE DAPHNE MEANS CURTIS**
                      Circuit Court Judge

This matter having come before the Court upon the City of Detroit's ("the City")

Motion for Summary Disposition; oral argument having been heard; the Court being fully

05-522129-CC  7/27/2005
JDG DAPHNE MEANS CURTIS
DETROIT CITY OF
VS
SOBELOFF JONATHAN

FILED
CATHY M. GARRETT
WAYNE COUNTY CLERK
APR 28 2009
BY

Bernard J. Youngblood
Wayne County Register of Deeds
May 05, 2009 10:23 AM
Liber 47893 Page 863-886
#209188465 JDG FEE: $84 00

advised in the premises and having granted the City's Motion for Summary Disposition and having dismissed all of Defendants Edith Woodberry's, Craig Jones', Michael Jones', Happy Woodberry's, Phoebe Woodberry's, Adam Woodberry's, Cavel Woodberry's, Penny Mabin's, Cranston Woodberry's, Rozlyn Harrison's, Roger Woodberry's and Lavan Woodberry's ("Defendants") counterclaims in their entirety (*see* Exhibit 1 - Order Regarding City of Detroit's Motion for Summary Disposition) and having denied Defendants' Motion for Reconsideration (*see* Exhibit 2);

**IT IS HEREBY ORDERED AND ADJUDGED** that the City shall pay to Defendants just compensation for the property located at 2457 Beaubien Street, in Detroit, Michigan 48201 ("Subject Property") in the amount of Two Hundred Forty Thousand ($240,000.00) Dollars (the "Judgment Amount"), less the following amounts which shall be deducted from the Judgment Amount:

(1) just compensation previously paid to Defendant Edith Woodberry in the amount of $83,294.72 (*see* Exhibit 3);

(2) just compensation previously paid to Defendants Craig Jones, Michael Jones, Happy Woodberry, Phoebe Woodberry, Adam Woodberry, Cavel Woodberry, Penny Mabin, Cranston Woodberry, Rozlyn Harrison's and Roger Woodberry in the amount of $9,000.00 (*see* Exhibit 4);

(3) rent due the City from Defendants in the amount of $21,600.00 plus an additional $1,350.00 per month for each month after February 28, 2009 that Defendants hold over and retain possession of and part of the Subject Property, in accordance with the Court's October 2, 2008 Order Regarding City of Detroit's Motion to Deduct Rent, Water Bill and Costs Associated with Eviction from Defendants' Estimated Just Compensation (*see* Exhibit 5);

(4) $19,688.69 for water and sewer services provided to Defendants by the City's Water and Sewerage Department, in accordance with the Court's October 2, 2008 Order Regarding City of Detroit's Motion to

WILLIAMS ACOSTA, PLLC
ATTORNEYS AND COUNSELORS
535 GRISWOLD STREET, SUITE 1000
DETROIT, MI 48226-3692

Deduct Rent, Water Bill and Costs Associated with Eviction from Defendants' Estimated Just Compensation (*see* Exhibit 5);

(5)    any and all costs incurred by the City in connection with its having to engage the Wayne County Sheriff and/or its agents to forcibly remove and/or evict Defendants and their possessions from the Subject Property in accordance with the Court's October 2, 2008 Order of Eviction and the Court's October 2, 2008 Order Regarding City of Detroit's Motion to Deduct Rent, Water Bill and Costs Associated with Eviction from Defendants' Estimated Just Compensation (*see* Exhibits 5 and 6); and

(6)    any taxes, assessments or tax liens that are due and/or delinquent, subject only to the appropriate proration based upon the date of entry of this Order and Defendants' final surrender of physical possession of the Subject Property to the City ;

**IT IS FURTHER ORDERED AND ADJUDGED** that title to the Subject Property, which is more fully described in the attached Exhibit 7, passed to the City by operation of law effective July 27, 2005, the date the City filed its Complaint to acquire the Subject Property by eminent domain.

**IT IS FURTHER ORDERED AND ADJUDGED** that a copy of this Judgment may be recorded with the Wayne County Register of Deeds and recording said Judgment shall be in lieu of a Deed of Conveyance;

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants shall immediately surrender possession of the Subject Property to the City;

**IT IS FURTHER ORDERED AND ADJUDGED** that this Judgment shall be with prejudice to any further assertion of claims by Defendants against the City arising directly or indirectly, in whole or in part, from the taking of the Subject Property; and

**IT IS FURTHER ORDERED AND ADJUDGED** that the Judgment Amount includes any and all payments due to Defendants for real estate, fixtures, business

WILLIAMS ACOSTA, PLLC
ATTORNEYS AND COUNSELORS
535 GRISWOLD STREET, SUITE 1000
DETROIT, MI 48226-3692

No. A **46926**

E-314 BK.

## CERTIFIED COPY —"LAW"

STATE OF MICHIGAN, } ss.
County of Wayne

I, CATHY M. GARRETT, Clerk of Wayne County, and Clerk of the Circuit Court for the County of Wayne, do hereby certify that the above and the foregoing is a true and correct copy of _Judgment_ _CES212TEC_

entered in the above entitled cause by said Court, as appears of record in my office. That I have compared the same with the original, and it is a true transcript therefrom, and of the whole thereof.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said Court and County, at Detroit, this day of _____ A.D. 20 _____



CATHY M. GARRETT, Clerk

Fee, $ _____ _____, Deputy Clerk

13-53846-tjt   Doc 12800-6   Filed 09/06/18   Entered 09/06/18 09:53:50   Page 106 of
198
13-53846-tjt   Doc 12805   Filed 05/10/18   Entered 05/10/18 16:21:45   Page 48 of 78   106

interruption, going concerns, loss of rents, just compensation, leasehold interests, relocation expenses and any other costs, expenses, compensation or damages, attorneys' fees, expert fees, witness fees, and appraisal costs, if any, real or imagined, that are attributable, in whole or in part, to this taking.

Pursuant to MCR 2.602(A)(3), this Judgment does not resolve the last of any claims and it does not close this case.

**HONORABLE DAPHNE MEANS CURTIS**

_____

CIRCUIT JUDGE

A TRUE COPY
CATHY M. GARRETT
WAYNE COUNTY CLERK

DEPUTY CLERK

WILLIAMS ACOSTA, PLLC
ATTORNEYS AND COUNSELORS
535 GRISWOLD STREET, SUITE 1000
DETROIT, MI 48226-3692

S:\Brush Park - 2410\123 - Sobeloff\pleadings\Judgment 1-27-09.doc

# EXHIBIT 5

# EDITH WOODBERRY ACKNOWLEDGMENT

## STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

CITY OF DETROIT, a Michigan
Municipal Corporation,

                Plaintiff,               C. A. No.  00-001737-CC

                                        Hon. Isidore B. Torres

vs.

JONATHAN SOBELOFF, Trustee under the       Parcel 123
will of Benjamin Rich, deceased; EDITH
WOODBERRY; and JAMES FULLER, and
wife, if any;

                Defendants.

---

JAMES C. COBB, JR., P.C.                 EDITH WOODBERRY
JAMES C. COBB, JR., (P23139)            Defendant in Propia Persona
Attorney for Plaintiff                    445 E. Fisher Freeway
615 Griswold, Suite 1415               Detroit, Michigan 48201
Detroit, Michigan 48226              (313) 963-8677
(313) 961-3433

---

ORLANDO AVANT (P56341)
ORLANDO AVANT & ASSOCIATES
Attorney for Defendant Fuller
24361 Greenfield, Suite 206
Southfield, Michigan 48075
(248) 552-0757

---

## ACKNOWLEDGMENT OF RECEIPT OF

## CASH PAYMENT OF ESTIMATED JUST COMPENSATION



EXHIBIT

3.

I, EDITH WOODBERRY, hereby acknowledge receipt of the sum of EIGHTY

SEVEN THOUSAND, TWO HUNDRED AND NINETY FOUR AND 72/100 ($87,294.72)

DOLLARS in cash paid to me by the City of Detroit in the courtroom of Judge Michael F.

Sapala, 1701 Coleman A. Young Municipal Center, Detroit, Michigan, on August 14,

2003.

I further acknowledge that the above sum is being paid to me by the City of

Detroit in cash upon order of the Court as payment in full of my share of the estimated

Plaintiff, City of Detroit's
just compensation (as amended) for the taking of the subject property in this case,

above-captioned.

_Edith Woodberry_
EDITH WOODBERRY

Dated:     August 14, 2003

# EXHIBIT 6

# TRANSCRIPT EXCERPT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


IN RE: CITY OF DETROIT,      .      Docket No. 13-53846
      MICHIGAN,      .
                .      Detroit, Michigan
                .      June 25, 2014
          Debtor.      .      10:00 a.m.
. . . . . . . . . . . . . . . . .

HEARING RE. (#4792) OBJECTION TO CLAIM NUMBER OF CLAIMANT
FIRST OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS)
FILED BY DEBTOR IN POSSESSION CITY OF DETROIT, MICHIGAN;
(#4794) OBJECTION TO CLAIM NUMBER OF CLAIMANT SECOND
OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED)
FILED BY DEBTOR IN POSSESSION CITY OF DETROIT, MICHIGAN;
(#4834) OBJECTION TO CLAIM NUMBER OF CLAIMANT EDITH WOODBERRY
CLAIM NO. 2846. FILED BY DEBTOR IN POSSESSION CITY OF
DETROIT, MICHIGAN; (#4835) OBJECTION TO CLAIM NUMBER OF
CLAIMANT CLAIM NO. 3278 BY PHEBE WOODBERRY. FILED BY
DEBTOR IN POSSESSION CITY OF DETROIT, MICHIGAN; (#4836)
OBJECTION TO CLAIM NUMBER OF CLAIMANT CLAIM NO. 3883 BY
LA JEFF WOODBERRY. FILED BY DEBTOR IN POSSESSION
CITY OF DETROIT, MICHIGAN; (#4837) OBJECTION TO
CLAIM NUMBER OF CLAIMANT CLAIM NO. 2889 BY LAVAN WOODBERRY.
FILED BY DEBTOR IN POSSESSION CITY OF DETROIT, MICHIGAN;
(#4838) OBJECTION TO CLAIM NUMBER OF CLAIMANT CLAIM NO.
2880 BY HAPPY WOODBERRY. FILED BY DEBTOR IN POSSESSION
CITY OF DETROIT, MICHIGAN; (#4839) OBJECTION TO CLAIM
NUMBER OF CLAIMANT CLAIM NO. 2905 BY CRANSTON WOODBERRY.
FILED BY DEBTOR IN POSSESSION CITY OF DETROIT, MICHIGAN;
(#4840) OBJECTION TO CLAIM NUMBER OF CLAIMANT CLAIM NO.
3006 BY GARFIELD WOODBERRY. FILED BY DEBTOR IN POSSESSION
CITY OF DETROIT, MICHIGAN; (#4841) OBJECTION TO CLAIM
NUMBER OF CLAIMANT CLAIM NO. 2888 BY CAVEL WOODBERRY.
FILED BY DEBTOR IN POSSESSION CITY OF DETROIT, MICHIGAN;
(#4842) OBJECTION TO CLAIM NUMBER OF CLAIMANT DR. BRIAN
GREENE, AS NEXT FRIEND OF INDIA BOND, A MINOR/
OBJECTION OF THE CITY OF DETROIT, PURSUANT TO
SECTIONS 105 AND 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1, TO PROOF OF
CLAIM NUMBER 1399 FILED BY DR. BRIAN GREENE, AS NEXT
FRIEND OF INDIA BOND, A MINOR, FILED BY DEBTOR IN
POSSESSION, CITY OF DETROIT, MICHIGAN; (#4843) OBJECTION
TO CLAIM NUMBER OF CLAIMANT CLAIM NO. 3271 BY ADAM
WOODBERRY. FILED BY DEBTOR IN POSSESSION, CITY OF DETROIT,
MICHIGAN; (#4844) OBJECTION TO CLAIM NUMBER OF CLAIMANT
TARIS JACKSON, AS NEXT FRIEND OF ASHLY JACKSON, A MINOR/
OBJECTION OF THE CITY OF DETROIT, PURSUANT TO SECTIONS
105 AND 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE

3007 AND LOCAL RULE 3007-1, TO PROOF OF CLAIM NUMBER 1401
FILED BY TARIS JACKSON, AS NEXT FRIEND OF ASHLY JACKSON,
A MINOR, FILED BY DEBTOR IN POSSESSION, CITY OF
DETROIT, MICHIGAN; (#4854) OBJECTION TO CLAIM NUMBER OF
CLAIMANT ERNEST FLAGG, AS NEXT FRIEND OF JONATHON BOND,
A MINOR/OBJECTION OF THE CITY OF DETROIT, PURSUANT TO
SECTIONS 105 AND 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULE 3007 AND LOCAL RULE 3007-1, TO PROOF OF CLAIM NUMBER
1404 FILED BY ERNEST FLAGG, AS NEXT FRIEND OF JONATHON
BOND, A MINOR, FILED BY DEBTOR IN POSSESSION, CITY OF
DETROIT, MICHIGAN; (#4855) OBJECTION TO CLAIM NUMBER OF
CLAIMANT CLAIM NO. 3236 BY LUCINDA DARRAH.  FILED BY
DEBTOR IN POSSESSION CITY OF DETROIT, MICHIGAN; (#4857)
OBJECTION TO CLAIM NUMBER OF CLAIMANT CLAIM NOS. 1330
AND 1853 FILED BY RICKIE ALLEN HOLT ON BEHALF OF THE
ABORIGINAL INDIGENOUS PEOPLE.  FILED BY DEBTOR IN POSSESSION
CITY OF DETROIT, MICHIGAN; (#4859) OBJECTION TO CLAIM
NUMBER OF CLAIMANT CLAIM NO. 2902 ON BEHALF OF PENNY
MABIN.  FILED BY DEBTOR IN POSSESSION CITY OF DETROIT,
MICHIGAN; (#4863) OBJECTION TO CLAIM NUMBER OF CLAIMANT
CLAIM NO. 2021 BY EDWARD L. GILDYARD.  FILED BY
DEBTOR IN POSSESSION CITY OF DETROIT, MICHIGAN; (#4872)
OBJECTION TO CLAIM NUMBER OF CLAIMANT CLAIM NO. 458 BY
ALBERT OTTO O'ROURKE.  FILED BY DEBTOR IN POSSESSION CITY
OF DETROIT, MICHIGAN; (#4873) OBJECTION TO CLAIM NUMBER
OF CLAIMANT CLAIM NOS. 1329 AND 1859 BY RICKIE HOLT FILED
BY DEBTOR IN POSSESSION CITY OF DETROIT, MICHIGAN; (#4881)
OBJECTION TO CLAIM NUMBER OF CLAIMANT/FOURTH OMNIBUS
OBJECTION TO THE CITY OF DETROIT, PURSUANT TO SECTIONS
105 AND 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE
3007 AND LOCAL RULE 3007-1, SEEKING THE DISALLOWANCE OF
CERTAIN DUPLICATE CLAIMS FILED BY DEBTOR IN POSSESSION
CITY OF DETROIT, MICHIGAN; (#4886) OBJECTION TO CLAIM
NUMBER OF CLAIMANT HYDE PARK CO-OPERATIVE/OBJECTION
OF THE CITY OF DETROIT, PURSUANT TO SECTIONS 105 AND
502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007 AND
LOCAL RULE 3007-1, TO PROOF OF CLAIM NUMBER 2651 FILED
BY HYDE PARK CO-OPERATIVE FILED BY DEBTOR IN POSSESSION
CITY OF DETROIT, MICHIGAN; (#4954) OBJECTION TO CLAIM
NUMBER OF CLAIMANT CLAIM NUMBER 3683 FILED BY MACOMB.
(CORRECTED OBJECTION RE. DOCKET 4880) FILED BY DEBTOR IN
POSSESSION CITY OF DETROIT, MICHIGAN; (#4955) OBJECTION TO
CLAIM NUMBER OF CLAIMANT CORRECTED OBJECTION TO CLAIM
NUMBERS 1302 AND 3500 FILED BY INLAND WATERS POLLUTION
CONTROL, INC. (RE. DOCKET 4875) FILED BY DEBTOR IN
POSSESSION, CITY OF DETROIT, MICHIGAN; STATUS HEARING
RE. (#5155) MOTION TO ALLOW CLAIM(S)/NOTICE OF AND
MOTION FOR TEMPORARY ALLOWANCE OF CLAIM OF THE MACOMB
INTERCEPTOR DRAIN DRAINAGE DISTRICT PURSUANT TO RULE
3018(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
FOR PURPOSES OF ACCEPTING OR REJECTING THE DEBTOR'S
FOURTH AMENDED PLAN OF ADJUSTMENT FILED BY CREDITOR

13-53846-tjt   Doc 12000-6   Filed 05/16/18   Entered 05/16/18 10:21:45   Page 114 of
198
13-53846-tjt   Doc 12000   Filed 09/06/18   Entered 09/06/18 08:22:50   Page 114 of 79   113

COUNTY OF MACOMB, MICHIGAN; (STATUS HEARING RE. (#5354)
MOTION FOR CLASS CERTIFICATION OF PROOF OF CLAIMS
#2638, 2651, 2654, 2659, 2676, 2683, 2689 AND 2692 FILED BY
CREDITOR HYDE PARK CO-OPERATIVE, ET AL.
BEFORE THE HONORABLE STEVEN W. RHODES
UNITED STATES BANKRUPTCY COURT JUDGE


APPEARANCES:

For the Debtor:        Jones Day
                       By:  JEFFREY G. ELLMAN
                       1420 Peachtree Street, N.E., Suite 800
                       Atlanta, GA 30309-3053
                       (404) 581-8309

                       Foley & Lardner, LLP
                       By:  JOHN SIMON
                            TAMAR N. DOLCOURT
                       500 Woodward Avenue, Suite 2700
                       Detroit, MI 48226
                       (313) 234-7161

                       Miller Canfield Paddock & Stone PLC
                       By:  TIMOTHY A. FUSCO
                       150 West Jefferson, Suite 2500
                       Detroit, MI 48226
                       (313) 496-8435

For the Official       Dentons US, LLP
Committee of           By:  CLAUDE D. MONTGOMERY
Retirees:              1221 Avenue of the Americas, 25th Floor
                       New York, NY  10020-1089
                       (212) 632-8390

For County of          Dechert LLP
Macomb, Michigan:      By:  ALLAN BRILLIANT
                       1095 Avenue of the Americas
                       New York, NY 10036
                       (212) 698-3600

For Family of          Norman Yatooma & Associates, PC
Tamara Greene:         By:  HOWARD LEDERMAN
                       1900 S. Telegraph Road
                       Bloomfield Hills, MI 48302
                       (248) 481-2000

13-53846-tjt   Doc 12000-6   Filed 09/06/18   Entered 09/06/18 08:53:50   Page 14 of 78
13-53846-tjt   Doc 12000   Filed 05/20/16   Entered 05/20/16 10:21:45   Page 6 of 73
198
114

APPEARANCES (continued):

For Hyde Park          Thornbladh Legal Group PLLC
Co-Operative:          By:  KURT THORNBLADH
                       7301 Schaefer
                       Dearborn, MI 48126
                       (313) 943-2678

                       Becker & Wasvery, PLLC
                       By:  CARL BECKER
                       2401 W. Big Beaver Road, Ste. 100
                       Troy, MI 48074
                       (248) 649-5660

Court Recorder:        Kristel Trionfi
                       United States Bankruptcy Court
                       211 West Fort Street
                       21st Floor
                       Detroit, MI  48226-3211
                       (313) 234-0068

Transcribed By:        Lois Garrett
                       1290 West Barnes Road
                       Leslie, MI  49251
                       (517) 676-5092

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

1        MS. DARRAH:  No.  That's a five-year contract.  I'm

2    sorry.  So that's approximately what they spent, but what I

3    wanted was that we have some way that the citizens can become

4    involved in their own survival, and right now we don't have

5    that.

6        THE COURT:  Well, I appreciate that, but that's all

7    we can do here today.  That's all we can do here today.

8        MS. DARRAH:  That's not enough.

9        THE COURT:  That's all we can do here today.

10        MS. DARRAH:  All right.  Okay.

11        THE COURT:  Please take your seat now, ma'am.

12        MS. DARRAH:  It goes out in the suburbs, too, if you

13    live out there.  It goes everywhere, Great Lakes, everything.

14        THE COURT:  Mr. Simon.

15        MR. SIMON:  Yes, your Honor.  Moving on to the next

16    set of objections, the Woodberry claimants' objections is

17    Claim Numbers 3278, 3271, 3006, 2905, 2902, 2889, 2888, 2883,

18    2880, and 2846.  Those are ten claims filed for a total of

19    $12 million by members of the Woodberry family.  They filed

20    these claims initially, your Honor, just listing eminent

21    domain as a reason on one page of the proof of claim without

22    any backup saying the city took -- quote, "The city took real

23    property without paying just compensation."  We objected to

24    the claims because we couldn't tell at all anything about

25    them.  We couldn't tell what real property this was or what

1  the situation was.

2        And the Woodberrys did file responses.  The

3  responses identified the property -- the subject property as

4  2457 Beaubien.  We did some digging on the city's end, your

5  Honor, and determined that property was the subject of a

6  condemnation proceeding that started back in 2005.  The

7  claimants in this case were parties to that litigation over

8  condemnation, and in April 2009 after years of that

9  litigation, the Wayne County Circuit Court entered an order

10  confirming that title to the property had vested in the city,

11  and they ordered payment of $240,000, which the city paid,

12  and so the claimants had totally omitted that from their

13  claim, but we did determine what -- you know, some background

14  on it.  There is no basis for any further claims because the

15  April 2009 order also says that it is with prejudice to any

16  other claims against the city with respect to the property.

17  It says, quote, "This judgment shall be with prejudice to any

18  further assertion of claims by defendants against the city

19  arising directly or indirectly in whole or in part from the

20  taking of the subject property."  I would note that we had an

21  acknowledgement which we filed as well by Ms. Edith

22  Woodberry, who filed the biggest one of the claims for $3

23  million, that acknowledged that she received full payment.

24  So, your Honor, we would object to this claim.  It's baseless

25  in that there's no basis for any further liability or claim

1   against the city as evidenced by the April order from 2009.

2           THE COURT:  Thank you.  Are any members of the

3   Woodberry family here or anyone representing them?

4           MR. CRANSTON WOODBERRY:  Good morning, your Honor.

5   I'm Cranston Woodberry.

6           MS. EDITH WOODBERRY:  Good morning.  I'm Edith

7   Woodberry.

8           MR. LA JEFF WOODBERRY:  Excuse me, your Honor.  Good

9   morning, your Honor.  I'm LA Jeff Woodberry.

10          THE COURT:  All right.  So the city contends that

11  you already got paid for this property through the

12  condemnation proceeding in court.

13          MS. EDITH WOODBERRY:  Your Honor, I had received

14  from the city by express mail I think the day before

15  yesterday his statements, and I filed a -- prepared a

16  response, but I don't know how to give it to the city, Judge.

17          THE COURT:  I'll have a --

18          MS. EDITH WOODBERRY:  Can you give a copy to him or

19  the -- but the answer is that --

20          THE COURT:  If you want me to, I'll have a look at

21  it, ma'am.

22          MS. EDITH WOODBERRY:  I would appreciate it.

23          THE COURT:  All right.

24          MS. EDITH WOODBERRY:  And there's one for the city's

25  attorney.

1       THE COURT:  Mr. Simon, Ms. Woodberry has one for

2  you, too.

3       MR. SIMON:  Thank you, your Honor.

4       MS. EDITH WOODBERRY:  I wasn't seeking oral argument

5  because I know I'm not a -- I'm in here in pro per.  I'm not

6  any way capable of matching what was said here today, but I

7  will say that the purpose of me filing that claim was to put

8  Bankruptcy Court on notice that we had an action in a lower

9  court, in the state court, and that I wanted -- I don't know

10  the rules of the Bankruptcy Court, so, therefore, I didn't

11  want to have this rejected in the state court because the

12  action should have been brought to you.  My suggestion or

13  hope would be that you would dismiss or accept, receive for

14  Bankruptcy Court's information the fact that we do have

15  something and maybe let it go back to state court or dismiss

16  it for lack of --

17       THE COURT:  What is there left for the state court

18  to do?

19       MS. EDITH WOODBERRY:  Well, now, the state court in

20  its -- the state court has not issued a final order, so,

21  therefore, we cannot appeal the --

22       MR. CRANSTON WOODBERRY:  The judgment.

23       MS. EDITH WOODBERRY:  -- the judgment.  We can't

24  appeal the judgment because she has not issued a final -- she

25  says that that judgment is not a final order.  If you look at

1   the bottom of plaintiff's -- the city's --

2          MR. CRANSTON WOODBERRY:  Exhibit 1, the April 28th,

3   2009, judgment.

4          THE COURT:  Okay.

5          MS. EDITH WOODBERRY:  It's a citizen's --

6          THE COURT:  I will look at that.  Give me one

7   second, please.

8          MS. EDITH WOODBERRY:  Okay.  Well, actually, I'm not

9   capable of maybe presenting an oral argument against what he

10  was saying here because I couldn't hear him in the back, and

11  what he wrote, I responded to that.

12         THE COURT:  I do see the language you are referring

13  to.  It says, "Pursuant to Rule 2.602(a)(3), this judgment

14  does not resolve the last of any claims, and it does not

15  close the case."  That's the language you're talking about?

16         MS. EDITH WOODBERRY:  Yes.

17         THE COURT:  Okay.  Let me ask Mr. Simon about that.

18  Mr. Simon.  Ms. Woodberry, let me just ask you to step a

19  little bit to the side so Mr. Simon can use the microphone

20  there.  Thank you very much.

21         MR. SIMON:  Your Honor, actually the city law

22  department is right now looking at the status of that case.

23  I had interpreted that language to be separate from the

24  condemnation and separate from any payment related to the

25  eminent domain, which is clearly set forth in the order as

1  being exclusively handled, and the order was entered on a

2  final basis.  It calls for the resolution of all the claims

3  by the payment of $240,000, and so I don't think that the --

4            THE COURT:  You don't know what's left to be done?

5            MR. SIMON:  I don't know of anything left to be

6  done.

