```
MIME-Version:1.0
From:cmecfadmin@mied.uscourts.gov
To:do_not_reply@mied.uscourts.gov
Message-Id:<8887530@mied.uscourts.gov>
Subject:Notice of Receipt of Bankruptcy Documents in 2:18-cv-12308-BAF-RSW Detroit,
City of
```
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# U.S. District Court

## Eastern District of Michigan

### Notice of Electronic Filing

The following transaction was entered on 9/6/2018 at 9:59 AM EDT and filed on 9/6/2018
**Case Name:**     Detroit, City of
**Case Number:**   2:18-cv-12308-BAF-RSW
**Filer:**
**Document Number:** No document attached

### Docket Text:
**TEXT-ONLY NOTICE of Receipt of Complete Record on Appeal (VLun)**

**2:18-cv-12308-BAF-RSW Notice has been electronically mailed to:**

Erika L. Giroux     giroux@millercanfield.com, grainger@millercanfield.com

Marc N Swanson     swansonm@millercanfield.com

**2:18-cv-12308-BAF-RSW Notice will not be electronically mailed to:**

Edith Woodberry
803 Gladstone
Detroit, MI 48202