# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  Bankruptcy Case No. 13-53846

City of Detroit, Michigan,  Honorable Thomas J. Tucker

    Debtor.  Chapter 9

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned has entered an appearance as counsel for the non-party, Thomas Sandusky, as Personal Representative of the Estate of Hal Sandusky, Deceased, in the above-entitled matter.

    Respectfully submitted,

    /s/ Stephanie L. Arndt
    Stephanie L. Arndt (P66870)
    Attorneys for Non-Party Hal Sandusky
    19390 W. Ten Mile Rd.
    Southfield, MI 48075
    (248) 355-5555
    t.weglarz@fiegerlaw.com

Dated: September 7, 2018

## Certificate of Service

I hereby certify that on September 7, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all participating attorneys.

/s/ Stephanie L. Arndt