# UNITED STATES BANKRUPTCY COURT
### Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

---

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

---

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

*12892* − Notice of Appearance and Request for Notice Filed by Interested Party Thomas Sandusky, Personal Representative of Estate of Hal Sandusky. (Arndt, Stephanie)

*12893* − Response to (related document(s): 12877 Motion to Enforce Motion for the Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and Bar Date Order and (II) Requiring the Dismissal with Prejudice of Certain Parties) Filed by Interested Party Thomas Sandusky, Personal Representative of Estate of Hal Sandusky (Arndt, Stephanie)

Proof of Service is Non−Compliant. Proof of Service requires a case caption. Please see ECF Procedure 12(h) Certificate of Service Required. A party serving a Paper shall file a certificate of service. The certificate shall state the Paper served, the manner in which service was accomplished, and the
parties served. This certificate of service may not be included as part of the Paper that was served; it shall be a separate filing.

is defective as indicated:

- ☐ Acceptable List of Creditors Missing
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Amended Document Missing or Non−Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non−Compliant
- ☐ Bankruptcy Petition Cover Sheet Missing or Non−Compliant
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief Missing
- ☐ Certificate of Exigent Circumstances−Credit Counseling Waiver Missing
- ☐ Chapter 13 Plan is Non−Compliant
- ☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non−Compliant (To be filed with corrected document in its entirety as one PDF)
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)
- ☐ List of 20 Largest Unsecured Creditors Missing

☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing

☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing

☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing

☐ Notice of Objection to Claim Missing or Non–Compliant

☐ Notice of Special Appearance (LBR 9010–1(c)) Missing or Non–Compliant

☐ Notice to Respondent Missing or Non–Compliant

☐ Original Signature Missing or Non–Compliant

☐ Petition Non–Compliant (To be filed in its entirety)

☑ Proof of Service Missing or Non–Compliant

☐ Proposed Order Missing

☐ Statement of Attorney for Debtors 2016b LBR 9010–1c Missing or Non–Compliant

☐ Statement of Corporate Ownership Missing

☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 9/10/18

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

In re:                                                              Case No. 13-53846-tjt
City of Detroit, Michigan                                           Chapter 9
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2          User: ckata              Page 1 of 14          Date Rcvd: Sep 10, 2018
                             Form ID: def2             Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust        Daniel M. McDermott
           Deutsche Bank AG, London

                                                                    TOTALS: 2, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018

Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2018 at the address(es) listed below:
           Adam  Berman   on behalf of Creditor   CitiMortgage, Inc. bknotices-edm@potestivolaw.com
           Albert  Togut   on behalf of Plaintiff   City of Detroit, Michigan neilberger@teamtogut.com,
           apirraglia@teamtogut.com,Jberman@teamtogut.com,dperson@teamtogut.com,dcahir@teamtogut.com,
           adeering@teamtogut.com,srobinson@teamtogut.com
           Albert  Togut   on behalf of Debtor In Possession   City of Detroit, Michigan
           dperson@teamtogut.com
           Alfredo R. Perez   on behalf of Creditor   Financial Guaranty Insurance Company
           alfredo.perez@weil.com,kelly.diblasi@weil.com,edward.soto@weil.com,Edward.McCarthy@weil.com
           Alice Bonita Jennings   on behalf of Plaintiff John  Smith ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
           Alice Bonita Jennings   on behalf of Plaintiff   Peoples Water Board
           ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
           Alice Bonita Jennings   on behalf of Plaintiff Sylvia  Taylor ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
           Alice Bonita Jennings   on behalf of Plaintiff Rosalyn  Walker ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
           Alice Bonita Jennings   on behalf of Plaintiff Tammika  Williams ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
           Alice Bonita Jennings   on behalf of Plaintiff John  Jackson ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
           Alice Bonita Jennings   on behalf of Plaintiff Janice  Ward ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
           Alice Bonita Jennings   on behalf of Plaintiff   Moratorium Now! ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
           Alice Bonita Jennings   on behalf of Plaintiff   National Action Network--Michigan Chapter
           ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
           Alice Bonita Jennings   on behalf of Plaintiff Rosalyn  Parham ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
           Alice Bonita Jennings   on behalf of Plaintiff   Michigan Welfare Rights Organization
           ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
           Alice Bonita Jennings   on behalf of Plaintiff Maurika  Lyda ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
           Alice Bonita Jennings   on behalf of Plaintiff Nicole  Hill ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
           Alice Bonita Jennings   on behalf of Plaintiff Scott  Eubank ajennings@edwardsjennings.com,
           vgray@edwardsjennings.com
           Alidz  Oshagan   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
           oshagan@legghioisrael.com,  drf@legghioisrael.com
           Allan S. Brilliant   on behalf of Creditor   Macomb County allan.brilliant@dechert.com
           Allan S. Brilliant   on behalf of Creditor   Macomb Interceptor Drain Drainage District
           allan.brilliant@dechert.com
           Allan S. Brilliant   on behalf of Creditor   County of Macomb, Michigan
           allan.brilliant@dechert.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Allison  Bach   on behalf of Interested Party  State of Michigan, Department of Attorney General
          abach@dickinsonwright.com,  kstubbs@dickinson-wright.com
          Amy D. Caton   on behalf of Creditor  Nuveen Asset Management acaton@kramerlevin.com
          Amy D. Caton   on behalf of Creditor  BlackRock Financial Management, Inc. acaton@kramerlevin.com
          Andrew  Minear   on behalf of Creditor  Parsons Brinckerhoff Michigan, Inc.
          aminear@schiffhardin.com
          Andrew  Minear   on behalf of Defendant  Parsons Brinckeroff Michigan Inc
          aminear@schiffhardin.com
          Andrew A. Paterson, Jr.   on behalf of Plaintiff  Citizens United Against Corrupt Government
          aap43@outlook.com,  aap43law@gmail.com
          Andrew A. Paterson, Jr.   on behalf of Creditor  Citizens United Against Corrupt Government
          aap43@outlook.com,  aap43law@gmail.com
          Andrew A. Paterson, Jr.   on behalf of Creditor Robert  Davis aap43@outlook.com,
          aap43law@gmail.com
          Anthony  Greene   on behalf of Creditor  Da'Nean M. Brooks greenelawgroup@gmail.com,
          greenelawgroup@yahoo.com
          Anthony J. Kochis   on behalf of Creditor  Iron Mountain Information Management, LLC
          akochis@wolfsonbolton.com,  stravis@wolfsonbolton.com
          Anthony J. Kochis   on behalf of Creditor  The Bank Of New York Mellon akochis@wolfsonbolton.com,
          stravis@wolfsonbolton.com
          Anthony  J. Kochis   on behalf of Attorney  Wolfson Bolton PLLC akochis@wolfsonbolton.com,
          stravis@wolfsonbolton.com
          Anthony James Miller   on behalf of Defendant  Toter Incorporated am@osbig.com
          Barbara A. Patek   on behalf of Plaintiff  Detroit Police Lieutenants and Sergeants Association
          pateklaw@gmail.com
          Barbara A. Patek   on behalf of Interested Party  Sanitary Chemists and Technicians Association
          pateklaw@gmail.com
          Barbara A. Patek   on behalf of Interested Party John R. Runyan pateklaw@gmail.com
          Barbara A. Patek   on behalf of Interested Party  Association of Detroit Engineers
          pateklaw@gmail.com
          Barbara A. Patek   on behalf of Creditor  Detroit Police Lieutenants and Sergeants Association
          pateklaw@gmail.com
          Barbara A. Patek   on behalf of Creditor  Detroit Police Officers Association pateklaw@gmail.com
          Barry S. Fagan   on behalf of Creditor  Bankruptcy Estate of Simeon Chisara Ohakpo
          bfagan@dibandfagan.com
          Benjamin  Whitfield   on behalf of Interested Party Jerome  Collins benwlaw123@aol.com,
          bw4822@aol.com;benwlaw4822@aol.com
          Brendan G. Best   on behalf of Interested Party  Ambac Assurance Corporation
          bbest@schaferandweiner.com,  wrkyles@varnumlaw.com;alrichards@varnumlaw.com
          Brendan G. Best   on behalf of Plaintiff  Ambac Assurance Corporation bbest@schaferandweiner.com,
          wrkyles@varnumlaw.com;alrichards@varnumlaw.com
          Brendan G. Best   on behalf of Defendant  Syncora Guarantee, Inc. bbest@schaferandweiner.com,
          wrkyles@varnumlaw.com;alrichards@varnumlaw.com
          Brian D. O'Keefe   on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party  Detroit Retired City Employees Association
          bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party  Retired Detroit Police and Fire Fighers
          Association bokeefe@lippittokeefe.com,  TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
          TReitzloff@lippittokeefe.com
          Bruce  Bennett   on behalf of Debtor In Possession  City of Detroit, Michigan
          bbennett@jonesday.com
          Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com,
          R47050@notify.bestcase.com;LassnerCR47050@notify.bestcase.com
          Carl F. Schier   on behalf of Defendant  Bankston Construction Inc carl@schierlaw.com
          Carla Orman Andres   on behalf of Interested Party  Godfrey & Kahn, S.C. candres@gklaw.com
          Carol Connor Cohen   on behalf of Plaintiff  Ambac Assurance Corporation carol.cohen@arentfox.com
          Carole Neville   on behalf of Plaintiff  Official Committee of Retirees of the City of Detroit,
          Michigan carole.neville@dentons.com
          Carole  Neville   on behalf of Retiree Committee  Official Committee of Retirees
          carole.neville@dentons.com
          Caroline Turner English   on behalf of Plaintiff  Ambac Assurance Corporation
          caroline.english@arentfox.com
          Carolyn Beth Markowitz   on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
          Charles Bruce Idelsohn   on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
          charlesID@hotmail.com
          Charles D. Bullock   on behalf of Interested Party  Gabriel, Roeder, Smith & Company
          cbullock@sbplclaw.com,  cdbullock@msn.com;lhaas@sbplclaw.com
          Christopher A. Grosman   on behalf of Interested Party  BlackRock Financial Management, Inc.
          BRCY@CarsonFischer.com,  cgrosman@carsonfischer.com
          Christopher A. Grosman   on behalf of Creditor  Oakland County, Michigan BRCY@CarsonFischer.com,
          cgrosman@carsonfischer.com
          Christopher E. McNeely   on behalf of Defendant  Great Lakes Power Inc cmcneely@mandmpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Cindy  Tsai   on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com

