UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re:                                                    Bankruptcy Case No. 13-53846

City of Detroit, Michigan,                     Honorable Thomas J. Tucker

  Debtor.                                               Chapter 9

_____

# CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2018, I electronically filed the below-listed documents with the Clerk of the Court using the ECF system, which sent notification of such filings to all participating attorneys:

- Thomas Sandusky's Response to City of Detroit's Motion for Entry of an Order (I) Enforcing the Plan of Adjustment Injunction and Bar Date Order and (II) Requiring the Dismissal with Prejudice of Certain Parties from the Federal Court Action Filed by Thomas Sandusky
- Appearance of Stephanie L. Arndt

*FIEGER, FIEGER, KENNEY & HARRINGTON, P.C.*

Dated: September 17, 2018     __/s/Stephanie L. Arndt_____
JAMES J. HARRINGTON, IV (P65351)
STEPHANIE L. ARNDT (P66870)
Attorneys for Defendants