# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN,       Chapter 9
     Case No. 13-53846
Debtor.      Hon. Thomas J. Tucker

_____/

## REQUEST TO BE REMOVED FROM ELECTRONIC AND OTHER SERVICE LISTS

Doron Yitzchaki of Dickinson Wright PLLC hereby requests to be removed from all electronic and other service lists in this case.

Doron Yitzchaki: dyitzchaki@dickinsonwright.com

     DICKINSON WRIGHT PLLC

     /s/ Doron Yitzchaki
     Doron Yitzchaki (P72044)
     350 S. Main St., Suite 300
     Ann Arbor, MI 48104
     (734) 623 – 1947
     (734) 623 – 1625 (fax)
     dyitzchaki@dickinsonwright.com

Dated: September 17, 2018