# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

In re:

CITY OF DETROIT, MICHIGAN,          Chapter 9
                                                                           Case No. 13-53846

Debtor.                                                      Hon. Thomas J. Tucker

_____/

## CERTIFICATE OF SERVICE

       I hereby certify that on September 17, 2018, I electronically filed *REQUEST TO BE REMOVED FROM ELECTRONIC AND OTHER SERVICE LISTS* with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

                                                     /s/ Doron Yitzchaki
                                                     Doron Yitzchaki (P72044)

ANNARBOR 69122-1 248953v1