Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*12882* – Corrected Motion for Reconsideration/Rehearing (related documents 12863 Order on Motion to Enforce) Filed by Creditors 415 East Congress, LLC, H.D.V. Greektown, LLC, K&P, Incorporated (Hoffer, Matthew)

will be held on: 10/24/18 at 01:30 PM at Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226

Dated: 9/21/18

                        BY THE COURT

                        Katherine B. Gullo, Clerk of Court
                        U.S. Bankruptcy Court