## Line Item

1964 (P.L. 88-352, 78 STAT. 252), and United States Department of Justice Regulations (28 C.F.R. Part 42) issued pursuant to the Title, and in accordance with the Michigan Constitution and all State laws and regulations governing fair employment practices and equal opportunity, including but not limited to the Michigan Civil Rights Act (P.A. 1976 No. 453) and the Michigan Persons with Disabilities Civil Rights Act (P.A. 1976 No. 220) the Contractor agrees that it will not discriminate against any person, employee, consultant, or applicant for employment with respect to his(her) hire, tenure, terms, conditions, or privileges of employment or hire because of his (her) religion, race, color, national origin, age, sex, height, weight, marital status, or disability that is unrelated to the individual's ability to perform the duties of a particular job or position. The Contractor recognizes the right of the United States and the State of Michigan to seek judicial enforcement of the foregoing covenants against discrimination against itself or its subcontractors.

2. The Contractor shall not discriminate against any employee or applicant for employment, training, education, or apprenticeship connected directly or indirectly with the performance of this Contract, with respect to his(her) hire, promotion, job assignment, tenure, terms, conditions, or privileges of employment because of race, color, creed, national origin, age, marital status, disability, sex, or sexual orientation.

3. The Contractor further agrees to provide equal opportunity to achieve reasonable representation of diverse groups in its work force. Such equal opportunity shall include, but not be limited to, the following: employment, promotion, demotion or transfer, recruiting or recruitment, advertising, lay-off or termination, rates of pay or other forms of compensation, and selection for training or education, including apprenticeships. The Contractor shall promptly furnish any information required by the City or the Human Rights Department pursuant to this Section.

4. In the event the Contractor fails to comply with the provisions of this Section, or any equal opportunity undertaking outlined in its proposal documents, if any, the City may impose such contract sanctions as it may deem appropriate, including, but not limited to:

   a. cancellation, termination, or suspension of this Contract in whole or in part;

   b. recovering from the Contractor by set-off, against the unpaid portion of the Contract price or as otherwise agreed by the parties to this Contract, liquidated damages, in the amount of one-half of one percent (.005) of the Contract price not to exceed five hundred dollars ($500) per day for each day of non-compliance, as determined by the Human Rights Department; and

   c. such other remedies as may be provided by law.

5. The Contractor further agrees that it will notify any subcontractor of its obligations relative to non-discrimination and equal opportunity under this Contract when soliciting same and will include the provisions of this Section in any subcontract, as well as provide the City a copy of any subcontract agreement. The Contractor further agrees to take such action with respect to any subcontract procurement as the City may direct as a means of enforcing such provisions including the aforementioned sanctions for non-compliance.

6. Breach of the terms and conditions of this Section will be regarded as a material breach of this contract.

## SECTION IX: FACILITY REVIEW

1. The Contractor shall use facilities to perform services under this Contract that, if located within the City of Detroit, have been approved by the City and been inspected and approved by the City of Detroit Fire Department and the City of Detroit Department of Buildings and Safety Engineering. If the facilities are located outside the City of Detroit, the Contractor must submit a certificate of occupancy from the appropriate municipality prior to the provision of any services under this Contract.

2. No facility to be used in furtherance of this Contract shall have outstanding code violations that jeopardize the health d well-being of program participants.

## SECTION X: HOLD HARMLESS (WAIVER AND INDEMNITY) AND INSURANCE

1. The Contractor shall not hold the City liable for any personal injury incurred by the Contractor or its associates (as defined in Item 12 of this Section) while working on this Contract, which injury is not held in a court of competent

jurisdiction to be directly attributable to the gross negligence of the City or any employee of the City acting within the scope of his/her employment. The Contractor shall hold the City harmless from any claims by the Contractor's associates arising from such injury.

2. The Contractor shall hold harmless the City against and from any and all liabilities, obligations, damages, penalties, claims, costs, charges, and expenses (including, without limitation, fees and expenses of attorneys, expert witnesses, and other consultants) which may be imposed upon, incurred by, or asserted against the City by reason of any of the following occurring during the term of this Contract:

   a. any negligent or tortuous act of the Contractor or its associates; or

   b. any failure by the Contractor or its associates to perform its obligations, either implied or expressed, under this Contract.

3. The Contractor shall hold the City harmless for any and all injury to the persons and damage to the property of, or for any loss or expense incurred by, an employee of the City which arises out of or is pursuant to the Contractor's performance under this Contract.

4. In the event that any action or proceeding shall be brought against the City by reason of any claim covered hereunder, the Contractor, upon notice from the City, will, at its sole cost and expense, resist or defend the same.

5. The Contractor, and not the City, has the responsibility to safeguard the property and materials that the Contractor or its associates use or have in its (their) possession while performing under this Contract. Further, the Contractor shall hold the City harmless for any loss of such property and materials used by the Contractor or its associates, pursuant to the Contractor's performance under the Contract or which are in their possession.

6. As indicated in Section I, "Insurance and Bonding," of the Face Sheet, the Contractor shall maintain insurance and bonding during the term of this Contract, for all of its employees performing any services hereunder, which shall be in accordance with the following:

   a. Worker's Compensation Insurance which meets Michigan's statutory requirements and Employer's Liability Insurance with minimum limits of $500,000 each accident/disease/employee.

   b. Commercial General Liability Insurance with a minimum combined single limit of $1,000,000 per occurrence subject to a minimum aggregate limit of $2,000,000. Coverage is to include blanket contractual liability. For contracts over $1,000,000, the limits are $5,000,000, both per occurrence and aggregate. The City of Detroit shall be an additionally insured on all insurance covered hereunder and a certificate showing the same must be provided to the City.

   c. Automobile Liability Insurance covering all owned, hired, and non-owned vehicles with personal protection insurance to comply with the provisions of the Michigan No-Fault Insurance Act, including residual liability insurance, with a minimum combined single limit of $1,000,000 each occurrence. For contracts over $1,000,000, the limit is $5,000,000 per occurrence.

   d. Bonding Insurance: If, as indicated in Section H, "Financial Arrangements," Item 2, of the Face Sheet, payment for services shall be by way of advance payments, every officer, director, agent, or employee of the Contractor who is authorized to act on behalf of the Contractor for the purpose of receiving or depositing funds into program accounts or issuing financial documents, checks, or other instruments of payment for program costs, shall be bonded to provide protection against loss. The amount of coverage shall be the lower of the following: (1) $100,000 or (2) the highest advance received the preceding grant year, or for new contractors, the highest advance planned for the present grant year.

7. All such insurance shall be effected under valid and enforceable policies issued by insurers of recognized responsibility which are well rated by national rating organizations and are acceptable to the City. In addition, the Contractor shall hold the City harmless for payment of any deductibles required pursuant to any such policies.

## Line Item

8. The Contractor shall apply the above insurance requirements, to the extent appropriate, to any subcontractor, and to any subcontractor employee, who is engaged in the performance of work under this Contract.

9. If during the term of this Contract, conditions change or other pertinent factors should in the reasonable judgment of the City render inadequate the insurance limits stipulated above, the Contractor will furnish on demand such additional coverage as may be reasonably required under the circumstances.

10. All insurance policies to be maintained by the Contractor as required herein shall name the Contractor as the insured, and shall, to the extent obtainable, be accompanied by a commitment from the insurer that such policies shall not be canceled or reduced without at least thirty (30) days prior written notice to the City. Certificates of insurance evidencing such coverage shall be submitted to the Detroit Workforce Development Department and to the City of Detroit Finance Department, Voucher Audit Section, 642 Coleman A. Young Municipal Center, prior to the commencement of performance under this Contract and at least fifteen (15) days prior to the expiration dates of expiring policies.

11. The Contractor shall notify the City of any change in coverage or carriers for the above insurance and of any cancellation of said insurance.

12. For purposes of the hold harmless (waiver and indemnity) provisions contained in this Contract, the term "City" shall be deemed to include the City of Detroit and all other associated, affiliated, allied or subsidiary entities or commissions, their officers, agents and representatives now existing or hereafter created, their agents and employees. The term "Associates" as used herein, shall be deemed to include the Contractor, its personnel, employees, consultants or subcontractors, agents or any entities, associated or affiliated with, or subsidiary to, the Contractor, now existing or hereafter created, their agents and employees.

## SECTION XI: GENERAL PROVISIONS

1. The Contractor will abide by all applicable terms and conditions imposed and required by the grant between the City and the Grantor, including the specific federal, state, and City laws, regulations, ordinances, and policies which are included or referred to in the "Assurances, Certifications, and Stipulations," included in this Contract as Exhibit VI or which are included in all pertinent federal, state, or City guidelines, of which the City shall, in timely fashion, inform the Contractor. The Contractor will abide by all revisions and modifications of the City's grant and all administrative and statutory changes imposed on such grant by the Grantor or other public agency.

2. This Contract in no manner removes or diminishes the Contractor's obligation to comply with all applicable laws, ordinances, and codes of the federal, state, or local governments.

