UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### ORDER GRANTING EXTENSION OF THE DEADLINE FOR THE DETROIT POLICE OFFICERS ASSOCIATION ("DPOA") AND THE DETROIT FIRE FIGHTERS ASSOCIATION, IAFF LOCAL 344 ("DFFA") TO OBJECT OR TO OTHERWISE RESPOND TO THE CITY OF DETROIT'S MOTION TO MODIFY THE CONFIRMED PLAN OF ADJUSTMENT TO REVISE THE "DROP" PROGRAM FOR POLICE OFFICERS

This case is before the Court on the stipulation, filed September 26, 2018 (Docket # 12906, the "Stipulation"), entitled "Stipulation for Entry of Order Granting Extension of the Deadline for the Detroit Police Officers Association ('DPOA') and the Detroit Fire Fighters Association, IAFF Local 344 ('DFFA') to Object or to Otherwise Respond to the City of Detroit's Motion to Modify the Confirmed Plan of Adjustment to Revise the 'DROP' Program for Police Officers." In the Stipulation, the parties have agreed to an order extending the deadline for the DPOA and the DFFA to respond to the City's motion entitled "City of Detroit's Motion for Authority to Modify the Confirmed Plan of Adjustment to Revise the 'DROP' Program for Police Officers" (Docket # 12896, the "Motion"). The Court finds good cause to enter this Order.

IT IS ORDERED that the deadline for the DPOA and the DFFA to object or to otherwise respond to the Motion is extended through and including October 15, 2018.

**Signed on September 26, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge