UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**STIPULATION FOR ENTRY OF ORDER GRANTING SECOND EXTENSION OF THE DEADLINE FOR THE DETROIT POLICE OFFICERS ASSOCIATION ("DPOA") AND THE DETROIT FIRE FIGHTERS ASSOCIATION, IAFF LOCAL 344 ("DFFA") TO OBJECT OR TO OTHERWISE RESPOND TO THE CITY OF DETROIT'S MOTION TO MODIFY THE CONFIRMED PLAN OF ADJUSTMENT TO REVISE THE "DROP" PROGRAM FOR POLICE OFFICERS**

The City of Detroit, Michigan ("City") and the Detroit Police Officers Association ("DPOA") and the Detroit Fire Fighters Association ("DFFA"), by their undersigned counsel, hereby stipulate and agree as follows:

1. On September 13, 2018, the City filed the Motion to Modify the Confirmed Plan of Adjustment to Revise the "DROP" Program for Police Officers (the "Motion"). [Doc. No. 12896].

2. The current deadline for the DPOA and DFFA to object or to otherwise respond to the Motion is October 15, 2018.

3. The parties have conferred, and the City has agreed to extend the deadline for the DPOA and the DFFA to object or otherwise respond to the Motion through and including Monday, October 22, 2018.

WHEREFORE, the Parties respectfully request that the Court enter an order extending the deadline for the DPOA and the DFFA to file their objection or other response to the Motion through and including October 22, 2018, in substantially the same form as the proposed order attached as Exhibit 1.

STIPULATED AND AGREED TO ON October 10, 2018:

LAW OFFICE OF BARBARA A. PATEK, P.L.C.

By: /s/ Barbara A. Patek
Barbara A. Patek, Esq.
Law Office of Barbara A. Patek, P.L.C.
27 E. Flint Street, Suite 2
Lake Orion, Michigan 48362
Telephone: (248) 814-9470
pateklaw@gmail.com

Counsel for the Detroit Police Officers Association and the Detroit Fire Fighters Association

MILLER CANFIELD PADDOCK & STONE, PLC

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

Counsel for the City of Detroit, Michigan

# EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING SECOND EXTENSION OF THE DEADLINE FOR THE DETROIT POLICE OFFICERS ASSOCIATION ("DPOA") AND THE DETROIT FIRE FIGHTERS ASSOCIATION, IAFF LOCAL 344 ("DFFA") TO OBJECT OR TO OTHERWISE RESPOND TO THE CITY OF DETROIT'S MOTION TO MODIFY THE CONFIRMED PLAN OF ADJUSTMENT TO REVISE THE "DROP" PROGRAM FOR POLICE OFFICERS**

Upon the Stipulation for Order Granting Extension of the Deadline for the Detroit Police Officers Association ("DPOA") and the Detroit Fire Fighters Association, IAFF Local 344 ("DFFA") to Object or to Otherwise Respond to the City of Detroit's Motion to Modify the Confirmed Plan of Adjustment to Revise the "DROP" Program for Police Officers [Doc. No. 12896] (the "Motion"); and the Court being otherwise advised in the premises;

IT IS ORDERED THAT the deadline for the DPOA and the DFFA to object or to otherwise respond to the City's Motion is hereby extended through and including October 22, 2018.