# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>    Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING SECOND EXTENSION OF THE DEADLINE FOR THE DETROIT POLICE OFFICERS ASSOCIATION ("DPOA") AND THE DETROIT FIRE FIGHTERS ASSOCIATION, IAFF LOCAL 344 ("DFFA") TO OBJECT OR TO OTHERWISE RESPOND TO THE CITY OF DETROIT'S MOTION TO MODIFY THE CONFIRMED PLAN OF ADJUSTMENT TO REVISE THE "DROP" PROGRAM FOR POLICE OFFICERS**

This case is before the Court on the stipulation, filed October 10, 2018 (Docket # 12911, the "Stipulation"), entitled "Stipulation for Entry of Order Granting Second Extension of the Deadline for the Detroit Police Officers Association ("DPOA") and the Detroit Fire Fighters Association, IAFF Local 344 ("DFFA") to Object or to Otherwise Respond to the City of Detroit's Motion to Modify the Confirmed Plan of Adjustment to Revise the "Drop" Program for Police Officers." In the Stipulation, the parties have agreed to an order further extending the deadline for the DPOA and the DFFA to respond to the City's motion entitled "City of Detroit's Motion to Modify the Confirmed Plan of Adjustment to Revise the 'DROP' Program for Police Officers" (Docket # 12896, the "Motion"). The Court finds good cause to enter this Order.

IT IS ORDERED THAT the deadline for the DPOA and the DFFA to object or to otherwise respond to the City's Motion is extended through and including October 22, 2018.

**Signed on October 10, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge