UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

**RECEIVED OCT 10 2018 CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN**

IN RE: City of Detroit

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Tucker

Debtor.
_____/

MOTION FOR/TO __File Paper Pleading__

NOW COMES Debtor(s), and brings this motion. In support of Debtor(s)'s motion, Debtor states the following [state the facts]:

1. I am counsel to TWW, plaintiff in a civil action pending in Wayne County Circuit Court.

2. I am requesting permission to file a paper pleading. I am having technical issues with my PACER account, which is not allowing me to update/upload.

3. Debtor requests permission to file paper pleading.

WHEREFORE, Debtor requests this Court to consider Debtor's Motion and afford Debtor what further relief this Court deems equitable and just. A copy of a proposed Order is attached hereto.

Dated: 10/10/18

Respectfully submitted,

_____
(Debtor's Signature)
Print Name: Anthony Adams

_____
(Co-Debtor's Signature)
Print Name: _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

City of Detroit

Debtor.

CASE NO: 13-53846
CHAPTER: 9

## CERTIFICATE OF SERVICE

I hereby certify that on 10/10/18 (date of mailing), I served copies as follows:

1. Document(s) served: Motion to file Paper Pleading

2. Served upon [name and address of each person served]:

   Marc Swanson, Esq
   Miller Canfield
   170 W. Jefferson, Suite 2500
   Detroit, MI. 48226

3. By First Class Mail.

Dated: 10/10/18

(Signature)

Print Name: Anthony Adams