UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

City of Detroit

CASE NO: 13-53846
CHAPTER: 9
JUDGE: Tucker

Debtor.
_____/

ORDER GRANTING MOTION FOR/TO  File Paper Pleading

This matter having come before the Court on TWW Employment Solutions's motion, the Court having considered the motion, and having found cause:

IT IS ORDERED that the motion is granted, and TWW Employment Solutions may file in paper form its Response, and its Brief in Opposition, to the City of Detroit's Motion against TWW Employment Solutions, filed 9-25-18, at Docket #12905.

Signed: 10-15-18

Thomas J. Tucker
United States Bankruptcy Judge