Marine Adams Law PC • 7650 2nd Ave, Suite 113 • Detroit, MI 48202 • Phone: (313) 961-5535 • Fax: (313) 961-9897

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:   Bankruptcy Case No 13-53846

City of Detroit, Michigan,   Judge Thomas J. Tucker

Debtor.   Chapter 9

## RESPONSE IN OPOSITION TO DEBTOR TO CITY OF DETROIT'S MOTION FOR ENTRY OF AN ORDER ENFORCING THE CONFIRMATION ORDER AND BAR DATE ORDER AGAINST TWW EMPLOYMENT SOLUTIONS, LLC

NOW COMES TWW Employment Solution ("TWW"), by and through its attorneys, Marine Adams law PC, and in Response to the Motion for Entry of an Order Enforcing the confirmation Order and Bar Date (" Bankruptcy Order") against TWW states as follows:

1. TWW has filed an action against the City of Detroit Workforce Development Department, and Detroit Employment Solutions Corporation, seeking to recover certain federal monies due and owing TWW as the result of its having perform certain job training services for the Defendants.

2. Employment Solutions, LLC ("TWW") has filed an action in Wayne County Circuit Court to recover certain federal monies due and owning TWW because of a contractual relationship that existed between itself, Workforce Development and its successor-in- interest entity, Detroit Employment Services Corporation ("DESC").

1

3. That TWW provided certain job training services and expended funds in fulfillment of its contract with Workforce Development.

4. That under its contract was to be reimbursed from federal monies received by Workforce Development. It appears that DESC, as successor-in-interest to Workforce Development, obligated itself to pay its debt.

5. That the City contends that the Bankruptcy Bar Order blocks any attempt by TWW to recover from Workforce Development.

6. That TWW believes that the Bankruptcy Order is not a bar to any action brought against Workforce Development because that entity is separate and distinct from the City.

7. That as a separate and distinct legal entity it is not subject to the Bankruptcy Order.

For these reasons, TWW believe that an order enforcing the City's Bankruptcy Bar date is inappropriate as against WDD or its successor entity DESC.

Respectfully submitted,

MARINE ADAMS LAW PC

By: _____
Anthony Adams, Esq. (P33965)
Lynn Marine-Adams, Esq. (P47239)
*Counsel for Plaintiff*
7650 2nd Ave, Suite 113
Detroit, MI 48202
(313)961-5535; Fax (313) 961-9897
aadams@marineadamslawpc.com
lmadams@marineadamslawpc.com

Dated: October 11, 2018

Marine Adams Law PC • 7650 2nd Ave. Suite 113 • Detroit, MI 48202 • Phone: (313) 961-5535 • Fax: (313) 961-9897

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                                          Bankruptcy Case No 13-53846

City of Detroit, Michigan,                      Judge Thomas J. Tucker

    Debtor.                                  Chapter 9

## PROOF OF SERVICE

The undersigned hereby certifies that on October 10, 2018, he served a copy of the PLAINTIFF'S RESPONSE IN OPPOSITION TO DEBTOR TO CITY OF DETROIT'S MOTION FOR ENTRY OF AN ORDER ENFORCING THE CONFIRMATION ORDER AND BAR DATE ORDER AGAINST TWW EMPLOYMENT SOLUTIONS, LLC and PROOF OF SERVICE to:

1. Charles Raimi, Esq.
   CITY OF DETROIT
   *Counsel for Defendants City of Detroit & City of Detroit Workforce Development*
   Deputy Corporation Counsel
   500 Coleman A. Young Municipal Center
   Detroit, MI 48226

2. Marc Swanson, Esq.
   MILLER, CANFIELD, PADDOCK AND STONE, P.L.C
   150 West Jefferson, Suite 2500
   Detroit, MI 48226

*Via* Hand Delivery.

Respectfully submitted,

MARINE ADAMS LAW, PC

By: /s/ Anthony Adams

Anthony Adams, Esq. (P33965)
*Counsel for Plaintiff*
7650 2nd Ave, Suite 113
Detroit, MI 48202
(313) 961-5535; Fax (313) 961-9897

Dated: October 11, 2018