UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
CITY OF DETROIT, MICHIGAN    CASE NO.  13-53846
                             CHAPTER   9
                             JUDGE:    STEVEN W. RHODES
_____Debtor_____/

### REQUEST TO BE REMOVED FROM ECF NOTIFICATIONS

B.O.C. Law Group, PC, by William R. Orlow for Sandra Guntzviller states that B.O.C. Law Group, PC no longer have an interest in these proceedings, and he requests that the following email address be removed from ECF notifications and requests that he no longer receive electronic filings in this bankruptcy proceeding:

bocecf@boclaw.com

jasoncardasis@boclaw.com

          Respectfully submitted,

          /s/ William R. Orlow
          B.O.C. Law Group, P.C.
          By:    William R. Orlow (P41634)
          24100 Woodward Avenue, Suite B
          Pleasant Ridge, Michigan 48069
          (248) 584-2100
          bocecf@boclaw.com

Dated: October 16, 2018