# KILPATRICK & ASSOCIATES, P.C.
## Attorneys and Counselors at Law
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
Phone: (248) 377-0700
Fax: (248) 377-0800

**RICHARDO I. KILPATRICK**

*Noel J. Ravenscroft*  615 Griswold, Suite 1305
*Keith G. Reid*  Detroit, MI 48226-3985
*Michael T. Brown*

October 19, 2018

Clerk of the Court  Sent via email and first class mail
United States Bankruptcy Court
Eastern District of Michigan
211 W. Fort Street
Detroit, MI 48226

Re:  James M. McArdle (P82443)

Dear Sir or Madam,

Effective October 19, 2018, James M. McArdle is no longer with Kilpatrick & Associates, P.C. Please reassign all the cases on the system assigned to James M. McArdle for Kilpatrick & Associates, P.C. to Noel J. Ravenscroft.

Please contact me if you have any questions.

Very truly yours,

*Richardo I. Kilpatrick*

Richardo I. Kilpatrick

RIK/kss