UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING THIRD EXTENSION OF THE DEADLINE FOR THE DETROIT FIRE FIGHTERS ASSOCIATION, IAFF LOCAL 344 ("DFFA") TO OBJECT OR TO OTHERWISE RESPOND TO THE CITY OF DETROIT'S MOTION TO MODIFY THE CONFIRMED PLAN OF ADJUSTMENT TO REVISE THE "DROP" PROGRAM FOR POLICE OFFICERS**

Upon the stipulation filed October 22, 2018 (Docket # 12923, the "Stipulation"), entitled "Stipulation for Entry of Order Granting Third Extension of the Deadline for the Detroit Fire Fighters Association, IAFF Local 344 ("DFFA") to Object or to Otherwise Respond to the City of Detroit's Motion to Modify the Confirmed Plan of Adjustment to Revise the 'DROP' Program for Police Officers;" and the Court being otherwise advised in the premises;

IT IS ORDERED THAT the deadline for the DFFA to object or to otherwise respond to the City's Motion referred to in the Stipulation is extended through and including October 26, 2018.

**Signed on October 22, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge