Form:ntadjBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF ADJOURNED HEARING

PLEASE TAKE NOTICE that the HEARING on 10/24/2018 at 1:30 pm to consider and act upon the following:

*12905* − Motion to Enforce City of Detroits Motion for the Entry of an Order Enforcing the Confirmation Order and Bar Date Order Against TWW Employment Solutions, LLC Filed by Debtor In Possession City of Detroit, Michigan (Attachments: # 1 Exhibit Exhibit 6−1 part 1 # 2 Exhibit Exhibit 6−1 part 2 # 3 Exhibit Exhibit 6−1 part 3 # 4 Exhibit Exhibit 6−1 part 4 # 5 Exhibit Exhibit 6−1 part 5 # 6 Exhibit Exhibit 6−1 part 6 # 7 Exhibit Exhibit 6−1 part 7 # 8 Exhibit Exhibit 6−1 part 8) (Swanson, Marc)

is hereby adjourned to: 11/14/18 at 01:30 PM at Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226

Dated: 10/23/18

                                                BY THE COURT

                                                Katherine B. Gullo, Clerk of Court
                                                U.S. Bankruptcy Court