UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 13-53846

CITY OF DETROIT, MICHIGAN,  Chapter 9

        Debtor.  Judge Thomas J. Tucker
_____/

# ORDER GRANTING THE MOTION FOR RECONSIDERATION FILED BY H.D.V. GREEKTOWN, LLC, 415 EAST CONGRESS, LLC, AND K&P, INCORPORATED (DOCKET # 12882); VACATING THE COURT'S ORDER OF AUGUST 2, 2018 (DOCKET # 12863), AND DENYING THE CITY OF DETROIT'S MOTION FILED JULY 11, 2018 (DOCKET # 12852)

This case came before the Court for a hearing on October 24, 2018, on the corrected motion for reconsideration filed on August 20, 2018 by H.D.V. Greektown, LLC, 415 East Congress, LLC, and K&P, Incorporated (Docket # 12882, the "Motion").[1] Confirming action taken by the Court during the hearing, and for the reasons stated by the Court on the record during the hearing,

IT IS ORDERED that:

1. The Motion (Docket # 12882) is granted.

2. The Court's Order entered on August 2, 2018 (Docket # 12863) is vacated.

3. The City of Detroit's motion entitled "City of Detroit's Motion for the Entry of an Order Enforcing the Plan of Adjustment Injunction Against H.D.V. Greektown, LLC, 415 East Congress, LLC, and K&P, Incorporated," filed on July 11, 2018 (Docket # 12852), is denied.

**Signed on October 24, 2018**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**

---

[1] The Motion amended and superceded the motion for reconsideration filed on August 16, 2018 (Docket # 12873).