# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## STIPULATION FOR ADJOURNMENT OF HEARING ON CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE CONFIRMATION ORDER AND BAR DATE ORDER AGAINST TWW EMPLOYMENT SOLUTIONS, LLC

The City of Detroit, Michigan and TWW Employment Solutions, LLC, by their undersigned counsel, hereby stipulate to the entry of the proposed order, attached hereto as Exhibit 1, adjourning the hearing on *City of Detroit's Motion for the Entry of an Order Enforcing the Confirmation Order and Bar Date Order Against TWW Employment Solutions, LLC* [Doc. No. 12905], currently scheduled to take place on November 14, 2018 because TWW's counsel will be out of town on that date.

By: /s/ Anthony Adams
Anthony Adams
7650 2nd Ave, Suite 113
Detroit, MI 48202
Telephone: (313) 961-5535
aadams@marineadamslawpc.com

By: /s/ Marc N. Swanson
Marc N. Swanson
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

October 26, 2018

# EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER ADJOURNING HEARING ON CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE CONFIRMATION ORDER AND BAR DATE ORDER AGAINST TWW EMPLOYMENT SOLUTIONS, LLC

Upon the Stipulation by and between the City of Detroit, Michigan and TWW Employment Solutions, LLC, for the entry of an order adjourning the hearing on *City of Detroit's Motion for the Entry of an Order Enforcing the Confirmation Order and Bar Date Order Against TWW Employment Solutions, LLC* [Doc. No. 12905] ("Motion"); and the Court being otherwise advised in the premises;

IT IS ORDERED that the hearing on Motion is hereby adjourned to November 28, 2018 at 1:30 p.m.