# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

### ORDER ADJOURNING HEARING ON CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE CONFIRMATION ORDER AND BAR DATE ORDER AGAINST TWW EMPLOYMENT SOLUTIONS, LLC

Based on the stipulation filed October 26, 2018 (Docket # 12932), by and between the City of Detroit, Michigan and TWW Employment Solutions, LLC, for the entry of an order adjourning the hearing on *City of Detroit's Motion for the Entry of an Order Enforcing the Confirmation Order and Bar Date Order Against TWW Employment Solutions, LLC* (Docket # 12905, the "Motion"); and the Court being otherwise advised in the premises;

IT IS ORDERED that the hearing on Motion, currently scheduled for November 14, 2018, is adjourned to **November 28, 2018 at 1:30 p.m.**

**Signed on October 26, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge