

Rochester | Grand Rapids | Chicago | St. Louis

October 30, 2018

To whom it may concern:

This letter is to inform you that as of October 12, 2018, Adam Berman (P68586) is no longer with the firm of Potestivo & Associates, P.C. All bankruptcy cases where Adam Berman has filed a Notice of Appearance will now be handled by Cheryl D. Cook (P52128) of Potestivo & Associates, P.C., 251 Diversion Street, Rochester, MI 48307. Please ensure all cases are appropriately transferred.

Should you have any questions or concerns, please feel free to contact our office. Thank you for your attention to this matter.

Regards,

POTESTIVO & ASSOCIATES, P.C.

Rachelle Magolan
Bankruptcy Manager
Phone: (248) 853-4400 x 1112
Email: rmagolan@potestivolaw.com