# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| In re:<br>City of Detroit, Michigan,<br>            Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |
|---|---|

## DESIGNATION OF ALLOWED CLAIMS

On or about February 13, 2014, Nemeth Law, P.C., f/k/a Nemeth Burwell P.C. filed claim number 938 as a general unsecured claim in the amount of $45,499.78 and on or about February 18, 2014, Clark Hill filed claim number 1389 as a general unsecured claim in the $45,000.00. Pursuant to Article I, section A.19 of the *Eighth Amended Plan for the Adjustment of Debts of the City of Detroit* ("Plan"), the City of Detroit hereby designates (a) claim 938 of Nemeth Law P.C., f/k/a Nemeth Burwell P.C. as an allowed claim in the amount $45,599.78 to be treated under the Plan as a Class 14 Other Unsecured Claim and (b) claim number 1389 of Clark Hill as an allowed claim in the amount of $45,000.00 to be treated under the Plan as a Class 14 Other Unsecured Claim.

Dated: November 12, 2018

        Respectfully submitted,

        By: /s/ Marc N. Swanson
            Jonathan S. Green (P33140)
            Marc N. Swanson (P71149)
            MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
            150 West Jefferson, Suite 2500
            Detroit, Michigan 48226
            Telephone: (313) 963-6420
            Facsimile: (313) 496-8451
            swansonm@millercanfield.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>　　　　Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 12, 2018, he filed the foregoing *Designation of Allowed Claims* with the Court, using the Court's CM/ECf system which will provided notice of the filing to all registered participants in this matter. The undersigned also certifies that on November 12, 2018, a copy of the *Designation of Allowed Claims* was served by U.S. mail upon:

Nemeth Law, P.C.
Attn: Deborah Brouwer
200 Talon Centre Drive, Suite 200
Detroit, MI 48207

Clark Hill
Attn Accounts Receivable
500 Woodward Ave., Ste. 3500
Detroit, MI 48226-3435

　　　　　　　　　　　　By: /s/ Marc N. Swanson
　　　　　　　　　　　　　　　Marc N. Swanson (P71149)
　　　　　　　　　　　　　　　150 West Jefferson, Suite 2500
　　　　　　　　　　　　　　　Detroit, Michigan 48226
　　　　　　　　　　　　　　　Telephone: (313) 963-6420
　　　　　　　　　　　　　　　Facsimile: (313) 496-8451
　　　　　　　　　　　　　　　swansonm@millercanfield.com

Dated: November 12, 2018