UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND PLUNKET COONEY, P.C. REGARDING CLAIM NUMBER 2912**

The City of Detroit, Michigan ("City") and Plunkett Cooney, P.C. ("Plunkett Cooney"; and with the City, the "Parties") stipulate and agree as follows:

1. On February 21, 2014, Plunkett Cooney filed a proof of claim number 2912 asserting a general unsecured proof of claim in the amount of $72,288.74 ("Claim").

2. The Parties have discussed the Claim and payments the City has made toward the amount asserted in the Claim, and have reached a consensual resolution regarding the Claim.

3. The Parties agree agreed that the Claim should be amended and allowed under the City's confirmed plan of adjustment [Doc. No. 8045] as a Class 14 Other Unsecured Claim in the amount of $42,902.74.

NOW, THEREFORE, the Parties request that the Court enter the Order attached as Exhibit 1.

STIPULATED AND AGREED TO ON NOVEMBER 16, 2018:

| MILLER CANFIELD PADDOCK AND STONE, PLC | PLUNKETT COONEY, P.C. |
|---|---|
| By: /s/ Marc N. Swanson<br>    Marc N. Swanson (P71149)<br>    150 West Jefferson, Suite 2500<br>    Detroit, Michigan 48226<br>    Telephone: (313) 496-7591<br>    Facsimile: (313) 496-8451<br>    swansonm@millercanfield.com<br><br>Counsel for the City of Detroit, Michigan | By: /s/ David A. Lerner<br>    David A. Lerner (P44829)<br>    38505 Woodward Ave., Ste. 2000<br>    Bloomfield Hills, MI 48304-5096<br>    Telephone: (248) 901-4010<br>    dlerner@plunkettcooney.com<br><br>Counsel for Plunkett Cooney, P.C. |

# EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND PLUNKET COONEY, P.C. REGARDING CLAIM NUMBER 2912

This matter having come before the Court on the *Stipulation by and Between the City of Detroit, Michigan and Plunket Cooney, P.C. Regarding Claim Number 2912* (the "Stipulation"); the Court having reviewed the Stipulation and being otherwise apprised of the matter; and there being good cause; NOW THEREFORE IT IS ORDERED THAT

**IT IS HEREBY ORDERED THAT:**

1. Claim number 2912 is allowed under the City's confirmed plan of adjustment [Doc. No. 8045] as a Class 14 Other Unsecured Claim in the amount of $42,902.74.

2. The City's claims agent is authorized to update the claims register accordingly.