UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND PLUNKET COONEY, P.C. REGARDING CLAIM NUMBER 2912

This case is before the Court on the *Stipulation by and Between the City of Detroit, Michigan and Plunket Cooney, P.C. Regarding Claim Number 2912* (Docket # 12945, the "Stipulation"); the Court having reviewed the Stipulation and being otherwise apprised of the matter; and there being good cause;

**IT IS ORDERED THAT:**

1. Claim number 2912 is allowed under the City's confirmed plan of adjustment (Docket # 8045) as a Class 14 Other Unsecured Claim in the amount of $42,902.74.

2. The City's claims agent is authorized to update the claims register accordingly.

**Signed on November 16, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge