# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## NOTICE OF WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM NUMBER 530 OF CLAIMANT IRA LEE TODD, JR.

The City of Detroit ("City") hereby withdraws its objection without prejudice to Proof of Claim number 530 ("Claim") of claimant Ira Lee Todd, Jr. ("Claimant"). The Claim was included on Exhibit 2 of the *Debtor's Sixty-Third Omnibus Objection to Certain Claims (No Valid Basis for any Liability of the City)* [Doc. No. 12942] ("63rd Omnibus Objection"). For the avoidance of doubt, the City is not withdrawing its objection to any of the other claims identified on Exhibit 2 to the 63rd Omnibus Objection.

- 1 -
32537788.1\022765-00213
13-53846-tjt    Doc 12953    Filed 12/06/18    Entered 12/06/18 12:42:22    Page 1 of 2

Dated: December 6, 2018

>Respectfully submitted,
>
>By: /s/ Marc N. Swanson
>    Jonathan S. Green (P33140)
>    Marc N. Swanson (P71149)
>    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
>    150 West Jefferson, Suite 2500
>    Detroit, Michigan 48226
>    Telephone: (313) 963-6420
>    Facsimile: (313) 496-8451
>    green@millercanfield.com
>    swansonm@millercanfield.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 6, 2018, he served a copy of the foregoing *Notice of Withdrawal of Objection to Proof of Claim Number 530 of Claimant Ira Lee Todd, Jr.,* upon the following, via electronic mail and first class mail:

Michael L. Stefani
Stefani & Stefani, P.C.
512 E. 11 Mile Road
Royal Oak, MI 48067
Email: mstefani@stefani-law.com

>By: /s/ Marc N. Swanson
>    Marc N. Swanson
>    150 West Jefferson, Suite 2500
>    Detroit, Michigan 48226
>    Telephone: (313) 963-6420
>    Facsimile: (313) 496-8451
>    swansonm@millercanfield.com

Dated: December 6, 2018