# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 6, 2018, he served a copy of the *Notice of Withdrawal of Objection to Proof of Claim Number 530 of Claimant Ira Lee Todd, Jr.* [Doc. No. 12953], upon the following, via electronic mail and first class mail:

Michael L. Stefani
Stefani & Stefani, P.C.
512 E. 11 Mile Road
Royal Oak, MI 48067
Email: mstefani@stefani-law.com

By: /s/ Marc N. Swanson
Marc N. Swanson
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-8451
swansonm@millercanfield.com

Dated: December 7, 2018