Form:def2

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

*12953* − Notice of Withdrawal of Objection to Claim Notice of Withdrawal of Objection to Proof of Claim Number 530 of Claimant Ira Lee Todd, Jr. Filed by Debtor In Possession City of Detroit, Michigan (Swanson, Marc)

Proof of Service is Non−Compliant. Please see ECF Procedure 12(h) A party serving a Paper shall file a certificate of service. The
certificate shall state the Paper served, the manner in which service was accomplished, and the parties served. This certificate of service may not be included as part of the Paper that was served;
it shall be a separate filing.

is defective as indicated:

- ☐ Acceptable List of Creditors Missing
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Amended Document Missing or Non−Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non−Compliant
- ☐ Bankruptcy Petition Cover Sheet Missing or Non−Compliant
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief Missing
- ☐ Certificate of Exigent Circumstances−Credit Counseling Waiver Missing
- ☐ Chapter 13 Plan is Non−Compliant
- ☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non−Compliant (To be filed with corrected document in its entirety as one PDF)
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)
- ☐ List of 20 Largest Unsecured Creditors Missing
- ☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing
- ☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing
- ☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing

- ☐ Notice of Objection to Claim Missing or Non−Compliant
- ☐ Notice of Special Appearance (LBR 9010−1(c)) Missing or Non−Compliant
- ☐ Notice to Respondent Missing or Non−Compliant
- ☐ Original Signature Missing or Non−Compliant
- ☐ Petition Non−Compliant (To be filed in its entirety)
- ☑ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order Missing
- ☐ Statement of Attorney for Debtors 2016b LBR 9010−1c Missing or Non−Compliant
- ☐ Statement of Corporate Ownership Missing
- ☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 12/7/18

