FILED '18 DEC 13 AM11:54
US BANKRUPTCY MIE-DET

12/5/18

Pamela Booker
16227 Wildemere St.
Det., MI. 48221

Clerk Of The Court
United States Bankruptcy Court
211 W. Fort St., Ste 2100
Det., MI. 48226

Re: Bankruptcy Case No. 13-53846; Claim No., 3836; Response to 36th District Court Dismissal
With Prejudice.

Honorable Judge Thomas J. Tucker:

The City of Detroit has claimed governmental immunity in reference to my claim. I do not agree, because, as owner of the property at 15737 Lamphere, the City had a duty to inspect, to insure the property remained closed and safe to the general public and that wasn'nt done. A decision was made, not to conduct established annual building and safety inspections.

On May 23, 2018, this court entered the order setting a deadline for me to file my claim to a nonbankruptcy court (June 22, 2018), it was filed June 14, 2018. The 36th District Court granted a motion for summary disposition, entering a judgement with prejudice 9/26/18. If I understand correctly, that means, the 36th District Courts' decision is final, I acted in bad faith and or failed to act timely. This Court gave me a deadline and it was met.

For me, the basis of this claim remains unaddressed. If this Court can't give further consideration, I must YIELD, to this Michigan Municipal Corporation ( The City), I have no recourse. I haven't received any income from this property, 15741 Lamphere since 2010, but I paid my property taxes. I asked for relief and it cost me, five years of frustration, property damage, attorney fees and court cost. My retirement income has supplemented my rental loses for years. My relief has become a hardship.

I would like to thank this court for all consideration given to this point.

Sincerely,

Pamela Booker
Pamela Booker