# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## NOTICE OF WITHDRAWAL OF CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 2033 FILED BY FLOYD BRUNSON AND CLAIM NUMBER 2266 FILED BY WENDY JEFFERSON

The City of Detroit hereby withdraws its objection, without prejudice, to claim number 2033 filed by Floyd Brunson and claim number 2266 filed by Wendy Jefferson [Doc. No. 12962].

Dated: December 13, 2018

                         Respectfully submitted,

                         By: /s/ Marc N. Swanson
                             Jonathan S. Green (P33140)
                             Marc N. Swanson (P71149)
                             MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
                             150 West Jefferson, Suite 2500
                             Detroit, Michigan 48226
                             Telephone: (313) 963-6420
                             Facsimile: (313) 496-8451
                             green@millercanfield.com
                             swansonm@millercanfield.com

Dated: December 13, 2018