# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

*12960* − Response to (related document(s): 12937 Objection to Claim Number of Claimant Objection to Claim Number 3836 Filed by Pamela Booker. ) Filed by Creditor Pamela Booker (ckata)

Proof of Service Missing

is defective as indicated:

- ☐ Acceptable List of Creditors Missing
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Amended Document Missing or Non−Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non−Compliant
- ☐ Bankruptcy Petition Cover Sheet Missing or Non−Compliant
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief Missing
- ☐ Certificate of Exigent Circumstances−Credit Counseling Waiver Missing
- ☐ Chapter 13 Plan is Non−Compliant
- ☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non−Compliant (To be filed with corrected document in its entirety as one PDF)
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)
- ☐ List of 20 Largest Unsecured Creditors Missing
- ☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing
- ☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing
- ☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing
- ☐ Notice of Objection to Claim Missing or Non−Compliant
- ☐ Notice of Special Appearance (LBR 9010−1(c)) Missing or Non−Compliant
- ☐ Notice to Respondent Missing or Non−Compliant

☐ Original Signature Missing or Non−Compliant

☐ Petition Non−Compliant (To be filed in its entirety)

☑ Proof of Service Missing or Non−Compliant

☐ Proposed Order Missing

☐ Statement of Attorney for Debtors 2016b LBR 9010−1c Missing or Non−Compliant

☐ Statement of Corporate Ownership Missing

☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 12/13/18

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                          United States Bankruptcy Court
                          Eastern District of Michigan
In re:                                                              Case No. 13-53846-tjt
City of Detroit, Michigan                                           Chapter 9
     Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0645-2          User: ckata              Page 1 of 14          Date Rcvd: Dec 13, 2018
                              Form ID: def2            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
cr             +Pamela Booker,    16227 Wildemere St.,    Detroit, MI 48221-3331

