# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

IN RE:

City of Detroit

CASE NO: 13-53846-tjt
CHAPTER: 9

Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on 12/6/18 (date of mailing), I served copies as follows:

1. Document(s) served:

    12960 - Response to 12937 objection to claim 3836

2. Served upon [name and address of each person served]:

    Marc N. Swanson
    Miller, Canfield, Paddock and Stone PLC
    150 West Jefferson Ave., Ste, 2500
    Detroit, MI. 48226

3. By First Class Mail.
    Cert of Mailing

Dated: 12/19/18

(Signature) Pamela Booker

Print Name: Pamela Booker

**UNITED STATES POSTAL SERVICE** ®     **Certificate Of Maili**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mai
This form may be used for domestic and international mail.

From: Pamela Booker
16227 Willemere St
Detroit, Michigan 48221

To: Marc N. Swanson
Miller Canfield Paddock and Stone PLC
150 West Jefferson Ave., Ste 2500
Detroit, Michigan 48226

PS Form 3817, April 2007 PSN 7530-02-000-9065

US POSTAGE PAID
FCM LETTER
DETROIT, MI
48221
EC 06, 18
AMOUNT
$1.40
R2303S101390-14