# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER SUSTAINING CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 3836 FILED BY PAMELA BOOKER**

This case is before the Court on the claim objection entitled "*City of Detroit's Objection to Claim Number 3836 Filed by Pamela Booker*" (Docket # 12937, the "Objection"), seeking entry of an order disallowing and expunging Claim No. 3836. This Court has jurisdiction over the Objection under 28 U.S.C. §§ 157 and 1334 and Article VII of the Plan. This is a core proceeding under 28 U.S.C. § 157(b)(2). Venue of this proceeding and the Objection in this District is proper under 28 U.S.C. §§ 1408 and 1409. The relief requested in the Objection is in the best interests of the City, and its creditors; and due and proper notice of the Objection was given as provided in the Objection. No other or further notice of the Objection need be given. A response to the Objection was filed by Pamela Booker (Docket # 12960), and the Court held a hearing on December 19, 2018. Counsel for the City appeared at the hearing, as did Pamela Booker. For the reasons stated by the Court on the record during the hearing,

IT IS ORDERED that:

1. The Objection is sustained.

2. Claim No. 3836 filed by Pamela Booker is disallowed and expunged in its entirety, under Section 502(b) of the Bankruptcy Code.

3. The City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

4. The City is authorized to take all actions necessary to effectuate the relief granted by this Order in accordance with the Objection.

**Signed on December 19, 2018**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge