# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>　　　　　Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND DTE ENERGY COMPANY REGARDING CLAIM NUMBERS 1272 & 1274

The City of Detroit, Michigan ("City") and DTE Energy Company; the "Parties"), stipulate and agree as follows:

WHEREAS, on February 24, 2014, DTE Energy Company filed its proof of claim number 1272, a general unsecured claim, in the amount of $2,240,890.00 ("Claim 1272").

WHEREAS, on February 24, 2014, DTE Energy Company filed its proof of claim number 1274, a general unsecured claim, in the amount of $3,240,924.00 ("Claim 1274").

WHEREAS, On October 22, 2014, this City filed its *Eighth Amended Plan for the Adjustment of Debts of the City of Detroit* [Doc. No. 8045] ("Plan"). On November 12, 2014, this Court entered an order confirming the Plan. [Doc. No. 8272].

WHEREAS, The Parties have discussed the Claims and have reached a consensual resolution regarding the Claim 1272 and Claim 1274.

NOW, THEREFORE, the Parties stipulate and agree

1. Claim 1272 should be expunged.

2. Claim 1274 should be expunged.

3. The Parties respectfully request that the Court enter the Order attached as **Exhibit 1**.

STIPULATED AND AGREED TO ON March 6, 2019:

| City of Detroit Law Department<br><br>By: */s/ Mary Beth Cobbs*<br>Mary Beth Cobbs (P-40080)<br>Assistant Corporation Counsel<br>2 Woodward Ave, Suite 500<br>Detroit, MI 48226<br>Phone: (313) 237-3075<br>Email: cobbm@detroitmi.gov | DTE Energy Company<br><br>By: */s/ Patrick David Lee*<br>Patrick David Lee<br>Tax Counsel<br>876 WCB, One Energy Plaza,<br>Detroit, Michigan 48226<br>Phone: (313) 235-3434<br>Email: leep@dteenergy.com |
|---|---|

**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND <u>DTE ENERGY COMPANY REGARDING CLAIM NUMBERS 1272 & 1274</u>**

This matter having come before the Court on the *Stipulation by and Between the City of Detroit, Michigan and DTE Energy Company Regarding Claim Numbers 1272 & 1274* (the "<u>Stipulation</u>");[1] the Court having reviewed the Stipulation and being otherwise apprised of the matter; and there being good cause;

**IT IS HEREBY ORDERED THAT:**

1. Claim numbers 1272 & 1274 are expunged.

2. The City's claims agent is authorized to update the claims register accordingly.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.