UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

IN RE:

CITY OF DETROIT, MICHIGAN,

        Debtor.

_____/

Case No. 13-53846

Chapter 9

Hon. TJT

## MOTION TO REINSTATE/FILE LATE CLAIM
## IN THE CITY OF DETROIT BANKRUPTCY CASE

Now comes, claimant Darrell Lamar Marshall and motion the court to reinstate claimant's claim in the City of Detroit Bankruptcy Case, based on the following facts.

1. Pursuant to Title 42 USC Section 12101 and 12102 of the Americans With Disabilities Act, on the day that claimant filed his claim, (January 15, 2014), the United States Bankruptcy Court was required to appoint counsel to represent claimant in his claim.

2. This is a civil rights complaint under Title 42 USC Section 1983, Deprivation of Constitu-Tional Rights, Title 42 USC Section 1985 Conspiracy to Violate Constitutional Rights, Title 42 USC Section 1986, Neglecting To Prevent Violation of Constitutional Rights, and Violation of Declaratory Decrees the Americans With Disabilities Act and Brown versus Board of Education.

3. Michigan Statute of Limitations, Personal Disabilities MCL 600.5851 permits plaintiffs with certain disabilities to pursue a cause of action one year after the disability is removed. The two disabilities protected by this statute is, infancy and insanity MCL 600.5851 Section 2.4 and 2.5.

4. Michigan Statute of Limitations, Fraudulent Concealment MCL 600.5851 Section 2.13 per-

1.

mits a plaintiff to pursue a cause of action within two years after plaintiff discovers.

5. Claimant have two Civil Rights lawsuits pending that are companion cases to the City of Detroit Bankruptcy Claim. Eleventh Circuit Court of Appeals number 18-10655-E Darrell Marshall V. United States and Sixth Circuit Court of Appeals number 18-2449 Darrell Lamar Marshall V. George Caram Steeh United States District Judge, et al.

## STATEMENT OF THE CASE

On April 20, 1983 claimant applied for social security benefits while attending technical school and Adult education classes. Claimant was approved for Social Security Supplemental Income, (SSI), on April 20, 1983.

On April 24, 1984, one week before the adult education graduation ceremony, claimant was walking in the City of Detroit, Michigan and stopped by Detroit police officers, Bradford Cook and John Doe and brutally assaulted. Detroit police officer Bradford Cook struck claimant with his pistol. The butt of the gun struck claimant below the left eye and the barrel of the gun struck claimant in the left temple area causing a severe brain injury and Detroit police officer john Doe put his knee in claimant's back while claimant was lying face down and Detroit police officer Bradford Cook was pulling upward on claimant's shoulders causing a severe spinal cord injury.

The City of Detroit, Michigan, the City of Detroit Law Department, the City of Detroit Police Department and Detroit Receiving Hospital which was owned by the City of Detroit on April 24, 1984 destroyed most of the medical and legal evidence relating to the incident that occurred on April 24, 1984 that involved the Detroit police and claimant and replaced it with fraudulent medical, psychiatric, and emotional evidence stating that claimant is paranoid schizophrenic delusional type.

Detroit Receiving Hospital, Henry ford Hospital, and Beaumont Hospital for the past thirty four years, have concealed medical and psychological and emotional injuries caused by the City of Detroit,

2.

Michigan and the State of Alabama, Autauga County Circuit Court.

The evidence will further prove that all criminal charges against claimant, State and Federal is an Act of Fraud.

## RELIEF REQUESTED

Claimant request that the United States Bankruptcy Court appoint co-counsel in the City of Detroit bankruptcy claim, conduct an evidentiary hearing and settle the bankruptcy claim which may settle all claims against the United States.

Wherefore, claimant request this court to consider claimant's motion and afford claimant what further relief this court deems equitable and just. A copy of a proposed order is attached hereto.

March 5, 2019

Respectfully Submitted,

*/s/ Darrell L. Marshall*

DARRELL LAMAR MARSHALL, CLAIMANT

15794 STEEL STREET

DETROIT, MICHIGAN 48227

CELL NO. (313) 848-4591

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

City OF Detroit

CASE NO: 13-53846
CHAPTER: 9
JUDGE: TJT

Debtor.
_____/

**ORDER GRANTING MOTION FOR/TO** _____
_____

This matter having come before the Court on Debtor's motion, the Court having considered the motion, and having found cause:

**IT IS ORDERED** that the motion is granted.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

IN RE:

CITY OF DETROIT, MICHIGAN

        Debtor.

_____/

CASE NO. 13-53846

CHAPTER 9

Hon. TJT

### CERTIFICATE OF SERVICE

Now comes, claimant Darrell Lamar Marshall and certify that, on March 6, 2019 I mailed by United States first class mail a copy of this Motion to the City of Detroit, Michigan Claim Processing Center at 2335 Alaska Avenue El Segundo, Ca 90245, David G. Heiman, Esq. Jones Day North Point 901 Lakeside Ave. Cleveland Ohio 44114-1190, Bruce Bennett, Esq. Jones Day 555 South Flower Street Fifth Floor Los Angeles, CA 90071, Jeffrey B. Ellman, Esq. Jones Day 1420 Peachtree Street, NE Suite 800 Atlanta GA 30309-3053. I, Darrell Lamar Marshall further states that, on March 6, 2019 I personally delivered a copy of this Motion to Jonathan S. Green Esq. of Miller, Canfield, Paddock & Stone P.L.C. at 150 West Jefferson Suite2500 Detroit, Mi 48226 and the Office of the United States Trustee U.S. Department of Justice 211 West Fort Street Suite 700 Detroit, MI 48226

March 6, 2019

DARRELL LAMAR MARSHALL, CLAIMANT

15794 STEEL STREET

DETROIT, MI. 48227

CELL NO. (313) 848-4591