UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

# ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND DTE ENERGY COMPANY REGARDING CLAIM NUMBERS 1272 & 1274

This case is before the Court on the stipulation filed March 6, 2019, entitled "*Stipulation by and Between the City of Detroit, Michigan and DTE Energy Company Regarding Claim Numbers 1272 & 1274*" (Docket # 13013, the "Stipulation"). The Court having reviewed the Stipulation and being otherwise apprised of the matter; and there being good cause to enter this Order;

**IT IS ORDERED THAT:**

1. Claim numbers 1272 & 1274 are expunged.

2. The City's claims agent is authorized to update the claims register accordingly.

**Signed on March 06, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge