# JONES DAY

NORTH POINT • 901 LAKESIDE AVENUE • CLEVELAND, OHIO 44114.1190

TELEPHONE: +1.216.586.3939 • FACSIMILE: +1.216.579.0212

DIRECT NUMBER: (216) 586-7111
HLENNOX@JONESDAY.COM

JP577688  March 18, 2019
258183-609001

<u>VIA EMAIL AND FIRST CLASS MAIL</u>

Clerk of the Court
United States Bankruptcy Court
Eastern District of Michigan
211 W. Fort Street
Detroit, MI 48226

      Re:    <u>David G. Heiman (OH 0038271)</u>

Dear Sir or Madam:

    Please be advised that effective as of January 1, 2018, Mr. David G. Heiman has retired from Jones Day. I, Heather Lennox, may be listed as counsel of record for Jones Day.

        Very truly yours,

        Heather Lennox