# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## APPEARANCE OF JAMES J. HARRINGTON, IV, ON BEHALF OF DESMOND RICKS, AKILAH COBB, AND DESIRE'A RICKS

NOW COMES attorney James J. Harrington, IV, of the law firm of Fieger, Fieger, Kenney & Harrington, P.C. and hereby enters his appearance on behalf of Desmond Ricks, Akilah Cobb, and Desire'a Ricks.

*FIEGER, FIEGER, KENNEY & HARRINGTON, P.C.*

Dated: March 20, 2019

__/s/James J. Harrington, IV_____
JAMES J. HARRINGTON, IV (P65351)
*Fieger, Fieger, Kenney & Harrington, P.C.*
19390 W Ten Mile Road
Southfield, MI 48075
(248)355-5555
j.harrington@fiegerlaw.com
Attorney for Desmond Ricks, Akilah Cobb, and Desire'a Ricks

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2019, I electronically filed the below-listed document with the Clerk of the Court using the ECF system, which sent notification of such filings to all participating attorneys:

Appearance of James J. Harrington, IV, on behalf of *Desmond Ricks, Akilah Cobb and Desire'a Ricks.*

*FIEGER, FIEGER, KENNEY & HARRINGTON, P.C.*

Dated: March 20, 2019

__/s/Stephanie L. Arndt_____
Stephanie L. Arndt (P66870)
*Fieger, Fieger, Kenney & Harrington, P.C.*
19390 W Ten Mile Road
Southfield, MI 48075
(248)355-5555
j.harrington@fiegerlaw.com
Attorney for Desmond Ricks, Akilah Cobb, and Desire'a Ricks