# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9

Case No. 13-53846

Judge Thomas J. Tucker

---

## CITY OF DETROIT'S RESPONSE TO MOTION TO REINSTATE/FILE LATE CLAIM IN THE CITY OF DETROIT BANKRUPTCY CASE

The City of Detroit ("City") objects ("Response") to *Motion to Reinstate/File Late Claim in the City of Detroit Bankruptcy Case* [Doc. No. 13014] ("Motion") filed by Darrell Marshall ("Marshall") for the following reasons:

## INTRODUCTION

Marshall's motion should be denied because he presents no valid legal of factual reason for reinstating a claim that was expunged nearly five years ago or allowing him to file a late claim. Indeed, this Court has previously described one of Marshall's filings on this claim as "incomprehensible and frivolous." *See* Doc. No. 5239. The United States District Court for the Eastern District of Michigan also restrained Marshall from further lawsuits on this claim as it found in November, 2000, that "plaintiff's claims are frivolous" and that "[t]his court must protect its jurisdiction from vexatious litigants abusing the judicial process." *See U.S. District Court Order,* Ex. 1. It further certified that any appeal by Marshall "would

33181393.3\022765-00213

be frivolous, not in good faith, and therefore…may not be taken in forma pauperis." *Id.* Over the last eighteen years, Marshall has filed numerous motions, appeals and other pleadings related to his alleged claim. Ex. 3. In 2013, the Sixth Circuit Court of Appeals entered an order denying one of his motions for leave to proceed in form pauperis because "this appeal would clearly be frivolous." Ex. 2. The Motion should similarly be denied.

## BACKGROUND

On January 15, 2014, Marshall filed claim number 550 ("Claim"). The Claim asserts damages in the amount of $500,000,000 arising from two lawsuits (Case Nos. 88-72503 and 00-74576) (together, the "Lawsuits"). In those Lawsuits, Marshall sued the City, among other parties, in the United States District Court for the Eastern District of Michigan ("District Court"). The docket for the case number 00-747576 is attached as exhibit 3. The Lawsuits arose out of an alleged incident that occurred in 1984, whereby Marshall allegedly was assaulted by City police officers. Each of the Lawsuits has been finally determined in the City's favor. *See, e.g.*, *Marshall v. City of Detroit*, Case No. 11-2324 (6th Cir. May 1, 2012) (order affirming District Court's denial of motion to vacate order dismissing Case No. 88-72503 for want of prosecution); *Marshall v. City of Detroit*, Case No. 13-1755 (6th Cir. Nov. 27, 2013) (order dismissing appeal of District Court's order

denying Claimant's motion to reinstate Case No. 00-74576). *See e.g. Order of Sixth Circuit Court,* dated November 27, 2013, Ex. 4.[1]

Indeed, the District Court in Case No. 00-74576 entered an order dismissing the case and enjoining Marshall from filing further lawsuits without leave of the court, stating that, "This court must protect its jurisdiction from vexatious litigants abusing the judicial process." *See U.S. District Court Order*, Ex. 1. The District Court also certified "that any appeal from this decision would be frivolous, not in good faith, and, therefore, pursuant to 28 U.S.C. § 1915(a)(3), may not be taken in forma pauperis." Ex. 1. Nevertheless, over the last eighteen years, Marshall has filed numerous motions, appeals and other legal actions related to his alleged Claim. Ex. 3, Docket in Case No. 00-74576. In 2013, the Sixth Circuit Court of Appeals entered an order denying one of his motions for leave to proceed in form pauperis because "this appeal would clearly be frivolous." Ex. 2, *Order of the Sixth Circuit Court Appeals*, dated October 21, 2013.

On May 15, 2014, the City filed an objection to the Claim. [Doc. No. 4846] ("Claim Objection").

---

[1] On December 2, 2013, Marshall filed his Motion for Revocation of Automatic Stay ("Stay Motion"). The Stay Motion sought to revoke the automatic stay of proceedings in the City's bankruptcy case as related to U.S. District Court Case No. 00-74576. The City objected to the stay motion on December 16, 2013. [Doc. No. 2157]. On December 19, 2013, the Court entered an order denying the stay motion. [Doc. No. 2249]. As set forth on the docket attached as Exhibit 3, Marshall has continued to appeal this claim but each such time the appeal has been resolved in favor of the City.

33181393.3\022765-00213
13-53846-tjt   Doc 13024   Filed 03/20/19   Entered 03/20/19 12:24:46   Page 3 of 25

In response the Claim Objection, Marshall filed the *Response to Debtor's Objection to Claimant's Claim and Motion for a Temporary Injunction to Stop the Sale of All City and State Property (Residential and Commercial) in Detroit and Wayne County Based on the Fact that the Sales' Procedure is Discriminatory Against Claimant Based on Mental and Physical Disabilities Race and Sex and a Conspiracy Against Claimant*. [Doc. No. 5236]. This Court entered an order finding that the response was "incomprehensible and frivolous" and denying the claimant any relief. [Doc. No. 5239]. On June 24, 2014, this Court entered an order granting the objection to the Claim and expunging the Claim [Doc. No. 5548].

