UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE BAR DATE ORDER AND CONFIRMATION ORDER AGAINST DESMOND RICKS, AKILAH COBB AND DESIRE'A RICKS**

This case is before the Court on the motion filed by the City of Detroit, entitled "City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Desmond Ricks, Akilah Cobb and Desire'a Ricks (Docket # 13000, the "Motion").[1] The Court held a hearing on the Motion on March 20, 2019. For the reasons stated by the Court on the record during the hearing,

**IT IS ORDERED THAT:**

1. The Motion is granted.

2. No later than March 27, 2019, Desmond Ricks, Akilah Cobb and Desire'a Ricks must each dismiss, or cause to be dismissed, the City of Detroit with prejudice from the case captioned as *Desmond Ricks, Akilah Cobb and*

---

[1] Capitalized terms used but not otherwise defined in this Order have the meanings given to them in the Motion.

*Desire'A Ricks, Plaintiffs, v. David Pauch, etc., et al., Defendants*, filed in the United States District Court for the Eastern District of Michigan and assigned Case No. Case No. 2:17-cv-12784 (the "Lawsuit").

3. Desmond Ricks, Akilah Cobb and Desire'a Ricks (the "Plaintiffs") are each permanently enjoined from asserting claims asserted in the Lawsuit or claims arising from or related to the Lawsuit against the City of Detroit or property of the City of Detroit. Any and all claims made by Plaintiffs against Defendants David Pauch, Donald Stawiasz, and/or Robert B. Wilson (the "Individuals") in their individual capacity (rather than in their official capacity) are unaffected by this Order. This Order does not affect any right to indemnity that the Individuals may have against the City of Detroit.

4. The Court will retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Signed on March 20, 2019**



/s/ Thomas J. Tucker
**Thomas J. Tucker
United States Bankruptcy Judge**