# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CORRECTED APPEARANCE OF JAMES J. HARRINGTON, IV, ON BEHALF OF DESMOND RICKS, AKILAH COBB, AND DESIRE'A RICKS

NOW COMES attorney James J. Harrington, IV, of the law firm of

Fieger, Fieger, Kenney & Harrington, P.C. and hereby enters his

appearance on behalf of Desmond Ricks, Akilah Cobb, and Desire'a Ricks.

| *FIEGER, FIEGER, KENNEY & HARRINGTON, P.C.* | *FIEGER, FIEGER, KENNEY & HARRINGTON, P.C.* |
|---|---|
| __/s/James J. Harrington, IV__ | /s/Stephanie L. Arndt_____ |
| JAMES J. HARRINGTON, IV(P65351) | STEPHANIE L. ARNDT (P66870) |
| *Fieger, Fieger, Kenney & Harrington, P.C.* | *Fieger, Fieger, Kenney & Harrington, P.C.* |
| 19390 W Ten Mile Road | 19390 W Ten Mile Road |
| Southfield, MI 48075 | Southfield, MI 48075 |
| (248)355-5555 | (248)355-5555 |
| j.harrington@fiegerlaw.com | s.arndt@fiegerlaw.com |
| Atty for Desmond Ricks, Akilah Cobb, and Desire'a Ricks | Atty for Desmond Ricks, Akilah Cobb, and Desire'a Ricks |

Date: March 27, 2019

1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>　　　　　Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2019, I electronically filed the below-listed document with the Clerk of the Court using the ECF system, which sent notification of such filings to all participating attorneys:

　　Corrected Appearance of James J. Harrington, IV, on behalf of *Desmond Ricks, Akilah Cobb and Desire'a Ricks*.

　　　　　　　　　　　　　　　*FIEGER, FIEGER, KENNEY*
　　　　　　　　　　　　　　　*& HARRINGTON, P.C.*

Date: March 27, 2019　　　　　__/s/Stephanie L. Arndt_____
　　　　　　　　　　　　　　　Stephanie L. Arndt (P66870)
　　　　　　　　　　　　　　　*Fieger, Fieger, Kenney & Harrington, P.C.*
　　　　　　　　　　　　　　　19390 W Ten Mile Road
　　　　　　　　　　　　　　　Southfield, MI 48075
　　　　　　　　　　　　　　　(248)355-5555
　　　　　　　　　　　　　　　j.harrington@fiegerlaw.com
　　　　　　　　　　　　　　　Attorney for Desmond Ricks, Akilah Cobb, and Desire'a Ricks

2

13-53846-tjt    Doc 13030    Filed 03/27/19    Entered 03/27/19 15:14:17    Page 2 of 2