# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

| | |
|---|---|
| CITY OF DETROIT, MICHIGAN | Case No.: 13-53846-tjt |
| | Chapter 9 |
| Debtor. | Judge Thomas J. Tucker |

_____/

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Michael C. Hammer of Dickinson Wright PLLC withdraws his appearance on behalf of MGM Grand Detroit, LLC in this matter and requests that he no longer receive electronic or hard copy notices.

DICKINSON WRIGHT PLLC

By: /s/ Michael C. Hammer
Michael C. Hammer (P41705)
350 S. Main Street, Suite 300
Ann Arbor, Michigan 48104
734-623-1696
mchammer2@dickinsonwright.com

Dated: April 1, 2019