# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER APPROVING STIPULATION BY THE CITY OF DETROIT, MICHIGAN AND THE STATE OF MICHIGAN REGARDING CLAIM NUMBERS 3706, 3709, 3712, 3713, 3724, 3733, 3735, 3751, 3758, 3763, 3764, 3765, 3766, 3767, 3768, 3769, 3770 AND 3772**

This case is before the Court on the stipulation filed on April 5, 2019, entitled "Stipulation By and Between the City of Detroit, Michigan and the State of Michigan Regarding Claim Numbers 3706, 3709, 3712, 3713, 3724, 3733, 3735, 3751, 3758, 3763, 3764, 3765, 3766, 3767, 3768, 3769, 3770 and 3772" (Docket # 13032, the "Stipulation");[1] no notice of the Stipulation or the entry of this Order being necessary or appropriate under Art. VI.C.1. of the Plan, the Court having jurisdiction to enter this Order approving the Stipulation under Art. VII.A. of the Plan; and the Court being otherwise fully informed:

**IT IS ORDERED THAT:**

1.   Claim 3706 is allowed and will be treated under the Plan as a Class 15 Convenience Claim in the amount of $13,037.00.

---

[1] Capitalized terms used but not otherwise defined in this Order have the meanings given to them in the Stipulation.

2. Claim 3724 is allowed and will be treated under the Plan as a Class 15 Convenience Claim in the amount of $25,000.00.

3. Claim 3751 is allowed and will be treated under the Plan as a Class 14 Other Unsecured Claim in the amount of $1,505,684.00.

4. Claim 3758 is allowed and will be treated under the Plan as a Class 15 Convenience Claim in the amount of $25,000.00.

5. Claim 3769 is allowed and will be treated under the Plan as a Class 15 Convenience Claim in the amount of $25,000.00.

6. Claim 3770 is allowed and will be treated under the Plan as a Class 15 Convenience Claim in the amount of $25,000.00.

7. Claim 3772 is withdrawn.

8. Each of the Grant Claims, being Claim numbers 3709, 3712, 3713, 3733, 3735, 3763, 3764, 3765, 3766, 3767, 3768, is withdrawn. The State and the City each reserve any rights, claims or defenses either may have under the Plan or otherwise with respect to the Grant Claims.

9. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this Order.

10. The Court will retain jurisdiction to interpret and enforce the terms of this Order.

**Signed on April 08, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge