UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**NOTICE OF WITHDRAWAL OF OBJECTION WITHOUT PREJUDICE TO PROOF OF CLAIM NUMBER 3420 OF CLAIMANT INTERNATIONAL UNION, UAW**

The City of Detroit ("City") hereby withdraws its objection without prejudice to proof of claim number 3420 ("Claim") of claimant International Union, UAW ("Claimant"). The Claim was included on Exhibit 2 of the *Debtor's Sixty-Fourth Omnibus Objection to Certain Claims (No Valid Basis for any Liability of the City)* [Doc. No. 13016] ("64th Omnibus Objection"). For avoidance of doubt, the City is not withdrawing its objection to any of the other claims identified on Exhibit 2 to the 64th Omnibus Objection.

Dated: April 8, 2019

                                          Respectfully submitted,

                                          By: /s/ Marc N. Swanson
                                                Marc N. Swanson (P71149)
                                                Miller, Canfield, Paddock and Stone, P.L.C.
                                                150 West Jefferson, Suite 2500
                                                Detroit, Michigan 48226
                                                Telephone: (313) 963-6420
                                                Facsimile: (313) 496-8451
                                                swansonm@millercanfield.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>　　　　Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 8, 2019, he served a copy of the foregoing *Notice of Withdrawal of Objection to Proof of Claim Number 3420 of Claimant International Union, UAW* upon the following person via electronic mail and first class mail:

Michael Nicholson
Nicholson Feldman LLP
232 Nickels Arcade
Ann Arbor, Michigan 48104
mnicholson@nichfeld.com

By: /s/ Marc N. Swanson
　　Marc N. Swanson
　　Miller, Canfield, Paddock and Stone, P.L.C.
　　150 West Jefferson, Suite 2500
　　Detroit, Michigan 48226
　　Telephone: (313) 963-6420
　　Facsimile: (313) 496-8451
　　swansonm@millercanfield.com

Dated: April 8, 2019