# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND MICHIGAN BUILDING AND CONSTRUCTION TRADES COUNCIL, AFL-CIO FOR WITHDRAWAL OF PROOF OF CLAIM NUMBER 2588

The City of Detroit, Michigan and Michigan Building and Construction Trades Council, AFL-CIO stipulate and agree to entry of the order in the form attached as **Exhibit 1**.

Stipulated and agreed to on April 12, 2019:

MILLER CANFIELD PADDOCK & STONE, PLC

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8452
swansonm@millercanfield.com

*Counsel for the City of Detroit, Michigan*

MCKNIGHT CANZANO SMITH RADTKE & BRAULT PC

By: /s/ John R.Canzano
John R. Canzano
423 N Main St., Ste 200
Royal Oak, MI 48067
Telephone: Main: (248) 356-9650
jcanzano@michworkerlaw.com

*Counsel for Michigan Building and Construction Trades Council, AFL-CIO*

# EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND MICHIGAN BUILDING AND CONSTRUCTION TRADES COUNCIL, AFL-CIO FOR WITHDRAWAL OF PROOF OF CLAIM NUMBER 2588

This matter having come before the Court on the *Stipulation By and Between the City of Detroit, Michigan and Michigan Building and Construction Trades Council, AFL-CIO for Withdrawal of Proof of Claim Number 2588* and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. Proof of Claim number 2588 is withdrawn.

2. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this order.

3. The Court shall retain jurisdiction to interpret and enforce the terms of this Order.