# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER APPROVING STIPULATION BETWEEN THE CITY OF DETROIT, MICHIGAN AND MICHIGAN BUILDING AND CONSTRUCTION TRADES COUNCIL, AFL-CIO FOR WITHDRAWAL OF PROOF OF CLAIM NUMBER 2588

This case is before the Court on the stipulation filed April 12, 2019 (Docket # 13036), entitled "Stipulation By and Between the City of Detroit, Michigan and Michigan Building and Construction Trades Council, AFL-CIO for Withdrawal of Proof of Claim Number 2588." Based on that stipulation, the Court enters this Order.

**IT IS ORDERED THAT:**

1. Proof of Claim number 2588 is withdrawn.

2. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this Order.

3. The Court will retain jurisdiction to interpret and enforce the terms of this Order.

**Signed on April 12, 2019**


/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge