**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER APPROVING STIPULATION RESOLVING PROOF OF CLAIM NUMBER 2442 FILED BY SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 517M**

Based on the stipulation filed April 12, 2019, entitled "Stipulation Resolving Proof of Claim Number 2442 Filed by Service Employees International Union, Local 517M," between the City of Detroit ("City") and Claimant Service Employees International Union, Local 517M (Docket # 13038, the "Stipulation");[1] the parties having stipulated to the allowance of claim number 2442 as a Class 15 Convenience Claim in the amount of $3,200.00; and the Court being otherwise fully informed:

IT IS ORDERED THAT:

1.  Claim Number 2442 is allowed as a Class 15 Convenience Claim in the amount of $3,200.00.  All other claims asserted in Claim Number 2442 have either been satisfied or are disallowed and expunged.  As provided by the terms of Class 15 of the City's confirmed *Eighth Amended Plan for the Adjustment of Debts*

---

[1] Capitalized terms used but not otherwise defined in this Order have the meanings given to them in the Stipulation.

*of the City of Detroit (October 22, 2014)* (Docket # 8045), upon Claimant's

provision to the City of a properly completed W-9 form, Claimant will receive a

cash payment of $800.00 in full and final satisfaction of Claim 2442. Other than

Claim 2442, Claimant has no further Claims of any kind against the City as of the

Effective Date of the Plan.

    2.   This Order and the Stipulation will not operate to waive any rights or

interests that Claimant may have with respect claim number 2851 of the Coalition

of Detroit Unions which was allowed pursuant to the Order entered at docket

number 11754 in this bankruptcy case.

    3.   The City's claims agent is authorized to update the claims register to

reflect the relief granted in this Order.

    4.   The Court retains jurisdiction over any and all matters arising from the

interpretation or implementation of this Order.

**Signed on April 12, 2019**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**