# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**STIPULATION FOR ENTRY OF ORDER EXTENDING TIME FOR SAAA UNION – MEMBERS AND SENIOR ACCOUNTANTS, ANALYSTS, AND APPRAISERS ASSOCIATION (SAAA) TO RESPOND TO OBJECTION TO CLAIMS 2859 AND 2935**

SAAA Union – Members and Senior Accountants, Analysts, and Appraisers Association (SAAA), ("Claimants"), and the City of Detroit, Michigan ("City"), by and through their undersigned counsel, hereby stipulate and agree as follows in support of the entry of the *Order Extending Time for SAAA Union – Members and Senior Accountants, Analysts, and Appraisers Association (SAAA) to Respond to Objection to Claims 2859 and 2935*.

1. SAAA Union - Members filed Claim Number 2859 ("Claim 2859").

2. Senior Accountants, Analysts, and Appraisers Association (SAAA) filed Claim Number 2935 ("Claim 2935").

3. On March 7, 2019, the City filed its Sixty-Fourth Omnibus Objection to Certain Claims (No Valid Basis for any Liability of the City) [Doc. No. 13016] ("Objection"). Claim 2859 and Claim 2935 were among the claims subject to the Objection.

4. Counsel for Claimants and counsel for the City have conferred regarding the City's Objection to Claim 2859 and Claim 2935 and have agreed to extend the deadline for Claimants to respond to the City's Objection through and including April 22, 2019.

WHEREFORE, the City and the Claimant respectfully request that the Court enter an order in the form attached as Exhibit 1 hereto.

Respectfully submitted,

| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br><br>By: /s/ Marc N. Swanson<br>Marc N. Swanson (P71149)<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 963-6420<br>Facsimile: (313) 496-8451<br>swansonm@millercanfield.com<br><br>*Attorneys for the City of Detroit* | SCHEFF & WASHINGTON, P.C.<br><br>By: /s/ George B. Washington<br>George B. Washington<br>615 Griswold, Suite 910<br>Detroit, MI 48226<br>Telephone: 313-963-1921<br>scheff@ameritech.net<br><br>*Attorneys for SAAA Union – Members and Senior Accountants, Analysts, and Appraisers Association (SAAA)* |

Dated: April 16, 2019

**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER EXTENDING TIME FOR SAAA UNION – MEMBERS AND SENIOR ACCOUNTANTS, ANALYSTS, AND APPRAISERS ASSOCIATION (SAAA) TO RESPOND TO OBJECTION TO CLAIMS 2859 AND 2935**

Upon the Stipulation for Entry of Order Extending Time for SAAA Union – Members and Senior Accountants, Analysts, and Appraisers Association (SAAA) to Respond to Objection to Claims 2859 and 2935;[1] and the Court being otherwise fully informed:

IT IS ORDERED THAT the deadline for Claimants to respond to the City's Objection to Claim 2859 and Claim 2935 is hereby extended through and including April 22, 2019.

---

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings given to them in the Stipulation.