# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER EXTENDING TIME FOR SAAA UNION – MEMBERS AND SENIOR ACCOUNTANTS, ANALYSTS, AND APPRAISERS ASSOCIATION (SAAA) TO RESPOND TO OBJECTION TO CLAIMS 2859 AND 2935, AND ADJOURNING HEARING

Based on the stipulation filed April 16, 2019, entitled "Stipulation for Entry of Order Extending Time for SAAA Union – Members and Senior Accountants, Analysts, and Appraisers Association (SAAA) to Respond to Objection to Claims 2859 and 2935" (Docket # 13040, the "Stipulation"),[1] the Court finds good cause to enter this Order.

IT IS ORDERED that the deadline for Claimants to respond to the City's Objection to Claim 2859 and Claim 2935 is extended through and including April 22, 2019.

IT IS FURTHER ORDERED that the hearing on the City's Objection to Claim 2859 and Claim 2935, which is currently scheduled for April 17, 2019 at 1:30 p.m., as part of the hearing on the City's Sixty-Fourth Omnibus Objection to Certain Claims (Docket # 13016), is adjourned to **May 15, 2019 at 1:30 p.m.**

---

[1] Capitalized terms used but not otherwise defined in this Order have the meanings given to them in the Stipulation.

**Signed on April 16, 2019**



/s/ Thomas J. Tucker
_____

Thomas J. Tucker
United States Bankruptcy Judge