UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Case No. 13-53846

CITY OF DETROIT, MICHIGAN, Chapter 9

Debtor. Judge Thomas J. Tucker
_____/

**ORDER DENYING CLAIMANT, LARENTINNA GOUDY'S, MOTION TO AMEND OR RECLASSIFY HER ALLOWED CLAIM (DOCKET # 13012)**

This case came before the Court for a hearing on April 17, 2019, on the motion filed by Larentinna Goudy, entitled "Claimant, Larentinna Goudy's, Motion to Amend or Reclassify Her Allowed Other Unsecured (Motor Vehicle) Claim as an Allowed Convenience Claim" (Docket # 13012, the "Motion"). For the reasons stated by the Court on the record during the hearing,

IT IS ORDERED that the Motion (Docket # 13012) is denied.

**Signed on April 17, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge