# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## CERTIFICATE OF SERVICE

I, Lydia Do, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On April 11, 2019, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **Exhibit A**; and via First Class mail on the service lists attached hereto as **Exhibit B** and **Exhibit C**:

- **Debtors Sixty-Fifth Omnibus Objection to Certain Claims (No Valid Basis for Any Liability of the City)** [Docket No. 13035]

Dated: April 17 2019

/s/ Lydia Do
Lydia Do
KCC
2335 Alaska Ave
El Segundo, CA 90245

# **EXHIBIT A**

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Union Representative | AFSCME Council #25 | Attn: Catherine Phillips | cphillips@miafscme.org |
| Union Representative | AFSCME Council #25 | Attn: DeAngelo Malcolm | dmalcolm@miafscme.org |
| Union Representative | AFSCME Local # 6087 | Attn: Clarence Sanders | clrncsndrs@yahoo.com |
| Union Representative | AFSCME Local #0062 | Attn: Lacydia Moore-Reese | Reesel@detroitmi.gov |
| Union Representative | AFSCME Local #0207 | Attn: James Williams | afscme207@sbcglobal.net |
| Union Representative | AFSCME Local #0214 | Attn: June Nickleberry | missnick64@hotmail.com |
| Union Representative | AFSCME Local #0229 | Attn: Zachary Carr | afscmelocal229@ymail.com |
| Union Representative | AFSCME Local #0273 | Attn: Scecilla Hunt | anurses@att.net |
| Union Representative | AFSCME Local #0542 | Attn: Phyllis McMillon | philphil48238@yahoo.com |
| Union Representative | AFSCME Local #0836 | Attn: Robert Donald | union836@yahoo.com |
| Union Representative | AFSCME Local #1023 | Attn: Delia Enright | ;deliaenright@hotmail.com |
| Union Representative | AFSCME Local #1206 | Attn: Arlene Kirby | arlene.kirby@yahoo.com |
| Union Representative | AFSCME Local #2394 | Attn: Yalonda King | KingY687@detroitmi.gov |
| Union Representative | AFSCME Local #2799 | Attn: Yvonne Ross | Yvonners2001@yahoo.com |
| Union Representative | AFSCME Local #2920 | Attn: Thomas Johnson II | local2920@sbcglobal.net |
| Counsel for Dexia Crédit Local, Dexia Holdings, Inc., Norddeutsche Landesbank Luxembourg, S.A., on behalf of Norddeutsche Landesbank Covered Finance Bank S.A. (collectively "Dexia") and Ad Hoc COPs Holders; and Panning Capital Management, LP, Monarch Alternative Capital LP, Bronze Gable, L.L.C. Aurelius Capital Management, LP, Stone Lion Capital Partners L.P., | Allard & Fish PC | Deborah L Fish and Timothy R. Graves | dfish@allardfishpc.com; tgraves@allardfishpc.com |
| Union Representative | Amalgamated Transit Union, Division 26 | Attn: Henry Gaffney | atulocal26pba@aol.com |
| Counsel for AFSCME and the Detroit, Michigan, Retiree Sub-Chapter 98 of the American Federation of State, County & Municipal Employees, AFL-CIO | American Federation of State, County & Municipal Employees, AFL-CIO | William Lurye Matthew Stark Blumin & Michael Artz | BLurye@afscme.org; martz@afscme.org; mblumin@afscme.org |
| Counsel for Ambac Assurance Corporation | Arent Fox LLP | David L Dubrow | David.Dubrow@arentfox.com |
| Counsel for Ambac Assurance Corporation | Arent Fox LLP | Emily Baver | emily.baver@arentfox.com |
| Counsel for Attorney General Bill Schuette | Assistant Attorney General Solicitor General and Deputy Solicitor General | Michael R Bell John J Bursch and B Eric Restuccia | BellM1@michigan.gov |
| Union Representative | Assistant Supervisors of Street Maintenance & Construction Association | Attn: Herbert Jenkins | JenkinsH@detroitmi.gov |
| Union Representative | Association of City of Detroit Supervisors | Attn: Richard King | KingR@detroitmi.gov |
| Union Representative | Association of Detroit Engineers | Attn: Sanjay M. Patel | patel@dwsd.org |
| Union Representative | Association of Municipal Engineers | Attn: Partho Ghosh | pghosh@dwsd.org |
| Union Representative | Association of Municipal Inspectors | Attn: Michael Neil | m.neil@sbcglobal.net |
| Union Representative | Association of Professional & Technical Employees | Attn: Dempsey Addison | theda3t@yahoo.com |
| The Office of the Attorney General of the State of Michigan | Attorney General Bill Schuette | | miag@michigan.gov |
| Counsel for Detroit Branch NAACP, Michigan State Conference NAACP, Donnell White, individually and on behalf of Detroit Branch NAACP and Michigan State Conference NAACP, Thomas Stallworth III, individually, Rashida Tlaib, individually, and Maureen Taylor, individually, interested parties in this bankruptcy matter as it pertains to their civil suit in the Federal Eastern District Court of Michigan (Case Number 13-CV-12098) | Ayad Law PLLC | Nabih H Ayad | nayad@ayadlaw.com |
| Counsel for Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. (collectively "EEPK"). | Ballard Spahr LLP | Matthew G Summers | summersm@ballardspahr.com |
| Counsel for Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. (collectively "EEPK"). | Ballard Spahr LLP | Vincent J Marriott | marriott@ballardspahr.com |
| Attorneys for Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. | Ballard Spahr LLP | Vincent J. Marriott, III, Benjamin M. Schmidt, and Matthew A. White | marriott@ballardspahr.com; whitema@ballardspahr.com; schmidtb@ballardspahr.com |
| Counsel for Genuine Parts Company | Barack Ferrazzano Kirschbaum & Nagelberg LLP | Kimberly J Robinson | Kim.robinson@bfkn.com |
| Counsel for the 36th District Court for the State of Michigan | Barnes & Thornburg LLP | Patrick E. Mears | pmears@btlaw.com |
| Counsel for the 36th District Court for the State of Michigan | Barnes & Thornburg LLP | Peter A Clark | pclark@btlaw.com |
| Counsel to Hyde Park Cooperative and Plymouth Square Limited Housing Association | Becker & Wasvary PLLC | Carl G Becker | markwasvary@hotmail.com; mark@wasvarylaw.com |
| Counsel for Jerome Collins | Benjamin Whitfield, Jr. & Associates, P.C. | Benjamin Whitfield, Jr. | benwlaw123@aol.com |

