# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER RESOLVING CLAIM NUMBER 3667
## FILED BY JOHNATHAN BROWN

This case is before the Court on the stipulation filed May 9, 2019, entitled "Stipulation for Entry of Order Resolving Claim Number 3667 Filed by Johnathan Brown" (Docket # 13051, the "Stipulation").[1] The Court being otherwise fully informed:

**IT IS ORDERED THAT:**

1.　Claim 1842 is expunged and disallowed.

2.　Claim 3667, brought by Jonathan Brown as an individual and not on behalf of the classes previously certified in the Federal Court Action, is allowed as a Class 15 Convenience Claim in the amount of $20,000.00. In full and final satisfaction of Claim 3667 and upon Mr. Brown's provision to the City of a properly completed W-9 form, the City will issue a payment to Mr. Brown in the amount of $5,000.00 to the following address: c/o Cindy Tsai, Loevy & Loevy,

---

[1] Capitalized terms used but not otherwise defined in this Order have the meanings given to them in the Stipulation.

311 North Aberdeen Street, 3rd Floor, Chicago, Illinois 60607. All other Claims asserted in Claim 3667 are disallowed and expunged.

3. Loevy and Loevy is granted an allowed Class 14 Other Unsecured Claim under the Plan in the amount of $1,269,203.13. The claims agent will assign this claim a new claim number and the claim register will reflect an address of 311 North Aberdeen Street, 3rd Floor, Chicago, IL 60607 for Loevy and Loevy.

4. David Haron is granted an allowed Class 14 Other Unsecured Claim under the Plan in the amount of $263,312.50. The claims agent will assign this claim a new claim number and the claims register will reflect an address of 30300 Northwestern Highway, Farmington Hills, Michigan 48334 for David Haron.

5. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this Order.

**Signed on May 09, 2019**



/s/ Thomas J. Tucker
_____
Thomas J. Tucker
United States Bankruptcy Judge