# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER WITHDRAWING AND EXPUNGING CLAIM NUMBER 2935 AND EXTENDING TIME FOR SENIOR ACCOUNTANTS, ANALYSTS, AND APPRAISERS ASSOCIATION (SAAA) TO RESPOND TO OBJECTION TO CLAIM 2859, AND ADJOURNING HEARING

Based on the stipulation filed May 10, 2019 (Docket # 13056, the "Stipulation"), entitled "Stipulation for Entry of Order Withdrawing and Expunging Claim Number 2935 and Extending Time for Senior Accountants, Analysts, and Appraisers Association (SAAA) to Respond to Objection to Claims 2859",[1] the Court finds good cause to enter this Order.

IT IS ORDERED THAT:

1. Claim 2935 is withdrawn and expunged.

2. The deadline for SAAA Union - Members to respond to the City's Objection to Claim 2859 is extended through and including June 12, 2019.

3. The hearing on the City's Objection to Claim 2859, which is currently scheduled for May 15, 2019, as part of the hearing on the City's Sixty-Fourth Omnibus Objection to Certain Claims (Docket # 13016), is adjourned to **June 19,**

---

[1] Capitalized terms used but not otherwise defined in this Order have the meanings given to them in the Stipulation.

2019 at 1:30 p.m.

4. The City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

**Signed on May 10, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge