# MARK H. COUSENS
## ATTORNEY

May 16, 2019

Clerk's Office
US Bankruptcy Court
Eastern District of Michigan
211 West Fort Street
Detroit, Michigan 48226

Re:   13-53846

Dear Clerk:

    I am writing as counsel to Amalgamated Transit Union Local 26. An appearance was previously filed by John E. Eaton, then my associate. Mr. Eaton has retired and I have assumed responsibility for his work in this matter. I would appreciate future correspondence being sent to me at:

Mark H. Cousens, Attorney
26261 Evergreen
Suite 130
Southfield, MI 48076
248 355 2150
cousens@cousenslaw.com


Very truly yours,

Mark H. Cousens

/jl

26261 EVERGREEN ROAD, SUITE 110
SOUTHFIELD, MICHIGAN 48076
PHONE (248) 355-2150
FAX (248) 355-2170
EMAIL: unionlawyers@cousenslaw.com