# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING THE *EX PARTE* MOTION OF THE CITY OF DETROIT FOR AN NINTH EXTENSION OF THE CLAIMS OBJECTION BAR DATE**
(*NOTE: THIS IS THE LAST EXTENSION OF THIS DEADLINE THAT WILL BE GRANTED*)

Upon consideration of the City's *Ex Parte* Motion for an Ninth Extension of the Claims Objection Bar Date, filed May 16, 2019 (Docket # 13062, the "Motion"),[1] seeking entry of an order extending the Claims Objection Bar Date through and including December 9, 2019; and this Court having jurisdiction over the Motion under 28 U.S.C. §§ 157 and 1334; and the Court finding that this is a core proceeding under 28 U.S.C. § 157(b)(2); and the Court finding that venue of this proceeding and the Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409; and the Court finding that the relief requested in the Motion is in the best interests of the City, and its creditors, and that the Motion can be considered and this Order granted on an *ex parte* basis and that no prior

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

notice of the Motion or the entry of this Order need be given; and the Court finding that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and good and sufficient cause appearing therefore;

IT IS ORDERED that:

1. The Motion is granted, subject to the terms of this Order.

2. The Claims Objection Bar Date, as set forth in the Plan, including the deadline for the City to object to claims, is extended from June 7, 2019 through and including December 9, 2019.

3. *The Court will not grant any further extensions of this deadline.*

4. This Court will retain jurisdiction to hear and determine all matters arising from or related to the interpretation and/or implementation of this Order.

**Signed on May 17, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge