# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  Chapter 9

City of Detroit, Michigan,  Case No. 13-53846

    Debtor.  Hon. Thomas J. Tucker

_____

## NOTICE OF CHANGE OF FIRM ADDRESS

TO: THE UNITED STATES BANKRUPTCY COURT, OFFICE OF THE UNITED STATES TRUSTEE, ALL PARTIES ENTITLED TO RECEIVE NOTICE, AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, effective May 12, 2019, Kurtzman Carson Consultants LLC relocated to:

    222 N. Pacific Coast Highway
    Suite 300
    El Segundo, CA 90245
    Telephone: (310) 823-9000

Dated: May 13, 2019

    KURTZMAN CARSON CONSULTANTS LLC

    By: /s/ Sarah H. Bryan
        Sarah H. Bryan
        Corporate Counsel
        222 N. Pacific Coast Highway
        Suite 300
        El Segundo, CA 90245
        Telephone: (310) 823-9000