# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

I certify that on May 24, 2019, I electronically filed the *City of Detroit's Objection to Claim Number 3201 Filed by Henry Ford Health Systems* ("Objection") with the Clerk of the Court which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice in this Case. In addition, I certify that on May 24. 2019, I caused a copy of the Objection to be served upon the following address via First Class US Mail, which address I obtained from Henry Ford Health System's proof of claim:

Henry Ford Health System
Foster Swift Collins & Smith, PC
32300 Northwestern Hwy., Ste. 230
Farmington Hills, MI 48334
Attn: Paul J. Millenbach

Dated: May 24, 2019

By: /s/ Mary Beth Cobbs
Mary Beth Cobbs (P40080)
Assistant Corporation Counsel
2 Woodward Ave, Suite 500
Detroit, MI 48226
Phone: (313) 237-3075