UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>　　　　　Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## DESIGNATION OF ALLOWED CLAIM

On or about February 19, 2014, Wilmington Trust, National Association, as successor Contract Administrator ("Wilmington Trust") filed Claim Number 1138 ("Claim 1138") as a claim for "[n]o less than $803,702,214.66, *plus* other amounts" as set forth in the *Supplement to Proof of Claim of Wilmington Trust, National Association, and as Successor Contract Administrator* ("Claim Supplement") attached to Claim 1138. Claim 1138 was filed as an unsecured claim. Claim Supplement, ¶ 11.

On November 21, 2014, Wilmington Trust and the City of Detroit ("City") stipulated that Claim 1138 would be reduced to $644,277.66, classified as an Other Unsecured Claim, and classified in Class 14, as those terms are defined in the City's confirmed plan,[1] subject to the City's right to object to the claim and Wilmington Trust's right to assert defenses to such objections. [Doc. No. 8391.]

---

[1] *Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014)*, as filed on October 22, 2014 [Doc. No. 8045] ("Plan"), and as confirmed as modified by Court order on November 12, 2014. [Doc. No. 8272].

This Court approved that stipulation. [Doc. No. 8423.]

Pursuant to Article I, section A.19 of the Plan, the City of Detroit designates Claim 1138 as an allowed non-priority general unsecured claim in the amount of $644,277.66 to be treated under the Plan as a Class 14 Other Unsecured Claim.

Dated: June 10, 2019

                Respectfully submitted,

                By: /s/ Marc N. Swanson
                    Jonathan S. Green (P33140)
                    Marc N. Swanson (P71149)
                    Ronald A. Spinner (P73198)
                    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
                    150 West Jefferson, Suite 2500
                    Detroit, Michigan 48226
                    Telephone: (313) 963-6420
                    Facsimile: (313) 496-8451
                    swansonm@millercanfield.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

Debtor.

Bankruptcy Case No. 13-53846

Judge Thomas J. Tucker

Chapter 9

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 10, 2019, he filed the foregoing *Designation of Allowed Claim* with the Court, using the Court's CM/ECF system which will provided notice of the filing to all registered participants in this matter. The undersigned also certifies that on June 10, 2019, a copy of the *Designation of Allowed Claim* was served by U.S. mail upon:

Wilmington Trust, National Association
25 South Charles Street, 11th Flr.
Baltimore, Maryland 21201
Attention: Jay Smith IV

Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Flr.
New York, New York 10036
Attention: Kristin K. Going/
Heath D. Rosenblat

By: /s/ Marc N. Swanson
    Marc N. Swanson (P71149)
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 963-6420
    Facsimile: (313) 496-8451
    swansonm@millercanfield.com

Dated: June 10, 2019