# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

|  |  |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## STIPULATION REGARDING CLAIM NUMBER 2859 FILED BY SENIOR ACCOUNTANTS, ANALYSTS, AND APPRAISERS ASSOCIATION (SAAA)

Senior Accountants, Analysts, and Appraisers Association (SAAA) ("Claimant"), and the City of Detroit, Michigan ("City," and with Claimant, the "Parties"), by and through their undersigned counsel, state as follows in support of the entry of the *Order Regarding Claim Number 2859 Filed by Senior Accountants, Analysts, and Appraisers Association (SAAA),* attached hereto as Exhibit 1.

1.      On February 21, 2014, Claimant filed proof of claim number 2859 in the amount of $198,734.00 as a general unsecured non-priority claim (the "Claim").

2.      On March 7, 2019, the City filed its Sixty-Fourth Omnibus Objection to Certain Claims (No Valid Basis for any Liability of the City) [Doc. No. 13016] ("Objection").  Claim 2859 was among the claims subject to the Objection.

3. The Parties have reached a resolution regarding the Claim. The Parties agree that the Claim should be allowed in the reduced amount of $138,650 and treated as a Class 14 Other Unsecured Claim pursuant to the terms of the City's confirmed *Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014)* (Doc. No. 8045).

WHEREFORE the Parties respectfully request that the Court enter an order in the form attached as Exhibit 1.

STIPULATED AND AGREED:

| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | SCHEFF & WASHINGTON, P.C. |
|---|---|
| By: /s/ Marc N. Swanson<br>Marc N. Swanson (P71149)<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 963-6420<br>Facsimile: (313) 496-8451<br>swansonm@millercanfield.com<br><br>*Attorneys for the City of Detroit* | By: /s/ George B. Washington<br>George B. Washington<br>615 Griswold, Suite 910<br>Detroit, MI 48226<br>Telephone: 313-963-1921<br>scheff@ameritech.net<br><br>*Attorneys for Senior Accountants, Analysts, and Appraisers Association (SAAA)* |

DATED: June 17, 2019

# EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER APPROVING STIPULATION REGARDING CLAIM NUMBER 2859 FILED BY SENIOR ACCOUNTANTS, ANALYSTS, AND APPRAISERS ASSOCIATION (SAAA)

This matter having come before the Court on the *Stipulation Regarding Claim Number 2859 Filed by Senior Accountants, Analysts, and Appraisers Association (SAAA),* (the "Stipulation"); the parties having stipulated to the allowance of claim number 2859; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. Claim number 2859 is allowed in the reduced amount of $138,650 and treated as a Class 14 Other Unsecured Claim pursuant to the terms of the City's confirmed *Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014)* (Doc. No. 8045).

2. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this order.