UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER APPROVING STIPULATION REGARDING CLAIM NUMBER 2859 FILED BY SENIOR ACCOUNTANTS, ANALYSTS, AND APPRAISERS ASSOCIATION (SAAA)**

This case is before the Court on the stipulation filed June 17, 2019, entitled "Stipulation Regarding Claim Number 2859 Filed by Senior Accountants, Analysts, and Appraisers Association (SAAA)" (Docket # 13072, the "Stipulation"); the parties having stipulated to the allowance of claim number 2859; and the Court being otherwise fully informed:

**IT IS ORDERED THAT:**

1. Claim number 2859 is allowed in the reduced amount of $138,650.00 and treated as a Class 14 Other Unsecured Claim under the terms of the City's confirmed *Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014)* (Docket # 8045).

2. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this Order.

**Signed on June 17, 2019**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge