# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| In re: | Bankruptcy Case No. 13-53846 |
|---|---|
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## STIPULATION FOR THE ENTRY OF AN ORDER WITHDRAWING CLAIM NUMBERS 809, 815, 816, 818, AND 819 OF CASS COMMUNITY SOCIAL SERVICES

The City of Detroit and Cass Community Social Services stipulate and agree to the entry of the Order attached as Exhibit A, withdrawing claim numbers 809, 815, 816, 818, and 819.

| Dated: June 11, 2019 | Dated: May 17, 2019 |
|---|---|
| /s/ Kimberly K. Hudolin<br>Kimberly Hudolin<br>Deputy Director<br>Cass Community Social Services | By: /s/ Marc N. Swanson<br>Jonathan S. Green (P33140)<br>Marc N. Swanson (P71149)<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 496-7591<br>Facsimile: (313) 496-8451<br>swansonm@millercanfield.com<br><br>Counsel for the City of Detroit |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Bankruptcy Case No. 13-53846<br><br>Judge Thomas J. Tucker<br><br>Chapter 9 |

## ORDER WITHDRAWING CLAIM NUMBERS 809, 815, 816, 818, AND 819 OF CASS COMMUNITY SOCIAL SERVICES

Upon the stipulation between the City of Detroit and Cass Community Social Services; and good cause appearing therefore;

IT IS HEREBY ORDERED THAT claim numbers 809, 815, 816, 818, and 819 are withdrawn.