# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER WITHDRAWING CLAIM NUMBERS 809, 815, 816, 818, AND 819 OF CASS COMMUNITY SOCIAL SERVICES

Based on the stipulation between the City of Detroit and Cass Community

Social Services, filed June 19, 2019 (Docket # 13075); and good cause appearing;

IT IS ORDERED that claim numbers 809, 815, 816, 818, and 819 are

withdrawn.

**Signed on June 19, 2019**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**