UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**STIPULATION FOR ORDER WITHDRAWING CLAIM NO. 1877 FILED BY THE DETROIT POLICE OFFICERS ASSOCIATION IN ITS ENTIRETY AS MOOT**

The City of Detroit, Michigan ("City") and the Detroit Police Officers Association ("DPOA"), by and through their undersigned counsel, hereby stipulate to the entry of an Order withdrawing and expunging Claim No. 1877 filed by the DPOA. In support of their request, the City and the DPOA state the following:

1. On February 20, 2014, the DPOA filed Claim No. 1877.

2. Claim No. 1877 was filed during ongoing Court-ordered mediation between the City and the DPOA in these Chapter 9 proceedings. Claim 1877 asserts DPOA members' right to recovery for certain pre-petition disciplinary actions (the "Pre-petition Discipline Matters").

3. On November 21, 2017, the City and DPOA filed the *Stipulation for Order Modifying DPOA Claim No. 1877 to Withdraw All Resolved DPOA Discipline Claims as Moot and Preserving Pre-Petition Discipline Claim of Officer Carruthers* [Doc. No. 12730] ("First Stipulation").

4. On the same date, the Court entered the Order granting the First Stipulation, which modified Claim No. 1877 to withdraw all of the pending pre-petition disciplinary actions with the exception of the disciplinary action involving Ryan Carruthers (the "Carruthers Claim") [Doc. No. 12731].

5. The Carruthers Claim has since been resolved.

WHEREFORE, the parties request the Court enter an Order in the form attached hereto as Exhibit A, withdrawing Claim No. 1877 in its entirety as moot.

June 20, 2019

STIPULATED AND AGREED:

/s/ *Barbara A. Patek*
Barbara A. Patek, Esq.
Attorney for Creditor – DPOA
24 E. Flint Street, Suite 2
Lake Orion, MI 48362
(248) 814-9470
pateklaw@gmail.com

   -and-
/s/ James M. Moore
James M. Moore, Esq. (P17929)
Attorney for Creditor --DPOA
65 Cadillac Square Ste. 3727
Detroit, MI 48226
(313) 964-5600
jim@unionlaw.net

/s/ *Marc N. Swanson*
Marc N. Swanson (P71149)
Attorney for Debtor – City of Detroit
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 496-7591
swansonm@millercanfield.com

-and-

/s/ *Letitia C. Jones*
Letitia C. Jones (P52136)
Attorney for Debtor – City of Detroit
2 Woodward, Suite 500
Detroit, MI 48226
 (313) 237-3002
joneslc@detroitmi.gov

**Exhibit A**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER WITHDRAWING CLAIM NO. 1877 FILED BY THE DETROIT POLICE OFFICERS ASSOCIATION IN ITS ENTIRETY AS MOOT

This case is before the Court on the *Stipulation for Order Withdrawing and Expunging Claim No. 1877 Filed by the Detroit Police Officers Association* ("Stipulation")[1] Based on the Stipulation,

IT IS ORDERED THAT Claim No. 1877 filed by the DPOA is hereby withdrawn in its entirety as moot.

IT IS FURTHER ORDERED THAT The City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

IT IS FURTHER ORDERED THAT this Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.