# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER WITHDRAWING CLAIM NO. 1877 FILED BY THE DETROIT POLICE OFFICERS ASSOCIATION IN ITS ENTIRETY AS MOOT

This case is before the Court on the stipulation filed June 20, 2019, entitled "Stipulation for Order Withdrawing Claim No. 1877 Filed by the Detroit Police Officers Association in its Entirety as Moot" (Docket # 13077, the "Stipulation").[1] Based on the Stipulation,

IT IS ORDERED THAT Claim No. 1877 filed by the DPOA is hereby withdrawn in its entirety as moot.

IT IS FURTHER ORDERED THAT the City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

IT IS FURTHER ORDERED THAT this Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Signed on June 21, 2019**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Stipulation.