Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*13069* – Motion to Amend (related document(s): 13063 Order on Motion to Extend) City of Detroits Motion for the Entry of an Order Amending the Order Granting the Ex Parte Motion of the City of Detroit for an Ninth Extension of the Claims Objection Bar Date (Note: This Is the Last Extension of This Deadline That Will Be Granted) Filed by Debtor In Possession City of Detroit, Michigan (Swanson, Marc)

will be held on: 7/17/19 at 01:30 PM at Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226

Dated: 6/21/19

                              BY THE COURT

                              Katherine B. Gullo, Clerk of Court
                              U.S. Bankruptcy Court