# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

### CERTIFICATE OF NO RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NUMBER 3201 FILED BY HENRY FORD HEALTH SYSTEM

The undersigned certifies that on May 24,2019, she filed the Debtor's Objection to Claim Number 3201 [ Docket No, 13067 ] (the "Objection")  and a Notice of the Objection [Docket No 13067] ( " Notice") with the Court and served the Objection via First Class Mail at the address listed therein for Henry Ford Health System. See Certificate of Service [Docket No. 13068],

**( attached as Exhibit B)**

Pursuant to Rule 3007-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Michigan, and the Notice, Henry Ford Health System was required to file a response to the relief requested in the Objection, if any, on or before July 10, 2019. No response was filed and served.

WHEREFORE, pursuant to Local Rule 3007-1 (c), the undersigned respectfully requests that this Court enter an order in the form attached as **Exhibit A**, granting the Objection as stated therein.

Dated: July 11, 2019

By: /s/ Mary Beth Cobbs

Mary Beth Cobbs (P40080)
Assistant Corporation Counsel
2 Woodward Ave, Suite 500
Detroit, MI 48226
Phone: (313) 237-3075