# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>  Debtor. | Bankruptcy Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

## ORDER GRANTING CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 3201 FILED BY HENRY FORD HEALTH SYSTEM

Upon the City of Detroit's Objection to Claim Number 3201 filed by Henry Ford Health Systems ("Objection") seeking entry of an order disallowing Claim Number 3201, and it appearing that this Court has jurisdiction over the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B); and the Court having found that venue of this proceeding and the Objection in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Objection is in the best interests of the City, and its creditors; and due and proper notice of the Objection having been given as provided in the Objection; and it appearing that no other or further notice of the Objection need be given. The Court finding that the legal and factual bases set forth in the Objection establishes just cause for the relief granted; and after due deliberation and good and sufficient cause appearing therefore; it is hereby

ORDERED, DECREED AND ADJUDGED that:

1. The Objection is granted

2. Claim Number 3201 is hereby disallowed and expunged under section 502(b) (1) of the Bankruptcy Code.

3. The City's claims agent is authorized to update the claims register to reflect the relief granted in this order.

4. The City is authorized to take all actions necessary to effectuate the relief granted pursuant to this order in accordance with the Objection.

5. Notice of the Objection as provided therein is good and sufficient notice of such objection, and the requirements of Federal Rule of Bankruptcy Procedure 3007(a) and the local rules of the Court are satisfied by such notice.