# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>　　　Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER SUSTAINING CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 3201 FILED BY HENRY FORD HEALTH SYSTEM

This case is before the Court on the City of Detroit's Objection to Claim Number 3201 filed by Henry Ford Health Systems (Docket # 13067, the "Objection"), seeking entry of an order disallowing Claim Number 3201. This Court has jurisdiction over the Objection under 28 U.S.C. §§ 157 and 1334; this is a core proceeding under 28 U.S.C. § 157(b)(2)(B); and venue is proper under 28 U.S.C. §§ 1408 and 1409. The relief requested in the Objection is in the best interests of the City, and its creditors. Due and proper notice of the Objection was given. No other or further notice of the Objection need be given. The Court finds that the legal and factual bases set forth in the Objection establish just cause for the relief granted in this Order. No timely response to the Objection was filed.

IT IS ORDERED that:

1. The Objection is sustained.

2. Claim Number 3201 is disallowed and expunged under section 502(b)(1) of the Bankruptcy Code.

3. The City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

4. The City is authorized to take all actions necessary to effectuate the relief granted by this Order in accordance with the Objection.

**Signed on July 11, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge