United States Bankruptcy Court
In The State of Michigan

In The Matter of: The City of Detroit Chapter 9 Bankruptcy

Hon. /s/ Judge Tucker
Case No. 13-53846

Gloria D. Jones
Re: Debtor: GLORIA DENIS MORRIS
Creditor: Gloria Denise Jones
Attorney In, Fact

_____/

c/o: 15403 Baylis
Detroit, Michigan [48238]
Phone (313) 218-1170

## Affidavit

Notice: To Include All U.S. Bankruptcy Trustees Any And All Agents And Or Employees of The State of Michigan

## Affidavit and Notice of Default, Probable Cause and Estoppel By Acquiescence With Opportunity To Cure

I/We Gloria D. Jones, Affiant(s) hereby certify, record and present this verified Affidavit And Notice of Default in relation to (ML §440.2206-§440.2103) Offer and Acceptance in Formation of Contract that I/We submitted and the court received on January , 2018 and placed on the court's docket. I/We asked the court the question what I/We were to do, but, the court has failed to answer.

I/We the undersigned therefore certify that there has been no Requisite Timely Response or other documentation filed in response to my/our (ML §440.2206-§440.2103) Offer and Acceptance in Formation of Contract.

Accordingly, I/We now invoke the doctrine of Estoppels by Acquiescence because I/We can prove that your fiduciary duty as alleged "Government Agent/Employees" imposes upon you a legal duty to answer, and your silence can now be construed as a fraud, Confer at:

1

Silence can only be equated with fraud where there is a legal or moral duty to speak or where an injury left unanswered would be intentionally misleading, [US v Tweet, 550 F. 2d 297,200 (1977 quoting US v Prudden, 424 F 2d 102, 1032 (1970)]

Silence is a species of conduct, and constitutes an implied representation of the existence of the state of facts in question, and the estoppels is accordingly a species of estoppels by misrepresentation [cited untitled] when silence is such a character and under such circumstances that it would become a fraud upon the other party to permit the party who has kept silent to deny that which his/her silence has induced the other to believe and act upon, it will operate as estoppel. [Carmine v Bowen 64 A. 923 (1906)]

Said Affidavit (ML §440.2206-§440.2103) Offer and Acceptance in Formation of Contract gave you reasonable notice and grace to tell me/us what we should do yet you have not answered.

Finally, evidence and conclusions in this matter were based on the aforementioned Affidavit Offer by the Vatican to Right A Wrong and I/We had a right to be made aware of the fact that the City of Detroit's Inhabitants are the 'Divine' "True Creditors" in the City of Detroit Chapter 9 Bankruptcy Case but absolutely nothing has been served upon Me/Us which could be considered as a good faith and diligent attempt by you to respond to My/Our lawful and reasonable (ML §440.2206-§440.2103) Offer and Acceptance in Formation of Contract.

## The Opportunity to Cure

In the event that Respondents failure to respond to the (ML §440.2206-§440.2103) Offer and Acceptance in Formation of Contract was an oversight, mistake or otherwise unintentional, I/We Gloria D. Jones grant Respondent(s) Fifteen (15) days, exclusive of the day of receipt, to cure the fault. Failure to cure will constitutes, as an operation of law.

Respondent's final admission and agreement to all statements and claims made by Affiant(s) through tacit procrastination pertaining to My/Our (ML §440.2206-§440.2103) Offer and Acceptance in Formation of Contract and the whole matter shall be deemed res judicata and stare decisis.

Note; This document shall be invoked as evidence in any future legal proceeding which may result as a result of the fraud being perpetrated by the U.S. Bankruptcy Trustees and the state of Michigan government upon the undersigned Affiant and

the Inhabitants of the City of Detroit in all Counties in this state and the Union states.

## For Recording Purposes Only:

A copy of the Affiant(s) Gloria D. Jones' (ML §440.2206-§440.2103) Offer and Acceptance in Formation of Contract to which there has been no response is attached and Recorded as part of this Affidavit/Notice of Default.

