# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### ORDER AMENDING THE MAY 17, 2019 ORDER GRANTING THE *EX PARTE* MOTION OF THE CITY OF DETROIT FOR AN NINTH EXTENSION OF THE CLAIMS OBJECTION BAR DATE

This case is before the Court on the motion entitled "City of Detroit's Motion for the Entry of an Order Amending the Order Granting the Ex Parte Motion of the City of Detroit for [a] Ninth Extension of the Claims Objection Bar Date [etc.]" (Docket # 13069, the "Motion").[1] The Court held a hearing on the Motion on July 17, 2019. For the reasons stated by the Court on the record during the hearing,

**IT IS ORDERED THAT:**

1. The Motion is granted to the extent of the relief provided in this Order, and otherwise is denied.

2. Paragraph 3 of the Court's Order filed on May 17, 2019, entitled "Order Granting the Ex Parte Motion of the City of Detroit for [a] Ninth Extension of the Claims Objection Bar Date *(Note: This Is the Last Extension of This*

---

[1] Capitalized terms used but not otherwise defined in this Order have the meaning given to them in the Motion.

*Deadline That Will Be Granted)*" (Docket # 13063, the "May 17 <u>Order</u>") is modified, to state, in its entirety, the following: "***The Court gives notice that the Court might not grant any further extensions of this deadline***."

    3.    In addition, the words "*(Note: This Is the Last Extension of This Deadline That Will Be Granted)*" are deleted from the title of the May 17 Order.

    4.    The remainder of the May 17 Order remains in full force and effect.

**Signed on July 18, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge