# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CITY OF DETROIT'S OBJECTION TO
## CLAIM NUMBER 1643 FILED BY LATONYA BROOKS

The City of Detroit ("City") objects to claim number 1643 ("Claim 1643")

filed by Latonya Brooks ("Objection"), respectfully stating as follows:

### JURISDICTION AND VENUE

1.     This Court has jurisdiction over this Objection pursuant to 28 U.S.C.

§§ 157 and 1334 and Article VII, Section A of the Plan (defined below).  This is a

core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court

pursuant to 28 U.S.C. §§ 1408 and 1409.

### BACKGROUND FACTS

2.     On July 18, 2013 ("Petition Date"), the City filed a petition for relief

in this Court.

3.     On November 12, 2013, the City filed its *Motion of Debtor Pursuant*

*to Sections 105 and 502 of the Bankruptcy Code, for Entry of an Order Approving*

*Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain*

*Prepetition Claims* [Doc. No. 1665] ("ADR Procedures Motion").  On December

34109503.2\022765-00213

24, 2013, this Court entered an order approving the ADR Procedures Motion [Doc. No. 2302] ("ADR Order").

4.    The Alternative Dispute Resolution Procedures ("ADR Procedures") attached as Annex 1 to the ADR Order permitted the City to serve on claimants a

> notice that the Stay/Injunction is lifted to permit the underlying claim to be liquidated in a non-bankruptcy forum consistent with the terms, conditions and limitations of Section II.E. below (a "Stay Modification Notice"). In that event, immediately upon the filing of the Stay Modification Notice, the Stay/Injunction shall be deemed modified with respect to the applicable Initial Designated Claim solely to permit the liquidation of the claim in a non-bankruptcy forum…

ADR Procedures, Section I.B, p. 4.

5.    The ADR Procedures provide that, once the City serves a Stay Modification Notice, the claimant must proceed with reasonable diligence to prosecute his or her claim.

> If a Designated Claimant fails to comply with the ADR Procedures, negotiate in good faith or cooperate with the City as may be necessary to effectuate the ADR Procedures, the Bankruptcy Court may, after notice and a hearing, find such conduct to be in violation of the ADR Order or an abandonment of or failure to prosecute the Designated Claim, or both. Upon such findings, the Bankruptcy Court may, among other things, disallow and expunge the Designated Claim, in whole or part, or grant such other or further remedy deemed just and appropriate under the circumstances, including, without limitation, awarding attorneys' fees, other fees and costs to the City.

ADR Procedures, Section II.G, p. 22.

6. On October 22, 2014, the City filed its *Eighth Amended Plan of the Adjustment of Debts of the City of Detroit (October 22, 2014)* [Doc. No. 8045] ("Plan"), which the Court confirmed with slight modifications by order entered on November 12, 2014 [Doc. No. 8272] ("Confirmation Order").

7. On February 19, 2014, Latonya Brooks filed Claim 1643 in the amount of $150,000.00 and claim number 1662 ("Claim 1662") in the amount of $26,929.31, both based on a personal injury claim allegedly sustained in a motor vehicle accident. *See* Exhibit 4, Claim 1643; Exhibit 5, Claim 1662.

8. Claim 1662 alleges lost wages, cost of replacement services, interest, and attorneys' fees related to the accident. Claim 1662. Claim 1643 appears to be a generalized claim for damages stemming from the same accident. Claim 1643.

9. Latonya Brooks and the City discussed the accident. On April 28, 2014, Ms. Brooks and her counsel executed a settlement agreement resolving her claim for the accident for $22,483.03 in cash. Exhibit 7, Settlement.

10. On December 15, 2015, the City executed the Settlement. *Id.* The City issued a check for $22,483.03 to Plaintiff's counsel on February 26, 2016. *Id.* The Settlement resolved both claims even though it only referenced Claim 1662.

11. On July 28, 2017, the City served a Stay Modification Notice on counsel for Latonya Brooks related to Claim 1643 [Doc. No. 12150]. See Exhibit 6, Stay Modification Notice. The Stay Modification Notice warned that failure to

prosecute the subject claim could result in disallowance and expungement of the claim. *E.g.*, Stay Modification Notice, p. 4.

12.     No further action has been taken with regard to Claim 1643.

## <u>ARGUMENT</u>

13.     Bankruptcy Code section 502(b)(1) provides

(b) Except as provided in subsections (e)(2), (f), (g), (h) and (i) of this section, if such objection to a claim is made, the court, after notice and a hearing, shall determine the amount of such claim in lawful currency of the United States as of the date of the filing of the petition, and shall allow such claim in such amount, except to the extent that—

(1)   such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law for a reason other than because such claim is contingent or unmatured;

11 U.S.C. § 502(b)(1).

14.     The Settlement resolved both Claim 1662 and Claim 1643. Mr. Brook's lack of action with respect to Claim 1643 indicates that this is her belief as well. Out of an abundance of caution, however, the Court seeks a separate order disallowing and expunging Claim 1643.

## <u>RELIEF REQUESTED</u>

15.     Claim 1643 should be disallowed and expunged under Bankruptcy Code section 502(b)(1), the ADR Order, and the ADR Procedures because Latonya Brooks has failed to prosecute her claim for over two years after the Stay

34109503.2\022765-00213

Modification Notice was issued. This constitutes abandonment of her claim under ADR Procedure II.G.

## RESERVATION OF RIGHTS

16.     The City files this Objection without prejudice to or waiver of its rights under section 904 of the Bankruptcy Code, and nothing herein is intended to constitute, constitutes, or may be deemed to constitute the City's consent, under section 904 of the Bankruptcy Code, to the Court's interference with (a) any of the political or governmental powers of the City, (b) the property or revenues of the City, or (c) the City's use or enjoyment of any income-producing property.

17.     The City expressly reserves the right to amend, modify, or supplement this Objection. Should the Court dismiss or overrule one or more grounds of objection stated in this Objection, the City reserves its right to object to Claim 1643 on other procedural and substantive grounds, and on the merits of the underlying claim.

## NOTICE

18.     The City has provided notice of this Objection to Latonya Brooks's attorney. In light of the nature of the relief requested, the City respectfully submits that no other or further notice of the relief requested in this Objection need be given.

## **NO PRIOR REQUEST**

19.    No previous request for the relief requested herein has been made to this or any other court.

WHEREFORE, the City respectfully asks this Court to enter an order, substantially in the form attached as Exhibit 1, granting the relief requested in this Objection and further relief as this Court may deem just and proper.

Dated: August 6, 2019

Respectfully submitted,

By: /s/ Marc N. Swanson
    Jonathan S. Green (P33140)
    Marc N. Swanson (P71149)
    Ronald A. Spinner (P73198)
    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 963-6420
    Facsimile: (313) 496-8451
    green@millercanfield.com
    swansonm@millercanfield.com

    and

    Charles N. Raimi (P29746)
    Deputy Corporation Counsel
    City of Detroit Law Department
    2 Woodward Avenue, Suite 500
    Coleman A. Young Municipal Center
    Detroit, Michigan  48226
    Telephone: (313)-237-0470
    Facsimile: (313) 224-5505
    raimic@detroitmi.gov

ATTORNEYS FOR THE CITY OF DETROIT

# EXHIBIT LIST

Exhibit 1     Proposed Order

Exhibit 2     Notice

Exhibit 3     Certificate of Service

Exhibit 4     Claim 1643

Exhibit 5     Claim 1662

Exhibit 6     Stay Modification Notice

Exhibit 7     Settlement

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER SUSTAINING CITY OF DETROIT'S OBJECTION TO CLAIM
NUMBER 1643 FILED BY LATONYA BROOKS**

Upon review of the *City of Detroit's Objection to Claim Number 1643 Filed by Latonya Brooks* ("Objection"),[1] seeking entry of an order disallowing and expunging claim number 1643; and it appearing that this Court has jurisdiction over the Objection under 28 U.S.C. §§ 157 and 1334 and Article VII of the Plan; and the Court finding that this is a core proceeding under 28 U.S.C. § 157(b)(2); and the Court finding that venue of this proceeding and the Objection in this District is proper under 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Objection is in the best interests of the City and its creditors; and due and proper notice of the Objection having been given as provided in the Objection; and it appearing that no other or further notice of the Objection need be given; and any objections or other responses to the Objection having been

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

overruled or withdrawn; and the Court finding that the legal and factual bases set forth in the Objection and at the hearing establish just cause for the relief granted; and after due deliberation and good and sufficient cause appearing therefore;

IT IS ORDERED that:

1.      The Objection is sustained.

2.      Claim number 1643 filed by Latonya Brooks is disallowed and expunged in its entirety under Section 502(b) of the Bankruptcy Code.

3.      The City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

4.      The City is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

5.      Notice of the Objection as provided therein is good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a) and the local rules of the Court are satisfied by such notice.

**EXHIBIT 2: NOTICE**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**NOTICE OF THE CITY OF DETROIT'S OBJECTION**
**TO CLAIM NUMBER 1643 FILED BY LATONYA BROOKS**

**PLEASE TAKE NOTICE THAT** the City of Detroit ("City") has filed an objection to claim number 1643 ("Claim") filed by Latonya Brooks because her claim against the City was resolved by the settlement of a related claim and, therefore, she has taken no further action to prosecute the Claim ("Objection").

If you do not want the court to change your Claim, or grant the relief requested in the Objection, then on or before **September 11, 2019**, you or your lawyer must:

1.      File with the court, at the address below, a written response to the objection.  Unless a written response is filed and served by the date specified, the court may decide that you do not oppose the objection to your claim.

<div align="center">

Clerk of the Court
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI 48226

</div>

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

    2.     A copy of your response must also be mailed to counsel for the City:

<div align="center">

Marc N. Swanson<br>
Miller, Canfield, Paddock and Stone, PLC<br>
150 West Jefferson Ave., Ste. 2500<br>
Detroit, MI 48226

</div>

    3.     You must also attend the hearing on the objection scheduled to be held on **September 18, 2019** at 1:30 p.m. in Courtroom 1925, 211 W. Fort Street, Detroit, MI 28226 unless your attendance is excused by mutual agreement between yourself and the objector's attorney.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim, in which event the hearing will be canceled and the objection sustained.**

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Marc N. Swanson
    Marc N. Swanson (P71149)
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 496-7591
    Facsimile: (313) 496-8451
    swansonm@millercanfield.com

Dated: Dated: August 6, 2019

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 6, 2019, he electronically filed the foregoing *City of Detroit's Objection to Claim Number 1643 Filed by Latonya Brooks* ("Objection") with the Clerk of the Court which will provide notice of the filing to all ECF participants registered in this case. A copy of the Objection was also served upon the following, via first class mail, on the same date:

Michael J. Morse
Michael J. Morse PC
24901 Northwestern Highway, Suite 700
Southfield, MI 48075

By: /s/ Marc N. Swanson
    Marc N. Swanson
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 496-7591
    Facsimile: (313) 496-8451
    swansonm@millercanfield.com

Dated: August 6, 2019

# EXHIBIT 4: CLAIM 1643

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|

**FILED**

**FEB 1 9 2014**

Name of Debtor: City of Detroit, Michigan      Case Number: 13-53846

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Brooks, Latonya

COURT USE ONLY

Name and address where notices should be sent:      NameID: 11702579
Brooks, Latonya
Morse, Michael J.
Michael J. Morse PC
24901 Northwestern Hwy Ste 700
Southfield, MI 48075
Telephone number: 248-350-9050  email: ncapenigro@855mikewins.com

☐ Check this box if this claim amends a previously filed claim.

US Bankruptcy Court
MI Eastern District

Court Claim Number: _____
      *(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):



Telephone number:          email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**RECEIVED**

**FEB 24 2014**

**KURTZMAN CARSON CONSULTANTS**

1. **Amount of Claim as of Date Case Filed:**      $ 150,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:**  Personal Injury - 9/8/2011 Motor Vehicle Crash
   (See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:**      **3a.** Debtor may have scheduled account as: _____
                                                                                          (See instruction #3a)

4. **Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$ _____

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:**

**Basis for perfection:** _____

**Value of Property:** $ _____

**Amount of Secured Claim:** $ _____

**Annual Interest Rate (when case was filed)** ___% ☐ Fixed  or ☐ Variable

**Amount Unsecured:** $ _____

5. **Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).**      $ _____

5b. **Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. §** _____      $ _____

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

8. **Signature: (See instruction # 8)**
Check the appropriate box.

