# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>　　　　Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND DERREZ PAYNE FOR ENTRY OF AN ORDER WITHDRAWING AND EXPUNGING CLAIM NUMBER 1125

The City of Detroit, Michigan ("City") and Derrez Payne ("Claimant") stipulate and agree to the entry of the order attached hereto as Exhibit 1.

| |
|---|
| Stipulated and agreed to on |
| MILLER CANFIELD PADDOCK & STONE, PLC<br><br>By: /s/ Marc N. Swanson<br>Marc N. Swanson (P71149)<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 496-7591<br>Facsimile: (313) 496-8452<br>swansonm@millercanfield.com |
| Counsel for the City of Detroit, Michigan |

34010244.1\022765-00213 1

Claimant for Claim 1125

Derrez Payne  *Derrez Payne* (signature)
16590 Woodbine
Detroit, MI 48219

The foregoing instrument was acknowledged before me this 1st day of August, 2019, by Derrez Payne, who is personally known to me or who produced a driver's license as identification.

Notary Stamp:

Notary's Signature: *David A Robinson* (signature)
Notary's Name: David A Robinson
Notary Public, State of Michigan, County of Washtenaw
My commission Expires: 11/5/2025
Acting in the County of: Oakland

34010244.1\022765-00213  2

**EXHIBIT 1**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### ORDER WITHDRAWING AND EXPUNGING CLAIM NUMBER 1125 FILED BY DERREZ PAYNE

This matter having come before the Court on the *Stipulation By and Between the City Of Detroit, Michigan and Derrez Payne For Entry of an Order Withdrawing and Expunging Claim Number 1125* [1]; and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. Claim Number 1125 is withdrawn and expunged.
2. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this order.

---

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings given to them in the Stipulation.

34010244.1\022765-00213