# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER WITHDRAWING AND EXPUNGING CLAIM NUMBER 1125 FILED BY DERREZ PAYNE

This case is before the Court on the *Stipulation By and Between the City Of Detroit, Michigan and Derrez Payne For Entry of an Order Withdrawing and Expunging Claim Number 1125;*[1] and the Court being otherwise fully informed:

**IT IS ORDERED THAT:**

1. Claim Number 1125 is withdrawn and expunged.

2. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this order.

**Signed on August 07, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge

---

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings given to them in the Stipulation.