United States Bankruptcy Court
In The State of Michigan

In The Matter of: The City of Detroit Chapter 9 Bankruptcy

Gloria D. Jones
Re: Debtor: Gloria Denis Morris all capital letters
Creditor: Gloria Denise Jones
Attorney In, Fact

Hon. /s/ Judge Tucker
Case No. 13-53846

c/o: 15403 Baylis
Detroit, Michigan
Phone (313) 218-1170

## Affidavit

Notice: To Include All U.S. Bankruptcy Trustees Any And All Agents And Or Employees of The State of Michigan

Affidavit and Notice of Default, Probable Cause and Estoppel By Acquiescence With Opportunity To Cure

Points of Focus:

1. Line 6..., The Chair of Saint Peter is the Principal and Primary Global Trustee of the Global Estate Trust under whose jurisdiction the Roman Curia operates.

2. Line 7..., The Chair of Saint Peter is both Ecclesiastic as we the Organic Trustee of the Global Estate Trust with the fiduciary duty to the Divine Living Beneficiaries.

3. Line 8..., The City of Detroit upper and lowercase, the City of Detroit all uppercase, the United States Bankruptcy Court and the United States Trustees all uppercase are legal Fiction Alien Trustees who operate under the jurisdiction of the Roman Curia.

6

4. Line 9..., The People of the City of Detroit the true Creditors in the matter at hand have requested the Chair of Saint Peter intervene on their behalf to officially object to the proceedings and to compel the return of the property to the Principle for the administration in Original Jurisdiction.

5. Line 10:...,

(v). The City of Detroit is a device created by the Trustees and Administration Guardians operating under the jurisdiction of the Roman Curia who having tricked the People into pledging their property as collateral which has fraudulently converted the true Creditors as collateral which has fraudulent converted the true Creditors into Debtors reducing the Creditor to the status of insolvent paupers having no rights.

(iv). It is less than 80 year old fiction, the City of Detroit a device which has intentionally been used and mismanaged by politicians, bureaucrats' and consultants whose word smithing and sleight of hand that has cast the inhabitants into economic slavery which is intentionally insolvent.

(v). The City of Detroit is a device created by the Trustees and Administration Guardians operating under the jurisdiction of the Roman Curia who having tricked the People into pledging their property as collateral which has fraudulently converted the true Creditors as collateral which has fraudulent converted the true Creditors into Debtors reducing the Creditor to the status of insolvent paupers having no rights.

(vi). The City of Detroit is a legal fiction alien who has hypothecated the credit of the People of the City of Detroit and holds the private matching funds who refuses to execute the set off of debt for the settlement and closure of the accounts to return the City of Detroit lowercase and the City of Detroit uppercase to solvency.

(vii). It has been established in fact, that the City of Detroit is a legal fiction Alien all uppercase whose ownership and or control over the property and credit of

the People has adversely affected the Global Trust as well as the living beneficiaries thereof.

(viii). The people the true Creditors and the Principle in reference to the bankruptcy of the City of Detroit hereby set forth a remedy to wit:

a. The immediate set off of the debt for settlement and closure of the account;

b. Liquidation of the legal fiction the City of Detroit and the immediate return of the property via aschiet to the Principal for administration in Original jurisdiction.

(xi). We have proposed a Detroit recovery plan to implement this as we look around we can see that managing the economic emergency since 1933 hasn't worked out so well for the People.

(x). The emergency management by the present civil administration funded by the Good Faith and Credit of the People, has dramatically tarnished the credit and reputation of the People, as it has converted the Creditors, we the People into Debtors and reduces us in status of that of a Debtor to that of an insolvent pauper having no rights.

6. Line 12...., Emergency management by the present civil administration has resulted in the Creditors We the People being reduced to the Debtors and enemies of the state the Trading With the Enemy Act under which the current civil administration has waged war against the People, as well as a war against crime, war against drugs, war against hunger and war against homelessness and a war against terrorism and war.

7. Line 13..., Detroit is a clear ... evidence that management of the economic emergency delivers to us an even greater emergency with which to manage all at the expense of the People, the true Creditors.

8

8. Line 14..., Management by the present civil administration has turned Detroit into what looks like a war zone destroying our neighbor, our families, our family values and our since of community.

9. Line 15..., Emergency management the present 14th Amendment legal fiction Corporation the City of Detroit shall immediately settle all accounts of the debt via set offs and making whole all the Creditors making the return of the property to the Principles and distribute the Mezny Funds to the living Beneficiaries'.

10. Line 16..., The City of Detroit shall immediately cease the auction and or selling property and assets of the People, as well all Lotteries and immediately conveyance of the property to the New Administration.

11. Line 17..., An interim mayor and city council shall be appointed and empowered under the Charter of 1857. Natural Law begins well before this year!!!

12. Line 18..., To make the transition back to solvency and that the interim government shall be provided the tools necessary to set off debt and begin the distribution of the Mezny Funds thereby returning the People of Detroit back to abundance and prosperity.

