UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### ORDER *DENYING* THE CITY OF DETROIT'S *EX PARTE* MOTION FOR AN ORDER SHORTENING NOTICE AND SCHEDULING AN EXPEDITED HEARING (DOCKET # 13091)

This case is before the Court on the City of Detroit's motion for an expedited hearing, filed August 9, 2019 (Docket # 13091, the "Expedited Hearing Motion"). The Court concludes that the Expedited Hearing Motion does not demonstrate good cause for the Court to hold an expedited hearing or to shorten the normal notice time for the underlying motion. Accordingly,

IT IS ORDERED that the Expedited Hearing Motion (Docket # 13091) is denied.

**Signed on August 10, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge