# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Bankruptcy Case No. 13-53846<br><br>Judge Thomas J. Tucker<br><br>Chapter 9 |

## STIPULATION FOR THE ENTRY OF AN ORDER WITHDRAWING CLAIM NUMBER 1643 OF LATONYA BROOKS

The City of Detroit and Latonya Brooks stipulate and agree to the entry of the Order attached as Exhibit A, withdrawing claim number 1643.

Dated: August 20, 2019

| MIKE MORSE LAW FIRM | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. |
|---|---|
| By: /s/ Perry A. Schneider<br>    Perry A. Schneider (P53443)<br>    24901 Northwestern Hwy.<br>    Suite 700<br>    Southfield, Michigan 48075<br>    Phone & Fax: (248) 281-9136<br>    perry@855mikewins.com | By: /s/ Ronald A. Spinner<br>    Marc N. Swanson (P71149)<br>    Ronald A. Spinner (P73198)<br>    150 West Jefferson, Suite 2500<br>    Detroit, Michigan 48226<br>    Telephone: (313) 496-7591<br>    Facsimile: (313) 496-8451<br>    spinner@millercanfield.com |
| Counsel for Latonya Brooks | Counsel for the City of Detroit |

# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER WITHDRAWING
## CLAIM NUMBER 1643 OF LATONYA BROOKS

Upon the stipulation between the City of Detroit and Latonya Brooks; and good cause appearing therefore;

IT IS HEREBY ORDERED THAT claim number 1643 is withdrawn.

34241427.1\022765-00213
13-53846-tjt    Doc 13097    Filed 08/20/19    Entered 08/20/19 12:32:52    Page 2 of 2