# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER WITHDRAWING
## CLAIM NUMBER 1643 OF LATONYA BROOKS

Upon the stipulation between the City of Detroit and Latonya Brooks; and good cause appearing therefore;

IT IS ORDERED THAT claim number 1643 is withdrawn.

**Signed on August 20, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge