# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>          Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## STIPULATION FOR ADJOURNMENT OF HEARING ON CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 2171 FILED BY CHERYL HAYWOOD

The City of Detroit, Michigan ("City") and Angela Haywood, personal representative for the estate of Cheryl Haywood ("Claimant," and with the City, the "Parties"), stipulate and agree as follows:

1. On February 20, 2014, Claimant filed claim number 2171 ("Claim").

2. On July 22, 2019, the City filed its *City of Detroit's Objection to Claim Number 2171 Filed by Cheryl Haywood* ("Objection," Doc. No. 13085).

3. The hearing on the Objection is scheduled for August 28, 2019.

4. The City and Claimant have been discussing a resolution to the Objection, the Claim, and a related proof of claim and believe further discussions would be helpful.

WHEREFORE, the Parties respectfully request that the Court enter an order adjourning the hearing on the Objection to September 18, 2019, at 1:30 p.m. and extending the deadline for Claimant to respond to the Objection, in substantially the form as the proposed order attached as Exhibit 1.

STIPULATED AND AGREED TO ON August 22, 2019:

THURSWELL LAW

By: /s/ Mark E. Boegehold
    Mark E. Boegehold (P38699)
    1000 Town Center, Suite 500
    Southfield, MI 48075
    Telephone: (248) 354-2222

Counsel for Angela Haywood, personal representative for the estate of Cheryl Haywood

MILLER CANFIELD PADDOCK & STONE, PLC

By: /s/ Ronald A. Spinner
    Marc N. Swanson (P71149)
    Ronald A. Spinner
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 496-7591
    Facsimile: (313) 496-8451
    swansonm@millercanfield.com

Counsel for the City of Detroit, Michigan

# EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER GRANTING STIPULATION FOR ADJOURNMENT OF HEARING ON CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 2171 FILED BY CHERYL HAYWOOD

Upon the *Stipulation for Adjournment of Hearing on the City of Detroit's Objection to Claim Number 2171 filed by Cheryl Haywood.* [Doc. No. _____]; and the Court being otherwise advised in the premises;

IT IS ORDERED THAT the hearing on the objection to Claim Number 2171 of Cheryl Haywood., currently scheduled to take place August 28, 2019, at 1:30 p.m., is hereby adjourned to September 18, 2019, at 1:30 p.m.

IT IS FURTHER ORDERED THAT the deadline for the personal representative of Cheryl Haywood to file a response to the City of Detroit's objection to Claim Number 2171 is extended from August 21, 2019, to September 11, 2019.