UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING STIPULATION FOR ADJOURNMENT OF HEARING ON CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 2171 FILED BY CHERYL HAYWOOD**

Based on the stipulation filed August 22, 2019 (Docket # 13101);

IT IS ORDERED THAT the hearing on the objection to Claim Number 2171 of Cheryl Haywood (Docket # 13085), currently scheduled for August 28, 2019 at 1:30 p.m., is adjourned to **September 18, 2019 at 1:30 p.m.**

IT IS FURTHER ORDERED THAT the deadline for the personal representative of Cheryl Haywood to file a response to the City of Detroit's objection to Claim Number 2171 is extended from August 21, 2019, to September 11, 2019.

**Signed on August 22, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge