**EXHIBIT 2 – EMAIL FROM FERGUSON TO LEGGHIO, DATED OCTOBER 18, 2018**

| From: | lizferguson@lawofficeseaferguson.com |
|---|---|
| To: | "cpl@legghioisrael.com" |
| Subject: | Chris Baumann & Detroit Fire Department DROP issues |
| Date: | Thursday, October 18, 2018 4:31:00 PM |

Hi Chris.

I am currently working with Chris Baumann regarding his issues and concerns regarding the Detroit Fire Department's DROP program. Mr. Baumann was one of a handful of people who filed DROP paperwork while the union contract was being negotiated during the Detroit Bankruptcy. As near as we can tell, the DROP program was supposed to be suspended until the contract was negotiated and everyone knew what the DROP program would look like, but Mr. Baumann's application was processed accidentally and now he is locked into the DROP and his 5 year is fast approaching.

I have previously sent letters to the Police and Fire Retirement System for the City of Detroit and an email to DFFA Secretary Tom Gerhart trying to get answers on behalf of Mr. Baumann and have not made any progress. I understand from Mr. Baumann that you are now involved in this matter and that information was provided at the May union meeting that indicated the union recognized there are a number of issues with the DROP program and that steps are being taken to clarify the terms and potentially adjust the DROP requirements for everyone. Mr. Baumann has been told by some union leaders that progress is being made and things are being drafted, but cannot get any further information on what is happening and how it might impact his DROP date.

I am reaching out to you to see if you can provide me with any information on where the DROP issues stand. Mr. Baumann appears to have been told that the union is fixing the problem, and alternatively, that he needs to hire his own attorney to fix the problem. Right now I am the attorney he has been working with, but we do not want to take any action until we have a better understanding of what is happening and any timelines that have been created.

I would appreciate it if you would follow up with me and share with me where this issue currently stands.

Thank you for your attention to this email.

Liz Ferguson


Elizabeth A. Ferguson
Law Offices of Elizabeth A. Ferguson, PLLC
55 Southbound Gratiot
Mount Clemens, MI 48043
(586) 206-0157
(586) 261-4835
www.lawofficeseaferguson.com