**EXHIBIT 3 – MAIL CORRESPONDENCE BETWEEN FERGUSON TO DPFRS AND FROM KING TO FERGUSON DATED MARCH 8, 2016, APRIL 19, 2016, AND OCTOBER 24, 2017**

# CLARK HILL

Ronald A. King
T 517.318.3015
F 517.318.3068
Email: rking@clarkhill.com

Clark Hill PLC
212 East Grand River Avenue
Lansing, MI 48906
T 517.318.3100
F 517.318.3099

clarkhill.com

October 24, 2017

**VIA FIRST CLASS MAIL AND EMAIL**

Elizabeth A. Ferguson, Esq.
Law Offices of Elizabeth A. Ferguson
55 SB Gratiot
Mount Clemens, Michigan 48043
lizferguson@lawofficeseaferguson.com

    **Re: Christopher Baumann, F-233312**

Dear Ms. Ferguson:

    The undersigned serves as General Counsel to the Board of Trustees of the Police and Fire Retirement System ("PFRS"). We are in receipt of your correspondence dated March 8, 2016, concerning the above-referenced PFRS Member, Mr. Baumann, and the circumstances surrounding his application and participation in the Deferred Retirement Option Plan ("DROP") Program pursuant to *The Combined Plan of the Police and Fire Retirement System of the City of Detroit*, as amended by the Emergency Manager of the City of Detroit effective July 1, 2014 (the "Combined Plan").[1]

    Pursuant to ordinance, the Combined Plan was first published with the City Clerk's Office July 1, 2014. Component I provides that a DROP election shall be irrevocable. *See* Component I, Sec. 12.1(1).

    As you may know, Mr. Baumann submitted correspondence to PFRS Board of Trustees concerning his circumstances in February 2015, wherein he effectively requested relief from his irrevocable DROP election. The Board considered Mr. Baumann's circumstances in open session at its regular meeting held on June 25, 2016. As is reflected in the attached record of that consideration, Trustee Pegg offered a motion to accept Mr. Baumann's request for relief, which was seconded by Trustee Thomas, but the motion failed. The Board's consideration of that motion stands as its final determination concerning Mr. Baumann's request for relief.

---

[1] The terms governing PFRS's pension benefits are presently memorialized in the Combined Plan, as amended by the Emergency Manager via Order No. 44, December 8, 2014, effective July 1, 2014. This document is publicly accessible on PFRS's website at: http://www.pfrsdetroit.org/Resources/Combined-Plan-Document

Elizabeth A. Ferguson, Esq.
October 24, 2017
Page 2

      We understand that you have requested further information regarding Mr. Baumann's pension records. Without Mr. Baumann's written consent, PFRS is not able to provide you with further information at this time, though Mr. Baumann may obtain a copy of his file directly upon contacting PFRS at (313) 224-3362. Thank you.

                    Sincerely,

                    CLARK HILL PLC

                    Ronald A. King

RAK/kmt
Enclosures

cc:    Board of Trustees, PFRS
        David Cetlinski, Executive Director, PFRS

**Law Offices of Elizabeth A. Ferguson, PLLC**
55 SB Gratiot
Mount Clemens, MI 48043
(586) 206-0157
Fax (586) 261-4835
lizferguson@lawofficeseaferguson.com

RECEIVED
MAR 1 4 2016
RETIREMENT SYSTEMS

March 8, 2016

Police and Fire Retirement System
City of Detroit
500 Woodward Ave, Suite 300
Detroit, MI 48226-5493

Re: Christopher Baumann, F-233312

Dear Sir or Madam;

Mr. Baumann has contacted me to discuss concerns he has regarding his application for a DROP pension. Mr. Baumann submitted his application on July 15, 2014, with an anticipated effective of August 11, 2014. At the time Mr. Baumann submitted his application for the DROP program, there was no limit on his employment following his application; the program was recognized as "unlimited." It is our understanding that the Emergency Manager ended the retirement program that was in place effective June 30, 2014, and a new program was put into place effective July 1, 2014. At the time Mr. Baumann submitted his application, he believed he was applying under the unlimited program. After he submitted his application, he was informed by other firefighters in his class that applications were not being accepted until the new terms of the DROP program were negotiated. Mr. Baumann is under the impression that his application was accepted under the unlimited program because when he met with Shirley Hill, the representative of the Police and Fire Retirement System, he was not told his application could not be accepted at that time nor was he informed that if his application was processed, the time he could participate in the DROP program would be limited to five years.

Mr. Baumann did not receive notice that his application was processed until he was sent a letter dated December 18, 2014, six months after the application was filed. The letter he received did not state his DROP participation was limited to any time frame. The application he completed did not state participation was limited to any time frame. It wasn't until after his application was processed that he learned that his participation was limited to five years. Had Mr. Baumann known that his participation was going to be limited to five years, he would not have submitted his application at that time.

