# EXHIBIT 4 – PLAINTIFFS' AFFIDAVITS

STATE OF MICHIGAN

IN THE THIRD CIRCUIT COURT FOR WAYNE COUNTY

DANIEL J. SALKOWSKI,

JEFFREY HAMM,

RICHARD MAKULSKI

    Plaintiffs

v.                                                                         Case No. 2019-      -CL

                                                                        Hon.

CITY OF DETROIT, THE DETROIT POLICE AND

FIRE PENSION BOARD, DETROIT FIRE

FIGHTERS ASSOCIATION LOCAL 344,

    Defendants,

_____/

ELIZABETH A. FERGUSON (P53645)
Law Offices of Elizabeth A. Ferguson, PLLC
Attorney for Plaintiffs
55 Southbound Gratiot
Mount Clemens, MI 48043
586-206-0157  586-261-4835 (fax)
_____/

AFFIDAVIT IN SUPPORT OF TEMPORARY RESTRAINING ORDER

      Now comes Affiant, Daniel Salkowski, and after being duly sworn, states for my Affidavit as follows:

1. I am a Plaintiff in the above action.

2. I have personal knowledge of the facts set forth in this affidavit, and if sworn as a witness, can testify competently to these facts.

3. I seek a temporary restraining order for the following reasons:

    a. I am currently a Detroit Fire Fighter.

    b. I applied to the DROP program on or about July 14 or July 15, 2014 and at that time the program was unlimited, meaning I did not have a specific timeframe in which I had to retire.

    c. I was not told that the DROP program had been suspended on July 1, 2014 and was not supposed to accept or process applications, nor was I told that the DROP program's terms were being changed from unlimited to five years.

    d. I was told by a Human Resources representative at least twice while I was going through the process that I was in the unlimited DROP program.

    e. After the DROP program was changed, I was notified that I was no longer in the unlimited DROP program but instead was in a five-year DROP program.

    f. I have attempted to resolve this situation and was repeatedly told that I am in the five-year DROP program and cannot change my designation to unlimited, even though I was assured I was in the unlimited DROP program throughout the processing of my application.

    g. I am being forced to retire effective August 8, 2019; my last day of employment will be August 7, 2019.

    h. The Temporary Ex Parte Restraining Order is necessary to prohibit the Defendants from terminating my employment through retirement while this matter is being litigated.

    i. If I am terminated while this action is pending, I will lose my position, my pay, and my benefits.

j.  I was misled by the Defendants and they denied me an opportunity to make an informed decision on my retirement by repeatedly telling me I was in the unlimited DROP program and processing my application while the program was suspended.

___7-24-19_____                    _/s/ Daniel J. Salkowski_____
Date                                         Daniel Salkowski, Plaintiff

STATE OF MICHIGAN    )

MACOMB COUNTY      )

Subscribed to and sworn before me in __Macomb__ County, Michigan on __7-24-19_____ by Daniel Salkowski.

___/s/ Joseph M. Palm_____
Joseph M. Palm
Notary Public, State of Michigan, County of Macomb
My commission expires __04/07/2024_____
Acting in the County of _____

STATE OF MICHIGAN

IN THE THIRD CIRCUIT COURT FOR WAYNE COUNTY

DANIEL J. SALKOWSKI,

JEFFREY HAMM,

RICHARD MAKULSKI

    Plaintiffs

v.                                     Case No. 2019-     -CL

                                       Hon.

CITY OF DETROIT, THE DETROIT POLICE AND

FIRE PENSION BOARD, DETROIT FIRE

FIGHTERS ASSOCIATION LOCAL 344,

    Defendants,

_____/

ELIZABETH A. FERGUSON (P53645)
Law Offices of Elizabeth A. Ferguson, PLLC
Attorney for Plaintiffs
55 Southbound Gratiot
Mount Clemens, MI 48043
586-206-0157  586-261-4835 (fax)
_____/

AFFIDAVIT IN SUPPORT OF TEMPORARY RESTRAINING ORDER

Now comes Affiant, JEFFREY HAMM, and after being duly sworn, states for my Affidavit as follows:

1. I am a Plaintiff in the above action.

2. I have personal knowledge of the facts set forth in this affidavit, and if sworn as a witness, can testify competently to these facts.

