**EXHIBIT 5 – UNION REQUEST FOR INFORMATION FROM MEMBERS**



# DETROIT FIRE FIGHTERS ASSOCIATION
## I.A.F.F. LOCAL 344
# OFFICIAL BULLETIN

**Phone: (313) 962-7546 | Fax: (313) 962-7899 | Web: www.DFFA344.org**

MAY 8, 2018

**DFFA MEMBERS:**

**THE DFFA WILL BE HOLDING A <u>SPECIAL OPEN MEETING</u> FOR MEMBERS WHO FEEL AND/OR HAVE ENCOUNTERED ISSUES CONCERNING THE PENSION SYSTEM/D.R.O.P. PROGRAM, ALL MEMBERS ARE WELCOME TO ATTEND.**

DFFA legal counsel will be present at said meeting to listen to, interview and gather information about members who feel they may have been negatively impacted in some manner. The DFFA is investigating, processing information gathered at said meeting, as well as putting together a clearer definition of our pension program, as so members can understand their retirement.

This D.R.O.P./pension meeting is in NO WAY a ratification or presentation of an adjustment to the current/existing pension conditions in place at this time. The fact of the matter is, many of the DFFA #1 and #2 pension/retirement provisions that were ratified during the last contract remain unclear and need professional and legal clarification.

The D.P.O.A./D.P.L.S.A./D.P.C.O.A. and the D.F.F.A. are in continued meetings/daily contact with each other {Detroit Public Safety Coalition}, as well as the Mayor's office, continuing our efforts to make more economic "mid-contract" improvements. Any proposal accepted by the D.F.F.A. affecting extending the provisions of the current contracts {wage/pension}, per the D.F.F.A. constitution and bylaws, will be brought before the membership for ratification.

At this time the D.F.F.A. is patiently allowing the police unions to continue their efforts for another "fair" economic bump. As you may recall, it was D.F.F.A. #1 and #2 who gained the last claw backs. During the bankruptcy, Police/Fire parity was broken, knowing how and when to do economic business and/or bite on acceptable offers is complicated and requires professional strategic movement.

The DFFA is asking that members who have paperwork/questions and/or concerns about the D.R.O.P/Pension, and are looking for clarification, to bring said paperwork/questions, typed legibly, as so the D.F.F.A. can decipher and clarify legally/contractually your questions.

The D.F.F.A. will, in the near future, produce a clear, bullet-point explanation of the D.R.O.P./pension as so all can have a better understanding of what we have, contractually, at this time. Knowing what we have will better serve the membership moving forward as we draw nearer to the expiration of the current contracts, D.F.F.A. #1 AND #2.

---

## OPEN D.R.O.P. / PENSION MEETING FOR D.F.F.A. MEMBERS

### FRIDAY, MAY 18, 2018

### 2:00 P.M.

### AXEMEN CLUB HOUSE

8480 South Street | Detroit, MI 48209

---

If you cannot attend the meeting on this date, please forward you questions, typed legibly, to your Battalion Director, or email them to D.F.F.A. Secretary Tom Gehart at: TomGehart@yahoo.com.

As expressed, the DFFA will produce a clearer product of our retirement program as so members can understand and make life decisions.

Fraternally,
**MICHAEL V. NEVIN**
**President – Local 344**