**EXHIBIT 6 – DPFRS RESOLUTION RE: BAUMANN**

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT
MEETING NUMBER 3045 – THURSDAY – JUNE 25, 2015

REQUEST OF CHRISTOPHER BAUMANN – PENSION NUMBER 233312

BY TRUSTEE PEGG – SUPPORTED BY TRUSTEE THOMAS

**WHEREAS**, Christopher Baumann submitted DROP application paperwork on July 15, 2014, with a DROP effective date of August 11, 2015 and, as part of the DROP application Mr. Baumann irrevocably elected to participate in the DROP, and

**WHEREAS**, Mr. Baumann participated in the DROP for the month of January and February 2015, and

**WHEREAS**, the Board received and reviewed correspondence in February, 2015 from Mr. Baumann requesting that he be removed from the DROP program because at the time he submitted his application it had not been established through collective bargaining that DROP participants after July 1, 2014 could only participate in the DROP program for five years, and

**WHEREAS**, this matter has been discussed extensively in open session, therefore be it

**RESOLVED**, that the Board approve the request of Mr. Baumann as set forth in his February, 2015 letter, and be it further

**RESOLVED**, that a copy of this resolution be delivered to Mr. Baumann:

YEAS – TRUSTEES JONES, NAGLICK, PEGG, ROBERSON, SERDA, THOMAS AND
    TUCKER – 7

NAYS – TRUSTEES HOLLOWELL, JAMES, JAIMISON, JENKINS, SCALES, TROZAK
    AND CHAIRMAN DIAZ – 7

THE FOREGOING MOTION **FAILED.**