Form:def2

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

# NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

*13103* − Objection to (related document(s): 13090 Motion to Enforce Joint Motion of the City of Detroit and the Police and Fire Retirement System of the City of Detroit, Michigan for the Entry of an Order Enforcing the Plan of Adjustment and Confirmation Order Against Daniel J. Salkowski, Jeffrey) Filed by Respondents Richard Makulski, Jeffrey Hamm, Daniel J Salkowski (Attachments: # 1 Exhibit Exhibit 1 # 2 Exhibit Exhibit 2 − Email from Ferguson to Legghio # 3 Exhibit Exhibit 3 − correspondence Ferguson and King # 4 Exhibit Exhibit 4 − Plaintiffs affidavits # 5 Exhibit Exhibit 5 − Union request for information from members # 6 Exhibit Exhibit 6 DPRFS resolution) (Ferguson, Elizabeth)

Proof of Service Missing

is defective as indicated:

- ☐ Acceptable List of Creditors Missing
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Amended Document Missing or Non−Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non−Compliant
- ☐ Bankruptcy Petition Cover Sheet Missing or Non−Compliant
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief Missing
- ☐ Certificate of Exigent Circumstances−Credit Counseling Waiver Missing
- ☐ Chapter 13 Plan is Non−Compliant
- ☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non−Compliant (To be filed with corrected document in its entirety as one PDF)
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)
- ☐ List of 20 Largest Unsecured Creditors Missing
- ☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing
- ☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing
- ☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing

- ☐ Notice of Objection to Claim Missing or Non−Compliant
- ☐ Notice of Special Appearance (LBR 9010−1(c)) Missing or Non−Compliant
- ☐ Notice to Respondent Missing or Non−Compliant
- ☐ Original Signature Missing or Non−Compliant
- ☐ Petition Non−Compliant (To be filed in its entirety)
- ☑ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order Missing
- ☐ Statement of Attorney for Debtors 2016b LBR 9010−1c Missing or Non−Compliant
- ☐ Statement of Corporate Ownership Missing
- ☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 8/26/19

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                                         Case No. 13-53846-tjt
City of Detroit, Michigan                                                      Chapter 9
        Debtor                          CERTIFICATE OF NOTICE
District/off: 0645-2           User: ckata                Page 1 of 14                  Date Rcvd: Aug 26, 2019
                               Form ID: def2              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2019.
24323045       +Elizabeth A. Ferguson, PLLC,    Attorney for Claimant Kim Spicer,    55 Southbound Gratiot,
                 Mount Clemens, MI 48043-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust            Daniel M. McDermott
               Deutsche Bank AG, London
cr             FK Park, LLC
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2019 at the address(es) listed below:
              Albert Togut    on behalf of Plaintiff    City of Detroit, Michigan neilberger@teamtogut.com,
               apirraglia@teamtogut.com,Jberman@teamtogut.com,dperson@teamtogut.com,dcahir@teamtogut.com,
               adeering@teamtogut.com,srobinson@teamtogut.com
              Albert Togut    on behalf of Debtor In Possession    City of Detroit, Michigan
               dperson@teamtogut.com
              Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
               alfredo.perez@weil.com,kelly.diblasi@weil.com,edward.soto@weil.com,Edward.McCarthy@weil.com
              Alice Bonita Jennings    on behalf of Plaintiff John  Smith ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Peoples Water Board
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Sylvia  Taylor ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Walker ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Tammika  Williams ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff John  Jackson ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Janice  Ward ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Moratorium Now! ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    National Action Network--Michigan Chapter
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Parham ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Michigan Welfare Rights Organization
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Maurika  Lyda ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Nicole  Hill ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Scott  Eubank ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alidz Oshagan    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               oshagan@legghioisrael.com,  drf@legghioisrael.com
              Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Allan S. Brilliant   on behalf of Creditor   Macomb Interceptor Drain Drainage District allan.brilliant@dechert.com
Allan S. Brilliant   on behalf of Creditor   County of Macomb, Michigan allan.brilliant@dechert.com
Allison Bach   on behalf of Interested Party   State of Michigan, Department of Attorney General abach@dickinsonwright.com, kstubbs@dickinson-wright.com
Amy D. Caton   on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com
Amy D. Caton   on behalf of Creditor   BlackRock Financial Management, Inc. acaton@kramerlevin.com
Andrew Minear   on behalf of Creditor   Parsons Brinckerhoff Michigan, Inc. aminear@schiffhardin.com
Andrew Minear   on behalf of Defendant   Parsons Brinckeroff Michigan Inc aminear@schiffhardin.com
Andrew A. Paterson, Jr.   on behalf of Plaintiff   Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com
Andrew A. Paterson, Jr.   on behalf of Creditor   Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com
Andrew A. Paterson, Jr.   on behalf of Creditor Robert Davis aap43@outlook.com, aap43law@gmail.com
Anthony Greene   on behalf of Creditor Da'Nean M. Brooks greenelawgroup@gmail.com, greenelawgroup@yahoo.com
Anthony J. Kochis   on behalf of Creditor   Iron Mountain Information Management, LLC akochis@wolfsonbolton.com, stravis@wolfsonbolton.com
Anthony J. Kochis   on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com, stravis@wolfsonbolton.com
Anthony J. Kochis   on behalf of Attorney   Wolfson Bolton PLLC akochis@wolfsonbolton.com, stravis@wolfsonbolton.com
Anthony James Miller   on behalf of Defendant   Toter Incorporated am@osbig.com
Barbara A. Patek   on behalf of Plaintiff   Detroit Police Lieutenants and Sergeants Association pateklaw@gmail.com
Barbara A. Patek   on behalf of Interested Party   Sanitary Chemists and Technicians Association pateklaw@gmail.com
Barbara A. Patek   on behalf of Interested Party John R. Runyan pateklaw@gmail.com
Barbara A. Patek   on behalf of Interested Party   Association of Detroit Engineers pateklaw@gmail.com
Barbara A. Patek   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association pateklaw@gmail.com
Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association pateklaw@gmail.com
Barry S. Fagan   on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo bfagan@dibandfagan.com
Benjamin Whitfield   on behalf of Interested Party Jerome Collins benwlaw123@aol.com, bw4822@aol.com;benwlaw4822@aol.com
Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation bbest@schaferandweiner.com, wrkyles@varnumlaw.com
Brendan G. Best   on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com, wrkyles@varnumlaw.com
Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com, wrkyles@varnumlaw.com
Brian D. O'Keefe   on behalf of Creditor Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Interested Party Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
Bruce Bennett   on behalf of Debtor In Possession   City of Detroit, Michigan bbennett@jonesday.com
Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com, R47050@notify.bestcase.com;LassnerCR47050@notify.bestcase.com
Carl F. Schier   on behalf of Defendant   Bankston Construction Inc carl@schierlaw.com
Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com
Carol Connor Cohen   on behalf of Plaintiff   Ambac Assurance Corporation carol.cohen@arentfox.com
Carole Neville   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com
Carole Neville   on behalf of Retiree Committee   Official Committee of Retirees carole.neville@dentons.com
Caroline Turner English   on behalf of Plaintiff   Ambac Assurance Corporation caroline.english@arentfox.com
Carolyn Beth Markowitz   on behalf of Interested Party Kevin Lewis DVCCOUNSEL@AOL.COM
Charles Bruce Idelsohn   on behalf of Creditor Heidi Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com
Charles D. Bullock   on behalf of Interested Party   Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
Cheryl Cook   on behalf of Creditor   CitiMortgage, Inc. bknotices-edm@potestivolaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Christopher A. Grosman   on behalf of Interested Party   BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

