# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

           Debtor.

_____/

Case No. 13-53846

Hon. Thomas J. Tucker

Chapter 9

## CORRECTED CERTIFICATE OF SERVICE

The undersigned counsel for Daniel J. Salkowski, Jeffrey Hamm, and Richard Makulski certifies that on August 23, 2019, Mark N. Swanson was served a copy of:

**RESPONDENTS' OBJECTIONS TO JOINT MOTION OF THE CITY OF DETROIT AND THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, MICHIGAN FOR THE ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT AND CONFIRMATION ORDER AGAINST DANIEL J. SALKOWSKI, JEFFREY HAMM, AND RICHARD MAKULSKI.**

Service was completed via electronic service through the electronic filing system, verified by confirmation of the Notice of Electronic Filing sent by mieb_ecfadmin@mieb.uscourts.gov, dated August 23, 2019 at 11:38:12 am to Mr. Swanson at swansonm@millercanfield.com.

Courtesy copies were also served on Charles Raimi via email on August 26, 2019 at 3:21 pm to raimic@detroitmi.gov, Ron King via email to rking@clarkhill.com, and Jennifer Green via email to jgreen@clarkhill.com.

Dated: August 29, 2019

/s/ Elizabeth A. Ferguson
Elizabeth A. Ferguson (P53645)
Law Offices of Elizabeth A. Ferguson, PLLC
Attorney for the Plaintiffs/Respondents
55 Southbound Gratiot
Mount Clemens, MI 48043
(586) 206-0157 (t)  (586) 261-4835 (f)
lizferguson@lawofficeseaferguson.com