# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Bankruptcy Case No. 13-53846<br><br>Judge Thomas J. Tucker<br><br>Chapter 9 |

**STIPULATION FOR THE ENTRY OF AN ORDER WITHDRAWING CLAIM NUMBER 1188 OF THE <u>BANK OF NEW YORK MELLON TRUST COMPANY, N.A.</u>**

The City of Detroit and The Bank of New York Mellon Trust Company, N.A. stipulate and agree to the entry of the Order attached as Exhibit A, withdrawing claim number 1188.

Dated: September 9, 2019

| EMMET, MARVIN & MARTIN, LLP<br><br>By: <u>/s/ Edward P. Zujkowski</u><br>     Edward P. Zujkowski<br>     Robert Lah<br>     120 Broadway<br>     32nd Floor<br>     New York, NY 10271<br>     Telephone: 212-238-3021<br>     ezujkowski@emmetmarvin.com<br><br>Counsel for The Bank of New York Mellon Trust Company, N.A. | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br><br>By: <u>/s/ Ronald A. Spinner</u><br>     Marc N. Swanson (P71149)<br>     Ronald A. Spinner (P73198)<br>     150 West Jefferson, Suite 2500<br>     Detroit, Michigan 48226<br>     Telephone: (313) 496-7591<br>     Facsimile: (313) 496-8451<br>     spinner@millercanfield.com<br><br>Counsel for the City of Detroit |

# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER WITHDRAWING CLAIM NUMBER 1188 OF THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.

Upon the stipulation between the City of Detroit and The Bank of New York Mellon Trust Company, N.A.; and good cause appearing therefore;

IT IS HEREBY ORDERED THAT claim number 1188 is withdrawn.