UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND ERICA MOORE, PERSONAL REPRESENTATIVE OF THE ESTATE OF AIYANA STANLEY-JONES <u>RESOLVING CLAIM NUMBER 1392</u>**

The City of Detroit, Michigan ("<u>City</u>") and Erica Moore, Personal Representative of the Estate of Aiyana Stanley-Jones ("<u>Moore</u>"; and collectively with the City, the "<u>Parties</u>") stipulate and agree as follows:

WHEREAS, on February 18, 2014, unsecured claim number 1392 ("<u>Claim</u>") in the face amount of $9,000,000 was filed on behalf of decedent Aiyana Stanley-Jones ("<u>Jones</u>");

WHEREAS, the City and representatives of Jones's estate have negotiated and approved a settlement of the Claim and related matters ("<u>Settlement</u>"), which Settlement is being resolved outside of the bankruptcy process;

WHEREAS, the Settlement has made the Claim moot;

NOW, THEREFORE, the Parties stipulate and agree that the Claim is hereby withdrawn.

**SO STIPULATED,
APPROVED AS TO FORM AND CONTENT:**

| | |
|---|---|
| September 9, 2019 | September 9, 2019 |
| MILLER, CANFIELD, PADDOCK AND STONE, PLC | FIEGER, FIEGER, KENNY & HARRINGTON, PC |
| For the City of Detroit, Michigan | For Erica Moore, Personal Representative of the Estate of Aiyana Stanley-Jones |
| By: /s/ Ronald A. Spinner<br>　　Ronald A. Spinner (P73159)<br>　　150 West Jefferson, Suite 2500<br>　　Detroit, MI  48226<br>　　(313) 496-7829<br>　　spinner@millercanfield.com | By: /s/ Geoffrey N. Feiger<br>　　Geoffrey N. Feiger (P30441)<br>　　19390 West Ten Mile Road<br>　　Southfield, MI 48075<br>　　(248) 355-5555<br>　　g.fieger@fiegerlaw.com |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**[PROPOSED] ORDER APPROVING THE STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND ERICA MOORE, PERSONAL REPRESENTATIVE OF THE ESTATE OF AIYANA STANLEY-JONES RESOLVING CLAIM NUMBER 1392**

This matter having come before the Court on the *Stipulation by and Between the City of Detroit, Michigan and Erica Moore, Personal Representative of the Estate of Aiyana Stanley-Jones*, the Court having reviewed the stipulation and being otherwise apprised of the matter, and there being good cause, NOW THEREFORE IT IS ORDERED THAT

1. The stipulation is approved to the extent set forth in this Order.

2. Claim number 1392 is withdrawn and expunged.

3. The City's claims agent is authorized to update the claims register accordingly.