# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER APPROVING THE STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND ERICA MOORE, PERSONAL REPRESENTATIVE OF THE ESTATE OF AIYANA STANLEY-JONES, RESOLVING CLAIM NUMBER 1392

This case is before the Court on the stipulation filed September 9, 2019, entitled "Stipulation by and Between the City of Detroit, Michigan and Erica Moore, Personal Representative of the Estate of Aiyana Stanley-Jones Resolving Claim Number 1392" (Docket # 13112, the "Stipulation"). Based on the Stipulation, and there being good cause,

IT IS ORDERED THAT:

1. The Stipulation is approved.

2. Claim number 1392 is withdrawn and expunged.

3. The City's claims agent is authorized to update the claims register accordingly.

**Signed on September 09, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge