# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER WITHDRAWING CLAIM NUMBER 1188 OF THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.

Based on the stipulation between the City of Detroit and The Bank of New York Mellon Trust Company, N.A. (Docket # 13111); and for good cause;

IT IS ORDERED THAT claim number 1188 is withdrawn.

**Signed on September 09, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge