UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 12, 2019, he electronically filed the *Notice of Withdrawal of Objection to Claim Number 2171 Filed by Cheryl Haywood* ("Notice") [Doc. No. 13115] with the Clerk of the Court which will provide notice of the filing to all ECF participants registered in this case. A copy of the Notice was also served upon the following, via first class mail, on the same date:

Mark E. Boegehold
1000 Town Center, Suite 500
Southfield, MI 48075

                                    By: /s/ Marc N. Swanson
                                         Marc N. Swanson
                                         150 West Jefferson, Suite 2500
                                         Detroit, Michigan 48226
                                         Telephone: (313) 496-7591
                                         Facsimile: (313) 496-8451
                                         swansonm@millercanfield.com

Dated: September 12, 2019