# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER SUSTAINING CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 3533 FILED BY ANTONIO BROOKS

This case is before the Court on the *City of Detroit's Objection to Claim Number 3533 Filed by Antonio Brooks* (Docket # 13094, the "Objection"),[1] seeking entry of an order disallowing and expunging Claim 3533. This Court has jurisdiction over the Objection under 28 U.S.C. §§ 157 and 1334 and Article VII of the Plan; and this is a core proceeding under 28 U.S.C. § 157(b)(2). Venue of this proceeding and the Objection in this District is proper under 28 U.S.C. §§ 1408 and 1409. The relief requested in the Objection is in the best interests of the City and its creditors; and due and proper notice of the Objection was given as provided in the Objection; and no other or further notice of the Objection need be given. No timely response to the Objection was filed. The Court finds that the legal and factual bases set forth in the Objection establish just cause for the relief granted.

IT IS ORDERED that:

1. The Objection is sustained.

---
[1] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Objection.

2. Claim 3533 filed by Antonio Brooks is disallowed and expunged in its entirety under Section 502(b) of the Bankruptcy Code.

3. The City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

4. The City is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

**Signed on September 13, 2019**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge