# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 13, 2019, he served a copy of the *Order Sustaining City of Detroit's Objection to Claim Number 3533 Filed by Antonio Brooks* [Doc. No. 13118] upon the following, via first class mail:

E. Jason Blankanship
Fieger, Fieger, Kenney, Giroux, & Harrington, PC
19390 W. 10 Mile Road
Southfield, MI 48075

By: /s/ Marc N. Swanson
    Marc N. Swanson
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 496-7591
    Facsimile: (313) 496-8451
    swansonm@millercanfield.com

Dated: September 13, 2019