UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

    Debtor.

_____/

Chapter 9
Case No. 13-53846
Judge Thomas J. Tucker

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PLEADINGS AND OTHER PAPERS

To:    All parties in interest

PLEASE TAKE NOTICE that Megan B. Boelstler appears for Detroit Fire Fighters Association, Local 344 ("DFFA")—pursuant to the United States Bankruptcy Code and Bankruptcy Rules 2002, 9007, and 9010—and requests service of all pleadings and other papers.

/s/Megan B. Boelstler
Megan B. Boelstler (P79125)
Legghio & Israel, P.C.
306 South Washington, Suite 600
Royal Oak, MI 48067
(248) 398-5900
mbb@legghioisrael.com

Date: September 13, 2019    Attorney for DFFA