# Exhibits

1. Complaint filed in *Salkowski et al. v. City of Detroit, the Detroit Police and Fire Pension Board, and Detroit Fire Fighters Association Local 344,* WCCC Case No. 2019-009993-CL

2. Order of Dismissal of *Salkowski et al. v. City of Detroit, the Detroit Police and Fire Pension Board, and Detroit Fire Fighters Association Local 344,* WCCC Case No. 2019-009993-CL

3. Christopher Baumann November 10, 2015 grievance withdrawal

4. October 24, 2017 letter from Ronald King to Elizabeth Ferguson regarding Christopher Baumann and the circumstances surrounding his application and participation in DROP

5. Certificate of Service