# EXHIBIT 2

19-009993-CL FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   8/21/2019 7:02 AM   Katrina Ross

STATE OF MICHIGAN
WAYNE COUNTY CIRCUIT COURT

DANIEL J. SALKOWSKI,
JEFFREY HAMM, and
RICHARD MAKULSKI

    Plaintiffs,　　　　　　　　　　　Case No. 2019-009993-CL
v.　　　　　　　　　　　　　　　　　Judge John A. Murphy

CITY OF DETROIT, THE DETROIT
POLICE AND FIRE PENSION BOARD,
And DETROIT FIRE FIGHTERS
ASSOCIATION LOCAL 344,

    Defendants.

---

Elizabeth A. Ferguson (P53645)
Law Offices of Elizabeth A. Ferguson PLLC
55 Southbound Gratiot
Mount Clemens, MI 48043-2386
586.206.0157
lizferguson@lawofficeseaferguson.com
Attorney for Plaintiffs

Charles N. Raimi (P29746)
Deputy Corporation Counsel
City of Detroit Law Department
2 Woodward Avenue, Suite 500
Coleman A. Young Municipal Center
Detroit, MI 48226
(313) 237-5037
raimic@detroitmi.gov
Attorney for the City of Detroit

Christopher P. Legghio (P27378)
Megan B. Boelstler (P79125)
Legghio & Israel, PC
306 South Washington, Suite 600
Royal Oak, MI 48067-3837
248.398.5900
cpl@legghioisrael.com
mbb@legghioisrael.com
Attorneys for Defendant DFFA

Jennifer K. Green (P69019)
Ronald A. King (P45088)
Shannon L. Deeby (P60242)
Clark Hill, PLC
151 S. Old Woodward Ave., Suite 200
Birmingham, MI 48009
(248) 988-2315
jgreen@clarkhill.com
rking@clarkhill.com
Attorneys for Police and Fire Retirement System for the City of Detroit

---

**ORDER OF DISMISSAL WITH PREJUDICE**

1

At a session of Court held in the Courthouse in
Detroit, Michigan on  8/21/2019  .
Present: Honorable John A. Murphy
Wayne County Court Judge

For the reasons stated on the record at the August 15, 2019 hearing:

1. The August 1, 2019 Temporary Restraining Order and the August 7, 2019 Revised Temporary Restraining Order are dissolved;

2. Plaintiffs' request for a preliminary injunction is denied; and

3. This lawsuit is dismissed with prejudice and without costs or fees to any party.

/s/ John A. Murphy   8/21/2019
John A. Murphy, Wayne County Circuit Judge

**APPROVED AS TO FORM:**

*/s/Elizabeth A. Ferguson*
Elizabeth A. Ferguson (P53645)
Law Offices of Elizabeth A. Ferguson PLLC
55 Southbound Gratiot
Mount Clemens, MI 48043-2386
586.206.0157
lizferguson@lawofficeseaferguson.com
Attorney for Plaintiffs

*/s/Charles N. Raimi*
Charles N. Raimi (P29746)
Deputy Corporation Counsel
City of Detroit Law Department
2 Woodward Avenue, Suite 500
Coleman A. Young Municipal Center
Detroit, MI 48226
(313) 237-5037
raimic@detroitmi.gov
Attorney for the City of Detroit

August 20, 2019

*/s/Christopher P. Legghio*
Christopher P. Legghio (P27378)
Megan B. Boelstler (P79125)
Legghio & Israel, PC
306 South Washington, Suite 600
Royal Oak, MI 48067-3837
248.398.5900
cpl@legghioisrael.com
mbb@legghioisrael.com
Attorneys for Defendant DFFA

*/s/Ronald A. King*
Jennifer K. Green (P69019)
Ronald A. King (P45088)
Shannon L. Deeby (P60242)
Clark Hill, PLC
151 S. Old Woodward Ave., Suite 200
Birmingham, MI 48009
(248) 988-2315
jgreen@clarkhill.com
rking@clarkhill.com
Attorneys for Police and Fire Retirement System for the City of Detroit

2