I, Christopher Baumann, am withdrawing my grievance #17-15 effective November 10, 2015.

_____
CHRISTOPHER BAUMANN

DATE: 11-10-15

| CITY OF DETROIT FIRE DEPARTMENT | **GRIEVANCE FORM** | GRIEVANCE NO. 17-15 |
|---|---|---|

| CHRISTOPHER BAUMANN | FIRE FIGHTER | 08/14/2015 |
|---|---|---|
| NAME OF AGGRIEVED EMPLOYEE | TITLE | DATE |

**STATEMENT OF GRIEVANCE:**

Member grieves being put in the Deferred Retirement Options Plan (DROP) in July of 2014 when no DROP plan existed.

Member requested, to the Police and Fire Pension System, that he be removed from the DROP plan but was recently notified that he was denied.

| *[signature]* | *[signature]* | 9/17/15 |
|---|---|---|
| Aggrieved Employee | Director | Date Presented to Officer |

**DESIRED REMEDY OF GRIEVANCE:**

That Fire Fighter Christopher Baumann's DROP be rescinded

*[signature]*
Aggrieved Employee

**STEP I:**
**ANSWER OF DIVISION HEAD:**

| | |
|---|---|
| Division Head | Date Returned |

**UNION STATEMENT:**   ANSWER IS ACCEPTED ☐   ANSWER IS REJECTED ☐

| | | |
|---|---|---|
| Aggrieved Employee | Director | Date |

**ADDITIONAL INFORMATION ON BACK**

This "Grievance Form" is subject to revision – pending contract negotiations.