# EXHIBIT 4

# CLARK HILL

Ronald A. King
T 517.318.3015
F 517.318.3068
Email: rking@clarkhill.com

Clark Hill PLC
212 East Grand River Avenue
Lansing, MI 48906
T 517.318.3100
F 517.318.3099

clarkhill.com

October 24, 2017

**VIA FIRST CLASS MAIL AND EMAIL**

Elizabeth A. Ferguson, Esq.
Law Offices of Elizabeth A. Ferguson
55 SB Gratiot
Mount Clemens, Michigan 48043
lizferguson@lawofficeseaferguson.com

    Re:  **Christopher Baumann, F-233312**

Dear Ms. Ferguson:

    The undersigned serves as General Counsel to the Board of Trustees of the Police and Fire Retirement System ("PFRS"). We are in receipt of your correspondence dated March 8, 2016, concerning the above-referenced PFRS Member, Mr. Baumann, and the circumstances surrounding his application and participation in the Deferred Retirement Option Plan ("DROP") Program pursuant to *The Combined Plan of the Police and Fire Retirement System of the City of Detroit*, as amended by the Emergency Manager of the City of Detroit effective July 1, 2014 (the "Combined Plan").[1]

    Pursuant to ordinance, the Combined Plan was first published with the City Clerk's Office July 1, 2014. Component I provides that a DROP election shall be irrevocable. *See* Component I, Sec. 12.1(1).

    As you may know, Mr. Baumann submitted correspondence to PFRS Board of Trustees concerning his circumstances in February 2015, wherein he effectively requested relief from his irrevocable DROP election. The Board considered Mr. Baumann's circumstances in open session at its regular meeting held on June 25, 2016. As is reflected in the attached record of that consideration, Trustee Pegg offered a motion to accept Mr. Baumann's request for relief, which was seconded by Trustee Thomas, but the motion failed. The Board's consideration of that motion stands as its final determination concerning Mr. Baumann's request for relief.

---

[1] The terms governing PFRS's pension benefits are presently memorialized in the Combined Plan, as amended by the Emergency Manager via Order No. 44, December 8, 2014, effective July 1, 2014. This document is publicly accessible on PFRS's website at: http://www.pfrsdetroit.org/Resources/Combined-Plan-Document

Elizabeth A. Ferguson, Esq.
October 24, 2017
Page 2

    We understand that you have requested further information regarding Mr. Baumann's pension records. Without Mr. Baumann's written consent, PFRS is not able to provide you with further information at this time, though Mr. Baumann may obtain a copy of his file directly upon contacting PFRS at (313) 224-3362. Thank you.

                           Sincerely,

                           CLARK HILL PLC

                           Ronald A. King

RAK/kmt
Enclosures

cc:    Board of Trustees, PFRS
       David Cetlinski, Executive Director, PFRS

CLARK HILL
13-53846-tjt Doc 13122-5 Filed 09/13/19 Entered 09/13/19 18:19:20 Page 3 of 13
13-53846-tjt Doc 13103-3 Filed 08/23/19 Entered 08/23/19 11:35:42 Page 3 of 10