# EXHIBIT 5

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CERTIFICATE OF SERVICE

The undersign certifies that on September 13, 2019 she electronically filed the *Detroit Fire Fighters' Association, Local 344, AFL-CIO Reply to the City of Detroit's and the Police and Fire Retirement System's Joint Motion to Enforce the Plan of Adjustment and Confirmation Order* (Reply) with the Clerk of the Court which will provide notice of the filing to all ECF participants registered in this case. A copy of the Reply was also served upon the following, via first class mail, on the same date:

Elizabeth A. Ferguson
55 Southbound Gratiot
Mount Clemens, MI 48043

                                        */s/ Megan B. Boelstler*
                                        Megan B. Boelstler (P79125)
                                        Legghio & Israel, P.C.
                                        306 South Washington Avenue, Suite 600
                                        Royal Oak, Michigan 48067-3837
                                        (248) 398-5900
                                        mbb@legghioisrael.com

                                        Attorney for the DFFA

September 13, 2019