UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CERTIFICATE OF SERVICE

The undersign certifies that on September 13, 2019 she electronically filed the *Detroit Fire Fighters' Association, Local 344, AFL-CIO Reply to the City of Detroit's and the Police and Fire Retirement System's Joint Motion to Enforce the Plan of Adjustment and Confirmation Order* (Reply) with the Clerk of the Court which will provide notice of the filing to all ECF participants registered in this case. A copy of the Reply was also served upon the following, via first class mail, on the same date:

Elizabeth A. Ferguson
55 Southbound Gratiot
Mount Clemens, MI 48043

*/s/ Megan B. Boelstler*
Megan B. Boelstler (P79125)
Legghio & Israel, P.C.
306 South Washington Avenue, Suite 600
Royal Oak, Michigan 48067-3837
(248) 398-5900
mbb@legghioisrael.com

Attorney for the DFFA

September 13, 2019

1