# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>    Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF NO RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NUMBER 1835 FILED BY HERITAGE HOSPITAL / OAKWOOD HEALTH CARE, INC.

The undersigned certifies that on August 14, 2019, she filed the City of Detroit's Objection to Claim Number 1835 [ Docket No. 13095 ] ( the "Objection") and a Notice of the Objection [ Docket No. 13095 ] ( "Notice" ) with the Court and served the Objection via First class Mail at the address listed therein for Heritage Hospital/Oakwood Health Care, Inc., see Certificate of Service [Docket No. 13095 ] (attached as Exhibit B)

Pursuant to Rule 3007-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Michigan, and the Notice, Heritage Hospital/Oakwood Health Care Inc., was required to file a response to the relief requested in the Objection, if any, on or before September 11, 2019. No response was filed and served.

WHEREFORE, pursuant to Local Rule 3007-1(c), the undersigned respectfully requests that this Court enter an order in the form attached as Exhibit A, granting the objection as stated therein.

Dated: September 16, 2019

                            CITY OF DETROIT LAW DEPARTMENT

                            /s/Mary Beth Cobbs
                            MARY BETH COBBS (P40080)
                            Assistant Corporation Counsel
                            2 Woodward Avenue, Ste. 500
                            Detroit, MI 48226
                            313.237.3075
                            cobbm@detroitmi.gov

# EXHIBIT A

**EXHIBIT A: PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER SUSTAINING CITY OF DETROIT'S
OBJECTION TO CLAIM NUMBER 1835 FILED BY
HERITAGE HOSPITAL / OAKWOOD HEALTH CARE, INC.**

Upon review of the *City of Detroit's Objection to Claim Number 1835 Filed by Heritage Hospital / Oakwood Health Care, Inc.* ("Objection"),[1] seeking entry of an order disallowing and expunging claim number 1835; and it appearing that this Court has jurisdiction over the Objection under 28 U.S.C. §§ 157 and 1334 and Article VII of the Plan; and the Court finding that this is a core proceeding under 28 U.S.C. § 157(b)(2); and the Court finding that venue of this proceeding and the Objection in this District is proper under 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Objection is in the best interests of the City

---

[1] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Objection.

and its creditors; and due and proper notice of the Objection having been given as provided in the Objection; and it appearing that no other or further notice of the Objection need be given; and any objections or other responses to the Objection having been overruled or withdrawn; and the Court finding that the legal and factual bases set forth in the Objection and at the hearing establish just cause for the relief granted; and after due deliberation and good and sufficient cause appearing therefore;

IT IS ORDERED that:

1. The Objection is sustained.

2. Claim number 1835 filed by Heritage Hospital / Oakwood Health Care, Inc. is disallowed and expunged in its entirety under Section 502(b) of the Bankruptcy Code.

3. The City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

4. The City is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

5. Notice of the Objection as provided therein is good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a) and the local rules of the Court are satisfied by such notice.

**EXHIBIT B**

# EXHIBIT 3: CERTIFICATE OF SERVICE

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 14, 2019, she electronically filed the foregoing *City of Detroit's Objection to Claim Number 1835 Filed by Heritage Hospital / Oakwood Health Care, Inc.* ("Objection") with the Clerk of the Court which will provide notice of the filing to all ECF participants registered in this case. A copy of the Objection was also served upon the following, via first class mail, on the same date:

Bruce K. Pazner, PC
15200 East Jefferson, Suite 104
Grosse Pointe Park, MI 48230

By: /s/ MARY BETH COBBS

MARY BETH COBBS

Dated: August 14 2019