# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## NOTICE OF CALCULATION OF CURRENT DISPUTED UNSECURED CLAIMS RESERVE

## PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On March 3, 2015, the City of Detroit ("City") filed its *Motion of the City of Detroit, Pursuant to Sections 105(A) and 502(C) of the Bankruptcy Code and Bankruptcy Rule 3021, for an Order Approving Reserve Amounts for Certain Disputed or Unliquidated Unsecured Claims in Connection with Distributions to be Made Under the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit* ("Reserve Motion," Doc. No. 9351). The Reserve Motion sought to establish a "Disputed Unsecured Claims Reserve" in accord with the terms of the City's plan ("Plan").[1] *See* Plan, Art. VI.B. The Reserve Motion also sought approval of the City's proposed "Reserve Administration Rules" for revising the Disputed Unsecured Claims Reserve. Reserve Motion, ¶ 26.

---

[1] *Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014)*, as filed on October 22, 2014 [Doc. No. 8045], and as confirmed as modified by Court order on November 12, 2014 ("Plan"). [Doc. No. 8272]. Undefined capitalized terms have the meanings assigned to them in the Plan or the Reserve Motion, as appropriate.

2. On April 10, 2015, the City filed its *Consolidated Reply in Support of Motion of the City of Detroit, Pursuant to Sections 105(A) and 502(C) of the Bankruptcy Code and Bankruptcy Rule 3021, for an Order Approving Reserve Amounts for Certain Disputed or Unliquidated Unsecured Claims in Connection with Distributions to be Made Under the Eighth Amended Plan for the Adjustment of Debts of the City of Detroit* [Doc. No. 9652] ("<u>Reserve Reply</u>"). The Reserve Reply modified the Schedules of Liquidated Amounts and of Reclassification Claims (Reserve Motion Exhibits 6.1 and 6.6) to resolve informal objections, but did not affect the amount sought for the Disputed Unsecured Claim Reserve.[2]

3. The Court granted the Reserve Motion, expressly approving the Reserve Administration Rules and setting the initial Disputed Unsecured Claims Reserve to be $1.035 billion. ("<u>Reserve Order</u>," Doc. No. 9701, ¶¶ 2-3.)

4. Since the Reserve Order was entered, the City has been diligently working to resolve claims filed in its bankruptcy case.

5. Reserve Administration Rule (a) requires the City to revise the amount of the Disputed Unsecured Claims Reserve to reflect the allowance, disallowance, or other resolution of claims. Reserve Motion, ¶ 26.

6. Reserve Administration Rule (f) permits the City to file "a notice of the calculation of the then-current Disputed Unsecured Claims Reserve." *Id.*

---

[2] The City had rounded the figures it requested in the Reserve Motion. The figures in the Reserve Reply rounded to the same amount. Reserve Reply, ¶ 2.

7. **PLEASE TAKE NOTICE that this is the City's notice of the calculation of the current Disputed Unsecured Claims Reserve.**

*Initial Reserve*

8. The Disputed Unsecured Claim Reserve consisted of six components grouped in three categories: (1) disputed claims asserting a fully liquidated claim amount ("Liquidated Reserve"); (2) disputed claims asserting an unliquidated (a) litigation claim ("Unliquidated Litigation Reserve"), (b) employee benefit claim ("Employee Reserve"), or (c) other type of claim ("Other Unliquidated Reserve"); and (3) claims yet to be asserted as a result of (a) preference actions ("502(h) Reserve") or (b) reasons not known at the time the Reserve Motion was filed ("Unknown Claim Reserve"). Reserve Motion, ¶¶ 13-14, 20-23.

9. The table below sets forth the amount that the Reserve Motion proposed to reserve for each of these components.

| Category | Requested Amount |
|---|---|
| Liquidated Reserve | $968,000,000 |
| Unliquidated Litigation Reserve | $1,000,000 |
| Unliquidated Employee Reserve | $45,000,000 |
| Other Unliquidated Reserve | $1,000,000 |
| 502(h) Reserve | $10,000,000 |
| Unknown Claim Reserve | $10,000,000 |
| **Total** | **$1,035,000,000** |

Reserve Motion, ¶¶ 18, 20-21, 24-25.

10. After the Reserve Motion was filed, objections to the City's proposal were raised. The City resolved two objections by revising its classification of claims in a manner that did not affect the relief sought. Reserve Reply, ¶ 2.

11. On April 16, 2015, the Court overruled the remaining objections and approved the Reserve Motion as modified by the Reserve Reply. Reserve Order.

12. In accord with the Reserve Administration Rules, the City has reviewed the Disputed Unsecured Claim Reserve and now reduces it to **$98,000,000**. The City arrived at this figure as described below.

*Liquidated Reserve*

13. The City originally set the Liquidated Reserve at $968,000,000 to reserve for disputed claims asserting a fully liquidated claim. Reserve Motion, ¶¶ 14-18. These claims were listed in Exhibit 6-1 to the Reserve Motion. *Id.*

14. The Reserve Reply revised the list of liquidated claims slightly, attaching the revised claim list ("Liquidated Claim List") as Exhibit B.

15. Since then, the City has been diligently resolving claims on the Liquidated Claim List. The original Liquidated Claim List contained 549 claims asserting a total of $967,997,152.05 in claims. Nearly all have since been allowed, expunged, or otherwise resolved. Only seven claims from the original list remain unresolved, asserting a total of $10,535,589.38. This is a reduction of nearly 99% from the original amount of disputed claims on the Liquidated Claim List.

16. While working through claims, the City identified two additional claims (numbers 1323 and 1361) asserting liquidated claims totaling $7,300,000 (plus potential interest and fees) that it believes should be added to the list. The City reserves an equal amount for potential interest and fees. With these claims added, the remaining disputed liquidated claims total $25,135,589.38.

17. Claimants holding four of the remaining claims, claim numbers 1841, 1845, 1857, and 1925, total $6,252,431.04, have sought a 1000% enhancement of their claims to account for the fact that unsecured claims will not be paid in full.[3] If the enhancement should be granted, the claims will increase to $62,524,310.40. The City must add $56,271,879.36[4] to the reserve to account for this possibility.

18. The updated list, including these claims, is attached as **Exhibit 1**. The new total is thus $81,407,468.74. For simplicity and in keeping with prior practice, the City rounds the Liquidated Reserve amount up to **$82 million**, a decrease of nearly $900 million from the original Liquidated Reserve.

---

[3] *See City of Detroit's Motion for the Entry of an Order Enforcing the Plan of Adjustment Injunction Against H.D.V. Greektown, LLC, 415 East Congress, LLC, and K&P, Incorporated* [Doc. No. 12852] *and Order Granting the Motion for Reconsideration Filed by H.D.V. Greektown, LLC, 415 East Congress, LLC, and K&P, Incorporated (Docket # 12882); Vacating the Court's Order of August 2, 2018 (Docket # 12863), and Denying the City of Detroit's Motion Filed July 11, 2018 (Docket # 12852)* [Doc. No. 12928].

[4] The fee enhancement would increase the claims from $6,252,431.04 to $62,524,310.40. On May 24, 2019, the Sixth Circuit affirmed the District Court's denial of the requested fee enhancement. The appellants had 90 days (until August 22, 2019) to file a petition for certiorari. U.S. Sup. Ct. R. 13(1). To the City's knowledge, no petition was filed. The City thus plans to object to these claims.

*Unliquidated Litigation Reserve*

19. In the Reserve Motion, the City attached lists of litigation claims that were wholly or partially unliquidated as Exhibits 6-2 and 6-3.

20. There were 28 fully unliquidated claims listed on Exhibit 6-2 to the Reserve Motion.

21. There were 17 partially unliquidated claims listed on Exhibit 6-3 to the Reserve Motion, 15 of which had liquidated amounts accounted for on Exhibit 6-1 of the Reserve Motion.

22. Based on the review of the City Law Department, the City reserved $1.0 million for all of these claims. Reserve Motion, ¶ 21(a).

23. Since the Reserve Order was entered, the City has resolved all 28 claims on Exhibit 6-2 and all 17 claims on Exhibit 6-3.

24. Additionally, in working through the claims resolution process, the City identified claim numbers 1862 and 3631, which assert unliquidated litigation claims that the City believes should be added to the list. Claim 3631 asserts a liquidated claim of no less than $75,000.[5] The remaining claim is unliquidated.

25. The City will set the Unliquidated Litigation Reserve at **$10.0 million** to ensure that these claims are amply provided for.

