

525 W. Monroe Street
Chicago, IL 60661-3693
312.902.5200 tel
www.katten.com

JOHN P. SIEGER
john.sieger@katten.com
312.902.5294 direct
312.902.1061 fax

September 23, 2019

Court Clerk
United States Bankruptcy Court
Eastern District of Michigan
211 West Fort Street
Detroit, Michigan 48226

Re: Representation of Michigan Bell Telephone Company in the City of Detroit, Michigan Bankruptcy Case

Dear Court Clerk:

I write to inform you attorney Paige Barr is no longer employed at Katten Muchin Rosenman LLP. Please withdraw her appearance on behalf of Michigan Bell Telephone Company in the City of Detroit, Michigan Bankruptcy Case, case number 13-53846.

Please contact me if you have any questions.

Sincerely,

John P. Sieger

AUSTIN   CENTURY CITY   CHARLOTTE   CHICAGO   DALLAS   HOUSTON   LOS ANGELES
NEW YORK   ORANGE COUNTY   SAN FRANCISCO BAY AREA   SHANGHAI   WASHINGTON, DC
LONDON: KATTEN MUCHIN ROSENMAN UK LLP
A limited liability partnership including professional corporations