IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | ) | |
| | ) | CHAPTER 9 |
| | ) | |
| Debtor. | ) | |

## REQUEST TO BE REMOVED FROM ELECTRONIC FILINGS IN A CASE

COMES NOW John E. Sieger, attorney for Michigan Bell Telephone Company in the above captioned case, and hereby files this request to be removed from electronic filings.

Dated this 26th day of September, 2019

/s/ John Sieger
John P. Sieger
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
Tel: (312) 902-5294
Email: john.sieger@katten.com