UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |
| _____/ | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Lydia Do, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On September 26, 2019, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class mail on the service lists attached hereto as **Exhibit A**:

- **City of Detroit's Motion to Implement Distributions of B Notes to Holders of Allowed Class 14 Claims Under the City's Confirmed Plan of Adjustment** [Docket No. 13126]

Dated: September 27, 2019

/s/ Lydia Do
Lydia Do
KCC
2335 Alaska Ave
El Segundo, CA 90245

# **EXHIBIT A**

**Exhibit A**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Clayton, Julius and his Attorneys Christopher Trainor & Associates | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |

In re City of Detroit, Michigan
Case No. 13-53846
Page 1 of 1
13-53846-tjt    Doc 13136    Filed 09/27/19    Entered 09/27/19 18:35:31    Page 3 of 3