UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor | Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 19, 2019 she served upon the following, via first class mail, a true copy of the Order Sustaining Debtor's Objection to Claim Number 1835, filed by Heritage Hospital/Oakwood Health Care, Inc:

Bruce K. Pazner, PC
15200 East Jefferson, Suite 104
Grosse Pointe Park, MI 4823

By: */s/Mary Beth Cobbs*
Mary Beth Cobbs

Dated: September 29, 2019