# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR FILING A RESPONSE TO THE CITY OF DETROIT'S MOTION, DOCKET NO. 13126, FOR CLAIMANTS AFSCME (CLAIM NUMBER 2958) AND THE COALITION OF DETROIT UNIONS (CLAIM NUMBER 2851)

This case is before the Court on the stipulation filed on October 1, 2019 (Docket # 13138, the "Stipulation"), between the City of Detroit, AFSCME Council 25 and Its Affiliated Detroit Locals, and the Coalition of Detroit Unions, for entry of an order approving an extension of time for Claimants' filing of a response to the City of Detroit's motion concerning a process for the implementation of distributions of B Notes (Docket # 13126, the "City's Motion"). The Court finds good cause to enter this Order.

**IT IS ORDERED THAT:**

A. The Stipulation is approved.

B. AFSCME may respond to the City's Motion by or before October 9, 2019.

C. The Coalition may respond to the City's Motion by or before October 9, 2019.

**Signed on October 01, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge