UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: | Case No. 13-53846 |
|---|---|
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER APPROVING SECOND STIPULATION FOR EXTENSION OF TIME FOR FILING RESPONSE TO CITY OF DETROIT'S MOTION, DOCKET No. 13126, FOR CLAIMANTS AFSCME (CLAIM NUMBER 2958) AND THE COALITION OF DETROIT UNIONS (CLAIM NUMBER 2851)**

This case is before the Court on the stipulation filed on October 8, 2019 (Docket # 13140, the "Stipulation"), between the City of Detroit, AFSCME Council 25 and Its Affiliated Detroit Locals, and the Coalition of Detroit Unions, for entry of an order approving a second extension of time for Claimants' filing of a response to the City of Detroit's motion concerning a process for the implementation of distributions of B Notes (Docket No 13126, the "City's Motion").

**IT IS ORDERED THAT:**

1. The Stipulation is approved.

2. AFSCME may respond to the City's Motion on or before October 16, 2019.

3. The Coalition may respond to the City's Motion on or before October 16, 2019.

**Signed on October 08, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge