UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-----------------------------------------------------------x
|                                    | :  | Chapter 9 |
| In re                              | :  |           |
|                                    | :  |           |
| **CITY OF DETROIT, MICHIGAN,**     | :  | Case No. 13-53846 |
|                                    | :  |           |
|                                    | :  |           |
| Debtor.                            | :  | Hon. Thomas J. Tucker |
-----------------------------------------------------------x

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Kristin K. Going, formerly of the law firm Drinker Biddle & Reath LLP and now of the law firm McDermott Will & Emery LLP, files this Notice of Substitution as attorney for Wilmington Trust, National Association, as Successor Trustee for the Detroit Retirement Systems Funding Trust 2005 and the Detroit Retirement Systems Funding Trust 2006 (the "Successor Trustee"),[1] and requests that all further pleadings and notices to be served upon the Successor Trustee in this matter be served upon counsel at the addresses set forth below.

Dated: October 16, 2019

                                                  /s/ *Kristin K. Going*
                                                Kristin K. Going

---

[1] To the extent that the CM/ECF system reflects Ms. Going as representing Wilmington Trust Company, N.A., this Notice of Substitution of Counsel is intended to cover that entity as well. The undersigned believes that the CM/ECF system may reflect Ms. Going as counsel for Wilmington Trust Company, N.A. due to an error in the Notice of Appearance and Request for Service of Documents [ECF No. 1830] filed by the undersigned's former local counsel in this matter, Foster Swift Collins & Smith PC, which incorrectly identified the represented party as Wilmington Trust Company, N.A.

McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5429
E-mail: kgoing@mwe.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 16, 2019, the foregoing Notice of Substitution of Counsel was filed with the Clerk of the Court using the CM/ECF system, which provides electronic notification of such filing to all counsel of record.

    /s/  *Kristin K. Going*
Kristin K. Going
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5429
E-mail: kgoing@mwe.com

DM_US 163248734-2.PG0510.0010