UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------------x
: Chapter 9
In re :
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
:
Debtor. : Hon. Thomas J. Tucker
------------------------------------------------------------x

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 16, 2019, the Notice of Substitution of Counsel [ECF No. 13144] was filed with the Clerk of the Court using the CM/ECF system, which provided electronic notification of such filing to all counsel of record.

Dated: October 17, 2019

    /s/ *Kristin K. Going*
Kristin K. Going
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5429
E-mail: kgoing@mwe.com

DM_US 163458838-1.PG0510.0010