# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER SUSTAINING CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 1410 FILED BY WAWA PETROLEUM, INC.**

This case is before the Court on the City of Detroit's claim objection, entitled "City of Detroit's Objection to Claim Number 1410 Filed by Wawa Petroleum, Inc." (Docket # 13096, the "Objection"),[1] seeking entry of an order disallowing and expunging Claim Number 1410. This Court has jurisdiction over the Objection under 28 U.S.C. §§ 157 and 1334 and Article VII of the Plan. This is a core proceeding under 28 U.S.C. § 157(b)(2). Venue of this proceeding and the Objection in this District is proper under 28 U.S.C. §§ 1408 and 1409. The Court finds that the relief requested in the Objection is in the best interests of the City and its creditors. Due and proper notice of the Objection was given as provided in the Objection; and no other or further notice of the Objection need be given. No timely response to the Objection was filed. The Court finds that the legal and factual bases set forth in the Objection establish just cause for the relief granted.

---

[1] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Objection.

IT IS ORDERED that:

1.  The Objection is sustained.

2.  Claim 1410 filed by Wawa Petroleum is disallowed and expunged in its entirety under Section 502(b) of the Bankruptcy Code.

3.  The City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

4.  The City is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

**Signed on October 17, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge