UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>            Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 22, 2019, he served a copy of the *Order Sustaining City of Detroit's Objection to Claim Number 1410 Filed by Wawa Petroleum, Inc.* upon the following, via first class mail:

John F. Harrington
Law Offices of John F. Harrington
30500 Van Dyke Ave., Ste M200
Warren, MI 48093

                          By: /s/ Marc N. Swanson
                              Marc N. Swanson
                              150 West Jefferson, Suite 2500
                              Detroit, Michigan 48226
                              Telephone: (313) 496-7591
                              Facsimile: (313) 496-8451
                              swansonm@millercanfield.com

Dated: October 22, 2019