# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## NOTICE OF RESOLUTION OF CERTAIN CLAIMS

## PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On November 12, 2014, the Court confirmed the City's filed plan of adjustment ("Plan").[1]

2. Article VI, Part C, Section 2[2] of the Plan states that Claims that are paid, satisfied, or superseded are to be expunged from the Claims Register at the City's request without the need for filing of an objection or further notice.

3. Article VIII, Part E[3] of the Plan states, in pertinent part,

> The City is authorized to execute, deliver, File or record such contracts, instruments, releases and other agreements or documents and take such actions as may be necessary or appropriate to effectuate, implement and further evidence the terms and conditions of the Plan and any notes or securities issued pursuant to the Plan.

---

[1] *Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014)*, as filed on October 22, 2014 [Doc. No. 8045], and as confirmed as modified by Court order entered on November 12, 2014 ("Plan"). [Doc. No. 8272]. Undefined capitalized terms have the meanings assigned to them in the Plan.

[2] Plan p. 69 [Doc. No. 8045, p. 76 of 82; Doc. No. 8272, p. 209 of 225.]

[3] Plan pp. 71-72 [Doc. No. 8045, p. 78-79 of 82; Doc. No. 8272, p. 211-12 of 225.]

4. The Claims identified on Exhibit 1 were resolved by the Plan. The City files this notice to list and provide notice to holders of those Claims as to their treatment under the Plan. The City's claims register will be revised in accordance with the Plan and the treatment set forth on Exhibit 1.

Dated: October 24, 2019

Respectfully submitted,

By: /s/ Marc N. Swanson
    Marc N. Swanson (P71149)
    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 496-7591
    Facsimile: (313) 496-8451
    swansonm@millercanfield.com

- and -

Charles N. Raimi (P29746)
Deputy Corporation Counsel
City of Detroit Law Department
2 Woodward Avenue, Suite 500
Coleman A. Young Municipal Center
Detroit, Michigan 48226
Telephone: (313) 237-5037
Facsimile: (313) 224-5505
raimic@detroitmi.gov

ATTORNEYS FOR THE CITY OF DETROIT

# Exhibit 1

# List of Claims Resolved by the Plan

| Claim # | Claimant | Treatment |
|---|---|---|
| 1050 | Ambac Assurance Corp. | Treated as Class 7 Limited Tax General Obligation Bond Claim |
| 1060 | Ambac Assurance Corp. | Treated as Class 8 Unlimited Tax General Obligation Bond Claim |
| 1076 | Ambac Assurance Corp. | Treated as Class 8 Unlimited Tax General Obligation Bond Claim |
| 1083 | Ambac Assurance Corp. | Treated as Class 8 Unlimited Tax General Obligation Bond Claim |
| 1089 | Ambac Assurance Corp. | Treated as Class 8 Unlimited Tax General Obligation Bond Claim |
| 1106 | Ambac Assurance Corp. | Treated as Class 8 Unlimited Tax General Obligation Bond Claim |
| 1110 | Ambac Assurance Corp. | Treated as Class 8 Unlimited Tax General Obligation Bond Claim |
| 1118 | Ambac Assurance Corp. | Treated as Class 7 Limited Tax General Obligation Bond Claim |
| 1119 | Ambac Assurance Corp. | Treated as Class 7 Limited Tax General Obligation Bond Claim |
| 1121 | Ambac Assurance Corp. | Treated as Class 7 Limited Tax General Obligation Bond Claim |
| 1122 | Ambac Assurance Corp. | Treated as Class 7 Limited Tax General Obligation Bond Claim |
| 1134 | Ambac Assurance Corp. | Treated as Class 7 Limited Tax General Obligation Bond Claim |
| 1147 | Ambac Assurance Corp. | Treated as Class 7 Limited Tax General Obligation Bond Claim |
| 1149 | Ambac Assurance Corp. | Treated as Class 7 Limited Tax General Obligation Bond Claim |
| 1158 | Berkshire Hathaway Assurance Corporation | Treated as Class 1A DWSD Bond Claim |
| 1166 | Assured Guaranty Municipal Corp. | Treated as Class 1A DWSD Bond Claim |
| 1167 | Assured Guaranty Municipal Corp. | Treated as Class 1A DWSD Bond Claim |

