# **EXHIBIT 8: CET CLAIM DOCKET SHEETS**

Skip to Main Content  Logout  My Account  Search Menu  New Case Search  Refine Search  Back    Location : Non-Criminal Cases   Images   Web Access Instruction Manual

# REGISTER OF ACTIONS
### CASE NO. 12-010859-CL

---

**RELATED CASE INFORMATION**

**Related Cases**
13-004974-CL (Prior Action)

---

**PARTY INFORMATION**

| | | |
|---|---|---|
| **Defendant** | City of Detroit | **Lead Attorneys**<br>**Andrew Richard Jarvis**<br>*Retained*<br>(313) 806-1858(W) |
| **Intervening Party** | Bing, Dave | **John H. Willems**<br>*Retained*<br>(313) 963-6420(W) |
| **Intervening Party** | Detroit Casino Partnership | **Herbert A. Sanders**<br>*Retained*<br>(313) 962-0099(W) |
| **Intervening Party** | Dillon, Andrew | **Michael F. Murphy**<br>*Retained*<br>(517) 335-3055(W) |
| **Intervening Party** | Michigan Black Chamber of Commerce | **Tonya Myers Phillips**<br>*Retained*<br>(313) 964-4130(W) |
| **Intervening Party** | Schuette, William | **Michael F. Murphy**<br>*Retained*<br>(517) 335-3055(W) |
| **Plaintiff** | Detroit Police Officers Association | **Donato S. Iorio**<br>*Retained*<br>(419) 537-1954(W) |

---

**EVENTS & ORDERS OF THE COURT**

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 08/15/2012 | **Service Review Scheduled** |
| 08/15/2012 | **Status Conference Scheduled** |
| 08/15/2012 | **Case Filing Fee - Paid** |
| 08/15/2012 | **Complaint, Filed** |
| 08/16/2012 | **Miscellaneous Motion, Filed** |
| 08/16/2012 | **Miscellaneous Pleadings, Filed** |
| 08/16/2012 | **Proof of Service, Filed** |
| 08/16/2012 | **Order to Show Cause, Signed and Filed** (Judicial Officer: Murphy, John A.) |
| 08/21/2012 | **Motion to Intervene, Filed** |
| 08/21/2012 | **Notice of Hearing, Filed** |
| 08/21/2012 | **Answer to Motion, Filed** |
| 08/21/2012 | **Notice of Appearance, Filed** |
| 08/21/2012 | **Brief in Opposition to Motion, Filed** |
| 08/22/2012 | **Motion to Intervene, Filed** |
| 08/22/2012 | **Proof of Service, Filed** |
| 08/22/2012 | **Notice of Hearing, Filed** |
| 08/23/2012 | **Brief in Opposition to Motion, Filed** |
| 08/24/2012 | **Reply to Brief, Filed** |
| 08/24/2012 | **Proof of Service, Filed** |
| 08/27/2012 | **Order to Show Cause, Signed and Filed** |
| 08/28/2012 | **Motion To/For Show Cause, Filed** |
| 08/28/2012 | **Proof of Mailing, Filed** |
| 08/29/2012 | **Order to Show Cause, Signed and Filed** |
| 08/29/2012 | **Certificate of Mailing** |
| 08/29/2012 | **Reply to Brief, Filed** |
| 08/29/2012 | **Certificate of Mailing** |
| 08/29/2012 | **Affidavit, Filed** |
| 08/29/2012 | **Motion to Grant Leave, Filed** |
| 08/29/2012 | **Appearance of Attorney, Filed** |

---

| Date | Event |
|---|---|
| 08/30/2012 | **Show Cause Hearing** (10:00 AM) (Judicial Officer Macdonald, Kathleen) |
| | *08/22/2012 Reset by Court to 08/22/2012* |
| | *08/22/2012 Reset by Court to 08/24/2012* |
| | *08/24/2012 Reset by Court to 08/30/2012* |
| | Result: Held |
| 08/30/2012 | Affidavit, Filed |
| 08/30/2012 | Motion to Grant Leave, Filed |
| 08/30/2012 | Proof of Mailing, Filed |
| 08/30/2012 | Reply to Brief, Filed |
| 08/30/2012 | Proof of Service, Filed |
| 08/30/2012 | Miscellaneous Pleadings, Filed |
| 08/30/2012 | **Closed - Case Dismissed, Order to Follow** (Judicial Officer: Macdonald, Kathleen ) |
| 09/05/2012 | Motion for Stay of Proceedings, Filed |
| 09/05/2012 | Certificate of Mailing |
| 09/06/2012 | Proof of Service, Filed |
| 09/06/2012 | Proof of Service, Filed |
| 09/06/2012 | Brief in Opposition to Motion, Filed |
| 09/07/2012 | Answer to Motion, Filed |
| 09/10/2012 | **Motion Received for Scheduling** (Judicial Officer: Macdonald, Kathleen ) |
| 09/12/2012 | Miscellaneous Motion, Filed |
| 09/12/2012 | Proof of Service, Filed |
| 09/12/2012 | Reply to Brief, Filed |
| 09/12/2012 | Proof of Service, Filed |
| 09/12/2012 | Answer to Motion, Filed |
| 09/17/2012 | Motion to Grant Leave, Filed |
| 09/17/2012 | Proof of Service, Filed |
| 09/17/2012 | Brief in Support of Motion, Filed |
| 09/17/2012 | Proof of Service, Filed |
| 09/17/2012 | Brief in Opposition to Motion, Filed |
| 09/17/2012 | **Motion Transcript Ordered** |
| 09/17/2012 | **Steno Certificate, Filed** |
| 09/18/2012 | **Motion Hearing** (10:00 AM) (Judicial Officer Macdonald, Kathleen) |
| | Result: Held |
| 09/18/2012 | Order Granting Motion, Signed and Filed |
| 09/18/2012 | Final - Order of Dismissal, Signed and Filed |
| 09/18/2012 | Proof of Service, Filed |
| 09/19/2012 | Order Denying Motion, Signed and Filed |
| 09/20/2012 | Claim of Appeal, Filed |
| 09/20/2012 | Certificate, Filed |
| 09/26/2012 | **Motion Transcript Ordered** |
| 09/26/2012 | **Steno Certificate, Filed** |
| 10/03/2012 | Service of Complaint, filed |
| 10/03/2012 | Service of Complaint, filed |
| 10/03/2012 | Return of Service, Filed |
| 10/04/2012 | Notice of Appearance, Filed |
| 10/04/2012 | Notice of Withdrawal of Counsel, Filed |
| 11/13/2012 | Miscellaneous Request, Filed |
| 11/13/2012 | Proof of Service, Filed |
| 11/14/2012 | *CANCELED* **Status Conference** (8:15 AM) (Judicial Officer Macdonald, Kathleen) |
| | *Case Disposed/Order Previously Entered* |
| 11/26/2012 | **File Sent** |
| 01/15/2013 | **Transcript, Filed** |
| 08/02/2013 | **Higher Court Order/Decision Received by Circuit Court** |
| 11/07/2013 | **Circuit Court Case File Received** |
| 12/17/2014 | **Higher Court Order/Decision Received by Circuit Court** |
| 12/17/2014 | **Higher Court Order/Decision Received by Circuit Court** |

