# **EXHIBIT 9: DOCKET SHEET OF CASE NUMBER 13-004974**

Skip to Main Content  Logout  My Account  Search Menu  New Case Search  Refine Search  Back

Location : Non-Criminal Cases   Images   Web Access Instruction Manual

# REGISTER OF ACTIONS
### CASE NO. 13-004974-CL

|  |  |
|---|---|
| **RELATED CASE INFORMATION** | |

**Related Cases**
12-010859-CL (Prior Action)

|  |  |
|---|---|
| **PARTY INFORMATION** | |

| | | | |
|---|---|---|---|
| **Defendant** | Detroit Poilce Officers Association | | **Lead Attorneys**<br>**Donato S. Iorio**<br>*Retained*<br>(419) 537-1954(W) |
| **Plaintiff** | City of Detroit, a municipal corporation | | **Malcolm D. Brown**<br>*Retained*<br>(248) 858-0485(W) |

|  |  |
|---|---|
| **EVENTS & ORDERS OF THE COURT** | |

**OTHER EVENTS AND HEARINGS**
04/15/2013  Service Review Scheduled
04/15/2013  Status Conference Scheduled
04/15/2013  **Case Filing Fee - Paid**
04/15/2013  **Complaint, Filed**
05/06/2013  **Return of Service, Filed**
05/08/2013  **Letter, Filed**
05/24/2013  **Letter, Filed**
06/10/2013  **Letter, Filed**
06/24/2013  **Letter, Filed**
06/24/2013  **Notice of Appearance, Filed**
06/24/2013  **Proof of Service, Filed**
07/02/2013  **Letter, Filed**
07/09/2013  **Proof of Service, Filed**
07/11/2013  **Answer to Complaint, Filed**
07/11/2013  **Proof of Service, Filed**
08/21/2013  **Closed/Final - Admin Clsng Due to Bankrpty, Signed and Filed** (Judicial Officer: Macdonald, Kathleen )
10/04/2013  *CANCELED*  **Status Conference**  (8:45 AM) (Judicial Officer Macdonald, Kathleen)
 *Case Disposed/Order Previously Entered*
  *07/15/2013 Reset by Court to 07/19/2013*
  *07/19/2013 Reset by Court to 07/23/2013*
  *07/23/2013 Reset by Court to 08/16/2013*
  *08/16/2013 Reset by Court to 10/04/2013*