LAW OFFICES OF

# ALLARD & FISH
PROFESSIONAL CORPORATION

DEBORAH L. FISH

1001 WOODWARD AVENUE
SUITE 850
DETROIT, MICHIGAN 48226
(313) 961-6141
(313) 961-6142 (FAX)
www.allardfishpc.com

DAVID W. ALLARD
(1947-2013)

October 30, 2019

US Bankruptcy court EDM
211 West Fort Street
Detroit, MI 48226
Fort Wayne, IN 46802

Re: Timothy Graves and Allard & Fish, P.C.

Dear Bankruptcy Court for the Eastern District of Michigan,

Please be advised that Timothy R. Graves is no longer with the firm of Allard and Fish, P.C. In all of the cases below, please delete him as the attorney of record and add me as attorney of record for Stone Lion Capital Partners, L.P.

| Case | Party | Party Role | Status |
| --- | --- | --- | --- |
| 13-53846-tjt | Dexia Holdings, Inc. | intp | |
| 13-53846-tjt | Norddeutsche Landesbank Luxembourg, S.A. | intp | |
| 13-53846-tjt | Ad Hoc COPs Holders | intp | |
| 13-53846-tjt | Aurelius Capital Management, LP | intp | |
| 13-53846-tjt | Dexia Credit Local | intp | |
| 13-53846-tjt | Bronze Gable, L.L.C. | intp | |
| 13-53846-tjt | Stone Lion Capital Partners L.P. | intp | Party has no other attorney. |
| 13-53846-tjt | Monarch Alternative Capital LP | intp | |
| 13-53846-tjt | Panning Capital Management, LP | intp | |
| 12-62946-mlo | Michael Stevenson | tr | |
| 13-43832-mlo | Homer McClarty | tr | |

Feel free to contact me if you have any questions.

Thank you for your assistance,

Sincerely,

Deborah L. Fish