# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### ORDER APPROVING THE STIPULATION
### BY THE CITY OF DETROIT, MICHIGAN,
### NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION,
### AND MBIA INSURANCE CORPORATION
### RESOLVING CLAIMS NUMBERED 1029, 1031, 1034, 1040, 1042, 1046, 1067, 1070, 1084, 1091, 1095, 1099, AND 3638

This case is before the Court on the stipulation filed on October 30, 2019, entitled "Stipulation by and Among the City of Detroit, Michigan, National Public Finance Guarantee Corporation, and MBIA Insurance Corporation Resolving Claim Numbers 1029, 1031, 1034, 1040, 1042, 1046, 1067, 1070, 1084, 1091, 1095, 1099, and 3638" (Docket # 13154, the "Stipulation"). The Court having reviewed the Stipulation and being otherwise apprised of the matter, and finding good cause to enter this Order,

IT IS ORDERED that:

1. The Stipulation is approved to the extent set forth in this Order.

2. Claims numbered 1029, 1031, 1034, 1040, 1042, 1046, 1067, 1070, 1084, 1091, 1095, 1099, and 3638 are withdrawn and expunged.

3. The City's claims agent is authorized to update the claims register accordingly.

**Signed on October 30, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge