# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND HRT ENTERPRISES FOR EXPUNGEMENT OF CLAIM NUMBER 1361

This case is before the Court on the stipulation filed on October 31, 2019, entitled "Stipulation By and Between the City of Detroit, Michigan and HRT Enterprises For Expungement of Claim Number 1361" (Docket # 13158, the "Stipulation").[1] Based on the Stipulation, the Court finds good cause to enter this Order.

**IT IS ORDERED that:**

1.      As a Claim expressly excluded from discharge in this bankruptcy case under paragraph 30 of the Confirmation Order, Claim 1361 will be expunged from the claims register maintained in the Case as a matter of administrative convenience. However, such expungement is not intended to, nor shall it, enlarge or constrict or otherwise affect any substantive or procedural right provided to HRT Enterprises or the City under paragraph 30 of the Confirmation Order.

---

[1] Capitalized terms used but not otherwise defined in this Order have the meanings given to them in the Stipulation.

Subject to the terms of the Confirmation Order, HRT Enterprises expressly

reserves any and all claims against the City, and the City expressly reserves any

and all defenses to Claim 1361 (and any other claims of the Claimant).

2.      Nothing in this Order is intended to, or will, postpone, waive, modify

or amend any substantive or procedural right or remedy of either of the Parties

under the Confirmation Order or otherwise.

3.      This Court retains jurisdiction over any and all matters arising from

the interpretation or implementation of this Order.

4.      The City's claims and noticing agent, Kurtzman Carson Consultants,

is authorized to update the claims register to reflect the terms of this Order.

**Signed on October 31, 2019**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**