| | ) | |
|---|---|---|
| In re: | ) | Chapter 9 |
| | ) | |
| CITY OF DETROIT, MICHIGAN, | ) | Case No. 13-53846 |
| | ) | |
| Debtor. | ) | Judge Thomas J. Tucker |
| | ) | |
| _____ | ) | |

**FIFTH STIPULATION FOR EXTENSION OF FILING RESPONSE TO CITY OF DETROIT MOTION, DOCKET No. 13126, FOR CLAIMANTS AFSCME (CLAIM NUMBER 2958) AND THE COALITION OF DETROIT UNIONS (CLAIM NUMBER 2851)**

The City of Detroit, Michigan ("City"), AFSCME Council 25 and Its Affiliated Detroit Locals, on behalf of themselves and their affiliated locals, officers, agents, employees and members ("AFSCME") and the Coalition of Detroit Unions, on behalf of itself and its members and their officers, agents, employees and members ("Coalition") stipulate and agree as follows:

1. On September 17, 2019, the City of Detroit filed a motion concerning the implementation of distributions of certain B Notes to holders of allowed Class 14 claims, for the City's Plan of Adjustment.

2. Claimants AFSCME and the Coalition have two separate allowed claims, which are entitled to B Notes, pursuant to an Order of this Court.

3. On October 30, 2019, the parties filed a stipulation and proposed order with this Court requesting an additional two days to finalize a proposed order.

4. While trying to finalize the documents over the last two days, the parties now believe that certain changes are needed to the stipulation and order due to an unresolved issue. Although the parties are optimistic that agreement will be reached, this issue requires the input of advisors to AFSCME and the Coalition and it is anticipated that it may take one week to resolve this issue.

5. To the extent the issue cannot be resolved, the parties agree that AFSCME and the Coalition must file objections to the motion on or before November 11, 2019, and that a hearing on the Motion may be held at the next scheduled hearing in the City's bankruptcy case, which is November 20, 2019, at 1:30 p.m., subject to the availability of this Court.

Dated: November 1, 2019        CITY OF DETROIT LAW DEPARTMENT

By: */s/ Charles N. Raimi*
Charles N. Raimi  (P29746)
Mary Beth Cobb (P40080)
James Noseda (P52563)
Attorney for the City of Detroit
2 Woodward Avenue, Ste. 500
Detroit, Michigan 48226
(313) 224-4550
raimic@detroitmi.gov

Dated: November 1, 2019        CITY OF DETROIT

|                              |                                                                                                                                                                                                                                           |
|------------------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|                              | By: */s/ Marc N. Swanson*<br>Marc N. Swanson (P71149)<br>MILLER CONFIELD<br>Attorney for City of Detroit<br>150 West Jefferson, Ste. 2500<br>Detroit, Michigan 48226<br>(313) 963-6420<br>swansonm@millercanfield.com                          |
| Dated: November 1, 2019      | By: */s/ Richard G. Mack, Jr.*<br>Richard G. Mack, Jr.<br>Miller Cohen, PLC<br>Attorney for Claimant AFSCME<br>600 West Lafayette Blvd., 4th Floor<br>Detroit, Michigan 48226<br>(313) 964-4454<br>richardmack@millercohen.com                 |
| Dated: November 1, 2019      | By: */s/ Richard G. Mack, Jr.*<br>Richard G. Mack, Jr.<br>Miller Cohen, PLC<br>Attorney for Claimant Coalition<br>600 West Lafayette Blvd., 4th Floor<br>Detroit, Michigan 48226<br>(313) 964-4454<br>richardmack@millercohen.com              |

**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**FIFTH ORDER APPROVING STIPULATION FOR EXTENSION OF FILING RESPONSE TO CITY OF DETROIT MOTION, DOCKET No. 13126, FOR CLAIMANTS AFSCME (CLAIM NUMBER 2958) AND THE COALITION OF DETROIT UNIONS (CLAIM NUMBER 2851)**

This matter having come before the Court on the Stipulation Between the City of Detroit, AFSCME Council 25 and Its Affiliated Detroit Locals, and the Coalition of Detroit Unions for Entry of an Order Approving an Extension of Time for Claimants' filing of response to City Motion concerning a process for the implementation of distributions of B Notes (Docket No 13126) ("Stipulation", Docket No. \*\*), the Court being fully advised in the premises, and there being good cause to grant the relief requested, and the Court finding that the proposed stipulation is fair and equitable and is in the best interest of the City, AFSCME and the Coalition, and other creditors of the City,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved as set forth in this Order.

2. AFSCME may respond to the City's Motion at Docket No. 13126, on or before November 11, 2019.

3. The Coalition may respond to the City's Motion at Docket No. 13126, on or before November 11, 2019.