UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER APPROVING FIFTH STIPULATION FOR EXTENSION OF TIME FOR FILING RESPONSE TO CITY OF DETROIT'S MOTION, DOCKET NO. 13126, FOR CLAIMANTS AFSCME (CLAIM NUMBER 2958) AND THE COALITION OF DETROIT UNIONS (CLAIM NUMBER 2851)**

This case is before the Court on the stipulation filed on November 1, 2019 (Docket # 13160, the "Stipulation"), between the City of Detroit, AFSCME Council 25 and Its Affiliated Detroit Locals, and the Coalition of Detroit Unions, for entry of an order approving a fifth extension of time for Claimants' filing of a response to the City of Detroit's motion concerning a process for the implementation of distributions of B Notes (Docket # 13126, the "City's Motion").

**IT IS ORDERED THAT:**

1. The Stipulation is approved.

2. AFSCME may respond to the City's Motion on or before November 12, 2019.

3. The Coalition may respond to the City's Motion on or before November 12, 2019.

**Signed on November 01, 2019**



/s/ Thomas J. Tucker
_____
Thomas J. Tucker
United States Bankruptcy Judge