# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

On October 24, 2019, the undersigned filed the *Notice of Resolution of Certain Claims* on behalf of the City of Detroit [Doc. No. 13151] ("Notice"). The Notice was served by first class mail upon the parties listed on the Service List which was attached to the Notice. Subsequently, three envelopes containing copies of the Notice were returned to counsel for the City of Detroit ("City") by the U.S. Postal Service. Face copies of the returned envelopes are attached hereto as Exhibit 1.

In order to exercise proper diligence in serving the Notice on the intended recipients of the returned envelopes, counsel for the City certifies that on November 6, 2019, it has supplemented the original service as follows:

| Original Addressee | Additional Action Taken |
|---|---|
| Derek Donnelly<br>Financial Guaranty Insurance Company<br>125 Park Avenue<br>New York, New York 10017 | Served again upon:<br><br>Derek Donnelly<br>Financial Guaranty Insurance Company<br>463 Seventh Avenue<br>New York, NY 10018<br><br>(No address supplied by U.S. Postal Service on returned envelope. Counsel for the City investigated and determined this to be the best address for supplemental service.) |
| Lawrence A. Larose<br>Samuel S. Kohn<br>Chadboume & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 | Served again upon:<br><br>Samuel S. Kohn<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019-6022<br><br>(No address supplied by U.S. Postal Service on returned envelope. Counsel for the City investigated and determined this to be the best address for supplemental service.) |
| Arent Fox LLP<br>1675 Broadway<br>New York, New York 10019<br>Attention: David L. Dubrow, Esq. | Served again upon:<br><br>Arent Fox LLP<br>1301 Avenue of the Americas, FL 42<br>New York, NY 10019-6040<br><br>(Address supplied by U.S. Postal Service on returned envelope.) |

Dated: November 6, 2019

        Respectfully submitted,

        By: <u>/s/ Marc N. Swanson</u>
            Marc N. Swanson (P71149)
            MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
            150 West Jefferson, Suite 2500
            Detroit, Michigan 48226
            Telephone: (313) 496-7591
            Facsimile: (313) 496-8451
            swansonm@millercanfield.com

# **EXHIBIT 1**

NEOPOST
10/24/2019
US POSTAGE $000.65⁰
FIRST-CLASS MAIL
ZIP 48226
041M11280055

Derek Donnelly
Financial Guaranty Insurance Company
125 Park Avenue
New York, New York 10017

NIXIE          100    FE 1         0010/30/19
            RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
             UNABLE TO FORWARD
UTF    BC: 48226441525    *0145-00048-30-36
5>4415

NEOPOST     FIRST-CLASS MAIL
10/24/2019
US POSTAGE  $000.65⁰

ZIP 48226
041M11280055

*M. Swanson*

Lawrence A. Larose
Samuel S. Kohn
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

NIXIE       100    DC  1         0010/30/19
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

UTF   BC:  48226441699    *1483-00987-30-42
6>4416

NEOPOST  FIRST-CLASS MAIL
10/24/2019
US POSTAGE $000.65⁰

ZIP 48226
041M11280055

Arent Fox LLP
1675 Broadway
New York, New York 10019
Attention: David L. Dubrow, Esq.



```
          100 NFE 1    618F0010/29/19
FORWARD TIME EXP   RTN TO SEND
: ARENT FOX LLP
1301 AVENUE OF THE AMERICAS FL 42
NEW YORK NY 10019-6040
```

ANK               RETURN TO SENDER

846-tjt   Doc 13163   Filed 11/06/19   Entered 11/06/19 14:51:39   Page