UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### ORDER *GRANTING IN PART AND DENYING IN PART* THE *EX PARTE* MOTION OF THE CITY OF DETROIT FOR A TENTH EXTENSION OF THE CLAIMS OBJECTION BAR DATE

This case is before the Court on the City's *Ex Parte* Motion for a Tenth Extension of the Claims Objection Bar Date, filed November 6, 2019 (Docket # 13165, the "Motion"),[1] seeking entry of an order extending the Claims Objection Bar Date through and including June 30, 2020. This Court has jurisdiction over the Motion under 28 U.S.C. §§ 157 and 1334; this is a core proceeding under 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409. The Court finds that the relief granted in this Order is in the best interests of the City, and its creditors; and the Motion can be considered and this Order granted on an *ex parte* basis under Local Rule 9006-1 and that no prior notice of the Motion or the entry of this Order need be given.

---

[1] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Motion.

The Court finds that there is good cause to grant only partial relief, rather than the full relief that is requested by the Motion. Accordingly.

IT IS ORDERED that:

1. The Motion is granted in part and denied in part, on the terms stated in this Order.

2. The Claims Objection Bar Date, as set forth in the Plan, including the deadline for the City to object to claims, is extended from December 9, 2019, through and including *March 9, 2020.*

3. *No further extensions of the Claims Objection Bar Date will be granted.*

4. This Court will retain jurisdiction to hear and determine all matters arising from or related to the interpretation or implementation of this Order.

**Signed on November 08, 2019**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge