UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER REGARDING CLAIM NUMBERS 1925, 1841, 1845, AND 1857**

Upon the stipulation filed on November 14, 2019 (Docket # 13174), between the City of Detroit; K&P, Inc.; 415 East Congress, LLC; H.D.V. Greektown, LLC; and Shafer & Associates, P.C., resolving the City's objections to claims filed at Docket Numbers 13131, 13132, 13133, and 13134 (collectively, the Objections");[1] the Court finds good cause to enter this Order.

IT IS ORDERED THAT:

1. Claim number 1857 filed by Shafer & Associates, P.C. is allowed as a class 14 other unsecured claim under the Plan in the reduced amount of $905,718.65.

2. Claim numbers 1841, 1845, and 1925 are disallowed and expunged in their entirety under section 502(b) of the Bankruptcy Code.

3. The City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

---

[1] Capitalized terms not defined in this Order have the meanings ascribed to them in the Objections.

4. The City is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

5. Notice of the Objections as provided within each is good and sufficient notice of such Objection, and the requirements of Bankruptcy Rule 3007(a) and the local rules of the Court are satisfied by such notice.

6. This Order fully resolves the Objections.

**Signed on November 14, 2019**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge