# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>            Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

On October 24, 2019, the undersigned filed the *Notice of Resolution of Certain Claims* on behalf of the City of Detroit [Doc. No. 13151] ("Notice"). The Notice was served by first class mail upon the parties listed on the Service List which was attached to the Notice. Subsequently, an envelope containing a copy of the Notice was returned to counsel for the City of Detroit ("City") by the U.S. Postal Service. A face copy of the returned envelope is attached hereto as Exhibit 1.

In order to exercise proper diligence in serving the Notice on the intended recipient of the returned envelope, counsel for the City certifies that on November 14, 2019, it has supplemented the original service as follows:

| **Original Addressee** | **Additional Action Taken** |
|---|---|
| Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022<br>Attn: Josh Dorchak | Served again, via first class mail, upon:<br><br>Morgan Lewis<br>Attn: Josh Dorchak<br>101 Park Ave.<br>New York, NY 10178-0060<br><br>(No address supplied by U.S. Postal Service on returned envelope. Counsel for the City investigated and determined this to be the best address for supplemental service.) |

Dated: November 14, 2019

                              Respectfully submitted,

                              By: /s/ Marc N. Swanson
                                  Marc N. Swanson (P71149)
                                  MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
                                  150 West Jefferson, Suite 2500
                                  Detroit, Michigan 48226
                                  Telephone: (313) 496-7591
                                  Facsimile: (313) 496-8451
                                  swansonm@millercanfield.com

# **EXHIBIT 1**

NEOPOST  FIRST-CLASS MAIL
10/24/2019
US POSTAGE $000.65⁰

ZIP 48226
041M11280055

M. Swanson

Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022
Attn: Josh Dorchak

NIXIE           100     FE 1           0011/02/19
         RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD

UTF    BC: 48226441525    *1483-01505-02-36