UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CITY OF DETROIT

Debtor.

Chapter 9

Case No. 13-53846

Judge Thomas J. Tucker

# ORDER *DENYING* MOTION FOR EXPEDITED HEARING FILED BY PIKE POINTE HOLDINGS, LLC

This case is before the Court on the motion for an expedited hearing, filed on November 13, 2019 by Pike Pointe Holdings, LLC (Docket # 13171, the "Expedited Hearing Motion"). The City of Detroit filed an objection to the Expedited Hearing Motion, on November 14, 2019 (Docket # 13175, the "Objection").

The Court finds that the Expedited Hearing Motion does not demonstrate good cause to hold an expedited hearing or to shorten the normal notice period for the underlying motion.[1] Accordingly,

IT IS ORDERED that the Expedited Hearing Motion (Docket # 13171) is denied.

**Signed on November 14, 2019**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge

---

[1] This finding is based, at least in part, on the City of Detroit's representation, made in the Objection (Docket # 13175), that the City has offered Pike Pointe Holdings, LLC a 4-month extension of the December 10, 2019 expiration date of the Option Period for the Jefferson Property, to allow the parties to litigate their dispute over the underlying motion "in an orderly manner." ***In denying the Expedited Hearing Motion today, the Court assumes that the parties can, and promptly will, agree to an unconditional 4-month extension of the December 10, 2019 expiration date.***