UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: | Bankruptcy Case No. 13-53846 |
|---|---|
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

The City of Detroit has determined that two holders of Class 14 Claims were inadvertently left off of the service list for the *City of Detroit's Motion to Implement Distributions of B Notes to Holders of Allowed Class 14 Claims Under the City's Confirmed Plan of Adjustment* ("Motion," Doc. No. 13126). On November 26, 2019, the City served the below claimants with the Motion, the entered order granting it, and a letter, via first class mail, explaining that they have until December 13, 2019, to file an objection to the Motion.

Mckay, Michael
Romano, Daniel G.
Romano Law PLLC
23880 Woodward Ave
Pleasant Ridge, MI 48069

Clayton, Julius and his Attorneys Christopher Trainor & Associates
c/o Christopher Trainor & Associates
9750 Highland Road
White Lake, MI 48386

                                                    By: /s/ *Marc N. Swanson*
                                                    Marc N. Swanson (P71149)
                                                    150 West Jefferson, Suite 2500
                                                    Detroit, Michigan 48226
                                                    Phone - (313) 496-6420
                                                    Facsimile - (313) 496-8451
                                                    Email - swansonm@millercanfield.com

Dated: November 26, 2019