# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

## STIPULATION BETWEEN THE CITY OF DETROIT AND PIKE POINTE HOLDINGS, LLC REGARDING MOTION TO ENFORCE DEVELOPMENT AGREEMENT

The City of Detroit ("City") and Pike Pointe Holdings, LLC ("Pike Pointe") stipulate and agree as follows:

1. On November 13, 2019, Pike Pointe filed a *Motion to Enforce Development Agreement* [Doc. No. 13170] ("Motion to Enforce").

2. On November 25, 2019, Pike Pointe filed the *Notice of Partial Withdrawal of Motion to Enforce Development Agreement* [Doc. No. 13179], which provided that Pike Pointe withdrew certain portions of the Motion to Enforce.

3. The parties respectfully request that the Court enter the Order attached as Exhibit 1, extending the deadline for the City to respond to the Motion to Enforce from November 27, 2019, to December 11, 2019.

| | |
|---|---|
| By: /s/ Marc N. Swanson<br>Marc N. Swanson (P71149)<br>MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 496-7591<br>Facsimile: (313) 496-8451<br>swansonm@millercanfield.com<br><br>and<br><br>Charles N. Raimi (P29746)<br>Deputy Corporation Counsel<br>City of Detroit Law Department<br>2 Woodward Avenue, Suite 500<br>Coleman A. Young Municipal Center<br>Detroit, Michigan 48226<br>Telephone: (313) 237-5037<br>Facsimile: (313) 224-5505<br>raimic@detroitmi.gov<br><br>Attorneys for the City of Detroit | By: /s/ John F. Rhoades<br>John F. Rhoades (P75575)<br>DYKEMA GOSSET PLLC<br>400 Renaissance Center<br>Detroit, Michigan 48243<br>Telephone: (313) 568-6800<br>jrhoades@dykema.com<br><br>Attorneys for Pike Pointe Holdings LLC |

Dated: November 27, 2019

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| In re: | Case No. 13-53846 |
|---|---|
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER APPROVING STIPULATION BETWEEN THE CITY OF DETROIT AND PIKE POINTE HOLDINGS, LLC REGARDING MOTION TO ENFORCE DEVELOPMENT AGREEMENT

Upon the Stipulation between the City of Detroit and Pike Pointe Holdings, LLC Regarding Motion to Enforce Development Agreement; and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED THAT** the City of Detroit's deadline to respond to the Motion to Enforce Development Agreement [Doc. No. 13170] is extended through and including December 11, 2019.