# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER APPROVING STIPULATION BETWEEN THE CITY OF DETROIT AND PIKE POINTE HOLDINGS, LLC REGARDING MOTION TO ENFORCE DEVELOPMENT AGREEMENT

Based on the stipulation filed November 27, 2019 (Docket # 13181) between the City of Detroit and Pike Pointe Holdings, LLC, the Court finds good cause to enter this Order.

**IT IS ORDERED THAT** the City of Detroit's deadline to respond to the motion filed by Pike Pointe Holdings, LLC entitled "Motion to Enforce Development Agreement" (Docket # 13170) is extended through and including December 11, 2019.

**Signed on December 2, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge