IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: ) Chapter 9
) Case No. 13-53846
CITY OF DETROIT ) ~~Hon.~~ Judge Thomas J. Tucker
)
Debtor )

**ORDER GRANTING EX-PARTE MOTION OF MARVIN SEALES FOR LEAVE TO FILE RESPONSE TO CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 3631 IN THE TRADITIONAL MANNER**

At a session of said Court, held in the City of Detroit, County of Wayne, State of Michigan,
on _____
PRESENT: HON. _____

This matter coming before the Court on the *Ex-Parte* Motion of Marvin Seales for Leave to File his Response to City of Detroit's Objection to Claim Number 3631 in the Traditional Manner, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Marvin Seales is granted leave to file his response to City of Detroit's Objection to Claim Number 3631 in the traditional manner.

_/s/ Thomas J. Tucker  12-3-19_
UNITED STATES BANKRUPTCY JUDGE

{00809794.DOCX}