IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: | ) | Chapter 9 |
| --- | --- | --- |
| | ) | Case No. 13-53846 |
| CITY OF DETROIT | ) | Hon. Judge Thomas J. Tucker |
| | ) | |
| Debtor | ) | |

## CORRECTED
## PROOF OF SERVICE/CERTIFICATE OF SERVICE

I, James S. Craig, hereby certify on December 2, 2019, I filed the foregoing with the Clerk of the Court in the traditional manner and by US Mail to:

Marc N. Swanson, Esq.
*Miller, Canfield,*
  *Paddock & Stone, PLC*
150 West Jefferson, Suite 2500
Detroit, Michigan 48226

Charles N. Raimi, Esq.
*City of Detroit Law Department*
2 Woodward Avenue, Suite 500
Coleman A. Young Municipal Center
Detroit, Michigan 48226

James S. Craig