# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER MODIFYING CLAIM NO. 1862 FILED BY THE DETROIT POLICE OFFICERS ASSOCIATION

This case is before the Court on the stipulation filed on December 10, 2019, entitled "Stipulation for Order Modifying Claim No. 1862 Filed by the Detroit Police Officers Association" (Docket # 13189, the "Stipulation").[1] Based on the Stipulation,

IT IS ORDERED THAT Claim No. 1862 filed by the DPOA is modified to withdraw the portion of the claim related to the CET Claim. The City and the DPOA each reserve all of their respective rights, claims, objections and defenses to the Wage Claim, which is the remaining portion of Claim No. 1862. This Order does not resolve the Objection as to the Wage Claim.

IT IS FURTHER ORDERED THAT the City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

IT IS FURTHER ORDERED THAT this Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.

**Signed on December 10, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge