# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

## STIPULATION BETWEEN THE CITY OF DETROIT AND PIKE POINTE HOLDINGS, LLC FOR SECOND EXTENSION OF THE DEADLINE TO RESPOND TO MOTION TO ENFORCE DEVELOPMENT AGREEMENT

The City of Detroit ("City") and Pike Pointe Holdings, LLC ("Pike Pointe") stipulate and agree as follows:

1. On November 13, 2019, Pike Pointe filed a *Motion to Enforce Development Agreement* [Doc. No. 13170] ("Motion to Enforce").

2. On November 25, 2019, Pike Pointe filed the *Notice of Partial Withdrawal of Motion to Enforce Development Agreement* [Doc. No. 13179], which provided that Pike Pointe withdrew certain portions of the Motion to Enforce.

3. On December 2, 2019, the Court entered an order [Doc. No. 13182] extending the deadline for the City to respond to the Motion to Enforce through December 11, 2019, based on the stipulation between the City and Pike Pointe filed at Doc. No. 13181.

4. The parties respectfully request that the Court enter the Order attached as Exhibit 1, further extending the deadline for the City to respond to the Motion to Enforce from December 11, 2019, to December 17, 2019.

| | |
|---|---|
| By: /s/ Marc N. Swanson<br>Marc N. Swanson (P71149)<br>MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 496-7591<br>Facsimile: (313) 496-8451<br>swansonm@millercanfield.com<br><br>and<br><br>Charles N. Raimi (P29746)<br>Deputy Corporation Counsel<br>City of Detroit Law Department<br>2 Woodward Avenue, Suite 500<br>Coleman A. Young Municipal Center<br>Detroit, Michigan 48226<br>Telephone: (313) 237-5037<br>Facsimile: (313) 224-5505<br>raimic@detroitmi.gov<br><br>Attorneys for the City of Detroit | By: /s/ John F. Rhoades<br>John F. Rhoades (P75575)<br>DYKEMA GOSSET PLLC<br>400 Renaissance Center<br>Detroit, Michigan 48243<br>Telephone: (313) 568-6800<br>jrhoades@dykema.com<br><br>Attorneys for Pike Pointe Holdings LLC |

Dated: December 11, 2019

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |

**ORDER APPROVING STIPULATION BETWEEN THE CITY OF DETROIT AND PIKE POINTE HOLDINGS, LLC FOR SECOND EXTENSION OF THE DEADLINE TO RESPOND TO MOTION TO ENFORCE DEVELOPMENT AGREEMENT**

Upon the *Stipulation Between the City of Detroit and Pike Pointe Holdings, LLC For Second Extension of the Deadline to Respond to Motion to Enforce Development Agreement*; and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED THAT** the City of Detroit's deadline to respond to the Motion to Enforce Development Agreement [Doc. No. 13170] is extended through and including December 17, 2019.