# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## STIPULATION REGARDING CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 3631 FILED BY MARVIN SEALES

The City of Detroit ("City") and Marvin Seales, by and through their undersigned counsel, hereby stipulate as follows:

On November 4, 2019, the City filed its *Objection to Claim Number 3631 Filed by Marvin Seales* [Doc. No. 13162] ("Objection"). On December 3, 2019, Marvn Seales filed a response to the Objection.

The parties have resolved the Objection as set forth in the proposed order attached hereto as Exhibit 1. The parties therefore respectfully request that the court enter the order attached as hereto as Exhibit 1.

Stipulated and Agreed To On December 11, 2019

| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | FIEGER LAW |
|---|---|
| By: /s/ Marc N. Swanson<br>Marc N. Swanson (P71149)<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 963-6420<br>Facsimile: (313) 496-8451<br>swansonm@millercanfield.com<br><br>*Attorneys for the City of Detroit* | By: /s/ James S. Craig<br>James S. Craig (P52691)<br>19390 W. Ten Mile Rd.<br>Southfield, MI 48075<br>Telephone: (248) 355-5555<br>jcraig@fiegerlaw.com<br><br>*Attorneys for Marvin Seales* |

**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER SUSTAINING IN PART THE CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 3631 FILED BY MARVIN SEALES**

This case is before the Court on the motion entitled "City of Detroit's Objection to Claim Number 3631 Filed by Marvin Seales" and the Court being fully advised in the premises,

IT IS ORDERED that:

1. The Objection is sustained.

2. Claim No. 3631 filed by Marvin Seales is hereby disallowed and expunged in its entirety, pursuant to Section 502(b) of the Bankruptcy Code. This expungement does not affect any right to indemnity that Thomas Zberkot may have against the City.

3. The City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

4. The City is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.