# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER SUSTAINING THE CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 3631 FILED BY MARVIN SEALES

This case is before the Court on the claim objection entitled "City of Detroit's Objection to Claim Number 3631 Filed by Marvin Seales" (Docket # 13162, the "Objection"). Based on the stipulation of the parties filed on December 11, 2019 (Docket # 13192),

IT IS ORDERED that:

1. The Objection is sustained.

2. Claim No. 3631 filed by Marvin Seales is disallowed and expunged in its entirety, under Section 502(b) of the Bankruptcy Code. This expungement does not affect any right to indemnity that Thomas Zberkot may have against the City.

3. The City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

4. The City is authorized to take all actions necessary to effectuate the relief granted by this Order in accordance with the Objection.

**Signed on December 11, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge