UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Thomas J. Tucker<br>Chapter 9 |

**ORDER APPROVING STIPULATION BETWEEN THE CITY OF DETROIT AND PIKE POINTE HOLDINGS, LLC FOR A SECOND EXTENSION OF THE DEADLINE TO RESPOND TO MOTION TO ENFORCE DEVELOPMENT AGREEMENT**

Based on the stipulation filed December 11, 2019 (Docket # 13191) between the City of Detroit and Pike Pointe Holdings, LLC, the Court finds good cause to enter this Order.

**IT IS ORDERED THAT** the City of Detroit's deadline to respond to the Motion to Enforce Development Agreement (Docket # 13170) is extended through and including December 17, 2019.

**Signed on December 11, 2019**



/s/ Thomas J. Tucker
**Thomas J. Tucker
United States Bankruptcy Judge**