# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER SUSTAINING CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 1323 FILED BY DERRICK PHILLIPS

Upon review of the *City of Detroit's Objection to Claim Number 1323 Filed by Derrick Phillips* (Docket # 13166, the "Objection"),[1] seeking entry of an order disallowing and expunging claim number 1323; and the Court finding that it has jurisdiction over the Objection under 28 U.S.C. §§ 157 and 1334 and Article VII of the Plan; and the Court finding that this is a core proceeding under 28 U.S.C. § 157(b)(2); and the Court finding that venue of this proceeding and the Objection in this District is proper under 28 U.S.C. §§ 1408 and 1409; and the Court finding that the relief requested in the Objection is in the best interests of the City and its creditors; and due and proper notice of the Objection having been given as provided in the Objection; and the Court finding that no other or further notice of the Objection need be given; and no timely objections or other responses to the Objection having been filed; and the Court finding that the legal and factual bases set forth in the Objection establish just cause for the relief granted; and after due

---

[1] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Objection.

deliberation and good and sufficient cause appearing therefore;

IT IS ORDERED that:

1. The Objection is sustained.

2. Claim number 1323 filed by Derrick Phillips is disallowed and expunged in its entirety under Section 502(b) of the Bankruptcy Code.

3. The City's claims agent is authorized to update the claims register to reflect the relief granted in this Order.

4. The City is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

**Signed on December 12, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge