# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## STIPULATION REGARDING HEARING ON CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 1862 FILED BY DETROIT POLICE OFFICERS' ASSOCIATION

The City of Detroit, Michigan ("City") and the Detroit Police Officers Association ("DPOA"), by their undersigned counsel, hereby stipulate and agree as follows:

1. On October 29, 2019, the City filed the *City of Detroit's Objection to Claim Number 1862 Filed by Detroit Police Officers' Association* [Doc. No. 13152] ("Objection").

2. On December 11, 2019, the DPOA filed a response to the Objection. [Doc. No. 13193].

3. A hearing on the Objection is currently scheduled for December 18, 2019 at 1:30 p.m.

4. Subject to this Court's approval, the City and the DPOA have agreed to adjourn the December 18, 2019 hearing to January 15, 2020 at 1:30 p.m.

WHEREFORE, the City and the DPOA respectfully request that the Court enter an order in substantially the same form as the one attached as Exhibit 1 adjourning the hearing on the Objection to January 15, 2020 at 1:30 p.m.

STIPULATED AND AGREED TO ON December 13, 2019:

| | |
|---|---|
| By: /s/ Barbara A. Patek | By: /s/ Marc N. Swanson |
| Barbara A. Patek, Esq. | Marc N. Swanson (P71149) |
| Attorney for Creditor – DPOA | Attorney for Debtor – City of Detroit |
| 24 E. Flint Street, Suite 2 | 150 West Jefferson, Suite 2500 |
| Lake Orion, MI 48362 | Detroit, MI 48226 |
| (248) 814-9470 | (313) 496-7591 |
| pateklaw@gmail.com | swansonm@millercanfield.com |

**EXHIBIT 1**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER RESCHEDULING HEARING ON CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 1862 FILED BY DETROIT POLICE OFFICERS' ASSOCIATION**

Upon the *Stipulation Regarding Hearing on City of Detroit's Objection to Claim Number 1862 Filed by Detroit Police Officers' Association* ("Stipulation")[1]; and the Court being otherwise advised in the premises;

IT IS ORDERED THAT a hearing on the Objection will be held on January 15, 2020 at 1:30 p.m. at Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.