# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER ADJOURNING HEARING ON CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 1862 FILED BY DETROIT POLICE OFFICERS' ASSOCIATION

Based on the stipulation filed December 13, 2019, entitled "Stipulation Regarding Hearing on City of Detroit's Objection to Claim Number 1862 Filed by Detroit Police Officers' Association" (Docket # 13198, the "Stipulation");[1] and the Court being otherwise advised in the premises;

IT IS ORDERED THAT the hearing on the City of Detroit's Objection (Docket # 13152), currently scheduled for December 18, 2019, is adjourned to **January 15, 2020 at 1:30 p.m.** at Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226.

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Stipulation.

**Signed on December 13, 2019**



/s/ Thomas J. Tucker
_____
Thomas J. Tucker
United States Bankruptcy Judge