UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## STIPULATION FOR WITHDRAWAL OF MOTION TO ENFORCE DEVELOPMENT AGREEMENT FILED BY PIKE POINTE HOLDINGS, LLC

The City of Detroit and Pike Pointe Holdings, LLC, by and through their undersigned counsel, stipulate and agree that the *Motion to Enforce Development Agreement*, filed by Pike Pointe Holdings, LLC at Doc. No. 13170 ("Motion"), is hereby withdrawn without prejudice to Pike Pointe Holdings, LLC's rights to seek any further relief related to the Development Agreement. The parties further stipulate and agree to the entry of the proposed order attached as Exhibit A, withdrawing the Motion.

Dated: December 17, 2019

| DYKEMA GOSSETT PLLC<br><br>By: /s/ John F. Rhoades<br>John F. Rhoades (P75575)<br>400 Renaissance Center<br>Detroit, Michigan 48243<br>Telephone: (313) 568-6800<br>jrhoades@dykema.com<br><br>Counsel for Pike Pointe Holdings, LLC | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br><br>By: /s/ Marc N. Swanson<br>Marc N. Swanson (P71149)<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 496-7591<br>Facsimile: (313) 496-8451<br>swansonm@millercanfield.com<br><br>Counsel for the City of Detroit |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER WITHDRAWING MOTION TO ENFORCE DEVELOPMENT AGREEMENT FILED BY PIKE POINTE HOLDINGS, LLC**

Upon the stipulation between the City of Detroit and Pike Pointe Holdings, LLC; and good cause appearing therefore;

IT IS HEREBY ORDERED THAT the *Motion to Enforce Development Agreement*, filed by Pile Pointe Holdings, LLC at Doc. No. 13170, is withdrawn without prejudice to Pike Pointe Holdings, LLC's rights to seek any further relief related to the Development Agreement.