# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER WITHDRAWING MOTION TO ENFORCE DEVELOPMENT AGREEMENT FILED BY PIKE POINTE HOLDINGS, LLC

Upon the stipulation between the City of Detroit and Pike Pointe Holdings, LLC, filed December 17, 2019 (Docket # 13200); and the Court finding good cause;

IT IS ORDERED that the motion entitled "Motion to Enforce Development Agreement," filed by Pile Pointe Holdings, LLC (Docket # 13170), is withdrawn without prejudice to Pike Pointe Holdings, LLC's rights to seek any further relief related to the Development Agreement.

**Signed on December 17, 2019**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**