# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## STIPULATION FOR ORDER WITHDRAWING CLAIM NUMBERS 3717, 3718, 3719 AND 3773 FILED BY THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

The City of Detroit, Michigan ("City") and the United States Department of Housing and Urban Development ("HUD"), by and through their undersigned counsel, hereby stipulate to the entry of an order withdrawing claim numbers 3717, 3718, 3719 and 3773 filed by HUD.

Stipulated and agreed to on December 19, 2019:

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
Miller, Canfield, Paddock & Stone, PLC
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8452
swansonm@millercanfield.com

*Counsel for the City of Detroit, Michigan*

By: /s/ Matthew J. Troy
Matthew J. Troy
United States Department of Justice
Civil Division
PO Box 875
Ben Franklin Station
Washington, DC 20044-0875
Matthew.troy@usdoj.gov

*Counsel for United States Department of Housing and Urban Development*

**Exhibit A**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER WITHDRAWING CLAIM NUMBERS 3717, 3718, 3719 AND 3773 FILED BY THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

This matter having come before the Court on the *Stipulation for Order Withdrawing Claim Numbers 3717, 3718, 3719 and 3773 Filed by the United States Department of Housing and Urban Development* and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED THAT:**

1. Claim numbers 3717, 3718, 3719 and 3773 are withdrawn.

2. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this order.

3. The Court shall retain jurisdiction to interpret and enforce the terms of this Order.