# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER WITHDRAWING CLAIM NUMBERS 3717, 3718, 3719 AND 3773 FILED BY THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

This case is before the Court on the stipulation filed on December 19, 2019, entitled "Stipulation for Order Withdrawing Claim Numbers 3717, 3718, 3719 and 3773 Filed by the United States Department of Housing and Urban Development" (Docket # 13202). The Court finds good cause to enter this Order.

**IT IS ORDERED THAT:**

1. Claim numbers 3717, 3718, 3719 and 3773 are withdrawn.

2. The City's claims and noticing agent, Kurtzman Carson Consultants, is authorized to update the claims register to reflect the terms of this Order.

3. The Court will retain jurisdiction to interpret and enforce the terms of this Order.

**Signed on December 19, 2019**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**