# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS

Jayson B. Ruff, of McDonald Hopkins PLC, hereby requests that his name be removed from the service list that receives Electronic Filings and other notices in the above-captioned case.

Respectfully submitted,

MCDONALD HOPKINS PLC

*/s/ Jayson B. Ruff*
Jayson B. Ruff (P69893)
39533 Woodward Ave., Ste. 318
Bloomfield Hills, MI 48304
248-646-5070
jruff@mcdonaldhopkins.com

DATED: December 23, 2019