# NICKELHOFF & WIDICK, PLLC
## ATTORNEYS AND COUNSELORS AT LAW

ANDREW NICKELHOFF
MARSHALL J. WIDICK
AMY BACHELDER
JOHN R. RUNYAN, JR. (OF COUNSEL)
MARY ELLEN GUREWITZ (OF COUNSEL)

2211 EAST JEFFERSON AVENUE
SUITE 200
DETROIT, MICHIGAN 48207
TELEPHONE: (313) 496-9515
FAX: (313) 965-4602

mwidick@michlabor.legal

February 15, 2019

*Via Email*

Clerk of the Court
United States Bankruptcy Court, E.D. Mich.
211 W. Fort Street
Detroit, MI 48226

Re: Substitution of Counsel 13-53846-tjt

Dear Sir/ Madame:

Please substitute my name as counsel of record, in place of Mami Kato, Esq., for the following:

Mary Whitson
Devery Jones
Robbie Flowers
Detroit Police Command Officers Association
Bruce Goldman
Detroit Fire Fighters Association, IAFF Local 344
Mary Washington
Michael Wells
Service Employees International Union, Local 517M
International Union of Operating Engineers, Local 324

The reason for this substitution is that Ms. Kato has joined a different law firm and no longer represents the individuals or entities listed above.

Please contact me with any questions. Thank you for your assistance.

Very truly yours,

Marshall J. Widick

MW/

cc: Andrew Nickelhoff, Esq.