

Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
P.O. Box 198966
Nashville, TN 37219-8966

615.244.6380   main
615.244.6804   fax
wallerlaw.com

David E. Lemke
615.850.8655   direct
david.lemke@wallerlaw.com

January 7, 2020

Katherine B. Gullo, Court Clerk
United States Bankruptcy Court
  for the Eastern District of Michigan
211 West Fort Street
Detroit, MI  48226

Re:   In re City of Detroit, Michigan, Case No. 13-53846, Chapter 9

Dear Ms. Gullo:

Please remove Courtney M. Rogers' name and email (courtney.rogers@wallerlaw.com) from the CM/ECF electronic notifications list in the above bankruptcy proceeding. Ms. Rogers is no longer associated with this firm, and this firm's representation has been concluded in this matter.

Sincerely,

David E. Lemke

DEL:cty