# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## STIPULATION REGARDING CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 1862 FILED BY DETROIT POLICE OFFICERS' ASSOCIATION

The City of Detroit, Michigan ("City") and the Detroit Police Officers Association ("DPOA"), by their undersigned counsel, hereby stipulate and agree as follows:

1. On October 29, 2019, the City filed the *City of Detroit's Objection to Claim Number 1862 Filed by Detroit Police Officers' Association* [Doc. No. 13152] ("Objection").

2. On December 11, 2019, the DPOA filed a response to the Objection. [Doc. No. 13193].

3. A hearing on the Objection is currently scheduled for January 15, 2019 at 1:30 p.m.

4. The DPOA requested that City consent to the filing of an amended response to the Objection by the DPOA.

5. Subject to this Court's approval, the City and the DPOA have agreed to (a) allow the DPOA to file an amended response to the Objection by no later

than January 13, 2020; (b) increase the page limit on the City's reply from seven pages to twelve pages; and (c) adjourn the January 15 hearing to February 12, 2020 at 1:30 p.m.

WHEREFORE, the City and the DPOA respectfully request that the Court enter an order in substantially the same form as the one attached as Exhibit 1.

STIPULATED AND AGREED TO ON January 9, 2019:

| | |
|---|---|
| By: /s/ Barbara A. Patek<br>Barbara A. Patek, Esq.<br>Attorney for Creditor – DPOA<br>24 E. Flint Street, Suite 2<br>Lake Orion, MI 48362<br>(248) 814-9470<br>pateklaw@gmail.com | By: /s/ Marc N. Swanson<br>Marc N. Swanson (P71149)<br>Attorney for Debtor – City of Detroit<br>150 West Jefferson, Suite 2500<br>Detroit, MI 48226<br>(313) 496-7591<br>swansonm@millercanfield.com |

# EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### ORDER REGARDING CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 1862 FILED BY DETROIT POLICE OFFICERS' ASSOCIATION

Upon the *Stipulation Regarding City of Detroit's Objection to Claim Number 1862 Filed by Detroit Police Officers' Association* ("Stipulation")[1]; and the Court being otherwise advised in the premises;

IT IS ORDERED THAT a hearing on the Objection will be held on February 12, 2020 at 1:30 p.m. at Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226.

IT IS FURTHER ORDERED THAT the DPOA may file an amended response to the Objection by no later than January 13, 2020.

IT IS FURTHER ORDERED THAT the page limit on the City's reply is increased from seven pages to twelve pages.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.