

**MAY · OBERFELL · LORBER**
*Attorneys*

Accessible. Experienced. Versatile.

Mishawaka • Dowagiac

| | | | |
|---|---|---|---|
| E. Spencer Walton, Jr. | Bradley L. Varner | Amanda M. Jordan | **Of Counsel (Retired)** |
| Jeffery A. Johnson* | Jane F. Bennett | K. Foust Hunneshagen | Robert C. Beutter |
| Robert J. Palmer* | Richard F. Nugent, Jr.* | Jon R. Rogers* | |
| Wendell W. Walsh | Georgianne M. Walker* | Nathan A. Barnes* | |
| Patricia E. Primmer | Ansley M. Covey | Janelle H. Cooper | *Also licensed in the |
| D. Andrew Spalding | Sean M. Towner* | | State of Michigan |

January 9, 2020

U.S. Bankruptcy Court for the
Eastern District of Michigan

Re:  Richfield Equities, L.L.C.
     Case No.: 12-33788

TO WHOM IT MAY CONCERN:

This is to confirm that Trevor Q. Gasper is no longer with May Oberfell Lorber. Therefore, I am the only attorney who will continue to represent 1st Source Bank's interests regarding the captioned matter.

If you need anything further, please do not hesitate to contact me.

Sincerely,

*Jeffery A Johnson /akf*

Jeffery A. Johnson
jjohnson@maylorber.com

akf



4100 Edison Lakes Parkway, Suite 100 • Mishawaka, Indiana 46545 • Telephone (574) 243-4100 • Facsimile (574) 232-9789 • www.MayLorber.com