

| | | | |
|---|---|---|---|
| **May · Oberfell · Lorber** | | | Mishawaka • Dowagiac |
| *Attorneys* | E. Spencer Walton, Jr. | Bradley L. Varner | Amanda M. Jordan | **Of Counsel (Retired)** |
| Accessible. Experienced. Versatile. | Jeffery A. Johnson* | Jane F. Bennett | K. Foust Hunneshagen | Robert C. Beutter |

E. Spencer Walton, Jr.  Bradley L. Varner  Amanda M. Jordan  **Of Counsel (Retired)**
Jeffery A. Johnson*  Jane F. Bennett  K. Foust Hunneshagen  Robert C. Beutter
Robert J. Palmer*  Richard F. Nugent, Jr.*  Jon R. Rogers*
Wendell W. Walsh  Georgianne M. Walker*  Nathan A. Barnes*
Patricia E. Primmer  Ansley M. Covey  Janelle H. Cooper
D. Andrew Spalding  Sean M. Towner*  *Also licensed in the State of Michigan

January 9, 2020

U.S. Bankruptcy Court for the
Eastern District of Michigan

Re:  Richfield Equities, L.L.C.
     Case No.: 12-33788

TO WHOM IT MAY CONCERN:

This is to confirm that Trevor Q. Gasper is no longer with May Oberfell Lorber. Therefore, I am the only attorney who will continue to represent 1st Source Bank's interests regarding the captioned matter.

If you need anything further, please do not hesitate to contact me.

Sincerely,

*Jeffery A Johnson /akf*

Jeffery A. Johnson
jjohnson@maylorber.com

akf



4100 Edison Lakes Parkway, Suite 100 • Mishawaka, Indiana 46545 • Telephone (574) 243-4100 • Facsimile (574) 232-9789 • www.MayLorber.com

13-53846-tjt    Doc 13222    Filed 01/09/20    Entered 01/09/20 11:07:49    Page 1 of 1