# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER REGARDING CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 1862 FILED BY DETROIT POLICE OFFICERS' ASSOCIATION

Based on the stipulation filed on January 9, 2020, entitled "Stipulation Regarding City of Detroit's Objection to Claim Number 1862 Filed by Detroit Police Officers' Association" (Docket # 13217, the "Stipulation");[1] the Court finds good cause to enter this Order.

IT IS ORDERED THAT the hearing on the City of Detroit's Objection (Docket # 13152), currently scheduled for January 15, 2020 at 1:30 p.m., is adjourned to **February 12, 2020 at 1:30 p.m.**, and will be held in Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226.

IT IS FURTHER ORDERED THAT the DPOA may file an amended response to the Objection by no later than January 13, 2020.

IT IS FURTHER ORDERED THAT the page limit on the City's reply is increased from seven pages to twelve pages.

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Stipulation.

**Signed on January 9, 2020**



/s/ Thomas J. Tucker
_____
Thomas J. Tucker
United States Bankruptcy Judge