# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND INTERNATIONAL UNION, UAW <u>RESOLVING CLAIM NUMBER 3420</u>**

The City of Detroit, Michigan ("<u>City</u>") and International Union, UAW ("<u>UAW</u>"; and collectively with the City, the "<u>Parties</u>") stipulate and agree that all of the claims asserted against the City in UAW's claim number 3420 have either been (i) allowed solely with respect to the claims asserted in claim number 3420 that are Class 11 and 12 Claims under the confirmed Plan of Adjustment (as attached to and confirmed by order at docket number 8272); (ii) settled and withdrawn as provided in Docket Numbers 8075, 8081, 8093, 8547, 8575, and 8585; (iii) settled and resolved in connection with the resolution of claim number 2851; or (iv) have been and are withdrawn.

Therefore, the Parties stipulate and agree to entry of, and respectfully ask the Court to enter, the order attached as Exhibit 1.

**SO STIPULATED,**
**APPROVED AS TO FORM AND CONTENT:**

| January 14, 2020 | January 14, 2020 |
| --- | --- |
| MILLER, CANFIELD, PADDOCK AND STONE, PLC | MICHAEL NICHOLSON |
| For the City of Detroit, Michigan | For the International Union, UAW |
| By: /s/ Ronald A. Spinner<br>     Ronald A. Spinner (P73159)<br>     150 West Jefferson, Suite 2500<br>     Detroit, MI  48226<br>     (313) 496-7829<br>     spinner@millercanfield.com | By: /s/ Michael B. Nicholson<br>     Michael B. Nicholson (P33421)<br>     P.O. Box 7215<br>     Ann Arbor, MI 48107-7215<br>     (734) 972-9415<br>     mnlawannarbor@gmail.com |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### [PROPOSED] ORDER APPROVING THE STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND INTERNATIONAL UNION, UAW RESOLVING CLAIM NUMBER 3420

This matter having come before the Court on the *Stipulation by and Between the City of Detroit, Michigan and International Union, UAW Resolving Claim Number 3420* (the "Stipulation"), the Court having reviewed the Stipulation and being otherwise apprised of the matter, and there being good cause, NOW THEREFORE IT IS ORDERED THAT

1. The Stipulation is approved to the extent set forth in this Order.

2. For the reasons set forth in the Stipulation, proof of claim number 3420 is (i) allowed solely with respect to the claims asserted in claim number 3420 that are Class 11 and 12 Claims under the confirmed Plan of Adjustment (as attached to and confirmed by order at docket number 8272); and (ii) otherwise withdrawn or resolved as provided in the Stipulation.

3. The City's claims agent is authorized to update the claims register accordingly.