# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: <br> City of Detroit, Michigan, <br> Debtor. | Case No. 13-53846 <br> Judge Thomas J. Tucker <br> Chapter 9 |

## ORDER APPROVING THE STIPULATION
## BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND
## INTERNATIONAL UNION, UAW RESOLVING CLAIM NUMBER 3420

This case is before the Court on the stipulation filed January 14, 2020, entitled "Stipulation by and Between the City of Detroit, Michigan and International Union, UAW Resolving Claim Number 3420" (Docket # 13226, the "Stipulation"). Based on the Stipulation, the Court finds good cause to enter this Order.

IT IS ORDERED THAT:

1. The Stipulation is approved to the extent set forth in this Order.

2. For the reasons set forth in the Stipulation, proof of claim number 3420 is (i) allowed solely with respect to the claims asserted in claim number 3420 that are Class 11 and 12 Claims under the confirmed Plan of Adjustment (as attached to and confirmed by the Order at Docket # 8272); and (ii) otherwise withdrawn or resolved as provided in the Stipulation.

3. The City's claims agent is authorized to update the claims register accordingly.

**Signed on January 14, 2020**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge