# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE:<br><br>CITY OF DETROIT<br><br>    Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Thomas J. Tucker |

## NOTICE OF OPPORTUNITY TO RESPOND TO MOTION TO WITHDRAW AS COUNSEL

Counsel for Pike Pointe Holdings, LLC has filed papers with the court to withdraw as counsel.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to ENFORCE DEVELOPMENT AGREEMENT, or if you want the court to consider your views on the MOTION TO ENFORCE DEVELOPMENT AGREEMENT, within 14 days, or a shorter period of time as the Court may allow, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

   **United States Bankruptcy Court**
   211 West Fort Street
   Detroit, Michigan 48226

   If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

You must also send a copy to:

DYKEMA GOSSETT PLLC
John F. Rhoades, jrhoades@dykema.com
400 Renaissance Center
Detroit, Michigan 48243
(313) 568-6800
*Attorneys for Pike Pointe Holdings, LLC*

2. If a response or answer is timely filed and served, the clerk may schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: January 14, 2020

Respectfully submitted,

DYKEMA GOSSETT PLLC

By: /s/ John F. Rhoades
John F. Rhoades
jrhoades@dykema.com
400 Renaissance Center
Detroit, Michigan 48243
(313) 568-6800
*Attorneys for Pike Pointe Holdings, LLC*