# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE:<br><br>CITY OF DETROIT,<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Thomas J. Tucker |

**[PROPOSED] ORDER OF WITHDRAWAL OF
JOHN F. RHOADES AS COUNSEL
OF RECORD FOR PIKE POINTE HOLDINGS, LLC**

IT IS ORDERED that John F. Rhoades of Dykema Gossett PLLC is withdrawn as counsel for Pike Pointe Holdings, LLC in this case. This withdrawal does not affect any other appearance entered by the Court.

Dated:_____           _____
                                                                                        Hon. Thomas J. Tucker