United States Bankruptcy Court
Eastern District of Michigan

In re:

CITY OF DETROIT, MICHIGAN,            Case No.13-53846
                                                           Judge: THOMAS J. TUCKER
                                                           Chapter 9

                Debtor(s).
_____/

## **REQUEST TO BE REMOVED FROM ELECTRONIC NOTIFICATION**

KURT THORNBLADH P25858 and THORNBLADH LEGAL GROUP PLLC request to be removed from electronic notifications in this matter because they no longer represent a party in interest to the proceedings.

                                                       FOR THE MICHIGAN AUTO
                                                       RECOVERY SERVICE/ HYDE PARK/
                                                       CAMBRIDGE/ MILLENDER CENTER/
                                                       FENIMORE/ BOWIN PLACE

                                                       By:_/s/_kurt thornbladh_____
                                                       KURT THORNBLADH P25858
                                                       Thornbladh Legal Group PLLC
                                                       7301 Schaefer
                                                       Dearborn, MI 48126
                                                       (313) 943 2678
                                                       kthornbladh@gmail.com

Dated: January 14, 2020

United States Bankruptcy Court
Eastern District of Michigan

In re:

CITY OF DETROIT, MICHIGAN,             Case No.13-53846
                                                                        Judge:Hon. THOMAS J. TUCKER
                                                                        Chapter 9

                         Debtor(s).
_____/

## **PROOF OF SERVICE**

       Kurt Thornbladh says the foregoing REQUEST TO BE REMOVED FROM ELECTRONIC NOTIFICATION was served upon the following by ECF/CM electronic notification:

- Sam J. Alberts    sam.alberts@dentons.com, dan.barnowski@dentons.com
- Carla Orman Andres    candres@gklaw.com
- Mark A. Angelov    mark.angelov@arentfox.com
- Stephanie Lee Arndt    s.arndt@fiegerlaw.com, s.teal@fiegerlaw.com
- Karin F. Avery    Avery@SilvermanMorris.com
- Nabih H. Ayad    ayadlaw@hotmail.com
- Allison Bach    abach@dickinsonwright.com, kstubbs@dickinson-wright.com
- William J. Barrett    william.barrett@bfkn.com
- Robert N. Bassel    bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
- Dirk H. Beckwith    dbeckwith@fosterswift.com
- John Adam Behrendt    abehrendt@bodmanlaw.com, jgateman@bodmanlaw.com
- Michael R. Bell    BellM1@michigan.gov
- Michael Benkstein    mbenkstein@joumanakayrouz.com
- Bruce Bennett    bbennett@jonesday.com
- Ryan Blaine Bennett    ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
- Neil Matthew Berger    dperson@teamtogut.com,dcahir@teamtogut.com, seratner@teamtogut.com;neilberger@teamtogut.com;bmoore@teamtogut.com
- Mark B. Berke    mberkelaw@gmail.com
- Douglas C. Bernstein    dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
- Brendan G. Best    bbest@schaferandweiner.com, wrkyles@varnumlaw.com
- David M. Blau    dblau@clarkhill.com
- Megan Boelstler    mbb@legghioisrael.com, smith@legghioisrael.com
- Allan S. Brilliant    allan.brilliant@dechert.com
- Michael T. Brown    mbrown@kaalaw.com
- Charles D. Bullock    cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
- Evan A. Burkholder    evan.burkholder@leclairryan.com, evan.burkholder@gmail.com
- John R. Canzano    jcanzano@michworkerlaw.com, office@michworkerlaw.com
- Eric D. Carlson    carlson@millercanfield.com, brashier@millercanfield.com
- Patrick W. Carothers    pcarothers@leechtishman.com, bankruptcy@leechtishman.com;ghauswirth@leechtishman.com;dtomko@leechtishman.com
- Amy D. Caton    acaton@kramerlevin.com
- Jong-Ju Chang    jchang@dykema.com, dkelley@dykema.com;docket@dykema.com
- Mary Beth Cobbs    cobbm@detroitmi.gov, mbcobbs@flash.net
- Carol Connor Cohen    carol.cohen@arentfox.com
- John G. Colucci    coluccilawfirm@gmail.com
- Cheryl Cook    bknotices-edm@potestivolaw.com
- Dawn R. Copley    dcopley@dickinsonwright.com
- Mark Howard Cousens    cousens@cousenslaw.com
- Sean M. Cowley (UST)    Sean.cowley@usdoj.gov
- James S. Craig    J.Craig@Fiegerlaw.com
- David Jonathan Cross    davidjonathancross@gmail.com
- Elliot G. Crowder    ecrowder@sbplclaw.com, lhaas@sbplclaw.com

