# LEGGHIO & ISRAEL, P.C.
### ATTORNEYS AND COUNSELORS AT LAW

STUART M. ISRAEL
CHRISTOPHER P. LEGGHIO
KEVIN P. KALES
JOHN G. ADAM
MEGAN B. BOELSTLER
LAUREN E. CRUMMEL
CARLA T. BLAKEY
NICHOLAS R. NAHAT

306 SOUTH WASHINGTON, SUITE 600
ROYAL OAK, MICHIGAN 48067

248-398-5900
fax 248-398-2662
www.legghioisrael.com

DOWNRIVER OFFICE
WWW.KEVINKALES.COM
3133 VAN HORN ROAD
TRENTON, MI 48183
313-381-0806

January 14, 2020

**Via Email Only**

Clerk of the Court
United States Bankruptcy Court, E.D. Mich.
211 West Fort Street
Detroit, MI 48226

RE: In Re: City of Detroit, Michigan
Case Number: 13-53846-tjt

Dear Clerk:

Please remove Alidz Oshagan (oshagan@legghioisrael.com) as counsel of record for the Detroit Fire Fighters Association, I.A.F.F., Local 344, (DFFA Local 344) because she no longer works for this firm. She has joined a different firm and no longer represents the DFFA.

DFFA Local 344 continues to be represented by Megan Boelstler and myself in this matter.

Please contact me with any questions. Thank you for your assistance.

Sincerely,

Christopher P. Legghio /DRZ

Christopher P. Legghio

xc: Megan B. Boelstler