UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE:<br><br>CITY OF DETROIT<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846<br><br>Hon. Thomas J. Tucker |

## **CORRECTED CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2020, a copy of Pike Pointe Holdings LLC's MOTION TO WITHDRAW AS COUNSEL was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

> */s/ John F. Rhoades*
> DYKEMA GOSSETT PLLC
> 400 Renaissance Center
> Detroit, MI 48243
> 313-568-6628
> jrhoades@dykema.com

112975.000002 4838-9297-4513.1