

SCHIFF HARDIN LLP
233 SOUTH WACKER DRIVE
SUITE 7100
CHICAGO, IL 60606

T 312.258.5500
F 312.258.5600

schiffhardin.com

January 24, 2020

**Jin Yan**
(312) 258.5847
jyan@schiffhardin.com

<u>**VIA EMAIL**</u>

Office of the Clerk of the Court
U.S. Bankruptcy Court for the Eastern District of Michigan

Dear Sir or Madam:

    In response to an inquiry we received from your office regarding bounce back notifications for email notices sent to Andrew Minear in connection with Case No. 13-53846, please be advised that Mr. Minear no longer practices with our firm. Further, our records indicate that our representation of Parsons Brinckerhoff Michigan, Inc. in this case has terminated.

    Please contact me if you have any questions.

                                        Sincerely,

                                        Jin Yan