# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN

Case No. 13-53846
Chapter 9
Hon. Thomas J. Tucker

---

THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT,
Plaintiff

vs.

INVESTMENT COMMITTEE OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT,
Defendant

A.P. NO.

---

## INDEX OF EXHIBITS TO COMPLAINT
## FOR INJUNCTIVE AND DECLARATORY RELIEF

A. Emergency Manager City of Detroit Order 44, Final Emergency Manager Order dated December 8, 2014

B. Independent Contractor Agreement

C. December 17, 2018 IC Meeting Minutes (excerpt)

D. March 11, 2019 IC Meeting Minutes (excerpt)

E. March 11, 2019 Memo from D. Cetlinski

F. March 21, 2019 Board Meeting Minutes (excerpt)

G. April 4, 2019 letter from J. Pegg

H.  May 13, 2019 IC Meeting Minutes (excerpt)

I.  May 14, 2019 letter from IC Chairperson Smith

J.  May 16, 2019 Board Meeting Minutes (excerpt)

K.  July 22, 2019 IC Meeting Minutes (excerpt)

L.  Joe Bogdahn email dated July 26, 2019

M.  August 15, 2019 Board Meeting Minutes (excerpt)

N.  Matt Gnatek email dated August 19, 2019

O.  Ryan Bigelow email dated September 10, 2019

P.  Ferretti, Christine, "Detroit pension investment official to get 75% raise, signing bonus as contractor", *Detroit News*, December 9, 2019