# EXHIBIT C



RETIREMENT SYSTEM OF THE CITY OF DETROIT

500 WOODWARD AVE STE 3000 | DETROIT, MICHIGAN 48226-5493

PHONE 313•224•3362 | TOLL FREE 800•339•8344 | FAX 313•224•9194

# MINUTES
## Meeting No. 033
## Police and Fire Retirement System Investment Committee
## DECEMBER 17, 2018

A meeting of the Investment Committee of the Police and Fire Retirement System of the City of Detroit was held on **Monday, December 17, 2018, via Teleconference** at the Retirement System's office at Ally Detroit Center, 500 Woodward Suite 3000; Detroit, Michigan. Robert Smith, Chairperson, called the meeting to order at 09:32 a.m. A quorum was present.

## *ROLL CALL:*

Attendance was taken by the Committee's Recording Secretary with the following Committee Members present: Robert Smith *(Chairperson)*, McCullough Williams III *(Vice-Chairperson)* Mark Diaz, George Orzech, Jeffrey Pegg, Robert Skandalaris, Gregory Trozak and Woodrow Tyler.

Staff Present: David Cetlinski *(Executive Director)*, Ryan Bigelow *(Chief Investment Officer)*, Kelly Tapper *(Assistant Executive Director)*, Kevin Kenneally *(Deputy Chief Investment Officer)* Kristi Grden *(Investment Analyst)* Ronald King- via telephone *(General Counsel – Clark Hill, P.C.)*

Committee Members Excused: Joseph Bogdahn

Visitors Present: None

Entering Into Closed Session

**Re: McLagan Fact Based Study Compensation Discussion**

Legal Counsel recommended the Investment Committee give consideration to enter into Closed Session pursuant to Sections 8(e) & (h) of the Open Meetings Act ("OMA") being MCL 15.261, which is acknowledged by the Investment Committee as confidential and privileged under MCL 38.1140(l): **Personnel/compensation discussion of an employee and/or staff member.**

**Motion #09:** Mark Diaz moved to enter into Closed Session for the purpose of discussing the McLagan Fact Base Study/Compensation of Investment Staff. Gregory Trozak supported. The motion passed by a vote as follows:

Yeas: Diaz, Orzech, Skandalaris, Trozak, Tyler, Williams and Chairperson Smith- 5 ½

Nays: Pegg – ½

**The Committee entered into Closed Session at 12:00 p.m.**

Re: Open Session

**Motion #10:** Mark Diaz moved to come out of Closed Session. Gregory Trozak supported. The motion passed unanimously.

**The Committee returned to Open Session at 12:15 p.m.**

**Motion #11:** McCullough Williams moved to accept the recommendation of the McLagan Fact Base Study/Compensation of Investment Staff, and further, adopt a salary change to the Chief Investment Officer's base salary of $264,000.00 effective January 1, 2019. The Police and Fire Investment Committee will ask the General Investment Committee to split the cost of the salary increase in which case if the General Investment Committee declines, the Police and Fire Investment Committee will fund the entire salary increase. Robert Skandalaris supported. The motion passed by a vote as follows:

Yeas: Diaz, Orzech, Skandalaris, Trozak, Tyler, Williams and Chairperson Smith- 5 ½

Nays: Pegg – ½

*Note: The compensation of the Deputy-Chief Investment Officer will be revisited at the Committee's next meeting.*