# EXHIBIT D



RETIREMENT SYSTEM OF THE CITY OF DETROIT

500 WOODWARD AVE STE 3000 | DETROIT, MICHIGAN 48226-5493

PHONE 313•224•3362 | TOLL FREE 800•339•8344 | FAX 313•224•9194

# MINUTES
# Meeting No. 035
# Police and Fire Retirement System Investment Committee
# March 11, 2019

A meeting of the Investment Committee of the Police and Fire Retirement System of the City of Detroit was held on **Monday, March 11, 2019,** at the Retirement System's office at Ally Detroit Center, 500 Woodward Ave., Suite 3000; Detroit, Michigan. Robert Smith, Chairperson, called the meeting to order at 10:04 a.m.
A quorum was present.

### ROLL CALL:

Attendance was taken by the Committee's Administrative Support with the following Committee Members present: Robert Smith *(Chairperson)*, McCullough Williams III *(Vice Chairperson)*, Joseph Bogdahn, Mark Diaz, George Orzech, Robert Skandalaris, Gregory Trozak and Woodrow Tyler.

Staff Present: David Cetlinski *(Executive Director)*, Ryan Bigelow (*Chief Investment Officer*), Ronald King (*General Counsel – Clark Hill, P.C.*), Kelly Tapper *(Assistant Executive Director)*, Kevin Kenneally *(Deputy Chief Investment Officer)*, Kristi Grden *(Investment Analyst).*

Committee Members Excused: None absent

Staff Excused: TaKneisha Johnson, Recording Secretary

Visitors Present: Christine Ferretti, Detroit News

***Chairperson Smith updated the Committee on his attendance at the Police and Fire Board meeting on February 21st, 2019 with respect to the Funding Policy discussion.***

Minutes – PFRS IC Mtg.
Meeting No. 035
March 11, 2019

### Re: Compensation Discussion

After discussion in closed session, Investment Committee of the Police and Fire Retirement System of the City of Detroit ("PFRS IC") approved a motion adjusting the compensation of the Chief Investment Officer, Ryan Bigelow, and Deputy Chief Investment Officer, Kevin Kenneally, to the median range of "salary plus bonus" for Small Public Funds as referenced on pages 4 and 5 of the December 4, 2018 Investment Staff Competitive Pay Analysis prepared by McLagan- The McLagan report was prepared at the request of the PFRS IC. Therefore, compensation will be set at $315,000 for the Chief Investment Officer and $224,000 for the Deputy Chief Investment Officer. The motion of the Investment Committee included making the compensation adjustments effective January 1, 2019. Also, if the Investment Committee of the General Retirement System of the City of Detroit does not approve the aforementioned adjustments or agree to share in the costs of these adjustments, the PFRS IC will cause all the expenses associated with these adjustments to be paid for out of the PFRS trust fund pursuant to its authority under the Plan of Adjustment and State Contribution Agreement.

**Motion #07**: Joseph Bogdahn moved to approve the "salary plus bonus" for the Chief Investment Officer and Deputy Chief Investment Officer as discussed. The motion passed by a vote as follows:

Yeas: Bogdahn, Orzech, Skandalaris, Tyler, Williams and Chairperson Smith – 5 ½

Nays: Pegg and Trozak- 1

**Statement from Committee member Jeffery Pegg regarding his "No" vote:**

It's outside the alternative salary range as provided by the McLagan study. An increase of $57,144 (30%) is too much, and for me is not warranted at this time. I also am against the recommendations to the Deputy Chief Investment Officer which resulted in an increase to the Chief Investment Officer and we are still a bankrupt city.

**Statement from Committee member Gregory Trozak regarding his "No" vote:**

This increase is too excessive at this time.

- 5 -

13-53846-tjt    Doc 13236-6    Filed 01/28/20    Entered 01/28/20 13:27:01    Page 3 of 3