# EXHIBIT F

MEETING NO. 3234
JOURNAL OF PROCEEDINGS
**BOARD OF TRUSTEES OF THE POLICE AND FIRE RETIREMENT SYSTEM**
OF THE CITY OF DETROIT
HELD **THURSDAY, MARCH 21, 2019**

09:00 A.M.
RETIREMENT SYSTEMS' CONFERENCE ROOM
ALLY DETROIT CENTER, 500 WOODWARD; SUITE 3000
DETROIT, MICHIGAN 48226

### TRUSTEES PRESENT

| | |
|---|---|
| MICHAEL F. BERENT | ELECTED TRUSTEE/FIRE |
| MARK DIAZ | ELECTED TRUSTEE/POLICE |
| MATTHEW GNATEK | ELECTED TRUSTEE/POLICE |
| ANGELA R. JAMES | EX/OFFICIO RETIRANT TRUSTEE/POLICE/MAYOR'S DESIGNEE |
| BRENDA JONES | EX/OFFICIO TRUSTEE/CITY COUNCIL PRESIDENT |
| CHRISTA MCLELLAN | EX/OFFICIO TRUSTEE/TREASURER |
| MEGAN S. MOSLIMANI | EX/OFFICIO TRUSTEE/CORPORATION COUNSEL /VICE-CHARPERSON |
| JOHN NAGLICK | EX/OFFICIO TRUSTEE/FINANCE DIRECTOR |
| GEORGE ORZECH | ELECTED RETIRANT TRUSTEE/FIRE |
| JEFFREY PEGG | ELECTED TRUSTEE/FIRE/CHAIRPERSON |
| DEAN PINCHECK | ELECTED TRUSTEE/FIRE |
| PORTIA ROBERSON | EX/OFFICIO TRUSTEE/MAYOR'S ALTERNATE |
| JOHN SERDA | ELECTED TRUSTEE/POLICE |
| STEVEN WATSON | EX/OFFICIO TRUSTEE/DIRECTOR OF FORECASTING AND ECONOMIC ANALYSIS-BUDGET DEPARTMENT/BUDGET DIRECTOR'S DESIGNEE |

### TRUSTEES EXCUSED

| | |
|---|---|
| SHAWN BATTLE | EX/OFFICIO TRUSTEE/FIRE PREVENTION CHIEF/MAYOR'S DESIGNEE |
| GREGORY TROZAK | ELECTED RETIRANT TRUSTEE/POLICE |

### ALSO PRESENT

| | |
|---|---|
| David Cetlinski | Executive Director |
| Kevin Kenneally | Deputy-Chief Investment Officer |
| Ronald King | General Counsel |
| TaKneisha Johnson | Administrative Assistant IV |
| Bruce Babiarz | Public Relations Advisor |
| Dr. Oscar King III | Board Lobbyist |

### STAFF EXCUSED

| | |
|---|---|
| Kelly Tapper | Assistant Executive Director |
| Ryan Bigelow | Chief Investment Officer |

**Re: Compensation Of Investment Staff Discussion**

The Board of Trustees discussed the aforementioned matter at length with respect to the compensation of the Chief Investment Officer and the Deputy-Chief Investment Officer. The following motion was the result of said discussion:

**Re: Board Action/ Recommendation**

Brenda Jones moved to forward notice to the Investment Committee of the Police and Fire Retirement System ("IC") disapproving of the action taken by the IC at its 3/11/19 meeting related to the compensation adjustments for the Chief Investment Officer and the Deputy-Chief Investment Officer and direct General Counsel to proceed with action consistent with the dispute resolution process set forth in Exhibit B of the State Contribution Agreement with respect to the CIO and Deputy CIO compensation increases. Further, the Executive Director is directed to work with the City of Detroit Human Resources Department to implement a study on applicable compensation rates for the CIO and Deputy CIO classifications and update the "White Book" to determine if approved salaries can be added to the "White Book". Dean Pincheck supported. The motion passed unanimously.

> ➤ *Trustee John Naglick entered the Boardroom at 9:57 a.m.*
> ➤ *Trustee Angela James entered the Boardroom at 9:58 a.m.*
> ➤ *Trustee John Serda entered the Boardroom at 10:02 a.m.*

## Open Forum

**Chairperson Pegg** opened the meeting for public comment/discussion:

**Christopher Baumann, Daniel Salkowski and Jeffrey Hamm** addressed the Board during public comment regarding the following:

- DROP Program Issues related to the implementation of the 5 year DROP participation limitation imposed on DFFA members as part of the approval of the Plan of Adjustment as part of the city's Chapter 9 bankruptcy case.

**Kathleen Colin, President of NASP Detroit**, informed the Board that the National Association of Securities Professionals Pension and Financial Services Conference will be held in Detroit in 2021.

> ➤ *Trustee Portia Roberson entered the Boardroom at 10:10 a.m.*