# EXHIBIT G



RETIREMENT SYSTEMS
OF THE
CITY OF DETROIT

500 WOODWARD AVE. STE. 3000
DETROIT, MICHIGAN 48226
PHONE 313•224•3362
TOLL FREE 800•339•8344
FAX 313•224•3522

April 4, 2019

**VIA EMAIL AND US MAIL**

Mr. Robert Smith
Chair, Investment Committee
c/o Police and Fire Retirement System of the City of Detroit
500 Woodward Avenue
Suite 3000
Detroit, MI 48226

Re:     **Disapproval of Investment Committee Compensation Adjustments for CIO and Deputy CIO**

Dear Mr. Smith:

This correspondence is in follow-up to General Counsel, Ron King's email to you dated March 25, 2019 (attached) regarding the disapproval of the compensation decision of the PFRS Investment Committee for the Chief Investment Officer and Deputy Chief Investment Officer at its March 11, 2019 meeting. As set forth in the March 25th email, the PFRS Board, by way of motion, disapproved the action of the PFRS IC regarding the compensation adjustments at the PFRS Board's March 21, 2019 meeting. Additionally, the PFRS Board intended its motion to commence the dispute resolution process as set forth in Exhibit B to the State Contribution Agreement with respect to this matter. Under the State Contribution Agreement, the PFRS Board has 45 days from March 11, 2019 (April 25, 2019) to provide the PFRS IC with a detailed written response outlining the reasons for its disapproval of the PFRS IC's action. This letter is intended to meet that requirement. The primary reasons for the PFRS Board's disapproval are amply set forth in the discussion at the PFRS Board's March 21, 2019 meeting (which was recorded). Those reasons, include, but are not limited to the following:

1.      It appears that all parties believe that the McLagan study was flawed in several respects. Specifically, the PFRS Board believes that, among other reasons, the McLagan study did not properly compare compensation for the CIO/Deputy CIO positions for the Retirement Systems of the City of Detroit ("RSCD") with compensation for other like-situated and comparable retirement systems;



RETIREMENT SYSTEMS
OF THE
~~City~~ OF DETROIT

500 WOODWARD AVE. STE. 3000
DETROIT, MICHIGAN 48226
PHONE 313•224•3362
TOLL FREE 800•339•8344
FAX 313•224•3522

2.      The PFRS IC's compensation decisions do not comport with the compensation guidelines set forth by the City of Detroit. This is particularly problematic in that the city's Human Resources Department does not have a mechanism to make the compensation adjustment within its system and has indicated an unwillingness to process the adjustments. This will necessitate manual processing of additional compensation from the PFRS trust. This is precisely the protocol that the RSCD has spent several years trying to rectify and eliminate;

3.      It is the position of the PFRS Board that under Article 14 of Component I of the Plan of Adjustment, the compensation and employment terms of the Deputy CIO falls within the purview of the RSCD. In fact, a memorandum prepared by the Executive Director, David Cetlinski, was provided to the PFRS IC on March 11, 2019 setting forth a recommend compensation adjustment for the Deputy CIO consistent with the policies and employment terms for the City of Detroit. The PFRS IC either failed to consider or rejected Mr. Cetlinski's recommendation. To the extent the PFRS IC determines it is necessary to retain a professional outside of the RSCD employment process, then the PFRS IC will have to contract with that professional separately as provided in the State Contribution Agreement; and

4.      The PFRS IC took this action without the participation of the General Retirement System, leaving the PFRS trust to pay all the costs associated with the compensation adjustments. This action was taken without consideration of the practical impacts related to the two Detroit retirement systems sharing the services of the CIO/Deputy CIO and any disproportional effect of this sharing arrangement in light of the PFRS trust adsorbing all of the costs.

This list is not necessarily exhaustive but should be adequate for providing the PFRS IC with the basis for the PFRS Board's disapproval of the PFRS IC's action. Under the State Contribution Agreement, the PFRS IC has 45 days to withdraw its action or request a conference with the Board. To the extent a conference is requested, such conference may be conducted telephonically. However, to the extent an in-person conference is feasible, that would be preferred. If you have any questions or concerns with the correspondence please do not hesitate to contact me, David Cetlinski or Ron King.

Very Truly Yours,

Jeffrey Pegg
Chair, Board of Trustees
Police and Fire Retirement System of City of Detroit