# EXHIBIT H



RETIREMENT SYSTEM OF THE CITY OF DETROIT

500 WOODWARD AVE STE 3000 | DETROIT, MICHIGAN 48226-5493
PHONE 313•224•3362 | TOLL FREE 800•339•8344 | FAX 313•224•9194

# MINUTES
# Meeting No. 036
# Police and Fire Retirement System Investment Committee
# May 13, 2019

A meeting of the Investment Committee of the Police and Fire Retirement System of the City of Detroit was held on **Monday, May 13, 2019,** at the Retirement System's office at Ally Detroit Center, 500 Woodward Ave., Suite 3000; Detroit, Michigan. Robert Smith, Chairperson, called the meeting to order at 10:03 a.m.
A quorum was present.

## ROLL CALL:

Attendance was taken by the Committee's Recording Secretary with the following Committee Members present: Robert Smith *(Chairperson)*, McCullough Williams III *(Vice Chairperson)*, Joseph Bogdahn (via telephone) Mark Diaz, George Orzech, Jeffrey Pegg, Robert Skandalaris, Gregory Trozak and Woodrow Tyler.

Staff Present: Kevin Kenneally *(Deputy Chief Investment Officer)*, David Cetlinski *(Executive Director)*, Kelly Tapper *(Assistant Executive Director)*, Ronald King *(General Counsel – Clark Hill, P.C.)* and Kristi Grden *(Investment Analyst)*.

Committee Members Excused: None

Staff Excused: None

Visitors Present: John Naglick, City of Detroit Chief Deputy Financial Officer and Police and Fire Retirement System Ex-Officio Trustee and Dean Pincheck, Police and Fire Retirement System Trustee

> *The Committee recessed for lunch at 12:45 p.m. and adjourned the Committee's regular meeting.*

> *Committee member Joseph Bogdahn joined the meeting via telephone at 1:05 p.m.*

The Committee reconvened at 1:05 p.m. for the purposes of a special joint conference/discussion with Trustees of the Police and Fire Retirement System Board regarding the Personnel Issues/ Compensation of Investment Staff. The following Police and Fire Board of Trustees were present: Michael Berent, John Naglick, Dean Pincheck and Steven Watson as well as IC members/Trustees Pegg, Orzech, Diaz and Trozak.

> *Police and Fire Trustee Brenda Jones entered the Boardroom at 1:25 p.m.*

> *Chairperson Robert Smith adjourned the special joint conference and called the Committee's regular meeting back to order at 1:58 p.m.*

## ROLL CALL:

Attendance was taken by the Committee's Recording Secretary with the following Committee Members present: Robert Smith (Chairperson), McCullough Williams III (Vice Chairperson), Mark Diaz, George Orzech, Jeffrey Pegg, Robert Skandalaris, Gregory Trozak, Woodrow Tyler and Joseph Bogdahn (via telephone).

## Re: Compensation Discussion

The Investment Committee of the Police and Fire Retirement System of the City of Detroit ("PFRS IC") together with Trustees from the Police and Fire Retirement System discussed the motion that was approved at the March 11th, 2019 Committee meeting adjusting the compensation of the Chief Investment Officer, Ryan Bigelow and Deputy Chief Investment Officer, Kevin Kenneally to the median range of "salary plus bonus" for Small Public Funds as referenced in the December 4, 2018 Investment Staff Competitive Pay Analysis prepared by McLagan- The McLagan report was prepared at the request of the PFRS IC. The primary focus of the discussion was with respect to the authority given per the Combined Plan to set compensation for the Investment Staff. After discussion, the following motions were made:

**Motion #05**: In review of the McLagan Report, Joseph Bogdahn moved to approve the compensation for Chief Investment Officer at $315,000.00 effective January 1, 2019. If the Investment Committee of the General Retirement System of the City of Detroit (GRS IC) does not approve the aforementioned adjustment, the PFRS IC will cover the cost of the adjustment to be paid out of the PFRS Trust Fund pursuant to its authority under the Plan of Adjustment and State Contribution Agreement. Additionally, in the event the approved salary exceeds the maximum salary range as listed in the City's "White Book", that the PFRS Trust Fund will cover the difference. McCullough Williams III supported. The motion passed by a vote as follows:

Yeas: Bogdahn, Diaz, Orzech, Skandalaris, Tyler, Trozak, Williams
and Chairperson Smith – 6 ½

Nays: Pegg- ½

**Motion #06**: Joseph Bogdahn moved to approve the compensation for the Deputy Chief Investment Officer at $224,000.00 as an employee/hybrid employee depending on the administrative feasibility of doing so. This base compensation adjustment will be effective January 1, 2019 and if the Investment Committee of the General Retirement System of the City of Detroit does not approve the aforementioned adjustments or agree to share in the costs of these adjustments, the PFRS IC will cause all the expenses associated with these adjustments to be paid for out of the PFRS Trust Fund pursuant to its authority under the Plan of Adjustment and State Contribution Agreement. Furthermore, Investment Staff will be paid to the maximum of the salary range as listed in the City's "White Book". For any difference between the City's set compensation and that set forth by the IC, compensation will be paid by agreement between the PFRS Board and PFRS Investment Staff. If not administratively feasible, the System will accept the full amount of compensation for Investment Staff and provide for benefits separately as a hybrid/contractual employee. Robert Skandalaris supported. The motion passed by a vote as follows:

Yeas: Bogdahn, Orzech, Skandalaris, Tyler, Williams
and Chairperson Smith – 5 ½

Nays: Diaz, Pegg and Trozak, - 1 ½

> ***Committee member Joseph Bogdahn left the call at 2:18 p.m.***

## *CHIEF INVESTMENT OFFICER'S REPORT*

Chief Investment Officer, Ryan Bigelow, provided the following updates and discussion items for approval:

- American Realty update
  - No action needed
- Fiduciary Liability Coverage
  - No action needed; the underwriter will come before the committee at a later meeting to help assess the level of coverages
- Real Estate RFP memorandum
- CEM Benchmarking

## *LEGAL REPORT*

General Counsel, Ronald King, provided the following informational items for discussion:

- Correspondence from Jeffrey Pegg, PFRS Board Chair, regarding disapproval of PFRS Investment Committee compensation adjustments.