# EXHIBIT J

```
MEETING NO. 3238
JOURNAL OF PROCEEDINGS
BOARD OF TRUSTEES OF THE POLICE AND FIRE RETIREMENT SYSTEM
OF THE CITY OF DETROIT
HELD THURSDAY, MAY 16, 2019

09:00 A.M.
RETIREMENT SYSTEMS' CONFERENCE ROOM
ALLY DETROIT CENTER, 500 WOODWARD; SUITE 3000
DETROIT, MICHIGAN 48226
```

### TRUSTEES PRESENT

| | |
|---|---|
| SHAWN BATTLE | EX/OFFICIO TRUSTEE/FIRE PREVENTION CHIEF/MAYOR'S DESIGNEE |
| MICHAEL F. BERENT | ELECTED TRUSTEE/FIRE |
| MARK DIAZ | ELECTED TRUSTEE/POLICE |
| MATTHEW GNATEK | ELECTED TRUSTEE/POLICE |
| ANGELA R. JAMES | EX/OFFICIO RETIRANT TRUSTEE/POLICE/MAYOR'S DESIGNEE |
| BRENDA JONES | EX/OFFICIO TRUSTEE/CITY COUNCIL PRESIDENT |
| CHRISTA MCLELLAN | EX/OFFICIO TRUSTEE/TREASURER |
| MEGAN S. MOSLIMANI | EX/OFFICIO TRUSTEE/CORPORATION COUNSEL /VICE-CHARPERSON |
| JOHN NAGLICK | EX/OFFICIO TRUSTEE/FINANCE DIRECTOR |
| GEORGE ORZECH | ELECTED RETIRANT TRUSTEE/FIRE |
| JEFFREY PEGG | ELECTED TRUSTEE/FIRE/CHAIRPERSON |
| DEAN PINCHECK | ELECTED TRUSTEE/FIRE |
| PORTIA ROBERSON | EX/OFFICIO TRUSTEE/MAYOR'S ALTERNATE |
| JOHN SERDA | ELECTED TRUSTEE/POLICE |
| GREGORY TROZAK | ELECTED RETIRANT TRUSTEE/POLICE |
| STEVEN WATSON | EX/OFFICIO TRUSTEE/DIRECTOR OF FORECASTING AND ECONOMIC ANALYSIS-BUDGET DEPARTMENT/BUDGET DIRECTOR'S DESIGNEE |

### TRUSTEES EXCUSED

None

### ALSO PRESENT

| | |
|---|---|
| David Cetlinski | Executive Director |
| Kelly Tapper | Assistant Executive Director |
| Ryan Bigelow | Chief Investment Officer |
| Ronald King | General Counsel |
| TaKneisha Johnson | Administrative Assistant IV |
| Dr. Oscar King III | Board Lobbyist |
| Bruce Babiarz | Public Relations Advisor |

### STAFF EXCUSED

None

### Re: Entering Into Closed Session

Resolution Moved By: Trustee Gnatek– Supported By: Trustee Serda

**WHEREAS,** the Retirement System is subject to the limitation of the Open Meetings Act ("OMA") being MCL 15.261 et seq. and has adopted a resolution on October 24, 2012 relative thereto; **THEREFORE BE IT**

**RESOLVED,** that the Board enters into Closed Session for the purpose of discussing Attorney/Client privileged matters regarding the following: to discuss pending litigation and real estate transactions and items subject to physician-patient privilege regarding the following: Environmental Geo-Technologies, LLC, and Memorandum from Police and Fire Investment Committee regarding Investment Staff salaries.

A Roll Call Vote was taken as follows:

Yeas – Battle, Berent, Diaz, Gnatek, James, Mclellan, Moslimani, Naglick, Orzech, Pincheck, Roberson, Serda, Trozak, Watson and Chairperson Pegg - 15

Nays – None

The Board entered into **Closed Session** at 11:03 a.m.

**The Board Public Relations Consultant and Lobbyist remained in the Boardroom per Board approval.**

➤ *Trustee Brenda Jones entered the Boardroom at 11:51 a.m.*

### Re: Open Session

Matthew Gnatek moved to come out of closed session. Mark Diaz supported. The motion passed unanimously.

The Board returned to **Open Session** at 12:16 p.m.

### Re: Decline Directive

Mark Diaz moved to decline the directive set forth in the May 14, 2019 correspondence from the chair of the Police and Fire Investment Committee with respect to the compensation of the Deputy-Chief Investment Officer. The May 14, 2019 correspondence set forth directions for PFRS to implement the compensation adjustments approved by the PFRS IC. Matthew Gnatek supported. The motion passed unanimously.