# EXHIBIT K



RETIREMENT SYSTEM OF THE CITY OF DETROIT

500 WOODWARD AVE STE 3000 | DETROIT, MICHIGAN 48226-5493

PHONE 313•224•3362 | TOLL FREE 800•339•8344 | FAX 313•224•9194

# MINUTES
# Meeting No. 037
# Police and Fire Retirement System Investment Committee
# July 22, 2019

A teleconference of the Investment Committee of the Police and Fire Retirement System of the City of Detroit was held on **Monday, July 22, 2019,** at the Retirement System's office at Ally Detroit Center, 500 Woodward Ave., Suite 3000; Detroit, Michigan. Robert Smith, Chairperson, called the meeting to order at 10:06 a.m.
A quorum was present.

## *ROLL CALL:*

Attendance was taken by the Committee's Recording Secretary with the following Committee Members present: Robert Smith *(Chairperson)*, Joseph Bogdahn, Matthew Gnatek, George Orzech, Jeffrey Pegg, Robert Skandalaris, Gregory Trozak and Woodrow Tyler.

Staff Present: Ryan Bigelow (Chief Investment Officer; Kevin Kenneally *(Deputy Chief Investment Officer)*, David Cetlinski *(Executive Director)*, Kelly Tapper *(Assistant Executive Director)*, Ronald King *(General Counsel – Clark Hill, P.C.)* and Kristi Grden *(Investment Analyst)*.

Committee Members Excused: None

Staff Excused: None

Visitors Present: John Naglick, City of Detroit Chief Deputy Financial Officer and Police and Fire Retirement System Ex-Officio Trustee

**Motion #04:**
**Re: CEM Benchmarking:** Jeffrey Pegg moved to proceed with the recommendation of the Chief Investment Officer with respect to updating the CEM Investment Benchmarking study. Gregory Trozak supported. The motion passed unanimously.

*Committee member Pegg would like a list of all benchmarked items. Mr. Bigelow will provide a summary for Mr. Pegg's review.*

### Re: Personnel/Compensation Discussion

The Investment Committee of the Police and Fire Retirement System of the City of Detroit's ("PFRS IC") primary focus for discussion is with respect to the authority given per the Combined Plan to set compensation for the Deputy Chief Investment Officer. After discussion, the following motion(s) were made:

**Motion #05:** Joseph Bogdahn moved to engage Special Counsel with respect to creating a compensation package for the Deputy Chief Investment Officer that is in accordance with the motion made and passed at the Committee's May 13th, 2019 meeting and further, bring forth alternatives for the best way to implement the compensation package. The Police and Fire Investment Committee Chairperson has the authority to implement and execute the contract at its completion. Woodrow Tyler supported. The motion passed by a vote as follows:

Yeas: Bogdahn, Skandalaris, Tyler, Williams and Chairperson Smith – 5

Nays: Gnatek, Orzech, Pegg and Trozak - 2

*Committee Member Pegg's comment regarding his "NO" vote: "This is a violation of the Plan of Adjustment; Section 14.3" as well as section 38.1133g of Public Act 314".*