# EXHIBIT L

-----Original Message-----

From: Joe Bogdahn <jbogdahn@sixtenllc.com <mailto:jbogdahn@sixtenllc.com> >

Sent: Friday, July 26, 2019 5:51 AM

To: rbigelow@rscd.org <mailto:rbigelow@rscd.org> ; Bob Smith <bsmith@ceritypartners.com <mailto:bsmith@ceritypartners.com> >; bob@robertdklausner.com <mailto:bob@robertdklausner.com> ; <mailto:rking@clarkhill.com> rking@clarkhill.com

Subject: Deputy CIO Comp thought

As I noted on our call in May, making this an independent position would be overly expensive due to the cost to replicate and administer the benefits. Further complicating this is the 'independent contractor' standard of the IRS, and we will not meet that standard.

Would it be possible to pay him the maximum allowed by the city's grid, and have the IC grant periodic bonuses from the system to make up the compensation difference? I realize that the bonuses could not be pensionable due to the city's 'salary cap', but I think this would be more financially advantageous to all parties.

Perhaps this could be thought through by counsel and be part of the special counsel's recommendation to the committee. If so, I would be pleased to discuss with Jeff to see if I can better explain.

Let me know if you want to have a call, and I Look forward to seeing everyone in September.

Sent from my phone - please excuse clumsy responses

3

13-53846-tjt    Doc 13236-14    Filed 01/28/20    Entered 01/28/20 13:27:01    Page 2 of 2