# EXHIBIT M

| MEETING NO. **3243** |
| JOURNAL OF PROCEEDINGS |
| **BOARD OF TRUSTEES OF THE POLICE AND FIRE RETIREMENT SYSTEM** |
| OF THE CITY OF DETROIT |
| HELD **THURSDAY, AUGUST 15, 2019** |
| |
| 9:00 A.M. |
| RETIREMENT SYSTEMS' CONFERENCE ROOM |
| ALLY DETROIT CENTER, 500 WOODWARD; SUITE 3000 |
| DETROIT, MICHIGAN 48226 |

## TRUSTEES PRESENT

| | |
|---|---|
| Michael F. Berent | Elected Trustee/Fire |
| Matthew Gnatek | Elected Trustee/Police/ Chairperson |
| Angela R. James | Ex/Officio Retiree Trustee/Police/Mayoral Designee |
| Megan S. Moslimani | Ex/Officio Trustee/Corporation Counsel /Vice-Chairperson |
| Christa Mclellan | Ex/Officio Trustee/Treasurer |
| John Naglick Jr. | Ex/Officio Trustee/Finance Director |
| George Orzech | Elected Retiree Trustee/Fire |
| Jeffrey Pegg | Elected Trustee/Fire |
| Dean Pincheck | Elected Trustee/Fire |
| John Serda | Elected Trustee/Police |
| Gregory Trozak | Elected Retiree Trustee/Police |
| Steven Watson | Ex/Officio Trustee/Director of Forecasting and Economic Analysis-Budget Department/Budget Director's Designee |

## TRUSTEES EXCUSED

| | |
|---|---|
| Shawn Battle | Ex/Officio Trustee/Fire Prevention Chief/Mayoral Designee |
| Brenda Jones | Ex/Officio Trustee/City Council President |
| Portia Roberson | Ex/Officio Trustee/Mayoral Alternate |

## ALSO PRESENT

| | |
|---|---|
| David Cetlinski | Executive Director |
| Kelly Tapper | Assistant Executive Director |
| Ryan Bigelow | Chief Investment Officer |
| Ronald King | General Counsel |
| TaKneisha Johnson | Administrative Assistant IV |
| Bruce Babiarz | Public Relations Advisor |

## STAFF EXCUSED

| | |
|---|---|
| Dr. Oscar King III | Board Lobbyist |

## *CHIEF INVESTMENT OFFICER'S REPORT*

Chief Investment Officer, **Ryan Bigelow,** had no formal report, but discussed the following matters with the Board:

- Market Update
- Investment Policy Statement (redline version)

> *Trustee John Naglick entered the Boardroom at 9:10 a.m.*
> *Trustee Megan Moslimani entered the Boardroom at 9:14 a.m.*

- Life Assurance Fund
    - Approve moving forward with the engagement of third party firms to assist with the monitoring of individuals in the Life Assurance Fund
- Audit update
- Real Estate RFP

**Re: Engagement of Third Party Firm:** Jeffrey Pegg moved to approve the engagement of a third party firm to monitor the individuals in the Life Assurance Fund consistent with the CIO Report with the final contract, following legal review, to come back before the Board for review before signed execution. Michael Berent supported. The motion passed unanimously.

## PUBLIC COMMENT

At 9:34 a.m. Sean Gallagher of Gallagher Law came before the Board of Trustees to discuss the following:

Mr. Gallagher indicated that he had been retained as special counsel by the Investment Committee. He did not provide a written report but summarized what he described as the three Guiding Principles/paths set forth by the Investment Committee with respect to the compensation of Deputy Chief Investment Officer Kevin Kenneally

- The Investment Committee would like to retain Mr. Kenneally as a City of Detroit Employee at his current salary with the difference in compensation to be paid by the System

> *Trustee Angela James entered the Boardroom at 9:39 a.m.*

- The Investment Committee will retain Mr. Kenneally as an Investment Committee employee.
- The Investment Committee will retain Mr. Kenneally as an Independent Contractor

- Trustee Pegg specifically asked whether Mr. Gallagher has furnished a legal opinion as to the legality of Mr. Kenneally as an independent contractor. Mr. Gallagher did not directly answer but suggested that such an opinion would be forthcoming.
- Chairperson Gnatek asked Mr. Gallagher to prepare a written correspondence for consideration by the Board and requested that Mr. Gallagher ask the Board to consider allowing him to appear as part of the agenda at a future Board meeting so that all Board members will have notice and an opportunity to participate in any discussion.

## *PUBLIC RELATIONS ADVISOR REPORT*

Public Relations Advisor, **Bruce Babiarz,** discussed the following matters with the Board:
- Mr. Babiarz discussed the forwarded articles with respect to National Pension issues
- Mr. Babiarz has prepared the final draft of the news release with respect to the newly elected Board Chairperson, Matthew Gnatek and Incumbent Vice Chairperson, Megan Moslimani
- Environmental Geo-Technologies comment; will discuss in Closed Session
- Board of Trustees should revisit Public Comment time requirements

## *LOBBYIST'S REPORT*

Lobbyist, **Dr. Oscar King III,** was not in attendance; his associate Mr. Homan had no items to report.

## *GENERAL COUNSEL'S REPORT*

General Counsel, **Ronald King**, in addition to his legal report, discussed the following matters with the Board:

- Securities Litigation update