# EXHIBIT N

Thomas, Kinneitha M.

From: MATTHEW GNATEK 241 [mailto:GNATEKM241@detroitmi.gov]
Sent: Monday, August 19, 2019 3:07 PM
To: bsmith@ceritypartners.com
Cc: King, Ronald A.; David Cetlinski
Subject: Re Deputy Chief Investment Officer Pay Raise

[External Message]

Bob Smith,

I am really disappointed with the way things have gone regarding the proposed pay raise for the deputy chief investment officer. It was a surprises to learn the "IC" had retained Sean Gallagher. While, the committee approved retaining outside special counsel. I don't recall the committee specifically approving Sean Gallagher as special legal counsel, his hourly rate, nor the scope of services he would provide.

I was very taken aback that Sean Gallagher appeared before the Board last week at the last minute purporting to speak on behalf of the IC. As one IC member, I was entirely unaware that Sean had been hired and the scope of the engagement. More troubling is that Sean represented that he was speaking on behalf of the IC. Was there a special meeting I missed? The committee speaks with our motions. For Sean to suggest the "IC" wants a "transparent" and "cooperative" process is ridiculous, given that the four IC members who sit on the Board had no idea what he was talking about. It appears that a fraction of the IC act and speak for the committee without any formal action of the IC. That is not how we should operate.

Sean was asked directly whether there was a legal opinion as to whether Kevin could be hired as an independent contractor. He would not or could not give us his legal opinion. If such an opinion has been given, I would hope that it is shared with all IC members.

We have been advised by our general counsel and outside legal counsel that any such arrangement with Kevin will violate state and federal employment law and the POA does not give the IC the authority to do that.

As one IC member I cannot agree to a breach of my fiduciary duty and do not agree to entering into any such arrangement. We do not have authority to enter into

1

illegal contracts. Certainly not with my support and without any discussion or action by the committee as whole.

I am not really sure where this leaves us but I am very concerned that a fraction of the IC appears to be driving an agenda without involving or consulting all members of the investment committee. I hope we can resolve this issue without further distraction or protracted litigation.

Regards,

Matthew Gnatek, Sergeant
Detroit Police Department
Homicide Unit
1301 Third, 5N
Office: (313) 596-2174
gnatekm241@detroitmi.gov