# EXHIBIT O

Thomas, Kinneitha M.

From: Ryan Bigelow <rbigelow@rscd.org>
Sent: Tuesday, September 10, 2019 11:16 AM
To: Jackson, Ramzee
Cc: David Cetlinski; Bob Smith
Subject: K. Kenneally

Ramzee

As you may already know, recently the Investment Committee of the Police & Fire Retirement System has taken action regarding compensation of the Kevin Kenneally for the Deputy Chief Investment Officer position. At its March 11, 2019 meeting, the Committee adopted a motion adjusting the compensation, effective January 1, 2019, of the Deputy Chief Investment Officer. This motion adjusted the compensation for Mr. Kenneally to $224,000. The Committee also decided that if the General Retirement System of the City of Detroit and its own Investment Committee did not approve of sharing of the costs of this increase, then the PFRS Investment Committee will cause all the associated expenses to be paid for out of PFRS pursuant to its Plan of Adjustment and State Contribution Agreement authority.

By way of further background, the 2014 federal Court-approved Plan for Adjustment of Debts and its State Contribution Agreement require that "[a]ll reasonable and proper expenses related to the administration of the Investment Committee shall be payable out of the assets of the PFRS." The Investment Committee is also authorized to "retain actuarial, legal counsel, audit or other professional or support personnel to provide advice to the [Investment Committee] as it deems reasonably necessary to perform its functions and such parties or persons may be reasonably compensated from the assets of PFRS; such engagements shall not be subject to the approval of the PFRS Board of Trustees." Five years ago, the PFRS Board, its professional advisors, and its members and beneficiaries supported the City of Detroit's financial restructuring in the negotiated terms of settlement for the Bankruptcy. That support also led to the establishment of the Investment Committee for PFRS, whose mandate extends another fifteen years.

Further to that express authority of the Committee authorized by federal court action and Michigan law, by copy of this message, I am formally requesting that you i) initiate retroactive payment to Mr. Kenneally (as detailed

1

in the attached spreadsheet) in the amount of $39,734.96, representing the a "true up" of the compensation difference for the period of January 1, 2019 and September 13, 2019, and ii) a bi-weekly check to Mr. Kenneally representing his ongoing compensation of $224,000 beginning on September 16, 2019. Specifically, Mr. Kenneally's compensation is a reasonable and proper expense related to the administration of the Committee, payable out of the assets of PFRS, per the authority detailed above.

Thank you for your attention to this matter. Please feel free to reach out to me directly with any questions.

Regards
Ryan C. Bigelow


Cc:   David Cetlinski, Executive Director
      Robert C. Smith, Chair, Investment Committee