

**THE LAW OFFICES OF JOUMANA KAYROUZ**

1000 Town Center, Suite 800, Southfield, Michigan, 48075 | Phone: (248) 557-3645 | Fax: (248) 200-0645

February 3, 2020

Re: Najib Hodge v John Doe and City of Detroit – Case No.: 12-015563-NI
Najib Hodge in the City of the Detroit, Michigan Case No.: 13-53846

To Whom it May Concern:

Please be advised that Attorney Clifford Neubauer is no longer employed at the Law Offices of Joumana Kayrouz, PLLC. Furthermore, The Law Offices of Joumana Kayrouz, PLLC is no longer representing Najib Hodge in any litigation.

Therefore, the Law Offices of Joumana Kayrouz no longer has any interest in the cases mentioned above.

Thank you for your attention to this matter. Should you have any questions or concerns, please do not hesitate to call me.

Yours Very Truly,
Law Offices of Joumana B. Kayrouz, P.L.L.C.

/s/ Ali R. Baghdadi
Ali R. Baghdadi, Esq.
Attorney & Counselor at Law

AB/