Form:def2

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

*13238* − Reply to (related document(s): 13152 Objection to Claim with response date and Notice of Hearing filed by Debtor In Possession City of Detroit, Michigan, 13193 Response filed by Creditor Detroit Police Officers Association, 13225 Response filed by Creditor Detroit Police Officers Association) Filed by Debtor In Possession City of Detroit, Michigan (Swanson, Marc)

Electronic Signature is Missing For Attorney.

is defective as indicated:

- ☐ Acceptable List of Creditors Missing
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Amended Document Missing or Non−Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application for Individuals to Pay the Filing Fee in Installments Missing or Non−Compliant
- ☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non−Compliant
- ☐ Bankruptcy Petition Cover Sheet Missing or Non−Compliant
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief Missing
- ☐ Certificate of Exigent Circumstances−Credit Counseling Waiver Missing
- ☐ Chapter 13 Plan is Non−Compliant
- ☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non−Compliant (To be filed with corrected document in its entirety as one PDF)
- ☐ Docket or Proof of Claim Number Missing
- ☐ Electronic Signature does not match login
- ☑ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)
- ☐ List of 20 Largest Unsecured Creditors Missing
- ☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing
- ☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing

- ☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing
- ☐ Notice of Objection to Claim Missing or Non−Compliant
- ☐ Notice of Special Appearance (LBR 9010−1(c)) Missing or Non−Compliant
- ☐ Notice to Respondent Missing or Non−Compliant
- ☐ Original Signature Missing or Non−Compliant
- ☐ Petition Non−Compliant (To be filed in its entirety)
- ☐ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order Missing
- ☐ Redacted Document Missing or Non−Compliant
- ☐ Statement of Attorney for Debtors 2016b LBR 9010−1c Missing or Non−Compliant
- ☐ Statement of Corporate Ownership Missing
- ☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 2/7/20

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

In re:                                                                                                              Case No. 13-53846-tjt
City of Detroit, Michigan                                                                    Chapter 9
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2        User: ckata                Page 1 of 14                Date Rcvd: Feb 07, 2020
                          Form ID: def2              Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                         TOTAL: 0

