UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                             Case No. 13-53846

CITY OF DETROIT, MICHIGAN,           Chapter 9

         Debtor.                          Judge Thomas J. Tucker
_____/

**ORDER FOR FURTHER PROCEEDINGS REGARDING
THE CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 1862
FILED BY DETROIT POLICE OFFICERS ASSOCIATION**

This case came before the Court for a hearing on February 12, 2020, on the claim objection filed by the City of Detroit, entitled "City of Detroit's Objection to Claim Number 1862 Filed by Detroit Police Officers' Association" (Docket # 13152, the "Claim Objection"). Confirming action taken during the hearing, and for the reasons stated by the Court on the record during the hearing,

IT IS ORDERED that:

1. No later than February 26, 2020, the Detroit Police Officers Association (the "DPOA") must file, as a supplement to its Amended Answer to the Claim Objection,[1] a complete copy of the answer (and any counterclaim therein) filed by the DPOA in the Wayne County Circuit Court on or about July 11, 2013, in Case No. 13-004974-CL.[2]

2. Also no later than February 26, 2020, the DPOA may file a brief addressing the statute of limitations-related arguments made in the City's Corrected Reply[3] and/or made by the parties

---

[1] The DPOA's Amended Answer is filed at Docket # 13225 in this bankruptcy case.

[2] *See* Ex. 9 to the Claim Objection (state court case docket sheet).

[3] Docket # 13241.

during the February 12, 2020 hearing.

3. No later than March 11, 2020, the City may file a brief responding to any brief filed by the DPOA under paragraph 2 above.

4. The Court will hold a further hearing on the Claim Objection, for the purpose of issuing an oral bench opinion, on **March 25, 2020 at 1:30 p.m.**

**Signed on February 12, 2020**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**