# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

|  |  |
| --- | --- |
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 1353

The City of Detroit, Michigan ("City") files its *City of Detroit's Objection to Claim Number 1353* ("Objection"). Proof of claim number 1353 ("Claim 1353," attached as Exhibit 6) is inconsistent with the City's books and records and thus should be disallowed and expunged.

## JURISDICTION AND VENUE

1.     This Court has jurisdiction over this Objection pursuant to 28 U.S.C. §§ 157 and 1334 and Article VII, Section A of the Plan (defined below). This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND FACTS

2.     On July 18, 2013, the City filed a petition for relief in this Court, thereby commencing the largest Chapter 9 bankruptcy case in history.

35240040.3\022765-00213

3. On February 28, 2014, D A Central Inc. ("DA Central") filed its proof of claim with the Court and it was assigned claim number 1353 by the City's claim agent.

4. On October 22, 2014, the City filed the *Eighth Amended Plan of the Adjustment of Debts of the City of Detroit (October 22, 2014)* [Doc. No. 8045] ("Plan").

5. On November 12, 2014, this Court entered an Order confirming the Plan [Doc. No. 8272]. The Plan became effective on December 10, 2014.

## ARGUMENT

6. Bankruptcy Code section 502(b)(1) provides

> Except as provided in subsections (e)(2), (f), (g), (h) and (i) of this section, if such objection to a claim is made, the court, after notice and a hearing, shall determine the amount of such claim in lawful currency of the United States as of the date of the filing of the petition, and shall allow such claim in such amount, except to the extent that—
>
>> (1) such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law for a reason other than because such claim is contingent or unmatured;

11 U.S.C. § 502(b)(1).

7. Claim 1353 should be disallowed and expunged because it is unenforceable against the City. The invoices attached to Claim 1353 are

35240040.3\022765-00213

inconsistent with the City's books and records. The City has no reason to believe it has any liability to DA Central in the amount listed in Claim 1353.

8. Because Claim 1353 is inconsistent with the City's books and records it does not create a valid basis for City liability, Claim 1353 should be disallowed and expunged.

February 13, 2020

Respectfully submitted,

By: /s/ Marc N. Swanson
    Jonathan S. Green (P33140)
    Marc N. Swanson (P71149)
    MILLER, CANFIELD, PADDOCK AND
    STONE, P.L.C.
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 496-7591
    Facsimile: (313) 496-8451
    green@millercanfield.com
    swansonm@millercanfield.com

        and

    Charles N. Raimi (P29746)
    Deputy Corporation Counsel
    City of Detroit Law Department
    2 Woodward Avenue, Suite 500
    Coleman A. Young Municipal Center
    Detroit, Michigan 48226
    Telephone: (313) 237-0470
    Facsimile: (313) 224-5505
    raimic@detroitmi.gov

ATTORNEYS FOR THE CITY OF DETROIT

# **EXHIBIT LIST**

Exhibit 1    Proposed Order

Exhibit 2    Notice of Objection

Exhibit 3    None

Exhibit 4    Certificate of Service

Exhibit 5    None

Exhibit 6    Claim 1353

## EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## [PROPOSED] ORDER SUSTAINING
## CITY OF DETROIT'S OBJECTIONS TO CLAIM NUMBER 1353

This matter having come before the Court on the *City of Detroit's Objection to Claim Number 1353* ("Objection") upon proper notice and a hearing, the Court being fully advised in the premises, and there being good cause to grant the relief requested,

**THE COURT ORDERS THAT:**

1.      The Objection is sustained.

2.      Proof of claim number 1353 is disallowed and expunged.

3.      The City's claims agent is authorized to update the claims register in accordance with the terms of this Order.

4.      The Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**EXHBIT 2 – NOTICE**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Chapter 9 Proceeding |
| City of Detroit, Michigan, | Bankruptcy Case No. 13-53846 |
| Debtor. | Honorable Thomas J. Tucker |

**NOTICE OF OBJECTION TO CLAIM**

The City of Detroit has filed an objection to a claim in this bankruptcy case which may affect you.

**Your claim may be reduced, modified, or disallowed. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the Court to disallow or change your claim, then on or before March 11, 2020, you or your attorney must:

1.    File with the court a written response to the objection, explaining your position at:

**U.S. Bankruptcy Court**
211 W. Fort St., Suite 1900
Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.  All attorneys are required to file pleadings electronically.

You must also mail a copy to:

Miller, Canfield, Paddock & Stone, PLC
Attn: Marc N. Swanson
150 West Jefferson, Suite 2500
Detroit, Michigan 48226

2.   Attend the hearing on the objection, scheduled to be held on **March 18, 2020**, at **1:30 p.m.** in Courtroom 1925, United States Bankruptcy Court, 211 W. Fort Street, Detroit, Michigan, unless your attendance is excused by mutual agreement between yourself and the City's attorney.  (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received.  A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Marc N. Swanson
      Marc N. Swanson (P71149)
      150 West Jefferson, Suite 2500
      Detroit, Michigan 48226
      Telephone: (313) 496-7591
      Facsimile: (313) 496-8451
      swansonm@millercanfield.com

Dated:  February 13, 2020

## EXHIBIT 4 – CERTIFICATE OF SERVICE

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

The undersigned hereby certifies that on February 13, 2020, he caused a copy of the *City of Detroit's Objection to Claim Number 1353* to be served upon all parties registered for ECF service and by first class mail to the following parties:

D A Central Inc.
Attn Accounts Payable
13155 Cloverdale Street
Oak Park, MI 48237

Dated: February 13, 2020      By: /s/ Marc N. Swanson
         Marc N. Swanson (P71149)
         150 West Jefferson, Suite 2500
         Detroit, Michigan 48226
         Telephone: (313) 496-7591
         Facsimile: (313) 496-8451
         swansonm@millercanfield.com

# **EXHIBIT 6 – CLAIM 1353**

In its List of Claims,
amount of $135,048.29. To determine if you need to file a claim, please refer to the enclosed Information
About Deadlines to File Claims.

