**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## AMENDED DESIGNATION OF ALLOWED CLAIM

On or about February 13, 2014, Nemeth Law, P.C., f/k/a Nemeth Burwell P.C. ("Nemeth") filed claim number 938 ("Claim") as a general unsecured claim in the amount of $45,499.78. On or about July 9, 2014, Nemeth filed a ballot in favor of the City's Plan,[1] seeking to have its claim treated as a class 15 convenience class claim. ("Ballot", Exhibit 1.)

On November 12, 2018, the City of Detroit ("City") filed a *Designation of Allowed Claims*, allowing the Nemeth claim.[2] ("Designation," Doc. No. 12941.) The Designation did not take into account Nemeth's Ballot election, however.

To correct this, and in accordance with Plan Article I, Section A.19 and Article III, Section E, the City designates Nemeth's Claim as an allowed

---

[1] *Eighth Amended Plan for the Adjustment of Debts of the City of Detroit* ("Plan," as filed at Doc. No. 8045 and as confirmed with slight modifications by order entered at Doc. No. 8272). Undefined terms have the meaning ascribed to them in the Plan.

[2] The Designation allowed one other claim as well, which is not at issue here.

Convenience class Claim in the amount $25,000 to be treated under the Plan as a Class 15 Convenience Claim.

Dated: March 5, 2020

        Respectfully submitted,

        By: /s/ Marc N. Swanson
            Marc N. Swanson (P71149)
            Ronald A. Spinner (P73198)
            MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
            150 West Jefferson, Suite 2500
            Detroit, Michigan 48226
            Telephone: (313) 963-6420
            Facsimile: (313) 496-8451
            swansonm@millercanfield.com
            spinner@millercanfield.com

# **EXHIBIT 1**

# **BALLOT**

**PLEASE READ THE VOTING INFORMATION AND
INSTRUCTIONS ATTACHED BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2, AND 3 BELOW. IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, OR IF BOTH BOXES ARE CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST.

IF BOTH BOXES ARE, OR NEITHER BOX IS, CHECKED IN ITEM 2, THIS BALLOT WILL COUNT AS ONE NOT ELECTING CONVENIENCE CLAIM TREATMENT FOR YOUR CLASS 14 OTHER UNSECURED CLAIM.

IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, the Other Unsecured Claim Holder in Class 14 as of April 14, 2014 against the City of Detroit, Michigan, votes to (check one box):

[✓] ACCEPT the Plan.         [ ] REJECT the Plan.

If you vote to accept the Plan, you are voting to approve certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan. Such provisions include, but are not limited to, the provisions contained in Article III.D, Article IV.J, Article IV.K and Article V.C of the Plan. Such provisions may affect your rights and interests regarding certain nondebtor parties.

Creditor Name: Nemeth Law, P.C., f/k/a Nemeth Burwell, P.C.      Amount of Claim: $ 45,000

**Item 2. Convenience Class Election.** The undersigned, the Other Unsecured Claim Holder in Class 14 as of April 14, 2014 against the City of Detroit, Michigan, elects to (check one box):

[✓] Treat the undersigned's Other Unsecured Claim as a Class 15 Convenience Claim under the Plan.      [ ] Not Treat the undersigned's Other Unsecured Claim as a Class 15 Convenience Claim under the Plan.

If you elect to treat your Class 14 Other Unsecured Claim as a Class 15 Convenience Claim, your vote to accept or reject the Plan in this Ballot will count as a vote for Class 15 tabulation purposes and your vote will not count for Class 14 tabulation purposes.

Convenience Claim elections are subject to the terms contained in the Plan. This Convenience Claim Election will be deemed irrevocable and legally binding on you upon (i) execution of this election on the Ballot and (ii) confirmation of the Plan. Class 15 Convenience Claims will be paid in accordance with the Plan terms.

Creditor Name: Nemeth Law, P.C., f/k/a Nemeth Burwell, P.C.      Claim Amount: $ 45,000

**PLEASE CONTINUE TO ITEM 3 ON THE NEXT PAGE**

RECEIVED
JUL 10 2014
KURTZMAN CARSON CONSULTANTS

07-10-14 P03:03 RCVD

**Item 3. Certifications.** By signing this Ballot, the undersigned certifies that he, she or it:

i. is the Holder of one or more Other Unsecured Claims in Class 14 to which this Ballot pertains, or is an authorized signatory, and has full power and authority to vote to accept or reject the Plan and make the elections applicable to such Claims;

ii. received a copy of the solicitation package consisting of: (a) a notice regarding the time and place of a hearing to consider confirmation of the Plan, (b) a CD-ROM including the Plan, Disclosure Statement and the exhibits thereto, (c) a Ballot and a ballot return envelope, (d) a copy of certain rules governing the tabulation of ballots, (e) a copy of the Notice of Voting Dispute Resolution Procedures approved by the Solicitation Procedures Order and (f) a cover letter;

iii. has not submitted any other Ballots for Class 14 that are inconsistent with the vote to accept or reject the Plan set forth in this Ballot, or if such other ballots were previously submitted, they have been revoked or changed to reflect the vote of this Ballot; and

iv. understands that a vote to accept the Plan is a vote to accept certain cancellation, discharge, exculpation, expungement, injunction and release provisions contained in the Plan.

Nemeth Law, P.C., f/k/a Nemeth Burwell, P.C.
Name

_____
Social Security or Federal Tax I.D. No. (optional)

*Patricia Nemeth*
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

Deborah Brouwer
200 Talon Centre Drive, Suite 200
Detroit, MI 48207
Address

313 567-5921
Telephone Number

7/9/14
Date Completed

dbrouwer@nemethlawpc.com
Email address

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 5, 2020, he filed the foregoing *Amended Designation of Allowed Claim* and its exhibit with the Court, using the Court's CM/ECF system which will provide notice of the filing to all registered participants in this matter. The undersigned also certifies that on March 5, 2020, a copy of the *Amended Designation of Allowed Claim* and its exhibit was served by U.S. mail upon

Nemeth Law, P.C.
Attn: Deborah Brouwer
200 Talon Centre Drive, Suite 200
Detroit, MI 48207

    By: /s/ Marc N. Swanson
        Marc N. Swanson (P71149)
        Ronald A. Spinner (P73198)
        150 West Jefferson, Suite 2500
        Detroit, Michigan 48226
        Telephone: (313) 963-6420
        Facsimile: (313) 496-8451
        swansonm@millercanfield.com
        spinner@millercanfield.com

Dated: March 5, 2020