# United States Bankruptcy Court
## Eastern District of Michigan

In re:
City of Detroit, Michigan,
  Debtor.

Bankruptcy Case No. 13-53846
Judge Thomas J. Tucker
Chapter 9

## Motion for Stay Pending District Court Proceedings

Now Comes Darryl Cain, Creditor and plaintiff In pro per asking and requesting this Court to grant a Stay pending district Court trial for the following reasons stated below.

1. Cain states that it has not been determined that the City of Detroit owes me a debt, it can't be determined until the conclusion of trial or a settlement.

2. Yes Cain has a Complaint against Frank Carroll and the City of Detroit Case No. 13-10525 seeking $51,320,000.00 in compensatory, monetary and punitive damages.

3. Cain has until on or before March 11, 2020 to file with this Court a written response to the City's objection explaining my position and a hearing will be held March 18, 2020 at 1:30pm.

4. Cain is sending his written response ("Objection") along with this Motion for Stay just in case this motion is denied.

5. Cain would like to have it set up so that he may attend the hearing.

6. Cain is an incarcerated prisoner located at the Carson City Correctional

Facility, 10274 Boyer Road, Carson City, MI 48811 my attendance is not excused by mutual agreement between myself and the City's attorney.

7. Cain can't liquidate his claim until the district court determine the extent my rights were violated.

Wherefore, Cain asks and request this Court grant motion for Stay until pending the determination of the district court trial or settlement.

Dated: March 3, 2020

Respectfully Submitted

Darryl Cain #351791
Creditor
Plaintiff
In pro per

## Certificate of Service

I Darryl C. hereby declare I mailed by Prisoner Expedited Legal Mail One Copy of Motion for Stay Pending District Court Proceedings to U.S. Bankruptcy Court, 211 W. Fort St., Suite 1900, Detroit, MI 48226 and One Copy to Miller, Canfield, Paddock & Stone, PLC, Attn: Marc N. Swanson, 150 West Jefferson, Suite 2500, Detroit, MI 48226 on March 3, 2020.

Darryl Cain
Creditor