Form:def2

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

*13249* − Cain's Objection to City of Detroit's Objection to Claim 799 (related document(s): 13246 Objection to Claim Number of Claimant Cain, Darryl. ) Filed by Creditor Darryl Cain (ckata)

Proof of Service Non−Compliant. A Proof of Service requires a Case Caption. Please refer to ECF Procedure 12(h) Certificate of Service Required. A party serving a Paper shall file a Certificate of Service. The Certificate shall state the Paper served, the manner in which service was accomplished, and the parties served. This certificate of service may not be included as part of the Paper that was served; it shall be a separate filing.

is defective as indicated:

- ☐ Acceptable List of Creditors Missing
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Amended Document Missing or Non−Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application for Individuals to Pay the Filing Fee in Installments Missing or Non−Compliant
- ☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non−Compliant
- ☐ Bankruptcy Petition Cover Sheet Missing or Non−Compliant
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief Missing
- ☐ Certificate of Exigent Circumstances−Credit Counseling Waiver Missing
- ☐ Chapter 13 Plan is Non−Compliant
- ☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non−Compliant (To be filed with corrected document in its entirety as one PDF)
- ☐ Docket or Proof of Claim Number Missing
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)
- ☐ List of 20 Largest Unsecured Creditors Missing
- ☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing
- ☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing

- ☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing
- ☐ Notice of Objection to Claim Missing or Non−Compliant
- ☐ Notice of Special Appearance (LBR 9010−1(c)) Missing or Non−Compliant
- ☐ Notice to Respondent Missing or Non−Compliant
- ☐ Original Signature Missing or Non−Compliant
- ☐ Petition Non−Compliant (To be filed in its entirety)
- ☑ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order Missing
- ☐ Redacted Document Missing or Non−Compliant
- ☐ Statement of Attorney for Debtors 2016b LBR 9010−1c Missing or Non−Compliant
- ☐ Statement of Corporate Ownership Missing
- ☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 3/6/20

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

In re:  
City of Detroit, Michigan  
    Debtor

Case No. 13-53846-tjt  
Chapter 9

## CERTIFICATE OF NOTICE

District/off: 0645-2     User: ckata     Page 1 of 14     Date Rcvd: Mar 06, 2020  
                      Form ID: def2     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2020.  
22487233     +Charter Township of Plymouth,    9955 N. Haggerty Road,    Plymouth, Michigan 48170-4673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
ust           Andrew R. Vara  
cr            Darryl Cain  
               Deutsche Bank AG, London  
                                                               TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2020 at the address(es) listed below:

