Form:def2

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

*13251* − Motion for Stay Pending District Court Proceedings, Filed by Creditor Darryl Cain (ckata)

Notice to Respondent Missing and Proof of Service Missing.

is defective as indicated:

- ☐ Acceptable List of Creditors Missing
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Amended Document Missing or Non−Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application for Individuals to Pay the Filing Fee in Installments Missing or Non−Compliant
- ☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non−Compliant
- ☐ Bankruptcy Petition Cover Sheet Missing or Non−Compliant
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief Missing
- ☐ Certificate of Exigent Circumstances−Credit Counseling Waiver Missing
- ☐ Chapter 13 Plan is Non−Compliant
- ☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non−Compliant (To be filed with corrected document in its entirety as one PDF)
- ☐ Docket or Proof of Claim Number Missing
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)
- ☐ List of 20 Largest Unsecured Creditors Missing
- ☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing
- ☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing
- ☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing
- ☐ Notice of Objection to Claim Missing or Non−Compliant

- ☐ Notice of Special Appearance (LBR 9010−1(c)) Missing or Non−Compliant
- ☑ Notice to Respondent Missing or Non−Compliant
- ☐ Original Signature Missing or Non−Compliant
- ☐ Petition Non−Compliant (To be filed in its entirety)
- ☑ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order Missing
- ☐ Redacted Document Missing or Non−Compliant
- ☐ Statement of Attorney for Debtors 2016b LBR 9010−1c Missing or Non−Compliant
- ☐ Statement of Corporate Ownership Missing
- ☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 3/6/20

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                              Case No. 13-53846-tjt
City of Detroit, Michigan                                           Chapter 9
       Debtor                 CERTIFICATE OF NOTICE
```

District/off: 0645-2          User: ckata             Page 1 of 14            Date Rcvd: Mar 06, 2020
                              Form ID: def2           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2020.
22777088          Darryl Cain #351791,    Oaks Correctional Facility,   1500 Caberfae Highway,
                  Manistee, MI 49660-9200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust              Andrew R. Vara
                 Deutsche Bank AG, London
                                                                              TOTALS: 2, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2020 at the address(es) listed below:
              Albert   Togut    on behalf of Plaintiff   City of Detroit, Michigan neilberger@teamtogut.com,
               apirraglia@teamtogut.com,Jberman@teamtogut.com,dperson@teamtogut.com,dcahir@teamtogut.com,
               adeering@teamtogut.com,srobinson@teamtogut.com
              Albert   Togut    on behalf of Debtor In Possession   City of Detroit, Michigan
               dperson@teamtogut.com
              Alfredo R. Perez    on behalf of Creditor   Financial Guaranty Insurance Company
               alfredo.perez@weil.com,kelly.diblasi@weil.com,dana.kaufman@weil.com,brian.wells@weil.com
              Alice Bonita Jennings    on behalf of Plaintiff John  Smith ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff   Peoples Water Board
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Sylvia  Taylor ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Walker ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Tammika  Williams ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff John  Jackson ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Janice  Ward ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff   Moratorium Now! ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff   National Action Network--Michigan Chapter
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn  Parham ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff   Michigan Welfare Rights Organization
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Maurika  Lyda ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Nicole  Hill ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Scott  Eubank ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Allan S. Brilliant    on behalf of Creditor   Macomb County allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor   Macomb Interceptor Drain Drainage District
               allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor   County of Macomb, Michigan
               allan.brilliant@dechert.com
              Allison   Bach    on behalf of Interested Party   State of Michigan, Department of Attorney General
               abach@dickinsonwright.com,  kstubbs@dickinson-wright.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Amy D. Caton   on behalf of Creditor   Nuveen Asset Management acaton@kramerlevin.com
      Amy D. Caton   on behalf of Creditor   BlackRock Financial Management, Inc. acaton@kramerlevin.com
      Andrew A. Paterson, Jr.   on behalf of Plaintiff   Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com
      Andrew A. Paterson, Jr.   on behalf of Creditor   Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com
      Andrew A. Paterson, Jr.   on behalf of Creditor Robert  Davis aap43@outlook.com, aap43law@gmail.com
      Anthony Greene   on behalf of Creditor Da'Nean M. Brooks greenelawgroup@gmail.com, greenelawgroup@yahoo.com
      Anthony J. Kochis   on behalf of Creditor   Iron Mountain Information Management, LLC akochis@wolfsonbolton.com, stravis@wolfsonbolton.com
      Anthony J. Kochis   on behalf of Creditor   The Bank Of New York Mellon akochis@wolfsonbolton.com, stravis@wolfsonbolton.com
      Anthony J. Kochis   on behalf of Attorney   Wolfson Bolton PLLC akochis@wolfsonbolton.com, stravis@wolfsonbolton.com
      Anthony James Miller   on behalf of Defendant   Toter Incorporated am@osbig.com
      Barbara A. Patek   on behalf of Plaintiff   Detroit Police Lieutenants and Sergeants Association pateklaw@gmail.com
      Barbara A. Patek   on behalf of Interested Party   Sanitary Chemists and Technicians Association pateklaw@gmail.com
      Barbara A. Patek   on behalf of Interested Party John R. Runyan pateklaw@gmail.com
      Barbara A. Patek   on behalf of Interested Party   Association of Detroit Engineers pateklaw@gmail.com
      Barbara A. Patek   on behalf of Creditor   Detroit Police Lieutenants and Sergeants Association pateklaw@gmail.com
      Barbara A. Patek   on behalf of Creditor   Detroit Police Officers Association pateklaw@gmail.com
      Barry S. Fagan   on behalf of Creditor   Bankruptcy Estate of Simeon Chisara Ohakpo bfagan@dibandfagan.com
      Benjamin Whitfield   on behalf of Interested Party Jerome  Collins benwlaw123@aol.com, bw4822@aol.com;benwlaw4822@aol.com
      Brendan G. Best   on behalf of Interested Party   Ambac Assurance Corporation bbest@schaferandweiner.com, wrkyles@varnumlaw.com
      Brendan G. Best   on behalf of Plaintiff   Ambac Assurance Corporation bbest@schaferandweiner.com, wrkyles@varnumlaw.com
      Brendan G. Best   on behalf of Defendant   Syncora Guarantee, Inc. bbest@schaferandweiner.com, wrkyles@varnumlaw.com
