# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>　　　　Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### CERTIFICATION OF NO RESPONSE OR OBJECTION REGARDING CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 1353

On February 13, 2020, the City of Detroit ("City") filed the *City of Detroit's Objection to Claim Number 1353* [Doc. No. 13245] ("Objection"). The Objection was served by the City upon claimant D A Central Inc. at the address listed on its claim and on all registered ECF participants in this case. *See Certificate of Service*, Exhibit A.

No responses to the Objection have been filed with the Court and the time to do so has passed. The City respectfully requests that the Court enter an order sustaining the Objection, in substantially the same form as the one which was attached to the Objection. *See Proposed Order* Exhibit B.

Respectfully submitted,

By: /s/ Ronald A. Spinner
    Jonathan S. Green (P33140)
    Marc N. Swanson (P71149)
    Ronald A. Spinner (P73198)
    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 496-7591
    Facsimile: (313) 496-8451
    green@millercanfield.com
    swansonm@millercanfield.com
    spinner@millercanfield.com

    and

    Charles N. Raimi (P29746)
    Deputy Corporation Counsel
    City of Detroit Law Department
    2 Woodward Avenue, Suite 500
    Coleman A. Young Municipal Center
    Detroit, Michigan 48226
    Telephone: (313) 237-5037
    Facsimile: (313) 224-5505
    raimic@detroitmi.gov

    Attorneys for the City of Detroit

DATED: March 13, 2020

35503605.1\022765-00213
13-53846-tjt    Doc 13261    Filed 03/13/20    Entered 03/13/20 17:00:43    Page 2 of 6

# Exhibit A

# EXHIBIT 4 – CERTIFICATE OF SERVICE

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

      The undersigned hereby certifies that on February 13, 2020, he caused a copy of the *City of Detroit's Objection to Claim Number 1353* to be served upon all parties registered for ECF service and by first class mail to the following parties:

D A Central Inc.
Attn Accounts Payable
13155 Cloverdale Street
Oak Park, MI 48237

Dated: February 13, 2020        By: /s/ Marc N. Swanson
                                                  Marc N. Swanson (P71149)
                                                  150 West Jefferson, Suite 2500
                                                  Detroit, Michigan 48226
                                                  Telephone: (313) 496-7591
                                                  Facsimile: (313) 496-8451
                                                  swansonm@millercanfield.com

# Exhibit B

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: | Bankruptcy Case No. 13-53846 |
|---|---|
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER SUSTAINING**
**CITY OF DETROIT'S OBJECTIONS TO CLAIM NUMBER 1353**

This matter having come before the Court on the *City of Detroit's Objection to Claim Number 1353* ("Objection") upon proper notice and a hearing, the Court being fully advised in the premises, and there being good cause to grant the relief requested,

**THE COURT ORDERS THAT:**

1. The Objection is sustained.

2. Proof of claim number 1353 is disallowed and expunged.

3. The City's claims agent is authorized to update the claims register in accordance with the terms of this Order.

4. The Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.