# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

Debtor.

Case No. 13-53846

Judge Thomas J. Tucker

Chapter 9

## ORDER SUSTAINING
## CITY OF DETROIT'S OBJECTIONS TO CLAIM NUMBER 1353

This case is before the Court on the *City of Detroit's Objection to Claim Number 1353* (Docket # 13245, the "Objection"). Upon proper notice, and no timely response having been filed to the Objection, the Court being fully advised in the premises, and there being good cause to grant the relief requested,

**IT IS ORDERED that:**

1. The Objection is sustained.

2. Proof of claim number 1353 is disallowed and expunged.

3. The City's claims agent is authorized to update the claims register in accordance with the terms of this Order.

4. The Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Signed on March 13, 2020**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**