# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>　　　　Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 16, 2020, he caused a copy of the *Order Sustaining City of Detroit's Objections to Claim Number 1353* [Doc. No. 13262] to be served upon the following address via first class mail:

D A Central Inc.
Attn Accounts Payable
13155 Cloverdale Street
Oak Park, MI 48237

　　　　　　　　　　　　　　　　By: /s/ Ronald A. Spinner
　　　　　　　　　　　　　　　　　　　Ronald A. Spinner (P73158)
　　　　　　　　　　　　　　　　　　　150 West Jefferson, Suite 2500
　　　　　　　　　　　　　　　　　　　Detroit, Michigan 48226
　　　　　　　　　　　　　　　　　　　Telephone: (313) 496-7829
　　　　　　　　　　　　　　　　　　　Facsimile: (313) 496-8451
　　　　　　　　　　　　　　　　　　　spinner@millercanfield.com

Dated: March 16, 2020