# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 16, 2020, he caused a copy of the *Order Sustaining Debtor's Sixty-Seventh Omnibus Objection to Claims Scheduled For GE Government Finance, Inc. (f/k/a GE Capital Public Finance, Inc.)* [Doc. No. 13260] to be served upon the following addresses via first class mail:

GE Healthcare
Healthcare Financial Services
500 West Monroe Street, 21st Floor
Chicago, Illinois 60661
Attn: Jennifer Homer, Senior Counsel

GE Government Finance, Inc.
f/k/a GE Capital Public Finance, Inc.
Div. of Transport Int'l
51300 N I94
Belleville, MI 48111-2268
Attn: Municipal Derivatives

The Corporation Trust Company
40600 Ann Arbor Rd E, Ste 201
Plymouth, MI 48170
Attn: GE Government Finance, Inc.
Municipal Derivatives

The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
Attn: GE Government Finance, Inc.
Municipal Derivatives

In addition, the undersigned sent a copy of the order to Jennifer Homer, Senior Counsel for GE Healthcare, Healthcare Financial Services, by emailing it to Jennifer.Homer@ge.com.

By: /s/ Ronald A. Spinner
 Ronald A. Spinner (P73158)
 150 West Jefferson, Suite 2500
 Detroit, Michigan 48226
 Telephone: (313) 496-7829
 Facsimile: (313) 496-8451
 spinner@millercanfield.com

Dated: March 16, 2020