United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In re:
City of Detroit, Michigan,
Debtor.

Bankruptcy Case No. 13-53846
Judge Thomas J. Tucker
Chapter 9

## NOTICE OF CAIN'S OBJECTIONS TO CITY'S OBJECTIONS TO CLAIM 799

Cain has filed his objection's to the City of Detroit's Objections to Claim 799 in this bankruptcy Case.

1. I do not want the Court to disallow or change my Claim, therefore I am filing with the Court a written response to the objection, explaining my position before the deadline to:

U.S. Bankruptcy Court
211 W. Fort St., Suite 1900
Detroit, MI 48226; and

Miller, Canfield, Paddock & Stone, PLC
Attn: Marc N. Swanson
150 West Jefferson, Suite 2500
Detroit, MI 48226

2. I am without an attorney and would like to attend the hearing on

the Objection, Scheduled to be held on March 18, 2020 at 1:30 pm in Courtroom 1925, U.S. Bankruptcy Court, 211 W. Fort Street, Detroit, Michigan. My attendance is not excused by mutual agreement between myself and the City's attorney.

Respectfully Submitted

_____
Creditor, Plaintiff, In pro per
Darryl Cain #351791

Dated: March 13, 2020.