United States Bankruptcy Court

Eastern District of Michigan

Southern Division

In re:
City of Detroit, Michigan
Debtor.

Bankruptcy Case No. 13-53846

Judge Thomas J. Tucker

Chapter 9

## CERTIFICATE OF SERVICE/PROOF OF SERVICE

I Darryl Cain hereby declare under the penalty of perjury that I mailed by Expedited Prisoner Legal Mail one Copy of Notice to Respondent to the U.S. Bankruptcy Court, 211 W. Fort St, Suite 1900, Detroit, MI 45226 and One Copy to Miller, Canfield, Paddock & Stone, PLC, Attn: Marc N. Swanson, 150 West Jefferson, Suite 2500, Detroit, MI 48226 with Certificate/Proof of Service attached on March 13, 2020.

Dated: March 13, 2020.

Respectfully Submitted

Creditor, Plaintiff, In pro per
Darryl Cain #351791
Carson City Correctional Facility
10274 Boyer Road
Carson City, MI 48811