United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In re:
City of Detroit, Michigan,
Debtor.

Bankruptcy Case No. 13-53846
Judge Thomas J. Tucker
Chapter 9

## "Corrected" Certificate of Service / PROOF OF SERVICE

I Darryl hereby declare under the penalty of perjury that I mailed by Expedited Prisoner Legal Mail One Copy of Cain's Objections to the City's Objection to Claim 799 to the U.S. Bankruptcy Court, 211 W Fort St., Suite 1900, Detroit, Michigan 48226 and one Copy to Miller, Canfield, Paddock & Stone, PLC, Attn: Marc N. Swanson, 150 West Jefferson, Suite 2500, Detroit, MI 48226 with "Corrected" Certificate of Service attached plus One Copy of Notice of Objections to City's Claim on March 12, 2020.

Dated: March 12, 2020

Respectfully Submitted

Creditor, Plaintiff, In pro per
Darryl Cain #351791
Carson City Correctional Facility
10274 Boyer Road
Carson City, MI 48811