UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 13-53846

CITY OF DETROIT, MICHIGAN,  Chapter 9

          Debtor.  Judge Thomas J. Tucker
_____/

### ORDER DENYING MOTIONS FOR STAY FILED BY DARRYL CAIN

This case came before the Court for a hearing on March 18, 2020, on the City of Detroit's claim objection entitled "City of Detroit's Objection to Claim Number 799 Filed by Darryl Cain" (Docket # 13246, the "Claim Objection"). The Court is sustaining the Claim Objection, in part, in a separate order being filed today. Related motions that are pending before the Court are the two motions filed by creditor Darryl Cain, namely, (1) the motion entitled "Motion for Stay Pending District Court Proceedings," filed March 6, 2020 (Docket # 13251); and (2) the motion entitled "'Corrected' Motion for Stay Pending District Court Proceedings," filed March 17, 2020 (Docket # 13265), (collectively, the "Darryl Cain Stay Motions.") Confirming action taken during the March 18, 2020 hearing, and for the reasons stated by the Court on the record during that hearing,

IT IS ORDERED that each of the Darryl Cain Stay Motions (Docket ## 13251 and 13265) is denied.

**Signed on March 18, 2020**

/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**