# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| In re: | Bankruptcy Case No. 13-53846 |
|---|---|
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 18, 2020, he caused a copy of the *Order Denying Motions for Stay Filed by Darryl Cain* [Doc. No. 13268] and a copy of the *Order Sustaining, in Part, the City of Detroit's Objection to Claim Number 799 Filed by Darryl Cain* [Doc. No. 13269] to be served upon the following addresses via first class mail:

Darryl Cain
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

Darryl Cain
351791
Carson City Correctional Facility
10274 Boyer Road
Carson City, MI 48811

By: /s/ Ronald A. Spinner
Ronald A. Spinner (P73158)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7829
Facsimile: (313) 496-8451
spinner@millercanfield.com

Dated: March 18, 2020