Form:def2

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

*13265* − Corrected Motion For Stay Pending District Court Proceedings (related documents 13251 Motion To Stay) Filed by Creditor Darryl Cain (Attachments: # 1 Notice and Opportunity to Object # 2 Certificate of Service) (ckata)

Proposed Order Missing

is defective as indicated:

- ☐ Acceptable List of Creditors Missing
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Amended Document Missing or Non−Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application for Individuals to Pay the Filing Fee in Installments Missing or Non−Compliant
- ☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non−Compliant
- ☐ Bankruptcy Petition Cover Sheet Missing or Non−Compliant
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief Missing
- ☐ Certificate of Exigent Circumstances−Credit Counseling Waiver Missing
- ☐ Chapter 13 Plan is Non−Compliant
- ☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non−Compliant (To be filed with corrected document in its entirety as one PDF)
- ☐ Docket or Proof of Claim Number Missing
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)
- ☐ List of 20 Largest Unsecured Creditors Missing
- ☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing
- ☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing
- ☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing
- ☐ Notice of Objection to Claim Missing or Non−Compliant

- ☐ Notice of Special Appearance (LBR 9010−1(c)) Missing or Non−Compliant
- ☐ Notice to Respondent Missing or Non−Compliant
- ☐ Original Signature Missing or Non−Compliant
- ☐ Petition Non−Compliant (To be filed in its entirety)
- ☐ Proof of Service Missing or Non−Compliant
- ☑ Proposed Order Missing
- ☐ Redacted Document Missing or Non−Compliant
- ☐ Statement of Attorney for Debtors 2016b LBR 9010−1c Missing or Non−Compliant
- ☐ Statement of Corporate Ownership Missing
- ☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 3/18/20

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                          United States Bankruptcy Court
                          Eastern District of Michigan
```

In re:                                                                    Case No. 13-53846-tjt
City of Detroit, Michigan                                                 Chapter 9
    Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0645-2      User: ckata      Page 1 of 14      Date Rcvd: Mar 18, 2020
                              Form ID: def2     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2020.
cr              Darryl Cain,   #351791 Oaks Correctional Facility,    1500 Caberfae Highway,
                 Manistee, MI   49660-9200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust             Andrew R. Vara
                Deutsche Bank AG, London
                                                                              TOTALS: 2, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2020 at the address(es) listed below:
              Albert   Togut     on behalf of Plaintiff    City of Detroit, Michigan neilberger@teamtogut.com,
               apirraglia@teamtogut.com,Jberman@teamtogut.com,dperson@teamtogut.com,dcahir@teamtogut.com,
               adeering@teamtogut.com,srobinson@teamtogut.com
              Albert   Togut     on behalf of Debtor In Possession    City of Detroit, Michigan
               dperson@teamtogut.com
              Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
               alfredo.perez@weil.com,kelly.diblasi@weil.com,dana.kaufman@weil.com,brian.wells@weil.com
              Alice Bonita Jennings    on behalf of Plaintiff John   Smith ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Peoples Water Board
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Sylvia   Taylor ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn   Walker ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Tammika   Williams ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff John   Jackson ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Janice   Ward ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Moratorium Now! ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    National Action Network--Michigan Chapter
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Rosalyn   Parham ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff    Michigan Welfare Rights Organization
               ajennings@edwardsjennings.com,  vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Maurika   Lyda ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Nicole   Hill ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Alice Bonita Jennings    on behalf of Plaintiff Scott   Eubank ajennings@edwardsjennings.com,
               vgray@edwardsjennings.com
              Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
               allan.brilliant@dechert.com
              Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan
               allan.brilliant@dechert.com
              Allison   Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General
               abach@dickinsonwright.com,  kstubbs@dickinson-wright.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com
          Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc. acaton@kramerlevin.com
          Andrew A. Paterson, Jr.    on behalf of Plaintiff    Citizens United Against Corrupt Government
           aap43@outlook.com, aap43law@gmail.com
          Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government
           aap43@outlook.com, aap43law@gmail.com
          Andrew A. Paterson, Jr.    on behalf of Creditor Robert   Davis aap43@outlook.com,
           aap43law@gmail.com
          Anthony  Greene    on behalf of Creditor Da'Nean M. Brooks greenelawgroup@gmail.com,
           greenelawgroup@yahoo.com
          Anthony J. Kochis    on behalf of Creditor    Iron Mountain Information Management, LLC
           akochis@wolfsonbolton.com, stravis@wolfsonbolton.com
          Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com,
           stravis@wolfsonbolton.com
          Anthony J. Kochis    on behalf of Attorney    Wolfson Bolton PLLC akochis@wolfsonbolton.com,
           stravis@wolfsonbolton.com
          Anthony James Miller    on behalf of Defendant    Toter Incorporated am@osbig.com
          Barbara A. Patek    on behalf of Plaintiff    Detroit Police Lieutenants and Sergeants Association
           pateklaw@gmail.com
          Barbara A. Patek    on behalf of Interested Party    Sanitary Chemists and Technicians Association
           pateklaw@gmail.com
          Barbara A. Patek    on behalf of Interested Party John R. Runyan pateklaw@gmail.com
          Barbara A. Patek    on behalf of Interested Party    Association of Detroit Engineers
           pateklaw@gmail.com
          Barbara A. Patek    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association
           pateklaw@gmail.com
          Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association pateklaw@gmail.com
          Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo
           bfagan@dibandfagan.com
          Benjamin  Whitfield    on behalf of Interested Party Jerome  Collins benwlaw123@aol.com,
           bw4822@aol.com;benwlaw4822@aol.com
          Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation
           bbest@schaferandweiner.com, wrkyles@varnumlaw.com
          Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com,
           wrkyles@varnumlaw.com
          Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com,
           wrkyles@varnumlaw.com
          Brian D. O'Keefe    on behalf of Creditor Donald  Taylor bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association
           bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Interested Party Donald  Taylor bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com,
           TReitzloff@lippittokeefe.com
          Bruce  Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan
           bbennett@jonesday.com
          Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com,
           R47050@notify.bestcase.com;LassnerCR47050@notify.bestcase.com
          Carl F. Schier    on behalf of Defendant    Bankston Construction Inc carl@schierlaw.com
          Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com
          Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com
          Carole  Neville    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan carole.neville@dentons.com
          Carole  Neville    on behalf of Retiree Committee    Official Committee of Retirees
           carole.neville@dentons.com
          Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation
           caroline.english@arentfox.com
          Carolyn Beth Markowitz    on behalf of Interested Party Kevin  Lewis DVCCOUNSEL@AOL.COM
          Charles Bruce Idelsohn    on behalf of Creditor Heidi  Peterson charlesidelsohnattorney@yahoo.com,
           charlesID@hotmail.com
          Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
           cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com
          Cheryl  Cook    on behalf of Creditor    CitiMortgage, Inc. bknotices-edm@potestivolaw.com
          Christopher A. Grosman    on behalf of Interested Party    BlackRock Financial Management, Inc.
