Form:ntadjBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF ADJOURNED BENCH OPINION

PLEASE TAKE NOTICE that the BENCH OPINION on 03/25/2020 at 1:30 pm to consider and act upon the following:

*13152* – Objection to Claim Number of Claimant City of Detroits Objection to Claim Number 1862 Filed by Detroit Police Officers Association. Filed by Debtor In Possession City of Detroit, Michigan (Attachments: # 1 Exhibit 4 # 2 Exhibit 5 # 3 Exhibit 6 # 4 Exhibit 7 # 5 Exhibit 7, Part 2 # 6 Exhibit 8 # 7 Exhibit 9) (Swanson, Marc) Hearing scheduled 12/18/2019 at 01:30 PM at Courtroom 1925. Response due by 12/11/2019.

is hereby adjourned to: 4/29/20 at 02:00 PM at Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226

Note: effective beginning March 16, 2020, Judge Tucker is conducting all conferences and non−evidentiary hearings by telephone. At least five minutes before the scheduled time for hearing, counsel and parties should call (888) 684−8852 and use Access Code 2388650. Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating.

Dated: 3/24/20

                                          BY THE COURT

                                          Katherine B. Gullo, Clerk of Court
                                          U.S. Bankruptcy Court