UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 13-53846

CITY OF DETROIT, MICHIGAN,  Chapter 9

        Debtor.  Judge Thomas J. Tucker
_____/

### ORDER REGARDING THE JOINT MOTION BY THE CITY OF DETROIT AND THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, MICHIGAN FOR THE ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT AND CONFIRMATION ORDER AGAINST DANIEL J. SALKOWSKI, JEFFREY HAMM, AND RICHARD MAKULSKI

      This case is before the Court on the motion entitled "Joint Motion by the City of Detroit and the Police and Fire Retirement System of the City of Detroit, Michigan for the Entry of an Order Enforcing the Plan of Adjustment and Confirmation Order Against Daniel J. Salkowski, Jeffrey Hamm, and Richard Makulski."  (Docket # 13090, the "Motion").  Today the Court has filed a written opinion regarding the Motion.  (Docket # 13274).  For the reasons stated in the Court's written opinion,

      IT IS ORDERED that the Motion is granted to the extent of the relief provided in this Order, and otherwise is denied.

      IT IS FURTHER ORDERED that:

1.  Daniel J. Salkowski, Jeffrey Hamm, and Richard Makulski each is held in civil contempt of court, for violating the injunction contained in the confirmed plan of adjustment in this case, as described in the Court's written opinion (Docket # 13274).

2.  Except for the foregoing contempt finding, the Court declines to grant any other relief on the Motion.

**Signed on April 6, 2020**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**