## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER RESCHEDULING HEARING ON CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 1862 FILED BY DETROIT POLICE OFFICERS' ASSOCIATION, AND CONVERTING THAT RESCHEDULED HEARING INTO A STATUS CONFERENCE

Based on the stipulation filed April 8, 2020, entitled "Stipulation Regarding Hearing on City of Detroit's Objection to Claim Number 1862 Filed by Detroit Police Officers' Association" (Docket # 13276, the "Stipulation");[1] the Court finds good cause to enter this Order.

IT IS ORDERED THAT the hearing currently scheduled for April 29, 2020 at 2:00 p.m., on the Objection (Docket # 13152), is adjourned until **May 27, 2020 at 2:00 p.m.**, and is converted into a status conference on the Objection.

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Stipulation.

**Signed on April 8, 2020**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**