United States Bankruptcy Court
Eastern District of Michigan

In re:
City of Detroit, Michigan,
Debtor.

Case No. 13-53846
Judge Thomas J. Tucker

## DARRYL CAIN'S MOTION CHALLENGING THE TREATMENT OF THE CLAIM AS A CLASS 15 CONVENIENE CLAIM

Now Comes Darryl Cain, Creditor, challenging the treatment of his Claim as a Class 15 Convenience Claim rather than under some other class under the Plan and states as follows:

1. The treatment discriminate unfairly and is not fair and equitable with respect to Clarm.

2. The treament is not in the best interests of creditors the requirements of § 1129(a)(8) are not met and does not meet the alternative requirements.

3. Discrimination is said to be unfair when there is no reason to prefer one group of unsecured claims over another.

4. § 1123(a)(4) provide the same treatment for each claim or interest of a particular class, unless the holder of a particular claim or interest agrees to a less favorable treatment of such particular claim or interest;

13-53846-tjt    Doc 13278    Filed 04/22/20    Entered 04/22/20 13:49:43    Page 1 of 4

1

5. I am an involuntary Creditor that did not assume the risk of nonpayment because § 1983 guarantee me Compensation when State actors violate my rights.

6. Involuntary Creditors, generally have statutory, tort, or Constitutional Claims against the City. That presumably had no opportunity to perform due diligence or to limit the risk of ~~nonpay~~ment.

7. Debtor failed to show that separately classifying unsecured Claims was reasonable and necessary for administrative Convenience; rather, debtor's purpose was to isolate claim of one dissenting creditors, to create separate Class Consisting of all other general unsecured Claims, and to provide that class with more favorable treatment, all for purpose of obtaining acceptance by impaired class.

8. Most importantly I did not agree to have my claim reduced to $25,000.00 and treat it as a "Class 15 Convenience Claim. Why would I sue ~~for~~ $51,320,000.00 then agree to have it reduced to $25,000.00? that's why the Voting Ballot was forged for the City's Convenience, I did not vote for Class 15.

Therefore, Darryl Cain asks and request that his claim be classed and treated differently other than a Class 15 Convenience Claim for the above mentioned reasons.

Respectfully Submitted

Darryl Cain

Date: April 16, 2020

# CERTIFICATE OF SERVICE

I ~~Darryl~~ declare under the penalty of perjury I mailed by expedited legal mail One Copy of Darryl Cain's Motion Challenging the treatment of the Claim as a Class 15 Conveniece Claim to the Office of the Clerk, U.S. Bankruptcy Court, 211 W. Fort St., Detroit, MI 48226 and one Copy to Miller, Canfield, Paddock and Stone, P.L.C., 150 West Jefferson, Suite 500, Detroit, MI 48226 with Certificate of Service/Proof of Service attached on April 16, 2020.

Date: April 16, 2020

Respectfully Submitted

Darryl Cain #351791
Creditor
Carson City Correctional Facility
10274 Boyer Road
Carson City, MI 48811

Darryl Cain #351791
Carson City Correctional Facility
10274 Boyer Road
Carson City, MI 48811

Office of the Clerk
U.S. Bankruptcy Court
211 W. Fort St
Detroit, MI 48226