Form:def2

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

*13278* − Darryl Cain's Motion Challenging The Treatment Of The Claim As A Class 15 Conveniene Claim, Filed by Creditor Darryl Cain (ckata)

Notice to Respondent Missing, Proposed Order Missing and Proof of Service is Non−Compliant. A Proof of Service requires a Case Caption per ECF Procedure 12(h). A party serving a Paper shall file a Certificate of Service. The Certificate shall state the Paper served, the manner in which service was accomplished, and the parties served. This certificate of service may not be included as part of the Paper that was served; it shall be a separate filing.

is defective as indicated:

- ☐ Acceptable List of Creditors Missing
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Amended Document Missing or Non−Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application for Individuals to Pay the Filing Fee in Installments Missing or Non−Compliant
- ☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non−Compliant
- ☐ Bankruptcy Petition Cover Sheet Missing or Non−Compliant
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief Missing
- ☐ Certificate of Exigent Circumstances−Credit Counseling Waiver Missing
- ☐ Chapter 13 Plan is Non−Compliant
- ☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non−Compliant (To be filed with corrected document in its entirety as one PDF)
- ☐ Docket or Proof of Claim Number Missing
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)
- ☐ List of 20 Largest Unsecured Creditors Missing
- ☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing
- ☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing

- ☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing
- ☐ Notice of Objection to Claim Missing or Non−Compliant
- ☐ Notice of Special Appearance (LBR 9010−1(c)) Missing or Non−Compliant
- ☒ Notice to Respondent Missing or Non−Compliant
- ☐ Original Signature Missing or Non−Compliant
- ☐ Petition Non−Compliant (To be filed in its entirety)
- ☒ Proof of Service Missing or Non−Compliant
- ☒ Proposed Order Missing
- ☐ Redacted Document Missing or Non−Compliant
- ☐ Statement of Attorney for Debtors 2016b LBR 9010−1c Missing or Non−Compliant
- ☐ Statement of Corporate Ownership Missing
- ☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 4/22/20

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

In re:                                                                        Case No. 13-53846-tjt
City of Detroit, Michigan                                                     Chapter 9
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2     User: ckata     Page 1 of 14     Date Rcvd: Apr 22, 2020
                 Form ID: def2    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2020.
26501903      +Darryl Cain  #351791,   Carson City Correctional Facility,   10274 Boyer Road,    Carson City, MI 48811-9746

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust            Andrew R. Vara
                Deutsche Bank AG, London
                                                                                                               TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2020                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2020 at the address(es) listed below:
           Albert  Togut   on behalf of Plaintiff    City of Detroit, Michigan neilberger@teamtogut.com,
             apirraglia@teamtogut.com,Jberman@teamtogut.com,dperson@teamtogut.com,dcahir@teamtogut.com,
             adeering@teamtogut.com,srobinson@teamtogut.com
           Albert   Togut   on behalf of Debtor In Possession    City of Detroit, Michigan
             dperson@teamtogut.com
           Alfredo R. Perez    on behalf of Creditor    Financial Guaranty Insurance Company
             alfredo.perez@weil.com,kelly.diblasi@weil.com,dana.kaufman@weil.com,brian.wells@weil.com
           Alice  Bonita Jennings    on behalf of Plaintiff John   Smith ajennings@edwardsjennings.com,
             vgray@edwardsjennings.com
           Alice  Bonita Jennings     on behalf of Plaintiff    Peoples Water Board
             ajennings@edwardsjennings.com,   vgray@edwardsjennings.com
           Alice  Bonita Jennings    on behalf of Plaintiff   Sylvia  Taylor ajennings@edwardsjennings.com,
             vgray@edwardsjennings.com
           Alice  Bonita Jennings     on behalf of Plaintiff Rosalyn  Walker ajennings@edwardsjennings.com,
             vgray@edwardsjennings.com
           Alice  Bonita Jennings    on behalf of Plaintiff Tammika  Williams ajennings@edwardsjennings.com,
             vgray@edwardsjennings.com
           Alice  Bonita Jennings    on behalf of Plaintiff John   Jackson ajennings@edwardsjennings.com,
             vgray@edwardsjennings.com
           Alice  Bonita Jennings    on behalf of Plaintiff Janice  Ward ajennings@edwardsjennings.com,
             vgray@edwardsjennings.com
           Alice  Bonita Jennings    on behalf of Plaintiff    Moratorium Now! ajennings@edwardsjennings.com,
             vgray@edwardsjennings.com
           Alice  Bonita Jennings    on behalf of Plaintiff    National Action Network--Michigan Chapter
             ajennings@edwardsjennings.com,   vgray@edwardsjennings.com
           Alice  Bonita Jennings    on behalf of Plaintiff Rosalyn  Parham ajennings@edwardsjennings.com,
             vgray@edwardsjennings.com
           Alice  Bonita Jennings    on behalf of Plaintiff    Michigan Welfare Rights Organization
             ajennings@edwardsjennings.com,   vgray@edwardsjennings.com
           Alice  Bonita Jennings    on behalf of Plaintiff Maurika  Lyda ajennings@edwardsjennings.com,
             vgray@edwardsjennings.com
           Alice  Bonita Jennings    on behalf of Plaintiff Nicole  Hill ajennings@edwardsjennings.com,
             vgray@edwardsjennings.com
           Alice  Bonita Jennings    on behalf of Plaintiff Scott  Eubank ajennings@edwardsjennings.com,
             vgray@edwardsjennings.com
           Allan S. Brilliant    on behalf of Creditor    Macomb County allan.brilliant@dechert.com
           Allan S. Brilliant    on behalf of Creditor    Macomb Interceptor Drain Drainage District
             allan.brilliant@dechert.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Allan S. Brilliant    on behalf of Creditor    County of Macomb, Michigan allan.brilliant@dechert.com

Allison Bach    on behalf of Interested Party    State of Michigan, Department of Attorney General abach@dickinsonwright.com, kstubbs@dickinson-wright.com

Amy D. Caton    on behalf of Creditor    Nuveen Asset Management acaton@kramerlevin.com

Amy D. Caton    on behalf of Creditor    BlackRock Financial Management, Inc. acaton@kramerlevin.com

Andrew A. Paterson, Jr.    on behalf of Plaintiff    Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com

Andrew A. Paterson, Jr.    on behalf of Creditor    Citizens United Against Corrupt Government aap43@outlook.com, aap43law@gmail.com

Andrew A. Paterson, Jr.    on behalf of Creditor Robert Davis aap43@outlook.com, aap43law@gmail.com

Anthony Greene    on behalf of Creditor Da'Nean M. Brooks greenelawgroup@gmail.com, greenelawgroup@yahoo.com

Anthony J. Kochis    on behalf of Creditor    Iron Mountain Information Management, LLC akochis@wolfsonbolton.com, stravis@wolfsonbolton.com

Anthony J. Kochis    on behalf of Creditor    The Bank Of New York Mellon akochis@wolfsonbolton.com, stravis@wolfsonbolton.com

Anthony J. Kochis    on behalf of Attorney    Wolfson Bolton PLLC akochis@wolfsonbolton.com, stravis@wolfsonbolton.com

Anthony James Miller    on behalf of Defendant    Toter Incorporated am@osbig.com

Barbara A. Patek    on behalf of Plaintiff    Detroit Police Lieutenants and Sergeants Association pateklaw@gmail.com

Barbara A. Patek    on behalf of Interested Party    Sanitary Chemists and Technicians Association pateklaw@gmail.com

Barbara A. Patek    on behalf of Interested Party John R. Runyan pateklaw@gmail.com

