UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

_____/

**CERTIFICATE OF SERVICE**

I, Lydia Do, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On April 30, 2020, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class mail on the service lists attached hereto as **Exhibit A**:

- **Notice Regarding Distributions to Class 14 Claimants** (includes the Brokerage Account Form, the Tax Form, the Set Up Your Brokerage Account Form) [attached as Exhibit 6-1 to Docket No. 13126]

- **Return Envelope**

Dated: May 6, 2020

/s/ Lydia Do
Lydia Do
KCC
2335 Alaska Ave
El Segundo, CA 90245

# **EXHIBIT A**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Abraham Greer and Sandra Greer | c/o Atty the Rubinstein Law Firm | Jan Jeffrey Rubinstein (P57937) | 30150 Telegraph Rd., Ste 444 | | Bingham Farms | MI | 48025 | |
| Advance Digital Systems, LLC | | PO Box 721217 | | | Berkley | MI | 48072 | |
| Airgas USA LLC | Airgas USA, LLC | | PO Box 802576 | | Chicago | IL | 60680-2576 | |
| Airgas USA LLC | | 6055 Rockside Woods Blvd | | | Independence | OH | 44131 | |
| Albert Jenkins | Jonathan Marko | Attorney at Law | Rasor Law Firm | 201 E 4th St | Royal Oak | MI | 48067 | |
| American Home Assurance Company, Chartis Excess Limited, Chartis Specialty Insurance Company, et al. | Ryan G. Foley, Authorized Representatiive | American International Group, Inc. | 175 Water Street, 15th Floor | | New York | NY | 10038 | |
| Anna Wright c/o Leonard M. Koltonow | Gursten, Koltonow, Gursten, Christensen & Raitt, PC | 30101 Northwestern Highway | | | Farmington Hills | MI | 48334 | |
| Anthony Collier | | 2936 Doris | | | Detroit | MI | 48238 | |
| Barbara Gustafson, as Next Friend for Shawn Gustafson, a minor | c/o Shawn Gustafson | 12849 Sherman Avenue | | | Warren | MI | 48089 | |
| Bartell, Dana | Dana Clayborn | Robert J. Lantzy | Buckfire & Buckfire PC | 25800 North Western Hwy #890 | Southfield | MI | 48075 | |
| Bartell, Dana | Dana Clayborn | | 511 Lombard St | | Albion | MI | 49224 | |
| Barthel Contracting Co | | 155 W Congress Ste 603 | | | Detroit | MI | 48226 | |
| Bell, Shelton (estate Of) P/r, Tammy Howard | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | | Pleasant Ridge | MI | 48069 | |
| Ben McKenzie, Jr. | Donnelly W. Hadden, P.C., Attorney for Creditor | 2002 Bancroft Drive | | | Ann Arbor | MI | 48108-9307 | |
| Brandt, Charlotte | Sulolli, Tim | Goodman Acker PC | 17000 W. 10 Mile Rd, Second Floor | | Southfield | MI | 48076 | |
| Brazell, Gregory | Romano, Daniel G | Romano Law PLLC | 23880 Woodward | | Pleasant Ridge | MI | 48069 | |
| Brooks, I-chauntay | Goodman, Barry J. | Goodman Acker PC | 17000 W 10 Mile Rd Fl 2 | | Southfield | MI | 48075 | |
| Brooks, Ruth B. | | 33200 Dequindre | Suite 100 | | Sterling Heights | MI | 48310 | |
| Cade, Alyse | c/o Law Offices of Michael J. Morse | 24901 Northwestern Hwy., Ste 700 | | | Southfield | MI | 48075 | |
| Cain, Darryl | Oaks Correctional Facility | 1500 Caberfae Hwy | | | Manistee | MI | 49660-9200 | |
| Calloway, Lorraine | Komar, Kevin Z. | Goodman Acker PC | 17000 W 10 Mile Rd Fl 2 | | Southfield | MI | 48075 | |
| Carlton Whitfield | Varjabedian Attorneys, P.C. | 29777 Telegraph Rd. Ste 2175 | | | Southfield | MI | 48034 | |
| Carter, Steven C. | Paskel, Clifford | Paskel Tashman & Walker PC | 24445 Northwestern Hwy Ste 102 | | Southfield | MI | 48075 | |
