UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

CITY OF DETROIT, MICHIGAN      Case No. 13-53846-TJT
    Chapter 9
        Debtors.     HON. Thomas J. Tucker
_____/

### REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

**PLEASE TAKE NOTICE** that Karen E. Evangelista, Chapter 7 Trustee in the matter of Steven & Francine Wolak, case #15-53842 hereby requests to be removed from receiving electronic notices on behalf of Karen E. Evangelista, Chapter 7 Trustee in the matter of Steven & Francine Wolak, case #15-53842 at the following e-mail addresses.

brewera1008@yahoo.com

                 Respectfully submitted:

Dated: May 12, 2020     */s/ Karen E. Evangelista (P36144)*
    Karen E. Evangelista, Chapter 7 Trustee,
    In the matter of Steven & Francine Wolak, case #15-53842
    410 W University Drive, Suite 225
    Rochester, MI 48307
    (248) 652-7992 (phone)
    brewera1008@yahoo.com