# United States Bankruptcy Court
# Eastern District of Michigan

In re:
City of Detroit, Michigan
  Debtor.

Case No. 13-53846
Hon. Thomas J. Tucker
Chapter 9

FILED '20 MAY 13 PM2:47
US BANKRUPTCY ME-FLNT

## NOTICE OF MOTION CHALLENGING THE TREATMENT OF THE CLAIM AS A CLASS 15 CONVENIENCE CLAIM FILED BY CREDITOR DARRYL CAIN

The Creditor Darryl Cain has filed a motion challenging the treatment of the claim as a Class 15 Convenience Claim in this bankruptcy case which may affect you.

Date: April 30, 2020

Respectfully Submitted

[signature]

Creditor
Darryl Cain #351791
Carson City Corr. Fac.
10274 Boyer Road
Carson City, MI 48811

# United States Bankruptcy Court
# Eastern District of Michigan

In re:  
City of Detroit, Michigan  
    Debtor.

Case No. 13-53846  
Hon. Thomas J. Tucker  
Chapter 9

## PROPOSED ORDER

Now Comes, Darryl Cain, Creditor, challenging the treatment of the Claim as a Class 15 Convenience Claim, which should be granted by this Court.

Dated: April 30, 2020

Respectfully Submitted

_/s/ Darryl Cain_  
Creditor  
Darryl Cain #351791  
Carson City Corr. Fac.  
10274 Boyer Road  
Carson City, MI 48811

United States Bankruptcy Court
Eastern District of Michigan

In re:
City of Detroit, Michigan
    Debtor.

Case No. 13-53846
Hon. Thomas J. Tucker

FILED '20 MAY 13 PM 2:4
US BANKRUPTCY MIE-FL

## CERTIFICATE/PROOF OF SERVICE

I Darryl C. declare under the penalty of perjury that I mailed expedited legal mail one copy of Motion Challenging the treatment of the Claim as a Class 15 Convenience Claim filed by creditor Darryl Cain to the United States Bankruptcy Court, Eastern District of Michigan, 211 West Fort Street, Detroit, MI 48226 and one copy to Miller, Canfield, Paddock & Stone, P.L.C. 150 W. Jefferson, Ste. 2500, Detroit, MI 48226 on

Dated: April 30, 2020

Respectfully Submitted

Creditor Darryl Cain #351791
Darryl Cain Corr. Fac.
Carson City Corr. Fac.
10274 Boyer Road
Carson City, MI 48811

13-53846-tjt    Doc 13285    Filed 05/13/20    Entered 05/13/20 14:48:52    Page 3 of 4

Darryl Cain #351791
Carson City Correctional Facility
10274 Boyer Road
Carson City, MI 48811

GRAND RAPIDS
MI 495
02 MAY '20
PM 3 L

U.S. POSTAGE >> PITNEY BOWES
ZIP 48811 $ 000.50⁰
02 4W
0000362389 APR 30 2020

Office of the Clerk
U.S. Bankruptcy Court
211 West Fort Street
Detroit, MI 48226