UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |
| _____/ | |

## CERTIFICATE OF SERVICE

I, Lydia Do, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On May 20, 2020, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- *(Customized)* **Correction Letter** [attached hereto as **Exhibit B**]

- **Notice Regarding Distributions to Class 14 Claimants** (includes the Brokerage Account Form, the Tax Form, the Set Up Your Brokerage Account Form) [attached as Exhibit 6-1 to Docket No. 13126]

- **Return Envelope**

Dated: May 21, 2020

/s/ Lydia Do
Lydia Do
KCC
222 N. Pacific Coast Highway,
Suite 300
El Segundo, CA 90245

# **EXHIBIT A**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Bell, Edward | Bell, Edward | | 23332 Farmington Rd, # 64 | Farmington | MI | 48336 |
| Bell, Edward | Curran, Maureen E. | Berger Miller & Strager PC | 29566 Northwestern Hwy Ste 120 | Southfield | MI | 48034-1043 |
| Bell, Edward | Edward Bell | | 22100 Hawthorn St, Unit 3 | Farmington | MI | 48336 |
| Carter, Steven C. | Carter, Steven C | | 15115 Greenview | Detroit | MI | 48223 |
| Carter, Steven C. | Paskel, Clifford | Paskel Tashman & Walker PC | 24445 Northwestern Hwy Ste 102 | Southfield | MI | 48075 |
| Harris, Sammie Kevin | Azzopardi, Mario J. | Rothstein Law Group PLC | 19068 W 10 Mile Rd | Southfield | MI | 48075 |
| Harris, Sammie Kevin | Sammie Kevin Harris | | 9397 Appoline St. | Detroit | MI | 48228 |
| Jessie Payne | Attn Leonard E. Miller | The Sam Bernstein Law Firm | 31731 Northwestern Highway, Suite 333 | Farmington Hills | MI | 48334 |
| Jessie Payne | Jessie Payne | | 2525 Labelle | Detroit | MI | 48238 |
| Khadijah K. Ahmad | | 15861 Washburn | | Detroit | MI | 48238 |
| Loevy and Loevy | | 311 North Aberdeen Street, 3rd Fl | | Chicago | IL | 60607 |
| Moore, Jerome | Alice B. Jennings, Esq | Edwards & Jennings P.C. | 2921 E. Jefferson ste 205 | Detroit | MI | 48207 |
| Moore, Jerome | Jennings, Alice B. | Edwards & Jennings PC | 65 Cadillac Sq Rm 2710 | Detroit | MI | 48226 |
| Moore, Jerome | Jerome Moore | | 20240 Kentfield, St. | Det. | MI | 48219 |
| Patricia Ramirez | Eric J. Rosenberg, Esq. | Morgan & Meyers, PLC | 3200 Greenfield, Ste. 260 | Dearborn | MI | 48120 |
| Patricia Ramirez | Patricia Ramirez | | 4608 9th St | Ecorse | MI | 48229 |
| Rogers, Jason | Jason Nathaniel Rogers | | 20368 Anita | Harper Woods | WI | 48225 |
| Rogers, Jason | Robinson, David A. | Robinson and Associates PC | 28145 Greenfield Rd Ste 100 | Southfield | MI | 48076 |
| Sky Group Grand, LLC | Clark Hill PLC | Attn Mahesh Nayak | 151 S. Old Woodward Avenue, Ste 200 | Birmingham | MI | 48009 |
| Sky Group Grand, LLC | Dickenson Wright | Doron Yitzchaki | 350 S. Main Street, Suite 300 | Ann Arbor | MI | 48104 |
| Sky Group Grand, LLC | Sky Group Grand, LLC | | 7310 Woodward Avenue, 5th Floor | Detroit | MI | 48202 |

In re City of Detroit, Michigan
Case No. 13-53846
Page 1 of 1
13-53846-tjt   Doc 13287   Filed 05/21/20   Entered 05/21/20 22:00:21   Page 3 of 6

# **EXHIBIT B**

Founded in 1852
by Sidney Davy Miller

MARC N. SWANSON
TEL (313) 496-7591
FAX (313) 496-8451
E-MAIL swansonm@millercanfield.com

MILLER CANFIELD

Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
TEL (313) 963-6420
FAX (313) 496-7500
www.millercanfield.com

MICHIGAN
ILLINOIS
NEW YORK
OHIO
WASHINGTON, D.C.
CANADA
CHINA
MEXICO
POLAND
QATAR

May 20, 2020

Re: City of Detroit Bankruptcy -- Brokerage Account Form and W9 Form

Dear Claimant:

We represent the City of Detroit ("City") in bankruptcy case number 13-53846. As the Holder of an Allowed Class 14 Claim, you received the *Notice Regarding Distribution to Class 14 Claimants* dated December 27, 2019 ("Notice"). The Notice instructed you to complete and return (a) the Brokerage Account Form, and (b) W-9 Form. A second copy of the Notice is included with this letter.

You are receiving this letter because of errors or omissions in the Brokerage Account Form and/or the W-9 Form.

Your Brokerage Account Form is being rejected for the following reason(s):

Your W-9 Form is being rejected for the following reason(s):

Please correct these errors by returning a properly completed Brokerage Account Form and/or W9 Form by no later than **June 24, 2020.** You may use the prepaid, preaddressed envelope included with this Notice to return the forms. You must mail the completed forms so that they are received at the following address by no later than **June 24, 2020**:

> City of Detroit Claims Processing Center
> c/o KCC
> 222 N. Pacific Coast Highway, Suite 300
> El Segundo, CA 90245

This letter does not serve as an extension of the June 24, 2020, deadline. If you fail to correct the errors stated in this letter by **June 24, 2020**, you will not participate in Distributions even if you have an Allowed Class 14 Claim.

Please be advised that you should contact your own attorney or tax advisor if you have any questions. If your legal counsel has questions, he or she may contact Marc Swanson at 313.496.7591. Please do not contact the Bankruptcy Court.

        Very truly yours,

        Miller, Canfield, Paddock and Stone, P.L.C.

        By: /s/ Marc N. Swanson_____
            Marc N. Swanson

MNS