# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### ORDER ADJOURING THE MAY 27, 2020 STATUS CONFERENCE ON CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 1862 FILED BY DETROIT POLICE OFFICERS' ASSOCIATION

Based on the stipulation filed May 26, 2020, entitled "Stipulation Regarding Hearing on City of Detroit's Objection to Claim Number 1862 Filed by Detroit Police Officers' Association (Docket # 13288, the "Stipulation");[1] the Court finds good cause to enter this Order.

IT IS ORDERED that the status conference on the Objection, currently scheduled for May 27, 2020 at 2:00 p.m., is adjourned to **July 1, 2020 at 2:00 p.m.**

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Stipulation.

**Signed on May 26, 2020**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge