UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

In re:  
City of Detroit, Michigan,

    Debtor.

Bankruptcy Case No. 13-53846  
Judge Thomas J. Tucker  
Chapter 9

_____/

**BARTON C. RACHWAL (P58729)**  
**DANIEL B. McGRATH (P75237)**  
**BARTON C. RACHWAL, P.C.**  
**Attorneys for Hassan Hassan**  
30400 Telegraph Rd, Ste. 473  
Bingham Farms, MI 48025  
(248) 283-0012 – (248) 283-0013

_____/

## PROOF OF SERVICE

The undersigned certifies that on May 29, 2020 **Brokerage Account and Direction Form and W-9**, was mailed to:

- City of Detroit Claims Processing Center  
  c/o KCC  
  222 N. Pacific Coast Highway, Suite 300  
  El Segundo, CA 90245

Via U.S. Mail, with postage fully prepaid. I declare under the penalties of perjury that the foregoing statement is true to the best of my information, knowledge and belief.

                                 _____  
                                 Monica Cervin

LAW OFFICES
BARTON C. RACHWAL, P.C.
30400 TELEGRAPH ROAD, STE. 470
BINGHAM FARMS, MI 48025
(248) 283-0012