# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| In re: | Case No. 13-53846 |
|---|---|
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER APPROVING THE STIPULATION BY AND AMONG THE CITY OF DETROIT, MICHIGAN, JESSICA BROWN AND STEPHANIE BROWN FOR ORDER SPLITTING CLAIM NO. 1221

This case is before the Court on the stipulation filed June 16, 2020 (Docket # 13291, the "Stipulation"), entitled "Stipulation by and Among the City of Detroit, Michigan, Jessica Brown and Stephanie Brown for Order Splitting Claim No. 1221."[1] Based on the Stipulation, the Court finds good cause to enter this Order.

IT IS ORDERED THAT:

1. The Stipulation is approved to the extent set forth in this Order.

2. Claim number 1221 is owned by Jessica Brown in the reduced amount of $15,000.00. Claim number 1221 will be treated in accordance with Class 14 of the Plan.

3. A new Class 14 Other Unsecured Claim is allowed under the Plan in the amount of $15,000.00, owned by Stephanie Brown, and the City's claim agent

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Stipulation.

will assign a new claim number for this claim (the "New Claim"). The New Claim will be treated in accordance with Class 14 of the Plan.

4. The City's claims agent is authorized to update the claims register accordingly.

**Signed on June 16, 2020**



/s/ Thomas J. Tucker
_____
Thomas J. Tucker
United States Bankruptcy Judge