UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: | Bankruptcy Case No. 13-53846 |
|---|---|
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of the *Stipulation by and Among the City of Detroit, Michigan, Jessica Brown and Stephanie Brown for Order Splitting Claim No. 1221* via court ECF Notice on all parties receiving ECT Notice in this case and via email to Jessica Brown, Stephanie Brown, and their attorney, Tracey M. Martin.

Dated: June 16, 2020

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson, Suite 2500
Detroit, MI 48226