UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## CERTIFICATE OF SERVICE

I, Lydia Do, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On June 8, 2020, at my direction and under my supervision, employees of KCC caused to be served the following documents via First Class mail on the service list attached hereto as **Exhibit A**:

- *(Customized)* **Correction Letter** [attached hereto as **Exhibit B**]

- **Notice Regarding Distributions to Class 14 Claimants** (includes the Brokerage Account Form, the Tax Form, the Set Up Your Brokerage Account Form) [attached as Exhibit 6-1 to Docket No. 13126]

- **Return Envelope**

Dated: June 18, 2020

/s/ Lydia Do
Lydia Do
KCC
222 N. Pacific Coast Highway,
Suite 300
El Segundo, CA 90245

# **EXHIBIT A**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Clayton, Julius and his Attorneys Christopher Trainor & Associates | Christopher Trainor & Associates | 9750 Highland Rd | | White Lake | MI | 48386 |
| Clayton, Julius and his Attorneys Christopher Trainor & Associates | Clayton, Julius and his Attorneys Christopher Trainor & Associates | 5201 Collin McKinney Pkwy Apt 11104 | | Dallas | TX | 75070 |
| Loving, Courtney, Et Al | Azzopardi, Mario J. | Rothstein Law Group PLC | 19068 W 10 Mile Rd | Southfield | MI | 48075 |
| Loving, Courtney, Et Al | Courtney Loving | 2208 S Annabelle St | | Detroit | MI | 48217 |
| Steven Wolak, as Personal Representative of the Estate of Christopher Wolak, Deceased | Fieger, Fieger, Kenney, Giroux & Harrington, P.C. | 19390 West Ten Mile Road | | Southfield | MI | 48075 |
| Steven Wolak, as Personal Representative of the Estate of Christopher Wolak, Deceased | Steven Wolak, as Personal Representative of the Estate of Christopher Wolak, Deceased | 53518 Champlain St | | Macomb | MI | 48042 |

# **EXHIBIT B**

Founded in 1852
by Sidney Davy Miller

**MARC N. SWANSON**
TEL (313) 496-7591
FAX (313) 496-8451
E-MAIL swansonm@millercanfield.com

# MILLER CANFIELD

**Miller, Canfield, Paddock and Stone, P.L.C.**
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
TEL (313) 963-6420
FAX (313) 496-7500
www.millercanfield.com

MICHIGAN
ILLINOIS
NEW YORK
OHIO
WASHINGTON, D.C.
CANADA
CHINA
MEXICO
POLAND
QATAR

June 8, 2020

Re: City of Detroit Bankruptcy -- Brokerage Account Form and W9 Form

Dear Claimant:

We represent the City of Detroit ("City") in bankruptcy case number 13-53846. As the Holder of an Allowed Class 14 Claim, you received the *Notice Regarding Distribution to Class 14 Claimants* dated December 27, 2019 ("Notice"). The Notice instructed you to complete and return (a) the Brokerage Account Form, and (b) W-9 Form. A second copy of the Notice is included with this letter.

You are receiving this letter because of errors or omissions in the Brokerage Account Form and/or the W-9 Form.

Your Brokerage Account Form is being rejected for the following reason(s):

_____

Your W-9 Form is being rejected for the following reason(s):

_____

Please correct these errors by returning a properly completed Brokerage Account Form and/or W9 Form by no later than **June 24, 2020.** You may use the prepaid, preaddressed envelope included with this Notice to return the forms. You must mail the completed forms so that they are received at the following address by no later than **June 24, 2020**:

> City of Detroit Claims Processing Center
> c/o KCC
> 222 N. Pacific Coast Highway, Suite 300
> El Segundo, CA 90245

This letter does not serve as an extension of the June 24, 2020, deadline. If you fail to correct the errors stated in this letter by **June 24, 2020**, you will not participate in Distributions even if you have an Allowed Class 14 Claim.

Please be advised that you should contact your own attorney or tax advisor if you have any questions. If your legal counsel has questions, he or she may contact Marc Swanson at 313.496.7591. Please do not contact the Bankruptcy Court.

       Very truly yours,

       Miller, Canfield, Paddock and Stone, P.L.C.

       By: /s/ Marc N. Swanson
            Marc N. Swanson

MNS