UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

**CERTIFICATE OF SERVICE**

I, Lydia Do, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On June 16, 2020, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- **Order Approving the Stipulation by and Among The City of Detroit, Michigan, Jessica Brown and Stephanie Brown for Order Splitting Claim No. 1221** [Docket No. 13292]

Dated: June 18, 2020

/s/ Lydia Do
Lydia Do
KCC
222 N. Pacific Coast Highway,
Suite 300
El Segundo, CA 90245

# **EXHIBIT A**

**Exhibit A**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Jessica Brown | Jessica J Brown | 3998 8th | | Ecorse | MI | 48229 |
| Jessica Brown & Stephanie February Brown | Martin-henry, Tracey | Motor City Justice PLLC | 12245 Beech Daly Road #39925 | Redford | MI | 48239 |
| Stephanie February Brown | | 19377 Patton | | Detroit | MI | 48219 |

In re City of Detroit, Michigan
Case No. 13-53846

Page 1 of 1