UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>CITY OF DETROIT, MICHIGAN,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 23, 2020, he served a true and correct copy of the *Stipulation Between the City of Detroit and Claimants AFSCME (Claim Number 2958) and the Coalition of Detroit Unions (Claim Number 2851)* via court ECF Notice on all parties receiving ECF Notice in this case.

By: */s/* Marc N. Swanson
Marc N. Swanson (P71149)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson, Ste. 2500
Detroit, Michigan 48226
(313) 496-7591
swansonm@millercanfield.com

36077007.1\022765-00213