# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>CITY OF DETROIT, MICHIGAN,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER APPROVING STIPULATION BETWEEN THE CITY OF DETROIT AND CLAIMANTS AFSCME (CLAIM NUMBER 2958) AND THE COALITION OF DETROIT UNIONS (CLAIM NUMBER 2851)

This case is before the Court on the stipulation filed June 23, 2020, entitled "Stipulation Between the City of Detroit and Claimants AFSCME (Claim Number 2958) and the Coalition of Detroit Unions (Claim Number 2851)" (Docket # 13297, the "Stipulation").[1] The Court being fully advised in the premises, and there being good cause to grant the relief requested, and the Court finding that the proposed stipulation is fair and equitable and is in the best interest of the City, AFSCME and the Coalition, and other creditors of the City,

**IT IS ORDERED THAT:**

A. The Stipulation is approved to the extent set forth in this Order.

B. AFSCME must provide the Tax Form and Brokerage Account Form to KCC in accordance with the Distribution Order on or before July 24, 2020.

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Stipulation.

C.	The Coalition must provide the Tax Form and Brokerage Account Form to KCC in accordance with the Distribution Order on or before July 24, 2020.

**Signed on June 23, 2020**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge