# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**STIPULATION REGARDING HEARING ON CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 1862 FILED BY DETROIT POLICE OFFICERS' ASSOCIATION**

The City of Detroit, Michigan ("City") and the Detroit Police Officers Association ("DPOA"), by their undersigned counsel, hereby stipulate and agree as follows:

1. On October 29, 2019, the City filed the *City of Detroit's Objection to Claim Number 1862 Filed by Detroit Police Officers' Association* [Doc. No. 13152] ("Objection").

2. On December 11, 2019, the DPOA filed a response to the Objection. [Doc. No. 13193].

3. The Court conducted a hearing on the Objection on February 12, 2020.

4. The Court scheduled a further hearing on the Objection, for the purpose of issuing an oral bench opinion, on March 25, 2020.

5. On March 24, 2020, the hearing was adjourned to April 29, 2020. [Doc. No. 13273].

6. On April 8, 2020, the parties filed a stipulation requesting that the Court adjourn the April 29 hearing until May 27, 2020. The Court then entered an order adjourning the hearing until May 27, 2020 and converting the hearing into a status conference. [Doc. No. 13277].

7. On May 26, the parties filed a stipulation requesting an adjournment of the status conference for 30 days. [Doc. No. 13288]. The Court entered an order approving the stipulation, which adjourned the status conference to July 1. [Doc. No. 13289].

8. The parties are working on settlement documents, but those documents are not complete. The DPOA is still attempting to find a broker and is working with other professionals to assist in the disbursement process so that process can be finalized. Pursuant to the parties' settlement in prinicple, the disbursement process requires bankruptcy court approval. As a result, the parties respectfully request that the Court adjourn the July 1 status conference for approximately 30 days.

9. WHEREFORE, the City and the DPOA respectfully request that the Court enter an order in substantially the same form as the one attached as Exhibit 1 adjourning the status conference for approximately thirty days.

STIPULATED AND AGREED TO ON June 30, 2020:

| | |
|---|---|
| By: /s/ Barbara A. Patek<br>Barbara A. Patek, Esq. | By: /s/ Marc N. Swanson<br>Marc N. Swanson (P71149) |

Attorney for Creditor – DPOA  
24 E. Flint Street, Suite 2  
Lake Orion, MI 48362  
(248) 814-9470  
pateklaw@gmail.com

Attorney for Debtor – City of Detroit  
150 West Jefferson, Suite 2500  
Detroit, MI 48226  
(313) 496-7591  
swansonm@millercanfield.com

# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER RESCHEDULING HEARING ON CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 1862 FILED BY DETROIT POLICE OFFICERS' ASSOCIATION**

Upon the *Stipulation Regarding Hearing on City of Detroit's Objection to Claim Number 1862 Filed by Detroit Police Officers' Association* (Docket # _____, the "Stipulation")[1]; the Court finds good cause to enter this Order.

IT IS ORDERED that the Court will hold a status conference on the Objection on **[****], 2020 at [**]:[**] [*].m.**

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.