UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### ORDER ADJOURNING THE JULY 1, 2020 STATUS CONFERENCE ON CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 1862 FILED BY DETROIT POLICE OFFICERS' ASSOCIATION

Based on the stipulation filed June 30, 2020, entitled "Stipulation Regarding Hearing on City of Detroit's Objection to Claim Number 1862 Filed by Detroit Police Officers' Association" (Docket # 13299, the "Stipulation");[1] the Court finds good cause to enter this Order.

IT IS ORDERED that the status conference on the Objection, currently scheduled for July 1, 2020 at 2:00 p.m., is adjourned to **July 29, 2020 at 2:00 p.m.**

**Signed on June 30, 2020**



/s/ Thomas J. Tucker
**Thomas J. Tucker
United States Bankruptcy Judge**

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.