| Founded in 1852<br>by Sidney Davy Miller | **MILLER CANFIELD** | MICHIGAN<br>ILLINOIS<br>NEW YORK<br>OHIO<br>WASHINGTON, D.C.<br>CANADA<br>CHINA |
|---|---|---|
| **JONATHAN S. GREEN**<br>TEL (313) 496-7997<br>FAX (313) 496-8452<br>E-MAIL green@millercanfield.com | **Miller, Canfield, Paddock and Stone, P.L.C.**<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>TEL (313) 963-6420<br>FAX (313) 496-7500<br>www.millercanfield.com | MEXICO<br>POLAND<br>QATAR |

July 1, 2020

Bankruptcy Court for the Eastern District of Michigan

    Re:    Timothy A. Fusco and Eric Carlson

Dear Sir/Madame:

    Timothy A. Fusco and Eric Carlson are no longer with the firm.

    All of their cases should be assigned to Marc N. Swanson. Marc has taken over the cases for them and can be reached at swnasonn@millercanfield.com.

    Very truly yours,

    Miller, Canfield, Paddock and Stone, P.L.C.

    By: /s/Jonathan S. Green
        Jonathan S. Green

JSG

DISCLOSURE UNDER TREASURY CIRCULAR 230: The United States Federal tax advice contained in this document and its attachments, if any, may not be used or referred to in the promoting, marketing or recommending of any entity, investment plan or arrangement, nor is such advice intended or written to be used, and may not be used, by a taxpayer for the purpose of avoiding Federal tax penalties. Advice that complies with Treasury Circular 230's "covered opinion" requirements (and thus, may be relied on to avoid tax penalties) may be obtained by contacting the author of this document.