# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## CERTIFICATE OF SERVICE

I, Lydia Do, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On July 13, 2020, at my direction and under my supervision, employees of KCC caused to be served the following documents via First Class Mail on the service list attached hereto as **Exhibit A**:

- *(Customized)* **Correction Letter** [attached hereto as **Exhibit B**]

- **Notice Regarding Distributions to Class 14 Claimants** (includes the Brokerage Account Form, the Tax Form, the Set Up Your Brokerage Account Form) [attached as Exhibit 6-1 to Docket No. 13126]

- **Return Envelope**

Dated: July 16, 2020

/s/ Lydia Do
Lydia Do
KCC
222 N. Pacific Coast Highway,
Suite 300
El Segundo, CA 90245

# **EXHIBIT A**

Exhibit A
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Abraham Greer and Sandra Greer | c/o Atty the Rubinstein Law Firm | Jan Jeffrey Rubinstein (P57937) | 30150 Telegraph Rd., Ste 444 | Bingham Farms | MI | 48025 |
| Bell, Shelton (estate Of) P/r, Tammy Howard | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Brandt, Charlotte | Sulolli, Tim | Goodman Acker PC | 17000 W. 10 Mile Rd, Second Floor | Southfield | MI | 48076 |
| Brandt, Charlotte | | | 19586 Larry Court | Clinton Twp | MI | 48038 |
| Brazell, Gregory | Romano, Daniel G | Romano Law PLLC | 23880 Woodward | Pleasant Ridge | MI | 48069 |
| Brooks, I-chauntay | Goodman, Barry J. | Goodman Acker PC | 17000 W 10 Mile Rd Fl 2 | Southfield | MI | 48075 |
| Brooks, I-chauntay | | | 18680 Hamburg Street | Detroit | MI | 48025 |
| Calloway, Lorraine | Komar, Kevin Z. | Goodman Acker PC | 17000 W 10 Mile Rd Fl 2 | Southfield | MI | 48075 |
| Calloway, Lorraine | | | 29 Minnesota Street | Detroit | MI | 48203 |
| Curtis Morris | Romano Law PLLC | 23880 Woodward Ave | | Pleasant Ridge | MI | 48069 |
| Darshay Cunningham | c/o Goodman Acker, P.C. | 17000 W Ten Mile, 2nd Floor | | Southfield | MI | 48075 |
| Darshay Cunningham | | | 54 Ridgemont Drive | Pontiac | MI | 48340 |
| Davistion, Frank | Bachteal, Robert | Law Offices of Kelman & Fantich | 30833 Northwestern Hwy Ste 206 | Farmington Hills | MI | 48334 |
| Davistion, Frank | | Law office of Kelman & Fantich | 30903 Northwestern Hwy Ste 270 | Farmington Hills | MI | 48334 |
| Denson, Velma | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Faye Atkins | c/o Goodman Acker, P.C. | 17000 W. Ten Mile, 2nd Floor | | Southfield | MI | 48075 |
| Faye Atkins | | | 27500 Fraklin Rd, Apt 210 | Southfield | MI | 48034 |
| Gilstrap, Jenniger | Gilstrap, Jenniger / Law Office of Kelman & Fantich | 30903 Northwestern Hwy Ste 270 | | Farmington Hills | MI | 48334 |
| Gilstrap, Jenniger | Law Offices of Kelman & Fantich | 30903 Northwestern Hwy Ste 270 | | Farmington Hills | MI | 48334 |
| Gjergji, Gjush | Sulolli, Tim | Goodman Acker PC | 17000 W. 10 Mile Rd, Second Floor | Southfield | MI | 48076 |
| Gjergji, Gjush | | | 1772 Heronview Ct | West Bloomfield | MI | 48324 |
| Green, Glenn | Sulolli, Tim | Goodman Acker PC | 17000 W. 10 Mile Rd, Second Floor | Southfield | MI | 48076 |

