**File a Text Order:**

13-53846-tjt City of Detroit, Michigan

## U.S. Bankruptcy Court
## Eastern District of Michigan

Notice of Electronic Filing

The following transaction was received from Vozniak, Mary entered on 5/14/2020 at 3:50 PM EDT and filed on 5/14/2020
Case Name: City of Detroit, Michigan
Case Number: 13-53846-tjt
Document Number: 13286

Docket Text:

Order of the Court to Strike: This pleading is stricken from the record because the underlying pleading was struck by prior order (related documents Notice and Opportunity for Hearing). So Ordered by /s/ Judge Thomas J. Tucker.(RE: related document(s)[13285] Notice and Opportunity for Hearing filed by Creditor Darryl Cain) (Vozniak, Mary)

*This Notice of Electronic Filing is the Official ORDER for this entry. No ORDER is attached.*

The following document(s) are associated with this transaction:

**13-53846-tjt Notice will be electronically mailed to:**

Sam J. Alberts on behalf of Plaintiff Official Committee of Retirees of the City of Detroit, Michigan
sam.alberts@dentons.com, dan.barnowski@dentons.com

Carla Orman Andres on behalf of Interested Party Godfrey & Kahn, S.C.
candres@gklaw.com

Mark A. Angelov on behalf of Plaintiff Ambac Assurance Corporation
mark.angelov@arentfox.com

Stephanie Lee Arndt on behalf of Creditor Steven Wolak
s.arndt@fiegerlaw.com, s.teal@fiegerlaw.com

Stephanie Lee Arndt on behalf of Interested Party Thomas Sandusky, Personal Representative of Estate of Hal Sandusky
s.arndt@fiegerlaw.com, s.teal@fiegerlaw.com

Stephanie Lee Arndt on behalf of Interested Party Akilah Cobb
s.arndt@fiegerlaw.com, s.teal@fiegerlaw.com

Stephanie Lee Arndt on behalf of Interested Party Desire'a Ricks
s.arndt@fiegerlaw.com, s.teal@fiegerlaw.com

Stephanie Lee Arndt on behalf of Interested Party Desmond Ricks
s.arndt@fiegerlaw.com, s.teal@fiegerlaw.com

Karin F. Avery on behalf of Interested Party Detroit Retired City Employees Association
Avery@SilvermanMorris.com

Karin F. Avery on behalf of Interested Party Retired Detroit Police and Fire Fighers Association
Avery@SilvermanMorris.com

Karin F. Avery on behalf of Plaintiff Detroit Retired City Employees Association
Avery@SilvermanMorris.com

Karin F. Avery on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association
Avery@SilvermanMorris.com

Nabih H. Ayad on behalf of Interested Party Detroit Branch NAACP
ayadlaw@hotmail.com

Nabih H. Ayad on behalf of Interested Party Michigan State Conference NAACP
ayadlaw@hotmail.com

Nabih H. Ayad on behalf of Interested Party Donnell White
ayadlaw@hotmail.com

Nabih H. Ayad on behalf of Interested Party Maureen Taylor
ayadlaw@hotmail.com

Nabih H. Ayad on behalf of Interested Party Rashida Tlaib



OFFICE OF THE BANKRUPTCY CLERK
UNITED STATES BANKRUPTCY COURT
211 W. FORT ST., SUITE 2100
DETROIT, MICHIGAN 48226-3211

OFFICIAL BUSINESS

METROPLEX
MI 480
15 MAY 20
PM 2 L

498112047-1N        06/15/20

RETURN TO SENDER
UNABLE TO FORWARD
RETURN TO SENDER

Darryl Cain #351971

$0.500
US POSTAGE
FIRST-CLASS
062S0011632754
FROM 48226