# Exhibit 6B - City Request to Sheet Metal Dated April 23

**Schwartz, Brian M.**

| | |
|---|---|
| **From:** | Joseph Uhl <juhl@wpcplaw.com> |
| **Sent:** | Thursday, May 21, 2020 10:25 AM |
| **To:** | Jason Mcfarlane |
| **Cc:** | Hope Calati; Joseph Pawlick |
| **Subject:** | [EXTERNAL] City of Detroit Notice of Assessment of Withdrawal Liability - SMPF80 |
| **Attachments:** | City of Detroit - SMPF 80 letter transmitting documents.pdf; 2014 Construction Plan.pdf; 2014 Construction Plan - 1st Am (signed).pdf; 2014 Construction Plan - 2nd Am (signed).pdf; 2014 Construction Plan - 3rd Am (signed).pdf; 2014 Construction Plan - 4th Am (signed).pdf; 2014 Construction Plan - 5th Am (signed).pdf; 2014 Construction Plan - 6th Am (signed).pdf; 2014 Construction Plan - 7th Am (signed).pdf; 2014 Construction Plan - 8th Am (signed).pdf; 2014 Construction Plan - 9th Am (signed).pdf; City of Detroit Payment Schedule SMPF80.pdf; EE info City of Detroit SM80_Redacted.pdf; Notice of Assessment (sent March 25).pdf |

Mr. McFarlane,

Enclosed find a response letter to your April 23, 2020 email and the documents requested of Sheet Metal Workers Local No. 80 Pension Fund. If you have additional questions, please contact me. The response from the Electrical Workers' Pension Fund is forthcoming.

Sincerely,

Joseph W. Uhl
Watkins, Pawlick, Calati & Prifti PC
1423 E. Twelve Mile Road
Madison Heights, MI 48071
(248) 658-0799
juhl@wpcplaw.com

---

**From:** Jason Mcfarlane [mailto:mcfaj@detroitmi.gov]
**Sent:** Thursday, April 23, 2020 10:52 AM
**To:** Joseph Uhl
**Cc:** Charles Raimi; June Adams
**Subject:** Notice of Assessment of Withdrawal Liability

Good Morning,

I am in receipt of two letters sent to the City of Detroit regarding Notice of Assessment of Employer Withdrawal Liability Electrical Workers' Pension Trust Fund of Local Union #58 IBEW dated March 30, 2020 and IBEW #80 dated March 25, 2020.

It is my understanding that you represent the IBEW Pension Trust Fund and have had previous contact with the City of Detroit regarding a questionnaire related to this issue. If I am mistaken, please let me know.

The City of Detroit is requesting all relevant documents regarding the notice of assessment, including but not limited to: Pension Plan documents, any documents related to the determining the amount of the determined withdrawal liability, the names of the employees that were in the respective IBEW Locals above and all other relevant documents.

If you have any questions please contact me at 313-510-6417.

Respectfully Submitted,

Jason McFarlane
Assistant Corporation Counsel
City of Detroit Law Department
2 Woodward Avenue, Ste. 500
Detroit, Michigan 48226
313-237-0548

NOTICES: This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately.

ATTENTION: This email was sent from an external source. Please be extra cautious when opening attachments or clicking links.