# **Exhibit 6E - City Letter to Sheet Metal Dated July 21**

Founded in 1852
by Sidney Davy Miller

**BRIAN M. SCHWARTZ**
TEL (313) 496-7551
FAX (313) 496-8451
E-MAIL schwartzb@millercanfield.com

**Miller, Canfield, Paddock and Stone, P.L.C.**
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
TEL (313) 963-6420
FAX (313) 496-7500
www.millercanfield.com

MICHIGAN
ILLINOIS
NEW YORK
OHIO
WASHINGTON, D.C.
CANADA
CHINA
MEXICO
POLAND
QATAR

July 21, 2020

**SENT VIA CERTIFIED MAIL AND EMAIL**

Tim Mulligan
Business Manager
IBEW Local Union #58
17100 W. Twelve Mile Road
Southfield, MI 48076-2115
tmulligan@smw80.org

   RE: Request for Information - Sheet Metal Workers' Local Union No. 80 and City of Detroit

Dear Mr. Mulligan:

On or about March 31, 2020, the City of Detroit ("City") received a Notice of Assessment of Employer Withdrawal Liability ("Notice") Sheet Metal Workers' Local Union No. 80 Pension Trust Fund (the "Fund"), dated March 25, 2020. The City has requested documents from the Fund that purport to establish that it has any obligation to contribute to the Fund, including copies of any collective bargaining agreement which allegedly obligates the City to contribute to the Fund. To date, the Fund has not been provided any such documents. Accordingly, I am requesting that the Sheet Metal Workers' Local Union No. 80 provide copies of any collective bargaining agreements with the City of Detroit covering the time period of January 1, 2006 to the present. The information requested will assist the City in determining its potential obligations toward Sheet Metal Workers' Local Union No. 80's current and former members. Electronic copies are preferable, or I can arrange for hard copies to be picked up.

Thank you very much for your prompt attention. If you have any questions, please do not hesitate to contact me at schwartzb@millercanfield.com or on my cell phone at 248-930-6088.

       Very truly yours,

       Miller, Canfield, Paddock and Stone, P.L.C.

       By_____

           Brian M. Schwartz

cc:    Joseph W. Uhl (juhl@wpcplaw.com)
       Charles Raimi (raimic@detroitmi.gov)
       Marc N. Swanson (swansonm@millercanfield.com)
       Samantha A. Kopacz (kopacz@millercanfield.com)

36242061.1\022765-00213