# Exhibit 6F - IBEW Fund Notice

# ELECTRICAL WORKERS' JOINT BOARDS of TRUSTEES

Serving the Fringe Benefit Needs of the Electrical Industry

P.O. Box 71337

Madison Heights, Michigan 48071-0337

Phone (586) 575-9200    Fax (586) 575-9209

Website: www.ewjbt.org

March 30, 2020

John Naglick, Chief Deputy CFO / Finance Director
The City of Detroit
Coleman A. Young Municipal Center
2 Woodward Avenue Suite 642
Detroit, MI 48226

Certified Mail No. 7018 0680 0002 0811 3500
Return Receipt Requested

**RE:   THE CITY OF DETROIT
NOTICE OF ASSESSMENT OF EMPLOYER WITHDRAWAL LIABILITY
ELECTRICAL WORKERS' PENSION TRUST FUND OF LOCAL UNION #58,
I.B.E.W., DETROIT, MICHIGAN**

Dear Mr. Naglick,

The City of Detroit has been determined to have completely withdrawn from the Electrical Workers' Pension Trust Fund of Local Union #58, I.B.E.W., Detroit, Michigan ("Fund") pursuant to ERISA Section 4203.

The Fund's actuary has determined the City of Detroit's employer withdrawal liability to be $167,555 (after application of the *de minimis* rule) and the Fund now demands payment with interest in six (6) quarterly installment payments as follows:

- 5 quarterly payments in the amount of $29,232.50 and
- 1 quarterly payment in the amount of $25,189.50.

The Fund assumed no interest during the period between the first day of the plan year containing withdrawal and the due date of the first payment. Thereafter, interest was calculated using 7.5% (the interest rate from the most recent actuarial valuation performed for the Fund).

The City of Detroit's first installment payment of $29,232.50 must be received no later than June 1, 2020. The next payment is due three (3) months from the City of Detroit's first payment, and at three-month (quarterly) intervals thereafter. The City of Detroit may pre-pay any or all of its employer withdrawal liability assessment and the Fund will calculate and advise the City of Detroit of its reduced interest amount.

The City of Detroit's shall remit its payments by check payable to "Electrical Workers' Pension Trust Fund of Local Union #58, I.B.E.W., Detroit, Michigan" and mail those payments to Hope L. Calati, Esq., 1423 Twelve Mile Rd., Madison Heights, MI 48071. Otherwise, if the City of Detroit would like to make its payments by electronic transfer, contact me.

The City of Detroit is obligated to pay regardless of any request for review or arbitration. If payment is not received by the due date, the City of Detroit will be charged interest for the late payment from the date the payment is due until it is received, in accordance with 29 CFR § 4219.32.

If the City of Detroit disagrees with the Fund's determination, the City of Detroit must seek review of any specific matter relating to the determination of liability and/or the schedule of payments no later than 90 days after receipt of this Notice. After its review, the Board of Trustees will notify you of its decision, the basis for the decision, and the reason for any change in the initial determination, if any. The effective date of any revised assessment, however, will relate back to the date the City of Detroit received this assessment.

ERISA mandates that disputes regarding withdrawal liability be arbitrated. Arbitration must be initiated within 60 days after the earlier of (1) the Board of Trustees decision on review, or (2) 120 days after you seek review. The Board of Trustees has adopted the Multiemployer Pension Plan Arbitration Rule for Withdrawal Liability Disputes of the American Arbitration Association and any arbitration proceedings regarding this matter shall be conducted in accordance with those rules.

If you have any questions regarding the above, I suggest you contact your attorney.

Sincerely,

E. Craig Young, CEBS

cc: Board of Trustees
Hope L. Calati, Esq.
Paul Bullock, ASA, EA, MAAA, Consulting Actuary
June Adams, Chief of Staff, City of Detroit, adamj@detroitmi.gov