# Exhibit 6I - City Request to IBEW Dated July 21

Founded in 1852
by Sidney Davy Miller

BRIAN M. SCHWARTZ
TEL (313) 496-7551
FAX (313) 496-8451
E-MAIL schwartzb@millercanfield.com



Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
TEL (313) 963-6420
FAX (313) 496-7500
www.millercanfield.com

MICHIGAN
ILLINOIS
NEW YORK
OHIO
WASHINGTON, D.C.
CANADA
CHINA
MEXICO
POLAND
QATAR

July 21, 2020

**SENT VIA CERTIFIED MAIL AND EMAIL**

Brian D. Richard
Business Manager/Financial Secretary
IBEW Local Union #58
1358 Abbott Street
Detroit, MI 48226
ibew58@ibewlocal58.org

RE: Request for Information - Local Union #58, I.B.E.W. and City of Detroit

Dear Mr. Richard:

On or about April 7, 2020, the City of Detroit ("City") received a Notice of Assessment of Employer Withdrawal Liability ("Notice") Electrical Workers' Pension Trust Fund of Local Union #58, I.B.E.W., Detroit Michigan (the "Fund"), dated March 30, 2020. The City has requested documents from the Fund that purport to establish that it has any obligation to contribute to the Fund, including copies of any collective bargaining agreement which allegedly obligates the City to contribute to the Fund. To date, the Fund has not been provided any such documents. Accordingly, I am requesting that the IBEW Local Union #58 provide copies of any collective bargaining agreements with the City of Detroit covering the time period of January 1, 2006 to the present. The information requested will assist the City in determining its potential obligations toward IBEW Local Union #58's current and former members. Electronic copies are preferable, or I can arrange for hard copies to be picked up.

Thank you very much for your prompt attention. If you have any questions, please do not hesitate to contact me at schwartzb@millercanfield.com or on my cell phone at 248-930-6088.

>
> Very truly yours,
>
> Miller, Canfield, Paddock and Stone, P.L.C.
>
> By_____
> Brian M. Schwartz

cc:  Joseph W. Uhl (juhl@wpcplaw.com)
     Charles Raimi (raimic@detroitmi.gov)
     Marc N. Swanson (swansonm@millercanfield.com)
     Samantha A. Kopacz (kopacz@millercanfield.com)

36242003.1\022765-00213