<u>**Exhibit 6J - Regional Water Supply System Lease**</u>
<u>**between the City and Authority**</u>



# REGIONAL WATER SUPPLY SYSTEM LEASE

REGIONAL WATER SUPPLY SYSTEM LEASE

Between

CITY OF DETROIT

And

GREAT LAKES WATER AUTHORITY

Dated June 12, 2015

# TABLE OF CONTENTS

Page

ARTICLE I - DEFINITIONS ..................................................................................2
        SECTION 1.1        Definitions.............................................................2
ARTICLE II - REPRESENTATIONS.....................................................................7
        SECTION 2.1        Representations of the City.................................7
        SECTION 2.2        Representations of the Authority .......................8
ARTICLE III - LEASE OF LEASED WATER FACILITIES ................................9
        SECTION 3.1        Term of this Lease...............................................9
        SECTION 3.2        Conditions Precedent to Effective Date ...........9
        SECTION 3.3        Lease of Leased Water Facilities; Assignment and Transfer
                           of Revenues...................................................11
        SECTION 3.4        Lease Payment ...................................................13
        SECTION 3.5        Use and Deposit of Lease Payments .................14
        SECTION 3.6        Surrender of Leased Water Facilities.................14
ARTICLE IV - ASSIGNMENT AND ASSUMPTION OF RIGHTS AND LIABILITIES .........15
        SECTION 4.1        DWSD Customer and Vendor Contracts; DWSD Water
                           Bonds ...........................................................15
        SECTION 4.2        DWSD Labor Contracts ......................................16
        SECTION 4.3        Retirement Obligations ......................................16
        SECTION 4.4        General Assumption by Authority ....................17
ARTICLE V - OPERATION, INSURANCE AND IMPROVEMENT OF LEASED
WATER FACILITIES ...........................................................................18
        SECTION 5.1        Operation of Leased Water Facilities ...............18
        SECTION 5.2        Insurance ...........................................................18
        SECTION 5.3        Destruction or Taking of Leased Water Facilities .........19
        SECTION 5.4        Improvements to Leased Water Facilities..........19
        SECTION 5.5        Liability of the Incorporating Municipalities for Authority
                           Costs and Expenses........................................20
        SECTION 5.6        Adoption of Budget; Establishment of Rates for Use of
                           Leased Water Facilities...................................20
        SECTION 5.7        Water and Sewer Services Agreement...............21
        SECTION 5.8        Sale or Disposition of Leased Water Facilities or Detroit
                           Local Water Facilities....................................22
        SECTION 5.9        Miscellaneous Provisions Related to Operation,
                           Maintenance and Improvement of Leased Water Facilities. .........23
ARTICLE VI - EVENTS OF DEFAULT AND REMEDIES......................................23
        SECTION 6.1        Events of Default ...............................................23
        SECTION 6.2        Remedies.............................................................24
ARTICLE VII – COVENANTS OF THE CITY AND THE AUTHORITY ...............24
        SECTION 7.1        Covenants of the City.........................................24
        SECTION 7.2        Covenants of the Authority................................25
ARTICLE VIII – DISPUTE RESOLUTION ..........................................................26
        SECTION 8.1        Disputes; Resolution. .........................................26
        SECTION 8.2        Arbitration..........................................................26

i

| | | |
|---|---|---|
| SECTION 8.3 | Appeals of Arbitration Awards and Decisions | 27 |
| SECTION 8.4 | Enforcement of Arbitration Awards and Decisions | 27 |
| ARTICLE IX - MISCELLANEOUS | | 28 |
| SECTION 9.1 | Entry | 28 |
| SECTION 9.2 | Amendment to Lease | 28 |
| SECTION 9.3 | No Personal Liability | 28 |
| SECTION 9.4 | Notices | 28 |
| SECTION 9.5 | Entire Agreement | 28 |
| SECTION 9.6 | Severability | 28 |
| SECTION 9.7 | No Assignment | 28 |
| SECTION 9.8 | Force Majeure | 29 |
| SECTION 9.9 | Execution in Counterparts | 29 |
| SECTION 9.10 | Waiver | 29 |
| SECTION 9.11 | Captions | 29 |
| SECTION 9.12 | Applicable Law | 29 |
| SECTION 9.13 | Quiet Enjoyment | 29 |
| SECTION 9.14 | Binding Effect | 29 |
| | | |
| SCHEDULE A | Leased Water Facilities | |
| SCHEDULE B | DWSD Water Bonds | |
| SCHEDULE C | Permits | |
| SCHEDULE D | Wholesale Customer Contracts | |
| SCHEDULE E | Vendor Contracts | |
| SCHEDULE F | Collective Bargaining Agreements | |
| SCHEDULE G | Paragraph 24 of Bankruptcy Order | |

<u>REGIONAL WATER SUPPLY SYSTEM LEASE</u>

THIS REGIONAL WATER SUPPLY SYSTEM LEASE entered into on June 12, 2015, by and between the CITY OF DETROIT (the "City"), a home rule city organized and existing under the constitution and laws of the State of Michigan, and the GREAT LAKES WATER AUTHORITY (the "Authority"), a municipal authority and public body corporate organized and existing under and pursuant to the provisions of Act No. 233, Public Acts of Michigan, 1955, as amended ("Act 233").

<div align="center">WITNESSETH:</div>

WHEREAS, a Memorandum of Understanding (the "MOU") was entered into on September 9, 2014, by the Emergency Manager and the Mayor of the City, the County Executive of each of Macomb County, Oakland County and Wayne County, and the Governor of the State, for the purpose of establishing a regional authority pursuant to Act 233 to operate, control and improve both the Water Supply System and Sewage Disposal System owned by the City and presently operated by DWSD (except the City local system infrastructure) and to lease the Water Supply System and Sewage Disposal System (except the City local system infrastructure) from the City for an initial term of forty (40) years; and

WHEREAS, pursuant to the MOU, the City and each wholesale customer of the Water System, through their respective ratepayers, shall retain complete responsibility (in the case of the City, in accordance with the terms of the Water and Sewer Services Agreement) for all obligations associated with their individual revenue requirements; and

WHEREAS, pursuant to the MOU and to resolutions approving the Authority's Articles of Incorporation adopted by the City Council of the City, the Board of Commissioners of Macomb County, the Board of Commissioners of Oakland County and the County Commission of Wayne County, the Authority has been incorporated for the purpose of, among other things, acquiring, owning, leasing, improving, enlarging, extending, financing, refinancing and operating a water supply system and a sewage disposal system, including a storm water collection and treatment system, or a combination of such systems; and

WHEREAS, Section 5 of Act 233 authorizes the Authority to acquire property for a water supply system by lease and to hold, manage and control such property; and

WHEREAS, on September 9, 2014, pursuant to EM Order No. 34, the Emergency Manager for the City authorized the Mayor of the City to negotiate the terms and execute and deliver a lease for each of the Water Supply System and the Sewage Disposal System, an agreement between the City and the Authority relating to the operation, management and improvement of the City local system infrastructure, and a transition agreement consistent with the parameters established by the MOU, and to take such other actions as may be necessary or desirable to complete the transfer of the Water Supply and Sewage Disposal Systems as described in the MOU; and

<div align="center">1</div>

WHEREAS, on November 12, 2014, an Order Confirming Eighth Amended Plan for the Adjustment of Debtor of the City of Detroit ("Confirmation Order") was entered (Docket No. 8272) confirming the Plan of Adjustment; and

WHEREAS, paragraph 38 of the Confirmation Order approved the MOU in all respects, and authorized the City to enter into, and take any action necessary to perform under or implement, the terms of the MOU and any final agreement resulting from the MOU creating the Authority subject to additional terms and conditions described therein; and

WHEREAS, as contemplated in the MOU, the City and the Authority desire to enter into this Lease providing for the City to lease the Leased Water Facilities and to transfer its interest in the Revenues to the Authority, subject to the terms and conditions set forth herein.

ARTICLE I - DEFINITIONS

SECTION 1.1 <u>Definitions</u>.  In addition to the words and terms elsewhere defined in this Lease, the following words and terms as used in this Lease and the preambles hereto shall have the following meanings unless the context or use indicates another or different meaning.

(a)  "Act 94" means Act No. 94, Public Acts of Michigan, 1933, as amended from time to time.

(b)  "Applicable Laws" means all laws, rules, regulations, ordinances, permit and license requirements, and orders of courts, governmental officials and agencies of competent jurisdiction with respect to the Leased Water Facilities or which generally relate to the Leased Water Facilities.

(c)  "Authority Pension Pool" means that portion of the DWSD Pension Pool that is allocated to the Authority.

(d)  "Authority's Address" means 735 Randolph Street, Detroit, Michigan 48226, Attention: Chairperson, or such other address set forth in a written notice from the Authority to the City.

(e)  "Bankruptcy Order" means the order entered (Docket No. 7028) by the United States Bankruptcy Court for the Eastern District of Michigan on August 25, 2014 (In re City of Detroit, Michigan, Debtor, Case No. 13-53846).

(f)  "BC Note Obligation" means, collectively, the amounts required to be paid by DWSD pursuant to the Plan of Adjustment in respect of debt service on (i) the City of Detroit Financial Recovery Bonds, Series 2014B(1) and Series 2014B(2), dated December 14, 2014, and (ii) the City of Detroit Financial Recovery Bonds, Series 2014C, dated December 14, 2014, which bonds were issued to satisfy in whole or in part claims relating to the City's pension obligation certificates and post-retirement health benefits.

(g)  "Bonds" means, collectively, the DWSD Water Bonds being assumed by the Authority as provided in the Master Bond Ordinance and bonds or other evidences of indebtedness issued by the Authority under the Master Bond Ordinance pursuant to Act 94, all of

2

which are secured by a pledge of and a statutory lien upon the Net Revenues of the Water System.

(h) "Budget Stabilization Fund" means the fund to be established in the Master Bond Ordinance as described in Section 3.2(b)(iv).

(i) "Budget Stabilization Requirement" shall have the meaning given such term in the Water and Sewer Services Agreement.

(j) "Capital Improvement Program" means the ongoing program of capital improvements for the Leased Water Facilities, as the same may be modified from time to time by the Authority.

(k) "City Residual Costs" means costs and liabilities incurred by the City which are associated with (i) the lease of the Leased Water Facilities and the transfer and assignment of the DWSD contracts and DWSD employees to the Authority, including unemployment and separation costs (excluding salaries beyond required notice periods) related to DWSD employees who decline to transfer to the Authority, (ii) excess capacity resulting from the establishment by the Authority of separate capacity performing the same function during and for any period the Authority has contracted for such capacity from the City, to the extent agreed to by the City and the Authority, and (iii) claims against the City by third parties whose contracts or rights were transferred to and assumed by the Authority under the terms of this Lease.

(l) "City's Address" means City of Detroit Water and Sewerage Department, 735 Randolph Street, Detroit, Michigan 48226, Attention: Director, with a copy to City of Detroit, Office of the Mayor, Coleman A. Young Municipal Center, 2 Woodward Avenue, 11th Floor, Detroit, Michigan 48226, or such other address or addresses set forth in a written notice from the City to the Authority.

(m) "common-to-all" means the method or methods for allocating to wholesale customers of the Regional Water System and Retail Water Customers the cost of water service provided by the Regional Water System that benefits both wholesale customers and Retail Water Customers, which allocation is determined on a case-by-case analysis of the benefits derived by each customer class from such service.

(n) "Detroit Capital Improvement Program" means the ongoing program of capital improvements for the Detroit Local Water Facilities, as the same may be modified from time to time by the City.

(o) "Detroit Local Sewer Facilities" means those sewage disposal facilities, other than the Leased Sewer Facilities, existing on the Effective Date that are used to provide sewer service directly to Retail Sewer Customers.

(p) "Detroit Local Water Facilities" means those water supply system facilities, other than the Leased Water Facilities, existing on the Effective Date that are used to provide water service directly to Retail Water Customers. Detroit Local Water Facilities shall include all fire hydrants and related appurtenances.

3

(q)     "DWSD" means the Detroit Water and Sewerage Department, as in existence immediately prior to the Effective Date.

(r)     "DWSD-R" means the Detroit Water and Sewerage Department, as in existence on and after the Effective Date.

(s)     "DWSD Master Water Bond Ordinance" means Ordinance No. 30-02 adopted by the City Council of the City, as amended through the Effective Date, that authorized the issuance of the DWSD Water Bonds, as supplemented by the Trust Indenture, dated as of February 1, 2013, between the City and U.S. Bank National Association, as trustee, as amended through the Effective Date.

(t)     "DWSD Pension Pool" means that portion of the undivided interest in investments and the pension liabilities of the GRS Plan that is allocated to DWSD retirees, deferred retirees and active vested and non-vested members.

(u)     "DWSD-R Pension Pool" means that portion of the DWSD Pension Pool that is allocated to DWSD-R.

(v)     "DWSD Sewer Bonds" means all bonds and other evidences of indebtedness of the City secured by a pledge of and a statutory lien upon the Net Revenues of the Sewer System outstanding immediately prior to the Effective Date, as more fully described in the Sewer Lease.

(w)     "DWSD Water Bonds" means all bonds and other evidences of indebtedness of the City secured by a pledge of and a statutory lien upon the Net Revenues of the Water System outstanding immediately prior to the Effective Date, as more fully described in Schedule B attached hereto.

(x)     "Effective Date" means the date on which the conditions set forth in Section 3.2 have been satisfied, as determined by the Mayor of the City and a supermajority (5/6) vote of the Board of the Authority.

(y)     "Fiscal Year" means the period beginning on July 1 of each year and ending on June 30 of the following year.

(z)     "GRS" means the General Retirement System of the City.

(aa)    "GRS Plan" means the frozen defined benefit plan of the GRS in effect on the effective date of the Plan of Adjustment.

(bb)    "Incorporating Municipalities" means, collectively, the City, Macomb County, Oakland County and Wayne County, as the incorporating municipalities of the Authority.

(cc)    "Lease" means this Regional Water Supply System Lease, as it may be amended or supplemented as provided herein.

4

(dd) "Leased Water Facilities" means, collectively, all of the City's right, title and interest in and to that portion of the real and tangible personal property comprising a part of the Water System and owned by the City and providing water service to the wholesale customers of the Regional Water System and Retail Water Customers up to the point of connection to the Detroit Local Water Facilities, including without limitation the land, buildings, water intakes, pump stations, storage facilities, other structures, fixtures (including meters and transmission mains), and improvements, and real property interests such as easements, access rights, rights of way, permits, licenses and leases, all as more fully set forth in Schedule A attached hereto (the "Real Property"), and any and all tangible personal property such as machinery, equipment, vehicles, furniture, office equipment, software, hardware, security systems, communications systems, other information technology systems and inventory used in connection with the Real Property, including without limitation the personal property that is described in Schedule A attached hereto (the "Personal Property"). Leased Water Facilities include all improvements and additions to and replacements of the foregoing described Real Property and Personal Property, but do not include the Detroit Local Water Facilities.

(ee) "Leased Sewer Facilities" means, collectively, all of the City's right, title and interest in and to that portion of the real and tangible personal property comprising a part of the Regional Sewer System and owned by the City and providing sewer service to the wholesale customers of the Regional Sewer System and Retail Sewer Customers up to the point of connection to the Detroit Local Sewer Facilities, all as more fully set forth in the Sewer Lease.

(ff) "Lease Payment" means the annual payment required to be made by the Authority for the benefit of the City pursuant to Section 3.4 in consideration for the leasing of the Leased Water Facilities to the Authority and the absolute and irrevocable assignment and transfer to the Authority of the Revenues as provided herein and to be applied by the Authority in accordance with the Master Bond Ordinance.

(gg) "Local Sewer System" means that portion of the Sewer System that provides sewer service directly to Retail Sewer Customers, which on the Effective Date consists of the Detroit Local Sewer Facilities.

(hh) "Local Water System" means that portion of the Water System that provides water service directly to Retail Water Customers, which on the Effective Date consists of the Detroit Local Water Facilities.

(ii) "Macomb County" means the Charter County of Macomb, Michigan.

(jj) "Master Bond Ordinance" means the ordinance to be adopted by the Authority prior to the Effective Date, setting forth the terms and provisions under which Bonds may be issued, as amended and supplemented as provided therein.

(kk) "Net Revenues" has the meaning given thereto in Act 94.

(ll) "Oakland County" means the County of Oakland, Michigan.

(mm) "O&M Expenses" means for each Fiscal Year all expenses of administration and operation and the expenses for maintenance as may be necessary to preserve

5

the Regional Water System or the Local Water System, as the case may be, in good repair and working order, including costs incurred by the City in connection with its service as agent pursuant to Article 2 of the Water and Sewer Services Agreement.

(nn) "Pension Obligation" means the amounts required to be paid over time by DWSD in respect of the frozen defined benefit plan of the GRS as provided in the Plan of Adjustment and the Bankruptcy Order.

(oo) "Plan of Adjustment" means the Eighth Amended Plan of Adjustment of the City as confirmed by order of the United States Bankruptcy Court for the Eastern District of Michigan entered on November 12, 2014 (In re City of Detroit, Michigan, Debtor, Case No. 13-53846).

(pp) "Prudent Utility Practices" means those practices, methods, techniques, standards and acts engaged in or approved by a significant portion of the regulated water utility industry in the United States or any of the practices, methods, techniques, standards and acts which, in the exercise of reasonable judgment in light of the facts known (or which a qualified and prudent operator could reasonably be expected to have known) at the time a decision is made, would have been expected to accomplish a desired result at a reasonable cost consistent with good business practices, reliability, safety and expedition, in each case related to the operation, maintenance and improvement of similar systems at utility facilities of the same or similar size and type as the Leased Water Facilities.

(qq) "Regional Sewer System" means that portion of the Sewer System that provides sewer service to the wholesale customers thereof and Retail Sewer Customers up to the point of connection to the Local Sewer System, which on the Effective Date consists of the Leased Sewer Facilities.

(rr) "Regional Water System" means that portion of the Water System that provides water service to the wholesale customers thereof and Retail Water Customers up to the point of connection to the Local Water System, which on the Effective Date consists of the Leased Water Facilities.

(ss) "Retail Sewer Customers" means those individual customers located within and outside the City that receive sewer service directly from the Detroit Local Sewer Facilities.

(tt) "Retail Water Customers" means those individual customers located within and outside the City that receive water service directly from the Detroit Local Water Facilities.

(uu) "Retail Revenues" means Revenues collected from Retail Water Customers.

(vv) "Revenues" means the revenues, including the Retail Revenues, of the Authority from the Water System, which shall be construed as defined in Act 94, and shall include all moneys collected directly or indirectly by the Authority, or the City as agent for the

6

Authority, under the Water and Sewer Services Agreement and required to be deposited into the Receiving Fund established under Section 502 of the Master Bond Ordinance.

(ww) "Sewer Lease" means the Regional Sewage Disposal System Lease, to be effective on the Effective Date, relating to the lease of the Leased Sewer Facilities from the City to the Authority.

(xx) "Sewer Lease Payment" means the annual payment required to be made by the Authority for the benefit of the City pursuant to the Sewer Lease.

(yy) "Sewer System" means the City's sewage disposal system as existing immediately prior to the Effective Date, which consists on the Effective Date of the Regional Sewer System and the Local Sewer System.

(zz) "Shared Services Agreement" means the Shared Services Agreement between the City and the Authority relating to the provision of services by the City to the Authority with respect to the Regional Water System and the Regional Sewer System, and the provision of services by the Authority to the City with respect to the operation and management of the Detroit Local Water Facilities and the Detroit Local Sewer Facilities, as it may be amended and supplemented as provided therein.

(aaa) "State" means the State of Michigan.

(bbb) "Water and Sewer Services Agreement" means the Water and Sewer Services Agreement, dated June 12, 2015, between the City and the Authority relating to the provision of water service to Retail Water Customers and sewer service to Retail Sewer Customers, as it may be amended and supplemented as provided therein.

(ccc) "Water System" means the City's water supply system as existing immediately prior to the Effective Date, which on the Effective Date consists of the Regional Water System and the Local Water System.

(ddd) "Wayne County" means the Charter County of Wayne, Michigan.

(eee) "WRAP Fund" means the Water Residential Assistance Program Fund to be established pursuant to the MOU, which shall be a fund independently-administered on behalf of the Authority to provide assistance to indigent residential customers throughout the Water System and the Sewer System.

## ARTICLE II - REPRESENTATIONS

SECTION 2.1 <u>Representations of the City</u>. The City represents and warrants to the Authority as follows:

(a) The City is a home rule city duly existing under the Constitution and laws of the State, and has the right, power and authority to enter into this Lease and perform its obligations hereunder.

7

(b)     To the knowledge of the City, as set forth in a certificate of the DWSD Director and the DWSD Chief Administrative and Compliance Officer/General Counsel, the City has not mortgaged, pledged or subjected to any lien, charge or security interest any of the Leased Water Facilities nor has the City entered into any lease or easement agreement or created any other encumbrance with respect to any of the Leased Water Facilities that in each case would adversely affect the ability of the Authority to operate the Leased Water Facilities as provided in Section 5.1.

(c)     To the knowledge of the City, as set forth in a certificate of the DWSD Director and the DWSD Chief Administrative and Compliance Officer/General Counsel, there presently exists no material casualty loss or damage to the Leased Water Facilities that would prevent the Authority from operating the Leased Water Facilities as provided in Section 5.1.

(d)     To the knowledge of the City, as set forth in a certificate of the DWSD Director and the DWSD Chief Administrative and Compliance Officer/General Counsel, there are no claims, actions, suits, proceedings, loss events or investigations pending or, to the best of the City's knowledge, threatened against or affecting the Leased Water Facilities or the validity of this Lease, at law or in equity, or before or by any federal, state, municipal or governmental department, commission, board, bureau, agency or instrumentality which, if adversely determined against the City, would have a material adverse effect on the Leased Water Facilities, the Net Revenues of the Water System or the City's ability to enter into this Lease.

(e)     In connection with the Leased Water Facilities, to the knowledge of the City, as set forth in a certificate of the DWSD Director and the DWSD Chief Administrative and Compliance Officer/General Counsel, (i) there are no unresolved notices of violation, orders, claims, citations, complaints, penalty assessments, suits or other proceedings pending against the City which have been unresolved for a period of more than 30 days or which are not expected to be resolved within 30 days or such other period specified for cure which in each case could have a material adverse impact on the operation of the Leased Water Facilities if allowed to continue beyond that period and (ii) there is no investigation or review pending or threatened against the City by any governmental entity or third party with respect to any alleged violation of any federal, state or local environmental law, regulation, ordinance, standard, permit or order relating to the operation of the Leased Water Facilities which could have a material adverse impact on the operation of the Leased Water Facilities.

SECTION 2.2 <u>Representations of the Authority</u>.  The Authority represents and warrants to the City as follows:

(a)     The Authority has been duly incorporated and is validly existing as a municipal authority and public body corporate under Act 233, and has the right, power and authority to enter into this Lease and to perform its obligations hereunder.

(b)     There are no claims, actions, suits, proceedings or investigations pending against the Authority, or to the best of the Authority's knowledge, threatened, that would have a material adverse effect on the transactions contemplated or provided for in this Lease.

8

## ARTICLE III - LEASE OF LEASED WATER FACILITIES

SECTION 3.1 <u>Term of this Lease</u>. The term of this Lease (the "Term") shall commence on the Effective Date and shall terminate on the later of the Initial Lease Termination Date or the Extended Lease Termination Date. Until the Effective Date, which is contingent on the satisfaction of the conditions set forth in Section 3.2, this Lease shall not constitute a sale, lease or disposition of the Water System or any substantial part thereof, as contemplated by Section 18 of the Detroit Master Water Bond Ordinance. This Lease shall initially terminate on the fortieth (40th) anniversary of the Effective Date (the "Initial Lease Termination Date"). Upon the issuance of Bonds with a final stated maturity date after the Initial Lease Termination Date, the Initial Lease Termination Date shall automatically, and without further action of the parties hereto, be amended to coincide with the date on which all of the Bonds have been paid or provision for payment of all of the Bonds has been made in accordance with the Master Bond Ordinance (the "Extended Lease Termination Date").

SECTION 3.2 <u>Conditions Precedent to Effective Date</u>. The Effective Date shall be deemed to have occurred when all of the following conditions have been satisfied, as evidenced by a certificate signed by authorized officers of the City and the Authority:

(a) This Lease, the Sewer Lease, the Water and Sewer Services Agreement and the Shared Services Agreement shall have been duly authorized, executed and delivered by the City and the Authority.

(b) The effective date under the Sewer Lease shall occur on the same date as the Effective Date under this Lease.

(c) The Master Bond Ordinance shall have been duly adopted by the Authority and shall be in full force and effect and shall contain the following provisions:

(i) The rate covenant and the test for the issuance of additional bonds thereunder shall both conform to DWSD's existing coverage requirements of 1.20, 1.10 and 1.00 for senior lien, second lien and junior lien indebtedness, respectively;

(ii) A flow of funds consistent with Act 94, the MOU and representations made by DWSD to certain holders of DWSD Water Bonds that agreed to purchase such DWSD Water Bonds following a tender thereof on September 4, 2014, in the following order of priority as required by Act 94: (A) O&M Expenses of the Regional Water System and the Local Water System, and (B) debt service on all indebtedness payable from Net Revenues of the Water System before making deposits to other accounts in the flow of funds;

(iii) A covenant to comply with the provisions of the Bankruptcy Order, including but not limited to paragraph 24 thereof which is attached hereto as Schedule G; and

(iv) The establishment of a Budget Stabilization Fund, which shall be a restricted account held by the Authority under the Master Bond Ordinance. The Budget Stabilization Fund shall be funded by Retail Revenues in an amount equal to the Budget Stabilization Requirement as provided in the Water and Sewer Services Agreement. Moneys in

9

the Budget Stabilization Fund may be applied by the Authority in its discretion for any lawful purpose of the Water System as provided in the Water and Sewer Services Agreement. The deposit of Revenues in the Budget Stabilization Fund shall be subordinate to payment of O&M Expenses and the principal of and interest on the Bonds.

(d)  The ordinances required by Section 5.7(c) shall have been duly adopted by the Board of Water Commissioners of DWSD and the Authority, respectively, and shall be in full force and effect.

(e)  The Authority shall have secured all permits and other governmental approvals necessary to operate the Leased Water Facilities, which are set forth in Schedule C attached hereto.

(f)  DWSD shall have secured the consent of

(i)  U.S. Bank National Association, as the trustee for the DWSD Water Bonds, and the holders of not less than  fifty-one percent (51%) in principal amount of the DWSD Water Bonds outstanding on the Effective Date to:

(A)  an amendment to the DWSD Master Water Bond Ordinance which amendment authorizes this Lease and certain of the transactions contemplated by this Lease;

(B)  a supplement to the Trust Indenture dated as of February 1, 2013, as amended, among the City, DWSD and U.S. Bank National Association, as trustee, which supplement authorizes this Lease and certain of the transactions contemplated by this Lease; and

(C)  the obligor on the DWSD Water Bonds owned by such holders being changed from the City to the Authority on the Effective Date, and in connection with such change in obligor the release and discharge of the City from any liability or other obligation to such holders of the DWSD Water Bonds and U.S. Bank National Association as the trustee therefor in connection with the DWSD Water Bonds, and

(ii)  U.S. Bank National Association, as the trustee for the DWSD Sewer Bonds, and the holders of not less than fifty-one percent (51%) in principal amount of the DWSD Sewer Bonds outstanding on the Effective Date to:

(A)  an amendment to the master bond ordinance for the DWSD Sewer Bonds which amendment authorizes the Sewer Lease and certain of the transactions contemplated by the Sewer Lease;

(B)  a supplement to the Trust Indenture dated as of June 1, 2012, among the City, DWSD and U.S. Bank National Association, as trustee, which supplement authorizes the Sewer Lease and certain of the transactions contemplated by the Sewer Lease; and

(C)  the obligor on the DWSD Sewer Bonds owned by such holders being changed from the City to the Authority on the Effective Date, and in connection

10

with such change in obligor the release and discharge of the City from any liability or other obligation to such holders of the DWSD Sewer Bonds and U.S Bank National Association as the trustee therefor in connection with the DWSD Sewer Bonds.

Receipt of the foregoing consents shall be evidenced by a certificate to that effect of U.S. Bank National Association, as trustee for the DWSD Water Bonds and DWSD Sewer Bonds, respectively, delivered to the Authority, the City and DWSD.

(g)     The Authority and the City shall have received (i) an opinion of Authority bond counsel to the effect that the lease of the Leased Water Facilities to the Authority and assumption by the Authority of the DWSD Water Bonds, will not, in and of themselves, materially impair the tax-exempt status of the interest on the DWSD Water Bonds, and (ii) confirmation from a nationally recognized rating agency then rating the DWSD Water Bonds that the rating assigned to the Bonds, after such assumption, is not less than the then-existing rating on the DWSD Water Bonds assigned by such rating agency.

(h)     The Authority shall demonstrate the ability to issue at least One Dollar ($1.00) of additional indebtedness at each level of priority under the additional bonds tests described in (c)(i) above.

(i)     The City and the Authority shall have each received (i) opinions of counsel for the City and the Authority to the effect that this Lease is valid, binding and enforceable with respect to the City and the Authority, respectively, and (ii) an opinion of counsel for DWSD that the rates for wholesale customers and the City adopted by DWSD for the Fiscal Year beginning July 1, 2015 are binding and effective.

(j)     The City shall have received all necessary consents to the assignment of the wholesale customer contracts set forth in Schedule D.

(k)     The Authority, the City and GRS shall have entered into the agreement described in Section 4.3(b).

If the foregoing conditions are not satisfied and the Effective Date has not occurred on or before January 1, 2016, this Lease shall be null and void and shall terminate immediately and the Authority shall consider a motion to dissolve as provided in Article 5A of the Articles of Incorporation of the Authority.

SECTION 3.3 <u>Lease of Leased Water Facilities; Assignment and Transfer of Revenues</u>. In order to enable the Authority to acquire the Regional Water System under Act 233, and in consideration of the Lease Payment and other terms of this Lease, the City leases the Leased Water Facilities to the Authority and the Authority leases the Leased Water Facilities from the City for the Term.  By virtue of this Lease, the City intends to convey to the Authority by lease a leasehold interest in all of the City's right, title and interest in and to the Leased Water Facilities in order to enable the Authority to operate the Leased Water Facilities as provided herein.  The City and the Authority acknowledge that the description of the Leased Water Facilities set forth in Schedule A has been compiled from the best available information, has been reviewed by their and DWSD's respective staff and consultants and is believed to be reasonably complete and

11

accurate. The City and the Authority agree to cooperate in continuously reviewing the use and description of the Leased Water Facilities and in the event that it is determined that the description of the Leased Water Facilities needs to be amended to conform to the actual use of the Leased Water Facilities or to correct or update the description of the Leased Water Facilities to make it more accurate, the Director of DWSD or DWSD-R, as appropriate, and, before the Effective Date, the Mayor of the City or his designee, and the Director and Chairperson of the Authority are authorized to modify Schedule A as necessary by executing an amendment thereto to accomplish any of the foregoing purposes and such amendment shall become a part of this Lease; provided that no such amendment shall be delivered if the effect of such amendment is to impair the ability of the Authority to operate the Leased Water Facilities as provided herein.

