# **Exhibit 6L - Payments under Protest**



**LAW DEPARTMENT**

Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226-3437

Phone 313•224•4550
Fax 313•224•5505
www.detroitmi.gov

August 3, 2020

Hope I. Calati, Esq.
1423 Twelve Mile Rd.
Madison Heights, MI 48071

RE: 1. Quarterly Payment by City of Detroit of alleged withdrawal liability to Workers Local Union No. 80 Pension Trust – Notice of Assessment dated March 25, 2020 – PAID UNDER PROTEST

2. Quarterly Payment by City of Detroit of alleged withdrawal liability to Electrical Workers' Pension Trust of Local Union #58, I.B.E.W., Detroit, Michigan – Notice of Assessment dated March 30, 2020 – PAID UNDER PROTEST

Dear Ms. Calati:

With regard to the above-entitled matters, enclosed please find:

1) The first quarterly payment by the City of Detroit for alleged withdrawal liability in the amount of $29,232.50 to the Electrical Workers' Union, Local 58 Pension Trust; and

2) The first quarterly payment by the City of Detroit for alleged withdrawal liability in the amount of $9,737.00 to the Sheet Metal Workers', Local 80 Pension Trust.

Very truly yours,

*CNR*

Charles N. Raimi
Deputy Corporation Counsel
City of Detroit Law Department
raimic@detroitmi.gov
(313) 237-5037

| 31-JUL-20 | | SHEET METAL WORKERS LOCAL 80 | 1009077 | |
|---|---|---|---|---|
| INVOICE NUM | INVOICE DATE | DESCRIPTION | DISCOUNT | AMOUNT |
| PAYMENT #1 | 01-JUN-20 | LAW; Quarterly Payment #1; (Under Protest) | 0.00 | 9,737.00 |

**PAID UNDER PROTEST**

NET TOTAL: 9,737.00

**ATTENTION**
The City of Detroit Directive requires all suppliers to be paid via electronic ACH.
All future payments must be paid electronically.
Please contact Accounts Payable at apinvoice@detroitmi.gov to secure the required ACH forms
Please Note: Non-compliance may result in payment delays.
Inquiry regarding Property Tax Returns please call 313-224-3560

——— REMOVE DOCUMENT ALONG THIS PERFORATION ———

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT.

**PAID UNDER PROTEST**

**CITY OF DETROIT**

9-9
720

| CHECK TYPE | ACCOUNTS PAYABLES | CHECK DATE | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|
| | | 07-31-2020 | 3489821 | *****9,737.00 |

PAY EXACTLY  Nine Thousand Seven Hundred Thirty-Seven Dollars And Zero Cents*****

PAY TO THE ORDER OF:  SHEET METAL WORKERS LOCAL 80
HOLD FOR PAYROLL AUDIT

DETROIT, MI, 48226
UNITED STATES

VOID UNLESS PRESENTED WITHIN 90 DAYS

*CJMcLellan*
TREASURER

COMERICA BANK
Detroit, Michigan

⑊"3489821⑊" ⑊:072000096⑊: 185227568 2⑊"

CITY OF DETROIT
FINANCE DEPARTMENT
ACCOUNTS PAYABLE, SUITE 644
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD
DETROIT MI 48226

SHEET METAL WORKERS LOCAL 80
HOLD FOR PAYROLL AUDIT

PAID UNDER PROTEST

| INVOICE NUM | INVOICE DATE | DESCRIPTION | DISCOUNT | AMOUNT |
|---|---|---|---|---|
| 31-JUL-20 | | INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOC 2001071 | | |
| PAYMENT #1 | 01-JUN-20 | LAW; Quarterly Payment #1 (Paid Under Protest) | 0.00 | 29,232.50 |

**PAID UNDER PROTEST**

NET TOTAL: 29,232.50

**ATTENTION**
The City of Detroit Directive requires all suppliers to be paid via electronic ACH.
All future payments must be paid electronically.
Please contact Accounts Payable at apinvoice@detroitmi.gov to secure the required ACH forms
Please Note: Non-compliance may result in payment delays.
Inquiry regarding Property Tax Returns please call 313-224-3560

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT.

**PAID UNDER PROTEST**

**CITY OF DETROIT**

| CHECK TYPE | ACCOUNTS PAYABLES | CHECK DATE 07-31-2020 | CHECK NUMBER 3489824 | CHECK AMOUNT *****29,232.50 |

PAY EXACTLY Twenty-Nine Thousand Two Hundred Thirty-Two Dollars And Fifty Cents*****

PAY TO THE ORDER OF:
INTERNATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS LOCAL UNION #58
HOLD FOR PAYROLL AUDIT

DETROIT, MI, 48226
UNITED STATES

VOID UNLESS PRESENTED WITHIN 90 DAYS

*CJMcLellan*
TREASURER

COMERICA BANK
Detroit, Michigan

⑈ 3489824 ⑈ ⑆ 072000096 ⑆ 185227568 2 ⑈

CITY OF DETROIT
FINANCE DEPARTMENT
ACCOUNTS PAYABLE, SUITE 644
COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD
DETROIT MI 48226

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION #58
HOLD FOR PAYROLL AUDIT

PAID UNDER PROTEST