# Exhibit 6N - City of Detroit Payment Schedule for IBEW

## ELECTRICAL WORKERS' PENSION TRUST FUND OF LOCAL UNION #58, I.B.E.W.
### Withdrawal Liability Payment Schedule for City of Detroit #016100
United Actuarial Services, 3/23/2020

| | |
|---|---|
| Valuation Interest Rate: | 7.50% |
| Withdrawal Date: | 1/31/2016 |
| Withdrew in Plan Year Beginning in: | 2016 |

### 1. Contributions/Units

| Plan Year Beg. | Contributions | Units | 3-yr. Avg. |
|---|---|---|---|
| 2006 | 53,832.00 | 11,634.00 | |
| 2007 | 63,819.00 | 12,660.00 | |
| 2008 | 51,269.00 | 9,854.00 | 11,382.67 |
| 2009 | 48,097.00 | 8,146.00 | 10,220.00 |
| 2010 | 42,643.00 | 6,715.00 | 8,238.33 |
| 2011 | 35,715.00 | 6,609.00 | 7,156.67 |
| 2012 | 103,050.00 | 17,182.00 | 10,168.67 |
| 2013 | 87,521.00 | 11,522.00 | 11,771.00 |
| 2014 | 97,090.00 | 13,713.00 | 14,139.00 |
| 2015 | 119,413.00 | 14,764.00 | 13,333.00 |

### 2. Annual Payment Amount

1. Maximum 3-yr. average units during 10 years preceding withdrawal     14,139 units

2. Maximum contribution rate during 10 years ending with withdrawal     $ 8.27

3. Annual payment amount = (1) x (2)     $ 116,930

### 3. Calculated Payment Schedule

Assumes 7.50% interest (based on the valuation interest rate) with no interest charged until the first scheduled payment is due. The first payment will be due according to the schedule established by the Board of Trustees but cannot be later than 60 days following demand.

| Year | Balance | Annual Payment of: Principal | Annual Payment of: Interest | Total Annual Payment |
|---|---|---|---|---|
| 1 | $ 167,555 | $ 113,133 | $ 3,797 | $ 116,930 |
| 2 | $ 54,422 | $ 54,422 | $ - | $ 54,422 |
| | | $ 167,555 | $ 3,797 | $ 171,352 |

### 4. Actual Payment Schedule

| | | |
|---|---|---|
| 5 quarterly payments of: | $ | 29,232.50 |
| 1 quarterly payment of: | $ | 25,189.50 |

