UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                              Chapter 9

City of Detroit, Michigan      .             Case No. 13-53846
                                                            Hon. Thomas J. Tucker

             Debtor.
_____/

## **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the Law Office of Barbara A. Patek, P.L.C. enters its appearance as counsel on behalf of the Electrical Workers' Pension Trust Fund of Local Union #58, I.B.E.W., Detroit, Michigan (the "IBEW #58 Pension Fund") and the Sheet Metal Workers' Local Union No. 80 Pension Trust Fund (the "SMW 80 Pension Fund") (together, the "Pension Funds") pursuant to 11 U.S.C. §§ 102(1) and 1109(b) and Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and requests that all notices given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned attorney, at the address set forth below:

         Barbara A. Patek, Esq.
         Law Office of Barbara A. Patek, P.L.C.
         27 E. Flint Street, Suite 2
         Lake Orion, MI 48362
         Cell: (313) 410-1979
         Telephone: (248) 814-9470, ext. 106
         Facsimile: (248) 814-8231

Email: pateklaw@gmail.com.

        LAW OFFICE OF BARBARA A. PATEK, P.L.C.

        By: /s/ Barbara A. Patek
            Barbara A. Patek (P34666)
            Counsel for the Pension Funds
            27 E. Flint Street, Suite 2
            Lake Orion, MI 48362
            Cell (313) 410-1979
            Telephone: (248) 814-9470, ext. 106
            Facsimile: (248) 814-8231
            Email: pateklaw@gmail.com

September 7, 2020