UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                           Chapter 9

City of Detroit, Michigan          .              Case No. 13-53846
                                                        Hon. Thomas J. Tucker

              Debtor.
_____/

## **CERTIFICATE OF SERVICE**

       Barbara A. Patek certifies that on September 7, 2020, she filed her Notice of Appearance and Request for Service, as well as this Certificate of Service, using the ECF system which will send electronic service notification of such filing to Debtor's counsel and to all other counsel registered electronically.

                                          Respectfully submitted,
                                          LAW OFFICE OF
                                          BARBARA A. PATEK, PLC

                                          By:   */s/ Barbara A. Patek*
                                          Barbara A. Patek (P34666)
                                          Counsel for the Pension Funds[1]
                                          27 E. Flint St., Suite 2
                                          Lake Orion, MI 4836
                                          Cell: (313) -410-1979
                                          Tel: (248) 814-9470, x106
                                          Fax: (248) 814-8231
                                          pateklaw@gmail.com

DATED:     September 7, 2020

---

[1] As defined in the Notice of Appearance and Request for Service.