# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## SECOND ORDER EXTENDING DEADLINE FOR THE ELECTRICAL WORKERS' PENSION TRUST FUND OF LOCAL UNION # 58, I.B.E.W., DETROIT, MICHIGAN AND THE SHEET METAL WORKERS' LOCAL UNION NO. 80 PENSION TRUST FUND TO FILE THEIR RESPONSE IN OPPOSITION TO THE CITY OF DETROIT'S MOTION TO ENFORCE CONFIRMATION ORDER (DOCKET # 13308)

This case is before the Court on the Stipulation for Second Order Extending Deadline for the Electrical Workers' Pension Trust Fund of Local Union #58, I.B.E.W., Detroit, Michigan and the Sheet Metal Workers' Local Union No. 80 Pension Trust Fund (together, the "Pension Funds") to File Their Response to the City of Detroit's Motion to Enforce the Confirmation Order Against the Sheet Metal Workers' Local Union No. 80 Pension Trust Fund and Electrical Workers' Pension Trust Fund of Local Union #58, I.B.E.W., Detroit Michigan (Docket # 13308, the "Motion to Enforce"). The Court finds good cause to enter this Order.

IT IS ORDERED that the deadline for the Pension Funds to file their response to the Motion to Enforce is extended through and including Thursday, October 1, 2020.

**Signed on September 24, 2020**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge