# Exhibit 1

July 12, 2018


Current Owner / Company Officer          Via Certified Mail
City of Detroit
2 Woodward Avenue, #644
Detroit, MI 48226

RE:     Withdrawal Liability Questionnaire
        Sheet Metal Workers' Local Union No. 80 Pension Trust Fund

Dear Owner / Company Officer:

     Enclosed you will find a Withdrawal Liability Questionnaire to be completed on behalf of the City of Detroit.

     Your response, signed on the last page before a notary, is due by the thirtieth (30th) day after receipt of this Questionnaire, as evidenced by the accompanying postal certification. If you have questions, we recommend that you contact your attorney.

                                     Sincerely,


                                       Deborah O'Callaghan
                                       Plan Manager


enc.
cc: Hope Calati, Esq. (Fund Legal Counsel)

# SHEET METAL WORKERS' LOCAL UNION NO. 80 PENSION TRUST FUND

## WITHDRAWAL LIABILITY QUESTIONNAIRE

REPORTING BUSINESS _____

EMPLOYER ID NUMBER _____

RESPONSE REQUIRED BY LAW. The Board of Trustees has determined the information in this Withdrawal Liability Questionnaire to be necessary to enable the Fund to comply with the requirements of Federal law. Your timely response to the Questionnaire is mandatory under the Employee Retirement Income Security Act of 1974, as amended by the Multiemployer Pension Plan Amendments Act of 1980 (29 U.S.C. §1399(a)). On or before the Reporting Date, complete one **notarized** copy of the Questionnaire (and all sheets attached thereto) on behalf of the Reporting Business and all trades or businesses under common control. The completed Questionnaire should be sent to: Sheet Metal Workers' Local Union No. 80 Pension Trust Fund, P.O. Box 1408, Troy, MI 48099-1408.

FAILURE TO RESPOND. Failure to complete and submit the Questionnaire on or before the Reporting Date will subject the Reporting Business to penalties authorized by law. The Fund will also assume that all answers would have been adverse to the interest of the Reporting Business.

REPORTING DATE. Your response is due by the thirtieth (30th) day after receipt of the Questionnaire, as evidenced by the accompanying postal certification.

INSTRUCTIONS. Each question should be answered, or the failure to answer must be explained. Be certain that your response to the Questionnaire is complete. Where a question is not applicable to the Reporting Business, please indicate that by "N/A"; and where the correct response is "none," so indicate with "NONE." If the Reporting Business is a partnership or a corporation, the questions shall be deemed to be addressed to, and shall be answered on behalf of, the partnership or corporation; and the Questionnaire shall be verified by a member of the partnership or by a duly authorized officer of the corporation. Attach to the Questionnaire all documentary evidence in support of your response to a specific question. Use additional sheets to complete a response to any question where the space provided is insufficient. If extra sheets are used in response to a question, identify each sheet as follow:

> Attachment To Withdrawal Liability Questionnaire
> [identify Reporting Business]
> [identify question (s) being answered]
> [identify the date of completion]
> [indicate "page \_\_\_ of \_\_\_"]

## A. IDENTIFICATION AND ORGANIZATION OF REPORTING BUSINESS

1. Complete the following with respect to the Reporting Business:

    A. What is the official name and address of the Reporting Business?

    Name: _____

    Address: _____

    _____

    B. What is the IRS Employer Identification Number (EIN) of the Reporting Business?

    _____

    C. List any assumed names used by the Reporting Business:

    _____

    _____

    D. Is the Reporting Business conducted as a:

    | | | | |
    |---|---|---|---|
    | (1) | Sole Proprietorship? | YES _____ | NO _____ |
    | (2) | Partnership? | YES _____ | NO _____ |
    | (3) | Limited Liability Partnership? | YES _____ | NO _____ |
    | (4) | Family Limited Partnership? | YES _____ | NO _____ |
    | (5) | Corporation? | YES _____ | NO _____ |
    | (6) | Limited Liability Company? | YES _____ | NO _____ |
    | (7) | Business Trust? | YES _____ | NO _____ |
    | (8) | Other Trust? | YES _____ | NO _____ |
    | (9) | Government Unit? | YES _____ | NO _____ |
    | (10) | Other, including foreign Organizations | YES _____ | NO _____ |

E.  If the Reporting Business is conducted as either a sole proprietorship or partnership, including a limited liability partnership or family limited partnership, identify the names and addresses of all principals of the Reporting Business.

