# Exhibit 2

# SACHS WALDMAN
PROFESSIONAL CORPORATION

www.sachswaldman.com

ATTORNEYS AND COUNSELORS AT LAW

1423 EAST TWELVE MILE ROAD
MADISON HEIGHTS, MICHIGAN 48071

248-658-0800

Direct Dial No. (248) 658-0805
FAX No. (248) 658-0801
hcalati@sachswaldman.com

GEORGE H. KRUSZEWSKI
GEORGE T. FISHBACK
JOHN R. RUNYAN, JR.
ANDREW NICKELHOFF
BRIAN A. MCKENNA*
MARSHALL J. WIDICK

HOPE L. CALATI
DEREK L. WATKINS
JOSEPH R. PAWLICK*
AMY BACHELDER
EDMOND PRIFTI
MAMI KATO

*ALSO LICENSED IN ILLINOIS

DETROIT OFFICE
2211 EAST JEFFERSON AVENUE
SUITE 200
DETROIT, MICHIGAN 48207

THEODORE SACHS
1928-2001

ROLLAND R. O'HARE
1925-2017

BARRY P. WALDMAN
MARY ELLEN GUREWITZ
OF COUNSEL

December 19, 2018

**via certified mail, return receipt requested**
**and via first class mail**

Legal Department
City of Detroit
2 Woodward Ave., #644
Detroit, MI 48226

RE: Sheet Metal Workers' Local Union No. 80 Pension Trust Fund
Withdrawal Liability Questionnaire

Dear Legal Department:

This firm represents the Sheet Metal Workers' Local Union No. 80 Pension Trust Fund ("Fund"). The Fund's administrative office forwarded a "Withdrawal Liability Questionnaire" to you, which, according the Fund's records, the City of Detroit received on or about July 20, 2018. (I have enclosed another copy of the Questionnaire.) As stated on the letter transmitting the Questionnaire and on the first page of the Questionnaire, your response to the Questionnaire was required by the 30th day after your receipt of it, which day was Sunday, August 19, 2018. However, to date the City of Detroit has failed to provide a response.

The Fund is maintained pursuant to and governed by the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. § 1001, *et seq.* ("ERISA"). The Questionnaire was sent to you under the authority of ERISA § 4219(a), which provides:

> An employer **shall**, within 30 days after a written request from the plan sponsor, furnish such information as the plan sponsor reasonably determines to be necessary to enable the plan sponsor to comply with the requirements of this part [relating to withdrawal liability].

(Emphasis supplied.)

Your response to the Questionnaire is not optional; it is required by Federal law.

Please forward the response of the City of Detroit to the Fund's administrative office by

**January 9, 2019**. If you fail to do so, the Fund will consider all of its options with regard to this matter, including the option of filing litigation to compel your response, in which the City of Detroit may be responsible under Federal law for all costs and attorneys' fees incurred by the Fund.

If you have any questions, we suggest you contact your attorney.

Sincerely,

Hope L. Calati

encl.

cc: Deb O'Callaghan (via e-mail only)