# Exhibit 3

# Hope Calati

| | |
|---|---|
| **From:** | Hope Calati |
| **Sent:** | Wednesday, January 23, 2019 1:09 PM |
| **To:** | 'adamj@detroitmi.gov' |
| **Subject:** | Sheet Metal 80 Pension Trust Fund - Questionnniare |
| **Attachments:** | Cover letter to questionnaire City of Detroit 7 2018.pdf; City of Detroit - Return Receipt.pdf; City of Detroit - 4219a demand for info.pdf; EWL questionnaire (2018) (edited).pdf |

Ms. Adams:

Thank you for your call on 1/16/19. (I had mistyped your e-mail address as adamsj@detroitmi.gov, which caused a delay in transmitting this information to you.)

As you requested, attached is a copy of the cover letter and questionnaire that was sent in July 2018 on behalf of the Sheet Metal Workers' Local Union 80 Pension Trust Fund ("Fund") along with the certified mail receipt.

The Fund demanded that the questionnaire be completed by 1/9/19, but it appears that it only recently made it to your desk. A copy of that demand is also attached.

**Will you be able to have the questionnaire completed by 1/31/19?**

Thank you.

```
Hope L. Calati
Sachs Waldman, Professional Corporation
1423 E. Twelve Mile Road
Madison Heights, MI 48071
(248) 658-0805
(248) 658-0801 (fax)
```
_____

```
This e-mail message and any attached files are confidential and are intended solely for
the use of the addressee(s) named above. If you are not the intended recipient, any
review, use, dissemination, forwarding, printing, copying, or other distribution of this
e-mail message and any attached files is strictly prohibited. If you have received this
communication in error, please notify the sender immediately by reply e-mail message and
permanently delete the original message.
```