# Exhibit 4

George H. Kruszewski
Derek L. Watkins
Joseph R. Pawlick
Hope L. Calati
Edmond Prifti
Joseph W. Uhl



WATKINS, PAWLICK, CALATI & PRIFTI, PC

Attorneys and Counselors at Law

1423 East 12 Mile Road
Madison Heights, MI 48071
(248) 658-0800
(248) 658-0801 fax
www.wpcplaw.com

Direct Dial No. (248) 658-0805
hcalati@sachswaldman.com

February 25, 2019

via certified mail, return receipt requested
and via e-mail to adamj@detroitmi.gov

June C. Adams, Esq.
City of Detroit Law Department
2 Woodward Ave., Ste. 500
Detroit, MI 48226-3437

RE: Sheet Metal Workers' Local Union No. 80 Pension Trust Fund
    Withdrawal Liability Questionnaire

Dear Ms. Adams:

As you are aware, this firm represents the Sheet Metal Workers' Local Union No. 80 Pension Trust Fund ("Fund").

You contacted me on January 16, 2019 regarding the "Withdrawal Liability Questionnaire" issued by the Fund to the City of Detroit.

According to the Fund's records, the City of Detroit received the Questionnaire on or about July 20, 2018. The response was required by August 19, 2018. The City of Detroit had not responded, so a follow up letter was sent on December 19, 2018 with another copy of the Questionnaire.

The December 19, 2018 letter was directed to 2 Woodward Ave., Ste. 644, which I understand was forwarded to you in the City of Detroit Law Department. In response to your phone call of January 16, 2019, I transmitted to you via e-mail on January 23, 2019 a copy of the December 19, 2018 letter, the enclosed Questionnaire and the certified mail receipt showing that the City of Detroit had initially received the Questionnaire on or about July 20, 2019. Those materials are also enclosed with this letter.

In an effort to obtain the response to the Questionnaire without litigation, I am requesting that you send the City of Detroit's response to the Questionniare to the Fund's administrative office by **March 11, 2019.** If the City of Detroit fails to do so, the Fund will consider all of its options with

regard to this matter, including the option of filing litigation to compel the response, in which the City of Detroit may be responsible under Federal law for all costs and attorneys' fees incurred by the Fund.

Please contact me if you have any questions.

Sincerely,

Hope L. Calati

encl.

cc: Deb O'Callaghan (via e-mail only, w/ encl.)