# Exhibit 6

# Hope Calati

| | |
|---|---|
| **From:** | June Adams <adamj@detroitmi.gov> |
| **Sent:** | Wednesday, June 5, 2019 12:04 PM |
| **To:** | Joseph Uhl; Pamela Scales; Regina Greear; Eric Higgs; Rosita Brockington; Valerie Colbert |
| **Cc:** | June Adams; Rosita Brockington |
| **Subject:** | Re: Sheet Metal Workers' Local Union No. 80 Pension Trust Fund Withdrawal Liability Questionnaire |

Mr. Uhl,

Thank you for your patience in this matter. I have reached out to several city departments to obtain the information for the pension questionnaire, to date those efforts have yielded limited information. At this stage I would ask that you contact Pamela Scales-Deputy CFO in the Office of Financial Services. Her phone number is 313-224-3379.

---

**From:** Joseph Uhl <juhl@wpcplaw.com>
**Sent:** Tuesday, April 16, 2019 10:19 AM
**To:** June Adams
**Subject:** Sheet Metal Workers' Local Union No. 80 Pension Trust Fund Withdrawal Liability Questionnaire

Good morning June,

Thank you for your patience with my delays in forwarding the names of the City of Detroit's former Sheet Metal Worker's Local Union No. 80 members (information you requested to facilitate your or your colleague's answering the SM80 Pension Fund's Employer Withdrawal Liability Questionnaire). It's my understanding that there were two former members and that those names are enclosed. It's possible there were others about whom I currently do not know. Please call so we can discuss this further.

Thank you,

Joe



Joseph W. Uhl
Watkins, Pawlick, Calati & Prifti PC
1423 E. Twelve Mile Road
Madison Heights, MI 48071
(248) 658-0805
juhl@wpcplaw.com