# Exhibit 7

# Hope Calati

| | |
|---|---|
| **From:** | Joseph Uhl |
| **Sent:** | Monday, July 8, 2019 2:35 PM |
| **To:** | 'Naglickj@detroitmi.gov' |
| **Cc:** | Hope Calati |
| **Subject:** | FW: Sheet Metal Workers' Local Union No. 80 Pension Trust Fund Withdrawal Liability Questionnaire |
| **Attachments:** | K700_CITY OF DETROIT 099330_EMPLOYEE HISTORY_03-31-2019.pdf; EWL questionnaire (2018) (edited).pdf |

Mr. Naglick,

Enclosed please find the employee history that I received and a copy of the Pension Fund's Employer Withdrawal Liability questionnaire. Please fill out the questionnaire and return to me.

Thank you,

Joe Uhl



Joseph W. Uhl
Watkins, Pawlick, Calati & Prifti PC
1423 E. Twelve Mile Road
Madison Heights, MI 48071
(248) 658-0805
juhl@wpcplaw.com

---

**From:** Joseph Uhl
**Sent:** Tuesday, April 16, 2019 10:20 AM
**To:** 'adamj@detroitmi.gov'
**Subject:** Sheet Metal Workers' Local Union No. 80 Pension Trust Fund Withdrawal Liability Questionnaire

Good morning June,

Thank you for your patience with my delays in forwarding the names of the City of Detroit's former Sheet Metal Worker's Local Union No. 80 members (information you requested to facilitate your or your colleague's answering the SM80 Pension Fund's Employer Withdrawal Liability Questionnaire). It's my understanding that there were two former members and that those names are enclosed. It's possible there were others about whom I currently do not know. Please call so we can discuss this further.

Thank you,

Joe



Joseph W. Uhl
Watkins, Pawlick, Calati & Prifti PC
1423 E. Twelve Mile Road
Madison Heights, MI 48071
(248) 658-0805
juhl@wpcplaw.com