**Exhibit G**

| | |
|---|---|
| **From:** | Joseph Uhl |
| **Sent:** | Thursday, May 21, 2020 10:25 AM |
| **To:** | Jason Mcfarlane |
| **Cc:** | Hope Calati; Joseph Pawlick |
| **Subject:** | City of Detroit Notice of Assessment of Withdrawal Liability - SMPF80 |
| **Attachments:** | City of Detroit - SMPF 80 letter transmitting documents.pdf; 2014 Construction Plan.pdf; 2014 Construction Plan - 1st Am (signed).pdf; 2014 Construction Plan - 2nd Am (signed).pdf; 2014 Construction Plan - 3rd Am (signed).pdf; 2014 Construction Plan - 4th Am (signed).pdf; 2014 Construction Plan - 5th Am (signed).pdf; 2014 Construction Plan - 6th Am (signed).pdf; 2014 Construction Plan - 7th Am (signed).pdf; 2014 Construction Plan - 8th Am (signed).pdf; 2014 Construction Plan - 9th Am (signed).pdf; City of Detroit Payment Schedule SMPF80.pdf; EE info City of Detroit SM80_Redacted.pdf; Notice of Assessment (sent March 25).pdf |

Mr. McFarlane,

Enclosed find a response letter to your April 23, 2020 email and the documents requested of Sheet Metal Workers Local No. 80 Pension Fund. If you have additional questions, please contact me. The response from the Electrical Workers' Pension Fund is forthcoming.

Sincerely,


Joseph W. Uhl
Watkins, Pawlick, Calati & Prifti PC
1423 E. Twelve Mile Road
Madison Heights, MI 48071
(248) 658-0799
juhl@wpcplaw.com

---

**From:** Jason Mcfarlane [mailto:mcfaj@detroitmi.gov]
**Sent:** Thursday, April 23, 2020 10:52 AM
**To:** Joseph Uhl
**Cc:** Charles Raimi; June Adams
**Subject:** Notice of Assessment of Withdrawal Liability

Good Morning,

I am in receipt of two letters sent to the City of Detroit regarding Notice of Assessment of Employer Withdrawal Liability Electrical Workers' Pension Trust Fund of Local Union #58 IBEW dated March 30, 2020 and IBEW #80 dated March 25, 2020.

It is my understanding that you represent the IBEW Pension Trust Fund and have had previous contact with the City of Detroit regarding a questionnaire related to this issue. If I am mistaken, please let me know.

The City of Detroit is requesting all relevant documents regarding the notice of assessment, including but not limited to: Pension Plan documents, any documents related to the determining the amount of the determined withdrawal liability, the names of the employees that were in the respective IBEW Locals above and all other relevant documents.

If you have any questions please contact me at 313-510-6417.

Respectfully Submitted,

Jason McFarlane
Assistant Corporation Counsel
City of Detroit Law Department
2 Woodward Avenue, Ste. 500
Detroit, Michigan 48226
313-237-0548

NOTICES: This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately.



George H. Kruszewski
Derek L. Watkins
Joseph R. Pawlick
Hope L. Calati
Edmond Prifti
Joseph W. Uhl



1423 E 12 Mile Rd
Madison Heights, MI 48071
(248) 658-0800
(248) 658-0801 fax

**Attorneys and Counselors at Law**
www.wpcplaw.com

**juhl@wpcplaw.com**

May 21, 2020

Jason McFarlane
Assistant Corporation Counsel
City of Detroit Law Department
2 Woodward Avenue, Ste. 500
Detroit, Michigan 48226

Via email: mcfaj@detroitmi.gov

RE:   **CITY OF DETROIT**
      **SHEET METAL WORKERS' LOCAL UNION NO. 80 PENSION TRUST FUND**
      **EMPLOYER WITHDRAWAL LIABILITY**
      **RESPONSE TO REQUEST FOR DOCUMENTS**

Dear Mr. McFarlane:

This firm represents the Sheet Metal Workers' Local Union No. 80 Pension Trust Fund ("Sheet Metal Workers Pension Fund").

I am writing in response to your April 23, 2020 email in which you requested "all relevant documents regarding the notice of assessment, including but not limited to: Pension Plan documents, any documents related to the determining [sic] the amount of the determined withdrawal liability, the names of the employees that were in the respective […] Locals above and all other relevant documents."

Your request was made in response to the Notice of Assessment of Employer Withdrawal Liability sent by the Sheet Metal Workers Pension Fund on March 25, 2020 based on the City of Detroit's complete withdrawal from the Sheet Metal Workers Pension Fund ("Notice of Assessment"), which was received by the City of Detroit on or before March 31, 2020. A copy of the Notice of Assessment is enclosed.

In response to your request, please find enclosed the following documents:

1)      2014 Restatement of the Sheet Metal Workers' Local Union No. 80 Pension Plan for Construction Employees with the First through Ninth Amendments (the Tenth Amendment is pending signature and will be forwarded when it has been signed); and

2)      Withdrawal Liability Payment Schedule for City of Detroit, Allocation of Unfunded Vested Benefits for City of Detroit and Summary of Actuarial Assumptions and Methods Used to Develop the May 31, 2015 Unfunded Vested Benefits.

The City of Detroit contributed to the Sheet Metal Workers Pension Fund on behalf of employees Jessie Barnes II and Corey Bouyer.

Please note that the Sheet Metal Workers Pension Fund takes the position that it is not obligated to provide the enclosed documents and employee information to the City of Detroit after its date of withdrawal. However, the Sheet Metal Workers Pension Fund is providing this information in an effort to resolve the withdrawal liability matter efficiently.

You may contact me if the City of Detroit seeks additional documents.

The City of Detroit has failed to pay the first installment of $9,737, which was due on or before May 1, 2020 and is now overdue. The City of Detroit will be receiving a separate Notice of Overdue Payment from the Fund's administrative office.

Sincerely,

s:// Joseph W. Uhl
     Joseph W. Uhl

cc:      Hope L. Calati, Esq. (via e-mail only)