# Exhibit H

# Hope Calati

| | |
|---|---|
| **From:** | Joseph Uhl |
| **Sent:** | Thursday, May 21, 2020 10:53 AM |
| **To:** | Jason Mcfarlane |
| **Cc:** | Hope Calati; Joseph Pawlick |
| **Subject:** | City of Detroit Notice of Assessment of Withdrawal Liability - EWPF |
| **Attachments:** | 2015 Plan(signed).pdf; 2015 Plan - 1st Am.(signed).pdf; City of Detroit - EWPF letter transmitting documents.pdf; City of Detroit Payment Schedule EWPF.pdf; EE info City of Detroit EWPF_Redacted .pdf; Notice of Assessment (mailed).pdf |

Mr. McFarlane,

Enclosed find a response letter to your April 23, 2020 email and the documents requested of the Electrical Workers' Pension Trust Fund of Local Union #58, I.B.E.W., Detroit, Michigan. If you have additional questions, please contact me. The response from the Sheet Metal Workers' Pension Fund was sent earlier today.

Sincerely,

Joseph W. Uhl
Watkins, Pawlick, Calati & Prifti PC
1423 E. Twelve Mile Road
Madison Heights, MI 48071
(248) 658-0799
juhl@wpcplaw.com

---

**From:** Jason Mcfarlane [mailto:mcfaj@detroitmi.gov]
**Sent:** Thursday, April 23, 2020 10:52 AM
**To:** Joseph Uhl
**Cc:** Charles Raimi; June Adams
**Subject:** Notice of Assessment of Withdrawal Liability

Good Morning,

I am in receipt of two letters sent to the City of Detroit regarding Notice of Assessment of Employer Withdrawal Liability Electrical Workers' Pension Trust Fund of Local Union #58 IBEW dated March 30, 2020 and IBEW #80 dated March 25, 2020.

It is my understanding that you represent the IBEW Pension Trust Fund and have had previous contact with the City of Detroit regarding a questionnaire related to this issue. If I am mistaken, please let me know.

The City of Detroit is requesting all relevant documents regarding the notice of assessment, including but not limited to: Pension Plan documents, any documents related to the determining the amount of the determined withdrawal liability, the names of the employees that were in the respective IBEW Locals above and all other relevant documents.

If you have any questions please contact me at 313-510-6417.

Respectfully Submitted,

Jason McFarlane
Assistant Corporation Counsel
City of Detroit Law Department
2 Woodward Avenue, Ste. 500
Detroit, Michigan 48226
313-237-0548

NOTICES: This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately.





George H. Kruszewski
Derek L. Watkins
Joseph R. Pawlick
Hope L. Calati
Edmond Prifti
Joseph W. Uhl

1423 E 12 Mile Rd
Madison Heights, MI 48071
(248) 658-0800
(248) 658-0801 fax

WATKINS, PAWLICK, CALATI & PRIFTI, PC

Attorneys and Counselors at Law
www.wpcplaw.com

juhl@wpcplaw.com

May 21, 2020

Jason McFarlane
Assistant Corporation Counsel
City of Detroit Law Department
2 Woodward Avenue, Ste. 500
Detroit, Michigan 48226

Via email: mcfaj@detroitmi.gov

RE: **CITY OF DETROIT**
**ELECTRICAL WORKERS' PENSION TRUST FUND OF LOCAL UNION #58, I.B.E.W., DETROIT, MICHIGAN**
**EMPLOYER WITHDRAWAL LIABILITY**
**RESPONSE TO REQUEST FOR DOCUMENTS**

Dear Mr. McFarlane:

This firm represents the Electrical Workers' Pension Trust Fund of Local Union #58, I.B.E.W., Detroit, Michigan ("Electrical Workers Pension Fund").

I am writing in response to your April 23, 2020 email in which you requested "all relevant documents regarding the notice of assessment, including but not limited to: Pension Plan documents, any documents related to the determining [sic] the amount of the determined withdrawal liability, the names of the employees that were in the respective […] Locals above and all other relevant documents."

Your request was made in response to the Notice of Assessment of Employer Withdrawal Liability sent by the Electrical Workers' Pension Fund on March 30, 2020 based on the City of Detroit's complete withdrawal from the Electrical Workers Pension Fund ("Notice of Assessment"), which was received by the City of Detroit on or before April 7, 2020. A copy of the Notice of Assessment is enclosed.

In response to your request, please find enclosed the following documents:

1) 2015 Restatement of the Electrical Workers' Pension Trust Fund of Local Union #58, I.B.E.W., Detroit, Michigan with the First Amendment; and

2) Withdrawal Liability Payment Schedule for City of Detroit, Allocation of Unfunded Vested Benefits for City of Detroit and Summary of Actuarial Assumptions and Methods Used to Develop the December 31, 2015 Unfunded Vested Benefits.

The City of Detroit contributed to the Electrical Workers' Pension Fund on behalf of employees Frank P. Bak, Jr., Robert Bowness, Robert Carpinelli, Reginald Frost, Glenn Goff, Andre L. Hayes, Louis M. Jones, Brad Kelso, Jerome T. Kissick, Peter Lazowski, Ricardo A. Morales, James D. Nieman, Michael E. Perrera, Russell H. Rader, Robert B. Reschke, Robert L. Rivers, Sheryl Smith, Eunice D. Thomas, Theodore Toodle Jr., Anthony Virgona Jr., and Randolph H. Young.

Please note that the Electrical Workers' Pension Fund takes the position that it is not obligated to provide the enclosed documents and employee information to the City of Detroit after its date of withdrawal. However, the Electrical Workers' Pension Fund is providing this information in an effort to resolve the withdrawal liability matter efficiently.

You may contact me if the City of Detroit seeks additional documents.

Note that the City of Detroit owes its first installment payment of $29,232.59 no later than June 1, 2020 as outlined in the Notice of Assessment delivered to the City of Detroit

Sincerely,

s://  <u>Joseph W. Uhl</u>
     Joseph W. Uhl

cc: Hope L. Calati, Esq. (via e-mail only)