# Exhibit I

# Hope Calati

**From:** Charles Raimi <raimic@detroitmi.gov>
**Sent:** Wednesday, May 27, 2020 1:40 PM
**To:** Hope Calati; Joseph Uhl
**Cc:** June Adams; Jason Mcfarlane; Valerie Colbert; Denise Starr; John Naglick
**Subject:** Claims against City of Detroit by Sheet Metal and IBEW

Counsel:

We have received your demands for payments and partial production of documents. The City has been unable to locate any historical files on these issues and we do not understand how this alleged liability arose, when, why, etc.

As you know, the City went through a bankruptcy proceeding and its budget – even before the COVID pandemic, was extremely tight. The pandemic has created severe financial hardship resulting in cessation of important services such as blight remediation, mass furloughs and reductions of hours and pay.

My fiduciary duty to the City requires that I fully understand this alleged liability of hundreds of thousands of dollars, how it arose and whether the City has defenses or other mitigation rights.

Accordingly, the City asks that you produce all available files and documents (including electronic documents or emails), in the custody or control of you or your clients, or other third party agents, relating in any way to (i) these unions/pension funds/employees past or current relationships to or dealings with the City, or (ii) the claims now being asserted against the City.

The City will pay reasonable copying charges.

Chuck Raimi
Deputy corporation counsel
313 237 5037