# Exhibit J

# Hope Calati

| | |
|---|---|
| **From:** | Joseph Uhl |
| **Sent:** | Monday, June 22, 2020 12:56 PM |
| **To:** | Charles Raimi |
| **Cc:** | Hope Calati; ajeffries@unitedactuarial.com; June Adams; John Naglick; Jason Mcfarlane |
| **Subject:** | RE: Electrical Workers' AND Sheet Metal Workers -  pension trusts - withdrawal liability dispute x/ City of Detroit |

Mr. Raimi,

I received it and just left you a message. -Joe

---

**From:** Charles Raimi [mailto:raimic@detroitmi.gov]
**Sent:** Monday, June 22, 2020 12:44 PM
**To:** Joseph Uhl
**Cc:** Hope Calati; ajeffries@unitedactuarial.com; June Adams; John Naglick; Jason Mcfarlane
**Subject:** RE: Electrical Workers' AND Sheet Metal Workers - pension trusts - withdrawal liability dispute x/ City of Detroit

Joe – called and left a v/m.  I would like to discuss your response with you.  I don't understand why it took almost a month for you to send a response saying "no."   That simply increases my concerns.

In any event, we asked for additional documents because, as I explained in my May 27 email, the City has no historic files and there is much we do not know, including, without limitation, how you determined the alleged date(s) of withdrawal and the resulting alleged liability.  As I also explained, the City went through bankruptcy and, to fulfill my fiduciary duty, I need to ascertain if we have a bankruptcy (or other) defense.

I truly do not understand why you refuse to allow the City to conduct reasonable due diligence into these demands seeking several hundred thousands of dollars, particularly at time the City is suffering severe financial distress.

Chuck Raimi
Deputy corporation counsel
313 237 5037

---

**From:** Joseph Uhl [mailto:juhl@wpcplaw.com]
**Sent:** Monday, June 22, 2020 11:01 AM
**To:** Charles Raimi <raimic@detroitmi.gov>
**Cc:** Hope Calati <hcalati@wpcplaw.com>; ajeffries@unitedactuarial.com; June Adams <adamj@detroitmi.gov>; John Naglick <naglickj@detroitmi.gov>; Jason Mcfarlane <mcfaj@detroitmi.gov>
**Subject:** [EXTERNAL] Electrical Workers' Pension Trust Fund of Local Union #58, I.B.E.W. Detroit Michigan / City of Detroit Employer Withdrawal Liability Assessment

Mr. Raimi,

Enclosed is the Electrical Workers' Pension Trust Fund of Local Union #58, I.B.E.W. Detroit Michigan Response to your May 27, 2020 letter regarding the City of Detroit's Employer Withdrawal Liability Assessment. Due to my working from home during the coronavirus pandemic, I am not sending a hard copy of the attached letter. My cell phone number, if you need, is (313) 303-1902.

Sincerely,

Joseph W. Uhl
Watkins, Pawlick, Calati & Prifti PC
1423 E. Twelve Mile Road
Madison Heights, MI 48071
(248) 658-0799
[juhl@wpcplaw.com](mailto:juhl@wpcplaw.com)

ATTENTION: This email was sent from an external source. Please be extra cautious when opening attachments or clicking links.