# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Bankruptcy Case No. 13-53846<br><br>Judge Thomas J. Tucker<br><br>Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 1, 2020, using the ECF system, which will send electronic service notification of such filing to Debtor's counsel and to all other counsel registered electronically, she served a copy of the Response to Motion to Enforce the Confirmation Order Against the Sheet Metal Workers' Local Union No. 80 Pension Trust Fund and Electrical Workers' Pension Trust Fund of Local Union #58, I.B.E.W., Detroit Michigan (the "Response"). In addition, she served a copy of the Response upon the City by email at the addresses indicated below:

**Marc Swanson** – swansonm@millercanfield.com
**Charles Raimi** – raimic@detroit.mi.gov
**Brian Schwartz** -schwartzb@millercanfield.com


DATED: October 1, 2020