Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*13308* − Motion to Enforce the Confirmation Order Against the Sheet Metal Workers Local Union No. 80 Pension Trust Fund and Electrical Workers Pension Trust Fund of Local Union #58, I.B.E.W., Detroit Michigan Filed by Debtor In Possession City of Detroit, Michigan (Attachments: # 1 Exhibit Exhibit 6A # 2 Exhibit Exhibit 6B # 3 Exhibit Exhibit 6C # 4 Exhibit Exhibit 6D # 5 Exhibit Exhibit 6E # 6 Exhibit Exhibit 6F # 7 Exhibit Exhibit 6G # 8 Exhibit Exhibit 6H # 9 Exhibit Exhibit 6I # 10 Exhibit Exhibit 6J # 11 Exhibit Exhibit 6K # 12 Exhibit Exhibit 6L # 13 Exhibit Exhibit 6M # 14 Exhibit Exhibit 6N) (Swanson, Marc)

will be held on: 12/16/20 at 01:30 PM at Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226

Note: effective beginning March 16, 2020, Judge Tucker is conducting all conferences and non−evidentiary hearings by telephone. At least five minutes before the scheduled time for hearing, counsel and parties should call (888) 684−8852 and use Access Code 2388650. Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating.

Dated: 11/13/20

BY THE COURT

Katherine B. Gullo, Clerk of Court
U.S. Bankruptcy Court