# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## STIPULATION REGARDING HEARING ON CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 1862 FILED BY DETROIT POLICE OFFICERS' ASSOCIATION

The City of Detroit, Michigan ("City") and the Detroit Police Officers Association ("DPOA"), by their undersigned counsel, hereby stipulate and agree as follows:

1. On October 29, 2019, the City filed the *City of Detroit's Objection to Claim Number 1862 Filed by Detroit Police Officers' Association* [Doc. No. 13152] ("Objection").

2. On December 11, 2019, the DPOA filed a response to the Objection. [Doc. No. 13193].

3. The Court conducted a hearing on the Objection on February 12, 2020.

4. The Court scheduled a further hearing on the Objection, for the purpose of issuing an oral bench opinion, on March 25, 2020.

5. On March 24, 2020, the hearing was adjourned to April 29, 2020. [Doc. No. 13273].

6. The Court has since conducted a few status conferences on the Objection, including a status conference on September 16, 2020.

7. Since the last status conference on September 16, 2020, the parties have made substantial progress toward entering into a binding agreement but have not yet finalized the motion and proposed order. The current version of the motion and order contemplates that the DPOA will retain an institutional investment bank, a qualified broker/dealer and an experienced claims administrator to address the distribution of the class 14 claim to the applicable members of the DPOA. The City recently provided extensive comments to the motion and drafted a proposed order. The parties anticipate that the motion and order will be finalized in the next 30 days and respectfully request that the Court adjourn the status conference to December 16, 2020 at 1:30 pm.

WHEREFORE, the City and the DPOA respectfully request that the Court enter an order in substantially the same form as the one attached as Exhibit 1 adjourning the status conference to December 16, 2020.

STIPULATED AND AGREED TO ON November 17, 2020:

By: /s/ Barbara A. Patek
Barbara A. Patek, Esq.
Attorney for Creditor – DPOA
24 E. Flint Street, Suite 2
Lake Orion, MI 48362
(248) 814-9470
pateklaw@gmail.com

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
Attorney for Debtor – City of Detroit
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 496-7591
swansonm@millercanfield.com

# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER RESCHEDULING HEARING ON CITY OF DETROIT'S
OBJECTION TO CLAIM NUMBER 1862 FILED BY
DETROIT POLICE OFFICERS' ASSOCIATION**

Upon the *Stipulation Regarding Hearing on City of Detroit's Objection to Claim Number 1862 Filed by Detroit Police Officers' Association* (Docket # _____, the "Stipulation")[1]; the Court finds good cause to enter this Order.

IT IS ORDERED that the Court will hold a status conference on the Objection on **December 16, 2020, at 1:30 p.m.**

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.