# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER ADJOURNING THE NOVEMBER 18, 2020 STATUS CONFERENCE REGARDING THE CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 1862 FILED BY THE DETROIT POLICE OFFICERS' ASSOCIATION

Based on the stipulation filed November 17, 2020, entitled "Stipulation Regarding Hearing on City of Detroit's Objection to Claim Number 1862 Filed by Detroit Police Officers' Association" (Docket # 13322, the "Stipulation");[1] the Court finds good cause to enter this Order.

IT IS ORDERED that the telephonic status conference on the Objection, currently scheduled for November 18, 2020, is adjourned to **December 16, 2020, at 1:30 p.m.**

**Signed on November 17, 2020**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Stipulation.