## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## STIPULATION FOR ORDER DISMISSING THE CITY OF DETROIT'S MOTION TO ENFORCE CONFIRMATION ORDER AGAINST THE SHEET METAL WORKERS' LOCAL UNION NO. 80 PENSION TRUST FUND AND ELECTRICAL WORKERS' PENSION TRUST FUND OF LOCAL UNION #58, I.B.E.W., DETROIT MICHIGAN [DOC. NO. 13308] PURSUANT TO THE PARTIES' SETTLEMENT

The City of Detroit, Michigan ("City") and the Electrical Workers' Pension Trust Fund of Local Union #58, I.B.E.W., Detroit, Michigan and the Sheet Metal Workers' Local Union No. 80 Pension Trust Fund (together, the "Pension Funds"), by their undersigned counsel, hereby stipulate and agree as follows:

1.     On August 28, 2020, the City filed the City of Detroit's Motion to Enforce the Confirmation Order Against the Sheet Metal Workers' Local Union No. 80 Pension Trust Fund and Electrical Workers' Pension Trust Fund of Local Union #58, I.B.E.W., Detroit Michigan (the "Motion to Enforce") [Doc. No. 13308].

2.     On October 1, 2020, The Pension Funds filed their response in opposition to the Motion to Enforce [Doc. No. 13316].

3.     The Motion to Enforce is currently scheduled for hearing on December 16, 2020 [Doc. No. 13321].

4.      The City and the Pension Funds have been engaged in settlement negotiations and have reached a settlement of the issues raised by the Motion to Enforce.

WHEREFORE, the City and the Pension Funds respectfully request that the Court enter an order in substantially the same form as the one attached as Exhibit 1 dismissing the Motion to Enforce with prejudice and without costs or attorney fees.


STIPULATED AND AGREED TO ON November 25, 2020:

By: /s/ Barbara A. Patek
Barbara A. Patek, Esq. (P34666)
Attorney for the Pension Funds
24 E. Flint Street, Suite 2
Lake Orion, MI 48362
(248) 814-9470
pateklaw@gmail.com

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
Attorney for Debtor – City of Detroit
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 496-7591
swansonm@millercanfield.com

**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER DISMISSING THE CITY OF DETROIT'S MOTION TO
ENFORCE CONFIRMATION ORDER AGAINST THE SHEET METAL
WORKERS' LOCAL UNION NO. 80 PENSION TRUST FUND AND
ELECTRICAL WORKERS' PENSION TRUST FUND OF LOCAL UNION
#58, I.B.E.W., DETROIT MICHIGAN [DOC. NO. 13308] PURSUANT TO
THE PARTIES' SETTLEMENT**

This matter is before the Court on the Stipulation for Order Dismissing the
City of Detroit's Motion to Enforce the Confirmation Order Against the Sheet Metal
Workers' Local Union No. 80 Pension Trust Fund and Electrical Workers' Pension
Trust Fund of Local Union #58, I.B.E.W., Detroit Michigan (the "Motion to
Enforce") [Doc. No. _____]. The Court has read the stipulation and finds good
cause to enter this Order.

IT IS ORDERED that the Motion to Enforce is dismissed with prejudice and
without costs to either party.