UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER DISMISSING THE CITY OF DETROIT'S MOTION TO ENFORCE CONFIRMATION ORDER AGAINST THE SHEET METAL WORKERS' LOCAL UNION NO. 80 PENSION TRUST FUND AND ELECTRICAL WORKERS' PENSION TRUST FUND OF LOCAL UNION #58, I.B.E.W., DETROIT MICHIGAN (DOCKET # 13308)**

This case is before the Court on the stipulation filed November 25, 2020 (Docket # 13324, the "Stipulation"), entitled "Stipulation for Order Dismissing the City of Detroit's Motion to Enforce the Confirmation Order Against the Sheet Metal Workers' Local Union No. 80 Pension Trust Fund and Electrical Workers' Pension Trust Fund of Local Union #58, I.B.E.W., Detroit Michigan [Doc. No. 13308] Pursuant to the Parties' Settlement."

The Stipulation indicates that the parties have settled the motion filed by the City of Detroit, which motion is entitled "City of Detroit's Motion to Enforce Confirmation Order Against the Sheet Metal Workers' Local Union No. 80 Pension Trust Fund and Electrical Workers' Pension Trust Fund of Local Union #58, I.B.E.W., Detroit Michigan" (Docket # 13308, the "Motion to Enforce").

Based on the Stipulation, the Court finds good cause to enter this Order.

IT IS ORDERED that the Motion to Enforce (Docket # 13308) is dismissed with prejudice and without costs to either party.

**Signed on November 25, 2020**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge