UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:	Case No. 13-53846

CITY OF DETROIT, MICHIGAN,	Chapter 9

        Debtor.	Judge Thomas J. Tucker
_____/

### ORDER REGARDING SETTLEMENT OF CLAIM OBJECTION

This case came before the Court for a further telephonic status conference on December 16, 2020, on the City of Detroit's claim objection entitled "City of Detroit's Objection to Claim Number 1862 Filed by Detroit Police Officers Association" (Docket # 13152, the "Claim Objection"). For the reasons stated by the Court on the record during the December 16, 2020 status conference,

IT IS ORDERED that Claim Objection is deemed settled, subject to the Court's granting of a joint motion to be filed by the parties, which joint motion must be filed (and proposed agreed order to be submitted) no later than January 15, 2021.

**Signed on December 16, 2020**

                                        /s/ Thomas J. Tucker
                                        **Thomas J. Tucker**
                                        **United States Bankruptcy Judge**