UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Case No. 13-53846<br><br>Judge Thomas J. Tucker<br><br>Chapter 9 |

**ORDER GRANTING FURTHER EXTENSION OF TIME FOR PARTIES TO FILE JOINT MOTION MEMORIALIZING AND SEEKING APPROVAL OF THEIR SETTLEMENT REGARDING CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 1862 FILED BY DETROIT POLICE OFFICERS' ASSOCIATION**

Upon the stipulation filed January 15, 2021 (Docket # 13329, the "Stipulation")'[1] the Court finds good cause to enter this Order.

IT IS ORDERED that the deadline for the City of Detroit and the Detroit Police Officers Association to file their joint motion memorializing and seeking approval of their settlement is extended from Friday, January 15, 2021 until Friday, January 29, 2021.

**Signed on January 15, 2021**



/s/ Thomas J. Tucker
**Thomas J. Tucker
United States Bankruptcy Judge**

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.