UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

      Debtor.
_____/

Case No. 13-53846
Judge Thomas J. Tucker
Chapter 9

# ORDER AUTHORIZING THE CITY OF DETROIT AND THE DETROIT POLICE OFFICERS ASSOCIATION TO FILE EXHIBIT 6A TO JOINT MOTION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING (A) SETTLEMENT OF CLAIM 1862, (B) DISTRIBUTION PROCEDURES FOR CLAIM 1862, AND (C) RELATED RELIEF UNDER SEAL

Upon the Joint Ex Parte Motion of the City of Detroit and the Detroit Police Officers Association for the entry of an Order Authorizing Exhibit 6A to the Joint Motion for Entry of an Order Authorizing and Approving (A) Settlement of Claim 1862, (B) Distribution Procedures for Claim 1862, and (C) Related Relief (Docket # 13328, the "Ex Parte Motion");[1] the Court has reviewed the Ex Parte Motion, is otherwise apprised of the matter, and finds good cause for the entry of this Order.

IT IS ORDERED THAT:

1.     The Ex Parte Motion is granted to the extent set forth in this Order.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings given to them in the Ex Parte Motion.

2. Upon the filing of the parties' Joint Motion for Entry of an Order Authorizing and Approving (A) Settlement of Claim 1862, (B) Distribution Procedures for Claim 1862, and (C) Related Relief (the "Joint Motion"), Exhibit 6A is to be filed under seal, in accordance with this Court's ECF Procedure 9.

**Signed on January 15, 2021**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**