**UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF MICHIGAN**

In RE:                                                                                    Case No. 13-53846

__ City of Detroit, Michigan         /

**NOTICE OF CREDITOR ADDRESS CHANGE**

The creditors in the above entitled case do hereby request that the mailing address listed in the above stated case be changed;

FROM:                                                                    TO:

Name of Creditor:  Jennifer Burton                    Name of Creditor:  Jennifer Burton

c/o Lee B. Steinberg, PC                                        c/o Lee B. Steinberg, PC

Rebecca H. Filiatraut                                            Rebecca H. Filiatraut

30500 Northwestern Highway, Suite 400            29777 Telegraph Road, Suite 1555

Farmington Hills, MI 48334                                 Southfield, MI 48034

FROM:                                                                    TO:

Bankruptcy Co-Counsel                                       Bankruptcy Co-Counsel

Michael D. Lieberman                                          Michael D. Lieberman

Lieberman, Gies & Cohen, PLLC                          Lieberman & Cohen, PLLC

30500 Northwestern Hwy., Suite 307                 31313 Northwestern Hwy., Suite 200

Farmington Hills, MI 48334                                 Farmington Hills, MI 48334

Date: 1/21/2021                                                  /s/ Michael D. Lieberman

                                                                              Creditor Signature