UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

In RE:                                                                            Case No. 13-53846

__City of Detroit, Michigan____/

## NOTICE OF CREDITOR ADDRESS CHANGE

The creditors in the above entitled case do hereby request that the mailing address listed in the above stated case be changed;

| FROM: | TO: |
|---|---|
| Name of Creditor: Moses Luckett | Name of Creditor: Moses Luckett |
| c/o Lee B. Steinberg, PC | c/o Lee B. Steinberg, PC |
| Rebecca H. Filiatraut | Rebecca H. Filiatraut |
| 30500 Northwestern Highway, Suite 400 | 29777 Telegraph Road, Suite 1555 |
| Farmington Hills, MI 48334 | Southfield, MI 48034 |

| FROM: | TO: |
|---|---|
| Bankruptcy Co-Counsel | Bankruptcy Co-Counsel |
| Michael D. Lieberman | Michael D. Lieberman |
| Lieberman, Gies & Cohen, PLLC | Lieberman & Cohen, PLLC |
| 30500 Northwestern Hwy., Suite 307 | 31313 Northwestern Hwy., Suite 200 |
| Farmington Hills, MI 48334 | Farmington Hills, MI 48334 |

Date: 1/21/2021                                                  /s/ Michael D. Lieberman

                                                                                             Creditor Signature