UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING FURTHER EXTENSION OF TIME FOR PARTIES TO FILE JOINT MOTION MEMORIALIZING AND SEEKING APPROVAL OF THEIR SETTLEMENT REGARDING HEARING ON CITY OF DETROIT'S OBJECTION TO CLAIM NUMBER 1862 FILED BY DETROIT POLICE OFFICERS' ASSOCIATION**

Based on the stipulation filed on January 29, 2021, entitled "Stipulation for Order Granting Further Extension of Time for Parties to File Joint Motion Memorializing and Seeking Approval of their Settlement Regarding Hearing on City of Detroit's Objection to Claim Number 1862 Filed by Detroit Police Officers' Association" (Docket # 13338, the "<u>Stipulation</u>");[1] the Court finds good cause to enter this Order.

IT IS ORDERED that the deadline for the parties to file their joint motion memorializing and seeking approval of their settlement is extended to February 3, 2021.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.

**Signed on January 29, 2021**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge