UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

    Debtor.

_____/

Bankruptcy Case No. 13-53846
Honorable Thomas J. Tucker
Chapter 9

**JOINT *EX PARTE* MOTION OF THE DETROIT POLICE OFFICERS ASSOCIATION AND CITY OF DETROIT FOR ENTRY OF AN ORDER AUTHORIZING SEALING OF ADDITIONAL EXHIBIT (6D) TO JOINT MOTION AUTHORIZING AND APPROVING (A) SETTLEMENT OF CLAIM 1862, (B) DISTRIBUTION PROCEDURES FOR CLAIM 1862, AND (C) RELATED RELIEF**

The City of Detroit ("City") and the Detroit Police Officers Association ("DPOA") file this Joint *Ex Parte* Motion of the Detroit Police Officers Association and City of Detroit for Entry of an Order Authorizing Sealing of Additional Exhibit (6D) to Joint Motion Authorizing and Approving (A) Settlement of Claim 1862, (B) Distribution Procedures for Claim 1862, and (C) Related Relief (the "*Ex Parte* Motion"). In support of the *Ex Parte* Motion, the City and the DPOA jointly state the following:

1. Through this *Ex Parte* Motion, the DPOA and City seek entry of an order in substantially the same form as the proposed order attached as **Exhibit 1**, which authorizes and approves the sealing of the services agreement between Epic Class Actions Claims & Solutions, Inc. (the "Claims Administrator"), on the one

1

hand, and the DPOA, Law Office of Barbara A. Patek, PLC and Gregory Moore Brooks & Clark, P.C., on the other hand, because the services agreement contains information that is confidential and proprietary to the Claims Administrator.

2. The DPOA is the exclusive bargaining agent for and representative of the City's police officers ("members").

3. On February 20, 2014, the DPOA filed proof of claim number 1862 ("Claim 1862") on behalf of its members in an unliquidated amount. Claim 1862 asserts a claim based on a 5% wage increase awarded DPOA members ("Wage Claim").

4. The City and the DPOA have now settled the Wage Claim and, subject to obtaining the requested sealing order, are prepared to file their joint motion for an order authorizing and approving the settlement and the distribution procedures required by the settlement (the "Joint Motion"). The DPOA is authorized and empowered to act on behalf of and bind the members to the settlement to be set forth in the Joint Motion.

5. If authorized and approved, pursuant to the settlement set forth in detail in the Joint Motion, the DPOA, on behalf of its past and current members, will hold an Allowed Class 14 Claim in the amount of $12.5 million ("Allowed Claim 1862"). Pursuant to the procedures set forth in the Joint Motion, the proceeds of Allowed Claim 1862 will be distributed to qualified current or former DPOA members.

6. In order to satisfy section 468B of the Internal Revenue Code of 1986, and Treas. Reg. section 1.468B, and to facilitate the settlement which, if approved, will allow the 1650 current or former DPOA members who, as further set forth in the Joint Motion, will be entitled to receive a portion of the Wage Claim ("DPOA Wage Claimants"), the DPOA has retained the Claims Administrator.

7. This Ex Parte Motion seeks an order allowing proposed Exhibit 6D to be filed under seal with this Court to protect the Claims Administrator's confidential and proprietary information. Exhibit 6D is an 8-page services agreement which contains the terms of the agreement between the DPOA and the Claims Administrator. It includes information, including pricing information, and the manner by which the Claims Administrator proposes to render its services. Importantly, the Joint Motion will also include a publicly filed, Exhibit 6E, in which the Claims Administrator confirms its obligations (set forth in the proposed order to the Joint Motion) under the services agreement without reference to any of the confidential or proprietary information contained in Exhibit 6D.

8. If the Court grants the *Ex Parte* Motion, Exhibit 6D will be filed under seal in accordance with this Court's ECF Procedure 9.

9. A copy of this *Ex Parte* Motion is being via ECF on all parties that are registered for ECF service in this bankruptcy case.

**RELIEF REQUESTED**

WHEREFORE, the DPOA and the City jointly request that the Court enter an order in the form attached as **Exhibit 1,** which authorizes Exhibit 6D to the Joint Motion to be filed under seal in accordance with the ECF Procedure 9.

