UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

        Debtor.

_____/

Case No. 13-53846
Judge Thomas J. Tucker
Chapter 9

# ORDER AUTHORIZING THE CITY OF DETROIT AND THE DETROIT POLICE OFFICERS ASSOCIATION TO FILE UNDER SEAL ADDITIONAL EXHIBIT (6D) TO JOINT MOTION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING (A) SETTLEMENT OF CLAIM 1862, (B) DISTRIBUTION PROCEDURES FOR CLAIM 1862, AND (C) RELATED RELIEF

This case is before the Court on the motion filed on February 2, 2021, entitled "Joint *Ex Parte* Motion of the Detroit Police Officers Association and City of Detroit for Entry of an Order Authorizing Sealing of Additional Exhibit 6D to Joint Motion Authorizing and Approving (A) Settlement of Claim 1862, (B) Distribution Procedures for Claim 1862, and (C) Related Relief" (Docket # 13340, the "Ex Parte Motion").[1]  The Court finds good cause to enter this Order.

IT IS ORDERED THAT:

1.     The Ex Parte Motion is granted to the extent set forth in this Order.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings given to them in the Ex Parte Motion.

2. Upon the filing of the Joint Motion for Entry of an Order Authorizing and Approving (A) Settlement of Claim 1862, (B) Distribution Procedures for Claim 1862, and (C) Related Relief (the "Joint Motion"), Exhibit 6D is to be filed under seal in accordance with this Court's ECF Procedure 9.

**Signed on February 2, 2021**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge