

FILED
FEB 04 2021
US Bankruptcy Court
MI Eastern District

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

    Debtor.

Bankruptcy Case No. 13-53846
Honorable Thomas J. Tucker
Chapter 9

### Exhibit 6-D - Services Agreement

### TO

### JOINT MOTION OF THE DETROIT POLICE OFFICERS ASSOCIATION AND CITY OF DETROIT FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING (A) SETTLEMENT OF CLAIM 1862, (B) DISTRIBUTION PROCEDURES FOR CLAIM 1862, AND (C) RELATED RELIEF

### FILED UNDER SEAL PER COURT ORDER