# SILVERMAN & MORRIS, P.L.L.C.
Attorneys and Counselors
32300 NORTHWESTERN HIGHWAY, SUITE 215
FARMINGTON HILLS, MICHIGAN 48334
(248) 539-1330

Geoffrey L. Silverman  
Thomas R. Morris  
Melinda B. Oviatt

Fax: (248) 539-1355

morris@silvermanmorris.com

April 29, 2021

Clerk of the Court  
United States Bankruptcy Court  
Eastern District of Michigan  
211 West Fort Street  
Detroit, Michigan 48210

To whom it may concern:

Karin F. Avery, who now works for the court, was formerly employed by this firm. The remaining cases in which she filed an appearance are listed in the attached document. For those matters in which there was not an appearance by another attorney for the party represented by Ms. Avery, please note that Ms. Avery is replaced either by me, or by Mr. Silverman, as indicated with respect to the respective cases.

Thank you, and please feel free to contact either Mr. Silverman or me with any questions.

Very truly yours,

**SILVERMAN & MORRIS, P.L.L.C.**

*/s/ Thomas R. Morris*

Attachment: Chart showing cases.

| y | Party Role | CHANGE |
|---|---|---|
| i S.p.A | cr | Thomas R. Morris to replace Karin F. Avery |
| i S.p.A | cr | Thomas R. Morris to replace Karin F. Avery |
| est Wardle | cr | Geoffrey L. Silverman to replace Karin F. Avery |
| ael Short | cr | Thomas R. Morris to replace Karin F. Avery |
| der Singhal | cr | Thomas R. Morris to replace Karin F. Avery |
| man & Morris, P.L.L.C. | cr | Thomas R. Morris to replace Karin F. Avery |
| Mittal | cr | Thomas R. Morris to replace Karin F. Avery |
| Continental Gems, Inc. | cr | Geoffrey L. Silverman to replace Karin F. Avery |