

Jeffrey T. Neilson[1,3,6]
Phillip E. Seltzer[1,6]
Joseph P. Garin[1,3,4,6]
Thomas G. Costello[1]
David B. Deutsch[1]
Steven H. Malach[1,7]
C. Thomas Ludden[1]
Stuart D. Logan[1]
Sandra D. Glazier[1]
Mary T. Schmitt Smith[1]
J. William Ebert[6]
Kaleb D. Anderson[6]
Michael H. Orcutt[7]
David A. Clark[6]
Angela T. Nakamura Ochoa[6]
Phillip G. Alber[1,13]
Jeffrey M. Frank[1]
Kevin M. Bernys[1]
Shawn Y. Grinnen[1]
Lisa J. Zastrow[6,10,11,12]
Janeen V. Isaacson[3,6]
John J. Browder[7,9]
Omar J. Harb[1]
Michael D. Lieberman[1,14]
Steven J. Cohen[1,13]
Jessica A. Green[6]
Carly R. Kolo[1,5]
David G. Michael[1]
Corey I. Richter[7]
Megan H. Hummel[6,8]
David T. Ochoa[6]
Julie A. Funai[6]
Amber M. Williams[6]
Christina Marie DiMichele[1]
Jonathan K. Wong[2,6]
Amanda A. Ebert[6]
Jessica L. Wynn[1]
Peter E. Dunkley[6]
Richard F. Flood[2,7]

LAW OFFICES

3910 Telegraph Road, Suite 200
Bloomfield Hills, Michigan 48302

telephone (248) 593-5000
telefax (248) 593-5040
www.lipsonneilson.com

MLieberman@lipsonneilson.com

Barry J. Lipson
(1955-2003)

**OF COUNSEL**

Michael C. Curhan
Michael A. Robbins
Albert L. Holtz
Howard J. Gourwitz
Henry S. Gornbein

**Other Office Locations**

Las Vegas, Nevada
Phoenix, Arizona
Colorado Springs, Colorado
Grosse Pointe, Michigan

1 admitted in Michigan
2 admitted in California
3 admitted in Colorado
4 admitted in Illinois
5 admitted in Maryland
6 admitted in Nevada
7 admitted in Arizona
8 admitted in Wisconsin
9 admitted in Idaho
10 admitted in Oklahoma
11 admitted in North Dakota
12 admitted in Missouri
13 admitted in Ohio
14 admitted in Florida

5/5/2021

To the Clerk of the Court:

Please take notice that Lieberman & Cohen, PLLC, has joined with Lipson Neilson PC, and their contact information is listed below:

| **CHANGE FROM**: | **TO**: |
| --- | --- |
| Lieberman & Cohen, PLLC | Lipson Neilson PC |
| Michael D. Lieberman (P38529) | Michael D. Lieberman (P38529) |
| 31313 Northwestern Hwy., Ste. 200 | 3910 Telegraph Road, Ste. 200 |
| Farmington Hills, MI 48334 | Bloomfield Hills, MI 48302 |
| (248) 539-5500 (phone) | (248) 593-5000 (phone) |
| (248) 539-5581 (fax) | (248) 593-5040 (fax) |
| mike@lgcpllc.com | MLieberman@lipsonneilson.com |

Very truly yours,
*Michael D. Lieberman*
LIPSON NEILSON P.C.