Jeffrey T. Neilson[1,3,6]
Phillip E. Seltzer[1,6]
Joseph P. Garin[1,3,4,6]
Thomas G. Costello[1]
David B. Deutsch[1]
Steven H. Malach[1,7]
C. Thomas Ludden[1]
Stuart D. Logan[1]
Sandra D. Glazier[1]
Mary T. Schmitt Smith[1]
J. William Ebert[6]
Kaleb D. Anderson[6]
Michael H. Orcutt[7]
David A. Clark[6]
Angela T. Nakamura Ochoa[6]
Phillip G. Alber[1,13]
Jeffrey M. Frank[1]
Kevin M. Bernys[1]
Shawn Y. Grinnen[1]
Lisa J. Zastrow[6,10,11,12]
Janeen V. Isaacson[3,6]
John J. Browder[7,9]
Omar J. Harb[1]
Michael D. Lieberman[1,14]
Steven J. Cohen[1,13]
Jessica A. Green[6]
Carly R. Kolo[1,5]
David G. Michael[1]
Corey I. Richter[7]
Megan H. Hummel[6,8]
David T. Ochoa[6]
Julie A. Funai[6]
Amber M. Williams[6]
Christina Marie DiMichele[1]
Jonathan K. Wong[2,6]
Amanda A. Ebert[6]
Jessica L. Wynn[1]
Peter E. Dunkley[6]
Richard F. Flood[2,7]



LAW OFFICES
**Lipson | Neilson**
Attorneys and Counselors at Law

3910 Telegraph Road, Suite 200
Bloomfield Hills, Michigan 48302

telephone (248) 593-5000
telefax (248) 593-5040
www.lipsonneilson.com

MLieberman@lipsonneilson.com

Barry J. Lipson
(1955-2003)

Of Counsel

Michael C. Curhan
Michael A. Robbins
Albert L. Holtz
Howard J. Gourwitz
Henry S. Gornbein

Other Office Locations

Las Vegas, Nevada
Phoenix, Arizona
Colorado Springs, Colorado
Grosse Pointe, Michigan

1 admitted in Michigan
2 admitted in California
3 admitted in Colorado
4 admitted in Illinois
5 admitted in Maryland
6 admitted in Nevada
7 admitted in Arizona
8 admitted in Wisconsin
9 admitted in Idaho
10 admitted in Oklahoma
11 admitted in North Dakota
12 admitted in Missouri
13 admitted in Ohio
14 admitted in Florida

5/5/2021

To the Clerk of the Court:

Please take notice that Lieberman & Cohen, PLLC, has joined with Lipson Neilson PC, and their contact information is listed below:

**CHANGE FROM:**                     **TO:**

Lieberman & Cohen, PLLC              Lipson Neilson PC
Michael D. Lieberman (P38529)        Michael D. Lieberman (P38529)
31313 Northwestern Hwy., Ste. 200    3910 Telegraph Road, Ste. 200
Farmington Hills, MI 48334           Bloomfield Hills, MI 48302
(248) 539-5500 (phone)               (248) 593-5000 (phone)
(248) 539-5581 (fax)                 (248) 593-5040 (fax)
mike@lgcpllc.com                     MLieberman@lipsonneilson.com

    Very truly yours,

    *Michael D. Lieberman*

    LIPSON NEILSON P.C.