JEFFREY T. NEILSON[1,3,6]
PHILLIP E. SELTZER[1,6]
JOSEPH P. GARIN[1,3,4,6]
THOMAS G. COSTELLO[1]
DAVID B. DEUTSCH[1]
STEVEN H. MALACH[1,7]
C. THOMAS LUDDEN[1]
STUART D. LOGAN[1]
SANDRA D. GLAZIER[1]
MARY T. SCHMITT SMITH[1]
J. WILLIAM EBERT[6]
KALEB D. ANDERSON[6]
MICHAEL H. ORCUTT[7]
DAVID A. CLARK[6]
ANGELA T. NAKAMURA OCHOA[6]
PHILLIP G. ALBER[1,13]
JEFFREY M. FRANK[1]
KEVIN M. BERNYS[1]
SHAWN Y. GRINNEN[1]
LISA J. ZASTROW[6,10,11,12]
JANEEN V. ISAACSON[3,6]
JOHN J. BROWDER[7,9]
OMAR J. HARB[1]
MICHAEL D. LIEBERMAN[1,14]
STEVEN J. COHEN[1,13]
JESSICA A. GREEN[6]
CARLY R. KOLO[1,5]
DAVID G. MICHAEL[1]
COREY I. RICHTER[7]
MEGAN H. HUMMEL[6,8]
DAVID T. OCHOA[6]
JULIE A. FUNAI[6]
AMBER M. WILLIAMS[6]
CHRISTINA MARIE DiMICHELE[1]
JONATHAN K. WONG[2,6]
AMANDA A. EBERT[6]
JESSICA L. WYNN[1]
PETER E. DUNKLEY[6]
RICHARD F. FLOOD[2,7]



## LAW OFFICES
## Lipson | Neilson
Attorneys and Counselors at Law

3910 TELEGRAPH ROAD, SUITE 200
BLOOMFIELD HILLS, MICHIGAN 48302

TELEPHONE (248) 593-5000
TELEFAX (248) 593-5040
WWW.LIPSONNEILSON.COM

MLieberman@lipsonneilson.com

BARRY J. LIPSON
(1955-2003)

OF COUNSEL

MICHAEL C. CURHAN
MICHAEL A. ROBBINS
ALBERT L. HOLTZ
HOWARD J. GOURWITZ
HENRY S. GORNBEIN

OTHER OFFICE LOCATIONS

LAS VEGAS, NEVADA
PHOENIX, ARIZONA
COLORADO SPRINGS, COLORADO
GROSSE POINTE, MICHIGAN

1 ADMITTED IN MICHIGAN
2 ADMITTED IN CALIFORNIA
3 ADMITTED IN COLORADO
4 ADMITTED IN ILLINOIS
5 ADMITTED IN MARYLAND
6 ADMITTED IN NEVADA
7 ADMITTED IN ARIZONA
8 ADMITTED IN WISCONSIN
9 ADMITTED IN IDAHO
10 ADMITTED IN OKLAHOMA
11 ADMITTED IN NORTH DAKOTA
12 ADMITTED IN MISSOURI
13 ADMITTED IN OHIO
14 ADMITTED IN FLORIDA

5/5/2021

To the Clerk of the Court:

Please take notice that Lieberman & Cohen, PLLC, has joined with Lipson Neilson PC, and their contact information is listed below:

**CHANGE FROM:**

Lieberman & Cohen, PLLC
Michael D. Lieberman (P38529)
31313 Northwestern Hwy., Ste. 200
Farmington Hills, MI 48334
(248) 539-5500 (phone)
(248) 539-5581 (fax)
mike@lgcpllc.com

**TO:**

Lipson Neilson PC
Michael D. Lieberman (P38529)
3910 Telegraph Road, Ste. 200
Bloomfield Hills, MI 48302
(248) 593-5000 (phone)
(248) 593-5040 (fax)
MLieberman@lipsonneilson.com

Very truly yours,

*Michael D. Lieberman*

LIPSON NEILSON P.C.