# KILPATRICK & ASSOCIATES, P.C.
## Attorneys and Counselors at Law
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
Phone: (248) 377-0700
Fax: (248) 377-0800

**RICHARDO I. KILPATRICK**

*Keith G. Reid*                                               615 Griswold, Suite 1305
*Stephen Beard*                                              Detroit, MI 48226-3985
*Cassandra Weyant*

May 5, 2021

Clerk of the Court                              Sent via email and first class mail
United States Bankruptcy Court
Eastern District of Michigan
211 W. Fort Street
Detroit, MI 48226

Re:                          Michael T. Brown (P71385)

Dear Sir or Madam,

Effective May 3, 2021, Michael T. Brown is no longer with Kilpatrick & Associates, P.C.  Please reassign all the cases on the system assigned to Michael T. Brown for Kilpatrick & Associates, P.C. to Stephen J. Beard.

Please contact me if you have any questions.

Very truly yours,

*Richardo I. Kilpatrick*

Richardo I. Kilpatrick

RIK/kss