# KILPATRICK & ASSOCIATES, P.C.
## Attorneys and Counselors at Law
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
Phone: (248) 377-0700
Fax: (248) 377-0800

**RICHARDO I. KILPATRICK**
*Keith G. Reid*
*Stephen Beard*
*Cassandra Weyant*

615 Griswold, Suite 1305
Detroit, MI 48226-3985

May 5, 2021

Clerk of the Court  Sent via email and first class mail
United States Bankruptcy Court
Eastern District of Michigan
211 W. Fort Street
Detroit, MI 48226

Re:　　　　　Michael T. Brown (P71385)

Dear Sir or Madam,

Effective May 3, 2021, Michael T. Brown is no longer with Kilpatrick & Associates, P.C. Please reassign all the cases on the system assigned to Michael T. Brown for Kilpatrick & Associates, P.C. to Stephen J. Beard.

Please contact me if you have any questions.

Very truly yours,

*Richardo I. Kilpatrick*

Richardo I. Kilpatrick

RIK/kss