UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Chapter 9

City of Detroit, Michigan,                                Case No. 13-53846

　　　　Debtor.                                            Hon. Thomas J. Tucker

_____/

## CERTIFICATE OF SERVICE

　　　　I, Lydia Do, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

　　　　On April 30, 2021, at my direction and under my supervision, employees of KCC caused to be served the following documents via First Class Mail on the service list attached hereto as **Exhibit A**:

- *(Customized)* **Correction Letter** [attached hereto as **Exhibit B**]

- **Notice Regarding Distributions to Class 14 Claimants** (includes the Brokerage Account Form, the Tax Form, the Set Up Your Brokerage Account Form) [attached as Exhibit 6-1 to Docket No. 13126]

- **Return Envelope**

Dated: May 4, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia Do
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lydia Do
　　　　　　　　　　　　　　　　　　　　　　　　　　　　KCC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　222 N. Pacific Coast Highway,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 300
　　　　　　　　　　　　　　　　　　　　　　　　　　　　El Segundo, CA 90245

# **<u>EXHIBIT A</u>**

**Exhibit A**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Shawn Gargalino | James K. Fett | 805 E. Main Street | Pinckney | MI | 48169 |
| Shawn Gargalino | | Address Redacted | | | |

# **EXHIBIT B**

Founded in 1852
by Sidney Davy Miller

MICHIGAN
ILLINOIS
NEW YORK
OHIO
WASHINGTON, D.C.
CANADA
CHINA
MEXICO
POLAND
QATAR

**MARC N. SWANSON**
TEL (313) 496-7591
FAX (313) 496-8451
E-MAIL swansonm@millercanfield.com

# MILLER CANFIELD

**Miller, Canfield, Paddock and Stone, P.L.C.**
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
TEL (313) 963-6420
FAX (313) 496-7500
www.millercanfield.com

April 29, 2021

Re: City of Detroit Bankruptcy -- Brokerage Account Form

Dear Claimant:

We represent the City of Detroit ("City") in bankruptcy case number 13-53846. As the Holder of an Allowed Class 14 Claim, you received the *Notice Regarding Distribution to Class 14 Claimants* dated December 27, 2019 ("Notice"). The Notice instructed you to complete and return by no later than June 24, 2020 (a) the Brokerage Account Form, and (b) W-9 Form. A second copy of the Notice is included with this letter.

You are receiving this letter because of errors or omissions in the Brokerage Account Form.

**PLEASE TAKE NOTICE. You have failed to return a properly completed Brokerage Account Form by the June 24, 2020 deadline and the City has no obligation to provide this letter and additional time to comply. Solely as a matter of courtesy, the City is providing this letter and additional time to comply until May 29, 2021. There are many claimants who have properly complied with the Notice and who have been waiting many years for the distributions to commence. If you do not timely comply with this letter, you will not be eligible to receive distributions.**

Your Brokerage Account Form is being rejected for the following reason(s):

_____  _____

_____  _____

_____

Your failure to return a properly completed Brokerage Account Form on or before June 24, 2020 is a violation of the Distribution Order. Rather than cancel any B Notes held for your distribution, as allowed by the Distribution Order, the City will provide a one-time extension to allow you to correct the Brokerage Account Form.

This letter serves as an extension of the June 24, 2020 deadline to May 29, 2021.

Please correct these errors by returning a properly completed Brokerage Account Form by no later than **May 29, 2021.** You may use the prepaid, preaddressed envelope included with this Notice to return the form. You must mail the completed form so that it is received at the following address by no later than **May 29, 2021**:

> City of Detroit Claims Processing Center
> c/o KCC
> 222 N. Pacific Coast Highway, Suite 300
> El Segundo, CA 90245

If you fail to correct the errors stated in this letter, you will not participate in Distributions even if you have an Allowed Class 14 Claim.

Please be advised that you should contact your own attorney or tax advisor if you have any questions. If your legal counsel has questions, he or she may contact Marc Swanson at 313.496.7591, but any such contact must be well in advance of the final compliance date stated above. Under no circumstances will the City extend that date. Please do not contact the Bankruptcy Court.

> Very truly yours,
>
> Miller, Canfield, Paddock and Stone, P.L.C.
>
> By: /s/ Marc N. Swanson
>      Marc N. Swanson

MNS