# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## CERTIFICATE OF SERVICE

I, Lydia Do, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On May 3, 2021, at my direction and under my supervision, employees of KCC caused to be served the following documents via First Class Mail on the service list attached hereto as **Exhibit A**:

- **Order Granting the City of Detroit's Motion to Implement Distributions of B Notes to Holders of Allowed Class 14 Claims Under the City's Confirmed Plan of Adjustment** [Docket No. 13173]

- **Notice Regarding Distributions to Class 14 Claimants** (includes the Brokerage Account Form, the Tax Form, the Set Up Your Brokerage Account Form) [attached as Exhibit 6-1 to Docket No. 13126]

- **Return Envelope**

Dated: May 4, 2021

/s/ Lydia Do
Lydia Do
KCC
222 N. Pacific Coast Highway,
Suite 300
El Segundo, CA 90245

# **EXHIBIT A**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Charnita Legette | Attn Rebecca H. Filiatraut | c/o Lee B. Steinberg, PC | 29777 Telegraph Road, Suite 1555 | Southfield | MI | 48034 |
| Charnita Legette | Lieberman Gies & Cohen, PLLC | Michael D. Lieberman, Esq. | 31313 Northwestern Hwy., Suite 200 | Farmington Hills | MI | 48334 |
| Jennifer Burton | Attn Rebecca H. Filiatraut | c/o Lee B. Steinberg, PC | 29777 Telegraph Road, Suite 1555 | Southfield | MI | 48034 |
| Jennifer Burton | Lieberman Gies & Cohen, PLLC | Michael D. Lieberman, Esq. | 31313 Northwestern Hwy., Suite 200 | Farmington Hills | MI | 48334 |
| Lolita Vann | Attn Rebecca H. Filiatraut | c/o Lee B. Steinberg, PC | 29777 Telegraph Road, Suite 1555 | Southfield | MI | 48034 |
| Lolita Vann | Lieberman Gies & Cohen, PLLC | Michael D. Lieberman, Esq. | 31313 Northwestern Hwy., Suite 200 | Farmington Hills | MI | 48334 |
| Matthew Karcher | Attn Rebecca H. Filiatraut | c/o Lee B. Steinberg, PC | 29777 Telegraph Road, Suite 1555 | Southfield | MI | 48034 |
| Matthew Karcher | Lieberman Gies & Cohen, PLLC | Michael D. Lieberman, Esq. | 31313 Northwestern Hwy., Suite 200 | Farmington Hills | MI | 48334 |
| Moses Luckett | Attn Rebecca H. Filiatraut | c/o Lee B. Steinberg, PC | 29777 Telegraph Road, Suite 1555 | Southfield | MI | 48034 |
| Moses Luckett | Lieberman Gies & Cohen, PLLC | Michael D. Lieberman, Esq. | 31313 Northwestern Hwy., Suite 200 | Farmington Hills | MI | 48334 |
| Shannon Bratcher | Attn Rebecca H. Filiatraut | c/o Lee B. Steinberg, PC | 29777 Telegraph Road, Suite 1555 | Southfield | MI | 48034 |
| Shannon Bratcher | Lieberman Gies & Cohen, PLLC | Michael D. Lieberman, Esq. | 31313 Northwestern Hwy., Suite 200 | Farmington Hills | MI | 48334 |

In re City of Detroit, Michigan
Case No. 13-53846
Page 1 of 1
13-53846-tjt    Doc 13359    Filed 05/06/21    Entered 05/06/21 15:53:41    Page 3 of 3