UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Case No. 13-53846

CITY OF DETROIT, MICHIGAN, Chapter 9

      Debtor. Judge Thomas J. Tucker
_____/

### ORDER REQUIRING THE CITY TO FILE A STATUS REPORT

The Court questions whether it is time to close this Chapter 9 bankruptcy case, now or in the near future, and will give the City an opportunity to comment on that subject. Accordingly,

IT IS ORDERED that no later than May 21, 2021, the City of Detroit must file a brief status report, discussing whether the Chapter 9 bankruptcy case should now be closed, and if not, why not, and if not, when the City contends that the case will be ready to be closed.

**Signed on May 7, 2021**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**