UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

_____/

## INDEX OF EXHIBITS TO
## INTERESTED PARTY RICHARD SNYDER'S MOTION FOR (A) AN EVIDENTIARY HEARING AND (B) AN ORDER HOLDING THE MICHIGAN DEPARTMENT OF ATTORNEY GENERAL IN CONTEMPT AND GRANTING RELATED RELIEF

| Exhibit | Description |
|---|---|
| 1 | Proposed Order |
| 2 | Notice of Motion and Opportunity to Object |
| 3 | None (Brief Not Required) |
| 4 | Certificate of Service |
| 5 | None (No Affidavits or Declarations) |
| 6 | Indictment of Richard Snyder |

21734261