# Exhibit 6

# Indictment of Richard Snyder

STATE OF MICHIGAN
CIRCUIT COURT FOR THE 7TH JUDICIAL CIRCUIT
GENESEE COUNTY

## GRAND JURY INDICTMENT

PEOPLE OF THE STATE OF MICHIGAN,

v

**DEF**: RICHARD DALE SNYDER

**DOB**: 8/19/1958
**SEX/RACE**: M/W

CONFIDENTIAL/Non-Public
File No. 2020-113791-PZ

**Offense Information**
Police Agency/Report No.

**Date of Offense**: 04/25/2014-12/31/2018

**Place of Offense**: Flint, MI

**Complaining Witness**:
GRAND JURY

## INDICTMENT

THE GRAND JURY OF THE COUNTY OF GENESEE PRESENTS THAT:

On or about the above date in County of GENESEE, State of MICHIGAN, the above-named defendant:

**COUNT 1**: WILLFUL NEGLECT OF DUTY

As Governor of the State of Michigan, a public officer, did willfully neglect his mandatory legal duty under Article V, section 8 and 10, of the Michigan Constitution, by failing to inquire into the performance, condition and administration of the public offices and officers that he appointed and was required to supervise; contrary to MCL 750.478.

**MISDEMEANOR**: 1 year and/or $1,000.00



**COUNT 2:** WILLFUL NEGLECT OF DUTY

As Governor of the State of Michigan, a public officer, did willfully neglect his mandatory legal duty to protect citizens of this state against disaster and/or emergency under Public Act 390 of 1976 (Emergency Management Act) by failing to declare a state of emergency and/or disaster when the Governor had notice of a threat of a disaster and/or emergency in the City of Flint; contrary to MCL 750.478.

**MISDEMEANOR:** 1 year and/or $1,000.00

I hereby certify that the foregoing indictment is a TRUE BILL.

_____
Grand Juror

DATE: 1/8/21

SG Flint/Indictment (Snyder) 12.29.20