UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

_____/

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that:

1. On May 12, 2021, he filed Interested Party Richard Snyder's Motion for (A) an Evidentiary Hearing and (B) an Order Holding the Michigan Department of Attorney General in Contempt and Granting Related Relief using the court's ECF system, which will provide notice of the filing to all registered participants in this matter.

2. On May 12, 2021, Brian Lennon emailed the above referenced Motion to the following:

> Fadwa Hammoud:  HammoudF1@michigan.gov
> Kym Worthy:  kworthy@waynecounty.com
> Molly Kettler:  KettlerM@michigan.gov
> Bryant Osikowicz: OsikowiczB@michigan.gov
> John VanDeventer:  VandeventerJ@michigan.gov

3. On May 12, 2021, Carol Dana, an employee of Warner Norcross + Judd LLP, served the persons listed below by United States Postal Service overnight and certified mail at the addresses listed.

| | |
|---|---|
| Fadwa Hammoud | G. Mennen Williams Building<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909 |
| Molly Kettler | G. Mennen Williams Building<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909 |
| Bryant Osikowicz | G. Mennen Williams Building<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909 |
| John VanDeventer | G. Mennen Williams Building<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909 |
| Dana Nessel | G. Mennen Williams Building<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909 |
| The Office of the Attorney General of the State of Michigan | Cadillac Place, 10th Floor<br>3030 W. Grand Blvd., Ste 10-200<br>Detroit, MI 48202 |

| | |
|---|---|
| Kym Worthy | Wayne County Prosecutor<br>1441 St Antoine, Detroit, MI 48226 |
| Judge Sean Cox | Theodore Levin U.S. Courthouse<br>231 W. Lafayette Blvd., Room 829<br>Detroit, MI 48226 |
| Judge Gerald Rosen | Theodore Levin U.S. Courthouse<br>231 W. Lafayette Blvd., Room 730<br>Detroit, MI 48226 |

Dated: May 12, 2021

*/s/ Stephen B. Grow*
Brian P. Lennon
Charles N. Ash
Stephen B. Grow (P39622)
WARNER NORCROSS + JUDD LLP
150 Ottawa Avenue NW, Suite 1500
Grand Rapids, MI 49503
616.752.2000
blennon@wnj.com
cash@wnj.com
sgrow@wnj.com

Attorneys for Interested Party Richard Snyder