UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

       Debtor.
_____/

Chapter 9

No. 13-53846

Hon. Thomas J. Tucker

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Charles N, Ash, Jr., of the law firm of Warner Norcross + Judd, LLP, hereby enters his appearance as counsel of record for Interested Party Richard Snyder in the above case and requests that he be placed on all notice and mailing lists for this case, with notices to be sent to:

> Charles N. Ash, Jr.
> Warner Norcross + Judd LLP
> 1500 Warner Building
> 150 Ottawa Avenue N.W.
> Grand Rapids, Michigan 49503
> cash@wnj.com

Dated: May 13, 2021

*/s/ Charles N. Ash, Jr.*
Brian P. Lennon (P47361)
Charles N. Ash, Jr. (P55941)
Stephen B. Grow (P39622)
WARNER NORCROSS + JUDD LLP
150 Ottawa Avenue NW, Suite 1500
Grand Rapids, MI 49503
616.752.2000
blennon@wnj.com
cash@wnj.com
sgrow@wnj.com