# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>    Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## *EX PARTE* MOTION OF THE CITY OF DETROIT FOR SHORT EXTENSION FOR FILING OF STATUS REPORT

On May 7, 2021, the Court entered its *Order Requiring the City to File a Status Report* ("Order," Doc. No. 13360) requiring the City of Detroit ("City") to file a status report no later than May 21, 2021, addressing when this bankruptcy case may be closed. The City has been working to provide a brief but thorough report on case status, the remaining issues to be resolved, and the steps that must be taken so that the case may be closed. The City requires a short extension to complete this task, and thus respectfully asks the Court to enter an order extending the May 21 deadline by two weeks to June 4, 2021.

WHEREFORE, the City respectfully asks this Court to enter an Order substantially in the form annexed as Exhibit 1.

Dated: May 21, 2021

      CITY OF DETROIT LAW DEPARTMENT

      By: */s/ Charles N. Raimi*
      Charles N. Raimi (P29746)
      Mary Beth Cobb (P40080)
      James Noseda (P52563)
      Attorneys for the City of Detroit
      2 Woodward Avenue, Suite 500
      Detroit, Michigan 48226
      Phone - (313) 237-5037/(313)
      Email - raimic@detroitmi.gov


      MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

      By: /s/ *Marc N. Swanson*
      Jonathan S. Green (P33140)
      Marc N. Swanson (P71149)
      150 West Jefferson, Suite 2500
      Detroit, Michigan 48226
      Telephone: (313) 496-7591
      Facsimile: (313) 496-8451
      swansonm@millercanfield.com


      Counsel for the City of Detroit, Michigan

# EXHIBIT 1: PROPOSED ORDER

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING THE *EX PARTE* MOTION OF THE CITY OF DETROIT FOR SHORT EXTENSION FOR FILING OF STATUS REPORT**

Upon consideration of the *Ex Parte Motion of the City of Detroit for Short Extension for Filing of Status Report* ("Motion," Doc. No. [_____]) seeking entry of an order allowing the City of Detroit two additional weeks in order to file a status report as ordered by this Court on May 7, 2021; and good and sufficient cause appearing therefore;

IT IS ORDERED that:

1. The Motion is granted.

2. The May 21, 2021, deadline requiring the City of Detroit to file a status report, set in this Court's order at Docket Number 13360, is extended to and through June 4, 2021.

37690289.2/022765.00213

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>    Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2021, I electronically filed the *Ex Parte Motion of the City of Detroit for Short Extension for Filing of Status Report* with the Clerk of the Court via the Court's ECF electronic filing system which will serve notice to all ECF participants.

/s/ Marc N. Swanson
Marc N. Swanson

Dated: May 21, 2021