# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER GRANTING THE *EX PARTE* MOTION OF THE CITY OF DETROIT FOR EXTENSION OF TIME FOR FILING OF STATUS REPORT

Upon consideration of the *Ex Parte Motion of the City of Detroit for Short Extension for Filing of Status Report* (Docket # 13367, the "Motion), seeking entry of an order allowing the City of Detroit two additional weeks in order to file a status report as ordered by this Court on May 7, 2021; and good and sufficient cause appearing therefore;

IT IS ORDERED that:

1. The Motion is granted.

2. The May 21, 2021 deadline requiring the City of Detroit to file a status report, set in this Court's May 7, 2021 Order (Docket # 13360), is extended to and through June 4, 2021.

**Signed on May 21, 2021**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge