UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

City of Detroit, Michigan

Debtor.

_____/

Bankruptcy No. 13-53846
Honorable Judge Thomas J. Tucker
Chapter 9

**NOTICE OF DEADLINE TO OBJECT TO MOTION TO COMPEL CITY TO WAIVE B-NOTE AND BROKERAGE ACCOUNT REQUIREMENTS OF ORDER GRANTING THE CITY OF DETROIT'S MOTION TO IMPLEMENT DISTRIBUTIONS OF B NOTES TO HOLDERS OF ALLOWED CLASS 14 CLAIMS UNDER THE CITY'S CONFIRMED PLAN OF ADJUSTMENT (DOC # 13173 – ENTERED 11-13-19), AND/OR TO SET ASIDE THE REQUIREMENTS OF THE ORDER, AND TO COMPEL THE CITY TO MAKE DISTRIBUTIONS TO ATTORNEYS FOR CLASS 14 CLAIMANTS, INSTEAD**

Class 14 Claimants, Jennifer Gilstrap, Frank Daviston, Shuntina Guest, La-Sheryl Williams, Tammy Howard as personal representative of the Estate of Shelton Bell, Gregory Brazel a/k/a Gregory Brazell, Curtis Morris, Velma Denson, Michael McKay, Taesean Parnell, a minor by his next friend Corliss Thomas, and Raymond Thompson, Jr., have filed a Motion with the Court, seeking entry of an Order compelling the City of Detroit to waive the B-Note and brokerage account requirements of the Order Granting the City of Detroit's Motion to Implement Distributions of B Notes to Holders of Allowed Class 14 Claims Under the City's Confirmed Plan of Adjustment (Doc. #13173 – entered 11-13-19).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to allow the relief requested, or if you want the court to consider your views on the Motion, within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
211 W. Fort St., Suite 1900
Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

The Law Offices of Kelman & Fantich
Attn: Adam J. Gantz
30903 Northwestern Highway, Suite 270,
Farmington Hills, MI 48334.

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the plan modification and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Date: May 24, 2021 /s/ Adam J. Gantz

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

Adam J. Gantz (P58558)
The Law Offices of Kelman & Fantich
Attorneys for certain Class 14 Claimants
30903 Northwestern Highway, Suite 270
Farmington Hills, MI 48334
(248) 855-0100
agantz@gantzassociates.com
kelmanandassociates@yahoo.com