UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

City of Detroit, Michigan

    Debtor.

_____/

Bankruptcy No. 13-53846
Honorable Judge Thomas J. Tucker
Chapter 9

## ORDER WAIVING B-NOTE AND BROKERAGE ACCOUNT REQUIREMENTS AND COMPELLING CITY OF DETROIT TO MAKE DISBURSEMENTS DIRECTLY TO ATTORNEYS FOR CLAIMANTS

This matter having come before the Court upon the Motion to Compel City to Waive B-Note and Brokerage Account Requirements of Order Granting the City of Detroit's Motion to Implement Distributions of B Notes to Holders of Allowed Class 14 Claims Under the City's Confirmed Plan of Adjustment (Doc. #13173 – entered 11-13-19), and/or to Set Aside the Requirements of the Order, and Compel the City to Make Distributions to Attorneys for Class 14 Claimants, Instead, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the City of Detroit shall waive the B Note/Brokerage account requirements of the Order Granting the City of Detroit's Motion to Implement Distributions of B Notes to Holders of Allowed Class 14 Claims Under the City's Confirmed Plan of Adjustment (Doc. #13173 – entered 11-13-19), with respect to claimants, Jennifer Gilstrap, Frank Daviston, Shuntina Guest, and La-Sheryl Williams, who are represented by the Law Offices of Kelman &

Fantich, as well as Tammy Howard as personal representative of the Estate of Shelton Bell, Gregory Brazel a/k/a Gregory Brazell, Curtis Morris, Velma Denson, Michael McKay, Taesean Parnell, a minor by his next friend Corliss Thomas, and Raymond Thompson, Jr., represented by Romano Law, PLLC.

**IT IS FURTHER ORDERED** that the City of Detroit shall make any/all disbursements required to be made to the above-cited Claimants to their respective Attorneys, in U.S. currency.

**END OF ORDER**