UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

City of Detroit, Michigan

    Debtor.
_____/

Bankruptcy No. 13-53846
Honorable Judge Thomas J. Tucker
Chapter 9

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of Motion to Compel City to Waive B-Note and Brokerage Account Requirements of Order Granting the City of Detroit's Motion to Implement Distributions of B Notes to Holders of Allowed Class 14 Claims Under the City's Confirmed Plan of Adjustment (Doc. #13173 – entered 11-13-19), and/or to Set Aside the Requirements of the Order, and Compel the City to Make Distributions to Attorneys for Class 14 Claimants, Instead, as well as a Notice of Deadline to Object to the same, and Proposed Order granting the relief requested within the Motion, were electronically served on May 24, 2021, upon:

    Miller, Canfield, Paddock and Stone, PLC
    Attn: Marc N. Swanson
    150 W Jefferson Ave Ste 2500
    Detroit, MI 48226-4415

Respectfully submitted:    LAW OFFICES OF KELMAN & FANTICH

Dated: 5-24-21    /s/ Adam J. Gantz
    BRIAN L. FANTICH (P60935)
    CARRA J. STOLLER (P64540)
    ADAM J. GANTZ (P58558)
    Attorneys for Plaintiff
    30903 Northwestern Hwy., Ste. 270
    Farmington Hills, MI 48334
    (248) 855-0100