# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re <br> *Plaintiff* <br> v. <br> CITY OF DETROIT, MICHIGAN <br> *Defendant* | ) <br> ) <br> ) Case No. 13-53846 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

People of the State of Michigan, Interested Party .

Date: 05/24/2021

*John VanDeventer*
*Attorney's signature*

John VanDeventer (Illinois Bar #6315809)
*Printed name and bar number*

525 W. Ottawa St.
G. Mennen Williams Building
Lansing, Michigan 48933
*Address*

VandeventerJ@michigan.gov
*E-mail address*

(517) 335-7626
*Telephone number*

-
*FAX number*