UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

**EXHIBIT LIST**

| Exhibit | Description |
|---|---|
| A | Proposed Second Order Amending Mediation Confidentiality Order |
| B | Fifth Amended Conflict Wall Notice |
| C | Search warrant |
| D | Cover email for discovery productions |
| E | Protective Order of March 31, 2021 |