# FIFTH AMENDED NOTICE OF CONFLICT WALL

## (Flint Water Prosecutions)

This is to notify all staff that, pursuant to the Michigan Rules of Professional Conduct, the Department of Attorney General has established a Conflict Wall between the "Civil Team" and the "Criminal Team" as set out below, concerning criminal investigations and prosecutions arising out of the Flint Water Crisis:

| Civil Team | Criminal Team |
|---|---|
| **Attorney General Dana Nessel and Department of Attorney General Staff hired before December 30, 2018** | **Solicitor General Fadwa Hammoud** |
| | **Chief Legal Counsel John VanDeventer** |
| | **Criminal Investigations Division investigators and staff hired on or after Dec. 30, 2018** |
| | **Criminal Trials and Appeals Division attorneys hired on or after Dec. 30, 2018** |
| | **Solicitor General Division attorneys and staff hired on or after Dec. 30, 2018** |
| | **Attorneys and Staff listed on the attached spreadsheet** |

All matters related to Flint Water Crisis criminal investigations and prosecutions shall be marked with a copy of this Conflict Wall notice. Related file cabinets shall also be marked with this Conflict Wall notice.

**DEPARTMENT EMPLOYEES SHALL:**

1. **Recognize that the members of the Civil Team are prohibited from engaging in any discussions concerning the Flint Water Crisis criminal matters, with members of the Criminal Team, unless consistent with the Rules of Professional Conduct.**

2.  **Prevent all other department staff from viewing Criminal Team files, documents, or materials relating to the Flint Water Crisis criminal matters, unless consistent with the Rules of Professional Conduct.**

3.  **Refuse to receive any confidential information from the Criminal Team concerning the Flint Water Crisis criminal matters, unless consistent with the Rules of Professional Conduct.**

For questions or other concerns regarding this Conflict Wall, contact Ethics Officer Joshua O. Booth.