Ex. C - Search Warrant

**Ex. C - Search Warrant**

| STATE OF MICHIGAN<br>67TH DISTRICT COURT | SEARCH WARRANT | CASE NO. 2019 Flint Water Crisis<br>POLICE AGENCY Department of<br>Attorney General<br>REPORT NO. 2019-FWCT |
|---|---|---|

**TO THE SHERIFF OR ANY PEACE OFFICER:**

A. **PERSON, PLACE, or THING** to be searched is described as and located at:

   KLDiscovery
   8201 Greensboro Drive, Ste. 300
   Mclean, VA 22102

B. **PROPERTY** to be searched for and seized, if found, is specifically described as:

   1. All original information, data, or files, whether electronic or paper, that were provided to the Service Provider, KLDiscovery, by any State of Michigan representative for potential inclusion in any KLDiscovery workspaces related to the Flint Water Crisis Investigation (FWCI).

   2. All unredacted State of Michigan (SOM) Data related to the Flint Water Crisis Investigation (FWCI) that is stored at premises owned, maintained, controlled, leased, rented, or operated by the Service Provider, KLDiscovery. The Service Provider, KLDiscovery is required to disclose the following information to Affiant.

   3. All unredacted SOM Data and all associated available metadata, including but not limited to metadata described in Appendix A, if available. The SOM Data, including source native files, images and original/unredacted extracted text, plus associated metadata, is to be provided in the industry standard Concordance format of .dat and .opt, also known as a Relativity Load File.

   4. All necessary information in order to install/upload the Relativity Load File into a new Relativity workspace, including but not limited to usernames, passwords, Load File metadata field descriptions, etc. will be seized at the time the warrant is executed.

   5. All SOM information and Data including records stored on any media; in an active, inactive or near-lined hosting state; "cold storage"; "internal storage locker"; "evidence file"; or any and all unredacted SOM Data related to the FWCI,

1

regardless of form or format, that is stored at premises owned, maintained, controlled, leased, rented, or operated by the Service Provider, KLDiscovery.

6. All audit/user history logs for the period 02/01/2019 to present, to include documentation outlining modifications, additions, removal, and/or changes to the platforms or data that is stored at premises owned, maintained, controlled, leased, rented, or operated by the Service Provider, KLDiscovery.

**IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN: I have found that probable cause exists, and you are commanded to make the search and seize the described property. Leave a copy of this warrant with attached tabulation (a written inventory) of all property taken with the person from whom the property was taken or at the premises. You are further commanded to promptly return this warrant and tabulation to the Court.**

Issued: 5/28/19
Date

Honorable Nathaniel C. Perry, Judge
67 District Court, Flint Michigan

Jeffrey Seipenko, Special Agent
Affiant

2

13-53846-tjt    Doc 13375-4    Filed 05/26/21    Entered 05/26/21 15:50:54    Page 2 of 2