# VanDeventer, John (AG)

| | |
|---|---|
| **From:** | Lieberman, Ortal (AG) |
| **Sent:** | Friday, April 9, 2021 12:10 PM |
| **To:** | Lane, Madelaine; Carvo, Scott; Cefai, Adam; Stavisky, Matt |
| **Cc:** | Osikowicz, Bryant (AG); King-Piepenbrok, Pier (AG); Molly Kettler (FWCT); Flint@n1discovery.com |
| **Subject:** | People v Snyder 040921_001 Discovery Cover Letter and POS |
| **Attachments:** | AG_SG_040921_001 Discovery Cover Letter.pdf; AG_SG_040921_001 Discovery POS (Snyder).pdf |

Good Afternoon,

On behalf of the People of the State of Michigan, please find attached a cover letter and proof of service for the following items of discovery:

- Grand Jury Exhibits #179 - #275

Additional discovery will continue to be provided as it becomes available and/or is authorized to be released.

N1Discovery will provide a secure file link and password via email to the individual(s) specified in your discovery contact form.

Some of the above-referenced documents in this production, and in previous productions, include confidential material and information subject to the stipulated protective order recently agreed to by you and our office. The productions may also include documents subject to privilege. The productions of these documents does not waive any privilege.

Please feel free to reach out if you have any questions. Have a great day.


Ortal Lieberman
Data Analyst
Flint Water Prosecution Team
Michigan Department of Attorney General
(517) 648-7855