**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |
| _____/ | |

**ORDER GRANTING CLAIMANTS' MOTION FOR RELIEF FROM ORDER**

      At a session of said Court, held in the courtroom thereof, on _____, 2021.

<u>PRESENT: HONORABLE THOMAS J. TUCKER</u>

This matter having come before this Honorable Court on Class 14 Claimants, Abraham Greer, and Abraham Greer as Personal Representative of the Estate of Sandra Greer's Motion for Relief from Order, and the court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the City of Detroit shall waive the B Note/Brokerage Account requirements of the Order Granting the City of Detroit's Motion to Implement Distributions of B Notes to Holders of Allowed Class 14 Claims Under the City's Confirmed Plan of Adjustment (Doc. #13173 – entered November 13, 2019), with respect to claimants Abraham Greer, and Abraham Greer as Personal Representative of the Estate of Sandra Greer, who are represented by the Rubinstein Law Firm

IT IS FURTHER ORDERED that the City of Detroit shall make any/all disbursements required to be made to the above-cited Claimants to their respective Attorneys, in U.S. Currency.

All previous Orders not in conflict with this Order shall remain in effect.

13-53846-tjt    Doc 13377-1    Filed 05/27/21    Entered 05/27/21 10:06:31    Page 1 of 2

Dated: May 27, 2021
                                                    Hon. Thomas J. Tucker