UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| In Re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## NOTICE OF DEADLINE TO OBJECT TO CLAIMANTS MOTION FOR RELIEF FROM ORDER

PLEASE TAKE NOTICE that Claimants Abraham Greer, and Abraham Greer as Personal Representative for the Estate of Sandra Greer have filed a Motion with the Court, for Relief from Order Granting the City of Detroit's Motion to Implement Distributions of B Notes to Holders of allowed Class 14 Claims Under the City's confirmed Plan of Adjustment (Doc. #13173).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you don't have an attorney, you may wish to consult with one.)**

If you do not want the court to allow the relief requested, or if you want the court to consider your view son the Motion, within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at[1]:

    **United States Bankruptcy Court**
    211 W. Fort Street, Ste. 1900
    Detroit, MI 48226

    If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

    You must also mail a copy to:

---

[1] Response or Answer must comply with F.R.Civ.P. 8(b), (c), and (e)

The Rubinstein Law Firm  
30150 Telegraph Road, Ste. 444  
Bingham Farms, MI 48025

2. <u>If a response or answer is timely filed and served, the clerk will schedule a hearing on the plan modification and you will be served with a notice of the date, time, and location of the hearing.</u>

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: May 27, 2021

Respectfully Submitted,

/s/ *Jan Jeffrey Rubinstein*
Jan Jeffrey Rubinstein (P57937)