EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:     Chapter 9

CITY OF DETROIT, MICHIGAN     Case No. 13-53846

Debtor.     Hon. Thomas J. Tucker

_____/

**PROOF OF SERVICE**

The undersigned certifies that a copy of Claimants' Abraham Greer, and Abraham Greer as Personal Representative of the Estate of Sandra Greer's, Corrected Motion for Relief from Order, as well as a Notice of Hearing, Notice of Deadline to Object to Motion, Proposed Order, and Proof of service were electronically on May 27, 2021 upon:

Miller, Canfield, Paddock, and Stone, PLC
Attn.: Mark N. Swanson
150 W. Jefferson Ave., Ste 2500
Detroit, MI 48226

Kevin M. Burton

Subscribed and sworn to before me on
May 27, 2021 Caileen Eagle
Notary Public, County of Oakland, and
State of Michigan
My Commission Expires: 2-3-26