UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                      Chapter 9

        Debtor.                              Judge Thomas J. Tucker

_____/

**ORDER SETTING DEADLINE FOR RICHARD SNYDER TO FILE ANY REPLY
BRIEF IN SUPPORT OF HIS CONTEMPT MOTION**

This case is before the Court on motion filed on May 12, 2021 by former Michigan
Governor Richard Snyder, entitled "Interested Party Richard Snyder's Motion for (A) an
Evidentiary Hearing and (B) an Order Holding the Michigan Department of Attorney General in
Contempt and Granting Related Relief" (Docket # 13361, the "Motion"). On May 26, 2021, the
Michigan Department of Attorney General filed a response to the Motion (Docket # 13375).

L.B.R. 9014-1(f) (E.D. Mich.) states that: "[a] reply brief of not more than seven pages in
length, including footnotes and signatures, may be filed and served not less than three Business
Days before the hearing on the motion." The Court will shortly schedule a hearing on the
Motion. But the Court first will set a specific deadline for Richard Synder to file any reply brief
in support of the Motion, so that the Court will be able to review any such reply brief more than
3 business days before the hearing. So the Court will vary the usual procedure under L.B.R.
9014-1(e), in the following way.

IT IS ORDERED that Richard Snyder must file any reply brief in support of the Motion
no later than June 10, 2021.

**Signed on May 27, 2021**



           **/s/ Thomas J. Tucker**
           **Thomas J. Tucker**
           **United States Bankruptcy Judge**