

# TROTT LAW
A PROFESSIONAL CORPORATION

HEADQUARTERS:
31440 Northwestern Hwy., Suite 145
Farmington Hills, Michigan 48334
(248) 642-2515 / fax (248) 642-3628

GRAND RAPIDS:
(616) 942-0893 / fax (616) 942-0921

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT
ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE.

May 27, 2021

U.S. Bankruptcy Court
211 W. Fort Street
Detroit, MI 48226

Fax#313-226-2681

Re: John Kapitan (P61901)

To Whom It May Concern:

Please be advised, effective today, Marcy Ford (P49158) has taken over all of John Kapitan's (P61901) cases.

If you have any questions, please feel free to contact me at 248-593-0463.

Sincerely,
Trott & Trott, P.C.

*Marcy J. Ford*
Marcy Ford
Managing Attorney