Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*13361* − Motion For Contempt Against The Michigan Department of Attorney General, for an Evidentiary Hearing and Other Related Relief Filed by Interested Party Richard Snyder (Attachments: # 1 Index of Exhibits # 2 Exhibit 1 − Proposed Order # 3 Exhibit 2 − Notice # 4 Exhibit 4 − Certificate of Service # 5 Exhibit 6 − Indictment) (Grow, Stephen)

will be held on: 6/16/21 at 02:00 PM at Courtroom 1925, 211 West Fort St., Detroit, MI 48226

Note: effective beginning March 16, 2020, Judge Tucker is conducting all Chapter 13 contested hearings by telephone. At least five minutes before the scheduled time for such a hearing, which normally is at 1:30 p.m., counsel and parties should call (888) 684− 8852 and use Access Code 2388650. Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating. (This procedure does not apply to Chapter 13 status conferences with the Chapter 13 Trustee. See any applicable notices by the Chapter 13 Trustee for information about status conferences.)

Dated: 5/27/21

                        BY THE COURT

                        Todd M. Stickle, Clerk of Court
                        U.S. Bankruptcy Court