Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*13361* – Motion For Contempt Against The Michigan Department of Attorney General, for an Evidentiary Hearing and Other Related Relief Filed by Interested Party Richard Snyder (Attachments: # 1 Index of Exhibits # 2 Exhibit 1 – Proposed Order # 3 Exhibit 2 – Notice # 4 Exhibit 4 – Certificate of Service # 5 Exhibit 6 – Indictment) (Grow, Stephen)

will be held on: 6/16/21 at 02:00 PM at Courtroom 1925, 211 West Fort St., Detroit, MI 48226

Note: effective beginning March 16, 2020, Judge Tucker is conducting all conferences and non−evidentiary hearings by telephone. At least five minutes before the scheduled time for hearing, counsel and parties should call (888) 684−8852 and use Access Code 2388650. Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating.

Dated: 5/28/21

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court