UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
Southern Division - Detroit

| | |
|---|---|
| CITY OF DETROIT, MICHIGAN,<br><br>*Debtor.* | Ch. 9<br>Case No. 13-53846<br><br>Hon. Thomas J. Tucker |
| CITY OF DETROIT, MICHIGAN,<br><br>*Plaintiff,*<br><br>v.<br><br>J E ASSOCIATES, INC.<br><br>*Defendant.* | Adv. Proc. No. 15-05198 |

**SUBSTITUTION OF ATTORNEYS**

PLEASE TAKE NOTICE that O'Hagan Meyer PLLC has substituted in the place and stead of LeClair Ryan as attorneys for J E Associates, Inc.

                                                    By:  /s/ Evan A. Burkholder
                                                           Evan A. Burkholder (P67986)
                                                           O'HAGAN MEYER PLLC
                                                           22260 Haggerty Rd. Ste 110
                                                           Northville, MI 48167
                                                           248.896.1801
                                                           eburkholder@ohaganmeyer.com

                                                           *Attorneys for J E Associates, Inc.*

1

**CONSENT TO SUBSTITUTION**

    I HEREBY CONSENT to the substitution of O'Hagan Meyer PLLC as attorneys for J E Associates, Inc. in the above action.

                                  By:  s/ Evan A. Burkholder
                                          Evan A. Burkholder (P67986)
                                          LeClair Ryan
                                          290 Town Center Drive 4th Fl
                                          Dearborn, MI 48126
                                          313.583.5955
                                          evan.burkholder@leclairryan.com

                                          *Attorneys for J E Associates, Inc.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
Southern Division - Detroit

| | |
|---|---|
| CITY OF DETROIT, MICHIGAN,<br><br>*Debtor.* | Ch. 9<br>Case No. 13-53846<br><br>Hon. Thomas J. Tucker |
| CITY OF DETROIT, MICHIGAN,<br><br>*Plaintiff,*<br><br>v.<br><br>J E ASSOCIATES, INC.<br><br>*Defendant.* | Adv. Proc. No. 15-05198 |

**PROOF OF SERVICE**

PLEASE TAKE NOTICE that on June 1, 2021 the Defendant, J E ASSOCIATES, INC., filed its Substitution of Counsel and that a true and correct copy of the foregoing pleading was served electronically on all counsel of record through the ECF filing system.

                By: _s/ Evan A. Burkholder_
                    Evan A. Burkholder (P67986)
                    O'HAGAN MEYER PLLC
                    22260 Haggerty Rd. Ste 110
                    Northville, MI 48167
                    248.896.1801
                    eburkholder@ohaganmeyer.com

                    *Attorneys for J E Associates, Inc.*