dUNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                      Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                 Chapter 9

             Debtor.                              Judge Thomas J. Tucker
_____/

**ORDER REQUIRING THE CITY TO FILE A FURTHER STATUS REPORT
BY DECEMBER 3, 2021**

       The Court has reviewed the status report filed by the City of Detroit on June 4, 2021 (Docket # 13385). The Court is satisfied that this case is not yet ready to be closed, and the Court finds good cause to enter this Order.

       IT IS ORDERED that no later than December 3, 2021, the City of Detroit must file a further status report, updating the June 4, 2021 status report, and discussing whether the Chapter 9 bankruptcy case should then be closed, and if not, why not, and if not, when the City contends that the case will be ready to be closed.

**Signed on June 7, 2021**



                                                /s/ Thomas J. Tucker
                                                **Thomas J. Tucker
                                                United States Bankruptcy Judge**