Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*13372* – Motion to Compel City of Detroit to Waive B Note and Brokerage Account Requirements of Order Granting Motion to Implement Distributions (Doc. #13173) on behalf of Creditors Jennifer Gilstrap, Frank Daviston, Shuntina Guest, La−Sheryl Williams, Tammy Howard as personal representative of the Estate of Shelton Bell, Gregory Brazel a/k/a Gregory Brazell, Curtis Morris, Velma Denson, Michael McKay, Taesean Parnell, a minor by his next friend Corliss Thomas, and Raymond Thompson, Jr., Filed by Creditor Frank Daviston Jr. (Attachments: # 1 Notice of Opportunity to Respond # 2 Proposed Order # 3 Proof of Service) (Gantz, Adam)

*13377* – Corrected Motion for Relief from Order Filed by Creditors Abraham Greer, as Personal Representative For the Estate of Sandra Greer, Abraham Greer (Attachments: # 1 Proposed Order # 2 Notice of Deadline to Respondent # 3 Proof of Service) (Rubinstein, Jan Jeffrey)

will be held on: 6/23/21 at 01:00 PM at Courtroom 1925, 211 West Fort St., Detroit, MI 48226

Note: effective beginning March 16, 2020, Judge Tucker is conducting all conferences and non−evidentiary hearings by telephone. At least five minutes before the scheduled time for hearing, counsel and parties should call (888) 684−8852 and use Access Code 2388650. Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating.

Dated: 6/8/21

                                        BY THE COURT

                                        Todd M. Stickle, Clerk of Court
                                        U.S. Bankruptcy Court