UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

**INTERESTED PARTY RICHARD SNYDER'S EX PARTE MOTION FOR LEAVE TO EXCEED REPLY BRIEF PAGE LIMIT**

Interested Party former Michigan Governor Richard Snyder ("Governor Snyder"), through counsel, hereby moves the Court to enlarge the maximum length of his reply brief due on June 10, 2021 from 7 pages to 14 pages. On June 9, 2021, Governor Snyder sought concurrence in the relief sought herein from the Michigan Department of Attorney General (the "Department"). See E.D. Mich. LBR 9014-1(h). On June 10, the Department, through AAG John VanDeventer, responded that it does not object to the Motion.

In support of this Motion,[1] Governor Snyder respectfully states as follows:

---

[1] In accordance with E.D. Mich. LBR 9014-1(c), attached hereto as **Exhibit 1** is a proposed order granting Interested Party Richard Snyder's Ex Parte Motion for Leave to Exceed the Reply Brief Page Limit, and attached here to as **Exhibit 4** is a certificate of service showing service on those parties entitled to service under ECF Procedure 12(b).

1. Pursuant to E.D. Mich. LBR 9014-1(f), "A reply brief of not more than seven pages in length, including footnotes and signatures, may be filed and served not less than three Business Days before the hearing on the motion. A party seeking to file a brief in excess of the page length in this rule, must file an ex parte motion requesting permission to do so, setting forth the reasons to do so and specifying the page length for such brief."

2. Governor Snyder respectfully requests that the page limit for his reply brief be enlarged by seven pages, to a total of 14 pages, so that he may fully respond to the additional issues and arguments raised by the Department in opposition to Interested Party Richard Snyder's Motion for (A) an Evidentiary Hearing and (B) an Order Holding the Michigan Department of Attorney General in Contempt and Granting Related Relief.

3. Governor Snyder believes that a modest enlargement of the reply brief page limit may aid the Court by allowing Governor Snyder to fully address all the issues raised by the Department in opposition, including issues related to Governor Snyder's standing, the Department's breach of this Court's mediation orders, and the shortcomings of the Department's proposed order.

Accordingly, Governor Snyder respectfully requests that the Court grant the Motion and enter an Order permitting Governor Snyder to file a reply brief up to 14 pages.

Dated: June 10, 2021

/s/ Stephen B. Grow
Brian P. Lennon
Charles N. Ash
Stephen B. Grow
WARNER NORCROSS + JUDD LLP
150 Ottawa Avenue NW, Suite 1500
Grand Rapids, MI 49503
616.752.2000
blennon@wnj.com
cash@wnj.com
sgrow@wnj.com

Attorneys for Interested Party Richard Snyder

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9

No. 13-53846

Hon. Thomas J. Tucker

/

**ORDER GRANTING INTERESTED PARTY RICHARD SNYDER'S EX PARTE MOTION FOR LEAVE TO EXCEED REPLY BRIEF PAGE LIMIT**

This matter came before the Court on Interested Party Richard Snyder's Ex Parte Motion for Leave to Exceed Reply Brief Page Limit ("Motion"), wherein he is seeking an order to extend his reply brief page limit from 7 pages to 14 pages. Having reviewed the Motion and finding good and sufficient cause therefore;

IT IS ORDERED that:

1. Interested Party Richard Snyder's Ex Parte Motion to for Leave to Exceed Reply Brief Page Limit is GRANTED.

2. The Reply Brief in Support of Interested Party Richard Snyder's Motion for (A) an Evidentiary Hearing and (B) an Order Holding the Michigan Department of Attorney General in Contempt and Granting Related Relief may total 14 pages.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re

CITY OF DETROIT, MICHIGAN,

Debtor.

Chapter 9

No. 13-53846

Hon. Thomas J. Tucker

/

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 10, 2021, he filed Interested Party Richard Snyder's Ex Parte Motion for Leave to Exceed Reply Brief Page Limit using the court's ECF system, which will provide notice of the filing to all registered participants in this matter.

Dated: June 10, 2021

/s/ Stephen B. Grow
Brian P. Lennon
Charles N. Ash
Stephen B. Grow
WARNER NORCROSS + JUDD LLP
150 Ottawa Avenue NW, Suite 1500
Grand Rapids, MI 49503
616.752.2000
blennon@wnj.com
cash@wnj.com
sgrow@wnj.com

Attorneys for Interested Party Richard Snyder

Exhibit 4