UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

_____/

# INDEX OF EXHIBITS TO
# INTERESTED PARTY RICHARD SNYDER'S REPLY IN SUPPORT OF MOTION FOR (A) AN EVIDENTIARY HEARING AND (B) AN ORDER HOLDING THE MICHIGAN DEPARTMENT OF ATTORNEY GENERAL IN CONTEMPT AND GRANTING RELATED RELIEF

| Exhibit | Description |
|---|---|
| 7 | Excerpts from May 4, 2021 FOIA response from the Department |
| 8 | Letter from R. Snyder to DAG C. Grossi, dated May 25, 2021 |
| 9 | Letter from DAG C. Grossi to R. Snyder, dated May 27, 2021 |
| 10 | Defendant Snyder's January 19, 2021 Discovery Request in *People v. Snyder,* 67th District Court Case No. 21G-0046-SM |
| 11 | Email from SG Hammoud to B. Lennon, dated January 20, 2021 |
| 12 | Email from B. Lennon to SG Hammoud, dated April 13, 2021 |
| 13 | Email from DAG C. Grossi to C. Chamberlain, dated May 25, 2021 |
| 14 | Email exchange between C. Kessel and B. Lennon, dated May 27, 2021 |
| 15 | Department's Motion to Amend Protective Order in *People v. Snyder,* filed on June 9, 2021 |