# **EXHIBIT 7**



P.O. Box 30754
Lansing, Michigan 48909

**DANA NESSEL**
ATTORNEY GENERAL

May 4, 2021

James K. Haveman  　　　　　　　　　　Sent by email
2656 Norway Maple Ct. SE  　　　　　　　havemanjames@aol.com
Grand Rapids, MI 40512

Dear Mr. Haveman:

　　　　This notice supplements the Department of Attorney General's (Department) January 14, February 1, and April 6, 2021 notices issued in response to your January 8, 2021 request for information under the Freedom of Information Act (FOIA), MCL 15.231 *et seq.* (Copies of the FOIA request and the Department's notices are attached.)

　　　　You requested information described as follows:

1. Meeting times of AG Dana Nessel and Solicator [sic] General Fadwa Hammoud since January 1, 2019.
2. Names of AG Attorneys working on the Flint Water investigation
3. Names and invoices of any contract employees working on the Flint Water Investigation.
4. Copies of expenses vouchers of AG Attorneys working on the Flint Water Investigation.
5. Names and expense vouchers of any persons from other State Departments employees working on the Flint water Investigation.
6. Dates and e-mails (or letters) between AG Nessel and Attorney Todd Flood.
7. Dates of any meetings between AG Nessel and Governor Whitmer regarding the Flint water investigation.
8. Copy of the policy of AG Nessel per the "fire wall" between her Civil Investigation and AG Fadwa Hammoud's criminal investigation of the Flint water investigations.

　　　　In its February 1, 2021 notice, the Department stated that it would complete the processing of the request after receiving the deposit and would notify you in writing of the balance due, the statutory basis for exemptions, if any, and the statutory remedial rights, if applicable.

The Department received your deposit in the amount of $789.22 and your request is granted in part and denied in part.

As to the partial grant, upon receipt of the $789.22 balance, by check payable to the State of Michigan and sent to the FOIA Coordinator, Department of Attorney General, P.O. Box 30754, Lansing, MI 48909, copies of the nonexempt records that are responsive to what you describe in item Nos. 1, 2, 3, 4, 7, and 8 will be provided.

Your request is partially denied for the following reasons:

Those parts of the records composed of personal information have been redacted under section 13(1)(a) of the FOIA, MCL 15.243(1)(a), which provides for the nondisclosure of, "[i]nformation of a personal nature if public disclosure of the information would constitute a clearly unwarranted invasion of an individual's privacy." In this particular instance, individuals' addresses, email addresses, and telephone numbers have been redacted.

In raising this exemption, the Department relies on *Mager v Dep't of State Police*, 460 Mich 134, 145-146 (1999), where the Supreme Court noted that, "[the core] purpose [of the FOIA] is not fostered by disclosure of information about private citizens that is accumulated in various governmental files but that reveals little or nothing about an agency's own conduct."

Those parts of the records composed of security measures have been redacted under section 13(1)(u) of the FOIA, MCL 15.243(1)(u), which provides for the nondisclosure of, "[r]ecords of a public body's security measures, including security plans, security codes and combinations, passwords, passes, keys, and security procedures, to the extent that the records relate to the ongoing security of the public body." In this particular instance employee identification numbers have been redacted.

Finally, after a search for records, to the best of the Department's knowledge, information, and belief, the Department does not possess records that are responsive to what you describe in item Nos. 5 and 6 or by other names reasonably known to the Department.

As to the partial denial of your request, under section 10 of the FOIA, MCL 15.240, the Department is obligated to inform you that you may do the following:

1) Appeal this decision in writing to the Attorney General, Department of Attorney General, 525 W. Ottawa, P.O. Box 30754, Lansing, MI 48909. The writing must specifically state the word "appeal" and must identify the reason or reasons you believe the partial denial should be reversed. The head of the Department or her designee must respond to your appeal within 10 business days after its receipt.

Under unusual circumstances, the time for response to your appeal may be extended by 10 business days.

    2) Commence an action in the Court of Claims within 180 days after the date of the final determination to partially deny the request. If you prevail in such an action, the court is to award reasonable attorney fees, costs, and disbursements, and possible damages.

    The Department's FOIA Procedures and Guidelines can be accessed at www.michigan.gov/foia-ag.

