# **EXHIBIT 13**

**Lennon, Brian**

**To:** Lennon, Brian
**Subject:** FW: Nick Lyon

Begin forwarded message:

> **From:** "Grossi, Christina (AG)" <GrossiC@michigan.gov>
> **Date:** May 25, 2021 at 8:32:04 AM EDT
> **To:** Chip Chamberlain <cec@willeychamberlain.com>
> **Cc:** Nick Lyon <n_lyon18@yahoo.com>, "Manning, Peter (AG)" <ManningP@michigan.gov>
> **Subject: RE: Nick Lyon**

Chip —

We're going to be objecting to Mr. Lyon's deposition at the status conference. As his criminal attorney, if you would also like to participate in the conference to object, you should contact the Judge's clerk. It's my understanding that the court may afford interested persons the ability to participate via Zoom but you'll need to ask for permission. Kurt Krause has just inquired about this process and may be able to give you more information.

As for your letter, the internal operations of the department aren't something we discuss with outside attorneys. Moving forward, you may contact Peter Manning and I when you have an issue. I don't think that could ever "materially hamper" your ability to represent your client, as you allege in your letter. As I recently told Mr. Lennon, you have been retained to defend Mr. Lyon in the criminal proceedings. We have not (and cannot). Rather, our attorneys must always evaluate how the matter at hand relates to the advancement of their client's representation *in the civil cases* in which they have appeared. When it doesn't advance that interest, they shouldn't assist with the matter. It's how we ensure that our attorneys — funded by taxpayer dollars — are not used for any individual's personal and private benefit. And when criminal cases are involved, it is also how we ensure that our attorneys' services are not being used to engage in criminal defense representation.

Lastly, you know the same information that we do about the privileged documents. The documents were taken pursuant to a search warrant (as you know) and we sent claw back emails when we found out they were being produced in discovery in the criminal case (as you also know). Mr. Lennon now has a pending motion for contempt in bankruptcy court against the entire department and yet-to-be-identified departmental staff. Accordingly, no further action or discussions can occur until the pending motion is resolved.

Christina

**From:** Chip Chamberlain <cec@willeychamberlain.com>
**Sent:** Monday, May 24, 2021 1:15 PM

**To:** Grossi, Christina (AG) <GrossiC@michigan.gov>
**Cc:** Nick Lyon <n_lyon18@yahoo.com>
**Subject:** Nick Lyon

CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov

Christina,

More than three weeks ago I emailed you a letter, which I understood you would provide to the Attorney General. Attached is a copy. I have yet to hear form either of you.

In the meantime, there is a status conference in the matter before Judge Levy, and one of the items on the agenda is a party's interest in taking Nick's deposition. *It is imperative that I be able to talk with Nick's lawyer about this issue.*

Please provide a response to my letter.

Chip


*Chip Chamberlain*
*Willey & Chamberlain LLP*
*(616) 458-2212 (office)*
*(616) 340-0330 (mobile)*