UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

| | |
|---|---|
| In re | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | No. 13-53846 |
| Debtor. | Judge Thomas J. Tucker |
| _____/ | |

**ORDER GRANTING INTERESTED PARTY RICHARD SNYDER'S EX PARTE MOTION FOR LEAVE TO EXCEED REPLY BRIEF PAGE LIMIT**

This case is before the Court on Interested Party Richard Snyder's Ex Parte Motion for Leave to Exceed Reply Brief Page Limit (Docket # 13390, the "Motion"). The Court finds good cause to enter this Order.

IT IS ORDERED that:

1. The Motion is granted.

2. The Reply Brief filed by Interested Party Richard Snyder on June 10, 2021 (Docket # 13391) may total 15 pages, including the caption/cover page.

**Signed on June 11, 2021**



/s/ Thomas J. Tucker
**Thomas J. Tucker
United States Bankruptcy Judge**