UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re                                       Chapter 9

CITY OF DETROIT, MICHIGAN,          No. 13-53846

        Debtor.                       Hon. Thomas J. Tucker
_____/

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that:

1. On June 10, 2021, he filed Interested Party Richard Snyder's Reply Brief in Support of Interested Party Richard Snyder's Motion for (A) an Evidentiary Hearing and (B) an Order Holding the Michigan Department of Attorney General in Contempt and Granting Related Relief using the court's ECF system, which will provide notice of the filing to all registered participants in this matter.

2. On June 11, 2021, Andrea Rule emailed the above referenced Reply Brief to the following:

       Fadwa Hammoud: HammoudF1@michigan.gov
       Kym Worthy: kworthy@waynecounty.com
       Molly Kettler: KettlerM@michigan.gov
       Bryant Osikowicz: OsikowiczB@michigan.gov
       John VanDeventer: VandeventerJ@michigan.gov

3. On June 10, 2021, Andrea Rule, an employee of Warner Norcross + Judd LLP, served the above referenced Reply Brief to the persons listed below by United States Postal Service overnight at the addresses listed.

| | |
|---|---|
| Fadwa Hammoud | G. Mennen Williams Building<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909 |
| Molly Kettler | G. Mennen Williams Building<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909 |
| Bryant Osikowicz | G. Mennen Williams Building<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909 |
| John VanDeventer | G. Mennen Williams Building<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909 |
| Dana Nessel | G. Mennen Williams Building<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909 |
| The Office of the Attorney General of the State of Michigan | Cadillac Place, 10th Floor<br>3030 W. Grand Blvd., Ste 10-200<br>Detroit, MI 48202 |

| | |
|---|---|
| Kym Worthy | Wayne County Prosecutor<br>1441 St Antoine, Detroit, MI 48226 |
| Judge Sean Cox | Theodore Levin U.S. Courthouse<br>231 W. Lafayette Blvd., Room 829<br>Detroit, MI 48226 |
| Judge Gerald Rosen | Theodore Levin U.S. Courthouse<br>231 W. Lafayette Blvd., Room 730<br>Detroit, MI 48226 |

Dated: June 11, 2021

*/s/ Stephen B. Grow*
Brian P. Lennon
Charles N. Ash
Stephen B. Grow (P39622)
WARNER NORCROSS + JUDD LLP
150 Ottawa Avenue NW, Suite 1500
Grand Rapids, MI 49503
616.752.2000
blennon@wnj.com
cash@wnj.com
sgrow@wnj.com

Attorneys for Interested Party Richard Snyder