UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re                                          Chapter 9

CITY OF DETROIT, MICHIGAN,          No. 13-53846

            Debtor.                     Hon. Thomas J. Tucker
_____/

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that:

1. On June 10, 2021, he filed Interested Party Richard Snyder's Ex Parte Motion for Leave to Exceed Reply Brief Page Limit and on June 11, 2021 the Court signed the Order Granting Interested Party Richard Snyder's Ex Parte Motion for Leave to Exceed Reply Brief Page Limit and the Court, using the court's ECF system, provided notice of the filing to all registered participants in this matter.

2. On June 11, 2021, Andrea Rule, an employee of Warner Norcross + Judd LLP, emailed the above referenced Motion and signed Order to the following:

    Fadwa Hammoud: HammoudF1@michigan.gov
    Kym Worthy: kworthy@waynecounty.com
    Molly Kettler: KettlerM@michigan.gov
    Bryant Osikowicz: OsikowiczB@michigan.gov
    John VanDeventer: VandeventerJ@michigan.gov

Dated: June 11, 2021

*/s/ Stephen B. Grow*
Brian P. Lennon
Charles N. Ash
Stephen B. Grow (P39622)
WARNER NORCROSS + JUDD LLP
150 Ottawa Avenue NW, Suite 1500
Grand Rapids, MI 49503
616.752.2000
blennon@wnj.com
cash@wnj.com
sgrow@wnj.com

Attorneys for Interested Party Richard Snyder