UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                           Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                 Chapter 9

            Debtor.                                    Judge Thomas J. Tucker

_____/

**ORDER DENYING MOTION OF JENNIFER GILSTRAP AND CERTAIN OTHER CLASS 14 CLAIMANTS FOR RELIEF REGARDING DISTRIBUTIONS UNDER THE CONFIRMED PLAN OF ADJUSTMENT**

This case came before the Court for a telephonic hearing on June 23, 2021, on the motion filed by Jennifer Gilstrap and several other Class 14 Claimants (the "Movants"), entitled "Motion to Compel City to Waive B-Note Brokerage Account Requirements of Order Granting the City of Detroit's Motion to Implement Distributions of B Notes to Holders of Allowed Class 14 Claims Under The City's Confirmed Plan of Adjustment . . . and/or To Set Aside The Requirements Of The Order, and To Compel The City To Make Distributions To Attorneys For Class 14 Claimants, Instead" (Docket # 13372, the "Motion"). For the reasons stated by the Court on the record during the hearing,

IT IS ORDERED that except for the limited relief provided by this Order, the Motion (Docket # 13372) is denied, in its entirety.

IT IS FURTHER ORDERED that each of the Movants is granted an extension of time, through July 23, 2021, to submit a properly completed Brokerage Account and Direction Form and a properly completed W-9 form to KCC,[1] the City's claims agent, as required by the Court's

---

[1] Blank copies of these forms may be found in the record at Docket # 13126, at pdf page 37 of 69 and at pdf page 39 of 69.

Brokerage Order (also sometimes referred to as the Distribution Order) (Docket # 13173).[2] If and to the extent such properly completed forms are received by KCC on or before July 23, 2021, they will be considered timely.[3]

Signed on June 23, 2021



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**

---

[2] *See also* the May 11, 2021 letter/notice from the City's attorney, attached as Exhibit B to the Motion.

[3] As stated on the record during the hearing, the City of Detroit has consented to this relief.