UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                      Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                                  Chapter 9

               Debtor.                                      Judge Thomas J. Tucker
_____ /

**ORDER DENYING MOTION OF CLASS 14 CLAIMANTS ABRAHAM GREER, ON
BEHALF OF HIMSELF AND AS PERSONAL REPRESENTATIVE OF THE ESTATE
OF SANDRA GREER, FOR RELIEF REGARDING DISTRIBUTIONS UNDER
THE CONFIRMED PLAN OF ADJUSTMENT**

This case came before the Court for a telephonic hearing on June 23, 2021, on the motion

filed by Abraham Greer, on behalf of himself and as Personal Representative of the Estate of

Sandra Greer (the "Movants"), entitled "Class 14 Claimants' Motion for Relief From Order"

(Docket # 13377, the "Motion"). For the reasons stated by the Court on the record during the

hearing,

IT IS ORDERED that except for the limited relief provided by this Order, the Motion

(Docket # 13377) is denied, in its entirety.

IT IS FURTHER ORDERED that the Movants are granted an extension of time, through

July 23, 2021, to submit a properly completed Brokerage Account and Direction Form and a

properly completed W-9 form to KCC,[1] the City's claims agent, as required by the Court's

Brokerage Order (also sometimes referred to as the Distribution Order) (Docket # 13173).[2] If

---

[1] Blank copies of these forms may be found in the record at Docket # 13126, at pdf page 37 of
69 and at pdf page 39 of 69.

[2] *See also* the May 11, 2021 letter/notice from the City's attorney, attached as Exhibit B to the
Motion. The Movants already may have fully complied with these requirements, but they are granted
this extension of time in case there is any unresolved problem with their completed forms.

and to the extent such properly completed forms are received by KCC on or before July 23, 2021, they will be considered timely.[3]

**Signed on June 23, 2021**



/s/ Thomas J. Tucker

**Thomas J. Tucker**
**United States Bankruptcy Judge**

---

[3] As stated on the record during the hearing, the City of Detroit has consented to this relief.

2