UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:  Chapter 9
Case No. 13-53846-tjt
CITY OF DETROIT, MICHIGAN,  Hon. Thomas J. Tucker

    Debtor.
_____/

## CORRECTED
## NOTICE OF WITHDRAWAL OF APPEARANCE

**NOW COMES** Thomas R. Morris, of the law firm of Silverman & Morris, P.L.L.C., and hereby withdraws his appearance as counsel for Retired Detroit Police and Fire Fighters Association, Shirley Lightsey, Donald Taylor and Detroit Retired City Employees Association in the above-captioned bankruptcy case.

**SILVERMAN & MORRIS, P.L.L.C.**

By: /s/ *Thomas R. Morris*
    Thomas R. Morris (P39141)
Attorneys for Retired Detroit
Police and Fire Fighters Association
Shirley Lightsey, Donald Taylor and
Detroit Retired City Employees Association
32300 Northwestern Hwy., Suite 215
Farmington Hills, MI 48334
(248) 539-1330   Fax (248) 539-1355
morris@silvermanmorris.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Corrected Notice of Withdrawal of Appearance** was filed and served by the Court's electronic case filing system on all parties requesting electronic service in this matter.

        /S/ *Thomas R. Morris*