UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re

CITY OF DETROIT, MICHIGAN,

        Debtor.

_____/

Chapter 9

No. 13-53846

Hon. Thomas J. Tucker

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that:

1. On June 24, 2021, pursuant to Judge Tucker's Opinion and Order Regarding Further Proceedings on the Contempt Motion Filed by Former Governor Richard Snyder [DN13399] (the "Order"), Jeff Streelman, an employee of Warner Norcross + Judd LLP, filed under seal at the United States Bankruptcy Court, 226 West Second Street, Flint, Michigan, the Interested Party Former Governor Rick Snyder's Supplement in Support of His Motion for an Evidentiary Hearing and an order Holding the Michigan Department of the Attorney General in Contempt (the "Supplement").

2. On June 24, 2021, Andrea Rule, an employee of Warner Norcross + Judd LLP, served the Supplement on the persons listed below by FedEx overnight mail at the addresses listed.

| Fadwa Hammoud | G. Mennen Williams Building<br>525 W. Ottawa Street<br>Lansing, MI 48909 |
|---|---|
| John VanDeventer | G. Mennen Williams Building<br>525 W. Ottawa Street<br>Lansing, MI 48909 |

Dated: June 24, 2021

*/s/ Stephen B. Grow*
Brian P. Lennon
Charles N. Ash
Stephen B. Grow (P39622)
WARNER NORCROSS + JUDD LLP
150 Ottawa Avenue NW, Suite 1500
Grand Rapids, MI 49503
616.752.2000
blennon@wnj.com
cash@wnj.com
sgrow@wnj.com

Attorneys for Interested Party Richard Snyder