# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

## CERTIFICATE OF SERVICE

I, Lydia Do, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On June 21, 2021, at my direction and under my supervision, employees of KCC caused to be served the following documents via First Class Mail on the service list attached hereto as **Exhibit A**:

- **Letter re Notice Account Form and W-9 Form [attached hereto as Exhibit C]**

- **Notice Regarding Distributions to Class 14 Claimants** (includes the Brokerage Account Form, the Tax Form, the Set Up Your Brokerage Account Form) [attached as Exhibit 6-1 to Docket No. 13126]

- **Return Envelope**

Furthermore, on June 21, 2021, at my direction and under my supervision, employees of KCC caused to be served the following documents via First Class Mail on the service list attached hereto as **Exhibit B:**

- **Letter re Notice Account Form and W-9 Form [attached hereto as Exhibit D]**

- **Order Granting the City of Detroit's Motion to Implement Distributions of B Notes to Holders of Allowed Class 14 Claims Under the City's Confirmed Plan of Adjustment** [Docket No. 13173]

- **Notice Regarding Distributions to Class 14 Claimants** (includes the Brokerage Account Form, the Tax Form, the Set Up Your Brokerage Account Form) [attached as Exhibit 6-1 to Docket No. 13126]

- **Return Envelope**

Dated: June 25, 2021

/s/ Lydia Do
Lydia Do
KCC
222 N. Pacific Coast Highway,
Suite 300
El Segundo, CA 90245

# Exhibit A

**Exhibit A**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Charnita Legette | | 4675 Three Mile Dr | | Detroit | MI | 48224 |
| Charnita Legette | Attn Rebecca H. Filiatraut | c/o Lee B. Steinberg, PC | 29777 Telegraph Road, Suite 1555 | Southfield | MI | 48034 |

# Exhibit B

**Exhibit B**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Lonciann Sisco | 19148 Votrobeck Dr | Detroit | MI | 48219 |

In re City of Detroit, Michigan
Case No. 13-53846
Page 1 of 1
13-53846-tjt    Doc 13410    Filed 06/25/21    Entered 06/25/21 12:53:34    Page 5 of 12

# Exhibit C

Founded in 1852
by Sidney Davy Miller

**MARC N. SWANSON**
**TEL (313) 496-7591**
**FAX (313) 496-8451**
**E-MAIL swansonm@millercanfield.com**

# MILLER CANFIELD

Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
TEL (313) 963-6420
FAX (313) 496-7500
www.millercanfield.com

MICHIGAN
ILLINOIS
NEW YORK
OHIO
WASHINGTON, D.C.
CANADA
CHINA
MEXICO
POLAND
QATAR

June 21, 2021

Re: City of Detroit Bankruptcy -- Brokerage Account Form

Dear Claimant and Counsel:

We represent the City of Detroit ("City") in bankruptcy case number 13-53846. As the Holder of an Allowed Class 14 Claim, you received the *Notice Regarding Distribution to Class 14 Claimants* dated December 27, 2019 ("Notice"). The Notice instructed you to complete and return by no later than June 24, 2020 (a) the Brokerage Account Form, and (b) W-9 Form. You were granted an extension of the June 24, 2020 deadline because your counsel contacted us and indicated that your counsel changed its address(es) without necessarily informing the Court prior to the June 24, 2020, deadline, and thus it is possible that you and your counsel may not have received the above-described Notice.

The Distribution Order provides the City with the authority to grant you a short extension to allow you to comply with Notice and return the required forms and thus preserve your claims. You were provided an extension until June 1, 2021 to complete and return (a) the Brokerage Account Form, and (b) W-9 Form.

You are receiving this letter because of errors or omissions in the Brokerage Account Form.

**PLEASE TAKE NOTICE. You have failed to return a properly completed Brokerage Account Form by the June 1, 2021 deadline and the City has no obligation to provide this letter and additional time to comply. Solely as a matter of courtesy, the City is providing this letter and additional time to comply until June 30, 2021. There are many claimants who have properly complied with the Notice and who have been waiting many years for the distributions to commence. If you do not timely comply with this letter, you will not be eligible to receive distributions.**

Your Brokerage Account Form is being rejected for the following reason(s):

<u>You failed to submit a Brokerage Account Form.</u>

You must establish a brokerage account and include the following information:

- 'DTC Participant/Broker Name' must be the name of the financial institution that established your brokerage account

37797310.1/022765.00213

- 'DTC Participant Contact Information' must be the name of the representative of Broker

- 'DTC Participant Broker #' will be provided by the Broker

- 'For Further Credit To' box must be claimant's name

- 'FFC A/C#' must be your brokerage account number

Your failure to return a properly completed Brokerage Account Form on or before June 1, 2021, is a violation of the Distribution Order. Rather than cancel any B Notes held for your distribution, as allowed by the Distribution Order, the City will provide a one-time extension to allow you to correct the Brokerage Account Form.

