UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re                                              Chapter 9

CITY OF DETROIT, MICHIGAN,                         No. 13-53846

          Debtor.                        Hon. Thomas J. Tucker
_____/

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that:

On July 1, 2021, pursuant to Judge Tucker's Opinion and Order Regarding Further Proceedings on the Contempt Motion Filed by Former Governor Richard Snyder [DN13399] (the "Order"), Sondra Cardinal, an employee of Warner Norcross + Judd LLP, filed and served, the Supplement in Support of Interested Party Former Governor Richard Snyder's Motion for (A) an Evidentiary Hearing and an (B) an Order Holding the Michigan Department of the Attorney General in Contempt and Granting Related Relief (the "Supplement") on the persons listed below by FedEx overnight mail at the addresses listed.

| | |
|---|---|
| Fadwa Hammoud | G. Mennen Williams Building<br>525 W. Ottawa Street<br>Lansing, MI 48909 |

| | |
|---|---|
| John VanDeventer | G. Mennen Williams Building<br>525 W. Ottawa Street<br>Lansing, MI 48909 |

Dated: July 1, 2021

*/s/ Stephen B. Grow*
Brian P. Lennon
Charles N. Ash
Stephen B. Grow (P39622)
WARNER NORCROSS + JUDD LLP
150 Ottawa Avenue NW, Suite 1500
Grand Rapids, MI 49503
616.752.2000
blennon@wnj.com
cash@wnj.com
sgrow@wnj.com

Attorneys for Interested Party Richard Snyder