UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                             Chapter 9

CITY OF DETROIT, MICHIGAN,                         Case No. 13-53846

    Debtor.                                        Hon. Thomas J. Tucker

_____/

### MICHIGAN DEPARTMENT OF ATTORNEY GENERAL'S STATEMENT IN RESPONSE TO RICHARD SNYDER'S JUNE 24, 2021 SUPPLEMENT

The Michigan Department of Attorney General (the "Department") respectfully submits this statement in response to Richard Snyder's June 24, 2021 supplement:

1. On June 17, 2021, the Court entered an order requiring Mr. Snyder to file a supplement no later than June 24, 2021 attaching samples of certain documents referenced in Mr. Snyder's original motion. (Dkt. 13399 at 2.) The order further required the Department, no later than July 1, 2021, to file "a statement that clearly states whether the Respondent [Department] agrees that all of the documents filed under seal by the Movant [Mr. Snyder] were given by the Respondent's Flint Criminal Team to Movant and each of the eight other defendants in the criminal cases referred to in Respondent's response to the Motion (Docket # 13375) at page 6, paragraph 10, as part of a document production in April or May 2021. If and to

the extent the Respondent does not fully agree, Respondent must state specifically in what way(s) it disagrees." (*Id.* at 3.)

2. On June 24, 2021, Mr. Snyder filed under seal a supplement attaching certain documents in response to the Court's order. (*See* Dkt. 13406.)

3. The Department provided the control numbers of the documents attached to Mr. Snyder's supplement to its e-discovery vendor, N1 Discovery, and asked N1 Discovery to determine whether or not those documents were part of productions made by the Flint Criminal Team to the defendants in the Flint water criminal cases. N1 Discovery determined that the documents were part of those productions.

4. Accordingly, the Department agrees that all of the documents filed under seal by the Movant were given by the Flint Criminal Team to Movant and each of the eight other defendants in the Flint criminal cases.

[*Remainder of page intentionally left blank*]

DATED: July 1, 2021             Respectfully submitted,

*/s/ John D. VanDeventer*

John D. VanDeventer
MICHIGAN DEPARTMENT OF
ATTORNEY GENERAL
G. Mennen Williams Building
525 W. Ottawa Street
P.O. Box 30212
Lansing, MI 48909
(517) 335-7622
vandeventerj@michigan.gov

Fadwa Hammoud
MICHIGAN DEPARTMENT OF
ATTORNEY GENERAL
Cadillac Place, 10th Floor
3030 W. Grand Blvd., Ste. 10-200
Detroit, MI 48202
(313) 456-0240
miag@michigan.gov

3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

    Debtor.
_____/

Chapter 9

Case No. 13-53846

Hon. Thomas J. Tucker

**CERTIFICATE OF SERVICE**

    I, John D. VanDeventer, certify that I caused a copy of the foregoing *Michigan Department Of Attorney General's Statement In Response To Richard Snyder's June 24, 2021 Supplement* to be served upon all counsel of record via e-mail through the Court's ECF notification system on July 1, 2021.

    */s/ John D. VanDeventer*
MICHIGAN DEPARTMENT OF
ATTORNEY GENERAL
G. Mennen Williams Building
525 W. Ottawa Street
P.O. Box 30212
Lansing, MI 48909
(517) 335-7622
vandeventerj@michigan.gov

4