UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
CITY OF DETROIT, MICHIGAN,  
    Debtor.  
_____/

Chapter 9  
Case No. 13-53846  
Hon. Thomas J. Tucker

**CERTIFICATE OF SERVICE**

I, John VanDeventer, hereby certify that on July 8, 2021, I electronically filed *Respondent's Statement Regarding Richard Snyder's July 1, 2021 Description of Discovery* with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

/s/ John D. VanDeventer  
MICHIGAN DEPARTMENT OF ATTORNEY GENERAL  
G. Mennen Williams Building  
525 W. Ottawa Street  
P.O. Box 30212  
Lansing, MI 48909  
(517) 335-7622  
vandeventerj@michigan.gov  
Illinois P# 6315809

SG FW Snyder, R. (USDC)/POS AG Resp Re Snyder's Description of Discovery 2021.07.08