# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| City of Detroit, Michigan, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

_____/

## CERTIFICATE OF SERVICE

I, Lydia Do, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On July 9, 2021, at my direction and under my supervision, employees of KCC caused to be served the following documents via First Class Mail on the service list attached hereto as **Exhibit A**:

- **Letter re Brokerage Account Form and W-9 Form** [substantially as attached hereto as **Exhibit B**]

- **Notice Regarding Distributions to Class 14 Claimants** (includes the Brokerage Account Form, the Tax Form, the Set Up Your Brokerage Account Form) [attached as Exhibit 6-1 to Docket No. 13126]

- **Return Envelope**

Furthermore, on July 9, 2021, at my direction and under my supervision, employees of KCC caused to be served the following documents via First Class Mail on the service list attached hereto as **Exhibit C**:

- **Letter re Brokerage Account Form and W-9 Form** [substantially as attached hereto as **Exhibit D**]

- **Notice Regarding Distributions to Class 14 Claimants** (includes the Brokerage Account Form, the Tax Form, the Set Up Your Brokerage Account Form) [attached as Exhibit 6-1 to Docket No. 13126]

- **Return Envelope**

Furthermore, on July 9, 2021, at my direction and under my supervision, employees of KCC caused to be served the following documents via First Class Mail on the service list attached hereto as **Exhibit E:**

- **Letter re Brokerage Account Form** [attached hereto as **Exhibit F**]

- **Notice Regarding Distributions to Class 14 Claimants** (includes the Brokerage Account Form, the Tax Form, the Set Up Your Brokerage Account Form) [attached as Exhibit 6-1 to Docket No. 13126]

- **Change of Address Request Form** [attached hereto as **Exhibit G**]

- **Return Envelope**

Dated: July 9, 2021

/s/ Lydia Do
Lydia Do
KCC
222 N. Pacific Coast Highway, Suite 300
El Segundo, CA 90245

# Exhibit A

**Exhibit A**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Jessie Payne | Attn Leonard E. Miller | The Sam Bernstein Law Firm | 31731 Northwestern Highway, Suite 333 | Farmington Hills | MI | 48334 |
| Jessie Payne | Jessie Payne | 2525 Labelle | | Detroit | MI | 48238 |

# Exhibit B


Founded in 1852
by Sidney Davy Miller

**MARC N. SWANSON**
TEL (313) 496-7591
FAX (313) 496-8451
E-MAIL swansonm@millercanfield.com

**Miller, Canfield, Paddock and Stone, P.L.C.**
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
TEL (313) 963-6420
FAX (313) 496-7500
www.millercanfield.com

MICHIGAN
ILLINOIS
NEW YORK
OHIO
WASHINGTON, D.C.
CANADA
CHINA
MEXICO
POLAND
QATAR

July 9, 2021

Re: City of Detroit Bankruptcy -- Brokerage Account Form and W9 Form

Dear Claimant:

We represent the City of Detroit ("City") in bankruptcy case number 13-53846. As the Holder of an Allowed Class 14 Claim, you received the *Notice Regarding Distribution to Class 14 Claimants* dated December 27, 2019 ("Notice"). The Notice instructed you to complete and return (a) the Brokerage Account Form, and (b) W-9 Form. A second copy of the Notice is included with this letter.

You are receiving this letter because of errors or omissions in the Brokerage Account Form and/or the W-9 Form.

Your Brokerage Account Form is being rejected for the following reason(s):

_____

Your W-9 Form is being rejected for the following reason(s):

_____

Please correct these errors by returning a properly completed Brokerage Account Form and/or W9 Form by no later than **July 30, 2021.** You may use the prepaid, preaddressed envelope included with this Notice to return the forms. You must mail the completed forms so that they are received at the following address by no later than **July 30, 2021**:
37866879.1/022765.00213

City of Detroit Claims Processing Center
c/o KCC
222 N. Pacific Coast Highway, Suite 300
El Segundo, CA 90245

This letter serves as an extension of the June 24, 2020 deadline. The City has the authority to grant this extension under paragraph 7 of the *Order Granting the City of Detroit's Motion to Implement Distributions of B Notes to Holders of Allowed Class 14 Claims Under the City's Confirmed Plan of Adjustment* dated November 13, 2019: "The City is further authorized to waive or modify any requirement under this Order with respect to any Allowed Claimholder that the City in good faith believes is necessary or appropriate to effectuate the relief provided in this Order or the Plan."

