# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## **TRANSCRIPT ORDER FORM**

| | | |
|---|---|---|
| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>17th Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |

**Order Party: Name, Address and Telephone Number**

Name __John VanDeventer__

Firm __Michigan Dept of Attorney General__

Address __3030 W Grand Boulevard, Suite 10-200__

City, State, Zip __Detroit, MI 48202__

Phone __(313) 456-3870__

Email __VandeventerJ@michigan.gov__

**Case/Debtor Name:** City of Detroit

**Case Number:** 13-53846-tjt

**Chapter:** 9

**Hearing Judge** __Thomas Tucker__

☒ **Bankruptcy**   ☐ **Adversary**

☐ **Appeal**   **Appeal No:** _____

---

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** __6.16.2021__  **Time of Hearing:** __2:00PM__  **Title of Hearing:** __Motion for Contempt__

Please specify portion of hearing requested:   ☒ **Original/Unredacted**   ☐ **Redacted**   ☐ **Copy** (2nd Party)

☐ Entire Hearing   ☐ Ruling/Opinion of Judge   ☐ Testimony of Witness   ☐ Other

Special Instructions: _____

---

**Type of Request:**

☐ Ordinary Transcript - $3.65 per page (30 calendar days)

☐ 14-Day Transcript - $4.25 per page (14 calendar days)

☒ Expedited Transcript - $4.85 per page (7 working days)

☐ Transcript Designated for an Appeal - $3.65 per page (30 calendar days) Date Notice of Appeal Filed:_____

☐ CD - $32; FTR Gold format (You must download the free FTR Record Player™ onto your computer from www.ftrgold.com

_/s/ John VanDeventer_  Date: __7.26.2021__

By signing, I certify that I will pay all charges upon completion of the transcript request.

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date          By

Order Received:

Transcript Ordered

Transcript Received

13-53846-tjt   Doc 13421   Filed 07/26/21   Entered 07/26/21 13:14:11   Page 1 of 1