UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |
| _____/ | |

### RESPONDENT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL STATEMENT REGARDING PROTECTIVE ORDER IN THE FLINT CRIMINAL CASES

Respondent Department of Attorney General, by and through Assistant Attorney General John VanDeventer, respectfully moves this Court for leave to file a supplemental statement, attached hereto as **Exhibit 2**, regarding the protective order in the Flint criminal cases, and respectfully states as follows:

1. Respondent believes the Court would benefit from seeing the contents of the proposed protective order discussed at a prior hearing before the Court.

2. Respondent sought concurrence from counsel for Movant on August 2, 2021 but has not received a response as of the time of this filing.

WHEREFORE, Respondent respectfully requests that the Court enter an order, substantially in the form of the proposed order attached hereto as **Exhibit 1**, granting Respondent leave to file the attached supplemental statement.

Respectfully submitted,

/s/ John D. VanDeventer
MICHIGAN DEPARTMENT OF ATTORNEY GENERAL
G. Mennen Williams Building
525 W. Ottawa Street
P.O. Box 30212
Lansing, MI 48909
(517) 335-7622
vandeventerj@michigan.gov
Illinois #6315809


Fadwa Hammoud
MICHIGAN DEPARTMENT OF ATTORNEY GENERAL
Cadillac Place, Suite 10-200
3030 W. Grand Boulevard
Detroit, MI 48202
(313) 456-0240
Hammoudf1@michigan.gov
P74185

Dated: August 2, 2021

SG FW Snyder, R. (USDC)/AG Resp Mtn for Leave to File Supp Statement Re: Protective Order 2021.08.02

# Exhibit 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:   Chapter 9

CITY OF DETROIT, MICHIGAN,   Case No. 13-53846

Debtor.   Hon. Thomas J. Tucker

_____/

# [PROPOSED] ORDER GRANTING RESPONDENT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL STATEMENT

This matter having come before the Court on Respondent Department of Attorney General's Motion For Leave To File Supplemental Statement Regarding Protective Order In The Flint Criminal Cases (the "Motion"), all parties having been given adequate notice and opportunity to be heard, and the Court having reviewed the Motion and finding good and sufficient cause therefore;

IT IS ORDERED that:

1. The Motion is GRANTED.

2. Respondent may submit its supplemental statement attached to the Motion.

Signed on: _____   /s/_____
Thomas J. Tucker
United States Bankruptcy Judge

# Exhibit 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |
| _____/ | |

**RESPONDENT'S SUPPLEMENTAL STATEMENT REGARDING PROTECTIVE ORDER IN THE FLINT CRIMINAL CASES**

At the June 16, 2021 hearing, the parties referenced to the Court a proposed amended protective order in the Flint Water Crisis criminal cases that explicitly references and protects any Detroit bankruptcy mediation documents as well as all other privileged or confidential documents. Respondent files this supplemental statement solely to attach the proposed amended protective order hereto as **Exhibit A**. The proposed amended protective order would require the approval of this Court prior to any party using any document covered by this Court's confidentiality order. (Ex. A, ¶ 15.) To date, all of the defendants' counsel (including counsel for Mr. Snyder) have indicated that the defendants object to

1

entry of the amended protective order. A hearing on the matter is set for August 10, 2021.[1]

Respectfully submitted,

/s/ John D. VanDeventer
MICHIGAN DEPARTMENT OF
ATTORNEY GENERAL
G. Mennen Williams Building
525 W. Ottawa Street
P.O. Box 30212
Lansing, MI 48909
(517) 335-7622
vandeventerj@michigan.gov
Illinois #6315809

Fadwa Hammoud
MICHIGAN DEPARTMENT OF
ATTORNEY GENERAL
Cadillac Place, Suite 10-200
3030 W. Grand Boulevard
Detroit, MI 48202
(313) 456-0240
Hammoudf1@michigan.gov
P74185

Dated: August 2, 2021

SG FW Snyder, R. (USDC)/AG Supp Statement Re: Protective Order 2021.08.02

---

[1] The hearing will be held in each of the felony cases. The misdemeanor cases are stayed pending the defendants' appeals.