UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |

**CERTIFICATE OF SERVICE**

I, John D. VanDeventer, certify that I caused a copy of the foregoing *Michigan Department of Attorney General's Motion for Leave to File Supplemental Statement Regarding Protective Order In the Flint Case to* be served upon all counsel of record via e-mail through the Court's ECF notification system on August 2, 2021.

    */s/ John D. VanDeventer*
    MICHIGAN DEPARTMENT OF
    ATTORNEY GENERAL
    G. Mennen Williams Building
    525 W. Ottawa Street
    P.O. Box 30212
    Lansing, Mi 48909
    (517) 335-7622
    vandeventerj@michigan.gov
    Illinois P# 6315809