**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN**

City of Detroit,　　　　　　　　　　　　　　　　　　Case No. 13-53846-tjt

　　　　　Debtor.
_____/

## REQUEST FOR REMOVAL FROM ECF NOTIFICATION

THOMAS R. MORRIS, a member in Silverman & Morris, P.L.L.C., whose e-mail address used in connection with that firm is Morris@SilvermanMorris.com, requests that he be removed from ECF notifications in this case. He and Silverman & Morris, P.L.L.C. formerly represented one or more parties in interest in this case, but the particular matters in which he and his firm were involved have concluded. Mr. Morris is now practicing law at Morris & Morris Attorneys, P.L.L.C., at the address shown below.

　　　　　　　　　　　　　　　　　　*/s/ Thomas R. Morris*
　　　　　　　　　　　　　　　　　　Thomas R. Morris (P39141)
　　　　　　　　　　　　　　　　　　**Morris & Morris Attorneys, P.L.L.C**
　　　　　　　　　　　　　　　　　　3258 Broad St., Suite 2
　　　　　　　　　　　　　　　　　　Dexter, MI 48130
　　　　　　　　　　　　　　　　　　tmorris@morrispllc.com.