UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Chapter 9
CITY OF DETROIT, MICHIGAN,       Case No. 13-53846
    Debtor.                          Hon. Thomas J. Tucker
_____/

**CERTIFICATE OF SERVICE**

I, John VanDeventer, hereby certify that on August 24, 2021, I mailed and emailed a copy of the *Text Only Order Granting Respondent's (Department of Attorney General) Motion for Leave to File Supplemental Statement Regarding Protective Order in the Flint Criminal Cases* to counsel of record Brian Lennon addressed as follows:

Warner Norcross + Judd LLP, 1500 Warner Building, 150 Ottawa Avenue, N.W., Grand Rapids, MI 49503 and by email at blennon@wnj.com.

                                                /s/ John D. VanDeventer
                                                MICHIGAN DEPARTMENT OF
                                                ATTORNEY GENERAL
                                                G. Mennen Williams Building
                                                525 W. Ottawa Street
                                                P.O. Box 30212
                                                Lansing, MI 48909
                                                (517) 335-7622
                                                vandeventerj@michigan.gov
                                                Illinois P# 6315809

SG FW Snyder, R. (USDC)/Cert of Serv – Text-Only Order Granting Lv to File Supplement (Snyder) AG2021-0309218-C