UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:	Chapter 9

CITY OF DETROIT, MICHIGAN,	Case No. 13-53846

    Debtor.	Hon. Thomas J. Tucker

_____/

**RESPONDENT'S SUPPLEMENTAL STATEMENT REGARDING**
**PROTECTIVE ORDER IN THE FLINT CRIMINAL CASES**

At the June 16, 2021 hearing, the parties referenced to the Court a proposed amended protective order in the Flint Water Crisis criminal cases that explicitly references and protects any Detroit bankruptcy mediation documents as well as all other privileged or confidential documents. Respondent files this supplemental statement solely to attach the proposed amended protective order hereto as **Exhibit A**. The proposed amended protective order would require the approval of this Court prior to any party using any document covered by this Court's confidentiality order. (Ex. A, ¶ 15.) To date, all of the defendants' counsel (including counsel for Mr. Snyder) have indicated that the defendants object to entry of the amended protective order. A hearing on the matter was held on August 10, 2021.[1] The court indicated that it would rule on the motion promptly. In the

---

[1] The hearing was held in each of the felony cases. The misdemeanor cases are stayed pending the defendants' appeals on unrelated matters.

meantime, the court ordered a stay of all discovery in the criminal cases until the motion is decided.

> Respectfully submitted,
>
> /s/ John D. VanDeventer
> MICHIGAN DEPARTMENT OF ATTORNEY GENERAL
> G. Mennen Williams Building
> 525 W. Ottawa Street
> P.O. Box 30212
> Lansing, MI 48909
> (517) 335-7622
> Vandeventerj@michigan.gov
> Illinois #6315809
>
> Fadwa Hammoud
> MICHIGAN DEPARTMENT OF ATTORNEY GENERAL
> Cadillac Place, Suite 10-200
> 3030 W. Grand Boulevard
> Detroit, MI 48202
> (313) 456-0240
> Hammoudf1@michigan.gov
> P74185

Dated: August 26, 2021
SG FW Snyder USBK/Resp Supplemental Statement Re Protective Order in Flint Cases AG 2021-0309218-C