UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>CITY OF DETROIT, MICHIGAN,<br>   Debtor.<br>_____/ | Chapter 9<br>Case No. 13-53846<br>Hon. Thomas J. Tucker |

**CERTIFICATE OF SERVICE**

I, John VanDeventer, hereby certify that I caused a copy of the foregoing *Respondent's Supplemental Statement Regarding Protective Order in the Flint Criminal Cases* to be served upon counsel of record, Brian Lennon, via email through the Court's ECF notification system and via USPS mail service on August 26, 2021 addressed as follows:

Warner Norcross + Judd LLP, 1500 Warner Building, 150 Ottawa Avenue, N.W., Grand Rapids, MI 49503 and by email at blennon@wnj.com.

/s/ John D. VanDeventer
MICHIGAN DEPARTMENT OF
ATTORNEY GENERAL
G. Mennen Williams Building
525 W. Ottawa Street
P.O. Box 30212
Lansing, MI 48909
(517) 335-7622
vandeventerj@michigan.gov
Illinois P# 6315809

SG FW Snyder, R. (USBK)/Cert of Serv - Supplemental Statement Regarding Prot Order (Snyder) AG2021-0309218-C