# EXHIBIT 6E

# MASTER AGREEMENT

BETWEEN THE

# CITY OF DETROIT

AND THE

# DETROIT FIRE FIGHTERS ASSOCIATION

# 2014 - 2019

CH1-181946346v3

## 30. DURATION

This Agreement shall be effective and binding on the Union and the City as of November 6, 2014 ("Effective Date"), and shall continue in full force and effect through June 30, 2019 (the "Term"). This Agreement, including the Term, shall be incorporated into and become a part of both the plan of adjustment and order confirming the plan of adjustment, and the Agreement shall be subject to the post-confirmation ongoing jurisdiction of the Bankruptcy Court for the full Term, including without limitation, whatever jurisdiction the Bankruptcy Court's retains to enforce the Term. This Agreement, including specifically, the Term, shall be duly authorized and approved by and consented to by the State Treasurer and the Mayor of the City of Detroit, with these consents reflected by duly authorized signatures.

If either party desires to modify this Agreement, it may give written notice to the other party during the month of March 2019.

In the event that the Department and the Association fail to arrive at an agreement on wages, fringe benefits, other monetary matters, and non-economic items by June 30, 2019, this Agreement will remain in effect on a day-to-day basis. Either party may terminate this Agreement by giving the other party a ten (10) day written notice on or after June 30, 2019.

IN WITNESS WHEREOF, the parties hereto have affixed their signatures below:

Dated this 6 day of November, 2014.

DETROIT FIRE FIGHTERS ASSOCIATION:

_____
Jeffrey Pegg, President

_____
Teresa Singleton, Vice President

_____
Martin McClung, Secretary

_____
Robert Shinske, Treasurer

CITY OF DETROIT:

_____
Michael E. Duggan, Mayor

_____
Kevyn Orr, Emergency Manager

_____
Edsel Jenkins, Executive Fire Commissioner

_____
Michael A. Hall, Labor Relations

_____
Office of the State Treasurer, Michigan