UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                      Chapter 9

CITY OF DETROIT, MICHIGAN,                  Case No. 13-53846

    Debtor.                                 Hon. Thomas J. Tucker

_____/

**RESPONDENT'S MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL STATEMENT REGARDING PROTECTIVE ORDER IN THE FLINT CRIMINAL CASES**

Respondent Department of Attorney General, by and through Assistant Attorney General John VanDeventer, respectfully moves this Court for leave to file a second supplemental statement, attached hereto as **Exhibit 2**, updating the Court on the status of Respondent's motion for amended protective order in the Flint criminal cases, and respectfully states as follows:

    1.    Respondent believes that the attached supplemental statement contains information relevant to the Court's consideration of this matter.

    2.    Movant has concurred in the relief sought.

**WHEREFORE**, Respondent respectfully requests that the Court enter an order, substantially in the form of the proposed order attached hereto as **Exhibit 1**, granting Respondent leave to file the attached second supplemental statement.

Respectfully submitted,

/s/ John D. VanDeventer
MICHIGAN DEPARTMENT OF ATTORNEY GENERAL
G. Mennen Williams Building
525 W. Ottawa Street
P.O. Box 30212
Lansing, MI 48909
(517) 335-7622
vandeventerj@michigan.gov
Illinois #6315809


Fadwa Hammoud
MICHIGAN DEPARTMENT OF ATTORNEY GENERAL
Cadillac Place, Suite 10-200
3030 W. Grand Boulevard
Detroit, MI 48202
(313) 456-0240
Hammoudf1@michigan.gov
P74185

Dated: September 1, 2021
SG FW Snyder USBK/Respondent's Motion to File 2nd Supplemental Statement AG2021-0309218-C