UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |
| _____/ | |

# [PROPOSED] ORDER GRANTING RESPONDENT'S MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL STATEMENT

This matter having come before the Court on Respondent Department of Attorney General's Motion for Leave to File Second Supplemental Statement Regarding Protective Order in the Flint Criminal Cases (the "Motion"), all parties having been given adequate notice and opportunity to be heard, and the Court having reviewed the Motion and finding good and sufficient cause therefore;

**IT IS ORDERED** that:

1. The Motion is GRANTED.

2. Respondent may submit its statement attached to the Motion.

Signed on: /s/_____
Thomas J. Tucker
United States Bankruptcy Judge

SG FW Snyder USBK/Ex 1 - Respondent's Motion to File 2nd Supplemental Statement AG2021-0309218-C