UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |
| _____/ | |

**RESPONDENT'S SECOND SUPPLEMENTAL STATEMENT REGARDING PROTECTIVE ORDER IN THE FLINT CRIMINAL CASES**

Respondent files this Second Supplemental Statement to update the Court on the status of Respondent's Motion for Amended Protective Order. On August 10, 2021, the Genesee County Circuit Court heard argument on the Motion for Amended Protective Order. At that hearing, Respondent argued that there was good cause to amend the protective order to further emphasize that all privileged and confidential documents shared in the course of discovery remain privileged and confidential. The proposed amended protective order also would have specifically required the approval of this Court prior to the use of any documents covered by this Court's confidentiality order. Prior to the hearing, Respondent sought consensus on the proposed

amended protective order from each of the Flint defendants, including Movant, but received none.

On August 25, 2021, Respondent filed a Supplemental Statement with this Court to update the Court on the status of Respondent's motion. Respondent attached a copy of the proposed amended protective order to that statement.

On August 30, 2021, the Genesee County Circuit Court issued an opinion denying Respondent's Motion for Amended Protective Order. The circuit court's opinion also lifted its previous order staying all discovery pending the court's decision on the motion. The court's opinion is attached hereto as **Exhibit A**.

                                        Respectfully submitted,

                                        /s/ John D. VanDeventer
                                        MICHIGAN DEPARTMENT OF ATTORNEY GENERAL
                                        G. Mennen Williams Building
                                        525 W. Ottawa Street
                                        P.O. Box 30212
                                        Lansing, MI 48909
                                        (517) 335-7622
                                        vandeventerj@michigan.gov
                                        Illinois #6315809

                                        Fadwa Hammoud

1

MICHIGAN DEPARTMENT OF
ATTORNEY GENERAL
Cadillac Place, Suite 10-200
3030 W. Grand Boulevard
Detroit, MI 48202
(313) 456-0240
Hammoudf1@michigan.gov
P74185

Dated: September 1, 2021

SG FW Snyder USBK/Ex 2 - Respondent's Motion to File 2nd Supplemental Statement AG2021-0309218-C