UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
|    Debtor. | Hon. Thomas J. Tucker |
| _____/ | |

**CERTIFICATE OF SERVICE**

    I, John VanDeventer, hereby certify that I caused a copy of the foregoing *Respondent's Motion for Leave to File Second Supplemental Statement Regarding Protective Order in the Flint Criminal Cases* to be served upon counsel of record Brian Lennon via email through the Court's ECF notification system and via USPS mail service on September 1, 2021 addressed as follows:

    Warner Norcross + Judd LLP, 1500 Warner Building, 150 Ottawa Avenue, N.W., Grand Rapids, MI 49503 and by email at blennon@wnj.com.

    /s/ John D. VanDeventer
    MICHIGAN DEPARTMENT OF
    ATTORNEY GENERAL
    G. Mennen Williams Building
    525 W. Ottawa Street
    P.O. Box 30212
    Lansing, MI 48909
    (517) 335-7622
    vandeventerj@michigan.gov
    Illinois P# 6315809