UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

In re:                                    Bankruptcy Case No. 13-53846

City of Detroit, Michigan,                Judge Thomas J. Tucker

      Debtor.                             Chapter 9
_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 1, 2021, she served a copy of the *Text Only Order Denying Detroit Fire Fighters Association's (DFFA) Ex Parte Motion for an Order Shortening Notice and Scheduling an Expedited Hearing on the DFFA's Motion For Enforcement (Docket #13432)* upon counsel for Christopher McGhee, Norman Brown, Craig Brown, James Washington, Shannon Ferguson, Junius Perry, and Orlando Potts, via first class mail and email to the following:

| | |
|---|---|
| Herbert A. Sanders<br>The Sanders Law Firm PC<br>Attorneys for Plaintiff<br>615 Griswold Street Suite 913<br>Detroit, Michigan 48226-3984<br>haslawpc@gmail.com | Shawndrica N. Simmons<br>Simmons Legal dba The Law Chic<br>Attorney for Plaintiffs<br>77 Bagley Street<br>Pontiac, Michigan 4834 l-2271<br>simmonslegal@lawchic.com |

        /s/Megan B. Boelstler
        Christopher P. Legghio (P27378)
        Megan B. Boelstler (P79125)
        Legghio & Israel, P.C.
        306 South Washington Avenue, Suite 600
        Royal Oak, Michigan 48067-3837
        248.398.5900
        cpl@legghioisrael.com
        mbb@legghioisrael.com

        Attorneys for DFFA

September 1, 2021