# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

------------------------------------------------ x
: 
In re : Chapter 9
:
CITY OF DETROIT, MICHIGAN, : Case No. 13-53846
:
Debtor. : Judge Thomas J. Tucker
------------------------------------------------ x

## CITY OF DETROIT'S JOINDER AND CONCURRENCE WITH MOTION OF DETROIT FIRE FIGHTERS ASSOCIATION (DFFA) FOR THE ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT AGAINST: CHRISTOPHER MCGHEE, NORMAN BROWN, CRAIG BROWN, JAMES WASHINGTON, SHANNON FERGUSON, JUNIUS PERRY, AND ORLANDO POTTS

The City of Detroit, by and through its undersigned counsel, hereby joins and concurs with the relief requested in the *Motion of Detroit Fire Fighters Association (DFFA) For the Entry Of An Order Enforcing the Plan Of Adjustment Against: Christopher McGhee, Norman Brown, Craig Brown, James Washington, Shannon Ferguson, Junius Perry, and Orlando Potts* [Doc. No. 13430].

September 13, 2021

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Marc N. Swanson
    Marc N. Swanson (P71149)
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 496-7591
    Facsimile: (313) 496-8451
    swansonm@millercanfield.com

ATTORNEYS FOR THE CITY OF DETROIT

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|   |   |   |
|---|---|---|
| In re | : | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | : | Case No. 13-53846 |
| Debtor. | : | Judge Thomas J. Tucker |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 13, 2021, he flied the foregoing *City of Detroit's Joinder and Concurrence With Motion of Detroit Fire Fighters Association (DFFA) For the Entry Of An Order Enforcing the Plan Of Adjustment Against: Christopher McGhee, Norman Brown, Craig Brown, James Washington, Shannon Ferguson, Junius Perry, and Orlando Potts* with the court, using the Court's ECF system, which will provide notice of the filing to all registered participants in this case and upon the following, in the manner indicated:

*Via First Class Mail and Email:*

| | |
|---|---|
| Herbert A. Sanders | Shawndrica N. Simmons |
| The Sanders Law Firm PC | Simmons Legal dba The Law Chic |
| 615 Griswold St. Suite 913 | 77 Bagley St |
| Detroit, MI 48226 | Pontiac, MI 4834 1 |
| haslawpc@gmail.com | simmonslegal@LawChic.co |

38111875.1/022765.00213

*Via Email:*

Christopher P. Legghio
mbb@legghioisrael.com

                                        By: /s/ Marc N. Swanson
                                              Marc N. Swanson (P71149)
                                              150 West Jefferson, Suite 2500
                                              Detroit, Michigan 48226
                                              Telephone: (313) 496-7591
                                              Facsimile: (313) 496-8451
                                              swansonm@millercanfield.com

September 13, 2021