# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DISTRICT

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |
| _____/ | |

## STIPULATION FOR ORDER GRANTING TWO-WEEK EXTENSION FOR RESPONSE TO MOTION OF DETROIT FIRE FIGHTERS ASSOCIATION (DFFA) FOR THE ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT (R13430)

1. The Detroit Fire Fighters Association (DFFA) filed its *Motion for the Entry of an Order Enforcing the Plan of Adjustment Against: Christopher McGhee, Norman Brown, Craig Brown, James Washington, Shannon Ferguson, Junius Perry, and Orlando Potts* (collectively, the "McGhee Plaintiffs") (Docket #13430) on August 30, 2021, to -- among other things -- enjoin Plaintiffs' WCCC lawsuit, *Christopher McGhee, et al., v. City of Detroit, et al.* (WCCC No. 20-006272-CD).

2. On September 13, 2021 the City of Detroit ("City") concurred (Docket #13438).

3. DFFA, the City, and the McGhee Plaintiffs -- Christopher McGhee, Norman Brown, Craig Brown, James Washington, Shannon Ferguson, Junius Perry, and Orlando Potts -- by and through their undersigned counsel, hereby stipulate to the

1

entry of an Order extending the time for the McGhee Plaintiffs to respond to DFFA's Motion for the Entry of an Order Enforcing the Plan of Adjustment (Docket #13430) by two (2) weeks, or to September 27, 2021.

WHEREFORE, DFFA, the City, and the *McGhee* Plaintiffs request the Court enter an Order in the form attached hereto as Exhibit 1.

STIPULATED AND AGREED:

/s/ Herbert A. Sanders
Herbert A. Sanders (P43031)
The Sanders Law Firm, P.C.
The Ford Building
615 Griswold, Suite 913
Detroit, MI 48226
(313) 962-0099
haslawpc@gmail.com

Shawndrica N. Simmons (P70608)
Simmons Legal dba the LawChic
77 Bagley St.
Pontiac MI 48341
(248) 732-7559
simmonslegal@lawchic.com

Attorneys for Christopher McGhee, Norman Brown, Craig Brown, James Washington, Shannon Ferguson, Junius Perry, and Orlando Potts

September 14, 2021


/s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

Attorneys for the City of Detroit

September 14, 2021

/s/Megan B. Boelstler
Christopher P. Legghio (P27378)
Megan B. Boelstler (P79125)
Legghio & Israel, P.C.
306 S. Washington, Suite 600
(248) 398-5900
cpl@legghioisrael.com
mbb@legghioisrael.com

Attorneys for Detroit Fire Fighters Association

September 14, 2021

**EXHIBIT 1**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DISTRICT

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |
| _____/ | |

### ORDER GRANTING TWO-WEEK EXTENSION FOR RESPONSE TO MOTION OF DETROIT FIRE FIGHTERS ASSOCIATION (DFFA) FOR THE ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT (R13430)

This matter is before the Court upon the situation of the Detroit Fire Fighters Association ("DFFA"), the City of Detroit ("City"), Christopher McGhee, Norman Brown, Craig Brown, James Washington, Shannon Ferguson, Junius Perry, and Orlando Potts (collectively, the "McGhee Plaintiffs").

The Court has read the Stipulation, is fully advised in the premises and find good cause for granting the relief requested by the Stipulation.

NOW, THEREFORE,

**IT IS ORDERED THAT** the time for the McGhee Plaintiffs to respond to *Motion of Detroit Fire Fighters Association (DFFA) For the Entry of an Order Enforcing the Plan of Adjustment Against: Christopher McGhee, Norman Brown,*

*James Washington, Shannon Ferguson, Junius Perry, and Orlando Potts* (Docket #13430) is extended two (2) weeks, or to September 27, 2021.