UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

In re:	Case No. 13-53846

City of Detroit, Michigan,	Judge Thomas J. Tucker

    Debtor.	Chapter 9

_____/

# ORDER GRANTING EXTENSION OF TIME FOR RESPONSE TO MOTION OF DETROIT FIRE FIGHTERS ASSOCIATION FOR THE ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT

This case is before the Court on the stipulation of the Detroit Fire Fighters Association ("DFFA"), the City of Detroit ("City"), Christopher McGhee, Norman Brown, Craig Brown, James Washington, Shannon Ferguson, Junius Perry and Orlando Potts (collectively, the "McGhee Plaintiffs") (Docket # 13439, the "Stipulation"). Based on the Stipulation, the Court finds good cause to enter this Order.

**IT IS ORDERED that** the time for the McGhee Plaintiffs to respond to the motion entitled "Motion of Detroit Fire Fighters Association (DFFA) For the Entry of an Order Enforcing the Plan of Adjustment Against: Christopher McGhee, Norman Brown, James Washington, Shannon Ferguson, Junius Perry, and Orlando Potts" (Docket #13430) is extended to September 27, 2021.

**Signed on September 14, 2021**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge