UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>　　　　Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### ORDER GRANTING CITY OF DETROIT'S
### AUGUST 2021 MOTION FOR AUTHORITY TO MODIFY THE
### CONFIRMED PLAN OF ADJUSTMENT TO REVISE THE
### "DROP" PROGRAM FOR CERTAIN POLICE OFFICERS

　　This case is before the Court on the City of Detroit's motion, entitled "City of Detroit's August 2021 Motion for Authority to Modify the Confirmed Plan of Adjustment to Revise the "DROP" Program for Certain Police Officers" (Docket # 13433 the "Motion").[1] The Court having jurisdiction over the Motion under 28 U.S.C. §§ 157 and 1334 and Article VII of the Plan; and due and proper notice of the Motion having been given as provided in the Motion; and the Court finding that no other or further notice of the Motion need be given; and no timely objections to the Motion having been filed; and the Court finding that the legal and factual bases set forth in the Motion establish just cause for the entry of this Order;

**IT IS ORDERED THAT:**

　　1.　　The Motion is granted as set forth herein.

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Motion.

2. The City may amend paragraph (3) of section 12.1 of the New PFRS Active Pension Plan with language that is substantially similar to the following:

> (3) Notwithstanding paragraph 2 of this section or any other provision of this Plan, a member of the Detroit Police Lieutenants and Sergeants Association shall be entitled to participate in the DROP program under the Component I for the maximum of ten (10) years. At the end of such ten (10) year period of participation in the DROP program, the member shall be retired and separated from employment. **If, however, at the time of the scheduled DROP retirement date, the Chief of Police determines that the skill set or value of the member who is retiring would result in a hardship on department needs or operations, the Chief of Police after mutual agreement with the member may grant an extension of the retirement date in one year increments not to exceed an additional five (5) years for a total of fifteen (15) total years in the DROP. A member granted this extension shall continue to be subject to the below listed criteria.**
>
> A member who is participating in the DROP program pursuant to this paragraph §12.1(3) or pursuant to Component II of the Police and Fire Retirement System must be able to perform the essential functions of a police officer, assigned for the duration of his or her participation in the DROP program. Provided, however, that if a member, while participating in the DROP program pursuant to this paragraph §12.1(3) or Component II of the Police and Fire Retirement System requires and is granted restricted duty for 365 consecutive days or more, that member may be retired and separated from employment after the end of such granted time period if the member is unable to perform the essential functions of a police officer.
>
> While participating in the DROP program pursuant to paragraph §12.1(3) or pursuant to Component II of the

Police and Fire Retirement System, a member of the Detroit Police Lieutenants and Sergeants Association must receive bi-annual satisfactory performance evaluations according to the performance evaluation standards then in place for sworn officers. Any such member who receives an unstatisfactory performance evaluation shall be entitled to the appeals process then in place, as well as final review by the Chief of Police. If a member receives a second unsatisfactory evaluation, that member may be retired and separated from employment. Additionally, if a participating member receives consecutive adjudicated findings of misconduct, that member may be retired and separated from employment subject to an appeal and final review of the Chief of Police.

3. Nothing in this Order is intended to constitute, will constitute, or may be deemed as constituting the City's consent under section 904 of the Bankruptcy Code to this Court's interference with (a) any of the political or governmental powers of the City, (b) any of the property or revenues of the City or (c) the City's use or enjoyment of any income-producing property.

4. The Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Signed on September 21, 2021**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**