UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Judge Thomas J. Tucker |

**POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT'S JOINDER AND CONCURRENCE WITH MOTION OF DETROIT FIRE FIGHTERS ASSOCIATION (DFFA) FOR THE ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT AGAINST: CHRISTOPHER MCGHEE, NORMAN BROWN, CRAIG BROWN, JAMES WASHINGTON, SHANNON FERGUSON, JUNIUS PERRY, AND ORLANDO POTTS**

The Police and Fire Retirement System of the City of Detroit, by and through its undersigned counsel, hereby joins and concurs with the relief requested in the *Motion of Detroit Fire Fighters Association (DFFA) For the Entry Of An Order Enforcing the Plan Of Adjustment Against: Christopher McGhee, Norman Brown, Craig Brown, James Washington, Shannon Ferguson, Junius Perry, and Orlando Potts* [Doc. No. 13430].

Respectfully submitted,

CLARK HILL PLC

Dated: September 22, 2021

/s/ William C. Price
William C. Price Pa. I.D. No. 90871
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 394-7776
wprice@clarkhill.com

and

Jennifer Green (P69019)
Clark Hill PLC
151 S. Old Woodward, Suite 200
Birmingham, MI 48009
Telephone: (248) 988-2315
Facsimile: (248) 988-2316
jgreen@clarkhill.com

and

Ronald A. King (P45088)
Clark Hill PLC
212 East Cesar E. Chavez Avenue
Lansing, MI 48906
Telephone: (517) 318-3015
Facsimile: (517) 318-3068
rking@clarkhill.com

*Counsel to the Police and Fire Retirement System of the City of Detroit*

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, ) | |
| ) | Case No. 13-53846 |
| Debtor. ) | |
| ) | Judge Thomas J. Tucker |
| ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 22, 2021, he filed the foregoing *Police and Fire Retirement System of the City of Detroit's Joinder and Concurrence with Motion of Detroit Fire Fighters Association (DFFA) For the Entry Of An Order Enforcing the Plan Of Adjustment Against: Christopher McGhee, Norman Brown, Craig Brown, James Washington, Shannon Ferguson, Junius Perry, and Orlando Potts* with the court, using the Court's ECF system, which will provide notice of the filing to all registered participants in this case and upon the following in the manner indicated:

*Via First Class Mail and E-mail:*

Herbert A. Sanders
The Sanders Law Firm PC
615 Griswold Street, Suite 913
Detroit, MI 48226
haslawpc@gmail.com

Shawndrica N. Simmons
Simmons Legal dba The Law Chic
77 Bagley Street
Pontiac, MI 48341
simmonslegal@LawChic.com

*Via E-mail:*

Christopher P. Legghio
mbb@legghioisrael.com

Respectfully submitted,

CLARK HILL PLC

| | |
|---|---|
| Dated: September 22, 2021 | /s/ William C. Price<br>William C. Price Pa. I.D. No. 90871<br>One Oxford Centre<br>301 Grant Street, 14th Floor<br>Pittsburgh, Pennsylvania 15219<br>Telephone: (412) 394-7776<br>wprice@clarkhill.com<br><br>*Counsel to the Police and Fire Retirement System of the City of Detroit* |