IN RE:

CITY OF DETROIT, MICHIGAN,

Case No.13-53846

Hon. Thomas J. Tucker

Debtor.

Chapter 9

## CHRISTOPHER MCGGEE, NORMAN BROWN, CRAIG BROWN, JAMES WASHINGTON, SHANNON FERGUSON, JUNIUS PERRY AND ORLANDO POTTS' ("RESPONDENT") *EX PARTE* MOTION TO FILE A RESPONSE BRIEF IN EXCESS OF PAGE LIMITS

NOW COMES, the Respondents to the motion filed by the Detroit Fire Fighters Association ("DFFA"), by and through their undersigned counsel and hereby move the Court "the "*Ex Parte* Motion"), pursuant to 9014-1(f) of the Local Rules for the United States Bankruptcy Court for the Eatern District of Michigan (the "Local Bankruptcy Rules"), for the entry of an Order authorizing the Respondents to file a Response to the DFFA's Motion for Entry of an Order Enforcing the Plan of Adjustment in excess of the page limits imposed by Local Bankruptcy Rule 9014(f) (25 pages). In support of this *Ex Parte* Motion, the Respondents state as follows:

1. On August 30, 2021, the DFFA filed the Motion to which the Respondents are seeking to respond to as document 13430.

2. Local Bankruptcy Rule 9014-1(f) limits briefs in opposition to 25 pages.

3. While the types of Motions specified in Local Bankruptcy Rule 9014-1(f) do not include briefs for a Response to a Motion to Enforce a Plan of Adjustment, indicating that such a brief is optional, it is not clear that that would except the response from the page limit.

4. The Deadline to file the response was set to September 27, 2021 by stipulated order, and the Response and accompanying brief are thus being filed concurrently with this motion.

5. Due to the complex facts related to the Motion brought by the DFFA regarding the State Court litigation filed by the Respondents as Case No. 20-006272-CD in the 3rd Judicial Circuit Court in Wayne County, Michigan, the Respondents require more than 25 pages to respond meaningfully to the DFFA's Motion to Enforce the Plan of Adjustment.

WHEREFORE, the Respondents respectfully request that this Honorable Court enter an order allowing a brief be filed in excess of the 25 page limit set by Local Bankruptcy Rule 9014-1(f) and any other relief that this Honorable Court deems fair and equitable.

Respectfully Submitted,

Dated: **September 27, 2021**

*/s/ Lesley A. Hoenig*
Lesley A. Hoenig (P71763)
One of the Attorneys for the Respondents
108 S. University Ave, Suite 3
Mt. Pleasant, Michigan 48858
(989) 773-0900
lesley@hoeniglaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

CITY OF DETROIT, MICHIGAN,

Case No.13-53846

Hon. Thomas J. Tucker

Debtor.

Chapter 9

## CERTIFICATE OF SERVICE

The Undersigned states that copies of **CHRISTOPHER MCGGEE, NORMAN BROWN, CRAIG BROWN, JAMES WASHINGTON, SHANNON FERGUSON, JUNIUS PERRY AND ORLANDO POTTS' ("RESPONDENT")** *EX PARTE* **MOTION TO FILE A RESPONSE BRIEF IN EXCESS OF PAGE LIMITS** was served upon the following parties through the CM/ECF system electronically on September 27, 2021 along with any other parties receiving electronic notice:

Christopher P. Legghio as attorney for DFFA at cpl@legghioisrael.com

Megan B. Boelstler, as attorney for DFFA at mbb@legghioisrael.com


Dated: **September 27, 2021**         */s/ Lesley A. Hoenig*
                                      Lesley A. Hoenig (P71763)
                                      Attorney for the Debtor
                                      108 S. University Ave, Suite 3
                                      Mt. Pleasant, Michigan 48858
                                      (989) 773-0900
                                      lesley@hoeniglaw.com
                                      lhoenig@recoverylawgroup.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

CITY OF DETROIT, MICHIGAN,

Debtor.

Case No.13-53846

Hon. Thomas J. Tucker

Chapter 9

**ORDER GRANTING CHRISTOPHER MCGGEE, NORMAN BROWN, CRAIG BROWN, JAMES WASHINGTON, SHANNON FERGUSON, JUNIUS PERRY AND ORLANDO POTTS' ("RESPONDENT") *EX PARTE* MOTION TO FILE A RESPONSE BRIEF IN EXCESS OF PAGE LIMITS**

THIS MATTER coming before the Court on the Respondents' *Ex Parte* Motion to File a Response in Excess of Page Limits (the "*Ex Parte* Motion"), and the Court being Fully advised in the premises,

**IT IS HEREBY ORDERED,**

1. The Ex Parte Motion is GRANTED

2. The Respondents are granted relief from Local Bankruptcy rule 9014-1(f) and may file a brief in excess of 25 pages to respond to the DFFA's Motion.