UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CITY OF DETROIT, MICHIGAN,<br><br>    Debtor. | Case No. 13-53846-tjt<br>Chapter 9<br>Hon. Thomas J. Tucker |
| CHRISTOPHER MCGHEE, NORMAN BROWN, CRAIG BROWN, JAMES WASHINGTON, SHANNON FERGUSON, JUNIUS PERRY, and ORLANDO POTTS<br>                  Plaintiffs,<br>v.<br><br>CITY OF DETROIT, DFFA, et al.<br>*In their Individual and Official Capacities,<br>Jointly & Severally,*<br>                  Defendants. | Case No. 20-006272-CD<br>Judge: Sheila Ann Gibson<br>Wayne County 3rd Circuit Court<br>Lower Court Case |

**EXHIBIT LIST TO RESPONSE TO MOTION OF DETROIT FIRE FIGHTERS ASSOCIATION (DFFA) FOR THE ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT AGAINST: CHRISTOPHER MCGHEE, NORMAN BROWN, CRAIG BROWN, JAMES WASHINGTON, SHANNON FERGUSON, JUNIUS PERRY AND ORLANDO POTTS**

Lower court Plaintiffs Christopher McGhee, Norman Brown, Craig Brown, James Washington, Shannon Ferguson, Junius Perry, and Orlando Potts, by and through their undersigned counsels submit the following exhibits.

**EXHIBIT LIST**

1. Exhibit 1 – 2001-2008 CBA – Pg. 1

2. Exhibit 2 – 2014-2019 CBA – Pg. 4

3. Exhibit 3 – Notice of Depositions and Grievances – Pg. 9

4. Exhibit 4 – May 14, 2019 Denial of DFFA Grievance – Pg. 23

5. Exhibit 5 – February 26, 2019 Agreement Re DFFA Grievance – Pg. 25

6. Exhibit 6 – Norman Brown Communications – Pg. 27

7. Exhibit 7 – Norman Brown Communications – Pg. 32

8. Exhibit 8 – Craig Brown Communications – Pg. 33

9. Exhibit 9 – Christopher McGhee Communications – Pg. 35

10. Exhibit 10 – James Washington Communications – Pg. 37

11. Exhibit 11 – Orlando Potts Communications – Pg. 42

12. Exhibit 12 – Shannon Ferguson Communications – Pg. 50

13. Exhibit 13 – Junius Perry – Communications – Pg. 53

14. Exhibit 14 – Jenkins Deposition – Pg. 56

15. Exhibit 15 – Crosson Deposition – Pg. 78

16. Exhibit 16 – Nevin Affidavit – Pg. 100

17. *O'loghlin v. County of Orange, 229 F. 3d 871 - Court of Appeals, 9th Circuit 2000*

18. Order, Plan of Adjustment

Respectfully submitted,

Dated: September 24, 2021

/s/ Herbert A. Sanders
Herbert A. Sanders (P43031)
The Sanders Law Firm, P.C.
Attorney for Plaintiffs

615 Griswold, Suite 913
Detroit, MI 48226
Phone: 313-962-0099
Fax: 313-962-0044
haslawpc@gmail.com

*/s/ Shawndrica N. Simmons*
Shawndrica N. Simmons
P70608 (Michigan)
SIMMONS LEGAL dba the LawChic
Attorney for Plaintiffs
77 Bagley St.
Pontiac MI 48341
(248) 732-7559 (o)
(248) 268-0168 (f)
SimmonsLegal@LawChic.com