

**CITY OF DETROIT**
**FIRE DEPARTMENT**
**DETROIT PUBLIC SAFETY HEADQUARTERS**



1301 THIRD STREET
DETROIT, MICHIGAN 48226
PHONE (313) 596-2900 • TTY:711
FAX (313) 596-2888
WWW.DETROITMI.GOV

February 11, 2020

Thomas Gehart
333 West Fort Street
Suite 1420
Detroit, MI 48226-3149

RE: GRIEVANCE #04-20 – Norman Brown Seniority Placement (DFFA I) – Step 2

Dear Mr. Gehart:

The Department is in receipt of the attached grievance dated February 7, 2020. The grievance reads as follows:

On January 27, 2020, I was demoted from Fire Inspector to Fire Fighter as a result of a grievance filed by the DFFA stating the City was in violation of Article 12, Section D of the current CBA. The grievance in question was filed several years after the alleged violation occurred and, as such, it does not comply with the grievance procedure described in *Article 8, Section C. Thus, the May 30, 2019 grievance is untimely/stale and should not be considered.*

**Desired Remedy of Grievance:**

Restore Norman Brown and all other similarly situated members who were affected by the untimely grievance filed May 30, 2019. All members affected should be made whole.

**In or about April, 2019, the Detroit Fire Fighters Association (DFFA) informed the Department that the Union believed some members who had returned to work from a Duty Disability Retirement, were returned with an incorrect seniority placement.**

**The Union followed up the April, 2019 conversations with a grievance (DFFA 12-19), grieving what the Union characterized as improper seniority placement. The Union pursued the grievance through the contractual grievance process, which it ultimately appealed to arbitration.**

**The Department subsequently identified a number of individuals who had indeed returned to work under the realm of the 2014-2019 CBA between the parties, and should have returned to work without any previous Department seniority. The DFD Human Resources office made contact with the affected individuals and explained the situation, which resulted in a meeting being scheduled between the Department, the Union and the affected individuals.**

EXHIBIT # 

Both the Department and the Union appeared at the meeting to discuss the situation; however, none of the affected individuals appeared at the meeting. The Union was presented with the information and the Union did not have any questions. The affected individuals, including the grievant, were mailed the results of the seniority audit, as well as information detailing the next steps in the process.

At no time during this entire process did the Union mention that their initial grievance (DFFA 12-19) was untimely. It is the Department's position that this grievance is without merit and there is no contractual violation. The seniority adjustments were made in accordance with Article 12(D); therefore, this grievance is denied.

Please contact me directly to discuss any further particulars of this grievance.

Sincerely,

*Reginald Jenkins*

**REGINALD JENKINS**
2nd Deputy Commissioner

c:   Eric Jones, Executive Fire Commissioner
     Robert Distelrath, Chief of Department-Fire Fighting Division
     William Harp, DFFA Vice President
     John Candialosi, DFFA Secretary
     Christopher Smith, DFFA Treasurer
     Valerie Colbert, Labor Relations
     Hakim Berry, Labor Relations
     Christopher P. Legghio, Attorney for DFFA
     Megan Boelstler, Attorney for DFFA



CITY OF DETROIT
FIRE DEPARTMENT
DETROIT PUBLIC SAFETY HEADQUARTERS

1301 THIRD STREET
DETROIT, MICHIGAN 48226
PHONE (313) 596-2900 • TTY:711
FAX (313) 596-2888
WWW.DETROITMI.GOV

February 11, 2020

Thomas Gehart
333 West Fort Street
Suite 1420
Detroit, MI 48226-3149

RE:  GRIEVANCE #03-20 – James Washington Seniority Placement (DFFA I) –
      Step 2

Dear Mr. Gehart:

The Department is in receipt of the attached grievance dated February 7, 2020.  The grievance reads as follows:

The Master Agreement states that any grievance not filed within ten days of the occurrence of the alleged violation or within 10 days of the employee or the association becoming aware of alleged violation will be considered untimely and will not be heard. Grievance #12-19 (Improper Seniority Placement) was filed in an untimely manner.  I was returned into the seniority system on September 26, 2016 with Department No. 574.

**Desired Remedy of Grievance**:

To remain in the seniority system as placed originally by the City of Detroit and to remain whole as a sergeant with Department No. 574.

