UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

CITY OF DETROIT, MICHIGAN,

Debtor.

Case No.13-53846

Judge Thomas J. Tucker

Chapter 9

**ORDER GRANTING *EX PARTE* MOTION
TO FILE A RESPONSE BRIEF IN EXCESS OF PAGE LIMITS**

This case is before the Court on the *Ex Parte* Motion to File a Response in Excess of Page Limits, filed September 27, 2021 (Docket # 13447, the "*Ex Parte* Motion"). The Court finds good cause to enter this Order.

**IT IS ORDERED that:**

1. The Ex Parte Motion is granted, on the terms stated in this Order.

2. The Respondents may file a brief in excess of 25 pages to respond to the DFFA's Motion. Such brief may not exceed 40 pages.

**Signed on September 28, 2021**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge