UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

    Debtor.

_____/

Case No. 13-53846-tjt
Chapter 9
Hon. Thomas J. Tucker

**EXHIBIT LIST TO RESPONSE TO MOTION OF DETROIT FIRE FIGHTERS ASSOCIATION (DFFA) FOR THE ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT AGAINST: CHRISTOPHER MCGHEE, NORMAN BROWN, CRAIG BROWN, JAMES WASHINGTON, SHANNON FERGUSON, JUNIUS PERRY AND ORLANDO POTTS**

Lower court Plaintiffs Christopher McGhee, Norman Brown, Craig Brown, James Washington, Shannon Ferguson, Junius Perry, and Orlando Potts, by and through their undersigned counsels submit the following exhibits.

### EXHIBIT LIST

1. Exhibit 1 – 2001-2008 CBA – Pg. 1
2. Exhibit 2 – 2014-2019 CBA – Pg. 4
3. Exhibit 3 – Notice of Depositions and Grievances – Pg. 9
4. Exhibit 4 – May 14, 2019 Denial of DFFA Grievance – Pg. 23
5. Exhibit 5 – February 26, 2019 Agreement Re DFFA Grievance – Pg. 25
6. Exhibit 6 – Norman Brown Communications – Pg. 27
7. Exhibit 7 – Norman Brown Communications – Pg. 32
8. Exhibit 8 – Craig Brown Communications – Pg. 33

9. Exhibit 9 – Christopher McGhee Communications – Pg. 35

10. Exhibit 10 – James Washington Communications – Pg. 37

11. Exhibit 11 – Orlando Potts Communications – Pg. 42

12. Exhibit 12 – Shannon Ferguson Communications – Pg. 50

13. Exhibit 13 – Junius Perry – Communications – Pg. 53

14. Exhibit 14 – Jenkins Deposition – Pg. 56

15. Exhibit 15 – Crosson Deposition – Pg. 78

16. Exhibit 16 – Nevin Affidavit – Pg. 100

17. *O'loghlin v. County of Orange, 229 F. 3d 871 - Court of Appeals, 9th Circuit 2000*

18. Order, Plan of Adjustment

                                           Respectfully submitted,

Dated: September 24, 2021       /s/ Herbert A. Sanders
                                              Herbert A. Sanders (P43031)
                                              The Sanders Law Firm, P.C.
                                              Attorney for Plaintiffs
                                              615 Griswold, Suite 913
                                              Detroit, MI 48226
                                              Phone: 313-962-0099
                                              Fax: 313-962-0044
                                              haslawpc@gmail.com

                                              */s/ Shawndrica N. Simmons*
                                              Shawndrica N. Simmons
                                              P70608 (Michigan)
                                              SIMMONS LEGAL dba the LawChic

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Attorney for Plaintiffs
77 Bagley St.
Pontiac MI 48341
(248) 732-7559 (o)
(248) 268-0168 (f)
SimmonsLegal@LawChic.com