7            MR. CRANSTON WOODBERRY:  Well, your Honor, the

8  problem is --

9            THE COURT:  No.  One second.  So you don't know that

10  there isn't anything left to be done?

11            MR. SIMON:  I cannot say that, your Honor.  Based on

12  that language, I have a -- yes.  That's correct.

13            THE COURT:  I'm sorry to have interrupted you, sir.

14  What were you going to say?

15            MR. CRANSTON WOODBERRY:  Well, he just answered the

16  question.  We do have an appeal of right.

17            THE COURT:  Stand right by that microphone.

18            MR. CRANSTON WOODBERRY:  I'm sorry.  We do have an

19  appeal of right, and the other issue is that there were

20  certain people who had an interest in that property that were

21  not brought into the action by the City of Detroit, and --

22            THE COURT:  And who were those people?

23            MR. CRANSTON WOODBERRY:  This is the one person

24  right there, Jeff Woodberry.

25            MR. LA JEFF WOODBERRY:  LA Jeff Woodberry.  And I

1  never was brought into the action.

2          THE COURT:  Um-hmm.

3          MR. LA JEFF WOODBERRY:  (Inaudible) for the

4  property.

5          THE COURT:  Well, Mr. Simon, in the circumstances,

6  subject to further development of our record here, I think I

7  have to overrule your objection and abstain from any further

8  action by this Court in the matter to allow the state court

9  to do whatever is left to be done in the case.  And if there

10  is ever a final judgment in the sense that all appeals have

11  been exhausted, then we can sustain the objection assuming

12  the judgment is in the city's favor.

13          MR. SIMON:  Your Honor, there's been no appeal.  The

14  order was entered in 2009.

15          THE COURT:  Right, but there's a question about

16  whether this is a final appealable judgment because it says

17  the judgment does not resolve the last of any claims, and it

18  doesn't close the case.

19          MR. SIMON:  And, your Honor, would it be possible to

20  set a briefing schedule on substantive response to the claim

21  objection, you know, based on --

22          THE COURT:  No.  I'm going to abstain --

23          MR. SIMON:  Okay.

24          THE COURT:  -- and allow the state court to make a

25  final determination on the issues.

1          MR. SIMON:  Thank you, your Honor.

2          THE COURT:  I can't tell, based on this record,

3     what's left let alone decide it.  All right.  I'll prepare an

4     appropriate order.  So you should go back to state court and

5     try to work with the judge there on resolving whatever is

6     left to be resolved so you can get on with your appeal.

7          MR. CRANSTON WOODBERRY:  Thank you, your Honor.

8          THE COURT:  Do you have an attorney in that case?

9          MR. CRANSTON WOODBERRY:  I was appearing as the

10    attorney in that case, your Honor, yes.

11         THE COURT:  Okay.  All right.

12         MR. SIMON:  Your Honor, if I may, just one further

13    note, is it -- the claim really should be contingent, though,

14    at best, and unliquidated rather than have a certain dollar

15    figure.

16         THE COURT:  Yes.

17         MR. SIMON:  Okay.

18         THE COURT:  At this point it's not fixed at all.

19         MR. SIMON:  Exactly.  I just wanted to be clear

20    about that.  Thank you.

21         THE COURT:  All right.  I'll make sure the order

22    says that.

23         MR. SIMON:  And, your Honor, the final matters that

24    we have, your Honor, are in respect of Macomb Interceptor

25    Drain District.  This is probably the thorniest area.  We are

# EXHIBIT 7

## ORDER ON INITIAL OBJECTIONS

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                                    Chapter 9
City of Detroit, Michigan,                                Case No. 13-53846
      Debtor.                                    Hon. Steven W. Rhodes
_____/

### Order Regarding Objections to Claims Numbers
### 2846, 2880, 2883, 2888, 2889, 2902, 2905, 3006, 3271 and 3278

For the reasons stated on the record in open Court on June 25, 2014, it is hereby ordered that the City's objections to claims numbers 2846, 2880, 2883, 2888, 2889, 2902, 2905, 3006, 3271 and 3278 are overruled without prejudice.  (Dkt. Nos. 4834, 4838, 4836, 4841, 4837, 4859, 4839, 4840, 4843, and 4835)

It is further ordered that until the further order of the Court, these claims are deemed contingent and unliquidated, and for balloting purposes are estimated at $0.

It is further ordered that the Court abstains from fixing these claims in favor of the state court proceeding in which these claims are pending.

.

**Signed on June 25, 2014**

                               **_____/s/ Steven Rhodes_____**
                               **Steven Rhodes**
                               **United States Bankruptcy Judge**

# EXHIBIT 8

# STATE COURT DOCKET

Skip to Main Content Logout My Account Search Menu New Case Search Refine Search Back Location : Non-Criminal Cases Web Access Instruction Manual

# REGISTER OF ACTIONS
### CASE NO. 05-522129-CC

---

### RELATED CASE INFORMATION

**Related Cases**
99-915749-CC (Prior Action)

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| Defendant | **DOE JANE** | No Atty Required |
| Defendant | **DOE JOHN** | No Atty Required |
| Defendant | **FULLER JAMES EST OF** | No Atty Required |
| Defendant | **FULLER JANE DOE** | No Atty Required |
| Defendant | **FULLER JANE DOE** | No Atty Required |
| Defendant | **FULLER JANE DOE** | No Atty Required |
| Defendant | **FULLER JANE DOE** | No Atty Required |
| Defendant | **Fuller, Douglas** | No Atty Required |
| Defendant | **Fuller, Franklin** | No Atty Required |
| Defendant | **Fuller, Wayne** | No Atty Required |
| Defendant | **Fuller, Willie** | No Atty Required |
| Defendant | **GAITHER JANE DOE** | No Atty Required |
| Defendant | **Gaither, Warren** | No Atty Required |
| Defendant | **Harrison, Rozlyn** | Cranston Woodberry |
| Defendant | **JONES JANE DOE** | No Atty Required |
| Defendant | **JONES JANE DOE** | No Atty Required |
| Defendant | **Jones, Craig** | Cranston Woodberry |
| Defendant | **Jones, Michael** | Cranston Woodberry |
| Defendant | **Love, Patricia** | No Atty Required |
| Defendant | **Mabin, Penny** | Cranston Woodberry |
| Defendant | **Robinson, Dorothy** | No Atty Required |
| Defendant | **Sobeloff, Jonathan** | No Atty Required |

| | | |
|---|---|---|
| Defendant | **Williams, Delores** | **No Atty Required** |
| Defendant | **WOODBERRY EDITH PERS REP** | **In Pro Per Or Out Of State** |
| Defendant | **WOODBERRY JANE DOE** | **No Atty Required** |
| Defendant | **WOODBERRY JANE DOE** | **No Atty Required** |
| Defendant | **WOODBERRY JANE DOE** | **No Atty Required** |
| Defendant | **WOODBERRY JANE DOE** | **No Atty Required** |
| Defendant | **WOODBERRY JANE DOE** | **No Atty Required** |
| Defendant | **Woodberry, Adam** | **Cranston Woodberry** |
| Defendant | **Woodberry, Cavel** | **Cranston Woodberry** |
| Defendant | **Woodberry, Cranston** | **Cranston Woodberry** |
| Defendant | **Woodberry, Happy** | **Cranston Woodberry** |
| Defendant | **Woodberry, Lavan** | **Cranston Woodberry** |
| Defendant | **Woodberry, Phebe** | **Cranston Woodberry** |
| Defendant | **Woodberry, Roger** | **Cranston Woodberry** |
| Plaintiff | **DETROIT CITY OF** | **Avery K. Williams** |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 01/27/2005 | **Status Conference** (9:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Not Held |
| 07/27/2005 | **Complaint, Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 07/27/2005 | **Status Conference Scheduled** |
| 07/27/2005 | **Service Review Scheduled** |
| 07/27/2005 | **Service Review Scheduled** (Judicial Officer: Torres, Isidore ) |
| 07/27/2005 | **Case Filing Fee - Paid** (Judicial Officer: Torres, Isidore ) |
| 07/27/2005 | **Miscellaneous Motion, Filed** |
| 07/29/2005 | **Order to Show Cause, Signed and Filed** (Judicial Officer: Torres, Isidore ) |
| 07/29/2005 | **Motion Hearing** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Held |
| 09/01/2005 | **Show Cause Hearing** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Adjourned |
| 09/02/2005 | **Objection, Filed** |
| 09/02/2005 | **Show Cause Hearing** (9:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Not Held |
| 09/06/2005 | **Notice of Filing, Filed** |
| 09/07/2005 | **Order Amending, File Supplemental Pleading, Signed and Filed** (Judicial Officer: Torres, Isidore ) |
| 09/07/2005 | **Show Cause Hearing** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Held |
| 09/12/2005 | **Notice of Hearing, Filed** |
| 09/12/2005 | **Proof of Service, Filed** |
| 09/30/2005 | **Show Cause Hearing** (9:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Not Held |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |

| | |
|---|---|
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Reviewed by Court |
| 10/07/2005 | **Miscellaneous Motion, Filed** |
| 10/11/2005 | **Order Extending Time, Signed and Filed** (Judicial Officer: Torres, Isidore ) |
| 10/11/2005 | **Review of Extension of Summons** (Judicial Officer: Torres, Isidore ) |
| 10/11/2005 | **Show Cause Hearing** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Adjourned |
| 10/11/2005 | **Motion Hearing** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 10/11/2005 | **Status Conference** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Adjourned |
| 10/25/2005 | **Status Conference** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Adjourned |
| 10/27/2005 | **Objection, Filed** |
| 10/28/2005 | **Service of Complaint, filed** |
| 10/28/2005 | **Status Conference** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Not Held |
| 10/28/2005 | **Show Cause Hearing** (9:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Not Held |
| 11/10/2005 | **Motion for Entry of Order, Filed** |
| 11/11/2005 | **Motion Filed** (Judicial Officer: Torres, Isidore ) |
| 11/11/2005 | **Motion Hearing Scheduled** (Judicial Officer: Torres, Isidore ) |
| 11/17/2005 | **Show Cause Hearing** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Adjourned |
| 11/18/2005 | **Order for Special Service, Signed and Filed** (Judicial Officer: Torres, Isidore ) |
| 11/18/2005 | **Motion Hearing** (9:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 11/18/2005 | **Show Cause Hearing** (9:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Not Held |
| 11/22/2005 | **Certificate, Filed** |
| 12/15/2005 | **Proof of Publication of Complaint, Filed** |
| 12/15/2005 | **Proof of Publication of Complaint, Filed** |
| 01/10/2006 | **Answer to Complaint, filed** |
| 01/10/2006 | **Jury Demand Filed & Fee Paid** |
| 01/10/2006 | **Counter Complaint, Filed** |
| 01/10/2006 | **Affirmative Defenses, Filed** |
| 01/10/2006 | **Miscellaneous Motion, Filed** |
| 01/10/2006 | **Answer to Complaint, filed** |
| 01/10/2006 | **Affirmative Defenses, Filed** |
| 01/10/2006 | **Brief, Filed** |
| 01/10/2006 | **Proof of Service, Filed** |
| 01/11/2006 | **Motion Filed** (Judicial Officer: Torres, Isidore ) |
| 01/11/2006 | **Motion Hearing Scheduled** (Judicial Officer: Torres, Isidore ) |
| 01/11/2006 | **Motion Filed** (Judicial Officer: Torres, Isidore ) |
| 01/11/2006 | **Motion Hearing Scheduled** (Judicial Officer: Torres, Isidore ) |
| 01/11/2006 | **Show Cause Hearing** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Adjourned |
| 01/12/2006 | **Notice of Hearing, Filed** |
| 01/12/2006 | **Proof of Service, Filed** |
| 01/13/2006 | **Show Cause Hearing** (9:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Not Held |
| 01/19/2006 | **Status Conference Scheduling Order, Signed and Filed** (Judicial Officer: Torres, Isidore ) |
| 01/19/2006 | **Status Conference** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 01/27/2006 | **Case Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 01/27/2006 | **Case Scheduled for Evaluation** (Judicial Officer: Curtis, Daphne Means ) |
| 01/27/2006 | **Reason** (Judicial Officer: Curtis, Daphne Means ) |
| 01/27/2006 | **Status Conference** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Scheduled |
| 01/27/2006 | **Status Conference** (11:30 AM) (Judicial Officer Torres, Isidore) |
| | Result: Scheduled |
| 02/03/2006 | **Certificate, Filed** |

| | |
|---|---|
| 02/06/2006 | **Answer to Affirmative Defenses, Filed** |
| 02/06/2006 | **Certificate, Filed** |
| 02/06/2006 | **Reply to Answer, Filed** |
| 02/06/2006 | **Counter Complaint, Filed** |
| 02/08/2006 | **Answer to Motion, Filed** |
| 02/08/2006 | **Proof of Service, Filed** |
| 02/10/2006 | **Motion Denied, Order to Follow** (Judicial Officer: Torres, Isidore ) |
| 02/10/2006 | **Heard** (Judicial Officer: Torres, Isidore ) |
| 02/10/2006 | **Motion for Miscellaneous Action Granted, Order to Follow** (Judicial Officer: Torres, Isidore ) |
| 02/10/2006 | **Witness List, Filed** |
| 02/10/2006 | **Certificate, Filed** |
| 02/10/2006 | **Motion Hearing** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 02/10/2006 | **Motion Hearing** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 02/10/2006 | **Show Cause Hearing** (9:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 02/13/2006 | **Reply to Answer, Filed** |
| 02/17/2006 | **Taken Under Advisement** (Judicial Officer: Torres, Isidore ) |
| 02/17/2006 | **Case Scheduled** (Judicial Officer: Torres, Isidore ) |
| 02/17/2006 | **Taken Under Advisement** (Judicial Officer: Torres, Isidore ) |
| 02/17/2006 | **Miscellaneous Response, Filed** |
| 02/17/2006 | **Certificate, Filed** |
| 02/22/2006 | **Reply to Answer, Filed** |
| 02/24/2006 | **Motion for Reconsideration/Rehearing, Filed** |
| 02/27/2006 | **Miscellaneous Party Update** |
| 02/27/2006 | **Motion Filed** (Judicial Officer: Torres, Isidore ) |
| 02/27/2006 | **Motion Hearing Scheduled** (Judicial Officer: Torres, Isidore ) |
| 02/27/2006 | **Motion Filed** (Judicial Officer: Torres, Isidore ) |
| 02/27/2006 | **Motion Hearing Scheduled** (Judicial Officer: Torres, Isidore ) |
| 02/27/2006 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Torres, Isidore ) |
| 02/27/2006 | **Witness List, Filed** |
| 02/27/2006 | **Proof of Service, Filed** |
| 02/27/2006 | **Motion to Amend, Filed** |
| 02/27/2006 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Reviewed by Court |
| 02/28/2006 | **Miscellaneous Party Update** |
| 02/28/2006 | **Miscellaneous Party Update** |
| 03/01/2006 | **Miscellaneous Party Update** |
| 03/01/2006 | **Miscellaneous Party Update** |
| 03/01/2006 | **Miscellaneous Party Update** |
| 03/06/2006 | **Motion to Strike** |
| 03/06/2006 | **Miscellaneous Motion, Filed** |
| 03/07/2006 | **Motion Filed** (Judicial Officer: Torres, Isidore ) |
| 03/07/2006 | **Motion Hearing Scheduled** (Judicial Officer: Torres, Isidore ) |
| 03/07/2006 | **Proof of Service, Filed** |
| 03/07/2006 | **Notice of Hearing, Filed** |
| 03/08/2006 | **Certificate, Filed** |
| 03/14/2006 | **Answer to Motion, Filed** |
| 03/14/2006 | **Proof of Service, Filed** |
| 03/15/2006 | **Answer to Motion, Filed** |
| 03/15/2006 | **Certificate, Filed** |
| 03/15/2006 | **Miscellaneous Motion, Filed** |
| 03/17/2006 | **Motion for Miscellaneous Action Granted, Order to Follow** (Judicial Officer: Torres, Isidore ) |
| 03/17/2006 | **Motion for Miscellaneous Action Granted, Order to Follow** (Judicial Officer: Torres, Isidore ) |
| 03/17/2006 | **Motion Hearing** (9:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 03/17/2006 | **Motion Hearing** (9:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 03/20/2006 | **Received 7-Day Order for Entry** |
| 03/20/2006 | **Received 7-Day Order for Entry** |
| 03/23/2006 | **Objection to 7-Day Order-Filed** |
| 03/24/2006 | **Reply to Answer, Filed** |
| 03/24/2006 | **Certificate, Filed** |
| 03/28/2006 | **Motion Filed** (Judicial Officer: Torres, Isidore ) |
| 03/28/2006 | **Motion Hearing Scheduled** (Judicial Officer: Torres, Isidore ) |
| 03/28/2006 | **Motion for Default Judgment, Filed** |
| 03/28/2006 | **Motion for Default Judgment, Filed** |
| 03/28/2006 | **Motion for Default Judgment, Filed** |
| 03/29/2006 | **Order Extending Time, Signed and Filed** (Judicial Officer: Sapala, Michael F. ) |
| 03/29/2006 | **7-Day Order Not Enter** |
| 03/29/2006 | **Interrogatories, Filed** |
| 03/29/2006 | **Request for Production of Documents, Filed** |
| 03/29/2006 | **Interrogatories, Filed** |
| 03/29/2006 | **Request for Production of Documents, Filed** |
| 03/29/2006 | **Certificate, Filed** |
| 03/29/2006 | **Certificate, Filed** |
| 03/29/2006 | **Certificate, Filed** |
| 03/29/2006 | **Stipulation, Filed** (Judicial Officer: Sapala, Michael F. ) |
| 03/29/2006 | **Order Extending Time, Signed and Filed** (Judicial Officer: Sapala, Michael F. ) |
| 03/29/2006 | **Stipulation, Filed** (Judicial Officer: Sapala, Michael F. ) |
| 03/31/2006 | **Taken Under Advisement** (Judicial Officer: Torres, Isidore ) |
| 03/31/2006 | **Taken Under Advisement** (Judicial Officer: Torres, Isidore ) |
| 03/31/2006 | **Case Scheduled** (Judicial Officer: Torres, Isidore ) |

13-53846-tjt    Doc 12000-6    Filed 09/06/18    Entered 09/06/18 08:52:50    Page 130 of
198
13-53846-tjt    Doc 12000    Filed 05/20/16    Entered 05/20/16 10:21:45    Page 73 of 130

| | |
|---|---|
| 03/31/2006 | **Notice of Hearing, Filed** |
| 03/31/2006 | **Certificate, Filed** |
| 03/31/2006 | **Miscellaneous Judicial Hearing Activity**  (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Reviewed by Court |
| 04/03/2006 | **Case Evaluation**  (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Adjourned |
| 04/04/2006 | **Settlement Conference**  (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Adjourned |
| 04/07/2006 | **Miscellaneous Party Update** |
| 04/17/2006 | **Notice of Hearing, Filed** |
| 04/17/2006 | **Proof of Service, Filed** |
| 04/20/2006 | **Notice of Hearing, Filed** |
| 04/20/2006 | **Proof of Service, Filed** |
| 04/21/2006 | **Default Judgment S/F** (Judicial Officer: Torres, Isidore ) |
| 04/21/2006 | **Default Judgment S/F** (Judicial Officer: Torres, Isidore ) |
| 04/21/2006 | **Default Judgment S/F** (Judicial Officer: Torres, Isidore ) |
| 04/21/2006 | **Motion Hearing**  (9:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Motion and/or Praecipe Dismissed |
| 04/21/2006 | **Miscellaneous Judicial Hearing Activity**  (9:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Not Held |
| 04/21/2006 | **Motion Hearing**  (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 04/21/2006 | **Motion Hearing**  (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 04/21/2006 | **Motion Hearing**  (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 04/27/2006 | **Motion Filed** (Judicial Officer: Torres, Isidore ) |
| 04/27/2006 | **Motion Hearing Scheduled** (Judicial Officer: Torres, Isidore ) |
| 04/27/2006 | **Miscellaneous Motion, Filed** |
| 04/27/2006 | **Review Hearing**  (9:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Not Held |
| 04/28/2006 | **Certificate, Filed** |
| 05/09/2006 | **Case Evaluation - Commercial** (Judicial Officer: Curtis, Daphne Means ) |
| 05/12/2006 | **Witness List, Filed** |
| 05/12/2006 | **Proof of Service, Filed** |
| 05/19/2006 | **Motion for Miscellaneous Action Granted, Order to Follow** (Judicial Officer: Torres, Isidore ) |
| 05/19/2006 | **Motion Hearing**  (9:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 05/23/2006 | **Certificate, Filed** |
| 05/30/2006 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Torres, Isidore ) |
| 05/30/2006 | **Review Hearing**  (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 05/31/2006 | **Stipulation, Filed** (Judicial Officer: Torres, Isidore ) |
| 05/31/2006 | **Order Extending Time, Signed and Filed** (Judicial Officer: Torres, Isidore ) |
| 05/31/2006 | **Stipulation, Filed** (Judicial Officer: Torres, Isidore ) |
| 05/31/2006 | **Order Extending Time, Signed and Filed** (Judicial Officer: Torres, Isidore ) |
| 06/05/2006 | **Taken Under Advisement** (Judicial Officer: Torres, Isidore ) |
| 06/05/2006 | **Opinion of Court, Signed and Filed** (Judicial Officer: Torres, Isidore ) |
| 06/05/2006 | **Miscellaneous Judicial Hearing Activity**  (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Motion and/or Praecipe Dismissed |
| 06/19/2006 | **Settlement Conference**  (9:30 AM) (Judicial Officer Torres, Isidore) |
| | Result: Not Held |
| 06/21/2006 | **Claim of Appeal Filed in 201** |
| 07/13/2006 | **Motion Filed** (Judicial Officer: Torres, Isidore ) |
| 07/13/2006 | **Motion Hearing Scheduled** (Judicial Officer: Torres, Isidore ) |
| 07/13/2006 | **Motion for Stay of Proceedings, filed** |
| 07/18/2006 | **Final - Order for Stay of Proceedings, Signed and Filed** (Judicial Officer: Torres, Isidore ) |
| 07/18/2006 | **Motion Hearing**  (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 08/11/2006 | **Motion Hearing**  (9:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Not Held |
| 08/15/2006 | **Case Evaluation - Commercial** (Judicial Officer: Curtis, Daphne Means ) |
| 09/28/2006 | **Settlement Conference**  (9:30 AM) (Judicial Officer Torres, Isidore) |
| | Result: Not Held |
| 10/19/2006 | **Case Reassigned** (Judicial Officer: Curtis, Daphne Means ) |
| 10/19/2006 | **Reassignment - Disqualification, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 04/13/2007 | **Miscellaneous Motion, Filed** |
| 04/17/2007 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 04/17/2007 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 04/17/2007 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 04/17/2007 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 04/25/2007 | **Notice of Hearing, Filed** |
| 04/25/2007 | **Proof of Service, Filed** |
| 04/25/2007 | **Notice of Hearing, Filed** |
| 04/25/2007 | **Proof of Service, Filed** |
| 05/04/2007 | **Motion Hearing**  (8:30 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Adjourned |
| 05/04/2007 | **Motion Hearing**  (8:30 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Not Held |
| 05/17/2007 | **Miscellaneous Motion, Filed** |
| 05/17/2007 | **Motion for Order** |
| 05/17/2007 | **Proof of Service, Filed** |
| 05/18/2007 | **Motion for Miscellaneous Action Granted, Order to Follow** (Judicial Officer: Curtis, Daphne Means ) |
| 05/18/2007 | **Motion Hearing**  (8:30 AM) (Judicial Officer Curtis, Daphne Means) |

| | |
|---|---|
| | Result: Held |
| 05/31/2007 | **Proof of Service, Filed** |
| 05/31/2007 | **Received 7-Day Order for Entry** |
| 06/08/2007 | **Objection to 7-Day Order-Filed** |
| 06/14/2007 | **Proof of Service, Filed** |
| 06/14/2007 | **Received 7-Day Order for Entry** |
| 06/21/2007 | **Proof of Service, Filed** |
| 06/21/2007 | **Miscellaneous Response, Filed** |
| 06/21/2007 | **Objection, Filed** |
| 06/21/2007 | **Notice of Hearing, Filed** |
| 06/21/2007 | **Proof of Service, Filed** |
| 06/21/2007 | **Objection, Filed** |
| 06/21/2007 | **Proof of Service, Filed** |
| 06/21/2007 | **Objection to 7-Day Order-Filed** |
| 06/22/2007 | **Hearing Not Held** (Judicial Officer: Curtis, Daphne Means ) |
| 06/22/2007 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Reviewed by Court |
| 06/27/2007 | **Proof of Service, Filed** |
| 06/28/2007 | **Case Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 06/28/2007 | **Answer to Motion, Filed** |
| 06/28/2007 | **Objection, Filed** |
| 06/28/2007 | **Proof of Service, Filed** |
| 06/28/2007 | **Case Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 06/28/2007 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Reviewed by Court |
| 06/28/2007 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Reviewed by Court |
| 06/29/2007 | **Case Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 06/29/2007 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 06/29/2007 | **Case Returned to Open Status** (Judicial Officer: Curtis, Daphne Means ) |
| 06/29/2007 | **Motion Hearing** (8:30 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 06/29/2007 | **Motion Hearing** (8:30 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 06/29/2007 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Reviewed by Court |
| 07/13/2007 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 07/13/2007 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 07/13/2007 | **Motion for Reconsideration/Rehearing, Filed** |
| 07/27/2007 | **Taken Under Advisement** (Judicial Officer: Curtis, Daphne Means ) |
| 07/27/2007 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 07/27/2007 | **Continued Comments** (Judicial Officer: Curtis, Daphne Means ) |
| 07/27/2007 | **Motion Hearing** (8:30 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 08/24/2007 | **Claim of Appeal Filed in 201** |
| 08/24/2007 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 08/24/2007 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 08/24/2007 | **Miscellaneous Motion, Filed** |
| 08/28/2007 | **Witness List, Filed** |
| 08/28/2007 | **Certificate, Filed** |
| 09/05/2007 | **Proof of Service, Filed** |
| 09/05/2007 | **Answer to Motion, Filed** |
| 09/05/2007 | **Proof of Service, Filed** |
| 09/07/2007 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Adjourned |
| 09/21/2007 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 09/21/2007 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 09/28/2007 | **Miscellaneous Motion, Filed** |
| 10/04/2007 | **Answer to Motion, Filed** |
| 10/04/2007 | **Proof of Service, Filed** |
| 10/04/2007 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 10/04/2007 | **Motion Hearing** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 10/05/2007 | **Motion to Disqualify Judge, Filed** |
| 10/09/2007 | **Motion to Disqualify Judge, Filed** |
| 10/17/2007 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 10/17/2007 | **Motion Hearing** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 10/24/2007 | **Case Scheduled** (Judicial Officer: Kelly, Mary Beth ) |
| 10/24/2007 | **Miscellaneous Motion, Filed** |
| 10/24/2007 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Kelly, Mary Beth) |
| | Result: Reviewed by Court |
| 11/06/2007 | **Answer to Motion, Filed** |
| 11/06/2007 | **Proof of Service, Filed** |
| 11/07/2007 | **Answer to Motion, Filed** |
| 11/07/2007 | **Proof of Service, Filed** |
| 11/09/2007 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Kelly, Mary Beth ) |
| 11/09/2007 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Kelly, Mary Beth ) |
| 11/09/2007 | **DeNovo Hearing** (9:00 AM) (Judicial Officer Kelly, Mary Beth) |
| | Result: Held |
| 11/09/2007 | **DeNovo Hearing** (8:00 AM) (Judicial Officer Kelly, Mary Beth) |
| | Result: Held |
| 11/20/2007 | **Miscellaneous Motion, Filed** |