      Claude D. Montgomery   on behalf of Retiree Committee   Official Committee of Retirees
      claude.montgomery@dentons.com,docketny@dentons.com,
      carole.neville@dentons.com;sam.alberts@dentons.com

      Claude D. Montgomery   on behalf of Plaintiff   Official Committee of Retirees of the City of
      Detroit, Michigan claude.montgomery@dentons.com,
      carole.neville@dentons.com;sam.alberts@dentons.com

      Clifford D. Neubauer   on behalf of Interested Party Najib  Hodge cneubauer@joumanakayrouz.com

      Courtney A. Krause   on behalf of Creditor  Berkshire Hathaway Assurance Corporation
      ckrause@garanlucow.com

      Courtney M. Rogers   on behalf of Interested Party  U.S. Bank National Association
      courtney.rogers@wallerlaw.com

      Courtney M. Rogers   on behalf of Creditor   U.S. Bank National Association
      courtney.rogers@wallerlaw.com

      Cynthia J. Haffey   on behalf of Defendant   Detroit General Retirement System Service
      Corporation haffey@butzel.com

      Cynthia J. Haffey   on behalf of Defendant   Detroit Police And Fire Retirement System Service
      Corporation haffey@butzel.com

      Dale  Price   on behalf of Creditor   Equal Employment Opportunity Commission dale.price@eeoc.gov,
      legaldt.detroit@eeoc.gov

      Daniel  Kielczewski   on behalf of Defendant   Bob Maxey Ford Inc
      dgkielczewski@abbottnicholson.com, adwilliams@abbottnicholson.com

      Daniel C. DiCicco   on behalf of Defendant   Wright Tool Co ddicicco@ahernkill.com

      David A. Lerner   on behalf of Creditor   Plunkett Cooney dlerner@plunkettcooney.com,
      nwinagar@plunkettcooney.com

      David A. Lerner   on behalf of Creditor   Waste Management Inc. etal dlerner@plunkettcooney.com,
      nwinagar@plunkettcooney.com

      David A. Lerner   on behalf of Defendant   Waste Management of Michigan Inc
      dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com

      David E. Schwartz   on behalf of Defendant   SMART dschwartz@allardfishpc.com,
      allardfishpc@yahoo.com

      David Gilbert Heiman   on behalf of Defendant   City of Detroit, Michigan dgheiman@jonesday.com

      David Gilbert Heiman   on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com

      David Gilbert Heiman   on behalf of Debtor In Possession   City of Detroit, Michigan
      dgheiman@jonesday.com

      David Jonathan Cross   on behalf of Defendant   T & N Services Inc davidjonathancross@gmail.com

      David L. Dubrow   on behalf of Plaintiff   Ambac Assurance Corporation david.dubrow@arentfox.com

      David M. Blau   on behalf of Creditor   NTH Consultants, Ltd. dblau@clarkhill.com

      David M. Blau   on behalf of Defendant   Mannik & Smith Group Inc dblau@clarkhill.com

      David T. Lin   on behalf of Interested Party   The Kales Grand Circus Park, LLC dlin@seyburn.com,
      kbilpo@seyburn.com

      Dawn R. Copley   on behalf of Interested Party   State of Michigan dcopley@dickinsonwright.com,
      dnavin@dickinsonwright.com

      Dawn R. Copley   on behalf of Interested Party   State of Michigan, Department of Attorney
      General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com

      Deborah  Kovsky-Apap   on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
      kuschj@pepperlaw.com

      Deborah  Kovsky-Apap   on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
      kuschj@pepperlaw.com

      Deborah  Kovsky-Apap   on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
      kuschj@pepperlaw.com

      Deborah  Kovsky-Apap   on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
      kuschj@pepperlaw.com

      Deborah  Kovsky-Apap   on behalf of Debtor In Possession   City of Detroit, Michigan
      kovskyd@pepperlaw.com, kuschj@pepperlaw.com

      Deborah  Kovsky-Apap   on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
      kuschj@pepperlaw.com

      Deborah  Kovsky-Apap   on behalf of Plaintiff   City of Detroit, Michigan kovskyd@pepperlaw.com,
      kuschj@pepperlaw.com

      Deborah  Kovsky-Apap   on behalf of Plaintiff   City of Detroit kovskyd@pepperlaw.com,
      kuschj@pepperlaw.com

      Deborah  Kovsky-Apap   on behalf of Defendant   City of Detroit, Michigan kovskyd@pepperlaw.com,
      kuschj@pepperlaw.com

      Deborah L. Fish   on behalf of Interested Party   Ad Hoc COPs Holders dfish@allardfishpc.com,
      allardfishpc@yahoo.com

      Deborah L. Fish   on behalf of Intervenor-Defendant   Panning Capital Management, LP
      dfish@allardfishpc.com, allardfishpc@yahoo.com

      Deborah L. Fish   on behalf of Interested Party   Aurelius Capital Management, LP
      dfish@allardfishpc.com, allardfishpc@yahoo.com

      Deborah L. Fish   on behalf of Interested Party   Bronze Gable, L.L.C. dfish@allardfishpc.com,
      allardfishpc@yahoo.com

      Deborah L. Fish   on behalf of Interested Party   Dexia Credit Local dfish@allardfishpc.com,
      allardfishpc@yahoo.com

      Deborah L. Fish   on behalf of Intervenor-Defendant   Aurelius Capital Management, LP
      dfish@allardfishpc.com, allardfishpc@yahoo.com