3. The Contractor shall perform as a Contractor. The Contractor is not free to divest responsibility for the performance or quality of services called for by the City grant. The Contract calls for the services of the Contractor as an independent contractor and is not assignable without written authorization by the City.

4. All powers not explicitly vested in the Contractor by this agreement remain with the City.

5. The Contractor and its associates (as defined in Section X, Item 12) are acting as an independent contractor hereunder and not as employees of the City. This Contract implies no relationship, other than that of independent contractor, between the parties or either party's agent, employee, or subcontractor. It is understood that the Contractor has no authority to assume or create any obligation or responsibility on behalf of or in the name of the City or to attempt to bind the City in any way whatsoever. Further, no liability or benefits, such as worker's compensation, pension rights or liabilities, insurance rights or liabilities, or other provisions or liabilities arising out of or related to a contract-for-hire or an employer/employee relationship shall arise or accrue to either party or either party's agent or employee, with respect to the City, as a result of the performance of the Contract. The Contractor shall hold the City harmless from any claim by it or its associates regarding any of the aforesaid liabilities or benefits and from any cost or expenses related thereto.

6. The Contractor is prohibited from entering into any subcontract to provide the services called for under this Contract without prior written approval by the City of each such subcontract.

7. No subcontract, lease, or agreement, which has been specifically approved by the City, shall be terminated without the consent of the City

Susan Dixson   WAYNE COUNTY CLERK   8/7/2018 11:10 AM

Cathy M. Garrett   FILED IN MY OFFICE

18-009704-CK

11/2/17

8. The Contractor is prohibited from using funds in this Contract for the purpose of establishing spin-off, sister, or satellite corporations.

9. The Contractor is prohibited from using contract funds to influence or attempt to influence Congress or a federal agency in connection with the award of the contract, loan, or cooperative agreement. Lobbying efforts using non-contract funds must be disclosed (Exhibit VII).

10. The parties are subject to all pertinent WIA and other federal and state regulations governing copyrights and patents, and the rights in data of the grantor and City, relating to any work or product that may be developed in the performance of this Contract.

## SECTION XII: STIPULATIONS

1. The Contractor shall operate and perform the program herein described. The program and financial goals for the program shall be those set forth in the Contract Statement of Work (Exhibit I), Activity Plan Summary (Exhibit IA), and Master Budget Summary (Exhibit IIA) and Line-Item Budget (Exhibit IIB).

2. The City will periodically review and analyze all reports submitted pursuant to Section XIII, "Records and Reports," of this Contract. In the event of any failure of the Contractor to achieve the program goals or financial goals as set forth in this Contract, the City reserves the right, at any time during the period of the Contract, to require re-planning, reprogramming, or other appropriate action, which may involve de-obligation of accumulating, unutilized funds, and re-obligation of such funds with other contractors or program areas in order to attain the overall goals as set forth in the current plan.

3. Monitoring, evaluation, or other reports notwithstanding, and without prejudicing the right of the City to terminate the Contract at any time for default, or for convenience, the City shall at such time as the City deems appropriate, conduct a full-scale assessment of the Contractor's performance during the Contract period in order to determine, among other things:

    a.  The administrative capability of the Contractor to manage and operate the program as set forth in the Statement of Work.

    b.  Program performance versus the program plan.

    c.  Costs of the program in relation to effectiveness.

    d.  Comparative effectiveness of the program as against similar programs funded by the City.

    e.  The extent to which significant segment groups are enrolled and provided services as required in the contract.

    f.  The opinions of participants about the strengths and weakness of the program.

    g.  The necessity of a unilateral de-obligation of funds based upon under-utilization.

4. Upon determination of the City that the Contractor's performance during the period reviewed has been inadequate or unsatisfactory, the City will, at its option, take one or more of the following actions:

    a.  Terminate the program in accordance with the provisions set forth in Section XVI, entitled "Termination," of this Contract, and re-obligate the funds not used to other Contractors or program areas.

    b.  Modify the Contract.

    c.  Recommend and implement corrective action plans.

    d.  Re-plan, re-program, or take other appropriate action, which may involve de-obligation of funds and re-obligation of such funds with other Contractors and other program areas in order to attain the overall goals as set forth in the current plan.

18-009704-CK   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   8/7/2018 11:10 AM   Susan Dixson

5. The City may schedule meetings or training sessions for the purpose of improving contracted operations. Upon proper notification of such sessions, the Contractor shall ensure the attendance of any staff persons performing services under this Contract whose presence is requested.

6. Upon request of the City, the Contractor will submit to the City its articles of incorporation, by-laws, and other documents defining its legal status, organization, authority and responsibilities of its officers, etc.

7. The Contractor will provide such coordination of contracted services with the City and with other City contractors as is necessary and appropriate for accomplishing the objectives of this Contract, including notifying the City of participant openings and furnishing the City with sufficient information for the City to make a determination of the eligibility of participants.

8. In the event of an award or of awards of funding to the Contractor from sources other than the City, in furtherance of a program involving provision of all or some of the services called for and funded by this Contract or of services substantially similar to such Contract services, the Contractor will notify the City in writing as to the source(s), amount(s), purpose(s), and the time period(s), of such additional funding, and provide such information regarding budget, staffing, and other aspects of the program(s) funded from other source(s), as is requested by the City.

9. In the event that Contractor personnel or other cost items indicated herein as chargeable, wholly or in part, to this Contract shall be designated by the Contractor as chargeable to contracts or programs funded from other sources, the Contractor shall notify the City of said designation without delay and in writing and submit, with appropriate documentation, for the City's approval, a plan to govern the allocation of said designated personnel or other cost items among the contracts involved.

10. When any persons are employed and compensated hereunder to fill positions included as salary or wage cost items in the budget hereof, the Contractor is prohibited from employing such persons for compensation from another funding source when the latter employment would result in a total work week in excess of forty hours or would entail assignments or attendance during time periods specifically set aside in furtherance of this Contract unless the latter employment has received the prior written approval of the City.

11. In the event of a reduction in the Contractor's funding from other sources that substantially affects the Contractor's ability to perform under the terms of this Contract, the Contractor shall notify the City of said reduction when first informed of said reduction by the funding agent involved and prior to the effective date of said reduction. The Contractor shall be paid for services at a reduced rate determined by DWDD.

12. The Contractor will cooperate with the City in establishing and administering procedures that allow for and effectively resolve, in accordance with federal and state guidelines, grievances and complaints regarding any aspect of the program provided for in this Contract. The Contractor will provide each participant, subcontractor, employee, or other interested party with the appropriate grievance procedure information, the forms for which are included herein as Exhibit VIII, to which the Contractor will add appropriate information regarding the phase of the grievance procedure that shall be within the Contractor's agency. These forms shall be prominently displayed in the Contractor's facility in the training area or other areas frequented by contract program participants and employees. The above forms shall, in addition, be subject to such revisions as are proposed or approved by the City upon consultation with the Contractor.

13. Within one week after the Contract is signed, the Contractor will provide the City with an Authorized Signature Sheet, which will show the name and original signature of persons authorized to pick up checks, and persons authorized to sign documents and reports on behalf of the project. This signature sheet shall be updated as necessary, within seven days of change.

14. If, as indicated in Section H, "Financial Arrangements," Item 3, of the Face Sheet, a special bank account is required ır the deposit of all advance Contract funds to be paid to the Contractor under this Contract, the Contractor shall abide by all terms and conditions of the special bank account agreement, the form for which is included as Exhibit IIIB in this contract.

15. If, as indicated in Section H, "Financial Arrangements," Item 4, of the Face Sheet, this Contract calls for payment of participant supportive service payments, such payments shall be paid by the City or its designee. The Contractor shall abide by all such policies and procedures pertinent to supportive service payments under this Contract as shall be set forth by the

City, including participant appeal procedures and the supportive service payment policies included herewith in Exhibit IB. The City shall notify the Contractor in timely fashion of all said supportive service payment policies and procedures changes.

16. The Contractor is prohibited from selling to a participant in the Contractor's program, or requiring or requesting that he/she purchase elsewhere, any item of goods, supplies, or services that is pertinent to his/her participation in the program called for herein unless such sale or purchase is authorized by way of the Statement of Work or has the prior written approval of the City. In the event that such authorization or approval is granted, the Contractor shall maintain, and make available for the City's inspection, records of all such sales or purchase transactions. Furthermore, the Contractor is prohibited from charging a fee or deposit to participants as a condition of enrollment without the prior written authorization of the City.

17. In the event of an award of a Pell Grant to a participant receiving training under this Contract, the Contractor shall apply the amount of said grant, to the extent possible under Pell Grant guidelines, to the cost of books, tuition, and related training items and shall accordingly reduce the amount to be invoiced hereunder for training. If the Contractor is purchasing any training funded hereunder by means of an agency not a party hereto, the Contractor shall make appropriate arrangements, as stipulated by the City, to accomplish the reduction of training costs invoiced hereunder in the event of a Pell Grant award. In no event shall the Contractor charge the City for any training or services provided hereunder if the costs for said training or services are reimbursed through a Pell Grant or any other source. At the sole discretion of the City, Pell Grants may be used as incentives for program participants.