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

United States Bankruptcy Court
Eastern District of Michigan

In re:                                                                    Case No. 13-53846-tjt
City of Detroit, Michigan                                                 Chapter 9
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0645-2     User: ckata     Page 1 of 14     Date Rcvd: Dec 07, 2018
                           Form ID: def2     Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust          Daniel M. McDermott
            Deutsche Bank AG, London
                                                                                                                                   TOTALS: 2, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                     Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2018 at the address(es) listed below:
         Albert Togut    on behalf of Plaintiff    City of Detroit, Michigan neilberger@teamtogut.com,
          apirraglia@teamtogut.com,Jberman@teamtogut.com,dperson@teamtogut.com,dcahir@teamtogut.com,
          adeering@teamtogut.com,srobinson@teamtogut.com
         Albert Togut    on behalf of Debtor In Possession    City of Detroit, Michigan
          dperson@teamtogut.com
         Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
          alfredo.perez@weil.com,kelly.diblasi@weil.com,edward.soto@weil.com,Edward.McCarthy@weil.com
         Alice Bonita Jennings    on behalf of Plaintiff John Smith ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff    Peoples Water Board
          ajennings@edwardsjennings.com, vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff Sylvia Taylor ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff Rosalyn Walker ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff Tammika Williams ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff John Jackson ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff Janice Ward ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff    Moratorium Now! ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff    National Action Network--Michigan Chapter
          ajennings@edwardsjennings.com, vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff Rosalyn Parham ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff    Michigan Welfare Rights Organization
          ajennings@edwardsjennings.com, vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff Maurika Lyda ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff Nicole Hill ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
         Alice Bonita Jennings    on behalf of Plaintiff Scott Eubank ajennings@edwardsjennings.com,
          vgray@edwardsjennings.com
         Alidz Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
          oshagan@legghioisrael.com, drf@legghioisrael.com
         Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
         Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
          allan.brilliant@dechert.com
         Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
          allan.brilliant@dechert.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Allison Bach    on behalf of Interested Party   State of Michigan, Department of Attorney General abach@dickinsonwright.com, kstubbs@dickinson-wright.com
Amy D. Caton    on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com
Amy D. Caton    on behalf of Creditor   BlackRock Financial Management, Inc. acaton@kramerlevin.com
Andrew Minear    on behalf of Creditor   Parsons Brinckerhoff Michigan, Inc. aminear@schiffhardin.com
Andrew Minear    on behalf of Defendant   Parsons Brinckeroff Michigan Inc aminear@schiffhardin.com
Andrew A. Paterson, Jr.    on behalf of Plaintiff   Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com
Andrew A. Paterson, Jr.    on behalf of Creditor   Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com
Andrew A. Paterson, Jr.    on behalf of Creditor Robert Davis aap43@outlook.com, aap43law@gmail.com
Anthony Greene    on behalf of Creditor Da'Nean M. Brooks greenelawgroup@gmail.com, greenelawgroup@yahoo.com
Anthony J. Kochis    on behalf of Creditor   Iron Mountain Information Management, LLC akochis@wolfsonbolton.com, stravis@wolfsonbolton.com
Anthony J. Kochis    on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com, stravis@wolfsonbolton.com
Anthony J. Kochis    on behalf of Attorney   Wolfson Bolton PLLC akochis@wolfsonbolton.com, stravis@wolfsonbolton.com
Anthony James Miller    on behalf of Defendant   Toter Incorporated am@osbig.com
Barbara A. Patek    on behalf of Plaintiff   Detroit Police Lieutenants and Sergeants Association pateklaw@gmail.com
Barbara A. Patek    on behalf of Interested Party   Sanitary Chemists and Technicians Association pateklaw@gmail.com
Barbara A. Patek    on behalf of Interested Party John R. Runyan pateklaw@gmail.com
Barbara A. Patek    on behalf of Interested Party   Association of Detroit Engineers pateklaw@gmail.com
Barbara A. Patek    on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association pateklaw@gmail.com
Barbara A. Patek    on behalf of Creditor   Detroit Police Officers Association pateklaw@gmail.com
Barry S. Fagan    on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo bfagan@dibandfagan.com
Benjamin Whitfield    on behalf of Interested Party Jerome Collins benwlaw123@aol.com, bw4822@aol.com;benwlaw4822@aol.com
Brendan G. Best    on behalf of Interested Party   Ambac Assurance Corporation bbest@schaferandweiner.com, wrkyles@varnumlaw.com;alrichards@varnumlaw.com
Brendan G. Best    on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com, wrkyles@varnumlaw.com;alrichards@varnumlaw.com
Brendan G. Best    on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com, wrkyles@varnumlaw.com;alrichards@varnumlaw.com
Brian D. O'Keefe    on behalf of Creditor Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party   Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Interested Party Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Bruce Bennett    on behalf of Debtor In Possession   City of Detroit, Michigan bbennett@jonesday.com
Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com, R47050@notify.bestcase.com;LassnerCR47050@notify.bestcase.com
Carl F. Schier    on behalf of Defendant   Bankston Construction Inc carl@schierlaw.com
Carla Orman Andres    on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com
Carol Connor Cohen    on behalf of Plaintiff   Ambac Assurance Corporation carol.cohen@arentfox.com
Carole Neville    on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com
Carole Neville    on behalf of Retiree Committee   Official Committee of Retirees carole.neville@dentons.com
Caroline Turner English    on behalf of Plaintiff   Ambac Assurance Corporation caroline.english@arentfox.com
Carolyn Beth Markowitz    on behalf of Interested Party Kevin Lewis DVCCOUNSEL@AOL.COM
Charles Bruce Idelsohn    on behalf of Creditor Heidi Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com
Charles D. Bullock    on behalf of Interested Party   Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
Cheryl Cook    on behalf of Creditor   CitiMortgage, Inc. bknotices-edm@potestivolaw.com
Christopher A. Grosman    on behalf of Interested Party   BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
Christopher A. Grosman    on behalf of Creditor   Oakland County, Michigan BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Christopher E. McNeely    on behalf of Defendant   Great Lakes Power Inc cmcneely@mandmpc.com
          Cindy  Tsai    on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com
          Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
           claude.montgomery@dentons.com,docketny@dentons.com,
           carole.neville@dentons.com;sam.alberts@dentons.com
          Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of
           Detroit, Michigan claude.montgomery@dentons.com,
           carole.neville@dentons.com;sam.alberts@dentons.com
          Clifford D. Neubauer    on behalf of Interested Party Najib  Hodge cneubauer@joumanakayrouz.com
          Courtney A. Krause    on behalf of Creditor    Berkshire Hathaway Assurance Corporation
           ckrause@garanlucow.com
          Courtney M. Rogers    on behalf of Interested Party    U.S. Bank National Association
           courtney.rogers@wallerlaw.com
          Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association
           courtney.rogers@wallerlaw.com
          Cynthia J. Haffey    on behalf of Defendant    Detroit General Retirement System Service
           Corporation haffey@butzel.com
          Cynthia J. Haffey    on behalf of Defendant    Detroit Police And Fire Retirement System Service
           Corporation haffey@butzel.com
          Dale  Price    on behalf of Creditor    Equal Employment Opportunity Commission dale.price@eeoc.gov,
           legaldt.detroit@eeoc.gov
          Daniel Kielczewski    on behalf of Defendant    Bob Maxey Ford Inc
           dgkielczewski@abbottnicholson.com,  adwilliams@abbottnicholson.com
          Daniel C. DiCicco    on behalf of Defendant    Wright Tool Co ddicicco@ahernkill.com
          David A. Lerner    on behalf of Creditor    Plunkett Cooney dlerner@plunkettcooney.com,
           nwinagar@plunkettcooney.com
          David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
           nwinagar@plunkettcooney.com
          David A. Lerner    on behalf of Defendant    Waste Management of Michigan Inc
           dlerner@plunkettcooney.com,  nwinagar@plunkettcooney.com
          David E. Schwartz    on behalf of Defendant    SMART dschwartz@allardfishpc.com,
           allardfishpc@yahoo.com
          David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
          David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
           dgheiman@jonesday.com
          David Jonathan Cross    on behalf of Defendant    T & N Services Inc davidjonathancross@gmail.com
          David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
          David M. Blau    on behalf of Creditor    NTH Consultants, Ltd. dblau@clarkhill.com
          David M. Blau    on behalf of Defendant    Mannik & Smith Group Inc dblau@clarkhill.com
          David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
           kbilpo@seyburn.com
          Dawn R. Copley    on behalf of Interested Party    State of Michigan dcopley@dickinsonwright.com,
           dnavin@dickinsonwright.com
          Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
           General dcopley@dickinsonwright.com,  dnavin@dickinsonwright.com
          Deborah  Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
           kuschj@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
           kuschj@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