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust             Daniel M. McDermott
                Deutsche Bank AG, London
                                                                              TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
              Albert   Togut    on behalf of Plaintiff    City of Detroit, Michigan neilberger@teamtogut.com,
               apirraglia@teamtogut.com,Jberman@teamtogut.com,dperson@teamtogut.com,dcahir@teamtogut.com,
               adeering@teamtogut.com,srobinson@teamtogut.com
              Albert   Togut    on behalf of Debtor In Possession    City of Detroit, Michigan
               dperson@teamtogut.com
              Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
               alfredo.perez@weil.com,kelly.diblasi@weil.com,edward.soto@weil.com,Edward.McCarthy@weil.com
              Alice Bonita Jennings    on behalf of Plaintiff John   Smith ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Peoples Water Board
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Sylvia   Taylor ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn   Walker ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Tammika   Williams ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff John   Jackson ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Janice   Ward ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Moratorium Now! ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    National Action Network--Michigan Chapter
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn   Parham ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Michigan Welfare Rights Organization
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Maurika   Lyda ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Nicole   Hill ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Scott   Eubank ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alidz   Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               oshagan@legghioisrael.com,  drf@legghioisrael.com
              Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
               allan.brilliant@dechert.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
               allan.brilliant@dechert.com
              Allison  Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General
               abach@dickinsonwright.com, kstubbs@dickinson-wright.com
              Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com
              Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc. acaton@kramerlevin.com
              Andrew  Minear    on behalf of Creditor    Parsons Brinckerhoff Michigan, Inc.
               aminear@schiffhardin.com
              Andrew  Minear    on behalf of Defendant    Parsons Brinckeroff Michigan Inc
               aminear@schiffhardin.com
              Andrew A. Paterson, Jr.    on behalf of Plaintiff    Citizens United Against Corrupt Government
               aap43@outlook.com, aap43law@gmail.com
              Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
               aap43@outlook.com, aap43law@gmail.com
              Andrew A. Paterson, Jr.    on behalf of Creditor Robert  Davis aap43@outlook.com,
               aap43law@gmail.com
              Anthony  Greene    on behalf of Creditor Da'Nean M. Brooks greenelawgroup@gmail.com,
               greenelawgroup@yahoo.com
              Anthony J. Kochis    on behalf of Creditor    Iron Mountain Information Management, LLC
               akochis@wolfsonbolton.com, stravis@wolfsonbolton.com
              Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
               stravis@wolfsonbolton.com
              Anthony J. Kochis    on behalf of Attorney    Wolfson Bolton PLLC akochis@wolfsonbolton.com,
               stravis@wolfsonbolton.com
              Anthony James Miller    on behalf of Defendant    Toter Incorporated am@osbig.com
              Barbara A. Patek    on behalf of Plaintiff    Detroit Police Lieutenants and Sergeants Association
               pateklaw@gmail.com
              Barbara A. Patek    on behalf of Interested Party    Sanitary Chemists and Technicians Association
               pateklaw@gmail.com
              Barbara A. Patek    on behalf of Interested Party John R. Runyan pateklaw@gmail.com
              Barbara A. Patek    on behalf of Interested Party    Association of Detroit Engineers
               pateklaw@gmail.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               pateklaw@gmail.com
              Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association pateklaw@gmail.com
              Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
               bfagan@dibandfagan.com
              Benjamin  Whitfield    on behalf of Interested Party Jerome  Collins benwlaw123@aol.com,
               bw4822@aol.com;benwlaw4822@aol.com
              Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
               bbest@schaferandweiner.com, wrkyles@varnumlaw.com;alrichards@varnumlaw.com
              Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com,
               wrkyles@varnumlaw.com;alrichards@varnumlaw.com
              Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
               wrkyles@varnumlaw.com;alrichards@varnumlaw.com
              Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
               TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association
               bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
               TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
               TReitzloff@lippittokeefe.com
              Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
               TReitzloff@lippittokeefe.com
              Bruce  Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan
               bbennett@jonesday.com
              Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com,
               R47050@notify.bestcase.com;LassnerCR47050@notify.bestcase.com
              Carl F. Schier    on behalf of Defendant    Bankston Construction Inc carl@schierlaw.com
              Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com
              Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com
              Carole  Neville    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
               Michigan carole.neville@dentons.com
              Carole  Neville    on behalf of Retiree Committee    Official Committee of Retirees
               carole.neville@dentons.com
              Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation
               caroline.english@arentfox.com
              Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
              Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
               charlesID@hotmail.com
              Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
               cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
              Cheryl  Cook    on behalf of Creditor    CitiMortgage, Inc. bknotices-edm@potestivolaw.com
              Christopher A. Grosman    on behalf of Interested Party    BlackRock Financial Management, Inc.
               BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Christopher A. Grosman    on behalf of Creditor    Oakland County, Michigan BRCY@CarsonFischer.com,
               cgrosman@carsonfischer.com
              Christopher E. McNeely    on behalf of Defendant    Great Lakes Power Inc cmcneely@mandmpc.com
              Cindy Tsai    on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com
              Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
               claude.montgomery@dentons.com,docketny@dentons.com,
               carole.neville@dentons.com;sam.alberts@dentons.com
              Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of
               Detroit, Michigan claude.montgomery@dentons.com,
               carole.neville@dentons.com;sam.alberts@dentons.com
              Clifford D. Neubauer    on behalf of Interested Party Najib  Hodge cneubauer@joumanakayrouz.com
              Courtney A. Krause    on behalf of Creditor    Berkshire Hathaway Assurance Corporation
               ckrause@garanlucow.com
              Courtney M. Rogers    on behalf of Interested Party    U.S. Bank National Association
               courtney.rogers@wallerlaw.com
              Courtney M. Rogers    on behalf of Creditor    U.S. Bank National Association
               courtney.rogers@wallerlaw.com
              Cynthia J. Haffey    on behalf of Defendant    Detroit General Retirement System Service
               Corporation haffey@butzel.com