## ARGUMENT

Marshall does not provide any legal basis to reinstate the Claim or to file a late claim. Indeed, Marshall has not addressed any of the excusable neglect factors nor would he satisfy any of them. In evaluating whether to excuse neglect, a court will consider: (1) whether granting the delay will prejudice the debtor; (2) the length of the delay and its impact on efficient court administration; (3) whether the delay was beyond the reasonable control of the person whose duty it was to perform; (4) whether the creditor acted in good faith; and (5) whether clients should be penalized for their counsel's mistake or neglect. *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 386 (1993). Here, Marshall has

not acted in good faith as three different Courts have characterized his pleadings or efforts in regard to the Claim as "frivolous." Further, Marshall alleges no facts to even suggest that his nearly five year delay was beyond his reasonable control. The length of the delay here is extensive and the City would be prejudiced by potentially having to spend additional time and efforts locating individuals familiar with an alleged incident that occurred in 1984. Consequently, the City respectfully requests that the Court deny the Motion.

## **CONCLUSION**

For these reasons, the City respectfully asks the Court to deny Marshall's Motion and further, to prohibit him from making any further frivolous filings in this case, in the manner this Court should deem just and proper.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Marc N. Swanson
    Marc N. Swanson (P71149)
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 496-7591
    Facsimile: (313) 496-8451
    swansonm@millercanfield.com

DATED: March 20, 2019

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

          Debtor.

Chapter 9

Case No. 13-53846

Judge Thomas J. Tucker

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 20, 2019, he filed the *City of Detroit's Response to Motion to Reinstate/File Late Claim in the City of Detroit Bankruptcy Case* ("Response") using the court's CM/ECF system which provided notice of the filing to all registered participants in this matter. The undersigned further certifies that on the same day, a copy of the Response was served on the following individuals via first class mail.

      Darrell Lamar Marshall
      15794 Steel Street
      Detroit, MI 48227

                    By: /s/ Marc N. Swanson
                    Marc N. Swanson (P71149)
                    150 West Jefferson, Suite 2500
                    Detroit, Michigan 48226
                    Telephone: (313) 496-7591
                    Facsimile: (313) 496-8451
                    swansonm@millercanfield.com

DATED: March 20, 2019

# EXHIBIT 1

## U.S. District Court Order

ORIGINAL

CLOSED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRELL L. MARSHALL,

        Plaintiff,

vs.

        Case No. 00-CV-74576
        HON. GEORGE CARAM STEEH

CITY OF DETROIT, and
WAYNE COUNTY,

        Defendants.
_____/

FILED

U.S. DIST. COURT CLERK
EAST. DIST. MICHIGAN
DETROIT

2000 NOV 21 P 2: 18

ORDER GRANTING PLAINTIFF IN FORMA PAUPERIS
STATUS AND DISMISSING CASE PURSUANT TO
28 U.S.C. § 1915(e)(2)(B)(i) AND ENJOINING PLAINTIFF
FROM FILING FURTHER LAWSUITS WITHOUT LEAVE OF COURT

        Plaintiff Darrell L. Marshall, proceeding pro se, has filed suit against the City of

Detroit and Wayne County.  Based upon the information in the Application to Proceed

in Forma Pauperis, the court grants plaintiff in forma pauperis status pursuant to 28

U.S.C. § 1915.  For the reasons that follow, however, the court dismisses plaintiff's

complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

        Plaintiff has filed a number of cases in the United States District Court for the

Eastern District of Michigan based upon an incident which occurred in 1984, whereby

plaintiff was allegedly assaulted by City of Detroit police officers and hospitalized at

Detroit Receiving Hospital as a result of his injuries.  Plaintiff was diagnosed by the

hospital as paranoid schizophrenic and committed to Northville State Hospital on a

court order.  Plaintiff contends that prior to the assault, he was receiving mental health

treatment for a variety of disorders, and was receiving Social Security Supplemental

Income based on an anxiety disorder.  In his current lawsuit, plaintiff maintains that

because the Wayne County Probate Court knew of his pre-existing psychological

diagnosis, it was aware that Detroit Receiving Hospital and the City of Detroit had

committed acts of fraud to cover-up the head injury plaintiff received by the Detroit

Police. Plaintiff does not allege sufficient facts to make out any legally cognizable action over which this court might have jurisdiction. The court, therefore, finds that plaintiff's claims are frivolous because they lack an arguable basis in law or fact. It is hereby ORDERED that plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Previous lawsuits have been brought by plaintiff against Michigan Rehabilitation Services, the United States Government, the City of Detroit, Detroit Receiving Hospital, the individual police officers, the Wayne County Probate Court, among others.[1] Each of the lawsuits relate to the same underlying incident. This court must protect its jurisdiction from vexatious litigants abusing the judicial process. See, In re Martin-Trigona, 737 F.2d 1254, 1261 (2d Cir. 1984). The Sixth Circuit has specifically approved a district court's power to limit the filing of lawsuits by vexatious litigants. See, Filipas v. Lemans, 835 F.2d 1145 (6th Cir. 1987). The court upheld a district court's order requiring the plaintiffs to receive leave of complaint from the court prior to filing any further lawsuits. Id. at 1146.