In re City of Detroit, Michigan
Case No. 13-53846
Page 1 of 7
13-53846-tjt    Doc 13045    Filed 04/17/19    Entered 04/17/19 16:21:04    Page 3 of 14

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for Assured Guaranty Corporation and Assured Guaranty Municipal Corporation | Berkshire Hathaway Assurance Corporation | Attn: Kara Raiguel, Sunil Khanna and Thomas Scherer | skhanna@berkre.com |
| Counsel to UBS, AG (COP Swap Counterparties) | Bingham McCutchen LLP | Attn: Edwin E. Smith, Esq. | Edwin.smith@bingham.com |
| Counsel for UBS AG (COP Swap Counterparties) | Bingham McCutchen LLP | Edwin E Smith Jared Clark Steven Wilamowsky & E Marcus Marsh | edwin.smith@bingham.com;;marcus.marsh@bingham.com |
| Counsel for U.S. Bank National Association (Top 20 Creditor) | Bodman PLC | Attn: Barbara A. Bowman, Esq. | bbowman@bodmanlaw.com |
| Counsel for Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan | Bodman PLC | Brian R Trumbauer | btrumbauer@bodmanlaw.com |
| Counsel for Siemens Industry Inc. | Bowman and Brooke LLP | | tom.branigan@bowmanandbrooke.com |
| Counsel for Amalgamated Transit Union Local 26 | Bredhoff & Kaiser PLLC | Andrew D Roth Jeffrey R Freund & Douglas L Greenfield | aroth@bredhoff.com;jfreund@bredhoff.com;dgreenfield@bredhoff.com |
| Counsel for the Official Committee of Retirees | Brooks Wilkins Sharkey & Turco PLLC | Matthew E Wilkins & Paula A Hall | wilkins@bwst-law.com; hall@bwst-law.com |
| Attorneys for Creditors, Oracle America, Inc. and Oracle Credit Corporation | Buchalter Nemer, A Professional Corporation | Shawn M Christianson | schristianson@buchalter.com |
| Union Representative | Building & Construction Trades Council | Attn: John Wallace | express33@aol.com |
| Attorneys for Defendants Detroit General Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation | Butzel Long, PC | Brian E McGinty | McGinty@butzel.com |
| Attorneys for Defendants Detroit General Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation | Butzel Long, PC | Brian E McGinty | McGinty@butzel.com |
| Attorneys for Defendants Detroit General Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation | Butzel Long, PC | Bruce L Sendek | Sendek@butzel.com |
| Attorneys for Defendants Detroit General Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation | Butzel Long, PC | Bruce L Sendek | Sendek@butzel.com |
| Attorneys for Defendants, Detroit General Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation | Butzel Long, PC | Bruce L Sendek and Cynthia J Haffey | Haffey@butzel.com; Sendek@butzel.com |
| Attorneys for Defendants, Detroit General Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation | Butzel Long, PC | Bruce L Sendek and Cynthia J Haffey | Haffey@butzel.com; Sendek@butzel.com |
| Attorneys for Defendants Detroit General Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation | Butzel Long, PC | Cynthia J Haffey | Haffey@butzel.com |
| Interested Party | Caralyce M Lassner JD PC | Caralyce M Lassner | ecf@lassnerlaw.com |
| Counsel for Oakland County | Carson Fischer PLC | Attn Joseph M Fischer Robert Weisberg & Christopher Grossman | jfischer@carsonfischer.com;;rweisberg@carsonfischer.com;;cgrosman@carsonfischer.com |
| Counsel for Assured Guaranty | Chadbourne & Parke LLP | Lisa Schapira Marc D. Ashley Marc B. Roitman | lschapira@chadbourne.com ; edaucher@chadbourne.com; mashley@chadbourne.com |
| Interested Party | Chase Paymentech LLC | Attn Lazonia Clark Business Analyst | lazonia.clark@chasepaymentech.com |
| Claims and Noticing Agent | City of Detroit Processing Center | c/o KCC | Detroitinfo@kccllc.com |
| Counsel for Treasurer, City of Detroit | City of Detroit, Law Department | Mary Beth Cobbs | cobbm@detroitmi.gov |
| Counsel for the Police and Fire Retirement System of the City of Detroit (the "PFRS") and the General Retirement System of the City of Detroit (the "GRS") | Clark Hill PLC | Shannon L Deeby | sdeeby@clarkhill.com |
| Counsel for International Union, UAW ("UAW") | Cohen Weiss and Simon LLP | Thomas N. Ciantra & Peter D. DeChiara and Joshua J. Ellison | pdechiara@cwsny.com; tciantra@cwsny.com; jellison@cwsny.com |
| Counsel for HP Enterprise Services LLC | Cole Schotz Meisel Forman & Leonard PA | Michael D Warner | mwarner@coleschotz.com |
| Counsel for Waste Management Inc. | Couzens Lansky Fealk Ellis Roeder & Lazar PC | Attn Jerry M Ellis | jerry.ellis@couzens.com |
| Counsel for Southeastern Oakland County Water | Davis Burket Savage Listman Brennan | William N Listman | rdavis@dbsattorneys.com |
| Counsel for Merrill Lynch Capital Services, Inc. | Davis Polk & Wardwell LLP | Marshall S Huebner | detroit.chapter9.service@davispolk.com |
| Counsel for T-Mobile USA, Inc | Dawda, Mann, Mulcahy & Sadler, PLC | Attn Jessica B Allmand | jallmand@dmms.com |
| Counsel to National Industrial Maintenance – Michigan, Inc | Dean & Fulkerson | Attn Kevin N Summers | Ksummers@dflaw.com |
| Counsel for Berkshire Hathaway Assurance Corporation | Debevoise & Plimpton LLp | My Chi To & M Natasha Labovitz | mcto@debevoise.com;nlabovitz@debevoise.com |
| Attorneys for County of Macomb, Michigan, a Michigan Constitutional corporation, by and through its County Agency, the Macomb County Public Works Commissioner | Dechert LLP | Allan S Brilliant & Stephen M Wolpert | allan.brilliant@dechert.com; stephen.wolpert@dechert.com |
| Counsel for Dentonss US LLP and Salans FMC SNR Dentons Europe LLP; and Counsel to the Official Retiree Committee | Dentons US LLP | Carole Neville | carole.neville@Dentons.com |
| Union Representative | Detroit Fire Fighters Association Local 344 | Attn: Daniel McNamara | dmcnamara344@aol.com |