Response by Respondent(s) must be served on Affiant, Gloria D. Jones exactly as provided below and service upon the Affiant shall acts as service to the Inhabitants of the City of Detroit.

## Verification

The undersigned Affiant(s) herby certify under penalty of perjury, under the laws of the united states of America, without the "United States" and pursuant to 28 USC 1746 (1), that the above **Affidavit of Default, Probable Cause and Estoppel By Acquiescence** is true and correct, to the best of their knowledge, current information, and belief, so help Me. Further, the undersigned sayeth naught.

Executed on July 15, 2019 A.D.

_____
Creditor: Gloria Denise Jones
Attorney In, Fact on Behalf of
Debtor: GLORIA DENISE JONES
15403 Baylis
Detroit, Michigan
(313) 218 – 1170

3

# Acknowledgement
# Michigan

Michigan }
                 } Scilicet

County of Wayne }

Subscribed To and Sworn before me this 15TH day of July, A.D. 2019, a Notary, that, personally appeared and known to me to be the woman whose name subscribed to the within instrument and acknowledged to be the same.
Seal;

Notary Public in and for said State
My Commission expires; SEPT. 25, 2021

LENORA ANDREWS
Notary Public - Michigan
Oakland County
My Commission Expires Sep 25, 2021
Acting in the County of Wayne

4

# Decisions of the Supreme Court of the United States

"There is a clear distinction in this particular case between an individual and a corporation, and that the latter has no right to refuse to submit its books and papers for an examination at the suit of the State. The individual may stand upon his constitutional right as a citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no such duty to the State, since he receives nothing there from, beyond the protection of his life and property. His rights are such as existed by the law of the land long antecedent to the organization of the State, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his rights are refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under a warrant of law. He owes nothing to the public so long as he does not trespass upon their rights." [*Hale v. Henkel*, 201 U.S. 43]

"The individual, unlike the corporation, cannot be taxed for the mere privilege of existing. The corporation is an artificial entity which owes its existence and charter powers to the state; but, the individual's rights to live and own property are natural rights for the enjoyment of which an excise cannot be imposed." [*Redfield v. Fisher*, 292 P. 813, at 819]

"Included in the right of personal liberty and the right of private property -- partaking of the nature of each -- is the right to make contracts for the acquisition of property. Chief among such contracts is that of personal employment, by which labor and other services are exchanged for money or other forms of property." [*Coppage v. Kansas*, 236 U.S. 1, at 14]

"The common business and callings of life, the ordinary trades and pursuits, which are innocuous in themselves, and which have been followed in all communities from time immemorial, must, therefore, be free in this country to all alike upon the same conditions. The right to pursue them, without let nor hindrance, except that which is applied to all persons of the same age, sex, and condition, is a distinguishing privilege of citizens of the United States, and an essential element of that freedom which they claim as their birthright." [*Butchers Union Co. v. Crescent City Co.*]

Note: The above Supreme Court decisions have never been overturned. Further, Kenneth W. Starr, Solicitor General, on February 1, 1990, made the following statement in a letter to a United States Senator:

It is well established that the decisions of the United States Supreme Court interpreting federal law are binding on lower courts, both state and federal, until such time as the Supreme Court overrules its decision, or federal statutory provision in question is amended or repealed. [see generally *Cooper v. Aaron*, 358 U.S. 1]

G. J.

United States ~~of America~~ Bankruptcy Court
Eastern District ~~Court~~
~~In The State~~ of Michigan

In The Matter of: The City of Detroit Chapter 9 Bankruptcy

Hon. Judge Tucker
Case No. 13-53846

Gloria D. Jones
Claimant, Re: Debtor: Gloria Denis Morris
Creditor: Gloria D. Jones
Attorney In, Fact

_____/

c/o: 15403 Baylis
Detroit, Michigan [48238]
Phone (313) 218-1170 / Facsimile gjones1762@comcast.net

Affidavit

Notice

(ML §440.2206-§440.2103)

Offer and Acceptance in Formation of Contract

Now comes, Gloria Denise Jones Creditor, an interested Party related to document(s) (11910) pursuant to U.C.C. 1 §440.2103 Offer and Acceptance in Formation of Contract on behalf of Debtor; Gloria Denise Morris to notice the above styled court that the Third Party Intervener has accepted for value the Vatican's Offer, as well the Hon. Judge Steven Rhodes' Offer to:

1. Listen to the audio recording of the proceedings as long as it takes as most everyone having a stake in this matter were not present to accept the offers that were made by the Representative of the Chair of Saint Peter, Robert Michael of the House of Marques, 78 whereby;

2. The Robert Michael of the House of Marques was present in court on behalf of The Chair of Saint Peter to represent the people to present the people of the City of Detroit.