☐ I am the creditor.  ☑ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Nicholas Capenigro
Title: Attorney
Company: Mike Morse Law Firm
Address and telephone number (if different from notice address above):

(Signature)          (Date)

Telephone number:          email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

13-53846-1125134029035015

Patient Name: BROOKS, LATONYA   MRN: 342-36-92-6   Birth Date: 05/27/____ (__ years)   Sex: Female   Room/Bed:
PCP: Unassigned   PP: Unassigned   HFH Primary Insurance: NO INSURANCE   Current Chart: FAIRLANE STORAGE MEDICAL RECORDS FILE

---

**DETROIT FIRE DEPARTMENT - EMS DIVISION**
**PREHOSPITAL CARE RUNSHEET**
USE BALL POINT PEN - PRESS FIRMLY, YOU ARE MAKING FOUR COPIES

1. PATIENT PRIORITY CODE
2. PATIENT NUMBER
PAGE NUMBER
INCIDENT CODE

3. UNIT ID 84   RUN DATE   MILEAGE AT   START   SCENE   HOSPITAL   5. PROVIDER INCIDENT NO.

6. CALL STREET
7. UNIT CARE NUMBER
8. INCIDENT LOCATION

9. CAD NUMBER | 10. TIME DISPATCHED | 11. TIME ENROUTE | 12. TIME ON SCENE | 13. TIME DEPART SCENE | 14. TIME AT DESTINATION | 15. CLEAR DESTINATION

**PATIENT INFO**

16. PATIENT NAME: Latonya Brooks
17. PATIENT ADDRESS
18. CITY
19. STATE | 20. ZIP | 21. PHONE: 313-300-9683
22. AGE 50 | 23. DOB | 24. SEX ☐ MALE ☑ FEMALE
MEDICARE | MEDICAID
OTHER INSURANCE
RESPONSIBLE PARTY NAME | RELATIONSHIP | PHONE
27. SS NUMBER

25. PAST MEDICAL HISTORY
26. MEDICATIONS

342 36 92 6 1251
BROOKS
LATONYA
05 27 61 F

25. DISPATCH INFORMATION ☒ MVA
30. CHIEF COMPLAINT
27. WAS MVA PT ☐ YES RESTRAINED? ☐ NO

28. PATIENT CLASSIFICATION
31. RESPONSE OUTCOME

33. VITALS -1ST | LOC | GCS EYES | 34. VITALS -2ND | LOC | GCS EYES | 35. COMMENTS AND NOTES
TIME | ☐ ALERT ☐ VOICE ☐ PAIN ☐ UNRESP | | TIME | ☐ ALERT ☐ VOICE ☐ PAIN ☐ UNRESP
PULSE | VERBAL | | PULSE | VERBAL
SKIN CONDITION | | SKIN CONDITION
☐ COOL ☐ PALE | RESP | ☐ COOL ☐ PALE | RESP
☐ WARM ☐ CYANOTIC | | ☐ WARM ☐ CYANOTIC
☐ MOIST ☐ FLUSHED | MOTOR | ☐ MOIST ☐ FLUSHED | MOTOR
☐ DRY ☐ NORMAL | | ☐ DRY ☐ NORMAL

25. CONTACT MADE ☐ YES WITH HOSPITAL? ☐ NO
RADIO CHANNEL
37. IF COMMUNICATION PROBLEMS, SOP USED? ☐ YES ☐ NO
REPORT ☐ YES FILED? ☐ NO

**AIRWAY MANAGEMENT**
A ☐ MANUAL CLEARANCE
B ☐ SUCTIONING
☐ JAW THRUST
C ☐ ORAL AIRWAY
D ☐ COMBITUBE
E ☐ SPO₂   99% RA
F ☐ BVM
G ☐ OXYGEN DELIVERED   LPM   BY
H ☐ EtCO₂

**36. PATIENT TREATMENTS**
IMMOBILIZATION
I ☐ C-SPINE IMMOBILIZED
J ☐ LONG BOARD
K ☐ EXTRICATION DEVICE
L ☐ TRACTION SPLINT
M ☐ OTHER SPLINTING
OTHER TREATMENT
N ☐ DRESSING APPLIED
☐ HEAT APPLIED
☐ COLD APPLIED
O ☐ IPECAC
P ☐ CPR
☐ THUMPER
Q ☐ IRRIGATION
☐ GLUCOMETER
R ☐ DELIVERY (OB)
☐ APGAR
1 MIN
5 MIN
V ☐ OBSERVATION

**ADVANCED TREATMENTS**
S ☐ AED
T ☐ MANUAL DEFIB
U ☐ EKG
V ☐ PACING
W ☐ PERIPHERAL IV
X ☐ MEDICATIONS
☐ BLOOD DRAW
☐ INTRAOSEOUS
Z ☐ INTUBATION

**39. CPR INFORMATION** LIST TIMES
WITNESSED ARREST? Y N
CPR INITIATED
TIME OF DEFIB
AL3 INITIATED
BYSTANDER CPR? Y N
RETURN OF PULSE?
NUMBER OF SHOCKS DELIVERED

**40.**

| | TIME | P | R | B/P | RHYTHM | TREATMENT | RESPONSE/COMMENTS | PARAMEDIC |
|---|------|---|---|-----|--------|-----------|-------------------|-----------|
| A | | | | | | | | |
| L | | | | | | | | |
| S | 1530 | | | | | | | |

41. DESTINATION
42. HOSPITAL REPRESENTATIVE
43. MEDICAL CONTROL PHYSICIAN

44. MEDIC SIGNATURE
45. MEDIC NAME | BADGE
46. MEDIC NAME | BADGE

POLICE ON SCENE ☐ YES ☐ NO   CAR NUMBER
FIRE ON SCENE ☐ YES ☐ NO   UNIT SECTION(S)
LIGHT/SIREN TO HOSPITAL ☐ YES ☐ NO

DEMCA 101DET   1ST COPY - DETROIT EMS   2ND - HOSPITAL   3RD CONTROL AUTHORITY   4TH - BILLING   REVISED 4/10

---

Patient Name: BROOKS, LATONYA    MRN: 342-36-92-6    Birth Date: 05/27/____ (__ years)    Sex: Female    Room/Bed:

CP: Unassigned    PP: Unassigned    HFH Primary Insurance: NO INSURANCE    Current Chart: FAIRLANE STORAGE MEDICAL RECORDS FILE

| | | | | |
|---|---|---|---|---|
| EOSINOPHIL, ABS. | 0.10 -Stat | [0.00-0.70] | K/uL | |
| BASOPHIL, ABS. | 0.00 -Stat | [0.00-0.20] | K/uL | |
| NUCLEATED RED CELL | 0 -Stat | [0] | /100 WBC | |

## Radiologic Studies:

9/08/2011 16:31    HAND 2 VIEWS LEFT
9/08/2011 16:31    FOREARM LEFT 2 VIEWS
9/08/2011 16:31    WRIST COMPLETE LEFT 3 VIEWS MI

----------------------------------

Finding
There is a comminuted intra-articular distal radial fracture with 25
degrees anterior apex angulation through the distal radial metaphysis.
There is an associated fracture through the base of the ulnar styloid.
No hand fractures are seen
Left forearm no additional pathology.

Impression: Colles' type fracture with intra-articular radiocarpal
joint involvement and associated ulnar styloid fracture.

----------------------------------

## Assessment and Plan:

████ year old Female with Left distar radius fracture s/p MVA.
-NPO
-IVF
-Pain Control
-Orthopaedic Surgery consult
-Repeat Fast examination in 4-6 hours

## Present on Admission Indicators:

| | | |
|---|---|---|
| Decubitus Ulcer | ☐ Yes | ☑ No |
| Catheter related infection | ☐ Yes/ type: | ☑ No |

## Consultations Requested: Orthopaedic Surgery

_____

Ogochukwu U. Azuh, MD

_____

Abbreviations:

CHF: *congestive heart failure*, CVA: *cerebro-vascular accident*, TIA: *transient ischemic attack*, COPD: *chronic obstructive pulmonary disease*, mo: *month*,
w/in: *with in*, wt: *weight*, Hx: *history*, PCI/PTCA: *percutaneous coronary intervention/ Percutaneous transluminal coronary angioplasty*, Dz: *disease*, Pulm:
*pulmonary*, Heme: *hematologic*, CAD: *coronary artery disease* , ECG: *electrocardiogram*

I examined the patient on the date of my electronic signature. Discussed with resident and agree
with resident's findings and plan as documented in the resident's note.

restrained passenger front seat with airbag. highway speed noticed car in front of them swervi
and losing control. tried to avoid adn hit that car. did not hit median. no LOC. complains
left wrist pain. moving left wrist but has deformity. no c-spine tenderness in room one and f
ROM on own so collar removed. no abd pain or tenderness. CXR ok. FAST ok. sent to CAT 1 for
wrist x-rays, repeat FAST 4-6 hours and exams
    ortho consult

thony J. Falvo, DO

atient Name: BROOKS, LATONYA    MRN: 342-36-92-6    Birth Date: 05/27/▮▮ (▮ years)  Sex: Female   Room/Bed:
CP: Unassigned   PP: Unassigned   HFH Primary Insurance: NO INSURANCE    Current Chart: FAIRLANE STORAGE MEDICAL RECORDS FILE

History, when available, is viewable under 'All Documents - Procedures/Tests'

*** SIGNED REPORT *** SIGNED REPORT *** SIGNED REPORT ***

BROOKS, LATONYA                   34236926   DOB: ▮▮0527   GENDER: FEMALE
EST: HAND 2 VIEWS LEFT                DATE: 20110908 TIME: 1631
---------------------------------------------------------------------
BROOKS, LATONYA          MRN: 34236926   DOB: ▮▮0527   GENDER: FEMALE
EST:  HAND 2 VIEWS LEFT            DATE: 20110908 TIME: 1631
---------------------------------------------------------------------

atient Location:  HFH

Requesting Physician:  OTERO, RONNY MD

---------------------------------------------------------------------
| Date/Time | Exam Description | ICD-9 Code | PACS Acc # |
|---|---|---|---|
| 09/08/2011 16:31 | HAND 2 VIEWS LEFT | V71.4 | 026445078 |
| 09/08/2011 16:31 | FOREARM LEFT 2 VIEWS | V71.4 | 026445076 |
| 09/08/2011 16:31 | WRIST COMPLETE LEFT 3 VIEWS MI | V71.4 | 026445115 |
---------------------------------------------------------------------

Left hand and wrist and left forearm 0908 2011

History MVA

Technique 3 views left wrist 2 views left hand 2 views left forearm

Finding

There is a comminuted intra-articular distal radial fracture with 25
degrees anterior apex angulation through the distal radial metaphysis.
There is an associated fracture through the base of the ulnar styloid.
No hand fractures are seen
Left forearm no additional pathology.
Impression: Colles' type fracture with intra-articular radiocarpal
joint involvement and associated ulnar styloid fracture.


Interpreted by:                        MARK BURNSTEIN, M.D.

Report reviewed and signed:            MARK BURNSTEIN, M.D.
Date signed:                           09/08/2011 04:36:00 PM

Typed by:                              Powerscribe Interface

tient Name: BROOKS, LATONYA   MRN: 342-36-92-6   Birth Date: 05/27/▓▓ (▓ years)   Sex: Female   Room/Bed:
P: Unassigned   PP: Unassigned   HFH Primary Insurance: NO INSURANCE        Current Chart: FAIRLANE STORAGE MEDICAL RECORDS FILE   F

istory, when available, is viewable under 'All Documents - Procedures/Tests'

*** SIGNED REPORT *** SIGNED REPORT *** SIGNED REPORT ***

```
                             34236926   DOB:    ▓▓▓0527   GENDER: FEMALE
ROOKS, LATONYA                                                       ----------------
EST: WRIST COMPLETE LEFT 3 VIEWS MI DATE: 20110908 TIME: 1833
------------------------------------------------------------------------
                             MRN: 34236926   DOB:    ▓▓▓0527   GENDER: FEMALE
ROOKS, LATONYA                               DATE: 20110908 TIME: 1833
EST:  WRIST COMPLETE LEFT 3 VIEWS MI -------------------------------------
```
------------------------------------------------------------------------

atient Location: HFH

equesting Physician:  VAJDA, PETER MD
------------------------------------------------------------------------
```
                                         ICD-9 Code    PACS Acc #
-------------------------------------------------------   026445487
ate/Time        Exam Description
9/08/2011 18:33  WRIST COMPLETE LEFT 3 VIEWS MI 780.96
```
------------------------------------------------------------------------

Left wrist 0908 2011

History pain

Technique 3 views XIP

Findings:
Compared earlier study fracture or angular reduction XIP at the
Colles' fracture.

Impression: Angulated fracture reduced XIP


MARK BURNSTEIN, M.D.