13. Line 20..., So it is written, so it is done, you say, because as the Fiduciary Trustee all Fiduciary Trustees will be held accountable and if the order is not carried out there will be War Crimes assessed.

Again and finally pursuant to ML offer of relief can be granted as I, Gloria Denise am a Living Divine Being who is an inhabitant of the City of Detroit, thus do have an interest in the Robert Michael of the House of Marques representation and presentment to the court on behalf of all City of Detroit all lowercase inhabitants which has been made a record of this court, but still has not been to date been disclosed to the interested parties; All Divine inhabitants of the City of Detroit, all lowercase. And as aforementioned the failure by all Trustees in this matter to disclose these facts is Fraud and against the law.

Claimants, have failed to provide proofs of their claims of debt, as such the City of Detroit, all lowercase letters have no financial obligations to the Claimants. I, Gloria Denise Jones have prepared a Lien on Wayne County in the state of Michigan and the united States Corporation Fiction to be recorded at the Office of Wayne County Recorder of Records and the Office of Records in the state of Wisconsin on behalf of 'True Debtors/Creditors' the Divine Inhabitants of the City of Detroit in the amount shown on Lien Instruments as this Court and the Alien Trustees' Continued Silence is Acquiescence to Fraud.

Without Prejudice

_____
Secured Party
/s/ Gloria Denise Jones

Authorized Representative, Attorney In Fact On Behalf of the Divine

Inhabitants of the City of Detroit

c/o: 15403 Baylis

Detroit, Michigan [48238]

All Rights Reserved U.C.C. 1 §207, 1-308; U.C.C. 1- §103

Acknowledgement
Michigan

Michigan }
            } Scilicet
County of Wayne }

Subscribed To and Sworn before me this 8th day of August, A.D. 2019, a Notary, that, personally appeared and known to me to be the woman whose name subscribed to the within instrument and acknowledged to be the same.
Seal;

Notary Public in and for said State
My Commission expires: Sept. 25, 2021

> LENORA ANDREWS
> Notary Public - Michigan
> Oakland County
> My Commission Expires Sep 25, 2021
> Acting in the County of Wayne

## Summary

## NATURAL LAW
### Original Jurisdiction

"A Dictionary of Law (1889) defines the term **Natural Law** using these exact words: "The rule of human action prescribed by the Creator, and discoverable by the light of reason." In other words, Natural Law is the Law of the **Creator** and can be known by the **light of reason**. Because of this, you do not need to go to school to know Natural Law. However, studying knowledge of Natural Law ..., help[s] you to be more aware of the knowledge of Natural Law stored within your body.

In simple terms, Natural Law simply means that the law is natural and not man-made ..., that Natural Law is a group of spiritual laws that governs the dynamics of the Universe. Some people like to refer to the Laws of Natural Law as the Laws of Nature. [But] Natural Law is ..., God's Law or Cosmic Law. An important thing you need to know about Natural Law is that it is not really a religious or scientific idea, because it has existed long before the existence of religion and science. In other words, Natural Law is "neutral" and naturally found in Nature!

[Thus] ..., studying Natural Law is very empowering, because it teaches you how to be a **true sovereign spiritual being**. It also teaches you how to exercise your spiritual powers and defend your **natural rights** using the Laws of Nature, which are **binding, immutable and inescapable while living in a universe that is bound to time and space**."

I, Gloria Denise Jones Am a True Sovereign Spiritual Being as are the Inhabitants of the City of Detroit and each rightful Inhabitant on Planet Earth, so I stand to defend not only My Sovereign Rights but All Individuals Right To Be Sovereign, thus Governed By Natural Law as aforementioned has existed long before the existence of your fictitious 'religions' and your 'sciences' which is the Law

1

by which I Am a living part, as are all other organic beings in existence in this Universe, a part of Her Absolute and Immutable Laws which are Inescapable.

This court and Trustees' of these united States of America are 'Fictions' that were created out of selfishness by wizards whose sole intent and purpose was not only to steal/still a Planet but the Souls of Her Inhabitants as well? Oh My!!!

I Am/ We are the inhabitants inhabiting the City of Detroit, We Are Niiatapi; the descendants of first peoples 'URSSprung' from Midgard Earth in the area now called the united states of America, moreover above and beyond, however, I Am Grateful, nevertheless, for my earthly father as he gave me the foot from which to Spring Forth as he told me when I was a child that I am Blackfoot, being a child and having been misinformed by the created U.S. fictions, I didn't understand then what I do now as my father's revelation of my roots was for a darned good reason as no matter how many lies told to me by others at this point in my Life I Know Who and What I Am and I Know from Whence I Came as a result, of my many years of research into the so called African American story and the Golden Key left to me by my Father. Moreover, in fact, it has been brought to my attention that "In Sweden 'Ur' has two (2) meanings; 1. Ur + Volk-ning; first that lived in an area," which is synonymous to the Native Amexum Aboriginal word Niiatapi; first peoples. While the second meaning of Ur means;