In discussing his issue with others, Mr. Baumann has been told that other firefighters who submitted applications were called after the terms of the revised DROP program were identified. These other firefighters were personally called by the staff from the Police and Fire Retirement System and informed of the new time limits. They were given an opportunity to either continue with their applications under the new time limits or withdraw those applications and resubmit their applications at a later date. Mr. Baumann was not given that opportunity or notice of any changes, nor is it clear why Mr. Baumann's application was processed while others were given an opportunity to rescind once they were informed of the changes to the DROP program.

Mr. Baumann did present the issue to his union, which presented it to the Police and Fire Retirement System for review. He received a copy of minutes discussing the issue in which a vote of 7-7 was taken on his request to withdraw his application. No explanation was provided on why he was denied this opportunity.

It appears that mistakes were made in the handling of Mr. Baumann's application, as it was accepted during a time that the program may not have been accepting new applications, and then processed without notifying Mr. Baumann that participation in the program was limited to five years.

At this time, I am seeking further information from your system to determine what really happened in Mr. Baumann's case. The limit of five years of participation took him by surprise and was not what he thought he was agreeing to when he submitted his application. I am requesting that you provide more information on why Mr. Baumann's application was processed without notifying him of the terms of the revised DROP program. If you believe he was notified in the change of the terms, I request that you provide information on when the terms were made known to Mr. Baumann so that I can discuss this with him further.

Thank you for your attention in this matter.

I remain,

*Elizabeth A. Ferguson*
Elizabeth A. Ferguson
Attorney at Law

CC: Chris Baumann

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT
MEETING NUMBER 3045 – THURSDAY – JUNE 25, 2015

REQUEST OF CHRISTOPHER BAUMANN – PENSION NUMBER 233312

BY TRUSTEE PEGG – SUPPORTED BY TRUSTEE THOMAS

**WHEREAS**, Christopher Baumann submitted DROP application paperwork on July 15, 2014, with a DROP effective date of August 11, 2015 and, as part of the DROP application Mr. Baumann irrevocably elected to participate in the DROP, and

**WHEREAS**, Mr. Baumann participated in the DROP for the month of January and February 2015, and

**WHEREAS**, the Board received and reviewed correspondence in February, 2015 from Mr. Baumann requesting that he be removed from the DROP program because at the time he submitted his application it had not been established through collective bargaining that DROP participants after July 1, 2014 could only participate in the DROP program for five years, and

**WHEREAS**, this matter has been discussed extensively in open session, therefore be it

**RESOLVED**, that the Board approve the request of Mr. Baumann as set forth in his February, 2015 letter, and be it further

**RESOLVED**, that a copy of this resolution be delivered to Mr. Baumann;

YEAS – TRUSTEES JONES, NAGLICK, PEGG, ROBERSON, SERDA, THOMAS AND TUCKER – 7

NAYS – TRUSTEES HOLLOWELL, JAMES, JAIMISON, JENKINS, SCALES, TROZAK AND CHAIRMAN DIAZ – 7

THE FOREGOING MOTION **FAILED**.

*Law Offices of Elizabeth A. Ferguson, PLLC*
*55 SB Gratiot*
*Mount Clemens, MI 48043*
*(586) 206-0157*
*Fax (586) 261-4835*
*lizferguson@lawofficeseaferguson.com*

April 19, 2016

Police and Fire Retirement System
City of Detroit
500 Woodward Ave, Suite 300
Detroit, MI 48226-5493

Re: Christopher Baumann, F-233312

Dear Sir or Madam;

On March 8, 2016, I sent a letter regarding Christopher Baumann, who has contacted me to assist him regarding concerns over his application for a DROP pension. As of today, neither Mr. Baumann nor myself has received a reply. On the chance that the original letter may have been misplaced or did not arrive, I am contacting you again.

Mr. Baumann submitted his DROP application on July 15, 2014, with an anticipated effective of August 11, 2014. At the time Mr. Baumann submitted his application for the DROP program, there was no limit on his employment following his application; the program was recognized as "unlimited." It is our understanding that the Emergency Manager ended the retirement program that was in place effective June 30, 2014, and a new program was put into place effective July 1, 2014. At the time Mr. Baumann submitted his application, he believed he was applying under the unlimited program. After he submitted his application, he was informed by other firefighters in his class that applications were not being accepted until the new terms of the DROP program were negotiated. Mr. Baumann is under the impression that his application was accepted under the unlimited program because when he met with Shirley Hill, the representative of the Police and Fire Retirement System, he was not told his application could not be accepted at that time nor was he informed that if his application was processed, the time he could participate in the DROP program would be limited to five years.