3. I seek a temporary restraining order for the following reasons:

   a. I am currently a Detroit Fire Fighter.

   b. I applied to the DROP program on June 9, 2014 and at that time the program was unlimited, meaning I did not have a specific timeframe in which I had to retire.

   c. At the time I applied for the unlimited DROP program, the DROP program had not yet been suspended or changed.

   d. I was not told that the DROP program would be suspended nor was I told that the DROP program's terms were being changed from unlimited to five years.

   e. I was told several times while I was going through the application process and final retirement choice interview, that I was in the unlimited DROP program.

   f. After the DROP program was changed, I was only officially notified by certified mail on 6/24/19 that I was no longer in the unlimited DROP program but instead was in a five-year DROP program.

   g. I have attempted to resolve this situation and was repeatedly told that I am in the five-year DROP program and cannot change my designation to unlimited, even though I was assured I was in the unlimited DROP program throughout the processing of my application.

   h. I am being forced to retire effective August 8, 2019; my last day of employment will be August 7, 2019.

   i. The Temporary Ex Parte Restraining Order is necessary to prohibit the Defendants from terminating my employment through retirement while this matter is being litigated.

j. If I am terminated while this action is pending, I will lose my position, my pay, and my benefits.

k. I was misled by the Defendants and they denied me an opportunity to make an informed decision on my retirement by repeatedly telling me I was in the unlimited DROP program and processing my application while the program was suspended.

 7-23-19_____       _/s/ Jeffrey R. Hamm_____
Date                  Jeffrey Hamm, Plaintiff

STATE OF MICHIGAN )

WAYNE COUNTY   )

Subscribed to and sworn before me in _Wayne_____ County, Michigan on _07/23/2019_____

by Jeffrey Hamm.

__/s/ MD Hisham Liddin Chowdhury_____
MD-Hisham Chowdhury
Notary Public, State of Michigan, County of _Wayne____
My commission expires _10/16/2025_____
Acting in the County of _____

STATE OF MICHIGAN

IN THE THIRD CIRCUIT COURT FOR WAYNE COUNTY

DANIEL J. SALKOWSKI,

JEFFREY HAMM,

RICHARD MAKULSKI

    Plaintiffs

v.                                  Case No. 2019-      -CL

                                    Hon.

CITY OF DETROIT, THE DETROIT POLICE AND

FIRE PENSION BOARD, DETROIT FIRE

FIGHTERS ASSOCIATION LOCAL 344,

    Defendants,

_____/

ELIZABETH A. FERGUSON (P53645)
Law Offices of Elizabeth A. Ferguson, PLLC
Attorney for Plaintiffs
55 Southbound Gratiot
Mount Clemens, MI 48043
586-206-0157  586-261-4835 (fax)
_____/

AFFIDAVIT IN SUPPORT OF TEMPORARY RESTRAINING ORDER

    Now comes Affiant, RICHARD MAKULSKI, and after being duly sworn, states for my Affidavit as follows:

1. I am a Plaintiff in the above action.

2. I have personal knowledge of the facts set forth in this affidavit, and if sworn as a witness, can testify competently to these facts.

3. I seek a temporary restraining order for the following reasons:

    a. I am currently a Detroit Fire Fighter.

    b. I applied to the DROP program on or about July 7, 2014 and at that time the program was unlimited, meaning I did not have a specific timeframe in which I had to retire.

    c. I was not told that the DROP program had been suspended on July 1, 2014 and was not supposed to accept or process applications, nor was I told that the DROP program's terms were being changed from unlimited to five years.

    d. After the DROP program was changed, I was notified that I was no longer in the unlimited DROP program but instead was in a five-year DROP program.

    e. I have attempted to resolve this situation and was repeatedly told that I am in the five-year DROP program and cannot change my designation to unlimited, even though I was assured I was in the unlimited DROP program throughout the processing of my application.

    f. I am being forced to retire effective August 8, 2019; my last day of employment will be August 7, 2019.

    g. The Temporary Ex Parte Restraining Order is necessary to prohibit the Defendants from terminating my employment through retirement while this matter is being litigated.

    h. If I am terminated while this action is pending, I will lose my position, my pay, and my benefits.

    i. I was misled by the Defendants and they denied me an opportunity to make an informed decision on my retirement by repeatedly telling me I was in the

unlimited DROP program and processing my application while the program was suspended.

__7-23-19_____                    _/s/ Richard Makulski_____
Date                                     Richard Makulski, Plaintiff

STATE OF MICHIGAN    )

MACOMB COUNTY       )

Subscribed to and sworn before me in _Macomb_____ County, Michigan on _7-23-19_____ by

Richard Makulski.


___/s/ John C. Rodriquez II_____
John C. Rodriquez II
Notary Public, State of Michigan, County of _Macomb____
My commission expires _9-6-20_____
Acting in the County of _Macomb_____