        Christopher A. Grosman   on behalf of Creditor   Oakland County, Michigan BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

        Christopher E. McNeely   on behalf of Defendant   Great Lakes Power Inc cmcneely@mandmpc.com

        Cindy Tsai   on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com

        Claude D. Montgomery   on behalf of Retiree Committee   Official Committee of Retirees claude.montgomery@dentons.com, docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com

        Claude D. Montgomery   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com

        Clifford D. Neubauer   on behalf of Interested Party Najib Hodge cneubauer@joumanakayrouz.com

        Courtney A. Krause   on behalf of Creditor   Berkshire Hathaway Assurance Corporation ckrause@garanlucow.com

        Courtney M. Rogers   on behalf of Interested Party   U.S. Bank National Association courtney.rogers@wallerlaw.com

        Courtney M. Rogers   on behalf of Creditor   U.S. Bank National Association courtney.rogers@wallerlaw.com

        Cynthia J. Haffey   on behalf of Defendant   Detroit General Retirement System Service Corporation haffey@butzel.com

        Cynthia J. Haffey   on behalf of Defendant   Detroit Police And Fire Retirement System Service Corporation haffey@butzel.com

        Dale Price   on behalf of Creditor   Equal Employment Opportunity Commission dale.price@eeoc.gov, legaldt.detroit@eeoc.gov

        Daniel Kielczewski   on behalf of Defendant   Bob Maxey Ford Inc dgkielczewski@abbottnicholson.com, adwilliams@abbottnicholson.com

        Daniel C. DiCicco   on behalf of Defendant   Wright Tool Co ddicicco@ahernkill.com

        David A. Lerner   on behalf of Creditor   Plunkett Cooney dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com

        David A. Lerner   on behalf of Creditor   Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com

        David A. Lerner   on behalf of Defendant   Waste Management of Michigan Inc dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com

        David E. Schwartz   on behalf of Defendant   SMART dschwartz@allardfishpc.com

        David Jonathan Cross   on behalf of Defendant   T & N Services Inc davidjonathancross@gmail.com

        David L. Dubrow   on behalf of Plaintiff   Ambac Assurance Corporation david.dubrow@arentfox.com

        David M. Blau   on behalf of Creditor   NTH Consultants, Ltd. dblau@clarkhill.com

        David M. Blau   on behalf of Defendant   Mannik & Smith Group Inc dblau@clarkhill.com

        David T. Lin   on behalf of Interested Party   The Kales Grand Circus Park, LLC dlin@seyburn.com, kbilpo@seyburn.com

        Dawn R. Copley   on behalf of Interested Party   State of Michigan dcopley@dickinsonwright.com, dnavin@dickinsonwright.com

        Dawn R. Copley   on behalf of Interested Party   State of Michigan, Department of Attorney General dcopley@dickinsonwright.com, dnavin@dickinsonwright.com

        Deborah Kovsky-Apap   on behalf of Defendant Michael Jamison kovskyd@pepperlaw.com, kuschj@pepperlaw.com

        Deborah Kovsky-Apap   on behalf of Defendant Cheryl Johnson kovskyd@pepperlaw.com, kuschj@pepperlaw.com

        Deborah Kovsky-Apap   on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com, kuschj@pepperlaw.com

        Deborah Kovsky-Apap   on behalf of Defendant John Naglik kovskyd@pepperlaw.com, kuschj@pepperlaw.com

        Deborah Kovsky-Apap   on behalf of Debtor In Possession   City of Detroit, Michigan kovskyd@pepperlaw.com, kuschj@pepperlaw.com

        Deborah Kovsky-Apap   on behalf of Defendant John Naglick kovskyd@pepperlaw.com, kuschj@pepperlaw.com

        Deborah Kovsky-Apap   on behalf of Plaintiff   City of Detroit, Michigan kovskyd@pepperlaw.com, kuschj@pepperlaw.com

        Deborah Kovsky-Apap   on behalf of Plaintiff   City of Detroit kovskyd@pepperlaw.com, kuschj@pepperlaw.com

        Deborah Kovsky-Apap   on behalf of Defendant   City of Detroit, Michigan kovskyd@pepperlaw.com, kuschj@pepperlaw.com

        Deborah L. Fish   on behalf of Intervenor-Defendant   Panning Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com

        Deborah L. Fish   on behalf of Interested Party   Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com

        Deborah L. Fish   on behalf of Interested Party   Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com

        Deborah L. Fish   on behalf of Interested Party   Aurelius Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com

        Deborah L. Fish   on behalf of Interested Party   Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com

        Deborah L. Fish   on behalf of Intervenor-Defendant   Aurelius Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com