---

[5] A judgment of nearly $3 million has been entered in the District Court case liquidating this claim. (E.D. Mich. Case No. 4:12-cv-11679-GAD-DRG, Doc. No. 201.) This judgment is currently under appeal. (Sixth Cir. Case No. 19-1555.)

*Unliquidated Employee Reserve*

26. In the Reserve Motion, the City attached a list of 60 unliquidated employee benefit claims as Exhibit 6-5 and reserved $45.0 million for them. Reserve Motion, ¶ 21(b).

27. Since the Reserve Order was entered, the City has resolved all 60 claims on Exhibit 6-5 and thus sets the Unliquidated Employee Reserve to **$0**.

*Other Unliquidated Reserve*

28. In the Reserve Motion, the City reserved $1.0 million for other unliquidated class 14 claims, such as trade claims. Reserve Motion, ¶ 21(c).

29. Most of these claims have been resolved, but a few remain. The City thus believes it prudent to leave the Other Unliquidated Reserve at **$1.0 million**.

*502(h) Reserve*

30. In the Reserve Motion, the City reserved $10 million for section 502(h) claims that might be filed as a result of preference actions the City planned to assert. Reserve Motion, ¶ 24.

31. All preference actions have been resolved; thus, it is appropriate to set the 502(h) Reserve at **$0**.

*Unknown Claim Reserve*

32. Finally, in the Reserve Motion, the City reserved $10 million for claims that might yet be asserted against the City. Reserve Motion, ¶ 24.

33. The City believes that any claims that could have been asserted already have been. Any further claims would be extremely untimely. However, in prudence, the City will reserve **$5,000,000** for any such claims.

34. The City thus sets the Unknown Claim Reserve to **$5,000,000**.

*Summary*

35. For these reasons, the City has set the Disputed Unsecured Claim Reserve to **$98,000,000** as shown in the below table.

| Category | Original Amount | New Amount |
|---|---|---|
| Liquidated Reserve | $968,000,000 | $82,000,000 |
| Unliquidated Litigation Reserve | $1,000,000 | $10,000,000 |
| Unliquidated Employee Reserve | $45,000,000 | $0 |
| Other Unliquidated Reserve | $1,000,000 | $1,000,000 |
| 502(h) Reserve | $10,000,000 | $0 |
| Unknown Claim Reserve | $10,000,000 | $5,000,000 |
| **Total** | **$1,035,000,000** | **$98,000,000** |

Dated: September 17, 2019

Respectfully submitted,

By: /s/ Marc N. Swanson
    Marc N. Swanson (P71149)
    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 496-7591
    Facsimile: (313) 496-8451
    swansonm@millercanfield.com

- and -

                Charles N. Raimi (P29746)
Deputy Corporation Counsel
City of Detroit Law Department
2 Woodward Avenue, Suite 500
Coleman A. Young Municipal Center
Detroit, Michigan  48226
Telephone: (313) 237-5037
Facsimile: (313) 224-5505
raimic@detroitmi.gov

ATTORNEYS FOR THE CITY OF DETROIT

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>    Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 17, 2019, he filed the *Notice of Calculation of Current Disputed Unsecured Claims Reserve* using the court's CM/ECF system which provided notice of the filing to all registered participants in this matter.

    By: /s/ Marc N. Swanson
        Marc N. Swanson
        150 West Jefferson, Suite 2500
        Detroit, Michigan 48226
        Telephone: (313) 496-7591
        Facsimile: (313) 496-8451
        swansonm@millercanfield.com

September 17, 2019

# Exhibit 1

# Current list of liquidated claims as compared to original list

# SCHEDULE OF LIQUIDATED AMOUNTS

*In most cases, the Original Liquidated Reserve Amount below reflected the amounts asserted in the applicable proofs of claim.*

| Claim Number | Claimant | Original Liquidated Reserve Amount | Claim Status | New Liquidated Reserve Amount |
|---:|---|---:|---|---:|
| 1269 | 16600 Greenfield, LLC | $58,365.18 | Expunged | $0.00 |
| 1841 | 415 East Congress, LLC | $1,563,107.76 | Unresolved | $1,563,107.76 |
| 880 | Adams, Eddie | $277,550.61 | Expunged | $0.00 |
| 3577 | Adams, Tanora | $50,000.00 | Expunged | $0.00 |
| 3208 | Adedokun, Silifat | $250,000.00 | Expunged | $0.00 |
| 2534 | Adler Stilman, PLLC | $500,000.00 | Expunged | $0.00 |
| 1062 | ADP, INC. | $29,644,827.50 | Expunged | $0.00 |
| 909 | Advance Digital Systems, LLC | $65,747.50 | Expunged | $0.00 |
| 910 | Advance Digital Systems, LLC | $115,330.03 | Modified | $0.00 |
| 1366 | AdvisaCare Healthcare Solutions, Inc. | $138,669.42 | Expunged | $0.00 |
| 297 | Affiliated Diagonostics | $289,500.00 | Expunged | $0.00 |
| 776 | Agar Lawn Sprinkler Systems Inc | $189,752.63 | Allowed | $0.00 |
| 3066 | Ahmad, Khadijah | $209,085.85 | Allowed | $0.00 |
| 3676 | Airgas USA LLC | $55,793.34 | Allowed | $0.00 |
| 491 | Aj & Associates At Law | $50,000.00 | Expunged | $0.00 |
| 1135 | Albert, Randal | $225,000.00 | Expunged | $0.00 |
| 2192 | Alford, Marlon | $104,354.17 | Allowed | $0.00 |
| 1743 | Al-Talaqani, Ali | $100,000.00 | Expunged | $0.00 |
| 1742 | Al-Talaqani, Jabir | $100,000.00 | Expunged | $0.00 |
| 3175 | Amos, Seville | $100,000.00 | Expunged | $0.00 |
| 971 | Anderson, Patrice | $237,500.00 | Allowed | $0.00 |
| 1258 | Anderson, Patricia | $300,000.00 | Allowed | $0.00 |
| 551 | Anderson, Perry | $50,000.00 | Expunged | $0.00 |
| 3578 | Andrews, Renee | $40,000.00 | Expunged | $0.00 |
| 3579 | Andrews, Sean Derrick | $40,000.00 | Expunged | $0.00 |
| 2852 | Association of Prof. Construction Inspectors & Cleveland Gregory | $40,000.00 | Expunged | $0.00 |
| 1066 | AT&T Services, Inc. | $8,487,525.24 | Expunged | $0.00 |
| 1649 | Atkins, Faye | $48,000.00 | Allowed | $0.00 |
| 1811 | Bagby, Lloyd | $250,000.00 | Expunged | $0.00 |
| 1129 | Baker, Anthony | $300,000.00 | Allowed | $0.00 |
| 2926 | Balfour, Delshone | $29,176.02 | Allowed | $0.00 |
| 1994 | Banks, Ladonna | $40,000.00 | Allowed | $0.00 |
| 1018 | Barrett Paving Materials Inc | $45,394.51 | Expunged | $0.00 |
| 1436 | Barthel Contracting Co | $26,304.97 | Allowed | $0.00 |
| 586 | Baugh, Laura J. | $47,000.00 | Allowed | $0.00 |
| 2260 | Bell, Shelton (estate Of) P/r, Tammy Howard | $75,000.00 | Allowed | $0.00 |
| 2704 | Benson,Terryton | $110,900.00 | Expunged | $0.00 |
| 1655 | BeVelle, Glenn | $60,000.00 | Expunged | $0.00 |
| 201 | Beydoun, Michael & his attorney- Raymond Guzall III | $2,273,668.23 | Allowed | $0.00 |
| 1790 | Bishop Real Estate, L.L.C | $55,667.53 | Expunged | $0.00 |
| 758 | Blaze Contracting Inc | $354,143.68 | Expunged | $0.00 |
| 2835 | Boland, S.R. | $25,914.21 | Expunged | $0.00 |
| 2373 | Bolton, Dinah Lynn | $49,793.19 | Allowed | $0.00 |
| 3259 | Bonner, Michael | $100,000.00 | Allowed | $0.00 |
| 2051 | Booker, Marie Cynthia | $250,000.00 | Expunged | $0.00 |
| 186 | Boone, Therone | $500,000.00 | Expunged | $0.00 |
| 396 | Borden, James | $500,000.00 | Expunged | $0.00 |
| 1211 | Bradford Jr., Comit | $1,000,000.00 | Expunged | $0.00 |
| 2277 | Brandt, Charlotte | $75,000.00 | Allowed | $0.00 |
| 1338 | Brannon,Mitchell | $100,000.00 | Expunged | $0.00 |
| 999 | Bratcher,Shannon | $27,500.00 | Allowed | $0.00 |
| 1608 | Brazell, Gregory | $300,000.00 | Allowed | $0.00 |
| 1618 | Brazell, Gregory | $800,000.00 | Allowed | $0.00 |
| 1246 | Bricest, Ernest | $100,000.00 | Allowed | $0.00 |
| 1245 | Bricest, Tammy | $100,000.00 | Allowed | $0.00 |
| 1007 | Brooks, Christopher | $35,000.00 | Allowed | $0.00 |
| 1544 | Brooks, I-chauntay | $75,000.00 | Allowed | $0.00 |
| 1643 | Brooks, Latonya | $150,000.00 | Allowed | $0.00 |
| 345 | Brooks, Ruth | $60,000.00 | Allowed | $0.00 |
| 398 | Brooks, Ruth B. | $60,000.00 | Allowed | $0.00 |
| 2161 | Brovold,Thor | $350,000.00 | Allowed | $0.00 |
| 1221 | Brown, Jessica Et Al | $30,000.00 | Allowed | $0.00 |
| 3667 | Brown, Johnathan (on behalf of himself and a class of others similarly situated) | $143,437,440.00 | Allowed | $0.00 |
| 1805 | Brown,Ruffell | $100,000.00 | Expunged | $0.00 |
| 826 | Burrell,Sharanda | $320,000.00 | Expunged | $0.00 |
| 1001 | Burton, Jennifer | $55,000.00 | Allowed | $0.00 |
| 1537 | Cade, Alyse | $55,000.00 | Allowed | $0.00 |
| 682 | Cadoura, Richard | $100,000.00 | Expunged | $0.00 |
| 1438 | Calloway, Lorraine | $32,500.00 | Allowed | $0.00 |
| 1832 | Campbell,Taylor | $2,000,000.00 | Allowed | $0.00 |
| 1823 | Cannon, Gladys M. | $27,481.72 | Allowed | $0.00 |
| 85 | Canon Financial Services, Inc. | $43,366.38 | Allowed | $0.00 |
| 841 | Carmichael, Jonathan | $100,000.00 | Expunged | $0.00 |
| 520 | Cato, John | $339,326.97 | Expunged | $0.00 |
| 411 | Cellco Partnership D/B/A Verizon Wireless | $46,198.34 | Allowed | $0.00 |
| 2532 | Chandler, Albert W. | $90,000.00 | Expunged | $0.00 |
| 3026 | Charter County of Wayne | $700,000.06 | Allowed | $0.00 |
| 3031 | Charter County of Wayne | $418,555.95 | Allowed | $0.00 |
| 3035 | Charter County of Wayne | $132,790.00 | Expunged | $0.00 |
| 3823 | Charter County of Wayne | $30,000,000.00 | Expunged | $0.00 |