| Claim # | Claimant | Treatment |
|---|---|---|
| 1168 | Assured Guaranty Municipal Corp. | Treated as Class 8 Unlimited Tax General Obligation Bond Claim |
| 1169 | Assured Guaranty Municipal Corp. | Treated as Class 8 Unlimited Tax General Obligation Bond Claim |
| 1170 | Assured Guaranty Municipal Corp. | Treated as Class 8 Unlimited Tax General Obligation Bond Claim |
| 1171 | Assured Guaranty Municipal Corp. | Treated as Class 8 Unlimited Tax General Obligation Bond Claim |
| 1185 | Financial Guaranty Insurance Company | Treated as Class 1A DWSD Bond Claims |
| 1189 | Financial Guaranty Insurance Company | Treated as Class 14 Other Unsecured Claim in the amount of $6,150,000 as provided by Article IV, Part J(6)(a) of the City's Plan. |
| 1190 | Financial Guaranty Insurance Company | Treated as Class 9 COP Claim |
| 1191 | Financial Guaranty Insurance Company | Treated as Class 1A DWSD Bond Claim |
| 1195 | Financial Guaranty Insurance Company | Treated as Class 9 COP Claim |
| 1319 | Deutsche Bank AG, London | Treated as Class 9 COP Claim |
| 1320 | ACP Master, Ltd. Aurelius Capital Master, Ltd. Aurelius Convergence Master, Ltd. Bronze Gable, L.L.C. Citigroup Global Markets Inc. Monarch Alternative Capital LP Panning Master Fund, LP | Treated as Class 9 COP Claim |
| 1321 | American Federation of State, County and Municipal Employees, AFL-CIO (AFSCME) | Treated as GRS Pension Claims and OPEB Claims under Class 11 and Class 12 |
| 1339 | US Bank National Association, as Trustee for the Sewer Bonds | Treated as DWSD Bond Claims and DWSD Revolving Sewer Bond Claims under Class 1A and 1B |

| Claim # | Claimant | Treatment |
|---|---|---|
| 1340 | US Bank National Association, as Trustee for the Water Bonds | Treated as DWSD Bond Claims and DWSD Revolving Water Bond Claims under Class 1A and 1C |
| 1357 | Bronze Gable, L.L.C. Citigroup Global Markets Inc. Monarch Alternative Capital LP Morgan Stanley & Co. LLC | Treated as Class 9 COP Claim |
| 1358 | Morgan Stanley & Co. LLC Panning Master Fund, LP | Treated as Class 9 COP Claim |
| 1360 | HHLF L.P. LLSM L.P. Monarch Alternative Capital LP Morgan Stanley & Co. LLC Panning Master Fund, LP Permal Stone Lion Fund Ltd. | Treated as Class 9 COP Claim |
| 1368 | US Bank National Association, as Master Trustee | Treated as Class 2A Secured GO Series 2010 Claim |
| 1369 | US Bank National Association, as Master Trustee | Treated as Secured GO Series 2012(A)(2) Claims, Secured GO Series 2012(A2-B) Claims, Secured GO Series 2012(B) Claims, Secured GO Series 2012(B2) Claims under Class 2C, 2D, 2E, and 2F |
| 1370 | US Bank National Association, as Master Trustee | Treated as Class 2B Secured GO Series 2010(A) Claim |
| 1737 | Other Post Employment Benefits for Retirees and their Beneficiaries by The Official Committee of Retirees | Treated as Class 12 OPEB Claim |
| 1913 | General Retirement System Retirees and their Beneficiaries by The Official Committee of Retirees | Treated as Class 11 GRS Pension Claim |
| 2826 | Merrill Lynch Capital Services, Inc. | Treated as Class 5 COP Swap Claim |

| Claim # | Claimant | Treatment |
|---|---|---|
| 2970 | Bronze Gable, L.L.C. Citigroup Global Markets Inc. Dexia Credit Local | Treated as Class 9 COP Claim |
| 2986 | UBS AG | Treated as Class 5 COP Swap Claim |
| 2988 | Dexia Holdings | Treated as Class 9 COP Claim |
| 2990 | NORD/LB Covered Finance Bank S.A. | Treated as Class 9 COP Claim |
| 3637 | Police and Fire Fighters Retirement System Retirees and their Beneficiaries by The Official Committee of Retirees | Treated as Class 10 PFRS Pension Claim |
| 3692 | United States Department of Housing and Urban Development | Treated as Class 4 HUD Installment Note Claim |
| 3693 | United States Department of Housing and Urban Development | Treated as Class 4 HUD Installment Note Claim |
| 3694 | United States Department of Housing and Urban Development | Treated as Class 4 HUD Installment Note Claim |
| 3696 | United States Department of Housing and Urban Development | Treated as Class 4 HUD Installment Note Claim |
| 3698 | United States Department of Housing and Urban Development | Treated as Class 4 HUD Installment Note Claim |
| 3699 | United States Department of Housing and Urban Development | Treated as Class 4 HUD Installment Note Claim |
| 3700 | United States Department of Housing and Urban Development | Treated as Class 4 HUD Installment Note Claim |
| 3702 | United States Department of Housing and Urban Development | Treated as Class 4 HUD Installment Note Claim |

| Claim # | Claimant | Treatment |
|---|---|---|
| 3714 | United States Department of Housing and Urban Development | Treated as Class 4 HUD Installment Note Claim |
| 3716 | United States Department of Housing and Urban Development | Treated as Class 4 HUD Installment Note Claim |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 24, 2019, he filed the *Notice of Resolution of Certain Claims* ("Notice") using the court's CM/ECF system which provided notice of the filing to all registered participants in this matter. Additionally, copies of the Notice were mailed to the parties on the attached service list.