Home ▸ Cases, Opinions & Orders ▸

# Case Search

*Case Docket Number Search Results - 312439*

Appellate Docket Sheet
**COA Case Number: 312439**
DETROIT POLICE OFFICERS ASSOCIATION V CITY OF DETROIT

| | | | | | |
|---|---|---|---|---|---|
| 1 | DETROIT POLICE OFFICERS ASSN<br>Oral Argument: Y Timely: Y | PL-AT | RET | (57423) | **IORIO DONATO** |
| 2 | DETROIT CITY OF<br>Oral Argument: Y Timely: N | DF-AE | CTY | (73105) | **MCFARLANE JASON** |
| 3 | DETROIT MAYOR OF<br>Oral Argument: Y Timely: Y | ID-AE | RET | (31861) | **WILLEMS JOHN H** |
| 4 | ATTORNEY GENERAL<br>Oral Argument: Y Timely: Y | ID-AE | AG | (53847) | **BOOTH JOSHUA O** |
| 5 | TREASURER | ID-AE | SAM | | |

**COA Status:** Case Concluded; File Archived
**Case Flags:** Closed due to Bankruptcy Stay
**Consolidations:**
315299 DETROIT POLICE OFFICERS ASSOCIATION V CITY OF DETROIT (Case Concluded; File Archived)

09/19/2012   1 Claim of Appeal - Civil
    Proof of Service Date: 09/19/2012
    Jurisdictional Checklist: Y
    Register of Actions: Y
    Fee Code: EPAY
    Attorney: 57423 - IORIO DONATO

09/18/2012   2 Order Appealed From
    From: WAYNE CIRCUIT COURT
    Case Number: 12-010859-CL
    Trial Court Judge: 38029 MACDONALD KATHLEEN I
    Nature of Case:
      Dismissal

09/18/2012   3 Notice Of Filing Transcript
    Date: 09/18/2012
    Timely: Y
    Reporter: 5493 - BEARD SHELEE D
    Filed By Attorney: 57423 - IORIO DONATO
    Hearings:
      08/30/2012
    Comments: NFT, steno cert and trans order filed at once

09/21/2012   4 Correspondence Received
    Date: 09/21/2012
    For Party: 1 DETROIT POLICE OFFICERS ASSN PL-AT
    Attorney: 57423 - IORIO DONATO
    Comments: Statement from PL-AT atty indicating that the transcript was filed 9/18/12