- Robert Darnell    robert.darnell@usdoj.gov
- Peter D. Dechiara    pdechiara@cwsny.com
- Shannon L. Deeby    sdeeby@clarkhill.com
- M. Ellen Dennis    m.ellen.dennis@gmail.com,dwhadden@umich.edu
- Deutsche Bank AG, London
- Daniel C. DiCicco    ddicicco@ahernkill.com
- Tamar Dolcourt    tdolcourt@foley.com
- David L. Dubrow    david.dubrow@arentfox.com
- Ethan D. Dunn    bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com;bankruptcy.mdplc@gmail.com;DunnER49647@notify.bestcase.com;notices@nextchapterbk.com
- Caroline Turner English    caroline.english@arentfox.com
- Kevin Erskine    kevin.erskine@usdoj.gov, Karen.Ducharme@usdoj.gov;Michele.Gangler@usdoj.gov;Sandra.Delozier@usdoj.gov;CaseView.ECF@usdoj.gov
- Karen E. Evangelista    brewera1008@yahoo.com, EvangelistaKR89641@notify.bestcase.com
- Barry S. Fagan    bfagan@dibandfagan.com
- Lisa Hill Fenning    Lisa.Fenning@aporter.com
- Elizabeth A. Ferguson    lizferguson@lawofficeseaferguson.com
- Robert Fetter    rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Jamie Scott Fields    jeansartre@msn.com
- Robert J. Figa    RFiga@Comlawone.com
- Joseph M. Fischer    brcy@carsonfischer.com, jfischer@carsonfischer.com
- Deborah L. Fish    dfish@allardfishpc.com, allardfishpc@yahoo.com
- Steven B. Flancher    flanchers@michigan.gov
- Vanessa G. Fluker    vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
- Marcy J. Ford    easternecf@trottlaw.com, mitrottlaw@ecf.courtdrive.com
- Mark S. Frankel    mfrankel@couzens.com
- Timothy A. Fusco    fusco@millercanfield.com
- Eric B. Gaabo    gaabe@detroitmi.gov
- Eric B. Gaabo    gaabe@detroitmi.gov,raimic@detroitmi.gov
- Joshua A. Gadharf    jgadharf@mcdonaldhopkins.com
- Niraj R. Ganatra    Nganatra@uaw.net
- Marie Garian    Garianlaw@yahoo.com
- Kimberly Gibbs    KimberlyG@futurenetgroup.com
- Kristin K. Going    kgoing@mwe.com, dnorthrop@mwe.com
- Stuart A. Gold    sgold@glmpc.com
- Jerome D. Goldberg    apclawyer@sbcglobal.net
- William H. Goodman    mail@goodmanhurwitz.com
- Todd W. Grant    tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com
- Jimmylee Gray    j.gray50@comcast.net
- Jonathan S. Green    green@millercanfield.com
- Anthony Greene    greenelawgroup@gmail.com, greenelawgroup@yahoo.com
- Christopher A. Grosman    BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
- Stephen M. Gross    sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com
- Frank J. Guadagnino    fguadagnino@mcguirewoods.com, rhotaling@clarkhillthorpreed.com
- Raymond Guzall    rayguzall@attorneyguzall.com
- Cynthia J. Haffey    haffey@butzel.com
- Paul R. Hage    phage@jaffelaw.com, gshaw@jaffelaw.com
- Paula A. Hall    hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Marguerite Hammerschmidt    admin@hammer-stick.com
- Matthew D. Harper    mdharper@eastmansmith.com
- Erika D. Hart    ehart@tauntlaw.com, sdewitte@tauntlaw.com
- James J. Hayes    attyjjhayes@gmail.com
- Stacey L. Heinonen    sheinonen@855mikewins.com, staceyheinonen@yahoo.com
- Robert S. Hertzberg    hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Matthew Joseph Hoffer    matt@bradshaferlaw.com, info@bradshaferlaw.com
- Steven G. Howell    showell@dickinsonwright.com
- Marshall S. Huebner    bankrout@davispolk.com
- L. Nichole Hunter    nhunter@alglawpc.com
- Charles Bruce Idelsohn    charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com
- Irma Industrious    iindustrious@yahoo.com
- Mark R. James    mrj@wwrplaw.com