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust            Andrew R. Vara
              Deutsche Bank AG, London
                                                                                                                            TOTALS: 2, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2020 at the address(es) listed below:
              Albert Togut   on behalf of Plaintiff   City of Detroit, Michigan neilberger@teamtogut.com,
               apirraglia@teamtogut.com,Jberman@teamtogut.com,dperson@teamtogut.com,dcahir@teamtogut.com,
               adeering@teamtogut.com,srobinson@teamtogut.com
              Albert Togut   on behalf of Debtor In Possession   City of Detroit, Michigan
               dperson@teamtogut.com
              Alfredo R. Perez   on behalf of Creditor   Financial Guaranty Insurance Company
               alfredo.perez@weil.com,kelly.diblasi@weil.com,dana.kaufman@weil.com,brian.wells@weil.com
              Alice Bonita Jennings   on behalf of Plaintiff John   Smith ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings   on behalf of Plaintiff   Peoples Water Board
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings   on behalf of Plaintiff Sylvia   Taylor ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings   on behalf of Plaintiff Rosalyn   Walker ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings   on behalf of Plaintiff Tammika   Williams ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings   on behalf of Plaintiff John   Jackson ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings   on behalf of Plaintiff Janice   Ward ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings   on behalf of Plaintiff   Moratorium Now! ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings   on behalf of Plaintiff   National Action Network--Michigan Chapter
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings   on behalf of Plaintiff Rosalyn   Parham ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings   on behalf of Plaintiff   Michigan Welfare Rights Organization
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings   on behalf of Plaintiff Maurika   Lyda ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings   on behalf of Plaintiff Nicole   Hill ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings   on behalf of Plaintiff Scott   Eubank ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Allan S. Brilliant   on behalf of Creditor   Macomb County allan.brilliant@dechert.com
              Allan S. Brilliant   on behalf of Creditor   Macomb Interceptor Drain Drainage District
               allan.brilliant@dechert.com
              Allan S. Brilliant   on behalf of Creditor   County of Macomb, Michigan
               allan.brilliant@dechert.com
              Allison Bach   on behalf of Interested Party   State of Michigan, Department of Attorney General
               abach@dickinsonwright.com,  kstubbs@dickinson-wright.com
              Amy D. Caton   on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Amy D. Caton   on behalf of Creditor   BlackRock Financial Management, Inc. acaton@kramerlevin.com
          Andrew A. Paterson, Jr.   on behalf of Plaintiff   Citizens United Against Corrupt Government
           aap43@outlook.com, aap43law@gmail.com
          Andrew A. Paterson, Jr.   on behalf of Creditor   Citizens United Against Corrupt Government
           aap43@outlook.com, aap43law@gmail.com
          Andrew A. Paterson, Jr.   on behalf of Creditor Robert  Davis aap43@outlook.com,
           aap43law@gmail.com
          Anthony  Greene   on behalf of Creditor Da'Nean M. Brooks greenelawgroup@gmail.com,
           greenelawgroup@yahoo.com
          Anthony J. Kochis   on behalf of Creditor   Iron Mountain Information Management, LLC
           akochis@wolfsonbolton.com, stravis@wolfsonbolton.com
          Anthony J. Kochis   on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com,
           stravis@wolfsonbolton.com
          Anthony J. Kochis   on behalf of Attorney   Wolfson Bolton PLLC akochis@wolfsonbolton.com,
           stravis@wolfsonbolton.com
          Anthony James Miller   on behalf of Defendant   Toter Incorporated am@osbig.com
          Barbara A. Patek   on behalf of Plaintiff   Detroit Police Lieutenants and Sergeants Association
           pateklaw@gmail.com
          Barbara A. Patek   on behalf of Interested Party   Sanitary Chemists and Technicians Association
           pateklaw@gmail.com
          Barbara A. Patek   on behalf of Interested Party John R. Runyan pateklaw@gmail.com
          Barbara A. Patek   on behalf of Interested Party   Association of Detroit Engineers
           pateklaw@gmail.com
          Barbara A. Patek   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association
           pateklaw@gmail.com
          Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association pateklaw@gmail.com
          Barry S. Fagan   on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo
           bfagan@dibandfagan.com
          Benjamin  Whitfield   on behalf of Interested Party Jerome  Collins benwlaw123@aol.com,
           bw4822@aol.com;benwlaw4822@aol.com
          Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation
           bbest@schaferandweiner.com, wrkyles@varnumlaw.com
          Brendan G. Best   on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com,
           wrkyles@varnumlaw.com
          Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com,
           wrkyles@varnumlaw.com
          Brian D. O'Keefe   on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association
           bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
           Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Bruce  Bennett   on behalf of Debtor In Possession   City of Detroit, Michigan
           bbennett@jonesday.com
          Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com,
           R47050@notify.bestcase.com;LassnerCR47050@notify.bestcase.com
          Carl F. Schier   on behalf of Defendant   Bankston Construction Inc carl@schierlaw.com
          Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com
          Carol Connor Cohen   on behalf of Plaintiff   Ambac Assurance Corporation carol.cohen@arentfox.com
          Carole  Neville   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit,
           Michigan carole.neville@dentons.com
          Carole  Neville   on behalf of Retiree Committee   Official Committee of Retirees
           carole.neville@dentons.com
          Caroline Turner English   on behalf of Plaintiff   Ambac Assurance Corporation
           caroline.english@arentfox.com
          Carolyn Beth Markowitz   on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
          Charles Bruce Idelsohn   on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
           charlesID@hotmail.com
          Charles D. Bullock   on behalf of Interested Party   Gabriel, Roeder, Smith & Company
           cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
          Cheryl  Cook   on behalf of Creditor   CitiMortgage, Inc. bknotices-edm@potestivolaw.com
          Christopher A. Grosman   on behalf of Interested Party   BlackRock Financial Management, Inc.
           BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
          Christopher A. Grosman   on behalf of Creditor   Oakland County, Michigan BRCY@CarsonFischer.com,
           cgrosman@carsonfischer.com
          Christopher E. McNeely   on behalf of Defendant   Great Lakes Power Inc cmcneely@mandmpc.com
          Cindy  Tsai   on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com
          Claude D. Montgomery   on behalf of Retiree Committee   Official Committee of Retirees
           claude.montgomery@dentons.com,docketny@dentons.com,
           carole.neville@dentons.com;sam.alberts@dentons.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Claude D. Montgomery    on behalf of Plaintiff   Official Committee of Retirees of the City of
           Detroit, Michigan claude.montgomery@dentons.com,
           carole.neville@dentons.com;sam.alberts@dentons.com
          Courtney A. Krause    on behalf of Creditor   Berkshire Hathaway Assurance Corporation
           ckrause@garanlucow.com
          Cynthia J. Haffey    on behalf of Defendant   Detroit General Retirement System Service
           Corporation haffey@butzel.com
          Cynthia J. Haffey    on behalf of Defendant   Detroit Police And Fire Retirement System Service
           Corporation haffey@butzel.com
          Dale Price    on behalf of Creditor   Equal Employment Opportunity Commission dale.price@eeoc.gov,
           legaldt.detroit@eeoc.gov
          Daniel Kielczewski    on behalf of Defendant   Bob Maxey Ford Inc
           dgkielczewski@abbottnicholson.com, adwilliams@abbottnicholson.com
          Daniel C. DiCicco    on behalf of Defendant   Wright Tool Co ddicicco@ahernkill.com
          David A. Lerner    on behalf of Creditor   Plunkett Cooney dlerner@plunkettcooney.com,
           nwinagar@plunkettcooney.com
          David A. Lerner    on behalf of Creditor   Waste Management Inc. etal dlerner@plunkettcooney.com,
           nwinagar@plunkettcooney.com
          David A. Lerner    on behalf of Defendant   Waste Management of Michigan Inc
           dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
          David E. Schwartz    on behalf of Defendant   SMART dschwartz@allardfishpc.com
          David Jonathan Cross    on behalf of Defendant   T & N Services Inc davidjonathancross@gmail.com
          David L. Dubrow    on behalf of Plaintiff   Ambac Assurance Corporation david.dubrow@arentfox.com
          David M. Blau    on behalf of Creditor   NTH Consultants, Ltd. dblau@clarkhill.com
          David M. Blau    on behalf of Defendant   Mannik & Smith Group Inc dblau@clarkhill.com
          David T. Lin    on behalf of Interested Party   The Kales Grand Circus Park, LLC dlin@seyburn.com,
           kbilpo@seyburn.com
          Dawn R. Copley    on behalf of Interested Party   State of Michigan dcopley@dickinsonwright.com
          Dawn R. Copley    on behalf of Interested Party   State of Michigan, Department of Attorney
           General dcopley@dickinsonwright.com
          Deborah Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
           kuschj@pepperlaw.com
          Deborah Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
           kuschj@pepperlaw.com
          Deborah Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
           kuschj@pepperlaw.com
          Deborah Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
           kuschj@pepperlaw.com
          Deborah Kovsky-Apap    on behalf of Debtor In Possession   City of Detroit, Michigan
           kovskyd@pepperlaw.com, kuschj@pepperlaw.com
          Deborah Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
           kuschj@pepperlaw.com
          Deborah Kovsky-Apap    on behalf of Plaintiff   City of Detroit, Michigan kovskyd@pepperlaw.com,
           kuschj@pepperlaw.com
          Deborah Kovsky-Apap    on behalf of Plaintiff   City of Detroit kovskyd@pepperlaw.com,
           kuschj@pepperlaw.com
          Deborah Kovsky-Apap    on behalf of Defendant   City of Detroit, Michigan kovskyd@pepperlaw.com,
           kuschj@pepperlaw.com
          Deborah L. Fish    on behalf of Interested Party   Ad Hoc COPs Holders dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Intervenor-Defendant   Panning Capital Management, LP
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party   Aurelius Capital Management, LP
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party   Bronze Gable, L.L.C. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party   Dexia Credit Local dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Intervenor-Defendant   Aurelius Capital Management, LP
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party   Dexia Holdings, Inc. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party   Monarch Alternative Capital LP
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Intervenor-Defendant   BlueMountain Capital Management, LLC