Claim #1353  Date Filed: 2/18/2014

B10 (Official Form 10) (04/13) (Modified)

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT of MICHIGAN | |
|---|---|---|

**FILED**

Name of Debtor: **City of Detroit, Michigan**   Case Number: **13-53846**

FEB 18 2014

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.*

US Bankruptcy Court
MI Eastern District

Name of Creditor (the person or other entity to whom the debtor owes money or property):

D A Central Inc

❏ Check this box if this claim amends a previously filed claim.

Name and address where notices should be sent:    NameID: 11634079

D A Central Inc
Attn Accounts Payable
13155 Cloverdale
Oak Park, MI 48237

**Court Claim Number:_____**
*(If known)*

Filed on:_____

Telephone number: 248-399-0600  email: *tamie.darr@dacentral.com*

Name and address where payment should be sent (if different from above):

❏ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Telephone number:          email:

**RECEIVED**

FEB 24 2014

KURTZMAN CARSON CONSULTANTS

**1. Amount of Claim as of Date Case Filed:**   $ 11,230.93

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

❏ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Services & Equipment for Security
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:**  0403

**3a. Debtor may have scheduled account as:**_____
(See instruction #3a)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**
$_____

**Nature of property or right of setoff:** ❏ Real Estate ❏ Motor Vehicle ❏ Other
**Describe:**

**Basis for perfection:** _____

**Value of Property:** $_____

**Amount of Secured Claim:** $_____

**Annual Interest Rate (when case was filed)____%** ❏ Fixed or ❏ Variable

**Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority as an Administrative Expense under 11 U.S.C. §§ 503(b)(9) and 507(a)(2).**   $ 11,230.93

**5b. Amount of Claim Otherwise Entitled to Priority. Specify Applicable Section of 11 U.S.C. §** _____.   $_____

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature: (See instruction # 8)**
Check the appropriate box.

❏ I am the creditor.  ☒ I am the creditor's authorized agent.   ❏ I am the trustee, or the debtor, or their authorized agent.   ❏ I am a guarantor, surety, indorser, or other codebtor.
(See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Tamie L. Darr
Title: Accounting Manager
Company: DA Central Inc.
Address and telephone number (if different from notice address above):

(Signature)    2/18/14    (Date)

Telephone number:          email:

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

# Accounts Receivable

As of: February 18, 2014

| Client | OrderN | Current | 30 Days | 60 Days | Over 90 | Unapplied | Balance |
|---|---|---|---|---|---|---|---|
| City Of Detroit-General Services Division | | $1,376.66 | $0.00 | $8,066.96 | $2,221.71 | $0.00 | $11,665.33 |
| Credit Limit Alert : N    Past Due : Y | | | | | | | |

**Box Sale**
**Project # 8999**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 9313 (8/31/2011): | $ | 0.00 | $0.00 | $0.00 | $956.71 | | |
| Box Sale Totals | | $0.00 | $0.00 | $0.00 | $956.71 | | $956.71 |

**Service**
**Project #16749**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 36659 (7/15/2013): | $ | 0.00 | $0.00 | $0.00 | $235.00 | | |

**Project #17068**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 37114 (8/30/2013): | $ | 0.00 | $0.00 | $0.00 | $435.00 | | |

**Project #17788**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 38155 (11/25/2013): | $ | 0.00 | $0.00 | $1,107.14 | $0.00 | | |

**Project #17789**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 37841 (10/31/2013): | $ | 0.00 | $0.00 | $0.00 | $260.00 | | |

**Project #17791**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 38967 (1/31/2014): | $ | 925.00 | $0.00 | $0.00 | $0.00 | | |

**Project #17792**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 38134 (11/25/2013): | $ | 0.00 | $0.00 | $1,764.82 | $0.00 | | |

**Project #17793**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 37954 (11/7/2013): | $ | 0.00 | $0.00 | $0.00 | $335.00 | | |

**Project #17942**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 38188 (11/29/2013): | $ | 0.00 | $0.00 | $4,325.00 | $0.00 | | |

**Project #18075**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 38162 (11/25/2013): | $ | 0.00 | $0.00 | $160.00 | $0.00 | | |

**Project #18108**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 38419 (12/18/2013): | $ | 0.00 | $0.00 | $710.00 | $0.00 | | |

**Project #18681**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 39093 (2/10/2014): | $ | 451.66 | $0.00 | $0.00 | $0.00 | | |
| Service Totals | | $1,376.66 | $0.00 | $8,066.96 | $1,265.00 | | $10,708.62 |
| | | $1,376.66 | $0.00 | $8,066.96 | $2,221.71 | $0.00 | $11,665.33 |

**Service Totals**
**Installation Totals**
**Box Sale Totals**
**Alarm Monitoring Totals**

$ 1,191.71

| Client | OrderN | Current | 30 Days | 60 Days | Over 90 | Unapplied | Balance |
|---|---|---|---|---|---|---|---|
| Detroit Water & Sewerage Dept. | | $29,803.22 | $4,116.53 | $25,334.87 | $65,728.78 | $0.00 | **$124,983.40** |
| Credit Limit Alert : N Past Due : N | | | | | | | |

**Box Sale**
**Project #17166**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 37429 (9/24/2013): | | $ 0.00 | $0.00 | $0.00 | $2,945.00 | | |
| Box Sale Totals | | $0.00 | $0.00 | $0.00 | $2,945.00 | | $2,945.00 |

**Engineering**
**Project #18287**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 39061 (1/31/2014): | | $ 12,750.00 | $0.00 | $0.00 | $0.00 | | |
| Engineering Totals | | $12,750.00 | $0.00 | $0.00 | $0.00 | | $12,750.00 |