               Albert    Togut    on behalf of Plaintiff    City of Detroit, Michigan  neilberger@teamtogut.com,  
                 apirraglia@teamtogut.com,Jberman@teamtogut.com,dperson@teamtogut.com,dcahir@teamtogut.com,  
                 adeering@teamtogut.com,srobinson@teamtogut.com  
               Albert    Togut    on behalf of Debtor In Possession    City of Detroit, Michigan  
                 dperson@teamtogut.com  
               Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company  
                 alfredo.perez@weil.com,kelly.diblasi@weil.com,dana.kaufman@weil.com,brian.wells@weil.com  
               Alice Bonita Jennings    on behalf of Plaintiff John    Smith ajennings@edwardsjennings.com,  
                 vgray@edwardsjennings.com  
               Alice Bonita Jennings    on behalf of Plaintiff    Peoples Water Board  
                 ajennings@edwardsjennings.com,    vgray@edwardsjennings.com  
               Alice Bonita Jennings    on behalf of Plaintiff Sylvia    Taylor ajennings@edwardsjennings.com,  
                 vgray@edwardsjennings.com  
               Alice Bonita Jennings    on behalf of Plaintiff Rosalyn    Walker ajennings@edwardsjennings.com,  
                 vgray@edwardsjennings.com  
               Alice Bonita Jennings    on behalf of Plaintiff Tammika    Williams ajennings@edwardsjennings.com,  
                 vgray@edwardsjennings.com  
               Alice Bonita Jennings    on behalf of Plaintiff John    Jackson ajennings@edwardsjennings.com,  
                 vgray@edwardsjennings.com  
               Alice Bonita Jennings    on behalf of Plaintiff Janice    Ward ajennings@edwardsjennings.com,  
                 vgray@edwardsjennings.com  
               Alice Bonita Jennings    on behalf of Plaintiff    Moratorium Now! ajennings@edwardsjennings.com,  
                 vgray@edwardsjennings.com  
               Alice Bonita Jennings    on behalf of Plaintiff    National Action Network--Michigan Chapter  
                 ajennings@edwardsjennings.com,    vgray@edwardsjennings.com  
               Alice Bonita Jennings    on behalf of Plaintiff Rosalyn    Parham ajennings@edwardsjennings.com,  
                 vgray@edwardsjennings.com  
               Alice Bonita Jennings    on behalf of Plaintiff    Michigan Welfare Rights Organization  
                 ajennings@edwardsjennings.com,    vgray@edwardsjennings.com  
               Alice Bonita Jennings    on behalf of Plaintiff Maurika    Lyda ajennings@edwardsjennings.com,  
                 vgray@edwardsjennings.com  
               Alice Bonita Jennings    on behalf of Plaintiff Nicole    Hill ajennings@edwardsjennings.com,  
                 vgray@edwardsjennings.com  
               Alice Bonita Jennings    on behalf of Plaintiff Scott    Eubank ajennings@edwardsjennings.com,  
                 vgray@edwardsjennings.com  
               Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com  
               Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District  
                 allan.brilliant@dechert.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Allan S. Brilliant   on behalf of Creditor   County of Macomb, Michigan allan.brilliant@dechert.com
          Allison Bach   on behalf of Interested Party   State of Michigan, Department of Attorney General abach@dickinsonwright.com, kstubbs@dickinson-wright.com
          Amy D. Caton   on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com
          Amy D. Caton   on behalf of Creditor   BlackRock Financial Management, Inc. acaton@kramerlevin.com
          Andrew A. Paterson, Jr.   on behalf of Plaintiff   Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com
          Andrew A. Paterson, Jr.   on behalf of Creditor   Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com
          Andrew A. Paterson, Jr.   on behalf of Creditor Robert  Davis aap43@outlook.com, aap43law@gmail.com
          Anthony Greene   on behalf of Creditor Da'Nean M. Brooks greenelawgroup@gmail.com, greenelawgroup@yahoo.com
          Anthony J. Kochis   on behalf of Creditor   Iron Mountain Information Management, LLC akochis@wolfsonbolton.com, stravis@wolfsonbolton.com
          Anthony J. Kochis   on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com, stravis@wolfsonbolton.com
          Anthony J. Kochis   on behalf of Attorney   Wolfson Bolton PLLC akochis@wolfsonbolton.com, stravis@wolfsonbolton.com
          Anthony James Miller   on behalf of Defendant   Toter Incorporated am@osbig.com
          Barbara A. Patek   on behalf of Plaintiff   Detroit Police Lieutenants and Sergeants Association pateklaw@gmail.com
          Barbara A. Patek   on behalf of Interested Party   Sanitary Chemists and Technicians Association pateklaw@gmail.com
          Barbara A. Patek   on behalf of Interested Party John R. Runyan pateklaw@gmail.com
          Barbara A. Patek   on behalf of Interested Party   Association of Detroit Engineers pateklaw@gmail.com
          Barbara A. Patek   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association pateklaw@gmail.com
          Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association pateklaw@gmail.com
          Barry S. Fagan   on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo bfagan@dibandfagan.com
          Benjamin Whitfield   on behalf of Interested Party Jerome  Collins benwlaw123@aol.com, bw4822@aol.com;benwlaw4822@aol.com
          Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation bbest@schaferandweiner.com, wrkyles@varnumlaw.com
          Brendan G. Best   on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com, wrkyles@varnumlaw.com
          Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com, wrkyles@varnumlaw.com
          Brian D. O'Keefe   on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Bruce Bennett   on behalf of Debtor In Possession   City of Detroit, Michigan bbennett@jonesday.com
          Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com, R47050@notify.bestcase.com;LassnerCR47050@notify.bestcase.com
          Carl F. Schier   on behalf of Defendant   Bankston Construction Inc carl@schierlaw.com
          Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com
          Carol Connor Cohen   on behalf of Plaintiff   Ambac Assurance Corporation carol.cohen@arentfox.com
          Carole Neville   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com
          Carole Neville   on behalf of Retiree Committee   Official Committee of Retirees carole.neville@dentons.com
          Caroline Turner English   on behalf of Plaintiff   Ambac Assurance Corporation caroline.english@arentfox.com
          Carolyn Beth Markowitz   on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
          Charles Bruce Idelsohn   on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com
          Charles D. Bullock   on behalf of Interested Party   Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
          Cheryl Cook   on behalf of Creditor   CitiMortgage, Inc. bknotices-edm@potestivolaw.com
          Christopher A. Grosman   on behalf of Interested Party   BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
          Christopher A. Grosman   on behalf of Creditor   Oakland County, Michigan BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
          Christopher E. McNeely   on behalf of Defendant   Great Lakes Power Inc cmcneely@mandmpc.com
          Cindy Tsai   on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
               claude.montgomery@dentons.com,docketny@dentons.com,
               carole.neville@dentons.com;sam.alberts@dentons.com
              Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of
               Detroit, Michigan claude.montgomery@dentons.com,
               carole.neville@dentons.com;sam.alberts@dentons.com
              Courtney A. Krause    on behalf of Creditor    Berkshire Hathaway Assurance Corporation
               ckrause@garanlucow.com
              Cynthia J. Haffey    on behalf of Defendant    Detroit General Retirement System Service
               Corporation haffey@butzel.com
              Cynthia J. Haffey    on behalf of Defendant    Detroit Police And Fire Retirement System Service
               Corporation haffey@butzel.com
              Dale  Price    on behalf of Creditor    Equal Employment Opportunity Commission dale.price@eeoc.gov,
               legaldt.detroit@eeoc.gov
              Daniel  Kielczewski    on behalf of Defendant    Bob Maxey Ford Inc
               dgkielczewski@abbottnicholson.com, adwilliams@abbottnicholson.com
              Daniel C. DiCicco    on behalf of Defendant    Wright Tool Co ddicicco@ahernkill.com
              David A. Lerner    on behalf of Creditor    Plunkett Cooney dlerner@plunkettcooney.com,
               nwinagar@plunkettcooney.com
              David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
               nwinagar@plunkettcooney.com
              David A. Lerner    on behalf of Defendant    Waste Management of Michigan Inc
               dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
              David E. Schwartz    on behalf of Defendant    SMART dschwartz@allardfishpc.com
              David Jonathan Cross    on behalf of Defendant    T & N Services Inc davidjonathancross@gmail.com
              David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
              David M. Blau    on behalf of Creditor    NTH Consultants, Ltd. dblau@clarkhill.com
              David M. Blau    on behalf of Defendant    Mannik & Smith Group Inc dblau@clarkhill.com
              David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
               kbilpo@seyburn.com
              Dawn R. Copley    on behalf of Interested Party    State of Michigan dcopley@dickinsonwright.com
              Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
               General dcopley@dickinsonwright.com
              Deborah  Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
               kuschj@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
               kuschj@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
               kuschj@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
               kuschj@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
               kovskyd@pepperlaw.com, kuschj@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
               kuschj@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com,
               kuschj@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
               kuschj@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com,
               kuschj@pepperlaw.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    Panning Capital Management, LP
               dfish@allardfishpc.com, allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Bronze Gable, L.L.C. dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Aurelius Capital Management, LP
               dfish@allardfishpc.com, allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    Aurelius Capital Management, LP
               dfish@allardfishpc.com, allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Monarch Alternative Capital LP
               dfish@allardfishpc.com, allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    BlueMountain Capital Management, LLC