      Brian D. O'Keefe   on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
      Brian D. O'Keefe   on behalf of Interested Party   Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
      Brian D. O'Keefe   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
      Brian D. O'Keefe   on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
      Brian D. O'Keefe   on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
      Brian D. O'Keefe   on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
      Bruce Bennett   on behalf of Debtor In Possession   City of Detroit, Michigan bbennett@jonesday.com
      Caralyce M. Lassner   on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com, R47050@notify.bestcase.com;LassnerCR47050@notify.bestcase.com
      Carl F. Schier   on behalf of Defendant   Bankston Construction Inc carl@schierlaw.com
      Carla Orman Andres   on behalf of Interested Party   Godfrey & Kahn, S.C. candres@gklaw.com
      Carol Connor Cohen   on behalf of Plaintiff   Ambac Assurance Corporation carol.cohen@arentfox.com
      Carole Neville   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com
      Carole Neville   on behalf of Retiree Committee   Official Committee of Retirees carole.neville@dentons.com
      Caroline Turner English   on behalf of Plaintiff   Ambac Assurance Corporation caroline.english@arentfox.com
      Carolyn Beth Markowitz   on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
      Charles Bruce Idelsohn   on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com
      Charles D. Bullock   on behalf of Interested Party   Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
      Cheryl Cook   on behalf of Creditor   CitiMortgage, Inc. bknotices-edm@potestivolaw.com
      Christopher A. Grosman   on behalf of Interested Party   BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
      Christopher A. Grosman   on behalf of Creditor   Oakland County, Michigan BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
      Christopher E. McNeely   on behalf of Defendant   Great Lakes Power Inc cmcneely@mandmpc.com
      Cindy Tsai   on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com
      Claude D. Montgomery   on behalf of Retiree Committee   Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Claude D. Montgomery    on behalf of Plaintiff    Official Committee of Retirees of the City of
               Detroit, Michigan claude.montgomery@dentons.com,
               carole.neville@dentons.com;sam.alberts@dentons.com
              Courtney A. Krause    on behalf of Creditor    Berkshire Hathaway Assurance Corporation
               ckrause@garanlucow.com
              Cynthia J. Haffey    on behalf of Defendant    Detroit General Retirement System Service
               Corporation haffey@butzel.com
              Cynthia J. Haffey    on behalf of Defendant    Detroit Police And Fire Retirement System Service
               Corporation haffey@butzel.com
              Dale  Price    on behalf of Creditor    Equal Employment Opportunity Commission dale.price@eeoc.gov,
               legaldt.detroit@eeoc.gov
              Daniel  Kielczewski    on behalf of Defendant    Bob Maxey Ford Inc
               dgkielczewski@abbottnicholson.com,   adwilliams@abbottnicholson.com
              Daniel C. DiCicco    on behalf of Defendant    Wright Tool Co ddicicco@ahernkill.com
              David A. Lerner    on behalf of Creditor    Plunkett Cooney dlerner@plunkettcooney.com,
               nwinagar@plunkettcooney.com
              David A. Lerner    on behalf of Creditor    Waste Management Inc. etal dlerner@plunkettcooney.com,
               nwinagar@plunkettcooney.com
              David A. Lerner    on behalf of Defendant    Waste Management of Michigan Inc
               dlerner@plunkettcooney.com,   nwinagar@plunkettcooney.com
              David E. Schwartz    on behalf of Defendant    SMART dschwartz@allardfishpc.com
              David Jonathan Cross    on behalf of Defendant    T & N Services Inc davidjonathancross@gmail.com
              David L. Dubrow    on behalf of Plaintiff    Ambac Assurance Corporation david.dubrow@arentfox.com
              David M. Blau    on behalf of Creditor    NTH Consultants, Ltd. dblau@clarkhill.com
              David M. Blau    on behalf of Defendant    Mannik & Smith Group Inc dblau@clarkhill.com
              David T. Lin    on behalf of Interested Party    The Kales Grand Circus Park, LLC dlin@seyburn.com,
               kbilpo@seyburn.com
              Dawn R. Copley    on behalf of Interested Party    State of Michigan dcopley@dickinsonwright.com
              Dawn R. Copley    on behalf of Interested Party    State of Michigan, Department of Attorney
               General dcopley@dickinsonwright.com
              Deborah  Kovsky-Apap    on behalf of Defendant Michael  Jamison kovskyd@pepperlaw.com,
               kuschj@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant Cheryl  Johnson kovskyd@pepperlaw.com,
               kuschj@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com,
               kuschj@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant John  Naglik kovskyd@pepperlaw.com,
               kuschj@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Debtor In Possession    City of Detroit, Michigan
               kovskyd@pepperlaw.com,   kuschj@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant John  Naglick kovskyd@pepperlaw.com,
               kuschj@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit, Michigan kovskyd@pepperlaw.com,
               kuschj@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Plaintiff    City of Detroit kovskyd@pepperlaw.com,
               kuschj@pepperlaw.com
              Deborah  Kovsky-Apap    on behalf of Defendant    City of Detroit, Michigan kovskyd@pepperlaw.com,
               kuschj@pepperlaw.com
              Deborah L. Fish    on behalf of Interested Party    Ad Hoc COPs Holders dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    Panning Capital Management, LP
               dfish@allardfishpc.com,   allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Aurelius Capital Management, LP
               dfish@allardfishpc.com,   allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Bronze Gable, L.L.C. dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Dexia Credit Local dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    Aurelius Capital Management, LP
               dfish@allardfishpc.com,   allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Monarch Alternative Capital LP
               dfish@allardfishpc.com,   allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Dexia Holdings, Inc. dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    BlueMountain Capital Management, LLC
               dfish@allardfishpc.com,   allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    Stone Lion Capital Partners L.P.
               dfish@allardfishpc.com,   allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Stone Lion Capital Partners L.P.
               dfish@allardfishpc.com,   allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    Bronze Gable, L.L.C. dfish@allardfishpc.com,
               allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Norddeutsche Landesbank Luxembourg, S.A.