           BRCY@CarsonFischer.com, cgrosman@carsonfischer.com
          Christopher A. Grosman    on behalf of Creditor    Oakland County, Michigan BRCY@CarsonFischer.com,
           cgrosman@carsonfischer.com
          Christopher E. McNeely    on behalf of Defendant    Great Lakes Power Inc cmcneely@mandmpc.com
          Cindy  Tsai    on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com
          Claude D. Montgomery    on behalf of Retiree Committee    Official Committee of Retirees
           claude.montgomery@dentons.com,docketny@dentons.com,
           carole.neville@dentons.com;sam.alberts@dentons.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Claude D. Montgomery on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com
- Courtney A. Krause on behalf of Creditor Berkshire Hathaway Assurance Corporation ckrause@garanlucow.com
- Cynthia J. Haffey on behalf of Defendant Detroit General Retirement System Service Corporation haffey@butzel.com
- Cynthia J. Haffey on behalf of Defendant Detroit Police And Fire Retirement System Service Corporation haffey@butzel.com
- Dale Price on behalf of Creditor Equal Employment Opportunity Commission dale.price@eeoc.gov, legaldt.detroit@eeoc.gov
- Daniel Kielczewski on behalf of Defendant Bob Maxey Ford Inc dgkielczewski@abbottnicholson.com, adwilliams@abbottnicholson.com
- Daniel C. DiCicco on behalf of Defendant Wright Tool Co ddicicco@ahernkill.com
- David A. Lerner on behalf of Creditor Plunkett Cooney dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
- David A. Lerner on behalf of Creditor Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
- David A. Lerner on behalf of Defendant Waste Management of Michigan Inc dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
- David E. Schwartz on behalf of Defendant SMART dschwartz@allardfishpc.com
- David Jonathan Cross on behalf of Defendant T & N Services Inc davidjonathancross@gmail.com
- David L. Dubrow on behalf of Plaintiff Ambac Assurance Corporation david.dubrow@arentfox.com
- David M. Blau on behalf of Creditor NTH Consultants, Ltd. dblau@clarkhill.com
- David M. Blau on behalf of Defendant Mannik & Smith Group Inc dblau@clarkhill.com
- David T. Lin on behalf of Interested Party The Kales Grand Circus Park, LLC dlin@seyburn.com, kbilpo@seyburn.com
- Dawn R. Copley on behalf of Interested Party State of Michigan dcopley@dickinsonwright.com
- Dawn R. Copley on behalf of Interested Party State of Michigan, Department of Attorney General dcopley@dickinsonwright.com
- Deborah Kovsky-Apap on behalf of Defendant Michael Jamison kovskyd@pepperlaw.com, kuschj@pepperlaw.com
- Deborah Kovsky-Apap on behalf of Defendant Cheryl Johnson kovskyd@pepperlaw.com, kuschj@pepperlaw.com
- Deborah Kovsky-Apap on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com, kuschj@pepperlaw.com
- Deborah Kovsky-Apap on behalf of Defendant John Naglik kovskyd@pepperlaw.com, kuschj@pepperlaw.com
- Deborah Kovsky-Apap on behalf of Debtor In Possession City of Detroit, Michigan kovskyd@pepperlaw.com, kuschj@pepperlaw.com
- Deborah Kovsky-Apap on behalf of Defendant John Naglick kovskyd@pepperlaw.com, kuschj@pepperlaw.com
- Deborah Kovsky-Apap on behalf of Plaintiff City of Detroit, Michigan kovskyd@pepperlaw.com, kuschj@pepperlaw.com
- Deborah Kovsky-Apap on behalf of Plaintiff City of Detroit kovskyd@pepperlaw.com, kuschj@pepperlaw.com
- Deborah Kovsky-Apap on behalf of Defendant City of Detroit, Michigan kovskyd@pepperlaw.com, kuschj@pepperlaw.com
- Deborah L. Fish on behalf of Interested Party Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Intervenor-Defendant Panning Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Interested Party Aurelius Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Interested Party Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Interested Party Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Intervenor-Defendant Aurelius Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Interested Party Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Interested Party Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Intervenor-Defendant BlueMountain Capital Management, LLC dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Intervenor-Defendant Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Interested Party Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Intervenor-Defendant Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Interested Party Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Interested Party Panning Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com
- Deborah L. Fish on behalf of Intervenor-Defendant Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
               dbeckwith@fosterswift.com
              Dirk H. Beckwith    on behalf of Defendant    Wilmington Trust, N.A. dbeckwith@fosterswift.com
              Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
              Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
               dbeckwith@fosterswift.com
              Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc.