Barbara A. Patek    on behalf of Interested Party    Association of Detroit Engineers pateklaw@gmail.com

Barbara A. Patek    on behalf of Creditor    Detroit Police Lieutenants and Sergeants Association pateklaw@gmail.com

Barbara A. Patek    on behalf of Creditor    Detroit Police Officers Association pateklaw@gmail.com

Barry S. Fagan    on behalf of Creditor    Bankruptcy Estate of Simeon Chisara Ohakpo bfagan@dibandfagan.com

Benjamin Whitfield    on behalf of Interested Party Jerome Collins benwlaw123@aol.com, bw4822@aol.com;benwlaw4822@aol.com

Brendan G. Best    on behalf of Interested Party    Ambac Assurance Corporation bbest@schaferandweiner.com, wrkyles@varnumlaw.com

Brendan G. Best    on behalf of Plaintiff    Ambac Assurance Corporation bbest@schaferandweiner.com, wrkyles@varnumlaw.com

Brendan G. Best    on behalf of Defendant    Syncora Guarantee, Inc. bbest@schaferandweiner.com, wrkyles@varnumlaw.com

Brian D. O'Keefe    on behalf of Creditor Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe    on behalf of Interested Party    Detroit Retired City Employees Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe    on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe    on behalf of Interested Party Donald Taylor bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Brian D. O'Keefe    on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com, TReitzloff@lippittokeefe.com

Bruce Bennett    on behalf of Debtor In Possession    City of Detroit, Michigan bbennett@jonesday.com

Caralyce M. Lassner    on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com, R47050@notify.bestcase.com;LassnerCR47050@notify.bestcase.com

Carl F. Schier    on behalf of Defendant    Bankston Construction Inc carl@schierlaw.com

Carla Orman Andres    on behalf of Interested Party    Godfrey & Kahn, S.C. candres@gklaw.com

Carol Connor Cohen    on behalf of Plaintiff    Ambac Assurance Corporation carol.cohen@arentfox.com

Carole Neville    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit, Michigan carole.neville@dentons.com

Carole Neville    on behalf of Retiree Committee    Official Committee of Retirees carole.neville@dentons.com

Caroline Turner English    on behalf of Plaintiff    Ambac Assurance Corporation caroline.english@arentfox.com

Carolyn Beth Markowitz    on behalf of Interested Party Kevin Lewis DVCCOUNSEL@AOL.COM

Charles Bruce Idelsohn    on behalf of Creditor Heidi Peterson charlesidelsohnattorney@yahoo.com, charlesID@hotmail.com

Charles D. Bullock    on behalf of Interested Party    Gabriel, Roeder, Smith & Company cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com

Cheryl Cook    on behalf of Creditor    CitiMortgage, Inc. bknotices-edm@potestivolaw.com

Christopher A. Grosman    on behalf of Interested Party    BlackRock Financial Management, Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

Christopher A. Grosman    on behalf of Creditor    Oakland County, Michigan BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

Christopher E. McNeely    on behalf of Defendant    Great Lakes Power Inc cmcneely@mandmpc.com

Cindy Tsai    on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Claude D. Montgomery   on behalf of Retiree Committee   Official Committee of Retirees claude.montgomery@dentons.com,docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com

Claude D. Montgomery   on behalf of Plaintiff   Official Committee of Retirees of the City of Detroit, Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com

Courtney A. Krause   on behalf of Creditor   Berkshire Hathaway Assurance Corporation ckrause@garanlucow.com

Cynthia J. Haffey   on behalf of Defendant   Detroit General Retirement System Service Corporation haffey@butzel.com

Cynthia J. Haffey   on behalf of Defendant   Detroit Police And Fire Retirement System Service Corporation haffey@butzel.com

Dale Price   on behalf of Creditor   Equal Employment Opportunity Commission dale.price@eeoc.gov, legaldt.detroit@eeoc.gov

Daniel Kielczewski   on behalf of Defendant   Bob Maxey Ford Inc dgkielczewski@abbottnicholson.com, adwilliams@abbottnicholson.com

Daniel C. DiCicco   on behalf of Defendant   Wright Tool Co ddicicco@ahernkill.com

David A. Lerner   on behalf of Creditor   Plunkett Cooney dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com

David A. Lerner   on behalf of Creditor   Waste Management Inc. etal dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com

David A. Lerner   on behalf of Defendant   Waste Management of Michigan Inc dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com

David E. Schwartz   on behalf of Defendant   SMART dschwartz@allardfishpc.com

David Jonathan Cross   on behalf of Defendant   T & N Services Inc davidjonathancross@gmail.com

David L. Dubrow   on behalf of Plaintiff   Ambac Assurance Corporation david.dubrow@arentfox.com

David M. Blau   on behalf of Creditor   NTH Consultants, Ltd. dblau@clarkhill.com

David M. Blau   on behalf of Defendant   Mannik & Smith Group Inc dblau@clarkhill.com

David T. Lin   on behalf of Interested Party   The Kales Grand Circus Park, LLC dlin@seyburn.com, kbilpo@seyburn.com

Dawn R. Copley   on behalf of Interested Party   State of Michigan dcopley@dickinsonwright.com

Dawn R. Copley   on behalf of Interested Party   State of Michigan, Department of Attorney General dcopley@dickinsonwright.com

Deborah Kovsky-Apap   on behalf of Defendant Michael Jamison kovskyd@pepperlaw.com, kuschj@pepperlaw.com

Deborah Kovsky-Apap   on behalf of Defendant Cheryl Johnson kovskyd@pepperlaw.com, kuschj@pepperlaw.com

Deborah Kovsky-Apap   on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com, kuschj@pepperlaw.com

Deborah Kovsky-Apap   on behalf of Defendant John Naglik kovskyd@pepperlaw.com, kuschj@pepperlaw.com

Deborah Kovsky-Apap   on behalf of Debtor In Possession   City of Detroit, Michigan kovskyd@pepperlaw.com, kuschj@pepperlaw.com

Deborah Kovsky-Apap   on behalf of Defendant John Naglick kovskyd@pepperlaw.com, kuschj@pepperlaw.com

Deborah Kovsky-Apap   on behalf of Plaintiff   City of Detroit, Michigan kovskyd@pepperlaw.com, kuschj@pepperlaw.com

Deborah Kovsky-Apap   on behalf of Plaintiff   City of Detroit kovskyd@pepperlaw.com, kuschj@pepperlaw.com

Deborah Kovsky-Apap   on behalf of Defendant   City of Detroit, Michigan kovskyd@pepperlaw.com, kuschj@pepperlaw.com

Deborah L. Fish   on behalf of Interested Party   Ad Hoc COPs Holders dfish@allardfishpc.com, allardfishpc@yahoo.com

Deborah L. Fish   on behalf of Intervenor-Defendant   Panning Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com

Deborah L. Fish   on behalf of Interested Party   Aurelius Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com

Deborah L. Fish   on behalf of Interested Party   Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com

Deborah L. Fish   on behalf of Interested Party   Dexia Credit Local dfish@allardfishpc.com, allardfishpc@yahoo.com

Deborah L. Fish   on behalf of Intervenor-Defendant   Aurelius Capital Management, LP dfish@allardfishpc.com, allardfishpc@yahoo.com

Deborah L. Fish   on behalf of Interested Party   Monarch Alternative Capital LP dfish@allardfishpc.com, allardfishpc@yahoo.com

Deborah L. Fish   on behalf of Interested Party   Dexia Holdings, Inc. dfish@allardfishpc.com, allardfishpc@yahoo.com