| Cellco Partnership D/B/A Verizon Wireless | Verizon Bankruptcy Department | 500 Technology Dr., Suite 550 | | | Weldon Spring | MO | 63304 | |
| Charnita Legette | Eric S. Steinberg, Esq. | c/o Lee B. Steinberg, PC | 30500 Northwestern Hwy., Ste. 400 | | Farmington Hills | MI | 48334 | |
| Charnita Legette | Lieberman Gies & Cohen, PLLC | Michael D. Lieberman, Esq. | 30500 Northwestern Hwy, Ste. 307 | | Farmington Hills | MI | 48334 | |
| Charter County of Wayne | Charter County of Wayne | | 500 Griswold, 20th Floor | | Detroit | MI | 48226 | |
| Charter County of Wayne | Charter County of Wayne | | 500 Griswold, 20th Floor | | Detroit | MI | 48226 | |
| Charter County of Wayne | John M Carey | Eastman & Smith Ltd | One Seagate 24th Fl | | Toledo | OH | 43699-0032 | |
| Charter County of Wayne | Kilpatrick & Associates, P.C. | 615 Griswold, Suite 1708 | | | Detroit | MI | 48226 | |
| Charter County of Wayne | Kilpatrick & Associates, P.C. | 615 Griswold, Suite 1708 | | | Detroit | MI | 48226 | |
| Christopher Moore | c/o Leonard M. Koltonow, Esq. | 30101 Northwestern Highway | | | Farmington Hills | MI | 48334 | |
| Clark Hill | Attn Accounts Receivable | 500 Woodward Ave Ste 3500 | | | Detroit | MI | 48226-3435 | |
| Clayton, Julius and his Attorneys Christopher Trainor & Associates | Christopher Trainor & Associates | 9750 Highland Rd | | | White Lake | MI | 48386 | |
| Coalition Of Detroit Unions Et Al, | Mack, Richard | Miller Cohen PLC | 600 W Lafayette Blvd Fl 4 | | Detroit | MI | 48226 | |
| Conaway, Brenda | | 25505 W. 12 Mile Road | Suite 1000 | | Southfield | MI | 48034 | |
| Curtis Morris | Romano Law PLLC | 23880 Woodward Ave | | | Pleasant Ridge | MI | 48069 | |
| D A Central Inc | Attn Accounts Payable | 13155 Cloverdale | | | Oak Park | MI | 48237 | |
| Darshay Cunningham | c/o Goodman Acker, P.C. | 17000 W Ten Mile, 2nd Floor | | | Southfield | MI | 48075 | |
| David Haron | | 30300 Northwestern Highway | | | Farmington Hills | MI | 48334 | |
| Davistion, Frank | Bachteal, Robert | Law Offices of Kelman & Fantich | 30833 Northwestern Hwy Ste 206 | | Farmington Hills | MI | 48334 | |
| Denson, Velma | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | | Pleasant Ridge | MI | 48069 | |
| Detroit Police Officers Association (DPOA) | Gregory, Moore, Jeakle & Brooks, P.C. | James M. Moore | 65 Cadillac Square, #3727 | | Detroit | MI | 48226-2843 | |
| Detroit Police Officers Association (DPOA) | Julie Beth Teicher | Erman, Teicher, Zucker & Freedman, P.C. | 400 Galleria Officentre, Suite 444 | | Southfield | MI | 48034 | |
| Eddie Lee Brown | c/o Christina R McPhail | PO Box 760125 | | | Lathrup Village | MI | 48076 | |
| Edward Schenburn | ALG Legal Center, PLLC | 29240 Buckingham St Ste 2 | | | Livonia | MI | 48154-4590 | |
| Ernest Bricest | Michael J. Butler | Bernstein & Bernstein | 18831 W. 12 Mile Road | | Lathrup Village | MI | 48076 | |
| Examworks Inc | Attn Accounts Payable | 20300 W 12 Mile Rd Ste 103 | | | Southfield | MI | 48076 | |
| Faye Atkins | c/o Goodman Acker, P.C. | 17000 W. Ten Mile, 2nd Floor | | | Southfield | MI | 48075 | |
| Financial Guaranty Insurance Company | Derek Donnelly | 125 Park Avenue | | | New York | NY | 10017 | |
| Financial Guaranty Insurance Company | Weil,Gotshal & Manges LLP | Alfredo R. Perez | 700 Louisiana Street, Suite 1600 | | Houston | TX | 77002 | |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Financial Guaranty Insurance Company | Williams, Williams, Rattner & Plunkett, P.C. | Ernest J. Essad Jr and Mark R. James | 280 North Old Woodward Avenue, Suite 300 | | Birmingham | MI | 48009 | |