In re City of Detroit, Michigan
Case No. 13-53846

Page 1 of 2

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Green, Glenn | | | 11808 Middlebelt Rd Apt 344 | Livonia | MI | 48150 |
| Guest, Shuntina | Bachteal, Robert | Law Offices of Kelman & Fantich | 30833 Northwestern Hwy Ste 206 | Farmington Hills | MI | 48334 |
| Guest, Shuntina | Guest, Shuntina / Law Office of Kelman & Fantich | 30903 Northwestern Hwy Ste 270 | | Farmington Hills | MI | 48334 |
| Harvey, Gregory | c/o Goodman Acker PC | 17000 W. 10 Mile Road | 2nd Floor | Southfield | MI | 48075 |
| Harvey, Gregory | | | 8079 Palace Estates Ave | Las Vegas | NV | 89117 |
| Mckay, Michael | Romano, Daniel G. | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Mcpherson, Randall | Sulolli, Tim | Goodman Acker PC | 17000 W. 10 Mile Rd, Second Floor | Southfield | MI | 48076 |
| Mcpherson, Randall | | | 6574 Firwood St | Detroit | MI | 48210 |
| Parnell, Taesean a minor by his next friend Corliss Thomas | Romano Law, PLLC | 23880 Woodward Ave | | Pleasant Ridge | MI | 48069 |
| Raymond Thompson | Daniel Romano | Romano Law PLLC | 23880 Woodward Ave | Pleasant Ridge | MI | 48069 |
| Smith, Reno | c/o Gerald Acker | Goodman Acker PC | 17000 West Ten Mile | Southfield | MI | 48075 |
| Smith, Reno | | | 19686 McCormick | Detroit | MI | 48224 |
| Thompson, Keith | Acker, Gerald H. | Goodman Acker PC | 17000 W 10 Mile Rd Fl 2 | Southfield | MI | 48075 |
| Thompson, Keith | | | 204 Ferry Ave | Pontiac | MI | 48341 |
| Tulik, Mark | Tim Sulolli | 17000 W. 10 Mile Road | 2nd Floor | Southfield | MI | 48075 |
| Tulik, Mark | | | 18799 Jamestown Circle | Northville | MI | 48168 |
| Williams, La-sheryl, | Fantich, Brian L. | Law Office of Kelman & Fantich | 30833 Northwestern Hwy Ste 206 | Farmington Hills | MI | 48334 |
| Williams, La-sheryl, | | 30903 Northwestern Hwy, Ste 270 | | Farmington Hills | MI | 48334 |

In re City of Detroit, Michigan
Case No. 13-53846
Page 2 of 2
13-53846-tjt    Doc 13304    Filed 07/21/20    Entered 07/21/20 15:21:20    Page 4 of 7

# **EXHIBIT B**

Founded in 1852
by Sidney Davy Miller



**MARC N. SWANSON**
**TEL (313) 496-7591**
**FAX (313) 496-8451**
**E-MAIL swansonm@millercanfield.com**

**Miller, Canfield, Paddock and Stone, P.L.C.**
150 West Jefferson, Suite 2500
Detroit, Michigan  48226
TEL (313) 963-6420
FAX (313) 496-7500
www.millercanfield.com

MICHIGAN
ILLINOIS
NEW YORK
OHIO
WASHINGTON, D.C.
CANADA
CHINA
MEXICO
POLAND
QATAR

July 13, 2020

Re:   City of Detroit Bankruptcy -- Brokerage Account Form and W9 Form

Dear Claimant:

We represent the City of Detroit ("City") in bankruptcy case number 13-53846. As the Holder of an Allowed Class 14 Claim, you received the *Notice Regarding Distribution to Class 14 Claimants* dated December 27, 2019 ("Notice"). The Notice instructed you to complete and return (a) the Brokerage Account Form, and (b) W-9 Form. A second copy of the Notice is included with this letter.

You are receiving this letter because of errors or omissions in the Brokerage Account Form and/or the W-9 Form.

Your Brokerage Account Form is being rejected for the following reason(s):

_____

Your W-9 Form is being rejected for the following reason(s):

_____

Please correct these errors by returning a properly completed Brokerage Account Form and/or W9 Form by no later than **June 24, 2020.** You may use the prepaid, preaddressed envelope included with this Notice to return the forms.  You must mail the completed forms so that they are received at the following address by no later than **June 24, 2020**:

> City of Detroit Claims Processing Center
> c/o KCC
> 222 N. Pacific Coast Highway, Suite 300
> El Segundo, CA 90245

This letter does not serve as an extension of the June 24, 2020, deadline. If you fail to correct the errors stated in this letter by **June 24, 2020**, you will not participate in Distributions even if you have an Allowed Class 14 Claim.

Please be advised that you should contact your own attorney or tax advisor if you have any questions. If your legal counsel has questions, he or she may contact Marc Swanson at 313.496.7591. Please do not contact the Bankruptcy Court.

        Very truly yours,

        Miller, Canfield, Paddock and Stone, P.L.C.

        By: /s/ Marc N. Swanson
            Marc N. Swanson

MNS