Notwithstanding the foregoing, this Lease shall constitute a bill of sale from the City to the Authority pursuant to which the City conveys all of its right, title and interest in and to the Personal Property that is part of the Leased Water Facilities. In furtherance of such conveyance, the City agrees to cooperate with the Authority and to take such actions as are necessary to have title to all vehicles that are part of the Personal Property transferred to the Authority.

In acquiring the Regional Water System pursuant to this Lease, commencing on the Effective Date, the Authority is also acquiring for the Term, and for the Term, the City hereby absolutely and irrevocably sells, assigns, transfers and conveys to the Authority, and the Authority hereby purchases and acquires from the City (each, an "Assignment and Transfer"), (i) all of the City's right, title and interest in and to the Revenues, including Retail Revenues, in existence on the Effective Date, and (ii) all of the City's right, title and interest in and to the Revenues, including Retail Revenues, derived from the operation of the Water System on and after the Effective Date and through the end of the Term. The City and the Authority acknowledge and agree that (i) the Assignment and Transfer is intended to be a purchase by the Authority and an absolute sale by the City of the Revenues and not a lending transaction; (ii) the Assignment and Transfer is made without representation or warranty by, or recourse to, the City of any kind; (iii) the City does not have any right, option, duty or obligation of any kind to repurchase all or any portion of the Revenues; (iv) except in its capacity as agent for the Authority under the express terms of the Water and Sewer Services Agreement, on and after the Effective Date and until the end of the Term, the City has no control over the collection of, or administrative or servicing activities concerning, the Revenues; (v) the City is not required to make any servicing or other advances to the Authority in connection with the Revenues under the Water and Sewer Services Agreement or otherwise; (vi) the City is not granted any right to or interest in any of the Revenues; (vii) the Assignment and Transfer is treated as an acquisition under Statement No. 69 of the Governmental Accounting Standards Board; (viii) the Assignment and Transfer is not cancelable by the City or the Authority for any reason; (ix) except as set forth in the DWSD Master Water Bond Ordinance and the Master Bond Ordinance, there is no restriction on the Authority's ability to sell or pledge the Revenues; (x) all collections of Revenues received by the City in its capacity as agent under the Water and Sewer Services Agreement or otherwise shall be remitted to the Authority without significant delay (no later than 5 days after receipt) or any reduction in amount; and (xi) the Revenues collected by the City as agent for the Authority shall be segregated and held in trust by the City until remitted to the Authority and shall be subject to audit and verification by the Authority.

12

In addition, the City and Authority agree that (i) the Authority shall have the exclusive right to establish rates for water service to customers of the Water System, including Retail Water Customers; (ii) the Authority may delegate, and through the Water and Sewer Services Agreement is delegating, its right to establish rates for water service to customers of the Water System to one or more agents, as it deems necessary or convenient; and (iii) directly or through an agent, the Authority shall have the exclusive right to charge and bill to and collect from such customers amounts for water services constituting the Revenues, including the Retail Revenues.

(a)     By virtue of this Lease, the Authority acquires, succeeds to and assumes the exclusive right, responsibility and authority (i) to occupy, operate, control and use the Leased Water Facilities, including all lands, buildings, improvements, structures, easements, rights of access, fixtures, equipment, materials, furnishings, all other personal property and all other privileges and appurtenances comprising or pertaining to the Leased Water Facilities and (ii) to establish rates for water service to customers of the Water System and, directly or through an agent, to charge and bill to and collect from the customers of the Water System, including Retail Water Customers, amounts constituting the Revenues, including the Retail Revenues.

(b)     On and after the Effective Date, the City shall be relieved from all further costs and responsibility arising from or associated with the control, operation and maintenance of the Leased Water Facilities, except as otherwise provided in this Lease or in the Shared Services Agreement.

SECTION 3.4 Lease Payment.

(a)     The Authority shall pay for the account of the City for use of the Leased Water Facilities during the Term, a Lease Payment in the annual amount of Twenty-Two Million Five Hundred Thousand Dollars ($22,500,000), payable monthly on an annualized basis on or before the first day of each month through the end of the Term.  The Lease Payment and the Sewer Lease Payment shall aggregate the sum of Fifty Million Dollars per year, and are based on an initial allocation in the MOU of 45% to the customers of the Regional Water System and 55% to the customers of the Regional Sewer System.  Such allocation shall be subject to review and adjustment by the Authority every three to five years consistent with the method of allocation of other common-to-all charges between the Regional Water System and the Regional Sewer System; provided that no such adjustment shall reduce the projected availability of Revenues below the level necessary to pay the principal of and interest on any Bonds issued to finance improvements to the Detroit Local Water Facilities and the Detroit Local Sewer Facilities below the level in anticipation of which such Bonds were issued.

(b)     The City acknowledges and agrees that it will forego future Lease Payments in the event that it withdraws from the Authority as an incorporating municipality under the Authority's Articles of Incorporation; provided however, that any such withdrawal will not terminate this Lease or affect the Assignment and Transfer, or affect the Revenues collected by the Authority.

(c)     The Authority acknowledges and agrees that it shall have no legal or equitable right to setoff, recoup or deduct any amounts from or otherwise reduce the amount of any Lease Payment.

13

SECTION 3.5 <u>Use and Deposit of Lease Payments</u>.

(a)    The City shall be authorized to direct the application of the Lease Payments paid by the Authority only for the following purposes, consistent with the flow of funds in the Master Bond Ordinance:

(i)    To pay the principal of and interest on Bonds issued to finance the cost of improvements to the Detroit Local Water Facilities; and

(ii)    To pay the City's share of the principal of and interest on Bonds issued to finance the cost of common-to-all improvements to the Leased Water Facilities; and

(iii)    To pay the cost of improvements to the Detroit Local Water Facilities.

(b)    The proceeds of all Lease Payments shall be deposited into the following funds and accounts established under the Master Bond Ordinance, as directed by the City:

(i)    For proceeds being used to pay the principal of and interest on Bonds issued to finance the cost of improvements to the Detroit Local Water Facilities, to the Bond Interest and Redemption Fund established for the appropriate priority of lien of such Bonds.

(ii)    For proceeds being used to pay the City's share of the principal of and interest on Bonds issued to finance the cost of common-to-all improvements to the Leased Water Facilities, to the Bond Interest and Redemption Fund established for the appropriate priority of lien of such Bonds.

(iii)    For proceeds being used to pay the cost of improvements to the Detroit Local Water Facilities, to the Detroit Local Improvement and Extension Account of the Improvement and Extension Fund.

(c)    The City acknowledges and agrees that the use of Lease Payments for the foregoing purposes is subject to the availability of Revenues therefor in accordance with the Master Bond Ordinance and that the use of Lease Payments for the purpose set forth in Section 3.5(a)(iii) shall be subordinate to the payment of principal of and interest on the Bonds.

SECTION 3.6 <u>Surrender of Leased Water Facilities</u>.  Upon the expiration of this Lease at the end of the Term, the Authority shall quit and surrender the Leased Water Facilities to the City, together with any improvements, enlargements, replacements or extensions thereof made by the Authority during the Term.

14

# ARTICLE IV - ASSIGNMENT AND ASSUMPTION OF RIGHTS AND LIABILITIES

SECTION 4.1 <u>DWSD Customer and Vendor Contracts; DWSD Water Bonds</u>.

(a)     In connection with the execution and delivery of this Lease, and as of the Effective Date, the City hereby assigns and the Authority hereby assumes all of the City's rights and obligations under the following:

(i)     All DWSD wholesale customer contracts related to the Regional Water System and related contracts with wholesale customers, including without limitation those contracts set forth in Schedule D attached hereto, as amended from time to time until the Effective Date.

(ii)     Existing DWSD vendor contracts, including without limitation those contracts set forth in Schedule E attached hereto, as amended from time to time until the Effective Date.

(iii)     City Residual Costs.

(b)     As of the Effective Date, the Authority hereby assumes all of the City's obligations under the DWSD Water Bonds, including all the obligations to make payments of principal of and interest on the DWSD Water Bonds. The City hereby assigns, as of the Effective Date, any and all rights that the City has with respect to the DWSD Water Bonds. The DWSD Water Bonds shall be payable solely from the Net Revenues of the Water System and shall not constitute a full faith and credit obligation of the Authority. The provisions of the DWSD Master Water Bond Ordinance, as amended and restated by the Master Bond Ordinance, with respect to the outstanding DWSD Water Bonds being assumed by the Authority on the Effective Date shall constitute a contract between the Authority and the holders of the DWSD Water Bonds, and such provisions shall be enforceable by such holders against the Authority or any or all of its successors, by mandamus or any other appropriate suit, action or proceeding at law or in equity in any court of competent jurisdiction in accordance with law.

(c)     As of the Effective Date, the City hereby assigns and the Authority hereby assumes all of City's rights and obligations under the contracts with bond insurers and surety bond providers with respect to the DWSD Water Bonds. The Authority agrees to provide continuing disclosure with respect to information within its control relating to the Authority, the Leased Water Facilities and the DWSD Water Bonds that the City would otherwise have had to disclose on an annual basis pursuant to continuing disclosure undertakings entered into by the City with respect to the DWSD Water Bonds.

(d)     It is the intent of the parties that the execution and delivery of this Lease and the foregoing assignment and assumption set forth in subsections (a) and (b) shall not in any way impair any contracts with wholesale customers, Retail Water Customers, vendors, holders of DWSD Water Bonds or other parties in privity of contract with the City with respect to the Leased Water Facilities. The City, acting through DWSD, shall be responsible for obtaining, and shall use its best efforts to obtain, all necessary consents to the assignment of the vendor contracts set forth in Schedule E.

15

SECTION 4.2 <u>DWSD Labor Contracts</u>.   The Authority shall be a successor employer for those DWSD employees who transfer their employment to the Authority, and the Authority shall assume and honor DWSD's collective bargaining agreements with respect to such employees set forth in Schedule F attached hereto.

SECTION 4.3 <u>Retirement Obligations</u>.

(a)     As further consideration for the acquisition of the Regional Water System pursuant to this Lease, the Authority shall be required to pay that portion of the Pension Obligation allocable to the Regional Water System (the "Authority Pension Obligation") and that portion of the BC Note Obligation allocable to the Regional Water System (the "Authority BC Note Obligation").  The City agrees that it is liable for and shall be required to pay that portion of the Pension Obligation allocable to the Local Water System (the "City Pension Obligation") and that portion of the BC Note Obligation allocable to the Local Water System (the "City BC Note Obligation").  Amounts due for the Pension Obligation and the BC Note Obligation shall be allocated between the Authority and the City on the basis that such amounts are payable with respect to employees of the Authority and the City, respectively. As provided in the MOU, in further consideration for entering into the Lease and acquiring a leasehold interest in the Leased Water Facilities and the Regional Water System, the Authority shall have the option to issue one or more series of Bonds under the Master Bond Ordinance in order to fund all or a portion of the Pension Obligation.

(b)     On or prior to the Effective Date, the Authority will enter into an agreement with the City and the GRS, which will set forth the net pension liability for the DWSD Pension Pool as of June 30, 2014, and pursuant to which the Investment Committee of the GRS will agree to provide to the Authority each year (i) a summary annual report that will continue to (A) track DWSD retirees, deferred retirees and active vested and non-vested members, pension benefits paid and pension liabilities separately from other GRS members and (B) allocate to DWSD-R and the Authority an undivided interest  in administrative expenses and in investments in the GRS Plan, to enable the Authority to verify the appropriateness of allocations to the Authority, and (ii) an actuarial study that sets forth as of the year ending June 30 for which the study is performed the undivided interest in investments in the GRS Plan allocated to the DWSD Pension Pool, the DWSD-R Pension Pool and the Authority Pension Pool, respectively,  and the net pension liability for the DWSD Pension Pool, the DWSD-R Pension Pool and the Authority Pension Pool, respectively.  For each Fiscal Year commencing from and after July 1, 2023, on its normal schedule for determining the current Fiscal Year's contributions to GRS, GRS shall determine whether the net pension liability on a market value basis for the Authority Pension Pool (the "Authority Net Pension Liability") is fully funded at 100%.  If the Authority Net Pension Liability is fully funded at 100% or more, no contributions for the current Fiscal Year will be required of the Authority. If the Authority Net Pension Liability is less than 100% funded, then the Authority shall make such level annual contributions to the GRS as necessary to amortize such shortfall over five (5) years at an interest rate equal to the then current GRS investment return assumption. Except for the additional payments required by this subsection (b), if any, the Authority shall have no further liability whatsoever to the City or the GRS in connection with any other shortfalls that that may occur with respect to the GRS Plan. The Authority Net Pension Liability shall be calculated by an actuary in good standing using actuarial standards of the actuary industry.

16

SECTION 4.4 <u>General Assumption by Authority</u>.  In addition to the assumption by the Authority of the liabilities set forth in Sections 4.1, 4.2 and 4.3, as of the Effective Date, the Authority hereby assumes, accepts and becomes liable for all other lawful obligations, promises, covenants, commitments and other requirements of the City in respect of the Leased Water Facilities, whether known or unknown, contingent or matured, and shall perform all of the duties and obligations and shall be entitled to all of the rights of the City in respect of the Leased Water Facilities under any ordinances, agreements or other instruments and under law.  Consistent with this Article IV, this assumption includes, and there shall be transferred to the Authority all licenses, permits, approvals or awards related to the Leased Water Facilities, all grant agreements, all grant pre-applications, the right to receive the balance of any funds payable under the agreements, the right to receive any amounts payable by third parties to the City on the Effective Date and amounts paid by third parties to the City after the Effective Date, as well as the benefit of contracts and agreements, and all of the City's duties, liabilities, responsibilities and obligations with respect to the Leased Water Facilities, except for any obligations or liabilities being contested in good faith by the Authority until such time as resolved.

(a)     The assumptions, successions or transfers described under this Article IV shall include, but not be limited to, all of the following:

(i)     All financial obligations secured by the Net Revenues of the Water System, including the DWSD Water Bonds.

(ii)     Except for an amount equal to one month's O&M Expenses for the Local Water System, which shall remain with the City, all cash balances and investments relating to or resulting from the operation of the Water System, all funds held under the DWSD Master Water Bond Ordinance and related trust indenture for the DWSD Water Bonds, and all of the accounts receivable and choses in action arising from the operation of the Leased Water Facilities as well as all benefits of contracts and agreements relating thereto.

(iii)     All office equipment used primarily by the Authority in connection with the Regional Water System, including, but not limited to, computers, records and files, software, and software licenses required for financial management, personnel management, accounting and inventory systems, and general administration.

(iv)     Any other City Residual Costs.

(b)     All lawful actions, commitments and proceedings with respect to the Leased Water Facilities, including, but not limited to, revenue bond financings for which a notice of intent resolution has been adopted, of the City or DWSD made, given or undertaken before the Effective Date are ratified, confirmed and validated as of the Effective Date.  At the option of the Authority, all actions, commitments or proceedings undertaken and all actions, commitments or proceedings of the City or DWSD in respect of the Leased Water Facilities in the process of being undertaken by, but not yet a commitment or obligation of, the City or DWSD in respect of the Leased Water Facilities may, from and after the Effective Date, be undertaken and completed by the Authority in the manner and at the times provided in this Lease and in any lawful agreements made by the City or DWSD prior to the Effective Date.

ARTICLE V - OPERATION, INSURANCE AND IMPROVEMENT OF LEASED WATER
FACILITIES

SECTION 5.1 <u>Operation of Leased Water Facilities</u>.  The Authority agrees to operate the
Leased Water Facilities for the purpose of furnishing water service to its customers in
accordance with Applicable Laws and Prudent Utility Practices, all in a manner so as to provide
water service to customers in the same or an improved manner as was provided by DWSD
immediately prior to the Effective Date (collectively, the "Performance Standards"). In
connection therewith, the Authority shall pay all costs of operating, using, repairing,
maintaining, replacing, enlarging, extending, improving, financing and refinancing the Leased
Water Facilities, including by way of illustration and not by way of limitation, all capital costs,
utility rates and charges, fees and other amounts due under existing contracts, taxes and special
assessments, salaries and other employment costs, permits and license fees and rents. The
Authority shall not cause or permit any waste, damage or injury to the Leased Water Facilities
and shall keep the Leased Water Facilities in good condition and repair (reasonable wear and
tear, obsolescence and damage by act of God, fire or other causes beyond the control of the
Authority excepted).

(a)     The Authority acknowledges that it will be providing water services to
some customers that are not directly connected to the Leased Water Facilities, and further
acknowledges that such customers will need to be provided water service through the Detroit
Local Water Facilities, to which such customers are presently connected.  The City grants the
Authority a license into and through those portions of the Detroit Local Water Facilities
necessary to enable the Authority to provide water services to customers not directly connected
to the Leased Water Facilities.  The Authority and the City acknowledge and agree that both
parties have obligations to comply with the Performance Standards in connection with the
provision of water service to such customers, and further acknowledge and agree that each party
will be responsible, to the extent its act or omission causes a violation of the Performance
Standards, for the correction of the non-compliance and payment of the costs thereof, and for the
payment of any related fines, penalties, costs, losses or damages related thereto.

SECTION 5.2 <u>Insurance</u>.  From and after the Effective Date, the Authority shall, at its
own expense, keep the Leased Water Facilities insured against any casualty loss and shall also
obtain and maintain public liability insurance (covering bodily and personal injury, property
damage and contractual liability), automobile liability insurance and worker's compensation
insurance for the operation of the Leased Water Facilities and the Regional Water System in
commercially reasonable amounts, provided that the Authority shall not be required to carry a
particular type of insurance coverage as set forth in this Section 5.2 during any period that such
insurance is not available in the insurance market of the United States at commercially
reasonable rates.

All such insurance shall name the City as an insured or an additional insured and as a
certificate holder, as its interests may appear.  Such coverage and policies shall not be materially
modified or terminated without at least thirty (30) days' prior written notice to the City, unless
comparable coverage is provided under the modified policy or in a replacement policy.  Upon the
City's request no more frequently than once a year, the Authority shall provide the City with

18

copies of certificates of insurance showing the premiums fully paid and copies of the policies, including any endorsements.

The insurance required of the Authority by this Lease in the amounts, with the coverage and other features herein required, may be supplied by a fully funded self-insurance program of the Authority or a self-insurance pool in which the Authority is a participant; provided that such self-insurance program or pool will provide the coverage required herein.

SECTION 5.3 <u>Destruction or Taking of Leased Water Facilities</u>.

(a)     If during the Term, any portion of the Leased Water Facilities is damaged or destroyed by fire or other casualty, the Authority shall repair, restore, rebuild or replace the damaged or destroyed portion of the Leased Water Facilities and complete the same as soon as reasonably possible (subject to the adjustment and receipt of insurance proceeds, if any, and the Master Bond Ordinance), to at least the condition they were in prior to such damage or destruction, except for obsolescent facilities or changes in design or materials as may then be necessary to achieve the Performance Standards.

(b)     In the event of any taking of the Leased Water Facilities or any part thereof in or by condemnation or other eminent domain proceedings pursuant to any Applicable Laws, or by reason of the temporary requisition of the use or occupancy of the Leased Water Facilities or any part thereof by any governmental authority (each a "Taking"), the Authority shall promptly notify the City upon receiving notice of such Taking or commencement of proceedings therefor.  The Authority shall then, if requested by the City, file or defend its claim thereunder and prosecute the same with due diligence to its final disposition.  Subject to the terms of the Master Bond Ordinance, all proceeds or any award or payment in respect of any taking are hereby assigned and shall be paid to the Authority, and the Authority is permitted to take all steps reasonably necessary in its discretion to notify the condemning authority of such assignment.  Such award or payment shall be applied to the Leased Water Facilities as necessary to achieve the Performance Standards.

(c)     If the Leased Premises or any portion thereof shall be in whole or in part destroyed or damaged as a result of any cause whatsoever, or a Taking occurs with respect to the Leased Water Facilities or any portion thereof, there shall be no abatement, diminution or reduction in any Lease Payment payable hereunder.

(d)     The City agrees that it shall not commence any proceedings against the Leased Water Facilities that would constitute a Taking of all or any part of the Leased Water Facilities if the effect of such Taking is to render it impracticable for the Leased Water Facilities to furnish water service to the Authority's customers in accordance with the Performance Standards.

SECTION 5.4 <u>Improvements to Leased Water Facilities</u>.

(a)     During the Term, the Authority shall be entitled to make such rehabilitation of and replacements and improvements to the Leased Water Facilities as it determines to be necessary in order to keep the Leased Water Facilities in compliance with the

19

Performance Standards. In connection therewith, the Authority shall for each Fiscal Year prepare and approve a Capital Improvement Program, which shall set forth the improvements to the Leased Water Facilities that the Authority proposes to undertake during the next five (5) Fiscal Years.

(b)     In addition, during the Term, the Authority shall review and revise as necessary the DWSD water master plan. In reviewing the plan, the Authority shall use its best efforts to maximize utilization of the capacity in the Regional Water System so that economies of scale may be realized, shall take into account the needs of the Authority's service area in planning and operating the Regional Water System, shall strive to become the provider of choice for southeastern Michigan and shall consider incentives for customers to utilize the Regional Water System for their water supply needs.

SECTION 5.5 <u>Liability of the Incorporating Municipalities for Authority Costs and Expenses</u>. It is understood and agreed by the parties that each of the Incorporating Municipalities shall be under no obligation to pay any of the costs and expenses incurred by the Authority for the operation, maintenance, management, repair or improvement of the Leased Water Facilities pursuant to this Article V except for those costs and expenses which may be properly allocable to each of the Incorporating Municipalities as a customer of the Regional Water System through the rates established by the Authority pursuant to Section 5.6.

SECTION 5.6 <u>Adoption of Budget; Establishment of Rates for Use of Leased Water Facilities</u>.

(a)     On or prior to the Effective Date, the Authority shall adopt a budget for the Regional Water System for the period from the Effective Date through June 30, 2016, which shall be based on a bi-furcation between the Regional Water System and the Local Water System of the budget adopted by DWSD relating to the Water System for the Fiscal Year beginning July 1, 2015. Commencing with the Fiscal Year beginning July 1, 2016, the Authority shall adopt a two-year budget for the Regional Water System for the following two Fiscal Years that sets forth budgeted Revenues and expenses for each such Fiscal Year. The budgeted expenses for each such Fiscal Year shall equal the sum of the projected expenses and revenue requirements for the Regional Water System for each such Fiscal Year (collectively, the "Authority Revenue Requirement"), including without limitation all of the following:

(i)     O&M Expenses of the Regional Water System;

(ii)     The amounts necessary to pay the principal of and interest on all Bonds and to restore any reserves therefor established in the Master Bond Ordinance;

(iii)     The Lease Payment, which shall be a common-to-all charge;

(iv)     The Authority Pension Obligation and the Authority BC Note Obligation;

(v)     The amount necessary to be deposited to the WRAP Fund, which shall be a common-to-all charge equal to 0.5% of the base budgeted operating Revenues for the Regional Water System for such Fiscal Year;

20

(vi)    The amounts needed to make the required deposits to the Authority Regional Extraordinary Repair and Replacement Account of the Extraordinary Repair and Replacement Reserve Fund and the Authority Regional Improvement and Extension Account of the Improvement and Extension Fund in the Master Bond Ordinance; and

(vii)    The amount necessary to satisfy the coverage ratios required by the rate covenant to be included in the Master Bond Ordinance (collectively, the "Rate Covenant").

(b)    The Authority shall for each Fiscal Year fix and approve rates and charges to its customers in an amount that is expected to produce Revenues sufficient to satisfy the Authority Revenue Requirement.  In connection with the determination by the Authority of the rates and charges applicable to Retail Water Customers in the City for such Fiscal Year, the City shall receive a credit in the amount of $20,700,000, representing the return on equity to the City for the Water System in recognition of the City's ownership of the Water System and support of the rate structure for the Water System.

(c)    As provided in the MOU, through the Fiscal Year ending June 30, 2025, the Water System is assumed to experience annual increases in the Authority Revenue Requirement of not more than 4%; provided however, this limitation shall not be applicable if the Authority Revenue Requirement must increase beyond the 4% assumption in order to satisfy the Rate Covenant or to pay the cost of improvements to the Leased Water Facilities that are required to be made by Applicable Laws.

(d)    The City acknowledges that all Revenues received from customers in the City, including Revenues derived exclusively from the Local Water System, are the property of the Authority and will be deposited as received in the Receiving Fund in the Master Bond Ordinance and applied as provided in the Master Bond Ordinance, including amounts deposited in the Budget Stabilization Fund.  As a result, the City agrees to provide the Authority with a budget for the Local Water System as provided in the Water and Sewer Services Agreement.

SECTION 5.7 Water and Sewer Services Agreement.

(a)    The City and the Authority shall enter into the Water and Sewer Services Agreement.  The Authority, in consideration of the Lease and the City's assignment of the Revenues to the Authority, will provide water services to Retail Water Customers.  All Revenues, as a result, are the exclusive property of the Authority.  By virtue of the assignment set forth in the first paragraph of Section 3.3, the City and the Authority agree that the Authority shall have the right to charge, bill and collect directly from Retail Water Customers for water services provided by the Authority to such customers based upon rates established by the Authority.  The City acknowledges that (i) the Retail Revenues shall be included in and constitute part of the Net Revenues of the Water System and (ii) the City shall have no property interest in the Revenues prior to the end of the Term, which shall be the exclusive property of the Authority. The Water and Sewer Services Agreement provides that the City shall act as agent for the Authority with respect to the provision of water services to the Retail Water Customers of the City as set forth therein.

(b)     As provided in the Water and Sewer Services Agreement and the MOU, the City shall have the right to continue to operate, maintain, repair and improve the Local Water System and the Detroit Local Water Facilities, including capital improvements and repairs thereto.

(c)     Prior to the Effective Date, the City, acting through its Board of Water Commissioners, and the Authority shall each adopt ordinances that will authorize the Authority to take all such actions necessary to charge and collect rates and charges for water services as described in this Section 5.7.  Such rates and charges shall be a lien on the premises for which the services have been provided.  Amounts delinquent for six (6) months or more may be certified annually to the City's Board of Assessors to be entered upon the next tax roll against the premises to which the services have been rendered.  Such lien may be enforced by the City on behalf of the Authority or the Authority directly in the manner prescribed in the City Charter or by other applicable law for the enforcement of tax liens.

SECTION 5.8 <u>Sale or Disposition of Leased Water Facilities or Detroit Local Water Facilities</u>.

(a)     Subject to the Master Bond Ordinance, the Authority, following notice to the City, shall have the right to sell or dispose of any of the Real Property or Personal Property that constitutes part of the Leased Water Facilities if the Authority determines that such Real Property or Personal Property is not or is no longer needed or useful in connection with the operation of the Leased Water Facilities or that such sale or disposition will not impair the operating efficiency of the Leased Water Facilities or reduce the ability of the Authority to satisfy the Rate Covenant as provided in the Master Bond Ordinance.  To the extent necessary to accomplish such a sale of Personal Property, the Lease also constitutes a quit claim transfer by the City of any residual property rights it may have in and to such Personal Property.  The City shall cooperate with the Authority in arranging the execution and delivery of a deed for the disposition of any Real Property.  The Mayor of the City or his designee may execute any such deed or instrument of transfer.  The proceeds of any such sale shall be deposited in the Receiving Fund established by the Master Bond Ordinance.

(b)     If the City sells or disposes of any real or personal property that constitutes part of the Detroit Local Water Facilities that was paid for in whole or in part with common-to-all funds, the proceeds of such sale or disposition shall be paid to the Authority in the same proportion that common-to-all funds were used to pay the purchase price, for deposit in the Receiving Fund established by the Master Bond Ordinance.

(c)     In connection with the sale or disposition of any of the Leased Water Facilities or any of the Detroit Local Water Facilities that were paid for in whole or in part with common-to-all funds, the City and the Authority shall cooperate and use their best efforts to sell such property at market value, exchange such property for other property of similar value or sell such property as otherwise agreed to by the parties.

SECTION 5.9 <u>Miscellaneous Provisions Related to Operation, Maintenance and Improvement of Leased Water Facilities</u>.

(a)     The City shall assist the Authority to obtain an annual permit for permission to use streets, highways, alleys, and/or easements within the City for the purpose of operating and maintaining and constructing improvements to the Leased Water Facilities. In the event of such construction, the Authority shall request the City to execute such separate instruments granting rights-of-way in its streets, highways, and alleys as may be reasonably required by the Authority.  The Authority shall give the City notice of any construction work in the City.  The Authority shall comply with any of the City's ordinances that apply to the construction, and the City shall inform the Authority of the applicable ordinances.  The Authority and the City shall meet to review the construction and its impact on their respective operations. The Authority shall restore all existing structures and/or improvements laying in the right-of-way of construction to as good a condition as before the construction took place.  The improvements shall become part of the Leased Water Facilities.

(b)     Should future construction by any federal, state or county agency require relocation of a water transmission main, meter facility or other facility of the Leased Water Facilities, the cost incurred by the Authority for such relocation, if not reimbursed by the entity requiring the relocation, will be charged in future rates as a common-to-all cost to all Regional Water System customers, or as a customer specific cost to a specific customer or customers for the relocation of a customer specific facility.

(c)     Subject to the provisions of Section 5.9(a) and to the extent that City has jurisdiction, the Authority shall be granted temporary and permanent easements, and shall be permitted to use the streets, alleys and highways within the City for the purpose of operating and maintaining and constructing improvements to the Regional Water System, including the relocation of water transmission mains, meter facilities or other Leased Water Facilities.  This consent by the City is given in compliance with Article 7, Sec. 29 of the Michigan Constitution of 1963, provided that the Authority shall provide the City with a written explanation of the type of easement required and the duration thereof.

(d)     Where possible, each party shall give the other party access to towers and antennas under its respective jurisdiction for the purpose of transmitting information recorded in metering facilities.  Access shall not be unreasonably denied by either party.

## ARTICLE VI - EVENTS OF DEFAULT AND REMEDIES

SECTION 6.1 <u>Events of Default</u>.  The term "Event of Default" means, whenever used in this Lease, the occurrence of any one of the following events on or after the Effective Date:

(a)     The Authority's failure to pay any Lease Payment (without setoff, recoupment, or other deduction of any kind) when due.

(b)     The Authority's failure to fully perform and comply with any of the other terms, conditions or provisions of this Lease within ninety (90) days after delivery to the Authority of a written notice from the City specifying such failure.

23

(c)     The City's failure to fully perform and comply with any of the terms, conditions or provisions of this Lease within ninety (90) days after delivery to the City of a written notice from the Authority specifying such failure.