# Electrical Workers' Pension Trust Fund of Local Union #58 I.B.E.W.
## Allocation of Unfunded Vested Benefits

**Employer:** CITY OF DETROIT  **Employer Number:** 016100
 **Assumes Withdrawal in PYB:** January 1, 2016

| December 31, | Change in UVB | Reallocated UVB | Total Unamortized | Employer Contributions | Rolling 5-Year Sum | Aggregate Rolling 5 | Allocated UVB |
|---|---|---|---|---|---|---|---|
| 1997 | 0 | 0 | 0 | 22,428 | 42,747 | 52,978,552 | 0 |
| 1998 | 0 | 0 | 0 | 21,031 | 63,778 | 65,010,112 | 0 |
| 1999 | 0 | 0 | 0 | 13,179 | 76,957 | 79,858,675 | 0 |
| 2000 | 0 | 0 | 0 | 42,684 | 118,058 | 96,452,305 | 0 |
| 2001 | 6,319,251 | 0 | 1,895,775 | 66,832 | 166,154 | 109,502,368 | 2,877 |
| 2002 | 79,961,462 | 152,065 | 28,032,131 | 27,503 | 171,229 | 115,021,258 | 41,731 |
| 2003 | -27,317,094 | 6,751,219 | -8,563,911 | 86,886 | 237,084 | 115,556,936 | -17,570 |
| 2004 | 37,695,051 | 3,460,245 | 18,346,871 | 80,716 | 304,621 | 114,487,815 | 48,816 |
| 2005 | -60,851,203 | 4,191,297 | -28,539,518 | 63,119 | 325,056 | 112,532,701 | -82,438 |
| 2006 | 3,152,297 | 3,752,941 | 3,610,233 | 53,832 | 312,056 | 109,257,240 | 10,311 |
| 2007 | -22,810,290 | 1,489,837 | -12,866,764 | 63,819 | 348,372 | 116,714,379 | -38,405 |
| 2008 | 55,642,635 | 313,485 | 36,355,804 | 51,269 | 312,755 | 121,139,432 | 93,863 |
| 2009 | -27,968,031 | 1,467,312 | -18,623,869 | 48,097 | 280,136 | 114,150,592 | -45,705 |
| 2010 | 6,766,455 | 0 | 5,074,841 | 42,643 | 259,660 | 109,652,738 | 12,017 |
| 2011 | 29,994,976 | 9,458 | 24,003,075 | 35,715 | 241,543 | 114,748,738 | 50,526 |
| 2012 | -19,458,287 | 246,135 | -16,342,636 | 103,050 | 280,774 | 115,120,619 | -39,859 |
| 2013 | 4,147,255 | 2,955,961 | 6,245,097 | 87,521 | 317,026 | 120,915,527 | 16,374 |
| 2014 | 16,706,361 | 23,135 | 15,891,865 | 97,090 | 366,019 | 136,112,434 | 42,735 |
| 2015 | 23,428,329 | 1,175,929 | 24,545,462 | 119,413 | 442,789 | 150,361,215 | 72,282 |

# Electrical Workers' Pension Trust Fund of Local Union #58 I.B.E.W.
## Allocation of Unfunded Vested Benefits

|  |  |
|---|---:|
| **Total Allocated UVB:** $ | 167,555 |
| **Less De Minimis Adj:** $ | 0 |
| **Final Allocation:** $ | 167,555 |

This estimate of withdrawal liability is based on the latest data available. However, in the event that the data used to prepare this estimate was incomplete or changes, the Plan reserves the right to update this calculation. This estimate is a "good-faith" estimate and not a warranty or guarantee that the company's actual withdrawal liability will not be different in the event withdrawal liability is assessed under the Plan.

## SUMMARY OF ACTUARIAL ASSUMPTIONS AND METHODS

| | |
|---|---|
| **UVB valuation date** | December 31, 2015 |
| **UVB interest rate** | 8.00% |
| **UVB asset valuation method** | Actuarial value as described in Appendix B of our January 1, 2016 actuarial valuation report |
| **UVB data used** | Beginning with the 12/31/2012 report: plan year contributions based on date worked adjusted for known, uncollected delinquencies. Late contributions related to plan years before 12/31/2012 are kept in plan year of deposit unless the affected employer becomes assessable. |
| **Allocation method** | Presumptive |
| **De minimis reduction** | The smaller of:<br><br>1. ¾ of 1% of the UVB, or<br>2. $50,000<br><br>reduced by the excess of the initial allocation over $100,000, but not less than zero |
| **"Free look" rule** | Not adopted |
| **Most recent fresh start** | January 1, 2001 for withdrawals that occur on or after January 1, 2007 |
| **Reallocation rule** | Liabilities are reallocated after five years of zero contributions if no additional information is available. Reallocated liabilities for prior years are typically not adjusted to reflect updated information or data. |
| **Handling of returning employers** | If an employer that had previously ceased contributions recommences within 5 years, the new history is combined with the old, regardless of whether or not the employer's liability had previously been reallocated |
| **Plan of benefits valued for UVB** | Benefits as described in Appendix A of our January 1, 2016 actuarial valuation report in effect as of the UVB valuation date increased for any accrued PPA "adjustable benefits" that have been reduced, if any |
| **Other assumptions and methods not addressed above** | As described in Appendix B of our January 1, 2016 actuarial valuation report |