If the Reporting Business is conducted as a business or other trust, identify the names and addresses of the Trustees for and beneficiaries of the Reporting Business.

Name: _____

Address: _____

_____

Official Capacity: _____

Name: _____

Address: _____

_____

Official Capacity: _____

F.  If the Reporting Business is conducted as a corporation, identify the following:

(1) State of incorporation: _____

(2) Date of incorporation: _____

(3) The name, state of incorporation and EIN for any corporation with which the Reporting Business could or did file a consolidated Federal corporate income tax Form 1120 in each of the last ten tax years. You may supply a copy of the tax forms or schedules without income or asset information for this purpose.

_____

_____

(4) Identify all persons or entities who own or control 10% or more of the voting stock:

Name: _____

Address: _____

Name: _____

Address: _____

Name: 

Address: 

G. If the Reporting Business is conducted as a limited liability company, provide the following information:

(1) State of formation: 

(2) Date of formation: 

(3) Members at the time of formation:

Name: 

Address: 

Name: 

Address: 

(4) Current members:

Name: 

Address: 

Name: 

Address: 

(5) Any Manager who is not a member:

Name: 

Address: 

Name: 

Address:

2. Identify all periods for which the Reporting Business has had an obligation to make contributions to the Sheet Metal Workers' Local Union No. 80 Pension Trust Fund? If the Reporting Business <u>currently</u> has an obligation to make contributions to the Sheet Metal Workers' Local Union No. 80 Pension Trust Fund under the name or employer ID number identified on pages 1 and 2 of this form, state "current" and identify the Agreement.

   _____ to _____

   _____ to _____

3. Is the Reporting Business a member of a controlled group of businesses, or has it been a member of a controlled group of businesses in any year in the last ten years? (A controlled group of businesses includes a parent-subsidiary controlled group, a brother-sister controlled group of a combined group, or any other group as described in the Internal Revenue Code. 26 U.S.C. §1563.)

   YES _____    NO _____

   If the answer to this question is "YES," identify for each member of the controlled group and the relevant years:

   Name: _____

   Address: _____

   _____

   EIN/SSN: _____

   Year(s): _____

   Name: _____

   Address: _____

   _____

   EIN/SSN: _____

   Year(s): _____

4. Is the Reporting Business otherwise affiliated with any other businesses?

   YES _____     NO _____

   If the answer to this question is "YES," please explain the name and EIN/SSN of the other business(es), its owner(s), the nature of the other business(es), and the nature of the affiliation:

   _____
   _____
   _____

5. Does the Reporting Business continue to have an obligation to make contributions to the Sheet Metal Workers' Local Union No. 80 Pension Trust Fund under any name or employer ID number other than those identified on pages 1 and 2 of this form?

   YES _____     NO _____

   If the answer to this question is "YES," identify the other names and ID numbers:

   Name: _____

   ID No.: _____

6. Has there been a statutory merger or consolidation, however effected, which involved the Reporting Business on or after January 1, 1975?

   YES _____     NO _____

   If the answer to this question is "YES," identify all entities involved in such merger or consolidation:

   Name: _____

   Address: _____
   _____

   Name: _____

   Address: _____
   _____

7. Has there been a statutory corporate reorganization, however effected, which involved the Reporting Business on or after January 1, 1975?

   YES _____     NO _____

   If the answer to this question is "YES," identify all entities involved in such corporate reorganization:

   Name: _____

   Address: _____

   _____

   Name: _____

   Address: _____

   _____

8. Has the Reporting Business been subject to any of the following proceeding under the Bankruptcy Act of 1978 (11 U.S.C. §101, et seq.):

   a. Chapter 7 liquidation?              YES _____     NO _____

   b. Chapter 9 adjustment of debts
      (of a municipality)?                YES _____     NO _____

   c. Chapter 11 reorganization?          YES _____     NO _____

   d. Chapter 13 adjustment of debts?     YES _____     NO _____

   If the answer to this question is "YES," attach to this Questionnaire a copy of the Order for Relief (and Repayment Plan, if appropriate) or, if not available, the Petition(s) filed in the United States Bankruptcy Court.