Dated: February 2, 2021

Respectfully submitted by,

LAW OFFICE OF BARBARA A, PATEK, P.L.C.

By: */s/ Barbara A. Patek*
    Barbara A. Patek (P34666)
    Co-Counsel for the Detroit Police Officers Association
    27 E. Flint St., Suite 2
    Lake Orion, MI 48362
    Telephone: (248) 814-9470
    Facsimile: (248) 814-8231
    E-mail: pateklaw@gmail.com

and

By: */s/ James Moore*
    James M. Moore, Esq. (P17929)
    Gregory, Moore, Brooks & Clark, PC
    28 West Adams Suite 300
    Detroit MI 48226
    (313) 964-5600
    jim@unionlaw.net
    Co-Counsel for the DETROIT POLICE OFFICERS ASSOCIATION

CITY OF DETROIT LAW DEPARTMENT

By: */s/ Charles N. Raimi*
Charles N. Raimi (P29746)
Mary Beth Cobb (P40080)
James Noseda (P52563)
Attorneys for the City of Detroit
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226
Phone - (313) 224-4550
Email - raimic@detroitmi.gov

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
By: */s/ Marc N. Swanson*
Jonathan S. Green (P33140)
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Phone - (313) 496-6420
Facsimile - (313) 496-8451
Email - swansonm@millercanfield.com

*Counsel for the City of Detroit, Michigan*

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

        Debtor.

_____/

Bankruptcy Case No. 13-53846
Honorable Thomas J. Tucker
Chapter 9

**ORDER AUTHORIZING THE CITY OF DETROIT AND THE DETROIT POLICE OFFICERS ASSOCIATION TO FILE ADDITIONAL EXHIBIT (6D) TO JOINT MOTION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING (A) SETTLEMENT OF CLAIM 1862, (B) DISTRIBUTION PROCEDURES FOR CLAIM 1862, AND (C) RELATED RELIEF UNDER SEAL**

Upon the Joint *Ex Parte* Motion of the City of Detroit and the Detroit Police Officers Association for the entry of an Order Authorizing Exhibit 6D to the Joint Motion for Entry of an Order Authorizing and Approving (A) Settlement of Claim 1862, (B) Distribution Procedures for Claim 1862, and (C) Related Relief ("Ex Parte Motion");[1] the Court has reviewed the *Ex Parte* Motion, is otherwise apprised of the matter, and finds good cause for the entry of this order;

IT IS ORDERED THAT:

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings given to them in the *Ex Parte* Motion.

1. The *Ex Parte* Motion is granted to the extent set forth in this Order.

2. Upon the filing of the Joint Motion for Entry of an Order Authorizing and Approving (A) Settlement of Claim 1862, (B) Distribution Procedures for Claim 1862, and (C) Related Relief (the "Joint Motion"), Exhibit 6D is to be filed under seal in accordance with this Court's ECF Procedure 9.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

        Debtor.

_____/

Bankruptcy Case No. 13-53846
Honorable Thomas J. Tucker
Chapter 9

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 2, 202, the Joint Ex Parte Motion of the Detroit Police Officers Association and City of Detroit for Entry of an Order Authorizing Sealing of Additional Exhibit (6D) to Joint Motion Authorizing and Approving (A) Settlement of Claim 1862, (B) Distribution Procedures for Claim 1862, and (C) Related Relief (the "Ex Parte Motion") and this Certificate of Service were electronically filed with the Clerk of the Court for the United States Bankruptcy Court, Eastern District of Michigan, Southern Division using the CM/ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

Respectfully submitted,

LAW OFFICE OF BARBARA A, PATEK, P.L.C.

By: */s/ Barbara A. Patek*
Barbara A. Patek (P34666)

Co-Counsel for the DETROIT POLICE OFFICERS ASSOCIATION
27 E. Flint St., Suite 2
Lake Orion, MI 48362
Telephone: (248) 814-9470
Cell: (313) 410-1979
Facsimile: (248) 814-8231
E-mail: pateklaw@gmail.com

DATED: February 2, 2021