Sincerely,

*Christy Wendling-Richards*

Christy Wendling-Richards
FOIA Coordinator
Department of Attorney General
517-335-7573

Encs.

Attorney General and Solicitor General Appointments

| Appointment Date | Start |
|---|---|
| 1/18/19 | Fri 1/18/2019 9:30 AM |
| 1/22/19 | Tue 1/22/2019 11:00 AM |
| 1/23/19 | Wed 1/23/2019 9:30 AM |
| 1/25/19 | Fri 1/25/2019 9:30 AM |
| 1/28/19 | Mon 1/28/2019 2:30 PM |
| 2/13/19 | Wed 2/13/2019 10:30 AM |
| 2/20/19 | Wed 2/20/2019 10:30 AM |
| 2/22/19 | Fri 2/22/2019 1:00 PM |
| 2/22/19 | Fri 2/22/2019 2:30 PM |
| 2/27/19 | Wed 2/27/2019 11:00 AM |
| 2/27/19 | Wed 2/27/2019 3:00 PM |
| 2/27/19 | Wed 2/27/2019 10:30 AM |
| 2/27/19 | Wed 2/27/2019 2:00 PM |
| 2/27/19 | Wed 2/27/2019 12:00 PM |
| 3/1/19 | Fri 3/1/2019 3:30 PM |
| 3/5/19 | Tue 3/5/2019 1:45 PM |
| 3/8/19 | Fri 3/8/2019 4:00 PM |
| 3/14/19 | Thu 3/14/2019 3:30 PM |
| 3/14/19 | Thu 3/14/2019 1:00 PM |
| 3/14/19 | Thu 3/14/2019 11:00 AM |
| 3/14/19 | Thu 3/14/2019 3:00 PM |
| 3/15/19 | Fri 3/15/2019 4:00 PM |
| 3/26/19 | Tue 3/26/2019 3:00 PM |
| 3/26/19 | Tue 3/26/2019 11:00 AM |
| 3/26/19 | Tue 3/26/2019 2:00 PM |
| 3/27/19 | Wed 3/27/2019 4:00 PM |
| 3/27/19 | Wed 3/27/2019 2:45 PM |
| 4/8/19 | Mon 4/8/2019 11:00 AM |
| 4/8/19 | Mon 4/8/2019 1:00 PM |
| 4/9/19 | Tue 4/9/2019 3:00 PM |
| 4/10/19 | Wed 4/10/2019 9:00 AM |
| 4/10/19 | Wed 4/10/2019 1:30 PM |
| 4/11/19 | Thu 4/11/2019 7:30 PM |
| 4/11/19 | Thu 4/11/2019 4:00 PM |
| 4/11/19 | Thu 4/11/2019 9:00 AM |
| 4/18/19 | Thu 4/18/2019 11:00 AM |
| 4/19/19 | Fri 4/19/2019 1:00 PM |
| 4/26/19 | Fri 4/26/2019 3:00 PM |
| 4/29/19 | Mon 4/29/2019 1:00 PM |
| 5/2/19 | Thu 5/2/2019 4:00 PM |
| 5/6/19 | Mon 5/6/2019 2:00 PM |
| 5/13/19 | Mon 5/13/2019 8:00 PM |
| 5/13/19 | Mon 5/13/2019 12:30 PM |
| 5/20/19 | Mon 5/20/2019 2:00 PM |
| 5/21/19 | Tue 5/21/2019 3:30 PM |
| 5/21/19 | Tue 5/21/2019 1:30 PM |