This letter serves as an extension of the June 1, 2021 deadline to June 30, 2021.

Please correct these errors by returning a properly completed Brokerage Account Form by no later than **June 30, 2021.** You may use the prepaid, preaddressed envelope included with this Notice to return the form. You must mail the completed form so that it is received at the following address by no later than **June 30, 2021**:

> City of Detroit Claims Processing Center
> c/o KCC
> 222 N. Pacific Coast Highway, Suite 300
> El Segundo, CA 90245

If you fail to correct the errors stated in this letter, you will not participate in Distributions even if you have an Allowed Class 14 Claim.

Please be advised that you should contact your own attorney or tax advisor if you have any questions. If your legal counsel has questions, he or she may contact Marc Swanson at 313.496.7591, but any such contact must be well in advance of the final compliance date stated above. Under no circumstances will the City extend that date. Please do not contact the Bankruptcy Court.

Very truly yours,

Miller, Canfield, Paddock and Stone, P.L.C.


By: /s/ Marc N. Swanson
       Marc N. Swanson

MNS

# Exhibit D

Founded in 1852
by Sidney Davy Miller

**MILLER CANFIELD**

MICHIGAN
ILLINOIS
NEW YORK
OHIO
WASHINGTON, D.C.
CANADA
CHINA
MEXICO
POLAND
QATAR

**MARC N. SWANSON**
TEL (313) 496-7591
FAX (313) 496-8451
E-MAIL swansonm@millercanfield.com

**Miller, Canfield, Paddock and Stone, P.L.C.**
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
TEL (313) 963-6420
FAX (313) 496-7500
www.millercanfield.com

June 21, 2021

Re: City of Detroit Bankruptcy -- Brokerage Account Form and W-9 Form

Dear Claimant:

We represent the City of Detroit ("City") in the City's bankruptcy case, number 13-53846 in the Bankruptcy Court for the Eastern District of Michigan ("Court"). In September of 2019, the City filed its *Motion to Implement Distributions of B Notes to Holders of Allowed Class 14 Claims under the City's Confirmed Plan of Adjustment* ("Motion") with the Court, seeking Court permission to begin making distributions to creditors under the City's confirmed bankruptcy plan.

In the Motion, the City committed to providing all "Class 14 Claimants"[1] who will or may receive distributions under the plan with notice and instructions to complete and return (1) a Brokerage Account Form, and (2) W-9 Form (collectively, the "Notice"). The City asked the Court to require that these forms be returned by no later than **June 24, 2020**. A claimant's failure to return the forms by the deadline would result in forfeiture of the claimant's claim.

The Court approved the Motion by order dated November 13, 2019 ("Distribution Order"). The City complied with the Distribution Order, providing the Notice to all potential class 14 claimants at their addresses on record with the Court.

You are receiving this letter because you contacted us and indicated that your counsel changed its address(es) without necessarily informing the Court prior to the June 24, 2020, deadline, and thus it is possible that you and your counsel may not have received the above-described Notice. The Distribution Order provides the City with the authority to grant you a short extension to allow you to comply with Notice and return the required forms and thus preserve your claims.

**PLEASE TAKE NOTICE. Enclosed with this letter is another copy of the Notice. You must review the Notice and return the enclosed forms by July 21, 2021, to preserve any right you have to a distribution from the City on your Class 14 Claim. Other than this extension of the deadline, all other terms of the Court's Distribution Order remain in effect.**

---

[1] This term is defined in the Motion and in the City's confirmed plan and generally refers to creditors in the City's bankruptcy case with claims against the City in excess of $25,000. For additional details, please refer to these documents which may be found on the City's bankruptcy website (http://www.kccllc.net/detroit), or consult with your counsel.

Please return properly completed Brokerage Account Form and W-9 Form (collectively, "Tax Forms") by no later than **July 21, 2021.** You may use the prepaid, preaddressed envelope included with this Notice to return the forms. You must mail the completed forms so that they are received at the following address by no later than **July 21, 2021**:

>   City of Detroit Claims Processing Center
>   c/o KCC
>   222 N. Pacific Coast Highway, Suite 300
>   El Segundo, CA 90245

**If you do not submit the completed Tax Forms by July 21, 2021, you will not be eligible to receive distributions even if you have an Allowed Class 14 Claim.** If your legal counsel has questions, he or she may contact Marc Swanson at 313.496.7591, but any such contact must be well in advance of the final compliance date stated above. Please do not contact the Court, as the Court generally cannot answer questions on this process or provide legal guidance.

>   Very truly yours,
>
>   Miller, Canfield, Paddock and Stone, P.L.C.
>
>
>   By: /s/ Marc N. Swanson
>         Marc N. Swanson

MNS