If you fail to correct the errors stated in this letter by **July 30, 2021**, you will not participate in Distributions even if you have an Allowed Class 14 Claim.

Please be advised that you should contact your own attorney or tax advisor if you have any questions. If your legal counsel has questions, he or she may contact Marc Swanson at 313.496.7591. Please do not contact the Bankruptcy Court.

       Very truly yours,

       Miller, Canfield, Paddock and Stone, P.L.C.

       By: /s/ Marc N. Swanson
           Marc N. Swanson

MNS

# Exhibit C

**Exhibit C**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Lonciann Sisco | 19148 Votrobeck Dr | Detroit | MI | 48219 |

# Exhibit D

Founded in 1852
by Sidney Davy Miller

MICHIGAN
ILLINOIS
NEW YORK
OHIO
WASHINGTON, D.C.
CANADA
CHINA
MEXICO
POLAND
QATAR

**MARC N. SWANSON**
TEL (313) 496-7591
FAX (313) 496-8451
E-MAIL swansonm@millercanfield.com

# MILLER CANFIELD

**Miller, Canfield, Paddock and Stone, P.L.C.**
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
TEL (313) 963-6420
FAX (313) 496-7500
www.millercanfield.com

July 9, 2021

Re:   City of Detroit Bankruptcy -- Brokerage Account Form and W9 Form

Dear Claimant:

We represent the City of Detroit ("City") in bankruptcy case number 13-53846. As the Holder of an Allowed Class 14 Claim, you received the *Notice Regarding Distribution to Class 14 Claimants* dated December 27, 2019 ("Notice"). The Notice instructed you to complete and return (a) the Brokerage Account Form, and (b) W-9 Form. A second copy of the Notice is included with this letter.

You are receiving this letter because of errors or omissions in the Brokerage Account Form and/or the W-9 Form.

Your Brokerage Account Form is being rejected for the following reason(s):

_____

Your W-9 Form is being rejected for the following reason(s):

_____

Please correct these errors by returning a properly completed Brokerage Account Form and/or W9 Form by no later than **July 23, 2021.** You may use the prepaid, preaddressed envelope included with this Notice to return the forms. You must mail the completed forms so that they are received at the following address by no later than **July 23, 2021**:

City of Detroit Claims Processing Center
c/o KCC
222 N. Pacific Coast Highway, Suite 300
El Segundo, CA 90245

This letter serves as an extension of the July 21, 2021 deadline. The City has the authority to grant this extension under paragraph 7 of the *Order Granting the City of Detroit's Motion to Implement Distributions of B Notes to Holders of Allowed Class 14 Claims Under the City's Confirmed Plan of Adjustment* dated November 13, 2019: "The City is further authorized to waive or modify any requirement under this Order with respect to any Allowed Claimholder that the City in good faith believes is necessary or appropriate to effectuate the relief provided in this Order or the Plan."

If you fail to correct the errors stated in this letter by **July 23, 2021**, you will not participate in Distributions even if you have an Allowed Class 14 Claim.

Please be advised that you should contact your own attorney or tax advisor if you have any questions. If your legal counsel has questions, he or she may contact Marc Swanson at 313.496.7591. Please do not contact the Bankruptcy Court.

        Very truly yours,

        Miller, Canfield, Paddock and Stone, P.L.C.

        By: /s/ Marc N. Swanson
            Marc N. Swanson

MNS

# Exhibit E

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Clayton, Julius and his Attorneys Christopher Trainor & Associates | Christopher Trainor & Associates | 9750 Highland Rd | White Lake | MI | 48386 |
| Clayton, Julius and his Attorneys Christopher Trainor & Associates | Julius Clayton | 27265 West Canfield Street, Apt. 112 | Dearborn Heights | MI | 48127 |
| Clayton, Julius and his Attorneys Christopher Trainor & Associates | | 5201 Collin McKinney Pkwy Apt 11104 | Dallas | TX | 75070 |

# Exhibit F

Founded in 1852
by Sidney Davy Miller

MICHIGAN
ILLINOIS
NEW YORK
OHIO
WASHINGTON, D.C.
CANADA
CHINA

**MARC N. SWANSON**
TEL (313) 496-7591
FAX (313) 496-8451
E-MAIL swansonm@millercanfield.com

MEXICO
POLAND
QATAR

**Miller, Canfield, Paddock and Stone, P.L.C.**
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
TEL (313) 963-6420
FAX (313) 496-7500
www.millercanfield.com