**In or about April, 2019, the Detroit Fire Fighters Association (DFFA) informed the Department that the Union believed some members who had returned to work from a Duty Disability Retirement, were returned with an incorrect seniority placement.**

**The Union followed up the April, 2019 conversations with a grievance (DFFA 12-19), grieving what the Union characterized as improper seniority placement.  The Union pursued the grievance through the contractual grievance process, which it ultimately appealed to arbitration.**

**The Department subsequently identified a number of individuals who had indeed returned to work under the realm of the 2014-2019 CBA between the parties, and should have returned to work without any previous Department seniority.  The DFD Human Resources office made contact with the affected individuals and explained the situation, which resulted in a meeting being scheduled between the Department, the Union and the affected individuals.**

DFFA 0566



CITY OF DETROIT
FIRE DEPARTMENT
DETROIT PUBLIC SAFETY HEADQUARTERS

1301 THIRD STREET
DETROIT, MICHIGAN 48226
PHONE (313) 596-2900 • TTY:711
FAX (313) 596-2888
WWW.DETROITMI.GOV

February 11, 2020

Thomas Gehart
333 West Fort Street
Suite 1420
Detroit, MI 48226-3149

## RE: GRIEVANCE #02-20 – Craig Brown Seniority Placement (DFFA I) – Step 2

Dear Mr. Gehart:

The Department is in receipt of the attached grievance dated February 7, 2020. The grievance reads as follows:

Craig S. Brown grieves the City of Detroit's application of Article 12.D.7 due to the Union's untimely filing of Grievance #12-19 (Improper Seniority Placement). Under Article 8.C – Any grievance not filed within 10 calendar days of an Employee or the Association becoming aware of an alleged violation will be considered untimely and will not be processed. I was returned into the seniority system on May 8, 2017.

**Desired Remedy of Grievance**:

To remain in the seniority system as placed originally by the City of Detroit. To remain whole and undemoted.

**In or about April, 2019, the Detroit Fire Fighters Association (DFFA) informed the Department that the Union believed some members who had returned to work from a Duty Disability Retirement, were returned with an incorrect seniority placement.**

**The Union followed up the April, 2019 conversations with a grievance (DFFA 12-19), grieving what the Union characterized as improper seniority placement. The Union pursued the grievance through the contractual grievance process, which it ultimately appealed to arbitration.**

**The Department subsequently identified a number of individuals who had indeed returned to work under the realm of the 2014-2019 CBA between the parties, and should have returned to work without any previous Department seniority. The DFD Human Resources office made contact with the affected individuals and explained the situation, which resulted in a meeting being scheduled between the Department, the Union and the affected individuals.**

DFFA 0589



Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 316
Detroit, Michigan 48226

Phone 313•224•3710
Fax 313•224•1750
www.detroitmi.gov

October 3, 2019

Norman Brown
23081 Bittersweet
Southfield, MI 48034

**RE: Return to Duty / Seniority**

Dear Mr. Brown:

I am writing you in regards to your return to duty and seniority with the Detroit Fire Department. On November 6, 2014, the City of Detroit and the Detroit Fire Fighters Association entered into an agreement, which serves as the collective bargaining agreement (CBA) between the parties, between November 6, 2014 and June 30, 2019. During a subsequent reopening period, the duration of the CBA was extended to June 30, 2020.

In Article 12 (Seniority), paragraph D (2), employees who retire from service, loses his/her seniority. At the point when you returned to work, from a Duty Disability Retirement, the City did not take into account the above-referenced contractual language, and returned you to duty with your previous seniority.

The Detroit Fire Fighters Association brought this matter to the City's attention and indicated by way of numerous conversations and ultimately the filing of a grievance that the City was in violation of the Master Agreement, when it returned you (and other similarly situated employees) to work with your previous seniority.

To rectify this situation and to avoid further violations of the CBA with regards to this matter, your seniority will be adjusted to reflect the date that you returned to duty with the Detroit Fire Department. As a result of this correction, you may or may not be demoted from your current classification. I am in the process of conducting an audit of all similarly situated employees. At the conclusion of my audit, I will meet with you, on an individual basis to discuss exactly how this will affect you.

This letter is meant to place you on notice that an audit of your seniority is underway, which may or may not affect your current classification and/or benefit structure. If you have any questions or concerns, feel free to contact me at (313) 596-1441.