11/21/2007 | **Dismiss Hearing or Injunction** (Judicial Officer: Curtis, Daphne Means )
11/21/2007 | **Settlement Conference** (2:00 PM) (Judicial Officer Curtis, Daphne Means)
| Result: Held
11/28/2007 | **Case Scheduled for Evaluation** (Judicial Officer: Curtis, Daphne Means )
11/28/2007 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means)
| Result: Reviewed by Court
11/29/2007 | **Case Scheduled** (Judicial Officer: Curtis, Daphne Means )
11/29/2007 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means)
| Result: Reviewed by Court
11/30/2007 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means )
11/30/2007 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means )
12/04/2007 | **Motion To Show Cause**
12/05/2007 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means )
12/05/2007 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means )
12/06/2007 | **Notice of Hearing, Filed**
12/06/2007 | **Certificate, Filed**
12/06/2007 | **Motion Hearing** (8:00 AM) (Judicial Officer Curtis, Daphne Means)
| Result: Adjourned
12/07/2007 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means)
| Result: Not Held
12/12/2007 | **Answer to Motion, Filed**
12/12/2007 | **Proof of Service, Filed**
12/14/2007 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means )
12/14/2007 | **Miscellaneous Motion, Filed**
12/14/2007 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means )
12/14/2007 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means )
12/14/2007 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means)
| Result: Held
12/17/2007 | **Miscellaneous Request, Filed**
12/17/2007 | **Proof of Service, Filed**
12/19/2007 | **Brief in Support of Motion, Filed**
12/19/2007 | **Answer to Motion, Filed**
12/19/2007 | **Proof of Service, Filed**
12/21/2007 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means )
12/21/2007 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means)
| Result: Held
01/09/2008 | **Motion for Stay of Proceedings, filed**
01/10/2008 | **Answer to Motion, Filed**
01/10/2008 | **Proof of Service, Filed**
01/11/2008 | **Transcript - Filed**
01/11/2008 | **Motion for Miscellaneous Action Granted, Order to Follow** (Judicial Officer: Curtis, Daphne Means )
01/11/2008 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means )
01/11/2008 | **Motion Hearing** (8:00 AM) (Judicial Officer Curtis, Daphne Means)
| Result: Held
01/11/2008 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means)
| Result: Held
01/15/2008 | **Case Evaluation - Commercial** (Judicial Officer: Curtis, Daphne Means )
01/28/2008 | **Notice of Filing, Filed**
01/28/2008 | **Proof of Service, Filed**
01/28/2008 | **Claim of Appeal Filed in 201**
01/30/2008 | **Transcript - Filed**
01/31/2008 | **Miscellaneous Pleadings, Filed**
01/31/2008 | **Proof of Service, Filed**
01/31/2008 | **Objection, Filed**
01/31/2008 | **Notice of Hearing, Filed**
01/31/2008 | **Proof of Service, Filed**
02/01/2008 | **Motion to Extend Time, Filed**
02/01/2008 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means )
02/01/2008 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means )
02/07/2008 | **Answer to Motion, Filed**
02/07/2008 | **Proof of Service, Filed**
02/08/2008 | **Order Extending Time, Signed and Filed** (Judicial Officer: Curtis, Daphne Means )
02/08/2008 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means)
| Result: Held
02/15/2008 | **Case Scheduled** (Judicial Officer: Curtis, Daphne Means )
02/15/2008 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means)
| Result: Reviewed by Court
02/19/2008 | **Motion to Compel Taking of Deposition, Filed**
02/20/2008 | **Motion to Compel Taking of Deposition, Filed**
02/25/2008 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means )
02/25/2008 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means )
02/27/2008 | **Settlement Conference** (2:00 PM) (Judicial Officer Curtis, Daphne Means)
| Result: Not Held
02/29/2008 | **Motion for Miscellaneous Action Granted, Order to Follow** (Judicial Officer: Curtis, Daphne Means )
02/29/2008 | **Answer to Motion, Filed**
02/29/2008 | **Proof of Service, Filed**
02/29/2008 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means)
| Result: Held
03/03/2008 | **Case Scheduled** (Judicial Officer: Curtis, Daphne Means )
03/05/2008 | **Miscellaneous Motion, Filed**
03/06/2008 | **Proof of Service, Filed**
03/07/2008 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means )
03/07/2008 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means )
03/12/2008 | **Case Evaluation Envelope, filed**

| | |
|---|---|
| 03/13/2008 | **Objection, Filed** |
| 03/13/2008 | **Case Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 03/13/2008 | **Objection to 7-Day Order-Filed** |
| 03/13/2008 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means)<br>Result: Reviewed by Court |
| 03/14/2008 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means)<br>Result: Adjourned |
| 03/18/2008 | **Settlement Conference** (2:00 PM) (Judicial Officer: Curtis, Daphne Means)<br>Result: Adjourned |
| 03/19/2008 | **Notice of Hearing, Filed** |
| 03/19/2008 | **Proof of Service, Filed** |
| 03/27/2008 | **Answer to Motion, Filed** |
| 03/27/2008 | **Proof of Service, Filed** |
| 03/28/2008 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 03/28/2008 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means)<br>Result: Held |
| 03/28/2008 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means)<br>Result: Not Held |
| 03/31/2008 | **Received 7-Day Order for Entry** |
| 04/03/2008 | **Transcript - Filed** |
| 04/07/2008 | **Transcript - Filed** |
| 04/11/2008 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 04/11/2008 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means)<br>Result: Reviewed by Court |
| 05/01/2008 | **Case Scheduled for Trial** (Judicial Officer: Curtis, Daphne Means ) |
| 05/01/2008 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means)<br>Result: Reviewed by Court |
| 05/06/2008 | **Transcript - Filed** |
| 05/06/2008 | **Miscellaneous Motion, Filed** |
| 05/15/2008 | **Proof of Service, Filed** |
| 05/15/2008 | **Answer to Motion, Filed** |
| 05/19/2008 | **Answer to Motion, Filed** |
| 05/19/2008 | **Proof of Service, Filed** |
| 05/29/2008 | **Miscellaneous Motion, Filed** |
| 07/28/2008 | **Trial** (8:30 AM) (Judicial Officer Curtis, Daphne Means)<br>Result: Adjourned |
| 08/28/2008 | **Motion to Amend, Filed** |
| 09/04/2008 | **Miscellaneous Pleadings, Filed** |
| 09/04/2008 | **Proof of Service, Filed** |
| 09/04/2008 | **Notice of Hearing, Filed** |
| 09/09/2008 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 09/09/2008 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 09/09/2008 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 09/09/2008 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 09/09/2008 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 09/09/2008 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 09/10/2008 | **Case Scheduled for Trial** (Judicial Officer: Curtis, Daphne Means ) |
| 09/10/2008 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 09/10/2008 | **Status Conference** (8:00 AM) (Judicial Officer Curtis, Daphne Means)<br>Result: Scheduled |
| 09/10/2008 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means)<br>Result: Reviewed by Court |
| 09/12/2008 | **Granted** (Judicial Officer: Curtis, Daphne Means ) |
| 09/12/2008 | **Granted** (Judicial Officer: Curtis, Daphne Means ) |
| 09/12/2008 | **Granted** (Judicial Officer: Curtis, Daphne Means ) |
| 09/12/2008 | **Motion Denied, Order to Follow** (Judicial Officer: Curtis, Daphne Means ) |
| 09/12/2008 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means)<br>Result: Held |
| 09/12/2008 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means)<br>Result: Held |
| 09/12/2008 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means)<br>Result: Held |
| 09/12/2008 | **Motion Hearing** (8:00 AM) (Judicial Officer Curtis, Daphne Means)<br>Result: Held |
| 09/15/2008 | **Answer to Motion, Filed** |
| 09/15/2008 | **Proof of Service, Filed** |
| 09/19/2008 | **Proof of Service, Filed** |
| 09/19/2008 | **Received 7-Day Order for Entry** |
| 09/19/2008 | **Received 7-Day Order for Entry** |
| 09/23/2008 | **Motion for Summary Judgment/Disposition, Filed** |
| 09/23/2008 | **Objection to 7-Day Order-Filed** |
| 09/23/2008 | **Objection to 7-Day Order-Filed** |
| 09/23/2008 | **Case Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 09/23/2008 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means)<br>Result: Reviewed by Court |
| 09/24/2008 | **Objection, Filed** |
| 09/24/2008 | **Objection, Filed** |
| 09/26/2008 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 09/26/2008 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 10/01/2008 | **Proof of Service, Filed** |
| 10/01/2008 | **Miscellaneous Response, Filed** |
| 10/01/2008 | **Proof of Service, Filed** |
| 10/02/2008 | **Order Amending, File Supplemental Pleading, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 10/02/2008 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |

| | |
|---|---|
| 10/02/2008 | **Motion Hearing** (2:00 PM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 10/02/2008 | **Motion Hearing** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 10/15/2008 | **Motion for Reconsideration/Rehearing, Filed** |
| 10/21/2008 | **Motion Denied, Order to Follow** (Judicial Officer: Curtis, Daphne Means ) |
| 10/21/2008 | **Motion Hearing** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 10/24/2008 | **Claim of Appeal Filed in 201** |
| 11/17/2008 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 11/17/2008 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 12/05/2008 | **Affidavit, Filed** |
| 12/08/2008 | **Affidavit, Filed** |
| 12/09/2008 | **Proof of Service, Filed** |
| 12/09/2008 | **Miscellaneous Pleadings, Filed** |
| 12/09/2008 | **Miscellaneous Pleadings, Filed** |
| 12/09/2008 | **Miscellaneous Pleadings, Filed** |
| 12/10/2008 | **Miscellaneous Response, Filed** |
| 12/10/2008 | **Answer to Motion, Filed** |
| 12/12/2008 | *CANCELED* **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | *Not Held* |
| | Result: Not Held |
| 12/12/2008 | **Closed/Final -Ord Summary Jdmnt/Disp Grntd, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 12/12/2008 | **Order, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 12/12/2008 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 12/17/2008 | **Order, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 12/22/2008 | **Motion for Reconsideration/Rehearing, Filed** |
| 12/22/2008 | **General Brief, Filed** |
| 12/22/2008 | **Proof of Service, Filed** |
| 12/22/2008 | **Motion for Reconsideration/Rehearing, Filed** |
| 12/22/2008 | **General Brief, Filed** |
| 12/22/2008 | **Proof of Service, Filed** |
| 12/22/2008 | **Notice of Hearing, Filed** |
| 12/22/2008 | **Motion Received for Scheduling** |
| 12/29/2008 | **Notice of Hearing, Filed** |
| 01/13/2009 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 01/13/2009 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 01/26/2009 | *CANCELED* **Trial** (8:30 AM) (Judicial Officer: Curtis, Daphne Means) |
| | *Case Disposed/Order Previously Entered* |
| 02/02/2009 | **Received 7-Day Order for Entry** |
| 02/06/2009 | **Objection to 7-Day Order, Filed** |
| 02/06/2009 | **Objection to 7-Day Order, Filed** |
| 02/09/2009 | **Objection, Filed** |
| 02/09/2009 | **Proof of Service, Filed** |
| 02/09/2009 | **Notice of Hearing, Filed** |
| 02/09/2009 | **Objection, Filed** |
| 02/09/2009 | **Proof of Service, Filed** |
| 02/09/2009 | **Notice of Hearing, Filed** |
| 03/10/2009 | **Answer to Motion, Filed** |
| 03/10/2009 | **Proof of Service, Filed** |
| 03/12/2009 | **Motion Hearing** (3:00 PM) (Judicial Officer Curtis, Daphne Means) |
| | *02/27/2009 Reset by Court to 03/12/2009* |
| 04/14/2009 | *CANCELED* **Evidentiary Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | *Scheduling Error* |
| 04/14/2009 | **Motion to Amend, Filed** |
| 04/14/2009 | **Brief in Support of Motion, Filed** |
| 04/14/2009 | **Notice of Hearing, Filed** |
| 04/14/2009 | **Proof of Service, Filed** |
| 04/27/2009 | **Motion to Dismiss, Filed** |
| 04/27/2009 | **General Brief, Filed** |
| 04/27/2009 | **Notice of Hearing, Filed** |
| 04/27/2009 | **Proof of Service, Filed** |
| 04/27/2009 | **Motion Received for Scheduling** |
| 04/28/2009 | **Motion Hearing** (10:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 04/28/2009 | **Motion Hearing** (10:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 04/28/2009 | **Motion Denied, Order to Follow** (Judicial Officer: Curtis, Daphne Means ) |
| 04/28/2009 | **Order Amending, File Supplemental Pleading, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 04/28/2009 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 04/28/2009 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 04/29/2009 | **Subpoena-Order to Appear, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 04/29/2009 | **Subpoena-Order to Appear, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 04/29/2009 | **Subpoena-Order to Appear, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 04/29/2009 | **Subpoena-Order to Appear, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 05/04/2009 | **Motion Received for Scheduling** |
| 05/04/2009 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 05/04/2009 | **Miscellaneous Motion, Filed** |
| 05/04/2009 | **Affidavit, Filed** |
| 05/06/2009 | **Motion to Quash, Filed** |
| 05/07/2009 | **Miscellaneous Request, Filed** |
| 05/28/2009 | **Miscellaneous Motion, Filed** |
| 05/28/2009 | **Motion Received for Scheduling** |
| 06/04/2009 | **Miscellaneous Hearing** (2:30 PM) (Judicial Officer Curtis, Daphne Means) |

|  | *05/14/2009 Reset by Court to 06/04/2009* |
|---|---|
|  | Result: Held |
| 06/04/2009 | **Motion Hearing** (2:30 PM) (Judicial Officer Curtis, Daphne Means) |
|  | Result: Held |
| 06/04/2009 | **Affidavit, Filed** |
| 06/04/2009 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 06/04/2009 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 07/07/2009 | *CANCELED* **Miscellaneous Hearing** (2:00 PM) (Judicial Officer Curtis, Daphne Means) |
|  | *Dismiss Hearing or Injunction* |
| 07/17/2009 | **Proof of Service, Filed** |
| 07/17/2009 | **Notice of Hearing, Filed** |
| 08/06/2009 | **Motion Hearing** (10:00 AM) (Judicial Officer Curtis, Daphne Means) |
|  | Result: Held |
| 08/06/2009 | **Administrative Correction** |
| 08/06/2009 | **Order Denying, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 08/12/2009 | *CANCELED* **Review Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means) |
|  | *Scheduling Error* |
| 08/27/2009 | **Motion for Reconsideration/Rehearing, Filed** |
| 03/13/2012 | **Miscellaneous Pleadings, Filed** |

---

### FINANCIAL INFORMATION

|  |  |  |
|---|---|---:|
| | **Plaintiff** DETROIT CITY OF | |
| | Total Financial Assessment | 60.00 |
| | Total Payments and Credits | 0.00 |
| | **Balance Due as of 05/17/2018** | **60.00** |
| 12/17/2008 | Transaction Assessment | 20.00 |
| 12/17/2008 | Transaction Assessment | 20.00 |
| 12/17/2008 | Transaction Assessment | 20.00 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                               Chapter 9

            Debtor.                                       Judge Thomas J. Tucker
_____ /

**ORDER SETTING DEADLINE BY WHICH THE WOODBERRY AND MABIN CLAIMANTS MUST TAKE CERTAIN ACTIONS, REGARDING THEIR CLAIMS, AND REQUIRING THE CITY OF DETROIT TO SERVE A COPY OF THIS ORDER ON ALL SUCH CLAIMANTS**

This case came before the Court for a hearing on May 23, 2018, on the Debtor's Fifty-Sixth Omnibus Objection to Certain Claims (Docket # 12763, the "56th Omnibus Claim Objection"), and on the Debtor's Sixty-Second Omnibus Objection to Certain Claims (Docket # 12769, the "62nd Omnibus Claim Objection"). Claimants Edith Woodberry, La Jeff Woodberry, and Cranston Woodberry appeared at the hearing, as did counsel for the Debtor. Confirming certain action taken during the hearing,[1] and for the reasons stated by the Court on the record during the hearing,

        IT IS ORDERED that:

1. The 56th Omnibus Claim Objection is sustained, with respect to the claim of Edith Woodberry (Claim No. 2846), to the extent of the relief provided by this Order, and otherwise is overruled.

2. The 62nd Omnibus Claim Objection is sustained, with respect to the claims of each of the following individuals (who, with Edith Woodberry, collectively, are referred to in this Order below as the "Woodberry/Mabin Claimants"), to the extent of the relief provided by this Order, and otherwise is overruled:

    Claimant:                    Claim No.

    Happy Woodberry             2880
    La Jeff Woodberry           2883
    Cavel Woodberry             2888
    Lavan Woodberry             2889

_____

[1] This Order concerns only the City's objection to the claims of the claimants named in this Order. The remainder of the City's 56th Omnibus Claim Objection and the City's 62nd Omnibus Claim Objection will be decided by other, separate orders to be entered.

| | |
|---|---|
| Penny Mabin | 2902 |
| Cranston Woodberry | 2905 |
| Garfield Woodberry | 3006 |
| Adam Woodberry | 3271 |
| Phebe Woodberry | 3278. |

3. No later than June 22, 2018, in order to avoid the entry of an Order by this Court disallowing their claims, the Woodberry/Mabin Claimants must take appropriate action to reactivate the lawsuit in the Wayne County Circuit Court (Case No. 05-522129-CC, *City of Detroit v. Jonathan Sobeloff, etc., et al.*), and to seek the entry of a final order in that lawsuit, so that the Woodberry/Mabin claimants may seek to appeal that court's Judgment filed April 28, 2009.

4. The Woodberry/Mabin Claimants must promptly serve the City's counsel in this bankruptcy case, Marc N. Swanson, by mail, with a copy of all items they file in the Wayne County Circuit Court in order to comply with this Order.

5. If the Woodberry/Mabin Claimants fail to timely comply with paragraph 3 of this Order, the City may file an affidavit of non-compliance and submit a proposed order disallowing the claims of the Woodberry/Mabin Claimants in this bankruptcy case, and the Court may enter such order, without further notice or hearing.

6. The City must promptly serve a copy of this Order upon each of the Woodberry/Mabin Claimants, and file proof of such service.

**Signed on May 23, 2018**



/s/ Thomas J. Tucker

**Thomas J. Tucker**
**United States Bankruptcy Judge**

13-53846-tjt   Doc 12896   Filed 09/26/18   Entered 09/26/18 08:53:50   Page 138 of
198
13-53846-tjt   Doc 12816   Filed 05/23/18   Entered 05/24/18 08:12:21   Page 2 of 2

138

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:                                          Chapter 9

City of Detroit, Michigan,                      Case No. 13-53846

      Debtor.                            Hon. Thomas J. Tucker

_____/

### CERTIFICATE OF SERVICE

I, Lydia Do, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On May 24, 2018, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class mail on the service list attached hereto as **Exhibit A**. Furthermore, on or before May 25, 2018, the following document was to be served via Email on the service list attached hereto as **Exhibit B**; and via First Class mail on the service list attached hereto as **Exhibit C**:

- **Order Setting Deadline by Which the Woodberry and Mabin Claimants Must Take Certain Actions, Regarding Their Claims, and Requiring the City of Detroit to Serve a Copy of This Order on All Such Claimants** [Docket No. 12818]

Dated: May 25, 2018

                                      /s/ Lydia Do
                                      Lydia Do
                                      KCC
                                      2335 Alaska Ave
                                      El Segundo, CA 90245

# EXHIBIT A

**Exhibit A**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Adam Woodberry | | 803 Gladstone | Detroit | MI | 48202 |
| Cavel Woodberry | | 803 Gladstone | Detroit | MI | 48202 |
| Cranston Woodberry | | 803 Gladstone | Detroit | MI | 48202 |
| Edith Woodberry | | 803 Gladstone | Detroit | MI | 48202 |
| Garfield Woodberry | | 803 Gladstone | Detroit | MI | 48202 |
| Happy Woodberry | | 803 Gladstone | Detroit | MI | 48202 |
| LA Jeff Woodberry | LA Jeff Woodberry | 18283 Muirland St | Detroit | MI | 48221-2756 |
| Lavan Woodberry | | 803 Gladstone | Detroit | MI | 48202 |
| Penny Mabin | | 803 Gladstone | Detroit | MI | 48202 |
| Phebe Woodberry | | 803 Gladstone | Detroit | MI | 48202 |

In re City of Detroit, Michigan
Case No. 13-53846

13-53846-tjt    Doc 12890-6    Filed 09/06/18    Entered 09/06/18 08:53:50    Page 141 of
198
13-53846-tjt    Doc 12325    Filed 09/29/18    Entered 09/29/18 19:00:50    Page 3 of 14

# EXHIBIT B

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Union Representative | AFSCME Council #25 | Attn: Catherine Phillips | cphillips@miafscme.org |
| Union Representative | AFSCME Council #25 | Attn: DeAngelo Malcolm | dmalcolm@miafscme.org |
| Union Representative | AFSCME Local # 6087 | Attn: Clarence Sanders | clrncsndrs@yahoo.com |
| Union Representative | AFSCME Local #0062 | Attn: Lacydia Moore-Reese | Reesel@detroitmi.gov |
| Union Representative | AFSCME Local #0207 | Attn: James Williams | afscme207@sbcglobal.net |
| Union Representative | AFSCME Local #0214 | Attn: June Nickleberry | missnick64@hotmail.com |
| Union Representative | AFSCME Local #0229 | Attn: Zachary Carr | afscmelocal229@ymail.com |
| Union Representative | AFSCME Local #0273 | Attn: Scecilla Hunt | anurses@att.net |
| Union Representative | AFSCME Local #0542 | Attn: Phyllis McMillon | philphil48238@yahoo.com |
| Union Representative | AFSCME Local #0836 | Attn: Robert Donald | union836@yahoo.com |
| Union Representative | AFSCME Local #1023 | Attn: Delia Enright | ;deliaenright@hotmail.com |
| Union Representative | AFSCME Local #1206 | Attn: Arlene Kirby | arlene.kirby@yahoo.com |
| Union Representative | AFSCME Local #2394 | Attn: Yalonda King | KingY687@detroitmi.gov |
| Union Representative | AFSCME Local #2799 | Attn: Yvonne Ross | Yvonners2001@yahoo.com |
| Union Representative | AFSCME Local #2920 | Attn: Thomas Johnson II | local2920@sbcglobal.net |
| Counsel for Dexia Crédit Local, Dexia Holdings, Inc., Norddeutsche Landesbank Luxembourg, S.A., on behalf of Norddeutsche Landesbank Covered Finance Bank S.A. (collectively "Dexia") and Ad Hoc COPs Holders; and Panning Capital Management, LP, Monarch Alternative Capital LP, Bronze Gable, L.L.C. Aurelius Capital Management, LP, Stone Lion Capital Partners L.P., | Allard & Fish PC | Deborah L Fish and Timothy R. Graves | dfish@allardfishpc.com; tgraves@allardfishpc.com |
| Union Representative | Amalgamated Transit Union, Division 26 | Attn: Henry Gaffney | atulocal26pba@aol.com |
| Counsel for AFSCME and the Detroit, Michigan, Retiree Sub-Chapter 98 of the American Federation of State, County & Municipal Employees, AFL-CIO | American Federation of State, County & Municipal Employees, AFL-CIO | William Lurye Matthew Stark Blumin & Michael Artz | BLurye@afscme.org; matrz@afscme.org; mblumin@afscme.org |
| Counsel for Ambac Assurance Corporation | Arent Fox LLP | David L Dubrow | David.Dubrow@arentfox.com |
| Counsel for Ambac Assurance Corporation | Arent Fox LLP | Emily Baver | emily.baver@arentfox.com |
| Counsel for Attorney General Bill Schuette | Assistant Attorney General Solicitor General and Deputy Solicitor General | Michael R Bell John J Bursch and B Eric Restuccia | BellM1@michigan.gov |
| Union Representative | Assistant Supervisors of Street Maintenance & Construction Association | Attn: Herbert Jenkins | JenkinsH@detroitmi.gov |
| Union Representative | Association of City of Detroit Supervisors | Attn: Richard King | KingR@detroitmi.gov |
| Union Representative | Association of Detroit Engineers | Attn: Sanjay M. Patel | patel@dwsd.org |
| Union Representative | Association of Municipal Engineers | Attn: Partho Ghosh | pghosh@dwsd.org |
| Union Representative | Association of Municipal Inspectors | Attn: Michael Neil | m.neil@sbcglobal.net |
| Union Representative | Association of Professional & Technical Employees | Attn: Dempsey Addison | theda3t@yahoo.com |
| The Office of the Attorney General of the State of Michigan | Attorney General Bill Schuette | | miag@michigan.gov |
| Counsel for Detroit Branch NAACP, Michigan State Conference NAACP, Donnell White, individually and on behalf of Detroit Branch NAACP and Michigan State Conference NAACP, Thomas Stallworth III, individually, Rashida Tlaib, individually, and Maureen Taylor, individually, interested parties in this bankruptcy matter as it pertains to their civil suit in the Federal Eastern District Court of Michigan (Case Number 13-CV-12098) | Ayad Law PLLC | Nabih H Ayad | nayad@ayadlaw.com |
| Counsel for Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. (collectively "EEPK"). | Ballard Spahr LLP | Vincent J Marriott | marriott@ballardspahr.com |
| Attorneys for Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. | Ballard Spahr LLP | Vincent J. Marriott, III, Benjamin M. Schmidt, and Matthew A. White | marriott@ballardspahr.com; whitema@ballardspahr.com; schmidtb@ballardspahr.com |
| Counsel for Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. (collectively "EEPK"). | Ballard Spahr LLP | Matthew G Summers | summersm@ballardspahr.com |
| Counsel for Genuine Parts Company | Barack Ferrazzano Kirschbaum & Nagelberg LLP | Kimberly J Robinson | Kim.robinson@bfkn.com |
| Counsel for the 36th District Court for the State of Michigan | Barnes & Thornburg LLP | Peter A Clark | pclark@btlaw.com |
| Counsel for the 36th District Court for the State of Michigan | Barnes & Thornburg LLP | Patrick E. Mears | pmears@btlaw.com |
| Counsel to Hyde Park Cooperative and Plymouth Square Limited Housing Association | Becker & Wasvary PLLC | Carl G Becker | markwasvary@hotmail.com; mark@wasvarylaw.com |
| Counsel for Jerome Collins | Benjamin Whitfield, Jr. & Associates, P.C. | Benjamin Whitfield, Jr. | benwlaw123@aol.com |
| Counsel for Assured Guaranty Corporation and Assured Guaranty Municipal Corporation | Berkshire Hathaway Assurance Corporation | Attn: Kara Raiguel, Sunil Khanna and Thomas Scherer | skhanna@berkre.com |
| Counsel to UBS, AG (COP Swap Counterparties) | Bingham McCutchen LLP | Attn: Edwin E. Smith, Esq. | Edwin.smith@bingham.com |