      Deborah L. Fish   on behalf of Interested Party   Monarch Alternative Capital LP
      dfish@allardfishpc.com, allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Deborah L. Fish   on behalf of Interested Party   Dexia Holdings, Inc. dfish@allardfishpc.com,
    allardfish@yahoo.com
    Deborah L. Fish   on behalf of Intervenor-Defendant   BlueMountain Capital Management, LLC
    dfish@allardfishpc.com,   allardfish@yahoo.com
    Deborah L. Fish   on behalf of Intervenor-Defendant   Stone Lion Capital Partners L.P.
    dfish@allardfishpc.com,   allardfish@yahoo.com
    Deborah L. Fish   on behalf of Interested Party   Stone Lion Capital Partners L.P.
    dfish@allardfishpc.com,   allardfish@yahoo.com
    Deborah L. Fish   on behalf of Intervenor-Defendant   Bronze Gable, L.L.C. dfish@allardfishpc.com,
    allardfish@yahoo.com
    Deborah L. Fish   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
    dfish@allardfishpc.com,   allardfish@yahoo.com
    Deborah L. Fish   on behalf of Interested Party   Panning Capital Management, LP
    dfish@allardfishpc.com,   allardfish@yahoo.com
    Deborah L. Fish   on behalf of Intervenor-Defendant   Monarch Alternative Capital LP
    dfish@allardfishpc.com,   allardfish@yahoo.com
    Dirk H. Beckwith   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2005
    dbeckwith@fosterswift.com
    Dirk H. Beckwith   on behalf of Defendant   U.S. Bank, N.A. dbeckwith@fosterswift.com
    Dirk H. Beckwith   on behalf of Defendant   Wilmington Trust, N.A. dbeckwith@fosterswift.com
    Dirk H. Beckwith   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2006
    dbeckwith@fosterswift.com
    Donald G. McGuigan, II   on behalf of Interested Party   Mario's Restaurant, Inc.
    don@mcguiganlaw.com
    Doron Yitzchaki   on behalf of Defendant   Hesco Hamlett Engineering Sales Company
    DYitzchaki@dickinsonwright.com
    Doron Yitzchaki   on behalf of Creditor   Sky Group Grand, LLC DYitzchaki@dickinsonwright.com
    Douglas Steele   on behalf of Interested Party   International Association of Fire Fighters,
    AFL-CIO, CLC dls@wmlaborlaw.com
    Douglas C. Bernstein   on behalf of Interested Party   Community Foundation for Southeast
    Michigan dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
    Douglas C. Bernstein   on behalf of Interested Party   Hudson-Webber Foundation
    dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
    Douglas C. Bernstein   on behalf of Interested Party   The Fred A. and Barbara M. Erb Family
    Foundation dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
    Douglas C. Bernstein   on behalf of Interested Party   W.K. Kellogg Foundation
    dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
    Douglas C. Bernstein   on behalf of Interested Party   Max M. and Marjorie S. Fisher Foundation
    dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
    Douglas C. Bernstein   on behalf of Interested Party   The Ford Foundation
    dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
    Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein
    dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
    Douglas C. Bernstein   on behalf of Interested Party   Charles Stewart Mott Foundation
    dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
    Douglas C. Bernstein   on behalf of Interested Party   William Davidson Foundation
    dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
    Douglas C. Bernstein   on behalf of Interested Party   McGregor Fund
    dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
    Douglas C. Bernstein   on behalf of Defendant   1 Way Service Inc dbernstein@plunkettcooney.com,
    ssherbow@plunkettcooney.com
    Douglas C. Bernstein   on behalf of Interested Party   A. Paul and Carol C. Schaap Foundation
    dbernstein@plunkettcooney.com,   ssherbow@plunkettcooney.com
    Douglas C. Bernstein   on behalf of Defendant   Examworks Inc dbernstein@plunkettcooney.com,
    ssherbow@plunkettcooney.com
    Elizabeth A. Ferguson   on behalf of Creditor   Kim Lamar Spicer
    lizferguson@lawofficeseaferguson.com
    Elizabeth Ann Favaro   on behalf of Defendant   Siemens Industry Inc
    elizabeth.favaro@bowmanandbrooke.com,   diana.murray@bowmanandbrooke.com
    Elliot G. Crowder   on behalf of Defendant   W C Ducomb Co ecrowder@sbplclaw.com,
    lhaas@sbplclaw.com
    Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
    ecrowder@sbplclaw.com,   lhaas@sbplclaw.com
    Eric B. Gaabo   on behalf of Defendant   City of Detroit gaabe@detroitmi.gov,raimic@detroitmi.gov
    Eric B. Gaabo   on behalf of Debtor In Possession   City of Detroit, Michigan gaabe@detroitmi.gov
    Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan
    carlson@millercanfield.com,   brashier@millercanfield.com
    Erika D. Hart   on behalf of Defendant   OAS Group Inc ehart@tauntlaw.com,   sdewitte@tauntlaw.com
    Ethan D. Dunn   on behalf of Defendant   Hercules & Hercules Inc bankruptcy@maxwelldunnlaw.com,
    bankruptcy.maxwelldunn@gmail.com;bankruptcy.mdplc@gmail.com;notices@nextchapterbk.com
    Evan A. Burkholder   on behalf of Defendant   J E Associates Inc evan.burkholder@leclairryan.com,
    evan.burkholder@gmail.com
    Evan A. Burkholder   on behalf of Respondent   JE Associates evan.burkholder@leclairryan.com,
    evan.burkholder@gmail.com
    Frank J. Guadagnino   on behalf of Creditor   Aetna Health and Life Insurance Company
    fguadagnino@mcguirewoods.com,   rhotaling@clarkhillthorpreed.com
    Gerald Rosen   efile_rosen@mied.uscourts.gov
    Gordon J. Toering   on behalf of Defendant   EJ USA Inc gtoering@wnj.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Gordon J. Toering   on behalf of Defendant   Valley Truck Parts Inc gtoering@wnj.com
H. Nathan Resnick   on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net, jblock@resnicklaw.com
H. Nathan Resnick   on behalf of Defendant   Bauer & Hunter PLLC hnresnick@resnicklaw.net, jblock@resnicklaw.com
H. Nathan Resnick   on behalf of Interested Party   Resnick & Moss, P.C. hnresnick@resnicklaw.net, jblock@resnicklaw.com
Harvey R. Weingarden   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association hweingarden@lippittokeefe.com, jdobrzycki@lippittokeefe.com
Harvey R. Weingarden   on behalf of Interested Party   Detroit Retired City Employees Association hweingarden@lippittokeefe.com, jdobrzycki@lippittokeefe.com
Heather Lennox   on behalf of Attorney   Jones Day hlennox@jonesday.com
Heather Lennox   on behalf of Debtor In Possession   City of Detroit, Michigan hlennox@jonesday.com
Heather Lennox   on behalf of Interested Party   Christie's, Inc. hlennox@jonesday.com
Heather Lennox   on behalf of Defendant   City of Detroit, Michigan hlennox@jonesday.com
Heather Lennox   on behalf of Interested Party   Miller Buckfire & Co., LLC hlennox@jonesday.com
Heidi Peterson   hdpeterson75@gmail.com
Howard Yale Lederman   on behalf of Creditor Ernest Flagg hlederman@normanyatooma.com
Howard Yale Lederman   on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
Howard Yale Lederman   on behalf of Creditor Brian Greene hlederman@normanyatooma.com
Irma Industrious   on behalf of Creditor Irma Industrious iindustrious@yahoo.com
J. Paul Sugameli   on behalf of Defendant   Farrow Group Inc psugameli@sugamelilaw.com
James Pelland   on behalf of Defendant   Metco Services Inc jpelland@fb-firm.com, psugars@fb-firm.com
James Sprayregen   on behalf of Interested Party   Syncora Capital Assurance Inc. james.sprayregen@kirkland.com
James Sprayregen   on behalf of Interested Party   Syncora Guarantee Inc. james.sprayregen@kirkland.com
James Sprayregen   on behalf of Interested Party   Syncora Holdings Ltd. james.sprayregen@kirkland.com
James J. Hayes   on behalf of Defendant   Alexander Chemical Corp attyjjhayes@gmail.com
James Matthew McArdle   on behalf of Creditor   Detroit Water and Sewerage Department jmcardle@kaalaw.com
Jamie Scott Fields   on behalf of Creditor Jamie Fields jeansartre@msn.com
Jamie Scott Fields   on behalf of Creditor   Retired Detroit Police Members Association jeansartre@msn.com
Jayson Ruff   on behalf of Creditor   Sprint Communications Company LP jruff@mcdonaldhopkins.com
Jayson Ruff   on behalf of Creditor   Bishop Real Estate, L.L.C. jruff@mcdonaldhopkins.com
Jeffery R. Sieving   on behalf of Creditor   International Outdoor, Inc. jeff@iobillboard.com
Jeffrey S. Kopp   on behalf of Debtor In Possession   City of Detroit, Michigan jkopp@foley.com
Jerome D. Goldberg   on behalf of Plaintiff John Smith apclawyer@sbcglobal.net
Jerome D. Goldberg   on behalf of Plaintiff   National Action Network--Michigan Chapter apclawyer@sbcglobal.net
Jerome D. Goldberg   on behalf of Plaintiff Nicole Hill apclawyer@sbcglobal.net
Jerome D. Goldberg   on behalf of Plaintiff Rosalyn Parham apclawyer@sbcglobal.net
Jerome D. Goldberg   on behalf of Plaintiff   Michigan Welfare Rights Organization apclawyer@sbcglobal.net
Jerome D. Goldberg   on behalf of Plaintiff Scott Eubank apclawyer@sbcglobal.net
Jerome D. Goldberg   on behalf of Plaintiff Rosalyn Walker apclawyer@sbcglobal.net
Jerome D. Goldberg   on behalf of Plaintiff Janice Ward apclawyer@sbcglobal.net
Jerome D. Goldberg   on behalf of Plaintiff   Peoples Water Board apclawyer@sbcglobal.net
Jerome D. Goldberg   on behalf of Plaintiff   Moratorium Now! apclawyer@sbcglobal.net
Jerome D. Goldberg   on behalf of Plaintiff John Jackson apclawyer@sbcglobal.net
Jerome D. Goldberg   on behalf of Plaintiff Tammika Williams apclawyer@sbcglobal.net
Jerome D. Goldberg   on behalf of Plaintiff Sylvia Taylor apclawyer@sbcglobal.net
Jerome D. Goldberg   on behalf of Interested Party Jerome Moore apclawyer@sbcglobal.net
Jerome D. Goldberg   on behalf of Creditor David Sole apclawyer@sbcglobal.net
Jerome D. Goldberg   on behalf of Plaintiff Maurika Lyda apclawyer@sbcglobal.net
Jimmylee Gray   on behalf of Defendant   Ampro Construction LLC j.gray50@comcast.net
Jimmylee Gray   on behalf of Defendant   Uniglobe Construction Co j.gray50@comcast.net
Jimmylee Gray   on behalf of Defendant   Kingsway Building & Maintenance j.gray50@comcast.net
John A. Simon   on behalf of Debtor In Possession   City of Detroit, Michigan jsimon@foley.com
John A. Stevens   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association jstevens@mathesonparr.com, nlmumma@aol.com
John Adam Behrendt   on behalf of Plaintiff   Gotham Motown Recovery, LLC abehrendt@bodmanlaw.com, jgateman@bodmanlaw.com
John C. Lange   on behalf of Creditor   Detroit Public Library jlange@glmpc.com
John D. Mulvihill   on behalf of Creditor   Agar Lawn Sprinkler Systems Inc jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
John D. Mulvihill   on behalf of Attorney John Mulvihill Law Office Of John D. Mulvihill Pllc jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
John D. Mulvihill   on behalf of Defendant   Agar Lawn Sprinkler Systems Inc jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
John D. Mulvihill   on behalf of Debtor In Possession   City of Detroit, Michigan jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
John E. Eaton   on behalf of Creditor   Amalgamated Transit Union Local 26 jeaton@cousenslaw.com, pjohnson@bredhoff.com;mforan@bredhoff.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