18. In order for a placement reported by the Contractor to be deemed acceptable toward meeting the entered employment goal(s) agreed upon herein. The placement must meet the following requirements as follows:

a. Entail entry by a contract program participant into unsubsidized employment (i.e., not financed, wholly or partly, with WIA or other Federal or State funds and not deemed by the City to be in a training, work-experience, or other Detroit Workforce Development activity);

b. Be in a permanent job commencing after the participant's enrollment date and paying at least such wage rate as may be stipulated in Exhibit 1 hereof which shall not be less than the State of Michigan's prevailing minimum wage rate at the time of placement, excluding fringe benefits. (Effective October 1, 2006, Michigan's minimum wage is $6.95 per hour; Effective July 1, 2007, Michigan's minimum wage shall be $7.15 Effective July 1, 2008, Michigan's minimum wage shall be $7.40);

The participant's retention wage rate shall be at least such wage rate as may be stipulated in Exhibit I hereof within 90 calendar days of the job start date of participant's entry into unsubsidized permanent employment. Said job shall be considered permanent if the planned duration at the time of entry is indefinite. A placement at temporary help employers shall also be considered acceptable if it entails a minimum of thirty (30) hours a week of compensated work for at least five (5) consecutive weeks after the first day of employment, and the participant is verified as working on or after the 181st day of employment. Temporary help is defined as the participant's continued employment without more than a week break in assignments.

c. Be verified as to participant employment entry and retention from a reliable source, preferably the employer. Such verification must be duly documented on such format as may be stipulated by the City (See Exhibit IIIC).

d. Be reported by no later than such date and in such detail and on such formats as the City shall specify;

e. Be subject to the City's verification;

f. Be full time, i.e., if the work period consists of at least thirty (30) hours a week, including lunch and break time if paid for by the employer;

g. Be retained for at least one hundred eighty (180) calendar days of full-time (as above defined) work. The retention period may involve more than one employer.

h. Be training-related, in the case of participants receiving occupational training hereunder, i.e., in an occupation approved by the City as involving work activity for which the participant received JET funded occupational training;

Line Item

i. Is consistent, in terms of hours, retention and pay, with all federal guidelines and policy issuances as they may change from time-to-time.

## SECTION XIII: RECORDS, REPORTS AND AUDITS

1. The Contractor must maintain such records and submit such reports with such content and format as are described in this Contract and as are requested by the City to ensure the integrity of financial transactions, to enable the City to evaluate the effectiveness of Contract program activities, and to meet federal reporting requirements.

2. The Contractor shall maintain books, records, documents, and other evidence to such extent and in such detail as will properly reflect all costs, direct or indirect, of labor, materials, supplies, and services, and other costs and expenses of whatever nature for which payment is claimed under the provisions of this Contract. As required by Item # 10 of Attachment B of Office of Management and Budget Circular A-87 (which item is applicable to cost-reimbursement contracts), the documentation required for labor costs charged to this Contract shall include payrolls supported by time and attendance records, including the daily attendance form included in the Detroit Workforce Development Department JET Contractor Document Preparation Manual (ETD-WFCDPM) or such time clock cards or other time-keeping documents as are approved by the City as being substantially equivalent to said form. Such records shall indicate the specific time periods of each day that are devoted to work under this Contract by all persons for whom reimbursement is sought under this Contract, excepting those persons, whom the City shall designate, for whom such record keeping is not deemed feasible.

3. The Contractor shall record all costs incurred in the discharge of this Contract as incurred or charged and report these costs in the manner prescribed by federal, state and City regulations and policies. The Contractor shall record and report such expenditures by the appropriate cost categories for each program activity provided for under the Contract and for each JET or other grant title under which the contract is funded. In the case of JET contracts, the cost categories shall include administrative costs, direct client service, supportive services, information technology and computerization costs and post employment training cost.

4. The Contractor's accounting procedures and internal financial controls must be determined to be acceptable to the City and said procedures and controls must conform to generally accepted accounting practices.

5. The Contractor's accounting procedures and internal financial controls shall be further subject to periodic and special audits, surveys and/or examinations, including audits arranged for or conducted by the City or its designee. For the purpose of such audits, the Contractor shall provide complete access to such books, documents, papers, and payroll and other records as may be designated by the auditor. To the extent practical, scheduling of such audits will be coordinated with the Contractor.

6. DWDD reserves the right to require a program specific audit, when deemed necessary. Also, in accordance with 29 CFR 97.26 and 29 CFR 95.26, the Contractor shall comply with the requirement for an annual independent audit that applies to its organization, as indicated below:

a. Non-profit institutions, states, local governments, colleges, universities, and hospitals that expend $500,000 or more a year in Federal awards must have an annual audit performed in compliance with OMB Circular A-133, as revised June 27, 2007, mandated by the Single Audit Act. Costs for audits for sub-recipients expending less than $500,000 in a year cannot be charged to federal funding sources.

b. Private for-profit (Commercial) organizations, sub-recipients who expend $500,000 or more in Federal Awards must have an annual audit performed in compliance with OMB Circular A-133, as revised June 27, 2007, mandated by the Single Audit Act. These organizations must have an annual financial and compliance audit with an internal control review either (1) performed on a program-specific basis in accordance with generally accepted government auditing standards, or (2) performed to include federal funds, as applicable, within the scope of an organization-wide audit.

The audit report shall be completed and submitted no later than nine (9) months after the ending date of the Contractor's fiscal year.

7. If, as indicated in Section H, "Financial Arrangements," Contractor's Item 4, of the Face Sheet, the program called for under this Contract requires supportive service payments for participants, the Contractor will abide by such policies,

follow such procedures, maintain such records and submit such information on such forms to such units as the city shall stipulate.

8. If the Contract program involves training or other activity involving regular participant attendance, the Contractor shall maintain, and make available to the City upon request, suitable records documenting the dates and reasons for all excused absences from said activity that are given any participant during the contract period.

9. The Contractor shall maintain participant records as defined in the Statement of Work or elsewhere in this Contract. Such records shall include, for each participant, with such exceptions or additions for this Contract as are approved by the parties: (a) appropriate application, intake, and enrollment forms as specified by the City; (b) the Detroit Workforce Development Department referral form; (c) the Individual Service Strategy (ISS) form; (d) complete records of participation and progress in Contract program activities - including all test results and records of completion of, or failure to complete, each program activity to which a participant has been assigned; (e) complete records of all counseling services and service agency referrals given the participant on the Counseling Summary Form; (f) (if applicable) records of placement in unsubsidized employment; (g) appropriate participant follow-up records, including (if the Contract program involves training activity) records of follow-up on persons absent from training activity and (if the Contract program involves job placement) records of follow-up on persons receiving job referrals or placements; (h) termination, transfer, or exit records; and (i) such other records on client performance and participation as are stipulated by the Grantor and/or City for the purpose of evaluating the effectiveness of program activities and meeting state reporting requirements. These records shall be open, upon request, to the inspection of the City.

10. The Contractor shall furnish the City, no later than five working days after the end of each calendar month, the following monthly reports:

a. To the Detroit Workforce Development Department's Finance Unit, the Contractor's Invoice Form (Exhibit III) such other monthly reports, in at least two copies, together with such supporting information as is specified by said Unit;

b. To the Detroit Workforce Development Department's Fiscal Contract Administration Unit, the monthly Cumulative Planned Earnings and Actual Earnings Report and such other monthly reports, together with such supporting information as is specified by said unit; and

c. To the Detroit Workforce Development Department's Program Contract Administration Unit, the monthly Information System Unit Reports and Cumulative Program Status Report, and such other monthly reports, together with such supporting information as is specified by said units.

d. Evidence of immediate (within 7 days) transfer of training funds to providers.

The content and format of the above reports shall be subject to such revisions, as the City deems appropriate.

11. The Contractor shall submit such enrollment, termination (exit), and other activity information, in accordance with such schedules as may be stipulated by the City in furtherance of the latter's computerized information system.

12. The Contractor shall also furnish, in a timely fashion, such additional regular or special reports and with such format and content, as the City may stipulate.

13. Upon the termination of this Contract, the Contractor shall submit to the City closeout documents, including a final accounting of all expenditures made in performance of this Contract and such other documents as are stipulated by the City. Said closeout documents shall be designated as the final report of the Contractor and shall be submitted no more than thirty (30) days after termination of this Contract. Failure to do so shall result in disallowed costs for the Contractor. Submission of closeout documents shall constitute a request for payment, which may be granted or declined at the option of the City.

14. The Contractor shall preserve its records and make them available to the City and the Grantor for such period as the city shall stipulate from the date of the final report submitted to the City by the Contractor. In the event that audit or other findings are not resolved, the Contractor shall preserve such records for such additional period as the City shall stipulate, pending resolution of litigation, audits or findings. Participant records are not to be destroyed without the written consent of the City.