           kuschj@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
           kuschj@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
           kovskyd@pepperlaw.com,  kuschj@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
           kuschj@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com,
           kuschj@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
           kuschj@pepperlaw.com
          Deborah  Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com,
           kuschj@pepperlaw.com
          Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Intervenor-Defendant    Panning Capital Management, LP
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Aurelius Capital Management, LP
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Bronze Gable, L.L.C. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Intervenor-Defendant    Aurelius Capital Management, LP
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party    Monarch Alternative Capital LP
           dfish@allardfishpc.com,  allardfishpc@yahoo.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Deborah L. Fish on behalf of Interested Party Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Intervenor-Defendant BlueMountain Capital Management, LLC dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Intervenor-Defendant Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Interested Party Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Intervenor-Defendant Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Interested Party Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Interested Party Panning Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Intervenor-Defendant Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com
- Dirk H. Beckwith on behalf of Defendant Detroit Retirement Systems Funding Trust 2005 dbeckwith@fosterswift.com
- Dirk H. Beckwith on behalf of Defendant U.S. Bank, N.A. dbeckwith@fosterswift.com
- Dirk H. Beckwith on behalf of Defendant Wilmington Trust, N.A. dbeckwith@fosterswift.com
- Dirk H. Beckwith on behalf of Defendant Detroit Retirement Systems Funding Trust 2006 dbeckwith@fosterswift.com
- Donald G. McGuigan, II on behalf of Interested Party Mario's Restaurant, Inc. don@mcguiganlaw.com
- Doron Yitzchaki on behalf of Defendant Hesco Hamlett Engineering Sales Company DYitzchaki@dickinsonwright.com
- Douglas Steele on behalf of Interested Party International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com
- Douglas C. Bernstein on behalf of Interested Party Community Foundation for Southeast Michigan dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party Hudson-Webber Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party The Fred A. and Barbara M. Erb Family Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party W.K. Kellogg Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party Max M. and Marjorie S. Fisher Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party The Ford Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party Charles Stewart Mott Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party William Davidson Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party McGregor Fund dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Defendant 1 Way Service Inc dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party A. Paul and Carol C. Schaap Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Defendant Examworks Inc dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Elizabeth A. Ferguson on behalf of Creditor Kim Lamar Spicer lizferguson@lawofficeseaferguson.com
- Elizabeth Ann Favaro on behalf of Defendant Siemens Industry Inc elizabeth.favaro@bowmanandbrooke.com, diana.murray@bowmanandbrooke.com
- Elliot G. Crowder on behalf of Defendant W C Ducomb Co ecrowder@sbplclaw.com, lhaas@sbplclaw.com
- Elliot G. Crowder on behalf of Interested Party Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com
- Eric B. Gaabo on behalf of Defendant City of Detroit gaabe@detroitmi.gov,raimic@detroitmi.gov
- Eric B. Gaabo on behalf of Debtor In Possession City of Detroit, Michigan gaabe@detroitmi.gov
- Eric D. Carlson on behalf of Debtor In Possession City of Detroit, Michigan carlson@millercanfield.com, brashier@millercanfield.com
- Erika D. Hart on behalf of Defendant OAS Group Inc ehart@tauntlaw.com, sdewitte@tauntlaw.com
- Ethan D. Dunn on behalf of Defendant Hercules & Hercules Inc bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com;bankruptcy.mdplc@gmail.com;notices@nextchapterbk.com
- Evan A. Burkholder on behalf of Defendant J E Associates Inc evan.burkholder@leclairryan.com, evan.burkholder@gmail.com
- Evan A. Burkholder on behalf of Respondent JE Associates evan.burkholder@leclairryan.com, evan.burkholder@gmail.com
- Frank J. Guadagnino on behalf of Creditor Aetna Health and Life Insurance Company fguadagnino@mcguirewoods.com, rhotaling@clarkhillthorpreed.com
- Gerald Rosen efile_rosen@mied.uscourts.gov
- Gordon J. Toering on behalf of Defendant EJ USA Inc gtoering@wnj.com
- Gordon J. Toering on behalf of Defendant Valley Truck Parts Inc gtoering@wnj.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
               jblock@resnicklaw.com
              H. Nathan Resnick    on behalf of Defendant    Bauer & Hunter PLLC hnresnick@resnicklaw.net,
               jblock@resnicklaw.com
              H. Nathan Resnick    on behalf of Interested Party    Resnick & Moss, P.C. hnresnick@resnicklaw.net,
               jblock@resnicklaw.com
              Harvey R. Weingarden    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association hweingarden@lippittokeefe.com, jdobrzycki@lippittokeefe.com
              Harvey R. Weingarden    on behalf of Interested Party    Detroit Retired City Employees Association
               hweingarden@lippittokeefe.com, jdobrzycki@lippittokeefe.com
              Heather  Lennox    on behalf of Attorney    Jones Day hlennox@jonesday.com
              Heather  Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
               hlennox@jonesday.com
              Heather  Lennox    on behalf of Interested Party    Christie's, Inc. hlennox@jonesday.com
              Heather  Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
              Heather  Lennox    on behalf of Interested Party    Miller Buckfire & Co., LLC hlennox@jonesday.com
              Heidi  Peterson     hdpeterson75@gmail.com
              Howard Yale Lederman    on behalf of Creditor Ernest  Flagg hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Brian  Greene hlederman@normanyatooma.com
              Irma  Industrious    on behalf of Creditor Irma  Industrious iindustrious@yahoo.com
              J. Paul Sugameli    on behalf of Defendant    Farrow Group Inc psugameli@sugamelilaw.com
              James  Pelland    on behalf of Defendant    Metco Services Inc jpelland@fb-firm.com,
               psugars@fb-firm.com
              James  Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
               james.sprayregen@kirkland.com
              James  Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
               james.sprayregen@kirkland.com
              James J. Hayes    on behalf of Defendant    Alexander Chemical Corp attyjjhayes@gmail.com
              Jamie Scott Fields    on behalf of Creditor Jamie  Fields jeansartre@msn.com
              Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
               jeansartre@msn.com
              Jayson  Ruff    on behalf of Creditor    Sprint Communications Company LP jruff@mcdonaldhopkins.com
              Jayson  Ruff    on behalf of Creditor    Bishop Real Estate, L.L.C. jruff@mcdonaldhopkins.com
              Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
              Jeffrey S. Kopp    on behalf of Debtor In Possession    City of Detroit, Michigan jkopp@foley.com
              Jerome D. Goldberg    on behalf of Plaintiff John  Smith apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    National Action Network--Michigan Chapter
               apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Nicole  Hill apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Parham apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Michigan Welfare Rights Organization
               apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Scott  Eubank apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Walker apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Janice  Ward apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Peoples Water Board apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Moratorium Now! apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff John  Jackson apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Tammika  Williams apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Sylvia  Taylor apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Maurika  Lyda apclawyer@sbcglobal.net
              Jimmylee  Gray    on behalf of Defendant    Ampro Construction LLC j.gray50@comcast.net
              Jimmylee  Gray    on behalf of Defendant    Uniglobe Construction Co j.gray50@comcast.net
              Jimmylee  Gray    on behalf of Defendant    Kingsway Building & Maintenance j.gray50@comcast.net
              John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
              John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               jstevens@mathesonparr.com, nlmumma@aol.com
              John Adam Behrendt    on behalf of Plaintiff    Gotham Motown Recovery, LLC abehrendt@bodmanlaw.com,
               jgateman@bodmanlaw.com
              John C. Lange    on behalf of Creditor    Detroit Public Library jlange@glmpc.com
              John D. Mulvihill    on behalf of Creditor    Agar Lawn Sprinkler Systems Inc
               jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
              John D. Mulvihill    on behalf of Attorney John Mulvihill Law Office Of John D. Mulvihill Pllc
               jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
              John D. Mulvihill    on behalf of Defendant    Agar Lawn Sprinkler Systems Inc
               jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
              John D. Mulvihill    on behalf of Debtor In Possession    City of Detroit, Michigan
               jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
              John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
               jfreund@bredhoff.com;hpvonthielen@bredhoff.comm
              John G. Colucci    on behalf of Respondent    General Shale Brick, Inc. coluccilawfirm@gmail.com
              John G. Colucci    on behalf of Creditor    General Shale Brick, Inc. coluccilawfirm@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        John H. Willems   on behalf of Debtor In Possession   City of Detroit, Michigan willems@millercanfield.com