              Cynthia J. Haffey    on behalf of Defendant    Detroit Police And Fire Retirement System Service
               Corporation haffey@butzel.com
              Dale  Price    on behalf of Creditor    Equal Employment Opportunity Commission dale.price@eeoc.gov,
               legaldt.detroit@eeoc.gov
              Daniel  Kielczewski    on behalf of Defendant    Bob Maxey Ford Inc
               dgkielczewski@abbottnicholson.com, adwilliams@abbottnicholson.com
              Daniel C. DiCicco    on behalf of Defendant    Wright Tool Co ddicicco@ahernkill.com
              David A. Lerner    on behalf of Creditor    Plunkett Cooney dlerner@plunkettcooney.com,
               nwinagar@plunkettcooney.com
              David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
               nwinagar@plunkettcooney.com
              David A. Lerner    on behalf of Defendant    Waste Management of Michigan Inc
               dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
              David E. Schwartz    on behalf of Defendant    SMART dschwartz@allardfishpc.com,
               allardfishpc@yahoo.com
              David Gilbert Heiman    on behalf of Defendant    City of Detroit, Michigan dgheiman@jonesday.com
              David Gilbert Heiman    on behalf of Defendant Kevyn  Orr dgheiman@jonesday.com
              David Gilbert Heiman    on behalf of Debtor In Possession    City of Detroit, Michigan
               dgheiman@jonesday.com
              David Jonathan Cross    on behalf of Defendant    T & N Services Inc davidjonathancross@gmail.com
              David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
              David M. Blau    on behalf of Creditor    NTH Consultants, Ltd. dblau@clarkhill.com
              David M. Blau    on behalf of Defendant    Mannik & Smith Group Inc dblau@clarkhill.com
              David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
               kbilpo@seyburn.com
              Dawn R. Copley    on behalf of Interested Party    State of Michigan dcopley@dickinsonwright.com,
               dnavin@dickinsonwright.com
              Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
               General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com
              Deborah  Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
               kuschj@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
               kuschj@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
               kuschj@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
               kuschj@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
               kovskyd@pepperlaw.com, kuschj@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
               kuschj@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com,
               kuschj@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
               kuschj@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com,
               kuschj@pepperlaw.com
              Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    Panning Capital Management, LP
               dfish@allardfishpc.com, allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Aurelius Capital Management, LP
               dfish@allardfishpc.com, allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Bronze Gable, L.L.C. dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    Aurelius Capital Management, LP
               dfish@allardfishpc.com, allardfishpc@yahoo.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Deborah L. Fish on behalf of Interested Party Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Interested Party Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Intervenor-Defendant BlueMountain Capital Management, LLC dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Intervenor-Defendant Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Interested Party Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Intervenor-Defendant Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Interested Party Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Interested Party Panning Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Intervenor-Defendant Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com
- Dirk H. Beckwith on behalf of Defendant Detroit Retirement Systems Funding Trust 2005 dbeckwith@fosterswift.com
- Dirk H. Beckwith on behalf of Defendant Wilmington Trust, N.A. dbeckwith@fosterswift.com
- Dirk H. Beckwith on behalf of Defendant U.S. Bank, N.A. dbeckwith@fosterswift.com
- Dirk H. Beckwith on behalf of Defendant Detroit Retirement Systems Funding Trust 2006 dbeckwith@fosterswift.com
- Donald G. McGuigan, II on behalf of Interested Party Mario's Restaurant, Inc. don@mcguiganlaw.com
- Doron Yitzchaki on behalf of Defendant Hesco Hamlett Engineering Sales Company DYitzchaki@dickinsonwright.com
- Douglas Steele on behalf of Interested Party International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com
- Douglas C. Bernstein on behalf of Interested Party Community Foundation for Southeast Michigan dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party Hudson-Webber Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party The Fred A. and Barbara M. Erb Family Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party W.K. Kellogg Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party Max M. and Marjorie S. Fisher Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party The Ford Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party Charles Stewart Mott Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party William Davidson Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party McGregor Fund dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Defendant 1 Way Service Inc dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party A. Paul and Carol C. Schaap Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Douglas C. Bernstein on behalf of Defendant Examworks Inc dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
- Elizabeth A. Ferguson on behalf of Creditor Kim Lamar Spicer lizferguson@lawofficeseaferguson.com
- Elizabeth Ann Favaro on behalf of Defendant Siemens Industry Inc elizabeth.favaro@bowmanandbrooke.com, diana.murray@bowmanandbrooke.com
- Elliot G. Crowder on behalf of Defendant W C Ducomb Co ecrowder@sbplclaw.com, lhaas@sbplclaw.com
- Elliot G. Crowder on behalf of Interested Party Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com
- Eric B. Gaabo on behalf of Defendant City of Detroit gaabe@detroitmi.gov, raimic@detroitmi.gov
- Eric B. Gaabo on behalf of Debtor In Possession City of Detroit, Michigan gaabe@detroitmi.gov
- Eric D. Carlson on behalf of Debtor In Possession City of Detroit, Michigan carlson@millercanfield.com, brashier@millercanfield.com
- Erika D. Hart on behalf of Defendant OAS Group Inc ehart@tauntlaw.com, sdewitte@tauntlaw.com
- Ethan D. Dunn on behalf of Defendant Hercules & Hercules Inc bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com;bankruptcy.mdplc@gmail.com;notices@nextchapterbk.com
- Evan A. Burkholder on behalf of Respondent JE Associates evan.burkholder@leclairryan.com, evan.burkholder@gmail.com
- Evan A. Burkholder on behalf of Defendant J E Associates Inc evan.burkholder@leclairryan.com, evan.burkholder@gmail.com
- Frank J. Guadagnino on behalf of Creditor Aetna Health and Life Insurance Company fguadagnino@mcguirewoods.com, rhotaling@clarkhillthorpreed.com
- Gerald Rosen efile_rosen@mied.uscourts.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Gordon J. Toering    on behalf of Defendant    EJ USA Inc gtoering@wnj.com
              Gordon J. Toering    on behalf of Defendant    Valley Truck Parts Inc gtoering@wnj.com
              H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
               jblock@resnicklaw.com
              H. Nathan Resnick    on behalf of Defendant    Bauer & Hunter PLLC hnresnick@resnicklaw.net,
               jblock@resnicklaw.com
              H. Nathan Resnick    on behalf of Interested Party    Resnick & Moss, P.C. hnresnick@resnicklaw.net,
               jblock@resnicklaw.com
              Harvey R. Weingarden    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association hweingarden@lippittokeefe.com, jdobrzycki@lippittokeefe.com
              Harvey R. Weingarden    on behalf of Interested Party    Detroit Retired City Employees Association
               hweingarden@lippittokeefe.com, jdobrzycki@lippittokeefe.com
              Heather Lennox    on behalf of Attorney    Jones Day hlennox@jonesday.com
              Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
               hlennox@jonesday.com
              Heather Lennox    on behalf of Interested Party    Christie's, Inc. hlennox@jonesday.com