To prevent Mr. Marshall from further abusing the legal process, Mr. Marshall is hereby PRECLUDED AND RESTRAINED from filing any new actions in the United States District Court for the Eastern District of Michigan without initially obtaining leave of this court. This required action is hereby DEEMED a condition precedent to the commencement of any further civil action by him.

To obtain leave, Mr. Marshall MUST initially comply with all of the following requirements:

1. He must file a "Motion Pursuant to Court Order Seeking Leave to File" with

---

[1]See, e.g., Case Nos. 88-72503 (J. Hackett); 99-76129 (J. Cohn); 00-60069 (J. Steeh); 00-71283 (J. Hood).

2

any proposed complaint;

2.  As an exhibit to that motion, he must attach a declaration prepared pursuant to 28 U.S.C. § 1746 or a sworn affidavit certifying that the claim he wishes to present is a new issue which has never been raised by him in court;

3.  By means of a second exhibit, he must identify and list the full caption of each and every suit which has been previously filed by him or on his behalf in any court against each and every defendant in the suit that he wishes to file;

4.  As a third exhibit, he must provide a copy of each such complaint and a certified record of its disposition.  He must serve a copy of this order on each defendant if and when leave to serve is granted.

5.  As a fourth exhibit, he must append this order.

Failure to comply with these terms may itself be grounds for denying any motion for leave to file a complaint.  Compliance with these terms does not, of itself, constitute grounds for granting leave to file a complaint.

Based on the preceding order, this court certifies that any appeal from this decision would be frivolous, not in good faith and, therefore, pursuant to 28 U.S.C. § 1915(a)(3), may not be taken in forma pauperis.

So ordered.

GEORGE CARAM STEEH
United States District Judge

Dated: **2 1 NOV 2000**
Detroit, Michigan.

3

**EXHIBIT 2**

**Order of Sixth Circuit Court Dated October 21, 2013**

No. 13-1755

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| DARRELL L. MARSHALL, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| CITY OF DETROIT; COUNTY OF WAYNE, | ) | |
| | ) | |
| Defendants-Appellees. | ) | |
| | ) | |

┌─────────────────────────────┐
│         **FILED**           │
│       Oct 21, 2013          │
│   DEBORAH S. HUNT, Clerk    │
└─────────────────────────────┘

    Darrell L. Marshall appeals pro se from a district court order that denied his motion to reinstate a previously dismissed action that he had filed under 42 U.S.C. § 1983. The district court has denied him permission to proceed in forma pauperis on appeal. Marshall now moves the court pursuant to Federal Rule of Appellate Procedure 24(a)(5) to grant him permission to proceed in forma pauperis on appeal.

    We will grant the motion if we are persuaded that the appeal is being taken in good faith. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962).

    Upon review, the motion for leave to proceed in forma pauperis is hereby denied because this appeal would clearly be frivolous. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Marshall is directed to pay the $455 appellate filing fee in full to the Clerk of the United States District Court for the Eastern District of Michigan within thirty days of the filing date of this order, or else this appeal will be dismissed for lack of prosecution.

ENTERED BY ORDER OF THE COURT

*Deborah S. Hunt*

Clerk

# UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 21, 2013

Darrell L. Marshall
20001 Schaefer Highway
Detroit, MI 48235

Re: Case No. 13-1755, *Darrell Marshall v. City of Detroit, et al*
Originating Case No. : 2:00-cv-74576

Dear Mr. Marshall,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016

cc: Mr. James M. Surowiec
    Mr. Aaron C. Thomas
    Mr. David J. Weaver

Enclosure

# EXHIBIT 3

## District Court Docket

CLOSED,APPEAL,IFP

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:00-cv-74576-GCS

Marshall v. Detroit City **Enjoined Filer-Review**           Date Filed: 11/21/2000
**Assigned to: District Judge George Caram Steeh**           Date Terminated: 11/21/2000
**Demand: $500,000**                                          Jury Demand: Plaintiff
Case in other court: U.S. Supreme Court, 06-10832            Nature of Suit: 440 Civil Rights: Other
                  U.S. Court of Appeals - Sixth Circuit,   Jurisdiction: Federal Question
                  11-01921
                  U.S. Court of Appeals - Sixth Circuit,
                  13-01755
                  U.S. Court of Appeals - Sixth Circuit,
                  17-01183
**Cause: No cause code entered**

**Plaintiff**

**Darrell L. Marshall**                    represented by  **Darrell L. Marshall**
                                                      15794 Steel Street
                                                        Detroit, MI 48227
                                                        248-991-2728
                                                        PRO SE

V.