In re City of Detroit, Michigan
Case No. 13-53846
Page 2 of 7
13-53846-tjt    Doc 13045    Filed 04/17/19    Entered 04/17/19 16:21:04    Page 4 of 14

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Union Representative | Detroit Income Tax Investigators Association | Attn: Marcella Campbell | marcicampbel@gmail.com |
| Union Representative | Detroit Police Command Officers Association | Attn: Steven Dolunt | DoluntS320@detroitmi.gov |
| Union Representative | Detroit Police Lieut. & Sergeants Association | Attn: Mark Young | youngM604@detroitmi.gov;;Polo4491@aol.com |
| Union Representative | Detroit Police Officers Association | Attn: Mark Diaz | DiazM3329@gmail.com |
| Counsel for Chapter 7 Trustee, Charles Taunt | Dib and Fagan PC | Barry S Fagan | bfagan@dibandfagan.com |
| State of Michigan, Department of Attorney General | Dickinson Wright PLLC | Dawn R Copley | dcopley@dickinsonwright.com |
| Counsel for Defendat MGM Grand Detriot, LLC | Dickinson Wright PLLC | Jeffery V Stuckey | jstuckey@dickinsonwright.com |
| Counsel for Defendat MGM Grand Detriot, LLC | Dickinson Wright PLLC | Peter H Ellsworth | pellsworth@dickinsonwright.com |
| State of Michigan, Department of Attorney General | Dickinson Wright PLLC | Steven G Howell and Allison R Bach | showell@dickinsonwright.com; abach@dickinsonwright.com |
| Union Representative | DOT Foremen's Association of America Local 337 | Attn: Nicholas Duncan | NicDun@detroitmi.gov |
| Union Representative | DOT Foreperson's Association of America | Attn: Pamela King | Pamkin@detroitmi.gov |
| Top 20 Creditor | Downtown Development Authority | Athanasios Papapanos Glen W Long Jr and Rebecca Navin | Artp1@degc.org; gwlong@degc.org; |
| Counsel for Wilmington Trust Company, National Association | Drinker Biddle & Reath LLP | Attn: Kristin K. Going, Esq. | Kristin.Going@dbr.com |
| Counsel for the City of Detroit | Dykema Gossett PLLC | Robert J. Franzinger and Jong-Ju Chang | jchang@dykema.com; |
| Union Representative | EMS Officers Association | Attn: James Gatteno | jgatteno@comcast.net |
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | David M Eisenberg | deisenberg@ermanteicher.com |
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | Earle I Erman & Julie Beth Teicher | eerman@ermanteicher.com; jteicher@ermanteicher.com |
| Personal Representative of the Estate of Hal Sandusky, Deceased; Desmond Ricks, Akilah Cobb, and Desire'a Ricks | Fieger, Fieger, Kenney & Harrington, P.C. | Stephanie L Arndt & James J. Harrington, IV | t.weglarz@fiegerlaw.com; s.arndt@fiegerlaw.com;j.harrington@fiegerlaw.com |
| Counsel to City of Detroit, Michigan | Foley & Lardner LLP | John A Simon | jsimon@foley.com |
| Counsel for U.S. Bank National Association (Top 20 Creditor) | Foster Swift Collins & Smith PC | Attn: John M. Kamins, Esq. | jkamins@fosterswift.com |
| Counsel for US Bank National Association, as Custodian | Foster Swift Collins & Smith PC | Dirk H Beckwith | dbeckwith@fosterswift.com |
| Counsel for the Bank of New York Mellon | Fulbright & Jaworski LLP | David A Rosenzweig | david.rosenzweig@nortonrosefulbright.com |
| Counsel for the Bank of New York Mellon | Fulbright & Jaworski LLP | Melanie M Kotler | melanie.kotler@nortonrosefulbright.com |
| Counsel for Hathaway Berskhire Assurance Corporation; Berskhire Hathaway Assurance Corporation | Garan Lucow Miller PC | Courtney A. Krause Christopher P Jelinek & Robert D Goldstein | ckrause@garanlucow.com |
| Top 20 Creditor - City's Pension Trusts | General Retirement System of the City of Detroit | Attn: Michael J. VanOverbeke, Esq. | mvanoverbeke@vmtlaw.com |
| Counsel for US Health & Life Insurance Company | Gold Lange & Majoros PC | Sandra L Oconnor | soconnor@glmpc.com |
| Counsel for the Detroit Public Library | Gold Lange & Majoros PC | Stuart A Gold & Hannah Mufson McCollum | sgold@glmpc.com; |
| Counsel for Deborah Ryan and Catherine Phillips, et al | Goodman & Hurwitz PC | William H Goodman | mail@goodmanhurwitz.com;;bgoodman@goodmanhurwitz.com |
| Counsel to Brooks, Danean | Green Law Group PLC | Anthony Green | greenelawgroup@gmail.com |
| Counsel for Defendants Greektown Casino and Detroit Entertainment LLC dba Motorcity Casino Hotel | Honigman Miller Schwartz and Cohn LLP | Andrea L Hanse | ahansen@honigman.com |
| Counsel for General Motors LLC; Detroit Institute of Arts; Defendants Greektown Casino and Detroit Entertainment LLC dba Motorcity Casino Hotel | Honigman Miller Schwartz and Cohn LLP | Joseph R Sgroi | jsgroi@honigman.com |
| Union Representative | I.U.O.E. Local 324 | Attn: William Miller | william.miller@iuoe324.org |
| Counsel for International Union, UAW ("UAW") | International Union, UAW | Michael Nicholson | mnicholson@uaw.net |
| Counsel for Iron Mountain Information Management LLC | Iron Mountain Information Management, LLC | Joseph Corrigan | Bankruptcy2@ironmountain.com |