1

3. We are the primary Trustees of the Global Estate superior to the Roman Curia.

4. We hereby establish the Superior Court on the Land as open and in session with living witnesses as my record, and as such, we will read the Notice of Eligibility Objection.

5. My right to free speech is infinite and no one can take that from me but G-d so it will not be prohibited.

6. The Chair of Saint Peter is the Principal and Primary Global Trustee of the Global Estate Trust under whose jurisdiction the Roman Curia operates.

7. The Chair of Saint Peter is both Ecclesiastic as we the Organic Trustee of the Global Estate Trust with the fiduciary duty to the Divine Living Beneficiaries.

8. The City of Detroit upper and lowercase, the City of Detroit all uppercase, the United States Bankruptcy Court and the United States Trustees all uppercase are legal Fiction Alien Trustees who operate under the jurisdiction of the Roman Curia.

9. The People of the City of Detroit the true Creditors in the matter at hand have requested the Chair of Saint Peter intervene on their behalf to officially object to the proceedings and to compel the return of the property to the Principle for the administration in Original Jurisdiction.

10. The Creditors in the Bankruptcy, the City of Detroit officially object to the eligibility of the City of Detroit as a Debtor for the following;

   (i). The 300 year old Detroit is financially solvent as the inhabitants thereof do have the ability to pay off via set off all obligations when properly presented with a bill as all accounts are prepaid.

(ii). The legal fiction the city of Detroit has failed to tender a valid bill containing a sum certain thereby, preventing satisfaction in accord to facilitate the continued economic slavery of the people of the City of Detroit.

(iii). The Bankruptcy Petition is intentionally confusing, misleading and failing to stipulate the specific meaning of the words used in the petition, while employing multiple and diabolical meanings to the words in the body of the document identifying the inhabitants as Creditors and the Debtors with a need to be protected from themselves in Bankruptcy.

(iv). It is less than 80 year old fiction, the City of Detroit a device which has intentionally been used and mismanaged by politicians, bureaucrats' and consultants whose word smithing and sleight of hand that has cast the inhabitants into economic slavery which is intentionally insolvent.

(v). The City of Detroit is a device created by the Trustees and Administration Guardians operating under the jurisdiction of the Roman Curia who having tricked the People into pledging their property as collateral which has fraudulently converted the true Creditors as collateral which has fraudulent converted the true Creditors into Debtors reducing the Creditor to the status of insolvent paupers having no rights.

(vi). The City of Detroit is a legal fiction alien who has hypothecated the credit of the People of the City of Detroit and holds the private matching funds who refuses to execute the set off of debt for the settlement and closure of the accounts to return the City of Detroit lowercase and the City of Detroit uppercase to solvency. These are two different entities.

(vii). It has been established in fact, that the City of Detroit is a legal fiction alien all uppercase whose ownership and or control over the property and credit of the People has adversely affected the Global Trust as well as the living beneficiaries thereof.

3

(viii). The people the true Creditors and the Principle in reference to the bankruptcy of the City of Detroit hereby set forth a remedy to wit:

    a. The immediate set off of the debt for settlement and closure of the account;

    b. Liquidation of the legal fiction the City of Detroit and the immediate return of the property via aschiet to the Principal for administration in Original jurisdiction.

(xi). We have proposed a Detroit recovery plan to implement this as we look around we can see that managing the economic emergency since 1933 hasn't worked out so well for the People.