Interpreted by:                          MARK BURNSTEIN, M.D.
                                         09/08/2011 07:00:00 PM
Report reviewed and signed:
Date signed:                             Powerscribe Interface

Typed by:

tient Name: BROOKS, LATONYA   MRN: 342-36-92-6   Birth Date: 05/27[■■■]  [■■] years)   Sex: Female   Room/Bed:
Current Chart: FAIRLANE STORAGE MEDICAL RECORDS FILE
:P: Unassigned   PP: Unassigned   HFH Primary Insurance: NO INSURANCE

iistory, when available, is viewable under 'All Documents - Procedures/Tests'

*** SIGNED REPORT *** SIGNED REPORT *** SIGNED REPORT ***

BROOKS, LATONYA              34236926   DOB: [■■■]0527   GENDER: FEMALE
EST: WRIST COMPLETE LEFT 3 VIEWS MI DATE: 20110912 TIME: 0833
------------------------------------------------------------
------------------------------------------------------------
BROOKS, LATONYA              MRN: 34236926   DOB: [■■■]0527   GENDER: FEMALE
EST: WRIST COMPLETE LEFT 3 VIEWS MI   DATE: 20110912   TIME: 0833
------------------------------------------------------------

atient Location: BLM

iequesting Physician:  DAVIS, JASON MD

------------------------------------------------------------
                                        ICD-9 Code    PACS Acc #
)ate/Time        Exam Description                     026454699
)9/12/2011 08:33   WRIST COMPLETE LEFT 3 VIEWS MI 813.42
------------------------------------------------------------

STUDY:  Left wrist 3 views on 9/12/2011.

CLINICAL HISTORY: Distal radius fracture.

TECHNIQUE:  PA, lateral, and oblique views of the left wrist were obtained.
COMPARISON:  Multiple prior examinations, the most recent dated 9/8/2011.
FINDINGS:  There is redemonstration of the previously described distal
radius fracture with intra-articular extension, essentially unchanged
in overall appearance and alignment when compared with the prior
examination. Assessment for callus formation is difficult given the
overlying cast material.

There is also redemonstration of the mildly displaced fracture of the
distal ulnar styloid process. Evaluation of fine bony detail is
limited by the overlying cast material.

There is no evidence of additional fracture or dislocation.

IMPRESSION:  Essentially unchanged appearance of an intra-articular
distal radius fracture and ulnar styloid fracture of the left wrist,
as described above, with overlying cast material.

Interpreted by:

Report reviewed and signed:
Date signed:

Typed by:

COURTNEY SCHER, M.D.
Medical Doctor
COURTNEY SCHER, M.D.
09/12/2011 08:57:00 AM

Powerscribe Interface

ient Name: BROOKS, LATONYA   MRN: 342-36-92-6   Birth Date: 05/27/( ) ( years)   Sex: Female   Room/Bed:
P: Unassigned   PP: Unassigned   HFH Primary Insurance: NO INSURANCE          Current Chart: FAIRLANE STORAGE MEDICAL RECORDS FILE

listory, when available, is viewable under 'All Documents – Procedures/Tests'

*** SIGNED REPORT *** SIGNED REPORT *** SIGNED REPORT ***

ROOKS, LATONYA                     34236926   DOB:     0527   GENDER: FEMALE
EST: WRIST COMPLETE LEFT 3 VIEWS MI DATE: 20110920 TIME: 0903
------------------------------------------------------------
ROOKS, LATONYA              MRN: 34236926   DOB:     0527   GENDER: FEMALE
EST:  WRIST COMPLETE LEFT 3 VIEWS MI   DATE: 20110920 TIME: 0903
------------------------------------------------------------

atient Location: BLM

equesting Physician:  DAVIS, JASON MD

| Date/Time | Exam Description | ICD-9 Code | PACS Acc # |
|---|---|---|---|
| 09/20/2011 09:03 | WRIST COMPLETE LEFT 3 VIEWS MI 813.42 | | 026485244 |

CLINICAL HISTORY: Fracture, XIP

LEFT WRIST 9/20/2011, 0854 :

PA, lateral and oblique views.

COMPARISON: 9/12/2011

FINDINGS:

Overlying sugar tong splint limits assessment of bone detail.

There is redemonstration of mildly dorsally displaced, dorsally
impacted, and apex volarly angulated distal radial comminuted fracture
with medial intra-articular extent, and extent into radioulnar
articulation, as well as minimally displaced ulnar styloid avulsion
fracture. In comparison with previous exam, fragment displacement
along the ulnar aspect of the radial fracture appears increased and
there is developing positive ulnar variance.

IMPRESSION:

1. Subacute, mildly displaced and angulated, comminuted
intra-articular distal radial fracture with appearance of greater
fragment displacement at its ulnar aspect, versus some increased
impaction or collapse, and developing positive ulnar variance.
2. Grossly stable appearance of minimally displaced ulnar styloid
avulsion fracture.

Interpreted by:                          MILAN  PANTELIC, M.D.

Report reviewed and signed:              MILAN  PANTELIC, M.D.
Date signed:                             09/20/2011 09:31:00 AM

                                         Powerscribe Interface

Typed by:

Henry Ford Hospital
Emergency Department
2799 W. Grand Blvd.
Detroit, MI 48202
PHONE: (313) 916-1545

MRN: 34236926
Name: Brooks, Latonya
Age: ██
Complaint: Motor vehicle traffic accident
Arrival Time: 09/08/2011 16:02

Account #: 1251
Sex: F
DOB: 05/27/██
Primary Diagnosis: Motor vehicle injury
Discharge Time: 09/08/2011 20:19

All Providers: Bryan Madden; MD EM Staff Ronny Otero; MD EM Staff Peter Vajda

**HPI:**
The patient is a ██-year-old female who presents with a chief complaint of motor vehicle traffic accident. The history was provided by the patient. The MVA occurred just prior to ED arrival. The patient's location in the vehicle was the front seat passenger. The patient's vehicle was a(n) automobile. Collision was with a(n)automobile. Primary impact was a left front impact. Restraints utilzed - seat and shoulder belts. Behavior on scene - no LOC. The mechanism of injury was a(n)collision. The other vehicle swerved and hit their vehicle.
17:00 09/08/2011 by Ronny Otero, MD EM Staff

**ROS:**
Constitutional: all Negative
Eyes: all Negative
ENMT: all Negative
Cardiovascular: all Negative
Respiratory: all Negative
Gastrointestinal: all Negative
Genitourinary: all Negative
Gynecologic: all Negative
Musculoskeletal: Positive for joint pain, joint swelling and arthralgias.
17:00 09/08/2011 by Ronny Otero, MD EM Staff

**PMH:**
Reviewed by: physician
Historian: the patient
Medical History: none
Surgical History: none

| Allergies | | |
|---|---|---|
| Allergen | Allergic reaction | Allergy Note |
| NKDA | | |

17:01 09/08/2011 by Ronny Otero, MD EM Staff

**Home Medications:**

| Medications | | Frequency |
|---|---|---|
| **Medication** | **Dosage** | |
| None | | |

Home Medication Verification: Verified With No Changes
17:01 09/08/2011 by Ronny Otero, MD EM Staff

**Physical examination:**
    **Vital Signs:** vital signs per nurses
    **Constitutional:** alert, awake
    **O/E - head - general examn.:** head atraumatic, normalcephalic, no bony depressions or step offs of skull, face atraumatic
    **Eyes:** conjunctivae and lid normal, EOMI
    **ENMT:** ear, nose and throat exam normal, mouth and pharynx normal
    **Neck:** supple, non-tender, in C collar, no bony c-spine tenderness with palpation NOTE - C spine cleared as patient only had the left wrist injury. Trauma staff in attendance and patient ranged anc collar removed. No focal or neuro deficit

    **Cardiovascular:** NL S1/S2, no Murmurs
    **Respiratory:** breath sounds equal bilaterally
    **Chest:** non-tender
    **Gastrointestinal:** abdomen soft, nontender
    **Musculoskeletal:** NOTE - Dinner fork deformity

    **Skin normal:** capillary refill normal
    **Neuro:** A&Ox3
    **Extremity Exam:** normal appearance
17:07 09/08/2011 by Ronny Otero, MD EM Staff

**Medical Decision Making:**
    **Differential Diagnosis:** abdominal Trauma - Blunt
    **Diagnostic Evaluation:** CBC, lytes, UA
    **Initial ED therapy:** analgesics, c collar

| Consultation | | | | | |
|---|---|---|---|---|---|
| **Consult Service** | **Consultant** | **Discussion** | **Additional Information** | **Time Called** | **Time Seen** |
| Surgery - Orthopedic | | | | 09/08/2011 04:43 PM | |

17:07 09/08/2011 by Ronny Otero, MD EM Staff

**Reassessment:**
    **Reassessment:** FAST exam performed by myself with r Falvo present. All 4 areas (-) for free fluid.
    Plan is to repeat FAST exam n a few hours.
17:08 09/08/2011 by Ronny Otero, MD EM Staff

Chart electronically signed

17:52 09/08/2011 by Ronny Otero, MD EM Staff

Chart electronically signed by Responsible Physician
16:22 09/12/2011 by Peter Vajda, MD EM Staff

Procedures:
    Ortho Procedure:
        **Procedure:** application of splint, fracture reduction
        **Anesthesia:** local infiltration, other
        **Reduction/Relocation Technique:** traction-countertraction technique
        **Immobilization:** ace bandage, splint
        **Reassessment:** pain improved
        **Reassessment:** deformity improved

        **Time Out Completed:** yes
        **Confirmed with:** Roc, Gilbert

        **A resident performed the procedure(s). The supervising staff physician present for key parts of the procedure(s) was:** Vajda, Peter - Emergency Medicine
18:47 09/08/2011 by Bryan Madden

Patient disposition:
    **Primary Diagnosis:** motor vehicle injury
    **Additional diagnoses:** closed fracture radius and ulna, distal
    **Patient disposition:** Disch - Home
19:23 09/08/2011 by Peter Vajda, MD EM Staff

Discharge:
    **Discharge Instructions:**
        both bone forearm fracture - with cast, cast care, mva/mvc, r.i.c.e., seat belt use (edu)

    **Append a Note to Discharge Instructions:** F/U WITH ORTHO ON MONDAY. PLEASE CALL FOR APPOINTMENT.

| Referral/Appointment | | | |
|---|---|---|---|
| Refer Patient To: | Phone Number: | Follow-up in | Appointment Details: |
| Orthopedics-Main Campus 313 916 2181 | | | 09/08/2011 07:25 PM |

19:26 09/08/2011 by Peter Vajda, MD EM Staff

Prescriptions:

| Prescription | | |
|---|---|---|
| Medication | Dispense | Sig Line |
| VICOdin 5 mg-500 mg Tab | #20 | 1 po q4hr prn pain |

19:24 09/08/2011 by Peter Vajda, MD EM Staff

# EXHIBIT 5: CLAIM 1662

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | CHAPTER 9 PROOF OF CLAIM |
|---|---|---|

Name of Debtor: **City of Detroit, Michigan**   Case Number: **13-53846**

# FILED

## FEB 1 9 2014

COURT USE ONLY

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Brooks, Latonya

❏ Check this box if this claim amends a previously filed claim.

US Bankruptcy Court
MI Eastern District

Name and address where notices should be sent:   NameID: 11702480

Brooks, Latonya
Mendelson, Marc J.
Michael J. Morse PC
24901 Northwestern Hwy Ste 700
Southfield, MI 48075

Telephone number:        email:

Court Claim Number: _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):

❏ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

RECEIVED

Telephone number: (248) 350-7050 email: ncaperitro @ 855mikewins.com

FEB 2 4 2014

KURTZMAN CARSON CONSULTANTS

**1. Amount of Claim as of Date Case Filed:**    $ 26,929.31

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
❏ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Personal Injury - 9/8/2011 Motor Vehicle Crash
  (See instruction #2)

**3.   Last four digits of any number by which creditor identifies debtor:** _____   **3a. Debtor may have scheduled account as:** _____
  (See instruction #3a)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**    $ _____

**Nature of property or right of setoff:** ❏ Real Estate  ❏ Motor Vehicle  ❏ Other
Describe:

**Basis for perfection:** _____

**Value of Property:** $ _____

**Amount of Secured Claim:**    $ _____

**Annual Interest Rate (when case was filed)** _____ % ❏ Fixed  or ❏ Variable

**Amount Unsecured:**    $ _____

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).**    $ _____

**5b. Amount of Claim Otherwise Entitled to Priority.** Specify Applicable Section of 11 U.S.C. § _____ .    $ _____

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction # 8)
Check the appropriate box.