> "Those that later tribes originate from; UrSSprungs the Volkning; the beginning, the First, the Well, the Origination. UrSSVolkning; the people in general nation tribe. Volk and Ur are German words UrVolkning' those that lived in the area in the beginning; Ur is the first part of compound word; out of and it also means pocket watch something that measures time. While sprung is the past tense of verb spring. Ur + Sprung; sprung out of Ur; Earth; the UrSSprung. We both have through time Sprung out of the URSS and lived in that area." An Unknown Swedish Investor

Cosmic Law nevertheless has a way of revealing Herself no matter how long it takes because the Laws of the Cosmos are Absolute unlike man made laws of relativity, as those laws once tested and applied as in this instance, manifest itself

2

as Evil. Laws made by the lawless for the purpose of right out lying about how a Collective Peoples' Lives began on Planet Earth for the sole intent and purpose of control with the pure intent of destroying Absoluteness, how much more Disrespectful to the Universe can such a negative force be? We all belong to this Universe, thus all are governed by the same Karmic Laws, Believe It Or Not!!!

My/Our Planetary existence on Planet Earth has a long but a brutal existence as the result of lies told by 'parasitic personalities' who've fed and do continue to feed upon Mother Earth and Her inhabitants' who have intentionally and purposefully created Mental, Physical and Spiritual Wars against Us, thus, working against Mother Earth Herself and yourselves and there is a consequence as Her Laws as stated are Absolute and Just Binding, Immutable and Inescapable ..., unlike manmade relative laws which have been applied in this case and every other illegal matter on Planet Earth which has become absolute, Absolutely Corrupt and Evil. Moreover, to prove the point it is said that:

"At the pentacle of Dark Forces is parasitism. They are parasitic by nature to the self as well as others, in fact, to Creation Itself, parasites, those who exists at the expense of others. Parasites are not natural to Nature. Any parasite that operates on Living Organisms or any Organism of society sucking up the vital juices either dies with the donor or finds a new one. [Either way] any parasite brings with it destruction and chaos with them, therefore comes the Negative Evolution." A Wiseman

Oh My! It is said that:

"In the Animal Kingdom parasites ..., play a positive role, they eliminate the weak organisms if they have a number of copies of itself the strongest survive to keep evolution going....,. Mothers care for more healthy and adjusted, they Favor Positive Evolution..., preservation of species unlike Natural Positive Parasites Negative Social Parasites eliminate the strong first, and healthiest elements of the social organism, those thus completely destroy it. Therefore, social parasites promote negative evolution and undoubtedly brings on Evolution of Death." A Wiseman

3

All of my/our life I/We've been exposed to your lies as the result of your created fiction schools and fiction institutions, created by a fraudulent Malevolent force that misled and continues to mislead the World for the sole purpose and intent of controlling others has manifest itself as an abuse against the Cosmic Collective.

Well I stand today to inform all of you I know Who I Am, What I Am and Where I Came From and I Am well Aware of the fact that all of you do too at this point. I, Gloria Denise Jones, born live is an Aboriginal Blackfoot, and on behalf of the living Aboriginal Inhabitants in the City of Detroit and in Wayne County demands, as the Universe demands the united States 'Fiction' government do what is right by the URSSprungs by correcting the several lies told against us, thereby revealing Our Truth and the Return of all Properties belonging to Us. See Attached Documents

I'd like to make this final plea to this united States 'Fiction' court and its 'Fiction Trustees' to prove itself as being one of Universal Absolute Goodness and not one of Relative Evil as this U.S. is a created fiction and its fiction, its courts and its fiction trustees' and institutions actions to this point have proved to be Absolutely Evil as you tried to do more than destroy our Planet and the material goods you tried to steal the Minds, Bodies and Sols of Individuals you don't own, thus you have No right to Control or Mold especially by use of Negativity.

Finally, the City of Detroit Chapter 9 Bankruptcy is a continuation of the U.S. fiction governmental past and present Fraudulent 'parasitic' Bankruptcy Public Policies have been done by a "gang of unaccountable, unelected and irresponsible" negative entities who've usurped their own relative constitutional rights and the relative rights of its own citizens, then thrust those relative laws upon the aboriginal inhabitants of this Land who are not and who can never be U.S. citizens, so by way of duress, terrorism and the threat of death and inhumane one sided 'treaties or contracts that are neither legal or moral'. Absolute Law says the united States fictional government is out of balance and unjust, therefore, not binding, mutable and escapable as no thing that has been done by the U.S. 'Fiction' and its created 'Fictions' has not been legal as they are relative laws, and therefore

4

lack morals, nevertheless, all can and will be forgiven by all as the pathway forwards towards Justice, Truth, Rightness and Balance has been established by the light of reason and a return to Natural Law as it is the Law of the Creator.