Mr. Baumann did not receive notice that his application was processed until he was sent a letter dated December 18, 2014, six months after the application was filed. The letter he received did not state his DROP participation was limited to any time frame. The application he completed did not state participation was limited to any time frame. It wasn't until after his

application was processed that he learned that his participation was limited to five years. Had Mr. Baumann known that his participation was going to be limited to five years, he would not have submitted his application at that time.

In discussing his issue with others, Mr. Baumann has been told that other firefighters who submitted applications were called after the terms of the revised DROP program were identified. These other firefighters were personally called by the staff from the Police and Fire Retirement System and informed of the new time limits. They were given an opportunity to either continue with their applications under the new time limits or withdraw those applications and resubmit their applications at a later date. Mr. Baumann was not given that opportunity or notice of any changes, nor is it clear why Mr. Baumann's application was processed while others were given an opportunity to rescind once they were informed of the changes to the DROP program.

Mr. Baumann did present the issue to his union, which presented it to the Police and Fire Retirement System for review. He received a copy of minutes discussing the issue in which a vote of 7-7 was taken on his request to withdraw his application. No explanation was provided on why he was denied this opportunity.

It appears that mistakes were made in the handling of Mr. Baumann's application, as it was accepted during a time that the program may not have been accepting new applications, and then processed without notifying Mr. Baumann that participation in the program was limited to five years.

At this time, I am again seeking information from your system to determine what really happened in Mr. Baumann's case. The limit of five years of participation took him by surprise and was not what he thought he was agreeing to when he submitted his application. I am requesting that you provide more information on why Mr. Baumann's application was processed without notifying him of the terms of the revised DROP program. If you believe he was notified in the change of the terms, I request that you provide information on when the terms were made known to Mr. Baumann so that I can discuss this with him further.

Thank you for your attention in this matter.

I remain,

*file copy*

Elizabeth A. Ferguson
Attorney at Law

CC: Chris Baumann

POLICE AND FIRE RETIREMENT SYSTEM
OF THE
CITY OF DETROIT

500 WOODWARD AVE. STE. 3000
DETROIT, MI 48226-5493
PHONE 313-224-3362
TOLL FREE 800-339-8344
FAX 313-224-3522

December 18, 2014

CHRISTOPHER BAUMANN
24200 HARRISON ST
CLINTON TWP MI 48035-3831

Re: F-233312

Dear Mr. Baumann:

On December 18, 2014, the Board of Trustees approved your Deferred Retirement Option Plan (DROP), effective August 11, 2014.

You selected the Straight Life Retirement Allowance. Upon your death, your retirement allowance will stop.

Your benefit will be approximately $2,400.44 per month. Your first check covering the period from August 11, 2014 through December 31, 2014 will be deposited to your ING account on or about January 1, 2015. Enclosed you will find a copy of your face sheet calculation, which shows how your retirement allowance was calculated.

You should receive your first ING account statement within three months of this letter. If you have questions regarding your ING account or do not receive a statement, please call ING at (800) 262-3862.

You must return to this office to convert from your DROP to a service retirement. When you decide to retire, call (313) 224-3362 to schedule an appointment with a system interviewer.

Very truly yours,

**BOARD OF TRUSTEES**

Police and Fire Retirement System



# DETROIT FIRE FIGHTERS ASSOCIATION

I.A.F.F. Local 344 • Organized May 1933

333 West Fort Street, Suite 1420 • Detroit, MI 48226-3149

(313) 962-7546 | (313) 962-7899 fax | www.dffa344.org

**Jeffrey M. Pegg**
*President*

**Teresa S. Singleton**
*Vice President*

**Thomas Gehart**
*Secretary*

**Robert A. Shinske**
*Treasurer*

**Directors**
E. Carrington
D. McLaurin
R. Foster
R. Jones

**Emeritus Presidents**
Daniel Delegato
Daniel F. McNamara

September 15, 2015

Mr. Christopher Baumann
24200 Harrison Street
Clinton Township, MI 48035-3831

   RE: Deferred Retirement Option Plan (DROP)

Dear Brother Baumann:

  This is a follow-up to our conversation yesterday (9/14/2015), which included Secretary Thomas Gehart, about your DROP questions. As we explained, when you applied for DROP in July 2014, the DROP had been suspended and was not processing *new* applications at that time. Later, when DROP began operating again and began processing applications, the Program was not "unlimited."

  I hope that this letter answers your questions.

          Sincerely,

          DETROIT FIRE FIGHTERS ASSOCIATION

          JEFFREY PEGG
          President – Local 344

cc: DFFA Executive Board

Affiliated

International Association of Fire Fighters    Michigan State    Metropolitan Detroit
AFL-CIO