        Deborah L. Fish   on behalf of Interested Party   Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Deborah L. Fish   on behalf of Interested Party   Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com
    Deborah L. Fish   on behalf of Intervenor-Defendant   BlueMountain Capital Management, LLC dfish@allardfishpc.com, allardfishpc@yahoo.com
    Deborah L. Fish   on behalf of Intervenor-Defendant   Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com
    Deborah L. Fish   on behalf of Interested Party   Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com
    Deborah L. Fish   on behalf of Intervenor-Defendant   Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com
    Deborah L. Fish   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com
    Deborah L. Fish   on behalf of Interested Party   Panning Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
    Deborah L. Fish   on behalf of Intervenor-Defendant   Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com
    Dirk H. Beckwith   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2005 dbeckwith@fosterswift.com
    Dirk H. Beckwith   on behalf of Defendant   Wilmington Trust, N.A. dbeckwith@fosterswift.com
    Dirk H. Beckwith   on behalf of Defendant   U.S. Bank, N.A. dbeckwith@fosterswift.com
    Dirk H. Beckwith   on behalf of Defendant   Detroit Retirement Systems Funding Trust 2006 dbeckwith@fosterswift.com
    Donald G. McGuigan, II   on behalf of Interested Party   Mario's Restaurant, Inc. don@mcguiganlaw.com
    Doron Yitzchaki   on behalf of Defendant   Hesco Hamlett Engineering Sales Company DYitzchaki@dickinsonwright.com
    Douglas Steele   on behalf of Interested Party   International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com
    Douglas C. Bernstein   on behalf of Interested Party   Community Foundation for Southeast Michigan dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
    Douglas C. Bernstein   on behalf of Interested Party   The Fred A. and Barbara M. Erb Family Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
    Douglas C. Bernstein   on behalf of Interested Party   Hudson-Webber Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
    Douglas C. Bernstein   on behalf of Interested Party   W.K. Kellogg Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
    Douglas C. Bernstein   on behalf of Interested Party   Max M. and Marjorie S. Fisher Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
    Douglas C. Bernstein   on behalf of Interested Party   The Ford Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
    Douglas C. Bernstein   on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
    Douglas C. Bernstein   on behalf of Interested Party   Charles Stewart Mott Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
    Douglas C. Bernstein   on behalf of Interested Party   William Davidson Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
    Douglas C. Bernstein   on behalf of Interested Party   McGregor Fund dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
    Douglas C. Bernstein   on behalf of Defendant   1 Way Service Inc dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
    Douglas C. Bernstein   on behalf of Defendant   Examworks Inc dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
    Douglas C. Bernstein   on behalf of Interested Party   A. Paul and Carol C. Schaap Foundation dbernstein@plunkettcooney.com, ssherbow@plunkettcooney.com
    Elizabeth A. Ferguson   on behalf of Respondent Daniel J Salkowski lizferguson@lawofficeseaferguson.com
    Elizabeth A. Ferguson   on behalf of Respondent Jeffrey Hamm lizferguson@lawofficeseaferguson.com
    Elizabeth A. Ferguson   on behalf of Respondent Richard Makulski lizferguson@lawofficeseaferguson.com
    Elizabeth A. Ferguson   on behalf of Creditor Kim Lamar Spicer lizferguson@lawofficeseaferguson.com
    Elliot G. Crowder   on behalf of Defendant   W C Ducomb Co ecrowder@sbplclaw.com, lhaas@sbplclaw.com
    Elliot G. Crowder   on behalf of Interested Party   Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com
    Eric B. Gaabo   on behalf of Defendant   City of Detroit gaabe@detroitmi.gov,raimic@detroitmi.gov
    Eric B. Gaabo   on behalf of Debtor In Possession   City of Detroit, Michigan gaabe@detroitmi.gov
    Eric D. Carlson   on behalf of Debtor In Possession   City of Detroit, Michigan carlson@millercanfield.com, brashier@millercanfield.com
    Erika D. Hart   on behalf of Defendant   OAS Group Inc ehart@tauntlaw.com, sdewitte@tauntlaw.com
    Ethan D. Dunn   on behalf of Defendant   Hercules & Hercules Inc bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com;bankruptcy.mdplc@gmail.com;notices@nextchapterbk.com
    Evan A. Burkholder   on behalf of Respondent   JE Associates evan.burkholder@leclairryan.com, evan.burkholder@gmail.com
    Evan A. Burkholder   on behalf of Defendant   J E Associates Inc evan.burkholder@leclairryan.com, evan.burkholder@gmail.com
    Frank J. Guadagnino   on behalf of Creditor   Aetna Health and Life Insurance Company fguadagnino@mcguirewoods.com, rhotaling@clarkhillthorpreed.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Gerald Rosen    efile_rosen@mied.uscourts.gov
Gordon J. Toering    on behalf of Defendant    EJ USA Inc gtoering@wnj.com
Gordon J. Toering    on behalf of Defendant    Valley Truck Parts Inc gtoering@wnj.com
H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
 jblock@resnicklaw.com
H. Nathan Resnick    on behalf of Defendant    Bauer & Hunter PLLC hnresnick@resnicklaw.net,
 jblock@resnicklaw.com
H. Nathan Resnick    on behalf of Interested Party    Resnick & Moss, P.C. hnresnick@resnicklaw.net,
 jblock@resnicklaw.com
Harvey R. Weingarden    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
  Association hweingarden@lippittokeefe.com, jdobrzycki@lippittokeefe.com
Harvey R. Weingarden    on behalf of Interested Party    Detroit Retired City Employees Association
 hweingarden@lippittokeefe.com, jdobrzycki@lippittokeefe.com
Heather Lennox    on behalf of Attorney    Jones Day hlennox@jonesday.com, tastachura@JonesDay.com
Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
 hlennox@jonesday.com, tastachura@JonesDay.com
Heather Lennox    on behalf of Interested Party    Christie's, Inc. hlennox@jonesday.com,
 tastachura@JonesDay.com
Heather Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com,
 tastachura@JonesDay.com
Heather Lennox    on behalf of Interested Party    Miller Buckfire & Co., LLC hlennox@jonesday.com,
 tastachura@JonesDay.com
Heidi Peterson    hdpeterson75@gmail.com
Howard Yale Lederman    on behalf of Creditor Ernest Flagg hlederman@normanyatooma.com
Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
Howard Yale Lederman    on behalf of Creditor Brian Greene hlederman@normanyatooma.com
Irma Industrious    on behalf of Creditor Irma Industrious iindustrious@yahoo.com
J. Paul Sugameli    on behalf of Defendant    Farrow Group Inc psugameli@sugamelilaw.com
James Pelland    on behalf of Defendant    Metco Services Inc jpelland@fb-firm.com,
 psugars@fb-firm.com
James Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
 james.sprayregen@kirkland.com
James Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
 james.sprayregen@kirkland.com
James Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
 james.sprayregen@kirkland.com
James J. Hayes    on behalf of Defendant    Alexander Chemical Corp attyjjhayes@gmail.com
Jamie Scott Fields    on behalf of Creditor Jamie Fields jeansartre@msn.com
Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
 jeansartre@msn.com
Jayson Ruff    on behalf of Creditor    Sprint Communications Company LP jruff@mcdonaldhopkins.com
Jayson Ruff    on behalf of Creditor    Bishop Real Estate, L.L.C. jruff@mcdonaldhopkins.com
Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
Jeffrey S. Kopp    on behalf of Debtor In Possession    City of Detroit, Michigan jkopp@foley.com
Jerome D. Goldberg    on behalf of Plaintiff John Smith apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff    National Action Network--Michigan Chapter
 apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Nicole Hill apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Rosalyn Parham apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff    Michigan Welfare Rights Organization
 apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Scott Eubank apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Rosalyn Walker apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Janice Ward apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff    Peoples Water Board apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff    Moratorium Now! apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff John Jackson apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Tammika Williams apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Sylvia Taylor apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Interested Party Jerome Moore apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Creditor David Sole apclawyer@sbcglobal.net