## SCHEDULE OF LIQUIDATED AMOUNTS

*In most cases, the Original Liquidated Reserve Amount below reflected the amounts asserted in the applicable proofs of claim.*

| Claim Number | Claimant | Original Liquidated Reserve Amount | Claim Status | New Liquidated Reserve Amount |
|---:|---|---:|---|---:|
| 2625 | Cherry, Jerome | $33,201.00 | Expunged | $0.00 |
| 2202 | Childers, Debra | $150,000.00 | Expunged | $0.00 |
| 2790 | Clark, Articia | $1,000,000.00 | Expunged | $0.00 |
| 3354 | Clark, Bennie E. | $350,000.00 | Expunged | $0.00 |
| 3467 | Clarke, Janice E. | $38,000.00 | Expunged | $0.00 |
| 3213 | Clement, Fern | $41,128.50 | Allowed | $0.00 |
| 2851 | Coalition Of Detroit Unions Et Al, | $242,586,116.50 | Allowed | $0.00 |
| 2278 | Coalition of Public Safety Employees Health Trust | $453,465.52 | Expunged | $0.00 |
| 2819 | Cohen, Lamont S. | $200,000.00 | Allowed | $0.00 |
| 2690 | Coleman, Marcel | $50,000.00 | Expunged | $0.00 |
| 164 | Collier, Anthony | $200,000.00 | Allowed | $0.00 |
| 2007 | Collins, John | $65,000.00 | Allowed | $0.00 |
| 914 | Conaway, Brenda | $55,000.00 | Allowed | $0.00 |
| 3646 | Consolidated Rail Corporation | $36,038.73 | Expunged | $0.00 |
| 1893 | Cook, Harriet A. | $30,000.00 | Expunged | $0.00 |
| 2180 | Cook, William | $100,000.00 | Allowed | $0.00 |
| 2912 | Cooney, Plunkett | $72,288.74 | Allowed | $0.00 |
| 1979 | Cooper, Michael | $30,000.00 | Expunged | $0.00 |
| 395 | Cooper, Monique | $500,000.00 | Expunged | $0.00 |
| 1967 | Corbin-Johnson, Michele | $28,000.00 | Expunged | $0.00 |
| 2040 | Corker, Katherine | $140,000.00 | Expunged | $0.00 |
| 1830 | Craig, Kevin | $75,000.00 | Allowed | $0.00 |
| 1466 | Crutcher, Leon | $40,000.00 | Allowed | $0.00 |
| 1059 | Cummings, McClorey, Davis & Acho, PLC | $106,524.94 | Allowed | $0.00 |
| 1489 | Cunningham, Darshay | $75,000.00 | Allowed | $0.00 |
| 3197 | Curry, Jacqueline | $100,000.00 | Expunged | $0.00 |
| 3015 | Dandridge, Doris B. | $250,000.00 | Expunged | $0.00 |
| 2911 | Danforth Brown, Tara R. | $27,665.46 | Expunged | $0.00 |
| 1009 | Daniels, Joyce | $125,000.00 | Expunged | $0.00 |
| 967 | Davis, Diane | $500,000.00 | Allowed | $0.00 |
| 3387 | Davis, Eduardo A. | $28,926.10 | Expunged | $0.00 |
| 3146 | Davis, Marie A. | $60,000.00 | Expunged | $0.00 |
| 1156 | Davis, Sherrod | $150,000.00 | Expunged | $0.00 |
| 1334 | Davis, Susan K. | $65,000.00 | Allowed | $0.00 |
| 966 | Davistion, Frank | $60,000.00 | Allowed | $0.00 |
| 397 | Delfine, Robert T. | $500,000.00 | Expunged | $0.00 |
| 3074 | Demoss, Donald Herman | $50,000.00 | Expunged | $0.00 |
| 1578 | Denson, Velma | $40,000.00 | Allowed | $0.00 |
| 2217 | Detroit Electrical Services, LLC | $248,607.10 | Expunged | $0.00 |
| 3487 | Detroit Fire Fighters Association, IAFF Local 344 | $186,382.00 | Expunged | $0.00 |
| 842 | Dillard, James | $200,000.00 | Expunged | $0.00 |
| 1745 | Dixon, Tiffany | $300,000.00 | Expunged | $0.00 |
| 1276 | DTE Electric Company f/k/a/ the Detroit Edison Company | $40,257.24 | Expunged | $0.00 |
| 1274 | DTE Energy Company | $3,240,924.00 | Expunged | $0.00 |
| 2330 | Duff, Michelle | $39,997.50 | Allowed | $0.00 |
| 3345 | Duncan, Warren T. | $33,074.05 | Allowed | $0.00 |
| 2894 | Easley, Gloria | $37,862.50 | Allowed | $0.00 |
| 2014 | Edwards, Brittany B/h/n/f Dwayne Witheringon | $1,500,000.00 | Expunged | $0.00 |
| 846 | Edwards, Brittany B/h/n/f Dwyane Witheringon | $300,000.00 | Expunged | $0.00 |
| 627 | Edwards, Darrick | $150,000.00 | Expunged | $0.00 |
| 603 | Edwards, Vergiline | $75,000.00 | Expunged | $0.00 |
| 3685 | Electrical Workers Fringe Benefit Funds of Local #58, IBEW | $175,013.39 | Allowed | $0.00 |
| 1965 | Ellis, Belinda F. | $500,000.00 | Expunged | $0.00 |
| 2206 | Ellis, Lunitrice | $450,000.00 | Allowed | $0.00 |
| 3169 | Ellison, James | $100,000.00 | Expunged | $0.00 |
| 1033 | Emerson Process Management Power & Water Solutions, Inc. | $468,462.13 | Expunged | $0.00 |
| 2031 | Estes, Dominica | $65,000.00 | Expunged | $0.00 |
| 2716 | Evans, Mary | $100,000.00 | Expunged | $0.00 |
| 759 | Examworks Inc | $38,820.78 | Allowed | $0.00 |
| 559 | Exander, Poe | $50,000.00 | Expunged | $0.00 |
| 665 | Fakhoury Law Firm Pc | $88,637.41 | Expunged | $0.00 |
| 1131 | Farris, Branda | $400,000.00 | Allowed | $0.00 |
| 2183 | Fenroy, Tammy | $125,000.00 | Expunged | $0.00 |
| 227 | Fields, Delta | $300,000.00 | Allowed | $0.00 |
| 552 | Fields, Vincent | $50,000.00 | Allowed | $0.00 |
| 1484 | Fletcher, Kim D. | $25,914.21 | Expunged | $0.00 |
| 2574 | Frank Haron Weiner PLC | $28,280.56 | Expunged | $0.00 |
| 553 | Freeman, Arnold | $50,000.00 | Expunged | $0.00 |
| 1335 | Garcia, Ricardo | $100,000.00 | Expunged | $0.00 |
| 3195 | Gardner, Edward D. | $100,000.00 | Expunged | $0.00 |
| 13 | Gargalino, Shawn | $75,000.00 | Allowed | $0.00 |
| 1259 | Garrett, Bobbie | $250,000.00 | Expunged | $0.00 |
| 1990 | Garza, Kimberley A. | $80,000.00 | Expunged | $0.00 |
| 1075 | General Shale Brock Company | $27,271.94 | Allowed | $0.00 |
| 3163 | Gerhard, Eady | $32,981.44 | Allowed | $0.00 |
| 1600 | Ghaleb, Theresa | $200,000.00 | Allowed | $0.00 |
| 2525 | Gibson, Brian J. | $80,000.00 | Expunged | $0.00 |
| 976 | Gilstrap, Jenniger | $60,000.00 | Allowed | $0.00 |
| 2032 | Gjergji, Gjush | $55,000.00 | Allowed | $0.00 |
| 554 | Glenn Jr., Ralph | $50,000.00 | Expunged | $0.00 |