By: /s/ Marc N. Swanson
Marc N. Swanson
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

October 24, 2019

# SERVICE LIST

Berkshire Hathaway Assurance Corp.
100 First Stamford Place
Stamford, CT 06902
Attention: Bruce Byrnes
Vice President & Senior Counsel

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Attention: My Chi To, Esq.

Assured Guaranty Municipal Corp.
31 West 52nd Street
New York, NY 10019
Attn: Kevin J. Lyons

Lawrence A. Larose
Samuel S. Kohn
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Derek Donnelly
Financial Guaranty Insurance Company
125 Park Avenue
New York, New York 10017

Ernest J. Essad Jr.
Mark R. James
Williams, Williams, Rattner &
Plunkett, P.C.
280 North Old Woodward Avenue,
Suite 300
Birmingham, MI 48009

Ambac Assurance Corporation
One State Street Plaza
New York, New York 10004
Attn: Joan Allman, Managing Director

Arent Fox LLP
1675 Broadway
New York, New York 10019
Attention: David L. Dubrow, Esq.

U.S. Bank National Association, as
Trustee for the Water and Sewer Bonds
Attn: Lawrence J. Bell
PD-OR-P4TD
555 SW Oak Street
Portland, OR 97204

Waller Lansden Dortch & Davis, LLP
Attn: David E. Lemke, Esq.
511 Union Street, Suite 2700
Nashville, TN 37219

Faegre Baker Daniels LLP
Attn:  Abby E. Wilkinson
         Michael B. Fisco
90 So. Seventh St., Suite 2200
Minneapolis, MN 55402

U.S. Bank National Association,
as Master Trustee
Attn: Patricia J. Kapsch
60 Livingston Ave., EP-MN-WS1D
St. Paul, MN 55107

Matthew J. Troy
United State Department of Justice
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Alfredo R. Perez
Weil, Gotshal, & Manges LLP
700 Louisiana Street, Suite 1600
Houston, TX 77002

Dexia Crédit Locale
Dexia Holdings, Inc.
445 Park Avenue
New York, NY 10022
Attn: Patrick Tetu
　　　Jonathan Peterson

Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Thomas Moers Mayer
　　　Jonathan M. Wagner

NORD/LB Covered Finance Bank S.A.
7, me Lou Hemmer
L-1748 Luxembourg-Findel
R.C.S. Luxembourg B 10405
Attn: Joern Janisch

Carole Neville
Claude Montgomery
Dentons US LLP
Counsel to the Official
Committee of Retirees
1221 Avenue of the Americas
New York, New York 10020

Deutsche Bank AG, London
c/o Deutsche Bank AG, NY Branch
60 Wall Street
New York, NY 10005
Attn: Jeffrey T. Welch

Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585
Attn: Kenneth E. Noble, Esq.

Schiff Hardin LLP
233 S. Wacker Drive, Suite 6600
Chicago, IL 60606
Attn: Rick L. Frimmer
　　　J. Mark Fisher

Citigroup Global Markets Inc.
388 Greenwich Street, 2nd Floor
New York, NY 10013
Attn: MSD Market Analytics Group

ACP Master, Ltd.
Aurelius Capital Master, Ltd.
Aurelius Convergence Master, Ltd.
c/o Aurelius Capital Management, LP
535 Madison Avenue, 22nd
New York, NY 10022

Bronze Gable, L.L.C
P.O. Box 8446
New York, NY 10150
Attn: claims@bronzegable.net

Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022
Attn: Josh Dorchak

Bingham McCutchen LLP
One Federal Street
Boston, MA 02118
Attn: Ed Smith

UBS AG
677 Washington Boulevard
Stamford, CT 06901
Attn: Legal Department

Monarch Alternative Capital LP
Attn: Andrew J. Herenstein
535 Madison Avenue
New York, NY 10022

Panning Master Fund, LP
Panning Capital Management LP
Attn: William Kelly
510 Madison Avenue, Suite 2400
New York, NY 10022

Morgan Stanley & Co. LLC
1585 Broadway, 2nd Floor
New York, NY 10036
Attn: Kieran Hennigan

Sharon L. Levine, Esq.
Philip J. Gross, Esq.
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland NJ 07068

Bank of America, Merrill Lynch
One Bryant Park
New York, NY 10036
Attn: James E. Nacos

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: Lary Stromfeld
Howard R. Hawkins

Cadwalader, Wickersham & Taft LLP
700 Sixth Street, N.W.
Washington D.C. 20001
Attn: Mark C. Ellenberg

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Attn: Marshall S. Huebner
Damian S. Schaible

HHLF L.P.
LLSM L.P.
Permal Stone Lion Fund Ltd.
c/o Stone Lion Partners Capital
Partners L.P.
555 Fifth Avenue, 18th Floor
New York, New York 10017
Attention: Claudia Borg