| | | |
|---|---|---|
| 09/28/2012 | 5 | Motion: Stay |
| | | Proof of Service Date: 09/28/2012 |
| | | Filed By Attorney: 57423 - IORIO DONATO |
| | | For Party: 1 DETROIT POLICE OFFICERS ASSN PL-AT |
| | | Fee Code: EPAY |
| | | Immediate Consideration: Y |
| | | Answer Due: 10/12/2012 |
| | | Comments: Mtn to stay order appealed or for injunction and motion for immediate consideration |
| 09/28/2012 | 25 | Steno Certificate - Tr Request Received |
| | | Date: 09/26/2012 |
| | | Timely: Y |
| | | Reporter: 5493 - BEARD SHELEE D |
| | | Hearings: |
| | |    09/18/2012 motion for stay hearing |
| 10/01/2012 | 6 | Defective Filing Letter |
| | | Event: 5 |
| | | Defect: |
| | |    Other - Cured |
| 10/01/2012 | 7 | Telephone Contact |
| | | For Party: 1 DETROIT POLICE OFFICERS ASSN PL-AT |
| | | Attorney: 57423 - IORIO DONATO |
| | | Comments: Lft vmail re mtn for stay defective for no transcript, must file trans or motion to waive req'mt |
| 10/01/2012 | 8 | Telephone Contact |
| | | For Party: 1 DETROIT POLICE OFFICERS ASSN PL-AT |
| | | Attorney: 57423 - IORIO DONATO |
| | | Comments: Christine Riordan advises will check if trans availbl yet; if not, will file mtn waive req'mnts |
| 10/01/2012 | 9 | Telephone Contact |
| | | For Party: 2 DETROIT CITY OF DF-AE |
| | | Attorney: 59191 - JARVIS ANDREW R |
| | | Comments: Lft vmail re request answer to mtn for stay by end of day 10/3/12 |
| 10/01/2012 | 10 | Telephone Contact |
| | | For Party: 3 DETROIT MAYOR OF ID-AE |
| | | Attorney: 31861 - WILLEMS JOHN H |
| | | Comments: Left vmail re request answer to mtn for stay by 10/3/12 |
| 10/01/2012 | 11 | Telephone Contact |
| | | For Party: 4 ATTORNEY GENERAL ID-AE |
| | | Attorney: 29213 - MURPHY MICHAEL F |
| | | Comments: Advised Murphy that COA requests answer to mtn for stay by end of day 10/3/12 |
| 10/01/2012 | 12 | Telephone Contact |
| | | For Party: 3 DETROIT MAYOR OF ID-AE |
| | | Attorney: 31861 - WILLEMS JOHN H |
| | | Comments: Atty will file answer as soon as possible on Thurs 10/4/12 |
| 10/01/2012 | 13 | Appearance - Appellee |
| | | Date: 10/01/2012 |
| | | For Party: 4 ATTORNEY GENERAL ID-AE |
| | | Attorney: 29213 - MURPHY MICHAEL F |
| 10/01/2012 | 14 | Motion: Waive MCR 7.209 re Transcript and/or Order |
| | | Proof of Service Date: 10/01/2012 |
| | | Filed By Attorney: 57423 - IORIO DONATO |
| | | For Party: 1 DETROIT POLICE OFFICERS ASSN PL-AT |
| | | Fee Code: EPAY |

|            |                                                                 |
|------------|-----------------------------------------------------------------|
|            | Answer Due: 10/08/2012                                          |
|            | Comments: Waive transcript requirement for motion for stay filed 9/28/12 |
| 10/01/2012 | 20 Transcript Requested By Atty Or Party                        |
|            | Date: 09/26/2012                                                |
|            | Timely: Y                                                       |
|            | Reporter: 5493 - BEARD SHELEE D                                 |
|            | Hearings:                                                       |
|            | 09/18/2012                                                      |
| 10/02/2012 | 15 Defect Cured                                                 |
|            | Event: 5                                                        |
|            | P/S Date: 10/01/2012                                            |
|            | Defect:                                                         |
|            | Other - Cured                                                   |
| 10/03/2012 | 16 Answer - Motion                                              |
|            | Proof of Service Date: 10/03/2012                               |
|            | Event No: 5 Stay                                                |
|            | For Party: 4 ATTORNEY GENERAL ID-AE                             |
|            | Filed By Attorney: 29213 - MURPHY MICHAEL F                     |
| 10/03/2012 | 18 Telephone Contact                                            |
|            | For Party: 2 DETROIT CITY OF DF-AE                              |
|            | Attorney: 59191 - JARVIS ANDREW R                               |
|            | Comments: Atty Jason McFarlane re: will be handling appeal for City, will file apprnc and ansr to stay asap |
| 10/04/2012 | 17 Submitted on Special Motion Docket                           |
|            | Event: 5 Stay                                                   |
|            | Event: 14 Waive MCR 7.209 re Transcript and/or Order            |
|            | District: D                                                     |
|            | Item #: 1                                                       |
| 10/04/2012 | 19 Telephone Contact                                            |
|            | For Party: 2 DETROIT CITY OF DF-AE                              |
|            | Attorney: 59191 - JARVIS ANDREW R                               |
|            | Comments: Lft vmail for atty McFarlane re status of answer to mtn for stay |
| 10/04/2012 | 21 Appearance - Appellee                                        |
|            | Date: 10/04/2012                                                |
|            | For Party: 2 DETROIT CITY OF DF-AE                              |
|            | Attorney: 59191 - JARVIS ANDREW R                               |
|            | Comments: Appearance of Jason McFarlane for City of Detroit, withdrawal of Andrew Jarvis |
| 10/04/2012 | 22 Answer - Motion                                              |
|            | Proof of Service Date: 10/04/2012                               |
|            | Event No: 5 Stay                                                |
|            | For Party: 2 DETROIT CITY OF DF-AE                              |
|            | Filed By Attorney: 73105 - MCFARLANE JASON                      |
| 10/04/2012 | 24 Answer - Motion                                              |
|            | Proof of Service Date: 10/04/2012                               |
|            | Event No: 5 Stay                                                |
|            | For Party: 3 DETROIT MAYOR OF ID-AE                             |
|            | Filed By Attorney: 31861 - WILLEMS JOHN H                       |
|            | Comments: E-filed appendices printed 4 per page/2-sided due to volume of documents |
| 10/05/2012 | 26 Order: Stay - Deny                                           |
|            | View document in PDF format                                     |
|            | Event: 5 Stay                                                   |
|            | Event: 14 Waive MCR 7.209 re Transcript and/or Order            |

                Panel: KFH,MJT,KTW
                Immediate Consideration Granted
                Attorney: 57423 - IORIO DONATO
                Comments: Mtn to waive req'mts of MCR 7.209 granted