- Alice Bonita Jennings    ajennings@edwardsjennings.com, vgray@edwardsjennings.com
- Shanna Marie Kaminski    , wrkyles@varnumlaw.com
- William W. Kannel    wkannel@mintz.com
- John P. Kapitan    easternecf@trottlaw.com, mitrottlaw@ecf.courtdrive.com
- Michael Anthony Karman    makarmanesq@gmail.com
- Michael Joseph Karwoski    mjkarwoski@alumni.nd.edu
- Daniel Kielczewski    dgkielczewski@abbottnicholson.com, adwilliams@abbottnicholson.com
- Richardo I. Kilpatrick    ecf@kaalaw.com, Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;dgomez@kaalaw.com
- Susheel Kirpalani    susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
- Anthony J. Kochis    akochis@wolfsonbolton.com, stravis@wolfsonbolton.com
- Jeffrey S. Kopp    jkopp@foley.com
- Deborah Kovsky-Apap    kovskyd@pepperlaw.com, kuschj@pepperlaw.com
- Courtney A. Krause    ckrause@garanlucow.com
- Kay Standridge Kress    kressk@pepperlaw.com
- Stephen S. LaPlante    laplante@millercanfield.com, skoczylas@millercanfield.com
- John C. Lange    jlange@glmpc.com
- Patrick C. Lannen    plannen@plunkettcooney.com, mkisell@plunkettcooney.com
- Caralyce M. Lassner    ecf@lassnerlaw.com, R47050@notify.bestcase.com;LassnerCR47050@notify.bestcase.com
- Howard Yale Lederman    hlederman@normanyatooma.com
- Heather Lennox    hlennox@jonesday.com, tastachura@JonesDay.com
- David A. Lerner    dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
- Wendy Turner Lewis    wtlewis@ameritech.net
- Lawrence A. Lichtman    llichtman@honigman.com, litdocket@honigman.com
- David T. Lin    dlin@seyburn.com, kbilpo@seyburn.com
- William Norman Listman    wlistman@dbsattorneys.com
- Richard G. Mack    richardmack@millercohen.com, mcoil@millercohen.com
- Carolyn Beth Markowitz    DVCCOUNSEL@AOL.COM
- Mark L. McAlpine    mlmcalpine@mcalpinelawfirm.com, dajaworski@mcalpinepc.com
- Donald G. McGuigan    don@mcguiganlaw.com
- Christopher E. McNeely    cmcneely@mandmpc.com
- Patrick E. Mears    pmears@btlaw.com
- Anthony James Miller    am@osbig.com
- Judith Greenstone Miller    jmiller@jaffelaw.com, dgoldberg@jaffelaw.com
- Andrew Minear    aminear@schiffhardin.com
- Claude D. Montgomery    claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
- Claude D. Montgomery    claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
- Thomas R. Morris    morris@silvermanmorris.com, dlatus@silvermanmorris.com
- John D. Mulvihill    jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
- Clifford D. Neubauer    cneubauer@joumanakayrouz.com
- Carole Neville    carole.neville@dentons.com
- Max J. Newman    newman@butzel.com
- Brian D. O'Keefe    bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
- Stanley I. Okoli    sokoli@romanolawpllc.com, dromano@romanolawpllc.com
- Stanley I. Okoli    sokoli@romanolawpllc.com,dblake@romanolawpllc.com, dromano@romanolawpllc.com
- Alidz Oshagan    oshagan@legghioisrael.com, drf@legghioisrael.com
- Yuliy Osipov    yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
- Barbara A. Patek    bpatek@ermanteicher.com
- Barbara A. Patek    pateklaw@gmail.com
- Andrew A. Paterson    aap43@outlook.com, aap43law@gmail.com
- James Pelland    jpelland@fb-firm.com, psugars@fb-firm.com
- Alfredo R. Perez    alfredo.perez@weil.com,kelly.diblasi@weil.com,dana.kaufman@weil.com,brian.wells@weil.com
- Alfredo R. Perez    alfredo.perez@weil.com,kelly.diblasi@weil.com,edward.soto@weil.com,Edward.McCarthy@weil.com
- Michael H. Perry    mperry@fraserlawfirm.com
- Heidi Peterson    hdpeterson75@gmail.com
- Dale Price    dale.price@eeoc.gov, legaldt.detroit@eeoc.gov
- Sara Rajan    srajan@starkreagan.com
- Scott Eric Ratner    dperson@teamtogut.com
- H. Nathan Resnick    hnresnick@resnicklaw.net, jblock@resnicklaw.com