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Intervenor-Defendant   Stone Lion Capital Partners L.P.
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party   Stone Lion Capital Partners L.P.
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Intervenor-Defendant   Bronze Gable, L.L.C. dfish@allardfishpc.com,
           allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A.
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Interested Party   Panning Capital Management, LP
           dfish@allardfishpc.com, allardfishpc@yahoo.com
          Deborah L. Fish    on behalf of Intervenor-Defendant   Monarch Alternative Capital LP
           dfish@allardfishpc.com, allardfishpc@yahoo.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Dirk H. Beckwith     on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
           dbeckwith@fosterswift.com
          Dirk H. Beckwith     on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith     on behalf of Defendant    Wilmington Trust, N.A. dbeckwith@fosterswift.com
          Dirk H. Beckwith     on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
           dbeckwith@fosterswift.com
          Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc.
           don@mcguiganlaw.com
          Doron Yitzchaki     on behalf of Defendant    Hesco Hamlett Engineering Sales Company
           DYitzchaki@dickinsonwright.com
          Douglas Steele     on behalf of Interested Party    International Association of Fire Fighters,
           AFL-CIO, CLC dls@wmlaborlaw.com
          Douglas C. Bernstein     on behalf of Interested Party    Community Foundation for Southeast
           Michigan dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
          Douglas C. Bernstein     on behalf of Interested Party    Hudson-Webber Foundation
           dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
          Douglas C. Bernstein     on behalf of Interested Party    The Fred A. and Barbara M. Erb Family
           Foundation dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
          Douglas C. Bernstein     on behalf of Interested Party    W.K. Kellogg Foundation
           dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
          Douglas C. Bernstein     on behalf of Interested Party    Max M. and Marjorie S. Fisher Foundation
           dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
          Douglas C. Bernstein     on behalf of Interested Party    The Ford Foundation
           dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
          Douglas C. Bernstein     on behalf of Interested Party Douglas C. Bernstein
           dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
          Douglas C. Bernstein     on behalf of Interested Party    Charles Stewart Mott Foundation
           dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
          Douglas C. Bernstein     on behalf of Interested Party    William Davidson Foundation
           dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
          Douglas C. Bernstein     on behalf of Interested Party    McGregor Fund
           dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
          Douglas C. Bernstein     on behalf of Defendant    1 Way Service Inc dbernstein@plunkettcooney.com,
           kwebster@plunkettcooney.com
          Douglas C. Bernstein     on behalf of Interested Party    A. Paul and Carol C. Schaap Foundation
           dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
          Douglas C. Bernstein     on behalf of Defendant    Examworks Inc dbernstein@plunkettcooney.com,
           kwebster@plunkettcooney.com
          Elizabeth A. Ferguson     on behalf of Respondent Daniel J Salkowski
           lizferguson@lawofficeseaferguson.com
          Elizabeth A. Ferguson     on behalf of Respondent Jeffrey  Hamm lizferguson@lawofficeseaferguson.com
          Elizabeth A. Ferguson     on behalf of Respondent Richard  Makulski
           lizferguson@lawofficeseaferguson.com
          Elizabeth A. Ferguson     on behalf of Creditor Kim Lamar Spicer
           lizferguson@lawofficeseaferguson.com
          Elliot G. Crowder     on behalf of Defendant    W C Ducomb Co ecrowder@sbplclaw.com,
           lhaas@sbplclaw.com
          Elliot G. Crowder     on behalf of Interested Party    Gabriel, Roeder, Smith & Company
           ecrowder@sbplclaw.com, lhaas@sbplclaw.com
          Eric B. Gaabo     on behalf of Defendant    City of Detroit gaabe@detroitmi.gov,raimic@detroitmi.gov
          Eric B. Gaabo     on behalf of Debtor In Possession    City of Detroit, Michigan gaabe@detroitmi.gov
          Eric D. Carlson     on behalf of Debtor In Possession    City of Detroit, Michigan
           carlson@millercanfield.com, brashier@millercanfield.com
          Erika D. Hart     on behalf of Defendant    OAS Group Inc ehart@tauntlaw.com,
           sdewitte@tauntlaw.com;ksmith@tauntlaw.com
          Ethan D. Dunn     on behalf of Defendant    Hercules & Hercules Inc bankruptcy@maxwelldunnlaw.com,
           bankruptcy.maxwelldunn@gmail.com;bankruptcy.mdplc@gmail.com
          Evan A. Burkholder     on behalf of Defendant    J E Associates Inc evan.burkholder@leclairryan.com,
           evan.burkholder@gmail.com
          Evan A. Burkholder     on behalf of Respondent    JE Associates evan.burkholder@leclairryan.com,
           evan.burkholder@gmail.com
          Frank J. Guadagnino     on behalf of Creditor    Aetna Health and Life Insurance Company
           fguadagnino@mcguirewoods.com, rhotaling@clarkhillthorpreed.com
          Gerald  Rosen    efile_rosen@mied.uscourts.gov
          Gordon J. Toering     on behalf of Defendant    EJ USA Inc gtoering@wnj.com
          Gordon J. Toering     on behalf of Defendant    Valley Truck Parts Inc gtoering@wnj.com
          H. Nathan Resnick     on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
           jblock@resnicklaw.com
          H. Nathan Resnick     on behalf of Defendant    Bauer & Hunter PLLC hnresnick@resnicklaw.net,
           jblock@resnicklaw.com
          H. Nathan Resnick     on behalf of Interested Party    Resnick & Moss, P.C. hnresnick@resnicklaw.net,
           jblock@resnicklaw.com
          Harvey R. Weingarden     on behalf of Interested Party    Retired Detroit Police and Fire Fighers
            Association hweingarden@lippittokeefe.com, jdobrzycki@lippittokeefe.com
          Harvey R. Weingarden     on behalf of Interested Party    Detroit Retired City Employees Association
           hweingarden@lippittokeefe.com, jdobrzycki@lippittokeefe.com
          Heather  Lennox     on behalf of Attorney    Jones Day hlennox@jonesday.com, tastachura@JonesDay.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Heather   Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
           hlennox@jonesday.com, tastachura@JonesDay.com
          Heather   Lennox    on behalf of Interested Party    Miller Buckfire & Co., LLC hlennox@jonesday.com,
           tastachura@JonesDay.com
          Heather   Lennox    on behalf of Interested Party    Christie's, Inc. hlennox@jonesday.com,
           tastachura@JonesDay.com
          Heather   Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com,
           tastachura@JonesDay.com
          Heidi   Peterson    hdpeterson75@gmail.com
          Howard Yale Lederman    on behalf of Creditor Ernest   Flagg hlederman@normanyatooma.com
          Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
          Howard Yale Lederman    on behalf of Creditor Brian   Greene hlederman@normanyatooma.com
          Irma   Industrious    on behalf of Creditor Irma   Industrious iindustrious@yahoo.com
          J. Paul Sugameli    on behalf of Defendant    Farrow Group Inc psugameli@sugamelilaw.com
          James   Pelland    on behalf of Defendant    Metco Services Inc jpelland@fb-firm.com,
           psugars@fb-firm.com
          James   Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
           james.sprayregen@kirkland.com
          James   Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
           james.sprayregen@kirkland.com
          James   Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
           james.sprayregen@kirkland.com
          James J. Hayes    on behalf of Defendant    Alexander Chemical Corp attyjjhayes@gmail.com
          James S. Craig    on behalf of Creditor Marvin   Seales J.Craig@Fiegerlaw.com
          Jamie Scott Fields    on behalf of Creditor Jamie   Fields jeansartre@msn.com
          Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
           jeansartre@msn.com
          Jayson   Ruff    on behalf of Interested Party    Syncora Holdings Ltd. jruff@mcdonaldhopkins.com
          Jayson   Ruff    on behalf of Interested Party    Syncora Capital Assurance Inc.
           jruff@mcdonaldhopkins.com
          Jayson   Ruff    on behalf of Interested Party    Syncora Guarantee Inc. jruff@mcdonaldhopkins.com
          Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
          Jeffrey S. Kopp    on behalf of Debtor In Possession    City of Detroit, Michigan jkopp@foley.com
          Jerome D. Goldberg    on behalf of Plaintiff John   Smith apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff    National Action Network--Michigan Chapter
           apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Nicole   Hill apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Rosalyn   Parham apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff    Michigan Welfare Rights Organization
           apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Scott   Eubank apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Rosalyn   Walker apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Janice   Ward apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff    Peoples Water Board apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff    Moratorium Now! apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff John   Jackson apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Tammika   Williams apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Interested Party Jerome   Moore apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Sylvia   Taylor apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Creditor David   Sole apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Maurika   Lyda apclawyer@sbcglobal.net
          Jimmylee   Gray    on behalf of Defendant    Ampro Construction LLC j.gray50@comcast.net
          Jimmylee   Gray    on behalf of Defendant    Uniglobe Construction Co j.gray50@comcast.net
          Jimmylee   Gray    on behalf of Defendant    Kingsway Building & Maintenance j.gray50@comcast.net
          John   Rhoades    on behalf of Interested Party    Pike Pointe Holdings, LLC jrhoades@dykema.com
          John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
          John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           jstevens@mathesonparr.com, nlmumma@aol.com
          John Adam Behrendt    on behalf of Plaintiff    Gotham Motown Recovery, LLC abehrendt@bodmanlaw.com,
           jgateman@bodmanlaw.com
          John C. Lange    on behalf of Creditor    Detroit Public Library jlange@glmpc.com
          John D. Mulvihill    on behalf of Attorney John Mulvihill Law Office Of John D. Mulvihill Pllc
           jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
          John D. Mulvihill    on behalf of Defendant    Agar Lawn Sprinkler Systems Inc
           jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
          John D. Mulvihill    on behalf of Debtor In Possession    City of Detroit, Michigan
           jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
          John D. Mulvihill    on behalf of Creditor    Agar Lawn Sprinkler Systems Inc
           jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
          John G. Colucci    on behalf of Respondent    General Shale Brick, Inc. coluccilawfirm@gmail.com
          John G. Colucci    on behalf of Creditor    General Shale Brick, Inc. coluccilawfirm@gmail.com
          John H. Willems    on behalf of Debtor In Possession    City of Detroit, Michigan
           willems@millercanfield.com
          John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com,