**Installation**
**Project #5977**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 15215 (12/18/2012): | | $ 0.00 | $0.00 | $0.00 | $720.00 | | |

**Project #14493**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 36163 (5/31/2013): | | $ 0.00 | $0.00 | $0.00 | $4,098.41 | | |
| Installation Totals | | $0.00 | $0.00 | $0.00 | $4,818.41 | | $4,818.41 |

**Service**
**Project #9828**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 16199 (2/21/2013): | | $ 0.00 | $0.00 | $0.00 | $292.80 | | |

**Project #10388**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 35207 (2/28/2013): | | $ 0.00 | $0.00 | $0.00 | $1,775.00 | | |

**Project #12669**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 16189 (2/20/2013): | | $ 0.00 | $0.00 | $0.00 | $1,031.95 | | |

**Project #13779**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 39068 (1/31/2014): | | $ 1,349.33 | $0.00 | $0.00 | $0.00 | | |

**Project #13780**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 16195 (2/21/2013): | | $ 0.00 | $0.00 | $0.00 | $1,257.16 | | |

**Project #13818**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 16201 (2/21/2013): | | $ 0.00 | $0.00 | $0.00 | $92.60 | | |

**Project #13903**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 16208 (2/21/2013): | | $ 0.00 | $0.00 | $0.00 | $479.40 | | |

**Project #14136**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 16191 (2/21/2013): | | $ 0.00 | $0.00 | $0.00 | $328.90 | | |

**Project #14589**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 37568 (9/30/2013): | | $ 0.00 | $0.00 | $0.00 | $5,926.40 | | |
| Invoice # 38218 (11/29/2013): | | $ 0.00 | $0.00 | $6,592.58 | $0.00 | | |
| Invoice # 39177 (2/18/2014): | | $ 607.75 | $0.00 | $0.00 | $0.00 | | |

**Project #15094**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 15812 (1/30/2013): | | $ 0.00 | $0.00 | $0.00 | $138.90 | | |

**Project #15438**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 37937 (10/31/2013): | | $ 0.00 | $0.00 | $0.00 | $4,004.95 | | |
| Invoice # 38622 (12/31/2013): | | $ 0.00 | $1,794.37 | $0.00 | $0.00 | | |
| Invoice # 39178 (2/18/2014): | | $ 733.75 | $0.00 | $0.00 | $0.00 | | |

**Project #15474**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 36888 (7/31/2013): | | $ 0.00 | $0.00 | $0.00 | $1,759.40 | | |
| Invoice # 38623 (12/31/2013): | | $ 0.00 | $1,072.67 | $0.00 | $0.00 | | |

**Project #15528**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 35257 (3/12/2013): | | $ 0.00 | $0.00 | $0.00 | $138.90 | | |

**Project #15644**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 35324 (3/15/2013): | | $ 0.00 | $0.00 | $0.00 | $185.20 | | |

**Project #16133**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 38623 (12/31/2013): | | $ 0.00 | $1,072.67 | $0.00 | $0.00 | | |

**Project #16181**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 38196 (11/29/2013): | | $ 0.00 | $0.00 | $439.85 | $0.00 | | |

**Project #16248**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 38043 (11/15/2013): | | $ 0.00 | $0.00 | $0.00 | $2,763.37 | | |

**Project #16551**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 38195 (11/29/2013): | | $ 0.00 | $0.00 | $277.80 | $0.00 | | |

**Project #16661**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice # 37588 (10/3/2013): | | $ 0.00 | $0.00 | $0.00 | $6,373.32 | | |

*$10,539.22* (handwritten)