               dfish@allardfishpc.com, allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    Stone Lion Capital Partners L.P.
               dfish@allardfishpc.com, allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Stone Lion Capital Partners L.P.
               dfish@allardfishpc.com, allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    Bronze Gable, L.L.C. dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
               dfish@allardfishpc.com, allardfishpc@yahoo.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Deborah L. Fish on behalf of Interested Party Panning Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Intervenor-Defendant Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com
- Dirk H. Beckwith on behalf of Defendant Detroit Retirement Systems Funding Trust 2005 dbeckwith@fosterswift.com
- Dirk H. Beckwith on behalf of Defendant Wilmington Trust, N.A. dbeckwith@fosterswift.com
- Dirk H. Beckwith on behalf of Defendant U.S. Bank, N.A. dbeckwith@fosterswift.com
- Dirk H. Beckwith on behalf of Defendant Detroit Retirement Systems Funding Trust 2006 dbeckwith@fosterswift.com
- Donald G. McGuigan, II on behalf of Interested Party Mario's Restaurant, Inc. don@mcguiganlaw.com
- Doron Yitzchaki on behalf of Defendant Hesco Hamlett Engineering Sales Company DYitzchaki@dickinsonwright.com
- Douglas Steele on behalf of Interested Party International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com
- Douglas C. Bernstein on behalf of Interested Party Community Foundation for Southeast Michigan dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party The Fred A. and Barbara M. Erb Family Foundation dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party Hudson-Webber Foundation dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party W.K. Kellogg Foundation dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party Max M. and Marjorie S. Fisher Foundation dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party The Ford Foundation dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party Charles Stewart Mott Foundation dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party William Davidson Foundation dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party McGregor Fund dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
- Douglas C. Bernstein on behalf of Defendant 1 Way Service Inc dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
- Douglas C. Bernstein on behalf of Defendant Examworks Inc dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party A. Paul and Carol C. Schaap Foundation dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
- Elizabeth A. Ferguson on behalf of Respondent Daniel J Salkowski lizferguson@lawofficeseaferguson.com
- Elizabeth A. Ferguson on behalf of Respondent Jeffrey Hamm lizferguson@lawofficeseaferguson.com
- Elizabeth A. Ferguson on behalf of Respondent Richard Makulski lizferguson@lawofficeseaferguson.com
- Elizabeth A. Ferguson on behalf of Creditor Kim Lamar Spicer lizferguson@lawofficeseaferguson.com
- Elliot G. Crowder on behalf of Defendant W C Ducomb Co ecrowder@sbplclaw.com, lhaas@sbplclaw.com
- Elliot G. Crowder on behalf of Interested Party Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com
- Eric B. Gaabo on behalf of Defendant City of Detroit gaabe@detroitmi.gov,raimic@detroitmi.gov
- Eric B. Gaabo on behalf of Debtor In Possession City of Detroit, Michigan gaabe@detroitmi.gov
- Eric D. Carlson on behalf of Debtor In Possession City of Detroit, Michigan carlson@millercanfield.com, brashier@millercanfield.com
- Erika B. Hart on behalf of Defendant OAS Group Inc ehart@tauntlaw.com, sdewitte@tauntlaw.com;ksmith@tauntlaw.com
- Ethan D. Dunn on behalf of Defendant Hercules & Hercules Inc bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com;bankruptcy.mdplc@gmail.com
- Evan A. Burkholder on behalf of Respondent JE Associates evan.burkholder@leclairryan.com, evan.burkholder@gmail.com
- Evan A. Burkholder on behalf of Defendant J E Associates Inc evan.burkholder@leclairryan.com, evan.burkholder@gmail.com
- Frank J. Guadagnino on behalf of Creditor Aetna Health and Life Insurance Company fguadagnino@mcguirewoods.com, rhotaling@clarkhillthorpreed.com
- Gerald Rosen efile_rosen@mied.uscourts.gov
- Gordon J. Toering on behalf of Defendant EJ USA Inc gtoering@wnj.com
- Gordon J. Toering on behalf of Defendant Valley Truck Parts Inc gtoering@wnj.com
- H. Nathan Resnick on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net, jblock@resnicklaw.com
- H. Nathan Resnick on behalf of Defendant Bauer & Hunter PLLC hnresnick@resnicklaw.net, jblock@resnicklaw.com
- H. Nathan Resnick on behalf of Interested Party Resnick & Moss, P.C. hnresnick@resnicklaw.net, jblock@resnicklaw.com
- Harvey R. Weingarden on behalf of Interested Party Retired Detroit Police and Fire Fighers Association hweingarden@lippittokeefe.com, jdobrzycki@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Harvey R. Weingarden    on behalf of Interested Party    Detroit Retired City Employees Association
               hweingarden@lippittokeefe.com, jdobrzycki@lippittokeefe.com
              Heather Lennox    on behalf of Attorney    Jones Day hlennox@jonesday.com, tastachura@JonesDay.com
              Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
               hlennox@jonesday.com, tastachura@JonesDay.com
              Heather Lennox    on behalf of Interested Party    Christie's, Inc. hlennox@jonesday.com,
               tastachura@JonesDay.com
              Heather Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com,
               tastachura@JonesDay.com
              Heather Lennox    on behalf of Interested Party    Miller Buckfire & Co., LLC hlennox@jonesday.com,
               tastachura@JonesDay.com
              Heidi Peterson    hdpeterson75@gmail.com
              Howard Yale Lederman    on behalf of Creditor Ernest    Flagg hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
              Howard Yale Lederman    on behalf of Creditor Brian    Greene hlederman@normanyatooma.com
              Irma Industrious    on behalf of Creditor Irma    Industrious iindustrious@yahoo.com
              J. Paul Sugameli    on behalf of Defendant    Farrow Group Inc psugameli@sugamelilaw.com
              Jaimee Lauren Witten    on behalf of Defendant    Investment Committee of the Police and Fire
               Retirement System of the City of Detroit jwitten@bodmanlaw.com
              James Pelland    on behalf of Defendant    Metco Services Inc jpelland@fb-firm.com,
               psugars@fb-firm.com
              James Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
               james.sprayregen@kirkland.com
              James Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
               james.sprayregen@kirkland.com
              James Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
               james.sprayregen@kirkland.com
              James J. Hayes    on behalf of Defendant    Alexander Chemical Corp attyjjhayes@gmail.com
              James S. Craig    on behalf of Creditor Marvin    Seales J.Craig@Fiegerlaw.com
              Jamie Scott Fields    on behalf of Creditor Jamie    Fields jeansartre@msn.com
              Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association
               jeansartre@msn.com
              Jayson Ruff    on behalf of Interested Party    Syncora Holdings Ltd. jruff@mcdonaldhopkins.com
              Jayson Ruff    on behalf of Interested Party    Syncora Capital Assurance Inc.
               jruff@mcdonaldhopkins.com
              Jayson Ruff    on behalf of Interested Party    Syncora Guarantee Inc. jruff@mcdonaldhopkins.com
              Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
              Jeffrey S. Kopp    on behalf of Debtor In Possession    City of Detroit, Michigan jkopp@foley.com
              Jerome D. Goldberg    on behalf of Plaintiff John    Smith apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    National Action Network--Michigan Chapter
               apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Nicole    Hill apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Rosalyn    Parham apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Michigan Welfare Rights Organization
               apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Scott    Eubank apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Rosalyn    Walker apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Janice    Ward apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Peoples Water Board apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Moratorium Now! apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff John    Jackson apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Tammika    Williams apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Interested Party Jerome    Moore apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Sylvia    Taylor apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Creditor David    Sole apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Maurika    Lyda apclawyer@sbcglobal.net
              Jimmylee Gray    on behalf of Defendant    Ampro Construction LLC j.gray50@comcast.net
              Jimmylee Gray    on behalf of Defendant    Uniglobe Construction Co j.gray50@comcast.net
              Jimmylee Gray    on behalf of Defendant    Kingsway Building & Maintenance j.gray50@comcast.net
              John Rhoades    on behalf of Interested Party    Pike Pointe Holdings, LLC jrhoades@dykema.com
              John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
              John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               jstevens@mathesonparr.com, nlmumma@aol.com
              John Adam Behrendt    on behalf of Plaintiff    Gotham Motown Recovery, LLC abehrendt@bodmanlaw.com,
               jgateman@bodmanlaw.com
              John C. Lange    on behalf of Creditor    Detroit Public Library jlange@glmpc.com
              John D. Mulvihill    on behalf of Attorney John Mulvihill Law Office Of John D. Mulvihill Pllc
               jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
              John D. Mulvihill    on behalf of Defendant    Agar Lawn Sprinkler Systems Inc
               jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
              John D. Mulvihill    on behalf of Debtor In Possession    City of Detroit, Michigan
               jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
              John D. Mulvihill    on behalf of Creditor    Agar Lawn Sprinkler Systems Inc
               jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
              John G. Colucci    on behalf of Respondent    General Shale Brick, Inc. coluccilawfirm@gmail.com
              John G. Colucci    on behalf of Creditor    General Shale Brick, Inc. coluccilawfirm@gmail.com
              John H. Willems    on behalf of Debtor In Possession    City of Detroit, Michigan
               willems@millercanfield.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        John P. Kapitan   on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com, mitrottlaw@ecf.courtdrive.com