               dfish@allardfishpc.com,   allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Interested Party    Panning Capital Management, LP
               dfish@allardfishpc.com,   allardfishpc@yahoo.com
              Deborah L. Fish    on behalf of Intervenor-Defendant    Monarch Alternative Capital LP
               dfish@allardfishpc.com,   allardfishpc@yahoo.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Dirk H. Beckwith on behalf of Defendant Detroit Retirement Systems Funding Trust 2005 dbeckwith@fosterswift.com
- Dirk H. Beckwith on behalf of Defendant Wilmington Trust, N.A. dbeckwith@fosterswift.com
- Dirk H. Beckwith on behalf of Defendant U.S. Bank, N.A. dbeckwith@fosterswift.com
- Dirk H. Beckwith on behalf of Defendant Detroit Retirement Systems Funding Trust 2006 dbeckwith@fosterswift.com
- Donald G. McGuigan, II on behalf of Interested Party Mario's Restaurant, Inc. don@mcguiganlaw.com
- Doron Yitzchaki on behalf of Defendant Hesco Hamlett Engineering Sales Company DYitzchaki@dickinsonwright.com
- Douglas Steele on behalf of Interested Party International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com
- Douglas C. Bernstein on behalf of Interested Party Community Foundation for Southeast Michigan dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party Hudson-Webber Foundation dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party The Fred A. and Barbara M. Erb Family Foundation dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party W.K. Kellogg Foundation dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party Max M. and Marjorie S. Fisher Foundation dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party The Ford Foundation dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party Charles Stewart Mott Foundation dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party William Davidson Foundation dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party McGregor Fund dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
- Douglas C. Bernstein on behalf of Defendant 1 Way Service Inc dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
- Douglas C. Bernstein on behalf of Interested Party A. Paul and Carol C. Schaap Foundation dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
- Douglas C. Bernstein on behalf of Defendant Examworks Inc dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
- Elizabeth A. Ferguson on behalf of Respondent Daniel J Salkowski lizferguson@lawofficeseaferguson.com
- Elizabeth A. Ferguson on behalf of Respondent Jeffrey Hamm lizferguson@lawofficeseaferguson.com
- Elizabeth A. Ferguson on behalf of Respondent Richard Makulski lizferguson@lawofficeseaferguson.com
- Elizabeth A. Ferguson on behalf of Creditor Kim Lamar Spicer lizferguson@lawofficeseaferguson.com
- Elliot G. Crowder on behalf of Defendant W C Ducomb Co ecrowder@sbplclaw.com, lhaas@sbplclaw.com
- Elliot G. Crowder on behalf of Interested Party Gabriel, Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com
- Eric B. Gaabo on behalf of Defendant City of Detroit gaabe@detroitmi.gov,raimic@detroitmi.gov
- Eric B. Gaabo on behalf of Debtor In Possession City of Detroit, Michigan gaabe@detroitmi.gov
- Eric D. Carlson on behalf of Debtor In Possession City of Detroit, Michigan carlson@millercanfield.com, brashier@millercanfield.com
- Erika D. Hart on behalf of Defendant OAS Group Inc ehart@tauntlaw.com, sdewitte@tauntlaw.com;ksmith@tauntlaw.com
- Ethan D. Dunn on behalf of Defendant Hercules & Hercules Inc bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com;bankruptcy.mdplc@gmail.com
- Evan A. Burkholder on behalf of Defendant J E Associates Inc evan.burkholder@leclairryan.com, evan.burkholder@gmail.com
- Evan A. Burkholder on behalf of Respondent JE Associates evan.burkholder@leclairryan.com, evan.burkholder@gmail.com
- Frank J. Guadagnino on behalf of Creditor Aetna Health and Life Insurance Company fguadagnino@mcguirewoods.com, rhotaling@clarkhillthorpreed.com
- Gerald Rosen efile_rosen@mied.uscourts.gov
- Gordon J. Toering on behalf of Defendant EJ USA Inc gtoering@wnj.com
- Gordon J. Toering on behalf of Defendant Valley Truck Parts Inc gtoering@wnj.com
- H. Nathan Resnick on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net, jblock@resnicklaw.com
- H. Nathan Resnick on behalf of Defendant Bauer & Hunter PLLC hnresnick@resnicklaw.net, jblock@resnicklaw.com
- H. Nathan Resnick on behalf of Interested Party Resnick & Moss, P.C. hnresnick@resnicklaw.net, jblock@resnicklaw.com
- Harvey R. Weingarden on behalf of Interested Party Retired Detroit Police and Fire Fighers Association hweingarden@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Harvey R. Weingarden on behalf of Interested Party Detroit Retired City Employees Association hweingarden@lippittokeefe.com, jdobrzycki@lippittokeefe.com
- Heather Lennox on behalf of Attorney Jones Day hlennox@jonesday.com, tastachura@JonesDay.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Heather   Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan
               hlennox@jonesday.com,  tastachura@JonesDay.com
              Heather   Lennox    on behalf of Interested Party    Christie's, Inc. hlennox@jonesday.com,
               tastachura@JonesDay.com
              Heather   Lennox    on behalf of Interested Party    Miller Buckfire & Co., LLC hlennox@jonesday.com,
               tastachura@JonesDay.com
              Heather   Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com,
               tastachura@JonesDay.com
              Heidi   Peterson    hdpeterson75@gmail.com
              Howard  Yale  Lederman    on behalf of Creditor Ernest   Flagg hlederman@normanyatooma.com
              Howard  Yale  Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
              Howard  Yale  Lederman    on behalf of Creditor Brian   Greene hlederman@normanyatooma.com
              Irma   Industrious    on behalf of Creditor Irma   Industrious iindustrious@yahoo.com
              J. Paul  Sugameli    on behalf of Defendant    Farrow Group Inc psugameli@sugamelilaw.com
              Jaimee  Lauren  Witten    on behalf of Defendant    Investment Committee of the Police and Fire
               Retirement System of the City of Detroit jwitten@bodmanlaw.com
              James   Pelland    on behalf of Defendant    Metco Services Inc jpelland@fb-firm.com,
               psugars@fb-firm.com
              James   Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc.
               james.sprayregen@kirkland.com
              James   Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc.
               james.sprayregen@kirkland.com
              James   Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd.
               james.sprayregen@kirkland.com
              James J. Hayes    on behalf of Defendant    Alexander Chemical Corp attyjjhayes@gmail.com
              James S. Craig    on behalf of Creditor Marvin   Seales J.Craig@Fiegerlaw.com
              Jamie  Scott  Fields    on behalf of Creditor Jamie   Fields jeansartre@msn.com
              Jamie  Scott  Fields    on behalf of Creditor    Retired Detroit Police Members Association
               jeansartre@msn.com
              Jayson   Ruff    on behalf of Interested Party    Syncora Holdings Ltd. jruff@mcdonaldhopkins.com
              Jayson   Ruff    on behalf of Interested Party    Syncora Capital Assurance Inc.