               don@mcguiganlaw.com
              Doron Yitzchaki    on behalf of Defendant    Hesco Hamlett Engineering Sales Company
               DYitzchaki@dickinsonwright.com
              Douglas Steele    on behalf of Interested Party    International Association of Fire Fighters,
               AFL-CIO, CLC dls@wmlaborlaw.com
              Douglas C. Bernstein    on behalf of Interested Party    Community Foundation for Southeast
               Michigan dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    Hudson-Webber Foundation
               dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    The Fred A. and Barbara M. Erb Family
               Foundation dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    W.K. Kellogg Foundation
               dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    Max M. and Marjorie S. Fisher Foundation
               dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    The Ford Foundation
               dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
               dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    Charles Stewart Mott Foundation
               dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    William Davidson Foundation
               dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    McGregor Fund
               dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Defendant    1 Way Service Inc dbernstein@plunkettcooney.com,
               kwebster@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Interested Party    A. Paul and Carol C. Schaap Foundation
               dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
              Douglas C. Bernstein    on behalf of Defendant    Examworks Inc dbernstein@plunkettcooney.com,
               kwebster@plunkettcooney.com
              Elizabeth A. Ferguson    on behalf of Respondent Daniel J Salkowski
               lizferguson@lawofficeseaferguson.com
              Elizabeth A. Ferguson    on behalf of Respondent Jeffrey  Hamm lizferguson@lawofficeseaferguson.com
              Elizabeth A. Ferguson    on behalf of Respondent Richard  Makulski
               lizferguson@lawofficeseaferguson.com
              Elizabeth A. Ferguson    on behalf of Creditor Kim Lamar Spicer
               lizferguson@lawofficeseaferguson.com
              Elliot G. Crowder    on behalf of Defendant    W C Ducomb Co ecrowder@sbplclaw.com,
               lhaas@sbplclaw.com
              Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
               ecrowder@sbplclaw.com, lhaas@sbplclaw.com
              Eric B. Gaabo    on behalf of Defendant    City of Detroit gaabe@detroitmi.gov,raimic@detroitmi.gov
              Eric B. Gaabo    on behalf of Debtor In Possession    City of Detroit, Michigan gaabe@detroitmi.gov
              Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
               carlson@millercanfield.com, brashier@millercanfield.com
              Erika D. Hart    on behalf of Defendant    OAS Group Inc ehart@tauntlaw.com,
               sdewitte@tauntlaw.com;ksmith@tauntlaw.com
              Ethan D. Dunn    on behalf of Defendant    Hercules & Hercules Inc bankruptcy@maxwelldunnlaw.com,
               bankruptcy.maxwelldunn@gmail.com;bankruptcy.mdplc@gmail.com
              Evan A. Burkholder    on behalf of Defendant    J E Associates Inc evan.burkholder@leclairryan.com,
               evan.burkholder@gmail.com
              Evan A. Burkholder    on behalf of Respondent    JE Associates evan.burkholder@leclairryan.com,
               evan.burkholder@gmail.com
              Frank J. Guadagnino    on behalf of Creditor    Aetna Health and Life Insurance Company
               fguadagnino@mcguirewoods.com, rhotaling@clarkhillthorpreed.com
              Gerald  Rosen    efile_rosen@mied.uscourts.gov
              Gordon J. Toering    on behalf of Defendant    EJ USA Inc gtoering@wnj.com
              Gordon J. Toering    on behalf of Defendant    Valley Truck Parts Inc gtoering@wnj.com
              H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net,
               jblock@resnicklaw.com
              H. Nathan Resnick    on behalf of Defendant    Bauer & Hunter PLLC hnresnick@resnicklaw.net,
               jblock@resnicklaw.com
              H. Nathan Resnick    on behalf of Interested Party    Resnick & Moss, P.C. hnresnick@resnicklaw.net,
               jblock@resnicklaw.com
              Harvey R. Weingarden    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association hweingarden@lippittokeefe.com, jdobrzycki@lippittokeefe.com
              Harvey R. Weingarden    on behalf of Interested Party    Detroit Retired City Employees Association
               hweingarden@lippittokeefe.com, jdobrzycki@lippittokeefe.com
              Heather  Lennox    on behalf of Attorney    Jones Day hlennox@jonesday.com, tastachura@JonesDay.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Heather Lennox    on behalf of Debtor In Possession    City of Detroit, Michigan hlennox@jonesday.com, tastachura@JonesDay.com
        Heather Lennox    on behalf of Interested Party    Christie's, Inc. hlennox@jonesday.com, tastachura@JonesDay.com
        Heather Lennox    on behalf of Interested Party    Miller Buckfire & Co., LLC hlennox@jonesday.com, tastachura@JonesDay.com
        Heather Lennox    on behalf of Defendant    City of Detroit, Michigan hlennox@jonesday.com, tastachura@JonesDay.com
        Heidi Peterson    hdpeterson75@gmail.com
        Howard Yale Lederman    on behalf of Creditor Ernest Flagg hlederman@normanyatooma.com
        Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
        Howard Yale Lederman    on behalf of Creditor Brian Greene hlederman@normanyatooma.com
        Irma Industrious    on behalf of Creditor Irma Industrious iindustrious@yahoo.com
        J. Paul Sugameli    on behalf of Defendant    Farrow Group Inc psugameli@sugamelilaw.com
        Jaimee Lauren Witten    on behalf of Defendant    Investment Committee of the Police and Fire Retirement System of the City of Detroit jwitten@bodmanlaw.com
        James Pelland    on behalf of Defendant    Metco Services Inc jpelland@fb-firm.com, psugars@fb-firm.com
        James Sprayregen    on behalf of Interested Party    Syncora Capital Assurance Inc. james.sprayregen@kirkland.com
        James Sprayregen    on behalf of Interested Party    Syncora Guarantee Inc. james.sprayregen@kirkland.com
        James Sprayregen    on behalf of Interested Party    Syncora Holdings Ltd. james.sprayregen@kirkland.com
        James J. Hayes    on behalf of Defendant    Alexander Chemical Corp attyjjhayes@gmail.com
        James S. Craig    on behalf of Creditor Marvin Seales J.Craig@Fiegerlaw.com
        Jamie Scott Fields    on behalf of Creditor Jamie Fields jeansartre@msn.com
        Jamie Scott Fields    on behalf of Creditor    Retired Detroit Police Members Association jeansartre@msn.com
        Jayson Ruff    on behalf of Interested Party    Syncora Holdings Ltd. jruff@mcdonaldhopkins.com
        Jayson Ruff    on behalf of Interested Party    Syncora Capital Assurance Inc. jruff@mcdonaldhopkins.com
        Jayson Ruff    on behalf of Interested Party    Syncora Guarantee Inc. jruff@mcdonaldhopkins.com
        Jeffery R. Sieving    on behalf of Creditor    International Outdoor, Inc. jeff@iobillboard.com
        Jeffrey S. Kopp    on behalf of Debtor In Possession    City of Detroit, Michigan jkopp@foley.com
        Jerome D. Goldberg    on behalf of Plaintiff John Smith apclawyer@sbcglobal.net
        Jerome D. Goldberg    on behalf of Plaintiff    National Action Network--Michigan Chapter apclawyer@sbcglobal.net
        Jerome D. Goldberg    on behalf of Plaintiff Nicole Hill apclawyer@sbcglobal.net
        Jerome D. Goldberg    on behalf of Plaintiff Rosalyn Parham apclawyer@sbcglobal.net
        Jerome D. Goldberg    on behalf of Plaintiff    Michigan Welfare Rights Organization apclawyer@sbcglobal.net
        Jerome D. Goldberg    on behalf of Plaintiff Scott Eubank apclawyer@sbcglobal.net
        Jerome D. Goldberg    on behalf of Plaintiff Rosalyn Walker apclawyer@sbcglobal.net
        Jerome D. Goldberg    on behalf of Plaintiff Janice Ward apclawyer@sbcglobal.net
        Jerome D. Goldberg    on behalf of Plaintiff    Peoples Water Board apclawyer@sbcglobal.net
        Jerome D. Goldberg    on behalf of Plaintiff    Moratorium Now! apclawyer@sbcglobal.net
        Jerome D. Goldberg    on behalf of Plaintiff John Jackson apclawyer@sbcglobal.net
        Jerome D. Goldberg    on behalf of Plaintiff Tammika Williams apclawyer@sbcglobal.net
        Jerome D. Goldberg    on behalf of Interested Party Jerome Moore apclawyer@sbcglobal.net
        Jerome D. Goldberg    on behalf of Plaintiff Sylvia Taylor apclawyer@sbcglobal.net
        Jerome D. Goldberg    on behalf of Creditor David Sole apclawyer@sbcglobal.net
        Jerome D. Goldberg    on behalf of Plaintiff Maurika Lyda apclawyer@sbcglobal.net