Deborah L. Fish   on behalf of Intervenor-Defendant   BlueMountain Capital Management, LLC dfish@allardfishpc.com, allardfishpc@yahoo.com

Deborah L. Fish   on behalf of Intervenor-Defendant   Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com

Deborah L. Fish   on behalf of Interested Party   Stone Lion Capital Partners L.P. dfish@allardfishpc.com, allardfishpc@yahoo.com

Deborah L. Fish   on behalf of Intervenor-Defendant   Bronze Gable, L.L.C. dfish@allardfishpc.com, allardfishpc@yahoo.com

Deborah L. Fish   on behalf of Interested Party   Norddeutsche Landesbank Luxembourg, S.A. dfish@allardfishpc.com, allardfishpc@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Deborah L. Fish    on behalf of Interested Party    Panning Capital Management, LP
dfish@allardfishpc.com, allardfishpc@yahoo.com
Deborah L. Fish    on behalf of Intervenor-Defendant    Monarch Alternative Capital LP
dfish@allardfishpc.com, allardfishpc@yahoo.com
Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2005
dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Defendant    Wilmington Trust, N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Defendant    U.S. Bank, N.A. dbeckwith@fosterswift.com
Dirk H. Beckwith    on behalf of Defendant    Detroit Retirement Systems Funding Trust 2006
dbeckwith@fosterswift.com
Donald G. McGuigan, II    on behalf of Interested Party    Mario's Restaurant, Inc.
don@mcguiganlaw.com
Doron Yitzchaki    on behalf of Defendant    Hesco Hamlett Engineering Sales Company
DYitzchaki@dickinsonwright.com
Douglas Steele    on behalf of Interested Party    International Association of Fire Fighters, AFL-CIO, CLC dls@wmlaborlaw.com
Douglas C. Bernstein    on behalf of Interested Party    Community Foundation for Southeast Michigan dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    Hudson-Webber Foundation
dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    The Fred A. and Barbara M. Erb Family Foundation dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    W.K. Kellogg Foundation
dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    Max M. and Marjorie S. Fisher Foundation
dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    The Ford Foundation
dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party Douglas C. Bernstein
dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    Charles Stewart Mott Foundation
dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    William Davidson Foundation
dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    McGregor Fund
dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
Douglas C. Bernstein    on behalf of Defendant    1 Way Service Inc dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
Douglas C. Bernstein    on behalf of Interested Party    A. Paul and Carol C. Schaap Foundation
dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
Douglas C. Bernstein    on behalf of Defendant    Examworks Inc dbernstein@plunkettcooney.com, kwebster@plunkettcooney.com
Elizabeth A. Ferguson    on behalf of Respondent Daniel J Salkowski
lizferguson@lawofficeseaferguson.com
Elizabeth A. Ferguson    on behalf of Respondent Jeffrey Hamm lizferguson@lawofficeseaferguson.com
Elizabeth A. Ferguson    on behalf of Respondent Richard Makulski
lizferguson@lawofficeseaferguson.com
Elizabeth A. Ferguson    on behalf of Creditor Kim Lamar Spicer
lizferguson@lawofficeseaferguson.com
Elliot G. Crowder    on behalf of Defendant    W C Ducomb Co ecrowder@sbplclaw.com, lhaas@sbplclaw.com
Elliot G. Crowder    on behalf of Interested Party    Gabriel, Roeder, Smith & Company
ecrowder@sbplclaw.com, lhaas@sbplclaw.com
Eric B. Gaabo    on behalf of Defendant    City of Detroit gaabe@detroitmi.gov,raimic@detroitmi.gov
Eric B. Gaabo    on behalf of Debtor In Possession    City of Detroit, Michigan gaabe@detroitmi.gov
Eric D. Carlson    on behalf of Debtor In Possession    City of Detroit, Michigan
carlson@millercanfield.com, brashier@millercanfield.com
Erika D. Hart    on behalf of Defendant    OAS Group Inc ehart@tauntlaw.com, sdewitte@tauntlaw.com;ksmith@tauntlaw.com
Ethan D. Dunn    on behalf of Defendant    Hercules & Hercules Inc bankruptcy@maxwelldunnlaw.com, bankruptcy.maxwelldunn@gmail.com;bankruptcy.mdplc@gmail.com
Evan A. Burkholder    on behalf of Defendant    J E Associates Inc evan.burkholder@leclairryan.com, evan.burkholder@gmail.com
Evan A. Burkholder    on behalf of Respondent    JE Associates evan.burkholder@leclairryan.com, evan.burkholder@gmail.com
Frank J. Guadagnino    on behalf of Creditor    Aetna Health and Life Insurance Company
fguadagnino@mcguirewoods.com, rhotaling@clarkhillthorpreed.com
Gordon J. Toering    on behalf of Defendant    EJ USA Inc gtoering@wnj.com
Gordon J. Toering    on behalf of Defendant    Valley Truck Parts Inc gtoering@wnj.com
H. Nathan Resnick    on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net, jblock@resnicklaw.com
H. Nathan Resnick    on behalf of Defendant    Bauer & Hunter PLLC hnresnick@resnicklaw.net, jblock@resnicklaw.com
H. Nathan Resnick    on behalf of Interested Party    Resnick & Moss, P.C. hnresnick@resnicklaw.net, jblock@resnicklaw.com
Harvey R. Weingarden    on behalf of Interested Party    Retired Detroit Police and Fire Fighers Association hweingarden@lippittokeefe.com, jdobrzycki@lippittokeefe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Harvey R. Weingarden    on behalf of Interested Party    Detroit Retired City Employees Association
           hweingarden@lippittokeefe.com, jdobrzycki@lippittokeefe.com
          Heather  Lennox    on behalf of Attorney    Jones Day hlennox@jonesday.com, tastachura@JonesDay.com
          Heather  Lennox    on behalf of Debtor In Possession     City of Detroit, Michigan
           hlennox@jonesday.com, tastachura@JonesDay.com
          Heather  Lennox    on behalf of Interested Party     Christie's, Inc. hlennox@jonesday.com,
           tastachura@JonesDay.com
          Heather  Lennox    on behalf of Interested Party     Miller Buckfire & Co., LLC hlennox@jonesday.com,
           tastachura@JonesDay.com
          Heather  Lennox    on behalf of Defendant     City of Detroit, Michigan hlennox@jonesday.com,
           tastachura@JonesDay.com
          Heidi  Peterson    hdpeterson75@gmail.com
          Howard Yale Lederman    on behalf of Creditor Ernest  Flagg hlederman@normanyatooma.com
          Howard Yale Lederman    on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com
          Howard Yale Lederman    on behalf of Creditor Brian  Greene hlederman@normanyatooma.com
          Irma  Industrious    on behalf of Creditor Irma  Industrious iindustrious@yahoo.com
          J. Paul Sugameli    on behalf of Defendant    Farrow Group Inc psugameli@sugamelilaw.com
          Jaimee Lauren Witten    on behalf of Defendant     Investment Committee of the Police and Fire
           Retirement System of the City of Detroit jwitten@bodmanlaw.com
          James  Pelland    on behalf of Defendant     Metco Services Inc jpelland@fb-firm.com,
           psugars@fb-firm.com
          James  Sprayregen    on behalf of Interested Party     Syncora Capital Assurance Inc.
           james.sprayregen@kirkland.com
          James  Sprayregen    on behalf of Interested Party     Syncora Guarantee Inc.
           james.sprayregen@kirkland.com
          James  Sprayregen    on behalf of Interested Party     Syncora Holdings Ltd.
           james.sprayregen@kirkland.com
          James J. Hayes    on behalf of Defendant     Alexander Chemical Corp attyjjhayes@gmail.com
          James S. Craig    on behalf of Creditor Marvin  Seales J.Craig@Fiegerlaw.com
          Jamie Scott Fields    on behalf of Creditor Jamie  Fields jeansartre@msn.com
          Jamie Scott Fields    on behalf of Creditor     Retired Detroit Police Members Association
           jeansartre@msn.com
          Jayson  Ruff    on behalf of Interested Party     Syncora Holdings Ltd. jruff@mcdonaldhopkins.com
          Jayson  Ruff    on behalf of Interested Party     Syncora Capital Assurance Inc.
           jruff@mcdonaldhopkins.com
          Jayson  Ruff    on behalf of Interested Party     Syncora Guarantee Inc. jruff@mcdonaldhopkins.com
          Jeffery R. Sieving    on behalf of Creditor     International Outdoor, Inc. jeff@iobillboard.com
          Jeffrey S. Kopp    on behalf of Debtor In Possession     City of Detroit, Michigan jkopp@foley.com
          Jerome D. Goldberg    on behalf of Plaintiff John  Smith apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff     National Action Network--Michigan Chapter
           apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Nicole  Hill apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Parham apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff     Michigan Welfare Rights Organization
           apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Scott  Eubank apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Rosalyn  Walker apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Janice  Ward apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff     Peoples Water Board apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff     Moratorium Now! apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff John  Jackson apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Tammika  Williams apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Interested Party Jerome  Moore apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Sylvia  Taylor apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Creditor David  Sole apclawyer@sbcglobal.net
          Jerome D. Goldberg    on behalf of Plaintiff Maurika  Lyda apclawyer@sbcglobal.net
          Jimmylee  Gray    on behalf of Defendant     Ampro Construction LLC j.gray50@comcast.net
          Jimmylee  Gray    on behalf of Defendant     Uniglobe Construction Co j.gray50@comcast.net
          Jimmylee  Gray    on behalf of Defendant     Kingsway Building & Maintenance j.gray50@comcast.net
          John  Rhoades    on behalf of Interested Party     Pike Pointe Holdings, LLC jrhoades@dykema.com
          John A. Simon    on behalf of Debtor In Possession     City of Detroit, Michigan jsimon@foley.com
          John A. Stevens    on behalf of Creditor     Detroit Police Lieutenants and Sergeants Association
           jstevens@mathesonparr.com, nlmumma@aol.com
          John Adam Behrendt    on behalf of Plaintiff     Gotham Motown Recovery, LLC abehrendt@bodmanlaw.com,
           jgateman@bodmanlaw.com
          John C. Lange    on behalf of Creditor     Detroit Public Library jlange@glmpc.com
          John D. Mulvihill    on behalf of Attorney John Mulvihill Law Office Of John D. Mulvihill Pllc
           jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
          John D. Mulvihill    on behalf of Defendant     Agar Lawn Sprinkler Systems Inc
           jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
          John D. Mulvihill    on behalf of Debtor In Possession     City of Detroit, Michigan
           jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
          John D. Mulvihill    on behalf of Creditor     Agar Lawn Sprinkler Systems Inc
           jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net
          John G. Colucci    on behalf of Respondent     General Shale Brick, Inc. coluccilawfirm@gmail.com
          John G. Colucci    on behalf of Creditor     General Shale Brick, Inc. coluccilawfirm@gmail.com
          John H. Willems    on behalf of Debtor In Possession     City of Detroit, Michigan
           willems@millercanfield.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        John P. Kapitan   on behalf of Creditor   Fifth Third Mortgage Company easternecf@trottlaw.com, mitrottlaw@ecf.courtdrive.com