| General Shale Brick Company | c/o John Colucci, Esq. | 33659 Angeline | | | Livonia | MI | 48150 | |
| Genes Towing | Attn Nicholas Bachand, Esq. | 2411 Vinewood | | | Detroit | MI | 48216 | |
| Gilstrap, Jenniger | Bachteal, Robert | Law Offices of Kelman & Fantich | 30833 Northwestern Hwy Ste 206 | | Farmington Hills | MI | 48334 | |
| Gjergji, Gjush | Sulolli, Tim | Goodman Acker PC | 17000 W. 10 Mile Rd, Second Floor | | Southfield | MI | 48076 | |
| Green, Glenn | Sulolli, Tim | Goodman Acker PC | 17000 W. 10 Mile Rd, Second Floor | | Southfield | MI | 48076 | |
| Gretchen R. Smith | | 1401 W. Fort St. #441151 | | | Detroit | MI | 48244 | |
| Guest, Shuntina | Bachteal, Robert | Law Offices of Kelman & Fantich | 30833 Northwestern Hwy Ste 206 | | Farmington Hills | MI | 48334 | |
| Hampton, Crystal | James A. Lane | Michael J. Morse, P.C. | 24901 Northwestern Hwy, Ste 700 | | Southfield | MI | 48075 | |
| Hampton, Crystal | | 25657 Southfield Rd | | | Southfield | MI | 48075 | |
| Harvey, Gregory | c/o Goodman Acker PC | 17000 W. 10 Mile Road | 2nd Floor | | Southfield | MI | 48075 | |
| Hassan Hassan | Barton C. Rachwal | 30400 Telegraph Rd., Ste. 470 | | | Southfield | MI | 48025 | |
| International Union, UAW | Attn Niraj Ganatra | 8000 East Jefferson Avenue | | | Detroit | MI | 48214 | |
| Iron Mountain Information Management, LLC | Joseph P. Corrigan, Esq | One Federal Street | | | Boston | MA | 02110 | |
| Janet Johnson | Mark E. Boegehold (P38699) | 1000 Town Center, Suite 500 | | | Southfield | MI | 48075 | |
| Jaylen Washington | Thomas B. Calcatera | Bernstein & Bernstein | 18831 W. 12 Mile Road | | Lathrup Village | MI | 48076 | |
| Jennifer Burton | Jessica Coulter, Esq. | c/o Lee B. Steinberg, PC | 30500 Northwestern Hwy., Ste. 400 | | Farmington Hills | MI | 48334 | |
| Jennifer Burton | Lieberman Gies & Cohen, PLLC | Michael D. Lieberman, Esq. | 30500 Northwestern Hwy, Ste. 307 | | Farmington Hills | MI | 48334 | |
| Larock, Tracey, Personal Representative Estate of Ivory Ivey | Attorney Tracey M Morth & Attorney Edward G. Taylor | 615 Griswold, Ste 720 | | | Detroit | MI | 48226 | |
| Llanes, James | Stone, Randall I. (Attorney) | 25505 W. 12 Mile Road | Suite 1000 | | Southfield | MI | 48034 | |
| Loevy and Loevy | | 311 North Aberdeen Street, 3rd Fl | | | Chicago | IL | 60607 | |
| Lolita Vann | Jessica Coulter, Esq. | c/o Lee B. Steinberg, PC | 30500 Northwestern Hwy., Ste. 400 | | Farmington Hills | MI | 48334 | |
| Lolita Vann | Lieberman Gies & Cohen, PLLC | Michael D. Lieberman, Esq. | 30500 Northwestern Hwy, Ste. 307 | | Farmington Hills | MI | 48334 | |
| Lonciann Sisco | David M. Kramer, Esq | Hilborn & Hilborn P.C. | 999 Haynes, Ste. 205 | | Birmingham | MI | 48009 | |
| Loving, Courtney, Et Al | Azzopardi, Mario J. | Rothstein Law Group PLC | 19068 W 10 Mile Rd | | Southfield | MI | 48075 | |
| Macomb Interceptor Drain Drainage District by and through the Macomb County Public Works Commissioner | Allan S. Brilliant | Counsel for Macomb County, Public Works Commissioner | 1095 Avenue of the Americas | | New York | NY | 10036 | |
| Macomb Interceptor Drain Drainage District by and through the Macomb County Public Works Commissioner | Macomb County Public Works | Anthony V. Marrocco, Commissioner | Richard P. Sulaka, Jr., Deputy Commissioner & William Misterovich, Chief Deputy | 21777 Dunham Rd | Clinton Township | MI | 48036 | |