SECTION 6.2 Remedies.

(a)     If an Event of Default set forth in Section 6.1(a) or (b) occurs, the City, subject to Article VIII, shall have all rights and remedies available to the City at law or in equity, including specific performance.

(b)     If an Event of Default set forth in Section 6.1(c) occurs, the Authority, subject to Article VIII, shall have all right and remedies available to the Authority at law or in equity, including specific performance.

(c)     Notwithstanding anything else to the contrary in this Section 6.2, so long as Bonds are outstanding, neither the City nor the Authority shall have any right to terminate this Lease at any time prior to the end of the Term, whether or not an Event of Default has occurred.

(d)     The City's or the Authority's failure to insist upon the strict performance of any agreement, term, covenant or condition of this Lease or to exercise any right or remedy for breach of or Event of Default under this Lease shall not constitute a waiver of any such breach or Event of Default.  Similarly, the City's acceptance of full or partial Lease Payments during any such breach by or Event of Default attributable to the Authority shall not constitute a waiver of any such breach or Event of Default.  No waiver of any breach or Event of Default shall affect or alter this subsection and every term, covenant, condition and provision of this Lease shall continue in full force and effect with respect to any other then existing or subsequent breach or Event of Default.

(e)     Subject to Section 6.2(c) and Article VIII, each right and remedy provided in this Lease shall be cumulative and shall be in addition to every other right or remedy provided for in this Lease or now or later existing at law or in equity either by statute or otherwise.  The City's or the Authority's exercise of any one or more of its rights or remedies shall not preclude the City's or the Authority's simultaneous or later exercise of any or all of its other rights or remedies hereunder.

ARTICLE VII – COVENANTS OF THE CITY AND THE AUTHORITY

SECTION 7.1 Covenants of the City.  Throughout the Term, the City covenants and agrees as follows:

(a)     The City shall not create, assume or suffer to exist, directly or indirectly, any lien, encumbrance or security interest of any kind on the Leased Water Facilities or the Detroit Local Water Facilities.

(b)     The City shall take all action reasonably necessary to cure any defects in title to the Leased Water Facilities, and at the request of the Authority, shall grant any license, easement or right-of-way in connection with the Leased Water Facilities to the extent the Authority has not been empowered to take these actions.  The expense of curing any such title

24

defects shall be borne by the customer class or classes to which the cost of such Leased Water Facilities was originally allocated or, if such allocation is not available, shall be borne by the Authority on a common-to-all basis.

(c)     The City shall provide or cause to be provided to that portion of the Leased Water Facilities situated within the jurisdictional limits of the City public services (including but not limited to police, firefighting, lighting and emergency services) at least at the same level of service provided to other utilities and governmental facilities in the City.

(d)     The City shall, to the extent reasonably requested by the Authority, adopt such environmental ordinances and regulations as are approved by the Authority from time to time in order for the Authority to comply with the Performance Standards.

(e)     The City shall, to the extent reasonably requested by the Authority, cooperate with and assist the Authority in assigning, transferring or obtaining, as the case may be, any permits that are necessary for the operation by the Authority of the Leased Water Facilities.

(f)     The City shall, to the extent reasonably requested by the Authority, grant the Authority the right and authority to receive any grant proceeds to which the City would otherwise be entitled in respect of the Leased Water Facilities, and to cooperate in all reasonable respects with the Authority in making application for such proceeds.

(g)     If, as of the Effective Date, the City has commenced planning or construction of capital improvements to any of the Leased Water Facilities, the City shall not withhold, condition or delay concurrence with any Authority action necessary to complete the capital improvements in accordance with its obligations under Applicable Laws.

SECTION 7.2 Covenants of the Authority.     Throughout the Term, the Authority covenants and agrees as follows:

(a)     The Authority shall not take any action to impair the rights or remedies of the holders of the DWSD Water Bonds; provided, however, for the avoidance of doubt the Authority is permitted to take actions permitted by the Master Bond Ordinance.  From and after the Effective Date, the Authority shall pay when due all of the principal of and interest on the DWSD Water Bonds, provided that such payments shall be payable solely from the Net Revenues of the Water System in accordance with the Master Bond Ordinance and shall not constitute a full faith and credit obligation of the Authority.

(b)     The Authority shall cooperate fully with the City in the implementation of the Detroit Capital Improvement Program, including the financing through the Authority of the Detroit Capital Improvement Program and in obtaining any permits necessary for the construction of the Detroit Capital Improvement Program.

(c)     The Authority will cooperate with the City in obtaining permits that are necessary for the operation of the Local Water System.

(d)     The Authority will not withhold the Lease Payment or Revenues required to pay the City's O&M expenses for the Local Water System, provided that such payment shall be made consistent with the flow of funds in the Master Bond Ordinance.

(e)     The Authority will cooperate with the City's efforts to make repairs and construct improvements to the Local Water System in the vicinity of the Leased Water Facilities.

(f)     The Authority shall provide at least 60 days' notice to and coordinate with the City any planned disposition of any of the Real Property which comprises a portion of the Leased Water Facilities or any of the Personal Property which comprises a portion of the Leased Water Facilities used by the City and the Authority pursuant to the Shared Services Agreement.

## ARTICLE VIII – DISPUTE RESOLUTION

SECTION 8.1 <u>Disputes; Resolution</u>.

(a)     The Authority and the City shall each designate in writing to the other from time to time a representative who shall be authorized to resolve any dispute relating to the subject matter of this Lease in an equitable manner and, unless otherwise expressly provided herein, to exercise the authority of such party to make decisions by mutual agreement.

(b)     The City and the Authority each agree (i) to attempt to resolve all disputes arising hereunder promptly, equitably and in a good faith manner and (ii) to provide each other with reasonable access during normal business hours to any and all non-privileged written records, information and data pertaining to any such dispute.

(c)     If any dispute relating to the subject matter of this Lease is not resolved between the City and the Authority pursuant to this Section 8.1 within 30 days (or such later date agreed to by the parties) from the date on which a party provides written notice to the other party of such dispute and of the notifying party's position on the disputed matter, then upon written notification by either party to the other party, such dispute shall be settled exclusively and finally by arbitration in accordance with Section 8.2.  During the pendency of any dispute and until such dispute is resolved as provided in Section 8.2, the City and the Authority shall continue to operate under the terms of this Lease.

SECTION 8.2 <u>Arbitration</u>.

(a)     It is specifically understood and agreed that any dispute or claim arising under or relating to this Lease that cannot be resolved between the City and the Authority, including any matter relating to the interpretation or performance of this Lease, shall be submitted to arbitration irrespective of either the magnitude thereof or the amount in dispute.

(b)     Each arbitration between the City and the Authority shall be conducted pursuant to the Uniform Arbitration Act, Act No. 371, Public Acts of Michigan, 2012 ("Act 371").  In the event of any conflict between the provisions of this Agreement and Act 371, the provisions Act 371 shall prevail.

(c)     The arbitration shall be conducted before a panel composed of three arbitrators (the "Arbitration Panel"). Each party shall appoint an arbitrator, obtain its appointee's acceptance of such appointment and deliver written notification of such appointment and acceptance to the other party within 15 days after delivery of a notice of arbitration. The two arbitrators appointed by the City and the Authority shall jointly appoint the third (who shall be the chairperson), obtain the acceptance of such appointment and deliver written notification of such appointment within 15 days after their appointment and acceptance.

(d)     Any arbitration commenced hereunder shall be completed within 120 days after the appointment of the Arbitration Panel absent agreement of the City and the Authority to the contrary. Further, absent agreement of the City and the Authority or, upon request of one of the parties, an order of the Arbitration Panel to the contrary: (i) all discovery shall be completed within 60 days after the appointment of the Arbitration Panel; (ii) each party shall be limited to a maximum of 5 depositions; (iii) each deposition shall be completed within a maximum period of two consecutive 8-hour days; (iv) each party shall be limited to 2 expert witnesses; and (v) interrogatories shall be limited to a maximum of 50 single issues without sub-parts.  The City and the Authority waive any claim to any damages in the nature of punitive, exemplary or statutory damages in excess of compensatory damages or otherwise expressly provided for herein, and the Arbitration Panel is specifically divested of any power to award such damages. The Arbitration Panel shall have the power to award injunctive or other equitable relief. All decisions of the Arbitration Panel shall be pursuant to a majority vote. Any interim or final award shall be rendered by written decision.

(e)     If either the City or the Authority fails to appoint its arbitrator within 15 days after delivery of a notice of arbitration, or if the two arbitrators appointed cannot agree upon the third arbitrator within 15 days after appointment of the second arbitrator, then the required arbitrator(s) shall be appointed by the American Arbitration Association or as otherwise agreed by the City and the Authority.

(f)     No arbitrator shall be a past or present employee or agent of, or consultant or counsel to, either the City or the Authority or any affiliate of either the City or the Authority.

(g)     The Authority and the City shall each bear the out-of-pocket costs and expenses of their respective arbitrator, attorneys and witnesses, and they shall each bear one-half of the out-of-pocket costs and expenses of the chairperson of the Arbitration Panel and all administrative support for the arbitration.

SECTION 8.3 Appeals of Arbitration Awards and Decisions.  The City or the Authority may appeal an award or decision issued by the Arbitration Panel for the reasons set forth in Section 23 of Act 371 (MCL 691.1703).

SECTION 8.4 Enforcement of Arbitration Awards and Decisions.  The City or the Authority may enforce any awards or decisions of the Arbitration Panel issued under Section 8.2 pursuant to Section 22 of Act 371 (MCL 691.1702).  The remedies provided in this Article VIII shall be the sole and exclusive remedies of the parties with respect to any claim, dispute or Event of Default under this Lease.  The City and the Authority agree not to bring, or cause to be brought, in a court of law any action, proceeding or cause of action whatsoever with respect to

27

any such claim, dispute or Event of Default, other than as necessary to enforce the award or decision of the Arbitration Panel as provided in this Section 8.4.

## ARTICLE IX - MISCELLANEOUS

SECTION 9.1 <u>Entry</u>.  The City, through its officers, agents, or employees, shall have the right to enter upon and inspect any of the Leased Water Facilities at such reasonable times upon reasonable notice as the City and the Authority may select for the purpose of verifying the Authority's compliance with its obligations under this Lease.

SECTION 9.2 <u>Amendment to Lease</u>.  This Lease may be amended from time to time by agreement of the City and the Authority.  Any such amendment shall not be effective unless the amendment is in writing and is executed by the Mayor of the City and the duly authorized officers of the Authority; provided, however, that this Lease shall not be subject to any amendment which would in any manner affect either the security for the Bonds or the prompt payment of the principal of and interest thereon.

SECTION 9.3 <u>No Personal Liability</u>.  The covenants and obligations made, assumed by or imposed upon the City and the Authority in this Lease are those of the City or the Authority and not of any agent, officer or employee of the City or any trustee, agent, officer or employee of the Authority in his or her individual capacity and no recourse shall be had for the payment of the Lease Payment or any other moneys required to be paid by this Lease or for the performance of any other obligation required of the City or the Authority under this Lease against any agent, officer or employee of the City or any trustee, agent, officer or employee of the Authority or any person executing or attesting to this Lease or the Master Bond Ordinance so long as such agent, officer or employee of the City or trustee, agent, officer or employee of the Authority or person executing or attesting to this Lease or the Master Bond Ordinance is acting in good faith and within the duly authorized scope of his or her duties.

SECTION 9.4 <u>Notices</u>.  All notices, certificates or other communications under this Lease shall be sufficiently given when mailed by registered or certified mail, postage prepaid, return receipt requested, addressed to the City and the Authority, as the case may be, at the City's Address and the Authority's Address, respectively.  The City and the Authority may by written notice designate any further or different addresses to which subsequent notices, certificates or communications shall be sent.

SECTION 9.5 <u>Entire Agreement</u>.  This Lease contains all agreements between the parties with respect to the Leased Water Facilities, and there are no other representations, warranties, promises, agreements or understandings, oral, written or inferred, between the parties, unless reference is made thereto herein.

SECTION 9.6 <u>Severability</u>.  If any clause, provision or section of this Lease shall be ruled invalid or unenforceable by any court of competent jurisdiction, the invalidity or unenforceability of such clause, provision or section shall not affect any of the remaining clauses, provisions or sections hereof.

SECTION 9.7 <u>No Assignment</u>.  Neither party may assign this Lease or any of its rights hereunder.

28

SECTION 9.8 Force Majeure.  Any delay or failure in the performance by either party hereunder shall be excused if and to the extent caused by the occurrence of a Force Majeure event. For purposes of this Lease, Force Majeure shall mean a cause or event that is not reasonably foreseeable or otherwise caused by or under the control of the party claiming Force Majeure, including acts of God, fires, floods, explosions, riots, wars, tornado, sabotage, terrorism, vandalism, accident, restraint of government, governmental acts, injunctions, labor strikes, other than those of the claiming party or its suppliers, that prevent the claiming party from furnishing the materials or equipment, and other like events that are beyond the reasonable anticipation and control of the party affected thereby, despite such party's reasonable efforts to prevent, avoid, delay, or mitigate the effect of such acts, events or occurrences, and which events or the effects thereof are not attributable to a party's failure to perform its obligations under this Lease.

SECTION 9.9 Execution in Counterparts.  This Lease may be executed in several counterparts, each of which shall be an original and all of which shall constitute the same instrument.

SECTION 9.10      Waiver.  The waiver by the City of any breach by the Authority of any term, covenant or condition hereof shall not operate as a waiver of any subsequent breach of the same or any other term, covenant or condition hereof.  The waiver by the Authority of any breach by the City of any term, covenant or condition hereof shall not operate as a waiver of any subsequent breach of the same or any other term, covenant or condition hereof.

SECTION 9.11      Captions.  The captions or headings in this Lease are for convenience only and in no way define, limit the scope or intent of any provision of this Lease.

SECTION 9.12      Applicable Law.  This Lease shall be governed in all respects, whether as to validity, construction, performance or otherwise, by the laws of the State.

SECTION 9.13      Quiet Enjoyment.  The City covenants that the Authority, upon compliance with the terms of this Lease, shall peacefully and quietly have and hold and enjoy the Leased Water Facilities for the term herein provided, subject to any and all rights of the City under this Lease.

SECTION 9.14      Binding Effect.  This Lease shall inure to the benefit of and be binding upon the respective parties hereto and their successors.

29

IN WITNESS WHEREOF, the CITY OF DETROIT and the GREAT LAKES WATER AUTHORITY have executed this Lease by its duly authorized officers as of the day and year first above written.

CITY OF DETROIT

By: _____

Its: Mayor

GREAT LAKES WATER AUTHORITY

By: _____

Its: Chairperson

And: _____

Its: Secretary

Approved on May 18, 2015 by City of Detroit Financial Review Commission

# SCHEDULE A

## LEASED WATER FACILITIES

  **Real Property:** The Real Property shall include the following described land, buildings, water intakes, pump stations, other structures, improvements, easements, access rights, rights of way, permits, licenses and leases, together with all other easements, access rights, rights of way, permits, licenses and leases related thereto and not set forth in this Schedule A, and shall also include the buildings, pump stations, transmission mains and master meters set forth in Figures 1 and 2 to this Schedule A and all appurtenances related thereto. The Real Property shall also include certain areas of the buildings located at 735 Randolph Street and 6425 Huber Avenue in the City of Detroit that will be made available as work space and leased to the Authority, such areas to be set forth in an amendment to this Schedule A to be executed by the Director of DWSD and the Mayor of the City or his designee and the Director and the Chairperson of the Authority on or prior to the Effective Date.

Schedule A: Real Property WATER

| Name of Project | Property ID | Property Name | Address | City | Zip Code | County |
|---|---|---|---|---|---|---|
| Other Holdings/IN-CITY | CD 10 | McKinstry Warehouse | 235 McKinstry | Detroit | 48209 | Wayne |
| Other Holdings/OUT-CITY | WS-148E P-4 | 30 Foot Easement In Walnut Lake Road and purchase of property. | 2215 Walnut lake Road, West Bloomfield Tw. | West Bloomfield Twp | | Oakland |
| Other Holdings/OUT-CITY | WS-178A P-4 | Vacant Land. | 1-94, South of Quinn | Clinton Township | 48035 | Macomb |
| Other Holdings/OUT-CITY | WS-206 P-36 | Vacant Land. | | Washington Township | | Macomb |
| Other Holdings/OUT-CITY | WS-206 P-49 | Vacant Land. | | Washington Township | | Macomb |
| Other Holdings/OUT-CITY | WS-207 P-81 | Vacant Land. | | Romeo | | Macomb |
| Other Holdings/OUT-CITY | WS-207 P-94 | Vacant Land. | 318 S. Bailey | Romeo | | Macomb |
| Other Holdings/OUT- | WS-320 P-23 | Vacant Land. | 270 East, South Blvd. | Troy | | Oakland |

A-1

| | | | | | | |
|---|---|---|---|---|---|---|
| CITY | | | | | | |
| CITY | | | Westway & Montclair. | Detroit | | Wayne |
| Other Holdings/OUT-CITY | | Vacant Land. | Dequindre & 18 Mile Rd. | Sterling Heights | | Macomb |
| Other Properties | | Property to build North Oakland Transmission System/Washington Station | 66455 VanDyke | Washington Township | 48095 | Macomb |
| Other Properties | | | 67550 Van Dyke | Washington Township | 48095 | Macomb |
| Other Properties | | | 67650 Van Dyke | Washington Township | 48095 | Macomb |
| Other Properties | | | 67680 Van Dyke | Washington Township | 48095 | Macomb |
| Railroad Agreements | Conrail | License Agreement for Meter Control Facility. | | Shelby Township | | Macomb |
| Railroad Agreements | Conrail | Old Penn Central License Agreement (now owned by Conrail) for sewer crossing under tracks. See PCI-9, P-7 | | Utica | | Macomb |
| Railroad Agreements | Conrail | Permit by letter to cross tracks In Gibralter road with a 24" water main. | | Brownstown Twp. | | Wayne |
| Railroad Agreements | Detroit Terminal Railroad Co. | Agreement for water main. | | Dearborn | | Wayne |
| Railroad Agreements | Grand Trunk | Assignment to DWSD of License Agreements, {2} formerly held by Detroit and' Toledo Shoreline RR now merged Into Grand Trunk Western RR Company | | Trenton & Riverview | | Wayne |
| Railroad Agreements | Pere Marquette Railway | Agreement for water main. | | Dearborn | | Wayne |
| Railroad Agreements | Wabash RR | Agreement for water main. | | Detroit | | Wayne |
| Railroad Agreements | Conrail | Railroad's permission to replace water main under RR crossing. A Job# 92-11. | | Detroit | | Wayne |
| Railroad Agreements | Conrail | Railroad permission to replace water main under RR crossing. AKA Job #92-12. | | Detroit | | Wayne |

A-2

| | | | | | | |
|---|---|---|---|---|---|---|
| Railroad Agreements | Conrail | Railroad permission to replace water main under RR crossing. AKA Job #92-13. | | Detroit | | Wayne |
| Railroad Agreements | Conrail | License Agreement for 12" water main, crossing track at Russell Ferry DPW yard. | | Detroit | | Wayne |
| Railroad Agreements | Conrail | License Agreement to cross tracks with 36" water main. AKA Job# 87-4. | | Detroit | | Wayne |
| Railroad Agreements | Conrail | Consolidation of 5 separate license agreements into one grant of easement with a one time payment of $9,297 to allow DWSD facilities. AKA Job #94-42 | | Detroit, Utica & Riverview | | Wayne & Macomb |
| Railroad Agreements | CSX(Old C&O Rail Co.) | Agreement for water main. | | Detroit | | Wayne |
| Railroad Agreements | CSX(Old C&O Rail Co.) | Agreement for water main. | | Dearborn | | Wayne |
| Railroad Agreements | CSX {Old C&O Rail Co.) | Increase annual rental from $5.00 to $50.00 on 3 locations where DWSD crosses RR with water mains. RR LA #'s L 17921 , L 17924, L 17925 | | Detroit | | Wayne |
| Railroad Agreements | CSX (Old C&O Rail Co.) | Agreement for water main. | | Detroit | | Wayne |
| Railroad Agreements | CSX(Old C&O Rail Co.) | 1981 License Agreement for water mains. New agreement | | Detroit | | Wayne |
| Railroad Agreements | Detroit Terminal Railroad | 4 Leases to cross. Lease #60 (Grace Street, West of French), #93 (Conner Creek, West of Conner) #1102 (Springwells Plant)#1243, (South of Freud, between St. Jean & Lycaste). | | Detroit | | Wayne |
| Railroad Agreements | Detroit Terminal | Agreement for water main. (1921) | | Detroit | | Wayne |

A-3

| | | | | | |
|---|---|---|---|---|---|
| | Railroad | | | | |
| Railroad Agreements | Detroit Terminal Railroad | Agreement for water main. | | Detroit | Wayne |
| Railroad Agreements | Detroit Terminal Railroad | Agreement for water main. | | Detroit | Wayne |
| Railroad Agreements | Detroit Terminal Railroad | Agreement for crossing under tracks In 2 locations. 1. Knodel Street, 2. Devineave. | | Detroit | Wayne |
| Railroad Agreements | Detroit Toledo Shoreline Railroad | Agreement for water main. | | Detroit | Wayne |
| Railroad Agreements | Detroit Toledo Shoreline Railroad | Agreement for water main. | | Detroit | Wayne |
| Railroad Agreements | Grand Trunk | JCC Journal of Council approval of petition from GTWRR to vacate certain streets & alleys while granting DWSD easements rights. JCC PP-1737-40 6-10-41. | | Detroit | Wayne |
| Railroad Agreements | Grand Trunk | License Agreement for 8" water main, 2 fire hydrants, and a meter pit RR LA· #8528. | | Detroit | Wayne |
| Railroad Agreements | Grand Trunk | Agreement allowing DWSD to construct a 10' raw water tunnel, a sewer, and water main. L 10259, P684. | | Detroit | Wayne |
| Railroad Agreements | Grand Trunk | Agreement for water main. | | Detroit | Wayne |
| Railroad Agreements | Grand Trunk | Easement from DWSD to GTWRR at I North Yard | | Detroit | Wayne |
| Railroad Agreements | Grand Trunk | Agreement for water main. | | Detroit | Wayne |
| Railroad Agreements | Grand Trunk | License Agreement for water main at 8 Mile & Hoover. | | Detroit | Wayne |
| Railroad Agreements | Michigan C | Agreement for water main In Lantz I Avenue. | | Detroit | Wayne |
| Railroad Agreements | Michigan C | Agreement for water main. | | Detroit | Wayne |

A-4

| Railroad Agreements | Michigan C | Agreement for water main. | | Detroit | | Wayne |
|---|---|---|---|---|---|---|
| Railroad Agreements | New York | Agreement for water main. | | Detroit | | Wayne |
| Railroad Agreements | New York | Agreement for water main. | | Detroit | | Wayne |
| Railroad Agreements | New York C | Agreement for water main. | | Detroit | | Wayne |
| Railroad Agreements | New York C | Agreement for water main. | | Detroit | | Wayne |
| Railroad Agreements | New York C | Agreement for water main. | | Detroit | | Wayne |
| Railroad Agreements | Norfolk So | Agreement for construction & maintenance of 8" water main. AKA Job #93-15. | | Detroit | | Wayne |
| Railroad Agreements | Pennsylvania | Crossing Agreement for water main. | | Detroit | | Wayne |
| Railroad Agreements | Pere Marquette Railway | Agreement for water main. | | Detroit | | Wayne |
| Railroad Agreements | Pere Marquette Railway | Agreement for water main. | | Detroit | | Wayne |
| Railroad Agreements | Pere Marquette Railway | Agreement for water main. | | Detroit | | Wayne |
| Railroad Agreements | Pere Marquette Railway | Agreement for water main. | | Detroit | | Wayne |
| Railroad Agreements | Pere Marquette Railway | Agreement for water main. | | Detroit | | Wayne |
| Railroad Agreements | Pere Marquette Railway | Agreement for water main. | | Detroit | | Wayne |
| Railroad Agreements | Pere Marquette Railway | Agreement for water main. | | Detroit | | Wayne |
| Railroad Agreements | Railroad A | General file. Underlined or miscellaneous document only | | | | |
| Railroad Agreements | Wabash RR | Agreement for water main. | | Detroit | | Wayne |
| Water Pump Station | STA 011 | Ford Road Water Pumping Station | 26015 Ford Road | Dearborn Heights | 48127 | Wayne |
| Water Pump Station | STA 012 | Canyon (East Side) Water Pump Station & Reservoir. | 18301 E. Warren | Detroit | 48224 | Wayne |
| Water Pump Station | STA 013 | Greenfield (Northwest) Water Pump Station & Reservoir. | 20340 James Couzens | Detroit | 48235 | Wayne |

A-5

| Water Pump Station | STA 014 | Permanent and temporary easements for the Emily Drain Drainage District, West Service Center Water Pumping | 26018 Ford Road | Southfield | 48075 | Oakland |
|---|---|---|---|---|---|---|
| Water Pump Station | STA 015 | Michigan Avenue Water Pump STA & Reservoir, | 3445 Barry | Wayne | 48184 | Wayne |
| Water Pump Station | STA 016 | West Chicago Water Pumping STA & Reservoir. | 28720 W. Chicago | Livonia | 48150 | Wayne |
| Water Pump Station | STA 017 | Electric Avenue Water Pumping STA & Reservoir | 1140 Montie Ave. | Lincoln Park | 48146 | Wayne |
| Water Pump Station | STA 019 | 20' Permanent Easement and 20' Construction Easement for 84" wide Water Main. Permanent and temporary easements across said property for the purpose of constructing, operating, Improving and marinating a groundwater drain pipe. (North Service Center). | 1860 South Blvd. | Troy | 48084 | Oakland |
| Water Pump Station | STA 020 | Adams Road Pumping Station & Reservoir. | 6201 Adams Road | Bloomfield Twp | 48013 | Oakland |
| Water Pump Station | STA 021 | Newburgh Water Pumping Station | 36363 W. Eight Mile Road | Livonia | 48152 | Wayne |
| Water Pump Station | STA 022 | Franklin Water Pumping STA & Reservoir. Roseville | 7404 Inkster Road | Birmingham | 48010 | Oakland |
| Water Pump Station | STA 023 | Roseville Water Pump STA & Reservoir. | 25375 Macomb | Roseville | 48066 | Macomb |
| Water Pump Station | STA 027 | Imlay Water & Pumping Station & Reservoir. | 430 Wheeling Imlay City | Imlay Twp. | 48444 | Lapeer |
| Water Pump Station | STA 028 | Joy Road Water Pump STA & Reservoir. | 43127 Joy | Canton Twp. | 481 87 | Wayne |
| Water Pump Station | STA 029 | Rochester Water Pumping Station | 2851 E. 24 Mile Road | Shelby Twp. | 48063 | Macomb |
| Water Pump Station | STA 030 | Schoolcraft Water Pumping Station Reservoir | 30365 Schoolcraft | Livonia | 48154 | Wayne |
| Water Pump Station | STA 031 | Wick Water Pumping Station | 32280 Wick | Romulus | 48174 | Wayne |

A-6

| Water Pump Station | STA 040 | Ypsilanti Water Pumping Station | 361 Rawsonville Rd. | Belleville | 48111 | Wayne |
|---|---|---|---|---|---|---|
| Water Pump Station | STA 044 | Kilgore Water Pumping Station & Reservoir | | Kenockee Twp. | | St. Clair |
| Water Pump Station | STA 046 | Orion Pumping Station and Reservoir. Utility Pole Line Easement | 3655 Giddings Road | Pontiac | 48055 | Oakland |
| Water Pump Station | STA 047 | Haggerty Water Pumping Station | 39905 W 14 Mile Road | Novi | 48084 | Oakland |
| Water Pump Station | STA 048 | West Service Center Water Pumping STA & Reservoirs; Springwells supplied at 35-50 psig | 20920 East Street | Southfield | 48034 | Oakland |
| Water System Projects | W5-206 P-34 | Irregular easement for 96" main by agreement. | | Washington Township | | Macomb |
| Water System Projects | WS-118E | 33 Foot Easement for a 42 Inch water main on Wick Road and a 33 Foot Easement for a 24 inch main on Hannon Road. | | Romulus | | Wayne |
| Water System Projects | WS-144 | encroachment permit over 24 inch DWSD water main In vacated Haggerty Road North of 8-Mile | | Novi | | Oakland |
| Water System Projects | WS-148E P-1 | 33 Foot Easement for a 42 Inch water main on Knollwood Country Club Property. | | West Bloomfield Twp | | Oakland |
| Water System Projects | WS-148E Gen | General file- for 42 inch water main on Middlebelt, Walnut Lake Road, and Inkster Road. | | | | Oakland |
| Water System Projects | WS-148E P-2 | 30 Foot Easement for 42 Inch water main In Walnut Lake Road. | | Birmingham | | Oakland |
| Water System Projects | WS-148E P-3 | 30 Foot Easement for 42 Inch water main thru Walnut Lake School Property. | Walnut lake Road | Birmingham | | Oakland |
| Water System Projects | WS-148E P-4 | 30 Foot Easement in Walnut lake Road and purchase of property. | 2215 Walnut lake West Road, West Bloomfield Tw. | West Bloomfield | | Oakland |

A-7

| | | | | | | |
|---|---|---|---|---|---|---|
| Water System Projects | WS-148E P-5 | 10 Foot Easement for 42 inch water main at 4230 Middlebelt. | 4230 Middlebelt | West Bloomfield Twp | | Oakland |
| Water System Projects | WS-158 | Triangular easement at the south easterly most portion of the property In NW Corner of Telegraph and Square lake Road for a 42" water main. | | Bloomfield Twp | | Oakland |
| Water System Projects | WS-167 | Easement for 54 Inch water main located in 14 Mile Road Row. | | | | Oakland |
| Water System Projects | WS-170 | 54, 60, and 72 inch mains In 14 Mile and Inkster Roads. All in Road ROW. | | | | Oakland |
| Water System Projects | WS-171 | General File, Hannan Road -lower Huron Metropark. 30 Foot Easement for a 24 and 30 inch water main, Huron River Drive to Savage and Bemis Roads. | | Romulus and Van Buren | | Wayne |
| Water System Projects | WS-171 P-1 | 30 Foot Easement for a 24 Inch water main running 400 feet thru private property. | 16955 Hannon | Romulus | | Wayne |
| Water System Projects | WS-171 P-2 | 30 Foot Easement for a 24 inch water main off of Hannon Road on private property | | Romulus | | Wayne |
| Water System Projects | WS-171 P-3 | 40 Foot Easement on private land for water main off of West Hannan Road. | 17620 Hannan Road | New Boston | | Wayne |
| Water System Projects | WS-171 P-4 | 25 Foot Easement across private property at Savage Road and Bemis Road. | | Belleville | | Wayne |
| Water System Projects | WS-171 P-5 | 65 Foot Easement for a 30 Inch water main running thru Lower Huron Metro Park from Pennsylvania Savage Roads. | | Belleville | 48111 | Wayne |
| Water System Projects | WS-171 P-6 | 25 Foot Easement on private property on West Side of Hannan Road at Pennsylvania Road. | | Huron Twp. | | Wayne |