9. Has the Reporting Business been subject to any dissolution proceedings under state law?

   YES _____     NO _____

   If the answer to this question is "YES," attach a copy of the Articles (or Certificate) of Dissolution to this Questionnaire.

10. Has the Reporting Business been subject to an assignment for the benefit of creditors (i.e., a transfer in trust of all business assets for the benefit of creditors) or to a bulk transfer (i.e., any transfer in bulk and not in the ordinary course of the transferor's business of a major part of materials, supplies, merchandise or other inventory of the business) under applicable state law?

    YES _____    NO _____

    If the answer to this question is "YES," attach to this Questionnaire a copy of the written assignment or the bulk transfer agreement, whichever is applicable.

11. Has the Reporting Business changed the location of business operations to the jurisdiction of one or more labor organizations affiliated with Sheet Metal Workers' International Association and/or SMART, the International Association of Sheet Metal, Air, Rail and Transportation Workers (the "Union")?

    YES _____    NO _____

    If the answer to this question is "YES," identify all such labor organizations:

    Name: _____

    Address: _____

    _____

12. Does the Reporting Business own or lease any real property?

    YES _____    NO _____

    If the answer to this question is "YES," please list the property's address and identify whether the property is owned or leased and, if leased, please identify any common owners/shareholders between the Reporting Business and the Lessor, any familial, marital or other legal relationships between the owners/shareholders of the Reporting Business and the owners/shareholders of the Lessor:

    _____

    _____

    _____

13. Has the owner or owners of the Reporting Business provided any services to any entity or individual as an independent contractors and/or sole proprietor or operated any business as an individual or sole proprietor, regardless of the manner in which the owner's income is reported for tax purposes in the last ten years?

    YES _____    NO _____

If the answer to this question is "YES," identify for each owner the business and the relevant years:

Owner's name: _____

Business name (if business is not operated in Owner's name):

_____

Address: _____

_____

EIN/SSN: _____

Year(s): _____

Owner's name: _____

Business name (if business is not operated in Owner's name):

_____

Address: _____

_____

EIN/SSN: _____

Year(s): _____

## B. CAUSE OF THE CESSATION OF CONTRIBUTIONS TO THE FUND

1. With respect to the ID number(s) identified on page 1 of the Questionnaire, specify the exact date on which the Reporting Business ceased to have an obligation to make contributions to Sheet Metal Workers' Local Union No. 80 Pension Trust Fund.

    _____/_____/_____
    Month         Date            Year

2. Was this cessation of contributions caused by a sale of assets of the Reporting Business?

    YES _____      NO _____

    If the answer to this question is "YES,"

    a. Indicate the relationship(s) of the purchaser(s) to the seller(s):

    /_____/  A member of the family, but limited to spouse, brothers, sisters, ancestors and lineal descendants.
    /_____/  An individual and a corporation more than 50 percent of the value of the outstanding stock of which is owned by or for such individual.
    /_____/  Two corporations more than 50 percent in value of the outstanding stock of each of which is owned by or for the same individual, if either one of such corporations was a personal holding company or a foreign personal holding company.
    /_____/  A grantor and a fiduciary of any trust.
    /_____/  A fiduciary of a trust and a fiduciary of another trust, if the same person is a grantor of both trusts.
    /_____/  A fiduciary of a trust and a beneficiary of such trust.
    /_____/  A fiduciary of a trust and a beneficiary of another trust, if the same person is a grantor of both trusts.
    /_____/  A fiduciary of a trust and a corporation more than 50 percent of the value of the outstanding stock of which is owned by or for the trust or by or for a person who is a grantor of the trust.
    /_____/  A person and an organization to which 26 U.S.C. §501 applies and which is controlled by such person or (if such person is an individual) by members of the family of such individual.
    /_____/  One or more totally unrelated parties.