| | |
|---|---|
| 5/22/19 | Wed 5/22/2019 2:30 PM |
| 5/30/19 | Thu 5/30/2019 12:00 PM |
| 6/3/19 | Mon 6/3/2019 11:00 AM |
| 6/10/19 | Mon 6/10/2019 4:00 PM |
| 6/11/19 | Tue 6/11/2019 12:15 PM |
| 6/12/19 | Wed 6/12/2019 5:00 PM |
| 6/13/19 | Thu 6/13/2019 2:00 PM |
| 6/25/19 | Tue 6/25/2019 11:00 AM |
| 6/27/19 | Thu 6/27/2019 12:30 PM |
| 7/10/19 | Wed 7/10/2019 3:30 PM |
| 7/18/19 | Thu 7/18/2019 3:30 PM |
| 7/24/19 | Wed 7/24/2019 2:00 PM |
| 8/5/19 | Mon 8/5/2019 2:00 PM |
| 8/16/19 | Fri 8/16/2019 11:00 AM |
| 8/16/19 | Fri 8/16/2019 1:00 PM |
| 8/19/19 | Mon 8/19/2019 2:30 PM |
| 8/19/19 | Mon 8/19/2019 10:00 AM |
| 8/20/19 | Tue 8/20/2019 3:15 PM |
| 8/30/19 | Fri 8/30/2019 11:00 AM |
| 8/30/19 | Fri 8/30/2019 2:00 PM |
| 9/6/19 | Fri 9/6/2019 3:00 PM |
| 9/6/19 | Fri 9/6/2019 4:00 PM |
| 9/6/19 | Fri 9/6/2019 3:00 PM |
| 9/6/19 | Fri 9/6/2019 2:30 PM |
| 9/9/19 | Mon 9/9/2019 1:00 PM |
| 9/17/19 | Tue 9/17/2019 10:00 AM |
| 9/17/19 | Tue 9/17/2019 3:00 PM |
| 9/17/19 | Tue 9/17/2019 1:30 PM |
| 9/18/19 | Wed 9/18/2019 11:00 AM |
| 9/18/19 | Wed 9/18/2019 3:00 PM |
| 9/19/19 | Thu 9/19/2019 9:00 AM |
| 9/19/19 | Thu 9/19/2019 4:00 PM |
| 9/19/19 | Thu 9/19/2019 12:30 PM |
| 9/23/19 | Mon 9/23/2019 2:30 PM |
| 9/25/19 | Wed 9/25/2019 4:15 PM |
| 9/26/19 | Thu 9/26/2019 2:00 PM |
| 9/30/19 | Mon 9/30/2019 3:00 PM |
| 10/3/19 | Thu 10/3/2019 5:00 PM |
| 10/4/19 | Fri 10/4/2019 11:00 AM |
| 10/8/19 | Tue 10/8/2019 2:30 PM |
| 10/10/19 | Thu 10/10/2019 3:00 PM |
| 10/11/19 | Fri 10/11/2019 11:45 AM |
| 10/14/19 | Mon 10/14/2019 2:30 PM |
| 10/15/19 | Tue 10/15/2019 3:45 PM |
| 10/15/19 | Tue 10/15/2019 11:30 AM |
| 10/16/19 | Wed 10/16/2019 1:00 PM |
| 10/16/19 | Wed 10/16/2019 3:30 PM |