July 9, 2021

Re: City of Detroit Bankruptcy -- Brokerage Account Form

Dear Claimant:

We represent the City of Detroit ("City") in the City's bankruptcy case, number 13-53846 in the Bankruptcy Court for the Eastern District of Michigan ("Court"). In September of 2019, the City filed its *Motion to Implement Distributions of B Notes to Holders of Allowed Class 14 Claims under the City's Confirmed Plan of Adjustment* ("Motion") with the Court, seeking Court permission to begin making distributions to creditors under the City's confirmed bankruptcy plan.

In the Motion, the City committed to providing all "Class 14 Claimants"[1] who will or may receive distributions under the plan with notice and instructions to complete and return (1) a Brokerage Account Form, and (2) W-9 Form (collectively, the "Notice"). The City asked the Court to require that these forms be returned by no later than **June 24, 2020**. A claimant's failure to return the forms by the deadline would result in forfeiture of the claimant's claim.

The Court approved the Motion by order dated November 13, 2019 ("Distribution Order"). The City complied with the Distribution Order, providing the Notice to all potential class 14 claimants at their addresses on record with the Court.

You are receiving this letter because you contacted us and indicated that the brokerage account information you previously provided is no longer accurate. You have also indicated that your mailing address has changed. Thus, you require new forms to update the information previously provided. Further, you indicated that you are no longer represented by counsel and notices are going to counsel at 9750 Highland Road, White Lake Michigan 48386. If you would like to change the address to where future notices are sent, please fill out the enclosed change of address form. The Distribution Order provides the City with the authority to grant you a short extension to allow you to comply with the Notice and return the required forms and thus preserve your claims.

---

[1] This term is defined in the Motion and in the City's confirmed plan and generally refers to creditors in the City's bankruptcy case with claims against the City in excess of $25,000. For additional details, please refer to these documents which may be found on the City's bankruptcy website (http://www.kccllc.net/detroit), or consult with your counsel.

**PLEASE TAKE NOTICE. Enclosed with this letter is another copy of the Notice. You must review the Notice and return the enclosed forms by July 30, 2021, to preserve any right you have to a distribution from the City on your Class 14 Claim.** Other than this extension of the deadline, all other terms of the Court's Distribution Order remain in effect.

Please return properly completed Brokerage Account Form and W-9 Form (collectively, "Tax Forms") by no later than **July 30, 2021.** You may use the prepaid, preaddressed envelope included with this Notice to return the forms. You must mail the completed forms so that they are received at the following address by no later than **July 30, 2021**:

> City of Detroit Claims Processing Center
> c/o KCC
> 222 N. Pacific Coast Highway, Suite 300
> El Segundo, CA 90245

**If you do not submit the completed Tax Forms by July 30, 2021, you will not be eligible to receive distributions even if you have an Allowed Class 14 Claim.** If your legal counsel has questions, he or she may contact Marc Swanson at 313.496.7591, but any such contact must be well in advance of the final compliance date stated above. Please do not contact the Court, as the Court generally cannot answer questions on this process or provide legal guidance.

Very truly yours,

Miller, Canfield, Paddock and Stone, P.L.C.

By: /s/ Marc N. Swanson
    Marc N. Swanson

MNS

cc: Ryan Ford, Esq.

# Exhibit G



222 N. Pacific Coast Hwy  310.823.9000  PHONE
3rd Floor  kccllc.com
El Segundo, CA 90245

# Change of Address Request

Please fill out all sections below and return to KCC to complete your change of address request in a timely manner.

In re: City of Detroit, Michigan, Case No. 13-53846

Creditor Name: _____

Claim No(s).: _____

Old Address:

_____
_____
_____
_____

New Address:

_____
_____
_____
_____
_____

*(continued on next page)*



Additional Notice Address:

_____
_____
_____
_____
_____

Signature: _____

Please send via Email to [Detroitinfo@kccllc.com](Detroitinfo@kccllc.com) or via mail to:

City of Detroit Change of Address
c/o KCC
222 N. Pacific Coast Highway, Suite 300
El Segundo, CA 90245