Sincerely,

Kemia Crosson
Employee Services Consultant
Detroit Fire Department

**EXHIBIT # 1**

DFFA 0063

EXHIBIT 7



**Human Resources**
ADMINISTRATION

CITY OF DETROIT



January 22, 2020

Norman Brown
23081 Bittersweet
Southfield, MI 48034

**RE: Return to Duty / Seniority Adjustment**

Dear Mr. Brown:

On November 6, 2014, the City of Detroit and the Detroit Fire Fighters Association entered into an agreement, which serves as the collective bargaining agreement (CBA) between the parties, between November 6, 2014 and June 30, 2019. During a subsequent reopening period, the duration of the CBA was extended to June 30, 2020.

In Article 12 (Seniority), paragraph D (2), employees who retire from service, loses his/her seniority. At the point when you returned to work, from a Duty Disability Retirement, the City did not take into account the above-referenced contractual language, and returned you to duty with your previous seniority.

The Detroit Fire Fighters Association brought this matter to the City's attention and indicated by way of numerous conversations and ultimately the filing of a grievance that the City was in violation of the Master Agreement, when it returned you (and other similarly situated employees) to work with your previous seniority.

To rectify this situation and to avoid further violations of the CBA with regards to this matter an audit was completed and reflects the following information below:

Original Seniority Date: 9/23/1996
Retired Duty Disability Date: 10/27/2002
Re-Hired/RTW from Duty Disability/New Seniority Date: 1/29/2018
Previous Service Time: 6 years
Seniority DFD: 2 years
Current Title/Salary: Fire Prevention Inspector- $73,444
New Title/ Salary: Fire Fighter - $59,417

As a result of this correction, effective January 27, 2020 you have been demoted from your current classification to a Fire Fighter with a new salary of $59,417. If you have any questions or concerns, feel free to contact me at (313) 596-1441.

Sincerely,

*Kemia Crosson*
Kemia Crosson
Employee Services Consultant
Detroit Fire Department

EXHIBIT

8



**Human Resources**
ADMINISTRATION

CITY OF
DETROIT

Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 316
Detroit, Michigan 48226

Phone 313•224•3710
Fax 313•224•1750
www.detroitmi.gov

October 3, 2019

Craig Brown
11226 Clinton Road
Sterling Heights, MI 48314

**RE: Return to Duty / Seniority**

Dear Mr. Brown:

I am writing you in regards to your return to duty and seniority with the Detroit Fire Department. On November 6, 2014, the City of Detroit and the Detroit Fire Fighters Association entered into an agreement, which serves as the collective bargaining agreement (CBA) between the parties, between November 6, 2014 and June 30, 2019. During a subsequent reopening period, the duration of the CBA was extended to June 30, 2020.

In Article 12 (Seniority), paragraph D (2), employees who retire from service, loses his/her seniority. At the point when you returned to work, from a Duty Disability Retirement, the City did not take into account the above-referenced contractual language, and returned you to duty with your previous seniority.

The Detroit Fire Fighters Association brought this matter to the City's attention and indicated by way of numerous conversations and ultimately the filing of a grievance that the City was in violation of the Master Agreement, when it returned you (and other similarly situated employees) to work with your previous seniority.

To rectify this situation and to avoid further violations of the CBA with regards to this matter, your seniority will be adjusted to reflect the date that you returned to duty with the Detroit Fire Department. As a result of this correction, you may or may not be demoted from your current classification. I am in the process of conducting an audit of all similarly situated employees. At the conclusion of my audit, I will meet with you, on an individual basis to discuss exactly how this will affect you.

This letter is meant to place you on notice that an audit of your seniority is underway, which may or may not affect your current classification and/or benefit structure. If you have any questions or concerns, feel free to contact me at (313) 596-1441.

Sincerely,

Kemia Crosson
Employee Services Consultant
Detroit Fire Department

EXHIBIT # 8

DFFA 0066



**Human Resources**
ADMINISTRATION

CITY OF
DETROIT



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com™

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To     Craig Brown
Street and Apt. No.  11226 Clinton Road
City, State, ZIP+4  Sterling Heights, MI 48314

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7017 0660 0001 1076 3547

January 22, 2020

Craig Brown
11226 Clinton Road
Sterling Heights, MI 48314

**RE: Return to Duty / Seniority Adjustment**

Dear Mr. Brown:

On November 6, 2014, the City of Detroit and the Detroit Fire Fighters Association entered into an agreement, which serves as the collective bargaining agreement (CBA) between the parties, between November 6, 2014 and June 30, 2019. During a subsequent reopening period, the duration of the CBA was extended to June 30, 2020.