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for UBS AG (COP Swap Counterparties) | Bingham McCutchen LLP | Edwin E Smith Jared Clark Steven Wilamowsky & E Marcus Marsh | edwin.smith@bingham.com;;marcus.marsh@bingham.com |
| Counsel for U.S. Bank National Association (Top 20 Creditor) | Bodman PLC | Attn: Barbara A. Bowman, Esq. | bbowman@bodmanlaw.com |
| Counsel for Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan | Bodman PLC | Brian R Trumbauer | btrumbauer@bodmanlaw.com |
| Counsel for Siemens Industry Inc. | Bowman and Brooke LLP | | tom.branigan@bowmanandbrooke.com |
| Counsel for Amalgamated Transit Union Local 26 | Bredhoff & Kaiser PLLC | Andrew D Roth Jeffrey R Freund & Douglas L Greenfield | aroth@bredhoff.com;jfreund@bredhoff.com;dgreenfield@bredhoff.com |
| Counsel for the Official Committee of Retirees | Brooks Wilkins Sharkey & Turco PLLC | Matthew E Wilkins & Paula A Hall | wilkins@bwst-law.com; hall@bwst-law.com |
| Attorneys for Creditors, Oracle America, Inc. and Oracle Credit Corporation | Buchalter Nemer, A Professional Corporation | Shawn M Christianson | schristianson@buchalter.com |
| Union Representative | Building & Construction Trades Council | Attn: John Wallace | express33@aol.com |
| Attorneys for Defendants Detroit General Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation | Butzel Long, PC | Cynthia J Haffey | Haffey@butzel.com |
| Attorneys for Defendants, Detroit General Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation | Butzel Long, PC | Bruce L Sendek and Cynthia J Haffey | Haffey@butzel.com; Sendek@butzel.com |
| Attorneys for Defendants, Detroit General Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation | Butzel Long, PC | Bruce L Sendek and Cynthia J Haffey | Haffey@butzel.com; Sendek@butzel.com |
| Attorneys for Defendants Detroit General Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation | Butzel Long, PC | Brian E McGinty | McGinty@butzel.com |
| Attorneys for Defendants Detroit General Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation | Butzel Long, PC | Brian E McGinty | McGinty@butzel.com |
| Attorneys for Defendants Detroit General Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation | Butzel Long, PC | Bruce L Sendek | Sendek@butzel.com |
| Attorneys for Defendants Detroit General Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation | Butzel Long, PC | Bruce L Sendek | Sendek@butzel.com |
| Interested Party | Caralyce M Lassner JD PC | Caralyce M Lassner | ecf@lassnerlaw.com |
| Counsel for Oakland County | Carson Fischer PLC | Attn Joseph M Fischer Robert Weisberg & Christopher Grossman | jfischer@carsonfischer.com;;rweisberg@carsonfischer.com;;cgrossman@carsonfischer.com |
| Counsel for Assured Guaranty | Chadbourne & Parke LLP | Lisa Schapira Marc D. Ashley Marc B. Roitman | lschapira@chadbourne.com ; edaucher@chadbourne.com; mashley@chadbourne.com |
| Interested Party | Chase Paymentech LLC | Attn Lazonia Clark Business Analyst | lazonia.clark@chasepaymentech.com |
| Claims and Noticing Agent | City of Detroit Processing Center | c/o KCC | Detroitinfo@kccllc.com |
| Counsel for Treasurer, City of Detroit | City of Detroit, Law Department | Mary Beth Cobbs | cobbm@detroitmi.gov |
| Counsel for the Police and Fire Retirement System of the City of Detroit (the "PFRS") and the General Retirement System of the City of Detroit (the "GRS") | Clark Hill PLC | Shannon L Deeby | sdeeby@clarkhill.com |
| Counsel for International Union, UAW ("UAW") | Cohen Weiss and Simon LLP | Thomas N. Ciantra & Peter D. DeChiara and Joshua J. Ellison | pdechiara@cwsny.com; tciantra@cwsny.com; jellison@cwsny.com |
| Counsel for HP Enterprise Services LLC | Cole Schotz Meisel Forman & Leonard PA | Michael D Warner | mwarner@coleschotz.com |
| Counsel for Waste Management Inc. | Couzens Lansky Feak Ellis Roeder & Lazar PC | Attn Jerry M Ellis | jerry.ellis@couzens.com |
| Counsel for Southeastern Oakland County Water Authority | Davis Burket Savage Listman Brennan | William N Listman | rdavis@dbsattorneys.com |
| Counsel for Merrill Lynch Capital Services, Inc. | Davis Polk & Wardwell LLP | Marshall S Huebner | detroit.chapter9.service@davispolk.com |
| Counsel for T-Mobile USA, Inc | Dawda, Mann, Mulcahy & Sadler, PLC | Attn Jessica B Allmand | jallmand@dmms.com |
| Counsel to National Industrial Maintenance – Michigan, Inc | Dean & Fulkerson | Attn Kevin N Summers | Ksummers@dflaw.com |
| Counsel for Berkshire Hathaway Assurance Corporation | Debevoise & Plimpton LLp | My Chi To & M Natasha Labovitz | mcto@debevoise.com;nlabovitz@debevoise.com |
| Attorneys for County of Macomb, Michigan, a Michigan Constitutional corporation, by and through its County Agency, the Macomb County Public Works Commissioner | Dechert LLP | Allan S Brilliant & Stephen M Wolpert | allan.brilliant@dechert.com; stephen.wolpert@dechert.com |
| Counsel for Dentonss US LLP and Salans FMC SNR Dentons Europe LLP; and Counsel to the Official Retiree Committee | Dentons US LLP | Carole Neville | carole.neville@Dentons.com |
| Union Representative | Detroit Fire Fighters Association Local 344 | Attn: Daniel McNamara | dmcnamara344@aol.com |
| Union Representative | Detroit Income Tax Investigators Association | Attn: Marcella Campbell | marcicampbel@gmail.com |
| Union Representative | Detroit Police Command Officers Association | Attn: Steven Dolunt | DoluntS320@detroitmi.gov |

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Union Representative | Detroit Police Lieut. & Sergeants Association | Attn: Mark Young | youngM604@detroitmi.gov;;Polo4491@aol.com |
| Union Representative | Detroit Police Officers Association | Attn: Mark Diaz | DiazM3329@gmail.com |
| Counsel for Chapter 7 Trustee, Charles Taunt | Dib and Fagan PC | Barry S Fagan | bfagan@dibandfagan.com |
| State of Michigan, Department of Attorney General | Dickinson Wright PLLC | Dawn R Copley | dcopley@dickinsonwright.com |
| Counsel for Sky Group Grand, LLC | Dickinson Wright PLLC | Doron Yitzchaki | dyitzchaki@dickinsonwright.com |
| Counsel for Defendat MGM Grand Detriot, LLC | Dickinson Wright PLLC | Jeffery V Stuckey | jstuckey@dickinsonwright.com |
| Counsel for Defendat MGM Grand Detriot, LLC | Dickinson Wright PLLC | Peter H Ellsworth | pellsworth@dickinsonwright.com |
| State of Michigan, Department of Attorney General | Dickinson Wright PLLC | Steven G Howell and Allison R Bach | showell@dickinsonwright.com; abach@dickinsonwright.com |
| Union Representative | DOT Foremen's Association of America Local 337 | Attn: Nicholas Duncan | NicDun@detroitmi.gov |
| Union Representative | DOT Foreperson's Association of America | Attn: Pamela King | Pamkin@detroitmi.gov |
| Top 20 Creditor | Downtown Development Authority | Athanasios Papapanos Glen W Long Jr and Rebecca Navin | Artp1@degc.org; gwlong@degc.org; |
| Counsel for Wilmington Trust Company, National Association | Drinker Biddle & Reath LLP | Attn: Heath D. Rosenblat, Esq. | Heath.Rosenblat@dbr.com |
| Counsel for Wilmington Trust Company, National Association | Drinker Biddle & Reath LLP | Attn: Kristin K. Going, Esq. | Kristin.Going@dbr.com |
| Counsel for the City of Detroit | Dykema Gossett PLLC | Robert J. Franzinger and Jong-Ju Chang | jchang@dykema.com; |
| Union Representative | EMS Officers Association | Attn: James Gatteno | jgatteno@comcast.net |
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association;  Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | David M Eisenberg | deisenberg@ermanteicher.com |
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association;  Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | Earle I Erman & Julie Beth Teicher | eerman@ermanteicher.com; jteicher@ermanteicher.com |
| Counsel to City of Detroit, Michigan | Foley & Lardner LLP | John A Simon | jsimon@foley.com |
| Counsel for US Bank National Association, as Custodian | Foster Swift Collins & Smith PC | Dirk H Beckwith | dbeckwith@fosterswift.com |
| Counsel for U.S. Bank National Association (Top 20 Creditor) | Foster Swift Collins & Smith PC | Attn: John M. Kamins, Esq. | jkamins@fosterswift.com |
| Counsel for the Bank of New York Mellon | Fulbright & Jaworski LLP | David A Rosenzweig | david.rosenzweig@nortonrosefulbright.com |
| Counsel for the Bank of New York Mellon | Fulbright & Jaworski LLP | Melanie M Kotler | melanie.kotler@nortonrosefulbright.com |
| Counsel for Hathaway Berskhire Assurance Corporation; Berskhire Hathaway Assurance Corporation | Garan Lucow Miller PC | Courtney A. Krause Christopher P Jelinek & Robert D Goldstein | ckrause@garanlucow.com |
| Top 20 Creditor - City's Pension Trusts | General Retirement System of the City of Detroit | Attn: Michael J. VanOverbeke, Esq. | mvanoverbeke@vmtlaw.com |
| Counsel for the Detroit Public Library | Gold Lange & Majoros PC | Stuart A Gold & Hannah Mufson McCollum | sgold@glmpc.com; |
| Counsel for US Health & Life Insurance Company | Gold Lange & Majoros PC | Sandra L Oconnor | soconnor@glmpc.com |
| Counsel for Deborah Ryan and Catherine Phillips, et al | Goodman & Hurwitz PC | William H Goodman | mail@goodmanhurwitz.com;;bgoodman@goodmanhurwitz.com |
| Counsel to Brooks, Danean | Green Law Group PLC | Anthony Green | greenelawgroup@gmail.com |
| Counsel for Defendants Greektown Casino and Detroit Entertainment LLC dba Motorcity Casino Hotel | Honigman Miller Schwartz and Cohn LLP | Andrea L Hanse | ahansen@honigman.com |
| Counsel for Detroit Institute of Arts | Honigman Miller Schwartz and Cohn LLP | Judy B Calton | jcalton@honigman.com |
| Counsel for Defendants Greektown Casino and Detroit Entertainment LLC dba Motorcity Casino Hotel | Honigman Miller Schwartz and Cohn LLP | Judy B Calton | jcalton@honigman.com |
| Counsel for General Motors LLC | Honigman Miller Schwartz and Cohn LLP | Joseph R Sgroi | jsgroi@honigman.com |
| Union Representative | I.U.O.E. Local 324 | Attn: William Miller | william.miller@iuoe324.org |
| Counsel for International Union, UAW ("UAW") | International Union, UAW | Michael Nicholson | mnicholson@uaw.net |
| Counsel for Iron Mountain Information Management LLC | Iron Mountain Information Management, LLC | Joseph Corrigan | Bankruptcy2@ironmountain.com |

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for the Retired Detroit Police Members Association; William Ochadleus, Shelton Hayes, Shirley Berger, Raymond Yee, Frederick McClure Jr., John Clark, Jim Benci, Janice Butler, Morris Wells, Melvin Williams Sr., Kimberly Ann Sanders, Sarah E. Giddens, Deborah Ward, Jackie Fulbright, Catherine Tuttle, Rita Serra, Martin Treadwell, Ed Gaines, Barbara Triplett-Decrease, John J. O'Neill, Roy Mccalister, Polly Mccalister, Gail Wilson-Turner, Loletha Porter-Coleman, Afford Coleman, Jessie Banks, Lester Coleman, Deborah Lark, Moses Lark, Sharon Cowling, Michael Cowling, Robert Jackson, Rashelle Pettway, Michael A. Adams, John Hawkins, Laura Isom, Duane McKissic, Herbert Moreland, Cynthian Diane Moreland, Henry Elis, Keith Jackson Sr., Deborah Robinson, James Alexander Jr., Debra J. Fair, Brenda Goss-Andrews, Ricardo C. Jenkins, Jaqueline Jackson, Tommie Carodine, Lawrence V. Porter, Robbin Rivers, ,James R. Younger, Roscoe Mayfield, Charles Barbieri, Craig Schwartz, Glenda Cole-Dixon, Walter Long Jr., George Graves, Terrance Anderson, David Anderson, Nancy Fowler, George Chester, Anthony Klukowski Jr.,, Todd Klukowski, Roger Klukowski, Lois Klukowski-Hogen, Patricia Mcabe, Daniel P. Root, Jeannetta Washington, Mike Foley, Deborah McCreary ("Ochadleus Objectors") | Jamie S Fields | David M Poitras | jeansartre@msn.com |
| Counsel for ODM LLC | Jeffer Mangels Butler & Mitchell LLP | David M Poitras | dpoitras@jmbm.com |
| Counsel for International Outdoor Inc | Jeffery R Sieving | Jerome D Goldberg | jeff@iobillboard.com |
| Counsel for David Sole | Jerome D Goldberg PLLC | Jerome D Goldberg | apclawyer@sbcglobal.net |
| Pro Se | John P Quinn | | quinjohn@umich.edu |
| Counsel to the City | Jones Day | Brad B Erens | bberens@jonesday.com |
| Counsel to the City | Jones Day | David G. Heiman, Esq. Heather Lennox, Esq., Robert W. Hamilton | dgheiman@jonesday.com;;hlennox@jonesday.com;tawilson@jonesday.com; rwhamilton@jonesday.com; |
| Counsel to the City | Jones Day | Jeffrey B. Ellman, Esq. | jbellman@jonesday.com |
| Counsel to the City | Jones Day | Bruce Bennett, Esq. | bbennett@jonesday.com |
| Co-Counsel for Attorneys for Health Alliance Plan of Michigan | K&L Gates LLP | Michael J Gearin | mike.gearin@klgates.com |
| Counsel for Michigan Bell Telephone Company d/b/a AT&T Michigan | Katten Muchin Rosenman LLP | Joseph P Sieger | john.sieger@kattenlaw.com |
| Counsel for Michigan Bell Telephone Company dba AT&T Michigan | Katten Muchin Rosenman LLP | Paige E Barr | paige.barr@kattenlaw.com |
| Counsel for New England Fertilizer Company and Wade Trim Associates Inc | Kerr Russell and Weber PLC | Jason W Bank | jbank@kerr-russell.com |
| Counsel for the City of Detroit Water and Sewerage Department and its Board of Water Commissioners | Kilpatrick & Associates PC | Richardo I Kilpatrick | ecf@kaalaw.com |
| Counsel for Syncora Capital Assurance Inc., Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc | Kirkland & Ellis LLP | James HM Sprayregen PC Ryan Blaine Bennett & Noah J. Ornstein | james.sprayregen@kirkland.com; ryan.bennett@kirkland.com; |
| Counsel for Nuveen Asset Management and BlackRock Financial Management, Inc. | Kramer Levin Naftalis & Frankel LLP | Att Amy Caton | acaton@kramerlevin.com |
| Counsel to Certain Significant Holders of the COPs | Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | tmayer@kramerlevin.com |
| Detroit Police Lieutenants and Sergeants Association; and Detroit Police Officers Association; Detroit Fire Fighters Association, I.A.F.F. Local 344; Sanitary Chemists and Technicians Association; Association of Detroit Engineers; John Runyan | Law Office of Barbara A. Patek, PLC | Barbara A Patek | pateklaw@gmail.com |
| Counsel for Kim Spicer | Law Offices of Elizabeth A Ferguson PLLC | Elizabeth A Ferguson | lizferguson@lawofficeseaferguson.com |
| Counsel for JE Associates | LeClair Ryan | Evan A Burkholder | evan.burkholder@leclairryan.com |
| Counsel for the Detroit Fire Fighters Association IAFF Local 344 | Legghio & Israel PC | Christopher P. Legghio & Alidz Oshagan | CPL@legghioisrael.com; |
| Interested Party | Linebarger Goggan Blair & Sampson LLP | John P Dillman | john.dillman@lgbs.com |
| Counsel for the Retired Detroit Police and Fire Fighters Association; Donald Taylor; Detroit Retired City Employees; and Shirley V Lightsey | Lippitt O Keefe PLLC | Attn Brian O Keefe | bokeefe@lippittokeefe.com |
| Counsel for the Retired Detroit Police and Fire Fighters Association; Donald Taylor; Shirley V Lightsey; and Detroit Retired City Employees Association | Lippitt O Keefe PLLC | Att Ryan C Plecha | rplecha@lippittokeefe.com |
| Counsel for Syncora Guarantee Inc | Mantese Honigman Rossman and Williamson PC | Ian M Williamson | iwilliamson@manteselaw.com |

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for Amalgamated Transit Union Local 26 | Mark H Cousens | John E. Eaton, Esq. | jeaton@cousenslaw.com |
| Counsel for the Detroit Police Lieutenants and Sergeants Association | Matheson Parr Osmer & Stevens PLC | John A Stevens | jstevens@mathesonparr.com |
| Interested Party | McAlpine PC | Mark L McAlpine | mlmcalpine@mcalpinepc.com |
| Counsel for Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc | McDonald Hopkins PLC | Joshua A Gadharf | jgadharf@mcdonaldhopkins.com |
| Counsel for CSX Transportation Inc | McGuireWoods LLP | John H Maddock | jmaddock@mcguirewoods.com |
| Counsel for Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | McKnight McClow Canzano Smith & Radtke PC | John R Canzano | jcanzano@michworklaw.com |
| Counsel to Michael J. Karwoski | Michael J. Karwoski, Esq. | | mjkarwoski@alumni.nd.edu |
| Counsel to City of Detroit Michigan | Miller Canfield Paddock & Stone PLC | Stephen S LaPlante | laplante@millercanfield.com |
| Counsel for Meijer, Inc | Miller Canfield Paddock & Stone, PLC | Timothy A Fusco | fusco@millercanfield.com |
| Counsel for Michigan American Federation of State, County and Municipal Employees Local 3308 and Local 917 | Miller Cohen PLC | Robert D Fetter & Richard G Mack Jr | rfetter@millercohen.com; richardmack@millercohen.com |
| Counsel to the City | Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green, Esq. Stephen S. LaPlante Marc N. Swanson & Eric D Carlson | green@millercanfield.com; swansonm@millercanfield.com;laplante@millercanfield.com; carlson@millercanfield.com |
| Counsel for Fidelity Management & Research Company and Eaton Vance Management | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | William W Kannel & Adrienne K Walker | wwkannel@mintz.com; awalker@mintz.com |
| Counsel for Patricia Ramirez; Denise Gardner; Sheila Johnson; Kimberly James | Morgan & Meyers PLC | Brian T Keck | bkeck@morganmeyers.com |
| Proposed Counsel for Committee of Unsecured Creditors [motion denied] | Morrison & Foerster, LLP | Brett H. Miller and Lorenzo Marinuzzi | brettmiller@mofo.com; lmarinuzzi@mofo.com |
| Office of the United States Trustee | Office of the United States Trustee | Maria D Giannirakis | Maria.D.Giannirakis@usdoj.gov |
| Office of the United States Trustee | Office of the United States Trustee | Sean Cowley | Sean.Cowley@usdoj.gov |
| Counsel for Federal National Mortgage Association, creditor c/o Seterus, Inc., in the entitled action; and Everhome Mortgage Company as servicing agent for Everbank | Orlans Associates, P.C | Caleb J. Shureb, Heather D. McGivern, and Heather M. Dickow | hmcgivern@orlans.com; |
| Counsel for Michigan Property Tax Relief LLC; Gary Segatti and P.P.T.A., Inc., or Harold Hoyt; Jackie's Transport, Inc. | Osipov Bigelman PC | Yuliy Osipov | yo@osbig.com |
| Counsel for UBS AG (COP Swap Counterparties) | Paul Weiss Rifkind Wharton & Garrison LLP | Daniel J Kramer & Kelley a Cornish | kcornish@paulweiss.com; dkramer@paulweiss.com |
| Counsel for Fountain Park Court Consumer Housing Cooperative St. James Cooperative, Individually and on Behalf of all Similarly Entities | Pentiuk Couvreur & Kobiljak PC | Randall A Pentiuk & Michael A Karman | rpentiuk@pck-law.com |
| Counsel for Debtor City of Detroit Michigan; Michigan, Kevyn D. Orr, John Naglick, Michael Jamison, and Cheryl Johnson | Pepper Hamilton LLP | Robert S Hertzberg | hertzbergr@pepperlaw.com |
| Counsel for Debtor City of Detroit Michigan | Pepper Hamilton LLP | Deborah Kovsky-Apap | kovskyd@pepperlaw.com |
| Counsel for Debtor City of Detroit Michigan | Pepper Hamilton LLP | Kay Standridge Kress | kressk@pepperlaw.com |
| Counsel for Community Foundation for Southeast Michigan; William Davidson Foundation; The Fred A. and Barbara M. Erb Family Foundation; Max M. and Marjorie S. Fisher Foundation; The Ford Foundation; Hudson-Webber Foundation; W.K. Kellogg Foundation; McGregor Fund; Charles Stewart Mott Foundation; and A. Paul and Carol C. Schaap Foundation (Collectively, the "Foundations") | Plunkett Cooney | Douglas C Bernstein | dbernstein@plunkettcooney.com |
| Counsel for Waste Management, Inc. | Plunkett Cooney | David A. Lerner & Patrick C Lannen | dlerner@plunkettcooney.com; plannen@plunkettcooney.com |
| Top 20 Creditor - City's Pension Trusts | Police and Fire Retirement System of the City of Detroit | Attn: Joseph E. Turner, Esq. | jturner@clarkhill.com |
| Union Representative | Police Officers Association of Michigan | Attn: John Barr | poam@poam.net |
| Union Representative | Police Officers Labor Council | Attn: Chet Kulesza | ck445polc@yahoo.com |
| Union Representative | Police Officers Labor Council | Attn: Marvin Hansberry | HansberryM@detroitmi.gov |
| Union Representative | Police Officers Labor Council | Attn: Jan Zaleski | presidentjan@aol.com |
| Counsel for CitiMortgage, Inc. | Potestivo & Associates PC | Mary Atallah | matallah@potestivolaw.com |
| Interested Party | Primeshares World Markets, LLC | | jd@primeshares.com; transfer@primeshares.com |
| Counsel for Michael Beydoun | Raymond Guzall III PC | Raymond Guzall III | rayguzall@attorneyguzall.com |
| Attorneys for Creditors: Carlton Carter, Bobby Jones, Roderick Holley and Richard T. Weatherly | Resnick & Moss PC | H Nathan Resnick | hnresnick@resnicklaw.net; hnresnick@resnicklaw.com |
| Retiree Representative | Retired Detroit Police and Fire Fighters Association | Attn: Donald Taylor | rdpffa@hotmail.com |