           John G. Colucci   on behalf of Respondent    General Shale Brick, Inc. coluccilawfirm@gmail.com
           John G. Colucci   on behalf of Creditor    General Shale Brick, Inc. coluccilawfirm@gmail.com
           John H. Willems   on behalf of Debtor In Possession    City of Detroit, Michigan
           willems@millercanfield.com
           John P. Kapitan   on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com,
           mitrottlaw@ecf.courtdrive.com
           John P. Sieger   on behalf of Creditor    Michigan Bell Telephone Company john.sieger@kattenlaw.com
           John R. Canzano   on behalf of Creditor    Michigan Building and Construction Trades Council
           jcanzano@michworkerlaw.com,   office@michworkerlaw.com
           Jonathan S. Green   on behalf of Defendant    City of Detroit, Michigan green@millercanfield.com
           Jonathan S. Green   on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
           green@millercanfield.com
           Jonathan S. Green   on behalf of Defendant Michael  Duggan, Mayor green@millercanfield.com
           Jonathan S. Green   on behalf of Defendant    City of Detroit green@millercanfield.com
           Jonathan S. Green   on behalf of Debtor In Possession    City of Detroit, Michigan
           green@millercanfield.com
           Jonathan S. Green   on behalf of Defendant Michael  Hall green@millercanfield.com
           Jong-Ju  Chang   on behalf of Creditor    Oakland County, Michigan jchang@dykema.com,
           dkelley@dykema.com/docket@dykema.com
           Jong-Ju  Chang   on behalf of Interested Party    City of Detroit, Water and Sewerage Department
           jchang@dykema.com,   dkelley@dykema.com/docket@dykema.com
           Joseph M. Fischer   on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
           jfischer@carsonfischer.com
           Joseph R. Sgroi   on behalf of Creditor    Ivey & Associates LLC jsgroi@honigman.com,
           litdocket@honigman.com
           Joseph R. Sgroi   on behalf of Creditor    Olympia Office Building, LLC jsgroi@honigman.com,
           litdocket@honigman.com
           Joseph R. Sgroi   on behalf of Creditor    Country West Apartments, LLC jsgroi@honigman.com,
           litdocket@honigman.com
           Joseph R. Sgroi   on behalf of Creditor Aziz & Lorna  Abraham jsgroi@honigman.com,
           litdocket@honigman.com
           Joseph R. Sgroi   on behalf of Creditor    3100 East Jefferson, LLC jsgroi@honigman.com,
           litdocket@honigman.com
           Joseph R. Sgroi   on behalf of Creditor    Seven Mile Holdings, LLC jsgroi@honigman.com,
           litdocket@honigman.com
           Joseph R. Sgroi   on behalf of Creditor    Pont Solutions, LLC jsgroi@honigman.com,
           litdocket@honigman.com
           Joseph R. Sgroi   on behalf of Creditor    Koehler Market LLC jsgroi@honigman.com,
           litdocket@honigman.com
           Joseph R. Sgroi   on behalf of Creditor    Gekko Enterprises LLC jsgroi@honigman.com,
           litdocket@honigman.com
           Joseph R. Sgroi   on behalf of Interested Party    Detroit Institute of Arts jsgroi@honigman.com,
           litdocket@honigman.com
           Joseph R. Sgroi   on behalf of Creditor    Lynch Road Land L.L.C. jsgroi@honigman.com,
           litdocket@honigman.com
           Joseph R. Sgroi   on behalf of Interested Party    CW Professional Services, LLC
           jsgroi@honigman.com,   litdocket@honigman.com
           Joseph R. Sgroi   on behalf of Creditor    Imperial Manor House, LLC jsgroi@honigman.com,
           litdocket@honigman.com
           Joseph R. Sgroi   on behalf of Creditor    Stanne Consulting, LLC jsgroi@honigman.com,
           litdocket@honigman.com
           Joseph R. Sgroi   on behalf of Creditor    Taggart Technologies LLC jsgroi@honigman.com,
           litdocket@honigman.com
           Joseph R. Sgroi   on behalf of Creditor    Enforcement Technology, Inc. jsgroi@honigman.com,
           litdocket@honigman.com
           Joseph R. Sgroi   on behalf of Creditor    4737 Conner Co., LLC jsgroi@honigman.com,
           litdocket@honigman.com
           Joseph R. Sgroi   on behalf of Creditor    Atwater Group jsgroi@honigman.com,
           litdocket@honigman.com
           Joseph R. Sgroi   on behalf of Creditor Aziz N. Abraham jsgroi@honigman.com,
           litdocket@honigman.com
           Joseph R. Sgroi   on behalf of Creditor    Kennedy Square Garage LLC jsgroi@honigman.com,
           litdocket@honigman.com
           Joseph R. Sgroi   on behalf of Creditor    Delbruck Technology, LLC jsgroi@honigman.com,
           litdocket@honigman.com
           Joseph R. Sgroi   on behalf of Creditor    136 Bagley LLC jsgroi@honigman.com,
           litdocket@honigman.com
           Joseph R. Sgroi   on behalf of Creditor    WC Hoover Investments, LLC jsgroi@honigman.com,
           litdocket@honigman.com
           Joseph R. Sgroi   on behalf of Creditor    Skyline Partners LLC jsgroi@honigman.com,
           litdocket@honigman.com
           Joseph R. Sgroi   on behalf of Creditor    Seven Mile Partners, LLC jsgroi@honigman.com,
           litdocket@honigman.com
           Joseph R. Sgroi   on behalf of Creditor    Magnolia Properties, LLC jsgroi@honigman.com,
           litdocket@honigman.com
           Joseph R. Sgroi   on behalf of Creditor    Abraham & Potestivo, LLC jsgroi@honigman.com,
           litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Joseph R. Sgroi    on behalf of Creditor    Arrow Uniform Rental, Inc. jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    LDM, LLC jsgroi@honigman.com,  litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    Chene Square, LLC jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Interested Party Michael  Duggan, Mayor jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    Country House Apartments jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Interested Party  Greektown Casino, LLC jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    MICMR, LLC jsgroi@honigman.com,  litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    Detroit Thermal, LLC jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    Bean Little Investments, LLC jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    441 E. Larned LLC jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    3250 Associated LLC jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    Sunrise Parking LLC jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Attorney L. Katie Mason jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    Tower Defense & Aerospace, LLC jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    Blenheim Building, LLC jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    Olympia Development of Michigan LLC jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    Mound Road Enterprises L.L.C. jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    Singent Consulting LLC jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    TC Manor House, LLC jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    Cass Community Social Services, Inc.
    jsgroi@honigman.com,  litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    Columbia Parking LLC jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    Elizabeth Street Properties, LLC jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    VITEC, L.L.C. jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    Compuware Corporation jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    Oakland Plant Properties, LLC jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    Parkrite Holdings LLC jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    Linwood Neighbors LLC jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Interested Party  Sigma Associates, LLC jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    TSD Solutions LLC jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    Cathedral Owner LLC jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Interested Party  Compuware Corporation jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    Fox Parking Garage, LLC jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    440 Congress LLC jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    Regency Owner LLC jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Interested Party  Detroit Entertainment, LLC jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    Mack Avenue Investors LLC jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    5801 Southfield Service Drive Corp. jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    120 W. Montcalm Properties LLC jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Creditor    Riverfront Towers Holdings LLC jsgroi@honigman.com,