15. All reports and documents required for submittal hereunder, including certification forms and supportive service payment and attendance records (unless submittal is expressly excluded hereunder by the City), shall be submitted to the Detroit Workforce Development Department and to appropriate offices therein as indicated by the City.

## SECTION XIV: MONITORING AND CORRECTIVE ACTION

1. Performance as set forth in this Contract is essential to the life of the Contract.

2. Performance by the Contractor will be assessed on a quarterly basis against the agreed upon goals and objectives, standards, conditions, specifications, limitations and requirements set forth in this Contract.

3. Performance which falls below Contract goals and objectives or which otherwise does not accord with contract standards, conditions, specifications, limitations, and requirements will constitute non-compliance with the terms of this Contract. The City will bring such non-compliance to the attention of the Contractor without undue delay after the initial identification of such non-compliance. The City will require the Contractor to submit a corrective action plan, decline certain payments, and/or the City will terminate the Contractor for non-compliance. The Contractor must submit such a corrective action plan or report to the City for approval within ten (10) workdays of such request. If the City accepts a corrective action plan, the Contract shall be considered modified to the extent appropriate, and the Contractor shall carry out the plan in full compliance with its terms within ten days, or within such other time period as the City shall specify, from the date of the City's indication of acceptance of the plan. If it is determined by the City that a corrective action plan would not bring the Contractor into compliance, within a suitable period, with Contract goals, objectives, standards, conditions, specifications, limitations, and requirements, the Contractor and City shall negotiate a modification of the Contract or the City shall terminate the Contract as the City deems appropriate.

4. The Contractor shall not be in default by reason of any failure in performance of this Contract in accordance with its terms, if such failure arises out of causes beyond the control and without the fault or negligence of the Contractor.

5. The Contractor shall assist the City in all phases of monitoring and evaluating Contractor performance under this Contract. This includes permitting the City access to Contractor facilities for the purpose of on-site review of program operations and inspection of program records. During such on-site monitoring, the Contractor shall make all records, reports, documents, etc., relating to Contractor performance, client participation, financial transactions, or any other aspect of the program available to the City or its designee during normal working hours.

6. The Contractor shall also instruct its employees to cooperate fully with and to provide any information to the City during on-site monitoring, and also to assist, and in no way hinder or obstruct, the City in contacting and communicating, whether orally or in writing, with any or all program participants for the purpose of monitoring and evaluation.

7. The City reserves the right to visit the Contractor's facilities during normal working hours for the purposes of Contract monitoring and evaluation without prior notification to the Contractor.

8. The City reserves the right to withhold funds pending the resolution of monitoring findings.

## SECTION XV: MODIFICATIONS

1. The Contractor will carry out no change in program organization (including staff and participant job descriptions), program plan and activity, hours and time of work or training, operation, policy, or budget from what is specified in this Contract without requesting in writing and receiving, prior to such change, the written approval of the City.

2. No oral statement of any person, and no written statement of any person other than the City's authorized representative, the Director of DWDD with the General Counsel of the City of Detroit or the Mayor of the City of Detroit, ill be allowed to modify or otherwise affect the terms or meaning of this Contract.

3. Requests from the Contractor for interpretations, modifications, or changes must be made in writing to the City.

4. In the event of any failure of the Contractor to achieve the program goals required by DWDD or set forth in the Statement of Work (Exhibit I) and Activity Plan Summary (Exhibit IA-1) or to adhere to the financial limitations set forth in the budget (Exhibit II) or to otherwise perform satisfactorily in accordance with the terms, requirements, and conditions set

forth in this Contract, the City reserves the right to require modification, re-planning or other appropriate action, including reducing payments to Contractor.

5. The Contractor shall cooperate fully and promptly in such program modification, re-planning or other appropriate action as may be required by the City and will submit, on request from the City, a written analysis of administrative and operational difficulties encountered in the performance of this Contract.

6. This Contract may be modified, with respect to any term or condition, and/or terminated based on the City's evaluation.

## SECTION XVI: TERMINATIONS

1. The Contract will be terminated by the City, either wholly or in part, for default or non-compliance on the part of the Contractor or for the convenience of the City. Termination for convenience may be exercised by the City whenever the City shall determine that it is in the City's interest. Default terminations may be exercised by the City whenever the Contractor shall fail to achieve agreed upon Contract program objectives or otherwise fail to perform in accordance with Contract program standards, objectives, conditions, specifications, limitations, and requirements and shall fail or be unable, in the City's determination, to remedy such default. Failure to service the required number of contracted program participants shall render the Contractor as non-compliance and the Contract may be subject to termination.

2. Any termination of this agreement shall be effected by delivery to the Contractor of a Notice of Termination specifying the extent of which performance of work under the Contract is terminated and the date upon which such termination becomes effective.

3. After receipt of a Notice of Termination and except as otherwise directed by the City, the Contractor shall:

   a. Stop work under the Contract on the date and to the extent specified in the Notice of Termination.

   b. Obligate no additional Contract funds for payroll costs and other costs beyond such date as the City shall specify; and place no further orders or subcontracts for materials, services, or facilities, except as may be necessary for completion of such portion of the work under the Contract as is not terminated.

   c. Terminate all orders and subcontracts to the extent that they relate to the performance of work terminated by the Notice of Termination.

   d. As of the date the Notice of Termination is effective, preserve all Contract records and submit to the City such records and reports as the City shall specify; and furnish to the City an inventory of all furnishings, equipment, and other property purchased for the program and all pertinent keys to files, buildings, and property; and carry out such directives as the City may issue concerning the safeguarding or disposition of files and property.

   e. Submit within thirty (30) days an accounting statement report of receipts and expenditures of funds relating to this Contract, and a listing of all creditors, subcontractors, lessors, and/or parties with whom the Contractor has incurred financial obligations.

   f. Refund to the City any uncommitted funds advanced to the Contractor.

4. If the Contract is terminated, as provided for in this Section, the City will pay the Contractor only for authorized costs incurred prior to the effective date of termination. The amount of any final payment to be made hereunder by the City to the Contractor (including payment of all or part of funds withheld hereunder pursuant to Section V, Item 8, hereof), or the amount of any funds to be returned by the Contractor to the City shall be determined by the City based on the following:

   a. Enumeration by the City of the total amount of funds the Contractor has invoiced the City hereunder for costs incurred for services rendered prior to the Contract termination date.

   b. Determination by the City of the amount of any costs to be disallowed from payment hereunder due to:

      (i) disallowance by the Grantor or other authoritative Federal or other agency

Susan Dixson  8/7/2018  11:10 AM  WAYNE COUNTY CLERK  Cathy M. Garrett  FILED IN MY OFFICE  18-009704-CK

(ii) non-compliance with appropriate regulations.

(iii) lack of authorization, as specified in this Contract.

(iv) lack of proper documentation, as determined by the City.

c. Determination by the City to the extent appropriate of the amount of any funds to be excluded from payment hereunder through application of any penalties for non-performance provided for herein.

d. Enumeration by the City of the total of all monies paid to the Contractor, including amounts paid as cash advances and amounts paid to reimburse invoiced costs, prior to the termination effective date.

e. Determination by the City, based on the results of the procedures described in items "a" to "d," above in this Section, of the amount of monies to be included in a final payment to the Contractor by the City (which amount shall not exceed the maximum amount to be paid to the Contractor as specified in Section IV, item 1, hereof, as amended), or to be returned by the Contractor to the City.

5. After the effective date of termination, should the City or the City's designee undertake any part of the services which are called for herein for performance by the Contractor, to the extent such services are being performed by the City or its designee, the Contractor shall not be entitled to any compensation for the services so performed.

6. In the event of failure by the Contractor to refund to the City (a) any uncommitted funds advanced to the Contractor or (b) the amount of any costs incurred or fees charged that have been disallowed by the City, the Contractor will be subject to civil suit by the City to secure such refund.

## SECTION XVII: DISPUTES

1. Any dispute concerning a question of fact arising under this Contract which is not disposed of by Contract shall be decided by the City, which decision shall be presented in writing to the Contractor. The decision shall be final and conclusive unless the Contractor, within two weeks from the date of receipt of such decision, submits to the City a written appeal addressed to the Grantor. The decision of the Grantor shall be final and conclusive unless appealed to a court of competent jurisdiction.

2. Pending a final decision of a dispute hereunder, the Contractor shall proceed diligently with the performance of the Contract and in accordance with the City's decision.

## SECTION XVIII: EXHIBITS

This Contract is subject to the documents listed on the "Exhibit Page" and designated by "X," which are attached hereto and marked Exhibits I through VIIIB, which documents are made a part hereof by reference; and all terms, conditions, and provisions of said documents (unless specifically modified herein or unless the context thereof or the use therein clearly indicated their inapplicability) are to apply herein the same as though they were rewritten, incorporated, and set forth in full herein.