        John P. Kapitan   on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com, mitrottlaw@ecf.courtdrive.com

        John P. Sieger   on behalf of Creditor   Michigan Bell Telephone Company john.sieger@kattenlaw.com

        John R. Canzano   on behalf of Creditor   Michigan Building and Construction Trades Council jcanzano@michworkerlaw.com, office@michworkerlaw.com

        Jonathan S. Green   on behalf of Defendant   City of Detroit, Michigan green@millercanfield.com

        Jonathan S. Green   on behalf of Interested Party   Miller, Canfield, Paddock and Stone, PLC green@millercanfield.com

        Jonathan S. Green   on behalf of Defendant Michael  Duggan, Mayor green@millercanfield.com

        Jonathan S. Green   on behalf of Defendant   City of Detroit green@millercanfield.com

        Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan green@millercanfield.com

        Jonathan S. Green   on behalf of Defendant Michael  Hall green@millercanfield.com

        Jong-Ju Chang   on behalf of Creditor   Oakland County, Michigan jchang@dykema.com, dkelley@dykema.com;docket@dykema.com

        Jong-Ju Chang   on behalf of Interested Party   City of Detroit, Water and Sewerage Department jchang@dykema.com, dkelley@dykema.com;docket@dykema.com

        Joseph M. Fischer   on behalf of Creditor   Oakland County, Michigan brcy@carsonfischer.com, jfischer@carsonfischer.com

        Joseph R. Sgroi   on behalf of Creditor   Ivey & Associates LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Olympia Office Building, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Country West Apartments, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor Aziz & Lorna  Abraham jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   3100 East Jefferson, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Seven Mile Holdings, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Pont Solutions, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Gekko Enterprises LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Koehler Market LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Interested Party   Detroit Institute of Arts jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Lynch Road Land L.L.C. jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Interested Party   CW Professional Services, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Imperial Manor House, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Stanne Consulting, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Taggart Technologies LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Enforcement Technology, Inc. jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   4737 Conner Co., LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Atwater Group jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor Aziz N. Abraham jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Kennedy Square Garage LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Delbruck Technology, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   136 Bagley LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   WC Hoover Investments, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Skyline Partners LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Seven Mile Partners, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Magnolia Properties, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Abraham & Potestivo, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Arrow Uniform Rental, Inc. jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   LDM, LLC jsgroi@honigman.com, litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Joseph R. Sgroi   on behalf of Creditor    Chene Square, LLC jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Interested Party Michael Duggan, Mayor jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    Country House Apartments jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Interested Party  Greektown Casino, LLC jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    MICMR, LLC jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    Detroit Thermal, LLC jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    Bean Little Investments, LLC jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    441 E. Larned LLC jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    3250 Associated LLC jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    Sunrise Parking LLC jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Attorney L. Katie Mason jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    Tower Defense & Aerospace, LLC jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    Blenheim Building, LLC jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    Olympia Development of Michigan LLC jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    Mound Road Enterprises L.L.C. jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    Singent Consulting LLC jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    TC Manor House, LLC jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    Cass Community Social Services, Inc. jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    Columbia Parking LLC jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    Elizabeth Street Properties, LLC jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    VITEC, L.L.C. jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    Compuware Corporation jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    Oakland Plant Properties, LLC jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    Parkrite Holdings LLC jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    Linwood Neighbors LLC jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Interested Party  Sigma Associates, LLC jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    TSD Solutions LLC jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    Cathedral Owner LLC jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Interested Party  Compuware Corporation jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    Fox Parking Garage, LLC jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    440 Congress LLC jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    Regency Owner LLC jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Interested Party  Detroit Entertainment, LLC jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    Mack Avenue Investors LLC jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    5801 Southfield Service Drive Corp. jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    120 W. Montcalm Properties LLC jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Creditor    Riverfront Towers Holdings LLC jsgroi@honigman.com, litdocket@honigman.com

          Joseph R. Sgroi   on behalf of Interested Party  General Motors LLC jsgroi@honigman.com, litdocket@honigman.com