              Heather Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com
              Heather Lennox    on behalf of Interested Party    Miller Buckfire & Co., LLC hlennox@jonesday.com
              Heidi Peterson     hdpeterson75@gmail.com
              Howard Yale Lederman    on behalf of Creditor Ernest  Flagg hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Brian  Greene hlederman@normanyatooma.com
              Irma Industrious    on behalf of Creditor Irma  Industrious iindustrious@yahoo.com
              J. Paul Sugameli    on behalf of Defendant    Farrow Group Inc psugameli@sugamelilaw.com
              James Pelland    on behalf of Defendant    Metco Services Inc jpelland@fb-firm.com,
               psugars@fb-firm.com
              James Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
               james.sprayregen@kirkland.com
              James Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
               james.sprayregen@kirkland.com
              James Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
               james.sprayregen@kirkland.com
              James J. Hayes    on behalf of Defendant    Alexander Chemical Corp attyjjhayes@gmail.com
              Jamie Scott Fields    on behalf of Creditor Jamie  Fields jeansartre@msn.com
              Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
               jeansartre@msn.com
              Jayson Ruff    on behalf of Creditor    Sprint Communications Company LP jruff@mcdonaldhopkins.com
              Jayson Ruff    on behalf of Creditor    Bishop Real Estate, L.L.C. jruff@mcdonaldhopkins.com
              Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
              Jeffrey S. Kopp    on behalf of Debtor In Possession    City of Detroit, Michigan jkopp@foley.com
              Jerome D. Goldberg    on behalf of Plaintiff John  Smith apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    National Action Network--Michigan Chapter
               apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Nicole  Hill apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Parham apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Michigan Welfare Rights Organization
               apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Scott  Eubank apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Walker apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Janice  Ward apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Peoples Water Board apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Moratorium Now! apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff John  Jackson apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Tammika  Williams apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Sylvia  Taylor apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Maurika  Lyda apclawyer@sbcglobal.net
              Jimmylee Gray    on behalf of Defendant    Ampro Construction LLC j.gray50@comcast.net
              Jimmylee Gray    on behalf of Defendant    Uniglobe Construction Co j.gray50@comcast.net
              Jimmylee Gray    on behalf of Defendant    Kingsway Building & Maintenance j.gray50@comcast.net
              John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
              John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               jstevens@mathesonparr.com, nlmumma@aol.com
              John Adam Behrendt    on behalf of Plaintiff    Gotham Motown Recovery, LLC abehrendt@bodmanlaw.com,
               jgateman@bodmanlaw.com
              John C. Lange    on behalf of Creditor    Detroit Public Library jlange@glmpc.com
              John D. Mulvihill    on behalf of Creditor    Agar Lawn Sprinkler Systems Inc
               jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
              John D. Mulvihill    on behalf of Attorney John Mulvihill Law Office Of John D. Mulvihill Pllc
               jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
              John D. Mulvihill    on behalf of Defendant    Agar Lawn Sprinkler Systems Inc
               jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
              John D. Mulvihill    on behalf of Debtor In Possession    City of Detroit, Michigan
               jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
              John E. Eaton    on behalf of Creditor    Amalgamated Transit Union Local 26 jeaton@cousenslaw.com,
               jfreund@bredhoff.com;hpvonthielen@bredhoff.comm
              John G. Colucci    on behalf of Respondent    General Shale Brick, Inc. coluccilawfirm@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        John G. Colucci   on behalf of Creditor   General Shale Brick, Inc. coluccilawfirm@gmail.com
        John H. Willems   on behalf of Debtor In Possession   City of Detroit, Michigan willems@millercanfield.com
        John P. Kapitan   on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com, mitrottlaw@ecf.courtdrive.com
        John P. Sieger   on behalf of Creditor   Michigan Bell Telephone Company john.sieger@kattenlaw.com
        John R. Canzano   on behalf of Creditor   Michigan Building and Construction Trades Council jcanzano@michworkerlaw.com, office@michworkerlaw.com
        Jonathan S. Green   on behalf of Defendant   City of Detroit, Michigan green@millercanfield.com
        Jonathan S. Green   on behalf of Interested Party   Miller, Canfield, Paddock and Stone, PLC green@millercanfield.com
        Jonathan S. Green   on behalf of Defendant Michael  Duggan, Mayor green@millercanfield.com
        Jonathan S. Green   on behalf of Defendant   City of Detroit green@millercanfield.com
        Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan green@millercanfield.com
        Jonathan S. Green   on behalf of Defendant Michael  Hall green@millercanfield.com
        Jong-Ju Chang   on behalf of Creditor   Oakland County, Michigan jchang@dykema.com, dkelley@dykema.com;docket@dykema.com
        Jong-Ju Chang   on behalf of Interested Party   City of Detroit, Water and Sewerage Department jchang@dykema.com, dkelley@dykema.com;docket@dykema.com
        Joseph M. Fischer   on behalf of Creditor   Oakland County, Michigan brcy@carsonfischer.com, jfischer@carsonfischer.com
        Joseph R. Sgroi   on behalf of Creditor   Ivey & Associates LLC jsgroi@honigman.com, litdocket@honigman.com
        Joseph R. Sgroi   on behalf of Creditor   Olympia Office Building, LLC jsgroi@honigman.com, litdocket@honigman.com
        Joseph R. Sgroi   on behalf of Creditor   Country West Apartments, LLC jsgroi@honigman.com, litdocket@honigman.com
        Joseph R. Sgroi   on behalf of Creditor Aziz & Lorna  Abraham jsgroi@honigman.com, litdocket@honigman.com
        Joseph R. Sgroi   on behalf of Creditor   3100 East Jefferson, LLC jsgroi@honigman.com, litdocket@honigman.com
        Joseph R. Sgroi   on behalf of Creditor   Seven Mile Holdings, LLC jsgroi@honigman.com, litdocket@honigman.com
        Joseph R. Sgroi   on behalf of Creditor   Pont Solutions, LLC jsgroi@honigman.com, litdocket@honigman.com
        Joseph R. Sgroi   on behalf of Creditor   Gekko Enterprises LLC jsgroi@honigman.com, litdocket@honigman.com
        Joseph R. Sgroi   on behalf of Creditor   Koehler Market LLC jsgroi@honigman.com, litdocket@honigman.com
        Joseph R. Sgroi   on behalf of Interested Party   Detroit Institute of Arts jsgroi@honigman.com, litdocket@honigman.com
        Joseph R. Sgroi   on behalf of Creditor   Lynch Road Land L.L.C. jsgroi@honigman.com, litdocket@honigman.com
        Joseph R. Sgroi   on behalf of Interested Party   CW Professional Services, LLC jsgroi@honigman.com, litdocket@honigman.com
        Joseph R. Sgroi   on behalf of Creditor   Imperial Manor House, LLC jsgroi@honigman.com, litdocket@honigman.com
        Joseph R. Sgroi   on behalf of Creditor   Stanne Consulting, LLC jsgroi@honigman.com, litdocket@honigman.com
        Joseph R. Sgroi   on behalf of Creditor   Taggart Technologies LLC jsgroi@honigman.com, litdocket@honigman.com
        Joseph R. Sgroi   on behalf of Creditor   Enforcement Technology, Inc. jsgroi@honigman.com, litdocket@honigman.com
        Joseph R. Sgroi   on behalf of Creditor   4737 Conner Co., LLC jsgroi@honigman.com, litdocket@honigman.com
        Joseph R. Sgroi   on behalf of Creditor   Atwater Group jsgroi@honigman.com, litdocket@honigman.com
        Joseph R. Sgroi   on behalf of Creditor Aziz N. Abraham jsgroi@honigman.com, litdocket@honigman.com
        Joseph R. Sgroi   on behalf of Creditor   Kennedy Square Garage LLC jsgroi@honigman.com, litdocket@honigman.com