**Defendant**

**Detroit, City of**
*Detroit, City of*

**Defendant**

**Wayne, County of**                       represented by  **Azzam E. Elder**
                                                        Elder Brinkman Law
                                                        1360 Porter Street
                                                        Suite 200
                                                        Dearborn, MI 48124
                                                        313-879-0355
                                                        Fax: 313-202-9548
                                                        Email: azzam@elderbrinkmanlaw.com
                                                        *TERMINATED: 02/09/2006*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Ellen E. Mason**
                                                        Wayne County Corporation Counsel

600 Randolph
Second Floor
Detroit, MI 48226-2831
313-224-5030
*TERMINATED: 02/09/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Surowiec**
Wayne County Corporation Counsel
500 Griswold
30th Floor
Detroit, MI 48226
313-224-6682
Email: jsurowiec@co.wayne.mi.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron C. Thomas**
Macomb County Corporation Counsel
1 South Main Street
8th Floor
Mt. Clemens, MI 48043
586.469.6346
Email: aaron.thomas@macombgov.org
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/13/2000 | 1 | APPLICATION by plaintiff Darrell L. Marshall to waive prepayment of the filing fee (pd) (Entered: 11/21/2000) |
| 10/25/2000 | 2 | ORDER reassigning case from Judge Nancy G. Edmunds to Judge George C. Steeh - Reason: companion case to 88-72503 (ew) (Entered: 11/21/2000) |
| 11/08/2000 | 3 | MOTION by plaintiff for recusal with proof of mailing (ew) (Entered: 11/21/2000) |
| 11/20/2000 | 8 | INTERLOCUTORY appeal by plaintiff Darrell L. Marshall of order dismissing case [6-1] to USCA - FEE: not paid (do) (Entered: 11/27/2000) |
| 11/21/2000 | 4 | MOTION by plaintiff for diversity of citizenship (ew) (Entered: 11/21/2000) |
| 11/21/2000 | 5 | COMPLAINT (ew) (Entered: 11/21/2000) |
| 11/21/2000 | 6 | ORDER by Judge George C. Steeh granting application to waive prepayment of the filing fee by Darrell L. Marshall [1-1], dismissing case and enjoining plaintiff from filing further lawsuits without leave of court [EOD Date 11/21/00] (ew) (Entered: 11/21/2000) |
| 11/22/2000 | 7 | |

| | | |
|---|---|---|
| | | ORDER by Judge George C. Steeh denying motion for recusal by Darrell L. Marshall [3-1] with proof of mailing [EOD Date 11/27/00] (dh) (Entered: 11/27/2000) |
| 11/27/2000 | 9 | PROOF of mailing of notice of appeal to USCA and Darrell Marshall (do) (Entered: 11/27/2000) |
| 11/27/2000 | 10 | CERTIFIED copy of appeal by Darrell L. Marshall [8-1] and docket transmitted to USCA (do) (Entered: 11/27/2000) |
| 11/27/2000 | 11 | MEMORANDUM by plaintiff Darrell L. Marshall in support of appeal [8-1] (dh) (Entered: 11/28/2000) |
| 11/27/2000 | 12 | MEMORANDUM by plaintiff Darrell L. Marshall in support of motion for recusal [3-1] (dh) (Entered: 11/28/2000) |
| 11/30/2000 | 13 | ORDER by Judge George C. Steeh denying memorandum in support by Darrell L. Marshall [12-1] (court construed this memorandum as a motion for reconsideration) with proof of mailing[EOD Date 12/1/00] (dh) (Entered: 12/01/2000) |
| 12/15/2000 | 14 | ACKNOWLEDGEMENT from USCA of receipt of appeal notice of appeal & docket [10-1] - appeal case # 00-2442 (ew) (Entered: 12/20/2000) |
| 02/15/2001 | 15 | NON-CERTIFIED copy of order from USCA dismissing case #00-2442 [0-0] (dh) (Entered: 02/16/2001) |
| 03/07/2001 | 16 | MANDATE from USCA dismissing interlocutory appeal by Darrell L. Marshall [8-1] - appeal case # 00-2442 (lh) (Entered: 03/08/2001) |
| 08/01/2001 | 17 | MOTION by plaintiff Darrell L. Marshall to reinstate case based on newly discovered evidence with attachments (DT) (Entered: 08/01/2001) |
| 09/13/2001 | 18 | ORDER by Judge George C. Steeh denying motion to reinstate case based on newly discovered evidence by Darrell L. Marshall [17-1] [EOD Date 9/17/01], with proof of mailing. (PP) (Entered: 09/17/2001) |
| 09/17/2001 | 19 | APPEAL by plaintiff Darrell L. Marshall of order [18-1] to USCA - FEE: not paid (do) (Entered: 09/20/2001) |
| 09/20/2001 | 20 | PROOF of mailing of notice of appeal to USCA and Darrell Marshall (do) (Entered: 09/20/2001) |
| 09/20/2001 | 21 | CERTIFIED copy of appeal notice by Darrell L. Marshall [19-1] and docket transmitted to USCA (do) (Entered: 09/20/2001) |
| 09/28/2001 | 22 | RECORD of appeal notice by Darrell L. Marshall [19-1] consisting of: 1 volume(s) of pleadings 0 transcript(s) 0 deposition(s) transmitted to USCA (RH) (Entered: 09/28/2001) |
| 10/01/2001 | 23 | APPLICATION by plaintiff Darrell L. Marshall to appeal in forma pauperis with affidavit in support (do) (Entered: 10/02/2001) |
| 10/04/2001 | 24 | ACKNOWLEDGMENT from USCA of receipt of appeal notice by Darrell L. Marshall [19-1] - appeal case # 01-2289 (lh) (Entered: 10/05/2001) |
| | | |