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for the Retired Detroit Police Members Association; William Ochadleus, Shelton Hayes, Shirley Berger, Raymond Yee, Frederick McClure Jr., John Clark, Jim Benci, Janice Butler, Morris Wells, Melvin Williams Sr., Kimberly Ann Sanders, Sarah E. Giddens, Deborah Ward, Jackie Fulbright, Catherine Tuttle, Rita Serra, Martin Treadwell, Ed Gaines, Barbara Triplett-Decrease, John J. O'Neill, Roy Mccalister, Polly Mccalister, Gail Wilson-Turner, Loletha Porter-Coleman, Afford Coleman, Jessie Banks, Lester Coleman, Deborah Lark, Moses Lark, Sharon Cowling, Michael Cowling, Robert Jackson, Rashelle Pettway, Michael A. Adams, John Hawkins, Laura Isom, Duane McKissic, Herbert Moreland, Cynthian Diane Moreland, Henry Elis, Keith Jackson Sr., Deborah Robinson, James Alexander Jr., Debra J. Fair, Brenda Goss-Andrews, Ricardo C. Jenkins, Jaqueline Jackson, Tommie Carodine, Lawrence V. Porter, Robbin Rivers, ,James R. Younger, Roscoe Mayfield, Charles Barbieri, Craig Schwartz, Glenda Cole-Dixon, Walter Long Jr., George Graves, Terrance Anderson, David Anderson, Nancy Fowler, George Chester, Anthony Klukowski Jr.., Todd Klukowski, Roger Klukowski, Lois Klukowski-Hogen, Patricia Mcabe, Daniel P. Root, Jeannetta Washington, Mike Foley, Deborah McCreary ("Ochadleus Objectors") | Jamie S Fields | | jeansartre@msn.com |
| Counsel for ODM LLC | Jeffer Mangels Butler & Mitchell LLP | David M Poitras | dpoitras@jmbm.com |
| Counsel for International Outdoor Inc | Jeffery R Sieving | | jeff@iobillboard.com |
| Counsel for David Sole | Jerome D Goldberg PLLC | Jerome D Goldberg | apclawyer@sbcglobal.net |
| Pro Se | John P Quinn | | quinjohn@umich.edu |
| Counsel to the City | Jones Day | Brad B Erens | bberens@jonesday.com |
| Counsel to the City | Jones Day | Heather Lennox, Esq., Robert W. Hamilton | hlennox@jonesday.com;;tawilson@jonesday.com; rwhamilton@jonesday.com |
| Counsel to the City | Jones Day | Jeffrey B. Ellman, Esq. | jbellman@jonesday.com |
| Counsel to the City | Jones Day | Bruce Bennett, Esq. | bbennett@jonesday.com |
| Co-Counsel for Attorneys for Health Alliance Plan of Michigan | K&L Gates LLP | Michael J Gearin | mike.gearin@klgates.com |
| Counsel for Michigan Bell Telephone Company d/b/a AT&T Michigan | Katten Muchin Rosenman LLP | Joseph P Sieger | john.sieger@kattenlaw.com |
| Counsel for Michigan Bell Telephone Company dba AT&T Michigan | Katten Muchin Rosenman LLP | Paige E Barr | paige.barr@kattenlaw.com |
| Counsel for New England Fertilizer Company and Wade Trim Associates Inc | Kerr Russell and Weber PLC | Jason W Bank | jbank@kerr-russell.com |
| Counsel for the City of Detroit Water and Sewerage Department and its Board of Water Commissioners | Kilpatrick & Associates PC | Richardo I Kilpatrick | ecf@kaalaw.com |
| Counsel for Syncora Capital Assurance Inc., Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc | Kirkland & Ellis LLP | James HM Sprayregen PC Ryan Blaine Bennett & Noah J. Ornstein | james.sprayregen@kirkland.com; ryan.bennett@kirkland.com; |
| Counsel for Nuveen Asset Management and BlackRock Financial Management, Inc. | Kramer Levin Naftalis & Frankel LLP | Att Amy Caton | acaton@kramerlevin.com |
| Counsel to Certain Significant Holders of the COPs | Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | tmayer@kramerlevin.com |
| Detroit Police Lieutenants and Sergeants Association; and Detroit Police Officers Association; Detroit Fire Fighters Association, I.A.F.F. Local 344; Sanitary Chemists and Technicians Association; Association of Detroit Engineers; John Runyan | Law Office of Barbara A. Patek, PLC | Barbara A Patek | pateklaw@gmail.com |
| Counsel for Kim Spicer | Law Offices of Elizabeth A Ferguson PLLC | Elizabeth A Ferguson | lizferguson@lawofficeseaferguson.com |
| Counsel for JE Associates | LeClair Ryan | Evan A Burkholder | evan.burkholder@leclairryan.com |
| Counsel for the Detroit Fire Fighters Association IAFF Local 344 | Legghio & Israel PC | Christopher P. Legghio & Alidz Oshagan | CPL@legghioisrael.com; |
| Interested Party | Linebarger Goggan Blair & Sampson LLP | John P Dillman | john.dillman@lgbs.com |
| Counsel for the Retired Detroit Police and Fire Fighters Association; Donald Taylor; Shirley V Lightsey; and Detroit Retired City Employees Association | Lippitt O Keefe PLLC | Att Ryan C Plecha | rplecha@lippittokeefe.com |
| Counsel for the Retired Detroit Police and Fire Fighters Association; Donald Taylor; Detroit Retired City Employees Association; and Shirley V Lightsey | Lippitt O Keefe PLLC | Attn Brian O Keefe | bokeefe@lippittokeefe.com |
| Counsel for Syncora Guarantee Inc | Mantese Honigman Rossman and Williamson PC | Ian M Williamson | iwilliamson@manteselaw.com |
| Counsel for Amalgamated Transit Union Local 26 | Mark H Cousens | John E. Eaton, Esq. | jeaton@cousenslaw.com |
| Counsel for the Detroit Police Lieutenants and Sergeants Association | Matheson Parr Osmer & Stevens PLC | John A Stevens | jstevens@mathesonparr.com |