(x). The emergency management by the present civil administration funded by the Good Faith and Credit of the People, has dramatically tarnished the credit and reputation of the People, as it has converted the Creditors, we the People into Debtors and reduces us in status of that of a Debtor to that of an insolvent pauper having no rights.

11. Managing the emergency with increased dire consequences casting us all into insolvency.

12. Emergency management by the present civil administration has resulted in the Creditors We the People being reduced to the Debtors and enemies of the state the Trading With the Enemy Act under which the current civil administration has waged war against the People, as well as a war against crime, war against drugs, war against hunger and war against homelessness and a war against terrorism and war.

13. Detroit is a clear example establishing the evidence that management of the economic emergency delivers to us an even greater emergency with which to manage all at the expense of the People, the true Creditors.

4

14. Management by the present civil administration has turned Detroit into what looks like a war zone destroying our neighbor, our families, our family values and our since of community.

15. Emergency management the present 14th Amendment legal fiction Corporation the City of Detroit shall immediately settle all accounts of the debt via set offs and making whole all the Creditors making the return of the property to the Principles and distribute the Mezny Funds to the living Beneficiaries'.

16. The City of Detroit shall immediately cease the auction and or selling property and assets of the People, as well all Lotteries and immediately conveyance of the property to the New Administration.

17. An interim mayor and city council shall be appointed and empowered under the Charter of 1857.

18. To make the transition back to solvency and that the interim government shall be provided the tools necessary to set off debt and begin the distribution of the Mezny Funds thereby returning the People of Detroit back to abundance and prosperity.

   a. Establishment of the post.net Banking network by the Universal Postal Union in conjunction with the United States Department of Commerce as a Global Banking network to facilitate the electronic transfers EFT'S to discharge the debt, make the return of the property in the exchange.

19. Court interruption....,

20. So it is written, so it is done, you say, because as the Fiduciary Trustee all Fiduciary Trustees will be held accountable and if the order is not carried out there will be War Crimes assessed.

21. Before we close our court session today I want to comment to everyone here that this was truly an extraordinary session of the court. It was an example of Democracy at its very finest. The arguments and statements that you all took the time to articulate in writing and in court here today were moving, thoughtful, passionate, compelling and well articulated. They were well stated legal arguments, well stated personal concerns well stated about our political process. I'm going to suggest therefore, strongly suggest that everyone who has a stake in the outcome of this case most of whom were not present in court today should take the time to listen to the audio recording of this proceeding, this entire proceeding as long as that takes.

To the court, pursuant to ML offer of relief can be granted as I, Gloria Denise am a Living Divine Being who is an inhabitant of the City of Detroit, thus do have an interest in the Robert Michael of the House of Marques representation and presentment to the court on behalf of all City of Detroit all lowercase inhabitants which has been made a record of this court but has not been to date been disclosed to the interested parties: All inhabitants of the City of Detroit, all lowercase. And the failure by all Trustees in this matter to disclose these facts is against the law.

Finally, the inhabitants of the City of Detroit, all lowercase don't know they have an interest in this matter as the result of deceit and fraud. The presentment that was made by the Robert Michael of the House of Marques to the court on behalf of the people was the obligation of all Trustees in this matter. The Trustees and the court have failed to disclose the Offer that was made by the Chair of St. Peter to the People/Parties, of the City of Detroit, as well the Trustees failure to draft an Acceptance in Formation of Contract to Accept the Offer that was made to People by the Robert Michael of the House of Marques and all facts touching upon these matters that are before the court, therefore, will the Party(s) 'perform' to the offer just as soon as the Claimants, provides proofs of their claims of debt, as the City of Detroit, all lowercase letters can't perform to the offer to pay due financial obligations via set off until the Claimants, have provided the sufficient claims

6

needed to perform to the offer! I, (We) do not know what to do..., what's may,(Our) remedy?

_____
Without Prejudice
Secured Party
/s/ Gloria Denise Jones
Authorized Representative, Attorney In Fact

c/o: 15403 Baylis
Detroit, Michigan [48238]
All Rights Reserved U.C.C. 1 §207, 1-308; U.C.C. 1- §103

7