❏ I am the creditor.  ☑ I am the creditor's authorized agent.  ❏ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ❏ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Nicholas Caperitro
Title: Attorney
Company: Mike Morse Law Firm
Address and telephone number (if different from notice address above):

(Signature)          (Date)

Telephone number:        email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| | |
|---|---|
| Wage Loss | **$16,993.03** |
| Replacement Services | **$1,040.00** |
| *Subtotal* | ***$18,033.03*** |
| Interest | **$2,163.96** |
| Attorney Fees | **$6,732.32** |
| **Total Outstanding** | **$26,929.31** |

## DISABILITY CERTIFICATE

RE: __LATONYA Brooks__ __9|8|11__
PATIENT NAME          DATE OF ACCIDENT

I have examined and/or treated the above-named patient for injuries sustained in the aforementioned accident. As a result of the injuries received in this accident, *I have disabled the patient from those activities that are circled or marked with an "X", or the paragraphs with dates imputed:*

Diagnosis: __Left Distal Radius Fx__

_(1) Work/Employment Disability:_ Due to injuries the patient has sustained in the aforementioned accident, it is my opinion that the patient is disabled from working from __Sept 9, 2011__ through __Nov 21, 2011__

_(2) Work Restrictions:_ The patient is restricted from the following work related activities (circled):
- Prolonged Standing
- Prolonged Sitting
- Bending
- Twisting
- Squatting
- Kneeling
- Lifting more than _____ lbs.
- Climbing/Descending Stairs
- Pushing / Pulling
- Reaching Overhead
- Misc : _____

_(3) "Housework" or replacement services:_ Due to injuries sustained in the aforementioned accident, it is my opinion that the patient cannot do the following activities (circled), and is therefore disabled from said activities from __9/12/11__ through __10/28/11__ .
- Clean floors (mop, sweep, scrub, vacuum)
- Dishes (loading/un-loading dishwasher) (stacking dishes)
- Take out garbage
- Laundry (carrying, loading/un-loading, folding)
- Yard Maintenance (mow lawn, shovel snow, rake leaves, gardening, trim trees)
- Household Maintenance (hammering, sawing, wrenching, chopping wood, moving furniture, using screwdriver)
- Automotive Maintenance
- Carrying Groceries
- Misc : __Hair washing__

Required help from date of injury 9/12/11 until 10/28/11 .

X

(4) Attendant Care: Due to injuries sustained in the aforementioned accident, it is my opinion that the patient needs help taking care of his/her own personal needs including, but not limited to, dressing, bathing, using the restroom, supervising, driving to/from doctor appointments, carrying, passing medication, assisting with bathing, changing bandages, cleaning bandages, lifting, fetching, taking care of grooming needs, anything needing patient to bend or twist, feeding, cooking meals, and general hygiene needs.

Further, it is my opinion that the patient requires these services from ___9/12/11___ through ___10/18/11___ for __3__ hours a day, __7__ per week.

(5) Driving: Based on injuries the patient sustained in the aforementioned accident, it is my opinion that _____ is unable to drive and therefore, requires transportation services from _____ through _____.

(6) Recreational Activities: Based on injuries sustained in the aforementioned accident, it is my opinion that the patient should not engage or attempt to engage in any activities that may aggravate his/her underlying condition including but not limited to the following activities (circled):

- Bowling
- Golfing
- Swimming
- Water sports – (tubing, canoeing, boating, waterskiing or wake boarding)
- Running / Jogging
- Sporting activities – (baseball, football, soccer, rugby, basketball)
- Biking
- Any physical activity which requires excessive bending, twisting, turning, or prolonged standing or sitting which may not have been mentioned above including: _____

Today's Date __1/17/11__

_____
Doctor's Signature

Print Name: _T. Neaty MD._

# HOUSEHOLD SERVICES STATEMENT

Injured Party: _LATONYA Brooks_

Service Provider Name: _Evelyn Cass McCrary_

Service Provider Address: _26015 S Lake Dr_

Telephone No: _586-790-4596_   Social Security No: ██████████

Describe specifically what services were provided:

| | | |
|---|---|---|
| A. Cleaning Kitchen | I. Laundry | Q. Child Care |
| B. Cleaning Bathroom | J. Changing Linens | R. Home Repairs |
| C. Vacuuming | K. Snow Shoveling | S. Window Washing |
| D. Dusting | L. Grass Cutting | T. Misc: _open boxes_ |
| E. Cooking | M. Grocery Shopping | _Mo/le filter wash hair_ |
| F. Dishwashing | N. Taking out Garbage | (Be Specific) |
| G. Making Beds | O. Driving | |
| H. Ironing | P. Running Errands | |

Month/Year _September 2011_

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | ①  | ②  | ③  |
| ④  | ⑤  | ⑥  | ⑦  | ⑧  | ⑨ EA OPI | ⑩ EAJ GFI |
| ⑪ EA MO | ⑫ EA CN | ⑬ EA DB | ⑭ EA T | ⑮ EA P | ⑯ EA I | ⑰ EAJ H |
| ⑱ EA | ⑲ EA NC | ⑳ EA | ㉑ EA T | ㉒ EA J | ㉓ EA I | ㉔ EAJ |
| ㉕ EA | ㉖ EA N | ㉗ EA B | ㉘ EA T | ㉙ EA M | ㉚ EA ID | |

Service Provider acknowledges that the Law Offices of Michael J. Morse holds a valid lien on any settlement of the claim and directs that all payments be made payable to the Injured Party and Michael Morse and remitted directly to Michael Morse, P.C. at 25657 Southfield Rd., Southfield MI 48075.

Signature _Evelyn Cass McCrary_ Date _October 1, 2011_

# HOUSEHOLD SERVICES STATEMENT

Injured Party: LATONYA Brooks

Service Provider Name: Evelyn Cook McCray

Service Provider Address: 2606 S Lake D

Telephone No: 586-790-4596     Social Security No: ▮▮▮▮▮▮▮

Describe specifically what services were provided:

A. Cleaning Kitchen
B. Cleaning Bathroom
C. Vacuuming
D. Dusting
E. Cooking
F. Dishwashing
G. Making Beds
H. Ironing

I. Laundry
J. Changing Linens
K. Snow Shoveling
L. Grass Cutting
M. Grocery Shopping
N. Taking out Garbage
O. Driving
P. Running Errands

Q. Child Care
R. Home Repairs
S. Window Washing
T. Misc: _____

(Be Specific)

Month/Year: October 2011

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| | | | | | | ① E A B D J |
| ② E A G | ③ E A N M | ④ E A B | ⑤ E A C | ⑥ E A I | ⑦ O P M | ⑧ E B H |
| ⑨ E A G | ⑩ E N | ⑪ E A | ⑫ E A C | ⑬ E | ⑭ E A H | ⑮ O P J |
| ⑯ E A | ⑰ E A N | ⑱ E M B | ⑲ E A O P | ⑳ E A | ㉑ E | ㉒ E H J |
| ㉓ E A | ㉔ E A N | ㉕ E A | ㉖ E A C | ㉗ E A H | ㉘ E A | ㉙ E A |
| ㉚ E A | ㉛ E N | | | | | |

Service Provider acknowledges that the Law Offices of Michael J. Morse holds a valid lien on any settlement of the claim and directs that all payments be made payable to the Injured Party and Michael Morse and remitted directly to Michael Morse, P.C. at 25657 Southfield Rd., Southfield MI 48075.

Signature: Evelyn Cook McCray     Dated: November 1, 2011

## Statement 1

230463 PAYROLL B   FOR 5/02/2011 TO 5/15/2011 PAID 5/20/2011 ST5001867

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

EMPLOYEE NAME: BROOKS, LATONYA   BANK 03   ACCOUNT ▓▓▓   WEEK 20

### EARNINGS

| KIND OF TIME | TIME UNIT | AMOUNT |
|---|---|---|
| REGULAR | 8000 | 204758 |
| OVERTIME | 5410 | 216011 |
| SHIFT PREM. | 5600 | 2600 |
| COLA PREM | 550 | 413 |

### TAXES, DEDUCTIONS AND REIMBURSEMENTS

| TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|
| FICA | 00 | 00 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | 12500 |
| FEDERAL WITHHELD | 85530 | 207563 | LIFE INS. | 00 | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 17454 | 307161 | RET. DED. | 10238 | CREDIT UNION | 13800 |
| DETROIT WITHHELD | 10031 | 176529 | BONDS | | | |
| HOSPITAL | 6012 | 60120 | 40650 | 975 | | |
| | | | 40654 | 24682 | | |
| 44010 | 4095 | 40950 | 31130 | 100 | | |
| UNCF | 100 | 1000 | 31620 | 75 | BOND PURCHASE BOND BALANCE | |
| | | | 30012 | 32500 | | |

### YEAR TO DATE

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 7288510 |
| | 00 |
| VACATION | 8000 |
| COMP TIME | 2400 |
| PRIOR COMP TIME | 2400 |
| SICK TIME | 1600 |
| RESERVE SICK TIME | 00 |
| PLV | 2400 |

TOTAL GROSS 423982   TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS 218132   AMOUNT OF CHECK 205850

MAIL CODE 1450   AGENCY 48   UNIT 1455   NOT NEGOTIABLE PAYROLL
DETACH AND RETAIN FOR YOUR RECORDS

---

## Statement 2

230463 PAYROLL B   FOR 5/16/2011 TO 5/29/2011 PAID 6/03/2011 ST5001876

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

EMPLOYEE NAME: BROOKS, LATONYA   BANK 03   ACCOUNT ▓▓▓   WEEK 22

### EARNINGS

| KIND OF TIME | TIME UNIT | AMOUNT |
|---|---|---|
| REGULAR | 8000 | 204758 |
| OVERTIME | 2100 | 107806 |
| SHIFT PREM. | | |
| COLA PREM | 800 | 600 |

### TAXES, DEDUCTIONS AND REIMBURSEMENTS

| TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|
| FICA | 00 | 00 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | 12500 |
| FEDERAL WITHHELD | 55677 | 263240 | LIFE INS. | 00 | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 12634 | 319795 | RET. DED. | 10238 | CREDIT UNION | 13800 |
| DETROIT WITHHELD | 7261 | 183790 | BONDS | | 30012 | 32500 |
| HOSPITAL | 6012 | 66132 | 13000 | 818 | | |
| | | | 40650 | 975 | | |
| 44010 | 4095 | 45045 | 40654 | 24682 | | |
| UNCF | 100 | 1100 | 31130 | 100 | BOND PURCHASE BOND BALANCE | |
| | | | 31620 | 75 | | |

### YEAR TO DATE

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 7601674 |
| | 00 |
| VACATION | 8000 |
| COMP TIME | 1600 |
| PRIOR COMP TIME | 1600 |
| SICK TIME | 1600 |
| RESERVE SICK TIME | 00 |

TOTAL GROSS 313164   TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS 181907   AMOUNT OF CHECK 131657

MAIL CODE 1450   AGENCY 48   UNIT 1455   NOT NEGOTIABLE PAYROLL
DETACH AND RETAIN FOR YOUR RECORDS

---

## Statement 3

230463 PAYROLL B   FOR 5/30/2011 TO 6/12/2011 PAID 6/17/2011 ST5001947

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

EMPLOYEE NAME: BROOKS, LATONYA   BANK 03   ACCOUNT ▓▓▓   WEEK 24

### EARNINGS

| KIND OF TIME | TIME UNIT | AMOUNT |
|---|---|---|
| REGULAR | 8000 | 204758 |
| OVERTIME | 2350 | 93831 |
| SHIFT PREM. | 5600 | 2600 |
| COLA H. OT | 800 | 40952 |

### TAXES, DEDUCTIONS AND REIMBURSEMENTS

| TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|
| FICA | 00 | 00 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | 12500 |
| FEDERAL WITHHELD | 62971 | 326211 | LIFE INS. | 00 | SURVIVOR BENEFIT | |
| MICHIGAN WITHHELD | 13903 | 333698 | RET. DED. | 10238 | CREDIT UNION | 13800 |
| DETROIT WITHHELD | 7990 | 191780 | BONDS | | | |
| HOSPITAL | 6012 | 72144 | 40650 | 975 | | |
| | | | 40654 | 24682 | | |
| 44010 | 4095 | 49140 | 31130 | 100 | | |
| UNCF | 100 | 1200 | 31620 | 75 | BOND PURCHASE BOND BALANCE | |
| | | | 30012 | 32500 | | |

### YEAR TO DATE

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 7944015 |
| | 00 |
| VACATION | 8000 |
| COMP TIME | 1600 |
| PRIOR COMP TIME | 1600 |
| SICK TIME | 2400 |
| RESERVE SICK TIME | 00 |
| PLV | 2400 |

TOTAL GROSS 342341   TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS 189981   AMOUNT OF CHECK 152360