Jerome D. Goldberg    on behalf of Plaintiff Maurika Lyda apclawyer@sbcglobal.net
Jimmylee Gray    on behalf of Defendant    Ampro Construction LLC j.gray50@comcast.net
Jimmylee Gray    on behalf of Defendant    Uniglobe Construction Co j.gray50@comcast.net
Jimmylee Gray    on behalf of Defendant    Kingsway Building & Maintenance j.gray50@comcast.net
John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
 jstevens@mathesonparr.com, nlmumma@aol.com
John Adam Behrendt    on behalf of Plaintiff    Gotham Motown Recovery, LLC abehrendt@bodmanlaw.com,
 jgateman@bodmanlaw.com
John C. Lange    on behalf of Creditor    Detroit Public Library jlange@glmpc.com
John D. Mulvihill    on behalf of Creditor    Agar Lawn Sprinkler Systems Inc
 jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
John D. Mulvihill    on behalf of Attorney John Mulvihill Law Office Of John D. Mulvihill Pllc
 jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
John D. Mulvihill    on behalf of Defendant    Agar Lawn Sprinkler Systems Inc
 jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- John D. Mulvihill on behalf of Debtor In Possession City of Detroit, Michigan jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
- John G. Colucci on behalf of Respondent General Shale Brick, Inc. coluccilawfirm@gmail.com
- John G. Colucci on behalf of Creditor General Shale Brick, Inc. coluccilawfirm@gmail.com
- John H. Willems on behalf of Debtor In Possession City of Detroit, Michigan willems@millercanfield.com
- John P. Kapitan on behalf of Creditor Fifth Third Mortgage Company easternecf@trottlaw.com, mitrottlaw@ecf.courtdrive.com
- John P. Sieger on behalf of Creditor Michigan Bell Telephone Company john.sieger@kattenlaw.com
- John R. Canzano on behalf of Creditor Michigan Building and Construction Trades Council jcanzano@michworkerlaw.com, office@michworkerlaw.com
- Jonathan S. Green on behalf of Defendant City of Detroit, Michigan green@millercanfield.com
- Jonathan S. Green on behalf of Interested Party Miller, Canfield, Paddock and Stone, PLC green@millercanfield.com
- Jonathan S. Green on behalf of Defendant Michael Duggan, Mayor green@millercanfield.com
- Jonathan S. Green on behalf of Defendant City of Detroit green@millercanfield.com
- Jonathan S. Green on behalf of Debtor In Possession City of Detroit, Michigan green@millercanfield.com
- Jonathan S. Green on behalf of Defendant Michael Hall green@millercanfield.com
- Jong-Ju Chang on behalf of Creditor Oakland County, Michigan jchang@dykema.com, dkelley@dykema.com;docket@dykema.com
- Jong-Ju Chang on behalf of Interested Party City of Detroit, Water and Sewerage Department jchang@dykema.com, dkelley@dykema.com;docket@dykema.com
- Joseph M. Fischer on behalf of Creditor Oakland County, Michigan brcy@carsonfischer.com, jfischer@carsonfischer.com
- Joseph R. Sgroi on behalf of Creditor Ivey & Associates LLC jsgroi@honigman.com, litdocket@honigman.com
- Joseph R. Sgroi on behalf of Creditor Olympia Office Building, LLC jsgroi@honigman.com, litdocket@honigman.com
- Joseph R. Sgroi on behalf of Creditor Country West Apartments, LLC jsgroi@honigman.com, litdocket@honigman.com
- Joseph R. Sgroi on behalf of Creditor Aziz & Lorna Abraham jsgroi@honigman.com, litdocket@honigman.com
- Joseph R. Sgroi on behalf of Creditor 3100 East Jefferson, LLC jsgroi@honigman.com, litdocket@honigman.com
- Joseph R. Sgroi on behalf of Creditor Seven Mile Holdings, LLC jsgroi@honigman.com, litdocket@honigman.com
- Joseph R. Sgroi on behalf of Creditor Pont Solutions, LLC jsgroi@honigman.com, litdocket@honigman.com
- Joseph R. Sgroi on behalf of Creditor Gekko Enterprises LLC jsgroi@honigman.com, litdocket@honigman.com
- Joseph R. Sgroi on behalf of Interested Party Detroit Institute of Arts jsgroi@honigman.com, litdocket@honigman.com
- Joseph R. Sgroi on behalf of Creditor Lynch Road Land L.L.C. jsgroi@honigman.com, litdocket@honigman.com
- Joseph R. Sgroi on behalf of Creditor Koehler Market LLC jsgroi@honigman.com, litdocket@honigman.com
- Joseph R. Sgroi on behalf of Interested Party CW Professional Services, LLC jsgroi@honigman.com, litdocket@honigman.com
- Joseph R. Sgroi on behalf of Creditor Imperial Manor House, LLC jsgroi@honigman.com, litdocket@honigman.com
- Joseph R. Sgroi on behalf of Creditor Stanne Consulting, LLC jsgroi@honigman.com, litdocket@honigman.com
- Joseph R. Sgroi on behalf of Creditor Taggart Technologies LLC jsgroi@honigman.com, litdocket@honigman.com
- Joseph R. Sgroi on behalf of Creditor Enforcement Technology, Inc. jsgroi@honigman.com, litdocket@honigman.com
- Joseph R. Sgroi on behalf of Creditor 4737 Conner Co., LLC jsgroi@honigman.com, litdocket@honigman.com
- Joseph R. Sgroi on behalf of Creditor Atwater Group jsgroi@honigman.com, litdocket@honigman.com
- Joseph R. Sgroi on behalf of Creditor Aziz N. Abraham jsgroi@honigman.com, litdocket@honigman.com
- Joseph R. Sgroi on behalf of Creditor Kennedy Square Garage LLC jsgroi@honigman.com, litdocket@honigman.com
- Joseph R. Sgroi on behalf of Creditor Delbruck Technology, LLC jsgroi@honigman.com, litdocket@honigman.com
- Joseph R. Sgroi on behalf of Creditor 136 Bagley LLC jsgroi@honigman.com, litdocket@honigman.com
- Joseph R. Sgroi on behalf of Creditor Skyline Partners LLC jsgroi@honigman.com, litdocket@honigman.com
- Joseph R. Sgroi on behalf of Creditor WC Hoover Investments, LLC jsgroi@honigman.com, litdocket@honigman.com
- Joseph R. Sgroi on behalf of Creditor Seven Mile Partners, LLC jsgroi@honigman.com, litdocket@honigman.com
- Joseph R. Sgroi on behalf of Creditor Magnolia Properties, LLC jsgroi@honigman.com, litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Joseph R. Sgroi    on behalf of Creditor    Abraham & Potestivo, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Arrow Uniform Rental, Inc. jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    LDM, LLC jsgroi@honigman.com,  litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Chene Square, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Interested Party Michael  Duggan, Mayor jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Country House Apartments jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Interested Party    Greektown Casino, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    MICMR, LLC jsgroi@honigman.com,  litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Detroit Thermal, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Bean Little Investments, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    441 E. Larned LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    3250 Associated LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Sunrise Parking LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Attorney L. Katie Mason jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Tower Defense & Aerospace, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Blenheim Building, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Olympia Development of Michigan LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Mound Road Enterprises L.L.C. jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Singent Consulting LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    TC Manor House, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Cass Community Social Services, Inc.
           jsgroi@honigman.com,  litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Columbia Parking LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Elizabeth Street Properties, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    VITEC, L.L.C. jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Compuware Corporation jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Oakland Plant Properties, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Parkrite Holdings LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Linwood Neighbors LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Interested Party    Sigma Associates, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    TSD Solutions LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Cathedral Owner LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Interested Party    Compuware Corporation jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Fox Parking Garage, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    440 Congress LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Regency Owner LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Interested Party    Detroit Entertainment, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Mack Avenue Investors LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    120 W. Montcalm Properties LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Riverfront Towers Holdings LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
           litdocket@honigman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Joseph R. Sgroi    on behalf of Creditor    5801 Southfield Service Drive Corp. jsgroi@honigman.com,
           litdocket@honigman.com