# SCHEDULE OF LIQUIDATED AMOUNTS

*In most cases, the Original Liquidated Reserve Amount below reflected the amounts asserted in the applicable proofs of claim.*

| Claim Number | Claimant | Original Liquidated Reserve Amount | Claim Status | New Liquidated Reserve Amount |
|---:|---|---:|---|---:|
| 3118 | Godbott, Darrin | $50,000.00 | Expunged | $0.00 |
| 2346 | Gonzalez, Carolyn T. | $55,400.00 | Expunged | $0.00 |
| 927 | Goodwin, Philomena | $637,500.00 | Allowed | $0.00 |
| 1975 | Gouch, Antoinette | $27,000.00 | Expunged | $0.00 |
| 1507 | Goudy, Larentinna | $200,000.00 | Allowed | $0.00 |
| 2314 | Governing Board of the City of Detroit Employee Benefit Plan | $36,314.14 | Expunged | $0.00 |
| 598 | Government Jobs.Com | $77,800.00 | Expunged | $0.00 |
| 2727 | Gowens, Shante | $3,000,000.00 | Expunged | $0.00 |
| 1910 | Green, Glenn | $55,000.00 | Allowed | $0.00 |
| 1064 | Greer, Abraham and Sandra | $1,500,000.00 | Unresolved | $1,500,000.00 |
| 1932 | Grice, Linda | $130,000.00 | Expunged | $0.00 |
| 699 | Grier & Copeland Pc | $89,049.35 | Expunged | $0.00 |
| 928 | Guest, Shuntina | $40,000.00 | Allowed | $0.00 |
| 2357 | Guilbeaux, Debra F | $50,000.00 | Expunged | $0.00 |
| 177 | Gustafson, Barbara, as Next Friend for Shawn Gustafson, a minor | $35,000.00 | Allowed | $0.00 |
| 1845 | H.D.V. Greektown, LLC | $1,563,107.76 | Unresolved | $1,563,107.76 |
| 1645 | Hall, Angela | $150,000.00 | Allowed | $0.00 |
| 474 | Hall, Richard | $100,000.00 | Expunged | $0.00 |
| 1097 | Hall, Richard | $1,000,000.00 | Expunged | $0.00 |
| 1373 | Hampton, Crystal | $30,000.00 | Allowed | $0.00 |
| 285 | Hardricks, Elijah | $750,000.00 | Expunged | $0.00 |
| 3309 | Harold W. Taylor | $37,752.50 | Expunged | $0.00 |
| 1420 | Harper, Tony A. | $30,000.00 | Expunged | $0.00 |
| 2169 | Harris, Jerry | $400,000.00 | Expunged | $0.00 |
| 2533 | Harris, Kimberly | $30,000.00 | Expunged | $0.00 |
| 1928 | Harris, Lord | $1,000,000.00 | Expunged | $0.00 |
| 3458 | Harris, Lorraine | $40,000.00 | Expunged | $0.00 |
| 2733 | Harris, Sammie Kevin | $100,000.00 | Allowed | $0.00 |
| 1575 | Harris-Barnes, Jennifer | $250,000.00 | Expunged | $0.00 |
| 1375 | Harvey, Gregory | $75,000.00 | Allowed | $0.00 |
| 108 | Hassan Hassan | $20,000,000.00 | Allowed | $0.00 |
| 1574 | Hassan, Henry | $500,000.00 | Expunged | $0.00 |
| 2908 | Hawkins, Aisha | $30,000.00 | Expunged | $0.00 |
| 1771 | Heard, Casadaria | $45,000.00 | Expunged | $0.00 |
| 3081 | Heard, Darwin L. | $35,000.00 | Expunged | $0.00 |
| 2927 | Hearn, Charlene | $25,750.00 | Expunged | $0.00 |
| 1389 | Hill, Clark | $45,000.00 | Allowed | $0.00 |
| 1759 | Holt, Kenneth | $37,500.00 | Expunged | $0.00 |
| 485 | Horton, Akeila and Thornton, Anthony | $490,000.00 | Allowed | $0.00 |
| 2244 | Houston Jr., Dwight | $150,000.00 | Expunged | $0.00 |
| 1068 | Howard & Howard Attorneys PLLC | $90,028.30 | Expunged | $0.00 |
| 3405 | Hubbard, Daniel | $26,145.48 | Expunged | $0.00 |
| 2232 | Hunt, Scecilla | $300,000.00 | Expunged | $0.00 |
| 2945 | Hunter-Rosier, Elizabeth | $500,000.00 | Expunged | $0.00 |
| 2651 | Hyde Park Co-Operative | $5,000,000.00 | Expunged | $0.00 |
| 89 | IBM CORPORATION | $119,726.23 | Allowed | $0.00 |
| 1302 | Inland Waters Pollution Control, Inc. | $2,000,000.00 | Expunged | $0.00 |
| 1367 | Iron Mountain Information Management, Inc. | $217,366.80 | Expunged | $0.00 |
| 3825 | Iron Mountain Information Management, LLC | $227,430.78 | Allowed | $0.00 |
| 2930 | Ivory, Ebonie | $500,000.00 | Allowed | $0.00 |
| 3497 | Jackies Transport, Inc. | $53,725.50 | Expunged | $0.00 |
| 2414 | Jackson, Jacueline M. | $45,287.29 | Allowed | $0.00 |
| 1074 | Jackson, Lue David | $71,825.81 | Expunged | $0.00 |
| 2042 | Jackson, Vernell | $75,000.00 | Expunged | $0.00 |
| 2276 | Jacob, Jessy S. | $505,635.76 | Expunged | $0.00 |
| 120 | Jarrett,Zenda via her attorneys Gursten, Koltonow, Gursten, Christensen & Raitt PC | $55,000.00 | Allowed | $0.00 |
| 672 | Jbahi, Ibraham K. | $103,151.20 | Expunged | $0.00 |
| 2266 | Jefferson, Wendy | $75,000.00 | Expunged | $0.00 |
| 670 | Jenkins, Albert | $90,000.00 | Allowed | $0.00 |
| 467 | Jenkins, Albert H. | $90,000.00 | Expunged | $0.00 |
| 555 | Jennings, Jamal | $50,000.00 | Expunged | $0.00 |
| 673 | Jiddou, Firas | $202,755.00 | Expunged | $0.00 |
| 3346 | Joe-Davis, Stephanie | $42,200.00 | Expunged | $0.00 |
| 2030 | Johnson, Brandy | $33,000.00 | Allowed | $0.00 |
| 2187 | Johnson, Darton | $100,000.00 | Expunged | $0.00 |
| 3461 | Johnson, Herman R. | $30,000.00 | Expunged | $0.00 |
| 3382 | Johnson, Randy | $50,000.00 | Expunged | $0.00 |
| 1325 | Johnson, Rosalind | $40,000.00 | Allowed | $0.00 |
| 1412 | Johnson, Shawntay Marlo | $1,000,000.00 | Allowed | $0.00 |
| 3156 | Johnson, William G. | $500,000.00 | Expunged | $0.00 |
| 402 | Johnson, William L. | $500,000.00 | Expunged | $0.00 |
| 1257 | Johnson,Timothy | $250,000.00 | Allowed | $0.00 |
| 1160 | Jones, Elliot | $250,000.00 | Allowed | $0.00 |
| 556 | Jones, Lee | $50,000.00 | Expunged | $0.00 |
| 1817 | Jordan, Sharon K | $29,039.40 | Expunged | $0.00 |
| 2636 | Joshua III, David | $35,486.84 | Expunged | $0.00 |
| 1925 | K and P, Incorporated | $1,563,107.76 | Unresolved | $1,563,107.76 |
| 1000 | Karcher, Matthew | $35,000.00 | Allowed | $0.00 |
| 683 | Kearns,Michael | $100,000.00 | Expunged | $0.00 |
| 2145 | Kelso, Lana | $500,000.00 | Expunged | $0.00 |