10/05/2012  27 Verbal Order to Parties-Phone

10/05/2012  28 Docketing Statement MCR 7.204H
            For Party: 1 DETROIT POLICE OFFICERS ASSN PL-AT
            Proof of Service Date: 10/05/2012
            Filed By Attorney: 57423 - IORIO DONATO

10/05/2012  29 Steno Certificate - Tr Request Received
            Date: 09/26/2012
            Timely: Y
            Reporter: 5493 - BEARD SHELEE D
            Hearings:
              09/18/2012

10/05/2012  30 Proof of Service - Record on Appeal
            Date: 10/05/2012
            For Party: 1 DETROIT POLICE OFFICERS ASSN PL-AT
            Attorney: 57423 - IORIO DONATO

10/10/2012  31 Proof of Service - Generic
            Date: 10/04/2012
            For Party: 2 DETROIT CITY OF DF-AE
            Attorney: 73105 - MCFARLANE JASON
            Comments: Crrctd POS for Dcmnts Fld 10/4/12 (Evs 21 & 22)

11/02/2012  32 Motion: Motion
            Proof of Service Date: 11/02/2012
            Filed By Attorney: 57423 - IORIO DONATO
            For Party: 1 DETROIT POLICE OFFICERS ASSN PL-AT
            Answer Due: 11/09/2012
            Comments: Motion to Amend the Appellate Court Record Pursuant to 7.216(A)(4) & Memorandum in Support

11/09/2012  34 Motion: Extend Time - Appellant
            Proof of Service Date: 11/09/2012
            Filed By Attorney: 57423 - IORIO DONATO
            For Party: 1 DETROIT POLICE OFFICERS ASSN PL-AT
            Requested Extension: 12/26/2012
            Answer Due: 11/16/2012

11/13/2012  33 Submitted on Motion Docket
            Event: 32 Motion
            District: D
            Item #: 10

11/13/2012  35 Answer - Motion
            Proof of Service Date: 11/12/2012
            Event No: 32 Motion
            For Party: 3 DETROIT MAYOR OF ID-AE
            Filed By Attorney: 31861 - WILLEMS JOHN H
            Comments: Late answer forwarded to motion panel, filed date is 11/13/12 b/c rec'd on 11/12/12 when COA closed

11/13/2012  36 Answer - Motion
            Proof of Service Date: 11/13/2012
            Event No: 32 Motion
            For Party: 2 DETROIT CITY OF DF-AE
            Filed By Attorney: 73105 - MCFARLANE JASON
            Comments: Late answer forwarded to motion panel

| | | |
|---|---|---|
| 11/13/2012 | 37 | Motion: Peremptory Reversal Proof of Service Date: 11/13/2012 |
| | | Filed By Attorney: 57423 - IORIO DONATO |
| | | For Party: 1 DETROIT POLICE OFFICERS ASSN PL-AT |
| | | Immediate Consideration: Y |
| | | Answer Due: 12/18/2012 |
| | | Comments: e-service and hard copies by next day air |
| 11/13/2012 | 38 | Record Request |
| | | Mail Date: 11/16/2012 |
| 11/14/2012 | 39 | Telephone Contact |
| | | For Party: 2 DETROIT CITY OF DF-AE |
| | | Attorney: 73105 - MCFARLANE JASON |
| | | Comments: Left vmail re confirm receipt of mtn for p.r., COA requests answer by 11/26/12 |
| 11/14/2012 | 40 | Telephone Contact |
| | | For Party: 3 DETROIT MAYOR OF ID-AE |
| | | Attorney: 31861 - WILLEMS JOHN H |
| | | Comments: Atty Willems confirms receipt of mtn for p.r., will file answer by 11/26/12 |
| 11/14/2012 | 41 | Telephone Contact |
| | | For Party: 4 ATTORNEY GENERAL ID-AE |
| | | Attorney: 29213 - MURPHY MICHAEL F |
| | | Comments: Left vmail re: confirm receipt of mtn for p.r., COA requests answer by 11/26/12 |
| 11/15/2012 | 42 | Telephone Contact |
| | | For Party: 2 DETROIT CITY OF DF-AE |
| | | Attorney: 73105 - MCFARLANE JASON |
| | | Comments: Atty McFarlane confirms receipt of motion for p.r.; will file answer by 11/26/12 |
| 11/16/2012 | 43 | Order: Deny - Generic |
| | | View document in PDF format |
| | | Event: 32 Motion |
| | | Panel: KFK,CMM,MJR |
| | | Attorney: 57423 - IORIO DONATO |
| | | Comments: The Motion to Amend the Appellate Court Record Pursuant to MCR 7.216(A)(4) is DENIED |
| 11/20/2012 | 44 | Email Contact |
| | | Comments: To margaret schmidt w/cir to expedite appeal |
| 11/20/2012 | 45 | Motion: Motion |
| | | Proof of Service Date: 11/20/2012 |
| | | Filed By Attorney: 57423 - IORIO DONATO |
| | | For Party: 1 DETROIT POLICE OFFICERS ASSN PL-AT |
| | | Fee Code: EPAY |
| | | Answer Due: 11/27/2012 |
| | | Comments: to supplement brief in support of peremptory reversal with new case authority; brf attached to mot |
| 11/20/2012 | 52 | Brief: Supplemental Brief - AT |
| | | Proof of Service Date: 11/20/2012 |
| | | Filed By Attorney: 57423 - IORIO DONATO |
| | | For Party: 1 DETROIT POLICE OFFICERS ASSN PL-AT |
| | | Comments: Allowed per order of 11/28/12 |
| 11/26/2012 | 46 | Answer - Motion |
| | | Proof of Service Date: 11/26/2012 |
| | | Event No: 37 Peremptory Reversal |
| | | For Party: 3 DETROIT MAYOR OF ID-AE |
| | | Filed By Attorney: 31861 - WILLEMS JOHN H |
| 11/26/2012 | 49 | Answer - Motion |
| | | Proof of Service Date: 11/26/2012 |