- John Rhoades    jrhoades@dykema.com
- Kimberly Joan Robinson    kim.robinson@bfkn.com
- Richard A. Roble (UST)    Richard.A.Roble@usdoj.gov
- Louis P. Rochkind    lrochkind@jaffelaw.com
- Gerald Rosen    efile_rosen@mied.uscourts.gov
- Jayson Ruff    jruff@mcdonaldhopkins.com
- Carl F. Schier    carl@schierlaw.com
- Matthew Schneider    SchneiderM7@michigan.gov
- David E. Schwartz    dschwartz@allardfishpc.com
- Joseph R. Sgroi    jsgroi@honigman.com, litdocket@honigman.com
- Mark H. Shapiro    shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mary Kay Shaver    mkshaver@varnumlaw.com
- Neil R. Sherman    nsherman@sspclegal.com, stremonti1@sspclegal.com
- Jeffery R. Sieving    jeff@iobillboard.com
- John A. Simon    jsimon@foley.com
- Ronald A. Spinner    spinner@millercanfield.com
- James Sprayregen    james.sprayregen@kirkland.com
- Douglas Steele    dls@wmlaborlaw.com
- John A. Stevens    jstevens@mathesonparr.com, nlmumma@aol.com
- Michael A. Stevenson    mstevenson@sbplclaw.com, rschultz@sbplclaw.com
- Peter Paul Sudnick    psudnick@sudnicklaw.com, psudnick13@gmail.com
- J. Paul Sugameli    psugameli@sugamelilaw.com
- Kevin N. Summers    ksummers@dflaw.com, ccook@dflaw.com
- Matthew Gernet Summers    summersm@ballardspahr.com, heilmanl@ballardspahr.com
- Marc N. Swanson    swansonm@millercanfield.com
- Ralph A. Taylor    ralph.taylor@arentfox.com
- Julie Beth Teicher    jteicher@ermanteicher.com
- Julie Beth Teicher    jteicher@maddinhauser.com
- Kurt Thornbladh    kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
- My Chi To    mcto@debevoise.com, mao-bk-ecf@debevoise.com
- Sheryl L. Toby    stoby@dykema.com, dguerrero@dykema.com
- Gordon J. Toering    gtoering@wnj.com
- Albert Togut    dperson@teamtogut.com
- Albert Togut    Neilberger@teamtogut.com,apirraglia@teamtogut.com,Jberman@teamtogut.com,dperson@teamtogut.com,dcahir@teamtogut.com,adeering@teamtogut.com,srobinson@teamtogut.com
- Albert Togut    dperson@teamtogut.com,dcahir@teamtogut.com,neilberger@teamtogut.com,adeering@teamtogut.com,srobinson@teamtogut.com,apirraglia@teamtogut.com,jberman@teamtogut.com
- Albert Togut    neilberger@teamtogut.com,apirraglia@teamtogut.com,Jberman@teamtogut.com,dperson@teamtogut.com,dcahir@teamtogut.com,adeering@teamtogut.com,srobinson@teamtogut.com
- Sheldon S. Toll    sst@lawtoll.com
- Matthew Troy    matthew.troy@usdoj.gov
- Cindy Tsai    cindy@loevy.com
- Kenneth B. Vance    kbvance@comcast.net, kbvance01@gmail.com
- Suzanne L. Wahl    swahl@schiffhardin.com, mosullivan@schiffhardin.com;edocket@schiffhardin.com
- Mark Wasvary    mark@wasvarylaw.com
- Scott M. Watson    swatson@wnj.com
- Harvey R. Weingarden    hweingarden@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Robert A. Weisberg    BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
- Joshua Wheelock    jwheelock@wheelocklegal.com, joshwheelock@hotmail.com
- Benjamin Whitfield    benwlaw123@aol.com, bw4822@aol.com;benwlaw4822@aol.com
- Marshall J. Widick    mwidick@michlabor.legal
- Matthew Wilkins    wilkins@bwst-law.com, marbury@bwst-law.com
- John H. Willems    willems@millercanfield.com
- Scott A. Wolfson    swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com
- Scott A. Wolfson    swolfson@wolfsonbolton.com,david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com
- Michael Robert Wolin    mike@tishlaw.com
- Stephen Wolpert    stephen.wolpert@dechert.com
- Doron Yitzchaki    DYitzchaki@dickinsonwright.com

- Stanley L. de Jongh    jongsl@detroitmi.gov

and upon the parties to the attached matrix by First Class U.S. Mail.

MICHIGAN AUTO RECOVERY SERVICE

2250 S. Southfield Service Drive

Detroit MI 48202

      I hereby certify the foregoing is true and correct under penalty of perjury and contempt of court.

                                                    __/s/_kurt thornbladh_____
                                                    KURT THORNBLADH P25858
                                                    Thornbladh Legal Group PLLC
                                                    7301 Schaefer
                                                    Dearborn, MI 48126
                                                    (313) 943 2678
                                                    kthornbladh@gmail.com

Executed:       January 14, 2020