           mitrottlaw@ecf.courtdrive.com
          John R. Canzano    on behalf of Creditor    Michigan Building and Construction Trades Council
           jcanzano@michworkerlaw.com, office@michworkerlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jonathan S. Green   on behalf of Interested Party   Miller, Canfield, Paddock and Stone, PLC green@millercanfield.com
Jonathan S. Green   on behalf of Defendant Michael  Duggan, Mayor green@millercanfield.com
Jonathan S. Green   on behalf of Defendant    City of Detroit green@millercanfield.com
Jonathan S. Green   on behalf of Debtor In Possession    City of Detroit, Michigan green@millercanfield.com
Jonathan S. Green   on behalf of Defendant Michael  Hall green@millercanfield.com
Jonathan S. Green   on behalf of Defendant    City of Detroit, Michigan green@millercanfield.com
Jong-Ju  Chang   on behalf of Creditor    Oakland County, Michigan jchang@dykema.com, dkelley@dykema.com;docket@dykema.com
Jong-Ju  Chang   on behalf of Interested Party    City of Detroit, Water and Sewerage Department jchang@dykema.com, dkelley@dykema.com;docket@dykema.com
Joseph M. Fischer   on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com, jfischer@carsonfischer.com
Joseph R. Sgroi   on behalf of Creditor    Ivey & Associates LLC jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Creditor    Olympia Office Building, LLC jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Creditor    Country West Apartments, LLC jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Creditor Aziz & Lorna  Abraham jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Creditor    3100 East Jefferson, LLC jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Creditor    Seven Mile Holdings, LLC jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Creditor    Pont Solutions, LLC jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Creditor    Koehler Market LLC jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Creditor    Gekko Enterprises LLC jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Interested Party    Detroit Institute of Arts jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Creditor    Lynch Road Land L.L.C. jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Interested Party    CW Professional Services, LLC jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Creditor    Imperial Manor House, LLC jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Creditor    Stanne Consulting, LLC jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Creditor    Taggart Technologies LLC jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Creditor    Enforcement Technology, Inc. jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Creditor    4737 Conner Co., LLC jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Creditor    WC Hoover Investments, LLC jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Creditor    Atwater Group jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Creditor Aziz N. Abraham jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Creditor    Kennedy Square Garage LLC jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Creditor    Delbruck Technology, LLC jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Creditor    136 Bagley LLC jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Creditor    Skyline Partners LLC jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Creditor    Seven Mile Partners, LLC jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Creditor    Magnolia Properties, LLC jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Creditor    Abraham & Potestivo, LLC jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Creditor    Arrow Uniform Rental, Inc. jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Creditor    LDM, LLC jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Creditor    Chene Square, LLC jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Interested Party Michael  Duggan, Mayor jsgroi@honigman.com, litdocket@honigman.com
Joseph R. Sgroi   on behalf of Creditor    Country House Apartments jsgroi@honigman.com, litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Joseph R. Sgroi    on behalf of Interested Party    Greektown Casino, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     MICMR, LLC jsgroi@honigman.com,  litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     Detroit Thermal, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     Bean Little Investments, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     441 E. Larned LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     3250 Associated LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     Sunrise Parking LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Attorney L. Katie Mason jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     Tower Defense & Aerospace, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     Blenheim Building, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     Olympia Development of Michigan LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     Mound Road Enterprises L.L.C. jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     Singent Consulting LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     TC Manor House, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     Cass Community Social Services, Inc.
                jsgroi@honigman.com,  litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     Columbia Parking LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     Elizabeth Street Properties, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     VITEC, L.L.C. jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     Compuware Corporation jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     Oakland Plant Properties, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     Parkrite Holdings LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     Linwood Neighbors LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     Fox Parking Garage, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Interested Party    Sigma Associates, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     TSD Solutions LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     Cathedral Owner LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Interested Party    Compuware Corporation jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     440 Congress LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     Regency Owner LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Interested Party    Detroit Entertainment, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     Mack Avenue Investors LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     5801 Southfield Service Drive Corp. jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     120 W. Montcalm Properties LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor     Riverfront Towers Holdings LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joshua  Wheelock    on behalf of Creditor Thomas M. Nunley jwheelock@wheelocklegal.com,
               joshwheelock@hotmail.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
                jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
                jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
                jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Judith Greenstone Miller   on behalf of Defendant   Election Systems & Software
         jmiller@jaffelaw.com, dgoldberg@jaffelaw.com
        Julie Beth Teicher   on behalf of Plaintiff   Detroit Police Lieutenants and Sergeants
         Association jteicher@ermanteicher.com
        Julie Beth Teicher   on behalf of Attorney   Erman, Teicher, Zucker & Freedman, P.C.
         jteicher@maddinhauser.com
        Karen E. Evangelista   on behalf of Creditor Karen   Evangelista, Chapter 7 Trustee
         brewera1008@yahoo.com, EvangelistaKR89641@notify.bestcase.com
        Karin F. Avery   on behalf of Interested Party   Detroit Retired City Employees Association
         Avery@SilvermanMorris.com
        Karin F. Avery   on behalf of Interested Party   Retired Detroit Police and Fire Fighers
         Association Avery@SilvermanMorris.com
        Karin F. Avery   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
         Avery@SilvermanMorris.com
        Karin F. Avery   on behalf of Plaintiff   Detroit Retired City Employees Association
         Avery@SilvermanMorris.com
        Kay Standridge Kress   on behalf of Debtor In Possession   City of Detroit, Michigan
         kressk@pepperlaw.com
        Kenneth B. Vance   on behalf of Defendant    Z Contractors Inc kbvance@comcast.net,
         kbvance01@gmail.com
        Kevin Erskine   on behalf of Interested Party   United States of America kevin.erskine@usdoj.gov,
         Karen.Ducharme@usdoj.gov;Michele.Gangler@usdoj.gov;Sandra.Delozier@usdoj.gov;CaseView.ECF@usdoj.gov
        Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc.
         ksummers@dflaw.com, ccook@dflaw.com
        Kimberly Gibbs   on behalf of Defendant    Futurenet Group Inc kgibbsesq@yahoo.com
        Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com
        Kristin K. Going   on behalf of Creditor   Wilmington Trust Company, N.A. kgoing@mwe.com,
         dnorthrop@mwe.com
        Kristin K. Going   on behalf of Creditor   Wilmington Trust, N.A. kgoing@mwe.com,
         dnorthrop@mwe.com
        Kurt Thornbladh   on behalf of Plaintiff Nicole   Hill kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Scott   Eubank kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff    National Action Network--Michigan Chapter
         kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Maurika   Lyda kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Sylvia   Taylor kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Rosalyn   Walker kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Rosalyn   Parham kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff    Michigan Welfare Rights Organization
         kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Janice   Ward kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff John   Smith kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff Tammika   Williams kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff John   Jackson kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        Kurt Thornbladh   on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com,
         thornbladh.kurt3@gmail.com
        L. Nichole Hunter   on behalf of Creditor    Public Lighting Authority nhunter@alglawpc.com
        Lawrence A. Lichtman   on behalf of Creditor    660 Woodward Associates, LLC
         llichtman@honigman.com, litdocket@honigman.com
        Lisa Hill Fenning   on behalf of Attorney Lisa S. Blatt Lisa.Fenning@aporter.com
        M. Ellen Dennis   on behalf of Creditor Ben   McKenzie, Jr. m.ellen.dennis@gmail.com,
         dwhadden@umich.edu
        Marc N. Swanson   on behalf of Defendant Michael   Hall swansonm@millercanfield.com
        Marc N. Swanson   on behalf of Debtor In Possession   City of Detroit, Michigan
         swansonm@millercanfield.com
        Marc N. Swanson   on behalf of Defendant   City of Detroit swansonm@millercanfield.com
        Marc N. Swanson   on behalf of Defendant Michael   Duggan, Mayor swansonm@millercanfield.com
        Marc N. Swanson   on behalf of Defendant   City of Detroit, Michigan swansonm@millercanfield.com
        Marc N. Swanson   on behalf of Defendant   Detroit City Council swansonm@millercanfield.com
        Marcy J. Ford   on behalf of Creditor   Bank of America, N.A. easternecf@trottlaw.com,
         mitrottlaw@ecf.courtdrive.com
        Marguerite Hammerschmidt   on behalf of Interested Party    Haas & Goldstein P.C.
         admin@hammer-stick.com
        Marie Garian   on behalf of Defendant    ABC Demolition Co Inc Garianlaw@yahoo.com
        Mark Wasvary   on behalf of Creditor    Hyde Park Co-Operative, et al. mark@wasvarylaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Mark Wasvary   on behalf of Creditor   Plymouth Square Ltd. Housing Association mark@wasvarylaw.com