| Client | OrderN | Current | 30 Days | 60 Days | Over 90 | Unapplied | Balance |
|---|---|---|---|---|---|---|---|
| Invoice # 37928 (11/6/2013): | $ | 0.00 | $0.00 | $0.00 | $6,373.32 | | |
| Invoice # 38255 (12/4/2013): | $ | 0.00 | $0.00 | $6,382.53 | $0.00 | | |
| **Project #16704** | | | | | | | |
| Invoice # 37770 (10/23/2013): | $ | 0.00 | $0.00 | $0.00 | $763.95 | | |
| **Project #16852** | | | | | | | |
| Invoice # 36816 (7/31/2013): | $ | 0.00 | $0.00 | $0.00 | $324.10 | | |
| **Project #17100** | | | | | | | |
| Invoice # 38071 (11/20/2013): | $ | 0.00 | $0.00 | $0.00 | $1,880.15 | | |
| **Project #17223** | | | | | | | |
| Invoice # 38070 (11/20/2013): | $ | 0.00 | $0.00 | $0.00 | $92.60 | | |
| **Project #17226** | | | | | | | |
| Invoice # 37941 (10/31/2013): | $ | 0.00 | $0.00 | $0.00 | $3,387.73 | | |
| **Project #17325** | | | | | | | |
| Invoice # 37390 (9/20/2013): | $ | 0.00 | $0.00 | $0.00 | $294.06 | | |
| **Project #17334** | | | | | | | |
| Invoice # 37480 (9/27/2013): | $ | 0.00 | $0.00 | $0.00 | $3,426.20 | | |
| Invoice # 37641 (10/11/2013): | $ | 0.00 | $0.00 | $0.00 | $3,310.45 | | |
| **Project #17353** | | | | | | | |
| Invoice # 37528 (9/28/2013): | $ | 0.00 | $0.00 | $0.00 | $2,477.05 | | |
| **Project #17451** | | | | | | | |
| Invoice # 37929 (10/31/2013): | $ | 0.00 | $0.00 | $0.00 | $1,261.37 | | |
| **Project #17532** | | | | | | | |
| Invoice # 37760 (10/23/2013): | $ | 0.00 | $0.00 | $0.00 | $676.82 | | |
| **Project #17549** | | | | | | | |
| Invoice # 38156 (11/25/2013): | $ | 0.00 | $0.00 | $2,179.87 | $0.00 | | |
| **Project #17589** | | | | | | | |
| Invoice # 37708 (10/18/2013): | $ | 0.00 | $0.00 | $0.00 | $231.50 | | |
| **Project #17593** | | | | | | | |
| Invoice # 38346 (12/10/2013): | $ | 0.00 | $0.00 | $300.95 | $0.00 | | |
| **Project #17619** | | | | | | | |
| Invoice # 37689 (10/17/2013): | $ | 0.00 | $0.00 | $0.00 | $379.35 | | |
| **Project #17630** | | | | | | | |
| Invoice # 37850 (10/31/2013): | $ | 0.00 | $0.00 | $0.00 | $1,396.90 | | |
| **Project #17660** | | | | | | | |
| Invoice # 37773 (10/24/2013): | $ | 0.00 | $0.00 | $0.00 | $69.45 | | |
| **Project #17662** | | | | | | | |
| Invoice # 37649 (10/14/2013): | $ | 0.00 | $0.00 | $0.00 | $208.35 | | |
| **Project #17700** | | | | | | | |
| Invoice # 38095 (11/21/2013): | $ | 0.00 | $0.00 | $347.25 | $0.00 | | |
| **Project #17702** | | | | | | | |
| Invoice # 37764 (10/23/2013): | $ | 0.00 | $0.00 | $0.00 | $949.15 | | |
| **Project #17719** | | | | | | | |
| Invoice # 37820 (10/31/2013): | $ | 0.00 | $0.00 | $0.00 | $627.32 | | |
| **Project #17755** | | | | | | | |
| Invoice # 37774 (10/24/2013): | $ | 0.00 | $0.00 | $0.00 | $324.10 | | |
| **Project #17779** | | | | | | | |
| Invoice # 37798 (10/28/2013): | $ | 0.00 | $0.00 | $0.00 | $254.65 | | |
| **Project #17785** | | | | | | | |
| Invoice # 37912 (11/6/2013): | $ | 0.00 | $0.00 | $0.00 | $463.00 | | |
| **Project #17805** | | | | | | | |
| Invoice # 39037 (1/31/2014): | $ | 300.95 | $0.00 | $0.00 | $0.00 | | |
| **Project #17806** | | | | | | | |
| Invoice # 37797 (10/28/2013): | $ | 0.00 | $0.00 | $0.00 | $115.75 | | |
| **Project #17815** | | | | | | | |
| Invoice # 37922 (10/31/2013): | $ | 0.00 | $0.00 | $0.00 | $138.90 | | |
| **Project #17826** | | | | | | | |
| Invoice # 37913 (10/31/2013): | $ | 0.00 | $0.00 | $0.00 | $208.35 | | |
| **Project #17827** | | | | | | | |
| Invoice # 37972 (11/11/2013): | $ | 0.00 | $0.00 | $0.00 | $185.20 | | |
| **Project #17847** | | | | | | | |



**D/A Central, Inc.**
**13155 Cloverdale**
**Oak Park, MI  48237**

Phone: (248)399-0600
Fax:    (248)399-0651

<table>
<tr><td><b>Invoice #</b></td></tr>
<tr><td>9313</td></tr>
<tr><td>8/31/2011</td></tr>
</table>

**Bill To:**

City of Detroit-General Services Division
Finance Dept.
2 Woodward Ave.
Ste 1006
Detroit, MI. 48226

**Work Location:**
1151 Taylor
Detroit, MI  48202

| Terms | Purchase Order # |
|-------|------------------|
| Net 30 | |

**Cards and Ribbons 08-05-2011 Health Department**
200-1386LGGMN
26 bit
244 facility code
start# 2801-3000

| Description | Qty | Amount |
|-------------|-----|--------|
| Products: | $932.71 | |
| Services: | $24.00 | |

| | |
|---|---|
| Subtotal: | $956.71 |
| Tax: | $0.00 |
| Grand Total: | $956.71 |
| **Due this Invoice:** | **$956.71** |

**Please Pay From This Invoice. Make checks payable to D/A Central Inc.**



**D/A CENTRAL**

**D/A Central, Inc.**
**13155 Cloverdale**
**Oak Park, MI 48237**

Phone: (248)399-0600
Fax:     (248)399-0651

<table>
<tr><td>**Invoice #**</td></tr>
<tr><td>36659</td></tr>
<tr><td>7/15/2013</td></tr>
</table>

**Bill To:**

City Of Detroit-General Services Division
Finance Dept
2 Woodward Ave, Suite 1006
Detroit, MI 48226

**Work Location:**
36th District Court
City Of Detroit-General Services Division
Attn: Raymond Tyler
Madison Center
421 Madison Ave, Suite 521
Detroit, MI 48226

| Terms | Purchase Order # |
|-------|------------------|
| Net 30 | 9930 |

**Avigilon encoder showing error**

7.10.13 Dispatch time: 9:45am arrival time: 10:20am end time: 12:00pm Arrived on site, Dwayne advised to park behind the building and issued a permit. Proceeded to front desk client station. Avigilon client could not connect to the encoder but was successfully pinging it. Logged into web interface and rebooted the encoder from there. Encoder automatically went online. One of the cameras that was connected to it was flickering bad, causing online/offline states to toggle every few seconds which probably l to complete disconnect of the encoder. Went up to the camera and disabled it to prevent it from causing any more problems for th encoder (approved by Dwayne). 6 interior cameras need to be replaced, which includes the flickering camera. 4 of those cameras are ceiling mounted and 2 are wall mounted - took pictures of cameras. All 6 of those cameras are VICON 1800-1038-15 with 2.6-6mm 1/3" lens.