        John R. Canzano   on behalf of Creditor   Michigan Building and Construction Trades Council jcanzano@michworkerlaw.com, office@michworkerlaw.com

        Jonathan S. Green   on behalf of Interested Party   Miller, Canfield, Paddock and Stone, PLC green@millercanfield.com

        Jonathan S. Green   on behalf of Defendant Michael  Duggan, Mayor green@millercanfield.com

        Jonathan S. Green   on behalf of Defendant   City of Detroit green@millercanfield.com

        Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan green@millercanfield.com

        Jonathan S. Green   on behalf of Defendant Michael  Hall green@millercanfield.com

        Jonathan S. Green   on behalf of Defendant   City of Detroit, Michigan green@millercanfield.com

        Jong-Ju Chang   on behalf of Creditor   Oakland County, Michigan jchang@dykema.com, dkelley@dykema.com;docket@dykema.com

        Jong-Ju Chang   on behalf of Interested Party   City of Detroit, Water and Sewerage Department jchang@dykema.com, dkelley@dykema.com;docket@dykema.com

        Joseph M. Fischer   on behalf of Creditor   Oakland County, Michigan brcy@carsonfischer.com, jfischer@carsonfischer.com

        Joseph R. Sgroi   on behalf of Creditor   Ivey & Associates LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Olympia Office Building, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Country West Apartments, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor Aziz & Lorna  Abraham jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   3100 East Jefferson, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Seven Mile Holdings, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Pont Solutions, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Gekko Enterprises LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Interested Party   Detroit Institute of Arts jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Lynch Road Land L.L.C. jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Koehler Market LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Interested Party   CW Professional Services, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Imperial Manor House, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Stanne Consulting, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Taggart Technologies LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Enforcement Technology, Inc. jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   4737 Conner Co., LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Atwater Group jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor Aziz N. Abraham jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Kennedy Square Garage LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Delbruck Technology, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   136 Bagley LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   WC Hoover Investments, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Skyline Partners LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Seven Mile Partners, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Magnolia Properties, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Abraham & Potestivo, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Arrow Uniform Rental, Inc. jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   LDM, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Chene Square, LLC jsgroi@honigman.com, litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