               jruff@mcdonaldhopkins.com
              Jayson   Ruff    on behalf of Interested Party    Syncora Guarantee Inc. jruff@mcdonaldhopkins.com
              Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
              Jeffrey S. Kopp    on behalf of Debtor In Possession    City of Detroit, Michigan jkopp@foley.com
              Jerome D. Goldberg    on behalf of Plaintiff John   Smith apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    National Action Network--Michigan Chapter
               apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Nicole   Hill apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Rosalyn   Parham apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Michigan Welfare Rights Organization
               apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Scott   Eubank apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Rosalyn   Walker apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Janice   Ward apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Peoples Water Board apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff    Moratorium Now! apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff John   Jackson apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Tammika   Williams apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Interested Party Jerome   Moore apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Sylvia   Taylor apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Creditor David   Sole apclawyer@sbcglobal.net
              Jerome D. Goldberg    on behalf of Plaintiff Maurika   Lyda apclawyer@sbcglobal.net
              Jimmylee   Gray    on behalf of Defendant    Ampro Construction LLC j.gray50@comcast.net
              Jimmylee   Gray    on behalf of Defendant    Uniglobe Construction Co j.gray50@comcast.net
              Jimmylee   Gray    on behalf of Defendant    Kingsway Building & Maintenance j.gray50@comcast.net
              John   Rhoades    on behalf of Interested Party    Pike Pointe Holdings, LLC jrhoades@dykema.com
              John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
              John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
               jstevens@mathesonparr.com,  nlmumma@aol.com
              John  Adam  Behrendt    on behalf of Plaintiff    Gotham Motown Recovery, LLC abehrendt@bodmanlaw.com,
               jgateman@bodmanlaw.com
              John C. Lange    on behalf of Creditor    Detroit Public Library jlange@glmpc.com
              John D. Mulvihill    on behalf of Attorney John Mulvihill Law Office Of John D. Mulvihill Pllc
               jdmassistant@sbcglobal.net,  jdmulvihill@sbcglobal.net
              John D. Mulvihill    on behalf of Defendant    Agar Lawn Sprinkler Systems Inc
               jdmassistant@sbcglobal.net,  jdmulvihill@sbcglobal.net
              John D. Mulvihill    on behalf of Debtor In Possession    City of Detroit, Michigan
               jdmassistant@sbcglobal.net,  jdmulvihill@sbcglobal.net
              John D. Mulvihill    on behalf of Creditor    Agar Lawn Sprinkler Systems Inc
               jdmassistant@sbcglobal.net,  jdmulvihill@sbcglobal.net
              John G. Colucci    on behalf of Respondent    General Shale Brick, Inc. coluccilawfirm@gmail.com
              John G. Colucci    on behalf of Creditor    General Shale Brick, Inc. coluccilawfirm@gmail.com
              John H. Willems    on behalf of Debtor In Possession    City of Detroit, Michigan
               willems@millercanfield.com
              John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com,
               mitrottlaw@ecf.courtdrive.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              John R. Canzano    on behalf of Creditor    Michigan Building and Construction Trades Council
               jcanzano@michworkerlaw.com, office@michworkerlaw.com
              Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
               green@millercanfield.com
              Jonathan S. Green    on behalf of Defendant Michael  Duggan, Mayor green@millercanfield.com
              Jonathan S. Green    on behalf of Defendant    City of Detroit green@millercanfield.com
              Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
               green@millercanfield.com
              Jonathan S. Green    on behalf of Defendant Michael  Hall green@millercanfield.com
              Jonathan S. Green    on behalf of Defendant    City of Detroit, Michigan green@millercanfield.com
              Jong-Ju Chang    on behalf of Creditor    Oakland County, Michigan jchang@dykema.com,
               dkelley@dykema.com;docket@dykema.com
              Jong-Ju Chang    on behalf of Interested Party    City of Detroit, Water and Sewerage Department
               jchang@dykema.com, dkelley@dykema.com;docket@dykema.com
              Joseph M. Fischer    on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
               jfischer@carsonfischer.com
              Joseph R. Sgroi    on behalf of Creditor    Ivey & Associates LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Olympia Office Building, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Country West Apartments, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor Aziz & Lorna  Abraham jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    3100 East Jefferson, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Seven Mile Holdings, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Pont Solutions, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Gekko Enterprises LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Koehler Market LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Interested Party    Detroit Institute of Arts jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Lynch Road Land L.L.C. jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Interested Party    CW Professional Services, LLC
               jsgroi@honigman.com, litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Imperial Manor House, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Stanne Consulting, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Taggart Technologies LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Enforcement Technology, Inc. jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    4737 Conner Co., LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Atwater Group jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor Aziz N. Abraham jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    WC Hoover Investments, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Kennedy Square Garage LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Delbruck Technology, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    136 Bagley LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Skyline Partners LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Seven Mile Partners, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Magnolia Properties, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Abraham & Potestivo, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Arrow Uniform Rental, Inc. jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    LDM, LLC jsgroi@honigman.com, litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Chene Square, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Interested Party Michael  Duggan, Mayor jsgroi@honigman.com,
               litdocket@honigman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Joseph R. Sgroi    on behalf of Creditor    Country House Apartments jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Interested Party    Greektown Casino, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    MICMR, LLC jsgroi@honigman.com,   litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Detroit Thermal, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Bean Little Investments, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    441 E. Larned LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    3250 Associated LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Sunrise Parking LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Attorney L. Katie Mason jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Tower Defense & Aerospace, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Blenheim Building, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Olympia Development of Michigan LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Mound Road Enterprises L.L.C. jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Singent Consulting LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    TC Manor House, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Cass Community Social Services, Inc.