        Jimmylee Gray    on behalf of Defendant    Ampro Construction LLC j.gray50@comcast.net
        Jimmylee Gray    on behalf of Defendant    Uniglobe Construction Co j.gray50@comcast.net
        Jimmylee Gray    on behalf of Defendant    Kingsway Building & Maintenance j.gray50@comcast.net
        John Rhoades    on behalf of Interested Party    Pike Pointe Holdings, LLC jrhoades@dykema.com
        John A. Simon    on behalf of Debtor In Possession    City of Detroit, Michigan jsimon@foley.com
        John A. Stevens    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association jstevens@mathesonparr.com, nlmumma@aol.com
        John Adam Behrendt    on behalf of Plaintiff    Gotham Motown Recovery, LLC abehrendt@bodmanlaw.com, jgateman@bodmanlaw.com
        John C. Lange    on behalf of Creditor    Detroit Public Library jlange@glmpc.com
        John D. Mulvihill    on behalf of Attorney John Mulvihill Law Office Of John D. Mulvihill Pllc jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
        John D. Mulvihill    on behalf of Defendant    Agar Lawn Sprinkler Systems Inc jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
        John D. Mulvihill    on behalf of Debtor In Possession    City of Detroit, Michigan jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
        John D. Mulvihill    on behalf of Creditor    Agar Lawn Sprinkler Systems Inc jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
        John G. Colucci    on behalf of Respondent    General Shale Brick, Inc. coluccilawfirm@gmail.com
        John G. Colucci    on behalf of Creditor    General Shale Brick, Inc. coluccilawfirm@gmail.com
        John H. Willems    on behalf of Debtor In Possession    City of Detroit, Michigan willems@millercanfield.com
        John P. Kapitan    on behalf of Creditor    Fifth Third Mortgage Company easternecf@trottlaw.com, mitrottlaw@ecf.courtdrive.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              John R. Canzano    on behalf of Creditor    Michigan Building and Construction Trades Council
               jcanzano@michworkerlaw.com, office@michworkerlaw.com
              Jonathan S. Green    on behalf of Interested Party    Miller, Canfield, Paddock and Stone, PLC
               green@millercanfield.com
              Jonathan S. Green    on behalf of Defendant Michael  Duggan, Mayor green@millercanfield.com
              Jonathan S. Green    on behalf of Defendant    City of Detroit green@millercanfield.com
              Jonathan S. Green    on behalf of Debtor In Possession    City of Detroit, Michigan
               green@millercanfield.com
              Jonathan S. Green    on behalf of Defendant Michael  Hall green@millercanfield.com
              Jonathan S. Green    on behalf of Defendant    City of Detroit, Michigan green@millercanfield.com
              Jong-Ju Chang    on behalf of Creditor    Oakland County, Michigan jchang@dykema.com,
               dkelley@dykema.com;docket@dykema.com
              Jong-Ju Chang    on behalf of Interested Party    City of Detroit, Water and Sewerage Department
               jchang@dykema.com, dkelley@dykema.com;docket@dykema.com
              Joseph M. Fischer    on behalf of Creditor    Oakland County, Michigan brcy@carsonfischer.com,
               jfischer@carsonfischer.com
              Joseph R. Sgroi    on behalf of Creditor    Ivey & Associates LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Olympia Office Building, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Country West Apartments, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor Aziz & Lorna  Abraham jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    3100 East Jefferson, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Seven Mile Holdings, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Pont Solutions, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Gekko Enterprises LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Koehler Market LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Interested Party    Detroit Institute of Arts jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Lynch Road Land L.L.C. jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Interested Party    CW Professional Services, LLC
               jsgroi@honigman.com, litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Imperial Manor House, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Stanne Consulting, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Taggart Technologies LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Enforcement Technology, Inc. jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    4737 Conner Co., LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Atwater Group jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor Aziz N. Abraham jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    WC Hoover Investments, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Kennedy Square Garage LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Delbruck Technology, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    136 Bagley LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Skyline Partners LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Seven Mile Partners, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Magnolia Properties, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Abraham & Potestivo, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Arrow Uniform Rental, Inc. jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    LDM, LLC jsgroi@honigman.com, litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Chene Square, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Interested Party Michael  Duggan, Mayor jsgroi@honigman.com,
               litdocket@honigman.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Joseph R. Sgroi    on behalf of Creditor    Country House Apartments jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Interested Party    Greektown Casino, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    MICMR, LLC jsgroi@honigman.com, litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Detroit Thermal, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Bean Little Investments, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    441 E. Larned LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    3250 Associated LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Sunrise Parking LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Attorney L. Katie Mason jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Tower Defense & Aerospace, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Blenheim Building, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Olympia Development of Michigan LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Mound Road Enterprises L.L.C. jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Singent Consulting LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    TC Manor House, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Cass Community Social Services, Inc.
           jsgroi@honigman.com,   litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Columbia Parking LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Elizabeth Street Properties, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    VITEC, L.L.C. jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Compuware Corporation jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Oakland Plant Properties, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Parkrite Holdings LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Linwood Neighbors LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Fox Parking Garage, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Interested Party    Sigma Associates, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    TSD Solutions LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Cathedral Owner LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Interested Party    Compuware Corporation jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    440 Congress LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Regency Owner LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Interested Party    Detroit Entertainment, LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Mack Avenue Investors LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    120 W. Montcalm Properties LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    Riverfront Towers Holdings LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Creditor    5801 Southfield Service Drive Corp. jsgroi@honigman.com,
           litdocket@honigman.com
          Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
           litdocket@honigman.com
          Joshua   Wheelock    on behalf of Creditor Thomas M. Nunley jwheelock@wheelocklegal.com,
           joshwheelock@hotmail.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Guarantee Inc.