        John R. Canzano   on behalf of Creditor   Michigan Building and Construction Trades Council jcanzano@michworkerlaw.com, office@michworkerlaw.com

        Jonathan S. Green   on behalf of Interested Party   Miller, Canfield, Paddock and Stone, PLC green@millercanfield.com

        Jonathan S. Green   on behalf of Defendant Michael  Duggan, Mayor green@millercanfield.com

        Jonathan S. Green   on behalf of Defendant   City of Detroit green@millercanfield.com

        Jonathan S. Green   on behalf of Debtor In Possession   City of Detroit, Michigan green@millercanfield.com

        Jonathan S. Green   on behalf of Defendant Michael  Hall green@millercanfield.com

        Jonathan S. Green   on behalf of Defendant   City of Detroit, Michigan green@millercanfield.com

        Jong-Ju Chang   on behalf of Creditor   Oakland County, Michigan jchang@dykema.com, dkelley@dykema.com;docket@dykema.com

        Jong-Ju Chang   on behalf of Interested Party   City of Detroit, Water and Sewerage Department jchang@dykema.com, dkelley@dykema.com;docket@dykema.com

        Joseph M. Fischer   on behalf of Creditor   Oakland County, Michigan brcy@carsonfischer.com, jfischer@carsonfischer.com

        Joseph R. Sgroi   on behalf of Creditor   Ivey & Associates LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Olympia Office Building, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Country West Apartments, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor Aziz & Lorna  Abraham jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   3100 East Jefferson, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Seven Mile Holdings, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Pont Solutions, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Gekko Enterprises LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Koehler Market LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Interested Party   Detroit Institute of Arts jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Lynch Road Land L.L.C. jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Interested Party   CW Professional Services, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Imperial Manor House, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Stanne Consulting, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Taggart Technologies LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Enforcement Technology, Inc. jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   4737 Conner Co., LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Atwater Group jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor Aziz N. Abraham jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   WC Hoover Investments, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Kennedy Square Garage LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Delbruck Technology, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   136 Bagley LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Skyline Partners LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Seven Mile Partners, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Magnolia Properties, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Abraham & Potestivo, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Arrow Uniform Rental, Inc. jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   LDM, LLC jsgroi@honigman.com, litdocket@honigman.com