| Mansfield Patterson JR. as p.r. | Dorsey, Jay for Mansfield Patterson V | J.B. Dorsey & Associates | 615 Griswold St Ste 410 | | Detroit | MI | 48226 | |
| Mansfield Patterson JR. as p.r. | Mansfield Patterson Jr. as p.r. | | 146 Tennessee Ave NE | | Washington | DC | 20002 | |
| Mansfield Patterson V as P.R. | Dorsey, Jay for Mansfield Patterson V (deceased) | J.B. Dorsey & Associates | 615 Griswold St Ste 410 | | Detroit | MI | 48226 | |
| Mansfield Patterson V as P.R. | Mansfield Patterson Jr. as p.r. | | 146 Tennessee Ave NE | | Washington | DC | 20002 | |
| Matthew Karcher | Jessica Coulter, Esq. | c/o Lee B. Steinberg, PC | 30500 Northwestern Hwy., Ste. 400 | | Farmington Hills | MI | 48334 | |
| Matthew Karcher | Lieberman Gies & Cohen, PLLC | Michael D. Lieberman, Esq. | 30500 Northwestern Hwy, Ste. 307 | | Farmington Hills | MI | 48334 | |
| Mckay, Michael | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | | Pleasant Ridge | MI | 48069 | |
| Mcpherson, Randall | Sulolli, Tim | Goodman Acker PC | 17000 W. 10 Mile Rd, Second Floor | | Southfield | MI | 48076 | |
| Melvin Lyle Larsen | Honigman Miller Schwartz and Cohn LLP | 222 North Washington Square | Suite 400 | | Lansing | MI | 48933 | |
| Michigan AFSCME Council 25 and its affiliated Detroit Locals | Richard G. Mack Jr. | Miller Cohen, PLC | 600 W. Lafayette Blvd. 4th Floor | | Detroit | MI | 48226 | |
| Michigan Economic Dev Corp | FraserTrebilcock Lawyers | | 124 West Allegan Street, Suite 1000 | | Lansing | MI | 48933 | |
| Michigan Economic Dev Corp | FraserTrebilcock Lawyers | | 124 West Allegan Street, Suite 1000 | | Lansing | MI | 48933 | |
| Michigan Economic Dev Corp | FraserTrebilcock Lawyers | | 124 West Allegan Street, Suite 1000 | | Lansing | MI | 48933 | |
| Michigan Economic Dev Corp | | 300 N. Washington Square | | | Lansing | MI | 48913 | |
| Michigan Economic Dev Corp | | 300 N. Washington Square | | | Lansing | MI | 48913 | |
| Michigan Economic Dev Corp | | 300 N. Washington Square | | | Lansing | MI | 48913 | |
| Migliori, Sebastian | | 30784 Quinkert | | | Roseville | MI | 48066 | |
| Moses Luckett | Eric S. Steinberg, Esq. | c/o Lee B. Steinberg, PC | 30500 Northwestern Hwy., Ste. 400 | | Farmington Hills | MI | 48334 | |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Moses Luckett | Lieberman Gies & Cohen, PLLC | Michael D. Lieberman, Esq. | 30500 Northwestern Hwy, Ste. 307 | | Farmington Hills | MI | 48334 | |
| Nemeth Law, P.C., f/k/a Nemeth Burwell. P.C. | Deborah Brouwer | 200 Talon Centre Drive, Suite 200 | | | Detroit | MI | 48207 | |
| Norfolk Southern Railway Company | Attn William H. Johnson, Esq. | Three Commercial Place | | | Norfolk | VA | 23510-9241 | |
| Norfolk Southern Railway Company | Norfolk Southern Railway Company | Alice M. Padgett, Assistant Manager Miscellaneous Billing | 110 Franklin Road, SE | | Roanoke | VA | 24042 | |
| Parnell, Taesean a minor by his next friend Corliss Thomas | Romano Law, PLLC | 23880 Woodward Ave | | | Pleasant Ridge | MI | 48069 | |
| Parsons Brinckerhoff Michigan, Inc. | Attn Mr. Edwin Tatem | Parsons Brinckerhoff Inc. | Guardian Building, 500 Griswold Street, Suite 2900 | | Detroit | MI | 48226 | |
| Pitt McGehee Palmer & Rivers, PC | | 117 West Fourth Street, Suite 200 | | | Royal Oak | MI | 48067 | |
| Plunkett Cooney | | 38505 Woodward Ave Ste 2000 | | | Bloomfield Hills | MI | 48304 | |