A-8

| | | | | | | |
|---|---|---|---|---|---|---|
| Water System Projects | WS-176 | General file, 42 Inch water main In Square Lake Road from Middlebelt to Woodrow Wilson then thru private property Into Keego Harbor | | West Bloomfield and Keego Harbor | | Oakland |
| Water System Projects | WS-176 P-1 | 25 Foot Easement running 870Ft. thru private property in Keego Harbor for a 42 Inch water main. | 2835 Orchard Lake Road | Keego Harbor | | Oakland |
| Water System Projects | WS-176 P-2 | Easement for a 24 inch water main ln private property. | | West Bloomfield Twp | | Oakland |
| Water System Projects | WS-178A | General file for easements and Purchases form State Highway Dept. for a 42 and 48 inch water main in Clinton Twp | | Clinton Twp. | | Macomb |
| Water System Projects | WS-178A P-1 | 20 Foot Easement in rear of private property for a 42 inch water main. | 33860 Stevenson | Madison Heights | 48071 | Macomb |
| Water System Projects | WS-178A P-2 | 30 Foot Easement in the rear of private property for a 42 inch water main. | 33880 Stevenson | Clinton Twp. | | Macomb |
| Water System Projects | WS-178A P-3 | 30 Foot Easement in rear of private property for a 42 inch water main. | 33940 Stevenson | Clinton Twp. | | Macomb |
| Water System Projects | WS-178A P-5 | 30 Foot Easement in rear of private property for a 42 inch water main. | 23000 Quinn | Clinton Twp. | | Macomb |
| Water System Projects | WS-178A P-5A | 30 Foot Easement in rear of private property for a 42" water main. | 23020 Quinn | Clinton Twp. | | Macomb |
| Water System Projects | WS-178A P-6 | 25 Foot Easement In the front of private property for a 42" water main. | 23045 Quinn | Mt. Clemens | | Macomb |
| Water System Projects | WS-178A P-7 | 30 Foot Easement in private property for a 42" water main. | 23350 15 Mile | Mt. Clemens | | Macomb |
| Water System Projects | WS-185 | Agreement with County Drain Commission to cross drains and agreement with Penn Central to lay a 24 and 30 inch | | Rockwood | | Wayne |

A-9

| | | | | | | |
|---|---|---|---|---|---|---|
| | | water main across their property | | | | |
| Water System Projects | WS-190 | Agreements with Canton. Plymouth. Plymouth Twp. and C&O Railroad for a 30, 36, and 48 Inch water main In Road ROW. | | | | Wayne |
| Water System Projects | WS-192 | Agreements with Livonia, Plymouth Twp. and Westland for 42 and 48 inch mains In Street Row. | | | | Wayne |
| Water System Projects | WS-196 | General file for a 27 foot Easement for a 48 inch water main. | | West Bloomfield Twp. | | Oakland |
| Water System Projects | WS-196 P-1 | 27 Foot Easement for a 48 Inch water main. | | Farmington Twp. | | Oakland |
| Water System Projects | WS-196 P-2 | 27 Foot Easement for a 48 Inch water main. | | West Bloomfield Twp | | Oakland |
| Water System Projects | WS-196 P-3 | 27 Foot Easement for a 48 Inch water main. | | West Bloomfield Twp | | Oakland |
| Water System Projects | WS-196 P-4 | 17 Foot Easement for a 48 Inch water main. | | Farmington Twp. | | Oakland |
| Water System Projects | WS-197 | General file obtain easements and Permits for a 42 and 36 Inch water main. | | Pontiac Twp. | | Oakland |
| Water System Projects | WS-197 3-B | 60 Foot Easement for a 42 inch main, Lyg West of N/S 1/4 Sec Line of see 13. | | Auburn Hills | | Oakland |
| Water System Projects | WS-197 P-1A | Land acquired by condemnation for a 42 Inch water main. DWSD leases this land to City of Auburn Hills | 1827 N. Squirrel Road | Auburn Hills | 48326 | Oakland |
| Water System Projects | WS-197 P-1B | 20 Foot Construction Easement only. | | Pontiac | | Oakland |
| Water System Projects | WS-197 P-2 | 30 Foot Easement for a 42 inch main. | | Pontiac | | Oakland |
| Water System Projects | WS-197 P-2 | 30 Foot Easement for a 42 inch main. | | Pontiac | | Oakland |
| Water System Projects | WS-197 P-3 | 60' Easement for a 42 Inch main through | | Auburn Hills | | Oakland |

A-10

| | | | | | | |
|---|---|---|---|---|---|---|
| | | private land. | | | | |
| Water System Projects | WS-197 P-3A | 60 Foot Easement for a 42 inch main through private property. | | Auburn Hills | | Oakland |
| Water System Projects | WS-197 P-4A | Easement for 42 inch main In Squirrel Road Row. | | Pontiac | | Oakland |
| Water System Projects | WS-197 P-4B | Easement for a 42 Inch main in Squirrel Road Row. | | Pontiac | | Oakland |
| Water System Projects | WS-197 P-5 | 20 Foot Wide Easement for a 42 inch main over private property. | | Pontiac | | Oakland |
| Water System Projects | WS-197 P-6 | 20' Easement for a 42 Inch main through private property. | | Pontiac | | Oakland |
| Water System Projects | WS-201 | Construction Authorization Agreement to lay a 72 inch water main In the City of Warren. | | Warren | | Macomb |
| Water System Projects | WS-202 208 | General file for Detroit to Port Huron 96" water main. | | | | Macomb |
| Water System Projects | WS-202 P-1 | 25' Easement In the Detroit Edison Corridor for a 60 inch water main through Sterling Heights. | | Sterling Heights | | Macomb |
| Water System Projects | WS-204 | State Highway Dept. to lay a 60" water main in M-59 Right of Way. | | Sterling Heights | | Macomb |
| Water System Projects | WS-204 P-1 | 50 Foot Easement for water main by condemnation proceedings Macomb County Circuit Court #X-65-777 | | Sterling Heights | | Macomb |
| Water System Projects | WS-205 | General file 96" main through Shelby Township containing agreements with Conrail Grand Truck Highway Dept. Also refer to encroachment permits Job #96-21 & 93-8. | | Shelby Township | | Macomb |

A-11

| | | | | | | |
|---|---|---|---|---|---|---|
| Water System Projects | WS-205 P-1 | Easement over a triangular piece of private property conveyed through condemnation in Macomb Circuit Court for 96" main (x65-2811) condo# | | Shelby Township | | Macomb |
| Water System Projects | WS-205 P-10 | 66' Easement for a 96" main thru private property. | | Shelby Twp. | | Macomb |
| Water System Projects | WS-205 P-11 | 80' Easement for 96" main through private property. | | Shelby Twp. | | Macomb |
| Water System Projects | WS-205 P-12 | 80' Easement for a 96" main through private property. | | Shelby Twp. | | Macomb |
| Water System Projects | WS-205 P-2 | 100 Foot Easement for 96" main in Shelby Twp. | | Shelby Township | | Macomb |
| Water System Projects | WS-205 P-3 | A 70 Foot Wide Easement alongside an existing 30'Easement for 96" main. | | Shelby Township | | Macomb |
| Water System Projects | WS-205 P-4 | 100 Foot Easement through private property for a 96" main. | | Shelby Township | | Macomb |
| Water System Projects | WS-205 P-5 | 100 Foot Easement for a 96" main through private property | | Shelby Township | | Macomb |
| Water System Projects | WS-205 P-6 | 150 Foot Easement for a 96" main through state property {DNR}. | | Shelby Twp. | | Macomb |
| Water System Projects | WS-205 P-7 | 100' Easement for a 96" main over private property." | | Shelby Twp. | | Macomb |
| Water System Projects | WS-205 P-7A | Easement for 96" water main through private property. | | Shelby Twp. | | Macomb |
| Water System Projects | WS-205 P-8 | 100' Easement for 96 main through private property. | | Shelby Twp. | | Macomb |
| Water System Projects | WS-205 P-9 | 100' Easement for 96" main through private property. | | Shelby Twp. | | Macomb |
| Water System Projects | WS-206 | General file for easements located West of West line of GTRR/ROW, Washington Township from 25 | | Washington Twp. | | Macomb |

A-12

| | | | | | |
|---|---|---|---|---|---|
| | | Mile to 29 1/2 Mile Roads. | | | |
| Water System Projects | WS-206 P-13 | 80' Easement for 96" main adjoining West Line of GTRR/Row. | | Shelby Township | Macomb |
| Water System Projects | WS-206 P-14 | 60' Easement for 96" main on private property from condemnation #X65-2811 Macomb Circuit Court | | Shelby Twp. | Macomb |
| Water System Projects | WS-206 P-15 | 80' Easement for a 96" main through private property secured through Circuit Court, condemnation x65-2811. | | Shelby Twp. | Macomb |
| Water System Projects | WS-206 P-16 | 80' Easement for 96 main by Circuit Court, condemnation x65-2811, plus encroachment #87-72. | | Shelby Twp. | Macomb |
| Water System Projects | WS-206 P-17 | 80' Easement for a 96" main via Circuit Court, condemnation xS5-2811, plus encroachment #87-72. | | Shelby Township | Macomb |
| Water System Projects | WS-206 P-18 | 80' Easement for 96" main via Circuit Court, condemnation #XS5-2811. | | Shelby Township | Macomb |
| Water System Projects | WS-206 P-19 | 80' Easement for 96" main via Circuit Court, condemnation #XS5-2811. | | Shelby Township | Macomb |
| Water System Projects | WS-206 P-20A | 80' Easement for 96" main via Circuit Court, condemnation #X65-2811. | | Shelby Township | Macomb |
| Water System Projects | WS-206 P-20B | 50' wide easement for Water Board underground transmission lines | | Washington Township | Macomb |
| Water System Projects | WS-206 P-21 22 | 80' Easement for 96" main via Circuit Court, condemnation #X65-2811. | | Shelby Township | Macomb |

A-13

| | | | | | |
|---|---|---|---|---|---|
| Water System Projects | WS-206 P-22A 23 | 80' Easement for 96" main via condemnation #X65-2811. Also encroachment to Mich Con. See Job #80-2 | | Washington Township | Macomb |
| Water System Projects | WS-206 P-22B | 80' Easement for 96" main from Huron-Clinton Metropolitan Authority. Also encroachment to Mich Con, Job #80-2. | | Shelby Township | Macomb |
| Water System Projects | WS-206 P-24 | 80' Easement for a 96" main via condemnation #X65-2811. Plus encroachment #80-1, 80-2, 86-5 | | Washington Township | Macomb |
| Water System Projects | WS-206 P-25A | 80' Easement for 96" main by agreement with owner. Also encroachment for gas line Job #80-2. | | Washington Township | Macomb |
| Water System Projects | WS-206 P-25B | 80' Easement for 96" main by agreement with owner (L 1766P88). Also encroachment to Mich Con. Job #80-2. | | Washington Township | Macomb |
| Water System Projects | WS-206 P-26 | 80' Easement for a 96" main via Circuit Court, condemnation #X65-2811. Also encroachment #80-2. | | Washington Township | Macomb |
| Water System Projects | WS-206 P-27 | 80' Easement for a 96" main via Circuit Court, condemnation #X65-2811. Also encroachment to Mich Con. Job #80-2. | | Washington Township | Macomb |
| Water System Projects | WS-206 P-28 | 80' Easement for 96" main via Circuit Court, condemnation #X65-2811. Plus encroachment #80-02. | | Washington Township | Macomb |
| Water System Projects | WS-206 P-29 (MC) | 80' Easement for 96"main via Circuit Court, condemnation #X65-2811. Also encroachment to Mich Con #80-02. | | Washington Township | Macomb |

A-14

| | | | | | | |
|---|---|---|---|---|---|---|
| Water System Projects | WS-206 | P-30 | 100' Easement for 96" main via condemnation #X65-2811. Also 2 encroachments on DWSD #77-16 & 80-2. | | Washington Township | | Macomb |
| Water System Projects | WS-206 | P-31 | 100' & 80' Easement for 96" main by condemnation #X65-2811. Plus encroachment for gas line #80-02. | | Washington Twp. | | Macomb |
| Water System Projects | WS-206 | P-32 | 80' Easement for 96" main agreement with owner. Plus encroachment to Mich Con #80-02. | | Washington Township | | Macomb |
| Water System Projects | WS-206 | P-33 | Irregular Easement for 96" main by condemnation #X65-2811. Plus encroachment #80-02 | | Washington Twp. | | Macomb |
| Water System Projects | WS-206 | P-35 | 47' Easement for 96" main by condemnation #X65-2811 | | Washington Township | | Macomb |
| Water System Projects | WS-206 | P-36 | Irregular easement for 96" main by agreement with Edison plus gas & oil Lease #85-4. | | Washington Township | | Macomb |
| Water System Projects | WS-206 | P-37 | 47' Easement for 96" main by agreement with owner. | | Washington Township | | Macomb |
| Water System Projects | WS-206 | P-38 | 80' Easement for 96" main by agreement with owner. | | Washington Township | | Macomb |
| Water System Projects | WS-206 | P-39 | 80' Easement for 96" main by condemnation #X65-2811 | | Washington Township | | Macomb |
| Water System Projects | WS-206 | P-40 | 80' Easement for 96" main by condemnation #X65-2811 | | Washington Twp. | | Macomb |
| Water System Projects | WS-206 | P-41 | 80' Easement for 96" main by agreement with owner. | | Washington Township | | Macomb |
| Water System Projects | WS-206 | P-42 | 80' Easement for 96" main by condemnation #X65-2811. Plus encroachments 77-14, 79-7 | | Washington Township | | Macomb |

A-15

| Water System Projects | WS-206 P-43 | 80' Easement for 96" main by condemnation #X65-2811 | | Washington Township | | Macomb |
|---|---|---|---|---|---|---|
| Water System Projects | WS-206 P-44 | 80' Easement for 96" main by condemnation #X65-2811 | | Washington Township | | Macomb |
| Water System Projects | WS-206 P-45 | A triangular piece of property for easement for 96" main by condemnation #X65-2811 | | Washington Township | | Macomb |
| Water System Projects | WS-206 P-46 | 80' Easement for 96" main by condemnation #X65-2811 | | Washington Township | | Macomb |
| Water System Projects | WS-206 P-47 | 80' Easement for 96" main by condemnation #X65-2811 | | Washington Township | | Macomb |
| Water System Projects | WS-206 P-48 | Easement for 96" main by condemnation #X65-2811 | | Washington Twp. | | Macomb |
| Water System Projects | WS-206 P-49 | 50' Easement for 96" main by agreement with Detroit Edison. | | Washington Township | | Macomb |
| Water System Projects | WS-206 P-50 | Triangular Easement for 96" main by condemnation #X65-2811. | | Washington Township | | Macomb |
| Water System Projects | WS-206 P-51A | 80' wide easement for Water Board underground transmission lines | | Romeo | | Macomb |
| Water System Projects | WS-206 P-51A | 80' Easement f or 96" main by agreement with owner. | | Washington Township | | Macomb |
| Water System Projects | WS-206 P-51B | Permission to use DWSD easement, (51 A) granted to Robert Owens for railroad Operation (business) | | Washington Twp. | | Macomb |
| Water System Projects | WS-206 P-52 | 80' Easement for 96" main by agreement with owner. | | Washington Twp. | | Macomb |
| Water System Projects | WS-206 P-53 | 80' Easement for 96" main by agreement with owner. | | Washington Twp. | | Macomb |
| Water System Projects | WS-206 P-54 | 80' wide easement for Water Board underground transmission lines | | Washington Township | | Macomb |

A-16

| Water System Projects | WS-207 | General File 96"water main from 29 1/2 Mile Road to 34 Mile Road. | | | | Macomb |
|---|---|---|---|---|---|---|
| Water System Projects | WS-207 P-100 | 100' Easement for 96" main by condemnation #X65-2811. Also encroachment #78-2 & 88.43 | | Bruce Township | | Macomb |
| Water System Projects | WS-207 P-101 | Easement for Water Board underground transmission lines | | Bruce Township | | Macomb |
| Water System Projects | WS-207 P-54A | 80' Easement for 96" main by condemnation #X65-2811 | | Washington Township | | Macomb |
| Water System Projects | WS-207 P-55 | 80' Easement for 96" main by condemnation #X65-2811. | | Washington Township | | Macomb |
| Water System Projects | WS-207 P-56 | 80' Easement for 96" main by condemnation #X65-2811. | | Washington Township | | Macomb |
| Water System Projects | WS-207 P-57 | 80' Easement for 96" main by condemnation #X65-2811. Plus encroachment #s 78-5. 76-12. | | Washington Township | | Macomb |
| Water System Projects | WS-207 P-58 | 80' Easement for 96" main by condemnation #X65-2811. Plus encroachment #78-5. | | Washington Township | | Macomb |
| Water System Projects | WS-207 P-59 | 80' Easement for 96" main by condemnation #X65-2811. Plus encroachment #78-5. | | Washington Township | | Macomb |
| Water System Projects | WS-207 P-60 | 80' Easement for 96" main by condemnation #X65-2811. Plus encroachment #78-5. | | Washington Township | | Macomb |
| Water System Projects | WS-207 P-61 | 80' Easement for 96" main by condemnation #X65-2811. Plus encroachment #78-5. | | Washington Township | | Macomb |
| Water System Projects | WS-207 P-62 | 80' Easement for 96" main by condemnation #X65-2811. Plus | | Washington Township | | Macomb |

A-17

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | encroachment #78-5. | | | |
| Water System Projects | WS-207 | P-63 | 80' Easement for 96" main by condemnation #X65-2811. Plus encroachment #78-5. | | Washington Township | Macomb |
| Water System Projects | WS-207 | P-64 | 80' Easement for 96" main by condemnation #X65-2811. Plus encroachment #78-5. | | Washington Township | Macomb |
| Water System Projects | WS-207 | P-65 | 80' Easement for 96" main by condemnation #X65-2811. Plus encroachment #78-5 & 79.9 | | Washington Township | Macomb |
| Water System Projects | WS-207 | P-66 | 80' Easement for 96" main by condemnation #X65-2811. Plus encroachment #78-9. | | Washington Township | Macomb |
| Water System Projects | WS-207 | P-67 | 80' Easement for 96" main by condemnation #X65-2811. Plus encroachment #78-9. | | Washington Township | Macomb |
| Water System Projects | WS-207 | P-68 | 80' Easement for 96" main by condemnation #X65-2811. Plus encroachment #78-9. | | Washington Township | Macomb |
| Water System Projects | WS-207 | P-69 | 80' Easement for 96" main by condemnation #X65-2811. Plus encroachment #79-9. | | Washington Township | Macomb |
| Water System Projects | WS-207 | P-70 | 80' Easement for 96" main by condemnation #X65-2811. Plus encroachment #79-9. | | Romeo | Macomb |
| Water System Projects | WS-207 | P-71 | 80' Easement for 96" main by condemnation #X65-2811. Plus encroachment #79-9. | | Romeo | Macomb |
| Water System Projects | WS-207 | P-72 | 80' Easement for 96" main by condemnation #X65-2811. Plus encroachment #'s 79-9, 81-4, 81-4A | | Romeo | Macomb |

A-18

| | | | | | | |
|---|---|---|---|---|---|---|
| Water System Projects | WS-207 P-73 | 80' Easement for 96" main by condemnation #X65-2811. Plus encroachment #'s 79-9, 81-4, 81-4A | | Romeo | | Macomb |
| Water System Projects | WS-207 P-73A | Triangular easement for 96" main agreement with GTRR | | Romeo | | Macomb |
| Water System Projects | WS-207 P-74 | 10' Easement for 96" main by condemnation #X65-2811 | | Romeo | | Macomb |
| Water System Projects | WS-207 P-75 | 10' Easement for 96" main by condemnation #X65-2811 | | Romeo | | Macomb |
| Water System Projects | WS-207 P-76 | 10' Easement for 96" main by condemnation #X65-2811 | | Romeo | | Macomb |
| Water System Projects | WS-207 P-77 | Acquisition for Permanent underground Water Main Easement | | Romeo | | Macomb |
| Water System Projects | WS-207 P-78 | 10' Easement for 96" main by condemnation #X65-2811 | | Romeo | | Macomb |
| Water System Projects | WS-207 P-79A | 10' Easement for 96" main by condemnation #X65-2811 | | Romeo | | Macomb |
| Water System Projects | WS-207 P-80 | 50' Easement for 96" main by agreement with Gas Co. | | Romeo | | Macomb |
| Water System Projects | WS-207 P-81 | 75' strip of land purchased from Detroit Edison for 96" main (75 x 150). Also Oil & Gas lease #88-23, 87-11, 80-3. OLD PE-28 (a & b) | | Romeo | | Macomb |
| Water System Projects | WS-207 P-82 | 15' Easement for 96" main by agreement condemnation #X65-2811. | | Romeo | | Macomb |
| Water System Projects | WS-207 P-83 | 15' Easement for 96" main by agreement condemnation #X65-2811. | | Romeo | | Macomb |
| Water System Projects | WS-207 P-84 | 15' Easement for 96" main by agreement condemnation #X65- | | Romeo | | Macomb |

A-19

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 2811. | | | | |
| Water System Projects | WS-207 P-85 | 15' Easement for 96" main by agreement condemnation #X65-2811. | | Romeo | | Macomb |
| Water System Projects | WS-207 P-86 | 15' Easement for 96" main by agreement condemnation #X65-2811. | | Romeo | | Macomb |
| Water System Projects | WS-207 P-87 | 15' Easement for 96" main by agreement condemnation #X65-2811. | | Romeo | | Macomb |
| Water System Projects | WS-207 P-88 | 15' Easement for 96" main by agreement condemnation #X65-2811. | | Romeo | | Macomb |
| Water System Projects | WS-207 P-89 | East Side of Dorsey, North of St. Clair. | | Romeo | | Macomb |
| Water System Projects | WS-207 P-90 | 15' Easement for 96" main by agreement condemnation #X65-2811. | | Romeo | | Macomb |
| Water System Projects | WS-207 P-91 | 15' Easement for 96" main by agreement condemnation #X65-2811. | | Romeo | | Macomb |
| Water System Projects | WS-207 P-92 | 15' Easement for 96" main by agreement condemnation #X65-2811. | | Romeo | | Macomb |
| Water System Projects | WS-207 P-93 | 15' Easement for 96" main by agreement condemnation #X65-2811. | | Romeo | | Macomb |
| Water System Projects | WS-207 P-94 | Purchase of East 130 of lot 20 for 96" main. Also on Out-City Holdings List, File control #92 | | Romeo | | Macomb |
| Water System Projects | WS-207 P-94A | 130' Easement for 96" main by agreement with Romeo. Plus encroachment #79-4. | | Romeo | | Macomb |
| Water System Projects | WS-207 P-95 | Irregular shape easement for 96" main by condemnation #X65-2811 . | | Romeo | | Macomb |

A-20

| | | | | | | |
|---|---|---|---|---|---|---|
| Water System Projects | WS-207 P-95A | Triangular shaped easement for 96" main by condemnation #X65-2811. | | Romeo | | Macomb |
| Water System Projects | WS-207 P-95B | Irregular easement for 96" main by agreement with owner. | | Romeo | | Macomb |
| Water System Projects | WS-207 P-95C | Irregular shaped easement for 96" main by condemnation #X65-2811. | | Romeo | | Macomb |
| Water System Projects | WS-207 P-96 | 100' Easement for 96" main by condemnation #X65-2811 | | Romeo | | Macomb |
| Water System Projects | WS-207 P-97 98 | 100' Easement for 96" main by agreement with owner. | | Bruce Township | | Macomb |
| Water System Projects | WS-207 P-99 | 100' wide easement for Water Board underground transmission lines | | Bruce Township | | Macomb |
| Water System Projects | WS-208 | 96" Main just off or thru McKay Road from 34 Mile to Brown Road. No record of Easements In Property or As Built files. | | | | Macomb & St. Clair Counties |
| Water System Projects | WS-208A | Installing pipe for 96" main In McKay and Stotch Settlement Roads from Brown Road to Almont Road. | | | | Macomb & St. Clair Counties |
| Water System Projects | WS-209 P-1 | 100' Easement for 96" main by condemnation #699. | | Almont Twp. | | Lapeer |
| Water System Projects | WS-209 P-2 | 100' Easement for 96" main by condemnation #699. | | Almont Twp. | | Lapeer |
| Water System Projects | WS-209 P-3 | Triangular Easement for 96" main by condemnation #699. | | Almont Twp. | | Lapeer |
| Water System Projects | WS-209 P-4 | Triangular Easement for 96" main by condemnation #699. | | Imlay Twp. | | Lapeer |
| Water System Projects | WS-210 P-10 | 50' Easement for 96" main by condemnation #699. | | Imlay Twp. | | Lapeer |

A-21

| | | | | | |
|---|---|---|---|---|---|
| Water System Projects | WS-210 P-11 | 50' Easement for 96" main by condemnation #699. | | Imlay Twp. | | Lapeer |
| Water System Projects | WS-210 P-12 | 50' Easement for 96" main by condemnation #699. | | Imlay Twp. | | Lapeer |
| Water System Projects | WS-210 P-13 | 50' Easement for 96" main by condemnation #699. | | Imlay Twp. | | Lapeer |
| Water System Projects | WS-210 P-14 | Station 027, Imlay City by Condemnation #699 | | Imlay Twp. | | Lapeer |
| Water System Projects | WS-210 P-5 | 50' Easement for 96" main by condemnation #699. | | Imlay Twp. | | Lapeer |
| Water System Projects | WS-210 P-6 | 50' Easement for 96" main by condemnation #699. | | Imlay Twp. | | Lapeer |
| Water System Projects | WS-210 P-7 | 50' Easement for 96" main by condemnation #699. | | Imlay Twp. | | Lapeer |
| Water System Projects | WS-210 P-8 | 50' Easement for 96" main by condemnation #699. | | Imlay Twp. | | Lapeer |
| Water System Projects | WS-210 P-9 | 50' Easement for 96" main by condemnation #699. | | Imlay Twp. | | Lapeer |
| Water System Projects | WS-211 | General file, no record of easements. 38,000 lineal feet of 72 main on Bowers Road. | | | | |
| Water System Projects | WS-212 | General file, no record of easements for 33,800 lineal feet of 72 main on Bowers Road. | | | | |
| Water System Projects | WS-213 | General file, no record of easements for 17,500 lineal feet of 72 main on Bower's and Oregon Roads.· | | | | |
| Water System Projects | WS-214 P-1 | 60' Easement for 72" main by agreement with owner. | | Richfield Twp. | | Genesee |
| Water System Projects | WS-214 P-2 | 60' Easement for 72" main by agreement with owner. | | Richfield Twp. | | Genesee |
| Water System Projects | WS-215 P-1 | 200' Foot Easement for 120" main by agreement with owner. | | Mussey Township | | St. Clair |
| Water System Projects | WS-215 P-5 | 200' Easement for 120" main by | | Mussey Township | | St. Clair |

A-22

| | | agreement with owner. | | | | |
|---|---|---|---|---|---|---|
| Water System Projects | WS-215 P-6 | 200' Wide Water Transmission Line Easement | | Mussey Township | | St. Clair |
| Water System Projects | WS-215 P-L1 | 200' Foot Easement for 120" main by agreement with owner. | | Imlay Twp. | | Lapeer |
| Water System Projects | WS-215 P-L2 | 200' Foot Easement for 120" main by agreement with owner. | | Imlay Twp. | | Lapeer |
| Water System Projects | WS-215-219 | General file 200' easement for 120" main from Imlay Station to Lake Huron | | Mussey Township | | St. Clair |
| Water System Projects | WS-216 P-16 | 200' Easement for 120" main by agreement with owner. | | Emmett Township | | St. Clair |
| Water System Projects | WS-216 P-17 | 200' Wide Water Transmission Line Easement | | Emmett Township | | St. Clair |
| Water System Projects | WS-216 P-17 | 200' Easement for 120" main by agreement with owner. | | Emmett Township | | St. Clair |
| Water System Projects | WS-216 P-18 | 200' Easement for 120" main by agreement with owner. | | Emmett Township | | St. Clair |
| Water System Projects | WS-216 P-19 | 200' Easement for 120" main by purchase from owner, plus City Sellback & Edison Easement. | | Emmett Township | | St. Clair |
| Water System Projects | WS-216 P-20 | 200' Easement for 120" main by condemnation. | | Emmett Township | | St. Clair |
| Water System Projects | WS-216 P-21 | 200' Easement for 120" main by condemnation #482-3 | | Emmett Township | | St. Clair |
| Water System Projects | WS-216 P-22 | 200' Easement for 120" main by agreement with owner | | Emmett Township | | St. Clair |
| Water System Projects | WS-216 P-23 | 200' Easement for 120" main by condemnation. | | Emmett Township | | St. Clair |
| Water System Projects | WS-216 P-24 | 200' Easement for 120" main by condemnation. | | Emmett Township | | St. Clair |

| | | | | | | |
|---|---|---|---|---|---|---|
| Water System Projects | WS-216 | P-25 | 200' Easement for 120" main with parts excepted by condemnation. | | Emmett Township | St. Clair |
| Water System Projects | WS-216 | P-26 | 200' Easement for 120" main by condemnation. | | Emmett Township | St. Clair |
| Water System Projects | WS-216 | P-27 | 200' Easement for 120" main by agreement with owner | | Emmett Township | St. Clair |
| Water System Projects | WS-216 | P-28 | 200' Easement for 120" main by agreement with owner | | Emmett Township | St. Clair |
| Water System Projects | WS-216 | P-28A | 200' Easement for 120" main by agreement with owner | | Emmett Township | St. Clair |
| Water System Projects | WS-216 | P-29 | 200' Easement for 120" main by condemnation. | | Emmett Township | St. Clair |
| Water System Projects | WS-216 | P-30 | 200' Easement for 120" main by condemnation. | | Emmett Township | St. Clair |
| Water System Projects | WS-217 | P-31 | 200' Easement for 120" main by condemnation. | | Emmett Township | St. Clair |
| Water System Projects | WS-217 | P-31Y | No actual parcel #. Agreement with State of Michigan - 100' Easement for 120" main over sections 4, 5, & 6. Also permit and description for tunnel under Lake Huron. Found between P-31 and P-32. | | Clyde Twp. | St. Clair |
| Water System Projects | WS-217 | P-31Z | No actual parcel #. This file contains records for Condemnation #482-3 in St. Clair County. File found between parcel 31 & 32. | | | St. Clair |
| Water System Projects | WS-217 | P-32 | 200' Easement for 120" main by condemnation. | | Kenockee Township | St. Clair |
| Water System Projects | WS-217 | P-33 | 200' Easement for 120" main by condemnation. | | Kenockee Township | St. Clair |
| Water System Projects | WS-217 | P-34 | 200' Wide Water Transmission Line Easement | | Kenockee Township | St. Clair |