b. Attach a copy of the sales agreement to the Questionnaire and identify all purchaser(s) (persons and business entities, if any) and indicate their relationships to the seller(s) consistent with the ten categories listed above:

Name: _____

Address: _____

_____

Relationship: _____

Name: _____

Address: _____

_____

Relationship: _____

3. Was this cessation of contributions caused by a statutory merger or consolidation of the Reporting Business (a merger or consolidation occurs when the assets and/or a majority of voting stock of the Reporting Business are transferred, other than by a sale of assets, to a successor business which continue operations under either the successor business name (i.e., a merger) or under a different business name (i.e., a consolidation))?

YES _____    NO _____

If the answer to this question is "YES," attach a copy of the merger (or consolidation) agreement to this Questionnaire and identify the successor business below:

Successor Business: _____

Address: _____

_____

EIN: _____

4. Was this cessation of contributions caused by a statutory reorganization of the Reporting Business by either a recapitalization or a mere change in identity, form, or place of organization, however effected (as described in 26 U.S.C. §368)?

   YES _____    NO _____

   If the answer to this question in "YES," identify the reorganized business below:

   Reorganized Business: _____

   Address: _____

   _____

   EIN: _____

5. Was this cessation of contributions caused by a Chapter 7 liquidation of the Reporting Business under Bankruptcy Act of 1978 (11 U.S.C. §101, et seq.)?

   YES _____    NO _____

6. Was this cessation of contribution by the Reporting Business caused by rejection of a collective bargaining agreement during proceedings under the Bankruptcy Act of 1978 (11 U.S.C. §101, et seq.)?

   YES _____    NO _____

7. Was this cessation of contributions caused~~ds~~ by the dissolution or liquidation of the Reporting Business under state law?

   YES _____    NO _____

8. Was this cessation of contributions caused by an assignment for the benefit of creditors (i.e., a transfer in trust of all business assets for the benefit of creditors) or to a bulk transfer (i.e., any transfer in bulk and not in the ordinary course of the transferor's business of a major part of materials, supplies, merchandise or other inventory of the business) under applicable state law?

   YES _____    NO _____

9. Was this cessation of contributions caused by the Reporting Business closing a facility at which some or all of its bargaining unit employees (on whose behalf contributions were required to be made to the Sheet Metal Workers' Local Union No. 80 Pension Trust Fund) were so employed?

   YES _____    NO _____

10. Was this cessation of contributions caused by a change in the location of business operations of the Reporting Business to the jurisdiction of one or more labor organization affiliated with the Union?

    YES _____    NO _____

11. Was this cessation of contributions caused by a labor dispute involving the Reporting Business and one or more labor organizations affiliated with the Union (labor dispute includes any controversy concerning terms, tenure or conditions of employment, or concerning the association or representation of persons in negotiating terms and conditions of employment, pursuant to 29 U.S.C. §152(9))?

    YES _____    NO _____

    If the answer to this question 11 is "YES," explain in full the nature of such labor dispute:

    _____
    _____
    _____
    _____

12. Was this cessation of contributions caused by decertification or replacement by consent of the bargaining unit employees of the Union representing such employees?

    YES _____    NO _____

    If the answer to this question is "YES," attach a copy of the Order issued by the National Labor Relations Board or, if not available, the Decertification Petition, to the Questionnaire.

13. Was this cessation of contribution caused by replacement of the Sheet Metal Workers' Local Union No. 80 Pension Trust Fund retirement coverage by another type of retirement coverage and/or pension fund?

    YES _____    NO _____

    If the answer to this question is "YES," attach a copy of the successor retirement plan.

14. If the answers to questions 2-13 in this Section B are "NO," please attach an explanation of the cause of the cessation of contributions.

15. Has the Reporting Business ceased to provide retirement coverage for its bargaining unit employees (i.e., those previously covered by the Sheet Metal Workers' Local Union No. 80 Pension Trust Fund) altogether?

    YES _____    NO _____

C. **OPERATIONS OF THE REPORTING BUSINESS**

1. What was the Reporting Business' principal product or service *prior to* the date it ceased contributing to the Fund? Please include a description of the type and location of work the Reporting Business performed *prior to* the date it ceased contributing to the Fund.