| | |
|---|---|
| 10/22/19 | Tue 10/22/2019 11:00 AM |
| 10/25/19 | Fri 10/25/2019 4:00 PM |
| 10/25/19 | Fri 10/25/2019 3:15 PM |
| 10/28/19 | Mon 10/28/2019 11:00 AM |
| 11/1/19 | Fri 11/1/2019 11:15 AM |
| 11/1/19 | Fri 11/1/2019 2:30 PM |
| 11/8/19 | Fri 11/8/2019 1:00 PM |
| 11/8/19 | Fri 11/8/2019 2:00 PM |
| 11/12/19 | Tue 11/12/2019 7:45 PM |
| 11/12/19 | Tue 11/12/2019 2:00 PM |
| 11/18/19 | Mon 11/18/2019 4:00 PM |
| 11/18/19 | Mon 11/18/2019 2:00 PM |
| 11/25/19 | Mon 11/25/2019 10:30 AM |
| 11/25/19 | Mon 11/25/2019 11:30 AM |
| 11/25/19 | Mon 11/25/2019 2:30 PM |
| 11/26/19 | Tue 11/26/2019 1:30 PM |
| 11/27/19 | Wed 11/27/2019 2:30 PM |
| 12/2/19 | Mon 12/2/2019 1:00 PM |
| 12/5/19 | Thu 12/5/2019 9:45 AM |
| 12/5/19 | Thu 12/5/2019 11:00 AM |
| 12/6/19 | Fri 12/6/2019 3:45 PM |
| 12/17/19 | Tue 12/17/2019 1:30 PM |
| 12/18/19 | Wed 12/18/2019 1:00 PM |
| 12/19/19 | Thu 12/19/2019 5:05 PM |
| 12/19/19 | Thu 12/19/2019 12:40 PM |
| 12/20/19 | Fri 12/20/2019 2:30 PM |
| 12/20/19 | Fri 12/20/2019 4:00 PM |
| 12/23/19 | Mon 12/23/2019 5:30 PM |
| 12/27/19 | Fri 12/27/2019 2:30 PM |
| 12/27/19 | Fri 12/27/2019 1:00 PM |
| 1/6/20 | Mon 1/6/2020 4:00 PM |
| 1/6/20 | Mon 1/6/2020 2:00 PM |
| 1/7/20 | Tue 1/7/2020 1:30 PM |
| 1/8/20 | Wed 1/8/2020 1:30 PM |
| 1/10/20 | Fri 1/10/2020 4:00 PM |
| 1/13/20 | Mon 1/13/2020 12:00 PM |
| 1/14/20 | Tue 1/14/2020 2:00 PM |
| 1/16/20 | Thu 1/16/2020 11:00 AM |
| 1/17/20 | Fri 1/17/2020 10:00 AM |
| 1/21/20 | Tue 1/21/2020 4:00 PM |
| 1/22/20 | Wed 1/22/2020 2:00 PM |
| 1/24/20 | Fri 1/24/2020 9:00 AM |
| 1/27/20 | Mon 1/27/2020 2:00 PM |
| 1/29/20 | Wed 1/29/2020 3:00 PM |
| 1/30/20 | Thu 1/30/2020 11:30 AM |
| 1/31/20 | Fri 1/31/2020 1:00 PM |
| 2/3/20 | Mon 2/3/2020 3:30 PM |

| | |
|---|---|
| 2/3/20 | Mon 2/3/2020 4:00 PM |
| 2/7/20 | Fri 2/7/2020 1:00 PM |
| 2/11/20 | Tue 2/11/2020 10:30 AM |
| 2/21/20 | Fri 2/21/2020 9:00 AM |
| 2/24/20 | Mon 2/24/2020 11:30 AM |
| 2/24/20 | Mon 2/24/2020 4:15 PM |
| 2/25/20 | Tue 2/25/2020 11:30 AM |
| 2/25/20 | Tue 2/25/2020 1:00 PM |
| 2/25/20 | Tue 2/25/2020 1:35 PM |
| 3/6/20 | Fri 3/6/2020 1:30 PM |
| 3/9/20 | Mon 3/9/2020 1:00 PM |
| 3/10/20 | Tue 3/10/2020 12:30 PM |
| 3/13/20 | Fri 3/13/2020 4:00 PM |
| 3/16/20 | Mon 3/16/2020 10:00 AM |
| 3/17/20 | Tue 3/17/2020 1:00 PM |
| 3/19/20 | Thu 3/19/2020 3:30 PM |
| 3/22/20 | Sun 3/22/2020 6:30 PM |
| 3/22/20 | Sun 3/22/2020 12:30 PM |
| 3/22/20 | Sun 3/22/2020 10:00 AM |
| 3/23/20 | Mon 3/23/2020 1:00 PM |
| 3/24/20 | Tue 3/24/2020 3:00 PM |
| 3/24/20 | Tue 3/24/2020 7:45 AM |
| 3/24/20 | Tue 3/24/2020 12:30 PM |
| 3/31/20 | Tue 3/31/2020 2:00 PM |
| 4/1/20 | Wed 4/1/2020 2:30 PM |
| 4/1/20 | Wed 4/1/2020 5:15 PM |
| 4/2/20 | Thu 4/2/2020 1:00 PM |
| 4/3/20 | Fri 4/3/2020 2:00 PM |
| 4/6/20 | Mon 4/6/2020 4:00 PM |
| 4/6/20 | Mon 4/6/2020 12:00 PM |
| 4/9/20 | Thu 4/9/2020 11:15 AM |
| 4/9/20 | Thu 4/9/2020 5:00 PM |
| 4/10/20 | Fri 4/10/2020 2:00 PM |
| 4/10/20 | Fri 4/10/2020 1:00 PM |
| 4/13/20 | Mon 4/13/2020 2:00 PM |
| 4/14/20 | Tue 4/14/2020 3:00 PM |
| 4/14/20 | Tue 4/14/2020 11:30 AM |
| 4/15/20 | Wed 4/15/2020 12:00 PM |
| 4/17/20 | Fri 4/17/2020 11:00 AM |
| 4/18/20 | Sat 4/18/2020 3:30 PM |
| 4/20/20 | Mon 4/20/2020 1:00 PM |
| 4/21/20 | Tue 4/21/2020 1:00 PM |
| 4/22/20 | Wed 4/22/2020 1:00 PM |
| 4/24/20 | Fri 4/24/2020 12:00 PM |
| 4/24/20 | Fri 4/24/2020 2:00 PM |
| 4/26/20 | Sun 4/26/2020 11:30 AM |
| 4/27/20 | Mon 4/27/2020 12:00 PM |