In Article 12 (Seniority), paragraph D (2), employees who retire from service, loses his/her seniority. At the point when you returned to work, from a Duty Disability Retirement, the City did not take into account the above-referenced contractual language, and returned you to duty with your previous seniority.

The Detroit Fire Fighters Association brought this matter to the City's attention and indicated by way of numerous conversations and ultimately the filing of a grievance that the City was in violation of the Master Agreement, when it returned you (and other similarly situated employees) to work with your previous seniority.

To rectify this situation and to avoid further violations of the CBA with regards to this matter an audit was completed and reflects the following information below:

Original Seniority Date: 1/25/1999
Retired Duty Disability Date: 4/5/2013
Re-Hired/RTW from Duty Disability/New Seniority Date: 5/8/2017
Previous Service Time: 11 years
Seniority DFD: 2 years & 8 mos.
Current Title/Salary: Fire Fighter - $59,417
New Title/ Salary: Fire Fighter - $59,417

As a result of this correction, you have not been demoted from your current classification. If you have any questions or concerns, feel free to contact me at (313) 596-1441.

Sincerely,

Kemia Crosson
Employee Services Consultant
Detroit Fire Department

DFFA 0082





**Human Resources**
ADMINISTRATION

CITY OF
DETROIT

Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 316
Detroit, Michigan 48226

Phone 313•224•3710
Fax 313•224•1750
www.detroitmi.gov

October 3, 2019

Christopher McGhee
16901 Washburn
Detroit, MI 48221

**RE: Return to Duty / Seniority**

Dear Mr. McGhee:

I am writing you in regards to your return to duty and seniority with the Detroit Fire Department. On November 6, 2014, the City of Detroit and the Detroit Fire Fighters Association entered into an agreement, which serves as the collective bargaining agreement (CBA) between the parties, between November 6, 2014 and June 30, 2019. During a subsequent reopening period, the duration of the CBA was extended to June 30, 2020.

In Article 12 (Seniority), paragraph D (2), employees who retire from service, loses his/her seniority. At the point when you returned to work, from a Duty Disability Retirement, the City did not take into account the above-referenced contractual language, and returned you to duty with your previous seniority.

The Detroit Fire Fighters Association brought this matter to the City's attention and indicated by way of numerous conversations and ultimately the filing of a grievance that the City was in violation of the Master Agreement, when it returned you (and other similarly situated employees) to work with your previous seniority.

To rectify this situation and to avoid further violations of the CBA with regards to this matter, your seniority will be adjusted to reflect the date that you returned to duty with the Detroit Fire Department. As a result of this correction, you may or may not be demoted from your current classification. I am in the process of conducting an audit of all similarly situated employees. At the conclusion of my audit, I will meet with you, on an individual basis to discuss exactly how this will affect you.

This letter is meant to place you on notice that an audit of your seniority is underway, which may or may not affect your current classification and/or benefit structure. If you have any questions or concerns, feel free to contact me at (313) 596-1441.

Sincerely,

Kemia Crosson
Employee Services Consultant
Detroit Fire Department



EXHIBIT # 9

DFFA 0065



**Human Resources**
ADMINISTRATION

CITY OF **DETROIT**



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage

Total Postage a

Sent To      Christopher McGhee
Street and Apt. N  16901 Washburn
City, State, ZIP+4  Detroit, MI 48221

Postmark
Here

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 0640 0000 3684 4552

January 22, 2020

Christopher McGhee
16901 Washburn
Detroit, MI 48221

**RE: Return to Duty / Seniority Adjustment**

Dear Mr. McGhee:

On November 6, 2014, the City of Detroit and the Detroit Fire Fighters Association entered into an agreement, which serves as the collective bargaining agreement (CBA) between the parties, between November 6, 2014 and June 30, 2019. During a subsequent reopening period, the duration of the CBA was extended to June 30, 2020.

In Article 12 (Seniority), paragraph D (2), employees who retire from service, loses his/her seniority. At the point when you returned to work, from a Duty Disability Retirement, the City did not take into account the above-referenced contractual language, and returned you to duty with your previous seniority.