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel to Eric Kimbrough, Leinathian Jelks, Brandon Brooks, Phyllis Tharpe, Rodney Heard, Clenette Harris, Gregory Brazell, Jennifer Harris-Barnes, Henry Hassan, Melvin Miller, Terry Hardison, Velma, Denson, Raymond Thompson, Lucy Flowers, Brandon Gilbert, Brady Johnson, Quentin King, Sharon Pettway, Taralyn Smith, Donna Weatherspoon, Tarita Wilburn, Joseph Wright, Laverne Covington, James Matson, Kevin McGillivary, Rhonda Craig, Orlando Marion, John Collins, Terry Hardison, Carolyn Harp, Jeffrey Peterson, Clementine Stephens, Ezekiel Davis, Michael McKay, David Both, Raymond Thompson, Jr., Doug Taylor, Shumithia Baker, Floyd Brunson, Jerry Ashley, Anthony Harmon, Shelton Bell, Jr., Jeremiah Duren, Otis Evans, Wendy Jefferson, Gary Musser, Mario Littlejohn, Angela Davis, Jeffrey Theriot, Bernard White, Eddie Moore, Robert Mcgowen, Curtis Morris, Hondra Porter, Kevin Mcdonald, Jay Woods, Taesean Parnell, YvetteSpencer, Viena Lowe, Landon Banks, Darchella Lattner, Nicholas Martin, Marily Cloyd, Robert Hall, Victoria Wilson, Theresa Chalch, Angela Davis, Jamie Jackson, Donald Harris, Winter Owens, Samiya Speed, Teran Brown, Antonio Brooks, Jermaine Gleen, Ray Lizzamore, Daniel Latanzio, Woodrow Roberson, Kevin Ivie, Darnell Fields, Daniel Soto, Kevin McGillivary, and Bradley Schick, | Romano Law PLLC | Attn Daniel G Romano & Trevor J. Zamborsky | dromano@romanolawpllc.com |
| Counsel for Robbie Flowers, Michael Wells, Janet Whitson, Mary Washington and Bruce Goldman ("Flowers plaintiffs") and Detroit Police Command Officers Association ("DPCOA"); Detroit Fire Fighters Association, I.A.F.F. Local 344 | Sachs Waldman PC | Mami Kato & Mary Ellen Gurewitz | mkato@sachswaldman.com; |
| Counsel for Official Retiree Committee | Salans FMC SNR Dentons Europe LLP | Claude Montgomery | claude.montgomery@Dentons.com |
| Contract Counterparty | SBS Financial Products Company, LLC | Attn. John Carter | jcarter@sbsco.com |
| Counsel for Ambac Assurance Corporation | Schafer and Weiner PLLC | Brendan G Best | bbest@schaferandweiner.com |
| Counsel for FMS Wertmanagement AöR | Schiff Hardin LLP | Frederick J. Sperling & Paul E. Greenwalt | fsperling@schiffhardin.com; pgreenwalt@schiffhardin.com |
| Counsel for DEPFA Bank PLC | Schiff Hardin LLP | Rick L Frimmer & Matthew W Ott | mott@schiffhardin.com |
| Counsel for DEPFA Bank PLC | Schiff Hardin LLP | Suzanne L Wahl | swahl@schiffhardin.com |
| Counsel for Schneiderman and Sherman PC; Attorney for U.S. Bank National Association as servicer for Michigan State Housing Development Authority; Flagstar Bank, FSB; Counsel for Kondaur Capital Corporation | Schneiderman & Sherman PC | Neil Sherman | NSherman@sspclegal.com |
| Union Representative | SEIU Local 517M | Attn: Yolanda Langston | langstony@gmail.com |
| Union Representative | Senior Accountants, Analysts & Appraisers Association | Attn: Audrey Bellamy | ayoung586@comcast.net |
| Union Representative | Senior Water Systems Chemist Association | Attn: Andrew Ross | aross@dwsd.org |
| Counsel for The Kales Grand Circus Park LLC | Seyburn Kahn | David T Lin | dlin@seyburn.com |
| Fee Examiner | Shaw Fishman Glantz & Towbin LLC | Ira Bodenstein Gordon Gouveia David Doyle and Marc Reiser | ibodenstein@shawfishman.com; ggouveia@shawfishman.com; ddoyle@shawfishman.com |
| Counsel for Detroit Winsor Tunnell LLC | Sheldon S Toll PLLC | Sheldon S Toll | lawtoll@comcast.net |
| Counsel for National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn: Jeffrey Bjork, Esq. & Eric D. Tashman, Esq. | etashman@sidley.com;;jbjork@sidley.com |
| Counsel for National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn Guy S Neal | gneal@sidley.com |
| Counsel for National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn James F Bendernagel | jbendernagel@sidley.com |
| Counsel for National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn Jeffrey E Bjork | jbjork@sidley.com |
| Counsel for Retired Detroit Police and Fire Fighters Association ("RDPFFA"); 2) Donald Taylor, President of RDPFFA; 3) Detroit Retired City Employees Association ("DRCEA"); and 4) Shirley V. Lightsey, President of DRCEA | Silverman & Morris PLLC | Thomas R Morris and Karin F. Avery | morris@silvermanmorris.com; avery@silvermanmorris.com |
| Counsel for Unisys Corporation | Sirlin Lesser & Benson PC | Dana S Plon | dplon@sirlinlaw.com |
| Counsel for AGSA USA LLC | Smith Katzenstein & Jenkins LLP | Kathleen M Miller | kmiller@skjlaw.com |
| State of Michigan Chief Legal Counsel | State of Michigan Chief Legal Counsel | Matthew Schneider | Schneiderm7@michigan.gov |
| State of Michigan Assistant Attorney General, Counsel to State of Michigan | State of Michigan Revenue & Collections Division | Steven B Flancher & Matther Schneider | flanchers@michigan.gov; schneiderm7@michigan.gov |
| The Office of the Treasurer for the State of Michigan | State Treasurer | | MIStateTreasurer@michigan.gov |
| Counsel for Nuveen Asset Management and BlackRock Financial Management, Inc.; and Greenhill & Co LLC | Steinberg Shapiro & Clark | Mark H Shapiro | shapiro@steinbergshapiro.com |
| Counsel for Gabriel, Roeder, Smith & Company; Clark Associates, Inc. | Stevenson & Bullock PLC | Charles D Bullock Elliot G Crowder &Sean M Walsh | cbullock@sbplclaw.com; ecrowder@sbplclaw.com |

In re City of Detroit, Michigan
Case No. 13-53846
Page 6 of 7

13-53846-tjt   Doc 12899   Filed 09/06/18   Entered 09/06/18 09:50:50   Page 148 of 148
13-53846-tjt   Doc 12829   Filed 05/25/18   Entered 05/25/18 13:00:50   Page 148 of 198

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for the Detroit Police Lieutenants and Sergeants Association | Sudnick Law PC | Peter P Sudnick | psudnick@sudnicklaw.com |
| Counsel for Syncora Guarantee Inc | Susheel Kirpalani Quinn Emanuel Urquhart & Sullivan, LLP | | susheelkirpalani@quinnemanuel.com |
| Sylvia Jean Brown Jones, Pro Se | Sylvia Jean Brown Jones | | bjdelta55@gmail.com |
| Union Representative | Teamsters Local #214 | Attn: Joseph Valenti | tl214teams@teamsters214.org |
| City's Secured & Unsecured Bonds | The Bank of New York Mellon Trust Company, National Association, as trustee | Attn: Eduardo Rodriguez | eduardo.rodriguez@bnymellon.com |
| Corporation Counsel for the City of Detroit | The City of Detroit | Attn:  Corporation Counsel | Johnsoncu@detroitmi.gov |
| Counsel for Kevin Lewis & Jeremy Morris | The Markowitz Law Office | Carolyn B Markowitz PC | bankruptcy@markowitzlegal.com |
| Counsel for Michigan Auto Recovery Service Inc; Wayne County Circuit Court, Hyde Park Cooperative, et al. v. City of Detroit, by and through its Buildings and Safety Engineering Department, Case No. 10-005687-CZ | Thornbladh Legal Group PLLC | Kurt Thornbladh | kthornbladh@gmail.com; thornbladh.kurt3@gmail.com |
| Counsel for City of Detroit, Michigan | Togut Segal & Segal LLP | Attention: Albert Togut, Scott E. Ratner & Neil Berger | seratner@teamtogut.com; neilberger@teamtogut.com; dperson@teamtogut.com; adeering@teamtogut.com; dcahir@teamtogut.com |
| Top 20 Creditor - City's Secured & Unsecured Bonds (Including Sewer and Water) | U.S. Bank National Association, as trustee, bond registrar transfer agent, paying agent, custodian and/or contract administrator | Attn: Susan E. Jacobsen VP | susan.jacobsen2@usbank.com |
| Union Representative | UAW - Local # 412 | Attn: John Cunningham | jcunningham@uaw.net |
| Union Representative | UAW - Local #212 | Attn: John Cunningham | jcunningham@uaw.net |
| Union Representative | UAW – PAA Local #2211 | Attn: Robyn Brooks | BrooR@detroitmi.gov |
| Union Representative | UAW – WWTP Local #2200 | Attn: Laurie Stuart | mimilaurie@yahoo.com; |
| Union Representative | United Auto Workers Union | Attn: Michael Nicholson | mnicholson@nichfeld.com |
| Union Representative | Utility Workers Union of America | Attn: James Harrison | jharrison@uwua.net |
| Union Representative | Utility Workers Union of America Local #531 | Attn: Samuel Wilson | swilson@dwsd.org |
| Counsel for Center for Community Justice and Advocacy ("CCJA") | Vanessa G. Fluker, Esq., PLLC | Vanessa G Fluker | vgflawyer@sbcglobal.net |
| Interested Party | Vanguardians | Barry Allen | pra@vanguardians.org |
| Counsel for UBS AG and Merrill Lynch Capital Services Inc (COP Swap Counterparties) | Warner Norcross & Judd LLP | Douglas A Dozeman & Charles N Ash Jr | ddozeman@wnj.com;;cash@wnj.com |
| Counsel for Financial Guaranty Insurance Company | Weil, Gotshal & Manges LLP | Alfredo R Perez | alfredo.perez@weil.com |
| Counsel for Financial Guaranty Insurance Company | Weil, Gotshal & Manges LLP | Attn: Gary T. Holtzer, Esq. & Alfredo R. Pérez, Esq. | gary.holtzer@weil.com;;alfredo.perez@weil.com |
| Counsel for Financial Guaranty Insurance Company | Weil, Gotshal & Manges LLP | Kelly DiBlasi | kelly.diblasi@weil.com |
| Counsel for Financial Guaranty Insurance Company | Williams Williams Rattner & Plunkett PC | Ernest J Essad Jr | ejessad@wwrplaw.com |
| Counsel for Assured Guaranty Municipal Corporation | Winston & Strawn LLP | Attn: Lawrence A. Larose Samuel S. Kohn Carrie V. Hardman | chardman@winston.com |
| Counsel for The Bank of New York Mellon | Wolfson Bolton PLLC | Scott A Wolfson & Anthony J Kochis | swolfson@wolfsonbolton.com; akochis@wolfsonbolton.com |
| Counsel for International Association of Fire Fighters, AFL-CIO, CL | Woodley & McGillivary | Douglas L Steele | dls@wmlaborlaw.com |

# **EXHIBIT C**

13-53846-tjt    Doc 12090-6  Filed 09/06/18  Entered 09/06/18 08:59:50  Page 150 of 14
13-53846-tjt    Doc 12829  Filed 05/20/18  Entered 05/20/18 13:00:50  Page 150 of 14   150
198

Exhibit C
Served via First Class Mail

| Party Description | Company | Contact | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Union Representative | AFSCME Council #25 | Attn: Albert Garrett | 1034 N. Washington | | Lansing | MI | 48906 | |
| Union Representative | AFSCME Council #25 | Attn: Albert Garrett | 600 W. Lafayette, Ste. 500 | | Lansing | MI | 48906 | |
| Union Representative | AFSCME Council #25 | Attn: Ed McNeil | 600 W. Lafayette, Ste. 500 | | Detroit | MI | 48226 | |
| Union Representative | AFSCME Local #0023 | Attn: Robert Stokes | 600 W. Lafayette, Ste. 134 | | Detroit | MI | 48226 | |
| Union Representative | AFSCME Local #0312 | Attn: Phillip Douglas | 14022 Linwood | | Detroit | MI | 48238 | |
| Union Representative | AFSCME Local #0457 | Attn: Laurie Walker | 600 W. Lafayette, Ste. L – 104 | | Detroit | MI | 48226 | |
| Union Representative | AFSCME Local #1220 | Attn: Gerald Thompson | 600 W. Lafayette, Ste. 136 | | Detroit | MI | 48226 | |
| Union Representative | AFSCME Local #1227 | Attn: Joseph Walter | P.O. Box 36314 | | Grosse Pointe Farms | MI | 48236 | |
| Union Representative | AFSCME Local #1642 | Attn: Gina Thompson-Mitchell | 600 W. Lafayette, Ste. L – 123 | | Detroit | MI | 48226 | |
| Counsel for Airgas USA LLC | Airgas USA LLC | Mr David Boyle | 259 Radnor-Chester Rd Ste 100 | PO Box 6675 | Radnor | PA | 19087-8675 | |
| Union Representative | Association of Professional Construction Inspectors | Attn: Juanita Sanders | 2727 Second Ave., Ste. 314B | | Detroit | MI | 48201 | |
| Counsel for the Police and Fire Retirement System of the City of Detroit and  the General Retirement System of the City of Detroit | Clark Hill PLC | Robert D Gordon | 151 S Old Woodward Ave Ste 200 | | Birmingham | MI | 48009 | |
| Counsel for Kajy Development | David W Yaldo PC | David W. Yaldo | 4036 Telegraph Road, Suite 204 | | Bloomfield Hills | MI | 48302 | |
| Retiree Representative | Detroit Firemen's Fund Association | Attn: Kim Fett | 1301 Third St. Suite 329 | | Detroit | MI | 48226 | |
| Retiree Representative | Detroit Police Benefit and Protective Association | Attn: Delbert R. Jennings, Sr. | 3031 W. Grand Boulevard, Suite 405 | | Detroit | MI | 48202 | |
| Retiree Representative | Detroit Retired City Employees Association | Attn: Shirley V. Lightsey | P.O. Box 40713 | | Detroit | MI | 48240 | |
| Counsel for U.S. Bank National Association (Top 20 Creditor) | Faegre Baker Daniels LLP | Attn: Abby E. Wilkinson, Esq. | 2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis | MN | 55402-3901 | |
| Union Representative | Field Engineers Association | Attn Larry Hart | PO Box 252805 | | West Bloomfield | MI | 48325 | |
| The Office of the Governor of the State of Michigan | Governor Rick Snyder | | P.O. Box 30013 | | Lansing | MI | 48909 | |
| Counsel for The Detroit Institute of Arts | Honigman Miller Schwartz and Cohn LLP | T. O'Reilly | 600 Woodward Ave | 2290 First National Bldg | Detroit | MI | 48226 | |
| Counsel for Defendants Greektown Casino and Detroit Entertainment LLC dba Motorcity Casino Hotel | Honigman Miller Schwartz and Cohn LLP | Jennifer Zbytowski Belveal | 2290 First National Bldg | 660 Woodward Ave | Detroit | MI | 48226-3506 | |
| Counsel for HP Enterprise Services LLC | HP Enterprises Services LLC | Ayala Hassell | 5400 Legacy Dr | | Plano | TX | 75024 | |
| Counsel for HP Enterprise Services LLC | HP Enterprises Services LLC | Ken Higman | 12610 Park Plz Dr Ste 100 | | Cerritos | CA | 90703 | |
| Interested Party | IBM Corporation | Attn National Bankruptcy Coordinator | 275 Viger East Ste 400 | | Montreal | QC | H2X 3R7 | Canada |
| Counsel for IBM Credit LLC | IBM Credit LLC | Andy Gravina | Special Handling Group MD NC317 | 6303 Barfield Rd NE | Atlanta | GA | 30328 | |
| Counsel for St Martins Cooperative | Law Offices of Lee & Correll | Michael K Lee | 24901 Northwestern Hwy Ste 113 | | Southfield | MI | 48075 | |
| Counsel for FK Park, LLC and  FK South, LLC | Maddin, Hauser, Roth & Heller, P.C. | Ian S Bolton | 28400 Northwestern Hwy 2nd Fl | | Southfield | MI | 48034 | |
| Counsel for Syncora Guarantee Inc | Mantese Honigman Rossman and Williamson PC | Brendan Frey | 1361 E. Big Beaver Road | | Troy | MI | 48083 | |
| Counsel for Bishop Real Estate, L.L.C. | McDonald Hopkins PLC | Jason L Weiner | 39533 Woodward Ave Ste 318 | | Bloomfield Hills | MI | 48304 | |
| Pro se | Nathaniel Brent | | 538 S Livernois | | Detroit | MI | 48209 | |
| Office of the United States Trustee | Office of the United States Trustee | Daniel McDermott | 211 West Fort Street Suite 700 | | Detroit | MI | 48226 | |
| Counsel enters an appearance for The Bank of New York Mellon (successor by operation of law to The Bank of New York), as custodian of the Police and Fire Retirement System of the City of Detroit Fund and as custodian of the General Retirement System of the City of Detroit Fund | Reed Smith LLP | Amy M Tonti | 225 Fifth Ave | | Pittsburgh | PA | 15222 | |
| Interested Party | Ricoh USA Inc | Recovery  & Bankruptcy Group | 3920 Arkwright Rd Ste 400 | | Macon | GA | 31210 | |
| Union Representative | Sanitary, Chemists & Technicians Association | Attn: Saulius Simoliunas | 2727 Second Ave. Rm. 314 – D | | Detroit | NY | 48201 | |
| Counsel for Parsons Brinckerhoff Michigan, Inc. | Schiff Hardin LLP | Andrew M. Minear | 666 Fifth Ave | 17th Fl | New York | NY | 10103 | |
| SEC | Securities & Exchange Commission | Bankruptcy Section | 175 W Jackson Blvd | Suite 900 | Chicago | IL | 60604-2815 | |
| Counsel for National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn: Guy S. Neal, Esq. | 1501 K Street, N.W. | | Washington | DC | 20005 | |

In re City of Detroit, Michigan
Case No. 13-53846

Page 1 of 2

**Exhibit C**
**Served via First Class Mail**

| Party Description | Company | Contact | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Counsel for Public Lighting Authority | The Allen Law Group, P.C. | Attn: Ron Liscombe, Esq. | 3011 West Grand Boulevard | 2500 Fisher Building | Detroit | MI | 48202 | |
| The City, c/o the Emergency Manager | The City of Detroit | Attn: Kevyn D. Orr, Emergency Manager | Coleman A. Young Municipal Center | 2 Woodward Ave Suite 1126 | Detroit | MI | 48226 | |
| Counsel for Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | The Sanders Law Firm PC | Herbert A Sander | 615 Griswold St Ste 913 | | Detroit | MI | 48226 | |
| Top 20 Creditor - City's Secured & Unsecured Bonds (Including Sewer and Water) | U.S. Bank National Association, as trustee, bond registrar transfer agent, paying agent, custodian and/or contract administrator | Attn: Susan T. Brown | Senior Vice President and Manager | 535 Griswold Ste 550 | Detroit | MI | 48226 | |
| Top 20 Creditor - City's Secured & Unsecured Bonds (Including Sewer and Water Bonds) | U.S. Bank National Association, as trustee, for the Detroit Sewar and Water Bonds | Attn: Lawrence J. Bell | PD-OR-P6TD | | Portland | OR | 97204 | |
| Counsel for United States of America | Unites States Attorney | Julia A. Caroff, Asssitant US Attorney | 211 W Fort St Ste 2001 | | Detroit | MI | 48226 | |
| Union Representative | Utility Workers Union of America Local #488 | Attn: Carl Anderson | 19315 Westmoreland | | Detroit | MI | 48219 | |
| Union Representative | Utility Workers Union of America Local #504 | Attn: Curlisa Jones | 5405 Railview Ct. - Apt. 166 | | Shelby Township | MI | 48316 | |
| Counsel for U.S. Bank National Association (Top 20 Creditor) | Waller Lansden Dortch & Davis LLP | Attn: Courtney Rogers | 511 Union Street, Suite 2700 | | Nashville | TN | 37219 | |
| Counsel for Assured Guaranty Municipal Corporation | Winston & Strawn LLP | Sarah T. Foss | 1111 Louisiana 25th Fl | | Houston | TX | 77002-5242 | |

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

---

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

---

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

*12837* − Edith Woodberry Response To Order Setting Deadline By which The Woodberry And Mabin Claimants (Fifty−Sixth And Sixty−Second) Must Take Certain Actions, Regarding Their Claims (related document(s): 12818 Order (Generic)) Filed by Creditor Edith Woodberry (ckata)

Original Signature Missing and Proof of Service Non−Compliant. The Proof of Service requires a Case Caption. Please see ECF Procedure 12(h) A party serving a Paper shall file a certificate of service. The certificate shall state the Paper served, the manner in which service was accomplished, and the parties served. This certificate of service may not be included as part of the Paper that was served; it shall be a separate filing.

is defective as indicated:

☐ Acceptable List of Creditors Missing

☐ Acceptable List of Creditors Not Uploaded

☐ Amended Document Missing or Non−Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)

☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non−Compliant

☐ Bankruptcy Petition Cover Sheet Missing or Non−Compliant

☐ Bankruptcy Matter Civil Case Cover Sheet Missing

☐ Brief Missing

☐ Certificate of Exigent Circumstances−Credit Counseling Waiver Missing

☐ Chapter 13 Plan is Non−Compliant

☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non−Compliant (To be filed with corrected document in its entirety as one PDF)

☐ Electronic Signature does not match login

☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)

☐ List of 20 Largest Unsecured Creditors Missing

☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing

☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing

☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing

- ☐ Notice of Objection to Claim Missing or Non−Compliant
- ☐ Notice of Special Appearance (LBR 9010−1(c)) Missing or Non−Compliant
- ☐ Notice to Respondent Missing or Non−Compliant
- ☑ Original Signature Missing or Non−Compliant
- ☐ Petition Non−Compliant (To be filed in its entirety)
- ☑ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order Missing
- ☐ Statement of Attorney for Debtors 2016b LBR 9010−1c Missing or Non−Compliant
- ☐ Statement of Corporate Ownership Missing
- ☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 6/19/18

                                     BY THE COURT


                                     Katherine B. Gullo , Clerk of Court
                                     U.S. Bankruptcy Court

In re:

City of Detroit, Michigan,

Debtor

Bankruptcy Case No: 13-53846

Judge Thomas J. Tucker

Chapter 9

### "CORRECTED"

## [12837-EDITH WOODBERRY PRO PER (2846) RESPONSE TO ORDER SETTING DEADLINE BY WHICH THE WOODBERRY AND MABIN CLAIMANTS MUST TAKE CERTAIN ACTIONS REGARDING THEIR CLAIMS, AND REQUIRING THE CITY OF DETROIT TO SERVE A COPY OF THIS ORDER ON ALL SUCH CLAIMANTS

1.      This case came before the Court for hearing on May 23, 2018, on the Debtor's

Fifty-Sixth Omnibus Objection to Certain Claims (Docket # 12763, the "56th" Omnibus Claim

Objection") and on the Debtor's Sixty-Second Omnibus Objection to Certain Claims (Docket #

12769, the "62nd Omnibus Claim Objection"). Claimants Edith Woodberry, LaJeff Woodberry,

and Cranston Woodberry appeared at the hearing as did counsel for the Debtor Confirming

certain action taken during the hearing and for the reasons stated by the Court on the record

during the hearing.

2.      Edith Woodberry asks the Judge to be mindful of the fact that she told the Court

at the start of the hearing and later on that she does not be hear well. She      affirms that she Never

heard counsel for the debtor (Marc Swanson) confirming certain action taken by him during the

hearing.      She can not afford the cost of the transcript to find out the reasons stated by the

court on the record during the hearing. Attorney Swanson's back was facing Edith Woodberry.

Edith Woodberry declares that she did not hear the action taken that he confirmed. Edith Woodberry only heard mumbling. Except for the questions that the Judge asked her in a loud voice she only heard bits of his Honor's response, which appeared to be directed to Attorney Swanson. Edith Woodberry cannot afford the cost of the transcript.

3.      Wherefore, Edith Woodberry asks his Honor to please give her his reason in an opinion for sustaining Debtor City's Fifty-Sixth Omnibus Claim Objection as there is nothing on record that allows the Bankruptcy Court to sustain the City's Fifty-Sixth Objection that sneakingly disallows her just compensation for the City's taking her property, unless she mails Attorney Swanson a copy of all the items she filed in the Wayne County Circuit Court, seeking just compensation.

4.      This Court further required that no later than June 22, 2018, in order to avoid entry of an Order by this Court disallowing their claims, the Woodberry/Mabin Claimants must *(Edith)* take appropriate action to reactivate the lawsuit in the Wayne County Circuit (Case No. 05-522129-CC, *City of Detroit v. Jonathan Sobeloff, et. al.*) and to seek to appeal that court's Judgment filed April 28, 2009.

5.      Edith Woodberry says that Paragraphs 3 and 4 of this Court's May 23, 2018 Order denies her equal access to the court and the right to defend her just compensation claim in accordance with Michigan Court Rules and Federal Court Rules with a legal strategy she deems best.

6.      The Court further required that Woodberry/Mabin Claimants (Edith) must promptly serve the City's counsel in this bankruptcy case, Marc N. Swanson, by mail, a copy of all items they file in the Wayne County Circuit in order to comply with this order. [Edith cannot

comply with said directions because she does not have the money to pay for copies of the items she filed.]

7.    The Court say further that If Edith Woodberry fails to timely comply with paragraph 3 of this Order, the City may file an affidavit of non-compliance and submit a proposed order disallowing the claims of the Woodberry/Mabin *(Edith)* Claimants in this bankruptcy case, and the Court may enter such order without further notice or hearing.