    litdocket@honigman.com
Joseph R. Sgroi    on behalf of Interested Party  General Motors LLC jsgroi@honigman.com,
    litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Joshua  Wheelock   on behalf of Creditor Thomas M. Nunley jwheelock@wheelocklegal.com,
      joshwheelock@hotmail.com
    Joshua A. Gadharf   on behalf of Interested Party    Syncora Capital Assurance Inc.
      jgadharf@mcdonaldhopkins.com
    Joshua A. Gadharf   on behalf of Interested Party    Syncora Guarantee Inc.
      jgadharf@mcdonaldhopkins.com
    Joshua A. Gadharf   on behalf of Interested Party    Syncora Holdings Ltd.
      jgadharf@mcdonaldhopkins.com
    Joshua A. Gadharf   on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
    Judith Greenstone Miller   on behalf of Defendant    Election Systems & Software
      jmiller@jaffelaw.com,  dgoldberg@jaffelaw.com
    Julie Beth Teicher   on behalf of Plaintiff    Detroit Police Lieutenants and Sergeants
      Association jteicher@ermanteicher.com
    Julie Beth Teicher   on behalf of Attorney    Erman, Teicher, Zucker & Freedman, P.C.
      jteicher@maddinhauser.com
    Karen E. Evangelista   on behalf of Creditor Karen  Evangelista, Chapter 7 Trustee
      brewera1008@yahoo.com
    Karin F. Avery   on behalf of Interested Party    Detroit Retired City Employees Association
      Avery@SilvermanMorris.com
    Karin F. Avery   on behalf of Interested Party    Retired Detroit Police and Fire Fighers
      Association Avery@SilvermanMorris.com
    Karin F. Avery   on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
      Avery@SilvermanMorris.com
    Karin F. Avery   on behalf of Plaintiff    Detroit Retired City Employees Association
      Avery@SilvermanMorris.com
    Kay Standridge Kress   on behalf of Debtor In Possession    City of Detroit, Michigan
      kressk@pepperlaw.com
    Kenneth B. Vance   on behalf of Defendant    Z Contractors Inc kbvance@comcast.net,
      kbvance01@gmail.com
    Kevin Erskine   on behalf of Interested Party    United States of America kevin.erskine@usdoj.gov,
      michele.gangler@usdoj.gov;Karen.ducharme@usdoj.gov;Jack.Tubbs@usdoj.gov
    Kevin N. Summers   on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
      ksummers@dflaw.com,  mmichael@psedlaw.com;ccook@dflaw.com
    Kimberly  Gibbs   on behalf of Defendant    Futurenet Group Inc KimberlyG@futurenetgroup.com
    Kimberly Joan Robinson   on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
    Kristin K. Going   on behalf of Creditor    Wilmington Trust, N.A. Kristin.Going@dbr.com
    Kristin K. Going   on behalf of Creditor    Wilmington Trust Company, N.A. Kristin.Going@dbr.com
    Kurt  Thornbladh   on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com,
      thornbladh.kurt3@gmail.com
    Kurt  Thornbladh   on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
      thornbladh.kurt3@gmail.com
    Kurt  Thornbladh   on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
      thornbladh.kurt3@gmail.com
    Kurt  Thornbladh   on behalf of Creditor    National Action Network--Michigan Chapter
      kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
    Kurt  Thornbladh   on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
      thornbladh.kurt3@gmail.com
    Kurt  Thornbladh   on behalf of Interested Party    Housing is a Human Right Coalition
      kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
    Kurt  Thornbladh   on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
      thornbladh.kurt3@gmail.com
    Kurt  Thornbladh   on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com,
      thornbladh.kurt3@gmail.com
    Kurt  Thornbladh   on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com,
      thornbladh.kurt3@gmail.com
    Kurt  Thornbladh   on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com,
      thornbladh.kurt3@gmail.com
    Kurt  Thornbladh   on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com,
      thornbladh.kurt3@gmail.com
    Kurt  Thornbladh   on behalf of Creditor    Michigan Welfare Rights Organization
      kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
    Kurt  Thornbladh   on behalf of Creditor    Plymouth Square Ltd. Housing Association
      kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
    Kurt  Thornbladh   on behalf of Plaintiff    Michigan Welfare Rights Organization
      kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
    Kurt  Thornbladh   on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com,
      thornbladh.kurt3@gmail.com
    Kurt  Thornbladh   on behalf of Plaintiff John  Smith kthornbladh@gmail.com,
      thornbladh.kurt3@gmail.com
    Kurt  Thornbladh   on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com,
      thornbladh.kurt3@gmail.com
    Kurt  Thornbladh   on behalf of Plaintiff John  Jackson kthornbladh@gmail.com,
      thornbladh.kurt3@gmail.com
    Kurt  Thornbladh   on behalf of Creditor    Michigan Auto Recovery Service, Inc.
      kthornbladh@gmail.com,  thornbladh.kurt3@gmail.com
    L. Nichole Hunter   on behalf of Creditor    Public Lighting Authority nhunter@alglawpc.com
    Lawrence A. Lichtman   on behalf of Creditor    660 Woodward Associates, LLC
      llichtman@honigman.com,  litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Lisa Hill Fenning   on behalf of Attorney Lisa S. Blatt Lisa.Fenning@aporter.com
          Louis P. Rochkind   on behalf of Plaintiff   National Public Finance Guarantee Corporation
          lrochkind@jaffelaw.com,  dburris@jaffelaw.com
          M. Ellen Dennis   on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
          dwhadden@umich.edu
          Mami  Kato   on behalf of Interested Party   International Union of Operating Engineers, Local
          324 mkato@sachswaldman.com,  pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor Devery  Jones mkato@sachswaldman.com,
          pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com,
          pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
          pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor Mary  Washington mkato@sachswaldman.com,
          pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Interested Party   Service Employees International Union, Local 517M
          mkato@sachswaldman.com,  pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor Michael  Wells mkato@sachswaldman.com,
          pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor   Detroit Police Command Officers Association
          mkato@sachswaldman.com,  pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor Mary  Whitson mkato@sachswaldman.com,
          pmerchak@sachswaldman.com
          Mami  Kato   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344
          mkato@sachswaldman.com,  pmerchak@sachswaldman.com
          Marc N. Swanson   on behalf of Defendant Michael  Hall swansonm@millercanfield.com
          Marc N. Swanson   on behalf of Debtor In Possession  City of Detroit, Michigan
          swansonm@millercanfield.com
          Marc N. Swanson   on behalf of Defendant   City of Detroit swansonm@millercanfield.com
          Marc N. Swanson   on behalf of Defendant Michael  Duggan, Mayor swansonm@millercanfield.com
          Marc N. Swanson   on behalf of Defendant   City of Detroit, Michigan swansonm@millercanfield.com
          Marc N. Swanson   on behalf of Defendant   Detroit City Council swansonm@millercanfield.com
          Marcy J. Ford   on behalf of Creditor   Bank of America, N.A. easternecf@trottlaw.com,
          mitrottlaw@ecf.courtdrive.com
          Marguerite Hammerschmidt   on behalf of Interested Party  Haas & Goldstein P.C.
          admin@hammer-stick.com
          Marie Garian   on behalf of Defendant   ABC Demolition Co Inc Garianlaw@yahoo.com
          Mark  Wasvary   on behalf of Creditor   Hyde Park Co-Operative, et al. mark@wasvarylaw.com
          Mark  Wasvary   on behalf of Creditor   Plymouth Square Ltd. Housing Association
          mark@wasvarylaw.com
          Mark A. Angelov   on behalf of Plaintiff   Ambac Assurance Corporation mark.angelov@arentfox.com
          Mark B. Berke   on behalf of Defendant   Birks Works Environmental LLC mberkelaw@gmail.com
          Mark H. Shapiro   on behalf of Creditor   Nuveen Asset Management shapiro@steinbergshapiro.com,