# Signature pages

Certification for Public Agency       (If Applicable)

Corporate Authority Resolution

Signature Page (Director) or Signature Page (Deputy Director)

Sole Proprietor Acknowledgment

Public Agency Acknowledgment    (If Applicable)

City Acknowledgment (Director) or City Acknowledgment (Deputy Director)

Certification Regarding Debarment

Assurance (Exhibit VI)

Certification Regarding Lobbying (Exhibit VII)

18-009704-CK   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   8/7/2018 11:10 AM   Susan Dixson

## CERTIFICATION FOR PUBLIC AGENCY

I, _____, certify that I am the legal

officer of _____; that the authority

of the Contractor named herein to enter the foregoing Agreement is derived from the

following provisions of State of Michigan Public Law:

_____;

that this Agreement was duly authorized under the provisions of said law and

that _____,

who executed the Agreement on behalf of said Contractor, had authority to enter the

foregoing Agreement with the CITY OF DETROIT on behalf of said Contractor.

_____
(Signature)

_____
(Date)

June 2, 2003

Susan Dixson   8/7/2018  11:10 AM   WAYNE COUNTY CLERK   Cathy M. Garrett   FILED IN MY OFFICE   18-009704-CK

INSTRUCTIONS:   1)   IF A CORPORATION, FILL IN THE APPROPRIATE INFORMATION BELOW.
2)   SUBMIT 4 COPIES WITH ORIGIAL SIGNATURES ON EACH.
3)   INSERT APPLICABLE BOARD MINUTE EXCERPTS IN SPACE BELOW.
4)   PLACE THIS PAGE BEFORE SIGNATURE PAGE.

## RESOLUTION OF CORPORATE AUTHORITY

I_____, Corporate Secretary of

_____, a Michigan _____

Corporation (the Company) DO HEREBY CERTIFY that the following is a true and correct excerpt from the

minutes of the meeting of the Board of Directors duly called and held on _____, 20_____

and that the same is now in full force and effect.


I FURTHER CERTIFY that _____ is   Chairman   of

the Board and _____ is President, and

_____ is/are Vice President (s)

_____ is Treasurer, and _____

_____ is Secretary.


I FURTHER CERTIFY that any of the aforementioned officers of the Company are authorized to

execute or guarantee and commit the Company to the conditions, obligations, stipulations and undertakings

contained in the _____

and that all the necessary corporate approvals have been obtained in relationship thereto.

IN WITNESS THEREOF, I have set my hand this _____ day of _____, 20____.

CORPORATE SEAL (if any)

_____

(Corporate Secretary)

June 2, 2003

## INSTRUCTIONS FOR SIGNATURE

4 copies, original signatures one each copy of officer
approving Contract and of two witnesses (on "Attest" lines).

| WITNESS WHEREOF, the City and the Contractor, by and through their duly authorized officers and representatives,
ve executed this contract as of the date first above written.

| | | FOR | _____ |
|---|---|---|---|
| TTEST: (FOR CONTRACTOR) | | | Name of Contractor |
| | | | |
| Signature of Witness | Date | BY | _____ |
| | | | Name of Contractor Officer |
| | | | |
| Printed Name of Above Witness | | ITS | _____ |
| | | | Title of Contractor Officer |
| | | | |
| Title of Above Witness | | | Signature                    Date |
| | | | |
| Signature of Witness | Date | FOR | DETROIT WORKFORCE DEVELOPMENT DEPARTMENT |
| | | | |
| | | BY | Pamela J. Moore |
| ame of Above Witness | | | |
| | | ITS | Director |
| itle of Above Witness | | | |
| | | | |
| TEST: (FOR CITY OF DETROIT) | | | Signature                    Date |

gnature of Witness          Date

**LAW DEPARTMENT:**
Approved as to form and execution subject to
Approval by Purchasing Director and City Council

inted Name of Above Witness

_____
Corporation Counsel          Date

le of Above Witness

**FINANCE DEPARTMENT:**

ignature of Witness          Date

NO._____ Date_____
I hereby certify that an appropriation has been made
to cover the expense to be incurred under this contract.

inted Name of Above Witness

_____
Chief Accounting Officer

l      ove Witness

ᴊNTRACT SHALL NOT HAVE ANY
ᴇ OF EFFECT UNTIL APPROVED BY:
ᴅLUTION OF THE CITY COUNCIL AND
ED BY THE PURCHASING DIRECTOR

PURCHASING DEPARTMENT
For the City of Detroit:

INSTRUCTIONS:
4 Copies, Original Signatures on each, in applicable sections.
Note: This page should be behind Signature Page.

## SOLE PROPRIETOR ACKNOWLEDGMENT

STATE OF MICHIGAN)
       ) ss.
COUNTY OF WAYNE)

On this _____ day of _____ 20_____ ,before

ne personally, _____ the _____ , to me

cnown to be the person described in and who executed the foregoing instrument, and acknowledged that he/she executed

he same as his/her free and voluntary act and deed.

_____
Notary Public, Wayne County, Michigan
My Commission Expires:

## PARTNERSHIP ACKNOWLEDGMENT

T^TE OF MICHIGAN)
       ) ss.
.TY OF WAYNE)

The foregoing contract was acknowledged before me this _____ day of _____

_____ , 20_____ , by _____ , General

artner, on behalf of _____ , a partnership.

_____
Notary Public, Wayne County, Michigan
My Commission Expires:

## CORPORATE ACKNOWLEDGMENT

[ATE OF MICHIGAN)
       ) ss.
OUNTY OF WAYNE)

The foregoing contract was acknowledged before me this _____ day of _____

_____ , 20_____ , by _____ , the _____ of

_____ , a Michigan _____ Corporation on behalf of the

_____ .n.

_____
Notary Public, _____ County,
State of _____

## CITY ACKNOWLEDGMENT

STATE OF MICHIGAN      )
                       )SS.
COUNTY OF WAYNE        )

The foregoing contract was acknowledged before me this ___ day of

_____, 20__, by _____ Pamela J. Moore _____,
                     (name of person who signed the contract)

the _____ Director _____,
     (title of person who signed the contract as it appears on the contract)

of _____ Detroit Workforce Development Department _____,
                 (complete name of the City department)

a municipal corporation, on behalf of the City.

_____

## CERTIFICATION REGARDING DEBARMENT, SUSPENSION, INELIGIBILITY AND VOLUNTARY EXCLUSIONS
### LOWER TIER COVERED TRANSACTIONS

This certification is required by the regulations implementing Executive Order 12549, Debarment and Suspension, 29 CFR Part 98, Section 98.510, Participants' Responsibilities. The regulations were published as Part VII of the May 26, 1988 Federal Register (pages 19160-19211).

(BEFORE COMPLETING CERTIFICATION, READ INSTRUCTIONS BELOW WHICH ARE AN INTEGRAL PART OF THE CERTIFICATION)

(1) The prospective recipient of Federal Assistance funds certifies, by submission of this proposal, that neither it nor its principals are presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from participation in this transaction by any Federal department or agency.

(2) Where the prospective recipient of Federal assistance funds is unable to certify to any of the statements in this certification, such prospective participant shall attach an explanation to this proposal.

_____
Name and Title of Authorized Representative

_____
Signature                                              Date

---

### INSTRUCTIONS FOR CERTIFICATION

1.   By signing and submitting this proposal, the prospective recipient of Federal assistance funds is providing the certification as set out below.

The certification in this clause is a material representation of fact upon which reliance was placed when this transaction was entered into. If ... is later determined that the prospective recipient of Federal assistance funds knowingly rendered an erroneous certification, in addition to other remedies available to the Federal government, the Department of Labor (DOL) may pursue available remedies, including suspension and/or debarment.

3.   The prospective recipient of Federal assistance funds shall provide immediate written notice to the person to whom this proposal is submitted if at any time the prospective recipient of Federal assistance funds learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

4.   The terms "covered transaction," "debarred," "suspended," "ineligible," "lower tier covered transaction," "participant," "person," "primary covered transaction," "principal," "proposal," and "voluntarily excluded," as used in this clause, have the meanings set out in the Definitions and Coverage sections of rules implementing Executive Order 12549. You may contact the person to which this proposal is submitted for assistance in obtaining a copy of those regulations.

5.   The prospective recipient of Federal assistance funds agrees by submitting this proposal that, should the proposed covered transaction be entered into, it shall not knowingly enter into any lower tier covered transaction with a person who is debarred, suspended, declared ineligible, or voluntarily excluded from participation in this covered transaction, unless authorized by the DOL.

6.   The prospective recipient of Federal assistance further agrees by submitting this proposal that it will include the clause titled "Certification Regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion Lower Tier Covered Transactions," without modification, in all lower tier covered transactions and in all solicitations for lower tier covered transactions.

7.   A participant in a covered transaction may rely upon a certification of a prospective participant in a lower tier covered transaction that it is not debarred, suspended, ineligible, or voluntarily excluded from the covered transaction, unless it knows that the certification is erroneous. A participant may decide the method and frequency by which it determines the eligibility of its principals. Each participant may, but is not required to check the List of Parties Excluded from Procurement or Non-procurement Programs.