          Joshua Wheelock   on behalf of Creditor Thomas M. Nunley jwheelock@wheelocklegal.com, joshwheelock@hotmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Joshua A. Gadharf   on behalf of Interested Party   Syncora Capital Assurance Inc. jgadharf@mcdonaldhopkins.com
    Joshua A. Gadharf   on behalf of Interested Party   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
    Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd. jgadharf@mcdonaldhopkins.com
    Joshua A. Gadharf   on behalf of Plaintiff   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
    Judith Greenstone Miller   on behalf of Defendant   Election Systems & Software jmiller@jaffelaw.com, dgoldberg@jaffelaw.com
    Julie Beth Teicher   on behalf of Plaintiff   Detroit Police Lieutenants and Sergeants Association jteicher@ermanteicher.com
    Julie Beth Teicher   on behalf of Attorney   Erman, Teicher, Zucker & Freedman, P.C. jteicher@maddinhauser.com
    Karen E. Evangelista   on behalf of Creditor Karen   Evangelista, Chapter 7 Trustee brewera1008@yahoo.com
    Karin F. Avery   on behalf of Interested Party   Detroit Retired City Employees Association Avery@SilvermanMorris.com
    Karin F. Avery   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association Avery@SilvermanMorris.com
    Karin F. Avery   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association Avery@SilvermanMorris.com
    Karin F. Avery   on behalf of Plaintiff   Detroit Retired City Employees Association Avery@SilvermanMorris.com
    Kay Standridge Kress   on behalf of Debtor In Possession   City of Detroit, Michigan kressk@pepperlaw.com
    Kenneth B. Vance   on behalf of Defendant   Z Contractors Inc kbvance@comcast.net, kbvance01@gmail.com
    Kevin Erskine   on behalf of Interested Party   United States of America kevin.erskine@usdoj.gov, michele.gangler@usdoj.gov;Karen.ducharme@usdoj.gov;Jack.Tubbs@usdoj.gov
    Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, ccook@dflaw.com
    Kimberly Gibbs   on behalf of Defendant   Futurenet Group Inc KimberlyG@futurenetgroup.com
    Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com
    Kristin K. Going   on behalf of Creditor   Wilmington Trust, N.A. Kristin.Going@dbr.com
    Kristin K. Going   on behalf of Creditor   Wilmington Trust Company, N.A. Kristin.Going@dbr.com
    Kurt Thornbladh   on behalf of Plaintiff   Peoples Water Board kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
    Kurt Thornbladh   on behalf of Plaintiff Nicole   Hill kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
    Kurt Thornbladh   on behalf of Plaintiff Scott   Eubank kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
    Kurt Thornbladh   on behalf of Plaintiff   National Action Network--Michigan Chapter kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
    Kurt Thornbladh   on behalf of Creditor   Hyde Park Co-Operative, et al. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
    Kurt Thornbladh   on behalf of Interested Party   Housing is a Human Right Coalition kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
    Kurt Thornbladh   on behalf of Plaintiff Maurika   Lyda kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
    Kurt Thornbladh   on behalf of Plaintiff   Moratorium Now! kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
    Kurt Thornbladh   on behalf of Plaintiff Sylvia   Taylor kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
    Kurt Thornbladh   on behalf of Plaintiff Rosalyn   Walker kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
    Kurt Thornbladh   on behalf of Plaintiff Rosalyn   Parham kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
    Kurt Thornbladh   on behalf of Creditor   Michigan Welfare Rights Organization kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
    Kurt Thornbladh   on behalf of Creditor   Plymouth Square Ltd. Housing Association kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
    Kurt Thornbladh   on behalf of Plaintiff   Michigan Welfare Rights Organization kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
    Kurt Thornbladh   on behalf of Plaintiff Janice   Ward kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
    Kurt Thornbladh   on behalf of Plaintiff John   Smith kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
    Kurt Thornbladh   on behalf of Plaintiff Tammika   Williams kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
    Kurt Thornbladh   on behalf of Plaintiff John   Jackson kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
    Kurt Thornbladh   on behalf of Creditor   Michigan Auto Recovery Service, Inc. kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
    L. Nichole Hunter   on behalf of Creditor   Public Lighting Authority nhunter@alglawpc.com
    Lawrence A. Lichtman   on behalf of Creditor   660 Woodward Associates, LLC llichtman@honigman.com, litdocket@honigman.com
    Lisa Hill Fenning   on behalf of Attorney Lisa S. Blatt Lisa.Fenning@aporter.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarante Corporation
               lrochkind@jaffelaw.com, dburris@jaffelaw.com
              M. Ellen Dennis    on behalf of Creditor Ben McKenzie, Jr. m.ellen.dennis@gmail.com,
               dwhadden@umich.edu
              Mami Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
               324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
              Mami Kato    on behalf of Creditor Devery Jones mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami Kato    on behalf of Creditor Bruce Goldman mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami Kato    on behalf of Creditor Mary Washington mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
               mkato@sachswaldman.com, pmerchak@sachswaldman.com
              Mami Kato    on behalf of Creditor Michael Wells mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami Kato    on behalf of Creditor    Detroit Police Command Officers Association
               mkato@sachswaldman.com, pmerchak@sachswaldman.com
              Mami Kato    on behalf of Creditor Mary Whitson mkato@sachswaldman.com,
               pmerchak@sachswaldman.com
              Mami Kato    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               mkato@sachswaldman.com, pmerchak@sachswaldman.com
              Marc N. Swanson    on behalf of Defendant Michael Hall swansonm@millercanfield.com
              Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan
               swansonm@millercanfield.com
              Marc N. Swanson    on behalf of Defendant    City of Detroit swansonm@millercanfield.com
              Marc N. Swanson    on behalf of Defendant Michael Duggan, Mayor swansonm@millercanfield.com
              Marc N. Swanson    on behalf of Defendant    City of Detroit, Michigan swansonm@millercanfield.com
              Marc N. Swanson    on behalf of Defendant    Detroit City Council swansonm@millercanfield.com
              Marcy J. Ford    on behalf of Creditor    Bank of America, N.A. easternecf@trottlaw.com,
               mitrottlaw@ecf.courtdrive.com
              Marguerite Hammerschmidt    on behalf of Interested Party    Haas & Goldstein P.C.
               admin@hammer-stick.com
              Marie Garian    on behalf of Defendant    ABC Demolition Co Inc Garianlaw@yahoo.com
              Mark Wasvary    on behalf of Creditor    Hyde Park Co-Operative, et al. mark@wasvarylaw.com
              Mark Wasvary    on behalf of Creditor    Plymouth Square Ltd. Housing Association
               mark@wasvarylaw.com
              Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com
              Mark B. Berke    on behalf of Defendant    Birks Works Environmental LLC mberkelaw@gmail.com
              Mark H. Shapiro    on behalf of Creditor    Nuveen Asset Management shapiro@steinbergshapiro.com,
               jbrown@steinbergshapiro.com