        Joseph R. Sgroi   on behalf of Creditor   Delbruck Technology, LLC jsgroi@honigman.com, litdocket@honigman.com
        Joseph R. Sgroi   on behalf of Creditor   136 Bagley LLC jsgroi@honigman.com, litdocket@honigman.com
        Joseph R. Sgroi   on behalf of Creditor   Skyline Partners LLC jsgroi@honigman.com, litdocket@honigman.com
        Joseph R. Sgroi   on behalf of Creditor   WC Hoover Investments, LLC jsgroi@honigman.com, litdocket@honigman.com
        Joseph R. Sgroi   on behalf of Creditor   Seven Mile Partners, LLC jsgroi@honigman.com, litdocket@honigman.com
        Joseph R. Sgroi   on behalf of Creditor   Magnolia Properties, LLC jsgroi@honigman.com, litdocket@honigman.com
        Joseph R. Sgroi   on behalf of Creditor   Abraham & Potestivo, LLC jsgroi@honigman.com, litdocket@honigman.com
        Joseph R. Sgroi   on behalf of Creditor   Arrow Uniform Rental, Inc. jsgroi@honigman.com, litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Joseph R. Sgroi    on behalf of Creditor    LDM, LLC jsgroi@honigman.com,    litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Chene Square, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Interested Party Michael  Duggan, Mayor jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Country House Apartments jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Interested Party    Greektown Casino, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    MICMR, LLC jsgroi@honigman.com,    litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Detroit Thermal, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Bean Little Investments, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    441 E. Larned LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    3250 Associated LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Sunrise Parking LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Attorney L. Katie Mason jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Tower Defense & Aerospace, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Blenheim Building, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Olympia Development of Michigan LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Mound Road Enterprises L.L.C. jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Singent Consulting LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    TC Manor House, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Cass Community Social Services, Inc.
           jsgroi@honigman.com,    litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Columbia Parking LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Elizabeth Street Properties, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    VITEC, L.L.C. jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Compuware Corporation jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Oakland Plant Properties, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Parkrite Holdings LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Linwood Neighbors LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Interested Party    Sigma Associates, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    TSD Solutions LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Cathedral Owner LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Interested Party    Compuware Corporation jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Fox Parking Garage, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    440 Congress LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Regency Owner LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Interested Party    Detroit Entertainment, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Mack Avenue Investors LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    120 W. Montcalm Properties LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Riverfront Towers Holdings LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    5801 Southfield Service Drive Corp. jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joshua  Wheelock    on behalf of Creditor Thomas M. Nunley jwheelock@wheelocklegal.com,
           joshwheelock@hotmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
          Judith Greenstone Miller    on behalf of Defendant    Election Systems & Software
           jmiller@jaffelaw.com, dgoldberg@jaffelaw.com
          Julie Beth Teicher    on behalf of Plaintiff    Detroit Police Lieutenants and Sergeants
           Association jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Attorney    Erman, Teicher, Zucker & Freedman, P.C.
           jteicher@maddinhauser.com
          Karen E. Evangelista    on behalf of Creditor Karen  Evangelista, Chapter 7 Trustee
           brewera1008@yahoo.com
          Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
           kressk@pepperlaw.com
          Kenneth B. Vance    on behalf of Defendant    Z Contractors Inc kbvance@comcast.net,
           kbvance01@gmail.com
          Kevin Erskine    on behalf of Interested Party    United States of America kevin.erskine@usdoj.gov,
           michele.gangler@usdoj.gov;Karen.ducharme@usdoj.gov;Jack.Tubbs@usdoj.gov
          Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
           ksummers@dflaw.com, ccook@dflaw.com
          Kimberly Gibbs    on behalf of Defendant    Futurenet Group Inc KimberlyG@futurenetgroup.com
          Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
          Kristin K. Going    on behalf of Creditor    Wilmington Trust, N.A. Kristin.Going@dbr.com
          Kristin K. Going    on behalf of Creditor    Wilmington Trust Company, N.A. Kristin.Going@dbr.com
          Kurt Thornbladh    on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff    National Action Network--Michigan Chapter
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Creditor    Michigan Welfare Rights Organization
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff    Michigan Welfare Rights Organization
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Creditor    Plymouth Square Ltd. Housing Association
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff John  Smith kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff John  Jackson kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          L. Nichole Hunter    on behalf of Creditor    Public Lighting Authority nhunter@alglawpc.com
          Lawrence A. Lichtman    on behalf of Creditor    660 Woodward Associates, LLC
           llichtman@honigman.com, litdocket@honigman.com
          Lisa Hill Fenning    on behalf of Attorney Lisa S. Blatt Lisa.Fenning@aporter.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Louis P. Rochkind   on behalf of Plaintiff   National Public Finance Guarantee Corporation lrochkind@jaffelaw.com, dburris@jaffelaw.com
        M. Ellen Dennis   on behalf of Creditor Ben McKenzie, Jr. m.ellen.dennis@gmail.com, dwhadden@umich.edu
        Mami Kato   on behalf of Interested Party   International Union of Operating Engineers, Local 324 mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor Bruce Goldman mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor Devery Jones mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor Mary Washington mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato   on behalf of Interested Party   Service Employees International Union, Local 517M mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor Michael Wells mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor   Detroit Police Command Officers Association mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor Mary Whitson mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Mami Kato   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 mkato@sachswaldman.com, pmerchak@sachswaldman.com
        Marc N. Swanson   on behalf of Defendant Michael Hall swansonm@millercanfield.com
        Marc N. Swanson   on behalf of Debtor In Possession   City of Detroit, Michigan swansonm@millercanfield.com
        Marc N. Swanson   on behalf of Defendant   City of Detroit swansonm@millercanfield.com
        Marc N. Swanson   on behalf of Defendant Michael Duggan, Mayor swansonm@millercanfield.com
        Marc N. Swanson   on behalf of Defendant   City of Detroit, Michigan swansonm@millercanfield.com
        Marc N. Swanson   on behalf of Defendant   Detroit City Council swansonm@millercanfield.com
        Marcy J. Ford   on behalf of Creditor   Bank of America, N.A. easternecf@trottlaw.com, mitrottlaw@ecf.courtdrive.com
        Marguerite Hammerschmidt   on behalf of Interested Party   Haas & Goldstein P.C. admin@hammer-stick.com
        Marie Garian   on behalf of Defendant   ABC Demolition Co Inc Garianlaw@yahoo.com