| 10/09/2001 | 26 | ORDER by Judge George C. Steeh, to waive prepayment of appeal filing fee [EOD Date 10/18/01] (RH) (Entered: 10/18/2001) |
| 10/11/2001 | 25 | ACKNOWLEDGMENT from USCA of receipt of appeal record [22-1] - appeal case # 01-2289 (DT) (Entered: 10/15/2001) |
| 05/29/2002 | 27 | NON-CERTIFIED copy of order from USCA affirming the decision of the District Court - appeal case # 01-2289 (PP) (Entered: 05/30/2002) |
| 10/16/2002 | 28 | MANDATE from USCA affirming the decision of the District Court - appeal case # 01-2289 (ew) (Entered: 10/16/2002) |
| 10/21/2002 | 29 | RECORD of appeal record [22-1] returned from USCA - appeal case # 01-2289 (dh) (Entered: 10/22/2002) |
| 06/09/2003 | 30 | MOTION by Darrell L. Marshall to reinstate case with proof of service (kb) (Entered: 06/11/2003) |
| 06/19/2003 | 31 | ORDER by Judge George C. Steeh denying motion to reinstate case by Darrell L. Marshall [30-1] [EOD Date 6/20/03], with proof of service. (PP) (Entered: 06/20/2003) |
| 12/15/2003 | 32 | MOTION by plaintiff for leave to file new civil rights complaint and for injunctive relief with exhibits A-G, and proof of service. (PP) (Entered: 12/15/2003) |
| 01/15/2004 | 33 | ORDER denying 32 Motion for Leave to File new complaint and for injunctive relief. Signed by Judge George Caram Steeh. (DHame, ) (Entered: 01/29/2004) |
| 01/28/2004 | 34 | MOTION for Recusal by Darrell L. Marshall. (DHame, ) (Entered: 02/06/2004) |
| 02/02/2004 | 35 | ORDER denying 34 Motion for Recusal. . Signed by Judge George Caram Steeh. (DHame, ) (Entered: 02/07/2004) |
| 02/13/2004 | 36 | ANSWER to 32 Motion for Leave to File filed by Wayne County. (Attachments: # 1 Exhibit A-B)(DHame, ) (Entered: 02/25/2004) |
| 03/11/2004 | 37 | MOTION For Leave To File New Civil Rights Complaint by Darrell L. Marshall with Exhibits A - D. (JBro, ) (Entered: 03/23/2004) |
| 04/02/2004 | 38 | MOTION for Medical Examination by Darrell L. Marshall. (KGeha, ) (Entered: 04/19/2004) |
| 04/16/2004 | 39 | ORDER denying 37 Motion leave to file new complaint, denying 38 Motion for medical examination and denying petition for judical review. Signed by Judge George Caram Steeh. (CMul, ) (Entered: 04/22/2004) |
| 10/07/2004 | 40 | APPLICATION FOR APPOINTMENT OF COUNSEL by Darrell L. Marshall. (RHutc, ) (Entered: 10/12/2004) |
| 10/07/2004 | 41 | MOTION to Appoint Counsel by Darrell L. Marshall. (RHutc, ) (Entered: 10/12/2004) |
| 10/14/2004 | 42 | ORDER denying 41 Motion to Appoint Counsel - Signed by Honorable George Caram Steeh. (LHack, ) (Entered: 10/15/2004) |