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Interested Party | McAlpine PC | Mark L McAlpine | mlmcalpine@mcalpinepc.com |
| Counsel for Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc | McDonald Hopkins PLC | Joshua A Gadharf | jgadharf@mcdonaldhopkins.com |
| Counsel for CSX Transportation Inc | McGuireWoods LLP | John H Maddock | jmaddock@mcguirewoods.com |
| Counsel for Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | McKnight McClow Canzano Smith & Radtke PC | John R Canzano | jcanzano@michworklaw.com |
| Counsel to Michael J. Karwoski | Michael J. Karwoski, Esq. | | mjkarwoski@alumni.nd.edu |
| Counsel to City of Detroit Michigan | Miller Canfield Paddock & Stone PLC | Stephen S LaPlante | laplante@millercanfield.com |
| Counsel for Meijer, Inc | Miller Canfield Paddock & Stone, PLC | Timothy A Fusco | fusco@millercanfield.com |
| Counsel for Michigan American Federation of State, County and Municipal Employees Local 3308 and Local 917 | Miller Cohen PLC | Robert D Fetter & Richard G Mack Jr | rfetter@millercohen.com; richardmack@millercohen.com |
| Counsel to the City | Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green, Esq. Stephen S. LaPlante Marc N. Swanson & Eric D Carlson | green@millercanfield.com; swansonm@millercanfield.com;laplante@millercanfield.com; carlson@millercanfield.com |
| Counsel for Fidelity Management & Research Company and Eaton Vance Management | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | William W Kannel & Adrienne K Walker | wwkannel@mintz.com; awalker@mintz.com |
| Counsel for Patricia Ramirez; Denise Gardner; Sheila Johnson; Kimberly James | Morgan & Meyers PLC | Brian T Keck | bkeck@morganmeyers.com |
| Proposed Counsel for Committee of Unsecured Creditors [motion denied] | Morrison & Foerster, LLP | Brett H. Miller and Lorenzo Marinuzzi | brettmiller@mofo.com; lmarinuzzi@mofo.com |
| Office of the United States Trustee | Office of the United States Trustee | Maria D Giannirakis | Maria.D.Giannirakis@usdoj.gov |
| Office of the United States Trustee | Office of the United States Trustee | Sean Cowley | Sean.Cowley@usdoj.gov |
| Counsel for Federal National Mortgage Association, creditor c/o Seterus, Inc., in the entitled action; and Everhome Mortgage Company as servicing agent for Everbank | Orlans Associates, P.C | Caleb J. Shureb, Heather D. McGivern, and Heather M. Dickow | hmcgivern@orlans.com; |
| Counsel for Michigan Property Tax Relief LLC; Gary Segatti and P.P.T.A., Inc., or Harold Hoyt; Jackie's Transport, Inc. | Osipov Bigelman PC | Yuliy Osipov | yo@osbig.com |
| Counsel for UBS AG (COP Swap Counterparties) | Paul Weiss Rifkind Wharton & Garrison LLP | Daniel J Kramer & Kelley a Cornish | kcornish@paulweiss.com; dkramer@paulweiss.com |
| Counsel for Fountain Park Court Consumer Housing Cooperative St. James Cooperative, Individually and on Behalf of all Similarly Entities | Pentiuk Couvreur & Kobiljak PC | Randall A Pentiuk & Michael A Karman | rpentiuk@pck-law.com |
| Counsel for Debtor City of Detroit Michigan | Pepper Hamilton LLP | Deborah Kovsky-Apap | kovskyd@pepperlaw.com |
| Counsel for Debtor City of Detroit Michigan | Pepper Hamilton LLP | Kay Standridge Kress | kressk@pepperlaw.com |
| Counsel for Debtor City of Detroit Michigan; Michigan, Kevyn D. Orr, John Naglick, Michael Jamison, and Cheryl Johnson | Pepper Hamilton LLP | Robert S Hertzberg | hertzbergr@pepperlaw.com |
| Counsel for Waste Management, Inc. | Plunkett Cooney | David A. Lerner & Patrick C Lannen | dlerner@plunkettcooney.com; plannen@plunkettcooney.com |
| Counsel for Community Foundation for Southeast Michigan; William Davidson Foundation; The Fred A. and Barbara M. Erb Family Foundation; Max M. and Marjorie S. Fisher Foundation; The Ford Foundation; Hudson-Webber Foundation; W.K. Kellogg Foundation; McGregor Fund; Charles Stewart Mott Foundation; and A. Paul and Carol C. Schaap Foundation (Collectively, the "Foundations") | Plunkett Cooney | Douglas C Bernstein | dbernstein@plunkettcooney.com |
| Top 20 Creditor - City's Pension Trusts | Police and Fire Retirement System of the City of Detroit | Attn: Joseph E. Turner, Esq. | jturner@clarkhill.com |
| Union Representative | Police Officers Association of Michigan | Attn: John Barr | poam@poam.net |
| Union Representative | Police Officers Labor Council | Attn: Chet Kulesza | ck445polc@yahoo.com |
| Union Representative | Police Officers Labor Council | Attn: Jan Zaleski | presidentjan@aol.com |
| Union Representative | Police Officers Labor Council | Attn: Marvin Hansberry | HansberryM@detroitmi.gov |
| Counsel for CitiMortgage, Inc. | Potestivo & Associates PC | Mary Atallah | matallah@potestivolaw.com |
| Interested Party | Primeshares World Markets, LLC | | jd@primeshares.com; transfer@primeshares.com |
| Counsel for Michael Beydoun | Raymond Guzall III PC | Raymond Guzall III | rayguzall@attorneyguzall.com |
| Attorneys for Creditors: Carlton Carter, Bobby Jones, Roderick Holley and Richard T. Weatherly | Resnick & Moss PC | H Nathan Resnick | hnresnick@resnicklaw.net; hnresnick@resnicklaw.com |
| Retiree Representative | Retired Detroit Police and Fire Fighters Association | Attn: Donald Taylor | rdpffa@hotmail.com |