MAIL CODE 1450   AGENCY 48   UNIT 1455   NOT NEGOTIABLE PAYROLL
DETACH AND RETAIN FOR YOUR RECORDS

## Statement 1

CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION     STATEMENT OF EARNINGS AND DEDUCTIONS

230463 PAYROLL   B   FOR 6/13/2011 TO 6/26/2011   PAID 7/01/2011   ST5001895

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

EMPLOYEE NAME: BROOKS, LATONYA    BANK 03    ACCOUNT ▮▮▮    WEEK 26

| EARNINGS | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 8000 | 204758 | FICA | 00 | 00 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | 12500 | GROSS EARNINGS | 8352285 |
| OVERTIME | 5050 | 201537 | FEDERAL WITHHELD | 81131 | 407342 | LIFE INS. | 00 | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | MICHIGAN WITHHELD | 16771 | 350469 | RET. DED. | 10238 | CREDIT UNION | 13800 | VACATION | 8000 |
| COLA | | | DETROIT WITHHELD | 9638 | 201418 | BONDS | | | 30012 32500 | COMP TIME | 1600 |
| PREM | 2500 | 1875 | HOSPITAL | 6012 | 78156 | 13000 | 818 | | | PRIOR COMP TIME | 1600 |
| | | | | | | 40650 | 975 | | | SICK TIME RESERVE | 2400 |
| | | | 14010 | 4095 | 53235 | 40654 | 24682 | | | SICK TIME | 00 |
| | | | UNCF | 100 | 1300 | 31130 | 100 | BOND PURCHASE | | | |
| | | | | | | 31620 | 75 | BOND BALANCE | | | |

TOTAL GROSS 408270    TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS 213475    AMOUNT OF CHECK 194795

MAIL CODE 1450   AGENCY 48   UNIT 1455    NOT NEGOTIABLE   PAYROLL   DETACH AND RETAIN FOR YOUR RECORDS

## Statement 2

CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION     STATEMENT OF EARNINGS AND DEDUCTIONS

230463 PAYROLL   B   FOR 6/27/2011 TO 7/10/2011   PAID 7/15/2011   ST5001682

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

EMPLOYEE NAME: BROOKS, LATONYA    BANK 03    ACCOUNT ▮▮▮    WEEK 28

| EARNINGS | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 2400 | 61427 | FICA | 00 | 00 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | 12500 | GROSS EARNINGS | 8762343 |
| OVERTIME | 3480 | 138949 | FEDERAL WITHHELD | 60805 | 468147 | LIFE INS. | 00 | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | 800 | 400 | MICHIGAN WITHHELD | 16948 | 367317 | RET. DED. | 10238 | CREDIT UNION | 13800 | VACATION | 00 |
| COLA | | | DETROIT WITHHELD | 9683 | 211101 | BONDS | | | | COMP TIME | 1600 |
| | 100 | 25000 | HOSPITAL | 6012 | 84168 | 40650 | 975 | | | PRIOR COMP TIME | 1600 |
| OT | 800 | 40952 | | | | 40654 | 24682 | | | SICK TIME RESERVE | 3200 |
| IRL | 5600 | 143330 | 14010 | 4095 | 57330 | 31130 | 100 | | | SICK TIME | 4000 |
| | | | UNCF | 100 | 1400 | 31620 | 75 | BOND PURCHASE | | SWH | 1600 |
| | | | | | | 30012 | 32500 | BOND BALANCE | | | |

TOTAL GROSS 410058    TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS 192453    AMOUNT OF CHECK 217605

MAIL CODE 1450   AGENCY 48   UNIT 1455    NOT NEGOTIABLE   PAYROLL   DETACH AND RETAIN FOR YOUR RECORDS

## Statement 3

CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION     STATEMENT OF EARNINGS AND DEDUCTIONS

230463 PAYROLL   B   FOR 7/11/2011 TO 7/24/2011   PAID 7/29/2011   ST5001881

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

EMPLOYEE NAME: BROOKS, LATONYA    BANK 03    ACCOUNT ▮▮▮    WEEK 30

| EARNINGS | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 8000 | 204758 | FICA | 00 | 00 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | 12500 | GROSS EARNINGS | 9146056 |
| OVERTIME | 9450 | 177680 | FEDERAL WITHHELD | 74255 | 542402 | LIFE INS. | 00 | SURVIVOR BENEFIT | | | 00 |
| SHIFT PREM. | | | MICHIGAN WITHHELD | 15702 | 383019 | RET. DED. | 10238 | CREDIT UNION | 13800 | VACATION | 00 |
| COLA | | | DETROIT WITHHELD | 9024 | 220125 | BONDS | | | | COMP TIME | 1600 |
| PREM | 1700 | 1275 | HOSPITAL | 6012 | 90180 | 40650 | 975 | | | PRIOR COMP TIME | 1600 |
| | | | | | | 40654 | 24682 | | | SICK TIME RESERVE | 3200 |
| | | | 14010 | 4095 | 61425 | 31130 | 100 | | | SICK TIME | 4000 |
| | | | UNCF | 100 | 1500 | 31620 | 75 | BOND PURCHASE | | SWH | 1600 |
| | | | | | | 30012 | 32500 | BOND BALANCE | | | |

TOTAL GROSS 383713    TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS 204098    AMOUNT OF CHECK 179615

MAIL CODE 1450   AGENCY 48   UNIT 1455    NOT NEGOTIABLE   PAYROLL   DETACH AND RETAIN FOR YOUR RECORDS

## Statement 1

CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION — STATEMENT OF EARNINGS AND DEDUCTIONS

230463 PAYROLL B FOR 7/25/2011 to 8/07/2011 PAID 8/12/2011 ST5001887

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

EMPLOYEE NAME: BROOKS, LATONYA    BANK 03    ACCOUNT [redacted]    WEEK 32

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 8000 | 204758 | FICA | :00 | :00 | BENEFIT PLAN | :40 | DEFERRED PAY PLAN | 12500 | GROSS EARNINGS | 9510582 |
| OVERTIME | 3920 | 156518 | FEDERAL WITHHELD | 68883 | 611185 | LIFE INS. | :00 | SURVIVOR BENEFIT | | | :00 |
| SHIFT PREM. | 5600 | 2800 | MICHIGAN WITHHELD | 14868 | 397687 | RET. DED. | 10238 | CREDIT UNION | 13800 | VACATION | :00 |
| COLA | | | DETROIT WITHHELD | 8545 | 228670 | | | | 32500 | COMP TIME | 1600 |
| PREM | 600 | 450 | HOSPITAL | 6012 | 96192 | BONDS 13000 | 818 | | | PRIOR COMP TIME | 1600 |
| | | | | | | 40650 | 975 | | | SICK TIME | 4000 |
| | | | 14010 | 4095 | 65520 | 40654 | 24682 | | | RESERVE SICK TIME | 4000 |
| | | | UNCF | 100 | 1600 | 31130 | 100 | BOND PURCHASE BOND BALANCE | | SWH | 1600 |
| | | | | | | 31620 | 75 | | | PLV | 2400 |
| TOTAL GROSS | | 364526 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | 198231 | AMOUNT OF CHECK | | | 166295 |

MAIL CODE 1450    AGENCY 48    UNIT 1455    NOT NEGOTIABLE    PAYROLL
DETACH AND RETAIN FOR YOUR RECORDS

## Statement 2

CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION    STATEMENT OF EARNINGS AND DEDUCTIONS

230463 PAYROLL B FOR 8/22/2011 to 9/04/2011 PAID 9/09/2011 ST5001786

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

EMPLOYEE NAME: BROOKS, LATONYA    BANK 03    ACCOUNT [redacted]    WEEK 36

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 8000 | 204758 | FICA | :00 | :00 | BENEFIT PLAN | :40 | DEFERRED PAY PLAN | 12500 | GROSS EARNINGS | 327402 |
| OVERTIME | 5990 | 239170 | FEDERAL WITHHELD | 92234 | 773626 | LIFE INS. | :00 | SURVIVOR BENEFIT | | | :00 |
| SHIFT PREM. | 6400 | 3200 | MICHIGAN WITHHELD | 18496 | 431441 | RET. DED. | 10238 | CREDIT UNION | 13800 | VACATION | :00 |
| COLA | | | DETROIT WITHHELD | 10630 | 247954 | | | | 32500 | COMP TIME | 1600 |
| PREM | 900 | 795 | HOSPITAL | 6012 | 108216 | BONDS 13000 | 818 | | | PRIOR COMP TIME | 1600 |
| | | | | | | 40650 | 975 | | | SICK TIME | 4800 |
| | | | 14010 | 4095 | 73710 | 40654 | 24682 | | | RESERVE SICK TIME | 4000 |
| | | | UNCF | 100 | 1800 | 31130 | 100 | BOND PURCHASE BOND BALANCE | | SWH | 1600 |
| | | | | | | 31620 | 75 | | | | |
| TOTAL GROSS | | 447923 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | 227195 | AMOUNT OF CHECK | | | 220628 |

MAIL CODE 1450    AGENCY 48    UNIT 1455    NOT NEGOTIABLE    PAYROLL
DETACH AND RETAIN FOR YOUR RECORDS

## Statement 3

CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION    STATEMENT OF EARNINGS AND DEDUCTIONS

230463 PAYROLL B FOR 9/05/2011 to 9/18/2011 PAID 9/23/2011 ST5001783

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

EMPLOYEE NAME: BROOKS, LATONYA    DATE 03    ACCOUNT [redacted]    WEEK 38

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 4000 | 102379 | FICA | :00 | :00 | BENEFIT PLAN | :40 | DEFERRED PAY PLAN | 12500 | GROSS EARNINGS | 562106 |
| OVERTIME | 750 | 29946 | FEDERAL WITHHELD | 36962 | 809688 | LIFE INS. | :00 | SURVIVOR BENEFIT | 13800 | | :00 |
| SHIFT PREM. | 4000 | 102379 | MICHIGAN WITHHELD | 9221 | 440662 | RET. DED. | 10238 | CREDIT UNION | | VACATION | :00 |
| COLA | | | DETROIT WITHHELD | 5299 | 253253 | | | | | COMP TIME | 1600 |
| SICK | | | HOSPITAL | 6012 | 114228 | BONDS 40650 | 975 | | | PRIOR COMP TIME | 1600 |
| | | | 14010 | 4095 | 77805 | 40654 | 24682 | | | SICK TIME | 800 |
| | | | UNCF | 100 | 1900 | 31130 | 100 | | | RESERVE SICK TIME | 4000 |
| | | | | | | 31620 | 75 | | | SWH | 1600 |
| | | | | | | 32500 | | | | | |
| TOTAL GROSS | | 234704 | TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | 15569 | AMOUNT OF CHECK | | | 79005 |

MAIL CODE 1450    AGENCY 48    UNIT 1455    NOT NEGOTIABLE    PAYROLL
DETACH AND RETAIN FOR YOUR RECORDS

13-53846-tjt   Doc 13086   Filed 08/06/19   Entered 08/06/19 15:15:30   Page 35 of 60

Handwritten left margin (top): PAY CK PRIOR TO ACCIDENT

Handwritten left margin (middle): CK while not working

Handwritten left margin (bottom): CK while not working

## Statement 1

CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION
STATEMENT OF EARNINGS AND DEDUCTIONS

230463 PAYROLL B FOR 8/22/2011 TO 9/04/2011 PAID 9/09/2011 ST5001786

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

EMPLOYEE NAME: BROOKS, LATONYA   BANK 03   WEEK 36

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 8000 | 204758 | FICA | 100 | 100 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | 12500 | GROSS EARNINGS | 327402 00 |
| OVERTIME | 5990 | 239170 | FEDERAL WITHHELD | 92234 | 773626 | LIFE INS. | 100 | SURVIVOR BENEFIT | | VACATION | 00 |
| SHIFT PREM. | 6400 | 3200 | MICHIGAN WITHHELD | 18496 | 431441 | RET. DED. | 10238 | CREDIT UNION | 13800 | COMP. TIME | 1600 |
| COLA PREM | 900 | 795 | DETROIT WITHHELD | 10630 | 247954 | BONDS | | | 30012 32500 | PRIOR COMP. TIME | 1600 |
| | | | HOSPITAL | 6012 | 108216 | 13000 | 818 | | | SICK TIME | 4800 |
| | | | 44010 | 4095 | 73710 | 40650 | 975 | | | RESERVE SICK TIME | 4000 |
| | | | UNCF | 100 | 1800 | 40654 | 24682 | | | SWH | 1600 |
| | | | | | | 31130 | 100 | | | | |
| | | | | | | 31620 | 175 | | | | |

TOTAL GROSS 447923   TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS 227295   AMOUNT OF CHECK 220628