          Joshua Wheelock    on behalf of Creditor Thomas M. Nunley jwheelock@wheelocklegal.com,
           joshwheelock@hotmail.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
          Judith Greenstone Miller    on behalf of Defendant    Election Systems & Software
           jmiller@jaffelaw.com, dgoldberg@jaffelaw.com
          Julie Beth Teicher    on behalf of Plaintiff    Detroit Police Lieutenants and Sergeants
           Association jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Attorney    Erman, Teicher, Zucker & Freedman, P.C.
           jteicher@maddinhauser.com
          Karen E. Evangelista    on behalf of Creditor Karen  Evangelista, Chapter 7 Trustee
           brewera1008@yahoo.com, EvangelistaKR89641@notify.bestcase.com
          Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
           kressk@pepperlaw.com
          Kenneth B. Vance    on behalf of Defendant    Z Contractors Inc kbvance@comcast.net,
           kbvance01@gmail.com
          Kevin Erskine    on behalf of Interested Party    United States of America kevin.erskine@usdoj.gov,
           Karen.Ducharme@usdoj.gov;Michele.Gangler@usdoj.gov;Megan.Kolar@usdoj.gov
          Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
           ksummers@dflaw.com, ccook@dflaw.com
          Kimberly Gibbs    on behalf of Defendant    Futurenet Group Inc KimberlyG@futurenetgroup.com
          Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
          Kristin K. Going    on behalf of Creditor    Wilmington Trust, N.A. Kristin.Going@dbr.com
          Kristin K. Going    on behalf of Creditor    Wilmington Trust Company, N.A. Kristin.Going@dbr.com
          Kurt Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff    National Action Network--Michigan Chapter
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Creditor    Hyde Park Co-Operative, et al. kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Interested Party    Housing is a Human Right Coalition
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Creditor    Michigan Welfare Rights Organization
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff    Michigan Welfare Rights Organization
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff John  Smith kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Creditor    Plymouth Square Ltd. Housing Association
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff John  Jackson kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Creditor    Michigan Auto Recovery Service, Inc.
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          L. Nichole Hunter    on behalf of Creditor    Public Lighting Authority nhunter@alglawpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Lawrence A. Lichtman    on behalf of Creditor    660 Woodward Associates, LLC
               llichtman@honigman.com, litdocket@honigman.com
              Lisa Hill Fenning    on behalf of Attorney Lisa S. Blatt Lisa.Fenning@aporter.com
              Louis P. Rochkind    on behalf of Plaintiff    National Public Finance Guarantee Corporation
               lrochkind@jaffelaw.com, dburris@jaffelaw.com
              M. Ellen Dennis    on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
               dwhadden@umich.edu
              Mami  Kato    on behalf of Interested Party    International Union of Operating Engineers, Local
               324 mkato@sachswaldman.com
              Mami  Kato    on behalf of Creditor Bruce  Goldman mkato@sachswaldman.com
              Mami  Kato    on behalf of Creditor Devery  Jones mkato@sachswaldman.com
              Mami  Kato    on behalf of Creditor Robbie Lee Flowers mkato@sachswaldman.com
              Mami  Kato    on behalf of Creditor Mary  Washington mkato@sachswaldman.com
              Mami  Kato    on behalf of Interested Party    Service Employees International Union, Local 517M
               mkato@sachswaldman.com
              Mami  Kato    on behalf of Creditor Michael  Wells mkato@sachswaldman.com
              Mami  Kato    on behalf of Creditor    Detroit Police Command Officers Association
               mkato@sachswaldman.com
              Mami  Kato    on behalf of Creditor Mary  Whitson mkato@sachswaldman.com
              Mami  Kato    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               mkato@sachswaldman.com
              Marc N. Swanson    on behalf of Defendant Michael  Hall swansonm@millercanfield.com
              Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan
               swansonm@millercanfield.com
              Marc N. Swanson    on behalf of Defendant    City of Detroit swansonm@millercanfield.com
              Marc N. Swanson    on behalf of Defendant Michael  Duggan, Mayor swansonm@millercanfield.com
              Marc N. Swanson    on behalf of Defendant    City of Detroit, Michigan swansonm@millercanfield.com
              Marc N. Swanson    on behalf of Defendant    Detroit City Council swansonm@millercanfield.com
              Marcy J. Ford    on behalf of Creditor    Bank of America, N.A. easternecf@trottlaw.com,
               mitrottlaw@ecf.courtdrive.com
              Marguerite Hammerschmidt    on behalf of Interested Party    Haas & Goldstein P.C.
               admin@hammer-stick.com
              Marie  Garian    on behalf of Defendant    ABC Demolition Co Inc Garianlaw@yahoo.com
              Mark  Wasvary    on behalf of Creditor    Hyde Park Co-Operative, et al. mark@wasvarylaw.com
              Mark  Wasvary    on behalf of Creditor    Plymouth Square Ltd. Housing Association
               mark@wasvarylaw.com
              Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com
              Mark B. Berke    on behalf of Defendant    Birks Works Environmental LLC mberkelaw@gmail.com
              Mark H. Shapiro    on behalf of Creditor    Nuveen Asset Management shapiro@steinbergshapiro.com,
               jbrown@steinbergshapiro.com
              Mark H. Shapiro    on behalf of Interested Party    The Securities Industry and Financial Markets
               Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
              Mark H. Shapiro    on behalf of Creditor    BlackRock Financial Management, Inc.
               shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
              Mark H. Shapiro    on behalf of Interested Party    Greenhill & Co., LLC
               shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
              Mark Howard Cousens    on behalf of Creditor    Amalgamated Transit Union Local 26
               cousens@cousenslaw.com
              Mark L. McAlpine    on behalf of Other Professional    McAlpine PC mlmcalpine@mcalpinelawfirm.com,
               dajaworski@mcalpinepc.com
              Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company
               mrj@wwrplaw.com
              Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
              Mark S. Frankel    on behalf of Defendant    Tooles Contracting Group LLC mfrankel@couzens.com
              Mark S. Frankel    on behalf of Defendant    Motor City Pipe & Supply Co mfrankel@couzens.com
              Mark S. Frankel    on behalf of Interested Party    Tooles Contracting Group LLC
               mfrankel@couzens.com
              Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc.
               bankrout@davispolk.com
              Mary Beth Cobbs    on behalf of Debtor In Possession    City of Detroit, Michigan
               cobbm@detroitmi.gov, mbcobbs@flash.net
              Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov,
               mbcobbs@flash.net
              Mary Beth Cobbs    on behalf of Interested Party    City of Detroit Law Department
               cobbm@detroitmi.gov, mbcobbs@flash.net
              Mary Kay Shaver    on behalf of Creditor    Varnum LLP mkshaver@varnumlaw.com
              Matthew  Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
              Matthew  Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
              Matthew  Wilkins    on behalf of Defendant    Electronic Data Systems Corporation
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew  Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
               Michigan wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew  Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew  Wilkins    on behalf of Retiree Committee    Official Committee of Retirees
               wilkins@bwst-law.com, marbury@bwst-law.com
              Matthew  Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association
               wilkins@bwst-law.com, marbury@bwst-law.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Matthew  Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew  Wilkins    on behalf of Intervenor-Plaintiff    Official Committee of Retirees of the City
           of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew D. Harper    on behalf of Interested Party    City of Detroit Water and Sewerage Department
           mdharper@eastmansmith.com
          Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und
           Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    FMS Wertmanagement summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
           summersm@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
           summersm@ballardspahr
          Matthew Joseph Hoffer    on behalf of Creditor    H.D.V. Greektown, LLC matt@bradshaferlaw.com,
           info@bradshaferlaw.com
          Matthew Joseph Hoffer    on behalf of Creditor    415 East Congress, LLC matt@bradshaferlaw.com,
           info@bradshaferlaw.com
          Matthew Joseph Hoffer    on behalf of Creditor    K&P, Incorporated matt@bradshaferlaw.com,
           info@bradshaferlaw.com
          Max J. Newman    on behalf of Interested Party    Wayne County Corporation newman@butzel.com
          Max J. Newman    on behalf of Defendant    Motor City Electric Technologies Inc newman@butzel.com
          Max J. Newman    on behalf of Defendant    Fort Wayne Contracting Inc newman@butzel.com
          Max J. Newman    on behalf of Defendant    Imperial Construction Co newman@butzel.com
          Max J. Newman    on behalf of Defendant    Detroit Thermal, LLC newman@butzel.com
          Max J. Newman    on behalf of Defendant    L D' Agostini & Sons Inc newman@butzel.com
          Max J. Newman    on behalf of Defendant    C E Pollard Company newman@butzel.com
          Michael  Benkstein    on behalf of Creditor    Derrez  Payne mbenkstein@joumanakayrouz.com
          Michael A. Stevenson    on behalf of Defendant    Clark Associates Inc mstevenson@sbplclaw.com,
           rschultz@sbplclaw.com
          Michael Anthony Karman    on behalf of Creditor    Fountain Court Consumer Housing Cooperative
           makarmanesq@gmail.com
          Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
          Michael H. Perry    on behalf of Defendant    Fraser Trebilcock Davis & Dunlap PC
           mperry@fraserlawfirm.com
          Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
          Michael R. Bell    on behalf of Interested Party    State of Michigan, Department of Attorney
           General BellM1@michigan.gov
          Michael R. Bell    on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
          Michael Robert Wolin    on behalf of Defendant    Systems & Software Inc mike@tishlaw.com
          Michael T. Brown    on behalf of Creditor    Detroit Water and Sewerage Department mbrown@kaalaw.com
          Michael T. Brown    on behalf of Respondent    Wayne County Treasurer mbrown@kaalaw.com
          My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
           mao-bk-ecf@debevoise.com
          Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP
           ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
          Neil Matthew Berger    on behalf of Plaintiff    City of Detroit, Michigan dperson@teamtogut.com,
           dcahir@teamtogut.com, seratner@teamtogut.com;neilberger@teamtogut.com;bmoore@teamtogut.com
          Neil R. Sherman    on behalf of Creditor    Flagstar Bank, FSB nsherman@sspclegal.com,
           stremonti1@sspclegal.com
          Neil R. Sherman    on behalf of Interested Party    CitiMortgage, Inc. nsherman@sspclegal.com,
           stremonti1@sspclegal.com
          Neil R. Sherman    on behalf of Interested Party    Schneiderman and Sherman, P.C.
           nsherman@sspclegal.com, stremonti1@sspclegal.com
          Neil R. Sherman    on behalf of Interested Party    Kondaur Capital Corporation
           nsherman@sspclegal.com, stremonti1@sspclegal.com
          Niraj R. Ganatra    on behalf of Attorney    UAW - Solidarity House Nganatra@uaw.net
          Paige E. Barr    on behalf of Creditor    Michigan Bell Telephone Company Paige.Barr@kattenlaw.com
          Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
           mkisell@plunkettcooney.com
          Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan
           pmears@btlaw.com
          Patrick W. Carothers    on behalf of Defendant    Carmeuse Lime Inc pcarothers@leechtishman.com,
           bankruptcy@leechtishman.com;ghauswirth@leechtishman.com;dtomko@leechtishman.com
          Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
           phage@jaffelaw.com, gshaw@jaffelaw.com
          Paul R. Hage    on behalf of Defendant    Inland Waters Pollution Control Inc. phage@jaffelaw.com,
           gshaw@jaffelaw.com
          Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation
           phage@jaffelaw.com, gshaw@jaffelaw.com
          Paul R. Hage    on behalf of Defendant    Election Systems & Software phage@jaffelaw.com,
           gshaw@jaffelaw.com
          Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Paula A. Hall   on behalf of Interested Party   Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
    Paula A. Hall   on behalf of Retiree Committee   Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
    Peter D. Dechiara   on behalf of Creditor   International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
    Peter Paul Sudnick   on behalf of Attorney Peter P. Sudnick psudnick@sudnicklaw.com, psudnick13@gmail.com
    Ralph A. Taylor   on behalf of Plaintiff   Ambac Assurance Corporation ralph.taylor@arentfox.com
    Raymond Guzall, III   on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
    Raymond Guzall, III   on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
    Richard A. Roble (UST)   on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
    Richard G. Mack, Jr.   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees richardmack@millercohen.com, mcoil@millercohen.com
    Richard G. Mack, Jr.   on behalf of Creditor   Coalition of Detroit Unions richardmack@millercohen.com, mcoil@millercohen.com
    Richard G. Mack, Jr.   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
    Richard G. Mack, Jr.   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
    Richardo I. Kilpatrick   on behalf of Creditor   Detroit Water and Sewerage Department ecf@kaalaw.com, Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;dgomez@kaalaw.com
    Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit, Water and Sewerage Department ecf@kaalaw.com, Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;dgomez@kaalaw.com
    Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage Department ecf@kaalaw.com, Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;dgomez@kaalaw.com
    Robert Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
    Robert Fetter   on behalf of Interested Party   Local 3308 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
    Robert Fetter   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
    Robert Fetter   on behalf of Interested Party   Local 917 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
    Robert A. Weisberg   on behalf of Defendant   Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
    Robert A. Weisberg   on behalf of Counter-Claimant   Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
    Robert A. Weisberg   on behalf of Creditor   Oakland County, Michigan BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
    Robert J. Figa   on behalf of Defendant   D A Central Inc RFiga@Comlawone.com
    Robert J. Figa   on behalf of Defendant   Vancon Inc RFiga@Comlawone.com
    Robert N. Bassel   on behalf of Interested Party   Lasalle Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
    Robert N. Bassel   on behalf of Interested Party   Lafayette Town Houses, Inc. bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
    Robert N. Bassel   on behalf of Interested Party   Joliet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
    Robert N. Bassel   on behalf of Interested Party   Nicolet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
    Robert N. Bassel   on behalf of Interested Party   St. James Cooperative bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
    Robert S. Hertzberg   on behalf of Defendant Michael Jamison hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
    Robert S. Hertzberg   on behalf of Defendant   City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
    Robert S. Hertzberg   on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
    Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
    Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
    Robert S. Hertzberg   on behalf of Interested Party   Pepper Hamilton LLP hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
    Robert S. Hertzberg   on behalf of Defendant John Naglik hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
    Robert S. Hertzberg   on behalf of Defendant John Naglick hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Robert S. Hertzberg on behalf of Plaintiff City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant Cheryl Johnson hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Ronald A. Spinner on behalf of Defendant City of Detroit, Michigan spinner@millercanfield.com