# SCHEDULE OF LIQUIDATED AMOUNTS

*In most cases, the Original Liquidated Reserve Amount below reflected the amounts asserted in the applicable proofs of claim.*

| Claim Number | Claimant | Original Liquidated Reserve Amount | Claim Status | New Liquidated Reserve Amount |
|---|---|---|---|---|
| 3429 | King, Aaron | $30,000.00 | Expunged | $0.00 |
| 1485 | Knight, Deborah A. | $25,914.21 | Expunged | $0.00 |
| 1644 | Knight, Roosevelt | $30,000.00 | Expunged | $0.00 |
| 3106 | Koziara, Joseph S. | $73,555.00 | Allowed | $0.00 |
| 1922 | Kuplicki, Stephen | $181,495.19 | Expunged | $0.00 |
| 2312 | Larsen Melvin Lyle | $30,000.00 | Allowed | $0.00 |
| 539 | Laze, Xhensila | $500,000.00 | Allowed | $0.00 |
| 2479 | Leaks, Vanda M. | $30,000.00 | Expunged | $0.00 |
| 2114 | Ledbetter, Joann | $500,000.00 | Expunged | $0.00 |
| 1002 | Legette, Charnita | $65,000.00 | Allowed | $0.00 |
| 1150 | Lewis, Antoine | $100,000.00 | Expunged | $0.00 |
| 766 | Lewis, Walter | $1,000,000.00 | Allowed | $0.00 |
| 1901 | Limbach Company LLC | $186,837.50 | Expunged | $0.00 |
| 3476 | Living Arts | $122,500.00 | Expunged | $0.00 |
| 792 | Llanes, James | $60,000.00 | Allowed | $0.00 |
| 2562 | Loevy & Loevy | $227,850.00 | Expunged | $0.00 |
| 170 | Lovati, Susan | $250,000.00 | Expunged | $0.00 |
| 2717 | Loving, Courtney, Et Al | $35,000.00 | Allowed | $0.00 |
| 1617 | Lowe, Veina | $325,000.00 | Allowed | $0.00 |
| 1008 | Luckett, Moses | $55,000.00 | Allowed | $0.00 |
| 1482 | Lukasik, Robert A. | $32,218.82 | Expunged | $0.00 |
| 1903 | Lyons, George - Property Owner | $99,712.72 | Expunged | $0.00 |
| 2496 | Mack, Donell | $50,000.00 | Expunged | $0.00 |
| 2372 | Macuga, Liddle & Dubin P.C. | $95,418.42 | Expunged | $0.00 |
| 2372 | Macuga, Liddle & Dubin P.C. | $95,418.42 | Expunged | $0.00 |
| 2374 | Macuga, Liddle & Dubin P.C. | $520,357.82 | Expunged | $0.00 |
| 3067 | Macuga, Liddle & Dubin, P.C. | $395,622.09 | Expunged | $0.00 |
| 2198 | Malone, Mickey | $125,000.00 | Allowed | $0.00 |
| 151 | Manos, Dino | $30,000.00 | Allowed | $0.00 |
| 567 | Mansfield Patterson JR. as p.r. | $100,000.00 | Allowed | $0.00 |
| 3008 | Mariners Inn | $49,695.53 | Expunged | $0.00 |
| 199 | Marks, Robert, Sr. | $32,500.00 | Allowed | $0.00 |
| 2159 | Martin, Rodney | $100,731.27 | Allowed | $0.00 |
| 1141 | Mathis, James | $40,000.00 | Allowed | $0.00 |
| 2133 | McCaa, Kennedy | $500,000.00 | Allowed | $0.00 |
| 3618 | McClain, Archie | $50,000.00 | Expunged | $0.00 |
| 3379 | McClain, Kanard D | $30,000.00 | Expunged | $0.00 |
| 557 | McCloud, Anthony | $50,000.00 | Expunged | $0.00 |
| 685 | McCracken, Thomas | $100,000.00 | Expunged | $0.00 |
| 3122 | McCrary, Sarah M. | $27,686.00 | Expunged | $0.00 |
| 2769 | McDonald, Kendra | $55,393.00 | Expunged | $0.00 |
| 1605 | Mcdonald, Kevin | $300,000.00 | Allowed | $0.00 |
| 1640 | McGee, Chantinique | $200,000.00 | Expunged | $0.00 |
| 3282 | McGore, Sarina | $25,669.44 | Expunged | $0.00 |
| 2853 | McIntosh, Rebecca | $450,000.00 | Expunged | $0.00 |
| 2848 | McIntosh, Scott | $125,000.00 | Expunged | $0.00 |
| 1573 | Mckay, Michael | $42,500.00 | Allowed | $0.00 |
| 2471 | McKinney, Edgar | $100,000.00 | Expunged | $0.00 |
| 1133 | McLemore, Tangela | $175,000.00 | Allowed | $0.00 |
| 3123 | McMillon, Phyllis | $33,971.13 | Expunged | $0.00 |
| 2274 | Mcpherson, Randall | $30,000.00 | Allowed | $0.00 |
| 2735 | Members of Association of Professional & Technical Employees | $3,585,000.00 | Expunged | $0.00 |
| 1762 | Mendelson Orthopedics, PC | $27,964.80 | Allowed | $0.00 |
| 2044 | Mendez-Velez, Carmen | $250,000.00 | Expunged | $0.00 |
| 3041 | Mercer, Terence Lamont | $65,000.00 | Expunged | $0.00 |
| 2958 | Michigan AFSCME Council 25 and its affiliated Detroit Locals | $300,000,000.00 | Allowed | $0.00 |
| 852 | Michigan Auto Recovery Service | $48,525.00 | Expunged | $0.00 |
| 187 | Michigan Biotech Partners LLC | $45,600.00 | Expunged | $0.00 |
| 1464 | Michigan Center for Physical Therapy | $26,440.40 | Expunged | $0.00 |
| 10 | Michigan Community Action Agency Association | $77,014.00 | Expunged | $0.00 |
| 806 | Michigan Economic Dev Corp | $402,438.92 | Allowed | $0.00 |
| 807 | Michigan Economic Dev Corp | $5,081,780.82 | Allowed | $0.00 |
| 808 | Michigan Economic Dev Corp | $2,000,000.00 | Allowed | $0.00 |
| 3733 | Michigan State Police | $194,079.00 | Expunged | $0.00 |
| 2971 | Mid America Evaluation Group Inc | $72,872.00 | Expunged | $0.00 |
| 630 | Migliori, Sebastian | $30,000.00 | Allowed | $0.00 |
| 1930 | Miles II, Shawn D. | $40,000.00 | Expunged | $0.00 |
| 3174 | Milewski, Brendan J | $190,000.09 | Expunged | $0.00 |
| 3001 | Miller, Jason E | $55,000.00 | Expunged | $0.00 |
| 1525 | Milliner, Mary | $36,479.01 | Allowed | $0.00 |
| 1534 | Milliner, Mary | $245,000.00 | Allowed | $0.00 |
| 3289 | Minniefield, Cheryl | $2,000,000.00 | Expunged | $0.00 |
| 3294 | Minniefield, Cheryl | $500,000.00 | Expunged | $0.00 |
| 2992 | Mitchell Jr., Alvin J. | $40,010.00 | Expunged | $0.00 |
| 2632 | Mitchell, LaQuitsha D | $100,000.00 | Expunged | $0.00 |
| 141 | Mitchell, Vivian | $250,000.00 | Allowed | $0.00 |
| 440 | Moore, Christopher | $40,000.00 | Allowed | $0.00 |
| 2098 | Moore, JaJuan | $50,000.00 | Expunged | $0.00 |
| 1795 | Moore, Nedria G. | $30,000.00 | Expunged | $0.00 |
| 3071 | Moore, Sharon | $50,000.00 | Allowed | $0.00 |