| Date | Entry |
|---|---|
| | Event No: 37 Peremptory Reversal |
| | For Party: 2 DETROIT CITY OF DF-AE |
| | Filed By Attorney: 73105 - MCFARLANE JASON |
| 11/26/2012 | 50 Answer - Motion |
| | Proof of Service Date: 11/26/2012 |
| | Event No: 37 Peremptory Reversal |
| | For Party: 4 ATTORNEY GENERAL ID-AE |
| | Filed By Attorney: 29213 - MURPHY MICHAEL F |
| 11/27/2012 | 47 Submitted on Motion Docket |
| | Event: 37 Peremptory Reversal |
| | Event: 45 Motion |
| | District: D |
| | Item #: 7 |
| 11/27/2012 | 48 Record Filed |
| | Comments: files(2);tr(8/30/12) |
| 11/28/2012 | 51 Order: Peremptory Reversal - Deny |
| | View document in PDF format |
| | Event: 37 Peremptory Reversal |
| | Event: 45 Motion |
| | Panel: KFK,CMM,MJR |
| | Immediate Consideration Granted |
| | Attorney: 57423 - IORIO DONATO |
| | Comments: Grnt & accept filing of supplemental brf; responsive bf may be filed 12/12/12 |
| 12/04/2012 | 53 Submitted on Administrative Motion Docket |
| | Event: 34 Extend Time - Appellant |
| | District: D |
| 12/05/2012 | 54 Order: Extend Time - Appellant Brief - Grant |
| | View document in PDF format |
| | Event: 34 Extend Time - Appellant |
| | Panel: ELG |
| | Attorney: 57423 - IORIO DONATO |
| | Extension Date: 12/26/2012 |
| 12/21/2012 | 55 Telephone Contact |
| | For Party: 1 DETROIT POLICE OFFICERS ASSN PL-AT |
| | Attorney: 57423 - IORIO DONATO |
| | Comments: Called back C. Riordan to confirm that AT brief extension runs to end of day 12/26/12 |
| 12/26/2012 | 56 Brief: Appellant |
| | Proof of Service Date: 12/26/2012 |
| | Oral Argument Requested: Y |
| | Timely Filed: Y |
| | Filed By Attorney: 57423 - IORIO DONATO |
| | For Party: 1 DETROIT POLICE OFFICERS ASSN PL-AT |
| | Comments: Timely by Order in Event 54 |
| 01/09/2013 | 57 Notice Of Filing Transcript |
| | Date: 01/08/2013 |
| | Timely: Y |
| | Reporter: 5493 - BEARD SHELEE D |
| | Hearings: |
| |   09/18/2012 Motion Hrng |
| 01/30/2013 | 58 Brief: Appellee(Multiple) |
| | Proof of Service Date: 01/30/2013 |

|  |  |
|---|---|
|  | Oral Argument Requested: Y |
|  | Timely Filed: Y |
|  | Filed By Attorney: 53847 - BOOTH JOSHUA O |
|  | For Party: 4 ATTORNEY GENERAL ID-AE |
| 01/30/2013 | 61 Brief: Appellee |
|  | Proof of Service Date: 01/30/2013 |
|  | Oral Argument Requested: Y |
|  | Timely Filed: Y |
|  | Filed By Attorney: 31861 - WILLEMS JOHN H |
|  | For Party: 3 DETROIT MAYOR OF ID-AE |
| 01/31/2013 | 59 Noticed |
|  | Record: FILED |
|  | Mail Date: 02/01/2013 |
| 01/31/2013 | 62 Brief: Appellee |
|  | Proof of Service Date: 01/31/2013 |
|  | Oral Argument Requested: Y |
|  | Timely Filed: N |
|  | Filed By Attorney: 73105 - MCFARLANE JASON |
|  | For Party: 2 DETROIT CITY OF DF-AE |
|  | Comments: Standard of review is acceptable per Jerry Zimmer |
| 02/01/2013 | 63 Oral Arg Advise Ltr Sent |
|  | Attorney: 73105 - MCFARLANE JASON |
| 02/08/2013 | 64 Proof of Service - Generic |
|  | Date: 12/26/2012 |
|  | For Party: 1 DETROIT POLICE OFFICERS ASSN PL-AT |
|  | Attorney: 57423 - IORIO DONATO |
|  | Comments: Correction to 12/26/12 proof of service |
| 02/11/2013 | 65 Proof of Service - Generic |
|  | Date: 02/11/2013 |
|  | For Party: 2 DETROIT CITY OF DF-AE |
|  | Attorney: 73105 - MCFARLANE JASON |
|  | Comments: Service of City of Detroit appe's brf - amended as to correct service date |
| 02/11/2013 | 66 Proof of Service - Generic |
|  | Date: 01/31/2013 |
|  | For Party: 2 DETROIT CITY OF DF-AE |
|  | Attorney: 73105 - MCFARLANE JASON |
|  | Comments: Service of City of Detroit appe's brf - 2nd amended p/s as to correct service date |
| 02/20/2013 | 67 Brief: Reply |
|  | Proof of Service Date: 02/20/2013 |
|  | Filed By Attorney: 57423 - IORIO DONATO |
|  | For Party: 1 DETROIT POLICE OFFICERS ASSN PL-AT |
|  | Comments: Reply to City of Detroit |
| 02/20/2013 | 68 Proof of Service - Generic |
|  | Date: 02/20/2013 |
|  | For Party: 1 DETROIT POLICE OFFICERS ASSN PL-AT |
|  | Attorney: 57423 - IORIO DONATO |
|  | Comments: Service of reply brf to City of Detroit |
| 02/20/2013 | 69 Brief: Reply |
|  | Proof of Service Date: 02/20/2013 |
|  | Filed By Attorney: 57423 - IORIO DONATO |
|  | For Party: 1 DETROIT POLICE OFFICERS ASSN PL-AT |