      Mark A. Angelov   on behalf of Plaintiff   Ambac Assurance Corporation mark.angelov@arentfox.com

      Mark B. Berke   on behalf of Defendant   Birks Works Environmental LLC mberkelaw@gmail.com

      Mark H. Shapiro   on behalf of Creditor   Nuveen Asset Management shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com

      Mark H. Shapiro   on behalf of Interested Party   The Securities Industry and Financial Markets Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com

      Mark H. Shapiro   on behalf of Creditor   BlackRock Financial Management, Inc. shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com

      Mark H. Shapiro   on behalf of Interested Party   Greenhill & Co., LLC shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com

      Mark Howard Cousens   on behalf of Creditor   Amalgamated Transit Union Local 26 cousens@cousenslaw.com

      Mark L. McAlpine   on behalf of Other Professional   McAlpine PC mlmcalpine@mcalpinelawfirm.com, dajaworski@mcalpinepc.com

      Mark R. James   on behalf of Interested Party   Financial Guaranty Insurance Company mrj@wwrplaw.com

      Mark R. James   on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com

      Mark S. Frankel   on behalf of Defendant   Motor City Pipe & Supply Co mfrankel@couzens.com

      Mark S. Frankel   on behalf of Interested Party   Tooles Contracting Group LLC mfrankel@couzens.com

      Mark S. Frankel   on behalf of Plaintiff   The Police and Fire Retirement System of the City of Detroit mfrankel@couzens.com

      Mark S. Frankel   on behalf of Defendant   Tooles Contracting Group LLC mfrankel@couzens.com

      Marshall J. Widick   on behalf of Interested Party   Service Employees International Union, Local 517M mwidick@michlabor.legal

      Marshall J. Widick   on behalf of Creditor Devery Jones mwidick@michlabor.legal

      Marshall J. Widick   on behalf of Creditor Bruce Goldman mwidick@michlabor.legal

      Marshall J. Widick   on behalf of Creditor Michael Wells mwidick@michlabor.legal

      Marshall J. Widick   on behalf of Creditor Mary Whitson mwidick@michlabor.legal

      Marshall J. Widick   on behalf of Creditor Robbie Lee Flowers mwidick@michlabor.legal