Need 3 exterior cameras, 2 of them are PTZ, and the third one needs to be fixed, but if possible, fit into the existing gooseneck. Al goosenecks are the same - took pictures. There is currently no camera at the gooseneck that needs a fixed camera - just one powe pair, supplying the power from same power supply as the two PTZ cameras, and coax/bnc ready. Must double check voltage before connecting to the existing power pair.

One of the PTZ cameras is VICON 2000, which is set up on the corner of the building. It is functioning, but needs replacement due age. The other PTZ camera is VICON 1800-1038-09 with Computer 5-50mm 1:13 1/3" CS lens. PTZ on this camera has failed. PTZ wires are daisy chained. Splice is located in mens bathroom closet. PTZ is controlled by Avigilon encoders. Back PTZ is set up a VICON Extended, dip switch address 16, baud 4800, video termination enabled. Same settings apply to front PTZ, except dipswitch address is 1.

| | | | | | | |
|---|---|---|---|---|---|---|
| Avigilon encoder showing error | | | | | | |
| Date | Job # | Product/Service | Description | Qty | Price | Amount |
| 7/10/2013 | 16749 | | Gas Surcharge | 1.00 | $10.00 | $10.00 |
| 7/10/2013 | 16749 | | Standard Service Labor | 2.25 | $100.00 | $225.00 |

| | |
|---|---|
| Subtotal: | $235.00 |
| Tax: | $0.00 |
| Grand Total: | $235.00 |
| **Due this Invoice:** | **$235.00** |

**Please Pay From This Invoice. Make checks payable to D/A Central Inc.**



**D/A Central, Inc.**
13155 Cloverdale
Oak Park, MI 48237

Phone: (248)399-0600
Fax:     (248)399-0651

**Invoice #**
15215
12/18/2012

**Bill To:**
Detroit Water & Sewerage Dept.
Mike Lewis
735 Randolph/12Th Floor
Detroit, MI 48226

**Work Location:**
Imlay Pump Station
Detroit Water & Sewerage Dept.
Attn: Security
1030 Wheeling Road
Imlay City, MI 48444

| Terms | Purchase Order # |
|---|---|
| Net 30 | 2546306 |

**Imlay City Exit Reader Conduit replace**
Completed repair of underground conduit. approved by Mike Lewis

| Billing December - 7 | | | | | | |
|---|---|---|---|---|---|---|
| Date | Job # | Product/Service | Description | Qty | Price | Amount |
| 12/19/2012 | 5977-7 | | Device testing in the field instead of engineering | 8.00 | $90.00 | $720.00 |

| | |
|---|---|
| Subtotal: | $720.00 |
| Tax: | $0.00 |
| Grand Total: | $720.00 |
| Due this Invoice: | $720.00 |

**Please Pay From This Invoice. Make checks payable to D/A Central Inc.**



**D/A Central, Inc.**
**13155 Cloverdale**
**Oak Park, MI 48237**

Phone: (248)399-0600
Fax:     (248)399-0651

**Invoice #**

36163

5/31/2013

**Bill To:**

Detroit Water & Sewerage Dept.
Mike Lewis
735 Randolph/12Th Floor
Detroit, MI 48226

**Work Location:**
735 Randolph Avenue
Water Board Building
Detroit, MI 48226

| Terms | Purchase Order # |
|---|---|
| Net 30 | 2876498 0 rev 1 |

**WWB - Oudoor Building Cameras**

| Description | Qty | Amount |
|---|---|---|
| Products: | $4,098.41 | |
| Services: | | |

| | |
|---|---|
| Subtotal: | $4,098.41 |
| Tax: | $0.00 |
| Grand Total: | $4,098.41 |
| **Due this Invoice:** | **$4,098.41** |

**Please Pay From This Invoice. Make checks payable to D/A Central Inc.**



**D/A CENTRAL**

**D/A Central, Inc.**
**13155 Cloverdale**
**Oak Park, MI  48237**

Phone: (248)399-0600
Fax:    (248)399-0651

<table>
<tr><td><b>Invoice #</b></td></tr>
<tr><td>16199</td></tr>
<tr><td>2/21/2013</td></tr>
</table>

**Bill To:**

Detroit Water & Sewerage Dept.
Mike Lewis
735 Randolph/12Th Floor
Detroit, MI  48226

**Work Location:**

Newburgh Pump Station
Detroit Water & Sewerage Dept.
Attn: Security
36363 West 8 Mile Road
Livonia, MI  48152

| Terms | Purchase Order # |
|---|---|
| Net 30 | 2546306 |

**Newburgh - panel 303 fence alarm tamper and trouble active**

3:30pm to 4:30pm Found PM 1 locked up. Reset power but it locked up again. change out PCC card and power up PM 1. PM now staying alive. Hook up to fence and got full communication.  While here Mr. Williams called me letting me know the system in not masking the  pumping stations. Logged into Lenel and found WWP panel 305 not communicating. Check panel 305 offline. Also, WWTP lower fence getting PM com fails and checked it offline. logged into MOB cluster server and found it had access drivers on 8-14-12. Also see access driver errors On CSF comm server. Rebooted all comm servers and restart services on MOB cluster server Also noticed the cluster is running on only 1 drive. Unit 0, drive0 missing. Need to replace drive ASAP.
Out: PCC card from PM1
In: PCC card to pm1 (DWSD stock)
Drive replaced on another work order

| | | Newburgh - panel 303 fence alarm tamper and trouble active | | | | |
|---|---|---|---|---|---|---|
| **Date** | **Job #** | **Product/Service** | **Description** | **Qty** | **Price** | **Amount** |
| 8/16/2012 | 9828-1 | | Technician | 1.00 | $92.60 | **$92.60** |
| 8/31/2012 | 9828-2 | Manufacturer Repair | Charges for out of warranty product repair. | | | **$200.20** |

| | |
|---|---|
| Subtotal: | $292.80 |
| Tax: | $0.00 |
| Grand Total: | $292.80 |
| **Due this Invoice:** | **$292.80** |