         Joseph R. Sgroi   on behalf of Interested Party Michael  Duggan, Mayor jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    Country House Apartments jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Interested Party    Greektown Casino, LLC jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    MICMR, LLC jsgroi@honigman.com,   litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    Detroit Thermal, LLC jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    Bean Little Investments, LLC jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    441 E. Larned LLC jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    3250 Associated LLC jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    Sunrise Parking LLC jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Attorney L. Katie Mason jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    Tower Defense & Aerospace, LLC jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    Blenheim Building, LLC jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    Olympia Development of Michigan LLC jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    Mound Road Enterprises L.L.C. jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    Singent Consulting LLC jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    TC Manor House, LLC jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    Cass Community Social Services, Inc. jsgroi@honigman.com,   litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    Columbia Parking LLC jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    Elizabeth Street Properties, LLC jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    VITEC, L.L.C. jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    Compuware Corporation jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    Oakland Plant Properties, LLC jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    Parkrite Holdings LLC jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    Linwood Neighbors LLC jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Interested Party    Sigma Associates, LLC jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    Fox Parking Garage, LLC jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    TSD Solutions LLC jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    Cathedral Owner LLC jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Interested Party    Compuware Corporation jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    440 Congress LLC jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    Regency Owner LLC jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Interested Party    Detroit Entertainment, LLC jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    Mack Avenue Investors LLC jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    120 W. Montcalm Properties LLC jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    Riverfront Towers Holdings LLC jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Interested Party    General Motors LLC jsgroi@honigman.com, litdocket@honigman.com
         Joseph R. Sgroi   on behalf of Creditor    5801 Southfield Service Drive Corp. jsgroi@honigman.com, litdocket@honigman.com
         Joshua  Wheelock    on behalf of Creditor Thomas M. Nunley jwheelock@wheelocklegal.com, joshwheelock@hotmail.com
         Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc. jgadharf@mcdonaldhopkins.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd. jgadharf@mcdonaldhopkins.com
Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
Judith Greenstone Miller    on behalf of Defendant    Election Systems & Software jmiller@jaffelaw.com, dgoldberg@jaffelaw.com
Julie Beth Teicher    on behalf of Plaintiff    Detroit Police Lieutenants and Sergeants Association jteicher@ermanteicher.com
Julie Beth Teicher    on behalf of Attorney    Erman, Teicher, Zucker & Freedman, P.C. jteicher@maddinhauser.com
Karen E. Evangelista    on behalf of Creditor Karen    Evangelista, Chapter 7 Trustee brewera1008@yahoo.com, EvangelistaKR89641@notify.bestcase.com
Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association Avery@SilvermanMorris.com
Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association Avery@SilvermanMorris.com
Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan kressk@pepperlaw.com
Kenneth B. Vance    on behalf of Defendant    Z Contractors Inc kbvance@comcast.net, kbvance01@gmail.com
Kevin Erskine    on behalf of Interested Party    United States of America kevin.erskine@usdoj.gov, Karen.Ducharme@usdoj.gov;Michele.Gangler@usdoj.gov;Sandra.Delozier@usdoj.gov;CaseView.ECF@usdoj.gov
Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, ccook@dflaw.com
Kimberly Gibbs    on behalf of Defendant    Futurenet Group Inc kgibbsesq@yahoo.com
Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
Kristin K. Going    on behalf of Creditor    Wilmington Trust, N.A. kgoing@mwe.com, dnorthrop@mwe.com
Kristin K. Going    on behalf of Creditor    Wilmington Trust Company, N.A. kgoing@mwe.com, dnorthrop@mwe.com
Kurt Thornbladh    on behalf of Plaintiff Nicole    Hill kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Scott    Eubank kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff    National Action Network--Michigan Chapter kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Maurika    Lyda kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Sylvia    Taylor kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Rosalyn    Walker kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Rosalyn    Parham kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff    Michigan Welfare Rights Organization kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Janice    Ward kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff John    Smith kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff Tammika    Williams kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
Kurt Thornbladh    on behalf of Plaintiff John    Jackson kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
L. Nichole Hunter    on behalf of Creditor    Public Lighting Authority nhunter@alglawpc.com
Lawrence A. Lichtman    on behalf of Creditor    660 Woodward Associates, LLC llichtman@honigman.com, litdocket@honigman.com
Lisa Hill Fenning    on behalf of Attorney Lisa S. Blatt Lisa.Fenning@aporter.com
M. Ellen Dennis    on behalf of Creditor Ben    McKenzie, Jr. m.ellen.dennis@gmail.com, dwhadden@umich.edu
Marc N. Swanson    on behalf of Defendant Michael    Hall swansonm@millercanfield.com
Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan swansonm@millercanfield.com
Marc N. Swanson    on behalf of Interested Party    City of Detroit, Michigan swansonm@millercanfield.com
Marc N. Swanson    on behalf of Defendant    City of Detroit swansonm@millercanfield.com
Marc N. Swanson    on behalf of Defendant Michael    Duggan, Mayor swansonm@millercanfield.com
Marc N. Swanson    on behalf of Defendant    City of Detroit, Michigan swansonm@millercanfield.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Marc N. Swanson on behalf of Defendant Detroit City Council swansonm@millercanfield.com
- Marcy J. Ford on behalf of Creditor Bank of America, N.A. easternecf@trottlaw.com, mitrottlaw@ecf.courtdrive.com
- Marguerite Hammerschmidt on behalf of Interested Party Haas & Goldstein P.C. admin@hammer-stick.com
- Marie Garian on behalf of Defendant ABC Demolition Co Inc Garianlaw@yahoo.com
- Mark Wasvary on behalf of Creditor Hyde Park Co-Operative, et al. mark@wasvarylaw.com
- Mark Wasvary on behalf of Creditor Plymouth Square Ltd. Housing Association mark@wasvarylaw.com