               jsgroi@honigman.com,   litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Columbia Parking LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Elizabeth Street Properties, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    VITEC, L.L.C. jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Compuware Corporation jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Oakland Plant Properties, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Parkrite Holdings LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Linwood Neighbors LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Fox Parking Garage, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Interested Party    Sigma Associates, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    TSD Solutions LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Cathedral Owner LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Interested Party    Compuware Corporation jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    440 Congress LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Regency Owner LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Interested Party    Detroit Entertainment, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Mack Avenue Investors LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    120 W. Montcalm Properties LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Riverfront Towers Holdings LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    5801 Southfield Service Drive Corp. jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joshua  Wheelock    on behalf of Creditor Thomas M. Nunley jwheelock@wheelocklegal.com,
               joshwheelock@hotmail.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
               jgadharf@mcdonaldhopkins.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
               jgadharf@mcdonaldhopkins.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Joshua A. Gadharf   on behalf of Interested Party   Syncora Holdings Ltd. jgadharf@mcdonaldhopkins.com

      Joshua A. Gadharf   on behalf of Plaintiff   Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com

      Judith Greenstone Miller   on behalf of Defendant   Election Systems & Software jmiller@jaffelaw.com, dgoldberg@jaffelaw.com

      Julie Beth Teicher   on behalf of Plaintiff   Detroit Police Lieutenants and Sergeants Association jteicher@ermanteicher.com

      Julie Beth Teicher   on behalf of Attorney   Erman, Teicher, Zucker & Freedman, P.C. jteicher@maddinhauser.com

      Karen E. Evangelista   on behalf of Creditor Karen  Evangelista, Chapter 7 Trustee brewera1008@yahoo.com, EvangelistaKR89641@notify.bestcase.com

      Karin F. Avery   on behalf of Interested Party   Detroit Retired City Employees Association Avery@SilvermanMorris.com

      Karin F. Avery   on behalf of Interested Party   Retired Detroit Police and Fire Fighers Association Avery@SilvermanMorris.com

      Karin F. Avery   on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association Avery@SilvermanMorris.com

      Karin F. Avery   on behalf of Plaintiff   Detroit Retired City Employees Association Avery@SilvermanMorris.com

      Kay Standridge Kress   on behalf of Debtor In Possession   City of Detroit, Michigan kressk@pepperlaw.com

      Kenneth B. Vance   on behalf of Defendant   Z Contractors Inc kbvance@comcast.net, kbvance01@gmail.com

      Kevin Erskine   on behalf of Interested Party   United States of America kevin.erskine@usdoj.gov, Karen.Ducharme@usdoj.gov;Michele.Gangler@usdoj.gov;Sandra.Delozier@usdoj.gov;CaseView.ECF@usdoj.gov

      Kevin N. Summers   on behalf of Creditor   National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, ccook@dflaw.com

      Kimberly Gibbs   on behalf of Defendant   Futurenet Group Inc kgibbsesq@yahoo.com

      Kimberly Joan Robinson   on behalf of Creditor   Genuine Parts Company kim.robinson@bfkn.com

      Kristin K. Going   on behalf of Creditor   Wilmington Trust, N.A. kgoing@mwe.com, dnorthrop@mwe.com

      Kristin K. Going   on behalf of Creditor   Wilmington Trust Company, N.A. kgoing@mwe.com, dnorthrop@mwe.com

      Kurt Thornbladh   on behalf of Plaintiff   Peoples Water Board kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Kurt Thornbladh   on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Kurt Thornbladh   on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Kurt Thornbladh   on behalf of Plaintiff   National Action Network--Michigan Chapter kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Kurt Thornbladh   on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Kurt Thornbladh   on behalf of Plaintiff   Moratorium Now! kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Kurt Thornbladh   on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Kurt Thornbladh   on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Kurt Thornbladh   on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Kurt Thornbladh   on behalf of Plaintiff   Michigan Welfare Rights Organization kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Kurt Thornbladh   on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Kurt Thornbladh   on behalf of Plaintiff John  Smith kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Kurt Thornbladh   on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      Kurt Thornbladh   on behalf of Plaintiff John  Jackson kthornbladh@gmail.com, thornbladh.kurt3@gmail.com

      L. Nichole Hunter   on behalf of Creditor   Public Lighting Authority nhunter@alglawpc.com

      Lawrence A. Lichtman   on behalf of Creditor   660 Woodward Associates, LLC llichtman@honigman.com, litdocket@honigman.com

      Lisa Hill Fenning   on behalf of Attorney Lisa S. Blatt Lisa.Fenning@aporter.com

      M. Ellen Dennis   on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com, dwhadden@umich.edu

      Marc N. Swanson   on behalf of Defendant Michael  Hall swansonm@millercanfield.com

      Marc N. Swanson   on behalf of Debtor In Possession   City of Detroit, Michigan swansonm@millercanfield.com

      Marc N. Swanson   on behalf of Interested Party   City of Detroit, Michigan swansonm@millercanfield.com

      Marc N. Swanson   on behalf of Defendant   City of Detroit swansonm@millercanfield.com

      Marc N. Swanson   on behalf of Defendant Michael  Duggan, Mayor swansonm@millercanfield.com

      Marc N. Swanson   on behalf of Defendant   City of Detroit, Michigan swansonm@millercanfield.com

      Marc N. Swanson   on behalf of Defendant   Detroit City Council swansonm@millercanfield.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Marcy J. Ford    on behalf of Creditor    Bank of America, N.A. easternecf@trottlaw.com, mitrottlaw@ecf.courtdrive.com
- Marguerite Hammerschmidt    on behalf of Interested Party    Haas & Goldstein P.C. admin@hammer-stick.com
- Marie Garian    on behalf of Defendant    ABC Demolition Co Inc Garianlaw@yahoo.com
- Mark Wasvary    on behalf of Creditor    Hyde Park Co-Operative, et al. mark@wasvarylaw.com
- Mark Wasvary    on behalf of Creditor    Plymouth Square Ltd. Housing Association mark@wasvarylaw.com
- Mark A. Angelov    on behalf of Plaintiff    Ambac Assurance Corporation mark.angelov@arentfox.com
- Mark B. Berke    on behalf of Defendant    Birks Works Environmental LLC mberkelaw@gmail.com
- Mark H. Shapiro    on behalf of Creditor    Nuveen Asset Management shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mark H. Shapiro    on behalf of Interested Party    The Securities Industry and Financial Markets Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mark H. Shapiro    on behalf of Creditor    BlackRock Financial Management, Inc. shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mark H. Shapiro    on behalf of Interested Party    Greenhill & Co., LLC shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mark Howard Cousens    on behalf of Creditor    Amalgamated Transit Union Local 26 cousens@cousenslaw.com