           jgadharf@mcdonaldhopkins.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Joshua A. Gadharf    on behalf of Interested Party    Syncora Holdings Ltd.
           jgadharf@mcdonaldhopkins.com
          Joshua A. Gadharf    on behalf of Plaintiff    Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
          Judith Greenstone Miller    on behalf of Defendant    Election Systems & Software
           jmiller@jaffelaw.com, dgoldberg@jaffelaw.com
          Julie Beth Teicher    on behalf of Plaintiff    Detroit Police Lieutenants and Sergeants
           Association jteicher@ermanteicher.com
          Julie Beth Teicher    on behalf of Attorney    Erman, Teicher, Zucker & Freedman, P.C.
           jteicher@maddinhauser.com
          Karen E. Evangelista    on behalf of Creditor Karen  Evangelista, Chapter 7 Trustee
           brewera1008@yahoo.com, EvangelistaKR89641@notify.bestcase.com
          Karin F. Avery    on behalf of Interested Party    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           Avery@SilvermanMorris.com
          Karin F. Avery    on behalf of Plaintiff    Detroit Retired City Employees Association
           Avery@SilvermanMorris.com
          Kay Standridge Kress    on behalf of Debtor In Possession    City of Detroit, Michigan
           kressk@pepperlaw.com
          Kenneth B. Vance    on behalf of Defendant    Z Contractors Inc kbvance@comcast.net,
           kbvance01@gmail.com
          Kevin Erskine    on behalf of Interested Party    United States of America kevin.erskine@usdoj.gov,
           Karen.Ducharme@usdoj.gov;Michele.Gangler@usdoj.gov;Sandra.Delozier@usdoj.gov;CaseView.ECF@usdoj.g
           ov
          Kevin N. Summers    on behalf of Creditor    National Industrial Maintenance - Michigan, Inc.
           ksummers@dflaw.com, ccook@dflaw.com
          Kimberly Gibbs    on behalf of Defendant    Futurenet Group Inc kgibbsesq@yahoo.com
          Kimberly Joan Robinson    on behalf of Creditor    Genuine Parts Company kim.robinson@bfkn.com
          Kristin K. Going    on behalf of Creditor    Wilmington Trust, N.A. kgoing@mwe.com,
           dnorthrop@mwe.com
          Kristin K. Going    on behalf of Creditor    Wilmington Trust Company, N.A. kgoing@mwe.com,
           dnorthrop@mwe.com
          Kurt Thornbladh    on behalf of Plaintiff    Peoples Water Board kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Nicole  Hill kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Scott  Eubank kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff    National Action Network--Michigan Chapter
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Maurika  Lyda kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff    Moratorium Now! kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Sylvia  Taylor kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Rosalyn  Walker kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Rosalyn  Parham kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff    Michigan Welfare Rights Organization
           kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Janice  Ward kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff John  Smith kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff Tammika  Williams kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          Kurt Thornbladh    on behalf of Plaintiff John  Jackson kthornbladh@gmail.com,
           thornbladh.kurt3@gmail.com
          L. Nichole Hunter    on behalf of Creditor    Public Lighting Authority nhunter@alglawpc.com
          Lawrence A. Lichtman    on behalf of Creditor    660 Woodward Associates, LLC
           llichtman@honigman.com, litdocket@honigman.com
          Lisa Hill Fenning    on behalf of Attorney Lisa S. Blatt Lisa.Fenning@aporter.com
          M. Ellen Dennis    on behalf of Creditor Ben  McKenzie, Jr. m.ellen.dennis@gmail.com,
           dwhadden@umich.edu
          Marc N. Swanson    on behalf of Defendant Michael  Hall swansonm@millercanfield.com
          Marc N. Swanson    on behalf of Debtor In Possession    City of Detroit, Michigan
           swansonm@millercanfield.com
          Marc N. Swanson    on behalf of Interested Party    City of Detroit, Michigan
           swansonm@millercanfield.com
          Marc N. Swanson    on behalf of Defendant    City of Detroit swansonm@millercanfield.com
          Marc N. Swanson    on behalf of Defendant Michael  Duggan, Mayor swansonm@millercanfield.com
          Marc N. Swanson    on behalf of Defendant    City of Detroit, Michigan swansonm@millercanfield.com
          Marc N. Swanson    on behalf of Defendant    Detroit City Council swansonm@millercanfield.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Marcy J. Ford    on behalf of Creditor   Bank of America, N.A. easternecf@trottlaw.com, mitrottlaw@ecf.courtdrive.com
          Marguerite Hammerschmidt    on behalf of Interested Party   Haas & Goldstein P.C. admin@hammer-stick.com
          Marie Garian    on behalf of Defendant   ABC Demolition Co Inc Garianlaw@yahoo.com
          Mark Wasvary    on behalf of Creditor   Hyde Park Co-Operative, et al. mark@wasvarylaw.com
          Mark Wasvary    on behalf of Creditor   Plymouth Square Ltd. Housing Association mark@wasvarylaw.com
          Mark A. Angelov    on behalf of Plaintiff   Ambac Assurance Corporation mark.angelov@arentfox.com
          Mark B. Berke    on behalf of Defendant   Birks Works Environmental LLC mberkelaw@gmail.com
          Mark H. Shapiro    on behalf of Creditor   Nuveen Asset Management shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
          Mark H. Shapiro    on behalf of Interested Party   The Securities Industry and Financial Markets Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
          Mark H. Shapiro    on behalf of Creditor   BlackRock Financial Management, Inc. shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
          Mark H. Shapiro    on behalf of Interested Party   Greenhill & Co., LLC shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
          Mark Howard Cousens    on behalf of Creditor   Amalgamated Transit Union Local 26 cousens@cousenslaw.com
          Mark L. McAlpine    on behalf of Other Professional   McAlpine PC mlmcalpine@mcalpinelawfirm.com, dajaworski@mcalpinepc.com
          Mark R. James    on behalf of Interested Party   Financial Guaranty Insurance Company mrj@wwrplaw.com
          Mark R. James    on behalf of Creditor   Financial Guaranty Insurance Company mrj@wwrplaw.com
          Mark S. Frankel    on behalf of Defendant   Motor City Pipe & Supply Co mfrankel@couzens.com
          Mark S. Frankel    on behalf of Interested Party   Tooles Contracting Group LLC mfrankel@couzens.com
          Mark S. Frankel    on behalf of Plaintiff   The Police and Fire Retirement System of the City of Detroit mfrankel@couzens.com
          Mark S. Frankel    on behalf of Defendant   Tooles Contracting Group LLC mfrankel@couzens.com