        Joseph R. Sgroi   on behalf of Creditor   Chene Square, LLC jsgroi@honigman.com, litdocket@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Joseph R. Sgroi    on behalf of Interested Party Michael  Duggan, Mayor jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Country House Apartments jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Interested Party    Greektown Casino, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    MICMR, LLC jsgroi@honigman.com,  litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Detroit Thermal, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Bean Little Investments, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    441 E. Larned LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    3250 Associated LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Sunrise Parking LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Attorney L. Katie Mason jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Tower Defense & Aerospace, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Blenheim Building, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Olympia Development of Michigan LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Mound Road Enterprises L.L.C. jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Singent Consulting LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    TC Manor House, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Cass Community Social Services, Inc.
               jsgroi@honigman.com,   litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Columbia Parking LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Elizabeth Street Properties, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    VITEC, L.L.C. jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Compuware Corporation jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Oakland Plant Properties, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Parkrite Holdings LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Linwood Neighbors LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Fox Parking Garage, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Interested Party    Sigma Associates, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    TSD Solutions LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Cathedral Owner LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Interested Party    Compuware Corporation jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    440 Congress LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Regency Owner LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Interested Party    Detroit Entertainment, LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Mack Avenue Investors LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    120 W. Montcalm Properties LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    Riverfront Towers Holdings LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Creditor    5801 Southfield Service Drive Corp. jsgroi@honigman.com,
               litdocket@honigman.com
              Joseph R. Sgroi    on behalf of Interested Party    General Motors LLC jsgroi@honigman.com,
               litdocket@honigman.com
              Joshua  Wheelock    on behalf of Creditor Thomas M. Nunley jwheelock@wheelocklegal.com,
               joshwheelock@hotmail.com
              Joshua A. Gadharf    on behalf of Interested Party    Syncora Capital Assurance Inc.
               jgadharf@mcdonaldhopkins.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Joshua A. Gadharf on behalf of Interested Party Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
- Joshua A. Gadharf on behalf of Interested Party Syncora Holdings Ltd. jgadharf@mcdonaldhopkins.com
- Joshua A. Gadharf on behalf of Plaintiff Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com
- Judith Greenstone Miller on behalf of Defendant Election Systems & Software jmiller@jaffelaw.com, dgoldberg@jaffelaw.com
- Julie Beth Teicher on behalf of Plaintiff Detroit Police Lieutenants and Sergeants Association jteicher@ermanteicher.com
- Julie Beth Teicher on behalf of Attorney Erman, Teicher, Zucker & Freedman, P.C. jteicher@maddinhauser.com
- Karen E. Evangelista on behalf of Creditor Karen Evangelista, Chapter 7 Trustee brewera1008@yahoo.com, EvangelistaKR89641@notify.bestcase.com
- Karin F. Avery on behalf of Interested Party Detroit Retired City Employees Association Avery@SilvermanMorris.com
- Karin F. Avery on behalf of Interested Party Retired Detroit Police and Fire Fighers Association Avery@SilvermanMorris.com
- Karin F. Avery on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association Avery@SilvermanMorris.com
- Karin F. Avery on behalf of Plaintiff Detroit Retired City Employees Association Avery@SilvermanMorris.com
- Kay Standridge Kress on behalf of Debtor In Possession City of Detroit, Michigan kressk@pepperlaw.com
- Kenneth B. Vance on behalf of Defendant Z Contractors Inc kbvance@comcast.net, kbvance01@gmail.com
- Kevin Erskine on behalf of Interested Party United States of America kevin.erskine@usdoj.gov, Karen.Ducharme@usdoj.gov;Michele.Gangler@usdoj.gov;Sandra.Delozier@usdoj.gov;CaseView.ECF@usdoj.gov
- Kevin N. Summers on behalf of Creditor National Industrial Maintenance - Michigan, Inc. ksummers@dflaw.com, ccook@dflaw.com
- Kimberly Gibbs on behalf of Defendant Futurenet Group Inc kgibbsesq@yahoo.com
- Kimberly Joan Robinson on behalf of Creditor Genuine Parts Company kim.robinson@bfkn.com
- Kristin K. Going on behalf of Creditor Wilmington Trust, N.A. kgoing@mwe.com, dnorthrop@mwe.com
- Kristin K. Going on behalf of Creditor Wilmington Trust Company, N.A. kgoing@mwe.com, dnorthrop@mwe.com
- Kurt Thornbladh on behalf of Plaintiff Peoples Water Board kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
- Kurt Thornbladh on behalf of Plaintiff Nicole Hill kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
- Kurt Thornbladh on behalf of Plaintiff Scott Eubank kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
- Kurt Thornbladh on behalf of Plaintiff National Action Network--Michigan Chapter kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
- Kurt Thornbladh on behalf of Plaintiff Maurika Lyda kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
- Kurt Thornbladh on behalf of Plaintiff Moratorium Now! kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
- Kurt Thornbladh on behalf of Plaintiff Sylvia Taylor kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
- Kurt Thornbladh on behalf of Plaintiff Rosalyn Walker kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
- Kurt Thornbladh on behalf of Plaintiff Rosalyn Parham kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
- Kurt Thornbladh on behalf of Plaintiff Michigan Welfare Rights Organization kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
- Kurt Thornbladh on behalf of Plaintiff Janice Ward kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
- Kurt Thornbladh on behalf of Plaintiff John Smith kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
- Kurt Thornbladh on behalf of Plaintiff Tammika Williams kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
- Kurt Thornbladh on behalf of Plaintiff John Jackson kthornbladh@gmail.com, thornbladh.kurt3@gmail.com
- L. Nichole Hunter on behalf of Creditor Public Lighting Authority nhunter@alglawpc.com
- Lawrence A. Lichtman on behalf of Creditor 660 Woodward Associates, LLC llichtman@honigman.com, litdocket@honigman.com
- Lisa Hill Fenning on behalf of Attorney Lisa S. Blatt Lisa.Fenning@aporter.com
- M. Ellen Dennis on behalf of Creditor Ben McKenzie, Jr. m.ellen.dennis@gmail.com, dwhadden@umich.edu
- Marc N. Swanson on behalf of Defendant Michael Hall swansonm@millercanfield.com
- Marc N. Swanson on behalf of Debtor In Possession City of Detroit, Michigan swansonm@millercanfield.com
- Marc N. Swanson on behalf of Interested Party City of Detroit, Michigan swansonm@millercanfield.com
- Marc N. Swanson on behalf of Defendant City of Detroit swansonm@millercanfield.com
- Marc N. Swanson on behalf of Defendant Michael Duggan, Mayor swansonm@millercanfield.com
- Marc N. Swanson on behalf of Defendant City of Detroit, Michigan swansonm@millercanfield.com

```
District/off: 0645-2           User: ckata              Page 9 of 14             Date Rcvd: Apr 22, 2020
                               Form ID: def2            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Marc N. Swanson on behalf of Defendant Detroit City Council swansonm@millercanfield.com