| Ramsey, Alexis | Collins, Carl L. | 20755 Greenfield Rd Ste 1100 | | | Southfield | MI | 48075 | |
| Randle, Zachary | C/o Michael J Morse | Law Offices of Michael J Morse PC | 24901 Northwestern Hwy Ste 700 | | Southfield | MI | 48075-1816 | |
| Raymond Thompson | Daniel Romano | Romano Law PLLC | 23880 Woodward Ave | | Pleasant Ridge | MI | 48069 | |
| Record Copy Services | Attn Accounts Payable | Laurel Park Place | 200 West | 18136 Laurel Park | Livonia | MI | 48152-3958 | |
| Rosalind Johnson | Thomas B. Calcatera | Bernstein & Bernstein | 18831 W. 12 Mile Road | | Lathrup Village | MI | 48076 | |
| SAAA Union - Members | Senior Accountant, Analysts, and Appraisers Association | 65 Cadillac Square | 2905 Cadillac Tower Building | | Detroit | MI | 48226 | |
| Shafer & Associates, P.C. | | 3800 Capital City Blvd | Suite 2 | | Lansing | MI | 48906 | |
| Shannon Bratcher | Jessica Coulter, Esq. | c/o Lee B. Steinberg, PC | 30500 Northwestern Hwy., Ste. 400 | | Farmington Hills | MI | 48334 | |
| Shannon Bratcher | Lieberman Gies & Cohen, PLLC | Michael D. Lieberman, Esq. | 30500 Northwestern Hwy, Ste. 307 | | Farmington Hills | MI | 48334 | |
| Sherell Shawnee Stanley | | P.O. Box 321032 | | | Detroit | MI | 48232 | |
| Smith & Wesson Corp | Attn Christopher J. Lutzo | 2100 Roosevelt Ave | | | Springfield | MA | 01104 | |
| Smith & Wesson Corp | Duane Morris LLP | Attn Gerard S. Catalanello | 1540 Broadway | | New York | NY | 10036-4086 | |
| Smith, Reno | c/o Gerald Acker | Goodman Acker PC | 17000 West Ten Mile | | Southfield | MI | 48075 | |
| Stanley, Sherell S. | Mason, Lance W. | Lance W. Mason PC | 615 Griswold St Ste 901 | | Detroit | MI | 48226 | |
| State of Michigan, Department of Transportation | Richard D. Snyder, Governor | 111 S. Capitol Avenue | | | Lansing | MI | 48933 | |
| State of Michigan, Department of Transportation | State of Michigan, Department of Transportation | Steven B. Flancher | Revenue & Collections Division | PO Box Box 30754 | Lansing | MI | 48909 | |
| State of Michigan, Department of Transportation | Steven B. Flancher | Assistant Attorney General | 525 W. Ottawa Street | | Lansing | MI | 48933 | |
| State of Michigan, Dept. of Environmental Quality | Department of Environmental Quality | c/o Steven B. Flancher | Revenue & Collections Division | P.O. Box 30754 | Lansing | MI | 48909 | |
| State of Michigan, Dept. of Environmental Quality | Department of Environmental Quality | Steven B. Flancher, Revenue & Collections Division | P.O. Box 30754 | | Lansing | MI | 48909 | |
| State of Michigan, Dept. of Environmental Quality | Steven B. Flancher | Assistant Attorney General | 525 W. Ottawa Street | | Lansing | MI | 48933 | |
| State of Michigan, Dept. of Environmental Quality | Steven B. Flancher | Assistant Attorney General | 525 W. Ottawa Street | | Lansing | MI | 48933 | |
| State of Michigan, Dept. of Environmental Quality | Winnifred P. Boylan, Lambert Leser | 916 Washington Ave., Ste. 309 | | | Bay City | MI | 48708 | |
| State of Michigan, Dept. of Environmental Quality | Winnifred P. Boylan, Lambert Leser | 916 Washington Ave., Ste. 309 | | | Bay City | MI | 48708 | |
| Steven Wolak, as Personal Representative of the Estate of Christopher Wolak, Deceased | Fieger, Fieger, Kenney, Giroux & Harrington, P.C. | 19390 West Ten Mile Road | | | Southfield | MI | 48075 | |
| Sufi, Nabil Pr Of Est. Of Ali Sufi, Dec. | Steven Karfis | Zamler, Mellen & Shiffman, P.C. | 23077 Greenfield Rd., Ste 557 | | Southfield | MI | 48075 | |