A-24

| | | | | | | |
|---|---|---|---|---|---|---|
| Water System Projects | WS-217 P-35 | 200' Wide Water Transmission Line easement | | Kenockee Township | | St. Clair |
| Water System Projects | WS-217 P-36 | 200' Easement for 120" main by condemnation. | | Kenockee Township | | St. Clair |
| Water System Projects | WS-217 P-37 | 200' Wide Water Transmission Line Easement | | Kenockee Township | | St. Clair |
| Water System Projects | WS·217 P-38 | 200' Easement for 120" main by condemnation. | | Kenockee Township | | St. Clair |
| Water System Projects | WS-217 P-39 | 200' Easement for 120" main by condemnation. Also encroachment #91-1 | | Kenockee Twp. | | St. Clair |
| Water System Projects | WS-217 P-39A | 200' Easement for 120" main by condemnation | | Kenockee Township | | St. Clair |
| Water System Projects | WS-217 P-39B | 2 Parcels of land from C&O RR to DWSD for easement for 120" main by agreement. | | Kenockee and Clyde Twps. | | St. Clair |
| Water System Projects | WS-217 P-40 | Parcel purchased for Kilgore· Pumping Station (STA. 044), | | Kenockee | | St. Clair |
| Water System Projects | WS-217 P-41 | 200' Easement for 120" main by condemnation. | | Kenockee Township | | St. Clair |
| Water System Projects | WS-217 P-42 | 200' Easement for 120" main by condemnation, | | Kenockee Township | | St. Clair |
| Water System Projects | WS-217 P-43 | 200' Wide Water Transmission Line Easement | | Kenockee Township | | St. Clair |
| Water System Projects | WS-217 P-44 | 200' Easement for 120" main by condemnation. | | Kenockee Township | | St. Clair |
| Water System Projects | WS-217 P-45 | 200' Easement for 120" main by condemnation | | Kenockee Township | | St. Clair |
| Water System Projects | WS-217 P-46 | 200' Easement for 120" main by agreement with owner. | | Kenockee Township | | St. Clair |
| Water System Projects | WS-217 P-46A | 200' Easement for 120" main by condemnation. | | Kenockee Township | | St. Clair |
| Water System Projects | WS-218 P-47 | 200' Easement for 120" main by condemnation. | | Kenockee Township | | St. Clair |
| Water System Projects | WS-218 P-48 | 200' Easement for 120" main by condemnation. | | Kenockee Township | | St. Clair |

A-25

| | | | | | |
|---|---|---|---|---|---|
| Water System Projects | WS-218 P-49 | 200' Easement for 120" main by condemnation. | | Kenockee Township | St. Clair |
| Water System Projects | WS-218 P-50 | 200' Easement for 120" main by agreement with owner. | | Clyde Township | St. Clair |
| Water System Projects | WS-218 P-51 | 200' Easement for 120" main by agreement with owner. | | Clyde Township | St. Clair |
| Water System Projects | WS-218 P-52 | 200' Easement for 120" main by purchase, 1973 sold by DWSD to Mr. & Mrs. Boelens. DWSD retained easement | | Clyde Township | St. Clair |
| Water System Projects | WS-219 P-53 | Land purchased by DWSD for 120" main and then sold to Mr. & Mrs. Boelens in 1974 while retaining a 200' Easement for. 120" main. | | Clyde Township | St. Clair |
| Water System Projects | WS-219 P-54 | 200' Easement for 120" main by agreement with owner. | | Clyde Township | St. Clair |
| Water System Projects | WS-219 P-55 | 200' Easement for 120" main by agreement with owner. | | Clyde Township | St. Clair |
| Water System Projects | WS-219 P-56 | 200' Easement for 120" main by agreement with owner. | | Clyde Township | St. Clair |
| Water System Projects | WS-219 P-56A | 200' Easement for 120" main by agreement with owner. | | Clyde Township | St. Clair |
| Water System Projects | WS-219 P-57 58 | 200' Easement for 120" main by agreement with owner. Also encroachment #89-56 | | Clyde Township | St. Clair |
| Water System Projects | WS-219 P-69 | DWSD purchase for 120" main then sold by DWSD In 1974, retaining a 200' easement | | Fort Gratiot Township | St. Clair |
| Water System Projects | WS-219 P-60 | 200' Wide Water Transmission Line Easement | | Fort Gratiot Township | St. Clair |

A-26

| | | | | | |
|---|---|---|---|---|---|
| Water System Projects | WS-219 P-61 | 200' Easement for 120" main by agreement with owner. | | Fort Gratiot Township | St. Clair |
| Water System Projects | WS-219 P-61A | 200' Easement for 120" main by agreement with owner.(not In file) | | Fort Gratiot Township | St. Clair |
| Water System Projects | WS-219 P-62 63 | DWSD land purchase of property for Port Huron project. | | Fort Gratiot Township | St. Clair |
| Water System Projects | WS-219 P-64 | Purchase of 170' strip of land. | | Fort Gratiot Township | St. Clair |
| Water System Projects | WS-219 P-65 66 67 | DWSD purchase of land for project. | | Fort Gratiot Township | St. Clair |
| Water System Projects | WS-219 P-68 | DWSD purchase of land for project. | | Fort Gratiot Township | St. Clair |
| Water System Projects | WS-219 P-69 | DWSD land purchase in 1968 for Lake Huron project. | | Fort Gratiot Township | St. Clair |
| Water System Projects | WS-219 P-70 | DWSD purchase of land for Lake Huron project. | | Fort Gratiot Township | St. Clair |
| Water System Projects | WS-308 | Easement agreements for 42" & 36" main adjacent to Tyler-Beck-Ecorse Roads and Willow Run Airport, Belleville Road, to Penn Central Road, AKA Ypsilanti Supply Line. | | Van Buren Twp. & Ypsilanti Twp. | Wayne & Washtenaw |
| Water System Projects | WS-320 | General file 84" main from North Service Center (Dequindre & South) to Adams Road Station (Adams Road & 1-75). Also contains encroachments #99-01, #98-14 and #00-02. | | Troy | Oakland |
| Water System Projects | WS-320 P-1 | 50' Easement for 84" main by agreement with owner. | | Troy | Oakland |
| Water System Projects | WS-320 P-10 | 50' Easement for 84" main by agreement with owner. | | Troy | Oakland |
| Water System Projects | IWS-320 P-11 | 30' Easement for 84" main by agreement with owner. | | Troy | Oakland |
| Water System Projects | WS-320 P-12 | 50' Easement for 84" main by agreement with owner. | | Troy | Oakland |

A-27

| | | | | | |
|---|---|---|---|---|---|
| Water System Projects | WS-320 P-13 | 50' Easement for 84" main by agreement with owner. | | Troy | Oakland |
| Water System Projects | WS-320 P-14 | 50' Easement for 84" main by agreement with owner. | | Troy | Oakland |
| Water System Projects | WS-320 P-15 | 50' Easement for 84" main by agreement with owner. | | Troy | Oakland |
| Water System Projects | WS-320 P-16A | 50' Easement for 84" main by agreement with owner. | | Troy | Oakland |
| Water System Projects | WS-320 P-16 | 23' Easement for 84" main by agreement with owner. | | Troy | Oakland |
| Water System Projects | WS-320 P-16 | 23' Easement for 84" main by agreement with owner. | | Troy | Oakland |
| Water System Projects | WS-320 P-17 | 23' Easement for 84" main by agreement with owner. | | Troy | Oakland |
| Water System Projects | WS-320 P-18 | 23' Easement for 84" main by agreement with owner. | | Troy | Oakland |
| Water System Projects | WS-320 P-19 | 23' Easement for 84" main by agreement with owner. | | Troy | Oakland |
| Water System Projects | WS-320 P-1A | 50' Easement for 84" main by agreement with owner. | | Troy | Oakland |
| Water System Projects | WS-320 P-2 | 50' Easement for 84" main by agreement with owner. | | Troy | Oakland |
| Water System Projects | WS-320 P-20 | 23' Easement for 84" main by agreement with owner. | | Troy | Oakland |
| Water System Projects | WS-320 P-21 | 50' Easement for 84" main by agreement with owner. | | Troy | Oakland |
| Water System Projects | WS-320 P-22 | 50' Easement for 84" main by agreement with owner. Plus encroachment #90-05. | | Troy | Oakland |
| Water System Projects | WS-320 P-23 | Purchase of land In 1972 from Mr. & Mrs. Peebles for 84" main. Plus encroachment #90-05 & 89-55. | | Troy | Oakland |
| Water System Projects | WS-320 P-24 | 50' Easement for 84" main by agreement with owner. Plus encroachment #90-05. | | Troy | Oakland |

A-28

| | | | | | | |
|---|---|---|---|---|---|---|
| Water System Projects | WS-320 P-25 | 50' Easement for 84" main by agreement with owner. | | Troy | | Oakland |
| Water System Projects | WS-320 P-26 | 30' Easement for 84" main by agreement with owner. | | | | Oakland |
| Water System Projects | WS-320 P-27 | 50' Easement for 84" main by agreement with owner. | | | | Oakland |
| Water System Projects | WS-320 P-28A | 50' Easement for 84" main by agreement with owner. | | Troy | | Oakland |
| Water System Projects | WS-320 P-28B | 50' Easement for 84" main by agreement with owner. | | Troy | | Oakland |
| Water System Projects | WS-320 P-29 | 50' Easement for 84" main by agreement with owner. | | Troy | | Oakland |
| Water System Projects | WS-320 P-3 | 50' Easement for 84" main by agreement with owner. | | Troy | | Oakland |
| Water System Projects | WS-320 P-30 | 50' Easement for 84" main by agreement with owner. | | Troy | | Oakland |
| Water System Projects | WS-320 P-31 | 50' Easement for 84" main by condemnation, case #74-116-117, Oakland Circuit Court. | | Troy | | Oakland |
| Water System Projects | WS-320 P-32 | 50' Easement for 84" main by agreement with owner. | | Troy | | Oakland |
| Water System Projects | WS-320 P-33 | 40' Easement for 84" main by agreement with owner. | | Troy | | Oakland |
| Water System Projects | WS-320 P-34 | 40' Easement for 84" main by condemnation #74-116-117 | | Troy | | Oakland |
| Water System Projects | WS-320 P-358 | 40' Easement for 84" main by agreement with owner. | | Troy | | Oakland |
| Water System Projects | WS-320 P-36 37 | 50' Easement for 84" main by agreement with owner. Also encroachments #88-22 & 87-75. | | Troy | | Oakland |
| Water System Projects | WS-320 P-38 | 50' Easement for 84" main by agreement with owner. Also encroachments #87-26 & 86-33. | | Troy | | Oakland |
| Water System Projects | WS-320 P-39 | 50' Easement for 84" main by agreement | | Troy | | Oakland |

A-29

| | | with owner. | | | | |
|---|---|---|---|---|---|---|
| Water System Projects | WS-320 P-4 | 50' Easement for 84" main by agreement with owner. | | Troy | | Oakland |
| Water System Projects | WS-320 P-40 | 30' and 50' Easement for 84" main by agreement with owner. Also encroachment #90-10. | | Troy | | Oakland |
| Water System Projects | WS-320 P-41 | Irregular shaped Easement for 84" main by condemnation #74-116-117 | | Troy | | Oakland |
| Water System Projects | WS-320 P-42 | Triangular shaped easement for 84" main by agreement with owner. | | Troy | | Oakland |
| Water System Projects | WS-320 P-43 | Triangular easement for 84" main by agreement with owner. | | Troy | | Oakland |
| Water System Projects | WS-320 P-44 | 50' Easement for 84" main by agreement with owner. | | Troy | | Oakland |
| Water System Projects | WS-320 P-45 | 50" Permanent Easement and 100' Construction Easement for 84" wide Waterman | | Troy | 48084 | Oakland |
| Water System Projects | WS-320 P-46 | 50' Easement for 84" main by agreement with owner. Also encroachment #89-36. | | Troy | | Oakland |
| Water System Projects | WS-320 P-47 | 50' Easement for 84" main by agreement with owner. | | Troy | | Oakland |
| Water System Projects | WS-320 F-48A | 50' Easement for 84" main by agreement with owner. | | Troy | | Oakland |
| Water System Projects | WS-320 P-486 | 50' Easement for 84" main by agreement with owner. | | Troy | | Oakland |
| Water System Projects | WS-320 P-49 | 50' Easement for 84" main by agreement with owner. | | Troy | | Oakland |
| Water System Projects | WS-320 P-5 | 50' Easement for 84" main by agreement with owner. | | Troy | | Oakland |
| Water System Projects | WS-320 P-50 | 50' Easement for 84" main by agreement with owner. | | Troy | | Oakland |

A-30

| | | | | | | |
|---|---|---|---|---|---|---|
| Water System Projects | WS-320 P-51 | 50' Easement for 84" main by agreement with owner. Also encroachment #90-21. | | Troy | | Oakland |
| Water System Projects | WS-320 P-5.2 | 50' Easement for 84" main by agreement with owner. Also encroachments #91-16 & 94-35. | | Troy | | Oakland |
| Water System Projects | WS-320 P-53 | 50' Easement for 84" main by agreement with owner. | | Troy | 48084 | Oakland |
| Water System Projects | WS-320 P-6 | 50' Easement for 84" main by agreement with owner. | | Troy | | Oakland |
| Water System Projects | WS-320 P-7 | 23' Easement for 84" main by agreement with owner. | | Troy | | Oakland |
| Water System Projects | VVS-320 P-8 | 50' Easement for 84" main by agreement with owner. | | Troy | | Oakland |
| Water System Projects | WS-320 P-9A | 50' Easement for 84" main by agreement with owner. | | Troy | | Oakland |
| Water System Projects | WS-320 P-9B | 50' Easement for 84" main by agreement with owner. | | Troy | | Oakland |
| Water System Projects | WS-321 | General file 24" & 36" main on 24 Mile Road from Hayes to Foss. | | Macomb Township | | Macomb |
| Water System Projects | WS-321 P-1 | 27' Easement for 36" main by agreement with owner. | | Macomb Township | | Macomb |
| Water System Projects | WS-329 330 331 | General file for 72" main from Adams Station to Franklin Station. Files contain planning info. and opposition to project. Nothing built under these contract numbers. See WS-561 ET. AL. | | | | Oakland |
| Water System Projects | WS-332 | Construction agreements with West Bloomfield, Commerce Twp., Farmington Hills, and Novi Twp for 42" & 48" main | | Several | | Oakland |

A-31

| Water System Projects | WS-360 P-2 | 30' & 50' Easement for 60" main by Consent Judgement in Circuit Court case # 93-306751-CC. | 1500 Ridge Road, Canton, Ml 48188 | Canton | | Wayne |
|---|---|---|---|---|---|---|
| Water System Projects | WS-360 P-3B | Triangular shaped easement for 60" main by agreement with owner (Gill's). AKA Job# 91-18. | | Canton | | Wayne |
| Water System Projects | WS-360A | 30' Easement for main by lawsuit settlement with owner (Gills). AKA Job# 91-10. | | Charter Township of Superior | | Washtenaw |
| Water System Projects | WS-360A P-9 | 30' Easement for main by lawsuit settlement with owner (Gills). AKA Job# 91-10. | | Superior Twp. | | Washtenaw |
| Water System Projects | WS-360B | General file for 60" main in Napier Road. Contain Construction Authorization Agreements Planning & | | Canton & Superior Twp. | | Wayne & Washtenaw |
| Water System Projects | WS·360C | General file for 60" & 42" main In Napier Ridge & Wayne/Washtenaw County Line. Contains Caa's with Cities. Planning & Parcel# Correspondence | | Canton, Van Buren & Superior Twp. | | Wayne & Washtenaw |
| Water System Projects | WS-360C P-1 | 30' Easement for 60" main by agreement with owner (Hauks) AKA Job# 89-2 | | Canton | | Wayne |
| Water System Projects | WS·360C P-1A | 30' Easement for 60" main by agreement with owner (Hauks) AKA Job# 91-13. | | Canton | | Wayne |
| Water System Projects | WS-360C P·6 | 30' Easement for 42" main in a 72" liner plate tunnel through and under Conrail property | | Van Buren Twp. | | Wayne |
| Water System Projects | WS-360C P-7 | 30' Easement for 60" & 42" mains by agreement with owner (Ford Motor). AKA Job # 89-8. | | Charter Township of Superior | | Washtenaw |

A-32

| | | | | | | |
|---|---|---|---|---|---|---|
| Water System Projects | WS-360C P-8 | 30' Easement for 60" & 42" mains by agreement with owner (Ford Motor). AKA Job# 89-9. | | Charter Township of Superior | | Washtenaw |
| Water System Projects | WS-360C P-9 | 30' Easement for 60" main by lawsuit settlement with owner (Gills). AKA Job #89-10 | | Charter Township of Superior | | Washtenaw |
| Water System Projects | WS-380 | General file for 42" and 30" mains. The 42" In Walton Blvd from Squirrel Road to Giddings Road. The 30" in Giddings Road from Walton Blvd to Brown. Contains Pontiac Twp Construction. Authorization Agreement. Planning, Legals, Drawings & Correspondence. | | Pontiac | | Oakland |
| Water System Projects | WS-380 P-1 | 33' Easement for 30" main by agreement with owner (Wilson). | | Pontiac | | Oakland |
| Water System Projects | WS-380 P-10 | Permanent thirty inch (30') water transmission Line easement for the construction, operation, and repair | | Pontiac | | Oakland |
| Water System Projects | WS-380 P-11 | 33' Easement for 30" main by agreement with owner. | | Pontiac | | Oakland |
| Water Treatment Plant | | Water Works Park | 10340 E. Jefferson | Detroit | 48214 | Wayne |
| Water Treatment Plant | | Water Works Park | 9962 E. Jefferson | Detroit | 48214 | Wayne |
| Water Treatment Plants | STA 001 | Waterworks Park· Water Treatment Plant. | 10100 E. Jefferson | Detroit | 48214 | Wayne |
| Water Treatment Plants | STA002 | Springwells -Water Treatment Plant. | 8300 W. Warren | Dearborn | 48126 | Wayne |
| Water Treatment Plants | STA 003 | Northeast Water Treatment Plant. | 11000 E. Eight Mile | Detroit | 48228 | Wayne |
| Water Treatment Plants | STA 004 | Southwest Water Treatment Plant. | 14700 Moran | Allen Park | 48101 | Wayne |
| Water Treatment Plants | STA 005 | Port Huron Water Treatment Plant. | 3993 Metcalf Rd. | North Street | 48049 | St. Clair |

| | | | | | | |
|---|---|---|---|---|---|---|
| Water System Projects | WS-380 P-12 | Permanent easement for the construction, operation, and repair of a thirty inch (30') inside diameter water transmission Line | | Pontiac | | Oakland |
| Water System Projects | WS-380 P-13 | Permanent easement for the construction, operation, and repair of a thirty inch (30') Inside diameter water transmission Line | | Pontiac | | Oakland |
| Water System Projects | WS-380 P-14 | 33' Easement for 30" main by agreement with owner. | | Pontiac | | Oakland |
| Water System Projects | WS-380 P-15 | Permanent easement for the construction, operation, and repair of a thirty inch (30') Inside diameter water transmission Line | | Pontiac | | Oakland |
| Water System Projects | WS-380 P-16 | 33' Easement for 30" main by agreement with owner. | | Pontiac | | Oakland |
| Water System Projects | WS-380 P-2 | Permanent thirty Inch (30') water transmission Line easement for the construction, operation, and repair | | Pontiac | | Oakland |
| Water System Projects | WS-380 P-3 | 33' Easement for 30" main by agreement with owner (Wilson). | | Pontiac | 48055 | Oakland |
| Water System Projects | WS-380 P-4 | 33' Easement for 30" main by agreement with owner. | | Pontiac | | Oakland |
| Water System Projects | WS-380 P·5 | 33' Easement for 30" main by agreement with owner (Wilson). | | Pontiac | | Oakland |
| Water System Projects | WS-380 P-6 | 33' Easement for 30" main by agreement with owner (Wilson). | | Pontiac | | Oakland |
| Water System Projects | WS-380 P-7 | 33' Easement for 30" main by agreement with owner. | | Pontiac | | Oakland |
| Water System Projects | WS-380 P-8 | 33' Easement for 30" main by agreement with owner. | | Pontiac | | Oakland |
| Water System Projects | WS-380 P-9 | 33' Easement for 30" main by agreement with owner. | | Pontiac | | Oakland |

A-34

| | | | | | |
|---|---|---|---|---|---|
| Water System Projects | WS-536 | 24" main In Gibraltar Road in Brownstown Twp. and Flat Rock. Also Mazda Meter Pit Easement. Refer to Job #s 85-5 and 86-20. | | Flat Rock & Brownstown Twp. | Wayne |
| Water System Projects | WS-547 | Meter Pit Rehabilitation Contract For Inspection and repair of Meter Pits in several counties and many municipalities. | | Various | Various |
| Water System Projects | WS-552 553 554 | General file for 36" main In 24 Mile Road, Gratiot Street and 26 Mile Road. Contains Planning, RR & Twp construction agreements and correspondence. | | Chesterfield, New Haven and Lenox. | Macomb |
| Water System Projects | WS-552 P-1 | 27' Easement for 36" main by agreement with owner. AKA Job #87-82 | | Chesterfield Township | Macomb |
| Water System Projects | WS-552 P-10 | 27' Easement for 36" main by agreement with owner. AKA Job #87-91 | | Chesterfield Township | Macomb |
| Water System Projects | WS-552 P-11 | 27' Easement for 36" main by agreement with owner. AKA Job #87-92 | | Chesterfield Township | Macomb |
| Water System Projects | WS-552 P-12 | 27' Easement for 36" main by agreement with owner. AKA Job #87-93 | | Chesterfield Township | Macomb |
| Water System Projects | WS-552 P-13 | 27' Easement for 36" main by agreement with owner. AKA Job #87-94 | | Chesterfield Township | Macomb |
| Water System Projects | WS-552 P-14 | 27' Easement for 36" main by condemnation # 88-795-CC. AKA Job #87-95 | | Chesterfield Township | Macomb |
| Water System Projects | WS-552 P-15 | 27' Easement for 36" main by condemnation # 88-795-CC. AKA Job #87-96 | | Chesterfield Township | Macomb |

A-35

| | | | | | | |
|---|---|---|---|---|---|---|
| Water System Projects | WS-552 P-16 | 27' Easement for 36" main by condemnation # 88-795-CC. AKA Job #87-97 | | Chesterfield Township | | Macomb |
| Water System Projects | WS-552 P-17 | 27' Easement for 36" main by agreement with owner. AKA Job #87-98 | | Chesterfield Township | | Macomb |
| Water System Projects | WS-552 P-18 | 27' Easement for 36" main by condemnation # 88-796-C9. AKA Job #87-99 | | Chesterfield Township | | Macomb |
| Water System Projects | WS-552 P-2 | 27' Easement for 36" main by agreement with owner. AKA Job #87-83 | | Chesterfield Township | | Macomb |
| Water System Projects | WS-552 P-3 | 27' Easement for 36" main by agreement with owner. AKA Job #87-84 | | Chesterfield Township | | Macomb |
| Water System Projects | WS-552 P-4 | 27' Easement for 36" main by agreement with owner. AKA Job #87-85 | | Chesterfield Township | | Macomb |
| Water System Projects | WS-552 P-5 | 27' Easement for 36" main by agreement with owner. AKA Job #87-86 | | Chesterfield Township | | Macomb |
| Water System Projects | WS-552 P-6 | 27' Easement for 36" main by agreement with owner. AKA Job #87-87 | | Chesterfield Township | | Macomb |
| Water System Projects | WS-552 P-7 | 27' Easement for 36" main by agreement with owner. AKA Job #87-88 | | Chesterfield Township | | Macomb |
| Water System Projects | WS-552 P-8 | 27' Easement for 36" main by agreement with owner. AKA Job #87-89 | | Chesterfield Township | | Macomb |
| Water System Projects | WS-552 P-9 | 27' Easement for 36" main by agreement with owner. AKA Job #87-90 | | Chesterfield Township | | Macomb |
| Water System Projects | WS-553 P-1 | 27' Easement for 36" main by condemnation # 88-796-C9. AKA Job #87-100 | | New Haven | | Macomb |
| Water System Projects | WS-553 P-2 | 20' Easement for 36" main by agreement with owner. AKA Job #87-101 | | New Haven | | Macomb |

A-36

| | | | | | | |
|---|---|---|---|---|---|---|
| Water System Projects | WS-553 P-3 | 20' Easement for 36" main by agreement with owner. AKA Job#87·102 | | New Haven | | Macomb |
| Water System Projects | WS-553 P-4 | 27' Easement for 36" main by agreement with owner. AKA Job #87-103 | | New Haven | | Macomb |
| Water System Projects | WS-553 P-5 | 27' Easement for 36" main by condemnation # 88-796-CC. AKA | | New Haven | | Macomb |
| Water System Projects | WS-553 P-6 | 27' Easement for 36" main by agreement with owner. AKA Job #87-105 | | New Haven | | Macomb |
| Water System Projects | WS-553 P-7 | 27' Easement for 36" main by agreement with owner. AKA Job #87-106 | | New Haven | | Macomb |
| Water System Projects | WS-554 P-1 | 27' Easement for 36" main by agreement with owner. AKA Job #87-107 | | New Haven | | Macomb |
| Water System Projects | WS-554 P-10 | 60' Easement for 36" main from owner to Macomb County who assigned a nonexclusive Interest In easement to DWSD. | | Lenox Twp. | | Macomb |
| Water System Projects | WS-554 P-11 | 6O' Easement for 36" main from owner to Macomb County who assigned a nonexclusive Interest In easement to DWSD. | | Lenox Twp. | | Macomb |
| Water System Projects | WS-554 P-12 | 60' Easement for 36" main from owner to Macomb County who assigned a nonexclusive Interest In easement to DWSD. | | Lenox Twp. | | Macomb |
| Water System Projects | WS-554 P-13 | 60' Easement for 36" main from owner to Macomb County who assigned a nonexclusive interest in easement to DWSD. | | Lenox Twp. | | Macomb |

A-37

| Water System Projects | WS-554 P-14 | 60' Easement for 36" main from owner to Macomb County who assigned a nonexclusive interest in easement to DWSD. | | Lenox Twp. | | Macomb |
|---|---|---|---|---|---|---|
| Water System Projects | WS-554 P-15 | 60' Easement for 36" main from owner to Macomb County who assigned a nonexclusive Interest in easement to DWSD. | | Lenox Twp. | | Macomb |
| Water System Projects | WS-554 P-16 | 60' Easement for 36" main from owner to Macomb County who assigned a nonexclusive Interest In easement to DWSD. | | Lenox Twp. | | Macomb |
| Water System Projects | WS-554 P-17 | 80' Easement for 36" main from owner to Macomb County who assigned a nonexclusive Interest In easement to DWSD. | | Lenox Twp. | | Macomb |
| Water System Projects | WS-554 P-18 | 80' & 60' Easement for 36" main from owner to Macomb County who assigned a nonexclusive interest in easement to DWSD. | | Lenox Twp. | | Macomb |
| Water System Projects | WS-554 P-19 | 60' Easement for 36" main from owner to Macomb County who assigned a nonexclusive Interest in easement to DWSD. | | Lenox Twp. | | Macomb |
| Water System Projects | WS-554 P-2 | 27' Easement for 36" main by agreement with owner. AKA Job #87-108 | | New Haven | | Macomb |
| Water System Projects | WS-554 P-20 | 60' Easement for 36" main from owner to Macomb County who assigned a nonexclusive interest in easement to DWSD. | | Lenox Twp. | | Macomb |

A-38

| Water System Projects | WS-554 P-21 | 60' Easement for 36" main from owner to Macomb County who assigned nonexclusive interest in easement to DWSD. | | Lenox Twp. | | Macomb |
|---|---|---|---|---|---|---|
| Water System Projects | WS-554 P-22 | 60' Easement for 36" main from owner to Macomb County who assigned nonexclusive interest in easement to DWSD. Also see Job #88-09 (addendum to easements). | | Lenox Twp. | | Macomb |
| Water System Projects | WS-554 P-3 | 27' Easement for 36" main by agreement with owner. AKA Job #87-109 | | New Haven | | Macomb |
| Water System Projects | WS-554 P-4 | 27' Easement for 36" main by agreement with owner. AKA Job #87-110 | | New Haven | | Macomb |
| Water System Projects | WS-554 P-5 | 27' Easement for 36" main by agreement with owner. AKA Job #87-111 | | New Haven | | Macomb |
| Water System Projects | WS-554 P-8 | 27' Easement for 36" main by agreement with owner. AKA Job #87-112 | | New Haven | | Macomb |
| Water System Projects | WS-554 P-7 | 27' Easement for 36" main by agreement with owner. AKA Job #87-113 | | New Haven | | Macomb |
| Water System Projects | WS-554 P-8 | 27' Easement for 36" main by condemnation I 88-797-00. AKA Job #87-114 | | New Haven | | Macomb |
| Water System Projects | WS-554 P-9 | 27' Easement for 36" main by agreement with owner. AKA Job #87-115 | | Lenox Twp. | | Macomb |
| Water System Projects | WS-561 | General file for 72" main, contains planning, route map, construction authorization agreements, memos and correspondence. | | Bloomfield Hills & Birmingham | | Oakland |
| Water System Projects | WS-562 | General file for 72" main. Contains planning, CM's. | | Birmingham & Bloomfield Twp. | | Oakland |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | memos and correspondence. | | | | |
| Water System Projects | WS-563 | General file for 72" main, contains planning, CM's, memos, and correspondence. | | Bloomfield Hills, Bingham Farms,& Franklin | | Oakland |
| Water System Projects | WS-563 P-1 | Pinehurst Condominium Tree Survey. Should not have been made a parcel #. No record of tree removal or payment AKA Job #89-58 | | Bingham Farms | | Oakland |
| Water System Projects | WS-563 P-2 | Construction Authorization Agreement | | Southfield | | Oakland |
| Water System Projects | WS-563 P-3 | 27' Easement for 36" main by agreement with owner. AKA Job #90-31. | | Bingham Farms | 48010 | Oakland |
| Water System Projects | WS-564 | General file for 36" main In 24 Mile Road. No other Info in file. | | Shelby Township | | Macomb |
| Water System Projects | WS-593 | General file for 72" main In Goddard Road. Contains letter of authorization by Allen Park for DWSD to construct. | | Allen Park | | Wayne |
| Water System Projects | WS-604 605 606 | General file for 42" main along I-94 and Fairchild from Metroparkway (16-Mile) to 24 Mlle. Currently on hold. Also known as CS-1165 and Job #93-17. | | | | Macomb |
| Water System Projects | WS-605 P-1 | 30' Easement for 42" main withdrawn in favor of new route (still undecided as of 4-11-00). | | Macomb Township | | Macomb |
| Water System Projects | WS-605 P-10 | 30' Easement for 42" main withdrawn in favor of new route (still undecided as of 4-11-00). | | Macomb Township | | Macomb |
| Water System Projects | WS-605 P-2 | 30' Easement for 42" main withdrawn In favor of new route (still undecided as of | | Macomb Township | | Macomb |