   _____
   _____
   _____

2. What was the Reporting Business' principal product or service *after* the date it ceased contributing to the Fund? Please include a description of the type and location of work the Reporting Business performed *after* the date it ceased contributing to the Fund.

   _____
   _____
   _____

3. What is the Reporting Business' principal product or service *today*? Please include a description of the type and location of work the Reporting Business performs *today*.

   _____
   _____
   _____

4. Please explain who is doing the work formerly performed by the covered employees.

   _____
   _____
   _____

5. Has the Reporting Business ceased all operations, including all operations not requiring contributions to the Fund?

   YES _____    NO _____

   If the answer to this question is "YES," as of what date? _____

6. The following questions apply to the bargaining unit for which the Reporting Business was obligated to make contributions to the Fund. Please limit your responses to the facts that apply to that bargaining unit.

   a. Did the bargaining unit work with any building materials, such as (but not limited to) concrete, duct work, furnace pipes and fittings, lumber, plywood, drywall, pipe, electrical wire, plastic, rubber, metal, fiber, cork, linoleum, Plexiglas, flooring, insulation, paper, fabric, tile or aggregate? If so, which materials and what did the bargaining unit do with them (e.g., manufacture, transport, construct, install, etc.)?

   _____
   _____
   _____
   _____

   b. Did the bargaining unit perform any on-site construction work? If so, what was the type of work?

   _____
   _____
   _____
   _____

   c. Did the bargaining unit operate any construction equipment? If so, what types of equipment?

   _____
   _____
   _____
   _____

   d. Did the bargaining unit perform any maintenance, shop, fabrication, or warehouse work? If so, what was the type and extent of that work?

   _____
   _____
   _____
   _____

   e. Did the bargaining unit perform any work involving the transportation of material or equipment to or from a construction site (including new construction, highway construction, excavation for construction, maintenance and/or repair work on such projects)? If so, please describe those duties and functions.

   _____
   _____
   _____
   _____

f.  For each question a – e above, approximately what proportion of the bargaining unit's time, measured as whole, was spent performing the underlying activity or work? For example, for question e, the Reporting Business might answer that approximately 20% of the bargaining unit's time was spent transporting material to or from a construction site.

_____
_____
_____
_____

g.  For each question a – e above, approximately what proportion of the Reporting Business' total income was derived from the underlying activity or work? For example, for question d, the Reporting Business might answer that approximately 50% of its income was derived from shop work.

_____
_____
_____
_____

h.  Did the Reporting Business terminate all business relations with each member of the bargaining unit after the Reporting Business ceased contributing to the Fund?

YES _____    NO _____

If the answer to this question is "NO," please identify the individual(s) with whom the Reporting Business continued or continues to have business relations and describe the nature and extent of that relationship.

_____
_____
_____

i.  Did the Reporting Business directly or indirectly subcontract work to any member of the bargaining unit after the Reporting Business ceased contributing to the Fund?

YES _____    NO _____

If the answer to this question is "YES," please identify the individual(s) to whom the Reporting Business subcontracted work and describe the nature, location and extent of that work.

_____
_____
_____

j.  Did the Reporting Business subcontract work to any subcontractor that employed any member of the bargaining unit after the Reporting Business ceased contributing to the Fund?

   YES _____ NO _____

   If the answer to this question is "YES," please identify the subcontractor; the nature, location and extent of the work; and the members of the bargaining unit who were subsequently employed by the subcontractor.

   _____
   _____
   _____
   _____

D. **CERTIFICATION OF STATEMENT – This Certification must be signed before a Notary.**

The answers to this Withdrawal Liability Questionnaire, together with the attachments appended hereto and made a part hereof, were prepared under my supervision and are true and correct to the best of my knowledge and belief.

Signature: _____

Printed Name: _____

Title: _____

Date: _____

Business Address: _____

Business Telephone: _____

Subscribed and sworn to before me at the

City of _____

State of _____,

this _____ day of _____

Notary Public: _____

County: _____

My commission expires: _____