| | |
|---|---|
| 4/27/20 | Mon 4/27/2020 1:00 PM |
| 4/27/20 | Mon 4/27/2020 2:00 PM |
| 4/27/20 | Mon 4/27/2020 2:45 PM |
| 4/28/20 | Tue 4/28/2020 9:30 AM |
| 4/29/20 | Wed 4/29/2020 12:30 PM |
| 4/30/20 | Thu 4/30/2020 1:30 PM |
| 5/4/20 | Mon 5/4/2020 11:00 AM |
| 5/5/20 | Tue 5/5/2020 12:00 PM |
| 5/7/20 | Thu 5/7/2020 3:30 PM |
| 5/8/20 | Fri 5/8/2020 3:30 PM |
| 5/11/20 | Mon 5/11/2020 5:00 PM |
| 5/12/20 | Tue 5/12/2020 7:30 PM |
| 5/12/20 | Tue 5/12/2020 12:30 PM |
| 5/13/20 | Wed 5/13/2020 1:00 PM |
| 5/14/20 | Thu 5/14/2020 6:30 PM |
| 5/19/20 | Tue 5/19/2020 11:15 AM |
| 5/20/20 | Wed 5/20/2020 9:30 AM |
| 5/22/20 | Fri 5/22/2020 4:00 PM |
| 5/27/20 | Wed 5/27/2020 3:30 PM |
| 5/29/20 | Fri 5/29/2020 11:30 AM |
| 6/1/20 | Mon 6/1/2020 7:30 PM |
| 6/1/20 | Mon 6/1/2020 12:30 PM |
| 6/2/20 | Tue 6/2/2020 5:00 PM |
| 6/2/20 | Tue 6/2/2020 11:00 AM |
| 6/3/20 | Wed 6/3/2020 3:00 PM |
| 6/3/20 | Wed 6/3/2020 4:00 PM |
| 6/5/20 | Fri 6/5/2020 4:00 PM |
| 6/8/20 | Mon 6/8/2020 11:30 AM |
| 6/8/20 | Mon 6/8/2020 3:00 PM |
| 6/10/20 | Wed 6/10/2020 1:30 PM |
| 6/10/20 | Wed 6/10/2020 11:30 AM |
| 6/11/20 | Thu 6/11/2020 1:00 PM |
| 6/12/20 | Fri 6/12/2020 2:30 PM |
| 6/14/20 | Sun 6/14/2020 5:00 PM |
| 6/15/20 | Mon 6/15/2020 4:15 PM |
| 6/16/20 | Tue 6/16/2020 10:00 AM |
| 6/17/20 | Wed 6/17/2020 11:00 AM |
| 6/17/20 | Wed 6/17/2020 4:30 PM |
| 6/17/20 | Wed 6/17/2020 12:15 PM |
| 6/19/20 | Fri 6/19/2020 2:15 PM |
| 6/19/20 | Fri 6/19/2020 1:00 PM |
| 6/19/20 | Fri 6/19/2020 3:30 PM |
| 6/19/20 | Fri 6/19/2020 12:00 PM |
| 6/22/20 | Mon 6/22/2020 1:00 PM |
| 6/25/20 | Thu 6/25/2020 11:00 AM |
| 6/29/20 | Mon 6/29/2020 12:00 PM |
| 6/29/20 | Mon 6/29/2020 4:00 PM |