The Detroit Fire Fighters Association brought this matter to the City's attention and indicated by way of numerous conversations and ultimately the filing of a grievance that the City was in violation of the Master Agreement, when it returned you (and other similarly situated employees) to work with your previous seniority.

To rectify this situation and to avoid further violations of the CBA with regards to this matter an audit was completed and reflects the following information below:

Original Seniority Date: 3/9/1992
Retired Duty Disability Date: 12/26/1999
Re-Hired/RTW from Duty Disability/New Seniority Date: 6/21/2016
Previous Service Time: 7 years
Seniority DFD: 3 years & 7 mos.
Current Title/Salary: Fire Sergeant - $68,547
New Title/ Salary: Fire Fighter - $59,417

As a result of this correction, effective January 27, 2020 you have been demoted from your current classification to a Fire Fighter with a new salary of $59,417. If you have any questions or concerns, feel free to contact me at (313) 596-1441.

Sincerely,

Kemia Crosson
Employee Services Consultant
Detroit Fire Department

DFFA 0083

**EXHIBIT**

**10**



**Human Resources**
ADMINISTRATION

Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 316
Detroit, Michigan 48226

Phone 313•224•3710
Fax 313•224•1750
www.detroitmi.gov

October 3, 2019

James Washington
26724 Masch Drive
Warren, MI 48091

**RE: Return to Duty / Seniority**

Dear Mr. Washington:

I am writing you in regards to your return to duty and seniority with the Detroit Fire Department. On November 6, 2014, the City of Detroit and the Detroit Fire Fighters Association entered into an agreement, which serves as the collective bargaining agreement (CBA) between the parties, between November 6, 2014 and June 30, 2019. During a subsequent reopening period, the duration of the CBA was extended to June 30, 2020.

In Article 12 (Seniority), paragraph D (2), employees who retire from service, loses his/her seniority. At the point when you returned to work, from a Duty Disability Retirement, the City did not take into account the above-referenced contractual language, and returned you to duty with your previous seniority.

The Detroit Fire Fighters Association brought this matter to the City's attention and indicated by way of numerous conversations and ultimately the filing of a grievance that the City was in violation of the Master Agreement, when it returned you (and other similarly situated employees) to work with your previous seniority.

To rectify this situation and to avoid further violations of the CBA with regards to this matter, your seniority will be adjusted to reflect the date that you returned to duty with the Detroit Fire Department. As a result of this correction, you may or may not be demoted from your current classification. I am in the process of conducting an audit of all similarly situated employees. At the conclusion of my audit, I will meet with you, on an individual basis to discuss exactly how this will affect you.

This letter is meant to place you on notice that an audit of your seniority is underway, which may or may not affect your current classification and/or benefit structure. If you have any questions or concerns, feel free to contact me at (313) 596-1441.

Sincerely,

Kemia Crosson
Employee Services Consultant
Detroit Fire Department

EXHIBIT # *10*

DFFA 0064



Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 316
Detroit, Michigan 48226

Phone 313•224•3710
Fax 313•224•1750
www.detroit/mi.gov

January 22, 2020

James Washington
26724 Masch Dr.
Warren, MI 48091

**RE: Return to Duty / Seniority Adjustment**

Dear Mr. Washington:

On November 6, 2014, the City of Detroit and the Detroit Fire Fighters Association entered into an agreement, which serves as the collective bargaining agreement (CBA) between the parties, between November 6, 2014 and June 30, 2019. During a subsequent reopening period, the duration of the CBA was extended to June 30, 2020.

In Article 12 (Seniority), paragraph D (2), employees who retire from service, loses his/her seniority. At the point when you returned to work, from a Duty Disability Retirement, the City did not take into account the above-referenced contractual language, and returned you to duty with your previous seniority.

The Detroit Fire Fighters Association brought this matter to the City's attention and indicated by way of numerous conversations and ultimately the filing of a grievance that the City was in violation of the Master Agreement, when it returned you (and other similarly situated employees) to work with your previous seniority.

To rectify this situation and to avoid further violations of the CBA with regards to this matter an audit was completed and reflects the following information below:

Original Seniority Date: 8/10/1992
Retired Duty Disability Date: 3/15/2013
Re-Hired/RTW from Duty Disability/New Seniority Date: 9/26/2016
Previous Service Time: 21 years
Seniority DFD: 3 years & 5 mos.
Current Title/Salary: Fire Sergeant - $68,547
New Title/ Salary: Fire Fighter - $59,417

As a result of this correction, effective January 27, 2020, you have been demoted from your current classification to a Fire Fighter with a new salary of $59,417. If you have any questions or concerns, feel free to contact me at (313) 596-1441.