WHEREFORE, Edith Woodberry seeks equal protection of the law and access to the court. She begs Judge Tucker to be just and faithful to the law and court rules law and to require Marc N. Swanson, Esq., counsel for Debtor City of Detroit, instead of her, to glean from the City files the items that the Court asked Edith Woodberry to provide Marc N. Swanson. Debtor City's Exhibit 8 and attorney Charles Rami's declaration provides undisputed proof that the Debtor City is in the know and has in its possession the items that the court requires that Edith Woodberry give to them. In the alternative, permit Edith Woodberry to have a trial by jury in order to resolve the just compensation issue and to determine if the bankruptcy court has authority to allow Debtor City to take Edith Woodberry's property without paying *her* just compensation, under the Bankruptcy Code.

Respectfully submitted,

*Edith Woodberry*

Edith Woodberry, In Pro per

**"Corrected"**

**Certificate of Service**

Edith Woodberry certifies that on June 28, 2018 she mailed [12837 EDITH
WOODBERRY PRO PER (2846) RESPONSE TO ORDER SETTING DEADLINE BY WHICH
THE WOODBERRY AND MABIN CLAIMANTS MUST TAKE CERTAIN ACTIONS
REGARDING THEIR CLAIMS, AND REQUIRING THE CITY OF DETROIT TO SERVE A
COPY OF THIS ORDER ON ALL SUCH CLAIMANTS to Hon. Thomas J. Tucker, Bankruptcy
Courtroom #19, 211 W. Fort, Detroit, MI, 48226, and mailed a copy of this Pro Per response to
her motion to Debtor's attorney, Marc N. Swanson.

*Edith Woodberry*

Edith Woodberry, In Pro Per

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

IN RE: *City of Detroit Michigan* CASE NO: 13 53846

CHAPTER: 9

Debtor.

CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2018 (date of mailing), I served

copies as follows:

1. Document(s) served: "(CORRECTED)"
12837- EDITH WOODBERRY PRO PER (28616) RESPONCE TO ORDER SETTING DEADLINE BY WHICH THE WOODBERRY AND MABIN CLAIMANTS MUST TAKE CERTAIN ACTIONS REGARDING THEIR AND REQUIRING THE CITY OF DETROIT TO SERVE A COPY OF THE ORDER ON ALL SUCH CLAIMANTS

2. Served upon [name and address of each person served]:
ATTORNEY MARC N. SWANSON
150 W Jefferson Detroit MI
AND
HON. THOMAS J. TUCKER
COURTROOM #19 211 West Fort Detroit MI 48226

3. By First Class Mail.

Dated: July 5, 2018

*Edith Woodberry*
(Signature)

Print Name: Edith WOODBERRY

13-53846-djt Doc 12880-6 Filed 09/06/18 Entered 09/06/18 08:53:50 Page 150 of 159
13-53846-tjt Doc 12846 Filed 07/05/18 Entered 07/05/18 14:43:04 Page 1 of 1
198

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

IN RE:                                          Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                      Chapter 9

              Debtor.                           Judge Thomas J. Tucker

_____ /

## ORDER DENYING MOTION FOR RECONSIDERATION
## FILED BY EDITH WOODBERRY (DOCKET # 12845)

This case is before the Court on a motion filed on July 2, 2018 by Edith Woodberry, entitled "Corrected [12837-Edith Woodberry Pro Per (2846) Response to Order Setting Deadline by Which the Woodberry and Mabin Claimants Must Take Certain Actions Regarding Their Claims . . ." (Docket # 12845, the "Motion"). The Court construes this Motion as a motion for reconsideration of, and for relief from, the Court's May 23, 2018 Order, entitled "Order Setting Deadline by Which the Woodberry and Mabin Claimants must Take Certain Actions, Regarding Their Claims, and Requiring the City of Detroit to Serve a Copy of this Order On All Such Claimants" (Docket # 12818, "the May 23 Order").

The Court finds that the Motion fails to demonstrate a palpable defect by which the Court and the parties have been misled, and that a different disposition of the case must result from a correction thereof. *See* Local Rule 9024-1(a)(3).

The Court also finds that the allegations in the Motion do not establish excusable neglect under Fed. R. Civ. P. 60(b)(1), Fed. R. Bankr. P. 9024, or any other valid ground for relief from the May 23 Order.

The Court further notes the following. In the Motion, Edith Woodberry says, among other things, that she does not hear well and that she did not hear certain parts of the May 23, 2018 hearing in this Court that she attended, including certain statements made by the City's attorney Marc Swanson and, apparently, certain statements made by the Court. And Ms. Woodbery says in her Motion that she cannot afford the cost of a transcript of the hearing. The Court notes, however, that an alternative to ordering a transcript is that Ms. Woodberry may listen for free to the audio recording of the pertinent portions of the May 23, 2018 hearing, which recording was filed on May 23, 2018, at Docket # 12815. Ms. Woodberry can come to the office of the Clerk of this Court (17th Floor, 211 West Fort Street, Detroit) during the Clerk's regular business hours (Monday through Friday, 8:30 a.m. to 4:00 p.m.), and listen to the audio recording.[1] The specific portion of the audio recording of the May 23 hearing that pertains to

---

[1]  Ms. Woodberry will need to bring her own headphones/earphones to use in listening to the audio recording at the Clerk's office.

Ms. Woodberry's claims is filed at Docket # 12815, and begins at the 1:29:00 mark of that audio recording, and ends at the 2:18:52 mark of that audio recording.

NOW, THEREFORE,

IT IS ORDERED that the Motion (Docket # 12845) is denied.

**Signed on July 11, 2018**



/s/ **Thomas J. Tucker**
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**

2

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## AFFIDAVIT OF MARC N. SWANSON REGARDING ORDER SETTING DEADLINE BY WHICH THE WOODBERRY AND MABIN CLAIMANTS MUST TAKE CERTAIN ACTIONS, REGARDING THEIR CLAIMS, AND REQUIRING THE CITY OF DETROIT TO SERVE A COPY OF THIS ORDER ON ALL SUCH CLAIMANTS

Marc N. Swanson, after first being duly sworn, states as follows:

1.     On April 18, 2018, the City of Detroit ("City") filed *Debtor's Fifty-Sixth Omnibus Objection to Certain Claims (No Valid Basis for any Liability of the City)* ("Fifty-Sixth Omnibus Objection") [Doc. No. 12769].   Among the claims subject to the Fifty-Sixth Omnibus Objection was Claim No. 2846 of Edith Woodberry.

2.     Also, on April 18, 2018, the City filed *Debtor's Sixty-Second Omnibus Objection to Certain Claims (No Valid Basis for any Liability of the City)* ("Sixty-Second Omnibus Objection") [Doc. No. 12763].   Among the claims subject to the Sixty-Second Omnibus Objection were Claim No. 2880 of Happy Woodberry, Claim No. 2883 of La Jeff Woodberry, Claim No. 2888 of Cavel Woodberry, Claim No. 2889 of Lavan Woodberry, Claim No. 2902 of Penny

- 1 -

31742232.2\022765-00213
13-53846-tjt   Doc 12890-6   Filed 09/06/18   Entered 09/06/18 08:53:50   Page 162 of
198
13-53846-tjt   Doc 12801   Filed 07/10/18   Entered 07/10/18 14:55:45   Page 1 of 9     162

Mabin, Claim No. 2905 of Cranston Woodberry, Claim No. 3006 of Garfield Woodberry, Claim No. 3271 of Adam Woodberry and Claim No. 3278 of Phebe Woodberry.

3.     On May 16, 2018, Edith Woodberry filed *Edith Woodberry's Response to Debtor's Fifty-sixth Omnibus Objection to Certain Claims* [Doc. No. 12791].

4.     Also, on May 16, 2018 the following claimants filed their *Response to Debtor's Sixty-Second Omnibus Objection to Certain Claims* [Doc. No. 12794]: Penny Mabin, Kenny Mabin, Roger Mabin, Cavel Woodberry, Cavel Woodberry, Jr., Cranston Woodberry, Garfield Woodberry, Happy Woodberry, LaJeff Woodberry, Lavan Woodberry and Phebe Woodberry.

5.     On May 23, 2018, the Court held a hearing on the Fifty-Sixth and Sixty-Second Omnibus Objections, at which Claimants Edith Woodberry, La Jeff Woodberry and Cranston Woodberry appeared.

6.     On May 23, 2018, the Court entered an order [Doc. No. 12818] ("Order") setting a deadline of June 22, 2018 for the Woodberry/Mabin Claimants (as defined in the Order) to take appropriate action to reactivate the state court lawsuit in the Wayne County Circuit Court (Case No. 05-522129-CC, *City of Detroit v. Jonathan Sobeloff, etc., et al.*), and to seek the entry of a final order in

- 2 -

31742232.2\022765-00213

13-53846-tjt    Doc 12890-6    Filed 09/06/18    Entered 09/06/18 08:53:50    Page 163 of
13-53846-tjt    Doc 12801    Filed 07/19/18    Entered 07/19/18 14:55:45    Page 2 of 39
198    163

that lawsuit, so that the Woodberry/Mabin Claimants may seek to appeal that court's judgment filed April 28, 2009. The claimants identified in the Order were:

| Claimant: | Claim No. |
| --- | --- |
| Edith Woodberry | 2846 |
| Happy Woodberry | 2880 |
| La Jeff Woodberry | 2883 |
| Cavel Woodberry | 2888 |
| Lavan Woodberry | 2889 |
| Penny Mabin | 2902 |
| Cranston Woodberry | 2905 |
| Garfield Woodberry | 3006 |
| Adam Woodberry | 3271 |
| Phebe Woodberry | 3278 |

7.     On June 18, 2018, the following individuals filed *Craig Jones Defendants' A) Motion to Require the City to Submit a Detailed Accounting of all Money the City Paid in This Condemnation Action and B) Motion for Entry of a Final Order and Supporting Brief* ("Motion") in Wayne County Circuit Court Case No. 05-522129-CC:   Craig Jones, Michael Jones, Happy Woodberry, Phebe Woodberry, Adam Woodberry, Cavel Woodbery, Penny Mabin, Cranston Woodberry, Rozlyn Harrison, Warren Gaither, Dorothy Robinson, Roger Woodberry and Lavan Woodberry. *See* Motion, p. 2. The Motion is attached hereto as **Exhibit 1**.

8.     The following individuals that were identified in the Order were not party to the Motion:   Edith Woodberry, La Jeff Woodberry and Garfield Woodberry.

- 3 -

31742232.2\022765-00213

13-53846-tjt   Doc 12890-6   Filed 09/06/18   Entered 09/06/18 08:53:50   Page 164 of
13-53846-tjt   Doc 12801   Filed 07/10/18   Entered 07/10/18 14:55:45   Page 3 of 39
198

164

9.     On June 19, 2018, Edith Woodberry filed *Edith Woodberry Response to Order Setting Deadline by Which the Woodberry and Mabin Claimants (Fifty-Sixth and Sixty-Second) Must Take Certain Actions, Regarding Their Claims* [Doc. No. 12838]. The court issued a Notice of Deficient Pleading for this response [Doc. No. 12838] and the response was subsequently stricken from the record at docket entry 12844 due to the filer's failure to cure the deficiencies.

10.    On July 2, 2018, Edith Woodberry filed her *"Corrected" [12837-Edith Woodberry Pro Per (2846) Response to Order Setting Deadline by Which the Woodberry and Mabin Claimants Must Take Certain Actions Regarding Their Claims, and Requiring the City of Detroit to Serve a Copy of This Order on All Such Claimants* ("Corrected Response") [Doc. No. 12845]. The court issued a Notice of Deficient Pleading for this response [Doc. No. 12846] and on July 5, 2018, Edith Woodberry filed a Certificate of Service, curing the deficiency.

11.    On July 11, 2018, the Court entered the *Order Denying Motion for Reconsideration Filed by Edith Woodberry (Docket #12845)*. [Doc. No. 12850].

12.    The Corrected Response does not comply with the requirements set forth in the Order.

13.    The Motion and a proof of service that were both filed on June 18, 2018, are the only documents that have been filed since 2012 in Wayne County

31742232.2\022765-00213
13-53846-tjt   Doc 12890-6   Filed 09/06/18   Entered 09/06/18 08:53:50   Page 165 of
13-53846-tjt   Doc 12880-1   Filed 07/20/18   Entered 07/20/18 14:50:45   Page 4 of 8
198
165

Circuit Court Case No. 05-522129-CC, as set forth in the register of actions accessed on July 11, 2018, and attached as **Exhibit 2.**

14. Consequently, Edith Woodberry, La Jeff Woodberry and Garfield Woodberry have failed to comply with the requirements set forth in the Order.

15. The City thus respectfully requests that the court enter the order attached hereto as **Exhibit 3**, expunging and disallowing the claims of Edith Woodberry, La Jeff Woodberry and Garfield Woodberry.

31742232.2\022765-00213
13-53846-tjt Doc 12890-6 Filed 09/06/18 Entered 09/06/18 08:53:50 Page 166 of
13-53846-tjt Doc 12880-1 Filed 07/12/18 Entered 07/12/18 14:50:45 Page 5 of 89
198
166

Respectfully submitted,

By: _____

Marc N. Swanson (P71149)
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
green@millercanfield.com
swansonm@millercanfield.com

ATTORNEYS FOR THE CITY OF DETROIT

STATE OF MICHIGAN
COUNTY OF WAYNE

Subscribed and sworn to by MARC N. SWANSON before me on the
_____ 11TH day of JULY _____, 2018 _____.

Signature _W Margaret J. Grainger_

Printed name MARGARET J. GRAINGER _____

Notary public, State of Michigan, County of MACOMB - ACTING IN WAYNE

My commission expires 2-26-2019 _____

MARGARET J. GRAINGER
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF MACOMB
My Commission Expires Feb. 26, 2019

- 6 -

# EXHIBIT 1

# STATE COURT MOTION

Tashia Marshall    6/18/2018 3:06 PM    WAYNE COUNTY CLERK    Cathy M. Garrett    FILED IN MY OFFICE    05-522129-CC

# STATE OF MICHIGAN
## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

Case No. 05-522129-CC
Hon. Daphne Curtis Means

CITY OF DETROIT, a Michigan municipal
corporation,

        Plaintiff

v

JONATHAN SOBELOFF, Trustee under the Will
of Benjamin Rich, deceased, EDITH WOODBERRY;
the ESTATE OF JAMES FULLER, deceased, DELORES WILLIAMS,
WILLIE FULLER and wife, if any, PATRICIA LOVE, a/k/a  AUDREY
LOVE, FRANKLIN FULLER and wife, if any, WAYNE FULLER and
Wife, if any, DOUGLAS FULLER, and wife, if any, HAPPY
WOODBERRY, CRAIG JONES and wife, if any, MICHAEL JONES and
Wife, if any, PHEBE WOODBERRY, ADAM WOODBERRY and wife, if
any, CAVEL WOODBERRY and wife, if any, PENNY MABIN, CRANSTON
WOODBERRY, Esq., CRANSTON WOODBERRY and wife, if any,
ROZLYN HARRISON, WARREN GAITHER and wife, if any, DOROTHY
ROBINSON, ROGER WOODBERRY and wife, if any, LAVAN WOODBERRY
and wife, if any, or the JOHN DOE or JANE DOE unknown

        Defendants

---

EDITH WOODBERRY
In Pro Per
Defendant
803 Gladstone
Detroit Michigan 48202

CRANSTON WOODBERRY
Attorney for "Craig Jones" Defendants
8735 Third
Detroit MI 48202
(313) 575-9774

---

## CRAIG JONES DEFENDANTS' A) MOTION TO REQUIRE THE CITY TO SUBMIT A DETAILED ACCOUNTING OF ALL MONEY THE CITY PAID IN THIS CONDEMNATION ACTION AND B) MOTION FOR ENTRY OF A FINAL ORDER AND SUPPORTING BRIEF

13-53846-tjt    Doc 12890-6    Filed 09/06/18    Entered 09/06/18 08:53:50    Page 169 of 89
13-53846-tjt    Doc 12881    Filed 09/13/18    Entered 09/13/18 14:55:45    Page 8 of 89
198    169

Tashia Marshall    6/18/2018 3:06 PM    WAYNE COUNTY CLERK    Cathy M. Garrett    FILED IN MY OFFICE    05-522129-CC

Defendants Craig Jones, Michael Jones, Happy Woodberry, Phebe Woodberry, Adam Woodberry, Cavel Woodberry, Penny Mabin, Cranston Woodberry, Rozlyn Harrison, Warren Gaither, Dorothy Robinson, Roger Woodberry, Lavan Woodberry, ("Craig Jones Defendants") by and through their attorney a) move for entry of an order requiring the City of Detroit ("City") to submit a detailed accounting/audit to the Court and Defendants of all money the City paid in this lawsuit (05-522129-CC) and b) move for entry of a final order in this condemnation action.

1.    The City commenced this condemnation action in 2005 and entered Judgment on April 28, 2009. The Judgment states that "Pursuant to 2.602(A)(3), this Judgment does not resolve the last of any claims and it does not close this case." *See* Exhibit 1, August 28, 2009 Judgment.

2.    The City has not submitted an accounting/audit of the money the City deducted from the $240,000.00 just compensation award per the April 28, 2009 Judgment.

3.    For the record, a detailed accounting/audit of all money and non monetary compensation, including i) just compensation, ii) relocation assistance, iii) attorney fees paid to the City's attorneys,  iv) attorney fees paid to the defense attorneys, v) utility payments, vi) eviction costs, vii) taxes, viii) court costs, ix) miscellaneous, x) location where $240,000,00 just compensation is deposited, xi) the amount of accrued interest, etc. the City of Detroit paid under Case No. 05-522129-CC is needed.

4.    The Craig Jones Defendants ask this Court a) to order the City of Detroit to produce and deliver to Defendants and the Court a full and detailed accounting/audit of the

13-53846-tjt    Doc 12890-6    Filed 09/06/18    Entered 09/06/18 08:53:50    Page 170 of
13-53846-tjt    Doc 12881    Filed 07/19/18    Entered 09/06/18 09:55:45    Page 9 of 39    170
198

money the City of Detroit paid money under Case No. 05-522129-CC and b) to enter a final order closing this case.

5.    Without entry of a final order, the Craig Jones Defendants can not appeal this Court's April 28, 2009 Judgment.

6.    The United States Bankruptcy Court has given the Defendants thirty days to seek entry of a final Order in this condemnation action (05-522129-CC) so that Defendants can seek appeal of right of this Court's April 28, 2009 Judgment. *See* Exhibit 2. Order Setting Deadline.

WHEREFORE, the Craig Jones Defendants asks this court to a) enter an order requiring that the City deliver to Defendants and the Court a detailed accounting/audit of all money and non monetary compensation, including i) just compensation, ii) relocation assistance, iii) attorney fees paid to the City's attorneys,  iv) attorney fees paid to the defense attorneys, v) utility payments, vi) eviction costs, vii) taxes, viii) court costs, ix) location where $240,000.00 just compensation is deposited, x) accrued interests, xi) miscellaneous, etc. the City of Detroit paid under Case No. 05-522129-CC, b) enter a final order in this case (#05-522129-CC) and c) grant the Craig Jones Defendants any further relief that is just and equitable.


Date: June 18, 2018

/s/ Cranston Woodberry (P44755)
Attorney for Craig Jones Defendant

13-53846-tjt    Doc 12890-6    Filed 09/06/18    Entered 09/06/18 08:53:50    Page 174 of    171
13-53846-tjt    Doc 12891    Filed 07/11/18    Entered 07/11/18 14:36:31    Page 10 of 35
198

Tashia Marshall    6/18/2018 3:06 PM    WAYNE COUNTY CLERK    Cathy M. Garrett    FILED IN MY OFFICE    05-522129-CC

# STATE OF MICHIGAN
## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

Case No. 05-522129-CC
Hon. Daphne Curtis Means

CITY OF DETROIT, a Michigan municipal
corporation,

        Plaintiff

v

JONATHAN SOBELOFF, *et al*

        Defendants

---

## SUPPORTING BRIEF

In 2005 the City of Detroit commenced this condemnation action and named the Craig Jones Defendants, among others, as defendants. On April 28, 2009, this Court entered a $240,000.00 Judgment that authorized the City of Detroit to deduct, at City of Detroit discretion, an unspecified amount of money from the $240,000.00 Judgment to pay utility bills, rent, eviction costs, etc.

The Craig Jones Defendants have not been paid any amount of just compensation in Case No. 05-522129-CC. An accounting/audit of the money the City of Detroit deducted from the $240,000.00 Judgment is needed to determine to whom the $240,000.00 just compensation award was paid.

The Craig Jones Defendants can not appeal the April 28, 2009 Judgment, as a matter right, because the April 28, 2009 Judgment expressly states that "Pursuant to MCR 2.602(A)(3), this Judgment does not resolve the last of any claims and it does not close the case." The April

13-53846-tjt    Doc 12880-6    Filed 09/06/18    Entered 09/06/18 08:53:50    Page 172 of
13-53846-tjt    Doc 12881    Filed 07/31/18    Entered 07/31/18 14:56:41    Page 1 of 35    172
198

Tashia Marshall    6/18/2018 3:06 PM    WAYNE COUNTY CLERK    Cathy M. Garrett    FILED IN MY OFFICE    05-522129-CC

28, 2009 Judgment is not a final judgment and cannot be appealed as a matter of right. Entry of a final Judgment/Order is mandated by law.

In 2013, the City of Detroit voluntarily filed for Chapter 9 bankruptcy protection. The Craig Jones Defendants, believing that their right to payment of just compensation cannot be discharged in bankruptcy, submitted claims against the City in the bankruptcy action to preserve their right to payment of just compensation.

The bankruptcy Judge determined that claimants are entitled to an appeal of right from a final Judgment in this condemnation action. No final Judgment was entered in the subject condemnation action. A final Judgment/Order must be entered in this case so that the Craig Jones Defendants can appeal the April 28, 2009 Judgment, as a matter of right. Defendants ask this Court to enter a final judgment/order in this condemnation action so that Defendants can pursue their appeal of right.

On May 23, 2018, the bankruptcy Judge entered an Order giving the Woodberry/Mabin claimants thirty days to take action in the Wayne County Circuit Court regarding *City of Detroit v Jonathan Sobeloff,* Case No. 05-522129-CC. *See* Exhibit 2, Order Setting Deadline.

The Craig Jones Defendants ask this Court to order the City of Detroit to provide the Court and Defendants a detailed full accounting/audit of all money the City of Detroit paid for whatever reasons in this condemnation action, Case No. 05-522129-CC. The detailed accounting/audit should include costs, attorney fees the City of Detroit paid its attorneys, attorney fees the city paid to Defendants' attorneys, utility bill payment, tax payment, all eviction costs, relocation funds, the location where the $240,000.00 just compensation is deposited, accrued interest, etc.

05-522129-CC   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   6/18/2018 3:06 PM   Tashia Marshall

**Conclusion**

The Craig Jones Defendants have not been paid just compensation and are entitled to an appeal of right, especially where the fifth amendment of the United States Constitution guarantees the Craig Jones Defendants payment of just compensation for the City of Detroit's taking of their property.

Respectfully submitted,

/s/ Cranston Woodberry P44755
Attorney for Craig Jones Defendants

**Proof of Service**

I certify that a copy of the attached Motion for Entry of Final Order was mailed to Charles Rami, Esq. and Marc N. Swanson, Esq. attorneys for the City of Detroit on June 18, 2018.

/s/ Cranston Woodberry

13-53846-tjt   Doc 12880-6   Filed 09/06/18   Entered 09/06/18 08:53:50   Page 174 of
13-53846-tjt   Doc 12881   Filed 07/11/18   Entered 07/11/18 14:50:41   Page 3 of 36
198                                                                          174

05-522129-CC    FILED IN MY OFFICE    Cathy M. Garrett    WAYNE COUNTY CLERK    6/18/2018 3:06 PM    Tashia Marshall

**CC**

Exhibit 1 - August 28, 2008 Judgment Case No. 05-522129-CC

Tashia Marshall

6/18/2018 3:06 PM

WAYNE COUNTY CLERK

Cathy M. Garrett

FILED IN MY OFFICE

05-522129-CC Cathy M. Garrett

OK To
Certify oK to court
CB 5 May 2009

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

CITY OF DETROIT, a Michigan municipal
corporation,

                                        Plaintiff,          CASE NO. 05-522129-CC
                                                            HON. DAPHNE MEANS CURTIS
v.

JONATHAN SOBELOFF, Trustee under the Will
of Benjamin Rich, deceased, EDITH WOODBERRY;
the ESTATE OF JAMES FULLER, deceased,
DELORES WILLIAMS, WILLIE FULLER and wife,
if any, PATRICIA LOVE a/k/a AUDREY LOVE,
FRANKLIN FULLER and wife, if any, WAYNE
FULLER and wife, if any, DOUGLAS FULLER and
wife, if any, HAPPY WOODBERRY, CRAIG JONES
and wife, if any, MICHAEL JONES and wife, if any,
PHEBE WOODBERRY, ADAM WOODBERRY and
wife, if any, CAVEL WOODBERRY and wife, if any,
PENNY MABIN, CRANSTON WOODBERRY, Esq.
CRANSTON WOODBERRY and wife, if any, ROZLYN
HARRISON, WARREN GAITHER and wife, if any,
DOROTHY ROBINSON, ROGER WOODBERRY and
wife, if any, LAVAN WOODBERRY and wife, if any,
or the JOHN DOE or JANE DOE unknown,

                                        Defendants.