          jbrown@steinbergshapiro.com
          Mark H. Shapiro   on behalf of Interested Party   The Securities Industry and Financial Markets
          Association shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          Mark H. Shapiro   on behalf of Creditor   BlackRock Financial Management, Inc.
          shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          Mark H. Shapiro   on behalf of Interested Party   Greenhill & Co., LLC
          shapiro@steinbergshapiro.com,  jbrown@steinbergshapiro.com
          Mark L. McAlpine   on behalf of Other Professional   McAlpine PC mlmcalpine@mcalpinelawfirm.com,
          dajaworski@mcalpinepc.com
          Mark R. James   on behalf of Interested Party   Financial Guaranty Insurance Company
          mrj@wwrplaw.com
          Mark R. James   on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com
          Mark S. Frankel   on behalf of Defendant   Tooles Contracting Group LLC mfrankel@couzens.com
          Mark S. Frankel   on behalf of Defendant   Motor City Pipe & Supply Co mfrankel@couzens.com
          Mark S. Frankel   on behalf of Interested Party   Tooles Contracting Group LLC
          mfrankel@couzens.com
          Marshall S. Huebner   on behalf of Creditor   Merrill Lynch Capital Services, Inc.
          bankrout@davispolk.com
          Mary Beth Cobbs   on behalf of Debtor In Possession   City of Detroit, Michigan
          cobbm@detroitmi.gov,  mbcobbs@flash.net
          Mary Beth Cobbs   on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov,
          mbcobbs@flash.net
          Mary Beth Cobbs   on behalf of Interested Party   City of Detroit Law Department
          cobbm@detroitmi.gov,  mbcobbs@flash.net
          Mary Kay Shaver   on behalf of Creditor   Varnum LLP mkshaver@varnumlaw.com
          Matthew  Schneider   on behalf of Interested Party   State of Michigan SchneiderM7@michigan.gov
          Matthew  Troy   on behalf of Interested Party   United States of America matthew.troy@usdoj.gov
          Matthew  Wilkins   on behalf of Defendant   Electronic Data Systems Corporation
          wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
          Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
          wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins   on behalf of Retiree Committee   Official Committee of Retirees
          wilkins@bwst-law.com,  marbury@bwst-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Matthew  Wilkins   on behalf of Plaintiff   Detroit Retired City Employees Association
            wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
            wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew  Wilkins   on behalf of Intervenor-Plaintiff   Official Committee of Retirees of the City
            of Detroit, Michigan wilkins@bwst-law.com,  marbury@bwst-law.com
          Matthew D. Harper   on behalf of Interested Party   City of Detroit Water and Sewerage Department
            mdharper@eastmansmith.com
          Matthew Gernet Summers   on behalf of Creditor   Erste Europaische Pfandbrief- und
            Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
          Matthew Gernet Summers   on behalf of Creditor   FMS Wertmanagement summersm@ballardspahr.com
          Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt International S.A.
            summersm@ballardspahr.com
          Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt AG
            summersm@ballardspahr.com
          Matthew Joseph Hoffer   on behalf of Creditor   H.D.V. Greektown, LLC matt@bradshaferlaw.com,
            info@bradshaferlaw.com
          Matthew Joseph Hoffer   on behalf of Creditor   415 East Congress, LLC matt@bradshaferlaw.com,
            info@bradshaferlaw.com
          Matthew Joseph Hoffer   on behalf of Creditor   K&P, Incorporated matt@bradshaferlaw.com,
            info@bradshaferlaw.com
          Max J. Newman   on behalf of Interested Party   Wayne County Corporation newman@butzel.com
          Max J. Newman   on behalf of Defendant   Motor City Electric Technologies Inc newman@butzel.com
          Max J. Newman   on behalf of Defendant   Fort Wayne Contracting Inc newman@butzel.com
          Max J. Newman   on behalf of Defendant   Imperial Construction Co newman@butzel.com
          Max J. Newman   on behalf of Defendant   Detroit Thermal, LLC newman@butzel.com
          Max J. Newman   on behalf of Defendant   L D' Agostini & Sons Inc newman@butzel.com
          Max J. Newman   on behalf of Defendant   C E Pollard Company newman@butzel.com
          Michael  Benkstein   on behalf of Creditor Derrez  Payne mbenkstein@joumanakayrouz.com
          Michael A. Stevenson   on behalf of Defendant   Clark Associates Inc mstevenson@sbplclaw.com,
            rschultz@sbplclaw.com
          Michael Anthony Karman   on behalf of Creditor   Fountain Court Consumer Housing Cooperative
            makarmanesq@gmail.com
          Michael Anthony Karman   on behalf of Creditor   St. Martins Cooperative makarmanesq@gmail.com
          Michael C. Hammer   on behalf of Defendant   MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
          Michael H. Perry   on behalf of Defendant   Fraser Trebilcock Davis & Dunlap PC
            mperry@fraserlawfirm.com
          Michael Joseph Karwoski   on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
          Michael R. Bell   on behalf of Interested Party   State of Michigan, Department of Attorney
            General BellM1@michigan.gov
          Michael R. Bell   on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
          Michael Robert Wolin   on behalf of Defendant   Systems & Software Inc mike@tishlaw.com
          My Chi To   on behalf of Creditor   Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
            mao-bk-ecf@debevoise.com
          Nabih H. Ayad   on behalf of Interested Party   Detroit Branch NAACP ayadlaw@hotmail.com
          Nabih H. Ayad   on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
          Nabih H. Ayad   on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
          Nabih H. Ayad   on behalf of Interested Party   Michigan State Conference NAACP
            ayadlaw@hotmail.com
          Nabih H. Ayad   on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
          Nabih H. Ayad   on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
          Neil Matthew Berger   on behalf of Plaintiff   City of Detroit, Michigan dperson@teamtogut.com,
            dcahir@teamtogut.com,  seratner@teamtogut.com;neilberger@teamtogut.com;bmoore@teamtogut.com
          Neil R. Sherman   on behalf of Creditor   Flagstar Bank, FSB nsherman@sspclegal.com,
            stremontil@sspclegal.com
          Neil R. Sherman   on behalf of Interested Party   CitiMortgage, Inc. nsherman@sspclegal.com,
            stremontil@sspclegal.com
          Neil R. Sherman   on behalf of Interested Party   Schneiderman and Sherman, P.C.
            nsherman@sspclegal.com,  stremontil@sspclegal.com
          Neil R. Sherman   on behalf of Interested Party   Kondaur Capital Corporation
            nsherman@sspclegal.com,  stremontil@sspclegal.com
          Niraj R. Ganatra   on behalf of Attorney   UAW - Solidarity House Nganatra@uaw.net
          Noel J. Ravenscroft   on behalf of Respondent   Wayne County Treasurer
            nravenscroft@ecf.courtdrive.com,  dgomez@kaalaw.com;sdwaw@kaalaw.com
          Paige E. Barr   on behalf of Creditor   Michigan Bell Telephone Company Paige.Barr@kattenlaw.com
          Patrick C. Lannen   on behalf of Creditor   Waste Management Inc. etal plannen@plunkettcooney.com,
            mkisell@plunkettcooney.com
          Patrick E. Mears   on behalf of Creditor   36th District Court for the State of Michigan
            pmears@btlaw.com
          Patrick W. Carothers   on behalf of Defendant   Carmeuse Lime Inc pcarothers@leechtishman.com,
            bankruptcy@leechtishman.com;ghauswirth@leechtishman.com;dtomko@leechtishman.com
          Paul R. Hage   on behalf of Creditor   National Public Finance Guarantee Corporation
            phage@jaffelaw.com,  gshaw@jaffelaw.com
          Paul R. Hage   on behalf of Defendant   Inland Waters Pollution Control Inc. phage@jaffelaw.com,
            gshaw@jaffelaw.com
          Paul R. Hage   on behalf of Plaintiff   National Public Finance Guarantee Corporation
            phage@jaffelaw.com,  gshaw@jaffelaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