8.   Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render in good faith the certification required by this clause. The knowledge and information of a participant is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

Except for transactions authorized under paragraph 5 of these instructions, if a participant in a covered transaction knowingly enters into a er tier covered transaction with a person who is suspended, debarred, ineligible, or voluntarily excluded from participation in this transaction, .n addition to other remedies available to the Federal Government, the DOL may pursue available remedies, including suspension and /or debarment.



**Jobs, Education & Training   (JET)**

**Exhibit Page**

| | | |
|---|---|---|
| EXHIBIT Ii | Contract Summary | X |
| EXHIBIT I | Statement of Work | X |
| EXHIBIT IA-1 | Activity Plan Summary | X |
| | | |
| EXHIBIT IIA | Master Budget | X |
| EXHIBIT IIB | Line-Item | X |
| EXHIBIT IIC | Reasonableness of Cost | X |
| | | |
| EXHIBIT III | Contractor's Invoice | X |
| EXHIBIT IIIA | Employment Verification | X |
| | | |
| XHIBIT IV | Organization Chart, Staff List, (Job Descriptions)* | X |
| | | |
| EXHIBIT V | Equipment Inventory Requirements | X |
| EXHIBIT VI | Assurances | X |
| EXHIBIT VII | Prohibition on Lobbying | X |
| EXHIBIT VIII | Grievance Procedure (Non-Discrimination) | X |
| EXHIBIT VIIIA | Complaint Procedure (Discrimination) | X |
| EXHIBIT VIIIB | Employee Complaint Procedure re: Displacement by Public Employment/Training Program | X |

*Job Descriptions are on file at DWDD

*RFP on file at DWDD

*Proposal on file at DWDD

*Amendment to proposal on file at DWDD

Exhibit Ii

TWW & Associates
151 W. Fort Street
Detroit, MI 48226
(313) 963-8382

Slot Level 1,400, Placement 700, Retention* 700

## CONTRACT SUMMARY

FY '2012

| ACTUAL TRAINING DATES | TRAINING CURRICULUM | # OF PART. | # OF WEEKS | TOTAL HOURS | MINIMUM TRAINING HOURS | EXPECTED OUTCOME | GENERAL OCCUPATIONAL TARGET | MINIMUM PLACEMENT WAGE RATE | INDUSTRY ENTRY WAGE RATE |
|---|---|---|---|---|---|---|---|---|---|
| 10/1/11 – 9/30/12 | Exhibit I, Attachment B | 1,400 | 4 | Up to 160 hrs. | 40 | 700 Placements 700 Retentions | Various | $8.00 | $8.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

*Do Not Include Carry-Ins*

Revised 10/17/11

Exhibit I-1

Susan Dixson    WAYNE COUNTY CLERK    8/7/2018 11:10 AM

Cathy M. Garrett    FILED IN MY OFFICE    18-009704-CK

## TWW Employment Solutions
## JOBS, EDUCATION, AND TRAINING (JET)
## Statement of Work
## FY 2012

### PROGRAM OVERVIEW

TWW Employment Solutions will provide Job Search and Job Readiness (JS/JR) services to a minimum of (1,400) work-eligible individuals under the Jobs, Education, and Training (JET) Program during the contract period of October 1, 2011 through September 30, 2012. The contractor will place and retain at least 50% (700) of JET participants into unsubsidized employment, at no less than $8.00 per hour for 180 calendar days.

TWW Employment Solutions is expected to maintain a documented 50% participation rate for work-eligible participants in allowable activities to ensure that they are in compliance with federal participation requirements (see Policy Issuance 06-11 Change 7 and changes). In the TANF Final Rules, the U.S. Department of Health and Human Services issued strict standards for TANF participation. JET vendors are responsible for ensuring that federal participation rates are met. Federal regulations require that 50 percent of all single-parent families meet participation requirements and that 90 percent of two-parent families meet participation requirements in order to avoid reduction in program funding levels.

Effective October 1, 2011, Michigan will begin implementing stricter enforcement of the federal 60-month time limit, as well as executing the state's 48-month lifetime limit. The Federal time limit began on October 1, 1996, and the State limit began on October 1, 1997. An adult receives a count of one month for each month the participant receives FIP. Any participant case that has received FIP for 60 months or more, including cash assistance received in another state, will close effective October 1, 2011.

Effective October 1, 2011, the JET Program will no longer serve any TANF recipient whose case closes due to the participant reaching either the federal or state lifetime limit. Affected participants' cases will receive a Case Closure due to "Other" from Bridges on the One-Stop Management Information System (OSMIS). However, participants that are involved in a training or employment activity will need to have their JET participation terminated **manually** on the OSMIS. When OSMIS receives a case closure for a participant who has exceeded the 48 or 60 month time limit, the MWA can continue to pay for supportive services until the end of the calendar month.

TWW Employment Solutions is responsible for adhering to all policies and procedures set forth under the grant which include the Welfare Reform Management Information Guide (WRMIG), LARA Policy Issuances, Michigan's Minimum Wage Law, which will be used in conjunction with this Statement of Work as a basis for fulfilling programmatic requirements and report adherence.

Exhibit I-2

Susan Dixson    8/7/2018 11:10 AM    WAYNE COUNTY CLERK    Cathy M. Garrett    FILED IN MY OFFICE    CK    18-009704-CK

# CONTRACTOR PERFORMANCE

TWW Employment Solutions is responsible for adhering to all policies and procedures set forth under the grant and understand that their performance and continued funding is based upon the following:

Performance which falls below contract goals and objectives or, which otherwise, does not accord with contract standards, conditions, specifications, limitations and requirements will constitute non-compliance with the terms of this contract. The City will require TWW Employment Solutions to submit a corrective action plan, decline certain payments, and/or the City may terminate the contract altogether for non-compliance. For more, see Section XIV-Monitoring and Corrective Action in the line-item boilerplate, page17.

Failure to achieve contractual placement, retention, and participation rate goals stipulated herein will jeopardize future funding for the program(s) called for herein and may necessitate deobligation of the funds obligated hereunder.

Success in achieving or exceeding the contractual placement, retention, and participation rate goals stipulated herein will warrant the assignment of possible priority for additional funding for the program(s) called for herein, either during the current fiscal year or next fiscal year, provided all other contractual obligations are met and sufficient funds are available.

## PROGRAM DESIGN

### A.    Participant Referral Process

TWW Employment Solutions will accept for services individuals referred by the Wayne County Department of Human Services (DHS) and conduct the General Orientation at the training site. Individuals who have attended the General Orientation will be referred to hereinafter as "participants." All referrals will be made electronically by DHS staff via the One Stop Management Information System (OSMIS) Welfare Reform data input screen. TWW Employment Solutions will ensure that job readiness for each participant will begin no later than ten (10) days from the date the participant attended General Orientation.

It is the responsibility of the contractor to enter all participant data related to orientation, work activity, and the Individual Service Strategy (ISS) into the One Stop Management Information System (OSMIS), within two (2) business days of obtaining the information (LARA Policy Issuance 06-11 and changes).

It is further the contractor's responsibility to enter actual hours as outlined in LARA Policy Issuance 06-34, Change 10 and changes. Actual hours must be entered a minimum of every two (2) weeks for non-work activities, such as job search or education, and every week for employment.

Exhibit I-3

## B. Individual Assessment

TWW Employment Solutions will conduct an assessment of each JET participant to evaluate the individual's reading and math skills. Standardized assessment tools (i.e., TABE, COPES, Work Keys, CASAS, PESCO Sage Computerized/Manual System, and/or COPS) will be administered to assess prior work values, interest inventory, and employability skills. Participants assessed at a reading and/or math skill level below ninth grade on a standardized assessment, must participate in an appropriate, comprehensive basic skills education program to address these deficiencies.

All assessment information will be documented on the JET participant's Individual Services Strategy (ISS). The ISS is an electronic, web-based service plan used to outline the action steps for participants to become self-sufficient. The ISS must be periodically updated as the participants receive services that will lead to self-sufficiency and case closure. This document will be completed electronically and maintained in the OSMIS within 30 days of program enrollment. Participant will be provided with an acknowledgment copy of the ISS.

The ISS must be continuously updated via electronic case notes on the OSMIS, reflecting all changes in services received and records/documents kept, in addition to reflecting when participants meet goals and objectives of the plan or as changes occur to stated goals and objectives.

## C. Required Hours of Participation

TWW Employment Solutions will ensure that each JET participant strictly adheres to the required hours of participation, which must be entered into the OSMIS. **All adults** referred to JET will be required to participate from 20 to 55 hours per week to satisfy the State of Michigan's work participation requirements.

Documentation used to support hours of participation in all activities must meet the criteria set forth in Michigan's TANF Work Verification Plan. Contractor must continue to maintain adequate documentation in the case file for the 20/30/35/55 hours of work participation per week for each participant, as appropriate, for federal reporting purposes.