              Mark H. Shapiro    on behalf of Interested Party    The Securities Industry and Financial Markets
                Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
              Mark H. Shapiro    on behalf of Creditor    BlackRock Financial Management, Inc.
               shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
              Mark H. Shapiro    on behalf of Interested Party    Greenhill & Co., LLC
               shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
              Mark L. McAlpine    on behalf of Other Professional    McAlpine PC mlmcalpine@mcalpinelawfirm.com,
               dajaworski@mcalpinepc.com
              Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company
               mrj@wwrplaw.com
              Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
              Mark S. Frankel    on behalf of Defendant    Tooles Contracting Group LLC mfrankel@couzens.com
              Mark S. Frankel    on behalf of Defendant    Motor City Pipe & Supply Co mfrankel@couzens.com
              Mark S. Frankel    on behalf of Interested Party    Tooles Contracting Group LLC
               mfrankel@couzens.com
              Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
               bankrout@davispolk.com
              Mary Beth Cobbs    on behalf of Debtor In Possession    City of Detroit, Michigan
               cobbm@detroitmi.gov, mbcobbs@flash.net
              Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
               mbcobbs@flash.net
              Mary Beth Cobbs    on behalf of Interested Party    City of Detroit Law Department
               cobbm@detroitmi.gov, mbcobbs@flash.net
              Mary Kay Shaver    on behalf of Creditor    Varnum LLP mkshaver@varnumlaw.com
              Matthew Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
              Matthew Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
              Matthew Wilkins    on behalf of Defendant    Electronic Data Systems Corporation
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
                Michigan wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
               wilkins@bwst-law.com, marbury@bwst-law.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Matthew Wilkins on behalf of Plaintiff Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Intervenor-Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew D. Harper on behalf of Interested Party City of Detroit Water and Sewerage Department mdharper@eastmansmith.com
- Matthew Gernet Summers on behalf of Creditor Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
- Matthew Gernet Summers on behalf of Creditor FMS Wertmanagement summersm@ballardspahr.com
- Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com
- Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt AG summersm@ballardspahr.com
- Matthew Joseph Hoffer on behalf of Creditor H.D.V. Greektown, LLC matt@bradshaferlaw.com, info@bradshaferlaw.com
- Matthew Joseph Hoffer on behalf of Creditor 415 East Congress, LLC matt@bradshaferlaw.com, info@bradshaferlaw.com
- Matthew Joseph Hoffer on behalf of Creditor K&P, Incorporated matt@bradshaferlaw.com, info@bradshaferlaw.com
- Max J. Newman on behalf of Interested Party Wayne County Corporation newman@butzel.com
- Max J. Newman on behalf of Defendant Motor City Electric Technologies Inc newman@butzel.com
- Max J. Newman on behalf of Defendant Fort Wayne Contracting Inc newman@butzel.com
- Max J. Newman on behalf of Defendant Imperial Construction Co newman@butzel.com
- Max J. Newman on behalf of Defendant Detroit Thermal, LLC newman@butzel.com
- Max J. Newman on behalf of Defendant L D' Agostini & Sons Inc newman@butzel.com
- Max J. Newman on behalf of Defendant C E Pollard Company newman@butzel.com
- Michael Benkstein on behalf of Creditor Derrez Payne mbenkstein@joumanakayrouz.com
- Michael A. Stevenson on behalf of Defendant Clark Associates Inc mstevenson@sbplclaw.com, rschultz@sbplclaw.com
- Michael Anthony Karman on behalf of Creditor Fountain Court Consumer Housing Cooperative makarmanesq@gmail.com
- Michael Anthony Karman on behalf of Creditor St. Martins Cooperative makarmanesq@gmail.com
- Michael C. Hammer on behalf of Defendant MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
- Michael H. Perry on behalf of Defendant Fraser Trebilcock Davis & Dunlap PC mperry@fraserlawfirm.com
- Michael Joseph Karwoski on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
- Michael R. Bell on behalf of Interested Party State of Michigan, Department of Attorney General BellM1@michigan.gov
- Michael R. Bell on behalf of Interested Party Bill Schuette BellM1@michigan.gov
- Michael Robert Wolin on behalf of Defendant Systems & Software Inc mike@tishlaw.com
- My Chi To on behalf of Creditor Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com
- Nabih H. Ayad on behalf of Interested Party Detroit Branch NAACP ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Rashida Tlaib ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Maureen Taylor ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Michigan State Conference NAACP ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Donnell White ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Thomas Stallworth III ayadlaw@hotmail.com
- Neil Matthew Berger on behalf of Plaintiff City of Detroit, Michigan dperson@teamtogut.com, dcahir@teamtogut.com, seratner@teamtogut.com;neilberger@teamtogut.com;bmoore@teamtogut.com
- Neil R. Sherman on behalf of Creditor Flagstar Bank, FSB nsherman@sspclegal.com, stremonti1@sspclegal.com
- Neil R. Sherman on behalf of Interested Party CitiMortgage, Inc. nsherman@sspclegal.com, stremonti1@sspclegal.com
- Neil R. Sherman on behalf of Interested Party Schneiderman and Sherman, P.C. nsherman@sspclegal.com, stremonti1@sspclegal.com
- Neil R. Sherman on behalf of Interested Party Kondaur Capital Corporation nsherman@sspclegal.com, stremonti1@sspclegal.com
- Niraj R. Ganatra on behalf of Attorney UAW - Solidarity House Nganatra@uaw.net
- Noel J. Ravenscroft on behalf of Respondent Wayne County Treasurer nravenscroft@ecf.courtdrive.com, dgomez@kaalaw.com;ashaw@kaalaw.com
- Noel J. Ravenscroft on behalf of Creditor Detroit Water and Sewerage Department nravenscroft@ecf.courtdrive.com, dgomez@kaalaw.com;ashaw@kaalaw.com
- Paige E. Barr on behalf of Creditor Michigan Bell Telephone Company Paige.Barr@kattenlaw.com
- Patrick C. Lannen on behalf of Creditor Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
- Patrick E. Mears on behalf of Creditor 36th District Court for the State of Michigan pmears@btlaw.com
- Patrick W. Carothers on behalf of Defendant Carmeuse Lime Inc pcarothers@leechtishman.com, bankruptcy@leechtishman.com;ghauswirth@leechtishman.com;dtomko@leechtishman.com
- Paul R. Hage on behalf of Creditor National Public Finance Guarantee Corporation phage@jaffelaw.com, gshaw@jaffelaw.com
- Paul R. Hage on behalf of Defendant Inland Waters Pollution Control Inc. phage@jaffelaw.com, gshaw@jaffelaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Paul R. Hage on behalf of Plaintiff National Public Finance Guarantee Corporation phage@jaffelaw.com, gshaw@jaffelaw.com
- Paul R. Hage on behalf of Defendant Election Systems & Software phage@jaffelaw.com, gshaw@jaffelaw.com
- Paula A. Hall on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Paula A. Hall on behalf of Interested Party Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Paula A. Hall on behalf of Retiree Committee Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Peter D. Dechiara on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
- Peter Paul Sudnick on behalf of Attorney Peter P. Sudnick psudnick@sudnicklaw.com, psudnick13@gmail.com
- Ralph A. Taylor on behalf of Plaintiff Ambac Assurance Corporation ralph.taylor@arentfox.com
- Raymond Guzall, III on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