        Mark Wasvary   on behalf of Creditor   Hyde Park Co-Operative, et al. mark@wasvarylaw.com
        Mark Wasvary   on behalf of Creditor   Plymouth Square Ltd. Housing Association mark@wasvarylaw.com
        Mark A. Angelov   on behalf of Plaintiff   Ambac Assurance Corporation mark.angelov@arentfox.com
        Mark B. Berke   on behalf of Defendant   Birks Works Environmental LLC mberkelaw@gmail.com
        Mark H. Shapiro   on behalf of Creditor   Nuveen Asset Management shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
        Mark H. Shapiro   on behalf of Interested Party   The Securities Industry and Financial Markets Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
        Mark H. Shapiro   on behalf of Creditor   BlackRock Financial Management, Inc. shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
        Mark H. Shapiro   on behalf of Interested Party   Greenhill & Co., LLC shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
        Mark L. McAlpine   on behalf of Other Professional   McAlpine PC mlmcalpine@mcalpinelawfirm.com, dajaworski@mcalpinepc.com
        Mark R. James   on behalf of Interested Party   Financial Guaranty Insurance Company mrj@wwrplaw.com
        Mark R. James   on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com
        Mark S. Frankel   on behalf of Defendant   Tooles Contracting Group LLC mfrankel@couzens.com
        Mark S. Frankel   on behalf of Defendant   Motor City Pipe & Supply Co mfrankel@couzens.com
        Mark S. Frankel   on behalf of Interested Party   Tooles Contracting Group LLC mfrankel@couzens.com
        Marshall S. Huebner   on behalf of Creditor   Merrill Lynch Capital Services, Inc. bankrout@davispolk.com
        Mary Beth Cobbs   on behalf of Debtor In Possession   City of Detroit, Michigan cobbm@detroitmi.gov, mbcobbs@flash.net
        Mary Beth Cobbs   on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net
        Mary Beth Cobbs   on behalf of Interested Party   City of Detroit Law Department cobbm@detroitmi.gov, mbcobbs@flash.net
        Mary Kay Shaver   on behalf of Creditor   Varnum LLP mkshaver@varnumlaw.com
        Matthew Schneider   on behalf of Interested Party   State of Michigan SchneiderM7@michigan.gov
        Matthew Troy   on behalf of Interested Party   United States of America matthew.troy@usdoj.gov
        Matthew Wilkins   on behalf of Defendant   Electronic Data Systems Corporation wilkins@bwst-law.com, marbury@bwst-law.com
        Matthew Wilkins   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
        Matthew Wilkins   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com
        Matthew Wilkins   on behalf of Retiree Committee   Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Matthew  Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
           wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew  Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew  Wilkins    on behalf of Intervenor-Plaintiff    Official Committee of Retirees of the City
           of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew D. Harper    on behalf of Interested Party    City of Detroit Water and Sewerage Department
           mdharper@eastmansmith.com
          Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
           Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    FMS Wertmanagement summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
           summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
           summersm@ballardspahr.com
          Matthew Joseph Hoffer    on behalf of Creditor    H.D.V. Greektown, LLC matt@bradshaferlaw.com,
           info@bradshaferlaw.com
          Matthew Joseph Hoffer    on behalf of Creditor    415 East Congress, LLC matt@bradshaferlaw.com,
           info@bradshaferlaw.com
          Matthew Joseph Hoffer    on behalf of Creditor    K&P, Incorporated matt@bradshaferlaw.com,
           info@bradshaferlaw.com
          Max J. Newman    on behalf of Interested Party    Wayne County Corporation newman@butzel.com
          Max J. Newman    on behalf of Defendant    Motor City Electric Technologies Inc newman@butzel.com
          Max J. Newman    on behalf of Defendant    Fort Wayne Contracting Inc newman@butzel.com
          Max J. Newman    on behalf of Defendant    Imperial Construction Co newman@butzel.com
          Max J. Newman    on behalf of Defendant    Detroit Thermal, LLC newman@butzel.com
          Max J. Newman    on behalf of Defendant    L D' Agostini & Sons Inc newman@butzel.com
          Max J. Newman    on behalf of Defendant    C E Pollard Company newman@butzel.com
          Michael  Benkstein    on behalf of Creditor Derrez  Payne mbenkstein@joumanakayrouz.com
          Michael A. Stevenson    on behalf of Defendant    Clark Associates Inc mstevenson@sbplclaw.com,
           rschultz@sbplclaw.com
          Michael Anthony Karman    on behalf of Creditor    Fountain Court Consumer Housing Cooperative
           makarmanesq@gmail.com
          Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
          Michael C. Hammer    on behalf of Defendant    MGM Grand Detroit, LLC mchammer2@dickinsonwright.com
          Michael H. Perry    on behalf of Defendant    Fraser Trebilcock Davis & Dunlap PC
           mperry@fraserlawfirm.com
          Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
          Michael R. Bell    on behalf of Interested Party    State of Michigan, Department of Attorney
           General BellM1@michigan.gov
          Michael R. Bell    on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
          Michael Robert Wolin    on behalf of Defendant    Systems & Software Inc mike@tishlaw.com
          My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
           mao-bk-ecf@debevoise.com
          Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP
           ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
          Neil Matthew Berger    on behalf of Plaintiff    City of Detroit, Michigan dperson@teamtogut.com,
           dcahir@teamtogut.com, seratner@teamtogut.com;neilberger@teamtogut.com;bmoore@teamtogut.com
          Neil R. Sherman    on behalf of Creditor    Flagstar Bank, FSB nsherman@sspclegal.com,
           stremonti1@sspclegal.com
          Neil R. Sherman    on behalf of Interested Party    CitiMortgage, Inc. nsherman@sspclegal.com,
           stremonti1@sspclegal.com
          Neil R. Sherman    on behalf of Interested Party    Schneiderman and Sherman, P.C.
           nsherman@sspclegal.com, stremonti1@sspclegal.com
          Neil R. Sherman    on behalf of Interested Party    Kondaur Capital Corporation
           nsherman@sspclegal.com, stremonti1@sspclegal.com
          Niraj R. Ganatra    on behalf of Attorney    UAW - Solidarity House Nganatra@uaw.net
          Noel J. Ravenscroft    on behalf of Respondent    Wayne County Treasurer
           nravenscroft@ecf.courtdrive.com, dgomez@kaalaw.com;ashaw@kaalaw.com
          Noel J. Ravenscroft    on behalf of Creditor    Detroit Water and Sewerage Department
           nravenscroft@ecf.courtdrive.com, dgomez@kaalaw.com;ashaw@kaalaw.com
          Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company Paige.Barr@kattenlaw.com
          Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
           mkisell@plunkettcooney.com
          Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan
           pmears@btlaw.com
          Patrick W. Carothers    on behalf of Defendant    Carmeuse Lime Inc pcarothers@leechtishman.com,
           bankruptcy@leechtishman.com;ghauswirth@leechtishman.com;dtomko@leechtishman.com
          Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
           phage@jaffelaw.com, gshaw@jaffelaw.com
          Paul R. Hage    on behalf of Defendant    Inland Waters Pollution Control Inc. phage@jaffelaw.com,
           gshaw@jaffelaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation
               phage@jaffelaw.com, gshaw@jaffelaw.com
              Paul R. Hage    on behalf of Defendant    Election Systems & Software phage@jaffelaw.com,
               gshaw@jaffelaw.com
              Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
               Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
              Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of
               Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
              Paula A. Hall    on behalf of Retiree Committee    Official Committee of Retirees hall@bwst-law.com,
               marbury@bwst-law.com;pleban@bwst-law.com
              Peter D. Dechiara    on behalf of Creditor    International Union, United Automobile, Aerospace and