| 08/02/2005 | 43 | MOTION for Recusal and Reinstate Instant Case by Darrell L. Marshall. (JJoh, ) (Entered: 08/03/2005) |
| 09/01/2005 | 44 | ORDER denying 43 Motion to reinstate, denying 43 Motion for Recusal. - Signed by Honorable George Caram Steeh. (MBea, ) (Entered: 09/01/2005) |
| 09/02/2005 | 45 | NOTICE OF INTERLOCUTORY APPEAL as to 44 Order by Darrell L. Marshall. Fee Status: No Fee Paid. (LBeh, ) (Entered: 09/09/2005) |
| 09/09/2005 | 46 | Certificate of Service re 45 Notice of Interlocutory Appeal. (LBeh, ) (Entered: 09/09/2005) |
| 09/13/2005 | 47 | Mail Returned as Undeliverable. Mail sent to Darrell L. Marshal re 44 Order on Motion for Reinstate and Order on Motion for Recusal (LHack, ) (Entered: 09/15/2005) |
| 10/11/2005 | 48 | MOTION for Process Service on City of Detroit by Darrell L. Marshall. (LHack, ) (Entered: 10/12/2005) |
| 10/11/2005 | 49 | EMERGENCY MOTION to Supplement the Record by Darrell L. Marshall. (Attachments: # 1 Document Continuation)(LHack, ) (Entered: 10/12/2005) |
| 11/02/2005 | 50 | ORDER denying 48 Motion for process service on the City of Detroit; denying 49 Motion to supplement the record.- Signed by Honorable George Caram Steeh. (MBea, ) (Entered: 11/02/2005) |
| 12/27/2005 | 51 | MOTION for mental and physical examinations purusant to FRCP Rule 35 (A) by Darrell L. Marshall. (DPer, ) (Entered: 12/28/2005) |
| 01/03/2006 | 52 | ORDER denying 51 Motion for mental and physical examinations- Signed by Honorable George Caram Steeh. (MBea, ) (Entered: 01/03/2006) |
| 01/20/2006 | 53 | (STRICKEN 1/24/06) ADDENDUM to 49 MOTION to Supplement the Record by Darrell L. Marshall.(JJoh, ) Modified on 1/24/2006 (LHack, ). (Entered: 01/23/2006) |
| 01/24/2006 | 54 | ORDER to Strike 53 Addendum filed by Darrell L. Marshall,. Signed by Honorable George Caram Steeh. (LHack, ) (Entered: 01/24/2006) |
| 02/09/2006 | 55 | ATTORNEY SUBSTITUTION for Wayne County: James M. Surowiec added. Attorney Azzam E. Elder and Ellen E. Mason terminated. *Certificate of Service*.(Surowiec, James) (Entered: 02/09/2006) |
| 02/27/2006 | 56 | ATTORNEY APPEARANCE: James M. Surowiec appearing on behalf of Wayne County.(Surowiec, James) (Entered: 02/27/2006) |
| 06/05/2006 | 57 | (NOT CERTIFIED) ORDER from USCA re 45 Notice of interlocutory appeal filed by Darrell L. Marshall; defendant's motions are denied and District Court's order affirmed. [Appeal Case Number 05-2232] (DPer, ) (Entered: 06/05/2006) |
| 09/21/2006 | 58 | MANDATE of USCA as to 45 Notice of Interlocutory Appeal filed by Darrell L. Marshall, [Appeal Case Number 05-2232] (KGeha, ) (Entered: 09/21/2006) |
| 03/29/2007 | 59 | ORDER from USCA [Appeal Case Number 07-1173] (DEld) (Entered: 03/30/2007) |