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel to Eric Kimbrough, Leinathian Jelks, Brandon Brooks, Phyllis Tharpe, Rodney Heard, Clenette Harris, Gregory Brazell, Jennifer Harris-Barnes, Henry Hassan, Melvin Miller, Terry Hardison, Velma, Denson, Raymond Thompson, Lucy Flowers, Brandon Gilbert, Brady Johnson, Quentin King, Sharon Pettway, Taralyn Smith, Donna Weatherspoon, Tarita Wilburn, Joseph Wright, Laverne Covington, James Matson, Kevin McGillivary, Rhonda Craig, Orlando Marion, John Collins, Terry Hardison, Carolyn Harp, Jeffrey Peterson, Clementine Stephens, Ezekiel Davis, Michael McKay, David Both, Raymond Thompson, Jr., Doug Taylor, Shumithia Baker, Floyd Brunson, Jerry Ashley, Anthony Harmon, Shelton Bell, Jr., Jeremiah Duren, Otis Evans, Wendy Jefferson, Gary Musser, Mario Littlejohn, Angela Davis, Jeffrey Theriot, Bernard White, Eddie Moore, Robert Mcgowen, Curtis Morris, Hondra Porter, Kevin Mcdonald, Jay Woods, Taesean Parnell, YvetteSpencer, Viena Lowe, Landon Banks, Darchella Lattner, Micholas Martin, Marily Cloyd, Robert Hall, Victoria Wilson, Theresa Chalch, Angela Davis, Jamie Jackson, Donald Harris, Winter Owens, Samiya Speed, Teran Brown, Antonio Brooks, Jermaine Gleen, Ray Lizzamore, Daniel Latanzio, Woodrow Roberson, Kevin Ivie, Darnell Fields, Daniel Soto, Kevin McGillivary, and Bradley Schick, | Romano Law PLLC | Attn Daniel G Romano & Trevor J. Zamborsky | dromano@romanolawpllc.com |
| Counsel for Robbie Flowers, Michael Wells, Janet Whitson, Mary Washington and Bruce Goldman ("Flowers plaintiffs"); and Detroit Police Command Officers Association ("DPCOA"); Detroit Fire Fighters Association, I.A.F.F. Local 344 | Sachs Waldman PC | Mami Kato & Mary Ellen Gurewitz | mkato@sachswaldman.com; |
| Counsel for Official Retiree Committee | Salans FMC SNR Dentons Europe LLP | Claude Montgomery | claude.montgomery@Dentons.com |
| Contract Counterparty | SBS Financial Products Company, LLC | Attn. John Carter | jcarter@sbsco.com |
| Counsel for Ambac Assurance Corporation | Schafer and Weiner PLLC | Brendan G Best | bbest@schaferandweiner.com |
| Counsel for FMS Wertmanagement AöR | Schiff Hardin LLP | Frederick J. Sperling & Paul E. Greenwalt | fsperling@schiffhardin.com; pgreenwalt@schiffhardin.com |
| Counsel for DEPFA Bank PLC | Schiff Hardin LLP | Rick L Frimmer & Matthew W Ott | mott@schiffhardin.com |
| Counsel for DEPFA Bank PLC | Schiff Hardin LLP | Suzanne L Wahl | swahl@schiffhardin.com |
| Counsel for Schneiderman and Sherman PC; Attorney for U.S. Bank National Association as servicer for Michigan State Housing Development Authority; Flagstar Bank, FSB; Counsel for Kondaur Capital Corporation | Schneiderman & Sherman PC | Neil Sherman | NSherman@sspclegal.com |
| Union Representative | SEIU Local 517M | Attn: Yolanda Langston | langstony@gmail.com |
| Union Representative | Senior Accountants, Analysts & Appraisers Association | Attn: Audrey Bellamy | ayoung586@comcast.net |
| Union Representative | Senior Water Systems Chemist Association | Attn: Andrew Ross | aross@dwsd.org |
| Counsel for The Kales Grand Circus Park LLC | Seyburn Kahn | David T Lin | dlin@seyburn.com |
| Fee Examiner | Shaw Fishman Glantz & Towbin LLC | Ira Bodenstein Gordon Gouveia David Doyle and Marc Reiser | ibodenstein@shawfishman.com; ggouveia@shawfishman.com; ddoyle@shawfishman.com |
| Counsel for Detroit Winsor Tunnell LLC | Sheldon S Toll PLLC | Sheldon S Toll | lawtoll@comcast.net |
| Counsel for National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn Guy S Neal | gneal@sidley.com |
| Counsel for National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn James F Bendernagel | jbendernagel@sidley.com |
| Counsel for National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn Jeffrey E Bjork | jbjork@sidley.com |
| Counsel for National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn: Jeffrey Bjork, Esq. & Eric D. Tashman, Esq. | etashman@sidley.com;;jbjork@sidley.com |
| Counsel for Retired Detroit Police and Fire Fighters Association ("RDPFFA"); 2) Donald Taylor, President of RDPFFA; 3) Detroit Retired City Employees Association ("DRCEA"); and 4) Shirley V. Lightsey, President of DRCEA | Silverman & Morris PLLC | Thomas R Morris and Karin F. Avery | morris@silvermanmorris.com; avery@silvermanmorris.com |
| Counsel for Unisys Corporation | Sirlin Lesser & Benson PC | Dana S Plon | dplon@sirlinlaw.com |
| Counsel for Airgas USA LLC | Smith Katzenstein & Jenkins LLP | Kathleen M Miller | kmiller@skjlaw.com |
| State of Michigan Chief Legal Counsel | State of Michigan Chief Legal Counsel | Matthew Schneider | Schneiderm7@michigan.gov |
| State of Michigan Assistant Attorney General, Counsel to State of Michigan | State of Michigan Revenue & Collections Division | Steven B Flancher & Matther Schneider | flanchers@michigan.gov; schneiderm7@michigan.gov |
| The Office of the Treasurer for the State of Michigan | State Treasurer | | MIStateTreasurer@michigan.gov |
| Counsel for Nuveen Asset Management and BlackRock Financial Management, Inc.; and Greenhill & Co LLC | Steinberg Shapiro & Clark | Mark H Shapiro | shapiro@steinbergshapiro.com |