MAIL CODE 1450   AGENCY 48   UNIT 1455

NOT NEGOTIABLE   PAYROLL
DETACH AND RETAIN FOR YOUR RECORDS

## Statement 2

CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION
STATEMENT OF EARNINGS AND DEDUCTIONS

230463 PAYROLL B FOR 9/05/2011 TO 9/18/2011 PAID 9/23/2011 ST5001783

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

EMPLOYEE NAME: BROOKS, LATONYA   BANK 03   WEEK 38

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 4000 | 102379 | FICA | 100 | 100 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | 12500 | GROSS EARNINGS | 562106 |
| OVERTIME | 750 | 29946 | FEDERAL WITHHELD | 36062 | 809688 | LIFE INS. | 100 | SURVIVOR BENEFIT | 13800 | VACATION | 00 |
| SHIFT PREM. | 4000 | 102379 | MICHIGAN WITHHELD | 9221 | 440662 | RET. DEF. | 10238 | CREDIT UNION | | COMP. TIME | 1600 |
| COLA SICK | | | DETROIT WITHHELD | 5299 | 253253 | BONDS | 975 | | | PRIOR COMP. TIME | 1600 |
| | | | HOSPITAL | 6012 | 114228 | 40650 | 24682 | | | SICK TIME | 800 |
| | | | 44010 | 4095 | 77805 | 40654 | 100 | | | RESERVE SICK TIME | 4000 |
| | | | UNCF | 100 | 1900 | 31130 | 175 | | | SWH | 1600 |
| | | | | | | 31620 | 32500 | | | | |

TOTAL GROSS 234704   TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS 15569   AMOUNT OF CHECK 79005

MAIL CODE 1450   AGENCY 48   UNIT 1455

NOT NEGOTIABLE   PAYROLL
DETACH AND RETAIN FOR YOUR RECORDS

## Statement 3

CITY OF DETROIT, FINANCE DEPARTMENT, TREASURY DIVISION
STATEMENT OF EARNINGS AND DEDUCTIONS

230463 PAYROLL B FOR 9/19/2011 TO 0/02/2011 PAID 10/07/201 ST5001844

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

EMPLOYEE NAME: BROOKS, LATONYA   BANK 03   WEEK 40

| EARNINGS | | | | TAXES, DEDUCTIONS AND REIMBURSEMENTS | | | | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| KIND OF TIME | TIME UNIT | AMOUNT | TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
| REGULAR | 5600 | 143331 | FICA | 00 | 00 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | 12500 | GROSS EARNINGS | 705437 |
| OVERTIME | | | FEDERAL WITHHELD | 15239 | 824927 | LIFE INS. | 00 | SURVIVOR BENEFIT | 13800 | VACATION | 00 |
| SHIFT PREM. | | | MICHIGAN WITHHELD | 5246 | 445908 | RET. DEF. | 10238 | CREDIT UNION | 32500 | COMP. TIME | 1600 |
| COLA SICK | | | DETROIT WITHHELD | 3015 | 256268 | BONDS | | | 3001 | PRIOR COMP. TIME | 1600 |
| | | | HOSPITAL | 6012 | 120240 | 13000 | 818 | | | SICK TIME | 00 |
| | | | 44010 | 4095 | 81900 | 40650 | 975 | | | RESERVE SICK TIME | 00 |
| | | | UNCF | 100 | 2000 | 40654 | 24682 | | | SWH | 1600 |
| | | | | | | 31130 | 100 | | | | |
| | | | | | | | 175 | | | | |

TOTAL GROSS 143331   TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS 12943   AMOUNT OF CHECK 13896

UNIT 1455

NOT NEGOTIABLE   PAYROLL
DETACH AND RETAIN FOR YOUR RECORDS

13-53846-tjt   Doc 13086   Filed 08/06/19   Entered 08/06/19 15:15:30   Page 35 of 60

CK'S
While
Not
Working

## Pay Stub 1

230463 PAYROLL B FOR 10/03/2011 to 0/16/2011 PAID 10/21/201 ST5001811

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

EMPLOYEE NAME: BROOKS , LATONYA   BANK 03   ACCOUNT ▮▮▮   WEEK 42

### EARNINGS

| KIND OF TIME | TIME | UNIT | AMOUNT |
|---|---|---|---|
| REGULAR | 800 | | 20476 |
| OVERTIME SHIFT PREM. | 7200 | | 184282 |
| COLA | | | |
| INJ | | | |
| TOTAL GROSS | | | 204758 |

### TAXES, DEDUCTIONS AND REIMBURSEMENTS

| TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|
| FICA | 00 | 00 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | 12500 |
| FEDERAL WITHHELD | 28975 | 853502 | LIFE INS. | 00 | SURVIVOR BENEFIT | 13800 |
| MICHIGAN WITHHELD | 7918 | 453826 | RET. DET. | 10238 | CREDIT UNION | |
| DETROIT WITHHELD | 4551 | 260819 | BONDS | 975 | | |
| HOSPITAL 44010 | 6012 | 126252 | 40650 | 24682 | | |
| UNCF | 4095 | 85995 | 40654 | 100 | | |
| | 100 | 2100 | 31130 | 175 | | |
| | | | 31620 | 32500 | | |

TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 14616

### YEAR TO DATE

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 910195 |
| | 00 |
| VACATION | 8000 |
| COMP. TIME | 00 |
| PRIOR COMP. TIME | 1600 |
| SICK TIME | 1600 |
| RESERVE SICK TIME | 00 |
| SWH | 1600 |

AMOUNT OF CHECK: 58597

MAIL CODE 1450   AGENCY 48   UNIT 1455   NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS   PAYROLL

## Pay Stub 2

230463 PAYROLL B FOR 10/17/2011 to 10/30/2011 PAID 11/04/2011 ST5001829

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

EMPLOYEE NAME: BROOKS , LATONYA   BANK 03   ACCOUNT ▮▮▮   WEEK 44

### EARNINGS

| KIND OF TIME | TIME | UNIT | AMOUNT |
|---|---|---|---|
| REGULAR | | | |
| OVERTIME SHIFT PREM. | | | |
| COLA | | | |
| INJ | 8000 | | 04758 |
| TOTAL GROSS | | | 204758 |

### TAXES, DEDUCTIONS AND REIMBURSEMENTS

| TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|
| FICA | 00 | 00 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | 12500 |
| FEDERAL WITHHELD | 28575 | 882077 | LIFE INS. | 00 | SURVIVOR BENEFIT | 13800 |
| MICHIGAN WITHHELD | 7918 | 461744 | RET. DET. | 10238 | CREDIT UNION | |
| DETROIT WITHHELD | 4551 | 265370 | BONDS | 818 | 30012 | 32500 |
| HOSPITAL 44010 | 6012 | 132264 | 13000 | 975 | | |
| UNCF | 4095 | 90090 | 40650 | 24682 | | |
| | 100 | 2200 | 40654 | 100 | | |
| | | | 31130 | 175 | | |
| | | | 31620 | | | |

TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 146979

### YEAR TO DATE

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 1114953 |
| | 00 |
| VACATION | 8000 |
| COMP. TIME | 1800 |
| PRIOR COMP. TIME | 1800 |
| SICK TIME | 00 |
| RESERVE SICK TIME | 00 |
| SWH | 1800 |

AMOUNT OF CHECK: 57779

MAIL CODE 1450   AGENCY 48   UNIT 1455   NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS   PAYROLL

## Pay Stub 3

230463 PAYROLL B FOR 10/31/2011 to 11/13/2011 PAID 11/18/2011 ST5001782

YOUR SOC. SEC. NO. IS THE NUMBER TO WHICH YOUR DEDUCTIONS ARE POSTED AND SHOULD BE NOTED IN ALL INQUIRIES.

EMPLOYEE NAME: BROOKS , LATONYA   BANK 03   ACCOUNT ▮▮▮   WEEK 46

### EARNINGS

| KIND OF TIME | TIME | UNIT | AMOUNT |
|---|---|---|---|
| REGULAR | 800 | | 20476 |
| OVERTIME SHIFT PREM. | | | |
| COLA | 7100 | | 84282 |
| INJ | | | |
| TOTAL GROSS | | | 204758 |

### TAXES, DEDUCTIONS AND REIMBURSEMENTS

| TYPE | AMOUNT | YTD | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|
| FICA | 00 | 00 | BENEFIT PLAN | 40 | DEFERRED PAY PLAN | 12500 |
| FEDERAL WITHHELD | 28575 | 910652 | LIFE INS. | 00 | SURVIVOR BENEFIT | 13800 |
| MICHIGAN WITHHELD | 7918 | 469662 | RET. DET. | 10238 | CREDIT UNION | |
| DETROIT WITHHELD | 4551 | 269921 | BONDS | 975 | | |
| HOSPITAL 44010 | 6012 | 138276 | 40650 | 24682 | | |
| UNCF | 4095 | 94185 | 40654 | 100 | | |
| | 100 | 2300 | 31130 | 175 | | |
| | | | 31620 | 32500 | | |
| | | | 30012 | | | |

TOTAL TAXES, DEDUCTIONS AND REIMBURSEMENTS: 146161

### YEAR TO DATE

| TYPE | AMOUNT |
|---|---|
| GROSS EARNINGS | 1319711 |
| | 00 |
| VACATION | 8000 |
| COMP. TIME | 1600 |
| PRIOR COMP. TIME | 1600 |
| SICK TIME | 800 |
| RESERVE SICK TIME | 00 |
| SWH | 1600 |

AMOUNT OF CHECK: 58597

MAIL CODE 1450   AGENCY 48   UNIT 1455   NOT NEGOTIABLE DETACH AND RETAIN FOR YOUR RECORDS   PAYROLL

**Colonial Life.**

PO Box 100195
Columbia, SC 29202-3195

Latonya Brooks
5517 Pembury Ln
W. Bloomfield, MI 48322

| | | | |
|---|---|---|---|
| Payee Name: | Latonya Brooks | Claim Submitted For: | Latonya Brooks |
| Date of Loss: | 09/08/2011 | | |
| Claim Number: | 01771773590010 987911169 | Payment Date: | 11/10/2011 |

Below is an explanation of your claim's status and the benefits this payment provides:

| Benefit Paid | Payment Rate | Date(s) | Amount |
|---|---|---|---|
| Total Disability | At    1000.00/month<br>(     33.33/day) | 10/13/2011–11/13/2011 | 1000.00 |

Total Amount of Payment                                                                        $1,000.00

* Your policy defines a month as 30 days. Regardless of the number of days in a covered month, disability benefits are payable at the monthly rate for each full month of coverage. Benefits for a partial month are payable at the daily rate. The daily rate is one thirtieth of the monthly rate.

* We have enclosed a disability claim form for you to use when you file for additional total disability benefits. We cannot provide total disability benefits beyond the date you have actually missed work or beyond the dates you missed work, as confirmed by your doctor and your employer.

Please send us a current statement from your doctor advising us of the date you expect to return to work. This information will help us simplify your future claim filing process. If we do not receive any further information within 60 days, your claim file will become inactive.

Please submit all of the information requested below so that we may review for additional benefits. We are able to process your claim more promptly if we receive all of the information requested.

* A written statement from your doctor that confirms the dates you have been totally disabled and unable to work.

* A statement from your doctor that provides the dates of medical treatment related to this claim. To receive benefits under this policy, you must be under a doctor's care.

* A statement from your employer that confirms the dates you have been totally disabled and unable to work.