- Ronald A. Spinner on behalf of Debtor In Possession City of Detroit, Michigan spinner@millercanfield.com
- Ryan Plecha on behalf of Creditor Shirley V Lightsey rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Detroit Retired City Employees Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Plaintiff Detroit Retired City Employees Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Shirley V Lightsey rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Retired Detroit Police and Fire Fighers Association rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Creditor Donald Taylor rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Plecha on behalf of Interested Party Donald Taylor rplecha@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
- Ryan Blaine Bennett on behalf of Defendant Syncora Guarantee, Inc. ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Capital Assurance Inc. ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Holdings Ltd. ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
- Sam J. Alberts on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
- Sara Rajan on behalf of Defendant Camden Insurance Agency Inc srajan@starkreagan.com
- Scott A. Wolfson on behalf of Defendant Detroit Advanced Technology Application Network swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com
- Scott A. Wolfson on behalf of Creditor The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com
- Scott Eric Ratner on behalf of Debtor In Possession City of Detroit, Michigan dperson@teamtogut.com
- Scott Eric Ratner on behalf of Defendant Detroit Thermal, LLC dperson@teamtogut.com
- Scott Eric Ratner on behalf of Plaintiff City of Detroit, Michigan dperson@teamtogut.com
- Scott M. Watson on behalf of Creditor UBS AG swatson@wnj.com
- Sean M. Cowley (UST) on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
- Shanna Marie Kaminski on behalf of Interested Party City of Detroit Water and Sewerage Department , wrkyles@varnumlaw.com
- Shanna Marie Kaminski on behalf of Defendant Detroit Water and Sewerage Department , wrkyles@varnumlaw.com
- Shannon L. Deeby on behalf of Interested Party General Retirement System of the City of Detroit sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant Eastern Oil Co sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant Dell Computer Corporation sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Interested Party Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant J Ranck Electric Inc sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant Camp Dresser & McKee sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Creditor Governing Board of the City of Detroit Employee Benefit Plan sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Creditor Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant CDM Michigan Inc sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant Prevost Parts/Prevost Car Inc. sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant David Wm Ruskin sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Creditor General Retirement System of the City of Detroit sdeeby@clarkhill.com
- Sheldon S. Toll on behalf of Interested Party Detroit Windsor Tunnel, LLC sst@lawtoll.com
- Sheryl L. Toby on behalf of Interested Party Health Alliance Plan of Michigan stoby@dykema.com, dguerrero@dykema.com
- Stacey L. Heinonen on behalf of Creditor Larentinna Goudy sheinonen@855mikewins.com, staceyheinonen@yahoo.com
- Stanley I. Okoli on behalf of Creditor Shelton Bell, Jr. sokoli@romanolawpllc.com, dblake@romanolawpllc.com, dromano@romanolawpllc.com
- Stanley I. Okoli on behalf of Creditor Michael McKay sokoli@romanolawpllc.com, dromano@romanolawpllc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Stanley I. Okoli    on behalf of Creditor James  Williams sokoli@romanolawpllc.com,
               dromano@romanolawpllc.com
              Stanley L. de Jongh    on behalf of Interested Party    City of Detroit Law Department
               jongsl@detroitmi.gov
              Stanley L. de Jongh    on behalf of Debtor In Possession    City of Detroit, Michigan
               jongsl@detroitmi.gov
              Stephanie Lee Arndt    on behalf of Interested Party Desmond  Ricks s.arndt@fiegerlaw.com,
               s.teal@fiegerlaw.com
              Stephanie Lee Arndt    on behalf of Interested Party    Thomas Sandusky, Personal Representative of
               Estate of Hal Sandusky s.arndt@fiegerlaw.com,  s.teal@fiegerlaw.com
              Stephanie Lee Arndt    on behalf of Creditor Steven  Wolak s.arndt@fiegerlaw.com,
               s.teal@fiegerlaw.com
              Stephanie Lee Arndt    on behalf of Interested Party Desire'a  Ricks s.arndt@fiegerlaw.com,
               s.teal@fiegerlaw.com
              Stephanie Lee Arndt    on behalf of Interested Party Akilah  Cobb s.arndt@fiegerlaw.com,
               s.teal@fiegerlaw.com
              Stephen  Wolpert    on behalf of Creditor    Macomb County stephen.wolpert@dechert.com
              Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
               shelly.harrow@gmail.com
              Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts
               laplante@millercanfield.com,  skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
               laplante@millercanfield.com,  skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Plaintiff    City of Detroit, Michigan
               laplante@millercanfield.com,  skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Defendant    Detroit City Council laplante@millercanfield.com,
               skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
               laplante@millercanfield.com,  skoczylas@millercanfield.com
              Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
              Steven G. Howell    on behalf of Interested Party    State of Michigan showell@dickinsonwright.com
              Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
               General showell@dickinsonwright.com
              Stuart A. Gold    on behalf of Defendant    Federal Pipe & Supply Inc sgold@glmpc.com
              Stuart A. Gold    on behalf of Creditor    Detroit Public Library sgold@glmpc.com
              Stuart A. Gold    on behalf of Defendant    Binkelman Corp. sgold@glmpc.com
              Susheel Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
               susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
              Susheel Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc.
               susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
              Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
               mosullivan@schiffhardin.com;edocket@schiffhardin.com
              Tamar Dolcourt    on behalf of Debtor In Possession    City of Detroit, Michigan
               tdolcourt@foley.com
              Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association
               morris@silvermanmorris.com,  dlatus@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
               dlatus@silvermanmorris.com
              Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
               dlatus@silvermanmorris.com
              Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               morris@silvermanmorris.com,  dlatus@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association morris@silvermanmorris.com,  dlatus@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
               dlatus@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
               morris@silvermanmorris.com,  dlatus@silvermanmorris.com
              Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
               dlatus@silvermanmorris.com
              Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
              Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
               fusco@millercanfield.com
              Timothy A. Fusco    on behalf of Defendant    City of Detroit, Michigan fusco@millercanfield.com
              Timothy R. Graves    on behalf of Interested Party    Bronze Gable, L.L.C. tgraves@allardfishpc.com,
               allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
               tgraves@allardfishpc.com,  allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Aurelius Capital Management, LP
               tgraves@allardfishpc.com,  allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Stone Lion Capital Partners L.P.
               tgraves@allardfishpc.com,  allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Dexia Holdings, Inc. tgraves@allardfishpc.com,
               allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Panning Capital Management, LP
               tgraves@allardfishpc.com,  allardfishpc@yahoo.com
              Timothy R. Graves    on behalf of Interested Party    Monarch Alternative Capital LP
               tgraves@allardfishpc.com,  allardfishpc@yahoo.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Timothy R. Graves   on behalf of Interested Party   Ad Hoc COPs Holders tgraves@allardfishpc.com, allardfishpc@yahoo.com