## SCHEDULE OF LIQUIDATED AMOUNTS

*In most cases, the Original Liquidated Reserve Amount below reflected the amounts asserted in the applicable proofs of claim.*

| Claim Number | Claimant | Original Liquidated Reserve Amount | Claim Status | New Liquidated Reserve Amount |
|---:|---|---:|---|---:|
| 2120 | Moore, Woodrow | $250,000.00 | Expunged | $0.00 |
| 88 | Morton Salt | $288,483.55 | Expunged | $0.00 |
| 843 | Mosley, Shelia | $2,750,000.00 | Allowed | $0.00 |
| 654 | Neal, Bridgette | $52,500.00 | Allowed | $0.00 |
| 1550 | Nelson, Shira, by Guardian Equania Nelson | $200,000.00 | Expunged | $0.00 |
| 2686 | New Grace Spinal Rehabilitation, PLLC | $143,569.47 | Expunged | $0.00 |
| 394 | Newell, Jamal | $500,000.00 | Expunged | $0.00 |
| 3210 | Nixon-Lewis, Serina | $250,000.00 | Allowed | $0.00 |
| 1271 | Noblett, Michael | $80,000.00 | Allowed | $0.00 |
| 142 | Norfolk Southern Railway Company | $36,128.73 | Allowed | $0.00 |
| 3416 | Norman, Twain | $75,000.00 | Allowed | $0.00 |
| 2780 | Nunley, Thomas M. | $28,724.24 | Expunged | $0.00 |
| 836 | Ohakpo, Simeon | $1,400,000.00 | Allowed | $0.00 |
| 2979 | Oliver Jr, Robert L | $62,000.00 | Expunged | $0.00 |
| 1740 | Oliver Jr., Bill | $100,000.00 | Allowed | $0.00 |
| 3786 | Omega Rehab Services, LLC | $36,316.96 | Allowed | $0.00 |
| 3203 | Oneal, Sandra R. | $56,685.84 | Allowed | $0.00 |
| 2295 | Onuigbo, Diane L | $60,805.40 | Expunged | $0.00 |
| 3211 | Ortiz, Stacey, Personal Representative of the Estate of Jason D. Baker, Deceased | $1,000,000.00 | Allowed | $0.00 |
| 1604 | Parnell, Taesean a minor by his next friend Corliss Thomas | $350,000.00 | Allowed | $0.00 |
| 12 | Payne, Jessie | $2,980,000.00 | Allowed | $0.00 |
| 2194 | Peagler, Norman | $150,000.00 | Allowed | $0.00 |
| 558 | Peeples, Eric | $50,000.00 | Expunged | $0.00 |
| 1792 | Pembroke-Brown, Teresa | $40,298.06 | Expunged | $0.00 |
| 2966 | Pennington, Audrey | $90,000.00 | Expunged | $0.00 |
| 1520 | Pennington, LaTonya | $25,498.35 | Expunged | $0.00 |
| 3079 | Perry, Vivian S. | $33,695.76 | Expunged | $0.00 |
| 2091 | Person, Rodney | $500,000.00 | Expunged | $0.00 |
| 2265 | Peterson, Heidi (plaintiff in Wayne County Circuit Court) | $205,043.77 | Expunged | $0.00 |
| 2269 | Peterson, Heidi (Plaintiff in Wayne County Circuit Suit Against Water Department/City et. al.) | $250,000.00 | Expunged | $0.00 |
| 2275 | Peterson, Heidi (Plaintiff in Wayne County Circuit Suit Against Water Department/City et. al.) | $40,000.00 | Expunged | $0.00 |
| 2015 | Peterson, Jeffrey | $400,000.00 | Expunged | $0.00 |
| 1465 | Peterson, Ronnie | $75,000.00 | Expunged | $0.00 |
| 1732 | Pettway, Sharon | $55,000.00 | Allowed | $0.00 |
| 1255 | Pharr, Patricia | $35,000.00 | Expunged | $0.00 |
| 2221 | Physiomatrix, Inc. | $28,535.00 | Expunged | $0.00 |
| 2225 | Physiomatrix, Inc. | $41,105.00 | Expunged | $0.00 |
| 2313 | Pitt McGehee Palmer & Rivers, PC | $29,375.00 | Allowed | $0.00 |
| 1784 | Poe, Cassandra E. | $120,000.00 | Expunged | $0.00 |
| 1006 | Poindexter, Jessica | $50,000.00 | Allowed | $0.00 |
| 3378 | Porter, Alphonso | $90,000.00 | Expunged | $0.00 |
| 849 | Powell, Mary | $75,000.00 | Expunged | $0.00 |
| 1947 | Prather II, Hayward R. | $35,500.00 | Expunged | $0.00 |
| 2458 | Prodigy Spinal Rehabilitation Inc | $177,810.80 | Expunged | $0.00 |
| 2352 | Property Owner | $80,000.00 | Expunged | $0.00 |
| 2965 | Pryor, Gail | $41,240.34 | Expunged | $0.00 |
| 1882 | Purcell, Demetira | $30,000.00 | Allowed | $0.00 |
| 2814 | Purdue, Estate of Jo Ella | $250,000.00 | Allowed | $0.00 |
| 3 | Quill.com | $68,283.70 | Allowed | $0.00 |
| 102 | Rainbow Rehabilitation Center | $32,082.00 | Expunged | $0.00 |
| 1739 | Ramirez, Patricia | $1,500,000.00 | Allowed | $0.00 |
| 1858 | Randle, Zachary | $29,733.58 | Allowed | $0.00 |
| 1650 | Rasnick, Donald | $296,606.03 | Allowed | $0.00 |
| 3131 | Ratliff, Antonio D. | $300,000.00 | Expunged | $0.00 |
| 3583 | Readous, Wendy n/f of Tamiah Green | $50,000.00 | Allowed | $0.00 |
| 889 | Record Copy Services | $56,291.95 | Allowed | $0.00 |
| 2106 | Rhone, Sidney | $1,500,000.00 | Expunged | $0.00 |
| 2181 | Rias, Dwayne | $195,000.00 | Expunged | $0.00 |
| 3316 | Richmond, Farrad | $50,000.00 | Expunged | $0.00 |
| 669 | Riggins, Robert | $82,500.00 | Allowed | $0.00 |
| 561 | Rivera, David | $50,000.00 | Allowed | $0.00 |
| 2961 | Robbins, Tanzia | $93,525.00 | Expunged | $0.00 |
| 864 | Robertson, Ivas | $300,000.00 | Allowed | $0.00 |
| 2002 | Robinson, Jennifer | $45,000.00 | Expunged | $0.00 |
| 2027 | Robinson, Lucreasi | $75,000.00 | Expunged | $0.00 |
| 3395 | Rogers Davis, Robert | $90,578.00 | Expunged | $0.00 |
| 1518 | Rogers, Jason | $40,000.00 | Allowed | $0.00 |
| 694 | Rose, Jonathan Thomas-gregory | $500,000.00 | Expunged | $0.00 |
| 3207 | Ross, Gregory | $250,000.00 | Expunged | $0.00 |
| 609 | Roulo, Thomas | $250,000.00 | Allowed | $0.00 |
| 922 | Rubenstein Isaacs Pc | $101,422.30 | Allowed | $0.00 |
| 1729 | Rupert, Erin | $200,000.00 | Expunged | $0.00 |
| 1405 | Russell, Major L. | $1,000,000.00 | Expunged | $0.00 |
| 2859 | SAAA Union - Members | $198,734.00 | Allowed | $0.00 |
| 1348 | Sawsan, Mohamed | $250,000.00 | Expunged | $0.00 |
| 1776 | Scaife, Thelma | $50,000.00 | Expunged | $0.00 |
| 1849 | Schenburn, Edward | $30,000.00 | Allowed | $0.00 |
| 925 | Scott, Marvella | $100,000.00 | Allowed | $0.00 |
| 1397 | Scott, Tamesha, a minor by her litigation guardian, Shawntay Marlo Johnson | $75,000.00 | Allowed | $0.00 |
| 1395 | Scott, Terry, a minor by his litigation guardian Shawntay Marlo Johnson | $75,000.00 | Allowed | $0.00 |