|            |                                                                 |
|------------|-----------------------------------------------------------------|
|            | Comments: Reply to Detroit Mayor                                |
| 02/20/2013 | 70 Proof of Service - Generic                                   |
|            | Date: 02/20/2013                                                |
|            | For Party: 1 DETROIT POLICE OFFICERS ASSN PL-AT                 |
|            | Attorney: 57423 - IORIO DONATO                                  |
|            | Comments: Service of reply brf to Detroit Mayor                 |
| 02/20/2013 | 71 Brief: Reply                                                 |
|            | Proof of Service Date: 02/20/2013                               |
|            | Filed By Attorney: 57423 - IORIO DONATO                         |
|            | For Party: 1 DETROIT POLICE OFFICERS ASSN PL-AT                 |
|            | Comments: Reply to Attorney General                             |
| 02/20/2013 | 72 Proof of Service - Generic                                   |
|            | Date: 02/20/2013                                                |
|            | For Party: 1 DETROIT POLICE OFFICERS ASSN PL-AT                 |
|            | Attorney: 57423 - IORIO DONATO                                  |
|            | Comments: Service of reply brf to Attorney General              |
| 05/10/2013 | 73 Correspondence Received                                      |
|            | Date: 05/07/2013                                                |
|            | Comments: Law firm Leonard & Kruse request ccs in event #56, 58, 61,62,& 69 & 71 |
| 05/29/2013 | 74 Miscellaneous Receipt                                        |
|            | Date: 05/29/2013                                                |
|            | Check #: 7210                                                   |
|            | Fee: $111.50                                                    |
|            | Receipt #: 3124391                                              |
|            | Comments: CCs for events 56, 58, 61, 62, 69 & 71                |
| 07/08/2013 | 75 Motion: Consolidate                                          |
|            | Proof of Service Date: 07/08/2013                               |
|            | Filed By Attorney: 53847 - BOOTH JOSHUA O                       |
|            | For Party: 4 ATTORNEY GENERAL ID-AE                             |
|            | Fee Code: EPAY                                                  |
|            | Answer Due: 07/15/2013                                          |
|            | Comments: with case #315299                                     |
| 07/09/2013 | 76 Defective Filing Letter                                      |
|            | Event: 75                                                       |
|            | Defect:                                                         |
|            |   Signature - Cured                                             |
| 07/09/2013 | 77 Telephone Contact                                            |
|            | For Party: 4 ATTORNEY GENERAL ID-AE                             |
|            | Attorney: 53847 - BOOTH JOSHUA O                                |
|            | Comments: Request signature page for motion to consolidate      |
| 07/09/2013 | 78 Other                                                        |
|            | Date: 07/09/2013                                                |
|            | For Party: 4 ATTORNEY GENERAL ID-AE                             |
|            | Attorney: 53847 - BOOTH JOSHUA O                                |
|            | Comments: Appe's signature pg for motion to consolidate         |
| 07/09/2013 | 79 Defect Cured                                                 |
|            | Event: 75                                                       |
|            | P/S Date: 07/09/2013                                            |
|            | Defect:                                                         |
|            |   Signature - Cured                                             |
| 07/12/2013 | 80 Answer - Motion                                              |