      Marshall J. Widick   on behalf of Creditor Mary Washington mwidick@michlabor.legal

      Marshall J. Widick   on behalf of Creditor   Detroit Police Command Officers Association mwidick@michlabor.legal

      Marshall J. Widick   on behalf of Interested Party   International Union of Operating Engineers, Local 324 mwidick@michlabor.legal

      Marshall J. Widick   on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 mwidick@michlabor.legal

      Marshall S. Huebner   on behalf of Creditor   Merrill Lynch Capital Services, Inc. bankrout@davispolk.com

      Mary Beth Cobbs   on behalf of Debtor In Possession   City of Detroit, Michigan cobbm@detroitmi.gov, mbcobbs@flash.net

      Mary Beth Cobbs   on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net

      Mary Beth Cobbs   on behalf of Interested Party   City of Detroit Law Department cobbm@detroitmi.gov, mbcobbs@flash.net

      Mary Kay Shaver   on behalf of Creditor   Varnum LLP mkshaver@varnumlaw.com

      Matthew Schneider   on behalf of Interested Party   State of Michigan SchneiderM7@michigan.gov

      Matthew Troy   on behalf of Interested Party   United States of America matthew.troy@usdoj.gov

      Matthew Wilkins   on behalf of Defendant   Electronic Data Systems Corporation wilkins@bwst-law.com, marbury@bwst-law.com

      Matthew Wilkins   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com

      Matthew Wilkins   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com

      Matthew Wilkins   on behalf of Retiree Committee   Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com

      Matthew Wilkins   on behalf of Plaintiff   Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com

      Matthew Wilkins   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com

      Matthew Wilkins   on behalf of Intervenor-Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com

      Matthew D. Harper   on behalf of Interested Party   City of Detroit Water and Sewerage Department mdharper@eastmansmith.com

      Matthew Gernet Summers   on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com, heilmanl@ballardspahr.com

      Matthew Gernet Summers   on behalf of Creditor   FMS Wertmanagement summersm@ballardspahr.com, heilmanl@ballardspahr.com

      Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com, heilmanl@ballardspahr.com

      Matthew Gernet Summers   on behalf of Creditor   Hypothekenbank Frankfurt AG summersm@ballardspahr.com, heilmanl@ballardspahr.com

      Matthew Joseph Hoffer   on behalf of Creditor   H.D.V. Greektown, LLC matt@bradshaferlaw.com, info@bradshaferlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Matthew Joseph Hoffer on behalf of Creditor 415 East Congress, LLC matt@bradshaferlaw.com, info@bradshaferlaw.com
- Matthew Joseph Hoffer on behalf of Creditor K&P, Incorporated matt@bradshaferlaw.com, info@bradshaferlaw.com
- Max J. Newman on behalf of Interested Party Wayne County Corporation newman@butzel.com
- Max J. Newman on behalf of Defendant Motor City Electric Technologies Inc newman@butzel.com
- Max J. Newman on behalf of Defendant Fort Wayne Contracting Inc newman@butzel.com
- Max J. Newman on behalf of Defendant Imperial Construction Co newman@butzel.com
- Max J. Newman on behalf of Defendant Detroit Thermal, LLC newman@butzel.com
- Max J. Newman on behalf of Defendant C E Pollard Company newman@butzel.com
- Max J. Newman on behalf of Defendant L D' Agostini & Sons Inc newman@butzel.com
- Megan Boelstler on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 mbb@legghioisrael.com, smith@legghioisrael.com
- Michael Benkstein on behalf of Creditor Derrez Payne mbenkstein@joumanakayrouz.com
- Michael A. Stevenson on behalf of Defendant Clark Associates Inc mstevenson@sbplclaw.com, rschultz@sbplclaw.com
- Michael Anthony Karman on behalf of Creditor St. Martins Cooperative makarmanesq@gmail.com
- Michael Anthony Karman on behalf of Creditor Fountain Court Consumer Housing Cooperative makarmanesq@gmail.com
- Michael H. Perry on behalf of Defendant Fraser Trebilcock Davis & Dunlap PC mperry@fraserlawfirm.com
- Michael Joseph Karwoski on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
- Michael R. Bell on behalf of Interested Party State of Michigan, Department of Attorney General BellM1@michigan.gov
- Michael R. Bell on behalf of Interested Party Bill Schuette BellM1@michigan.gov
- Michael Robert Wolin on behalf of Defendant Systems & Software Inc mike@tishlaw.com
- Michael T. Brown on behalf of Creditor Detroit Water and Sewerage Department mbrown@kaalaw.com, mbrownkaa@ecf.courtdrive.com
- Michael T. Brown on behalf of Respondent Wayne County Treasurer mbrown@kaalaw.com, mbrownkaa@ecf.courtdrive.com
- My Chi To on behalf of Creditor Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com
- Nabih H. Ayad on behalf of Interested Party Rashida Tlaib ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Maureen Taylor ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Michigan State Conference NAACP ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Donnell White ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Thomas Stallworth III ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Detroit Branch NAACP ayadlaw@hotmail.com
- Neil Matthew Berger on behalf of Plaintiff City of Detroit, Michigan dperson@teamtogut.com, dcahir@teamtogut.com, seratner@teamtogut.com;neilberger@teamtogut.com;bmoore@teamtogut.com
- Neil R. Sherman on behalf of Creditor Flagstar Bank, FSB nsherman@sspclegal.com, stremonti1@sspclegal.com
- Neil R. Sherman on behalf of Interested Party CitiMortgage, Inc. nsherman@sspclegal.com, stremonti1@sspclegal.com
- Neil R. Sherman on behalf of Interested Party Schneiderman and Sherman, P.C. nsherman@sspclegal.com, stremonti1@sspclegal.com
- Neil R. Sherman on behalf of Interested Party Kondaur Capital Corporation nsherman@sspclegal.com, stremonti1@sspclegal.com
- Niraj R. Ganatra on behalf of Attorney UAW - Solidarity House Nganatra@uaw.net
- Patrick C. Lannen on behalf of Creditor Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
- Patrick E. Mears on behalf of Creditor 36th District Court for the State of Michigan pmears@btlaw.com
- Patrick W. Carothers on behalf of Defendant Carmeuse Lime Inc pcarothers@leechtishman.com, bankruptcy@leechtishman.com;ghauswirth@leechtishman.com;dtomko@leechtishman.com
- Paul R. Hage on behalf of Creditor National Public Finance Guarantee Corporation phage@jaffelaw.com, gshaw@jaffelaw.com
- Paul R. Hage on behalf of Defendant Inland Waters Pollution Control Inc. phage@jaffelaw.com, gshaw@jaffelaw.com
- Paul R. Hage on behalf of Plaintiff National Public Finance Guarantee Corporation phage@jaffelaw.com, gshaw@jaffelaw.com
- Paul R. Hage on behalf of Defendant Election Systems & Software phage@jaffelaw.com, gshaw@jaffelaw.com
- Paula A. Hall on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Paula A. Hall on behalf of Interested Party Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Paula A. Hall on behalf of Retiree Committee Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Peter D. Dechiara on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
- Peter Paul Sudnick on behalf of Attorney Peter P. Sudnick psudnick@sudnicklaw.com, psudnick13@gmail.com
- Ralph A. Taylor on behalf of Plaintiff Ambac Assurance Corporation ralph.taylor@arentfox.com
- Raymond Guzall, III on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
- Raymond Guzall, III on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
- Richard A. Roble (UST) on behalf of U.S. Trustee Andrew R. Vara Richard.A.Roble@usdoj.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Richard A. Roble (UST)   on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov

      Richard G. Mack, Jr.   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees richardmack@millercohen.com, mcoil@millercohen.com

      Richard G. Mack, Jr.   on behalf of Creditor Richard  Mack richardmack@millercohen.com, mcoil@millercohen.com

      Richard G. Mack, Jr.   on behalf of Interested Party   1983 Claimants richardmack@millercohen.com, mcoil@millercohen.com

      Richard G. Mack, Jr.   on behalf of Creditor   Coalition of Detroit Unions richardmack@millercohen.com, mcoil@millercohen.com

      Richard G. Mack, Jr.   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com

      Richard G. Mack, Jr.   on behalf of Creditor   Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com

      Richardo I. Kilpatrick   on behalf of Creditor   Detroit Water and Sewerage Department ecf@kaalaw.com, Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;dgomez@kaalaw.com

      Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit Water and Sewerage Department ecf@kaalaw.com, Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;dgomez@kaalaw.com

      Richardo I. Kilpatrick   on behalf of Interested Party   City of Detroit, Water and Sewerage Department ecf@kaalaw.com, Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;dgomez@kaalaw.com

      Robert  Darnell   on behalf of Interested Party   United States Nuclear Regulatory Commission robert.darnell@usdoj.gov

      Robert  Fetter   on behalf of Interested Party   Local 3308 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

      Robert  Fetter   on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

      Robert  Fetter   on behalf of Interested Party   Local 917 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

      Robert A. Weisberg   on behalf of Defendant   Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com

      Robert A. Weisberg   on behalf of Counter-Claimant   Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com

      Robert A. Weisberg   on behalf of Creditor   Oakland County, Michigan BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com

      Robert J. Figa   on behalf of Defendant   D A Central Inc RFiga@Comlawone.com

      Robert J. Figa   on behalf of Defendant   Vancon Inc RFiga@Comlawone.com

      Robert N. Bassel   on behalf of Interested Party   Lasalle Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com

      Robert N. Bassel   on behalf of Interested Party   Lafayette Town Houses, Inc. bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com

      Robert N. Bassel   on behalf of Interested Party   Joliet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com

      Robert N. Bassel   on behalf of Interested Party   St. James Cooperative bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com

      Robert N. Bassel   on behalf of Interested Party   Nicolet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com

      Robert S. Hertzberg   on behalf of Defendant Michael  Jamison hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

      Robert S. Hertzberg   on behalf of Defendant   City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

      Robert S. Hertzberg   on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

      Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

      Robert S. Hertzberg   on behalf of Debtor In Possession   City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

      Robert S. Hertzberg   on behalf of Interested Party   Pepper Hamilton LLP hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

      Robert S. Hertzberg   on behalf of Defendant John  Naglik hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

      Robert S. Hertzberg   on behalf of Plaintiff   City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

      Robert S. Hertzberg   on behalf of Defendant John  Naglick hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

      Robert S. Hertzberg   on behalf of Defendant Cheryl  Johnson hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

      Ronald A. Spinner   on behalf of Defendant   City of Detroit, Michigan spinner@millercanfield.com