**Please Pay From This Invoice. Make checks payable to D/A Central Inc.**



**D/A CENTRAL**

**D/A Central, Inc.**
13155 Cloverdale
Oak Park, MI 48237

Phone: (248)399-0600
Fax:      (248)399-0651

**Invoice #**

**35207**

**2/28/2013**

| Bill To: | Work Location: |
|---|---|
| Detroit Water & Sewerage Dept.<br>Mike Lewis<br>735 Randolph/12Th Floor<br>Detroit, MI 48226 | Joy Road Pump Station<br>Detroit Water & Sewerage Dept.<br>Attn: Security<br>43127 Joy Road<br>Plymouth, MI 48170 |

| Terms | Purchase Order # |
|---|---|
| Net 30 | 2546306 |

**NVR cameras 12, 13., 17 & 20 offline**
FIBER REPAIR

Bucket Van-NVR cameras 12, 13., 17 & 20 offline - 15

| Date | Job # | Product/Service | Description | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 2/28/2013 | 10388-1 | Misc Repair | Fiber Repair | 1.00 | $1,775.00 | **$1,775.00** |

|  |  |
|---|---|
| Subtotal: | $1,775.00 |
| Tax: | $0.00 |
| Grand Total: | $1,775.00 |
| **Due this Invoice:** | **$1,775.00** |

**Please Pay From This Invoice. Make checks payable to D/A Central Inc.**



**D/A Central, Inc.**
**13155 Cloverdale**
**Oak Park, MI  48237**

Phone: (248)399-0600
Fax:    (248)399-0651

| Invoice # |
|:---:|
| **16189** |
| **2/20/2013** |

| Bill To: | Work Location: |
|---|---|
| Detroit Water & Sewerage Dept. | Central Services (Huber) |
| Mike Lewis | Detroit Water & Sewerage Dept. |
| 735 Randolph/12Th Floor | Attn: Security |
| Detroit, MI  48226 | 6425 Huber Street |
|  | Detroit, MI  48211 |

| Terms | Purchase Order # |
|---|---|
| Net 30 | 2546306 |

**CSF turnstile intercoms not working**

Dispatch@8:00 am. Arrive@8:45 am. Repaired CSF parking lot entrance sat intercom. Replaced turnstile #1 exit sat intercom.
Replaced turnstile #3 entrance sat intercom. Replaced east entry lower sat intercom. Also found East exit upper and lower SAT
intercoms do not work. And West exit upper and lower SAT intercoms do not work. Do not have any more replacement sat interco
on hand. Depart @12:15 pm
Replaced Intercoms on another work order

| Repairs | | | | | | |
|---|---|---|---|---|---|---|
| **Date** | **Job #** | **Product/Service** | **Description** | **Qty** | **Price** | **Amount** |
| 6/21/2012 | 12669-2 | | DWSD Labor Rate | 3.50 | $92.60 | **$324.10** |
| 6/21/2012 | 12669-2 | Manufacturer Repair | Charges for out of warranty product repair. | | | **$250.25** |
| 6/21/2012 | 12669-2 | Manufacturer Repair | Charges for out of warranty product repair. | | | **$228.80** |
| 6/21/2012 | 12669-2 | Manufacturer Repair | Charges for out of warranty product repair. | | | **$228.80** |

| | |
|---|---|
| Subtotal: | $1,031.95 |
| Tax: | $0.00 |
| Grand Total: | $1,031.95 |
| **Due this Invoice:** | **$1,031.95** |

**Please Pay From This Invoice. Make checks payable to D/A Central Inc.**



**D/A Central, Inc.**
13155 Cloverdale
Oak Park, MI 48237

Phone: (248)399-0600
Fax:     (248)399-0651

| Invoice # |
|---|
| 16195 |
| 2/21/2013 |

**Bill To:**
Detroit Water & Sewerage Dept.
Mike Lewis
735 Randolph/12Th Floor
Detroit, MI  48226

**Work Location:**
Conner Creek Cso
Detroit Water & Sewerage Dept.
Attn: Security
11900 Freud
Detroit, MI  48214

| Terms | Purchase Order # |
|---|---|
| Net 30 | 2546306 |

Conner CSO

10/4/12 Dispatch @9:30 am. Arrive@ 10:00 am. Checked for video on cam#1 PTZ front main gate no video @camera. Removed camera and installed D loaner camera. To send camera in for repair. Camera out Bosch mod#LTC 0728\25C s/n# 355337. D/a loaner cam in Bosch mod# LTC 0728/25C. s/n# 899380049742. Finish @12:00 pm.
1/9/2013 DW  Dispatch to  2:15 pm arrived 245 install new clinton  replacement camera check video depart 4:30 PM . Camera in Clinton  ce-vx20 , sn 091012c001x0211 . Also installed wall mount  for camera

| Camera for Chem bldg | | | | | | |
|---|---|---|---|---|---|---|
| Date | Job # | Product/Service | Description | Qty | Price | Amount |
| 12/19/2012 | 13780-4 | CE-VXWB | Vandal X Wall Mount Bracket | 1.00 | $15.71 | $15.71 |
| 12/19/2012 | 13780-4 | CE-VXRM | Clinton Recess Mount Bracket for Vandal X series | 1.00 | $0.00 | $0.00 |
| 12/19/2012 | 13780-4 | CE-VX20 | 540 TVL, VF 2.8~10.5mm, 3-Axis, D/N, OSD, 12/24V  - (NX DSP) - CE-REMOTE Compatible | 1.00 | $212.85 | $212.85 |
| 10/5/2012 | 13780-3 | Manufacturer Repair | Charges for out of warranty product repair. | | | $727.65 |
| 10/5/2012 | 13780-3 | | Technician | 3.25 | $92.60 | $300.95 |

|  |  |
|---|---|
| Subtotal: | $1,257.16 |
| Tax: | $0.00 |
| Grand Total: | $1,257.16 |
| **Due this Invoice:** | **$1,257.16** |