- Mark A. Angelov on behalf of Plaintiff Ambac Assurance Corporation mark.angelov@arentfox.com
- Mark B. Berke on behalf of Defendant Birks Works Environmental LLC mberkelaw@gmail.com
- Mark H. Shapiro on behalf of Creditor Nuveen Asset Management shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mark H. Shapiro on behalf of Interested Party The Securities Industry and Financial Markets Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mark H. Shapiro on behalf of Creditor BlackRock Financial Management, Inc. shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mark H. Shapiro on behalf of Interested Party Greenhill & Co., LLC shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mark Howard Cousens on behalf of Creditor Amalgamated Transit Union Local 26 cousens@cousenslaw.com
- Mark L. McAlpine on behalf of Other Professional McAlpine PC mlmcalpine@mcalpinelawfirm.com, dajaworski@mcalpinepc.com
- Mark R. James on behalf of Interested Party Financial Guaranty Insurance Company mrj@wwrplaw.com
- Mark R. James on behalf of Creditor Financial Guaranty Insurance Company mrj@wwrplaw.com
- Mark S. Frankel on behalf of Defendant Tooles Contracting Group LLC mfrankel@couzens.com
- Mark S. Frankel on behalf of Defendant Motor City Pipe & Supply Co mfrankel@couzens.com
- Mark S. Frankel on behalf of Interested Party Tooles Contracting Group LLC mfrankel@couzens.com
- Mark S. Frankel on behalf of Plaintiff The Police and Fire Retirement System of the City of Detroit mfrankel@couzens.com
- Marshall J. Widick on behalf of Interested Party Service Employees International Union, Local 517M mwidick@michlabor.legal
- Marshall J. Widick on behalf of Creditor Devery Jones mwidick@michlabor.legal
- Marshall J. Widick on behalf of Creditor Bruce Goldman mwidick@michlabor.legal
- Marshall J. Widick on behalf of Creditor Michael Wells mwidick@michlabor.legal
- Marshall J. Widick on behalf of Creditor Mary Whitson mwidick@michlabor.legal
- Marshall J. Widick on behalf of Creditor Robbie Lee Flowers mwidick@michlabor.legal
- Marshall J. Widick on behalf of Creditor Mary Washington mwidick@michlabor.legal
- Marshall J. Widick on behalf of Creditor Detroit Police Command Officers Association mwidick@michlabor.legal
- Marshall J. Widick on behalf of Interested Party International Union of Operating Engineers, Local 324 mwidick@michlabor.legal
- Marshall J. Widick on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 mwidick@michlabor.legal
- Marshall S. Huebner on behalf of Creditor Merrill Lynch Capital Services, Inc. bankrout@davispolk.com
- Mary Beth Cobbs on behalf of Debtor In Possession City of Detroit, Michigan cobbm@detroitmi.gov, mbcobbs@flash.net
- Mary Beth Cobbs on behalf of Interested Party Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net
- Mary Beth Cobbs on behalf of Interested Party City of Detroit Law Department cobbm@detroitmi.gov, mbcobbs@flash.net
- Mary Kay Shaver on behalf of Creditor Varnum LLP mkshaver@varnumlaw.com
- Matthew Schneider on behalf of Interested Party State of Michigan SchneiderM7@michigan.gov
- Matthew Troy on behalf of Interested Party United States of America matthew.troy@usdoj.gov
- Matthew Wilkins on behalf of Defendant Electronic Data Systems Corporation wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Retiree Committee Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Intervenor-Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew D. Harper on behalf of Interested Party City of Detroit Water and Sewerage Department mdharper@eastmansmith.com
- Matthew Gernet Summers on behalf of Creditor Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com, heilmanl@ballardspahr.com
- Matthew Gernet Summers on behalf of Creditor FMS Wertmanagement summersm@ballardspahr.com, heilmanl@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
           summersm@ballardspahr.com, heilmanl@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
           summersm@ballardspahr.com, heilmanl@ballardspahr.com
          Matthew Joseph Hoffer    on behalf of Creditor    H.D.V. Greektown, LLC matt@bradshaferlaw.com,
           info@bradshaferlaw.com
          Matthew Joseph Hoffer    on behalf of Creditor    415 East Congress, LLC matt@bradshaferlaw.com,
           info@bradshaferlaw.com
          Matthew Joseph Hoffer    on behalf of Creditor    K&P, Incorporated matt@bradshaferlaw.com,
           info@bradshaferlaw.com
          Max J. Newman    on behalf of Interested Party    Wayne County Corporation newman@butzel.com
          Max J. Newman    on behalf of Defendant    Motor City Electric Technologies Inc newman@butzel.com
          Max J. Newman    on behalf of Defendant    Fort Wayne Contracting Inc newman@butzel.com
          Max J. Newman    on behalf of Defendant    Imperial Construction Co newman@butzel.com
          Max J. Newman    on behalf of Defendant    Detroit Thermal, LLC newman@butzel.com
          Max J. Newman    on behalf of Defendant    L D' Agostini & Sons Inc newman@butzel.com
          Max J. Newman    on behalf of Defendant    C E Pollard Company newman@butzel.com
          Megan Boelstler    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
           mbb@legghioisrael.com, smith@legghioisrael.com
          Michael Benkstein    on behalf of Creditor Derrez  Payne mbenkstein@joumanakayrouz.com
          Michael A. Stevenson    on behalf of Defendant    Clark Associates Inc mstevenson@sbplclaw.com,
           rschultz@sbplclaw.com
          Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
          Michael Anthony Karman    on behalf of Creditor    Fountain Court Consumer Housing Cooperative
           makarmanesq@gmail.com
          Michael H. Perry    on behalf of Defendant    Fraser Trebilcock Davis & Dunlap PC
           mperry@fraserlawfirm.com
          Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
          Michael R. Bell    on behalf of Interested Party    State of Michigan, Department of Attorney
           General BellM1@michigan.gov
          Michael R. Bell    on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
          Michael Robert Wolin    on behalf of Defendant    Systems & Software Inc mike@tishlaw.com
          Michael T. Brown    on behalf of Creditor    Detroit Water and Sewerage Department
           mbrown@kaalaw.com, mbrownkaa@ecf.courtdrive.com
          Michael T. Brown    on behalf of Respondent    Wayne County Treasurer mbrown@kaalaw.com,
           mbrownkaa@ecf.courtdrive.com
          My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
           mao-bk-ecf@debevoise.com
          Nabih H. Ayad    on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP
           ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
          Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
          Neil Matthew Berger    on behalf of Plaintiff    City of Detroit, Michigan dperson@teamtogut.com,
           dcahir@teamtogut.com, seratner@teamtogut.com;neilberger@teamtogut.com;bmoore@teamtogut.com
          Neil R. Sherman    on behalf of Creditor    Flagstar Bank, FSB nsherman@sspclegal.com,
           stremonti1@sspclegal.com
          Neil R. Sherman    on behalf of Interested Party    CitiMortgage, Inc. nsherman@sspclegal.com,
           stremonti1@sspclegal.com
          Neil R. Sherman    on behalf of Interested Party    Schneiderman and Sherman, P.C.
           nsherman@sspclegal.com, stremonti1@sspclegal.com
          Neil R. Sherman    on behalf of Interested Party    Kondaur Capital Corporation
           nsherman@sspclegal.com, stremonti1@sspclegal.com