- Mark L. McAlpine    on behalf of Other Professional    McAlpine PC mlmcalpine@mcalpinelawfirm.com, dajaworski@mcalpinepc.com
- Mark R. James    on behalf of Interested Party    Financial Guaranty Insurance Company mrj@wwrplaw.com
- Mark R. James    on behalf of Creditor    Financial Guaranty Insurance Company mrj@wwrplaw.com
- Mark S. Frankel    on behalf of Defendant    Motor City Pipe & Supply Co mfrankel@couzens.com
- Mark S. Frankel    on behalf of Interested Party    Tooles Contracting Group LLC mfrankel@couzens.com
- Mark S. Frankel    on behalf of Plaintiff    The Police and Fire Retirement System of the City of Detroit mfrankel@couzens.com
- Mark S. Frankel    on behalf of Defendant    Tooles Contracting Group LLC mfrankel@couzens.com
- Marshall J. Widick    on behalf of Interested Party    Service Employees International Union, Local 517M mwidick@michlabor.legal
- Marshall J. Widick    on behalf of Creditor Devery Jones mwidick@michlabor.legal
- Marshall J. Widick    on behalf of Creditor Bruce Goldman mwidick@michlabor.legal
- Marshall J. Widick    on behalf of Creditor Michael Wells mwidick@michlabor.legal
- Marshall J. Widick    on behalf of Creditor Mary Whitson mwidick@michlabor.legal
- Marshall J. Widick    on behalf of Creditor Robbie Lee Flowers mwidick@michlabor.legal
- Marshall J. Widick    on behalf of Creditor Mary Washington mwidick@michlabor.legal
- Marshall J. Widick    on behalf of Creditor    Detroit Police Command Officers Association mwidick@michlabor.legal
- Marshall J. Widick    on behalf of Interested Party    International Union of Operating Engineers, Local 324 mwidick@michlabor.legal
- Marshall J. Widick    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344 mwidick@michlabor.legal
- Marshall S. Huebner    on behalf of Creditor    Merrill Lynch Capital Services, Inc. bankrout@davispolk.com
- Mary Beth Cobbs    on behalf of Debtor In Possession    City of Detroit, Michigan cobbm@detroitmi.gov, mbcobbs@flash.net
- Mary Beth Cobbs    on behalf of Interested Party    Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net
- Mary Beth Cobbs    on behalf of Interested Party    City of Detroit Law Department cobbm@detroitmi.gov, mbcobbs@flash.net
- Mary Kay Shaver    on behalf of Creditor    Varnum LLP mkshaver@varnumlaw.com
- Matthew Schneider    on behalf of Interested Party    State of Michigan SchneiderM7@michigan.gov
- Matthew Troy    on behalf of Interested Party    United States of America matthew.troy@usdoj.gov
- Matthew Wilkins    on behalf of Defendant    Electronic Data Systems Corporation wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins    on behalf of Plaintiff    AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins    on behalf of Retiree Committee    Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins    on behalf of Plaintiff    Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins    on behalf of Intervenor-Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew D. Harper    on behalf of Interested Party    City of Detroit Water and Sewerage Department mdharper@eastmansmith.com
- Matthew Gernet Summers    on behalf of Creditor    Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com, heilmanl@ballardspahr.com
- Matthew Gernet Summers    on behalf of Creditor    FMS Wertmanagement summersm@ballardspahr.com, heilmanl@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com, heilmanl@ballardspahr.com
- Matthew Gernet Summers on behalf of Creditor Hypothekenbank Frankfurt AG summersm@ballardspahr.com, heilmanl@ballardspahr.com
- Matthew Joseph Hoffer on behalf of Creditor H.D.V. Greektown, LLC matt@bradshaferlaw.com, info@bradshaferlaw.com
- Matthew Joseph Hoffer on behalf of Creditor 415 East Congress, LLC matt@bradshaferlaw.com, info@bradshaferlaw.com
- Matthew Joseph Hoffer on behalf of Creditor K&P, Incorporated matt@bradshaferlaw.com, info@bradshaferlaw.com
- Max J. Newman on behalf of Interested Party Wayne County Corporation newman@butzel.com
- Max J. Newman on behalf of Defendant Motor City Electric Technologies Inc newman@butzel.com
- Max J. Newman on behalf of Defendant Fort Wayne Contracting Inc newman@butzel.com
- Max J. Newman on behalf of Defendant Imperial Construction Co newman@butzel.com
- Max J. Newman on behalf of Defendant Detroit Thermal, LLC newman@butzel.com
- Max J. Newman on behalf of Defendant L D' Agostini & Sons Inc newman@butzel.com
- Max J. Newman on behalf of Defendant C E Pollard Company newman@butzel.com
- Megan Boelstler on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 mbb@legghioisrael.com, smith@legghioisrael.com
- Michael Benkstein on behalf of Creditor Derrez Payne mbenkstein@joumanakayrouz.com
- Michael A. Stevenson on behalf of Defendant Clark Associates Inc mstevenson@sbplclaw.com, rschultz@sbplclaw.com
- Michael Anthony Karman on behalf of Creditor St. Martins Cooperative makarmanesq@gmail.com
- Michael Anthony Karman on behalf of Creditor Fountain Court Consumer Housing Cooperative makarmanesq@gmail.com
- Michael H. Perry on behalf of Defendant Fraser Trebilcock Davis & Dunlap PC mperry@fraserlawfirm.com
- Michael Joseph Karwoski on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
- Michael R. Bell on behalf of Interested Party State of Michigan, Department of Attorney General BellM1@michigan.gov
- Michael R. Bell on behalf of Interested Party Bill Schuette BellM1@michigan.gov
- Michael Robert Wolin on behalf of Defendant Systems & Software Inc mike@tishlaw.com
- Michael T. Brown on behalf of Creditor Detroit Water and Sewerage Department mbrown@kaalaw.com, mbrownkaa@ecf.courtdrive.com
- Michael T. Brown on behalf of Respondent Wayne County Treasurer mbrown@kaalaw.com, mbrownkaa@ecf.courtdrive.com
- My Chi To on behalf of Creditor Berkshire Hathaway Assurance Corporation mcto@debevoise.com, mao-bk-ecf@debevoise.com
- Nabih H. Ayad on behalf of Interested Party Rashida Tlaib ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Maureen Taylor ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Michigan State Conference NAACP ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Donnell White ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Thomas Stallworth III ayadlaw@hotmail.com
- Nabih H. Ayad on behalf of Interested Party Detroit Branch NAACP ayadlaw@hotmail.com
- Neil Matthew Berger on behalf of Plaintiff City of Detroit, Michigan dperson@teamtogut.com, dcahir@teamtogut.com, seratner@teamtogut.com;neilberger@teamtogut.com;bmoore@teamtogut.com
- Neil R. Sherman on behalf of Creditor Flagstar Bank, FSB nsherman@sspclegal.com, stremonti1@sspclegal.com
- Neil R. Sherman on behalf of Interested Party CitiMortgage, Inc. nsherman@sspclegal.com, stremonti1@sspclegal.com
- Neil R. Sherman on behalf of Interested Party Schneiderman and Sherman, P.C. nsherman@sspclegal.com, stremonti1@sspclegal.com
- Neil R. Sherman on behalf of Interested Party Kondaur Capital Corporation nsherman@sspclegal.com, stremonti1@sspclegal.com
- Niraj R. Ganatra on behalf of Attorney UAW - Solidarity House Nganatra@uaw.net
- Noel J. Ravenscroft on behalf of Defendant Investment Committee of the Police and Fire Retirement System of the City of Detroit NRavenscroft@bodmanlaw.com, ravenscroftn@ecf.courtdrive.com
- Patrick C. Lannen on behalf of Creditor Waste Management Inc. etal plannen@plunkettcooney.com, mkisell@plunkettcooney.com