          Marshall J. Widick    on behalf of Interested Party   Service Employees International Union, Local 517M mwidick@michlabor.legal
          Marshall J. Widick    on behalf of Creditor Devery  Jones mwidick@michlabor.legal
          Marshall J. Widick    on behalf of Creditor Bruce  Goldman mwidick@michlabor.legal
          Marshall J. Widick    on behalf of Creditor Michael  Wells mwidick@michlabor.legal
          Marshall J. Widick    on behalf of Creditor Mary  Whitson mwidick@michlabor.legal
          Marshall J. Widick    on behalf of Creditor Robbie Lee Flowers mwidick@michlabor.legal
          Marshall J. Widick    on behalf of Creditor Mary  Washington mwidick@michlabor.legal
          Marshall J. Widick    on behalf of Creditor   Detroit Police Command Officers Association mwidick@michlabor.legal
          Marshall J. Widick    on behalf of Interested Party   International Union of Operating Engineers, Local 324 mwidick@michlabor.legal
          Marshall J. Widick    on behalf of Creditor   Detroit Fire Fighters Association, I.A.F.F. Local 344 mwidick@michlabor.legal
          Marshall S. Huebner    on behalf of Creditor   Merrill Lynch Capital Services, Inc. bankrout@davispolk.com
          Mary Beth Cobbs    on behalf of Debtor In Possession   City of Detroit, Michigan cobbm@detroitmi.gov, mbcobbs@flash.net
          Mary Beth Cobbs    on behalf of Interested Party   Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net
          Mary Beth Cobbs    on behalf of Interested Party   City of Detroit Law Department cobbm@detroitmi.gov, mbcobbs@flash.net
          Mary Kay Shaver    on behalf of Creditor   Varnum LLP mkshaver@varnumlaw.com
          Matthew Schneider    on behalf of Interested Party   State of Michigan SchneiderM7@michigan.gov
          Matthew Troy    on behalf of Interested Party   United States of America matthew.troy@usdoj.gov
          Matthew Wilkins    on behalf of Defendant   Electronic Data Systems Corporation wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew Wilkins    on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew Wilkins    on behalf of Plaintiff   AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew Wilkins    on behalf of Retiree Committee   Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew Wilkins    on behalf of Plaintiff   Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew Wilkins    on behalf of Plaintiff   Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew Wilkins    on behalf of Intervenor-Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
          Matthew D. Harper    on behalf of Interested Party   City of Detroit Water and Sewerage Department mdharper@eastmansmith.com
          Matthew Gernet Summers    on behalf of Creditor   Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com, heilmanl@ballardspahr.com
          Matthew Gernet Summers    on behalf of Creditor   FMS Wertmanagement summersm@ballardspahr.com, heilmanl@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
               summersm@ballardspahr.com,  heilmanl@ballardspahr.com
              Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
               summersm@ballardspahr.com,  heilmanl@ballardspahr.com
              Matthew Joseph Hoffer    on behalf of Creditor    H.D.V. Greektown, LLC matt@bradshaferlaw.com,
               info@bradshaferlaw.com
              Matthew Joseph Hoffer    on behalf of Creditor    415 East Congress, LLC matt@bradshaferlaw.com,
               info@bradshaferlaw.com
              Matthew Joseph Hoffer    on behalf of Creditor    K&P, Incorporated matt@bradshaferlaw.com,
               info@bradshaferlaw.com
              Max J. Newman    on behalf of Interested Party    Wayne County Corporation newman@butzel.com
              Max J. Newman    on behalf of Defendant    Motor City Electric Technologies Inc newman@butzel.com
              Max J. Newman    on behalf of Defendant    Fort Wayne Contracting Inc newman@butzel.com
              Max J. Newman    on behalf of Defendant    Imperial Construction Co newman@butzel.com
              Max J. Newman    on behalf of Defendant    Detroit Thermal, LLC newman@butzel.com
              Max J. Newman    on behalf of Defendant    L D' Agostini & Sons Inc newman@butzel.com
              Max J. Newman    on behalf of Defendant    C E Pollard Company newman@butzel.com
              Megan Boelstler    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
               mbb@legghioisrael.com,  smith@legghioisrael.com
              Michael Benkstein    on behalf of Creditor Derrez  Payne mbenkstein@joumanakayrouz.com
              Michael A. Stevenson    on behalf of Defendant    Clark Associates Inc mstevenson@sbplclaw.com,
               rschultz@sbplclaw.com
              Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
              Michael Anthony Karman    on behalf of Creditor    Fountain Court Consumer Housing Cooperative
               makarmanesq@gmail.com
              Michael H. Perry    on behalf of Defendant    Fraser Trebilcock Davis & Dunlap PC
               mperry@fraserlawfirm.com
              Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
              Michael R. Bell    on behalf of Interested Party    State of Michigan, Department of Attorney
               General BellM1@michigan.gov
              Michael R. Bell    on behalf of Interested Party Bill  Schuette BellM1@michigan.gov
              Michael Robert Wolin    on behalf of Defendant    Systems & Software Inc mike@tishlaw.com
              Michael T. Brown    on behalf of Creditor    Detroit Water and Sewerage Department
               mbrown@kaalaw.com,  mbrownkaa@ecf.courtdrive.com
              Michael T. Brown    on behalf of Respondent    Wayne County Treasurer mbrown@kaalaw.com,
               mbrownkaa@ecf.courtdrive.com
              My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
               mao-bk-ecf@debevoise.com
              Nabih H. Ayad    on behalf of Interested Party Rashida  Tlaib ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Maureen  Taylor ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP
               ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Donnell  White ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party Thomas  Stallworth III ayadlaw@hotmail.com
              Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
              Neil Matthew Berger    on behalf of Plaintiff    City of Detroit, Michigan dperson@teamtogut.com,
               dcahir@teamtogut.com,  seratner@teamtogut.com;neilberger@teamtogut.com;bmoore@teamtogut.com
              Neil R. Sherman    on behalf of Creditor    Flagstar Bank, FSB nsherman@sspclegal.com,
               stremonti1@sspclegal.com
              Neil R. Sherman    on behalf of Interested Party    CitiMortgage, Inc. nsherman@sspclegal.com,
               stremonti1@sspclegal.com
              Neil R. Sherman    on behalf of Interested Party    Schneiderman and Sherman, P.C.