- Marcy J. Ford on behalf of Creditor Bank of America, N.A. easternecf@trottlaw.com, mitrottlaw@ecf.courtdrive.com
- Marguerite Hammerschmidt on behalf of Interested Party Haas & Goldstein P.C. admin@hammer-stick.com
- Marie Garian on behalf of Defendant ABC Demolition Co Inc Garianlaw@yahoo.com
- Mark Wasvary on behalf of Creditor Hyde Park Co-Operative, et al. mark@wasvarylaw.com
- Mark Wasvary on behalf of Creditor Plymouth Square Ltd. Housing Association mark@wasvarylaw.com
- Mark A. Angelov on behalf of Plaintiff Ambac Assurance Corporation mark.angelov@arentfox.com
- Mark B. Berke on behalf of Defendant Birks Works Environmental LLC mberkelaw@gmail.com
- Mark H. Shapiro on behalf of Creditor Nuveen Asset Management shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mark H. Shapiro on behalf of Interested Party The Securities Industry and Financial Markets Association shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mark H. Shapiro on behalf of Creditor BlackRock Financial Management, Inc. shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mark H. Shapiro on behalf of Interested Party Greenhill & Co., LLC shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com
- Mark Howard Cousens on behalf of Creditor Amalgamated Transit Union Local 26 cousens@cousenslaw.com
- Mark L. McAlpine on behalf of Other Professional McAlpine PC mlmcalpine@mcalpinelawfirm.com, dajaworski@mcalpinepc.com
- Mark R. James on behalf of Interested Party Financial Guaranty Insurance Company mrj@wwrplaw.com
- Mark R. James on behalf of Creditor Financial Guaranty Insurance Company mrj@wwrplaw.com
- Mark S. Frankel on behalf of Defendant Motor City Pipe & Supply Co mfrankel@couzens.com
- Mark S. Frankel on behalf of Interested Party Tooles Contracting Group LLC mfrankel@couzens.com
- Mark S. Frankel on behalf of Plaintiff The Police and Fire Retirement System of the City of Detroit mfrankel@couzens.com
- Mark S. Frankel on behalf of Defendant Tooles Contracting Group LLC mfrankel@couzens.com
- Marshall J. Widick on behalf of Interested Party Service Employees International Union, Local 517M mwidick@michlabor.legal
- Marshall J. Widick on behalf of Creditor Devery Jones mwidick@michlabor.legal
- Marshall J. Widick on behalf of Creditor Bruce Goldman mwidick@michlabor.legal
- Marshall J. Widick on behalf of Creditor Michael Wells mwidick@michlabor.legal
- Marshall J. Widick on behalf of Creditor Mary Whitson mwidick@michlabor.legal
- Marshall J. Widick on behalf of Creditor Robbie Lee Flowers mwidick@michlabor.legal
- Marshall J. Widick on behalf of Creditor Mary Washington mwidick@michlabor.legal
- Marshall J. Widick on behalf of Creditor Detroit Police Command Officers Association mwidick@michlabor.legal
- Marshall J. Widick on behalf of Interested Party International Union of Operating Engineers, Local 324 mwidick@michlabor.legal
- Marshall J. Widick on behalf of Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 mwidick@michlabor.legal
- Marshall S. Huebner on behalf of Creditor Merrill Lynch Capital Services, Inc. bankrout@davispolk.com
- Mary Beth Cobbs on behalf of Debtor In Possession City of Detroit, Michigan cobbm@detroitmi.gov, mbcobbs@flash.net
- Mary Beth Cobbs on behalf of Interested Party Treasurer, City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net
- Mary Beth Cobbs on behalf of Interested Party City of Detroit Law Department cobbm@detroitmi.gov, mbcobbs@flash.net
- Mary Kay Shaver on behalf of Creditor Varnum LLP mkshaver@varnumlaw.com
- Matthew Schneider on behalf of Interested Party State of Michigan SchneiderM7@michigan.gov
- Matthew Troy on behalf of Interested Party United States of America matthew.troy@usdoj.gov
- Matthew Wilkins on behalf of Defendant Electronic Data Systems Corporation wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Retiree Committee Official Committee of Retirees wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff Detroit Retired City Employees Association wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew Wilkins on behalf of Intervenor-Plaintiff Official Committee of Retirees of the City of Detroit, Michigan wilkins@bwst-law.com, marbury@bwst-law.com
- Matthew D. Harper on behalf of Interested Party City of Detroit Water and Sewerage Department mdharper@eastmansmith.com
- Matthew Gernet Summers on behalf of Creditor Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com, heilmanl@ballardspahr.com
- Matthew Gernet Summers on behalf of Creditor FMS Wertmanagement summersm@ballardspahr.com, heilmanl@ballardspahr.com

13-53846-tjt    Doc 13280    Filed 04/24/20    Entered 04/25/20 00:29:26    Page 11 of 16

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt International S.A.
  summersm@ballardspahr.com, heilmanl@ballardspahr.com
Matthew Gernet Summers    on behalf of Creditor    Hypothekenbank Frankfurt AG
  summersm@ballardspahr.com, heilmanl@ballardspahr.com
Matthew Joseph Hoffer    on behalf of Creditor    H.D.V. Greektown, LLC matt@bradshaferlaw.com,
  info@bradshaferlaw.com
Matthew Joseph Hoffer    on behalf of Creditor    415 East Congress, LLC matt@bradshaferlaw.com,
  info@bradshaferlaw.com
Matthew Joseph Hoffer    on behalf of Creditor    K&P, Incorporated matt@bradshaferlaw.com,
  info@bradshaferlaw.com
Max J. Newman    on behalf of Interested Party    Wayne County Corporation newman@butzel.com
Max J. Newman    on behalf of Defendant    Motor City Electric Technologies Inc newman@butzel.com
Max J. Newman    on behalf of Defendant    Fort Wayne Contracting Inc newman@butzel.com
Max J. Newman    on behalf of Defendant    Imperial Construction Co newman@butzel.com
Max J. Newman    on behalf of Defendant    Detroit Thermal, LLC newman@butzel.com
Max J. Newman    on behalf of Defendant    L D' Agostini & Sons Inc newman@butzel.com
Max J. Newman    on behalf of Defendant    C E Pollard Company newman@butzel.com
Megan Boelstler    on behalf of Creditor    Detroit Fire Fighters Association, I.A.F.F. Local 344
  mbb@legghioisrael.com, smith@legghioisrael.com
Michael Benkstein    on behalf of Creditor Derrez    Payne mbenkstein@joumanakayrouz.com
Michael A. Stevenson    on behalf of Defendant    Clark Associates Inc mstevenson@sbplclaw.com,
  rschultz@sbplclaw.com
Michael Anthony Karman    on behalf of Creditor    St. Martins Cooperative makarmanesq@gmail.com
Michael Anthony Karman    on behalf of Creditor    Fountain Court Consumer Housing Cooperative
  makarmanesq@gmail.com
Michael H. Perry    on behalf of Defendant    Fraser Trebilcock Davis & Dunlap PC
  mperry@fraserlawfirm.com
Michael Joseph Karwoski    on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu
Michael R. Bell    on behalf of Interested Party    State of Michigan, Department of Attorney
  General BellM1@michigan.gov
Michael R. Bell    on behalf of Interested Party Bill    Schuette BellM1@michigan.gov
Michael Robert Wolin    on behalf of Defendant    Systems & Software Inc mike@tishlaw.com
Michael T. Brown    on behalf of Creditor    Detroit Water and Sewerage Department
  mbrown@kaalaw.com, mbrownkaa@ecf.courtdrive.com
Michael T. Brown    on behalf of Respondent    Wayne County Treasurer mbrown@kaalaw.com,
  mbrownkaa@ecf.courtdrive.com
My Chi To    on behalf of Creditor    Berkshire Hathaway Assurance Corporation mcto@debevoise.com,
  mao-bk-ecf@debevoise.com
Nabih H. Ayad    on behalf of Interested Party Rashida    Tlaib ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Maureen    Taylor ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party    Michigan State Conference NAACP
  ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Donnell    White ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party Thomas    Stallworth III ayadlaw@hotmail.com
Nabih H. Ayad    on behalf of Interested Party    Detroit Branch NAACP ayadlaw@hotmail.com
Neil Matthew Berger    on behalf of Plaintiff    City of Detroit, Michigan dperson@teamtogut.com,
  dcahir@teamtogut.com, seratner@teamtogut.com;neilberger@teamtogut.com;bmoore@teamtogut.com
Neil R. Sherman    on behalf of Creditor    Flagstar Bank, FSB nsherman@sspclegal.com,
  stremonti1@sspclegal.com
Neil R. Sherman    on behalf of Interested Party    CitiMortgage, Inc. nsherman@sspclegal.com,
  stremonti1@sspclegal.com
Neil R. Sherman    on behalf of Interested Party    Schneiderman and Sherman, P.C.
  nsherman@sspclegal.com, stremonti1@sspclegal.com
Neil R. Sherman    on behalf of Interested Party    Kondaur Capital Corporation
  nsherman@sspclegal.com, stremonti1@sspclegal.com
Niraj R. Ganatra    on behalf of Attorney    UAW - Solidarity House Nganatra@uaw.net
Noel J. Ravenscroft    on behalf of Defendant    Investment Committee of the Police and Fire