| Susan K. Davis | Christopher Trainor and Associates | 9750 Highland Rd | | | White Lake | MI | 48386 | |
| Tamesha Scott, a minor by her litigation guardian, Shawntay Marlo Johnson | William C Goldstein | Goldstein DeBiose Manzacco | 900-176 University Avenue West | | Windsor | ON | N9A5P1 | Canada |
| Tammy Bricest | Michael J. Butler | Bernstein & Bernstein | 18831 W. 12 Mile Road | | Lathrup Village | MI | 48076 | |
| Tammy Bricest | Michael J. Butler | Bernstein & Bernstein | 18831 W. 12 Mile Road | | Lathrup Village | MI | 48076 | |
| Terry Scott, a minor by his litigation guardian Shawntay Marlo Johnson | William C. Goldstein | Goldstein DeBiase Manzocco | 900-176 University Avenue West | | Windsor | ON | N9A 5P1 | Canada |
| The Detroit Medical Center, as agent for Harper-Hutzel Hospital | DMC Real Estate | 4707 St. Antoine, 5th Floor | Suite C526 | | Detroit | MI | 48201 | |
| The Detroit Medical Center, as agent for Harper-Hutzel Hospital | VHS of Michigan MOB | | Dept. 4691 | | Carol Stream | IL | 60122-4691 | |
| The Realty Company | Attn Accounts Payable | Nicholas J. Bachand, Esq | 2411 Vinewood | | Detroit | MI | 48216 | |
| Thompson, Keith | Acker, Gerald H. | Goodman Acker PC | 17000 W 10 Mile Rd Fl 2 | | Southfield | MI | 48075 | |
| Todd, Jr., Ira Lee | Stefani, Michael L. | Stefani & Stefani PC | 512 E 11 Mile Rd | | Royal Oak | MI | 48067 | |
| Troy Williams | Andreopoulos and Hill, PLLC | 28900 Woodward Ave | | | Royal Oak | MI | 48067 | |
| Tulik, Mark | Tim Sulolli | 17000 W. 10 Mile Road | 2nd Floor | | Southfield | MI | 48075 | |
| U.S. Equal Employment Opportunity Commission | Colleen S. Davenport | | 20505 Ryan Road | | Detroit | MI | 48234 | |
| U.S. Equal Employment Opportunity Commission | Dale Price, Trial Attorney | 477 Michigan Avenue, Room 865 | | | Detorit | MI | 48226 | |
| Wade Trim Associates Inc | Attn Accounts Payable | 500 Griswold St Ste 2500 | | | Detroit | MI | 48226 | |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Williams Acosta, PLLC | | 535 Griswold, Suite 1000 | | | Detroit | MI | 48226 | |
| Williams, La-sheryl, | Fantich, Brian L. | Law Office of Kelman & Fantich | 30833 Northwestern Hwy Ste 206 | | Farmington Hills | MI | 48334 | |
| Williamson, Decarlos | Dorsey, Jay B | J.B. Dorsey & Associates | 615 Griswold St Ste 410 | | Detroit | MI | 48226 | |
| Williamson, Decarlos | J.B. Dorsey & Associates | Jay B Dorsey | 146 Tennessee Ave NE | | Washington | DC | 20002 | |
| Williamson, Tracy (p.r. Of Williamson, Decarlos) | Dorsey, Jay B | J.B. Dorsey & Associates | 615 Griswold St Ste 410 | | Detroit | MI | 48226 | |
| Williamson, Tracy (p.r. Of Williamson, Decarlos) | J.B. Dorsey & Associates | Jay B Dorsey | 146 Tennessee Ave NE | | Washington | DC | 20002 | |
| Wilmington Trust, National Association, as successor Contract Administrator | Attn Jay H Smith IV | 25 South Charles Street, 11th Floor | | | Baltimore | MD | 21201 | |
| Wilmington Trust, National Association, as successor Contract Administrator | Drinker Biddle & Reath LLP | Attn Kristin K Going | 1177 Avenue of the Americas, 41st Floor | | New York | NY | 10036 | |
| Wojnarski, Joanne | | Mark K. Schawartz | 29201 Telegraph Rd., Suite 330 | | Southfield | MI | 48034 | |
| Zenda Jarrett via her attorneys Gursten, Koltonow, Gursten, Christensen & Raitt PC | | 30101 Northwestern Highway | | | Farmington Hills | MI | 48334 | |