A-40

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 4-11-00). | | | | |
| Water System Projects | IWS-605 P-3 | 30' Easement for 42" main withdrawn in favor of new route (still undecided as of 4-11-00). | | Macomb Township | | Macomb |
| Water System Projects | WS-605 P-4 | 30' Easement for 42" main withdrawn in favor of new route (still undecided as of 4-11-00). | | Macomb Township | | Macomb |
| Water System Projects | WS-605 P-5 | 30' Easement for 42" main withdrawn In favor of new route (still undecided as of 4-11-00). | | Macomb Township | | Macomb |
| Water System Projects | WS-605 P-6 | 30' Easement for 42" main withdrawn In favor of new route (still undecided as of 4-11-00). | | Macomb Township | | Macomb |
| Water System Projects | WS-605 P-7 | 30' Easement for 42" main withdrawn In favor of new route (still undecided as of 4-11-00). | | Macomb Township | | Macomb |
| Water System Projects | WS-605 P-8 | Triangular easement for 42" main withdrawn in favor of new route (still undecided as of 4-11-00) | | Macomb Township | | Macomb |
| Water System Projects | WS-605 P-9 | 30' Easement for 42" main withdrawn in favor of new route (still undecided as of 4-11-00). | | Macomb Township | | Macomb |
| Water System Projects | WS-606 P-1 | 30' Easement for 42" main withdrawn in favor of new route (still undecided as of 4-11-00). | | Harrison Township | | Macomb |
| Water System Projects | WS-606 P-2 | Existing 30' easement under PE-45 (sewer} to Include 42" watermain presently on hold (DWSD paid $2,000 on 12-15-97). | | Harrison Township | | Macomb |
| Water System Projects | WS-606 P-3 | Triangular easement for 42" main presently on hold as of 4-11-00). | | Harrison Township | | Macomb |

A-41

| | | | | | | |
|---|---|---|---|---|---|---|
| Water System Projects | WS-606 P-4 | 30' Easement for 42" main presently on hold as of 4-11-00. | | Harrison Township | | Macomb |
| Water System Projects | WS-006 P-5 | 30' Easement for 42" main presently on hold as of 4-11-00. | | Harrison Township | | Macomb |
| Water System Projects | WS-006 P-6 | 30' Easement for 42" main presently on hold as of 4-11-00. | | Harrison Township | | Macomb |
| Water System Projects | WS-606 P-7 | Triangular easement for 42" main presently on hold as of 4-11-00 | | Harrison Township | | Macomb |
| Water System Projects | WS-61B P-1 | 45 Foot Easement for a 54 Inch water main. | 20945 Link Road. | Southfield | 48034 | Oakland |
| Leases | LA 87-22 | Lease w/Province of Ontario, as Lessor, dated 7/23/1968, as amended | Township of Sandwich | | | Ontario, Canada |
| Water System Intake | | Belle Isle Intake | Belle Isle | Detroit | 48207 | Wayne |

[Figures 1 and 2 to be inserted here]

A-42



GLWA Leased Water Assets
Water Treatment Plant
Pump Station
Wholesale Master Meter
Raw Water Intake Structure
Raw Water Intake Tunnel
Water Transmission Mains
Pipes D ≥ 24"
Pipes D < 24"
Community Boundaries
Detroit
DWSD Service Communities
Other Communities
Figure 1
0 2 4 8 12 16 Miles
N
E
S
W
METCO
Note:
The transition point between the wholesale and retail system will be considered the first valve on the conneciton line from the transmission to the retail system. The valve will be the responsibility of GLWA.
Date: 6/12/2015



GLWA Leased Water Assets - Inside City
Water Treatment Plant
Pump Station
Wholesale Master Meter
RawWaterIntakeStructure
Raw Water Intake Tunnel
Water Transmission Mains
Pipes D ≥ 24"
Pipes D < 24"
Community Boundaries
Detroit
Other Communities
Figure 2
METCO
Note:
The transition point between the wholesale and retail system will be considered the first valve on the conneciton line from the transmission to the retail system. The valve will be the responsibility of GLWA.
Date: 6/12/2015
0 0.5 1 2 3 4 Miles
N
E
S
W
Northeast Plant
Northwest
West Service Center
Springwells Plant
Water Works Park Plant
East Side (Canyon)
Ford Road
Electric Avenue

Personal Property:   The Personal Property shall include without limitation the following described property.

| WATER Equipment List | | | | | | |
|---|---|---|---|---|---|---|
| Equipment # | Year | Make or Type | Model | Class | Class Type | Location Assigned |
| N/A | N/A | WILTON | 7020 | BAND SAW | HORIZONTAL | LAKE HURON |
| N/A | N/A | KWIKOOL | KP012-43 | COOLING SYSTEM/139K BTU | PORTABLE | LAKE HURON |
| GE01948 | N/A | TAYLOR DUNN | R-380 | GOLF CART | UTILITY | LAKE HURON |
| GE91946 | 1991 | TAYLOR DUNN | R-380 | GOLF CART | UTILITY | LAKE HURON |
| GE91947 | N/A | TAYLOR DUNN | SS-534 | GOLF CART | UTILITY | LAKE HURON |
| GE97946 | N/A | TAYLOR DUNN | SS-534 | GOLF CART | UTILITY | LAKE HURON |
| GE97947 | 1997 | TAYLOR DUNN | SS-534 | GOLF CART | UTILITY | LAKE HURON |
| GE01946 | 2001 | TAYLOR DUNN | SS-534 | GOLF CART | UTILITY | LAKE HURON |
| N/A | N/A | TAYLOR DUNN | R-380 | GOLF CART | UTILITY | LAKE HURON |
| N/A | N/A | TAYLOR DUNN | R-380 | GOLF CART | UTILITY | LAKE HURON |
| GE01949 | 2001 | TAYLOR DUNN | SS-534 | GOLF CART | UTILITY | LAKE HURON |
| #13 | N/A | TAYLOR DUNN | SS-534 | GOLF CART | UTILITY | LAKE HURON |
| CE93710 | N/A | SIMON | 32-21 | 1-MAN LIFT | 500 LBS | LAKE HURON |
| N/A | N/A | DEUTZ | 43919 | 4" PUMP | DEWATERING | LAKE HURON |
| N/A | N/A | LINCOLN | DC250MK | ARC WELDER | PORTABLE | LAKE HURON |
| N/A | N/A | KAWASAKI | KAF620A | ATV | TRANSPORT | LAKE HURON |
| GE10985 | N/A | TORO | 38582 | BLOWER | SNOW | LAKE HURON |
| GE01947 | N/A | TAYLOR DUNN | R-380 | GOLF CART | UTILITY | LAKE HURON |
| GE97945 | 1997 | TAYLOR DUNN | N/A | GOLF CART | UTILITY | LAKE HURON |
| N/A | N/A | TAYLOR DUNN | R-380 | GOLF CART | UTILITY | LAKE HURON |
| N/A | N/A | TAYLOR DUNN | R380-36 | GOLF CART | UTILITY | LAKE HURON |
| N/A | 2007 | TAYLOR DUNN | R380 | GOLF CART | UTILITY | LAKE HURON |
| N/A | N/A | MILLER | MATTIE 250 | MIG WELDER | PORTABLE | LAKE HURON |
| N/A | N/A | DAYTON | 3W094B | PALLET JACK | HYDRAULIC | LAKE HURON |
| N/A | N/A | RIDGID | 535 | PIPE THREADER | | LAKE HURON |
| N/A | N/A | LANDA | 26215421 | POWER WASHER | GAS | LAKE HURON |
| N/A | N/A | LANDA | UHP3-70021D | PRESSURE WASHER | STATIONARY | LAKE HURON |
| N/A | 2004 | SKYJACK | 3226 | SCISSOR LIFT | | LAKE HURON |
| N/A | N/A | FORD | 250C | TRACTOR | FRONT END LOADER | LAKE HURON |
| N/A | N/A | MILLER | BOBCAT 225NT | WELDER /GENERATOR | PORTABLE | LAKE HURON |
| 942217 | 1994 | MITSUBISHI | FG40K | FORKLIFT | PROPANE | NEWTP |
| CE07055 | N/A | BRIGGS | 30242 | GENERATOR | GAS | NEWTP |
| GE07845 | N/A | JOHN DEERE | N/A | MOWER | GAS | NEWTP |
| GE09974 | N/A | JOHN DEERE | N/A | MOWER | GAS | NEWTP |
| N/A | N/A | SELF CHANGE | 160 | TIRE CHANGER | AIR | NEWTP |

| CE89179 | 1989 | CASE | N/A | TRACTOR | N/A | NEWTP |
|---|---|---|---|---|---|---|
| 96342 | N/A | STIHL | FS-90R | TRIMMER | CORD | NEWTP |
| GE07882 | N/A | STIHL | FS-90R | TRIMMER | CORD | NEWTP |
| GE12877 | N/A | STIHL | FS-90R | TRIMMER | GAS | NEWTP |
| N/A | N/A | STIHL | FS-90R | TRIMMER | CORD | NEWTP |
| N/A | N/A | STIHL | FS-90R | TRIMMER | CORD | NEWTP |
| N/A | N/A | STIHL | FS-90R | TRIMMER | CORD | NEWTP |
| N/A | N/A | STIHL | FS-90R | TRIMMER | GAS | NEWTP |
| CE94705 | 1994 | N/A | N/A | WELDER | GAS | NEWTP |
| N/A | N/A | LINCOLN | DC250MK | ARK WELDER | PORTABLE | LAKE HURON |
| GE10985 | N/A | TORO | 38582 | BLOWER | SNOW | LAKE HURON |
| N/A | N/A | KWIKOOL | KP012-43 | COOLING SYSTEM | PORTABLE | LAKE HURON |
| GE01946 | 2001 | TAYLOR DUNN | SS-534 | GOLF CART | TRANSPORT | LAKE HURON |
| GE91947 | N/A | TAYLOR DUNN | SS-534 | GOLF CART | TRANSPORT | LAKE HURON |
| GE01947 | 2001 | TAYLOR DUNN | R-380 | GOLF CART | TRANSPORT | LAKE HURON |
| GE01948 | 2001 | TAYLOR DUNN | R-380 | GOLF CART | TRANSPORT | LAKE HURON |
| N/A | N/A | TAYLOR DUNN | R-380 | GOLF CART | TRANSPORT | LAKE HURON |
| N/A | 2007 | TAYLOR DUNN | R380 | GOLF CART | TRANSPORT | LAKE HURON |
| N/A | N/A | TAYLOR DUNN | SS-534 | GOLF CART | TRANSPORT | LAKE HURON |
| N/A | N/A | MILLER | MATTIE 250 | MIG WELDER | PORTABLE | LAKE HURON |
| N/A | N/A | KAWASAKI | KAF620A | ATV | TRANSPORT | LAKE HURON |
| GE97946 | N/A | TAYLOR DUNN | SS-534 | GOLF CART | TRANSPORT | LAKE HURON |
| GE97947 | 1997 | TAYLOR DUNN | SS-534 | GOLF CART | TRANSPORT | LAKE HURON |
| N/A | N/A | TAYLOR DUNN | R380-36 | GOLF CART | TRANSPORT | LAKE HURON |
| N/A | N/A | TAYLOR DUNN | R-380 | GOLF CART | TRANSPORT | LAKE HURON |
| GE91946 | 1991 | TAYLOR DUNN | R-380 | GOLF CART | TRANSPORT | LAKE HURON |
| GE97945 | 1997 | TAYLOR DUNN | N/A | GOLF CART | TRANSPORT | LAKE HURON |
| N/A | N/A | TAYLOR DUNN | R-380 | GOLF CART | TRANSPORT | LAKE HURON |
| GE01949 | 2001 | TAYLOR DUNN | SS-534 | GOLF CART | TRANSPORT | LAKE HURON |
| CE93710 | 1993 | SIMON | 32-21 | MAN LIFT | 1-MAN | LAKE HURON |
| N/A | N/A | DAYTON | 3W094B | PALLET JACK | OAEJAKE HURONLL | LAKE HURON |
| N/A | N/A | RIDGID | 535 | PIPE THREADER | PORTABLE | LAKE HURON |
| N/A | N/A | LANDA | 26215421 | POWER WASHER | | LAKE HURON |
| N/A | N/A | LANDA | UHP3-70021D | PRESSURE WASHER | PORTABLE | LAKE HURON |
| N/A | N/A | DEUTZ | 43919 | PUMP | 4" | LAKE HURON |
| N/A | N/A | WILTON | 7020 | SAW | BAND | LAKE HURON |
| N/A | 2004 | SKYJACK | 3226 | SCISSOR LIFT | N/A | LAKE HURON |
| CE01179 | 2001 | JCB | ROBOT 170 | SKID STEER | LOADER | LAKE HURON |
| N/A | N/A | FORD | 250C | TRACTOR | LOADER | LAKE HURON |
| N/A | N/A | MILLER | BOBCAT 225NT | WELDER GENERATOR | PORTABLE | LAKE HURON |
| GE05980 | 2005 | TORO | N/A | THROWER | SNOW | NORTHEAST |

A-44

| GE96980 | 1996 | YARD MAN | N/A | THROWER | SNOW | NORTHEAST |
|---|---|---|---|---|---|---|
| GE12768 | 2012 | HUSTLER | N/A | MOWER | RIDING | NORTHEAST |
| GE10771 | 2010 | METRO/EXMARK | N/A | MOWER | SELF PROPELLED | NORTHEAST |
| N/A | N/A | BOSS | N/A | PLOW | SNOW | NORTHEAST |
| GE06984 | 2006 | HONDA | N/A | THROWER | SNOW | NORTHEAST |
| N/A | N/A | WESTWARD | N/A | TOOL CABINET | TOOL | NORTHEAST |
| GE08824 | 2008 | SILVER | N/A | TRAILER | UTILITY | NORTHEAST |
| N/A | N/A | STIHL | N/A | TRIMMER | HEDGE | NORTHEAST |
| N/A | N/A | STIHL | N/A | SAW | CHAIN | SOUTHWEST |
| GE10941 | 2010 | STIHL | MS391 | SAW | CHAIN | SOUTHWEST |
| GE10989 | 2010 | SNAPPER | N/A | THROWER | SNOW | SOUTHWEST |
| N/A | N/A | HUSQVARNA | N/A | TRIMMER | HEDGE | SOUTHWEST |
| N/A | N/A | SPEEDAIRE | N/A | AIR TANK | PORTABLE | SOUTHWEST |
| GE49298 | N/A | DAYTON | N/A | BATTERY CHARGER | 45455 | SOUTHWEST |
| N/A | N/A | WESTWARD | N/A | BATTERY CHARGER | 45455 | SOUTHWEST |
| GE00805 | N/A | STIHL | N/A | BLOWER | BACKPACK | SOUTHWEST |
| N/A | N/A | STIHL | N/A | BLOWER | BACKPACK | SOUTHWEST |
| GE11755 | 2011 | HUSTLER | N/A | MOWER | RIDING | SOUTHWEST |
| GE12760 | 2012 | HUSTLER | N/A | MOWER | RIDING | SOUTHWEST |
| GE99843 | 1999 | STIHL | MS036 | SAW | CHAIN | SOUTHWEST |
| GE00843 | 2000 | STIHL | HS45 | SAW | CHAIN | SOUTHWEST |
| N/A | N/A | HONDA | N/A | THROWER | SNOW | SOUTHWEST |
| N/A | N/A | VIDMAR | N/A | TOOL CABINET | TOOL | SOUTHWEST |
| N/A | N/A | ECHO | N/A | TRIMMER | CORD | SOUTHWEST |
| GE13381 | 2013 | HUSQVARNA | N/A | TRIMMER | CORD | SOUTHWEST |
| N/A | N/A | STIHL | N/A | TRIMMER | HEDGEE | SOUTHWEST |
| N/A | N/A | STIHL | N/A | TRIMMER | CORD | SOUTHWEST |
| N/A | N/A | STIHL | N/A | TRIMMER | HEDGE | SOUTHWEST |
| GE10942 | 2010 | STIHL | MS539 | SAW | CHAIN | WATERWORKS |
| GE06980 | 2006 | HONDA | N/A | THROWER | SNOW | WATERWORKS |
| GE06983 | 2006 | HONDA | N/A | THROWER | SNOW | WATERWORKS |
| GE12980 | 2012 | SNAPPER | N/A | THROWER | SNOW | WATERWORKS |
| GE10986 | 2010 | TORO | N/A | THROWER | SNOW | WATERWORKS |
| N/A | N/A | POULAN | N/A | TRIMMER | HEDGE | WATERWORKS |
| N/A | N/A | STIHL | N/A | TRIMMER | HEDGE | WATERWORKS |
| N/A | N/A | TANAKA | N/A | TRIMMER | HEDGE | WATERWORKS |
| N/A | N/A | DAYTON | N/A | BATTERY CHARGER | 45455 | WATERWORKS |
| N/A | N/A | DAYTON | N/A | BATTERY CHARGER | 45455 | WATERWORKS |
| N/A | N/A | ECHO | N/A | BLOWER | CORD | WATERWORKS |
| GE12998 | 2012 | SNAPPER | N/A | BLOWER | BACKPACK | WATERWORKS |
| N/A | N/A | STIHL | N/A | BLOWER | BACKPACK | WATERWORKS |

A-45

| N/A | N/A | STIHL | N/A | BLOWER | BACKPACK | WATERWORKS |
|-----|-----|-------|-----|--------|----------|------------|
| N/A | N/A | LITTLE WONDER | N/A | EDGER | PUSH | WATERWORKS |
| CE92757 | 1992 | DIXIE | N/A | MOWER | RIDING | WATERWORKS |
| GE12764 | 2012 | HUSTLER | 931154US | MOWER | RIDING | WATERWORKS |
| GE94757 | 1994 | HUSTLER | 924736 | MOWER | RIDING | WATERWORKS |
| GE11757 | 2011 | HUSTLER/DIESEL | 928630-B | MOWER | RIDNG | WATERWORKS |
| GE07840 | 2007 | METRO/EXMARK | M15KA322P | MOWER | WALK BEHIND | WATERWORKS |
| GE09789 | 2009 | METRO/EXMARK | M15KA362 | MOWER | WALK BEHIND | WATERWORKS |
| GE07841 | 2007 | TORO | N/A | MOWER | PUSH | WATERWORKS |
| GE09770 | 2009 | TORO | 20067 | MOWER | PUSH | WATERWORKS |
| N/A | N/A | BOSS | N/A | PLOW | SNOW | WATERWORKS |
| N/A | N/A | BOSS | N/A | PLOW | SNOW | WATERWORKS |
| N/A | N/A | BOSS | N/A | PLOW | SNOW | WATERWORKS |
| N/A | N/A | N/A | N/A | POWER WASHER | PORTABLE | WATERWORKS |
| 604 | N/A | LCG | N/A | TRACTOR | LOADER | WATERWORKS |
| N/A | N/A | SILVER | N/A | TRAILER | UTILITY | WATERWORKS |
| N/A | N/A | SILVER | N/A | TRAILER | UTILITY | WATERWORKS |
| GE13880 | 2013 | HUSQVARNA | N/A | TRIMMER | CORD | WATERWORKS |
| N/A | N/A | HUSQVARNA | N/A | TRIMMER | CORD | WATERWORKS |
| N/A | N/A | STIHL | N/A | TRIMMER | CORD | WATERWORKS |
| N/A | N/A | STIHL | N/A | TRIMMER | CORD | WATERWORKS |
| GE10876 | 2010 | STIHL | FS250 | TRIMMER | CORD | WATERWORKS |
| GE10878 | 2010 | STIHL | FS550 | TRIMMER | CORD | WATERWORKS |
| GE13850 | 2013 | STIHL | MS461 | TRIMMER | CORD | WATERWORKS |
| GE10877 | 2010 | STIHL | FS550 | TRIMMER - | CORD | WATERWORKS |
| GE95810 | 1995 | KAWASAKI | MULE2510 | ATV | TRANSPORT | LHWTP |
| MH01001 | 2001 | TOYOTA | 5FBE18 | FORKLIFT | ELECTRIC | LHWTP |
| GE99949 | 1999 | CLUB CAR | CARRYALL VI | GOLF CART | UTILITY | LHWTP |
| CE01179 | 2001 | JCB | ROBOT 170 | SKID STEER | LOADER | LHWTP |
| GE99960 | 1999 | JOHN DEERE | 5310 | TRACTOR | LOADER | LHWTP |
| GE96833 | 1996 | SILVA | LAWNCARE | TRAILER | UTILITY | LHWTP |
| CE93710 | 1993 | SIMON | 32/21 EAGLE | LIFT | AERIAL | LHWTP |
| CE91432 | 1991 | GORMAN RUPP | 8052760 | PUMP | TOWED | LHWTP |
| N/A | N/A | MILTON | N/A | BAND SAW | N/A | NEWTP |
| N/A | N/A | BUFFALO | 22 | DRILL PRESS | N/A | NEWTP |
| N/A | N/A | DAKE | 907002 | DRILL PRESS | N/A | NEWTP |
| N/A | N/A | DAYTON | 6W281G | DRILL PRESS | N/A | NEWTP |
| N/A | N/A | TENNANT | 5700 | FLOOR SCRUBBER | N/A | NEWTP |
| N/A | N/A | TENNANT | 5700 | FLOOR SCRUBBER | N/A | NEWTP |
| N/A | N/A | MITSUBISHI | FG40R | FORKLIFT | N/A | NEWTP |
| CE05055 | N/A | BALDOR | TS25 | GENERATOR | N/A | NEWTP |

A-46

| N/A | N/A | GENI IND. | | MANLIFT | N/A | NEWTP |
|-----|-----|-----------|--|---------|-----|-------|
| N/A | N/A | JLG | 20MVL | MANLIFT | N/A | NEWTP |
| N/A | N/A | JO BOX | 682990R2 | TOOL BOX | STORAGE | NEWTP |
| N/A | N/A | KNAACK | N/A | TOOL BOX | STORAGE | NEWTP |
| N/A | N/A | KNAACK | N/A | TOOL BOX | STORAGE | NEWTP |
| N/A | N/A | KNAACK | N/A | TOOL BOX | STORAGE | NEWTP |
| N/A | N/A | KNAACK | N/A | TOOLBOX | N/A | NEWTP |
| GE08822 | 2008 | PJ | 8512 | TRAILER | UTILITY | NEWTP |
| CE09045 | 2009 | CATERPILLAR | XQ 60 | GENERATOR | TRAILER | SCC |
| N/A | N/A | DAYTON | 1UG91C | SHOP VAC | N/A | SPWTP |
| CE10046 | N/A | BALDOR | TS25 | GENERATOR | N/A | SPWTP |
| N/A | N/A | SOUTHBEND | N/A | LATHE | N/A | SPWTP |
| N/A | N/A | PORT-A-COOL | 2000 | ROOM COOLER | N/A | SPWTP |
| N/A | N/A | KNAACK | N/A | TOOL BOX | STORAGE | SPWTP |
| N/A | N/A | KNAACK | N/A | TOOL BOX | STORAGE | SPWTP |
| N/A | N/A | KNAACK | N/A | TOOL BOX | STORAGE | SPWTP |
| N/A | N/A | HOBARY | 2410 | WELDER | ELECTRIC | SPWTP |
| N/A | N/A | GREENERD | N/A | ARBOR PRESS | N/A | SPWTP |
| N/A | N/A | DAKE | N/A | BAND SAW | N/A | SPWTP |
| N/A | N/A | N/A | N/A | CHOPSAW | N/A | SPWTP |
| N/A | N/A | ROCKWELL | 20 | DRILL PRESS | N/A | SPWTP |
| N/A | N/A | WT | N/A | DRILL PRESS | STATIONARY | SPWTP |
| N/A | N/A | AIR MONSTER | N/A | FAN | N/A | SPWTP |
| N/A | N/A | TENNANT | 5700 | FLOOR SCRUBBER | N/A | SPWTP |
| N/A | N/A | DAYTON | 3WX44 | GENERATOR | N/A | SPWTP |
| N/A | N/A | N/A | N/A | GRINDER | N/A | SPWTP |
| N/A | N/A | SWAGELOK | N/A | HOSE MACHINE | N/A | SPWTP |
| N/A | N/A | RIGID | 1224 | PIPE MACHINE | N/A | SPWTP |
| N/A | N/A | MI-T-M | N/A | POWER WASHER | PORTABLE | SPWTP |
| N/A | N/A | ENERPAC | N/A | PRESS | N/A | SPWTP |
| N/A | N/A | EVERPAC | N/A | PRESS | N/A | SPWTP |
| N/A | N/A | ECONOLINE | N/A | SAND BLASTER | N/A | SPWTP |
| N/A | N/A | DAYTON | N/A | SHOP VAC | N/A | SPWTP |
| N/A | N/A | BARNES | N/A | SUMP PUMP | N/A | SPWTP |
| N/A | N/A | JO BOX | 682990RS | TOOL BOX | STORAGE | SPWTP |
| N/A | N/A | JO BOX | 694990RO | TOOL BOX | STORAGE | SPWTP |
| N/A | N/A | N/A | 1028 | VACUUM | N/A | SPWTP |
| N/A | N/A | N/A | N/A | WELD CART | STATIONARY | SPWTP |
| N/A | N/A | DAYTON | 4TR14A | WET/DRY VAC | N/A | SPWTP |
| N/A | N/A | DAYTON | 4TR14A | WET/DRY VAC | N/A | SPWTP |
| N/A | N/A | DAYTON | 3UP77A | WET/DRY VAC | N/A | SPWTP |

A-47

| N/A | N/A | DAYTON | 4TB85A | WET/DRY VAC | N/A | SPWTP |
|---|---|---|---|---|---|---|
| MH08001 | 2008 | TOYOTA | 7FGCU25 | FORKLIFT | PROPANE | SPWTP |
| GE81755 | 1981 | KUT KWICK | SSM 23-72 | MOWER | RIDING | SPWTP |
| N/A | N/A | N/A | N/A | BENCH VISE | N/A | SWWTP |
| N/A | N/A | JUSTRITE | N/A | CABINET | STORAGE | SWWTP |
| N/A | N/A | MILWAUKEE | N/A | CHOPSAW | GAS | SWWTP |
| N/A | N/A | JET | N/A | DRILL PRESS | N/A | SWWTP |
| N/A | N/A | TENNANT | 5700 | FLOOR SCRUBBER | N/A | SWWTP |
| N/A | N/A | TENNANT | 5700 | FLOOR SCRUBBER | N/A | SWWTP |
| N/A | N/A | DAYTON | 3500 | GENERATOR | N/A | SWWTP |
| CE09046 | 2009 | DENYO | MQ 85 | GENERATOR | TRAILER | SWWTP |
| CE09047 | 2009 | DENYO | MQ 10 | GENERATOR | TRAILER | SWWTP |
| N/A | N/A | DAYTON | N/A | GRINDER | 6" | SWWTP |
| CE8157 | 1981 | GENIE | Z34/22 | LIFT | AERIAL | SWWTP |
| N/A | N/A | JLG | N/A | MANLIFT | N/A | SWWTP |
| N/A | N/A | JLG | N/A | MANLIFT | N/A | SWWTP |
| GE11755 | 2011 | HUSTLER | 928630-B | MOWER | RIDING | SWWTP |
| GE12760 | 2012 | HUSTLER | 931154US | MOWER | RIDING | SWWTP |
| GE95756 | 1995 | HUSTLER | 4500 | MOWER | RIDING | SWWTP |
| N/A | N/A | JO BOX | N/A | TOOL BOX | STORAGE | SWWTP |
| N/A | N/A | JO BOX | 681990 | TOOL BOX | STORAGE | SWWTP |
| N/A | N/A | JO BOX | 6833 | TOOL BOX | STORAGE | SWWTP |
| N/A | N/A | PROTO | N/A | TOOL BOX | STORAGE | SWWTP |
| GE14820 | 2014 | FELLING | FT-14-IT-D | TRAILER | CONSTRUCTION | SWWTP |
| GE96820 | 1996 | SILVA | LAWNCARE | TRAILER | UTILITY | SWWTP |
| N/A | N/A | DAYTON | 47506 | WELDING CART | STATIONARY | SWWTP |
| GE97755 | 1997 | HUSTLER | ZERO TURN | MOWER | RIDING | WWP |
| GE98762 | 1998 | HUSTLER | ZERO TURN | MOWER | RIDING | WWP |
| CE87217 | 1987 | SULLAIR | 07978A-27-TY | COMPRESSOR | AIR | WWPTP |
| GE08757 | 2008 | DIXIE CHOPPER | XT3300-60 | MOWER | RIDING | WWPWTP |
| GE92757 | 1992 | DIXIE CHOPPER | XW2000 | MOWER | RIDING | WWPWTP |
| GE96831 | 1996 | SILVA | LAWNCARE | TRAILER | UTILITY | WWPWTP |
| N/A | N/A | MICH PNEUMATIC | 2021 | AIRSPADE | N/A | CENTRAL |
| CE11013 | N/A | ALLMAND | AB2220 | ARROW BOARD | TOWED | CENTRAL |
| CE10221 | 2010 | BOSS | D-185 | COMPRESSOR | TOWED | CENTRAL |
| N/A | N/A | MICH PNEUMATIC | THOR | JACK HAMMER | 1 1/4" | CENTRAL |
| CE05370 | N/A | GORMAN RUPP | 82EGX240 | PUMP | 2" | CENTRAL |
| CE2371 | N/A | GORMAN RUPP | 185432 | PUMP | 2" | CENTRAL |
| CE13376 | N/A | HONDA | N/A | PUMP | 2" | CENTRAL |
| CE13377 | N/A | HONDA | WA-15 | PUMP | 1" | CENTRAL |
| CE13386 | N/A | HONDA | WT-20X | PUMP | 2" | CENTRAL |