| | |
|---|---|
| 6/30/20 | Tue 6/30/2020 12:00 PM |
| 7/1/20 | Wed 7/1/2020 4:00 PM |
| 7/1/20 | Wed 7/1/2020 12:30 PM |
| 7/7/20 | Tue 7/7/2020 10:15 AM |
| 7/13/20 | Mon 7/13/2020 4:00 PM |
| 7/13/20 | Mon 7/13/2020 3:30 PM |
| 7/13/20 | Mon 7/13/2020 12:30 PM |
| 7/13/20 | Mon 7/13/2020 1:00 PM |
| 7/15/20 | Wed 7/15/2020 4:00 PM |
| 7/15/20 | Wed 7/15/2020 1:30 PM |
| 7/15/20 | Wed 7/15/2020 9:30 AM |
| 7/16/20 | Thu 7/16/2020 11:00 AM |
| 7/20/20 | Mon 7/20/2020 4:00 PM |
| 7/20/20 | Mon 7/20/2020 1:30 PM |
| 7/21/20 | Tue 7/21/2020 1:30 PM |
| 7/21/20 | Tue 7/21/2020 9:30 AM |
| 7/22/20 | Wed 7/22/2020 1:00 PM |
| 7/22/20 | Wed 7/22/2020 11:00 AM |
| 7/27/20 | Mon 7/27/2020 3:00 PM |
| 7/27/20 | Mon 7/27/2020 9:30 AM |
| 7/28/20 | Tue 7/28/2020 2:00 PM |
| 8/6/20 | Thu 8/6/2020 11:30 AM |
| 8/14/20 | Fri 8/14/2020 3:30 PM |
| 8/14/20 | Fri 8/14/2020 10:30 AM |
| 8/14/20 | Fri 8/14/2020 1:30 PM |
| 8/17/20 | Mon 8/17/2020 1:30 PM |
| 8/21/20 | Fri 8/21/2020 10:30 AM |
| 8/24/20 | Mon 8/24/2020 9:30 AM |
| 8/25/20 | Tue 8/25/2020 8:30 AM |
| 8/25/20 | Tue 8/25/2020 1:00 PM |
| 8/26/20 | Wed 8/26/2020 1:30 PM |
| 8/27/20 | Thu 8/27/2020 1:00 PM |
| 8/27/20 | Thu 8/27/2020 4:15 PM |
| 8/27/20 | Thu 8/27/2020 9:30 AM |
| 8/27/20 | Thu 8/27/2020 3:00 PM |
| 8/28/20 | Fri 8/28/2020 12:30 PM |
| 8/28/20 | Fri 8/28/2020 11:00 AM |
| 8/28/20 | Fri 8/28/2020 5:00 PM |
| 9/2/20 | Wed 9/2/2020 2:00 PM |
| 9/3/20 | Thu 9/3/2020 1:30 PM |
| 9/4/20 | Fri 9/4/2020 12:15 PM |
| 9/8/20 | Tue 9/8/2020 5:00 PM |
| 9/11/20 | Fri 9/11/2020 1:00 PM |
| 9/14/20 | Mon 9/14/2020 2:00 PM |
| 9/14/20 | Mon 9/14/2020 1:00 PM |
| 9/14/20 | Mon 9/14/2020 10:00 AM |
| 9/16/20 | Wed 9/16/2020 3:30 PM |