Sincerely,

Kenia Crosson
Employee Services Consultant
Detroit Fire Department

**DFFA 0555**



**Human Resources**
ADMINISTRATION

CITY OF
**DETROIT**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

O F F I C I A L  U S E

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and $

Sent To                James Washington
                       26724 Masch Dr.
Street and Apt. No.,   Warren, MI 48091
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015  3430  0000  3684  4639

January 22, 2020

James Washington
26724 Masch Dr.
Warren, MI 48091

RE: **Return to Duty / Seniority Adjustment**

Dear Mr. Washington:

On November 6, 2014, the City of Detroit and the Detroit Fire Fighters Association entered into an agreement, which serves as the collective bargaining agreement (CBA) between the parties, between November 6, 2014 and June 30, 2019. During a subsequent reopening period, the duration of the CBA was extended to June 30, 2020.

In Article 12 (Seniority), paragraph D (2), employees who retire from service, loses his/her seniority. At the point when you returned to work, from a Duty Disability Retirement, the City did not take into account the above-referenced contractual language, and returned you to duty with your previous seniority.

The Detroit Fire Fighters Association brought this matter to the City's attention and indicated by way of numerous conversations and ultimately the filing of a grievance that the City was in violation of the Master Agreement, when it returned you (and other similarly situated employees) to work with your previous seniority.

To rectify this situation and to avoid further violations of the CBA with regards to this matter an audit was completed and reflects the following information below:

Original Seniority Date: 8/10/1992
Retired Duty Disability Date: 3/15/2013
Re-Hired/RTW from Duty Disability/New Seniority Date: 9/26/2016
Previous Service Time: 21 years
Seniority DFD: 3 years & 5 mos.
Current Title/Salary: Fire Sergeant - $68,547
New Title/ Salary: Fire Fighter - $59,417

As a result of this correction, effective January 27, 2020, you have been demoted from your current classification to a Fire Fighter with a new salary of $59,417. If you have any questions or concerns, feel free to contact me at (313) 596-1441.

Sincerely,

Kennia Crosson
Employee Services Consultant
Detroit Fire Department

**DFFA 0080**



**JAMES WASHINGTON**
WashingtonJ2708@detroitmi.gov

To   Kemia Crosson   crossonk@detroitmi.gov

Monday, January 6, 7:50 AM

Ms. Crosson, this is James Washington from Engine One, we will have to reschedule our meeting until January 29th, 30th, or 31st. Please contact me so we can setup a New date. Thank you, James Washington

Get Outlook for Android



**Kemia Crosson**
crossonk@detroitmi.gov

To   You   WashingtonJ2708@detroitmi.gov

Monday, January 6, 1:33 PM

Ok...No problem!

↩ ⌄ Reply

|||     ○     ‹



**Kemia Crosson**
crossonk@detroitmi.gov

To **You** WashingtonJ2708@detroitmi.gov

Monday, January 6, 1:39 PM

Hello,

I'm still in the process of scheduling these meetings. That date was one of the dates on hold as I need to ensure the dates/times works well for all parties involved.

Thanks!

# Kemia Crosson

Employee Services Consultant
City of Detroit-Human Resources
Department
Detroit Public Safety Headquarters
1301 Third Street – Ste 728
Detroit, Michigan 48226
Office: (313) 596-1441

↰ˇ Reply

||| ◯ ‹



**POLICE AND FIRE**
**RETIREMENT SYSTEM**
OF THE
**CITY OF DETROIT**



500 WOODWARD AVE STE 3000
DETROIT, MICHIGAN 48226
PHONE 313•224•3362
TOLL FREE 800•339•8344
FAX 313•224•3522

Pension Number 232469

June 28, 2018

Orlando Potts
18050 Cedar Island Boulevard
Brownstown, MI 48174

Dear Mr. Potts:

Based upon the Board's Medical Director's opinion that you are capable of returning to unrestricted duty, the Board of Trustees, on **Thursday, June 21, 2018**, directed that you be returned to work and that your name be removed from the System's disability retirement payrolls as of the date you return to work. During this return to work process, **you will not be directed to report for annual re-examinations**. You are, therefore, directed to contact Fire Department Headquarters immediately to make the necessary arrangements for your re-employment. Fire Headquarters is located at 1301 Third Street, Detroit, Michigan 48226; and their phone number is **313-224-0562**.