05-522129-CC    7/27/2005
JDG  DAPHNE MEANS CURTIS
DETROIT CITY OF
vs
SOBELO F JONATHAN

FILED
CATHY M. GARRETT
WAYNE COUNTY CLERK
APR 2 8 2009
BY _____

WILLIAMS ACOSTA, PLLC
ATTORNEYS AT LAW, COUNSELORS
535 Griswold Street, Suite 1000
Detroit, MI 48226-3692

WILLIAMS ACOSTA, PLLC
Avery K. Williams (P34731)
Krystal N. Lyons (P61982)
Co-Counsel for Plaintiff
535 Griswold Street, Suite 1000
Detroit, Michigan 48226
(313) 963-3873

EDITH WOODBERRY
In Pro Per
Defendant
445 E. Fisher Freeway
Detroit, Michigan 48201

JOHN M. NADER (P41610)
City of Detroit Law Department
Co-Counsel for Plaintiff
660 Woodward Avenue, Suite 1650
Detroit, Michigan 48226
(313) 237-3034

CRANSTON WOODBERRY (P44755)
Attorney for Defendants
2457 Beaubien Street
Detroit, Michigan 48201
(313) 575-9774

2009 MAY -5 AM 10: 23

Bernard J. Youngblood
Wayne County Register of Deeds
May 05, 2009 10:23 AM
Liber 47093 Page 803-805
JDG FEE: $94.00

## JUDGMENT

At a session of said Court held in the City of Detroit, County of
Wayne, State of Michigan on **APR 2 8 2009**

PRESENT: HON.   **HONORABLE DAPHNE MEANS CURTIS**
                        Circuit Court Judge

This matter having come before the Court upon the City of Detroit's ("the City")

Motion for Summary Disposition; oral argument having been heard; the Court being fully



05-522129-CC   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   6/18/2018 3:06 PM   Tashia Marshall

advised in the premises and having granted the City's Motion for Summary Disposition and having dismissed all of Defendants Edith Woodberry's, Craig Jones', Michael Jones', Happy Woodberry's, Phoebe Woodberry's, Adam Woodberry's, Cavel Woodberry's, Penny Mabin's, Cranston Woodberry's, Rozlyn Harrison's, Roger Woodberry's and Lavan Woodberry's ("Defendants") counterclaims in their entirety (*see* Exhibit 1 - Order Regarding City of Detroit's Motion for Summary Disposition) and having denied Defendants' Motion for Reconsideration (*see* Exhibit 2);

**IT IS HEREBY ORDERED AND ADJUDGED** that the City shall pay to Defendants just compensation for the property located at 2457 Beaubien Street, in Detroit, Michigan 48201 ("Subject Property") in the amount of Two Hundred Forty Thousand ($240,000.00) Dollars (the "Judgment Amount"), less the following amounts which shall be deducted from the Judgment Amount:

(1)  just compensation previously paid to Defendant Edith Woodberry in the amount of $83,294.72 (*see* Exhibit 3);

(2)  just compensation previously paid to Defendants Craig Jones, Michael Jones, Happy Woodberry, Phoebe Woodberry, Adam Woodberry, Cavel Woodberry, Penny Mabin, Cranston Woodberry, Rozlyn Harrison's and Roger Woodberry in the amount of $9,000.00 (*see* Exhibit 4);

(3)  rent due the City from Defendants in the amount of $21,600.00 plus an additional $1,350.00 per month for each month after February 28, 2009 that Defendants hold over and retain possession of and part of the Subject Property, in accordance with the Court's October 2, 2008 Order Regarding City of Detroit's Motion to Deduct Rent, Water Bill and Costs Associated with Eviction from Defendants' Estimated Just Compensation (*see* Exhibit 5);

(4)  $19,688.69 for water and sewer services provided to Defendants by the City's Water and Sewerage Department, in accordance with the Court's October 2, 2008 Order Regarding City of Detroit's Motion to

WILLIAMS ACOSTA, PLLC
ATTORNEYS AND COUNSELORS
535 GRISWOLD STREET, SUITE 1000
Detroit, MI 48226-3602

2

Tashia Marshall    6/18/2018 3:06 PM    WAYNE COUNTY CLERK    Cathy M. Garrett    FILED IN MY OFFICE    05-522129-CC

Deduct Rent, Water Bill and Costs Associated with Eviction from Defendants' Estimated Just Compensation (*see* Exhibit 5);

(5)  any and all costs incurred by the City in connection with its having to engage the Wayne County Sheriff and/or its agents to forcibly remove and/or evict Defendants and their possessions from the Subject Property in accordance with the Court's October 2, 2008 Order of Eviction and the Court's October 2, 2008 Order Regarding City of Detroit's Motion to Deduct Rent, Water Bill and Costs Associated with Eviction from Defendants' Estimated Just Compensation (*see* Exhibits 5 and 6); and

(6)  any taxes, assessments or tax liens that are due and/or delinquent, subject only to the appropriate proration based upon the date of entry of this Order and Defendants' final surrender of physical possession of the Subject Property to the City ;

IT IS FURTHER ORDERED AND ADJUDGED that title to the Subject Property, which is more fully described in the attached Exhibit 7, passed to the City by operation of law effective July 27, 2005, the date the City filed its Complaint to acquire the Subject Property by eminent domain.

IT IS FURTHER ORDERED AND ADJUDGED that a copy of this Judgment may be recorded with the Wayne County Register of Deeds and recording said Judgment shall be in lieu of a Deed of Conveyance;

IT IS FURTHER ORDERED AND ADJUDGED that Defendants shall immediately surrender possession of the Subject Property to the City;

IT IS FURTHER ORDERED AND ADJUDGED that this Judgment shall be with prejudice to any further assertion of claims by Defendants against the City arising directly or indirectly, in whole or in part, from the taking of the Subject Property; and

IT IS FURTHER ORDERED AND ADJUDGED that the Judgment Amount includes any and all payments due to Defendants for real estate, fixtures, business

WILLIAMS ACOSTA, PLLC
ATTORNEYS AND COUNSELLORS
535 GRISWOLD STREET, SUITE 1000
DETROIT, MI 48226-3692

3



interruption, going concerns, loss of rents, just compensation, leasehold interests, relocation expenses and any other costs, expenses, compensation or damages, attorneys' fees, expert fees, witness fees, and appraisal costs, if any, real or imagined, that are attributable, in whole or in part, to this taking.

Pursuant to MCR 2.602(A)(3), this Judgment does not resolve the last of any claims and it does not close this case.

**HONORABLE DAPHNE MEANS CURTIS**

CIRCUIT JUDGE



S:\Brush Park - 2410\123 - Sobeloff\pleadings\Judgment 1-27-09.doc

4

WILLIAMS ACOSTA, PLLC
ATTORNEYS AND CONSULTORS
535 GRISWOLD STREET, SUITE 1000
DETROIT, MI 48226-3692

05-522129-CC    FILED IN MY OFFICE    WAYNE COUNTY CLERK    Cathy M. Garrett    6/18/2018 3:06 PM    Tashia Marshall

13-53846-tjt    Doc 12805    Filed 05/18/18    Entered 05/18/18 16:21:45    Page 49 of 78

13-53846-tjt    Doc 12080-6 Filed 09/06/18 Entered 09/06/18 08:52:50 Page 179 of
13-53846-tjt    Doc 12081 Filed 07/21/18 Entered 07/21/18 14:30:41 Page 41 of 35    179

198

05-522129-CC   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   6/18/2018 3:06 PM   Tashia Marshall

Exhibit 2 - Order Setting Deadline

Tashia Marshall   6/18/2018 3:06 PM     WAYNE COUNTY CLERK   Cathy M. Garrett   FILED IN MY OFFICE   05-522129-CC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                          Chapter 9

　　　　　Debtor.                                    Judge Thomas J. Tucker

_____/

**ORDER SETTING DEADLINE BY WHICH THE WOODBERRY AND MABIN
CLAIMANTS MUST TAKE CERTAIN ACTIONS, REGARDING THEIR CLAIMS,
AND REQUIRING THE CITY OF DETROIT TO SERVE A COPY OF THIS ORDER
ON ALL SUCH CLAIMANTS**

　　　　　This case came before the Court for a hearing on May 23, 2018, on the Debtor's Fifty-Sixth Omnibus Objection to Certain Claims (Docket # 12763, the "56th Omnibus Claim Objection"), and on the Debtor's Sixty-Second Omnibus Objection to Certain Claims (Docket # 12769, the "62nd Omnibus Claim Objection"). Claimants Edith Woodberry, La Jeff Woodberry, and Cranston Woodberry appeared at the hearing, as did counsel for the Debtor. Confirming certain action taken during the hearing,[1] and for the reasons stated by the Court on the record during the hearing,

　　　　　IT IS ORDERED that:

1. The 56th Omnibus Claim Objection is sustained, with respect to the claim of Edith Woodberry (Claim No. 2846), to the extent of the relief provided by this Order, and otherwise is overruled.

2. The 62nd Omnibus Claim Objection is sustained, with respect to the claims of each of the following individuals (who, with Edith Woodberry, collectively, are referred to in this Order below as the "Woodberry/Mabin Claimants"), to the extent of the relief provided by this Order, and otherwise is overruled:

| Claimant: | Claim No. |
|---|---|
| Happy Woodberry | 2880 |
| La Jeff Woodberry | 2883 |
| Cavel Woodberry | 2888 |
| Lavan Woodberry | 2889 |

_____

　　　[1] This Order concerns only the City's objection to the claims of the claimants named in this Order. The remainder of the City's 56th Omnibus Claim Objection and the City's 62nd Omnibus Claim Objection will be decided by other, separate orders to be entered.

Tashia Marshall   6/18/2018 3:06 PM   WAYNE COUNTY CLERK   Cathy M. Garrett   FILED IN MY OFFICE   05-522129-CC

| Penny Mabin | 2902 |
| Cranston Woodberry | 2905 |
| Garfield Woodberry | 3006 |
| Adam Woodberry | 3271 |
| Phebe Woodberry | 3278. |

3.  No later than June 22, 2018, in order to avoid the entry of an Order by this Court disallowing their claims, the Woodberry/Mabin Claimants must take appropriate action to reactivate the lawsuit in the Wayne County Circuit Court (Case No. 05-522129-CC, *City of Detroit v. Jonathan Sobeloff, etc., et al.*), and to seek the entry of a final order in that lawsuit, so that the Woodberry/Mabin claimants may seek to appeal that court's Judgment filed April 28, 2009.

4.  The Woodberry/Mabin Claimants must promptly serve the City's counsel in this bankruptcy case, Marc N. Swanson, by mail, with a copy of all items they file in the Wayne County Circuit Court in order to comply with this Order.

5.  If the Woodberry/Mabin Claimants fail to timely comply with paragraph 3 of this Order, the City may file an affidavit of non-compliance and submit a proposed order disallowing the claims of the Woodberry/Mabin Claimants in this bankruptcy case, and the Court may enter such order, without further notice or hearing.

6.  The City must promptly serve a copy of this Order upon each of the Woodberry/Mabin Claimants, and file proof of such service.

Signed on May 23, 2018



/s/ Thomas J. Tucker

Thomas J. Tucker
United States Bankruptcy Judge

2

13-53846-tjt   Doc 12818   Filed 05/23/18   Entered 05/24/18 08:12:21   Page 2 of 2

13-53846-tjt   Doc 12880-6 Filed 09/06/18 Entered 09/06/18 08:53:50 Page 182 of 35
13-53846-tjt   Doc 12891 Filed 07/11/18 Entered 07/11/18 14:50:41 Page 218 of 35
198          182

# EXHIBIT 2

# REGISTER OF ACTIONS

# REGISTER OF ACTIONS
## CASE NO. 05-522129-CC

---

### RELATED CASE INFORMATION

**Related Cases**
99-915749-CC (Prior Action)

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| Defendant | DOE JANE | No Atty Required |
| Defendant | DOE JOHN | No Atty Required |
| Defendant | FULLER JAMES EST OF | No Atty Required |
| Defendant | FULLER JANE DOE | No Atty Required |
| Defendant | FULLER JANE DOE | No Atty Required |
| Defendant | FULLER JANE DOE | No Atty Required |
| Defendant | FULLER JANE DOE | No Atty Required |
| Defendant | Fuller, Douglas | No Atty Required |
| Defendant | Fuller, Franklin | No Atty Required |
| Defendant | Fuller, Wayne | No Atty Required |
| Defendant | Fuller, Willie | No Atty Required |
| Defendant | GAITHER JANE DOE | No Atty Required |
| Defendant | Gaither, Warren | No Atty Required |
| Defendant | Harrison, Rozlyn | Cranston Woodberry |
| Defendant | JONES JANE DOE | No Atty Required |
| Defendant | JONES JANE DOE | No Atty Required |
| Defendant | Jones, Craig | Cranston Woodberry |
| Defendant | Jones, Michael | Cranston Woodberry |
| Defendant | Love, Patricia | No Atty Required |
| Defendant | Mabin, Penny | Cranston Woodberry |
| Defendant | Robinson, Dorothy | No Atty Required |
| Defendant | Sobeloff, Jonathan | No Atty Required |

13-53846-tjt   Doc 12890-6 Filed 09/06/18 Entered 09/06/18 08:53:50  Page 184 of
198
13-53846-tjt   Doc 12891 Filed 07/11/18 Entered 07/11/18 14:50:41  Page 23 of 35   184

https://cmspublic.3rdcc.org/CaseDetail.aspx?CaseID=655006                         7/11/2018

| | | |
|---|---|---|
| Defendant | Williams, Delores | No Atty Required |
| Defendant | WOODBERRY EDITH PERS REP | In Pro Per Or Out Of State |
| Defendant | WOODBERRY JANE DOE | No Atty Required |
| Defendant | WOODBERRY JANE DOE | No Atty Required |
| Defendant | WOODBERRY JANE DOE | No Atty Required |
| Defendant | WOODBERRY JANE DOE | No Atty Required |
| Defendant | WOODBERRY JANE DOE | No Atty Required |
| Defendant | Woodberry, Adam | Cranston Woodberry |
| Defendant | Woodberry, Cavel | Cranston Woodberry |
| Defendant | Woodberry, Cranston | Cranston Woodberry |
| Defendant | Woodberry, Happy | Cranston Woodberry |
| Defendant | Woodberry, Lavan | Cranston Woodberry |
| Defendant | Woodberry, Phebe | Cranston Woodberry |
| Defendant | Woodberry, Roger | Cranston Woodberry |
| Plaintiff | DETROIT CITY OF | Avery K. Williams |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 01/27/2005 | **Status Conference** (9:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Not Held |
| 07/27/2005 | **Complaint, Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 07/27/2005 | **Status Conference Scheduled** |
| 07/27/2005 | **Service Review Scheduled** |
| 07/27/2005 | **Service Review Scheduled** (Judicial Officer: Torres, Isidore ) |
| 07/27/2005 | **Case Filing Fee - Paid** (Judicial Officer: Torres, Isidore ) |
| 07/27/2005 | **Miscellaneous Motion, Filed** |
| 07/29/2005 | **Order to Show Cause, Signed and Filed** (Judicial Officer: Torres, Isidore ) |
| 07/29/2005 | **Motion Hearing** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Held |
| 09/01/2005 | **Show Cause Hearing** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Adjourned |
| 09/02/2005 | **Objection, Filed** |
| 09/02/2005 | **Show Cause Hearing** (9:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Not Held |
| 09/06/2005 | **Notice of Filing, Filed** |
| 09/07/2005 | **Order Amending, File Supplemental Pleading, Signed and Filed** (Judicial Officer: Torres, Isidore ) |
| 09/07/2005 | **Show Cause Hearing** (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Held |
| 09/12/2005 | **Notice of Hearing, Filed** |
| 09/12/2005 | **Proof of Service, Filed** |
| 09/30/2005 | **Show Cause Hearing** (9:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Not Held |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |
| 10/04/2005 | **Voluntary Dismissal S/F** (Judicial Officer: Torres, Isidore ) |

13-53046-tjt   Doc 12890-6   Filed 09/06/18   Entered 09/06/18 08:53:50   Page 248 of 185
13-53046-tjt   Doc 12891   Filed 07/11/18   Entered 07/11/18 14:30:41   Page 24 of 35
198

https://cmspublic.3rdcc.org/CaseDetail.aspx?CaseID=655006                    7/11/2018

| | |
|---|---|
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Reviewed by Court |
| 10/04/2005 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Reviewed by Court |
| 10/07/2005 | **Miscellaneous Motion, Filed** |
| 10/11/2005 | **Order Extending Time, Signed and Filed** (Judicial Officer: Torres, Isidore ) |
| 10/11/2005 | **Review of Extension of Summons** (Judicial Officer: Torres, Isidore ) |
| 10/11/2005 | **Show Cause Hearing** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Adjourned |
| 10/11/2005 | **Motion Hearing** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 10/11/2005 | **Status Conference** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Adjourned |
| 10/25/2005 | **Status Conference** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Adjourned |
| 10/27/2005 | **Objection, Filed** |
| 10/28/2005 | **Service of Complaint, filed** |
| 10/28/2005 | **Status Conference** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Not Held |
| 10/28/2005 | **Show Cause Hearing** (9:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Not Held |
| 11/10/2005 | **Motion for Entry of Order, Filed** |
| 11/11/2005 | **Motion Filed** (Judicial Officer: Torres, Isidore ) |
| 11/11/2005 | **Motion Hearing Scheduled** (Judicial Officer: Torres, Isidore ) |
| 11/17/2005 | **Show Cause Hearing** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Adjourned |
| 11/18/2005 | **Order for Special Service, Signed and Filed** (Judicial Officer: Torres, Isidore ) |
| 11/18/2005 | **Motion Hearing** (9:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 11/18/2005 | **Show Cause Hearing** (9:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Not Held |
| 11/22/2005 | **Certificate, Filed** |
| 12/15/2005 | **Proof of Publication of Complaint, Filed** |
| 12/15/2005 | **Proof of Publication of Complaint, Filed** |
| 01/10/2006 | **Answer to Complaint, filed** |
| 01/10/2006 | **Jury Demand Filed & Fee Paid** |
| 01/10/2006 | **Counter Complaint, Filed** |
| 01/10/2006 | **Affirmative Defenses, Filed** |
| 01/10/2006 | **Miscellaneous Motion, Filed** |
| 01/10/2006 | **Answer to Complaint, filed** |
| 01/10/2006 | **Affirmative Defenses, Filed** |
| 01/10/2006 | **Brief, Filed** |
| 01/10/2006 | **Proof of Service, Filed** |
| 01/11/2006 | **Motion Filed** (Judicial Officer: Torres, Isidore ) |
| 01/11/2006 | **Motion Hearing Scheduled** (Judicial Officer: Torres, Isidore ) |
| 01/11/2006 | **Motion Filed** (Judicial Officer: Torres, Isidore ) |
| 01/11/2006 | **Motion Hearing Scheduled** (Judicial Officer: Torres, Isidore ) |
| 01/11/2006 | **Show Cause Hearing** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Adjourned |
| 01/12/2006 | **Notice of Hearing, Filed** |
| 01/12/2006 | **Proof of Service, Filed** |
| 01/13/2006 | **Show Cause Hearing** (9:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Not Held |
| 01/19/2006 | **Status Conference Scheduling Order, Signed and Filed** (Judicial Officer: Torres, Isidore ) |
| 01/19/2006 | **Status Conference** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 01/27/2006 | **Case Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 01/27/2006 | **Case Scheduled for Evaluation** (Judicial Officer: Curtis, Daphne Means ) |
| 01/27/2006 | **Reason** (Judicial Officer: Curtis, Daphne Means ) |
| 01/27/2006 | **Status Conference** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Scheduled |
| 01/27/2006 | **Status Conference** (11:30 AM) (Judicial Officer Torres, Isidore) |
| | Result: Scheduled |
| 02/03/2006 | **Certificate, Filed** |

| Date | Entry |
|---|---|
| 02/06/2006 | **Answer to Affirmative Defenses, Filed** |
| 02/06/2006 | **Certificate, Filed** |
| 02/06/2006 | **Reply to Answer, Filed** |
| 02/06/2006 | **Counter Complaint, Filed** |
| 02/08/2006 | **Answer to Motion, Filed** |
| 02/08/2006 | **Proof of Service, Filed** |
| 02/10/2006 | **Motion Denied, Order to Follow** (Judicial Officer: Torres, Isidore ) |
| 02/10/2006 | **Heard** (Judicial Officer: Torres, Isidore ) |
| 02/10/2006 | **Motion for Miscellaneous Action Granted, Order to Follow** (Judicial Officer: Torres, Isidore ) |
| 02/10/2006 | **Witness List, Filed** |
| 02/10/2006 | **Certificate, Filed** |
| 02/10/2006 | **Motion Hearing**  (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Held |
| 02/10/2006 | **Motion Hearing**  (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Held |
| 02/10/2006 | **Show Cause Hearing**  (9:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Held |
| 02/13/2006 | **Reply to Answer, Filed** |
| 02/17/2006 | **Taken Under Advisement** (Judicial Officer: Torres, Isidore ) |
| 02/17/2006 | **Case Scheduled** (Judicial Officer: Torres, Isidore ) |
| 02/17/2006 | **Taken Under Advisement** (Judicial Officer: Torres, Isidore ) |
| 02/17/2006 | **Miscellaneous Response, Filed** |
| 02/17/2006 | **Certificate, Filed** |
| 02/22/2006 | **Reply to Answer, Filed** |
| 02/24/2006 | **Motion for Reconsideration/Rehearing, Filed** |
| 02/27/2006 | **Miscellaneous Party Update** |
| 02/27/2006 | **Motion Filed** (Judicial Officer: Torres, Isidore ) |
| 02/27/2006 | **Motion Hearing Scheduled** (Judicial Officer: Torres, Isidore ) |
| 02/27/2006 | **Motion Filed** (Judicial Officer: Torres, Isidore ) |
| 02/27/2006 | **Motion Hearing Scheduled** (Judicial Officer: Torres, Isidore ) |
| 02/27/2006 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Torres, Isidore ) |
| 02/27/2006 | **Witness List, Filed** |
| 02/27/2006 | **Proof of Service, Filed** |
| 02/27/2006 | **Motion to Amend, Filed** |
| 02/27/2006 | **Miscellaneous Judicial Hearing Activity**  (8:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Reviewed by Court |
| 02/28/2006 | **Miscellaneous Party Update** |
| 02/28/2006 | **Miscellaneous Party Update** |
| 03/01/2006 | **Miscellaneous Party Update** |
| 03/01/2006 | **Miscellaneous Party Update** |
| 03/01/2006 | **Miscellaneous Party Update** |
| 03/06/2006 | **Motion to Strike** |
| 03/06/2006 | **Miscellaneous Motion, Filed** |
| 03/07/2006 | **Motion Filed** (Judicial Officer: Torres, Isidore ) |
| 03/07/2006 | **Motion Hearing Scheduled** (Judicial Officer: Torres, Isidore ) |
| 03/07/2006 | **Proof of Service, Filed** |
| 03/07/2006 | **Notice of Hearing, Filed** |
| 03/08/2006 | **Certificate, Filed** |
| 03/14/2006 | **Answer to Motion, Filed** |
| 03/14/2006 | **Proof of Service, Filed** |
| 03/15/2006 | **Answer to Motion, Filed** |
| 03/15/2006 | **Certificate, Filed** |
| 03/15/2006 | **Miscellaneous Motion, Filed** |
| 03/17/2006 | **Motion for Miscellaneous Action Granted, Order to Follow** (Judicial Officer: Torres, Isidore ) |
| 03/17/2006 | **Motion for Miscellaneous Action Granted, Order to Follow** (Judicial Officer: Torres, Isidore ) |
| 03/17/2006 | **Motion Hearing**  (9:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Held |
| 03/17/2006 | **Motion Hearing**  (9:00 AM) (Judicial Officer Torres, Isidore)<br>Result: Held |
| 03/20/2006 | **Received 7-Day Order for Entry** |
| 03/20/2006 | **Received 7-Day Order for Entry** |
| 03/23/2006 | **Objection to 7-Day Order-Filed** |
| 03/24/2006 | **Reply to Answer, Filed** |
| 03/24/2006 | **Certificate, Filed** |
| 03/28/2006 | **Motion Filed** (Judicial Officer: Torres, Isidore ) |
| 03/28/2006 | **Motion Hearing Scheduled** (Judicial Officer: Torres, Isidore ) |
| 03/28/2006 | **Motion for Default Judgment, Filed** |
| 03/28/2006 | **Motion for Default Judgment, Filed** |
| 03/28/2006 | **Motion for Default Judgment, Filed** |
| 03/29/2006 | **Order Extending Time, Signed and Filed** (Judicial Officer: Sapala, Michael F. ) |
| 03/29/2006 | **7-Day Order Not Enter** |
| 03/29/2006 | **Interrogatories, Filed** |
| 03/29/2006 | **Request for Production of Documents, Filed** |
| 03/29/2006 | **Interrogatories, Filed** |
| 03/29/2006 | **Request for Production of Documents, Filed** |
| 03/29/2006 | **Certificate, Filed** |
| 03/29/2006 | **Certificate, Filed** |
| 03/29/2006 | **Certificate, Filed** |
| 03/29/2006 | **Stipulation, Filed** (Judicial Officer: Sapala, Michael F. ) |
| 03/29/2006 | **Order Extending Time, Signed and Filed** (Judicial Officer: Sapala, Michael F. ) |
| 03/29/2006 | **Stipulation, Filed** (Judicial Officer: Sapala, Michael F. ) |
| 03/31/2006 | **Taken Under Advisement** (Judicial Officer: Torres, Isidore ) |
| 03/31/2006 | **Taken Under Advisement** (Judicial Officer: Torres, Isidore ) |
| 03/31/2006 | **Case Scheduled** (Judicial Officer: Torres, Isidore ) |