> Paul R. Hage   on behalf of Defendant   Election Systems & Software phage@jaffelaw.com,
>     gshaw@jaffelaw.com
> Paula A. Hall   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
>     Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
> Paula A. Hall   on behalf of Interested Party   Official Committee of Retirees of the City of
>     Detroit, Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
> Paula A. Hall   on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com,
>     marbury@bwst-law.com;pleban@bwst-law.com
> Peter D. Dechiara   on behalf of Creditor   International Union, United Automobile, Aerospace and
>     Agricultural Implement Workers of America pdechiara@cwsny.com
> Peter Paul Sudnick   on behalf of Attorney Peter P. Sudnick psudnick@sudnicklaw.com,
>     psudnick13@gmail.com
> Ralph A. Taylor   on behalf of Plaintiff   Ambac Assurance Corporation ralph.taylor@arentfox.com
> Raymond  Guzall, III   on behalf of Creditor   Johnnie Leon Cato rayguzall@attorneyguzall.com
> Raymond  Guzall, III   on behalf of Creditor Mohamed Amine Beydoun rayguzall@attorneyguzall.com
> Richard A. Roble (UST)   on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
> Richard G. Mack, Jr.   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
>     richardmack@millercohen.com,  mcoil@millercohen.com
> Richard G. Mack, Jr.   on behalf of Creditor   Coalition of Detroit Unions
>     richardmack@millercohen.com,  mcoil@millercohen.com
> Richard G. Mack, Jr.   on behalf of Creditor   Michigan Council 25 of the American Federation of
>     State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com,  mcoil@millercohen.com
> Richard G. Mack, Jr.   on behalf of Creditor   Michigan Council 25 of the American Federation of
>     State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com,
>     mcoil@millercohen.com
> Richardo I. Kilpatrick   on behalf of Creditor   Detroit Water and Sewerage Department
>     ecf@kaalaw.com,
>     Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;Dchapman@ecf
>     .courtdrive.com;dgomez@kaalaw.com;ashaw@kaalaw.com
> Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit, Water and Sewerage
>     Department ecf@kaalaw.com,
>     Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;Dchapman@ecf
>     .courtdrive.com;dgomez@kaalaw.com;ashaw@kaalaw.com
> Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage
>     Department ecf@kaalaw.com,
>     Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;Dchapman@ecf
>     .courtdrive.com;dgomez@kaalaw.com;ashaw@kaalaw.com
> Robert  Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission
>     robert.darnell@usdoj.gov
> Robert  Fetter   on behalf of Interested Party   Local 3308 of the American Federation of State,
>     County and Municipal Employees rfetter@millercohen.com,
>     richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
>     com
> Robert  Fetter   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees
>     rfetter@millercohen.com,
>     richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
>     com
> Robert  Fetter   on behalf of Interested Party   Local 917 of the American Federation of State,
>     County and Municipal Employees rfetter@millercohen.com,
>     richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
>     com
> Robert A. Weisberg   on behalf of Defendant   Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM,
>     rweisberg@carsonfischer.com;njudge@carsonfischer.com
> Robert A. Weisberg   on behalf of Counter-Claimant   Shrader Tire & Oil Inc
>     BRCY@CARSONFISCHER.COM,  rweisberg@carsonfischer.com;njudge@carsonfischer.com
> Robert A. Weisberg   on behalf of Creditor   Oakland County, Michigan BRCY@CARSONFISCHER.COM,
>     rweisberg@carsonfischer.com;njudge@carsonfischer.com
> Robert J. Figa   on behalf of Defendant   D A Central Inc RFiga@Comlawone.com
> Robert J. Figa   on behalf of Defendant   Vancon Inc RFiga@Comlawone.com
> Robert N. Bassel   on behalf of Interested Party   Lasalle Town Houses Cooperative Association
>     bbassel@gmail.com,  robertbassel@hotmail.com;ecfbassel@gmail.com
> Robert N. Bassel   on behalf of Interested Party   Lafayette Town Houses, Inc. bbassel@gmail.com,
>     robertbassel@hotmail.com;ecfbassel@gmail.com
> Robert N. Bassel   on behalf of Interested Party   Joliet Town Houses Cooperative Association
>     bbassel@gmail.com,  robertbassel@hotmail.com;ecfbassel@gmail.com
> Robert N. Bassel   on behalf of Interested Party   Nicolet Town Houses Cooperative Association
>     bbassel@gmail.com,  robertbassel@hotmail.com;ecfbassel@gmail.com
> Robert N. Bassel   on behalf of Interested Party   St. James Cooperative bbassel@gmail.com,
>     robertbassel@hotmail.com;ecfbassel@gmail.com
> Robert S. Hertzberg   on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com,
>     kuschj@pepperlaw.com
> Robert S. Hertzberg   on behalf of Defendant   City of Detroit, Michigan hertzbergr@pepperlaw.com,
>     kuschj@pepperlaw.com
> Robert S. Hertzberg   on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
>     kuschj@pepperlaw.com
> Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com,
>     kuschj@pepperlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan
            hertzbergr@pepperlaw.com,  kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Interested Party   Pepper Hamilton LLP
            hertzbergr@pepperlaw.com,  kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
            kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
            kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit, Michigan hertzbergr@pepperlaw.com,
            kuschj@pepperlaw.com
          Robert S. Hertzberg   on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
            kuschj@pepperlaw.com
          Ronald A. Spinner   on behalf of Defendant   City of Detroit, Michigan spinner@millercanfield.com
          Ronald A. Spinner   on behalf of Debtor In Possession   City of Detroit, Michigan
            spinner@millercanfield.com
          Ryan  Plecha   on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
            jdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
            Association rplecha@lippittokeefe.com,  jdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
            rplecha@lippittokeefe.com,  jdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party   Detroit Retired City Employees Association
            rplecha@lippittokeefe.com,  jdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Plaintiff   Detroit Retired City Employees Association
            rplecha@lippittokeefe.com,  jdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
            jdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
            jdobrzycki@lippittokeefe.com
          Ryan  Plecha   on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
            jdobrzycki@lippittokeefe.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc.
            ryan.bennett@kirkland.com,  maureen.mccarthy@kirkland.com
          Ryan Blaine Bennett   on behalf of Defendant   Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
            maureen.mccarthy@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Capital Assurance Inc.
            ryan.bennett@kirkland.com,  maureen.mccarthy@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Guarantee Inc.
            ryan.bennett@kirkland.com,  maureen.mccarthy@kirkland.com
          Ryan Blaine Bennett   on behalf of Interested Party   Syncora Holdings Ltd.
            ryan.bennett@kirkland.com,  maureen.mccarthy@kirkland.com
          Sam J. Alberts   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
            Michigan sam.alberts@dentons.com,  dan.barnowski@dentons.com
          Sara  Rajan   on behalf of Defendant   Camden Insurance Agency Inc srajan@starkreagan.com
          Scott A. Wolfson   on behalf of Defendant   Detroit Advanced Technology Application Network
            swolfson@wolfsonbolton.com,  stravis@wolfsonbolton.com
          Scott A. Wolfson   on behalf of Creditor   The Bank Of New York Mellon swolfson@wolfsonbolton.com,
            david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
            stravis@wolfsonbolton.com
          Scott Eric Ratner   on behalf of Debtor In Possession   City of Detroit, Michigan
            dperson@teamtogut.com
          Scott Eric Ratner   on behalf of Defendant   Detroit Thermal, LLC dperson@teamtogut.com
          Scott Eric Ratner   on behalf of Plaintiff   City of Detroit, Michigan dperson@teamtogut.com
          Scott M. Watson   on behalf of Creditor   UBS AG swatson@wnj.com
          Sean M. Cowley (UST)   on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Shanna Marie Kaminski   on behalf of Interested Party   City of Detroit Water and Sewerage
            Department ,  pjozwiak@schaferandweiner.com
          Shanna Marie Kaminski   on behalf of Defendant   Detroit Water and Sewerage Department ,
            pjozwiak@schaferandweiner.com