The required hours for federal reporting purposes are as follows:

Single-parent family with a child under the age of six ..........................................20
Single-parent family without a child under the age of six ......................................30
Two-parent family not utilizing federally-funded child day care ..........................35
Two-parent family utilizing federally-funded child day care ................................55

Additionally, JET participants are not required to test the labor market prior to entering activities such as condensed vocational training and secondary education.

Exhibit I-4

Forms of acceptable documentation for employed individuals include:

- Pay Stubs;
- Employer Reports;
- Employment Verification Forms; and
- Employment Attendance Records.

All documentation verifying participation in non-work activities must be maintained and updated **every two weeks**. Job Search/Job Readiness activities must be supervised and documented on a daily basis. Forms of acceptable documentation for non-work activities include:

- Authorized Timesheets with Required Signature(s);
- Verifiable Attendance Records;
- Job Search Logs;
- Performance Reviews Provided by the Contractor; or
- Official School Attendance Records.

## D.  Participant Orientation

General Orientation will be conducted at the contractor's site. Topics and material to be disseminated include the following:

- JET Program Goals And Objectives
- Participant Discrimination And Non-Discrimination Complaint/ Grievance Procedure Forms
- Equal Opportunity Statement
- Staff Introductions And Respective Role/Assignment
- Workshop, Job Search And Job Placement Schedules
- Attendance Policy
- Tour of Facility
- Overview of Rules And Regulations / Code of Conduct
- Individual Service Strategies (ISS) and/or Family Self-Sufficiency Plan (FSSP)

## E.  Allowable Activities

The Federal Final Rule identifies eight components as "core activities," and three components as "non-core activities." The remaining three activities "non-core activities" can only count as participation after the first 20 hours of participation requirement.

18-009704-CK   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   8/7/2018 11:10 AM   Susan Dixson

Exhibit I-5

The components and their classifications are outlined below:

Core Activities:

- Unsubsidized Employment
- Subsidized Public or Private Sector Employment
- Work Experience
- On-the-Job Training (OJT)
- Job Search and Job Readiness Assistance (limit of 12 weeks per year)
- Community Service Programs
- Vocational /Educational Training (12-month lifetime limit)
- Childcare (for an individual doing community service)

Non-Core Activities:

- Job Skills Training directly related to employment
- Education directly related to employment
- Secondary Education (attendance at high school for completion or GED preparation)

The following referral services should also be made available for JET participants:

- Treatment services (i.e., substance abuse, mental health, and disabilities);
- Supportive services (i.e., automobile purchase, automobile repair, housing, utility, emergency food, clothing, and other services);
- Family stability services (i.e., spousal abuse, parenting, conflict resolution, family literacy, childcare, nutrition, fatherhood, marriage and early childhood education);
- Life skills education and support (i.e., dietetics and nutrition, consumer education, housing and environment, and apparel, textiles, and other related services);
- Asset building and financial support (i.e., money management, homeownership, Individual Development Accounts and other related services).

JET participants will be able to combine these activities with reduction in work hours. TWW Employment Solutions is responsible for ensuring that appropriate documentation of activities and hours of participation for all JET participants are available for review (e.g., times sheets, referral forms, etc.) indicating participants are fulfilling the requisite hours obligation to remain in compliance.

F.    Training Hours and Holidays:

TWW Employment Solution's Job Search and Job Readiness activities will be conducted Monday through Friday from 8:30 a.m. until 4:30 p.m. with a scheduled lunch from 12:00 p.m. to 12:30 p.m.

Scheduled contractor activities will not be conducted on the following official holiday observances:

Exhibit I-6

| Veteran's Day | 11/11/11 | New Year's Day Observ. | 01/02/12 |
|---|---|---|---|
| Thanksgiving Day | 11/24/11 | MLK Birthday Day | 01/16/12 |
| Day After Thanksgiving | 11/25/11 | Good Friday | 04/06/12 |
| Christmas Eve Observance | 12/2311 | Memorial Day | 05/28/12 |
| Christmas Day Observance | 12/26/11 | Independence Day | 07/04/12 |
| New Year's Eve Observance | 12/30/11 | Labor Day | 09/03/12 |

**Any other days, which are not listed above, including closings for inclement weather, require approval from the MWA. Holidays will not interfere with the required hours of participation.**

## G.    Attendance Control

TWW Employment Solutions will monitor the number of participants who report to general orientation and are enrolled in an activity to ensure that an overall minimum of 75% attendance is maintained. Participants who do not fulfill the required participation hours will be reported to DHS for triage.

Reasons for scheduling a meeting with a Triage Specialist for non-compliance are as follows: (See Policy Issuance 06-34 and changes)

- Missed appointment/meeting
- No participation in required activity
- Refused job referral
- Refused to complete job application
- Missed interview
- Oral/written refusal to comply
- Disruptive/abusive behavior
- Refused supportive services
- Refused employment
- Quit or was fired from job

During JS/JR activities, the participant's attendance must be documented on a daily sign-in sheet. Participants will be required to sign in (full name signature) immediately upon arrival to the program facility, in and out for lunch, and sign out upon leaving the facility each day for the duration of the program. **Each participant must sign his or her own name. TWW Employment Solutions is not allowed to sign in or out for participants.**

TWW Employment Solutions will be responsible for checking attendance records daily, maintaining records throughout the program, and keeping a master record of each participant's attendance, which will be separate from the participant sign-in sheets. Participants with attendance problems will be referred to counseling.

Exhibit I-7

Participants will document attendance when in the field conducting independent job search. This documentation will serve as evidence of participation in the program while conducting job seeking and interview activities. The following information should appear in the documentation: employer's address, telephone number, contact person(s) (signatures, if possible), status of job search activity, participant's name, time of activity, and date.

### Excused Absences

For the purposes of meeting work participation, actual hours may include the hours for which an individual was paid, including paid holidays and sick leave. For participation in unpaid work activities, it may also include excused absences for hours missed due to holidays, and a maximum of an additional 10 days of excused absences in any 12-month period; no more than two of which may occur in a month.

Before a participant can be terminated, a "Triage" session must be held to determine good cause for non-compliance. Participants who do not qualify for deferral will receive sanctioned penalties by the DHS.

## H. Curriculum

The JET Protocol, Exhibit I, Attachment A must be used to enhance job seeking skills and job retention. Participants who have demonstrated comprehension of the elements of the protocol may be allowed to be fast-tracked into employment and/or training opportunities. The case notes should document that the participant has received the necessary elements of the protocol. (See LARA Policy Issuance for a definition of job search and job readiness Exhibit I, Attachment I, page 7.) Skills to be taught include, but are not limited to:

- Attendance and Punctuality
- Career Awareness
- Conflict Resolution
- Financial and Time Management
- Dealing with Criticism and Complaints
- Hygiene and Personal Grooming
- How to Complete a Job Application
- Resume Writing
- Interviewing Techniques
- Telephone Techniques
- Effective Communication
- Labor Market Information
- Life Skills, and
- Substance Abuse

Exhibit I-8

### I. Quality of Life Initiative

TWW Employment Solutions must include a life skills component dedicated to a Quality of Life initiative. This component should address the personal responsibility of focusing on the learning and development of youth, the overall safety of citizens, and maintaining of a litter-free city.

Additionally, contractors are directly responsible for maintaining a safe, clean, accessible, and litter-free building, including their surrounding property, such as entrances, exits, parking lots, curbs, alleyways, lawns, and all parts of the interior.

### J. Instructional Methods

A variety of instructional methods will be implemented throughout the JS/JR to provide participants with the most up-to-date and effective services available. Such methods will include lectures, mock interviews, demonstrations, discussion periods, role-playing, videos, and practical application.

### K. Instructional Tools, Equipment and Supplies

TWW Employment Solutions will provide, at no cost to the participant, all of the necessary tools, equipment, and supplies.

### L. Employment Related Comprehensive Counseling

Pre and post interview counseling will be conducted to evaluate how the participant performed on his/her job interview and discuss ways to prepare for the next interview, if needed.

Each participant will be assigned a counselor by TWW Employment Solutions who will be the same person for each contact with participant.

Records of all placement steps will be kept, including records of employer contacts made, referrals, outcome of interview(s), employment documentation, retention and follow-up.

One-on-one counseling will be performed as needed, and must be documented in the participant's folder, as well as recorded on the Management Information System.

### M. Comprehensive Guidance Counseling and Supportive Services

TWW Employment Solution's case managers will provide guidance counseling to participants. Such services will include counseling, referrals for such services as medical, mental health and substance abuse assistance, along with provisions for bus tickets. Facilitating the attainment of financial assistance for those pursuing continuing education is required, as well.

Susan Dixson 8/7/2018 11:10 AM WAYNE COUNTY CLERK Cathy M. Garrett FILED IN MY OFFICE 18-009704-CK

Exhibit I-9

Supportive services will be available to participants in the form of mileage reimbursement, auto repair, auto purchase, auto insurance, work-related clothing, work-related tools, and other support services, that may be provided by the Detroit Workforce Development Department and/or designated JET contractor(s).