- Raymond Guzall, III on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
- Richard A. Roble (UST) on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
- Richard G. Mack, Jr. on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Coalition of Detroit Unions richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
- Richardo I. Kilpatrick on behalf of Creditor Detroit Water and Sewerage Department ecf@kaalaw.com, Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;Dchapman@ecf.courtdrive.com;dgomez@kaalaw.com;ashaw@kaalaw.com
- Richardo I. Kilpatrick on behalf of Interested Party City of Detroit, Water and Sewerage Department ecf@kaalaw.com, Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;Dchapman@ecf.courtdrive.com;dgomez@kaalaw.com;ashaw@kaalaw.com
- Richardo I. Kilpatrick on behalf of Interested Party City of Detroit Water and Sewerage Department ecf@kaalaw.com, Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;Dchapman@ecf.courtdrive.com;dgomez@kaalaw.com;ashaw@kaalaw.com
- Robert Darnell on behalf of Interested Party United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
- Robert Fetter on behalf of Interested Party Local 3308 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert Fetter on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert Fetter on behalf of Interested Party Local 917 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert A. Weisberg on behalf of Defendant Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
- Robert A. Weisberg on behalf of Counter-Claimant Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
- Robert A. Weisberg on behalf of Creditor Oakland County, Michigan BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
- Robert J. Figa on behalf of Defendant D A Central Inc RFiga@Comlawone.com
- Robert J. Figa on behalf of Defendant Vancon Inc RFiga@Comlawone.com
- Robert N. Bassel on behalf of Interested Party Lasalle Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
- Robert N. Bassel on behalf of Interested Party Lafayette Town Houses, Inc. bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
- Robert N. Bassel on behalf of Interested Party Joliet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
- Robert N. Bassel on behalf of Interested Party Nicolet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
- Robert N. Bassel on behalf of Interested Party St. James Cooperative bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
- Robert S. Hertzberg on behalf of Defendant Michael Jamison hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit hertzbergr@pepperlaw.com,
               kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Debtor In Possession    City of Detroit, Michigan
               hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Interested Party    Pepper Hamilton LLP
               hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com,
               kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com,
               kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com,
               kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com,
               kuschj@pepperlaw.com
              Ronald A. Spinner    on behalf of Defendant    City of Detroit, Michigan spinner@millercanfield.com
              Ronald A. Spinner    on behalf of Debtor In Possession    City of Detroit, Michigan
               spinner@millercanfield.com
              Ryan  Plecha    on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com,
               jdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association rplecha@lippittokeefe.com,  jdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Interested Party    Detroit Retired City Employees Association
               rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Plaintiff    Detroit Retired City Employees Association
               rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com,
               jdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Creditor Donald  Taylor rplecha@lippittokeefe.com,
               jdobrzycki@lippittokeefe.com
              Ryan  Plecha    on behalf of Interested Party Donald  Taylor rplecha@lippittokeefe.com,
               jdobrzycki@lippittokeefe.com
              Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
               ryan.bennett@kirkland.com,  maureen.mccarthy@kirkland.com
              Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
               maureen.mccarthy@kirkland.com
              Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
               ryan.bennett@kirkland.com,  maureen.mccarthy@kirkland.com
              Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
               ryan.bennett@kirkland.com,  maureen.mccarthy@kirkland.com
              Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
               ryan.bennett@kirkland.com,  maureen.mccarthy@kirkland.com
              Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
               Michigan sam.alberts@dentons.com,  dan.barnowski@dentons.com
              Sara  Rajan    on behalf of Defendant    Camden Insurance Agency Inc srajan@starkreagan.com
              Scott A. Wolfson    on behalf of Defendant    Detroit Advanced Technology Application Network
               swolfson@wolfsonbolton.com,  stravis@wolfsonbolton.com
              Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
               david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
               stravis@wolfsonbolton.com
              Scott Eric Ratner    on behalf of Debtor In Possession    City of Detroit, Michigan
               dperson@teamtogut.com
              Scott Eric Ratner    on behalf of Defendant    Detroit Thermal, LLC dperson@teamtogut.com
              Scott Eric Ratner    on behalf of Plaintiff    City of Detroit, Michigan dperson@teamtogut.com
              Scott M. Watson    on behalf of Creditor    UBS AG swatson@wnj.com
              Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
              Shanna Marie Kaminski    on behalf of Interested Party    City of Detroit Water and Sewerage
               Department ,  pjozwiak@schaferandweiner.com
              Shanna Marie Kaminski    on behalf of Defendant    Detroit Water and Sewerage Department ,
               pjozwiak@schaferandweiner.com
              Shannon L. Deeby    on behalf of Interested Party    General Retirement System of the City of
               Detroit sdeeby@clarkhill.com
              Shannon L. Deeby    on behalf of Defendant    Eastern Oil Co sdeeby@clarkhill.com
              Shannon L. Deeby    on behalf of Interested Party    Police and Fire Retirement System of the City
               of Detroit sdeeby@clarkhill.com
              Shannon L. Deeby    on behalf of Defendant    Dell Computer Corporation sdeeby@clarkhill.com
              Shannon L. Deeby    on behalf of Defendant    J Ranck Electric Inc sdeeby@clarkhill.com
              Shannon L. Deeby    on behalf of Defendant    Camp Dresser & McKee sdeeby@clarkhill.com
              Shannon L. Deeby    on behalf of Creditor    Governing Board of the City of Detroit Employee
               Benefit Plan sdeeby@clarkhill.com
              Shannon L. Deeby    on behalf of Defendant    CDM Michigan Inc sdeeby@clarkhill.com
              Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
               Detroit sdeeby@clarkhill.com
              Shannon L. Deeby    on behalf of Defendant    Prevost Parts/Prevost Car Inc. sdeeby@clarkhill.com
              Shannon L. Deeby    on behalf of Defendant    David Wm Ruskin sdeeby@clarkhill.com
              Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
               sdeeby@clarkhill.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Sheldon S. Toll    on behalf of Interested Party    Detroit Windsor Tunnel, LLC lawtoll@comcast.net, lawtoll@comcast.net