               Agricultural Implement Workers of America pdechiara@cwsny.com
              Peter Paul Sudnick    on behalf of Attorney Peter P. Sudnick psudnick@sudnicklaw.com,
               psudnick13@gmail.com
              Ralph A. Taylor    on behalf of Plaintiff    Ambac Assurance Corporation ralph.taylor@arentfox.com
              Raymond Guzall, III    on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
              Raymond Guzall, III    on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
              Richard A. Roble (UST)    on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
              Richard G. Mack, Jr.    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
               richardmack@millercohen.com, mcoil@millercohen.com
              Richard G. Mack, Jr.    on behalf of Creditor    Coalition of Detroit Unions
               richardmack@millercohen.com, mcoil@millercohen.com
              Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
               State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
              Richard G. Mack, Jr.    on behalf of Creditor    Michigan Council 25 of the American Federation of
               State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com,
               mcoil@millercohen.com
              Richardo I. Kilpatrick    on behalf of Creditor    Detroit Water and Sewerage Department
               ecf@kaalaw.com,
               Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;Dchapman@ecf
               .courtdrive.com;dgomez@kaalaw.com;ashaw@kaalaw.com
              Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit, Water and Sewerage
               Department ecf@kaalaw.com,
               Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;Dchapman@ecf
               .courtdrive.com;dgomez@kaalaw.com;ashaw@kaalaw.com
              Richardo I. Kilpatrick    on behalf of Interested Party    City of Detroit Water and Sewerage
               Department ecf@kaalaw.com,
               Rkilpatrick@ecf.courtdrive.com;jmcardle@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;Dchapman@ecf
               .courtdrive.com;dgomez@kaalaw.com;ashaw@kaalaw.com
              Robert Darnell    on behalf of Interested Party    United States Nuclear Regulatory Commission
               robert.darnell@usdoj.gov
              Robert Fetter    on behalf of Interested Party    Local 3308 of the American Federation of State,
               County and Municipal Employees rfetter@millercohen.com,
               richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
               com
              Robert Fetter    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
               rfetter@millercohen.com,
               richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
               com
              Robert Fetter    on behalf of Interested Party    Local 917 of the American Federation of State,
               County and Municipal Employees rfetter@millercohen.com,
               richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.
               com
              Robert A. Weisberg    on behalf of Defendant    Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM,
               rweisberg@carsonfischer.com;njudge@carsonfischer.com
              Robert A. Weisberg    on behalf of Counter-Claimant    Shrader Tire & Oil Inc
               BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
              Robert A. Weisberg    on behalf of Creditor    Oakland County, Michigan BRCY@CARSONFISCHER.COM,
               rweisberg@carsonfischer.com;njudge@carsonfischer.com
              Robert J. Figa    on behalf of Defendant    D A Central Inc RFiga@Comlawone.com
              Robert J. Figa    on behalf of Defendant    Vancon Inc RFiga@Comlawone.com
              Robert N. Bassel    on behalf of Interested Party    Lasalle Town Houses Cooperative Association
               bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
              Robert N. Bassel    on behalf of Interested Party    Lafayette Town Houses, Inc. bbassel@gmail.com,
               robertbassel@hotmail.com;ecfbassel@gmail.com
              Robert N. Bassel    on behalf of Interested Party    Joliet Town Houses Cooperative Association
               bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
              Robert N. Bassel    on behalf of Interested Party    Nicolet Town Houses Cooperative Association
               bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
              Robert N. Bassel    on behalf of Interested Party    St. James Cooperative bbassel@gmail.com,
               robertbassel@hotmail.com;ecfbassel@gmail.com
              Robert S. Hertzberg    on behalf of Defendant Michael Jamison hertzbergr@pepperlaw.com,
               kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Defendant    City of Detroit, Michigan hertzbergr@pepperlaw.com,
               kuschj@pepperlaw.com
              Robert S. Hertzberg    on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com,
               kuschj@pepperlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Robert S. Hertzberg on behalf of Plaintiff City of Detroit hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Debtor In Possession City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Interested Party Pepper Hamilton LLP hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant John Naglik hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant John Naglick hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Plaintiff City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant Cheryl Johnson hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Ronald A. Spinner on behalf of Defendant City of Detroit, Michigan spinner@millercanfield.com
- Ronald A. Spinner on behalf of Debtor In Possession City of Detroit, Michigan spinner@millercanfield.com
- Ryan Plecha on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Detroit Retired City Employees Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Plaintiff Detroit Retired City Employees Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
- Ryan Blaine Bennett on behalf of Defendant Syncora Guarantee, Inc. ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Capital Assurance Inc. ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Holdings Ltd. ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
- Sam J. Alberts on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
- Sara Rajan on behalf of Defendant Camden Insurance Agency Inc srajan@starkreagan.com
- Scott A. Wolfson on behalf of Defendant Detroit Advanced Technology Application Network swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com
- Scott A. Wolfson on behalf of Creditor The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com
- Scott Eric Ratner on behalf of Debtor In Possession City of Detroit, Michigan dperson@teamtogut.com
- Scott Eric Ratner on behalf of Defendant Detroit Thermal, LLC dperson@teamtogut.com
- Scott Eric Ratner on behalf of Plaintiff City of Detroit, Michigan dperson@teamtogut.com
- Scott M. Watson on behalf of Creditor UBS AG swatson@wnj.com
- Sean M. Cowley (UST) on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
- Shanna Marie Kaminski on behalf of Interested Party City of Detroit Water and Sewerage Department , pjozwiak@schaferandweiner.com
- Shanna Marie Kaminski on behalf of Defendant Detroit Water and Sewerage Department , pjozwiak@schaferandweiner.com
- Shannon L. Deeby on behalf of Interested Party General Retirement System of the City of Detroit sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant Eastern Oil Co sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Interested Party Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant Dell Computer Corporation sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant J Ranck Electric Inc sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant Camp Dresser & McKee sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Creditor Governing Board of the City of Detroit Employee Benefit Plan sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Creditor Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant CDM Michigan Inc sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant Prevost Parts/Prevost Car Inc. sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant David Wm Ruskin sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Creditor General Retirement System of the City of Detroit sdeeby@clarkhill.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Sheldon S. Toll   on behalf of Interested Party   Detroit Windsor Tunnel, LLC lawtoll@comcast.net, lawtoll@comcast.net