| | | |
|---|---|---|
| 05/03/2007 | 60 | LETTER from US Supreme Court - The Petition for Writ of Certiorari was filed on 4/17/07 and placed on the docket 4/25/07 as 06-10832 [Appeal Case Number 06-10832] (AGre) (Entered: 05/09/2007) |
| 07/13/2007 | 61 | LETTER from Supreme Court of United States - Denying Petition for Writ of Mandamus [Appeal Case Number 07-1173] [Supreme Court Case Number 06-10832 (JCre) (Entered: 07/16/2007) |
| 09/13/2007 | 62 | ORDER from U.S. Supreme Court re 45 Notice of Interlocutory Appeal filed by Darrell L. Marshall [Appeal Case Number 06-10832] (PPau) (Entered: 09/14/2007) |
| 03/19/2008 | 63 | MOTION to Vacate Judgment by Darrell L. Marshall. (RHut) (Entered: 03/20/2008) |
| 03/24/2008 | 64 | ORDER denying 63 Motion to Vacate Judgment. Signed by Honorable George Caram Steeh. (MBea) (Entered: 03/24/2008) |
| 04/01/2008 | 65 | MOTION for Reconsideration re 63 MOTION to Vacate by Darrell L. Marshall. (KGeh) (Entered: 04/07/2008) |
| 04/08/2008 | 66 | ORDER denying 65 Motion for Reconsideration. Signed by District Judge George Caram Steeh. (MBea) (Entered: 04/08/2008) |
| 06/14/2011 | 67 | MOTION to Vacate Judgment by Darrell L. Marshall. (KCas) (Entered: 06/14/2011) |
| 06/21/2011 | 68 | NOTICE of Change of Address/Contact Information by Darrell L. Marshall. (KCas) (Entered: 06/22/2011) |
| 07/06/2011 | 69 | MOTION to Expedite Ruling on Motion to Vacate Judgment by Darrell L. Marshall. (KCas) (Entered: 07/07/2011) |
| 07/18/2011 | 70 | ORDER denying 67 MOTION to Vacate Judgment filed by Darrell L. Marshall. Motions terminated: 67 69 . Signed by District Judge George Caram Steeh (MBea) (Entered: 07/18/2011) |
| 07/21/2011 | 71 | NOTICE OF APPEAL by Darrell L. Marshall re 70 Order, Terminate Motions. Fee Status: No Fee Paid. (KCas) (Entered: 07/22/2011) |
| 07/22/2011 | 72 | Certificate of Service re 71 Notice of Appeal. (KCas) (Entered: 07/22/2011) |
| 08/03/2011 | 73 | NOTICE of Appearance by Aaron C. Thomas on behalf of Wayne, County of. (Thomas, Aaron) (Entered: 08/03/2011) |
| 07/24/2012 | 74 | ORDER from U.S. Court of Appeals - Sixth Circuit re 71 Notice of Appeal filed by Darrell L. Marshall - Disposition: proceed ifp [4440656-2] filed by Darrell L. Marshall. Marshall is advised that this appeal will be dismissed for lack of prosecution, if the required filing fees of four hundred and fifty-five dollars ($455.00) are not paid to the Clerk of the United States District Court for the Eastern District of Michigan within thirty days of the filing date of this order. [Appeal Case Number 11-1921] (KKra) (Entered: 07/25/2012) |
| 08/24/2012 | 75 | |

| | | |
|---|---|---|
| | | ORDER from U.S. Court of Appeals - Sixth Circuit re 71 Notice of Appeal filed by Darrell L. Marshall - Disposition: Case is dismissed for want of prosecution [Appeal Case Number 11-1921] (KKra) (Entered: 08/24/2012) |
| 03/29/2013 | 76 | MOTION to Reinstate Civil Rights Complaint by Darrell L. Marshall. (KKra) (Entered: 04/01/2013) |
| 03/29/2013 | 77 | NOTICE of Change of Address/Contact Information by Darrell L. Marshall. (KKra) (Entered: 04/01/2013) |
| 04/15/2013 | 78 | MOTION to supplement re 76 MOTION to Reinstate Civil Rights Complaint and removal of related cases from State Court by Darrell L. Marshall. (DWor) (Entered: 04/15/2013) |
| 05/23/2013 | 79 | ORDER denying plaintiff's Motions to reinstate case 76 78 Signed by District Judge George Caram Steeh. (MBea) (Entered: 05/23/2013) |
| 05/23/2013 | 80 | ORDER denying plaintiff's motion for leave to file complaint. Signed by District Judge George Caram Steeh (MBea) (Entered: 05/23/2013) |
| 05/31/2013 | 81 | NOTICE OF APPEAL of an order that was entered on 5/23/13 by Darrell L. Marshall. Fee Status: No Fee Paid. (DWor) (Entered: 06/03/2013) |
| 06/03/2013 | 82 | Certificate of Service re 81 Notice of Appeal. (DWor) (Entered: 06/03/2013) |
| 06/12/2013 | 83 | APPLICATION [Entitled Motion] to Proceed without prepaying fees or costs on Appeal by Darrell L. Marshall. (DWor) (Entered: 06/12/2013) |
| 06/28/2013 | 84 | ORDER Denying 83 Application to Proceed to proceed on appeal in forma pauperis filed by Darrell L. Marshall Signed by District Judge George Caram Steeh. (MBea) (Entered: 06/28/2013) |
| 10/21/2013 | 85 | ORDER from U.S. Court of Appeals - Sixth Circuit re 81 Notice of Appeal filed by Darrell L. Marshall [Appeal Case Number 13-1755] (KKra) (Entered: 10/21/2013) |
| 11/27/2013 | 86 | ORDER from U.S. Court of Appeals - Sixth Circuit re 81 Notice of Appeal filed by Darrell L. Marshall [Appeal Case Number 13-1755] (KKra) (Entered: 11/27/2013) |
| 02/10/2014 | 87 | ORDER from U.S. Court of Appeals - Sixth Circuit re 81 Notice of Appeal filed by Darrell L. Marshall [Appeal Case Number 13-1755] (KKra) (Entered: 02/14/2014) |
| 04/29/2016 | 88 | MOTION for immediate consideration of motion for stay of judgment enjoining Plaintiff from filing any new civil rights complaints without obtaining leave of the court by Darrell L. Marshall. (LHos) (Entered: 04/29/2016) |
| 06/09/2016 | 89 | ORDER denying 88 Motion for stay of judgment. Signed by District Judge George Caram Steeh. (MBea) (Entered: 06/09/2016) |
| 12/19/2016 | 90 | NOTICE of Change of Address/Contact Information by Darrell L. Marshall. (DPer) (Entered: 12/20/2016) |
| 12/19/2016 | 91 | |