| Party Description | Company | Contact | Email |
|---|---|---|---|
| Counsel for Gabriel, Roeder, Smith & Company; Clark Associates, Inc. | Stevenson & Bullock PLC | Charles D Bullock Elliot G Crowder &Sean M Walsh | cbullock@sbplclaw.com; ecrowder@sbplclaw.com |
| Counsel for the Detroit Police Lieutenants and Sergeants Association | Sudnick Law PC | Peter P Sudnick | psudnick@sudnicklaw.com |
| Counsel for Syncora Guarantee Inc | Susheel Kirpalani Quinn Emanuel Urquhart & Sullivan, LLP | | susheelkirpalani@quinnemanuel.com |
| Sylvia Jean Brown Jones, Pro Se | Sylvia Jean Brown Jones | | bjdelta55@gmail.com |
| Union Representative | Teamsters Local #214 | Attn: Joseph Valenti | tl214teams@teamsters214.org |
| City's Secured & Unsecured Bonds | The Bank of New York Mellon Trust Company, National Association, as trustee | Attn: Eduardo Rodriguez | eduardo.rodriguez@bnymellon.com |
| Corporation Counsel for the City of Detroit | The City of Detroit | Attn: Corporation Counsel | Johnsoncu@detroitmi.gov |
| Counsel for Derrez Payne | The Law Offices of Joumana Kayrouz, PLLC | 1000 Town Center, Ste 800 | mbenkstein@joumanakayrouz.com |
| Counsel for Kevin Lewis & Jeremy Morris | The Markowitz Law Office | Carolyn B Markowitz PC | bankruptcy@markowitzlegal.com |
| Counsel for Michigan Auto Recovery Service Inc; Wayne County Circuit Court, Hyde Park Cooperative, et al. v. City of Detroit, by and through its Buildings and Safety Engineering Department, Case No. 10-005687-CZ | Thornbladh Legal Group PLLC | Kurt Thornbladh | kthornbladh@gmail.com; thornbladh.kurt3@gmail.com |
| Counsel for City of Detroit, Michigan | Togut Segal & Segal LLP | Attention: Albert Togut, Scott E. Ratner & Neil Berger | seratner@teamtogut.com; neilberger@teamtogut.com; dperson@teamtogut.com; adeering@teamtogut.com; dcahir@teamtogut.com |
| Top 20 Creditor - City's Secured & Unsecured Bonds (Including Sewer and Water) | U.S. Bank National Association, as trustee, bond registrar transfer agent, paying agent, custodian and/or contract administrator | Attn: Susan E. Jacobsen VP | susan.jacobsen2@usbank.com |
| Union Representative | UAW - Local # 412 | Attn: John Cunningham | jcunningham@uaw.net |
| Union Representative | UAW - Local #212 | Attn: John Cunningham | jcunningham@uaw.net |
| Union Representative | UAW – PAA Local #2211 | Attn: Robyn Brooks | BrooR@detroitmi.gov |
| Union Representative | UAW – WWTP Local #2200 | Attn: Laurie Stuart | mimilaurie@yahoo.com; |
| Union Representative | United Auto Workers Union | Attn: Michael Nicholson | mnicholson@nichfeld.com |
| Union Representative | Utility Workers Union of America | Attn: James Harrison | jharrison@uwua.net |
| Union Representative | Utility Workers Union of America Local #531 | Attn: Samuel Wilson | swilson@dwsd.org |
| Counsel for Center for Community Justice and Advocacy ("CCJA") | Vanessa G. Fluker, Esq., PLLC | Vanessa G Fluker | vgflawyer@sbcglobal.net |
| Interested Party | Vanguardians | Barry Allen | pra@vanguardians.org |
| Counsel for UBS AG and Merrill Lynch Capital Services Inc (COP Swap Counterparties) | Warner Norcross & Judd LLP | Douglas A Dozeman & Charles N Ash Jr | ddozeman@wnj.com;;cash@wnj.com |
| Counsel for Financial Guaranty Insurance Company | Weil, Gotshal & Manges LLP | Alfredo R Perez | alfredo.perez@weil.com |
| Counsel for Financial Guaranty Insurance Company | Weil, Gotshal & Manges LLP | Attn: Gary T. Holtzer, Esq. & Alfredo R. Pérez, Esq. | gary.holtzer@weil.com;;alfredo.perez@weil.com |
| Counsel for Financial Guaranty Insurance Company | Weil, Gotshal & Manges LLP | Kelly DiBlasi | kelly.diblasi@weil.com |
| Counsel for Financial Guaranty Insurance Company | Williams Williams Rattner & Plunkett PC | Ernest J Essad Jr | ejessad@wwrplaw.com |
| Counsel for Assured Guaranty Municipal Corporation | Winston & Strawn LLP | Attn: Lawrence A. Larose Samuel S. Kohn Carrie V. Hardman | chardman@winston.com |
| Counsel for The Bank of New York Mellon | Wolfson Bolton PLLC | Scott A Wolfson & Anthony J Kochis | swolfson@wolfsonbolton.com; akochis@wolfsonbolton.com |
| Counsel for International Association of Fire Fighters, AFL-CIO, CL | Woodley & McGillivary | Douglas L Steele | dls@wmlaborlaw.com |

# EXHIBIT B

| Party Description | Company | Contact | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Union Representative | AFSCME Council #25 | Attn: Albert Garrett | 1034 N. Washington | | Lansing | MI | 48906 | |
| Union Representative | AFSCME Council #25 | Attn: Albert Garrett | 600 W. Lafayette, Ste. 500 | | Lansing | MI | 48906 | |
| Union Representative | AFSCME Council #25 | Attn: Ed McNeil | 600 W. Lafayette, Ste. 500 | | Detroit | MI | 48226 | |
| Union Representative | AFSCME Local #0023 | Attn: Robert Stokes | 600 W. Lafayette, Ste. 134 | | Detroit | MI | 48226 | |
| Union Representative | AFSCME Local #0312 | Attn: Phillip Douglas | 14022 Linwood | | Detroit | MI | 48238 | |
| Union Representative | AFSCME Local #0457 | Attn: Laurie Walker | 600 W. Lafayette, Ste. L – 104 | | Detroit | MI | 48226 | |
| Union Representative | AFSCME Local #1220 | Attn: Gerald Thompson | 600 W. Lafayette, Ste. 136 | | Detroit | MI | 48226 | |
| Union Representative | AFSCME Local #1227 | Attn: Joseph Walter | P.O. Box 36314 | | Grosse Pointe Farms | MI | 48236 | |
| Union Representative | AFSCME Local #1642 | Attn: Gina Thompson-Mitchell | 600 W. Lafayette, Ste. L – 123 | | Detroit | MI | 48226 | |
| Counsel for Airgas USA LLC | Airgas USA LLC | Mr David Boyle | 259 Radnor-Chester Rd Ste 100 | PO Box 6675 | Radnor | PA | 19087-8675 | |
| Union Representative | Association of Professional Construction Inspectors | Attn: Juanita Sanders | 2727 Second Ave., Ste. 314B | | Detroit | MI | 48201 | |
| Counsel for Kajy Development | David W Yaldo PC | David W. Yaldo | 4036 Telegraph Road, Suite 204 | | Bloomfield Hills | MI | 48302 | |
| Retiree Representative | Detroit Firemen's Fund Association | Attn: Kim Fett | 1301 Third St. Suite 329 | | Detroit | MI | 48226 | |
| Retiree Representative | Detroit Police Benefit and Protective Association | Attn: Delbert R. Jennings, Sr. | 3031 W. Grand Boulevard, Suite 405 | | Detroit | MI | 48202 | |
| Retiree Representative | Detroit Retired City Employees Association | Attn: Shirley V. Lightsey | P.O. Box 40713 | | Detroit | MI | 48240 | |
| Counsel for U.S. Bank National Association (Top 20 Creditor) | Faegre Baker Daniels LLP | Attn: Abby E. Wilkinson, Esq. | 2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis | MN | 55402-3901 | |
| Union Representative | Field Engineers Association | Attn Larry Hart | PO Box 252805 | | West Bloomfield | MI | 48325 | |
| The Office of the Governor of the State of Michigan | Governor Rick Snyder | | P.O. Box 30013 | | Lansing | MI | 48909 | |
| Counsel for The Detroit Institute of Arts | Honigman Miller Schwartz and Cohn LLP | T. O'Reilly | 600 Woodward Ave | 2290 First National Bldg | Detroit | MI | 48226 | |
| Counsel for Defendants Greektown Casino and Detroit Entertainment LLC dba Motorcity Casino Hotel | Honigman Miller Schwartz and Cohn LLP | Jennifer Zbytowski Belveal | 2290 First National Bldg | 660 Woodward Ave | Detroit | MI | 48226-3506 | |
| Counsel for HP Enterprise Services LLC | HP Enterprises Services LLC | Ayala Hassell | 5400 Legacy Dr | | Plano | TX | 75024 | |
| Counsel for HP Enterprise Services LLC | HP Enterprises Services LLC | Ken Higman | 12610 Park Plz Dr Ste 100 | | Cerritos | CA | 90703 | |
| Interested Party | IBM Corporation | Attn National Bankruptcy Coordinator | 275 Viger East Ste 400 | | Montreal | QC | H2X 3R7 | Canada |
| Counsel for IBM Credit LLC | IBM Credit LLC | Andy Gravina | Special Handling Group MD NC317 | 6303 Barfield Rd NE | Atlanta | GA | 30328 | |
| Counsel for St Martins Cooperative | Law Offices of Lee & Correll | Michael K Lee | 24901 Northwestern Hwy Ste 113 | | Southfield | MI | 48075 | |
| Counsel for FK Park, LLC and FK South, LLC | Maddin, Hauser, Roth & Heller, P.C. | Ian S Bolton | 28400 Northwestern Hwy 2nd Fl | | Southfield | MI | 48034 | |
| Counsel for Syncora Guarantee Inc | Mantese Honigman Rossman and Williamson PC | Brendan Frey | 1361 E. Big Beaver Road | | Troy | MI | 48083 | |
| Counsel for Bishop Real Estate, L.L.C. | McDonald Hopkins PLC | Jason L Weiner | 39533 Woodward Ave Ste 318 | | Bloomfield Hills | MI | 48304 | |
| Pro se | Nathaniel Brent | | 538 S Livernois | | Detroit | MI | 48209 | |
| Office of the United States Trustee | Office of the United States Trustee | Daniel McDermott | 211 West Fort Street Suite 700 | | Detroit | MI | 48226 | |
| Counsel enters an appearance for The Bank of New York Mellon (successor by operation of law to The Bank of New York), as custodian of the Police and Fire Retirement System of the City of Detroit Fund and as custodian of the General Retirement System of the City of Detroit Fund | Reed Smith LLP | Amy M Tonti | 225 Fifth Ave | | Pittsburgh | PA | 15222 | |
| Interested Party | Ricoh USA Inc | Recovery & Bankruptcy Group | 3920 Arkwright Rd Ste 400 | | Macon | GA | 31210 | |
| Union Representative | Sanitary, Chemists & Technicians Association | Attn: Saulius Simoliunas | 2727 Second Ave. Rm. 314 – D | | Detroit | MI | 48201 | |
| Counsel for Parsons Brinckerhoff Michigan, Inc. | Schiff Hardin LLP | Andrew M. Minear | 666 Fifth Ave | 17th Fl | New York | NY | 10103 | |
| SEC | Securities & Exchange Commission | Bankruptcy Section | 175 W Jackson Blvd | Suite 900 | Chicago | IL | 60604-2815 | |
| Counsel for 415 East Congress, LLC; Attorney for Creditor K & P, Incorporated; H.D.V. Greektown, LLC | Shafer & Associates PC | Matthew J Hoffer | 3800 Capital City Blvd Ste 2 | | Lansing | MI | 48906 | |
| Counsel for National Public Finance Guarantee Corporation | Sidley Austin LLP | Attn: Guy S. Neal, Esq. | 1501 K Street, N.W. | | Washington | DC | 20005 | |