DISAbility
INSuRANCE

12-03-VA

PO Box 100195  Columbia, SC  29202

PROFESSIONAL INSURANCE COMPANY
IN CA, PIC LIFE INSURANCE CO.
P.O. BOX 85656
LINCOLN NE 68501

PLEASE DIRECT INQUIRIES TO: 1-800-289-1122

| | | | | |
|---|---|---|---|---|
| DATE: | 11/21/11 |
| CHECK NO: | 0001632962 |
| CLAIM NO: | 002570111 |
| AGENT NAME: | NATHANIEL REID |
| AGENT NO: | 0E556 |
| POLICY NO: | 52113435 |
| FORM NO: | DI050 CA |
| GROUP NO: | W0072 |
| INSURED NAME: | LATONYA BROOKS |
| CLAIMANT NAME: | LATONYA BROOKS |
| CHECK AMOUNT: | $764.00 |

000000081  0001632962  1  1  0276  168

LATONYA BROOKS
5517 PEMBURY LN
WEST BLOOMFIELD TWP     MI 48322

| Explanation: | No. of Days: | Amount: |
|---|---|---|
| SERVICE DATES 09/09/2011 THRU 11/06/2011 | 59 | $80.00 |
| DISABILITY INCOME/ACCIDENT | 0 | $764.00 |
| AMOUNT APPLIED TO PREMIUM | 0 | $80.00- |
| THIS IS A PARTIAL PAYMENT | 0 | $000.00000 |
| BENEFITS REDUCED DUE TO WORK DISABILITY | 0 | $000.00000 |
| FORM MUST BE SENT SEPARATELY | 0 | $000.00000 |
| PHYSICIAN'S PORTION MUST BE COMPLETED | | $764.00 |

Disability
Insurance

# EXHIBIT 6: STAY MODIFICATION NOTICE

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
--------------------------------------------------     x
                                                       :
In re                                                  :          Chapter 9
                                                       :
CITY OF DETROIT, MICHIGAN,                             :          Case No. 13-53846
                                                       :
                                Debtor.                :          Hon. Thomas J. Tucker
                                                       :
--------------------------------------------------     :
                                                       x
```

## STAY MODIFICATION NOTICE

| | |
|---|---|
| Date Proof of Claim Filed: | 2/19/2014 |
| Designated Claimant: | Brooks, Latonya |
| Address: | Morse, Michael J.<br>Michael J. Morse PC<br>24901 Northwestern Hwy Ste 700<br>Southfield MI 48075 |
| Proof of Claim Number: | 1643 |
| Caption of Any Pending Related Lawsuit: | None |
| Case Number: | Not applicable |
| Court: | Not applicable |
| Co-Defendants (if any): | Not applicable |

By this Stay Modification Notice, the City of Detroit ("the City") hereby provides notice

that it has elected to permit the liquidation in a non-bankruptcy forum of the above-identified

proof of claim ("the Claim") in the City's case ('the Chapter 9 Case") under chapter 9 of title 11

of the United States Code ('the Bankruptcy Code"), pursuant to the procedures ('the ADR

Procedures") established by the Order, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition Claims (Docket No. 2302) ('the ADR Order"), entered by the United States Bankruptcy Court for the Eastern District of Michigan ('the Bankruptcy Court") on December 24, 2013.[194]

Section I.A of the ADR Procedures provides that the City may designate any proof of claim timely filed in the Chapter 9 Case (other than certain "Excluded Claims") for liquidation pursuant to the ADR Procedures by serving an ADR Notice on the applicable claimant. Any proof of claim designated for liquidation through the ADR Procedures is referred to as a "Designated Claim." Section I.A of the ADR Procedures further provides that certain timely filed proofs of claim (other than Excluded Claims) (collectively, 'the Initial Designated Claims") shall be deemed to be Designated Claims subject to the ADR Procedures prior to the City serving an ADR Notice on the applicable claimant.

Paragraph 9 of the ADR Order provides, however, that the City in its sole discretion (a) may elect not to send an ADR Notice to any holder of an Initial Designated Claim and (b) instead file and serve on the applicable Designated Claimant a Stay Modification Notice with respect to the Initial Designated Claim. In that event, except as provided below with respect to Multi-Party Tort Claims, immediately upon the filing of the Stay Modification Notice: (a) the automatic stay of sections 362 and 922 of the Bankruptcy Code, as modified and extended from time to time by orders of the Bankruptcy Court ("the Stay"); or (b) any similar injunction (together with the Stay, "the Stay/Injunction") that may be imposed upon the confirmation or

---

[194] Capitalized terms not otherwise defined herein have the meanings given to them in the ADR Order.

effectiveness of a plan of adjustment of debts confirmed in the City's chapter 9 case (a "Chapter 9 Plan") is deemed modified with respect to the applicable Initial Designated Claim solely to permit the liquidation of the claim in a non-bankruptcy forum.

Certain Designated Claims (each, a "Multi-Party Tort Claim") arise out of personal injury actions (a) asserted concurrently against the City and one or more current or former members of the Detroit Fire Fighters Association, the Detroit Police Officers Association, the Detroit Police Lieutenants & Sergeants Association or the Detroit Police Command Officers Association (each such member, a "Public Safety Union Member") and (b) with respect to which, the applicable Public Safety Union Member seeks related defense costs and/or an indemnification claim from the City (any such Public Safety Union Member, an "Indemnification Claimant," and any such claim, an "Indemnification Claim"). Concurrently with the filing of a Stay Modification Notice for a Multi-Party Tort Claim, the City shall serve a copy of the ADR Notice of the Public Safety Unions and on any related Indemnification Claimant known to the City.  Pursuant to paragraph 9 of the ADR Order, solely in the case of Multi-Party Tort Claims, the Stay/Injunction is not deemed modified immediately upon the filing of the Stay Modification Notice.  Instead, the Stay/Injunction is deemed modified with respect to the Multi-Party Tort Claim and any related Indemnification Claims 35 days after the filing of the Stay Modification Notice unless the Public Safety Unions or the applicable Indemnification Claimant(s) file a Stay Preservation Motion.  If a Stay Preservation Motion is filed, then the Court will determine whether relief from the Stay/Injunction is appropriate with respect to the Multi-Party Tort Claim pursuant to the standards set forth in section 362(d) of the Bankruptcy Code.  The City believes that the Claim **does not constitute** a Multi-Party Tort Claim.

Upon modification of the Stay/Injunction as a result of the filing and service of a Stay Modification Notice, the liquidation of each applicable Initial Designated Claim shall proceed in either: (a) the non-bankruptcy forum in which the Initial Designated Claim was pending on the Petition Date, if any, subject to the City's right to seek removal or transfer of venue or other procedural relief; or (b) if the Initial Designated Claim was not pending in any forum on the Petition Date, then in the United States District Court for the Eastern District of Michigan or such other non-bankruptcy forum selected by you that (i) has personal jurisdiction over the parties, (ii) has subject matter jurisdiction over the claim, (iii) has in rem jurisdiction over the property involved in the Initial Designated Claim (if applicable) and (iv) is a proper venue.

**The City has reviewed the Claim and has elected, pursuant to paragraph 9 of the ADR Procedures, to permit the liquidation of the Claim in a non-bankruptcy forum. Note that, if you do not promptly proceed with the prosecution of the Claim in the applicable non-bankruptcy forum, the City reserves its right to seek appropriate relief from the non-bankruptcy forum or the Bankruptcy Court, including, without limitation, the disallowance and expungement of the Claim.** A copy of this Stay Modification Notice may be filed with the non-bankruptcy court in which the Claim is to be liquidated as notice of the lifting of the Stay/Injunction to permit the applicable non-bankruptcy forum to adjudicate the liquidation of the Claim for purposes of the Chapter 9 Case.

Following liquidation of the Claim, whether by settlement or final judgment, you will receive an allowed general unsecured non-priority claim against the City, in the liquidated amount of the claim, which will be treated in accordance with the terms of any Chapter 9 Plan, and not a full cash payment of the liquidated amount of the Claim. For the avoidance of doubt, pursuant to paragraph 10 of the ADR Order, all proceedings against the City (or any

Indemnification Claimant) relating to the Claim following the liquidation of the Claim shall remain subject to the Stay/Injunction, absent further order of the Bankruptcy Court.

If necessary, any disputes regarding the application of the foregoing terms, conditions and limitations, the ADR Procedures or the ADR Order shall be determined by the Bankruptcy Court; provided that disputes about the jurisdiction of a matter presented to a non-bankruptcy court may be determined by such court.

City of Detroit Law Department

By:     */s/ Mary Beth Cobbs*
        Mary Beth Cobbs (P-40080)
        Assistant Corporation Counsel
        2 Woodward Ave, Suite 500
        Detroit, MI 48226
        Phone: (313) 237-3075
        Email: cobbm@detroitmi.gov

Dated:  July 28, 2017

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
-------------------------------------------------    x
                                                     :
In re                                                :        Chapter 9
                                                     :
CITY OF DETROIT, MICHIGAN,                            :        Case No. 13-53846
                                                     :
                              Debtor.                 :        Hon. Thomas J. Tucker
                                                     :
-------------------------------------------------    :
                                                     x
```

## PROOF OF SERVICE

I certify that on July 28, 2017 I electronically filed the Stay Modification Notice

regarding claim number 1643 with the Clerk of the Court using the ECF system, which will send

notification of such filing and a copy of the pleading to all counsel of record by First Class Mail.

This Stay Modification Notice to Claimant's counsel at the following addresses:

Morse, Michael J.
Michael J. Morse PC
24901 Northwestern Hwy Ste 700
Southfield MI48075

<div style="margin-left:40%;">

By:     */s/ Mary Beth Cobbs*
       Mary Beth Cobbs (P-40080)
       Assistant Corporation Counsel
       2 Woodward Ave, Suite 500
       Detroit, MI 48226
       Phone: (313) 237-3075
       Email: cobbm@detroitmi.gov