      Timothy R. Graves   on behalf of Interested Party   Dexia Credit Local tgraves@allardfishpc.com, allardfishpc@yahoo.com

      Todd W. Grant   on behalf of Defendant   Waterworks Systems & Equipment tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com

      Todd W. Grant   on behalf of Defendant   E L Bailey & Co Inc tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com

      Todd W. Grant   on behalf of Defendant   North-West Trading Co tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com

      Todd W. Grant   on behalf of Defendant   Clarks Construction tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com

      Todd W. Grant   on behalf of Defendant   Blue Star Inc tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com

      Todd W. Grant   on behalf of Defendant   KEO and Associates Inc. tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com

      Vanessa G. Fluker   on behalf of Interested Party   Center for Community Justice and Advocacy vgflawyer@sbcglobal.net, dfjohnson@cfaith.com

      Wendy Turner Lewis   on behalf of Defendant   Pyratech Security Systems Inc wtlewis@ameritech.net

      William H. Goodman   on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com

      William H. Goodman   on behalf of Creditor Dwayne Provience mail@goodmanhurwitz.com

      William H. Goodman   on behalf of Creditor Christobal Mendoza mail@goodmanhurwitz.com

      William H. Goodman   on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com

      William H. Goodman   on behalf of Creditor Annica Cuppetelli mail@goodmanhurwitz.com

      William H. Goodman   on behalf of Creditor Walter Swift mail@goodmanhurwitz.com

      William J. Barrett   on behalf of Defendant   Genuine Parts Company william.barrett@bfkn.com

      William Norman Listman   on behalf of Interested Party   Southeastern Oakland County Water Authority wlistman@davislistman.com

      William W. Kannel   on behalf of Creditor   Ad Hoc Bondholder Committee wkannel@mintz.com

      William W. Kannel   on behalf of Creditor   Fidelity Management & Research Company wkannel@mintz.com

      Yuliy Osipov   on behalf of Creditor   Jackie's Transport, Inc. yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

      Yuliy Osipov   on behalf of Defendant   Toter Incorporated yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

      Yuliy Osipov   on behalf of Interested Party Gary Segatti yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

      Yuliy Osipov   on behalf of Interested Party   Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

      Yuliy Osipov   on behalf of Defendant   Capp, Inc. yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

      Yuliy Osipov   on behalf of Defendant   Capp USA yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

      Yuliy Osipov   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

      TOTAL: 579