## SCHEDULE OF LIQUIDATED AMOUNTS

*In most cases, the Original Liquidated Reserve Amount below reflected the amounts asserted in the applicable proofs of claim.*

| Claim Number | Claimant | Original Liquidated Reserve Amount | Claim Status | New Liquidated Reserve Amount |
|---:|---|---:|---|---:|
| 560 | Shack, Samuel | $50,000.00 | Expunged | $0.00 |
| 1857 | Shafer & Associates, P.C. | $1,563,107.76 | Unresolved | $1,563,107.76 |
| 2203 | Shahid, Mohamed | $185,000.00 | Allowed | $0.00 |
| 1974 | Shelton, Dewitt | $28,000.00 | Expunged | $0.00 |
| 354 | Shelton, Maxine | $2,000,000.00 | Allowed | $0.00 |
| 86 | Siemens Water Technologies, LLC | $70,000.00 | Expunged | $0.00 |
| 3068 | Simmons, Anthony | $241,325.00 | Allowed | $0.00 |
| 802 | Sims, Alicia | $225,000.00 | Expunged | $0.00 |
| 145 | Sisco, Lonciann | $75,000.00 | Allowed | $0.00 |
| 1208 | Sky Group Grand, LLC | $1,465,409.79 | Expunged | $0.00 |
| 3816 | Sky Group Grand, LLC | $5,447,749.44 | Expunged | $0.00 |
| 2403 | Smith & Wesson Corp | $113,811.88 | Allowed | $0.00 |
| 2667 | Smith II, Jermaine | $30,000.00 | Expunged | $0.00 |
| 1775 | Smith, Anthony Derrick | $60,805.40 | Expunged | $0.00 |
| 2849 | Smith, Autumn | $450,000.00 | Expunged | $0.00 |
| 2200 | Smith, Clarence D. | $137,500.00 | Expunged | $0.00 |
| 2415 | Smith, Gregory K.S. | $25,914.21 | Expunged | $0.00 |
| 2205 | Smith, Gretchin | $450,000.00 | Allowed | $0.00 |
| 1827 | Smith, Keenan | $380,015.36 | Allowed | $0.00 |
| 2424 | Smith, Lisa | $26,000.00 | Expunged | $0.00 |
| 1440 | Smith, Reno | $75,000.00 | Allowed | $0.00 |
| 1594 | Smith, Taralyn | $75,000.00 | Allowed | $0.00 |
| 1818 | Smith, Taralyn | $150,000.00 | Expunged | $0.00 |
| 693 | Southeast Michigan Council of Governments (SEMCOG) | $28,130.00 | Expunged | $0.00 |
| 1632 | Spencer, Yvette | $300,000.00 | Expunged | $0.00 |
| 3451 | Spicer, Kim | $204,272.75 | Expunged | $0.00 |
| 628 | Sprint Corp. | $277,784.77 | Expunged | $0.00 |
| 871 | St. Martins Cooperative | $390,940.75 | Expunged | $0.00 |
| 2185 | Stallworth, Lula | $100,000.00 | Allowed | $0.00 |
| 787 | Stanley, Sherell S. | $750,000.00 | Allowed | $0.00 |
| 2603 | Stanley, Sherell Shawnee | $987,525.00 | Allowed | $0.00 |
| 2329 | Starkey, DeAndre | $40,000.00 | Allowed | $0.00 |
| 3697 | State of Michigan | $366,514.10 | Expunged | $0.00 |
| 3712 | State of Michigan, Department of Community Health | $1,805,725.77 | Expunged | $0.00 |
| 3767 | State of Michigan, Department of Community Health | $789,924.00 | Expunged | $0.00 |
| 3764 | State of Michigan, Department of Human Services | $11,949,405.00 | Expunged | $0.00 |
| 3766 | State of Michigan, Department of Human Services | $597,040.00 | Expunged | $0.00 |
| 3709 | State of Michigan, Department of Human Services, Bureau of Comm. Action & Economic Opp. | $2,114,768.70 | Expunged | $0.00 |
| 3731 | State of Michigan, Department of Transportation | $62,132.00 | Allowed | $0.00 |
| 3742 | State of Michigan, Department of Transportation | $673,096.87 | Allowed | $0.00 |
| 3750 | State of Michigan, Dept. of Environmental Quality | $203,810.63 | Allowed | $0.00 |
| 3751 | State of Michigan, Dept. of Environmental Quality | $1,505,684.00 | Allowed | $0.00 |
| 3283 | Steele, Natasha | $30,000.00 | Expunged | $0.00 |
| 827 | Stenbom, Maria | $2,000,000.00 | Expunged | $0.00 |
| 2094 | Stewart, LaNeta | $80,000.00 | Expunged | $0.00 |
| 1772 | Strange, Hope | $39,698.06 | Expunged | $0.00 |
| 844 | Street-Gilbert, Joera | $250,000.00 | Allowed | $0.00 |
| 1454 | Suell, Geraldine | $45,000.00 | Allowed | $0.00 |
| 3222 | Sumo, Quewou | $33,000.00 | Expunged | $0.00 |
| 856 | Superior Investment Group, Llc | $44,960.00 | Expunged | $0.00 |
| 1852 | Synergy Spine and Orthopedic Surgery Center LLC | $34,008.00 | Allowed | $0.00 |
| 3048 | Talbert, Sheree | $30,302.50 | Expunged | $0.00 |
| 2041 | Taylor, Tamara | $40,000.00 | Expunged | $0.00 |
| 282 | Tech Town | $966,472.00 | Expunged | $0.00 |
| 1599 | Tharpe, Phyllis | $500,000.00 | Expunged | $0.00 |
| 894 | The Detroit Medical Center, as agent for Harper-Hutzel Hospital | $69,247.40 | Expunged | $0.00 |
| 1390 | The Realty Company | $589,490.02 | Expunged | $0.00 |
| 481 | The Sam Bernstein Law Firm | $165,000.00 | Expunged | $0.00 |
| 1378 | Thomas, Laverne | $400,000.00 | Allowed | $0.00 |
| 2323 | Thomas, Randall | $39,997.10 | Expunged | $0.00 |
| 1646 | Thompson, Keith | $30,000.00 | Allowed | $0.00 |
| 1641 | Thompson, Raymond | $150,000.00 | Allowed | $0.00 |
| 2964 | Thornton, Marvin | $200,000.00 | Expunged | $0.00 |
| 530 | Todd, Jr., Ira Lee | $3,297,471.00 | Allowed | $0.00 |
| 2201 | Torres, Daniel | $100,000.00 | Allowed | $0.00 |
| 3440 | Townsend, Evangeline | $30,000.00 | Expunged | $0.00 |
| 1441 | Tramel, Norman | $36,350.00 | Expunged | $0.00 |
| 3154 | Trivedi, Ranna K. | $27,437.00 | Allowed | $0.00 |
| 2279 | Tulik, Mark | $40,000.00 | Allowed | $0.00 |
| 3116 | Turner, Christopher | $100,000.00 | Expunged | $0.00 |
| 848 | Turner, Corey | $350,000.00 | Allowed | $0.00 |
| 496 | Turner, Omar Jackson, Renette, AJ & Associates at Law | $50,000.00 | Expunged | $0.00 |
| 3464 | Turner, Pamela | $350,000.00 | Allowed | $0.00 |
| 114 | Turner, Rhonda | $1,000,000.00 | Allowed | $0.00 |
| 3657 | U.S. Equal Employment Opportunity Commission | $200,000.00 | Expunged | $0.00 |
| 3658 | U.S. Equal Employment Opportunity Commission | $204,572.41 | Allowed | $0.00 |
| 3659 | U.S. Equal Employment Opportunity Commission | $207,587.67 | Expunged | $0.00 |
| 3660 | U.S. Equal Employment Opportunity Commission | $55,658.90 | Expunged | $0.00 |
| 3661 | U.S. Equal Employment Opportunity Commission | $100,000.00 | Expunged | $0.00 |
| 3662 | U.S. Equal Employment Opportunity Commission | $115,769.80 | Expunged | $0.00 |