|  |  |
|---|---|
|  | Proof of Service Date: 07/12/2013 |
|  | Event No: 75 Consolidate |
|  | For Party: 1 DETROIT POLICE OFFICERS ASSN PL-AT |
|  | Filed By Attorney: 57423 - IORIO DONATO |
| 07/16/2013 | 81 Submitted on Administrative Motion Docket |
|  | Event: 75 Consolidate |
|  | District: D |
|  | Item #: 7 |
| 07/17/2013 | 82 Order: Consolidate - Grant |
|  | View document in PDF format |
|  | Event: 75 Consolidate |
|  | Panel: ELG |
|  | Comments: Consl: 312439,315299 |
| 07/25/2013 | 83 Bankruptcy - Notice |
|  | Date: 07/25/2013 |
|  | For Party: 2 DETROIT CITY OF DF-AE |
|  | Attorney: 73105 - MCFARLANE JASON |
| 07/31/2013 | 84 Correspondence Received |
|  | Date: 07/31/2013 |
|  | For Party: 3 DETROIT MAYOR OF ID-AE |
|  | Attorney: 31861 - WILLEMS JOHN H |
|  | Comments: Bankruptcy status - appes' brfs in #315299 due 8/9/13 |
| 08/01/2013 | 85 Submitted on Administrative Motion Docket |
|  | District: D |
| 08/02/2013 | 86 Order: Case Closed - Bankruptcy Stay - Subject to Reopen |
|  | View document in PDF format |
|  | Event: 85 Submitted on Administrative Motion Docket |
|  | Panel: ELG |
|  | Attorney: 73105 - MCFARLANE JASON |
| 11/06/2013 | 88 Record Returned |
|  | Comments: files(2);tr-wayne circuit court |
| 11/07/2013 | 89 File Closed-Out |
|  | File Location: F |
| 12/10/2014 | 90 Stips: Dismiss Appeal |
|  | Filed By Attorney: 57423 - IORIO DONATO |
| 12/16/2014 | 91 Submitted on Administrative Motion Docket |
|  | District: D |
| 12/17/2014 | 92 Order: Reopen - Administrative |
|  | View document in PDF format |
|  | Event: 91 Submitted on Administrative Motion Docket |
|  | Panel: ELG |
|  | Comments: The parties having filed a stip to dismiss-Clrk directed to enter an order of dismissal-MCR 7.218(B) |
| 12/17/2014 | 93 Order: Dismissal - Stip - Appeal |
|  | View document in PDF format |
|  | Attorney: 57423 - IORIO DONATO |
| 01/09/2015 | 95 File Closed-Out |
|  | File Location: F |

Case Listing Complete

Home Cases, Opinions & Orders

# Case Search

*Case Docket Number Search Results - 315299*

Appellate Docket Sheet
  **COA Case Number: 315299**
  DETROIT POLICE OFFICERS ASSOCIATION V CITY OF DETROIT

| | | | | | |
|---|---|---|---|---|---|
| 1 | DETROIT POLICE OFFICERS ASSOCIATION<br>  Oral Argument: Y Timely: Y | PL-AT | RET | (58741) | **IORIO FILLIPE S** |
| 2 | DETROIT CITY OF | DF-AE | CTY | (73105) | **MCFARLANE JASON** |
| 3 | DETROIT CITY COUNCIL | DF-AE | SAM | | |
| 4 | DETROIT MAYOR OF | DF-AE | RET | (31861) | **WILLEMS JOHN H** |
| 5 | DETROIT DEPUTY MAYOR OF | DF-AE | SAM | | |
| 6 | DETROIT CHIEF OF POLICE | DF-AE | SAM | | |
| 7 | STATE TREASURER | DF-AE | AG | (29213) | **MURPHY MICHAEL F** |
| 8 | FINANCIAL REVIEW TEAM FOR CITY OF DETROIT | DF-AE | SAM | | |
| 9 | MICHIGAN STATE OF | DF-AE | SAM | | |
| 10 | GOVERNOR | DF-AE | SAM | | |

**COA Status:** Case Concluded; File Archived
**Case Flags:** Closed due to Bankruptcy Stay
**Consolidations:**
  312439 DETROIT POLICE OFFICERS ASSOCIATION V CITY OF DETROIT (Case Concluded; File Archived)

| | | |
|---|---|---|
| 03/15/2013 | 1 | Claim of Appeal - Civil |
| | | Proof of Service Date: 03/15/2013 |
| | | Check #: 7270 |
| | | Fee: $375.00 |
| | | Receipt #: 3152991 |
| | | Receipt Mailed: 03/25/2013 |
| | | Jurisdictional Checklist: Y |
| | | Register of Actions: Y |
| | | Attorney: 58741 - IORIO FILLIPE S |
| 02/28/2013 | 2 | Order Appealed From |
| | | From: COURT OF CLAIMS |
| | | Case Number: 12-000080-MK |
| | | Trial Court Judge: 36650 JAMO JAMES S |
| | | Nature of Case: |
| | |   Dismissal |
| | |   Declaratory Judgment Denied |
| 03/15/2013 | 5 | Transcript Complete Per Parties |
| | | Date: 03/15/2013 |
| | | Timely: Y |

| Date | Entry |
|---|---|
| | Filed By Attorney: 58741 - IORIO FILLIPE S |
| 03/15/2013 | 6 Notice Of Filing Transcript |
| | Date: 03/14/2013 |
| | Timely: Y |
| | Reporter: 4629 - DEXTER MELINDA I |
| | Hearings: |
| |   02/20/2013 |
| 03/15/2013 | 7 Transcript Filed By Party |
| | Date: 03/15/2013 |
| | Filed By Attorney: 58741 - IORIO FILLIPE S |
| | Hearings: |
| |   02/20/2013 |
| 03/22/2013 | 8 Appearance - Appellee |
| | Date: 03/22/2013 |
| | For Party: 7 STATE TREASURER DF-AE |
| | Attorney: 29213 - MURPHY MICHAEL F |
| 03/26/2013 | 9 Appearance - Appellee |
| | Date: 03/26/2013 |
| | For Party: 4 DETROIT MAYOR OF DF-AE |
| | Attorney: 31861 - WILLEMS JOHN H |
| 04/05/2013 | 10 Appellee Appearance Letter Sent Cl-124 |
| 04/11/2013 | 11 Appearance - Appellee |
| | Date: 04/09/2013 |
| | For Party: 2 DETROIT CITY OF DF-AE |
| | Attorney: 73105 - MCFARLANE JASON |
| 04/11/2013 | 12 Docketing Statement MCR 7.204H |
| | For Party: 1 DETROIT POLICE OFFICERS ASSOCIATION PL-AT |
| | Proof of Service Date: 04/11/2013 |
| | Filed By Attorney: 58741 - IORIO FILLIPE S |
| 05/07/2013 | 13 Miscellaneous Receipt |
| | Date: 05/07/2013 |
| | Fee: $1.00 |
| | Receipt #: 3152992 |
| 05/07/2013 | 14 Stips: Extend Time - AT Brief |
| | Extend Until: 06/07/2013 |
| | Filed By Attorney: 58741 - IORIO FILLIPE S |
| | For Party: 1 DETROIT POLICE OFFICERS ASSOCIATION PL-AT |
| | P/S Date: 05/07/2013 |
| 06/07/2013 | 15 Brief: Appellant |
| | Proof of Service Date: 06/07/2013 |
| | Oral Argument Requested: Y |
| | Timely Filed: Y |
| | Filed By Attorney: 58741 - IORIO FILLIPE S |
| | For Party: 1 DETROIT POLICE OFFICERS ASSOCIATION PL-AT |
| 06/21/2013 | 16 Stips: Extend Time - AE Brief |
| | Extend Until: 08/09/2013 |
| | Filed By Attorney: 29213 - MURPHY MICHAEL F |
| | For Party: 7 STATE TREASURER DF-AE |
| | P/S Date: 06/21/2013 |
| | Comments: to apply to all AEs |
| 07/08/2013 | 17 Motion: Consolidate |