      Ronald A. Spinner   on behalf of Debtor In Possession   City of Detroit, Michigan spinner@millercanfield.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
           ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
          Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
           maureen.mccarthy@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
           ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
           ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
           ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
          Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
          Sara   Rajan    on behalf of Defendant    Camden Insurance Agency Inc srajan@starkreagan.com
          Scott A. Wolfson    on behalf of Defendant    Detroit Advanced Technology Application Network
           swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com
          Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
           david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
           stravis@wolfsonbolton.com
          Scott Eric Ratner    on behalf of Debtor In Possession    City of Detroit, Michigan
           dperson@teamtogut.com
          Scott Eric Ratner    on behalf of Defendant    Detroit Thermal, LLC dperson@teamtogut.com
          Scott Eric Ratner    on behalf of Plaintiff    City of Detroit, Michigan dperson@teamtogut.com
          Scott M. Watson    on behalf of Creditor    UBS AG swatson@wnj.com
          Sean M. Cowley (UST)    on behalf of U.S. Trustee Andrew R. Vara Sean.cowley@usdoj.gov
          Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Shanna Marie Kaminski    on behalf of Interested Party    City of Detroit Water and Sewerage
           Department , wrkyles@varnumlaw.com
          Shanna Marie Kaminski    on behalf of Defendant    Detroit Water and Sewerage Department ,
           wrkyles@varnumlaw.com
          Shannon L. Deeby    on behalf of Interested Party    General Retirement System of the City of
           Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Interested Party    Police and Fire Retirement System of the City
           of Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Defendant    Eastern Oil Co sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Defendant    Dell Computer Corporation sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Defendant    J Ranck Electric Inc sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Defendant    Camp Dresser & McKee sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Defendant    CDM Michigan Inc sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    Governing Board of the City of Detroit Employee
           Benefit Plan sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Defendant    Prevost Parts/Prevost Car Inc. sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Defendant    David Wm Ruskin sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
           sdeeby@clarkhill.com
          Sheldon S. Toll    on behalf of Interested Party    Detroit Windsor Tunnel, LLC sst@lawtoll.com
          Sheryl L. Toby    on behalf of Interested Party    Health Alliance Plan of Michigan
           stoby@dykema.com, dguerrero@dykema.com
          Stacey L. Heinonen    on behalf of Creditor Larentinna  Goudy sheinonen@855mikewins.com,
           staceyheinonen@yahoo.com
          Stanley I. Okoli    on behalf of Creditor Shelton  Bell, Jr. sokoli@romanolawpllc.com,
           dblake@romanolawpllc.com, dromano@romanolawpllc.com
          Stanley I. Okoli    on behalf of Creditor Michael  McKay sokoli@romanolawpllc.com,
           dromano@romanolawpllc.com
          Stanley I. Okoli    on behalf of Creditor James  Williams sokoli@romanolawpllc.com,
           dromano@romanolawpllc.com
          Stanley L. de Jongh    on behalf of Interested Party    City of Detroit Law Department
           jongsl@detroitmi.gov
          Stanley L. de Jongh    on behalf of Debtor In Possession    City of Detroit, Michigan
           jongsl@detroitmi.gov
          Stephanie Lee Arndt    on behalf of Interested Party Desmond  Ricks s.arndt@fiegerlaw.com,
           s.teal@fiegerlaw.com
          Stephanie Lee Arndt    on behalf of Interested Party    Thomas Sandusky, Personal Representative of
           Estate of Hal Sandusky s.arndt@fiegerlaw.com, s.teal@fiegerlaw.com
          Stephanie Lee Arndt    on behalf of Creditor Steven  Wolak s.arndt@fiegerlaw.com,
           s.teal@fiegerlaw.com
          Stephanie Lee Arndt    on behalf of Interested Party Desire'a  Ricks s.arndt@fiegerlaw.com,
           s.teal@fiegerlaw.com
          Stephanie Lee Arndt    on behalf of Interested Party Akilah  Cobb s.arndt@fiegerlaw.com,
           s.teal@fiegerlaw.com
          Stephen   Wolpert    on behalf of Creditor    Macomb County stephen.wolpert@dechert.com
          Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Plaintiff    City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Stephen S. LaPlante on behalf of Defendant Detroit City Council laplante@millercanfield.com, skoczylas@millercanfield.com
- Stephen S. LaPlante on behalf of Debtor In Possession City of Detroit, Michigan laplante@millercanfield.com, skoczylas@millercanfield.com
- Stephen S. LaPlante on behalf of Interested Party Detroit Institute of Arts laplante@millercanfield.com, skoczylas@millercanfield.com
- Steven B. Flancher on behalf of Interested Party State of Michigan flanchers@michigan.gov
- Steven G. Howell on behalf of Interested Party State of Michigan showell@dickinsonwright.com
- Steven G. Howell on behalf of Interested Party State of Michigan, Department of Attorney General showell@dickinsonwright.com
- Stuart A. Gold on behalf of Defendant Federal Pipe & Supply Inc sgold@glmpc.com
- Stuart A. Gold on behalf of Creditor Detroit Public Library sgold@glmpc.com
- Stuart A. Gold on behalf of Defendant Binkelman Corp. sgold@glmpc.com
- Susheel Kirpalani on behalf of Plaintiff Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
- Susheel Kirpalani on behalf of Interested Party Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
- Suzanne L. Wahl on behalf of Creditor DEPFA Bank PLC swahl@schiffhardin.com, mosullivan@schiffhardin.com;edocket@schiffhardin.com
- Tamar Dolcourt on behalf of Debtor In Possession City of Detroit, Michigan tdolcourt@foley.com
- Thomas R. Morris on behalf of Plaintiff Detroit Retired City Employees Association morris@silvermanmorris.com, dlatus@silvermanmorris.com
- Thomas R. Morris on behalf of Interested Party Donald Taylor morris@silvermanmorris.com, dlatus@silvermanmorris.com
- Thomas R. Morris on behalf of Creditor Donald Taylor morris@silvermanmorris.com, dlatus@silvermanmorris.com
- Thomas R. Morris on behalf of Interested Party Retired Detroit Police and Fire Fighers Association morris@silvermanmorris.com, dlatus@silvermanmorris.com
- Thomas R. Morris on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association morris@silvermanmorris.com, dlatus@silvermanmorris.com
- Thomas R. Morris on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com, dlatus@silvermanmorris.com
- Thomas R. Morris on behalf of Interested Party Detroit Retired City Employees Association morris@silvermanmorris.com, dlatus@silvermanmorris.com
- Thomas R. Morris on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com, dlatus@silvermanmorris.com
- Timothy A. Fusco on behalf of Interested Party Meijer, Inc. fusco@millercanfield.com
- Timothy A. Fusco on behalf of Debtor In Possession City of Detroit, Michigan fusco@millercanfield.com
- Timothy A. Fusco on behalf of Defendant City of Detroit, Michigan fusco@millercanfield.com
- Todd W. Grant on behalf of Defendant Waterworks Systems & Equipment tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com
- Todd W. Grant on behalf of Defendant E L Bailey & Co Inc tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com
- Todd W. Grant on behalf of Defendant North-West Trading Co tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com
- Todd W. Grant on behalf of Defendant Clarks Construction tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com
- Todd W. Grant on behalf of Defendant Blue Star Inc tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com
- Todd W. Grant on behalf of Defendant KEO and Associates Inc. tgrant@cqlawfirm.com, pcavanaugh@cqlawfirm.com
- Vanessa G. Fluker on behalf of Interested Party Center for Community Justice and Advocacy vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
- Wendy Turner Lewis on behalf of Defendant Pyratech Security Systems Inc wtlewis@ameritech.net
- William H. Goodman on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
- William H. Goodman on behalf of Creditor Dwayne Provience mail@goodmanhurwitz.com
- William H. Goodman on behalf of Creditor Christobal Mendoza mail@goodmanhurwitz.com
- William H. Goodman on behalf of Creditor Annica Cuppetelli mail@goodmanhurwitz.com
- William H. Goodman on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
- William H. Goodman on behalf of Creditor Walter Swift mail@goodmanhurwitz.com
- William J. Barrett on behalf of Defendant Genuine Parts Company william.barrett@bfkn.com
- William Norman Listman on behalf of Interested Party Southeastern Oakland County Water Authority wlistman@dbsattorneys.com
- William W. Kannel on behalf of Creditor Ad Hoc Bondholder Committee wkannel@mintz.com
- William W. Kannel on behalf of Creditor Fidelity Management & Research Company wkannel@mintz.com
- Yuliy Osipov on behalf of Defendant Toter Incorporated yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
- Yuliy Osipov on behalf of Interested Party Gary Segatti yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
- Yuliy Osipov on behalf of Interested Party Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
- Yuliy Osipov on behalf of Defendant Capp, Inc. yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
- Yuliy Osipov on behalf of Defendant Capp USA yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

```
District/off: 0645-2           User: ckata              Page 14 of 14              Date Rcvd: Feb 07, 2020
                               Form ID: def2            Total Noticed: 0
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    Yuliy Osipov  on behalf of Interested Party  P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
     yo_ecf@osbig.com;tc_ecf@osbig.com
    Yuliy Osipov  on behalf of Creditor  Jackie's Transport, Inc. yotc_ecf@yahoo.com,
     yo_ecf@osbig.com;tc_ecf@osbig.com
                             TOTAL: 557