**Please Pay From This Invoice. Make checks payable to D/A Central Inc.**



**D/A Central, Inc.**
**13155 Cloverdale**
**Oak Park, MI 48237**

Phone: (248)399-0600
Fax:    (248)399-0651

| **Invoice #** |
| :---: |
| 16201 |
| 2/21/2013 |

**Bill To:**
Detroit Water & Sewerage Dept.
Mike Lewis
735 Randolph/12Th Floor
Detroit, MI 48226

**Work Location:**
W. Jeff. Waste Water
Detroit Water & Sewerage Dept.
Attn: Security
9300 West Jefferson Avenue
Waste Water Facility
Detroit, MI 48209

| Terms | Purchase Order # |
| --- | --- |
| Net 30 | 2546306 |

**WWTP - cameras 701, 710, 717, 750, 775 & 819**
9/10 camera #775 & camera 810 both good, camera #710 camera is bad, it's inside the Scum Bldg
9/27/12 11:30am to 11:45am Re-aim camera 750. Working well. Will return for cam 710.
Camera was replaced on another work order.

WWTP - cameras 701, 710, 717, 750, 775 & 819

| Date | Job # | Product/Service | Description | Qty | Price | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 9/27/2012 | 13818-1 | | Technician | 1.00 | $92.60 | $92.60 |

| | |
| --- | --- |
| Subtotal: | $92.60 |
| Tax: | $0.00 |
| Grand Total: | $92.60 |
| **Due this Invoice:** | **$92.60** |

**Please Pay From This Invoice. Make checks payable to D/A Central Inc.**



**D/A Central, Inc.**
**13155 Cloverdale**
**Oak Park, MI 48237**

**D/A CENTRAL**

Phone: (248)399-0600
Fax:　(248)399-0651

| Bill To: | Work Location: |
|---|---|
| **Detroit Water & Sewerage Dept.**<br>**Mike Lewis**<br>**735 Randolph/12Th Floor**<br>**Detroit, MI 48226** | Water Board Bldg.<br>Detroit Water & Sewerage Dept.<br>Attn: Security<br>735 Randolph Avenue<br>Water Board Building<br>Detroit, MI 48226 |

| Terms | Purchase Order # |
|---|---|
| Net 30 | 2546306 |

**South West - main entry camera**

Left 3:15pm arrived 4:00pm to 7:00pm

Arrived and found camera #404 offline. Get up to camera and check power good. Check video good before fiber unit. Change out fiber unit with customer stock used unit but did not get video to system.

Went head end and test fiber receiver and patch fiber cables good. Went back to camera fiber tx unit at pole. Found other fiber un not detecting video in. Put old fiber unit in and use power supply from customer stock fiber unit. Got video back to system. Redid PTZ wires and test PTZ good. Called MOB to confirm good. While here I checked fence line for cable replacement. Took pictures ar will let MOB know.

While here, customer was getting cabinet tamper alarms at LNL-400. Found point on board, but it had 4 tampers on one point. Go through each tamper switch and found problem. Fix wire and got tampers to stop.

Working well.

| | South West - main entry camera | | | | | |
|---|---|---|---|---|---|---|
| **Date** | **Job #** | **Product/Service** | **Description** | **Qty** | **Price** | **Amount** |
| 10/1/2012 | 13903-1 | | Technician | 3.00 | $92.60 | **$277.80** |
| 10/2/2012 | 13903-2 | Manufacturer Repair | Charges for out of warranty product repair. | | | **$201.60** |

| | |
|---|---|
| Subtotal: | $479.40 |
| Tax: | $0.00 |
| Grand Total: | $479.40 |
| **Due this Invoice:** | **$479.40** |

**Please Pay From This Invoice. Make checks payable to D/A Central Inc.**



**D/A Central, Inc.**
13155 Cloverdale
Oak Park, MI 48237

Phone: (248)399-0600
Fax:    (248)399-0651

**Invoice #**
16191
2/21/2013

**Bill To:**

Detroit Water & Sewerage Dept.
Mike Lewis
735 Randolph/12Th Floor
Detroit, MI 48226

**Work Location:**

Central Services (Huber)
Detroit Water & Sewerage Dept.
Attn: Security
6425 Huber Street
Detroit, MI 48211

| Terms | Purchase Order # |
|---|---|
| Net 30 | 2546306 |

**replace back box on camera 44**

10/24/12: Dispatched at 12:00 pm. Arrived 12:15 pm. Checked in with security. Unable to locate a replacement back box for camera 44. Pulled back box for repair. Remounted elbow and a temporary back box to protect wiring. Left site at 4:00 pm.

repair of back box on camera 44 - 2

| Date | Job # | Product/Service | Description | | | Amount |
|---|---|---|---|---|---|---|
| 10/25/2012 | 14136-2 | Manufacturer Repair | Charges for out of warranty product repair. | | | **$328.90** |
| 10/24/2012 | 14136-1 | | No charge labor | 4.00 | $0.00 | **$0.00** |

| | |
|---|---|
| Subtotal: | $328.90 |
| Tax: | $0.00 |
| Grand Total: | $328.90 |
| **Due this Invoice:** | **$328.90** |