          Niraj R. Ganatra    on behalf of Attorney    UAW - Solidarity House Nganatra@uaw.net
          Noel J. Ravenscroft    on behalf of Defendant    Investment Committee of the Police and Fire
           Retirement System of the City of Detroit NRavenscroft@bodmanlaw.com,
           ravenscroftn@ecf.courtdrive.com
          Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
           mkisell@plunkettcooney.com
          Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan
           pmears@btlaw.com
          Patrick W. Carothers    on behalf of Defendant    Carmeuse Lime Inc pcarothers@leechtishman.com,
           bankruptcy@leechtishman.com;ghauswirth@leechtishman.com;dtomko@leechtishman.com
          Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
           phage@jaffelaw.com, gshaw@jaffelaw.com
          Paul R. Hage    on behalf of Defendant    Inland Waters Pollution Control Inc. phage@jaffelaw.com,
           gshaw@jaffelaw.com
          Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation
           phage@jaffelaw.com, gshaw@jaffelaw.com
          Paul R. Hage    on behalf of Defendant    Election Systems & Software phage@jaffelaw.com,
           gshaw@jaffelaw.com
          Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
          Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of
           Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Paula A. Hall on behalf of Retiree Committee Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Peter D. Dechiara on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
- Peter Paul Sudnick on behalf of Attorney Peter P. Sudnick psudnick@sudnicklaw.com, psudnick13@gmail.com
- Ralph A. Taylor on behalf of Plaintiff Ambac Assurance Corporation ralph.taylor@arentfox.com
- Ralph E. McDowell on behalf of Counter-Claimant Investment Committee of the Police and Fire Retirement System of the City of Detroit rmcdowell@bodmanlaw.com
- Ralph E. McDowell on behalf of Defendant Investment Committee of the Police and Fire Retirement System of the City of Detroit rmcdowell@bodmanlaw.com
- Raymond Guzall, III on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
- Raymond Guzall, III on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
- Richard A. Roble (UST) on behalf of U.S. Trustee Andrew R. Vara Richard.A.Roble@usdoj.gov
- Richard A. Roble (UST) on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
- Richard G. Mack, Jr. on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Richard Mack richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Interested Party 1983 Claimants richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Coalition of Detroit Unions richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
- Richardo I. Kilpatrick on behalf of Creditor Detroit Water and Sewerage Department ecf@kaalaw.com, Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;dgomez@kaalaw.com
- Richardo I. Kilpatrick on behalf of Interested Party City of Detroit, Water and Sewerage Department ecf@kaalaw.com, Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;dgomez@kaalaw.com
- Richardo I. Kilpatrick on behalf of Interested Party City of Detroit Water and Sewerage Department ecf@kaalaw.com, Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;dgomez@kaalaw.com
- Robert Darnell on behalf of Interested Party United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
- Robert Fetter on behalf of Interested Party Local 3308 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert Fetter on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert Fetter on behalf of Interested Party Local 917 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert A. Weisberg on behalf of Counter-Claimant Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
- Robert A. Weisberg on behalf of Defendant Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
- Robert A. Weisberg on behalf of Creditor Oakland County, Michigan BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
- Robert J. Figa on behalf of Defendant D A Central Inc RFiga@Comlawone.com
- Robert J. Figa on behalf of Defendant Vancon Inc RFiga@Comlawone.com
- Robert N. Bassel on behalf of Interested Party Lasalle Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
- Robert N. Bassel on behalf of Interested Party Lafayette Town Houses, Inc. bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
- Robert N. Bassel on behalf of Interested Party Joliet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
- Robert N. Bassel on behalf of Interested Party Nicolet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
- Robert N. Bassel on behalf of Interested Party St. James Cooperative bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
- Robert S. Hertzberg on behalf of Defendant Michael Jamison hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Plaintiff City of Detroit hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Debtor In Possession City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Robert S. Hertzberg    on behalf of Interested Party    Pepper Hamilton LLP
 hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Defendant John   Naglik hertzbergr@pepperlaw.com,
 kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Defendant John   Naglick hertzbergr@pepperlaw.com,
 kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com,
 kuschj@pepperlaw.com
Robert S. Hertzberg    on behalf of Defendant Cheryl    Johnson hertzbergr@pepperlaw.com,
 kuschj@pepperlaw.com
Ronald A. Spinner    on behalf of Defendant    City of Detroit, Michigan spinner@millercanfield.com
Ronald A. Spinner    on behalf of Debtor In Possession    City of Detroit, Michigan
 spinner@millercanfield.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
 ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
 maureen.mccarthy@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
 ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
 ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
 ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
 Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
Sara   Rajan    on behalf of Defendant    Camden Insurance Agency Inc srajan@starkreagan.com
Scott A. Wolfson    on behalf of Defendant    Detroit Advanced Technology Application Network
 swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com
Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
 david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
 stravis@wolfsonbolton.com
Scott Eric Ratner    on behalf of Debtor In Possession    City of Detroit, Michigan
 dperson@teamtogut.com
Scott Eric Ratner    on behalf of Defendant    Detroit Thermal, LLC dperson@teamtogut.com
Scott Eric Ratner    on behalf of Plaintiff    City of Detroit, Michigan dperson@teamtogut.com
Scott M. Watson    on behalf of Creditor    UBS AG swatson@wnj.com
Sean M. Cowley (UST)    on behalf of U.S. Trustee Andrew R. Vara    Sean.cowley@usdoj.gov
Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott    Sean.cowley@usdoj.gov
Shanna Marie Kaminski    on behalf of Interested Party    City of Detroit Water and Sewerage
 Department , wrkyles@varnumlaw.com
Shanna Marie Kaminski    on behalf of Defendant    Detroit Water and Sewerage Department ,
 wrkyles@varnumlaw.com
Shannon L. Deeby    on behalf of Interested Party    General Retirement System of the City of
 Detroit sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Defendant    Eastern Oil Co sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Interested Party    Police and Fire Retirement System of the City