- Patrick E. Mears on behalf of Creditor 36th District Court for the State of Michigan pmears@btlaw.com
- Patrick W. Carothers on behalf of Defendant Carmeuse Lime Inc pcarothers@leechtishman.com, bankruptcy@leechtishman.com;ghauswirth@leechtishman.com;dtomko@leechtishman.com
- Paul R. Hage on behalf of Creditor National Public Finance Guarantee Corporation phage@jaffelaw.com, gshaw@jaffelaw.com
- Paul R. Hage on behalf of Defendant Inland Waters Pollution Control Inc. phage@jaffelaw.com, gshaw@jaffelaw.com
- Paul R. Hage on behalf of Plaintiff National Public Finance Guarantee Corporation phage@jaffelaw.com, gshaw@jaffelaw.com
- Paul R. Hage on behalf of Defendant Election Systems & Software phage@jaffelaw.com, gshaw@jaffelaw.com
- Paula A. Hall on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Paula A. Hall on behalf of Interested Party Official Committee of Retirees of the City of Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Paula A. Hall on behalf of Retiree Committee Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Peter D. Dechiara on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
- Peter Paul Sudnick on behalf of Attorney Peter P. Sudnick psudnick@sudnicklaw.com, psudnick13@gmail.com
- Ralph A. Taylor on behalf of Plaintiff Ambac Assurance Corporation ralph.taylor@arentfox.com
- Ralph E. McDowell on behalf of Counter-Claimant Investment Committee of the Police and Fire Retirement System of the City of Detroit rmcdowell@bodmanlaw.com
- Ralph E. McDowell on behalf of Defendant Investment Committee of the Police and Fire Retirement System of the City of Detroit rmcdowell@bodmanlaw.com
- Raymond Guzall, III on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
- Raymond Guzall, III on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
- Richard A. Roble (UST) on behalf of U.S. Trustee Andrew R. Vara Richard.A.Roble@usdoj.gov
- Richard A. Roble (UST) on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
- Richard G. Mack, Jr. on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Richard Mack richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Interested Party 1983 Claimants richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Coalition of Detroit Unions richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
- Richardo I. Kilpatrick on behalf of Creditor Detroit Water and Sewerage Department ecf@kaalaw.com, Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;dgomez@kaalaw.com
- Richardo I. Kilpatrick on behalf of Interested Party City of Detroit, Water and Sewerage Department ecf@kaalaw.com, Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;dgomez@kaalaw.com
- Richardo I. Kilpatrick on behalf of Interested Party City of Detroit Water and Sewerage Department ecf@kaalaw.com, Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;dgomez@kaalaw.com
- Robert Darnell on behalf of Interested Party United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
- Robert Fetter on behalf of Interested Party Local 3308 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert Fetter on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert Fetter on behalf of Interested Party Local 917 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert A. Weisberg on behalf of Defendant Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
- Robert A. Weisberg on behalf of Counter-Claimant Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
- Robert A. Weisberg on behalf of Creditor Oakland County, Michigan BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
- Robert J. Figa on behalf of Defendant D A Central Inc RFiga@Comlawone.com
- Robert J. Figa on behalf of Defendant Vancon Inc RFiga@Comlawone.com
- Robert N. Bassel on behalf of Interested Party Lasalle Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
- Robert N. Bassel on behalf of Interested Party Lafayette Town Houses, Inc. bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
- Robert N. Bassel on behalf of Interested Party Joliet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
- Robert N. Bassel on behalf of Interested Party Nicolet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
- Robert N. Bassel on behalf of Interested Party St. James Cooperative bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
- Robert S. Hertzberg on behalf of Defendant Michael Jamison hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Plaintiff City of Detroit hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Debtor In Possession City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Robert S. Hertzberg on behalf of Interested Party Pepper Hamilton LLP hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant John Naglik hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant John Naglick hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Plaintiff City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant Cheryl Johnson hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Ronald A. Spinner on behalf of Defendant City of Detroit, Michigan spinner@millercanfield.com
- Ronald A. Spinner on behalf of Debtor In Possession City of Detroit, Michigan spinner@millercanfield.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
- Ryan Blaine Bennett on behalf of Defendant Syncora Guarantee, Inc. ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Capital Assurance Inc. ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Holdings Ltd. ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
- Sam J. Alberts on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
- Sara Rajan on behalf of Defendant Camden Insurance Agency Inc srajan@starkreagan.com
- Scott A. Wolfson on behalf of Defendant Detroit Advanced Technology Application Network swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com
- Scott A. Wolfson on behalf of Creditor The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com
- Scott Eric Ratner on behalf of Debtor In Possession City of Detroit, Michigan dperson@teamtogut.com
- Scott Eric Ratner on behalf of Defendant Detroit Thermal, LLC dperson@teamtogut.com
- Scott Eric Ratner on behalf of Plaintiff City of Detroit, Michigan dperson@teamtogut.com
- Scott M. Watson on behalf of Creditor UBS AG swatson@wnj.com
- Sean M. Cowley (UST) on behalf of U.S. Trustee Andrew R. Vara Sean.cowley@usdoj.gov
- Sean M. Cowley (UST) on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
- Shanna Marie Kaminski on behalf of Interested Party City of Detroit Water and Sewerage Department , wrkyles@varnumlaw.com
- Shanna Marie Kaminski on behalf of Defendant Detroit Water and Sewerage Department , wrkyles@varnumlaw.com
- Shannon L. Deeby on behalf of Interested Party General Retirement System of the City of Detroit sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant Eastern Oil Co sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Interested Party Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant Dell Computer Corporation sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant J Ranck Electric Inc sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant Camp Dresser & McKee sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant CDM Michigan Inc sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Creditor Governing Board of the City of Detroit Employee Benefit Plan sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Creditor Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant Prevost Parts/Prevost Car Inc. sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant David Wm Ruskin sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Creditor General Retirement System of the City of Detroit sdeeby@clarkhill.com
- Sheldon S. Toll on behalf of Interested Party Detroit Windsor Tunnel, LLC sst@lawtoll.com