               nsherman@sspclegal.com,  stremonti1@sspclegal.com
              Neil R. Sherman    on behalf of Interested Party    Kondaur Capital Corporation
               nsherman@sspclegal.com,  stremonti1@sspclegal.com
              Niraj R. Ganatra    on behalf of Attorney    UAW - Solidarity House Nganatra@uaw.net
              Noel J. Ravenscroft    on behalf of Defendant    Investment Committee of the Police and Fire
               Retirement System of the City of Detroit NRavenscroft@bodmanlaw.com,
               ravenscroftn@ecf.courtdrive.com
              Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
               mkisell@plunkettcooney.com
              Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan
               pmears@btlaw.com
              Patrick W. Carothers    on behalf of Defendant    Carmeuse Lime Inc pcarothers@leechtishman.com,
               bankruptcy@leechtishman.com;ghauswirth@leechtishman.com;dtomko@leechtishman.com
              Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
               phage@jaffelaw.com,  gshaw@jaffelaw.com
              Paul R. Hage    on behalf of Defendant    Inland Waters Pollution Control Inc. phage@jaffelaw.com,
               gshaw@jaffelaw.com
              Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation
               phage@jaffelaw.com,  gshaw@jaffelaw.com
              Paul R. Hage    on behalf of Defendant    Election Systems & Software phage@jaffelaw.com,
               gshaw@jaffelaw.com
              Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
               Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
              Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of
               Detroit, Michigan hall@bwst-law.com,  marbury@bwst-law.com;pleban@bwst-law.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Paula A. Hall on behalf of Retiree Committee Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Peter D. Dechiara on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
- Peter Paul Sudnick on behalf of Attorney Peter P. Sudnick psudnick@sudnicklaw.com, psudnick13@gmail.com
- Ralph A. Taylor on behalf of Plaintiff Ambac Assurance Corporation ralph.taylor@arentfox.com
- Ralph E. McDowell on behalf of Counter-Claimant Investment Committee of the Police and Fire Retirement System of the City of Detroit rmcdowell@bodmanlaw.com
- Ralph E. McDowell on behalf of Defendant Investment Committee of the Police and Fire Retirement System of the City of Detroit rmcdowell@bodmanlaw.com
- Raymond Guzall, III on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
- Raymond Guzall, III on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
- Richard A. Roble (UST) on behalf of U.S. Trustee Andrew R. Vara Richard.A.Roble@usdoj.gov
- Richard A. Roble (UST) on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
- Richard G. Mack, Jr. on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Richard Mack richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Interested Party 1983 Claimants richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Coalition of Detroit Unions richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
- Richardo I. Kilpatrick on behalf of Creditor Detroit Water and Sewerage Department ecf@kaalaw.com, Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;dgomez@kaalaw.com
- Richardo I. Kilpatrick on behalf of Interested Party City of Detroit, Water and Sewerage Department ecf@kaalaw.com, Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;dgomez@kaalaw.com
- Richardo I. Kilpatrick on behalf of Interested Party City of Detroit Water and Sewerage Department ecf@kaalaw.com, Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;dgomez@kaalaw.com
- Robert Darnell on behalf of Interested Party United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
- Robert Fetter on behalf of Interested Party Local 3308 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert Fetter on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert Fetter on behalf of Interested Party Local 917 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert A. Weisberg on behalf of Defendant Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
- Robert A. Weisberg on behalf of Counter-Claimant Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
- Robert A. Weisberg on behalf of Creditor Oakland County, Michigan BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
- Robert J. Figa on behalf of Defendant D A Central Inc RFiga@Comlawone.com
- Robert J. Figa on behalf of Defendant Vancon Inc RFiga@Comlawone.com
- Robert N. Bassel on behalf of Interested Party Lasalle Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
- Robert N. Bassel on behalf of Interested Party Lafayette Town Houses, Inc. bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
- Robert N. Bassel on behalf of Interested Party Joliet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
- Robert N. Bassel on behalf of Interested Party Nicolet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
- Robert N. Bassel on behalf of Interested Party St. James Cooperative bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
- Robert S. Hertzberg on behalf of Defendant Michael Jamison hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Plaintiff City of Detroit hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Debtor In Possession City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Robert S. Hertzberg    on behalf of Interested Party    Pepper Hamilton LLP
           hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John    Naglik hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant John    Naglick hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Plaintiff    City of Detroit, Michigan hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Robert S. Hertzberg    on behalf of Defendant Cheryl    Johnson hertzbergr@pepperlaw.com,
           kuschj@pepperlaw.com
          Ronald A. Spinner    on behalf of Defendant    City of Detroit, Michigan spinner@millercanfield.com
          Ronald A. Spinner    on behalf of Debtor In Possession    City of Detroit, Michigan
           spinner@millercanfield.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
           ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
          Ryan Blaine Bennett    on behalf of Defendant    Syncora Guarantee, Inc. ryan.bennett@kirkland.com,
           maureen.mccarthy@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Capital Assurance Inc.
           ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Guarantee Inc.
           ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
          Ryan Blaine Bennett    on behalf of Interested Party    Syncora Holdings Ltd.
           ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
          Sam J. Alberts    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
           Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
          Sara    Rajan    on behalf of Defendant    Camden Insurance Agency Inc srajan@starkreagan.com
          Scott A. Wolfson    on behalf of Defendant    Detroit Advanced Technology Application Network
           swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com
          Scott A. Wolfson    on behalf of Creditor    The Bank Of New York Mellon swolfson@wolfsonbolton.com,
           david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com,
           stravis@wolfsonbolton.com
          Scott Eric Ratner    on behalf of Debtor In Possession    City of Detroit, Michigan
           dperson@teamtogut.com
          Scott Eric Ratner    on behalf of Defendant    Detroit Thermal, LLC dperson@teamtogut.com
          Scott Eric Ratner    on behalf of Plaintiff    City of Detroit, Michigan dperson@teamtogut.com
          Scott M. Watson    on behalf of Creditor    UBS AG swatson@wnj.com
          Sean M. Cowley (UST)    on behalf of U.S. Trustee Andrew R. Vara Sean.cowley@usdoj.gov
          Sean M. Cowley (UST)    on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
          Shanna Marie Kaminski    on behalf of Interested Party    City of Detroit Water and Sewerage
           Department ,    wrkyles@varnumlaw.com
          Shanna Marie Kaminski    on behalf of Defendant    Detroit Water and Sewerage Department ,
           wrkyles@varnumlaw.com
          Shannon L. Deeby    on behalf of Interested Party    General Retirement System of the City of
           Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Defendant    Eastern Oil Co sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Interested Party    Police and Fire Retirement System of the City
           of Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Defendant    Dell Computer Corporation sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Defendant    J Ranck Electric Inc sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Defendant    Camp Dresser & McKee sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Defendant    CDM Michigan Inc sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    Governing Board of the City of Detroit Employee
           Benefit Plan sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    Police and Fire Retirement System of the City of
           Detroit sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Defendant    Prevost Parts/Prevost Car Inc. sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Defendant    David Wm Ruskin sdeeby@clarkhill.com
          Shannon L. Deeby    on behalf of Creditor    General Retirement System of the City of Detroit
           sdeeby@clarkhill.com
          Sheldon S. Toll    on behalf of Interested Party    Detroit Windsor Tunnel, LLC sst@lawtoll.com
          Sheryl L. Toby    on behalf of Interested Party    Health Alliance Plan of Michigan
           stoby@dykema.com, dguerrero@dykema.com
          Stacey L. Heinonen    on behalf of Creditor Larentinna    Goudy sheinonen@855mikewins.com,
           staceyheinonen@yahoo.com
          Stanley I. Okoli    on behalf of Creditor Shelton    Bell, Jr. sokoli@romanolawpllc.com,
           dblake@romanolawpllc.com, dromano@romanolawpllc.com
          Stanley I. Okoli    on behalf of Creditor Michael    McKay sokoli@romanolawpllc.com,
           dromano@romanolawpllc.com
          Stanley I. Okoli    on behalf of Creditor James    Williams sokoli@romanolawpllc.com,
           dromano@romanolawpllc.com
          Stanley L. de Jongh    on behalf of Interested Party    City of Detroit Law Department
           jongsl@detroitmi.gov
          Stanley L. de Jongh    on behalf of Debtor In Possession    City of Detroit, Michigan
           jongsl@detroitmi.gov
          Stephanie Lee Arndt    on behalf of Interested Party Desmond    Ricks s.arndt@fiegerlaw.com,
           s.teal@fiegerlaw.com
          Stephanie Lee Arndt    on behalf of Interested Party    Thomas Sandusky, Personal Representative of
           Estate of Hal Sandusky s.arndt@fiegerlaw.com,   s.teal@fiegerlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Stephanie Lee Arndt    on behalf of Creditor Steven  Wolak s.arndt@fiegerlaw.com,
           s.teal@fiegerlaw.com
          Stephanie Lee Arndt    on behalf of Interested Party Desire'a  Ricks s.arndt@fiegerlaw.com,
           s.teal@fiegerlaw.com
          Stephanie Lee Arndt    on behalf of Interested Party Akilah  Cobb s.arndt@fiegerlaw.com,
           s.teal@fiegerlaw.com
          Stephen  Wolpert    on behalf of Creditor    Macomb County stephen.wolpert@dechert.com
          Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
           shelly.harrow@gmail.com
          Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
           laplante@millercanfield.com,  skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Plaintiff    City of Detroit, Michigan
           laplante@millercanfield.com,  skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Defendant    Detroit City Council laplante@millercanfield.com,
           skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
           laplante@millercanfield.com,  skoczylas@millercanfield.com
          Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts
           laplante@millercanfield.com,  skoczylas@millercanfield.com
          Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
          Steven G. Howell    on behalf of Interested Party    State of Michigan showell@dickinsonwright.com
          Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
           General showell@dickinsonwright.com
          Stuart A. Gold    on behalf of Defendant    Federal Pipe & Supply Inc sgold@glmpc.com
          Stuart A. Gold    on behalf of Creditor    Detroit Public Library sgold@glmpc.com
          Stuart A. Gold    on behalf of Defendant    Binkelman Corp. sgold@glmpc.com
          Susheel  Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
          Susheel  Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc.
           susheelkirpalani@quinnemanuel.com,  monicatarazi@quinnemanuel.com
          Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
           mosullivan@schiffhardin.com;edocket@schiffhardin.com
          Tamar  Dolcourt    on behalf of Debtor In Possession    City of Detroit, Michigan
           tdolcourt@foley.com
          Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association
           morris@silvermanmorris.com,  dlatus@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
           dlatus@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
           dlatus@silvermanmorris.com
          Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
           morris@silvermanmorris.com,  dlatus@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
           Association morris@silvermanmorris.com,  dlatus@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
           dlatus@silvermanmorris.com
          Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
           morris@silvermanmorris.com,  dlatus@silvermanmorris.com
          Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
           dlatus@silvermanmorris.com
          Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
           fusco@millercanfield.com
          Timothy A. Fusco    on behalf of Defendant    City of Detroit, Michigan fusco@millercanfield.com
          Todd W. Grant    on behalf of Defendant    Waterworks Systems & Equipment tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant    E L Bailey & Co Inc tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant    North-West Trading Co tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant    Clarks Construction tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant    Blue Star Inc tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Todd W. Grant    on behalf of Defendant    KEO and Associates Inc. tgrant@cqlawfirm.com,
           pcavanaugh@cqlawfirm.com
          Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
           vgflawyer@sbcglobal.net,  dfjohnson@cfaith.com
          Wendy Turner Lewis    on behalf of Defendant    Pyratech Security Systems Inc wtlewis@ameritech.net
          William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
          William H. Goodman    on behalf of Creditor Walter  Swift mail@goodmanhurwitz.com
          William J. Barrett    on behalf of Defendant    Genuine Parts Company william.barrett@bfkn.com
          William Norman Listman    on behalf of Interested Party    Southeastern Oakland County Water
           Authority wlistman@dbsattorneys.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
William W. Kannel    on behalf of Creditor   Ad Hoc Bondholder Committee wkannel@mintz.com
William W. Kannel    on behalf of Creditor   Fidelity Management & Research Company
 wkannel@mintz.com
Yuliy Osipov   on behalf of Defendant    Toter Incorporated yotc_ecf@yahoo.com,
 yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy Osipov   on behalf of Interested Party Gary Segatti yotc_ecf@yahoo.com,
 yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy Osipov   on behalf of Interested Party   Michigan Property Tax Relief, LLC
 yotc_ecf@yahoo.com,   yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy Osipov   on behalf of Defendant   Capp, Inc. yotc_ecf@yahoo.com,
 yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy Osipov   on behalf of Defendant   Capp USA yotc_ecf@yahoo.com,
 yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy Osipov   on behalf of Interested Party    P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com,
 yo_ecf@osbig.com;tc_ecf@osbig.com
Yuliy Osipov   on behalf of Creditor    Jackie's Transport, Inc. yotc_ecf@yahoo.com,
 yo_ecf@osbig.com;tc_ecf@osbig.com
                                                                              TOTAL: 562
```