  Retirement System of the City of Detroit NRavenscroft@bodmanlaw.com,
  ravenscroftn@ecf.courtdrive.com
Patrick C. Lannen    on behalf of Creditor    Waste Management Inc. etal plannen@plunkettcooney.com,
  mkisell@plunkettcooney.com
Patrick E. Mears    on behalf of Creditor    36th District Court for the State of Michigan
  pmears@btlaw.com
Patrick W. Carothers    on behalf of Defendant    Carmeuse Lime Inc pcarothers@leechtishman.com,
  bankruptcy@leechtishman.com;ghauswirth@leechtishman.com;dtomko@leechtishman.com
Paul R. Hage    on behalf of Creditor    National Public Finance Guarantee Corporation
  phage@jaffelaw.com, gshaw@jaffelaw.com
Paul R. Hage    on behalf of Defendant    Inland Waters Pollution Control Inc. phage@jaffelaw.com,
  gshaw@jaffelaw.com
Paul R. Hage    on behalf of Plaintiff    National Public Finance Guarantee Corporation
  phage@jaffelaw.com, gshaw@jaffelaw.com
Paul R. Hage    on behalf of Defendant    Election Systems & Software phage@jaffelaw.com,
  gshaw@jaffelaw.com
Paula A. Hall    on behalf of Plaintiff    Official Committee of Retirees of the City of Detroit,
  Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
Paula A. Hall    on behalf of Interested Party    Official Committee of Retirees of the City of
  Detroit, Michigan hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Paula A. Hall on behalf of Retiree Committee Official Committee of Retirees hall@bwst-law.com, marbury@bwst-law.com;pleban@bwst-law.com
- Peter D. Dechiara on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com
- Peter Paul Sudnick on behalf of Attorney Peter P. Sudnick psudnick@sudnicklaw.com, psudnick13@gmail.com
- Ralph A. Taylor on behalf of Plaintiff Ambac Assurance Corporation ralph.taylor@arentfox.com
- Ralph E. McDowell on behalf of Counter-Claimant Investment Committee of the Police and Fire Retirement System of the City of Detroit rmcdowell@bodmanlaw.com
- Ralph E. McDowell on behalf of Defendant Investment Committee of the Police and Fire Retirement System of the City of Detroit rmcdowell@bodmanlaw.com
- Raymond Guzall, III on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com
- Raymond Guzall, III on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com
- Richard A. Roble (UST) on behalf of U.S. Trustee Andrew R. Vara Richard.A.Roble@usdoj.gov
- Richard A. Roble (UST) on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov
- Richard G. Mack, Jr. on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Richard Mack richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Interested Party 1983 Claimants richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Coalition of Detroit Unions richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Michigan Council 25 of the American Federation of State, County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
- Richard G. Mack, Jr. on behalf of Creditor Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com
- Richardo I. Kilpatrick on behalf of Creditor Detroit Water and Sewerage Department ecf@kaalaw.com, Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;dgomez@kaalaw.com;crik11@trustesolutions.net
- Richardo I. Kilpatrick on behalf of Interested Party City of Detroit, Water and Sewerage Department ecf@kaalaw.com, Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;dgomez@kaalaw.com;crik11@trustesolutions.net
- Richardo I. Kilpatrick on behalf of Interested Party City of Detroit Water and Sewerage Department ecf@kaalaw.com, Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;dgomez@kaalaw.com;crik11@trustesolutions.net
- Robert Darnell on behalf of Interested Party United States Nuclear Regulatory Commission robert.darnell@usdoj.gov
- Robert Fetter on behalf of Interested Party Local 3308 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert Fetter on behalf of Plaintiff AFSCME Sub-Chapter 98, City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert Fetter on behalf of Interested Party Local 917 of the American Federation of State, County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com
- Robert A. Weisberg on behalf of Defendant Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
- Robert A. Weisberg on behalf of Counter-Claimant Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
- Robert A. Weisberg on behalf of Creditor Oakland County, Michigan BRCY@CARSONFISCHER.COM, rweisberg@carsonfischer.com;njudge@carsonfischer.com
- Robert J. Figa on behalf of Defendant D A Central Inc RFiga@Comlawone.com
- Robert J. Figa on behalf of Defendant Vancon Inc RFiga@Comlawone.com
- Robert N. Bassel on behalf of Interested Party Lasalle Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
- Robert N. Bassel on behalf of Interested Party Lafayette Town Houses, Inc. bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
- Robert N. Bassel on behalf of Interested Party Joliet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
- Robert N. Bassel on behalf of Interested Party Nicolet Town Houses Cooperative Association bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
- Robert N. Bassel on behalf of Interested Party St. James Cooperative bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
- Robert S. Hertzberg on behalf of Defendant Michael Jamison hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Robert S. Hertzberg on behalf of Plaintiff City of Detroit hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Debtor In Possession City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Interested Party Pepper Hamilton LLP hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant John Naglik hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant John Naglick hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Plaintiff City of Detroit, Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Robert S. Hertzberg on behalf of Defendant Cheryl Johnson hertzbergr@pepperlaw.com, kuschj@pepperlaw.com
- Ronald A. Spinner on behalf of Defendant City of Detroit, Michigan spinner@millercanfield.com
- Ronald A. Spinner on behalf of Debtor In Possession City of Detroit, Michigan spinner@millercanfield.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
- Ryan Blaine Bennett on behalf of Defendant Syncora Guarantee, Inc. ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Capital Assurance Inc. ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
- Ryan Blaine Bennett on behalf of Interested Party Syncora Holdings Ltd. ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com
- Sam J. Alberts on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan sam.alberts@dentons.com, dan.barnowski@dentons.com
- Sara Rajan on behalf of Defendant Camden Insurance Agency Inc srajan@starkreagan.com
- Scott A. Wolfson on behalf of Defendant Detroit Advanced Technology Application Network swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com
- Scott A. Wolfson on behalf of Creditor The Bank Of New York Mellon swolfson@wolfsonbolton.com, david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com
- Scott Eric Ratner on behalf of Debtor In Possession City of Detroit, Michigan dperson@teamtogut.com
- Scott Eric Ratner on behalf of Defendant Detroit Thermal, LLC dperson@teamtogut.com
- Scott Eric Ratner on behalf of Plaintiff City of Detroit, Michigan dperson@teamtogut.com
- Scott M. Watson on behalf of Creditor UBS AG swatson@wnj.com
- Sean M. Cowley (UST) on behalf of U.S. Trustee Andrew R. Vara Sean.cowley@usdoj.gov
- Sean M. Cowley (UST) on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov
- Shanna Marie Kaminski on behalf of Interested Party City of Detroit Water and Sewerage Department , wrkyles@varnumlaw.com
- Shanna Marie Kaminski on behalf of Defendant Detroit Water and Sewerage Department , wrkyles@varnumlaw.com
- Shannon L. Deeby on behalf of Interested Party General Retirement System of the City of Detroit sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant Eastern Oil Co sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Interested Party Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant Dell Computer Corporation sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant J Ranck Electric Inc sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant Camp Dresser & McKee sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant CDM Michigan Inc sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Creditor Governing Board of the City of Detroit Employee Benefit Plan sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Creditor Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant Prevost Parts/Prevost Car Inc. sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Defendant David Wm Ruskin sdeeby@clarkhill.com