A-48

| CE13393 | N/A | HONDA | WT20X | PUMP | 2" | CENTRAL |
|---|---|---|---|---|---|---|
| 253 | N/A | HOMELITE | 111B-1B | BLOWER | UTILITY | CSF |
| CE99704 | N/A | HOMELITE | 111B-1B | BLOWER | UTILITY | CSF |
| GE03945 | 2003 | CLUB CAR | CARRYALL1 | GOLF CART | UTILITY | CSF |
| 96856 | 1996 | JLG LIFT | 45HA | LIFT | ARTICULATING | CSF |
| CE09978 | N/A | STIHL | N/A | TRIMMER | CORD | CSF |
| N/A | N/A | YAMAHA | N/A | N/A | N/A | CSF |
| N/A | N/A | DAYTON | 2E510 | HEATER | KEROSENE | CSF |
| P82 | N/A | GORDON RUPP | P82 | PUMP | 1" | CSF |
| GE9775 | N/A | HUSTLER | 924738 | MOWER | RIDING | CSF |
| GE98762 | N/A | HUSTLER | 924738 | MOWER | RIDING | CSF |
| CE14670 | 2014 | ALLMAND | NIGHT-LIGHT PRO-V-SER | PLANT | LIGHTING | CSF |
| GE89810 | 1989 | YAMAHA | WARRIOR | ATV | TRANSPORT | CSF |
| GE12945 | 2012 | CARRYALL | GE12945 | GOLF CART | UTILITY | CSF |
| N/A | N/A | CRAFTSMAN | N/A | POWER WASHER | | CSF |
| N/A | N/A | HONDA | WT20X | PUMP | 2" | CSF |
| N/A | N/A | HONDA | WT20X | PUMP | 2" | CSF |
| N/A | N/A | HONDA | WT20X | PUMP | 2" | CSF |
| N/A | N/A | HONDA | WT20X | PUMP | 2" | CSF |
| N/A | N/A | HONDA | WT20X | PUMP | 2" | CSF |
| N/A | N/A | HONDA | WT20X | PUMP | 2" | CSF |
| N/A | N/A | HONDA | GX160 | PUMP | 2" | CSF |
| N/A | N/A | HONDA | GX160 | PUMP | 2" | CSF |
| MS10 | N/A | GORMAN RUPP | B17012 | PUMP | 2" | CSF |
| MS11 | N/A | GORMAN RUPP | B17012 | PUMP | 2" | CSF |
| MS12 | N/A | GORMAN RUPP | B17012 | PUMP | 2" | CSF |
| MS13 | N/A | GORMAN RUPP | B17012 | PUMP | 2" | CSF |
| MS18 | N/A | GORMAN RUPP | B17012 | PUMP | 2" | CSF |
| MS20 | N/A | GORMAN RUPP | B17012 | PUMP | 2" | CSF |
| MS9 | N/A | GORMAN RUPP | B17012 | PUMP | 2" | CSF |
| M12 | N/A | BRIGGS | INTEX 206 | PUMP | 2" | CSF |
| M1 | N/A | HONDA | GX160 | PUMP | 2" | CSF |
| M4 | N/A | HONDA | GX160 | PUMP | 2" | CSF |
| M5 | N/A | HONDA | GX160 | PUMP | 2" | CSF |
| M6 | N/A | HONDA | GX160 | PUMP | 2" | CSF |
| M2 | N/A | AMT | 3932-95 | PUMP | 2" | CSF |
| M15 | N/A | GORMAN RUPP | N/A | PUMP | 2" | CSF |
| N/A | N/A | SPEEDAIRE | 2Z761A | TANK | AIR | CSF |
| N/A | N/A | DAYTON | 2Z974A | VACUUM | SHOP VAC | CSF |
| N/A | N/A | BARNES | 111B1B | PUMP | 2" SUMP | CSF |
| N/A | N/A | BARNES | 111B1B | PUMP | 2" SUMP | CSF |

A-49

| N/A | N/A | BARNES | 111B1B | PUMP | 2" SUMP | CSF |
|-----|-----|--------|--------|------|---------|-----|
| N/A | N/A | BARNES | SE511 | PUMP | 2" SUMP | CSF |
| CE98695 | 1999 | HOMELITE | 281670 | BLOWER | UTILITY | CSF |
| N/A | N/A | HOMLITE | 375440 | BLOWER | UTILITY | CSF |
| CE99701 | 1998 | HOMELITE | 401424 | BLOWER | UTILITY | CSF |
| N/A | N/A | AIR SYSTEM INT'L | SBB-E8 | BLOWER | UTILITY | CSF |
| N/A | N/A | COPPUS CADET | VE1 | BLOWER | UTILITY | CSF |
| N/A | N/A | SPEEDAIRE | 5F562E | COMPRESSOR | AIR | CSF |
| N/A | N/A | SOUTHLAND | S-WFT-16022-E | EDGER | 22" | CSF |
| 951 | N/A | TOYOTA | 951 | FORKLIFT | LP | CSF |
| CE9855 | N/A | HOMELITE | LR4400 | GENERATOR | GAS | CSF |
| N/A | N/A | HONDA | AIRLESSCO | PAINT MACHINE | GAS | CSF |
| N/A | N/A | HOFFMAN | N/A | BLAST ROOM | PERMANENT | CSF |
| N/A | N/A | DEVIL BISS | N/A | BOOTH | PAINT | CSF |
| N/A | 2010 | GRAVO GRAPH | IS-900 | ENGRAVER | STATIONARY | CSF |
| GE99950 | N/A | CLUBCAR | CARRYALL | GOLF CART | UTILITY | CSF |
| N/A | N/A | YAMAHA | 304 | GOLF CART | UTILITY | CSF |
| N/A | N/A | GENIE | AWP-25S | LIFT | 1 MAN | CSF |
| N/A | N/A | JLG | 20S | LIFT | 1 MAN | CSF |
| N/A | N/A | ALADA | N/A | PRESSURE WASHER | GAS | CSF |
| N/A | N/A | CYCLO BLAST | 6036-FPN-300311 | SAND BLASTER | STATIONARY | CSF |
| N/A | N/A | RED DEVIL | 5033 | SHAKER | PAINTER | CSF |
| N/A | N/A | RED DEVIL | 5033 | SHAKER | PAINTER | CSF |
| N/A | N/A | MERCURY | 5C | SPRAYER | | CSF |
| N/A | N/A | TURF LINER | N/A | SPRAYER | PAINT | CSF |
| CE08355 | N/A | ULTIMATE | L07C | SPRAYER | PAINT | CSF |
| N/A | N/A | GRACO | L13A | STRIPER | STREET | CSF |
| N/A | N/A | POWER LINER | 800 | STRIPER | PAINT | CSF |
| N/A | N/A | DAYTON | 32917 | DRILL PRESS | STATIONARY | CSF |
| N/A | N/A | HOMELITE | LR4400 | GENERATOR | GAS | CSF |
| N/A | N/A | HONDA | EB4000X | GENERATOR | PORTABLE | CSF |
| GE99945 | N/A | CLUBCAR | CARRYALL | GOLF CART | UTILITY | CSF |
| N/A | N/A | RIGID | W9-96 | GRINDER | BENCH | CSF |
| N/A | N/A | RIGID | 535 | PIPE THREADER | PORTABLE | CSF |
| N/A | N/A | RIGID | 1822-1 | PIPE THREADER | PORTABLE | CSF |
| N/A | N/A | RIGID | 1822-1 | SEWER MACHINE | DRUM | CSF |
| 390099 | 2000 | FORD | F-750 | BOX | CARGO | CSF |
| GE94757 | 1994 | EXECEL | BATWING | MOWER | RIDING | CSF |
| GE11756 | 2011 | HUSTLER | 928630-B | MOWER | RIDING | CSF |
| GE09758 | 2009 | JACOBSEN | HR-9016 | MOWER | RIDING | CSF |
| GE99961 | 1999 | JOHN DEERE | 5310 | TRAILER | UTILITY | CSF |

A-50

| GE96821 | 1996 | SILVA | LAWNCARE | TRAILER | UTILITY | CSF |
|---|---|---|---|---|---|---|
| GE96834 | 1996 | SILVA | LAWNCARE | TRAILER | UTILITY | CSF |
| CE14219 | 2014 | AIRMAN | PDS 185S-5C2 | COMPRESSOR | TOWED | EAST |
| N/A | N/A | MICH PNEUMATIC | THOR | JACK HAMMER | PNEUMATIC | EAST |
| N/A | N/A | R-N | N/A | BATTERY CHARGER | 6V,12V,24V | MOB |
| N/A | N/A | BLUE GIANT | LT120W30 | FORKLIFT | HYDRUALIC | MOB |
| N/A | N/A | ONAN | PRO4000E | GENERATOR | PORTABLE | MOB |
| N/A | N/A | COTTERMAN | 2568H | MAXI-LIFT | 25' | MOB |
| N/A | N/A | DAYTON | 4YX96 | PALLET TRUCK LIFT | 6000 LBS. | MOB |
| N/A | N/A | DAYTON | 8KF12 | POWER WASHER | PORTABLE | MOB |
| N/A | N/A | DAYTON | 8KF13 | POWER WASHER | PORTABLE | MOB |
| N/A | 1999 | JLG | 1932 - E | SCISSOR LIFT | 19' MAX | MOB |
| N/A | N/A | DAYTON | 2RPD8 | SHOP VAC | GAS | MOB |
| N/A | N/A | ARIENS | 92006 | SNOW BLOWER | 900 SERIES | MOB |
| N/A | N/A | SNAPPER | 1695880 | SNOW BLOWER | GAS | MOB |
| N/A | N/A | TORO | 38600 | SNOW BLOWER | GAS | MOB |
| N/A | N/A | VESTIL | T-150 | TRASH DUMPSTER | 5000 LBS | MOB |
| N/A | N/A | VESTIL | T-150 | TRASH DUMPSTER | 5000 LBS | MOB |
| N/A | N/A | MICH PNEUMATIC | N/A | AIRSPADE | N/A | NORTH |
| CE11011 | 2011 | ALLMAND | 2220 / SE | ARROW BOARD | TOWED | NORTH |
| CE14216 | 2014 | AIRMAN | PDS-185S-5C2 | COMPRESSOR | TOWED | NORTH |
| CE13057 | N/A | HONDA | EB4000X | GENERATOR | GAS | NORTH |
| CE10222 | 2010 | BOSS | D-185 | COMPRESSOR | TOWED | WEST |
| CE13055 | N/A | HONDA | EB4000X | GENERATOR | PORTABLE | WEST |
| N/A | N/A | N/A | N/A | CLAY SPADE | N/A | CENTRAL |
| N/A | N/A | N/A | N/A | CLAY SPADE | N/A | CENTRAL |
| B-30 | N/A | HONDA | N/A | PUMP | 2" | CENTRAL |
| GE10770 | 2010 | EXMARK | N/A | MOWER | SELF PROPELLED | CSF |
| N/A | N/A | VESTIL | T-150 | DUMPSTER | TRASH | MOB |
| N/A | N/A | R-N | N/A | BATTERY CHARGER | 45455 | MOB |
| N/A | N/A | ARIENS | 92006 | BLOWER | SNOW | MOB |
| N/A | N/A | SNAPPER | 1695880 | BLOWER | SNOW | MOB |
| N/A | N/A | TORO | 38600 | BLOWER | SNOW | MOB |
| N/A | N/A | VESTIL | T-150 | DUMPSTER | TRASH | MOB |
| N/A | N/A | BLUE GIANT | LT120W30 | FORK LIFT | BATTERY | MOB |
| N/A | N/A | ONAN | PRO4000E | GENERATOR - PRO 4000 E | PORTABLE | MOB |
| N/A | N/A | COTTERMAN | 2568H | MAXI-LIFT 25' HIGH | 25' | MOB |
| N/A | N/A | DAYTON | 4YX96 | PALLET TRUCK LIFT 6000 LBS. | 6000 LBS | MOB |
| N/A | N/A | DAYTON | 8KF12 | POWER WASHER | PORTABLE | MOB |
| N/A | N/A | DAYTON | 8KF13 | POWER WASHER | PORTABLE | MOB |
| N/A | 1999 | JLG | 1932 - E | SISSOR LIFT | 19' MAX | MOB |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/A | N/A | DAYTON | 2RPD8 | VACUUM | SHOP | MOB |
| MH11001 | 2011 | HYSTER | N35ZRS-14.5 | FORKLIFT | ELECTRIC | CSF |
| N/A | N/A | YAMAHA | 90 | GOLF CART | UTILITY | BASEMENT |
| N/A | N/A | BUSH HOG | SQ72 | MOWER | TRACTOR | BASEMENT |
| N/A | N/A | EXCEL | 924738 | MOWER | RIDING | BASEMENT |
| N/A | N/A | EXCEL | 924563 | MOWER | RIDING | BASEMENT |
| N/A | N/A | MEYER | HM-10 | SNOW PLOW | BLADE | BASEMENT |
| N/A | N/A | MEYER | ST-90 | SNOW PLOW | BLADE | BASEMENT |
| N/A | N/A | MEYER | ST-90 | SNOW PLOW | BLADE | BASEMENT |
| N/A | N/A | MEYER | HM-10 | SNOW PLOW | BLADE | BASEMENT |
| MH04001 | 2004 | TOYOTA | 7FGU20 | FORKLIFT | PROPANE | N/A |

| Water Vehicle List | | | | | | |
|---|---|---|---|---|---|---|
| Vehicle or Equip # | Year | Make or Type | Model | Class | Class Type | VIN/Serial # |
| 100800 | 2008 | CHEVROLET | COBALT | CAR | PASSENGER | 1G1AL58F587173722 |
| 100804 | 2008 | CHEVROLET | COBALT | CAR | PASSENGER | 1G1AL58F587173607 |
| 180875 | 2008 | CHEVROLET | 3500 | VAN | CARGO | 1GCHG356881164132 |
| 180877 | 2008 | CHEVROLET | 3500 | VAN | CARGO | 1GCHG356581162841 |
| 190585 | 2005 | CHEVROLET | C-8500 | UTILITY | SERVICE | 1GBP8C1C95F50674 |
| 300705 | 2007 | FORD | FOCUS | CAR | PASSENGER | 1FAHP34N07W121503 |
| 300707 | 2007 | FORD | FOCUS | CAR | PASSENGER | 1FAHP34N87W310755 |
| 300708 | 2007 | FORD | FOCUS | CAR | PASSENGER | 1FAHP34NX7W310756 |
| 300709 | 2007 | FORD | FOCUS | CAR | PASSENGER | 1FAHP34N17W310757 |
| 300902 | 2009 | FORD | FOCUS | CAR | PASSENGER | 1FAHP35N99W116298 |
| 319859 | 1998 | FORD | CLUB WAGON | VAN | PASSENGER | 1FBSS31F1WHA10591 |
| 320601 | 2006 | FORD | F-550 | DUMP | 3 YARD | 1FDAW57P36ED19595 |
| 340041 | 2000 | FORD | F-350 | UTILITY | HIGH BACK | 1FDWW36F0YEE57049 |
| 340682 | 2006 | FORD | E-450 | UTILITY | HYDRANT | 1FDXE45P06DB43847 |
| 340851 | 2008 | FORD | F-450 | UTILITY | HIGH BACK | 1FDXW46R08EE57489 |
| 340852 | 2008 | FORD | F-450 | UTILITY | HIGH BACK | 1FDXW46R78EE57490 |
| 340881 | 2008 | FORD | E-450 | UTILITY | HIGH BACK | 1FDWE45P88DA95187 |
| 340882 | 2008 | FORD | E-450 | UTILITY | HIGH BACK | 1FDWE45P68DA95186 |
| 340981 | 2009 | FORD | E-450 | UTILITY | HIGH BACK | 1FDXE45P69DA37570 |
| 340983 | 2009 | FORD | E-450 | UTILITY | HIGH BACK | 1FDXE45PX9DA37572 |
| 340984 | 2009 | FORD | E-450 | UTILITY | HIGH BACK | 1FDXE45P19DA37573 |
| 340986 | 2009 | FORD | E-450 | UTILITY | HIGH BACK | 1FDXE45P59DA37575 |
| 340988 | 2009 | FORD | E-450 | UTILITY | HIGH BACK | 1FDXE45P79DA78550 |
| 340989 | 2009 | FORD | E-450 | UTILITY | HIGH BACK | 1FDXE45P09DA78549 |
| 340990 | 2009 | FORD | E-450 | UTILITY | HIGH BACK | 1FDXE45P79DA78547 |
| 341162 | 2011 | FORD | F-450 | UTILITY | SERVICE | 1FDUF4GT8BEA68765 |

A-52

| | | | | | | |
|---|---|---|---|---|---|---|
| 341195 | 2011 | FORD | F-450 | UTILITY | HIGH BACK | 1FD0W4GT9BEB32794 |
| 341196 | 2011 | FORD | F-450 | UTILITY | HIGH BACK | 1FD0W4GT4BEB32797 |
| 341197 | 2011 | FORD | F-450 | UTILITY | HIGH BACK | 1FD0W4GT6BEB32798 |
| 341198 | 2011 | FORD | F-450 | UTILITY | HIGH BACK | 1FD0W4GT2BEB32796 |
| 341267 | 2012 | FORD | F-550 | UTILITY | GATE TRUCK | 1FD0X5HT5CEA82043 |
| 341268 | 2012 | FORD | F-550 | UTILITY | GATE TRUCK | 1FD0X5HT7CEA82044 |
| 341295 | 2012 | FORD | F-550 | UTILITY | HIGH BACK | 1FD0W5GT8CEA45198 |
| 341296 | 2012 | FORD | F-550 | UTILITY | HIGH BACK | 1FD0W5GT6CEA45197 |
| 341297 | 2012 | FORD | F-550 | UTILITY | HIGH BACK | 1FD0W5GT2CEA45195 |
| 341298 | 2012 | FORD | F-550 | UTILITY | HIGH BACK | 1FD0W5GT0CEA45194 |
| 341299 | 2012 | FORD | F-550 | UTILITY | HIGH BACK | 1FD0W5GT4CEA45196 |
| 350082 | 2000 | FORD | F-350 | PICK-UP | CARGO | 1FTWW32F7YEE39609 |
| 350501 | 2005 | FORD | F-150 | PICK-UP | CARGO | 1FTRF12W25NA04428 |
| 350613 | 2006 | FORD | F-150 | PICK-UP | CARGO | 1FTRF12W66NB24671 |
| 350614 | 2006 | FORD | F-150 | PICK-UP | CARGO | 1FTRF12W86NB24672 |
| 350683 | 2006 | FORD | F-350 | PICK-UP | CARGO | 1FTWF30P86ED40337 |
| 350811 | 2008 | FORD | F-150 | PICK-UP | CARGO | 1FTRF12278KF07598 |
| 350812 | 2008 | FORD | F-150 | PICK-UP | CARGO | 1FTRF12298KF07599 |
| 350813 | 2008 | FORD | F-150 | PICK-UP | CARGO | 1FTRF12258KF07597 |
| 350815 | 2008 | FORD | F-150 | PICK-UP | CARGO | 1FTRF12258KE92051 |
| 350886 | 2008 | FORD | F-350 | PICK-UP | SERVICE | 1FTWF31R08EE48941 |
| 351114 | 2011 | FORD | F-150 | PICK-UP | CARGO | 1FTNF1CF2BKE10638 |
| 351181 | 2011 | FORD | F-350 | PICK-UP | CARGO | 1FTBF3BTXBEA68697 |
| 351236 | 2012 | FORD | F-250 | PICK-UP | CARGO | 1FTBF2AT5CEA45180 |
| 351245 | 2012 | FORD | F-250 | PICK-UP | CARGO | 1FTBF2AT0CEA45183 |
| 370800 | 2008 | FORD | ESCAPE | SUV | PASSENGER | 1FCU92Z78KC01858 |
| 370801 | 2008 | FORD | ESCAPE | SUV | PASSENGER | 1FMCU92Z98KC01859 |
| 370804 | 2008 | FORD | ESCAPE | SUV | PASSENGER | 1FMCU92Z08KD65047 |
| 370900 | 2009 | FORD | ESCAPE | SUV | PASSENGER | 1FMCU92769KA38359 |
| 370901 | 2009 | FORD | ESCAPE | SUV | PASSENGER | 1FMCU92729KA38357 |
| 370902 | 2009 | FORD | ESCAPE | SUV | PASSENGER | 1FMCU92709KA38356 |
| 370904 | 2009 | FORD | ESCAPE | SUV | PASSENGER | 1FMCU92779KA38354 |
| 370905 | 2009 | FORD | ESCAPE | SUV | PASSENGER | 1FMCU92749KA38358 |
| 370906 | 2009 | FORD | ESCAPE | SUV | PASSENGER | 1FMCU92719KA38351 |
| 370907 | 2007 | FORD | ESCAPE | SUV | PASSENGER | 1FMCU92799KA38355 |
| 370910 | 2009 | FORD | ESCAPE | SUV | PASSENGER | 1FMCU92789KC45805 |
| 371000 | 2010 | FORD | ESCAPE | SUV | PASSENGER | 1FMCU9C76AKC13650 |
| 371001 | 2010 | FORD | ESCAPE | SUV | PASSENGER | 1FMCU9C75AKC13655 |
| 371002 | 2010 | FORD | ESCAPE | SUV | PASSENGER | 1FMCU9C76AKC13647 |
| 371003 | 2010 | FORD | ESCAPE | SUV | PASSENGER | 1FMCU9C79AKC13643 |
| 371004 | 2010 | FORD | ESCAPE | SUV | PASSENGER | 1FMCU9C7XAKC13649 |
| 371006 | 2010 | FORD | ESCAPE | SUV | PASSENGER | 1FMCU9C7XAKC13652 |
| 371007 | 2010 | FORD | ESCAPE | SUV | PASSENGER | 1FMCU9C72AKC13645 |

A-53

| 371008 | 2010 | FORD | ESCAPE | SUV | PASSENGER | 1FMCU9C77AKC13642 |
|---|---|---|---|---|---|---|
| 371101 | 2011 | FORD | EXPLORER | SUV | PASSENGER | 1FMHK8D89BGA39476 |
| 380197 | 2001 | FORD | E-350 | VAN | TV | 1FTSS34S31HA37692 |
| 380198 | 2001 | FORD | E-350 | VAN | TV | 1FTSS34S81HA30303 |
| 380656 | 2006 | FORD | E-150 | VAN | CARGO | 1FTRE14W66DB36065 |
| 380658 | 2006 | FORD | E-150 | VAN | CARGO | 1FTRE14WX6DB36070 |
| 380710 | 2007 | FORD | E-150 | VAN | CARGO | 1FTNE14W37DB28022 |
| 380714 | 2007 | FORD | E-150 | VAN | CARGO | 1FTNE14W27DB28027 |
| 380715 | 2007 | FORD | E-150 | VAN | CARGO | 1FTNE14W07DB28026 |
| 380716 | 2007 | FORD | E-150 | VAN | CARGO | 1FTNE14W27DB39206 |
| 380719 | 2007 | FORD | E-150 | VAN | CARGO | 1FTNE14W37DB39201 |
| 380722 | 2007 | FORD | E-150 | VAN | CARGO | 1FTNE14WX7DB39213 |
| 380727 | 2007 | FORD | E-150 | VAN | CARGO | 1FTNE14W87DB39212 |
| 380851 | 2008 | FORD | E-350 | VAN | CARGO | 1FTSE34P38DB04165 |
| 380855 | 2008 | FORD | E-350 | VAN | CARGO | 1FTSE34P78DB06517 |
| 380900 | 2009 | FORD | E-150 | VAN | CARGO | 1FTNE14W79DA00594 |
| 380912 | 2009 | FORD | E-150 | VAN | CARGO | 1FTNE14W99DA00595 |
| 380913 | 2009 | FORD | E-150 | VAN | CARGO | 1FTNE14W49DA00570 |
| 380916 | 2009 | FORD | E-150 | VAN | CARGO | 1FTNE14W39DA00575 |
| 380917 | 2009 | FORD | E-150 | VAN | CARGO | 1FTNE14W09DA00582 |
| 380918 | 2009 | FORD | E-150 | VAN | CARGO | 1FTNE14W19DA00591 |
| 380919 | 2009 | FORD | E-150 | VAN | CARGO | 1FTNE14W89DA00572 |
| 380922 | 2009 | FORD | E-150 | VAN | CARGO | 1FTNE14W19DA00588 |
| 380924 | 2009 | FORD | E-150 | VAN | CARGO | 1FTNE14W59DA00576 |
| 380925 | 2009 | FORD | E-150 | VAN | CARGO | 1FTNE14W09DA00579 |
| 380928 | 2009 | FORD | E-150 | VAN | CARGO | 1FTNE14W49DA76788 |
| 380930 | 2009 | FORD | E-150 | VAN | CARGO | 1FTNE14W39DA93758 |
| 380933 | 2009 | FORD | E-150 | VAN | CARGO | 1FTNE14W49DA93770 |
| 380936 | 2009 | FORD | E-150 | VAN | CARGO | 1FTNE14W49DA93753 |
| 380937 | 2009 | FORD | E-150 | VAN | CARGO | 1FTNE14W09DA93751 |
| 380939 | 2009 | FORD | E-150 | VAN | CARGO | 1FTNE14W89DA93772 |
| 380942 | 2009 | FORD | E-150 | VAN | CARGO | 1FTNE14W29DA93766 |
| 380943 | 2009 | FORD | E-150 | VAN | CARGO | 1FTNE14W29DA93752 |
| 380957 | 2009 | FORD | E-350 | VAN | CARGO | 1FTSE34PX9DA93781 |
| 380958 | 2009 | FORD | E-350 | VAN | CARGO | 1FTSE34P99DA93786 |
| 380959 | 2009 | FORD | E-350 | VAN | CARGO | 1FTSE34P59DA93784 |
| 380961 | 2009 | FORD | E-350 | VAN | CARGO | 1FTSE34P89DA93777 |
| 380964 | 2009 | FORD | E-350 | VAN | CARGO | 1FTSE34P49DA93775 |
| 380971 | 2009 | FORD | E-350 | VAN | CARGO | 1FTSE34P99DA00605 |
| 380977 | 2009 | FORD | E-350 | VAN | CARGO | 1FTSE34P79DA00599 |
| 380978 | 2009 | FORD | E-350 | VAN | CARGO | 1FTSE34P19DA00596 |
| 380980 | 2009 | FORD | E-350 | VAN | CARGO | 1FTSE34P69DA00609 |
| 380981 | 2009 | FORD | E-350 | VAN | CARGO | 1FTSE34P49DA00611 |

A-54

| 380986 | 2009 | FORD | E-350 | VAN | CARGO | 1FTSE34P39DA00602 |
|---------|------|------|-------|-----|-------|-------------------|
| 380989 | 2009 | FORD | E-350 | VAN | CARGO | 1FTSE34P59DA00598 |
| 380990 | 2009 | FORD | E-350 | VAN | CARGO | 1FTSE34PX9DA00600 |
| 380993 | 2009 | FORD | E-350 | VAN | CARGO | 1FTSE34P99DA05450 |
| 380998 | 2009 | FORD | E-350 | VAN | CARGO | 1FTSE34P29DA05449 |
| 381006 | 2010 | FORD | TRANSIT | VAN | CARGO | NM0LS6BN6AT041300 |
| 381011 | 2010 | FORD | TRANSIT | VAN | CARGO | NM0LS6BN8AT041296 |
| 381015 | 2010 | FORD | TRANSIT | VAN | CARGO | NM0LS6BN0AT041308 |
| 381020 | 2010 | FORD | TRANSIT | VAN | CARGO | NM0LS6BNXAT041297 |
| 381023 | 2010 | FORD | TRANSIT | VAN | CARGO | NM0LS6BN9AT041310 |
| 381058 | 2010 | FORD | E-150 | VAN | CARGO | 1FTNE1EW9ADA54174 |
| 381109 | 2011 | FORD | TRANSIT | VAN | CARGO | NM0LS6AN8BT044847 |
| 381111 | 2011 | FORD | TRANSIT | VAN | CARGO | NM0LS6AN3BT044853 |
| 381115 | 2011 | FORD | TRANSIT | VAN | CARGO | NM0LS6AN2BT044844 |
| 381150 | 2011 | FORD | E-150 | VAN | CARGO | 1FTNE1EW4BDA01707 |
| 381159 | 2011 | FORD | E-150 | VAN | CARGO | 1FTNE1EW9BDA01704 |
| 381166 | 2011 | FORD | E-150 | VAN | CARGO | 1FTNE1EW6BDA01708 |
| 381167 | 2011 | FORD | E-150 | VAN | CARGO | 1FTNE1EW0BDA01705 |
| 381169 | 2011 | FORD | E-150 | VAN | CARGO | 1FTNE1EW6BDA01711 |
| 381177 | 2011 | FORD | E-350 | VAN | CARGO | 1FTSE3EL8BDB16542 |
| 381180 | 2011 | FORD | E-350 | VAN | CARGO | 1FTSE3EL3BDB15234 |
| 381183 | 2011 | FORD | E-350 | VAN | CARGO | 1FTSE3EL6BDB15227 |
| 381189 | 2011 | FORD | E-350 | VAN | CARGO | 1FTSE3EL2BDB16553 |
| 381194 | 2011 | FORD | E-350 | VAN | CARGO | 1FTSE3EL2BDB15239 |
| 381195 | 2011 | FORD | E-350 | VAN | CARGO | 1FTSE3EL1BDB16561 |
| 381196 | 2011 | FORD | E-350 | VAN | CARGO | 1FTSE3EL1BDB16558 |
| 381199 | 2011 | FORD | E-350 | VAN | CARGO | 1FTSE3ELXBDB15229 |
| 381200 | 2011 | FORD | TRANSIT | VAN | PASSENGER | NM0KS9BN9CT083704 |
| 381204 | 2012 | FORD | TRANSIT | VAN | PASSENGER | NM0KS9BN7CT083703 |
| 381206 | 2012 | FORD | TRANSIT | VAN | PASSENGER | NM0KS9BN7CT083314 |
| 381207 | 2012 | FORD | TRANSIT | VAN | PASSENGER | NM0KS9BNXCT083310 |
| 381212 | 2012 | FORD | TRANSIT | VAN | CARGO | NM0LS7DN5CT109172 |
| 381216 | 2012 | FORD | TRANSIT | VAN | CARGO | NM0LS7DN4CT109986 |
| 381219 | 2012 | FORD | TRANSIT | VAN | CARGO | NM0LS7DN4CT109177 |
| 381273 | 2012 | FORD | E-350 | VAN | CARGO | 1FTSE3EL4BDB15226 |
| 381275 | 2012 | FORD | E-350 | VAN | CARGO | 1FTSE3ELXBDB16557 |
| 830109 | 2001 | FRGHTLNER | MT45 | STEP VAN | LEAK TRUCK | 4UZAAPBW51CH90812 |
| 830117 | 2001 | FRGHTLNER | MT45 | STEP VAN | LEAK TRUCK | 4UZAAPBW41CH90820 |
| 830124 | 2001 | FRGHTLNER | MT45 | STEP VAN | SERVICE TRUCK | 4UZZAAPW71CH90827 |
| 830200 | 2002 | FRGHTLNER | MT45 | STEP VAN | LEAK TRUCK | 4UZAAPBW52CK03765 |
| 990477 | 2004 | CRANE CARRIER | LET2-40 | PACKER | TRASH | 1CYCCB4854T046572 |
| GE11810 | 2011 | KUBOTA | KURTV 1100 CWXL-H | UTV | TRANSPORT | 31967 |
| 100803 | 2008 | CHEVROLET | COBALT | CAR | PASSENGER | 1G1AL58F087173658 |