| | |
|---|---|
| 9/17/20 | Thu 9/17/2020 8:30 AM |
| 9/21/20 | Mon 9/21/2020 4:00 PM |
| 9/23/20 | Wed 9/23/2020 2:00 PM |
| 9/23/20 | Wed 9/23/2020 8:30 AM |
| 9/25/20 | Fri 9/25/2020 1:30 PM |
| 10/1/20 | Thu 10/1/2020 2:00 PM |
| 10/2/20 | Fri 10/2/2020 3:30 PM |
| 10/5/20 | Mon 10/5/2020 9:00 AM |
| 10/5/20 | Mon 10/5/2020 3:00 PM |
| 10/6/20 | Tue 10/6/2020 3:00 PM |
| 10/6/20 | Tue 10/6/2020 4:30 PM |
| 10/13/20 | Tue 10/13/2020 9:30 AM |
| 10/13/20 | Tue 10/13/2020 9:00 AM |
| 10/13/20 | Tue 10/13/2020 11:00 AM |
| 10/14/20 | Wed 10/14/2020 4:00 PM |
| 10/14/20 | Wed 10/14/2020 1:00 PM |
| 10/15/20 | Thu 10/15/2020 8:30 PM |
| 10/16/20 | Fri 10/16/2020 11:00 AM |
| 10/16/20 | Fri 10/16/2020 3:00 PM |
| 10/19/20 | Mon 10/19/2020 2:15 PM |
| 10/20/20 | Tue 10/20/2020 12:00 PM |
| 10/20/20 | Tue 10/20/2020 11:15 AM |
| 10/21/20 | Wed 10/21/2020 10:30 AM |
| 10/29/20 | Thu 10/29/2020 9:00 AM |
| 10/30/20 | Fri 10/30/2020 3:30 PM |
| 10/30/20 | Fri 10/30/2020 5:00 PM |
| 11/2/20 | Mon 11/2/2020 9:00 AM |
| 11/2/20 | Mon 11/2/2020 3:00 PM |
| 11/3/20 | Tue 11/3/2020 11:30 AM |
| 11/3/20 | Tue 11/3/2020 4:15 PM |
| 11/3/20 | Tue 11/3/2020 3:00 PM |
| 11/3/20 | Tue 11/3/2020 11:10 AM |
| 11/3/20 | Tue 11/3/2020 5:15 PM |
| 11/3/20 | Tue 11/3/2020 10:45 AM |
| 11/5/20 | Thu 11/5/2020 1:30 PM |
| 11/9/20 | Mon 11/9/2020 9:30 AM |
| 11/13/20 | Fri 11/13/2020 11:30 AM |
| 11/13/20 | Fri 11/13/2020 4:30 PM |
| 11/20/20 | Fri 11/20/2020 3:00 PM |
| 11/23/20 | Mon 11/23/2020 5:15 PM |
| 11/24/20 | Tue 11/24/2020 3:00 PM |
| 12/4/20 | Fri 12/4/2020 4:00 PM |
| 12/4/20 | Fri 12/4/2020 12:30 PM |
| 12/6/20 | Sun 12/6/2020 5:00 PM |
| 12/7/20 | Mon 12/7/2020 10:15 AM |
| 12/8/20 | Tue 12/8/2020 9:00 AM |
| 12/9/20 | Wed 12/9/2020 1:30 PM |

| | |
|---|---|
| 12/9/20 | Wed 12/9/2020 11:30 AM |
| 12/9/20 | Wed 12/9/2020 11:00 AM |
| 12/11/20 | Fri 12/11/2020 10:00 AM |
| 12/11/20 | Fri 12/11/2020 12:30 PM |
| 12/14/20 | Mon 12/14/2020 3:30 PM |
| 12/14/20 | Mon 12/14/2020 11:15 AM |
| 12/15/20 | Tue 12/15/2020 3:00 PM |
| 12/15/20 | Tue 12/15/2020 3:30 PM |
| 12/16/20 | Wed 12/16/2020 3:00 PM |
| 12/17/20 | Thu 12/17/2020 12:00 PM |
| 12/17/20 | Thu 12/17/2020 4:30 PM |
| 12/18/20 | Fri 12/18/2020 9:30 AM |
| 12/18/20 | Fri 12/18/2020 8:30 AM |
| 12/18/20 | Fri 12/18/2020 12:30 PM |
| 12/21/20 | Mon 12/21/2020 4:00 PM |
| 12/29/20 | Tue 12/29/2020 1:00 PM |
| 1/4/21 | Mon 1/4/2021 2:30 PM |
| 1/4/21 | Mon 1/4/2021 1:00 PM |
| 1/4/21 | Mon 1/4/2021 3:30 PM |
| 1/5/21 | Tue 1/5/2021 11:30 AM |
| 1/6/21 | Wed 1/6/2021 1:00 PM |
| 1/6/21 | Wed 1/6/2021 7:30 PM |
| 1/6/21 | Wed 1/6/2021 12:30 PM |
| 1/7/21 | Thu 1/7/2021 10:00 AM |
| 1/7/21 | Thu 1/7/2021 12:35 PM |
| 1/10/21 | Sun 1/10/2021 11:00 AM |