Very truly yours,

BOARD OF TRUSTEES
POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT

Kelly Tapper
Assistant-Executive Director

Enclosure:

Copy Receiver: Fire Medical – Fax Number: 313-237-2584

EXHIBIT # 11

----- Forwarded Message -----
**From:** orlando potts <pottso19@yahoo.com>
**To:** CrossonK@detroitmi.gov <crossonk@detroitmi.gov>
**Sent:** Wednesday, September 19, 2018, 01:34:50 PM EDT
**Subject:** Re-employment

Mrs. K. Crosson , I am reaching out to get any information toward my returning to work with the Detroit Fire Department . The  Pension Board approved that process on Thursday , June 21, 2018 . This Whole process started before my 25th anniversary and I inquired about what needed to be done and followed every step . I received the message that you left on my voice mail on August 27, 2018 , but I am still waiting for your follow -up call , mail  or correspondence that you mentioned in that message . I have also left you several voice messages in hopes of expediting the process of reinstatement but I have not been able to reach you . Please provide me with whatever direction and or assistance that is necessary to complete this process so that I may resume my employment with the Detroit Fire Department ... thank you

----- Forwarded Message -----
**From:** Kemia Crosson <crossonk@detroitmi.gov>
**To:** "pottso19@yahoo.com" <pottso19@yahoo.com>
**Sent:** Friday, October 26, 2018, 03:38:40 PM EDT
**Subject:** Re: Returning to work

Hello Orlando,

Can you please give me a call at 313-596-1441.

Thanks!

Kemia Crosson
City of Detroit-Human Resources Department
1301 Third Street
Detroit, Michigan 48226
Office: (313) 596-1441
Fax: (313) 237-2584

>>> orlando potts <pottso19@yahoo.com> 10/26/2018 3:07 PM >>>
Mrs. K. Crosson , I am following up on the last email I sent over a month ago , on September 19 , 2018 . When you called after the email I sent , you said you were waiting to hear from labor relations . Today is October 26 , 2018 and I have not recieved anything whatsoever or calls . I was ressured by the Pension Board that you were the person to contact and to further this process of returning to work . What little information I have recieved is due to my persistence in this delayed process . I would really appreciate any information or updates in a timely manner , thank you ........ Orlando Potts

--

----- Forwarded Message -----
**From:** Kemia Crosson <crossonk@detroitmi.gov>
**To:** "pottso19@yahoo.com" <pottso19@yahoo.com>
**Sent:** Wednesday, November 21, 2018, 02:50:20 PM EST
**Subject:** Re: Returning to work

Hello Orlando,

Per our conversation, I do not have new information in writing.  However, see the attached document.  Please refer to page 17. Section 12. Seniority Article D. Loss of Seniority.

Thanks!

Kemia Crosson
City of Detroit-Human Resources Department
1301 Third Street
Detroit, Michigan 48226
Office: (313) 596-1441
Fax: (313) 237-2584

>>> orlando potts <pottso19@yahoo.com> 11/19/2018 7:30 AM >>>
Good Morning Mrs. Crosson , I requested  documentation  In writing on October 26, 2018 regarding a stipulation you stated for returning to work , when we spoke on the phone and on November 2, 2018 by email  that you received . Today is November 19 , 2018 and I have not received a single piece of paperwork from my requests or from the beginning  of this prolonged process . We are ready to move forward with this process and ready for documentation in writing to be provided ... Thank You      Orlando Potts

----- Forwarded Message -----
**From:** Kemia Crosson <crossonk@detroitmi.gov>
**To:** "pottso19@yahoo.com" <pottso19@yahoo.com>
**Sent:** Tuesday, January 22, 2019, 11:01:07 AM EST
**Subject:** Fwd: Re: Returning to work

Good Morning,

Per our previous conversation, the information provided is not singled out for one person. See the attached document. Please refer to page 17. Section 12. Seniority Article D. Loss of Seniority.

Thanks!