| | |
|---|---|
| 03/31/2006 | **Notice of Hearing, Filed** |
| 03/31/2006 | **Certificate, Filed** |
| 03/31/2006 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Reviewed by Court |
| 04/03/2006 | **Case Evaluation** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Adjourned |
| 04/04/2006 | **Settlement Conference** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Adjourned |
| 04/07/2006 | **Miscellaneous Party Update** |
| 04/17/2006 | **Notice of Hearing, Filed** |
| 04/17/2006 | **Proof of Service, Filed** |
| 04/20/2006 | **Notice of Hearing, Filed** |
| 04/20/2006 | **Proof of Service, Filed** |
| 04/21/2006 | **Default Judgment S/F** (Judicial Officer: Torres, Isidore ) |
| 04/21/2006 | **Default Judgment S/F** (Judicial Officer: Torres, Isidore ) |
| 04/21/2006 | **Default Judgment S/F** (Judicial Officer: Torres, Isidore ) |
| 04/21/2006 | **Motion Hearing** (9:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Motion and/or Praecipe Dismissed |
| 04/21/2006 | **Miscellaneous Judicial Hearing Activity** (9:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Not Held |
| 04/21/2006 | **Motion Hearing** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 04/21/2006 | **Motion Hearing** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 04/21/2006 | **Motion Hearing** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 04/27/2006 | **Motion Filed** (Judicial Officer: Torres, Isidore ) |
| 04/27/2006 | **Motion Hearing Scheduled** (Judicial Officer: Torres, Isidore ) |
| 04/27/2006 | **Miscellaneous Motion, Filed** |
| 04/27/2006 | **Review Hearing** (9:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Not Held |
| 04/28/2006 | **Certificate, Filed** |
| 05/09/2006 | **Case Evaluation - Commercial** (Judicial Officer: Curtis, Daphne Means ) |
| 05/12/2006 | **Witness List, Filed** |
| 05/12/2006 | **Proof of Service, Filed** |
| 05/19/2006 | **Motion for Miscellaneous Action Granted, Order to Follow** (Judicial Officer: Torres, Isidore ) |
| 05/19/2006 | **Motion Hearing** (9:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 05/23/2006 | **Certificate, Filed** |
| 05/30/2006 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Torres, Isidore ) |
| 05/30/2006 | **Review Hearing** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 05/31/2006 | **Stipulation, Filed** (Judicial Officer: Torres, Isidore ) |
| 05/31/2006 | **Order Extending Time, Signed and Filed** (Judicial Officer: Torres, Isidore ) |
| 05/31/2006 | **Stipulation, Filed** (Judicial Officer: Torres, Isidore ) |
| 05/31/2006 | **Order Extending Time, Signed and Filed** (Judicial Officer: Torres, Isidore ) |
| 06/05/2006 | **Taken Under Advisement** (Judicial Officer: Torres, Isidore ) |
| 06/05/2006 | **Opinion of Court, Signed and Filed** (Judicial Officer: Torres, Isidore ) |
| 06/05/2006 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Motion and/or Praecipe Dismissed |
| 06/19/2006 | **Settlement Conference** (9:30 AM) (Judicial Officer Torres, Isidore) |
| | Result: Not Held |
| 06/21/2006 | **Claim of Appeal Filed in 201** |
| 07/13/2006 | **Motion Filed** (Judicial Officer: Torres, Isidore ) |
| 07/13/2006 | **Motion Hearing Scheduled** (Judicial Officer: Torres, Isidore ) |
| 07/13/2006 | **Motion for Stay of Proceedings, filed** |
| 07/18/2006 | **Final - Order for Stay of Proceedings, Signed and Filed** (Judicial Officer: Torres, Isidore ) |
| 07/18/2006 | **Motion Hearing** (8:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Held |
| 08/11/2006 | **Motion Hearing** (9:00 AM) (Judicial Officer Torres, Isidore) |
| | Result: Not Held |
| 08/15/2006 | **Case Evaluation - Commercial** (Judicial Officer: Curtis, Daphne Means ) |
| 09/28/2006 | **Settlement Conference** (9:30 AM) (Judicial Officer Torres, Isidore) |
| | Result: Not Held |
| 10/19/2006 | **Case Reassigned** (Judicial Officer: Curtis, Daphne Means ) |
| 10/19/2006 | **Reassignment - Disqualification, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 04/13/2007 | **Miscellaneous Motion, Filed** |
| 04/17/2007 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 04/17/2007 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 04/17/2007 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 04/17/2007 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 04/25/2007 | **Notice of Hearing, Filed** |
| 04/25/2007 | **Proof of Service, Filed** |
| 04/25/2007 | **Notice of Hearing, Filed** |
| 04/25/2007 | **Proof of Service, Filed** |
| 05/04/2007 | **Motion Hearing** (8:30 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Adjourned |
| 05/04/2007 | **Motion Hearing** (8:30 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Not Held |
| 05/17/2007 | **Miscellaneous Motion, Filed** |
| 05/17/2007 | **Motion for Order** |
| 05/17/2007 | **Proof of Service, Filed** |
| 05/18/2007 | **Motion for Miscellaneous Action Granted, Order to Follow** (Judicial Officer: Curtis, Daphne Means ) |
| 05/18/2007 | **Motion Hearing** (8:30 AM) (Judicial Officer Curtis, Daphne Means) |

| | |
|---|---|
| | Result: Held |
| 05/31/2007 | **Proof of Service, Filed** |
| 05/31/2007 | **Received 7-Day Order for Entry** |
| 06/08/2007 | **Objection to 7-Day Order-Filed** |
| 06/14/2007 | **Proof of Service, Filed** |
| 06/14/2007 | **Received 7-Day Order for Entry** |
| 06/21/2007 | **Proof of Service, Filed** |
| 06/21/2007 | **Miscellaneous Response, Filed** |
| 06/21/2007 | **Objection, Filed** |
| 06/21/2007 | **Notice of Hearing, Filed** |
| 06/21/2007 | **Proof of Service, Filed** |
| 06/21/2007 | **Objection, Filed** |
| 06/21/2007 | **Proof of Service, Filed** |
| 06/21/2007 | **Objection to 7-Day Order-Filed** |
| 06/22/2007 | **Hearing Not Held** (Judicial Officer: Curtis, Daphne Means ) |
| 06/22/2007 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Reviewed by Court |
| 06/27/2007 | **Proof of Service, Filed** |
| 06/28/2007 | **Case Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 06/28/2007 | **Answer to Motion, Filed** |
| 06/28/2007 | **Objection, Filed** |
| 06/28/2007 | **Proof of Service, Filed** |
| 06/28/2007 | **Case Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 06/28/2007 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Reviewed by Court |
| 06/28/2007 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Reviewed by Court |
| 06/29/2007 | **Case Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 06/29/2007 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 06/29/2007 | **Case Returned to Open Status** (Judicial Officer: Curtis, Daphne Means ) |
| 06/29/2007 | **Motion Hearing** (8:30 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 06/29/2007 | **Motion Hearing** (8:30 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 06/29/2007 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Reviewed by Court |
| 07/13/2007 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 07/13/2007 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 07/13/2007 | **Motion for Reconsideration/Rehearing, Filed** |
| 07/27/2007 | **Taken Under Advisement** (Judicial Officer: Curtis, Daphne Means ) |
| 07/27/2007 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 07/27/2007 | **Continued Comments** (Judicial Officer: Curtis, Daphne Means ) |
| 07/27/2007 | **Motion Hearing** (8:30 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 08/24/2007 | **Claim of Appeal Filed in 201** |
| 08/24/2007 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 08/24/2007 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 08/24/2007 | **Miscellaneous Motion, Filed** |
| 08/28/2007 | **Witness List, Filed** |
| 08/28/2007 | **Certificate, Filed** |
| 09/05/2007 | **Proof of Service, Filed** |
| 09/05/2007 | **Answer to Motion, Filed** |
| 09/05/2007 | **Proof of Service, Filed** |
| 09/07/2007 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Adjourned |
| 09/21/2007 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 09/21/2007 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 09/28/2007 | **Miscellaneous Motion, Filed** |
| 10/04/2007 | **Answer to Motion, Filed** |
| 10/04/2007 | **Proof of Service, Filed** |
| 10/04/2007 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 10/04/2007 | **Motion Hearing** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 10/05/2007 | **Motion to Disqualify Judge, Filed** |
| 10/09/2007 | **Motion to Disqualify Judge, Filed** |
| 10/17/2007 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 10/17/2007 | **Motion Hearing** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 10/24/2007 | **Case Scheduled** (Judicial Officer: Kelly, Mary Beth ) |
| 10/24/2007 | **Miscellaneous Motion, Filed** |
| 10/24/2007 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Kelly, Mary Beth) |
| | Result: Reviewed by Court |
| 11/06/2007 | **Answer to Motion, Filed** |
| 11/06/2007 | **Proof of Service, Filed** |
| 11/07/2007 | **Answer to Motion, Filed** |
| 11/07/2007 | **Proof of Service, Filed** |
| 11/09/2007 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Kelly, Mary Beth ) |
| 11/09/2007 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Kelly, Mary Beth ) |
| 11/09/2007 | **DeNovo Hearing** (9:00 AM) (Judicial Officer Kelly, Mary Beth) |
| | Result: Held |
| 11/09/2007 | **DeNovo Hearing** (8:00 AM) (Judicial Officer Kelly, Mary Beth) |
| | Result: Held |
| 11/20/2007 | **Miscellaneous Motion, Filed** |

| | |
|---|---|
| 11/21/2007 | **Dismiss Hearing or Injunction** (Judicial Officer: Curtis, Daphne Means ) |
| 11/21/2007 | **Settlement Conference** (2:00 PM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 11/28/2007 | **Case Scheduled for Evaluation** (Judicial Officer: Curtis, Daphne Means ) |
| 11/28/2007 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Reviewed by Court |
| 11/29/2007 | **Case Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 11/29/2007 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Reviewed by Court |
| 11/30/2007 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 11/30/2007 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 12/04/2007 | **Motion To Show Cause** |
| 12/05/2007 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 12/05/2007 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 12/06/2007 | **Notice of Hearing, Filed** |
| 12/06/2007 | **Certificate, Filed** |
| 12/06/2007 | **Motion Hearing** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Adjourned |
| 12/07/2007 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Not Held |
| 12/12/2007 | **Answer to Motion, Filed** |
| 12/12/2007 | **Proof of Service, Filed** |
| 12/14/2007 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 12/14/2007 | **Miscellaneous Motion, Filed** |
| 12/14/2007 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 12/14/2007 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 12/14/2007 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 12/17/2007 | **Miscellaneous Request, Filed** |
| 12/17/2007 | **Proof of Service, Filed** |
| 12/19/2007 | **Brief in Support of Motion, Filed** |
| 12/19/2007 | **Answer to Motion, Filed** |
| 12/19/2007 | **Proof of Service, Filed** |
| 12/21/2007 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 12/21/2007 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 01/09/2008 | **Motion for Stay of Proceedings, filed** |
| 01/10/2008 | **Answer to Motion, Filed** |
| 01/10/2008 | **Proof of Service, Filed** |
| 01/11/2008 | **Transcript - Filed** |
| 01/11/2008 | **Motion for Miscellaneous Action Granted, Order to Follow** (Judicial Officer: Curtis, Daphne Means ) |
| 01/11/2008 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 01/11/2008 | **Motion Hearing** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 01/11/2008 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 01/15/2008 | **Case Evaluation - Commercial** (Judicial Officer: Curtis, Daphne Means ) |
| 01/28/2008 | **Notice of Filing, Filed** |
| 01/28/2008 | **Proof of Service, Filed** |
| 01/28/2008 | **Claim of Appeal Filed in 201** |
| 01/30/2008 | **Transcript - Filed** |
| 01/31/2008 | **Miscellaneous Pleadings, Filed** |
| 01/31/2008 | **Proof of Service, Filed** |
| 01/31/2008 | **Objection, Filed** |
| 01/31/2008 | **Notice of Hearing, Filed** |
| 01/31/2008 | **Proof of Service, Filed** |
| 02/01/2008 | **Motion to Extend Time, Filed** |
| 02/01/2008 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 02/01/2008 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 02/07/2008 | **Answer to Motion, Filed** |
| 02/07/2008 | **Proof of Service, Filed** |
| 02/08/2008 | **Order Extending Time, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 02/08/2008 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 02/15/2008 | **Case Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 02/15/2008 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Reviewed by Court |
| 02/19/2008 | **Motion to Compel Taking of Deposition, Filed** |
| 02/20/2008 | **Motion to Compel Taking of Deposition, Filed** |
| 02/25/2008 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 02/25/2008 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 02/27/2008 | **Settlement Conference** (2:00 PM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Not Held |
| 02/29/2008 | **Motion for Miscellaneous Action Granted, Order to Follow** (Judicial Officer: Curtis, Daphne Means ) |
| 02/29/2008 | **Answer to Motion, Filed** |
| 02/29/2008 | **Proof of Service, Filed** |
| 02/29/2008 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 03/03/2008 | **Case Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 03/05/2008 | **Miscellaneous Motion, Filed** |
| 03/06/2008 | **Proof of Service, Filed** |
| 03/07/2008 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 03/07/2008 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 03/12/2008 | **Case Evaluation Envelope, filed** |

| 03/13/2008 | **Objection, Filed** |
| 03/13/2008 | **Case Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 03/13/2008 | **Objection to 7-Day Order-Filed** |
| 03/13/2008 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Reviewed by Court |
| 03/14/2008 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Adjourned |
| 03/18/2008 | **Settlement Conference** (2:00 PM) (Judicial Officer: Curtis, Daphne Means) |
| | Result: Adjourned |
| 03/19/2008 | **Notice of Hearing, Filed** |
| 03/19/2008 | **Proof of Service, Filed** |
| 03/27/2008 | **Answer to Motion, Filed** |
| 03/27/2008 | **Proof of Service, Filed** |
| 03/28/2008 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 03/28/2008 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 03/28/2008 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Not Held |
| 03/31/2008 | **Received 7-Day Order for Entry** |
| 04/03/2008 | **Transcript - Filed** |
| 04/07/2008 | **Transcript - Filed** |
| 04/11/2008 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 04/11/2008 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Reviewed by Court |
| 05/01/2008 | **Case Scheduled for Trial** (Judicial Officer: Curtis, Daphne Means ) |
| 05/01/2008 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Reviewed by Court |
| 05/06/2008 | **Transcript - Filed** |
| 05/06/2008 | **Miscellaneous Motion, Filed** |
| 05/15/2008 | **Proof of Service, Filed** |
| 05/15/2008 | **Answer to Motion, Filed** |
| 05/19/2008 | **Answer to Motion, Filed** |
| 05/19/2008 | **Proof of Service, Filed** |
| 05/29/2008 | **Miscellaneous Motion, Filed** |
| 07/28/2008 | **Trial** (8:30 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Adjourned |
| 08/28/2008 | **Motion to Amend, Filed** |
| 09/04/2008 | **Miscellaneous Pleadings, Filed** |
| 09/04/2008 | **Proof of Service, Filed** |
| 09/04/2008 | **Notice of Hearing, Filed** |
| 09/09/2008 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 09/09/2008 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 09/09/2008 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 09/09/2008 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 09/09/2008 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 09/09/2008 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 09/10/2008 | **Case Scheduled for Trial** (Judicial Officer: Curtis, Daphne Means ) |
| 09/10/2008 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 09/10/2008 | **Status Conference** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Scheduled |
| 09/10/2008 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Reviewed by Court |
| 09/12/2008 | **Granted** (Judicial Officer: Curtis, Daphne Means ) |
| 09/12/2008 | **Granted** (Judicial Officer: Curtis, Daphne Means ) |
| 09/12/2008 | **Granted** (Judicial Officer: Curtis, Daphne Means ) |
| 09/12/2008 | **Motion Denied, Order to Follow** (Judicial Officer: Curtis, Daphne Means ) |
| 09/12/2008 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 09/12/2008 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 09/12/2008 | **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 09/12/2008 | **Motion Hearing** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 09/15/2008 | **Answer to Motion, Filed** |
| 09/15/2008 | **Proof of Service, Filed** |
| 09/19/2008 | **Proof of Service, Filed** |
| 09/19/2008 | **Received 7-Day Order for Entry** |
| 09/19/2008 | **Received 7-Day Order for Entry** |
| 09/23/2008 | **Motion for Summary Judgment/Disposition, Filed** |
| 09/23/2008 | **Objection to 7-Day Order-Filed** |
| 09/23/2008 | **Objection to 7-Day Order-Filed** |
| 09/23/2008 | **Case Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 09/23/2008 | **Miscellaneous Judicial Hearing Activity** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Reviewed by Court |
| 09/24/2008 | **Objection, Filed** |
| 09/24/2008 | **Objection, Filed** |
| 09/26/2008 | **Motion Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 09/26/2008 | **Motion Hearing Scheduled** (Judicial Officer: Curtis, Daphne Means ) |
| 10/01/2008 | **Proof of Service, Filed** |
| 10/01/2008 | **Miscellaneous Response, Filed** |
| 10/01/2008 | **Proof of Service, Filed** |
| 10/02/2008 | **Order Amending, File Supplemental Pleading, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 10/02/2008 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |

13-53046-tjt   Doc 12890-6   Filed 07/11/18   Entered 07/11/18 14:53:50   Page 191 of
198
13-53046-tjt   Doc 12891   Filed 07/11/18   Entered 07/11/18 14:30:41   Page 191 of 35   191

https://cmspublic.3rdcc.org/CaseDetail.aspx?CaseID=655006                                      7/11/2018

| | |
|---|---|
| 10/02/2008 | **Motion Hearing** (2:00 PM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 10/02/2008 | **Motion Hearing** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 10/15/2008 | **Motion for Reconsideration/Rehearing, Filed** |
| 10/21/2008 | **Motion Denied, Order to Follow** (Judicial Officer: Curtis, Daphne Means ) |
| 10/21/2008 | **Motion Hearing** (8:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 10/24/2008 | **Claim of Appeal Filed in 201** |
| 11/17/2008 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 11/17/2008 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 12/05/2008 | **Affidavit, Filed** |
| 12/08/2008 | **Affidavit, Filed** |
| 12/09/2008 | **Proof of Service, Filed** |
| 12/09/2008 | **Miscellaneous Pleadings, Filed** |
| 12/09/2008 | **Miscellaneous Pleadings, Filed** |
| 12/09/2008 | **Miscellaneous Pleadings, Filed** |
| 12/10/2008 | **Miscellaneous Response, Filed** |
| 12/10/2008 | **Answer to Motion, Filed** |
| 12/12/2008 | *CANCELED* **Motion Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | *Not Held* |
| | Result: Not Held |
| 12/12/2008 | **Closed/Final -Ord Summary Jdmnt/Disp Grntd, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 12/12/2008 | **Order, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 12/12/2008 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 12/17/2008 | **Order, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 12/22/2008 | **Motion for Reconsideration/Rehearing, Filed** |
| 12/22/2008 | **General Brief, Filed** |
| 12/22/2008 | **Proof of Service, Filed** |
| 12/22/2008 | **Motion for Reconsideration/Rehearing, Filed** |
| 12/22/2008 | **General Brief, Filed** |
| 12/22/2008 | **Proof of Service, Filed** |
| 12/22/2008 | **Notice of Hearing, Filed** |
| 12/22/2008 | **Motion Received for Scheduling** |
| 12/29/2008 | **Notice of Hearing, Filed** |
| 01/13/2009 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 01/13/2009 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 01/26/2009 | *CANCELED* **Trial** (8:30 AM) (Judicial Officer Curtis, Daphne Means) |
| | *Case Disposed/Order Previously Entered* |
| 02/02/2009 | **Received 7-Day Order for Entry** |
| 02/06/2009 | **Objection to 7-Day Order, Filed** |
| 02/06/2009 | **Objection to 7-Day Order, Filed** |
| 02/09/2009 | **Objection, Filed** |
| 02/09/2009 | **Proof of Service, Filed** |
| 02/09/2009 | **Notice of Hearing, Filed** |
| 02/09/2009 | **Objection, Filed** |
| 02/09/2009 | **Proof of Service, Filed** |
| 02/09/2009 | **Notice of Hearing, Filed** |
| 03/10/2009 | **Answer to Motion, Filed** |
| 03/10/2009 | **Proof of Service, Filed** |
| 03/12/2009 | **Motion Hearing** (3:00 PM) (Judicial Officer Curtis, Daphne Means) |
| | *02/27/2009 Reset by Court to 03/12/2009* |
| 04/14/2009 | *CANCELED* **Evidentiary Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | *Scheduling Error* |
| 04/14/2009 | **Motion to Amend, Filed** |
| 04/14/2009 | **Brief in Support of Motion, Filed** |
| 04/14/2009 | **Notice of Hearing, Filed** |
| 04/14/2009 | **Proof of Service, Filed** |
| 04/27/2009 | **Motion to Dismiss, Filed** |
| 04/27/2009 | **General Brief, Filed** |
| 04/27/2009 | **Notice of Hearing, Filed** |
| 04/27/2009 | **Proof of Service, Filed** |
| 04/27/2009 | **Motion Received for Scheduling** |
| 04/28/2009 | **Motion Hearing** (10:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 04/28/2009 | **Motion Hearing** (10:00 AM) (Judicial Officer Curtis, Daphne Means) |
| | Result: Held |
| 04/28/2009 | **Motion Denied, Order to Follow** (Judicial Officer: Curtis, Daphne Means ) |
| 04/28/2009 | **Order Amending, File Supplemental Pleading, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 04/28/2009 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 04/28/2009 | **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 04/29/2009 | **Subpoena-Order to Appear, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 04/29/2009 | **Subpoena-Order to Appear, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 04/29/2009 | **Subpoena-Order to Appear, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 04/29/2009 | **Subpoena-Order to Appear, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 05/04/2009 | **Motion Received for Scheduling** |
| 05/04/2009 | **Order Denying Motion, Signed and Filed** (Judicial Officer: Curtis, Daphne Means ) |
| 05/04/2009 | **Miscellaneous Motion, Filed** |
| 05/04/2009 | **Affidavit, Filed** |
| 05/06/2009 | **Motion to Quash, Filed** |
| 05/07/2009 | **Miscellaneous Request, Filed** |
| 05/28/2009 | **Miscellaneous Motion, Filed** |
| 05/28/2009 | **Motion Received for Scheduling** |
| 06/04/2009 | **Miscellaneous Hearing** (2:30 PM) (Judicial Officer Curtis, Daphne Means) |

*05/14/2009 Reset by Court to 06/04/2009*
Result: Held
06/04/2009 **Motion Hearing** (2:30 PM) (Judicial Officer Curtis, Daphne Means)
Result: Held
06/04/2009 **Affidavit, Filed**
06/04/2009 **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means )
06/04/2009 **Order for Miscellaneous Action, Signed and Filed** (Judicial Officer: Curtis, Daphne Means )
07/07/2009 *CANCELED* **Miscellaneous Hearing** (2:00 PM) (Judicial Officer Curtis, Daphne Means)
*Dismiss Hearing or Injunction*
07/17/2009 **Proof of Service, Filed**
07/17/2009 **Notice of Hearing, Filed**
08/06/2009 **Motion Hearing** (10:00 AM) (Judicial Officer Curtis, Daphne Means)
Result: Held
08/06/2009 **Administrative Correction**
08/06/2009 **Order Denying, Signed and Filed** (Judicial Officer: Curtis, Daphne Means )
08/12/2009 *CANCELED* **Review Hearing** (9:00 AM) (Judicial Officer Curtis, Daphne Means)
*Scheduling Error*
08/27/2009 **Motion for Reconsideration/Rehearing, Filed**
03/13/2012 **Miscellaneous Pleadings, Filed**
06/18/2018 **Miscellaneous Motion, Filed**
06/18/2018 **Proof of Service, Filed**

---

**FINANCIAL INFORMATION**

| | | | |
|---|---|---|---|
| **Plaintiff** DETROIT CITY OF | | | |
| Total Financial Assessment | | | 80.00 |
| Total Payments and Credits | | | 20.00 |
| **Balance Due as of 07/11/2018** | | | **60.00** |
| | | | |
| 12/17/2008 | Transaction Assessment | | 20.00 |
| 12/17/2008 | Transaction Assessment | | 20.00 |
| 12/17/2008 | Transaction Assessment | | 20.00 |
| 06/18/2018 | Transaction Assessment | | 20.00 |
| 06/18/2018 | eFiling | Receipt # 2018-47474 | Cranston, Woodberry | (20.00) |

**EXHIBIT 2**

**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER EXPUNGING AND DISALLOWING CLAIM NUMBER 2846 OF EDITH WOODBERRY, CLAIM NUMBER 2883 OF LA JEFF WOODBERRY AND CLAIM NUMBER 3006 OF GARFIELD WOODBERRY

This matter having come before the Court on the *Affidavit of Marc N. Swanson Regarding Order Setting Deadline by Which the Woodberry and Mabin Claimants Must Take Certain Actions, Regarding Their Claims, and Requiring the City of Detroit to Serve a Copy of This Order on All Such Claimants* and it appearing that no other or further notice need be given;

IT IS HEREBY ORDERED THAT:

1.      Claim Number 2846 of Edith Woodberry is expunged and disallowed.

2.      Claim Number 2883 of La Jeff Woodberry is expunged and disallowed.

3.      Claim Number 3006 of Garfield Woodberry is expunged and disallowed.

31742232.2\022765-00213

13-53846-tjt    Doc 12890  Filed 07/11/18  Entered 07/11/18 14:50:41  Page 9 of 35
13-53846-tjt    Doc 12890-6 Filed 09/06/18 Entered 09/06/18 08:53:50 Page 195 of
198                                                                        195

4.    The City shall promptly serve a copy of this Order on Edith

Woodberry, La Jeff Woodberry and Garfield Woodberry.

5.    The City's claims agent is authorized to update the claims register

accordingly.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

### ORDER EXPUNGING AND DISALLOWING CLAIM NUMBER 2846 OF EDITH WOODBERRY, CLAIM NUMBER 2883 OF LA JEFF WOODBERRY AND CLAIM NUMBER 3006 OF GARFIELD WOODBERRY

This case is before the Court on the affidavit filed on July 11, 2018, entitled "Affidavit of Marc N. Swanson Regarding Order Setting Deadline by Which the Woodberry and Mabin Claimants Must Take Certain Actions, Regarding Their Claims, and Requiring the City of Detroit to Serve a Copy of This Order on All Such Claimants" (Docket # 12851). Based on that Affidavit, and based on the Court's Order filed on May 23, 2018 at Docket # 12818;

IT IS ORDERED THAT:

1.     Claim Number 2846 of Edith Woodberry is expunged and disallowed.

2.     Claim Number 2883 of La Jeff Woodberry is expunged and disallowed.

3.     Claim Number 3006 of Garfield Woodberry is expunged and disallowed.

4.     The City must promptly serve a copy of this Order on Edith Woodberry, La Jeff Woodberry and Garfield Woodberry.

5.    The City's claims agent is authorized to update the claims register accordingly.

Signed on July 12, 2018



/s/ Thomas J. Tucker
_____
Thomas J. Tucker
United States Bankruptcy Judge