          Shannon L. Deeby   on behalf of Interested Party   General Retirement System of the City of
            Detroit sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Defendant   Eastern Oil Co sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Interested Party   Police and Fire Retirement System of the City
            of Detroit sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Defendant   Dell Computer Corporation sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Defendant   J Ranck Electric Inc sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Defendant   Camp Dresser & McKee sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Creditor   Governing Board of the City of Detroit Employee
            Benefit Plan sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Defendant   CDM Michigan Inc sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Creditor   Police and Fire Retirement System of the City of
            Detroit sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Defendant   Prevost Parts/Prevost Car Inc. sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Defendant   David Wm Ruskin sdeeby@clarkhill.com
          Shannon L. Deeby   on behalf of Creditor   General Retirement System of the City of Detroit
            sdeeby@clarkhill.com
          Sheldon S. Toll   on behalf of Interested Party   Detroit Windsor Tunnel, LLC lawtoll@comcast.net,
            lawtoll@comcast.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Sheryl L. Toby   on behalf of Interested Party   Health Alliance Plan of Michigan
           stoby@dykema.com, dguerrero@dykema.com
          Stanley I. Okoli   on behalf of Creditor Shelton  Bell, Jr. sokoli@romanolawpllc.com,
           dblake@romanolawpllc.com, dromano@romanolawpllc.com
          Stanley I. Okoli   on behalf of Creditor Michael  McKay sokoli@romanolawpllc.com,
           dromano@romanolawpllc.com
          Stanley I. Okoli   on behalf of Creditor James  Williams sokoli@romanolawpllc.com,
           dromano@romanolawpllc.com
          Stanley L. de Jongh   on behalf of Interested Party   City of Detroit Law Department
           jongsl@detroitmi.gov
          Stanley L. de Jongh   on behalf of Debtor In Possession   City of Detroit, Michigan
           jongsl@detroitmi.gov
          Stephanie Lee Arndt   on behalf of Interested Party   Thomas Sandusky, Personal Representative of
           Estate of Hal Sandusky s.arndt@fiegerlaw.com, s.teal@fiegerlaw.com
          Stephanie Lee Arndt   on behalf of Creditor Steven  Wolak s.arndt@fiegerlaw.com,
           s.teal@fiegerlaw.com
          Stephen  Wolpert   on behalf of Creditor  Macomb County stephen.wolpert@dechert.com
          Stephen M. Gross   on behalf of Plaintiff  Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen S. LaPlante   on behalf of Interested Party  Detroit Institute of Arts
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante   on behalf of Defendant   City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante   on behalf of Plaintiff   City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante   on behalf of Defendant   Detroit City Council laplante@millercanfield.com,
           skoczylas@millercanfield.com
          Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov
          Steven G. Howell   on behalf of Interested Party   State of Michigan showell@dickinsonwright.com
          Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney
           General showell@dickinsonwright.com
          Stuart A. Gold   on behalf of Defendant   Federal Pipe & Supply Inc sgold@glmpc.com
          Stuart A. Gold   on behalf of Creditor   Detroit Public Library sgold@glmpc.com
          Stuart A. Gold   on behalf of Defendant   Binkelman Corp. sgold@glmpc.com
          Susheel  Kirpalani   on behalf of Plaintiff  Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
          Susheel  Kirpalani   on behalf of Interested Party  Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
          Suzanne L. Wahl   on behalf of Creditor  DEPFA Bank PLC swahl@schiffhardin.com,
           mosullivan@schiffhardin.com;edocket@schiffhardin.com
          Tamar  Dolcourt   on behalf of Debtor In Possession   City of Detroit, Michigan
           tdolcourt@foley.com
          Thomas R. Morris   on behalf of Plaintiff  Detroit Retired City Employees Association
           morris@silvermanmorris.com, dlatus@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
           dlatus@silvermanmorris.com
          Thomas R. Morris   on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
           dlatus@silvermanmorris.com
          Thomas R. Morris   on behalf of Plaintiff  Retired Detroit Police and Fire Fighters Association
           morris@silvermanmorris.com, dlatus@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party  Retired Detroit Police and Fire Fighers
           Association morris@silvermanmorris.com, dlatus@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
           dlatus@silvermanmorris.com
          Thomas R. Morris   on behalf of Interested Party  Detroit Retired City Employees Association
           morris@silvermanmorris.com, dlatus@silvermanmorris.com
          Thomas R. Morris   on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
           dlatus@silvermanmorris.com
          Timothy A. Fusco   on behalf of Interested Party  Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco   on behalf of Debtor In Possession   City of Detroit, Michigan
           fusco@millercanfield.com
          Timothy A. Fusco   on behalf of Defendant   City of Detroit, Michigan fusco@millercanfield.com
          Timothy R. Graves   on behalf of Interested Party  Bronze Gable, L.L.C. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party  Norddeutsche Landesbank Luxembourg, S.A.
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party  Aurelius Capital Management, LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party  Stone Lion Capital Partners L.P.
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party  Dexia Holdings, Inc. tgraves@allardfishpc.com,
           allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party  Panning Capital Management, LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com
          Timothy R. Graves   on behalf of Interested Party  Monarch Alternative Capital LP
           tgraves@allardfishpc.com, allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Timothy R. Graves    on behalf of Interested Party    Ad Hoc COPs Holders tgraves@allardfishpc.com,
            allardfishpc@yahoo.com
          Timothy R. Graves    on behalf of Interested Party    Dexia Credit Local tgraves@allardfishpc.com,
            allardfishpc@yahoo.com
          Todd W. Grant    on behalf of Defendant    Waterworks Systems & Equipment tgrant@cqlawfirm.com,
            pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant    E L Bailey & Co Inc tgrant@cqlawfirm.com,
            pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant    North-West Trading Co tgrant@cqlawfirm.com,
            pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant    Clarks Construction tgrant@cqlawfirm.com,
            pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant    Blue Star Inc tgrant@cqlawfirm.com,
            pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant    KEO and Associates Inc. tgrant@cqlawfirm.com,
            pcavanaugh@cqlawfirm.com
          Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
            vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
          Wendy Turner Lewis    on behalf of Defendant    Pyratech Security Systems Inc wtlewis@ameritech.net
          William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
          William J. Barrett    on behalf of Defendant    Genuine Parts Company william.barrett@bfkn.com
          William Norman Listman    on behalf of Interested Party    Southeastern Oakland County Water
            Authority wlistman@davislistman.com
          William R. Orlow    on behalf of Interested Party Sandra  Guntzviller bocecf@boclaw.com,
            jasoncardasis@boclaw.com
          William W. Kannel    on behalf of Creditor    Ad Hoc Bondholder Committee wkannel@mintz.com
          William W. Kannel    on behalf of Creditor    Fidelity Management & Research Company
            wkannel@mintz.com
          Yuliy  Osipov    on behalf of Defendant    Toter Incorporated yotc_ecf@yahoo.com,
            yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
            yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
            yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Defendant    Capp, Inc. yotc_ecf@yahoo.com,
            yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Defendant    Capp USA yotc_ecf@yahoo.com,
            yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
            yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com,
            yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                            TOTAL: 579