Participants are required to obtain three written estimates when requesting work-related clothing, tools, auto repair, auto purchase, etc. The TWW Employment Solutions is responsible for ensuring that an itemized receipt is obtained for the amount of the supportive service check and or greater than that amount. A copy of this receipt must be forwarded to the designated supportive service provider. Failure to provide itemized receipts will prevent participants from receiving additional supportive services, and will require the contractor to reimburse the designated supportive service provider for any undocumented supportive service payments.

## N. Case Management/Follow-up and Placement Verification

TWW Employment Solutions will provide case management activities as necessary to assist participants in achieving employment at sufficient wages and hours, which will result in TANF case closure. Examples of such activities include: working with employers to develop career ladder programs to provide more working hours to a participant; enrollment of participants into Post-Employment Training programs; consulting with the participant's Department of Human Services (DHS) Human Services Specialist to address situational barriers; and utilizing other community agencies for additional necessary services. Case Managers may elect to participate in home calls with DHS, but they must participate with DHS in the mandatory triage meetings with their participants.

TWW Employment Solutions will be responsible for case management follow-up every 30 days until case closure by DHS or non-compliance, whichever occurs first. An Employment Verification Form (Exhibit IIIC or other approved form) will be captured in participant case notes and retained in the participant's file folder. TWW Employment Solutions will document 90 and 180 day employment retention for JET participants and subsequent 60-day follow-up in the OSMIS until case closure.

TWW Employment Solutions is required to record all appropriate case management information and follow-up notes in a timely manner, which is defined as at least once every two weeks. Information may include identified barriers and steps taken to remove them, supportive services, and employment information from each follow-up. Failure to adhere to this timeline will place the contractor in non-compliance and may jeopardize the contractor's funding.

## O. Participants Not Placed

When a participant completes the initial four (4) weeks of job search and job readiness activities without finding employment, TWW Employment Solutions will complete a four (4) week Job Search/Job Readiness Re-Assessment (See Exhibit I, Attachment D).

Exhibit I-10

This re-assessment will become part of the participant's file folder, and it must be done prior to completion of the fifth (5th) week. It will consist of:

- Identification of the barriers, which may have prevented the participant from obtaining employment;
- A description of the steps that will be taken to remove those barriers, including the identification of appropriate education and training programs available to the participant.

## P. Staff Responsibilities and Qualifications

The staff list and organizational chart are listed in Exhibit IV. TWW Employment Solutions is responsible for notifying the Program and Fiscal Planners, in writing, of staffing changes within five (5) business days of such change.

## Q. Participant Files

The following documents must be contained in each participant's file folder:

- Appointment Letter (given to participant at General Orientation)
- Signed Authorization for Release of Information Form
- Signed "Participant Complaint/Grievance Procedure (Non Discrimination Cases)"
- Signed "Discrimination Complaint Procedure"
- Appeal Process for Program Assignment and Equal Opportunity Statement
- Detailed Updated Case Notes
- Attendance Sheets
- Actual Hours Documentation
- Completed Supportive Services Request Form (if applicable)
- Copy of Supportive Services Payment Check with Participant's Signature along with receipts
- JET Participant Job Readiness Calendar Exhibit I, Attachment C Forms(s)
- Four Week Job Search/Job Readiness Re-Assessment Exhibit I, Attachment D
- Completed Employment Entry and Verification Form(s)*
- Individual Action Plans and Service Strategy

*Verification of employment is required to be retained in the participant's file folder, as well as verification of 90/180-day retention and subsequent 60-day follow-up through case closure. Exhibit IIIC can be used for this purpose or some other hard copy proof of verification with verifier's signature affixed, employer's representative's name and the date verification was made.

**ISS and case notes are electronically maintained in the OSMIS but available upon request by the MWA and/or State of Michigan.

Exhibit I-11

The "Social Security Number Privacy Act" Public Act 454 of 2004 prohibits the use of all or more than four sequential digits of an employee, student, or other individual's Social Security number, with the exception of:

"(i) State or federal law, rule, regulation, or court order or rule authorizes, permits, or requires that a social security number appear in the document.

(ii) The document is sent as part of an application or enrollment process initiated by the individual."

*Excerpt from Legislative Analysis, Social Security Number Privacy Act (Senate Bill 795 as passed by the Senate) and Public Act 454 of 2004.*

## R. Other Required Documents

TWW Employment Solutions is also responsible for the timely submission of the following:

- Contractor Invoice (Due the 5th working day of each month)
- Monthly Cumulative Earning and Actual Earning Report

# 2012 JET CONTRACTORS PROGRAM DESIGN
## WEEK 1

## *INITIAL ASSESSMENT*
## *20 – 35 VERIFIABLE HOURS OF PARTICIPATION*

| *ACTIVITY* | *PRODUCT / OUTCOME* | *REQUIRED FORMS*<br>*(to be developed and submit to DWDD for approval)* |
|---|---|---|
| 1. Required Assessments<br>• TABE or Equivalent<br>• FAST | TABE<br>FAST Confirmation Number for each client | Individual client sign-in sheet |
| 2. ISS | Client completed ISS | Counseling form |
| . Assign Case Manager / Counselor | Client Case Load for Case Manager | Goal sheets |
| . Individual client meeting<br> a 1st week with case  nager / counselor<br> a. Barrier Identification<br> b. Supportive Service needs Determination, i.e.<br> • Birth Certificate<br> • Driver's License<br> • Car Repair<br> • Licensure<br> • Clothing<br> c. Develop preliminary short/long term goals | Counseling notes / participant sign-off<br><br>Supportive Services plan | |
| Assign client to General Enrichment Workshops, i.e.<br> • Appearance<br> • Attitude<br> • Domestic Violence, etc. | List of Goals (measurable) | Activity sign-in sheet |
| D∼ une client schedule .velop Initial Client  ucipation Plan | Participation plan including Client schedule of activities | Client participation form |

18-009704-CK WAYNE COUNTY CLERK 8/7/2018 11:10 AM Susan Dixson Cathy M. Garrett FILED IN MY OFFICE

# 2012 JET CONTRACTORS PROGRAM DESIGN
## WEEK 2

### *JOB READINESS TRAINING*
### *20 – 35 VERIFIABLE HOURS OF PARTICIPATION*
### *(Refer to Required Course Outline Attached)*

| ACTIVITY | PRODUCT / OUTCOME | REQUIRED FORMS *(to be developed and submit to DWDD for approval)* |
|---|---|---|
| !. Job Readiness Training | Certificate of Completion 2-3 assessments Participant portfolio | Materials / Forms Specific curriculum and training materials |
| . Individual Counseling | Counseling notes with Participant sign-off | |
| w and update client _rticipation plan | Updated plan | |
| Prepare 4 year plan | 4-year plan/strategy toward self-sufficiency | Long-term plan description, emphasize reduction/elimination of cash benefits |
| Education / Training referral *(Based on review of assessments and scores)* | Client Referral Materials for developing career and Job Search Plan | Referral forms completed i.e.: Career Center Training GED, etc. |

# 2012 JET CONTRACTORS PROGRAM DESIGN
## COURSE OULTINE
## FOR DWDD JET CONTRACTORS
## WEEK 2

### *Staff must attend DWDD Workshop for Job Readiness Training Protocol

#### Day I

8:30 a.m. – 10:00 a.m.        Client Interview / Counseling

10:00 a.m. – 12:00 p.m.      Self Discovery
Values Assessment
Cataloging Personal Accomplishments and Skills
Whether work-related or not – What does client
know how to do?

1:00 p.m. &- 3:30 p.m.      What's important – Personal Values
Personal Expectations for Employment
Identifying Personal Barriers to Success

#### Day II

3:30 a.m. – 10:00 a.m.
10:00 a.m. – 12:00 p.m.      Client Interview / Counseling
External Barriers to Success
Career Assessments Inventory

1:00 p.m. – 3:30 p.m.      Setting Goals – Short & Long Term

#### Day III

8:30 a.m. – 10:00 a.m.
10:00 a.m. – 12:00 p.m.      Client Interview / Counseling
Social Skills

1:00 p.m. – 3:30 p.m.      Decision Making Skills

#### Day IV

8:30 a.m. – 10:00 a.m.
10:00 a.m. – 12:00 p.m.      Client Interview / Counseling
Employment Skills

1:00 p.m. – 3:30 p.m.      Developing & evaluating your resume'
(Not Talent Bank Resume: Must be customized
to client)

#### Day V

_ a.m. – 10:00 a.m.
_00 a.m. – 12:00 p.m.      Client Interview / Counseling
Job Search & Communication Skills
Job Survival and Success Assessment

Susan Dixson    8/7/2018 11:10 AM    WAYNE COUNTY CLERK    Cathy M. Garrett    FILED IN MY OFFICE    18-009704-CK