    Sheryl L. Toby    on behalf of Interested Party    Health Alliance Plan of Michigan stoby@dykema.com, dguerrero@dykema.com

    Stanley I. Okoli    on behalf of Creditor Shelton  Bell, Jr. sokoli@romanolawpllc.com, dblake@romanolawpllc.com, dromano@romanolawpllc.com

    Stanley I. Okoli    on behalf of Creditor Michael  McKay sokoli@romanolawpllc.com, dromano@romanolawpllc.com

    Stanley I. Okoli    on behalf of Creditor James  Williams sokoli@romanolawpllc.com, dromano@romanolawpllc.com

    Stanley L. de Jongh    on behalf of Interested Party    City of Detroit Law Department jongsl@detroitmi.gov

    Stanley L. de Jongh    on behalf of Debtor In Possession    City of Detroit, Michigan jongsl@detroitmi.gov

    Stephanie Lee Arndt    on behalf of Interested Party    Thomas Sandusky, Personal Representative of Estate of Hal Sandusky s.arndt@fiegerlaw.com, s.teal@fiegerlaw.com

    Stephanie Lee Arndt    on behalf of Creditor Steven  Wolak s.arndt@fiegerlaw.com, s.teal@fiegerlaw.com

    Stephen  Wolpert    on behalf of Creditor    Macomb County stephen.wolpert@dechert.com

    Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

    Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

    Stephen S. LaPlante    on behalf of Plaintiff    City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

    Stephen S. LaPlante    on behalf of Defendant    Detroit City Council laplante@millercanfield.com, skoczylas@millercanfield.com

    Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

    Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts laplante@millercanfield.com, skoczylas@millercanfield.com

    Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov

    Steven G. Howell    on behalf of Interested Party    State of Michigan showell@dickinsonwright.com

    Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney General showell@dickinsonwright.com

    Stuart A. Gold    on behalf of Defendant    Federal Pipe & Supply Inc sgold@glmpc.com

    Stuart A. Gold    on behalf of Creditor    Detroit Public Library sgold@glmpc.com

    Stuart A. Gold    on behalf of Defendant    Binkelman Corp. sgold@glmpc.com

    Susheel  Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com

    Susheel  Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com

    Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;edocket@schiffhardin.com

    Tamar  Dolcourt    on behalf of Debtor In Possession    City of Detroit, Michigan tdolcourt@foley.com

    Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association morris@silvermanmorris.com, dlatus@silvermanmorris.com

    Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com, dlatus@silvermanmorris.com

    Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com, dlatus@silvermanmorris.com

    Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association morris@silvermanmorris.com, dlatus@silvermanmorris.com

    Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, dlatus@silvermanmorris.com

    Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com, dlatus@silvermanmorris.com

    Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association morris@silvermanmorris.com, dlatus@silvermanmorris.com

    Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com, dlatus@silvermanmorris.com

    Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com

    Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan fusco@millercanfield.com

    Timothy A. Fusco    on behalf of Defendant    City of Detroit, Michigan fusco@millercanfield.com

    Timothy R. Graves    on behalf of Interested Party    Bronze Gable, L.L.C. tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Timothy R. Graves    on behalf of Interested Party    Aurelius Capital Management, LP tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Timothy R. Graves    on behalf of Interested Party    Stone Lion Capital Partners L.P. tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com

    Timothy R. Graves    on behalf of Interested Party    Panning Capital Management, LP tgraves@allardfishpc.com, allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Timothy R. Graves   on behalf of Interested Party   Monarch Alternative Capital LP tgraves@allardfishpc.com, allardfishpc@yahoo.com

          Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com

          Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com

          Todd W. Grant   on behalf of Defendant   Waterworks Systems & Equipment tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com

          Todd W. Grant   on behalf of Defendant   E L Bailey & Co Inc tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com

          Todd W. Grant   on behalf of Defendant   North-West Trading Co tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com

          Todd W. Grant   on behalf of Defendant   Clarks Construction tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com

          Todd W. Grant   on behalf of Defendant   Blue Star Inc tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com

          Todd W. Grant   on behalf of Defendant   KEO and Associates Inc. tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com

          Vanessa G. Fluker   on behalf of Interested Party   Center for Community Justice and Advocacy vgflawyer@sbcglobal.net, dfjohnson@cfaith.com

          Wendy Turner Lewis   on behalf of Defendant   Pyratech Security Systems Inc wtlewis@ameritech.net

          William H. Goodman   on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com

          William H. Goodman   on behalf of Creditor Dwayne Provience mail@goodmanhurwitz.com

          William H. Goodman   on behalf of Creditor Christobal Mendoza mail@goodmanhurwitz.com

          William H. Goodman   on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com

          William H. Goodman   on behalf of Creditor Annica Cuppetelli mail@goodmanhurwitz.com

          William H. Goodman   on behalf of Creditor Walter Swift mail@goodmanhurwitz.com

          William J. Barrett   on behalf of Defendant   Genuine Parts Company william.barrett@bfkn.com

          William Norman Listman   on behalf of Interested Party   Southeastern Oakland County Water Authority wlistman@davislistman.com

          William W. Kannel   on behalf of Creditor   Ad Hoc Bondholder Committee wkannel@mintz.com

          William W. Kannel   on behalf of Creditor   Fidelity Management & Research Company wkannel@mintz.com

          Yuliy Osipov   on behalf of Defendant   Toter Incorporated yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

          Yuliy Osipov   on behalf of Interested Party Gary Segatti yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

          Yuliy Osipov   on behalf of Interested Party   Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

          Yuliy Osipov   on behalf of Defendant   Capp, Inc. yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

          Yuliy Osipov   on behalf of Defendant   Capp USA yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

          Yuliy Osipov   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

          Yuliy Osipov   on behalf of Creditor   Jackie's Transport, Inc. yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

          TOTAL: 577