      Sheryl L. Toby   on behalf of Interested Party   Health Alliance Plan of Michigan stoby@dykema.com, dguerrero@dykema.com

      Stanley I. Okoli   on behalf of Creditor Shelton Bell, Jr. sokoli@romanolawpllc.com, dblake@romanolawpllc.com, dromano@romanolawpllc.com

      Stanley I. Okoli   on behalf of Creditor Michael McKay sokoli@romanolawpllc.com, dromano@romanolawpllc.com

      Stanley I. Okoli   on behalf of Creditor James Williams sokoli@romanolawpllc.com, dromano@romanolawpllc.com

      Stanley L. de Jongh   on behalf of Interested Party   City of Detroit Law Department jongsl@detroitmi.gov

      Stanley L. de Jongh   on behalf of Debtor In Possession   City of Detroit, Michigan jongsl@detroitmi.gov

      Stephanie Lee Arndt   on behalf of Interested Party   Thomas Sandusky, Personal Representative of Estate of Hal Sandusky s.arndt@fiegerlaw.com, s.teal@fiegerlaw.com

      Stephanie Lee Arndt   on behalf of Creditor Steven Wolak s.arndt@fiegerlaw.com, s.teal@fiegerlaw.com

      Stephen Wolpert   on behalf of Creditor   Macomb County stephen.wolpert@dechert.com

      Stephen M. Gross   on behalf of Plaintiff   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

      Stephen S. LaPlante   on behalf of Interested Party   Detroit Institute of Arts laplante@millercanfield.com, skoczylas@millercanfield.com

      Stephen S. LaPlante   on behalf of Defendant   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

      Stephen S. LaPlante   on behalf of Plaintiff   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

      Stephen S. LaPlante   on behalf of Defendant   Detroit City Council laplante@millercanfield.com, skoczylas@millercanfield.com

      Stephen S. LaPlante   on behalf of Debtor In Possession   City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

      Steven B. Flancher   on behalf of Interested Party   State of Michigan flanchers@michigan.gov

      Steven G. Howell   on behalf of Interested Party   State of Michigan showell@dickinsonwright.com

      Steven G. Howell   on behalf of Interested Party   State of Michigan, Department of Attorney General showell@dickinsonwright.com

      Stuart A. Gold   on behalf of Defendant   Federal Pipe & Supply Inc sgold@glmpc.com

      Stuart A. Gold   on behalf of Creditor   Detroit Public Library sgold@glmpc.com

      Stuart A. Gold   on behalf of Defendant   Binkelman Corp. sgold@glmpc.com

      Susheel Kirpalani   on behalf of Plaintiff   Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com

      Susheel Kirpalani   on behalf of Interested Party   Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com

      Suzanne L. Wahl   on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;edocket@schiffhardin.com

      Tamar Dolcourt   on behalf of Debtor In Possession   City of Detroit, Michigan tdolcourt@foley.com

      Thomas R. Morris   on behalf of Plaintiff   Detroit Retired City Employees Association morris@silvermanmorris.com, dlatus@silvermanmorris.com

      Thomas R. Morris   on behalf of Interested Party Donald Taylor morris@silvermanmorris.com, dlatus@silvermanmorris.com

      Thomas R. Morris   on behalf of Creditor Donald Taylor morris@silvermanmorris.com, dlatus@silvermanmorris.com

      Thomas R. Morris   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association morris@silvermanmorris.com, dlatus@silvermanmorris.com

      Thomas R. Morris   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, dlatus@silvermanmorris.com

      Thomas R. Morris   on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com, dlatus@silvermanmorris.com

      Thomas R. Morris   on behalf of Interested Party   Detroit Retired City Employees Association morris@silvermanmorris.com, dlatus@silvermanmorris.com

      Thomas R. Morris   on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com, dlatus@silvermanmorris.com

      Timothy A. Fusco   on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com

      Timothy A. Fusco   on behalf of Debtor In Possession   City of Detroit, Michigan fusco@millercanfield.com

      Timothy A. Fusco   on behalf of Defendant   City of Detroit, Michigan fusco@millercanfield.com

      Timothy R. Graves   on behalf of Interested Party   Bronze Gable, L.L.C. tgraves@allardfishpc.com, allardfishpc@yahoo.com

      Timothy R. Graves   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A. tgraves@allardfishpc.com, allardfishpc@yahoo.com

      Timothy R. Graves   on behalf of Interested Party   Aurelius Capital Management, LP tgraves@allardfishpc.com, allardfishpc@yahoo.com

      Timothy R. Graves   on behalf of Interested Party   Stone Lion Capital Partners L.P. tgraves@allardfishpc.com, allardfishpc@yahoo.com

      Timothy R. Graves   on behalf of Interested Party   Dexia Holdings, Inc. tgraves@allardfishpc.com, allardfishpc@yahoo.com

      Timothy R. Graves   on behalf of Interested Party   Panning Capital Management, LP tgraves@allardfishpc.com, allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Timothy R. Graves   on behalf of Interested Party   Monarch Alternative Capital LP tgraves@allardfishpc.com, allardfishpc@yahoo.com

      Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com

      Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com

      Todd W. Grant   on behalf of Defendant   Waterworks Systems & Equipment tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com

      Todd W. Grant   on behalf of Defendant   E L Bailey & Co Inc tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com

      Todd W. Grant   on behalf of Defendant   North-West Trading Co tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com

      Todd W. Grant   on behalf of Defendant   Clarks Construction tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com

      Todd W. Grant   on behalf of Defendant   Blue Star Inc tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com

      Todd W. Grant   on behalf of Defendant   KEO and Associates Inc. tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com

      Vanessa G. Fluker   on behalf of Interested Party   Center for Community Justice and Advocacy vgflawyer@sbcglobal.net, dfjohnson@cfaith.com

      Wendy Turner Lewis   on behalf of Defendant   Pyratech Security Systems Inc wtlewis@ameritech.net

      William H. Goodman   on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com

      William H. Goodman   on behalf of Creditor Dwayne Provience mail@goodmanhurwitz.com

      William H. Goodman   on behalf of Creditor Christobal Mendoza mail@goodmanhurwitz.com

      William H. Goodman   on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com

      William H. Goodman   on behalf of Creditor Annica Cuppetelli mail@goodmanhurwitz.com

      William H. Goodman   on behalf of Creditor Walter Swift mail@goodmanhurwitz.com

      William J. Barrett   on behalf of Defendant   Genuine Parts Company william.barrett@bfkn.com

      William Norman Listman   on behalf of Interested Party   Southeastern Oakland County Water Authority wlistman@davislistman.com

      William W. Kannel   on behalf of Creditor   Ad Hoc Bondholder Committee wkannel@mintz.com

      William W. Kannel   on behalf of Creditor   Fidelity Management & Research Company wkannel@mintz.com

      Yuliy Osipov   on behalf of Defendant   Toter Incorporated yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

      Yuliy Osipov   on behalf of Interested Party Gary Segatti yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

      Yuliy Osipov   on behalf of Interested Party   Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

      Yuliy Osipov   on behalf of Defendant   Capp, Inc. yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

      Yuliy Osipov   on behalf of Defendant   Capp USA yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

      Yuliy Osipov   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

      Yuliy Osipov   on behalf of Creditor   Jackie's Transport, Inc. yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

      TOTAL: 577