| | | MOTION for immediate consideration of FRCP, Rule 60(b) Motion to vacate judgment by Darrell L. Marshall. (DPer) (Entered: 12/20/2016) |
|---|---|---|
| 01/03/2017 | 92 | SUPPLEMENTAL CERTIFICATE OF SERVICE by Darrell L. Marshall. (Ahmed, N) (Entered: 01/03/2017) |
| 01/17/2017 | 93 | MOTION to Supplement re 91 MOTION by Darrell L. Marshall. (BGar) (Entered: 01/18/2017) |
| 02/08/2017 | 94 | ORDER denying 91 Motion to Vacate Judgment and granting 93 Motion to supplement. Signed by District Judge George Caram Steeh. (MBea) (Entered: 02/08/2017) |
| 02/13/2017 | 95 | NOTICE OF APPEAL by Darrell L. Marshall re 94 Order on Motion - Free,. Fee Status: No Fee Paid. (Ahmed, N) (Entered: 02/16/2017) |
| 02/16/2017 | 96 | Certificate of Service re 95 Notice of Appeal. (Ahmed, N) (Entered: 02/16/2017) |
| 03/15/2017 | 97 | APPLICATION to Proceed without prepaying fees or costs on Appeal by Darrell L. Marshall. (LHos) (Entered: 03/16/2017) |
| 03/31/2017 | | Appeal Fee received for 95 Notice of Appeal filed by Darrell L. Marshall in the amount of $ 505.00 - Receipt No. DET102456. (Huff, W.) (Entered: 03/31/2017) |
| 08/10/2017 | 98 | ORDER from U.S. Court of Appeals - Sixth Circuit re 95 Notice of Appeal filed by Darrell L. Marshall [Appeal Case Number 17-1183] (Ahmed, N) (Entered: 08/10/2017) |
| 09/05/2017 | 99 | MANDATE from U.S. Court of Appeals - Sixth Circuit as to 95 Notice of Appeal filed by Darrell L. Marshall, 98 Appeal Order/Opinion/Judgment [Appeal Case Number 17-1183] (Ahmed, N) (Entered: 09/05/2017) |
| 09/08/2017 | 100 | LETTER from the US Supreme Court that a petition for writ of certiorari was filed on 8/23/2017. [Supreme Court Case Number: 17-5797] [Court of Appeals Case Number: 17-1183] (Ahmed, N) (Entered: 09/08/2017) |
| 11/07/2017 | 101 | LETTER from the US Supreme Court denying the petition for writ of certiorari [Supreme Court Case Number: 17-5797] [Court of Appeals Case Number: 17-1183] (Krause, S) (Entered: 11/07/2017) |
| 01/03/2018 | 102 | MOTION to Transfer and Consolidate for Pretrial Proceedings by Darrell L. Marshall. (NAhm) (Entered: 01/04/2018) |
| 04/17/2018 | 103 | ORDER denying 102 Motion to Transfer Case. Signed by District Judge George Caram Steeh. (MBea) (Entered: 04/17/2018) |
| 07/30/2018 | 104 | Mail Returned as Undeliverable. Mail sent to Darrell L. Marshall re 103 Order on Motion to Transfer Case - District Transfer (SSch) (Entered: 07/31/2018) |

**PACER Service Center**

**Transaction Receipt**

| 03/19/2019 16:56:15 | | | |
|---|---|---|---|
| **PACER Login:** | mcps3037:2884939:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:00-cv-74576-GCS |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |

## EXHIBIT 4

## Order of Sixth Circuit Court Dated November 27, 2013

Case No. 13-1755

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

DARRELL L. MARSHALL

      Plaintiff

v.

CITY OF DETROIT; COUNTY OF WAYNE

      Defendants - Appellees


    Appellant having previously been advised that failure to satisfy certain specified

obligations would result in dismissal of the case for want of prosecution and it appearing that the

appellant has failed to satisfy the following obligation(s):

    The proper fee was not paid by November 22, 2013.

    It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of

prosecution.


                 **ENTERED PURSUANT TO RULE 45(a),**
                 **RULES OF THE SIXTH CIRCUIT**
                 Deborah S. Hunt, Clerk

Issued:  November 27, 2013