| Party Description | Company | Contact | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Counsel for Public Lighting Authority | The Allen Law Group, P.C. | Attn: Ron Liscombe, Esq. | 3011 West Grand Boulevard | 2500 Fisher Building | Detroit | MI | 48202 | |
| The City, c/o the Emergency Manager | The City of Detroit | Attn: Kevyn D. Orr, Emergency Manager | Coleman A. Young Municipal Center | 2 Woodward Ave Suite 1126 | Detroit | MI | 48226 | |
| Counsel for Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | The Sanders Law Firm PC | Herbert A Sander | 615 Griswold St Ste 913 | | Detroit | MI | 48226 | |
| Top 20 Creditor - City's Secured & Unsecured Bonds (Including Sewer and Water) | U.S. Bank National Association, as trustee, bond registrar transfer agent, paying agent, custodian and/or contract administrator | Attn: Susan T. Brown | Senior Vice President and Manager | 535 Griswold Ste 550 | Detroit | MI | 48226 | |
| Top 20 Creditor - City's Secured & Unsecured Bonds (Including Sewer and Water Bonds) | U.S. Bank National Association, as trustee, for the Detroit Sewar and Water Bonds | Attn: Lawrence J. Bell | PD-OR-P6TD | | Portland | OR | 97204 | |
| Counsel for United States of America | Unites States Attorney | Julia A. Caroff, Asssitant US Attorney | 211 W Fort St Ste 2001 | | Detroit | MI | 48226 | |
| Union Representative | Utility Workers Union of America Local #488 | Attn: Carl Anderson | 19315 Westmoreland | | Detroit | MI | 48219 | |
| Union Representative | Utility Workers Union of America Local #504 | Attn: Curlisa Jones | 5405 Railview Ct. - Apt. 166 | | Shelby Township | MI | 48316 | |
| Counsel for U.S. Bank National Association (Top 20 Creditor) | Waller Lansden Dortch & Davis LLP | Attn: Courtney Rogers | 511 Union Street, Suite 2700 | | Nashville | TN | 37219 | |
| Counsel for Assured Guaranty Municipal Corporation | Winston & Strawn LLP | Sarah T. Foss | 1111 Louisiana 25th Fl | | Houston | TX | 77002-5242 | |

# **EXHIBIT C**

**Exhibit C**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Adam Woodberry | 803 Gladstone | Detroit | MI | 48202 |
| Cavel Woodberry | 803 Gladstone | Detroit | MI | 48202 |
| Cranston Woodberry | 803 Gladstone | Detroit | MI | 48202 |
| Happy Woodberry | 803 Gladstone | Detroit | MI | 48202 |
| Lavan Woodberry | 803 Gladstone | Detroit | MI | 48202 |
| Penny Mabin | 803 Gladstone | Detroit | MI | 48202 |
| Phebe Woodberry | 803 Gladstone | Detroit | MI | 48202 |

In re City of Detroit, Michigan
Case No. 13-53846
Page 1 of 1
13-53846-tjt    Doc 13045    Filed 04/17/19    Entered 04/17/19 16:21:04    Page 14 of 14