</div>

Dated: July 28, 2017

# EXHIBIT 7:  SETTLEMENT

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
------------------------------------------------------- x
                                          :
In re                                     :    Chapter 9
                                          :
CITY OF DETROIT, MICHIGAN,                :.   Case No. 13-53846
                                          :
                  Debtor.                 :    Hon. Steven W. Rhodes
                                          :
------------------------------------------------------- x
```

## AGREEMENT RESOLVING CLAIM OF LATONYA BROOKS

The City of Detroit (the "City") and the claimant identified in paragraph 2 below (the "Claimant" and, together with the City, the "Parties"), by and through their respective authorized representatives, do hereby agree as follows:

## RECITALS

A.    On July 18, 2013, the City commenced the above-captioned case (the "Chapter 9 Case") by filing a petition for relief under chapter 9 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Michigan (the "Bankruptcy Court"). On December 5, 2013, following its determination that the City met all of the applicable requirements and is eligible to be a debtor under chapter 9 of the Bankruptcy Code, the Bankruptcy Court entered the Order for Relief Under Chapter 9 of the Bankruptcy Code (Docket No. 1946) with respect to the City.

B.    Pursuant to section 904 of the Bankruptcy Code, the City may continue to exercise its political and governmental powers, manage its property and revenues and use and enjoy its income-producing property without interference from the Bankruptcy Court.

C.   On December 24, 2013, the Bankruptcy Court entered the Order, Pursuant to Sections 105 and 502 of the Bankruptcy Code, Approving Alternative Dispute Resolution Procedures to Promote the Liquidation of Certain Prepetition Claims (Docket No. 2302) (the "ADR Order") establishing certain alternative dispute resolution procedures (collectively, the "ADR Procedures") to promote the resolution of certain claims designated by the City.

D.   The Claimant is the current record holder of the proof[s] of claim identified under the heading "Filed Claim Number" in the table in paragraph 2 below (the "Filed Claim[s]").

E.   The City (i) reviewed the Filed Claim[s] and the facts and circumstances of the alleged liabilities asserted therein and (ii) designated the Filed Claim[s] for potential resolution through the ADR Procedures.

F.   The City believes that the resolution of the Filed Claim[s] as set forth in this Agreement is fair, reasonable and appropriate and will allow the Parties to avoid the cost, delay and burden of litigating potential disputes related to the Filed Claim[s].  In accordance with the ADR Order, the resolution of the Filed Claim[s] set forth in this Agreement terminates the ADR Procedures with respect to the Filed Claim[s] pursuant to section II.A.7 of the ADR Procedures.

G.   Pursuant to section 904 of the Bankruptcy Code, the City is authorized to propose and enter into this Agreement without further order of the Bankruptcy Court.

H.   The undersigned is authorized to enter into this Agreement on behalf of the City pursuant to a confidential memorandum dated March 25, 2014 that was issued to the City of Detroit Corporation Counsel by Kevyn Orr, Emergency Manager for the City of Detroit, entitled Litigation Claim Settlement Authority.

I.   The Parties have agreed to the terms set forth in this Agreement, as indicated by the signatures of their respective authorized representatives below.

1.    The Claimant represents and warrants to the City that it has not sold, assigned, factored or otherwise

transferred any portion of or interest in the Filed Claim[s] and is the sole holder of the Filed Claim[s],

with full authority to enter into this Agreement.  The Claimant further agrees to indemnify and hold the

City harmless for any damages, including without limitation actual and reasonable out of pocket costs,

resulting from a breach of its representations and warranties set forth in this paragraph.

2.    The Filed Claim[s] is deemed amended, modified and allowed as a general unsecured,

nonpriority claim (any such claim, a "Settled Claim") in the corresponding amount set forth in

the table below under the heading "Settled Claim Amount":

| Claimant | Filed Claim Number(s) | Filed Claim Amount | Filed Claim Priority | Settled Claim Amount | Settled Claim Priority |
|----------|----------------------|--------------------|--------------------|--------------------|----------------------|
| Latonya Brooks | 1662 | $26,929.31 | General unsecured, nonpriority | $22,483.03 | _ 1st party_ General unsecured, nonpriority |

3.    The Parties agree that any Filed Claim identified in paragraph 2 above for which there is no

corresponding Settled Claim (or such amount is listed as $0.00) is hereby withdrawn and deemed

disallowed and expunged, pursuant to section 502 of the Bankruptcy Code.

4.    The Claimant will not further amend the Filed Claim[s] (or the Settled Claim[s]) or file any additional

proofs of claim with respect to the liabilities asserted in the Filed Claim[s].  Any further amendments to the

Filed Claim[s] (or the Settled Claim[s]) or any additional claims filed by the Claimant or their successors

or assigns with respect to the liabilities asserted in the Filed Claim[s] shall be null, void and of no effect.

5.    The Parties agree that any Settled Claim is a general unsecured, nonpriority claim, subject to the

treatment provided for such claims under any chapter 9 plan for the adjustment of debts confirmed by the

Bankruptcy Court (a "Plan").

6. Any distribution made to the Claimant pursuant to a Plan is referred to herein as a "Plan Distribution." If the Claimant or its successors or assigns receive payment of any portion of the Settled Claims from any source, including from the City, other than through the Plan (a "Non-Plan Payment"), the portion of the Settled Claim[s] equal to the amount of the Non-Plan Payments shall be deemed fully satisfied, and the Claimant, for itself and any successors or assigns, hereby prospectively waives and disclaims the right to receive Plan Distributions on account of the portion of the Settled Claim[s] satisfied by any Non-Plan Payments.

7. Nothing in this Agreement will have any impact on any proof(s) of claim that the Claimant has filed or holds other than the Filed Claim[s]. The Parties retain all of their respective claims, defenses, objections, counterclaims and any and all rights in respect of any proofs of claim that the Claimant has filed or holds other than the Filed Claim[s].

8. As to the Filed Claims and Settled Claims described herein, the Claimant releases the City from any and all liability, actions, damages and claims (including claims for attorney fees, expert fees or court costs), known and unknown, arising or accruing at any time prior to and after the date of this Agreement, that the Claimant has or may have against the City. The Claimant acknowledges that this Agreement represents the compromise of a disputed claim and is not to be construed as an admission of liability on the part of the City. As used in this Agreement, the Claimant and the City include each of their respective servants, agents, contractors, attorneys, employees, representatives, family members, heirs, elected officials, appointed officials, related corporations, subsidiaries, divisions, affiliates, directors and officers, if any. Where required by the City, the Claimant has executed the Medicare Reporting and Indemnification Affidavit[s], if any, attached as Exhibit A.

9. The Claimant stipulates to dismissal with prejudice of the civil action[s] related to the Filed Claims or Settled Claim[s] in the form attached hereto as Exhibit B.

10. This Agreement may be executed in identical counterparts, and/or by facsimile or e-mail scan, each of which when so executed and delivered will constitute an original, but all of which taken together will constitute one and the same instrument. This Agreement constitutes the entire agreement between the

Parties with respect to the matters addressed herein and may not be modified except in a writing signed by the Parties.

**WHEREFORE,** the undersigned have executed this Agreement on behalf of the parties hereto.

**CITY OF DETROIT**

By: **KRYSTAL A. CRITTENDON**

Name: _Kryptal A. Crittendon_
(Signature)

Name: _KRYSTAL A. CRITTENDON_
(Print Name)

Title: _Supervising Asst. Corp Counsel_

Date: _12-15-15_

Date:_____

Latonya Brooks

_La Donya Brook_
(signature)

Date: _April 28, 2014_

Claimant(s) counsel:

Michael J. Morse

_[signature]_
(signature)

Name: _Nick George_
(printed)

Date: _4/28/2014_

# EXHIBIT
## "B"

# EXHIBIT

## "A"

# MEDICARE REPORTING AND INDEMNIFICATION AFFIDAVIT

**LATONYA BROOKS**, being first duly sworn, deposes and says that I have filed a claim and/or lawsuit against the City of Detroit:

1. I certify under penalty of law that this Affidavit and all attachments were prepared with my knowledge and were reviewed by me. The information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of a fine and/or imprisonment for known violations. **I hereby state under oath and subject to any penalties for perjury that the information contained in this Affidavit is true, correct and accurate.**

2. I hereby understand that the City of Detroit will be relying upon this information in order to provide all of the required information to the United States Government, Department of Health and Human Services, Center for Medicare and Medicaid Services or their Medicare contractor in accordance with the Medicare, Medicaid and SCHIP Extension Act of 2007 and to be in compliance with the Medicare Secondary Payer Laws.

**Circle One**

3. I am currently receiving Medicare Benefits . . . . . . . . . . . . . . . yes or (no)

4. I will be Sixty Five years old within three years . . . . . . . . . . . yes or (no)

4a. I have applied for Social Security Disability Benefits . . . . . . . . yes or (no)

5. I have received a Social Security Disability Award Letter and attached a copy hereto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . yes or (no)

6. Attached is a copy of my Social Security Disability Application . yes or (no)

7. Attached is a copy of my Social Security denial letter and my appeal of said denial . . . . . . . . . . . . . . . . . . . . . . . . . yes or (no)

8. I have End Stage Renal Disease . . . . . . . . . . . . . . . . . . . . . . . yes or (no)

9. That my full name and all aliases are:

   LATONYA Brooks

10. That my City of Detroit File/Matter Number is: 1662

11. That my address is:

    5517 PemBury LN WEST Bloomfield, MI, 483__

Page 1 of 3

K:\DOCS\LIT\barnesfia20000\setlment\692907.WPD

12. That my Attorney's Name, Address and Contact Numbers are:
_Nicholas Caponigro - Mike Morse Law Firm_
_24901 Northwestern Hwy, Suite 700, Southfield, MI 48075_

13. That my Date of Birth is: _05-27-1961_

14. That my Social Security Number is: _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_

15. That my Medicare HIC Number, if applicable is:
_N/A_

16. That I am attaching copies of the following information:
   a. Copy of the Judgment . . . . . . . . . . . . . . . . . . . . . . . . . . . . yes or (no)
   b. Medical Records . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . yes or (no)
   c. Specific Description of my injuries _____

17. Has anyone ever prepared for you:
   a. A Life Care Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . yes or (no)
   b. Medicare Set Aside Cost Projections . . . . . . . . . . . . . . . . . . yes or (no)
   c. Life expectancy projection . . . . . . . . . . . . . . . . . . . . . . . . yes or (no)

If yes to any questions above in #17, submit a copy to the City of Detroit.

18. What specific body parts were impacted by the Injury/illness:
   _Left Arm & Wrist_

19. That my Gender is: _____ Male   _✓_ Female

20. That the accident which gave rise to this Claim/Lawsuit occurred
   on: _09-08-2011_ .
   (Date)

21. On _4/23/2014_, a Settlement or Judgement of my Claim/Lawsuit was agreed
   to/rendered for the total amount of _22,483.03_ Dollars
   ($ _22,483.03_).

22. On the date of the accident/event, did any household family member own an
   automobile with valid No Fault Insurance
   coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . (yes) or   no

I, LATONYA BROOKS, HAVE READ THE ABOVE MEDICARE REPORTING AND INDEMNIFICATION AFFIDAVIT AND STATE THAT THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT AND THAT IN THE EVENT THAT THE CITY OF DETROIT IS HELD LIABLE DUE TO ANY MISINFORMATION OR OMISSION OF INFORMATION BY AFFIANT IN THIS AFFIDAVIT, AFFIANT SHALL INDEMNIFY, HOLD HARMLESS AND REIMBURSE THE CITY OF DETROIT FOR ALL PAYMENTS, DAMAGES, MONIES, COSTS, ATTORNEY'S FEES, EXPENSES, MEDICARE LIENS, MEDICARE DEMANDS FOR REIMBURSEMENT, MEDICARE OFFSETS, MEDICARE FINES, MEDICARE PENALTIES AND ANY MEDICARE PAYMENTS INCURRED BY THE CITY OF DETROIT RESULTING FROM SAID OMISSION OR MISINFORMATION. FURTHER, I SHALL FULLY COOPERATE WITH THE CITY OF DETROIT IN ANY DISPUTE OR MATTERS RELATED TO THIS INCIDENT INVOLVING MEDICARE AND SHALL EXECUTE ALL DOCUMENTS REQUIRED OR REQUESTED BY THE CITY OF DETROIT, MEDICARE OR ITS AGENTS THAT MAY BE REQUIRED OR NECESSARY TO RESOLVE ANY SAID DISPUTE OR MATTER.

FURTHER AFFIANT SAITH NOT.

_____
SIGNATURE OF THE CLAIMANT/PLAINTIFF

STATE OF MICHIGAN )
                  )SS
COUNTY OF _____ )

This Medicare Reporting and Indemnification Affidavit was acknowledged, subscribed and sworn to before me this 28 day of April_____, 2014, by LATONYA BROOKS, who hereby declares under penalty of perjury under the laws of the State of Michigan that he or she is authorized in fact and law to execute this Medicare Reporting and Indemnification Affidavit.

_____
Notary Public, _____ County, MI
My Commission Expires: _____

Mary Forrest
Notary Public of Michigan
Oakland County
Expires 05/05/2018
Acting in the County of _____

Notary, Please ensure you use your notarial stamp or seal.

K:\DOCS\LJT\barnesf\a20000\setlment\692907.WPD

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------x
                                                 :
In re                                            : Chapter 9
                                                 :
CITY OF DETROIT, MICHIGAN,                       : Case No. 13-53846
                                                 : Claim No. 1662
                                                 :
                        Debtor.                  : Hon. Steven W. Rhodes
                                                 :
------------------------------------------------x


## STIPULATION TO DISMISS CAUSE

The parties in the above-entitled cause by their respective attorneys, hereby stipulate and

agree that an Order be entered forthwith dismissing the said cause with prejudice and without

costs and attorney fees to any party.


MICHAEL J. MORSE (P46895)              FRANCESDANE M. EMBRY-BARNES (P61574)
Attorney for Plaintiff                 Attorney for Defendant
Law Offices of Michael J. Morse, P.C.  City of Detroit Law Department
24901 Northwestern Hwy., Ste. 700      2 Woodward Avenue
Southfield, MI 48075                   Detroit, MI 48226
(248) 350-9050                         (313) 237-0565


## ORDER

At a session of the said Court held in
the Courthouse, City of Detroit,
County of Wayne, Michigan on
_____


Present: Honorable_____
                            U. S. DISTRICT JUDGE

Upon the reading and filing of the stipulation annexed hereto, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the within cause be dismissed with prejudice and without costs and without attorney fees to any party.

———————————————————
U. S. District Court Judge

KAC

26-FEB-16                        MICHAEL MORSE PC                  1080790

12011648NI    04-FEB-16    POST-LAW- 1ST PARTY/MVA/CLAIM #1662          0.00       22,483.03

## ATTENTION                                              0.00       22,483.03

## NO INVOICE WILL BE HONORED WITHOUT A VALID CONTRACT OR PURCHASE ORDER.

## ALL INVOICES MUST GO DIRECTLY TO ACCOUNTS PAYABLE OR YOUR INVOICE

## WILL NOT BE HONORED
REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT.

# CITY OF DETROIT

| CHECK TYPE | ACCOUNTS PAYABLES | CHECK DATE | CHECK NUMBER | CHECK AMOUNT |
| --- | --- | --- | --- | --- |
| PAY EXACTLY | | 26-FEB-16 | 2077976 | *****22,483.03 |

Twenty-Two Thousand Four Hundred Eighty-Three Dollars And 03 Cents

PAY TO THE
ORDER OF:    MICHAEL MORSE PC
             AND LATONYA BROOKS
             24901 NORTHWESTERN HWY STE 700

             SOUTHFIELD, MI  48075

COMERICA BANK
Detroit, Michigan

VOID UNLESS
PRESENTED
WITHIN 90 DAYS

*John Nagy*

TREASURER

⑆2077976⑆ ⑈072000096⑈ 185227568 2⑈

CITY OF DETROIT
LAW DEPARTMENT
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE, SUITE 500
DETROIT, MICHIGAN 48226

Attorney Michael J. Morse

Michael Morse, PC

24901 Northwestern Hwy., Suite 700

Southfield, MI 48076

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

7010 1870 0000 2903 5636

Domestic Return Receipt          102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

   Attorney Michael J. Morse
   Michael Morse, PC
   24901 Northwestern Hwy., Suite 700
   Southfield, MI 48075

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004        Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Po | |

La Tonya Brooks
Postmark
Here

Sent To   Attorney Michael J. Morse
          Michael Morse, PC
          24901 Northwestern Hwy., Suite 700
Street, A  Southfield, MI 48075
City, Stat.

7010 1870 0000 2903 5636

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7010 1870 0000 2903 5636