## SCHEDULE OF LIQUIDATED AMOUNTS

*In most cases, the Original Liquidated Reserve Amount below reflected the amounts asserted in the applicable proofs of claim.*

| Claim Number | Claimant | Original Liquidated Reserve Amount | Claim Status | New Liquidated Reserve Amount |
|---:|---|---:|:---:|---:|
| 3663 | U.S. Equal Employment Opportunity Commission | $200,000.00 | Expunged | $0.00 |
| 3664 | U.S. Equal Employment Opportunity Commission | $100,000.00 | Expunged | $0.00 |
| 3665 | U.S. Equal Employment Opportunity Commission | $122,531.55 | Expunged | $0.00 |
| 112 | Uddin, Rafuth, a Minor, by His Next Friend, Rehan Uddin | $50,000.00 | Allowed | $0.00 |
| 3719 | United States Department of Housing and Urban Development | $112,384.28 | Unresolved | $112,384.28 |
| 3773 | United States Department of Housing and Urban Development | $2,670,774.06 | Unresolved | $2,670,774.06 |
| 23 | USAA Insurance | $47,079.29 | Expunged | $0.00 |
| 2601 | Van Dyke Spinal Rehabilitation | $61,829.19 | Expunged | $0.00 |
| 1003 | Vann, Lolita | $55,000.00 | Allowed | $0.00 |
| 822 | Varnum Riddering Schmidt | $43,148.91 | Expunged | $0.00 |
| 1798 | Vaughn, Tamiko | $75,000.00 | Expunged | $0.00 |
| 2109 | Walker, Kevin | $500,000.00 | Allowed | $0.00 |
| 3073 | Walker, Laurie | $60,000.00 | Expunged | $0.00 |
| 2898 | Walker, Lenetta | $25,223.00 | Expunged | $0.00 |
| 3381 | Walker,Shirley W | $29,000.00 | Expunged | $0.00 |
| 132 | Wallace, Wilda | $50,000.00 | Allowed | $0.00 |
| 996 | Warren, Joy as next friend of Jalen Warren, a minor | $100,000.00 | Expunged | $0.00 |
| 1307 | Washington, Jaylen | $50,000.00 | Allowed | $0.00 |
| 392 | Washington, Johnnie | $500,000.00 | Expunged | $0.00 |
| 2497 | Weaver, Daryl | $50,000.00 | Expunged | $0.00 |
| 2506 | Weaver, Daryl | $50,000.00 | Expunged | $0.00 |
| 3097 | Weber Block LLC | $1,000,000.00 | Expunged | $0.00 |
| 5 | Wells Fargo Financial Leasing, Inc. | $26,588.81 | Expunged | $0.00 |
| 633 | Weston, Cab C. | $75,000.00 | Allowed | $0.00 |
| 863 | Wheeler, Fred Douglas | $57,360.00 | Allowed | $0.00 |
| 1589 | White, Bernard | $60,000.00 | Allowed | $0.00 |
| 862 | White, Ramona F. | $50,000.00 | Expunged | $0.00 |
| 1653 | White, Terecia | $175,000.00 | Allowed | $0.00 |
| 2110 | Whitfield, Carlton | $130,000.00 | Allowed | $0.00 |
| 1595 | Wilburn, Tarita | $170,000.00 | Expunged | $0.00 |
| 1613 | Wilburn-Little, Jenita | $200,000.00 | Expunged | $0.00 |
| 1802 | William Acosta, PLLC | $168,075.40 | Expunged | $0.00 |
| 2282 | Williams Acosta, PLLC | $139,752.01 | Modified | $0.00 |
| 2184 | Williams Jr., Charley | $100,000.00 | Allowed | $0.00 |
| 121 | Williams, Angelia | $5,000,000.00 | Expunged | $0.00 |
| 393 | Williams, Anthony | $500,000.00 | Expunged | $0.00 |
| 407 | Williams, Charles W. | $500,000.00 | Expunged | $0.00 |
| 1898 | Williams, Denise | $30,000.00 | Expunged | $0.00 |
| 2524 | Williams, Gloria | $2,000,000.00 | Expunged | $0.00 |
| 3279 | Williams, Keith | $10,000,000.00 | Expunged | $0.00 |
| 965 | Williams, La-sheryl, | $40,000.00 | Allowed | $0.00 |
| 1689 | Williams, Mark | $50,000.00 | Expunged | $0.00 |
| 1434 | Williams, Michael A | $26,500.00 | Expunged | $0.00 |
| 3362 | Williams, Shannon | $75,000.00 | Expunged | $0.00 |
| 3437 | Williams, Shawn | $50,000.00 | Expunged | $0.00 |
| 2190 | Williams, Troy | $50,000.00 | Allowed | $0.00 |
| 2182 | Williams,Vashay | $150,000.00 | Expunged | $0.00 |
| 2045 | Williams-Carter, Katrinia | $80,000.00 | Expunged | $0.00 |
| 573 | Williamson, Decarlos | $1,000,000.00 | Allowed | $0.00 |
| 572 | Williamson, Tracy (p.r. Of Williamson, Decarlos) | $100,000.00 | Allowed | $0.00 |
| 2118 | Willis, Deborah | $100,000.00 | Allowed | $0.00 |
| 1138 | Wilmington Trust, National Association, as successor Contract Administrator | $644,277.66 | Allowed | $0.00 |
| 3596 | Wilson, Reginald | $90,000.00 | Allowed | $0.00 |
| 1734 | Wilson, Victoria | $200,000.00 | Expunged | $0.00 |
| 335 | Winston, Quincy L. | $1,900,000.00 | Expunged | $0.00 |
| 2353 | Wojnarski, Joanne | $750,000.00 | Allowed | $0.00 |
| 2397 | Wojnarski, JoAnne, Personal Representative of the Estate of Jerry Willcockson, Deceased | $150,000.00 | Allowed | $0.00 |
| 3100 | Wojnarski, JoAnne, Personal Representative of the Estate of Jerry Willcockson, Deceased | $150,000.00 | Allowed | $0.00 |
| 3232 | Wolak, Steven, as Personal Representative of the Estate of Christopher Wolak, Deceased | $3,000,000.00 | Allowed | $0.00 |
| 2552 | Wolf Jr., Cloyd | $50,000.00 | Expunged | $0.00 |
| 1039 | Wolske, Michael Allen | $2,000,000.00 | Expunged | $0.00 |
| 1603 | Woods, Jay | $210,750.00 | Expunged | $0.00 |
| 2546 | Woody, John | $125,473.00 | Expunged | $0.00 |
| 3340 | Wooten, Walter | $80,000.00 | Expunged | $0.00 |
| 2231 | Worde, Mark | $200,000.00 | Expunged | $0.00 |
| 128 | Wright, Anna c/o Leonard M. Koltonow | $430,000.00 | Allowed | $0.00 |
| 116 | Xerox Corporation | $106,507.79 | Allowed | $0.00 |
| 3010 | Yarborough, Shardaye, a Minor, by Her Mother and Next Friend Charmane Alvis | $250,000.00 | Expunged | $0.00 |
| 3121 | Zyrron Demetric Collins | $100,000.00 | Expunged | $0.00 |
| 1323 | Phillips, Derrick | N/A | Unresolved | $300,000.00 |
| 1361 | HRT Enterprises, A Michigan Partnership | N/A | Unresolved | $7,000,000.00 |
|  | Allowance for unknown interest and attorney fees |  |  | $7,300,000.00 |
| **SUBTOTAL** |  | **$967,997,152.05** |  | **$25,135,589.38** |
|  | Possibility of claim enhancement |  |  | $56,271,879.36 |
| **TOTAL** |  | **$967,997,152.05** |  | **$81,407,468.74** |

Notes    Most allowed claims have been allowed in amounts substantially below the initial asserted amount.
No reserve amount set for allowed claims because reserves are only for unliquidated claims.