|            |                                                                 |
|------------|-----------------------------------------------------------------|
|            | Proof of Service Date: 07/08/2013                               |
|            | Filed By Attorney: 29213 - MURPHY MICHAEL F                     |
|            | For Party: 7 STATE TREASURER DF-AE                              |
|            | Fee Code: FP                                                    |
|            | Answer Due: 07/15/2013                                          |
|            | Comments: with case #312439                                     |
| 07/09/2013 | 18 Defective Filing Letter                                      |
|            | Event: 17                                                       |
|            | Defect:                                                         |
|            |   Signature - Cured                                             |
| 07/09/2013 | 19 Telephone Contact                                            |
|            | For Party: 7 STATE TREASURER DF-AE                              |
|            | Attorney: 29213 - MURPHY MICHAEL F                              |
|            | Comments: Reqst signature page for motion to consolidate        |
| 07/09/2013 | 20 Other                                                        |
|            | Date: 07/09/2013                                                |
|            | For Party: 7 STATE TREASURER DF-AE                              |
|            | Attorney: 29213 - MURPHY MICHAEL F                              |
|            | Comments: Appe's signature pg for motion to consolidate         |
| 07/09/2013 | 21 Defect Cured                                                 |
|            | Event: 17                                                       |
|            | P/S Date: 07/09/2013                                            |
|            | Defect:                                                         |
|            |   Signature - Cured                                             |
| 07/12/2013 | 22 Answer - Motion                                              |
|            | Proof of Service Date: 07/12/2013                               |
|            | Event No: 17 Consolidate                                        |
|            | For Party: 1 DETROIT POLICE OFFICERS ASSOCIATION PL-AT          |
|            | Filed By Attorney: 58741 - IORIO FILLIPE S                      |
| 07/16/2013 | 23 Submitted on Administrative Motion Docket                    |
|            | Event: 17 Consolidate                                           |
|            | District: D                                                     |
|            | Item #: 15                                                      |
| 07/17/2013 | 24 Order: Consolidate - Grant                                   |
|            | View document in PDF format                                     |
|            | Event: 17 Consolidate                                           |
|            | Panel: ELG                                                      |
|            | Comments: Consl: 312439,315299                                  |
| 07/25/2013 | 27 Bankruptcy - Notice                                          |
|            | Date: 07/25/2013                                                |
|            | For Party: 2 DETROIT CITY OF DF-AE                              |
|            | Attorney: 73105 - MCFARLANE JASON                               |
| 07/31/2013 | 28 Correspondence Received                                      |
|            | Date: 07/31/2013                                                |
|            | For Party: 4 DETROIT MAYOR OF DF-AE                             |
|            | Attorney: 31861 - WILLEMS JOHN H                                |
|            | Comments: Bankruptcy status - appes' brfs in #315299 due 8/9/13 |
| 08/01/2013 | 29 Submitted on Administrative Motion Docket                    |
|            | District: D                                                     |
| 08/02/2013 | 30 Order: Case Closed - Bankruptcy Stay - Subject to Reopen     |
|            | View document in PDF format                                     |

| Date | Entry |
|---|---|
| | Event: 29 Submitted on Administrative Motion Docket |
| | Panel: ELG |
| | Attorney: 73105 - MCFARLANE JASON |
| 10/23/2013 | 32 File Closed-Out |
| | File Location: F |
| 12/10/2014 | 33 Stips: Dismiss Appeal |
| | Filed By Attorney: 58741 - IORIO FILLIPE S |
| 12/16/2014 | 34 Submitted on Administrative Motion Docket |
| | District: D |
| 12/17/2014 | 35 Order: Reopen - Administrative |
| | View document in PDF format |
| | Event: 34 Submitted on Administrative Motion Docket |
| | Panel: ELG |
| | Comments: The parties having filed a stip to dismiss-Clrk directed to enter an order of dismissal-MCR 7.218(B) |
| 12/17/2014 | 36 Order: Dismissal - Stip - Appeal |
| | View document in PDF format |
| | Attorney: 58741 - IORIO FILLIPE S |
| 01/09/2015 | 38 File Closed-Out |
| | File Location: F |

Case Listing Complete