**Please Pay From This Invoice. Make checks payable to D/A Central Inc.**



**D/A Central, Inc.**
13155 Cloverdale
Oak Park, MI 48237

**D/A CENTRAL**

Phone: (248)399-0600
Fax:     (248)399-0651

<table>
<tr><td>**Invoice #**</td></tr>
<tr><td>15812</td></tr>
<tr><td>1/30/2013</td></tr>
</table>

**Bill To:**
Detroit Water & Sewerage Dept.
Mike Lewis
735 Randolph/12Th Floor
Detroit, MI 48226

**Work Location:**
Fisher Pumpstation
Detroit Water & Sewerage Dept.
Attn: Security
Burns and Jefferson
Detroit, MI 48207

| Terms | Purchase Order # |
|---|---|
| Net 30 | 2546306 |

**gate wont open**
1/30/13
Left 12:15pm arrive 1:00pm to 2:30pm

Tested gate good.
Found 2220 panel locked up.
Had to reset power to panel.
Panel had to do download. Lost program.
Also, nvr was locked up.
Had to reactivate windows on nvr with microsoft.

Site back online. Tested card readers for gate good.
Contractor says he has been shutting power off to panel
To dis-engage mag locks for other contractors without card access so they can get in.
I recommended that panel not be powered off.

Nvr and readers working. Nvr still kept offline due to csf network connection.
Contractor says they want the ovation system to see when someone acceses the building.

| gate wont open | | | | | | |
|---|---|---|---|---|---|---|
| Date | Job # | Product/Service | Description | Qty | Price | Amount |
| 1/30/2013 | 15094 | | Technician | 1.50 | $92.60 | **$138.90** |

| | |
|---|---|
| Subtotal: | $138.90 |
| Tax: | $0.00 |
| Grand Total: | $138.90 |
| **Due this Invoice:** | **$138.90** |

**Please Pay From This Invoice. Make checks payable to D/A Central Inc.**



**D/A Central, Inc.**
13155 Cloverdale
Oak Park, MI 48237

Phone: (248)399-0600
Fax:     (248)399-0651

**Invoice #**

35257

3/12/2013

**Bill To:**
Detroit Water & Sewerage Dept.
Mike Lewis
735 Randolph/12Th Floor
Detroit, MI 48226

**Work Location:**
W. Jeff. Waste Water
Detroit Water & Sewerage Dept.
Attn: Security
9300 West Jefferson Avenue
Waste Water Facility
Detroit, MI 48209

| Terms | Purchase Order # |
|---|---|
| Net 30 | 2546306 |

**WWTP entry gate lift arm VP3 won't move**
left 4:15pm arriver 4:30pm to 6:00pm

Checked VP Entry Gate arm#3. gate arm goes up when I swipe my badge. Exit VP Exit gate arm does not work. last time out I met with electrician. He checked it out and showed me. looks like either the ground look is bad by the looks of the look detector. I thought he said he tied the entry arm detector and it shows bad on the loop also. Not sure if electrician will call gate co. out to repair gate operator
and or ground loop.

While here, I looked at the WWTP NVR's and found 3 of then with bad drives and replaced. Also, looked at MOB NEC cluster server because WWTP client was showing Lenel lost communication with the comm server. Everything communicating now, but shows server had a mirror problem on the Feb. 23, and 24. Also, shows a bad drive that I wi replace when I go there tomorrow for center computer.
Checked DC-MOB drives also and found one bad drive on it. Will replace tomorrow too.
NVR#2:
out: st31000340ns s/n: 9qj76Le2 VP8
In: st31000340ns s/n: 9qj6db76  VP8
NVR#3:
Out: st31000340ns s/n: 9qj71 VP#10
In: st31000340ns s/n: 9qj2yLc1 DWSD stock
NVR#4:
Out: st31000340ns s/n: 9qj76Le2 VP#8
In: st31000340ns s/n: 9qj6db76  DWSD stock

| WWTP entry gate lift arm VP3 won't move | | | | | | |
|---|---|---|---|---|---|---|
| Date | Job # | Product/Service | Description | Qty | Price | Amount |
| 3/6/2013 | 15528-1 | | Technician | 1.50 | $92.60 | $138.90 |

| | |
|---|---|
| Subtotal: | $138.90 |
| Tax: | $0.00 |
| Grand Total: | $138.90 |
| **Due this Invoice:** | **$138.90** |

**Please Pay From This Invoice. Make checks payable to D/A Central Inc.**



**D/A Central, Inc.**
**13155 Cloverdale**
**Oak Park, MI  48237**

Phone: (248)399-0600
Fax:    (248)399-0651

<table>
<tr><td><strong>Invoice #</strong></td></tr>
<tr><td>35324</td></tr>
<tr><td>3/15/2013</td></tr>
</table>

**Bill To:**

Detroit Water & Sewerage Dept.
Mike Lewis
735 Randolph/12Th Floor
Detroit, MI  48226

**Work Location:**

Central Services (Huber)
Detroit Water & Sewerage Dept.
Attn: Security
6425 Huber Street
Detroit, MI  48211

| Terms | Purchase Order # |
|---|---|
| Net 30 | 2546306 |

**employee lot east exit**

3/13/13: Dispatched 10:00 am. Arrived 10:30 am. Checked in with security. Removed hanging ped glass  from upper card reader. Cleaned off old adhesive and roughed up surface. Applied silicon adhesive around area and remounted glass. Tested reader. Checked the other pedestals for glass issues. No other issues found. Checked out with security. Left site at 12:30 pm.

employee lot east exit

| Date | Job # | Product/Service | Description | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 3/13/2013 | 15644 | | Technician | 2.00 | $92.60 | **$185.20** |

| | |
|---|---|
| Subtotal: | $185.20 |
| Tax: | $0.00 |
| Grand Total: | $185.20 |
| **Due this Invoice:** | **$185.20** |

**Please Pay From This Invoice. Make checks payable to D/A Central Inc.**