 of Detroit sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Defendant    Dell Computer Corporation sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Defendant    J Ranck Electric Inc sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Defendant    Camp Dresser & McKee sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Creditor    Governing Board of the City of Detroit Employee
 Benefit Plan sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Defendant    CDM Michigan Inc sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
 Detroit sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Defendant    Prevost Parts/Prevost Car Inc. sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Defendant    David Wm Ruskin sdeeby@clarkhill.com
Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
 sdeeby@clarkhill.com
Sheldon S. Toll    on behalf of Interested Party    Detroit Windsor Tunnel, LLC sst@lawtoll.com
Sheryl L. Toby    on behalf of Interested Party    Health Alliance Plan of Michigan
 stoby@dykema.com, dguerrero@dykema.com
Stacey L. Heinonen    on behalf of Creditor Larentinna   Goudy sheinonen@855mikewins.com,
 staceyheinonen@yahoo.com
Stanley I. Okoli    on behalf of Creditor Shelton    Bell, Jr. sokoli@romanolawpllc.com,
 dblake@romanolawpllc.com, dromano@romanolawpllc.com
Stanley I. Okoli    on behalf of Creditor Michael    McKay sokoli@romanolawpllc.com,
 dromano@romanolawpllc.com
Stanley I. Okoli    on behalf of Creditor James    Williams sokoli@romanolawpllc.com,
 dromano@romanolawpllc.com
Stanley L. de Jongh    on behalf of Interested Party    City of Detroit Law Department
 jongsl@detroitmi.gov
Stanley L. de Jongh    on behalf of Debtor In Possession    City of Detroit, Michigan
 jongsl@detroitmi.gov
Stephanie Lee Arndt    on behalf of Interested Party Desmond    Ricks s.arndt@fiegerlaw.com,
 s.teal@fiegerlaw.com
Stephanie Lee Arndt    on behalf of Interested Party    Thomas Sandusky, Personal Representative of
 Estate of Hal Sandusky s.arndt@fiegerlaw.com, s.teal@fiegerlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Stephanie Lee Arndt    on behalf of Creditor Steven  Wolak s.arndt@fiegerlaw.com,
           s.teal@fiegerlaw.com
          Stephanie Lee Arndt    on behalf of Interested Party Desire'a  Ricks s.arndt@fiegerlaw.com,
           s.teal@fiegerlaw.com
          Stephanie Lee Arndt    on behalf of Interested Party Akilah  Cobb s.arndt@fiegerlaw.com,
           s.teal@fiegerlaw.com
          Stephen  Wolpert    on behalf of Creditor   Macomb County stephen.wolpert@dechert.com
          Stephen M. Gross    on behalf of Plaintiff   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen S. LaPlante    on behalf of Defendant   City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Plaintiff   City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Defendant   Detroit City Council laplante@millercanfield.com,
           skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Debtor In Possession   City of Detroit, Michigan
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Interested Party   Detroit Institute of Arts
           laplante@millercanfield.com, skoczylas@millercanfield.com
          Steven B. Flancher    on behalf of Interested Party   State of Michigan flanchers@michigan.gov
          Steven G. Howell    on behalf of Interested Party   State of Michigan showell@dickinsonwright.com
          Steven G. Howell    on behalf of Interested Party   State of Michigan, Department of Attorney
           General showell@dickinsonwright.com
          Stuart A. Gold    on behalf of Defendant   Federal Pipe & Supply Inc sgold@glmpc.com
          Stuart A. Gold    on behalf of Creditor   Detroit Public Library sgold@glmpc.com
          Stuart A. Gold    on behalf of Defendant   Binkelman Corp. sgold@glmpc.com
          Susheel  Kirpalani    on behalf of Plaintiff   Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
          Susheel  Kirpalani    on behalf of Interested Party   Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
          Suzanne L. Wahl    on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com,
           mosullivan@schiffhardin.com;edocket@schiffhardin.com
          Tamar  Dolcourt    on behalf of Debtor In Possession   City of Detroit, Michigan
           tdolcourt@foley.com
          Thomas R. Morris    on behalf of Plaintiff   Detroit Retired City Employees Association
           morris@silvermanmorris.com, dlatus@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
           dlatus@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
           dlatus@silvermanmorris.com
          Thomas R. Morris    on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
           morris@silvermanmorris.com, dlatus@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party   Retired Detroit Police and Fire Fighers
           Association morris@silvermanmorris.com, dlatus@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
           dlatus@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party   Detroit Retired City Employees Association
           morris@silvermanmorris.com, dlatus@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
           dlatus@silvermanmorris.com
          Timothy A. Fusco    on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Debtor In Possession   City of Detroit, Michigan
           fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Defendant   City of Detroit, Michigan fusco@millercanfield.com
          Todd W. Grant    on behalf of Defendant   Waterworks Systems & Equipment tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant   E L Bailey & Co Inc tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant   North-West Trading Co tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant   Clarks Construction tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant   Blue Star Inc tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant   KEO and Associates Inc. tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Vanessa G. Fluker    on behalf of Interested Party   Center for Community Justice and Advocacy
           vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
          Wendy Turner Lewis    on behalf of Defendant   Pyratech Security Systems Inc wtlewis@ameritech.net
          William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
          William J. Barrett    on behalf of Defendant   Genuine Parts Company william.barrett@bfkn.com
          William Norman Listman    on behalf of Interested Party   Southeastern Oakland County Water
           Authority wlistman@dbsattorneys.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          William W. Kannel    on behalf of Creditor    Ad Hoc Bondholder Committee wkannel@mintz.com
          William W. Kannel    on behalf of Creditor    Fidelity Management & Research Company
       wkannel@mintz.com
          Yuliy  Osipov    on behalf of Defendant    Toter Incorporated yotc_ecf@yahoo.com,
       yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party Gary  Segatti yotc_ecf@yahoo.com,
       yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party    Michigan Property Tax Relief, LLC
       yotc_ecf@yahoo.com,  yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Defendant    Capp, Inc. yotc_ecf@yahoo.com,
       yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Defendant    Capp USA yotc_ecf@yahoo.com,
       yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
       yo_ecf@osbig.com;tc_ecf@osbig.com
          Yuliy  Osipov    on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com,
       yo_ecf@osbig.com;tc_ecf@osbig.com
          TOTAL: 562