- Sheryl L. Toby on behalf of Interested Party Health Alliance Plan of Michigan stoby@dykema.com, dguerrero@dykema.com
- Stacey L. Heinonen on behalf of Creditor Larentinna Goudy sheinonen@855mikewins.com, staceyheinonen@yahoo.com
- Stanley I. Okoli on behalf of Creditor Shelton Bell, Jr. sokoli@romanolawpllc.com, dblake@romanolawpllc.com, dromano@romanolawpllc.com
- Stanley I. Okoli on behalf of Creditor Michael McKay sokoli@romanolawpllc.com, dromano@romanolawpllc.com
- Stanley I. Okoli on behalf of Creditor James Williams sokoli@romanolawpllc.com, dromano@romanolawpllc.com
- Stanley L. de Jongh on behalf of Interested Party City of Detroit Law Department jongsl@detroitmi.gov
- Stanley L. de Jongh on behalf of Debtor In Possession City of Detroit, Michigan jongsl@detroitmi.gov
- Stephanie Lee Arndt on behalf of Interested Party Desmond Ricks s.arndt@fiegerlaw.com, s.teal@fiegerlaw.com
- Stephanie Lee Arndt on behalf of Interested Party Thomas Sandusky, Personal Representative of Estate of Hal Sandusky s.arndt@fiegerlaw.com, s.teal@fiegerlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Stephanie Lee Arndt    on behalf of Creditor Steven  Wolak s.arndt@fiegerlaw.com,
               s.teal@fiegerlaw.com
              Stephanie Lee Arndt    on behalf of Interested Party Desire'a  Ricks s.arndt@fiegerlaw.com,
               s.teal@fiegerlaw.com
              Stephanie Lee Arndt    on behalf of Interested Party Akilah  Cobb s.arndt@fiegerlaw.com,
               s.teal@fiegerlaw.com
              Stephen  Wolpert    on behalf of Creditor   Macomb County stephen.wolpert@dechert.com
              Stephen M. Gross    on behalf of Plaintiff   Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
               shelly.harrow@gmail.com
              Stephen S. LaPlante    on behalf of Defendant   City of Detroit, Michigan
               laplante@millercanfield.com, skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Plaintiff   City of Detroit, Michigan
               laplante@millercanfield.com, skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Defendant   Detroit City Council laplante@millercanfield.com,
               skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Debtor In Possession   City of Detroit, Michigan
               laplante@millercanfield.com, skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Interested Party   Detroit Institute of Arts
               laplante@millercanfield.com, skoczylas@millercanfield.com
              Steven B. Flancher    on behalf of Interested Party   State of Michigan flanchers@michigan.gov
              Steven G. Howell    on behalf of Interested Party   State of Michigan showell@dickinsonwright.com
              Steven G. Howell    on behalf of Interested Party   State of Michigan, Department of Attorney
               General showell@dickinsonwright.com
              Stuart A. Gold    on behalf of Defendant   Federal Pipe & Supply Inc sgold@glmpc.com
              Stuart A. Gold    on behalf of Creditor   Detroit Public Library sgold@glmpc.com
              Stuart A. Gold    on behalf of Defendant   Binkelman Corp. sgold@glmpc.com
              Susheel  Kirpalani    on behalf of Plaintiff   Syncora Guarantee Inc.
               susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
              Susheel  Kirpalani    on behalf of Interested Party   Syncora Guarantee Inc.
               susheelkirpalani@quinnemanuel.com, monicatarazi@quinnemanuel.com
              Suzanne L. Wahl    on behalf of Creditor   DEPFA Bank PLC swahl@schiffhardin.com,
               mosullivan@schiffhardin.com;edocket@schiffhardin.com
              Tamar  Dolcourt    on behalf of Debtor In Possession   City of Detroit, Michigan
               tdolcourt@foley.com
              Thomas R. Morris    on behalf of Plaintiff   Detroit Retired City Employees Association
               morris@silvermanmorris.com, dlatus@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
               dlatus@silvermanmorris.com
              Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
               dlatus@silvermanmorris.com
              Thomas R. Morris    on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association
               morris@silvermanmorris.com, dlatus@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party   Retired Detroit Police and Fire Fighers
               Association morris@silvermanmorris.com, dlatus@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
               dlatus@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party   Detroit Retired City Employees Association
               morris@silvermanmorris.com, dlatus@silvermanmorris.com
              Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
               dlatus@silvermanmorris.com
              Timothy A. Fusco    on behalf of Interested Party   Meijer, Inc. fusco@millercanfield.com
              Timothy A. Fusco    on behalf of Debtor In Possession   City of Detroit, Michigan
               fusco@millercanfield.com
              Timothy A. Fusco    on behalf of Defendant   City of Detroit, Michigan fusco@millercanfield.com
              Todd W. Grant    on behalf of Defendant    Waterworks Systems & Equipment tgrant@cqlawfirm.com,
               pcavanaugh@cqlawfirm.com
              Todd W. Grant    on behalf of Defendant    E L Bailey & Co Inc tgrant@cqlawfirm.com,
               pcavanaugh@cqlawfirm.com
              Todd W. Grant    on behalf of Defendant    North-West Trading Co tgrant@cqlawfirm.com,
               pcavanaugh@cqlawfirm.com
              Todd W. Grant    on behalf of Defendant    Clarks Construction tgrant@cqlawfirm.com,
               pcavanaugh@cqlawfirm.com
              Todd W. Grant    on behalf of Defendant    Blue Star Inc tgrant@cqlawfirm.com,
               pcavanaugh@cqlawfirm.com
              Todd W. Grant    on behalf of Defendant    KEO and Associates Inc. tgrant@cqlawfirm.com,
               pcavanaugh@cqlawfirm.com
              Vanessa G. Fluker    on behalf of Interested Party   Center for Community Justice and Advocacy
               vgflawyer@sbcglobal.net, dfjohnson@cfaith.com
              Wendy Turner Lewis    on behalf of Defendant   Pyratech Security Systems Inc wtlewis@ameritech.net
              William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
              William J. Barrett    on behalf of Defendant   Genuine Parts Company william.barrett@bfkn.com
              William Norman Listman    on behalf of Interested Party   Southeastern Oakland County Water
               Authority wlistman@dbsattorneys.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         William W. Kannel   on behalf of Creditor   Ad Hoc Bondholder Committee wkannel@mintz.com

         William W. Kannel   on behalf of Creditor   Fidelity Management & Research Company wkannel@mintz.com

         Yuliy Osipov   on behalf of Defendant   Toter Incorporated yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

         Yuliy Osipov   on behalf of Interested Party Gary Segatti yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

         Yuliy Osipov   on behalf of Interested Party   Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

         Yuliy Osipov   on behalf of Defendant   Capp, Inc. yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

         Yuliy Osipov   on behalf of Defendant   Capp USA yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

         Yuliy Osipov   on behalf of Interested Party   P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

         Yuliy Osipov   on behalf of Creditor   Jackie's Transport, Inc. yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

         TOTAL: 562