- Shannon L. Deeby on behalf of Creditor General Retirement System of the City of Detroit sdeeby@clarkhill.com
- Sheldon S. Toll on behalf of Interested Party Detroit Windsor Tunnel, LLC sst@lawtoll.com
- Sheryl L. Toby on behalf of Interested Party Health Alliance Plan of Michigan stoby@dykema.com, dguerrero@dykema.com
- Stacey L. Heinonen on behalf of Creditor Larentinna Goudy sheinonen@855mikewins.com, staceyheinonen@yahoo.com
- Stanley I. Okoli on behalf of Creditor Shelton Bell, Jr. sokoli@romanolawpllc.com, dblake@romanolawpllc.com, dromano@romanolawpllc.com
- Stanley I. Okoli on behalf of Creditor Michael McKay sokoli@romanolawpllc.com, dromano@romanolawpllc.com
- Stanley I. Okoli on behalf of Creditor James Williams sokoli@romanolawpllc.com, dromano@romanolawpllc.com
- Stanley L. de Jongh on behalf of Interested Party City of Detroit Law Department jongsl@detroitmi.gov
- Stanley L. de Jongh on behalf of Debtor In Possession City of Detroit, Michigan jongsl@detroitmi.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Stephanie Lee Arndt    on behalf of Interested Party Desmond  Ricks s.arndt@fiegerlaw.com,
               s.teal@fiegerlaw.com
              Stephanie Lee Arndt    on behalf of Interested Party    Thomas Sandusky, Personal Representative of
               Estate of Hal Sandusky s.arndt@fiegerlaw.com,   s.teal@fiegerlaw.com
              Stephanie Lee Arndt    on behalf of Creditor Steven  Wolak s.arndt@fiegerlaw.com,
               s.teal@fiegerlaw.com
              Stephanie Lee Arndt    on behalf of Interested Party Desire'a  Ricks s.arndt@fiegerlaw.com,
               s.teal@fiegerlaw.com
              Stephanie Lee Arndt    on behalf of Interested Party Akilah  Cobb s.arndt@fiegerlaw.com,
               s.teal@fiegerlaw.com
              Stephen  Wolpert    on behalf of Creditor    Macomb County stephen.wolpert@dechert.com
              Stephen M. Gross    on behalf of Plaintiff    Syncora Guarantee Inc. sgross@mcdonaldhopkins.com,
               shelly.harrow@gmail.com
              Stephen S. LaPlante    on behalf of Defendant    City of Detroit, Michigan
               laplante@millercanfield.com,   skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Plaintiff    City of Detroit, Michigan
               laplante@millercanfield.com,   skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Defendant    Detroit City Council laplante@millercanfield.com,
               skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Debtor In Possession    City of Detroit, Michigan
               laplante@millercanfield.com,   skoczylas@millercanfield.com
              Stephen S. LaPlante    on behalf of Interested Party    Detroit Institute of Arts
               laplante@millercanfield.com,   skoczylas@millercanfield.com
              Steven B. Flancher    on behalf of Interested Party    State of Michigan flanchers@michigan.gov
              Steven G. Howell    on behalf of Interested Party    State of Michigan showell@dickinsonwright.com
              Steven G. Howell    on behalf of Interested Party    State of Michigan, Department of Attorney
               General showell@dickinsonwright.com
              Stuart A. Gold    on behalf of Defendant    Federal Pipe & Supply Inc sgold@glmpc.com
              Stuart A. Gold    on behalf of Creditor    Detroit Public Library sgold@glmpc.com
              Stuart A. Gold    on behalf of Defendant    Binkelman Corp. sgold@glmpc.com
              Susheel  Kirpalani    on behalf of Plaintiff    Syncora Guarantee Inc.
               susheelkirpalani@quinnemanuel.com,   monicatarazi@quinnemanuel.com
              Susheel  Kirpalani    on behalf of Interested Party    Syncora Guarantee Inc.
               susheelkirpalani@quinnemanuel.com,   monicatarazi@quinnemanuel.com
              Suzanne L. Wahl    on behalf of Creditor    DEPFA Bank PLC swahl@schiffhardin.com,
               mosullivan@schiffhardin.com;edocket@schiffhardin.com
              Tamar  Dolcourt    on behalf of Debtor In Possession    City of Detroit, Michigan
               tdolcourt@foley.com
              Thomas R. Morris    on behalf of Plaintiff    Detroit Retired City Employees Association
               morris@silvermanmorris.com,   dlatus@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party Donald  Taylor morris@silvermanmorris.com,
               dlatus@silvermanmorris.com
              Thomas R. Morris    on behalf of Creditor Donald  Taylor morris@silvermanmorris.com,
               dlatus@silvermanmorris.com
              Thomas R. Morris    on behalf of Plaintiff    Retired Detroit Police and Fire Fighters Association
               morris@silvermanmorris.com,   dlatus@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party    Retired Detroit Police and Fire Fighers
               Association morris@silvermanmorris.com,   dlatus@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party Shirley V Lightsey morris@silvermanmorris.com,
               dlatus@silvermanmorris.com
              Thomas R. Morris    on behalf of Interested Party    Detroit Retired City Employees Association
               morris@silvermanmorris.com,   dlatus@silvermanmorris.com
              Thomas R. Morris    on behalf of Creditor Shirley V Lightsey morris@silvermanmorris.com,
               dlatus@silvermanmorris.com
              Timothy A. Fusco    on behalf of Interested Party    Meijer, Inc. fusco@millercanfield.com
              Timothy A. Fusco    on behalf of Debtor In Possession    City of Detroit, Michigan
               fusco@millercanfield.com
              Timothy A. Fusco    on behalf of Defendant    City of Detroit, Michigan fusco@millercanfield.com
              Todd W. Grant    on behalf of Defendant    Waterworks Systems & Equipment tgrant@cqlawfirm.com,
               pcavanaugh@cqlawfirm.com
              Todd W. Grant    on behalf of Defendant    E L Bailey & Co Inc tgrant@cqlawfirm.com,
               pcavanaugh@cqlawfirm.com
              Todd W. Grant    on behalf of Defendant    North-West Trading Co tgrant@cqlawfirm.com,
               pcavanaugh@cqlawfirm.com
              Todd W. Grant    on behalf of Defendant    Clarks Construction tgrant@cqlawfirm.com,
               pcavanaugh@cqlawfirm.com
              Todd W. Grant    on behalf of Defendant    Blue Star Inc tgrant@cqlawfirm.com,
               pcavanaugh@cqlawfirm.com
              Todd W. Grant    on behalf of Defendant    KEO and Associates Inc. tgrant@cqlawfirm.com,
               pcavanaugh@cqlawfirm.com
              Vanessa G. Fluker    on behalf of Interested Party    Center for Community Justice and Advocacy
               vgflawyer@sbcglobal.net,   dfjohnson@cfaith.com
              Wendy Turner Lewis    on behalf of Defendant    Pyratech Security Systems Inc wtlewis@ameritech.net
              William H. Goodman    on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Dwayne  Provience mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Christobal  Mendoza mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Annica  Cuppetelli mail@goodmanhurwitz.com
              William H. Goodman    on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        William H. Goodman　　on behalf of Creditor Walter　Swift mail@goodmanhurwitz.com
        William J. Barrett　　on behalf of Defendant　 Genuine Parts Company william.barrett@bfkn.com
        William Norman Listman　　on behalf of Interested Party　 Southeastern Oakland County Water Authority wlistman@dbsattorneys.com
        William W. Kannel　　on behalf of Creditor　 Ad Hoc Bondholder Committee wkannel@mintz.com
        William W. Kannel　　on behalf of Creditor　 Fidelity Management & Research Company wkannel@mintz.com
        Yuliy　Osipov　　on behalf of Defendant　 Toter Incorporated yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy　Osipov　　on behalf of Interested Party Gary　Segatti yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy　Osipov　　on behalf of Interested Party　 Michigan Property Tax Relief, LLC yotc_ecf@yahoo.com,　 yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy　Osipov　　on behalf of Defendant　 Capp, Inc. yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy　Osipov　　on behalf of Defendant　 Capp USA yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy　Osipov　　on behalf of Interested Party　 P.P.T.A., Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
        Yuliy　Osipov　　on behalf of Creditor　 Jackie's Transport, Inc. yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

        TOTAL: 561