A-55

| 129922 | 1999 | CHEVROLET | C-SERIES | DUMP | 5 YARD | 1GBP7H1C4XJ103660 |
|--------|------|-----------|----------|------|--------|-------------------|
| 160100 | 2001 | CHEVROLET | C-8500 | STAKE | PLATE | 1GBP7H1C715501954 |
| 300703 | 2007 | FORD | FOCUS | CAR | PASSENGER | 1FAHP34N77W121501 |
| 320600 | 2006 | FORD | F-550 | DUMP | 3 YARD | 1FDAW57P56E019596 |
| 340982 | 2009 | FORD | E-450 | UTILITY | HIGH BACK | 1FDXE45P890E37571 |
| 341199 | 2011 | FORD | F-450 | UTILITY | HIGH BACK | 1FD0W4GT0BEB32795 |
| 350783 | 2007 | FORD | F-350 | PICK-UP | CARGO | 1FTWF30PX7EB16052 |
| 350814 | 2008 | FORD | F-150 | PICK-UP | CARGO | 1FTRF12208KE93432 |
| 350832 | 2008 | FORD | F-250 | PICK-UP | CARGO | 1FTSF20R28ED08948 |
| 350935 | 2009 | FORD | F-250 | PICK-UP | CARGO | 1FTSF20R89EB08707 |
| 350936 | 2009 | FORD | F-250 | PICK-UP | CARGO | 1FTSF20R29EB08704 |
| 351186 | 2011 | FORD | F-350 | PICK-UP | CARGO | 1FTRF3AT5BEB41653 |
| 351188 | 2011 | FORD | F-350 | PICK-UP | SERVICE | 1FTRF3BT8BEC81758 |
| 351244 | 2012 | FORD | F-250 | PICK-UP | CARGO | 1FTBF2AT4CEA45185 |
| 351246 | 2012 | FORD | F-250 | PICK-UP | CARGO | 1FTBF2ATXCEA45191 |
| 351247 | 2012 | FORD | F-250 | PICK-UP | CARGO | 1FTBF2AT9CEA45179 |
| 351248 | 2012 | FORD | F-250 | PICK-UP | CARGO | 1FTBF2AT6CEA45186 |
| 371011 | 2010 | FORD | ESCAPE | SUV | PASSENGER | AFMCU9C70AKC13644 |
| 380657 | 2006 | FORD | E-150 | VAN | CARGO | 1FTRE14W36DB36069 |
| 380660 | 2006 | FORD | E-150 | VAN | CARGO | 1FTRE14W36DB36072 |
| 380707 | 2007 | FORD | E-150 | VAN | CARGO | 1FTNE1EW5BDA71716 |
| 380904 | 2009 | FORD | E-150 | VAN | CARGO | 1FTNE14W69DA00585 |
| 380905 | 2009 | FORD | E-150 | VAN | CARGO | 1FTNE14W89DA00586 |
| 380914 | 2009 | FORD | E-150 | VAN | CARGO | 1FTNE14W69DA00571 |
| 381065 | 2010 | FORD | E-150 | VAN | CARGO | 1FNE1EW4ADA54180 |
| 381157 | 2011 | FORD | E-150 | VAN | CARGO | 1FTNE1EW5BDA71716 |
| 381160 | 2011 | FORD | E-150 | VAN | CARGO | 1FTNE1EW4BDA01710 |
| 381191 | 2011 | FORD | E-350 | VAN | CARGO | 1FTSE3EL0BDB15238 |
| 381213 | 2012 | FORD | TRANSIT | VAN | CARGO | NM0LS7DM7CT109982 |
| 381214 | 2012 | FORD | TRANSIT | VAN | CARGO | NM0LS7DN6CT109178 |
| 381281 | 2012 | FORD | E-350 | VAN | CARGO | 1FTSE3EL3BDB16545 |
| GE14810 | 2014 | JOHN DEERE | XUV8251 | UTV | TRANSPORT | 1M0825GSAM081882 |
| GE15811 | 2015 | KUBOTA | RTV1100CWLH-7 | UTV | TRANSPORT | 13823 |
| GE90471 | 1990 | N/A | N/A | MADVAC | N/A | N/A |
| N/A | N/A | TENNAL | 265 | SWEEPER | | 8027 |
| N/A | N/A | TENNAL | 265 | SWEEPER | N/A | 8027 |

SCHEDULE B

DWSD WATER BONDS

Senior Lien Bonds

Water Supply System Revenue Refunding Senior Lien Bonds, Series 2014E
Water Supply System Revenue Refunding Senior Lien Bonds, Series 2014D
Water Supply System Revenue Refunding Senior Lien Bonds, Series 2014C
Water Supply System Revenue Refunding Senior Lien Bonds, Series 2014B
Water Supply System Revenue Refunding Senior Lien Bonds, Series 2014A
Water Supply System Revenue Refunding Senior Lien Bonds, Series 2011C
Water Supply System Revenue Senior Lien Bonds, Series 2011B
Water Supply System Revenue Senior Lien Bonds, Series 2011A
Water Supply System Revenue Refunding Senior Lien Bonds, Series 2006D
Water Supply System Revenue Senior Lien Bonds, Series 2006A
Water Supply System Revenue Refunding Senior Lien Bonds, Series 2005C
Water Supply System Revenue Senior Lien Bonds, Series 2005B
Water Supply System Revenue Senior Lien Bonds, Series 2005A
Water Supply System Revenue Refunding Senior Lien Bonds, Series 2004B
Water Supply System Revenue Refunding Senior Lien Bonds, Series 2003D
Water Supply System Revenue Senior Lien Bonds, Series 2003A
Water Supply System Revenue Senior Lien Bonds, Series 1997A
Water Supply System Revenue & Revenue Refunding Bonds
        (Senior Lien), Series 1993

Second Lien Bonds

Water Supply System Revenue Refunding Second Lien Bonds, Series 2014G
Water Supply System Revenue Refunding Second Lien Bonds, Series 2014F
Water Supply System Revenue Refunding Second Lien Bonds, Series 2006C
Water Supply System Revenue Second Lien Bonds, Series 2006B
Water Supply System Revenue Refunding Second Lien Bonds, Series 2004A
Water Supply System Revenue Second Lien Bonds, Series 2003B
Water Supply System Revenue Refunding Second Lien Bonds, Series 2001C

Junior Lien Bonds

Water Supply System Revenue Bonds, Series 2008-SRF
Water Supply System Revenue Bonds, Series 2006-SRF
Water Supply System Revenue Bonds, Series 2005-SRF-2
Water Supply System Revenue Bonds, Series 2005-SRF-1

B-1

SCHEDULE C

PERMITS

The City and the Authority acknowledge that the following described permits have been compiled from the best available information, have been reviewed by their and DWSD's respective staff and consultants and are believed to be complete and accurate. If it is determined after the execution and delivery of the Lease that the description of the permits needs to be corrected through either the addition or deletion of one or more permits, the Director of DWSD or DWSD-R, as appropriate, and the Director and the Chairperson of the Authority are authorized to modify this Schedule C as necessary by executing an amendment thereto on or prior to the Effective Date and such amendment shall become a part of this Schedule C.

**Operating Permits**

| Permit No. | Permit Name |
|---|---|
| 253-99B | Permit to Install (Diesel fired backup generators) |
| 108-06 | Permit to Install (Diesel fired backup generators) |
| 111-06 | Permit to Install (Diesel fired backup generators) |
| 256-99B | Permit to Install (Diesel fired backup generators) |
| 255-99B | Permit to Install (Diesel fired backup generators) |
| 254-99B | Permit to Install (Diesel fired backup generators) |
| 232-99B | Permit to Install (Diesel fired backup generators) |
| 109-06 | Permit to Install (Diesel fired backup generators) |
| 229-99B | Permit to Install (Diesel fired backup generators) |
| 230-99B | Permit to Install (Diesel fired backup generators) |
| 231-99B | Permit to Install (Diesel fired backup generators) |
| 94-09 | General Permit for Diesel Fuel Engine Generators With a Maximum Nameplate Capacity of 5 MW |
| MIG640000 | Wastewater Discharge from Potable Water Supply General Permit |

C-1

| MIG 640222 | DWSD-Water Works Park II Water Treatment Plant |
|---|---|
| MIG 640028 | DWSD-Lake Huron Water Treatment Plant |
| MIG 640029 | Southwest Water Treatment Plant |

## Construction Permits

| Permit Number | Project Name | Issued Date |
|---|---|---|
| 22923 | Water Works Park WTP Yard Piping Replacement | 4/1/2010 |
| 23309 | DWSD Springwells Water Treatment Plant 1958 Filter Rehabilitation and Auxiliary Facilities Improvements Project Contract SP-568 | 8/23/2010 |
| 23319 | HVAC and Alum Tank Improvements Southwest Water Treatment Plant | 9/27/2010 |
| 23486 | Wick Road Parallel Transmission WM CS-1488 Task No. 4 | 11/29/2010 |
| 23535 | CS-1488, Task 4 - Glenwood Rd WM Phase III/Wayne/Westland | 1/17/2011 |
| 23771 | Ford Rd Booster Pumping Station Installation of 5 Gate Valves | 4/21/2011 |
| 23698 | DWSD Rehab of the 10 filters at Springwells 1930 filter complex | 4/26/2011 |
| 24067 | Plant-Wide Fire Alarm & Fire Protection System Upgrade | 8/15/2011 |
| 24116 | Wayne County Consolidated Jail 30" Watermain Relocation | 9/15/2011 |
| 24334 | DWSD Telegraph Rod 36" Water Main, Cherry Hill to Warren Rd. | 1/12/2012 |
| 24482 | Up Sizing of DWSD's Rochester Station Suction Line | 3/14/2012 |
| 24636 | DWSD Schoolcraft Rd WM (Middlebelt Road to Beech Daly Road) | 6/18/2012 |
| 24833 | 24 Mile Rd-42" WM-Rochester Station to Romeo Plank Road | 7/25/2012 |
| 26036 | North Service Center Reservoir No. 2 Rehabilitation | 2/4/2014 |
| 26037 | West Chicago Reservoir Decommissioning | 2/12/2014 |
| 26456 | Northwest Reservoir Rehabilitation/Detroit | 7/2/2014 |
| 26567 | West Service Center Reservoir No. 1 Rehabilitation/Southfield | 7/28/2014 |
| 26940 | DWSD Springwells Water Treatment Plant, 1958 Sedimentation Basin No. 8 Improvements | 12/23/2014 |
| 26963 | DWSD, CS-1490 Task 1, Bid Package-3, 24" Transmission Main Replacement | 1/12/2015 |
| 27001 | Franklin Reservoir Rehabilitation | 2/9/2015 |
| 27044 | Joy Road Reservoir No. 1 Rehabilitation | 2/9/2015 |
| 27270 | Reservoir Repairs | 4/27/2015 |

C-2

SCHEDULE D

WHOLESALE CUSTOMER CONTRACTS

The City and the Authority acknowledge that the following described contracts have been compiled from the best available information, have been reviewed by their and DWSD's respective staff and consultants and are believed to be complete and accurate. If it is determined after the execution and delivery of the Lease that the description of the contracts needs to be corrected through either the addition or deletion of one or more contracts, the Director of DWSD or DWSD-R, as appropriate, and the Director and the Chairperson of the Authority are authorized to modify this Schedule D as necessary by executing an amendment thereto on or prior to the Effective Date and such amendment shall become a part of this Schedule D.

<u>Water Wholesale Customers</u>

| <u>Contracts</u> | <u>Date of Contract</u> |
|---|---|
| City of Allen Park | 09/09/2008 |
| Village of Almont | 07/01/2015 |
| Township of Ash | 04/28/2009 |
| City of Belleville | 09/23/2008 |
| Charter Township of Berlin | 03/17/2009 |
| Charter Township of Brownstown | 03/17/2009 |
| Township of Bruce | 03/23/2010 |
| Charter Township of Canton | 05/20/2008 |
| City of Center Line | 10/14/2008 |
| Charter Township of Chesterfield | 01/21/2014 |
| Charter Township of Clinton | 02/24/2009 |
| Charter Township of Commerce | 07/27/2010 |
| City of Dearborn | 06/10/1931 |
| City of Dearborn Heights | 09/09/2008 |
| City of Eastpointe | 09/30/2008 |
| City of Ecorse | 07/27/2010 |
| City of Farmington | 06/23/2009 |
| City of Farmington Hills | 09/15/2009 |
| City of Ferndale | 05/20/2008 |
| City of Flat Rock | 05/04/2010 |
| City of Fraser | 01/13/2009 |
| City of Garden City | 03/17/2009 |
| City of Gibraltar | 07/16/1986 |
| Greater Lapeer Utilities Authority | 04/15/1969 |
| Township of Grosse Ile | 02/04/1981 |
| City of Grosse Pointe Farms (stand by service only) | 07/27/1953 |
| City of Grosse Pointe Park | 07/01/1920 |
| City of Grosse Pointe Shores | 09/21/2010 |
| City of Grosse Pointe Woods | 07/21/2009 |
| City of Hamtramck | 06/15/2010 |

| | |
|---|---|
| City of Harper Woods | 05/18/2010 |
| Charter Township of Harrison | 07/27/2010 |
| City of Hazel Park | 05/04/2010 |
| Charter Township of Huron | 05/19/2009 |
| City of Inkster | 11/19/1986 |
| City of Keego Harbor | 09/15/2009 |
| Township of Lenox | 09/15/2009 |
| City of Lincoln Park | 01/21/2014 |
| City of Livonia | 07/21/2009 |
| Township of Macomb | 07/21/2009 |
| City of Madison Heights | 09/15/2009 |
| City of Melvindale | 07/21/2009 |
| Village of New Haven | 05/04/2010 |
| North Oakland County Water Authority | 07/01/2015 |
| City of Northville | 06/24/2008 |
| Charter Township of Northville | 06/24/2008 |
| City of Novi | 07/21/2009 |
| Oakland County Geo. W. Kuhn Drainage District | 11/20/2009 |
| City of Oak Park | 03/17/2009 |
| City of Plymouth | 10/14/2008 |
| Charter Township of Plymouth | 05/19/2009 |
| Charter Township of Redford | 08/08/2008 |
| Township of River Rouge | 07/27/2010 |
| City of Riverview | 08/29/1979 |
| City of Rockwood | 01/12/2010 |
| Village of Romeo | 07/17/2012 |
| City of Romulus | 04/28/2009 |
| City of Roseville | 10/14/2008 |
| Charter Township of Royal Oak | 05/18/2010 |
| Charter Township of Shelby | 05/18/2010 |
| Southeastern Oakland County Water Authority | 09/15/2009 |
| City of South Rockwood | 02/24/2009 |
| City of Southgate | 03/17/2009 |
| St. Clair County – Burtchville Township | 07/27/2010 |
| St. Clair County – Greenwood Township | 07/02/1974 |
| City of St. Clair Shores | 09/30/2008 |
| City of Sterling Heights | 07/22/2008 |
| Township of Sumpter | 07/27/2010 |
| City of Sylvan Lake | 09/21/2010 |
| City of Taylor | 09/09/2008 |
| City of Trenton | 08/07/1985 |
| City of Troy | 06/24/2008 |
| City of Utica | 01/27/2009 |
| Charter Township of Van Buren | 06/24/2008 |
| City of Walled Lake | 10/06/2009 |
| City of Warren | 02/22/2011 |

| | |
|---|---|
| Township of Washington | 06/24/2008 |
| City of Wayne | 10/14/2008 |
| Charter Township of West Bloomfield | 06/24/2008 |
| City of Westland | 03/17/2009 |
| City of Wixom | 12/02/2008 |
| City of Woodhaven | 09/23/2008 |
| Ypsilanti Community Utilities Authority | 05/20/2008 |

<u>No Contracts</u>

Genesee County Drain Commissioner
City of Highland Park

SCHEDULE E

VENDOR CONTRACTS

The City and the Authority acknowledge that the following described contracts have been compiled from the best available information, have been reviewed by DWSD staff and are believed to be complete and accurate. If it is determined after the execution and delivery of the Lease that the description of the contracts needs to be corrected through either the addition or deletion of one or more contracts, the Director of DWSD or DWSD-R, as appropriate, and the Director and the Chairperson of the Authority are authorized to modify this Schedule E as necessary by executing an amendment thereto on or prior to the Effective Date and such amendment shall become a part of this Schedule E.

| CONTRACT # | VENDOR/SUPPLIER |
|---|---|
| DWS-874 | DeMaria Building Co. |
| DWS-878 | WCI Contractors, Inc. |
| DWS-881 | Detroit Electrical Services, LLC |
| DWS-882 | Detroit Radio Team |
| DWS-885 | DES/Labelle Joint Venture, LLC |
| DWS-891 | Lakeshore Global Corporation |
| DWS-894 | Homrich Wrecking, Inc. |
| DWS-895 | Giorgi Concrete LLC, Major Cement Company, Joint Venture |
| DWS-896 | DES Electric, LLC |
| DWS-898 | National Industrial Maintenance, Inc. |
| PC-713 | DATA.NET |
| PC-773C | Emerson Process Management Power and |
| PC-793 | Lakeshore Global Corporation |
| SCP-DWS-897 | Sewerage Department and Z Contractors, Inc. |
| WS-648A | Major Cement Company |
| WS-680 | Willie McCormick and Associates |
| WS-685 | Lakeshore Global Corporation |
| WS-686 | Major Cement Company |
| WS-689 | Lakeshore Global Corporation |
| WS-692 | Imperial Construction Co. |
| CS-1396 | Tucker, Young, Jackson, Tull |
| CS-1414 | Systems & Software, Inc. |
| CS-1422 | SBC Global Services, Inc. |
| CS-1425 | CDM Michigan, Inc. |
| CS-1432A | Tucker, Young, Jackson, Tull, Inc. |
| CS-1433 | PMA Consultants, LLC |
| CS-1445 | Project Innovations, Incorporated |
| CS-1474 | Sigma Associates, Inc. |
| CS-1476 | Data Consulting Group |
| CS-1481 | Sigma Associates, Inc. |
| CS-1482 | Applied Science, Inc. |

E-1

| | |
|---|---|
| CS-1488 | Somat Engineering, Inc. |
| CS-1490 | NTH Consultants, Ltd. |
| CS-1499 | METCO Services, Inc. |
| CS-1512 | Tucker, Young, Jackson, Tull |
| CS-1524 | Process Control & Instrumentation LLC |
| CS-1528 | CDM Michigan, Inc. |
| CS-1540 | West Coast Labour Systems Corporation |
| CS-1544 | Granicus, Inc. |
| CS-1555 | EMA, Inc. |
| CS-1558 | Foster Group |
| CS-1566 | HP Enterprise Services, LLC |
| CS-1571 | Project Results, LLC |
| CS-1585 | Plante & Moran, LLC |
| CS-1586 | Plante & Moran, LLC |
| CS-1589 | Data Consulting Group, Inc. |
| CS-1592 | Sigma Associates, Inc. |
| CS-1595 | EMA, Inc. |
| CS-1623 | FK Engineering Associates |
| CS-1708 | Waterfield Technologies, Inc. |
| LS-1427 | Barris, Sott, Denn & Driker PLLC |
| LS-1532 | Steven H. Schwartz & Associates |
| LS-1539 | Miller Canfield Paddock & Stone, P.L.C. |
| LS-1545 | Dykema Gossett PLLC |
| LS-1553 | Clark Hill, PLC |
| LS-1554 | Kitch, Drutchas, Wagner, Valututti & Sherbrook |
| LS-1556 | Clark Hill, PLC |
| LS-1563 | Williams Acosta PLLC |
| LS-1574 | Law Office of Barrie L. Merkerson, PLC |
| LS-1593 | Plunkett Cooney |
| LS-1599 | Lewis & Munday, PC |
| LS-1600 | Kitch, Drutchas, Wagner, Valitutti & Sherbrook |
| LS-1603 | Kilpatrick & Associates, P.C. |
| LS-1604 | Kilpatrick & Associates, P.C. |
| LS-1606 | Allen Brothers, PLLC |
| LS-1608 | Williams & Acosta |
| LS-1609 | Kitch, Drutchas, Wagner, Valitutti & Sherbrook |
| LS-1632 | Ottenwess, Taweel & Schenk PLC |
| PS-1559 | Leslie King |
| PS-1567 | Anthony Alston |
| PS-1582 | Cynthia M. Kushner |
| PS-1584 | Kathy Smith-Roy |
| PS-1723 | Raymond Hurd |
| PS-1724 | James Glavin |
| PS-1725 | Ella Lee |
| SP-563 | Walsh Construction Co. |

| | |
|---|---|
| WS-681 | Ric-Man Detroit, Inc. |
| WS-691 | Major Cement Co. |
| 2906292 | EJ USA Inc. |
| 2841666 | Bucks Oil Co Inc. |
| 2900690 | Husky Envelope Products |
| 2885159 | Tracker |
| 2853846 | Husky Envelope Products |
| 2835732 | Poco Inc. |
| 2853107 | PVS Nolwood Chemical Inc. |
| 2871652 | HD Edwards & Co. |
| 2886346 | Motor City Pipe & Supply Co. |
| 2886169 | Chemical Systems Inc. |
| 2855859 | Ingersoll Rand Company |
| 2853685 | Motor City Pipe & Supply Co. |
| 2887627 | Motor City Pipe & Supply Co. |
| 2871588 | Fibre Industries |
| 2888798 | LB Office Products |
| 2873927 | Safety Services Inc. |
| 2874762 | Saf-T-Gard International Inc. |
| 2902940 | Advisa |
| 2889528 | Allie Brothers Uniforms |
| 2859658 | Fred's Key Shop |
| 2859502 | Pacer Service Center U S Courts |
| 2876342 | East Jordan Iron Works Inc. |
| 2876112 | Waterworks Systems & Equipment |
| 2904072 | Robert Half International Inc. |
| 2906069 | Kiesler Police Supply Inc. |
| 2882806 | On Duty Gear LLC |
| 2877338 | T & N Services Inc. |
| 2890304 | D A Central Inc. |
| 2857979 | PVS Nolwood Chemical Inc. |
| 2877653 | Hercules 7 Hercules Inc. |
| 2879482 | McNaughton McKay Electric Company |
| 2878088 | Merit Laboratories Inc. |
| 2895657 | Audio Visual Equipment & Supplies |
| 2893353 | Pace Analytical |
| 2893354 | Sample Webtrol Inc. |
| 2894351 | Arrow Office Supply Co. |
| 2895719 | Loomis |
| 2896153 | Grainger |
| 2896157 | McNaughton McKay Electric Company |
| 2885706 | Star Auto Wash & Detailing |
| 2882534 | Ellsworth Industries Inc. |
| 2882552 | Dell Computer Corporation |
| 2897583 | VWR International |

| | |
|---|---|
| 2883272 | Hercules & Hercules Inc. |
| 2897428 | Thyssenkrupp Elevator Corp. |
| 2884193 | Phoenix Environmental Inc. |
| 2899380 | Accuform Business Systems Inc. |
| 2898401 | Kirk's Automotive Inc. |
| 2885259 | Vehicle Maintenance Program Inc. |
| 2884024 | Teletrac Inc. |
| 2904258 | Metro Welding Supply Corp. |
| 2903525 | Kirk's Automotive Inc. |
| 2904304 | JCI Jones Chemicals Inc. |
| 2890258 | Rose Pest Solutions |
| 2903398 | Scientific Methods Inc. |
| 2905572 | Trader Ray Tire Center |
| 2905628 | Jack Doheny Companies Inc. |
| 2889394 | Geisler Company |
| 2889551 | Edward C Levy Detroit Group |
| 2892081 | Allingham Corporation |
| 2892080 | AIS Construction Equipment |
| 2892779 | Eastern Oil Co. |
| 2892740 | Interstate Trucksource Inc. |
| 2892723 | Wiegand Mack Sales |
| 2893101 | Michigan Cat |
| 2893079 | Cloverdale Equipment Co. |
| 2894404 | Royal Arc Welding Co |
| 2894713 | Waste Management of Michigan Inc. |
| 2891658 | Rotork Controls Inc. |
| 2896911 | Paragon Laboratories Inc. |
| 2903003 | Comcast Business Communication, LLC |
| 2904050 | ERA A Waters Company |
| 2905948 | Polydyne Inc. |
| 2883427 | Accuform Business Systems Inc |
| 2856616 | Itron Inc. |
| 2859457 | OCE North America Inc. |
| 2881302 | Hercules & Hercules Inc. |
| 2881596 | Cintas Corporation |
| 2883359 | Detroit Legal News |
| 2886390 | Trumbull Industries |
| 2886934 | ESRI Inc. |
| 2850719 | State of Michigan |
| 2870495 | McNaughton McKay Electric Company |
| 2871397 | Superior Welding Supplies Inc. |
| 2831990 | Hach Company |
| 2825800 | Detroit Media Partnership LP #1008 |
| 2869121 | Barrett Paving Materials Inc. |
| 2534139 | Infiniti Energy & Environmental Inc. |

E-4

| | |
|---|---|
| 2833854 | Underwriters Laboratories Inc. |
| 2906092 | Premier Business Products |
| 2906092 | Premier Business Products |
| 2906705 | Experis Finance US LLC |
| 2862555 | Atlantic Coast Polymers Inc. |
| 2876954 | Underwriters Laboratories Inc. |
| 2723395 | SAP Public Services Inc. |
| 2866295 | Merit Network Inc. |
| 2885708 | Busy B's Hand Car Wash |
| 2893662 | Argus Group Inc DBA Argus Hazco |
| 2889655 | Corrpro Waterworks |
| 2890393 | UL LLC |
| 2871368 | Jeff's Rubbish Disposal Inc. |
| 2902569 | Idexx Laboratories |
| 2883922 | Bell Equipment Company |
| 2770687 | Michigan Chronicle Publishing Co. |
| 2884519 | Verizon Wireless |

SCHEDULE F

COLLECTIVE BARGAINING AGREEMENTS

<u>Union</u>

Michigan Council 25 of the American Federation of State, County and Municipal Employees, AFL-CIO, Local 2920

Association of Professional Construction Inspectors

Building Trades Foremen Unit of Michigan Building and Construction Trades Council, AFL-CIO

Michigan Building and Construction Trades Council, AFL-CIO

I.U.O.E. Local 324 – Operating Engineers, Detroit Principal Clerks & Park Management Units

Detroit Senior Water Systems Chemist Association

Teamsters State, County and Municipal Workers, Local 214

Utility Workers Union of America, Local 488 and Local 531

Utility Workers Union of America, Local 504

F-1

PARAGRAPH 24 OF BANKRUPTCY ORDER

24. <u>DWSD Contribution to GRS Pension Plan.</u> DWSD's contributions to the GRS pension plan set forth in the Plan shall be accounted for as follows: (i) DWSD shall pay as operation and maintenance expenses, to be allocated between the Sewage Disposal System and the Water Supply System (collectively, the "Systems") consistent with the allocation of labor costs between the two Systems, no more than the aggregate sum of (a) $24 million per annum (which is payable monthly); and (b) DWSD's allocable share of its annual "defined contribution" payments related to the DWSD employees; and (ii) DWSD shall pay from the Revenues of each of the Sewage Disposal System and the Water Supply System, on the same ratable basis as set forth in (i) above, the difference between the annual allocation of the Plan GRS pension contributions provided in the Plan and $24 million in the aggregate from "pension liability payment funds" established for each of the Sewage Disposal System and the Water Supply System (such funds, the "<u>Pension Liability Payment Funds</u>") that will be placed in priority of payment after all of the Interest and Redemption Funds (including the Reserve Accounts, if any, therein) and before the Extraordinary Repair and Replacement Reserve Fund (all as defined in the Existing Bond Documents) for each of the Sewage Disposal System and the Water Supply System, such that the respective Pension Liability Payment Funds will be subordinated to the 2014 DWSD Revenue and Revenue Refunding Bonds and all other existing DWSD bond debt. Sufficient funds shall be allocated to each of the Pension Liability Payment Funds on a monthly basis until such time as each System's Pension Liability Payment Fund contains funds sufficient to pay the difference between each System's allocable share of the annual allocation of the GRS pension contributions provided in the Plan, and each System's allocable share of $24 million. If such amounts in a Pension Liability Payment Fund are insufficient to provide for that fiscal year's requirement for the respective System's contribution to the GRS pension plan by June 30 of that fiscal year, then any amounts or securities held in the respective System's Surplus Fund, Construction Fund, Improvement and Extension Fund, Extraordinary Repair and Replacement Reserve Fund (in excess of the Extraordinary Repair and Replacement Minimum Requirement) and any other now-existing or after arising accounts under the applicable System's Indenture to which payments are subordinate to the payments to the Interest and Redemption Funds (including the Reserve Accounts, if any, therein) as listed in Section 2.02(a) - (f) of the respective System's Indenture, shall be credited or transferred from such Funds or accounts in the priority and order listed above (after satisfaction of the transfers required by Section 2.11 of each Indenture to the Operating and Maintenance Fund and the Interest and Redemption Funds) to the respective System's Pension Liability Payment Fund; <u>provided</u>, <u>however</u>, that solely for purposes of determining the crediting or transferring of funds to the respective "Pension Liability Payment Funds": (i)(a) the formulae presently used to determine the Extraordinary Repair and Replacement Minimum Requirement and (b) the definition of "Extraordinary Repair and Replacement Minimum Requirement" in the applicable Indentures existing as of the date of this Order will not be changed unless and until DWSD has paid in full the aggregate annual allocation of the GRS pension contributions provided in the Plan; (ii) the amount of the Extraordinary Repair and Replacement Minimum Requirement is not increased over the amount of such minimum, which as of the date of this Order is $4,693,660 for the Water Supply System and $6,725,917 for the Sewage Disposal System, until the GRS pension contributions provided in the Plan are paid in full; and (iii) provided such funds are not subject to restriction barring

transfer under Section 2.11 of the respective Indenture existing as of the date hereof; and provided, further, that in no event shall any amounts held in a Construction Fund that are (x) the proceeds of any debt issued for such System pursuant to the applicable Bond Ordinance, as the same may be amended, modified or supplemented, or (y) otherwise lawfully restricted to use for capital improvements to a System be credited to the Pension Liability Payment Fund. Moreover, no amounts may be credited or transferred from a Construction Fund unless such credit or transfer (i) is approved by the Michigan Department of Treasury, if such approval is then required by law, and (ii) based upon an opinion of bond counsel, such credit or transfer will not adversely affect the exclusion from gross income for federal income tax purposes of securities the proceeds of which were deposited in such account.  In the event there is any shortfall in the annual funding of a Pension Liability Payment Fund at the end of any fiscal year, that shortfall shall be paid in the next fiscal year according to the payment priorities set forth in this Paragraph 24.

Troy 63818-1 1473421v11