Kemia Crosson
City of Detroit-Human Resources Department
1301 Third Street
Detroit, Michigan 48226
Office: (313) 596-1441
Fax: (313) 237-2584

>>> Kemia Crosson 11/21/2018 2:50 PM >>>
Hello Orlando,

Per our conversation, I do not have new information in writing. However, see the attached document. Please refer to page 17. Section 12. Seniority Article D. Loss of Seniority.

Thanks!

Kemia Crosson
City of Detroit-Human Resources Department
1301 Third Street
Detroit, Michigan 48226
Office: (313) 596-1441
Fax: (313) 237-2584

>>> orlando potts <pottso19@yahoo.com> 11/19/2018 7:30 AM >>>
Good Morning Mrs. Crosson , I requested documentation In writing on October 26, 2018 regarding a stipulation you stated for returning to work , when we spoke on the phone and on November 2, 2018 by email that you

received . Today is November 19 , 2018 and I have not received a single piece of paperwork from my requests or from the beginning of this prolonged process . We are ready to move forward with this process and ready for documentation in writing to be provided ... Thank You      Orlando Potts

----- Forwarded Message -----
**From:** Kemia Crosson <crossonk@detroitmi.gov>
**To:** orlando potts <pottso19@yahoo.com>
**Cc:** ERIC JONES <JONESE136@detroitmi.gov>
**Sent:** Thursday, May 23, 2019, 10:59:36 AM EDT
**Subject:** RE: Duty disability

Good Morning Orlando,

The department is currently addressing a grievance regarding this matter. When the grievance process is completed the department will respond to your request.

Thanks!

# Kemia Crosson

Employee Services Consultant

City of Detroit-Human Resources Department

Detroit Public Safety Headquarters

1301 Third Street – Ste 728

Detroit, Michigan 48226

Office: (313) 596-1441
Fax: (313) 237-2584

**From:** orlando potts [mailto:pottso19@yahoo.com]

Good Morning Mrs. Crosson , I am still pursuing a resolution to the issue of reinstatement that I have been seeking since February of 2016 and I am unaware of any other action available to me that will bring this to an end . As of today , I have not received any documentation detailing the Pension Board's approval on June 21, 2018 regarding my request to return to active duty . Though I have received email correspondence, I have yet to receive any documentation, written or otherwise that outlines the terms of employment with regard to what my seniority status would be at the point of reinstatement. Obviously, since our previous discussions have been contentious with regard to what my seniority status would be at point of reinstatement, I am uncomfortable agreeing to any employment contract that leaves those terms undefined . I've been told that a new contractual provision exists that forces a member returning from a duty disability to revert to entry level seniority if reinstated after two (2) years on duty disability status . At the time my duty disability occurred , members returning from duty disability status were afforded their former seniority positions with all the rights and privileges therein . However, I've been told that my case will not be granted those same rights and privileges even though my duty disability occurred prior to the enactment of the new provision . Meanwhile , former members whose disability dates occurred after the rule was enacted have been allowed to return to their former seniority positions and promotions , some just a few months before my approval by the Pension Board . Denying me the same benefit afforded to other similarly situated members is arbitrary and capricious and out of sync with contractual guidelines and provisions . Therefore , I am requesting that my employment reinstatement contract terms reflect my original seniority date with all of the rights and privileges contained therein . This action could bring this issue to a close ...... Sincerely, Orlando Potts



**Human Resources**
ADMINISTRATION

CITY OF
**DETROIT**

Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 316
Detroit, Michigan 48226

Phone 313-224-3710
Fax 313-224-1750
www.detroitmi.gov

February 27, 2020

<u>Via Certified Mail</u>
Orlando Potts
18050 Cedar Island Blvd.
Brownstown, MI 48174

RE: **Voluntary Quit Employment Notification**

Dear Mr. Potts:

Based on the Board's Medical Directors opinion you were no longer considered disable as was directed to return to work **June 21, 2018**. Human Resources made several attempts to contact you via phone to avail. To date, you have still not reported to work at the Detroit Fire Department.

**You must** report to the Human Resources to begin the return to work process no later than **Monday, March 3, 2020**. Failure to comply with this request will deem your employment a "Voluntary Quit" from the City of Detroit.

Sincerely,

Kenia Crosson

Kenjia Crosson
Employee Services Consultant

cc: Rosita Brockington, Manager
    Reginald Jenkins, 2nd Deputy Commissioner
    Robert Distelrath, Chief - Fire Operations
    Bill Harp, DFFA - Vice President