**EXHIBIT**

**1**

# MASTER AGREEMENT

BETWEEN THE

# CITY OF DETROIT

AND THE

# DETROIT FIRE FIGHTERS ASSOCIATION

# 2001 - 2008



EXHIBIT #

work stoppage, slowdown, or withholding of services, the Union shall forthwith disavow any such strike, work stoppage, slowdown, or withholding of services and shall refuse to recognize any picket line established in connection therewith. Furthermore, at the request of the City, the Union shall take all reasonable means to induce such employee or group of employees to terminate the strike, work stoppage, slowdown, or withholding of services and to return to work forthwith.

C.    In consideration of the performance by the Union of its obligations under Paragraphs A and B of this Section, there shall be no liability on the part of the Union nor of its officers or agents for any damages resulting from the unauthorized breach of the agreements contained in this Section by individual members of the Union.

# 9. SENIORITY

A.    **Definition:**  Seniority shall be defined for departmental purposes, as the length of continuous service within the Fire Department in classes covered in Schedule II. This definition shall not be applicable in cases of layoff and recall (refer to Section 9-K), and duty injury resulting in disability retirement.

B.    **Seniority Lists:**  An up-to-date seniority list showing the names, classification and date of last promotion shall be furnished the Association on or before February 1st and August 1st of every year. A copy of the list shall be maintained in all company quarters and divisional offices for inspection by employees.

C.    **Forfeitures:**  An employee shall forfeit his seniority only for the following reasons:

   1.    he/she resigns or quits;

   2.    he/she is discharged or permanently removed from the payroll and such separation is not reversed through the grievance procedure or other legal action;

   3.    he/she fails to report to work within ten (10) calendar days after receiving notice of recall from layoff;

   4.    he/she fails to report back to work within ten (10) calendar days after expiration of an approved leave of absence, except a military leave of absence;

   5.    he/she is absent from work without notice to the department for fifteen (15) calendar days;

   6.    he/she retires on a regular service retirement or a reduced disability retirement, or if on a duty disability, reaches what would have been his twenty-fifth (25th) anniversary.

   7.    an employee shall have his seniority reduced only if he/she is suspended for thirty (30)

11

calendar days or more for a single incident which carries a possible first offense penalty up to dismissal. In such event, the employee's seniority, for purposes of promotion only, shall be reduced by the length of the suspension.

8.    (a)  Seniority credit for promotions to any position in the Department shall be frozen and cease to accumulate for any member on a disability retirement for three (3) years or more. In the event such person is returned to active service, he/she shall be reinstated with his/her frozen seniority.

       (b)  Persons who return to active service from duty disability retirement after one (1) or more years of absence must attend and successfully complete a re-entry training program including a performance physical evaluation that is conducted the Fire Training Division and approved by the Chief of Fire Operations and Executive Fire Commissioner.

Situations governed by 3, 4, and 5 are subject to the various qualifications and procedures set out in Personnel Directive 84-1 (as in effect in December, 1988) including but not limited to the final paragraph on page 2 of that directive.

D.   **Divisions:** For purposes of this section, the Divisions of the Fire Department shall be deemed to be (a) Fire Fighting; (b) Fire Marshal; (c) Apparatus; (d) Training Academy; (e) Communications; (f) Research and Development; and (g) Community Relations.

1.   Probationary Employees: The probationary period for employees commencing employment in the Fire Department shall be the first twelve (12) months of their employment in the Department. Such employees are hereafter referred to as Trial Firefighters.

2.   The Union shall represent Trial Firefighters for the purpose of collective bargaining in respect to rates of pay, wages, hours of employment and other conditions of employment.

3.   The Department may, in accordance with Human Resources Department and Civil Service Rules, extend a Trial Firefighter's probationary period or take action to separate the Trial Firefighter as a probationary employee.

4.   The Department shall notify the Union of the reasons for any extension of probation.

E.   **Promotions and Transfers - Fire Fighting Division:**

1.   General: Promotions in the Fire Department shall be based on length of service therein. The officers or employee thereof having served the longest period in any position shall be advanced to fill any vacancy in the next higher position, if he/she shall have the qualifications therefor.

      a.  Promotions shall be based solely upon seniority provided the senior employee shall satisfy qualifications for the position for which he/she is to be promoted.

**EXHIBIT**
**2**

# MASTER AGREEMENT

**BETWEEN THE**

# CITY OF DETROIT

**AND THE**

## DETROIT FIRE FIGHTERS ASSOCIATION

# 2014 - 2019

EXHIBIT # 2

CHI-181946346v3

10. Chief of Plans and Examinations
    a. Bachelor's Degree Required
    b. 3 years experience in Fire Marshall Division
    c. Active DFD Employee

D.  <u>Reversion Rights.</u> If an Employee is removed from a Designated Job Classification (for a reason other than discharge for just cause), he/she shall revert to their prior position once a vacancy exists.

E.  <u>Position Postings.</u> All open positions for designated job classifications will be posted a minimum of seven (7) days internally to the entire Department. The Executive Fire Commissioner will select individuals from the eligible pool of candidates to interview.

F.  <u>No Candidate Promotion.</u> In the event that no candidate is available, a person in a lower rank can be considered for the open position provided that person meets the qualifications for the next higher position as stated in Article 7, Section B (e.g., a Captain can be considered for promotion to Senior Chief (bypassing Battalion Chief) if the Captain meets the qualifications for Battalion Chief). This can continue down the ranks in reverse order until the promotion is filled.

## 8. GRIEVANCE PROCEDURE – NON-DISCIPLINARY GRIEVANCES

A.  Subject to Section B of this Article, Employees will have the right to present grievances in accordance with the procedure provided herein.

B.  Employees in the Designated Job Classifications shall have no right to present grievances under this Article. Probationary Employees shall have no right to present grievances under this Article, except that such Employees may present grievances concerning their pay.

C.  The Association will deliver grievances directly to the Executive Fire Commissioner or his/her designee via e-mail or hand delivery. The written grievance will set forth the name(s) of the Employee or Employees involved and the provisions of this Agreement, if any, that the grievant claims have been violated. Receipt of the grievance will be acknowledged by the Executive Fire Commissioner or his/her designee who receives the grievance. Any grievance not filed within ten (10) calendar days of the occurrence of the alleged violation or within ten (10) calendar days of an Employee or the Association becoming aware of an alleged violation will be considered untimely and will not be processed.

D.  The informal resolution of differences or grievances is urged and encouraged to be resolved at the lowest possible level of supervision.

E.  Immediate supervisors, Division Heads, and reviewing officers shall consider promptly all grievances presented to them and, within the scope of their authority, take such timely action as is required.

F.  Grievances shall be processed according to the following procedure:

state, and the opposite party is bound to agree, that the award not be binding precedent in analogous situations pending at that time.

H.   The arbitrator shall limit his/her decision strictly to the interpretation, application, or enforcement of the specific articles and sections of this Agreement, and he/she shall be without power or authority to make any decisions:

1.   Contrary to, or inconsistent with or modifying or varying in any way, the terms of this Agreement or of applicable law or rules or regulations having the force and effect of law.

2.   Involving the exercise of discretion by the City under the provisions of this Agreement, its Charter, or applicable law.

3.   Limiting or interfering in any way with the powers, duties, or responsibilities of the City under its Charter, applicable law, and rules and regulations having the force and effect of law.

4.   Changing, altering, or modifying any practice, policy, or rule presently or in the future established by the City as long as such practice, policy, or rule does not conflict with this Agreement.

5.   Implying any restriction or condition binding upon the City from this Agreement, it being understood that, except as such restrictions or conditions upon the City are specifically set forth herein, or are fairly inferable from the express language of any article or section hereof, the matter in question falls within the City's management rights under Article 3.

6.   Concerning the establishment of wage scales, rates on new or changed jobs, or change in any wage rate.

7.   Providing agreement for the parties in those cases, where by their contract, they may have agreed that further negotiations should occur to cover the matters in dispute.

8.   Granting any right or relief for any period of time whatsoever prior to the Effective Date of this Agreement or subsequent to the date upon which this Agreement shall terminate.

## 10.   DISCIPLINE PROCEDURE

A.   The Department reserves the right to discipline, discharge, demote, and/or suspend Employees for just cause. Subject to Section B of this Article, every Employee will have the right to contest discipline in accordance with the procedure provided herein.

B.   Probationary Employees and Employees in Designated Job Classifications

strike, work stoppage, slowdown, sit down, stay in, or withholding of services and to return to work forthwith.

C. The City shall have the right to discipline or discharge any Employee(s) participating in such interference, and the Union agrees not to oppose such action when properly taken. It is understood, however, that the Union may grieve the discipline or discharge of any Employee(s) disciplined or discharged by the City for participating in those actions listed in Sections A and B of this Article.

D. To the extent that the Union, and all its officers and agents, fully comply with Sections A and B of this Article, there shall be no liability on the part of the Union or its officers and agents for any damages resulting from the unauthorized breach of this Article by individual members of the Union.

## 12. SENIORITY

A. Seniority. Seniority is defined as the length of continuous service within the Department without interruption or breaks. Seniority, as defined above, is established to serve as a basis for determining Employee seniority rights provided for in this Agreement including the order of demotion or lay off in the event of a reduction in force and the reemployment rights of Employees.

B. Continuous Service. Continuous service shall mean employment with the Department without interruption or breaks. The following shall not be considered breaks in service.

1. Service in the Armed Forces of the United States up to five (5) years, or longer if such service is exempt under applicable law.

2. Absence from work due to injuries compensated for under the Workers' Compensation Act of the State of Michigan.

3. Lay off as a result of a reduction in force for a period not exceeding two (2) years.

4. Other approved leaves of absence for a period not exceeding one (1) year.

C. Personal Leave of Absence. Employees may be granted a personal leave by the City for up to one (1) year. Seniority accrued prior to the leave will be retained but Employees will not accumulate additional seniority for the period of the leave, except that this provision shall not apply to leaves related to the military.

D. Loss of Seniority. An Employee shall lose his/her seniority for the following reasons only:

1. Resignation.

2. Retirement.

3. Discharge.

4. If an Employee working 8- or 10-hour shifts fails to report to work for five (5) consecutive calendar days, an Employee working 12-hour shifts fails to report to work for four (4) consecutive tours of duty, or an Employee working 24-hour shifts fails to report to work for two (2) consecutive tours of duty, without providing proper notice to the Department, unless the Employee, in the judgment of the Department, is completely incapacitated through no fault of his/her own or subject to some other emergency situation that, through no fault of his/her own, makes him/her unable to report said absence and is able to supply sufficient proof thereof.

5. If an Employee working 8- or 10-hour shifts fails to report within three (3) consecutive calendar days, or an Employee working 12- or 24-hour shifts fails to report to work within two (2) consecutive tours of duty, after leave of absence, vacation, or suspension.

6. Failure of a laid-off Employee to notify the Department of his/her intent to return to work within seven (7) days after notice has been sent by the Department to the laid-off Employee at his/her last address on the Department's records at time of layoff.

7. Absence from work for any reason (including lay-off) in excess of two (2) years, except as set forth in Section B.1 of this Article.

E. <u>Resolving Ties in Seniority</u>. Where two (2) or more persons have the same seniority date, the Employee who was first hired, according to the time stamp on his/her job application, shall be deemed as having the greater seniority.

F. <u>Seniority Lists</u>. The City will e-mail to the Union, upon request (limited to two (2) times per year), a seniority list showing each Employee's name, address, department, classification, and Department seniority date.

G. <u>Probationary Employees</u>.

1. The probationary period for Employees commencing employment in the Fire Department shall be the first twelve (12) months of their employment in the Department. Such Employees are hereafter referred to as Trial Firefighters.

2. The Union shall represent Trial Firefighters for the purpose of collective bargaining in respect to rates of pay, wages, hours of employment, and other conditions of employment; provided, however, that Trial Firefighters shall have no right to present grievances under Article 8, except that such Employees may present grievances concerning their pay.

3. The Department may, in accordance with Human Resources Department and Civil Service Rules, extend a Trial Firefighter's probationary period or take action to separate the Trial Firefighter as a probationary employee.

**EXHIBIT**

**3**

# STATE OF MICHIGAN
## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

CHRISTOPHER MCGHEE, NORMAN BROWN,
CRAIG BROWN, JAMES WASHINGTON,
SHANNON FERGUSON, JUNIUS PERRY,
and ORLANDO POTTS

Case No. 20-006272-CD

Judge: Sheila Gibson

        Plaintiffs,

v.

CITY OF DETROIT, et al.
*In their Individual and Official Capacities,*
*Jointly & Severally,*

        Defendants.

---

**Herbert A. Sanders (P43031)**
**The Sanders Law Firm, P.C.**
Attorney for Plaintiffs
The Ford Building
615 Griswold, Suite 913
Detroit, Michigan 48226
(313) 962-0099 (Phone)
(313) 962-0044 (Fax)
haslawpc@gmail.com

**Christopher P. Legghio (P27378)**
**John G. Adam (P37205)**
**Legghio & Israel, P.C.**
Attys for Fire Dept. Defendants
306 S. Washington, Suite 600
Royal Oak, MI 48067-3837
(248) 398-5900
cpl@legghioisrael.com
jga@legghioisrael.com

**Shawndrica N. Simmons (P70608)**
**Simmons Legal dba theLawChic**
Attorney for Plaintiffs
77 Bagley St.
Pontiac MI 48341
(248) 732-7559 (Phone)
simmonslegal@LawChic.com

**Jason T. McFarlane (P73105)**
**City of Detroit, Law Department**
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 224-4550
mcfaj@detroitmi.gov

---

## PLAINTIFF NOTICE OF TAKING DEPOSITIONS

    PLEASE TAKE NOTICE that Plaintiff's counsel will take depositions via Zoom before a notary

public and stenographer in accordance with the provisions of MCR 2.306(A)(1).

1. March 10, 2021 at 9am: Plaintiff requests that the DFFA produce the Union representative person(s) most knowledgeable concerning the attached grievances and their resolutions.

2. March 10, 2021 at 1pm: Plaintiff requests that the City of Detroit produce the City representative person(s) most knowledgeable concerning the attached grievances and their resolutions.

3. March 10, 2021 at 3:30pm: Kemia Crosson.

4. March 11, 2021 at 9am and staggered 1 hour apart: All other Defendants.

**EXHIBIT #** 3

Zoom link will be emailed on March 5, 2021 to all attorneys of record.

Dated: February 24, 2021

/s/   Herbert A. Sanders
The Sanders Law Firm P.C.
Attorney for Plaintiffs

| CITY OF DETROIT FIRE DEPARTMENT | **GRIEVANCE FORM** | GRIEVANCE NO. **12-19** |
|---|---|---|

__ALL DFFA 1 MEMBERS (SEE ATTACHED LIST)__

NAME OF AGGRIEVED EMPLOYEE          TITLE

__05-07-2019__
DATE

STATEMENT OF GRIEVANCE:

DFFA grieves the city of Detroit's application of Article 12.D.7. Several members were returned to active service and placed within the seniority system, not in compliance with Section 12 and/or other applicable portions of the Collective Bargaining Agreement (CBA-DFFA I).

_____          _____          _____
Aggrieved Employee                        Director                        Date Presented to Officer

DESIRED REMEDY OF GRIEVANCE:

Utilizing the CBA, recalculate and place into their proper respective places and/or ranks within the seniority book as maintained by the DFD.

_____
Aggrieved Employee

**STEP I:**
ANSWER OF DIVISION HEAD:

_____
Division Head

_____
Date Returned

UNION STATEMENT:                 ANSWER IS ACCEPTED ☐          ANSWER IS REJECTED ☐

_____          _____          _____
Aggrieved Employee                        Director                        Date

ADDITIONAL INFORMATION ON BACK

This "Grievance Form" is subject to revision – pending contract negotiations.

Grievance Form Revised 11-2014

EXHIBIT # _1_

Document received by the MI Wayne 3rd Circuit Court

DFFA   000291

**STEP II:**

_Date Presented_

ANSWER OF EXECUTIVE FIRE COMMISSIONER OR DESIGNATED REPRESENTATIVE:

Executive Fire Commissioner or Designated Representative          _Date Returned_

UNION STATEMENT:          ANSWER IS ACCEPTED ☐          ANSWER IS REJECTED ☐

Grievance Committee          Grievance Committee

Grievance Committee          Executive Board Member

ARBITRATION: _____
                    Date Filed

Grievance Form Revised 11-2014

DFFA   000292

Document received by the MI Wayne 3rd Circuit Court

# LIST OF AGGRIEVED EMPLOYEES

## ALL AFFECTED MEMBERS LISTED (DFFA I)

05-07-2019

| | | | |
|---|---|---|---|
| TIMOTHY A. ABRAMS | ERIC L. BROWN | EDWARD DAVIS | CASEY M. FOREN |
| WILLIAM HOOGA | ERIK J. BROWN | JAMES C. DAVIS | KRISTOPHER J. FORNASH |
| TYLER C. ACKLEY | GREGORY B. BROWN | JOHN H. DAVIS | THOMAS F. FORTUNATE, JR. |
| HAROLD A. ADDY | JEROME A. BROWN | MILTON R. DAVIS | DERRICK S. FOSHAG, SR. |
| DAVID ADAMS | MICHAEL A. BROWN | SIDNEY DAVIS | JASON FRANCIS |
| KARBAISH ADAMS | SHAWN A. BROWN | TERRY J. DAVIS | REUBEN D. FRANK |
| ZOBER B. AHMAD | NORMAN L. BROWN, JR. | VIRGINIE P. DAY | THERESA ANN FRANKLIN-CARRION |
| RANDALL M. AKINS, JR. | ROBERT D. BROWN, JR. | FERNANDO DEAN | DEVON R.L. FRANKLIN-SMITH |
| CHRISTOPHER R. ALEF | TERRANCE BROWN-NUNN | KYLE D. deROER | TYLER FRANKS |
| STEVEN L. ALEF | ROBERT W. BRUNK, JR. | ANDREW DEETS | DARRELL FREEMAN |
| BRIAN R. ALLEN | STEVEN E. BRUMMER | DAVID J. DeBUSS | DARRELL E. FREEMAN II |
| TRACEY ALLEN | ERIC S. BRUNER | ANTHONY J. DeLIBERA | ARNOLD FREEMAN, JR. |
| PERCY ALLEN III | ERIC BRUNING | RODNEY D. DENISON | JONATHAN T. FRENDEREY |
| STEVEN AMEYE | BRIAN P. BUCKLEY | BRIAN DeSMET | SEAN D. FRIDAY |
| MARTIN ANDARI | BARRY BUNYAK | JEREMY D. DeSMET | LEONARD J. FRISCH |
| ERIC D. ANDERSON | DUSTIN BURNS | JAKARI J. DEW | WILLIAM C. FRONCZAK |
| MARC ANDREWS | PATRICK D. BURT | CHRISTOPHER P. DILZEMSKI | JUSTIN L. FRY |
| VITIAS J. ANDRUSAITIS | THOMAS BURT | COREY J. DICKERSON | TODD F. FUGHEL |
| ANTHONY ANGELUCCI | CHARLES L. BURTON | DONNARD D. DICKERSON | NAXIMA R. FULTON |
| DENNY W. APPEL | DENARIS J. BURTON | MICHAEL J. DILLON | MAURICE R. FUNCHESS |
| SCOTT L. AUSTIN | EBONY BUTLER | LEONARD DiMARCO | GEROD R. FUNDERBURG |
| KLAJDI AVDULLAJ | WILLIAM E. BYRD, JR. | ALAN S. DOMAINE | JOHANN W. GANESCH, JR. |
| JERONIY D. AVERY | LESTAT CALDWELL | ROBERT N. DISTELRATH | DANIEL A. GARNACK |
| JAMES A. BARESH | TYRONE CALLAWAY | CHRISTOPHER DIXON | LOUIS J. GARRETT |
| JERARD C. BASER | JOHN A. GANGRADOS | DAVID M. DIXON | HORACE GARY |
| PHILLIP P. BACHE | RONALD J. CANTY, SR. | DEXTER DIXON | ROBERT GASPARIK, III |
| KEVIN L. BANKS | THOMAS F. CAPIZZO | RANDY D. DIXON, IV | PAUL J. GASOREK |
| LAWRENCE BARBARICH | VINCENT CAPONIGRO | MARTEZ D. DIXON | TYLER P. GASKO |
| THOMAS J. BARRETT | KIRK A. CARLSON | FREJDOMNL J. DOCTOR | DARELISHA GAUT |
| SHAWN F. BATTLE | PETER L. CAROLAN | SEANM. DOLERY | WILLIAM J. GAVLAS |
| BRIAN M. BAULCH | JONATHAN M. CARPENTER | FRANCIS A. DOMBROWSKI | THOMAS M. GEHART |
| BRADLEY D. BAUMANN | SHAWANDO L. CIARR | DENNIS P. DOOLEY | ERIK F. GEORGE |
| CHRISTOPHER BAUMANN | ERIK W. CARRINGTON | DOUGLAS P. DOOLEY | CHARLES GERARDY |
| BRADLEY A. BAZZY | MICHAEL F. CARROLL | GARY DORSEY | DAVID D. GHESQUIERE |
| WILLIAM M. BELGER, JR. | BRANDON W. CARTER | ERIK C. DOUGHERTY | KEENAN J. GIBBONS, II |
| KEITH BELYUE | TIMOTHY H. CARTER, II | DLWORTH DOWGIALLO | RANDY L. GIBSON |
| NICHOLAS R. BENENEY | JOSEPH N. CARTLIDGE | BRENT D. DONTADER | LAMONTE D. GILBERT, II |
| MATTHEW J. BERENT | MCHOLLAS T. CARVAJI-HO | RICHARD L. DUDIS | VITO R. GILL |
| MICHAEL F. BERENT | RICHARD A. CASTLE | MATTHEW J. DUNAJ | MICHAEL GILLESPIE |
| JOSEPH BERRELEZ | LAWRENCE D. CAUSBY | DIMITRIOS D. DUNNAR | CHRISTOPHER M. GLAUB |
| JUSTIN M. BERRELEZ | THOMAS C. CHARRON | MATTHEW W. DUNCAN | RALPH GLENN, JR. |
| ROBERT BERRELEZ | JASON M. CHERIOTTI | PATRICK T. DUNCAN | ZYRE R. GOLDSMITH |
| RONNEL BEST | JEFFREY T. CHENEY | CURTIS H. DUNLAP | MARIO F. GOMEZ |
| GARY BETTIN | JOHN D. CHIADO | ALEX M. DUNN | PATRICK GORDON |
| KENNETH R. BETTS | TERRENCE D. CHILDRESS | KENNETH T. DURANSI | RONALD J. GOSS |
| ANTONIO R. BEY | JOHN DJOKMUKAS | LESLIE DURANS | ADAM K. GREEN |
| MARTINEZ W. BIRD | THOMAS A. CIELINSKI | LaANTE M. DUREN | ALFIE GREEN |
| BRIAN M. BISWELL | BLAKE N. CLAIBORNE | ERIC DYE | MARK S. GREEN |
| SETH M. BIEDRON | KEVIN CLAIBORNE | JOSEPH E. EASDERLING | KIMBAL A. GREENE |
| FREDRIC M. BISSARD | CARL R. CLAPP | JUSTIN M. EBE | STEVEN GREENWALD |
| CARL R. BILLINGE, III | DANIEL J. CLAPP | MARK J. EDDAS | TRACEY GRICE |
| CARL R. BILLINGE, JR. | BRIAN L. CLAYBORNE | JAMES T. EDWARDS | CLARENCE R. GRIFFIN |
| MELVIN T. BILLS, JR. | DONNELL J. CLAYTON | JOHN EDWARDS | VERNON G. GRIMES, II |
| CRAIG BINDER | JOSEPH A. CUELAND, JR. | BRENT E. ELLEDGE | DOMINIQUE N. GRIMMETT |
| JASON M. BINKLEY | JORDAN A. CLUSTER | JOHN C. ELLIS | ANTHONY D. GROOHORNS |
| EUGENE V. BIONDI | KENNETH A. COBB | ANDREW I. ENGLL | ROBERT GRYBAD |
| STEPHEN L. BIRCH | PAUL J. GOCHRAN, JR. | KYLE K. ENGMAN | LEE GULLEY |
| ROBERT BITTHOFER | TREVOR G. COLBY | RYAN W. ERMEL | JAMES C. GUILLIFF |
| CHARLES J. BIXENBAR | JOSEPH B. CONNAHAN | DEREK M. ESAM | BRETT N. GUSTAFSON |
| KENNETH L. BOLDEN, II | JEFFERY J. CONNELL | PETER P. ESKAU | THOMAS D. HABERSTICK |
| JONATHAN F. BOLTON | MARK DONISSIME | LUIS E. ESTRADA | JOSEPH P. HAIG |
| JAMES V. BONVENTRE, III | MALIKA J. COOK | CLAUDE V. EVANS | MICHAEL J.* HALL |
| MICHAEL BORG | DENNIS A. COOLEY | JORDAN A. EVANS | WILLIAM D. HALL, II |
| MARCUS Q. BOUGHEADY | PATRICK COOPER | DALE FAHONIAT | RICHARD HALSEU |
| BRETT BRADFORD | KOY L. COPELAND | WINSTON FARROW | THERESA R. HALSFILL |
| DALE C. BRADLEY | THEODORE L. COPLEY | NICHOLAS J. FARRUGIA | JEFFREY R. HAMA |
| KEVIN BRADLEY | TROY A. COX | DONALD FAULKNER | DAVID J. HANDLEY |
| DONELL J. BRATCHER | TIMOTHY J. CRAFT, II | ROBERT L. FEDER | JOHN D. HANISACRE |
| DARRYLE BRAXTON | JOSEPH L. CRANDALL | RICHARD H. FERN | ANTONIO HARDEN |
| GREGORY BREWER | DANIEL T. CRETU | ERIC V. FETT | THOMAS M. HANDY |
| GREGORY L. BREWER | MICHAEL C. CRETU | VINCENT N. FIELDS | JACY T. HARNESS |
| TERENCE L. BREWER | BRIAN CRISIS | JOSEPH FUOLEN | WILLIAMIE HARP |
| JEFFREY M. BRINKER | MATTHEW J. CROUCH | PAUL F. FILSMORE | MICHAEL A. HARPER |
| JONATHAN W. BRITT | REGINALD D. CULBERTSON, II | ROY A. FINLEY, II | REGINALD D. HARPER |
| ERIC BROCK | JAMES H. CURRY | STEVEN G. FINN | ROGER S. HARPER |
| TODD M. BROD | JOHN R. CURRY | DENNIS K. FISHER | CARTHEN M. HARRIS |
| KENNETH R. BROOKS | AMMRIE K. DABNEY | GARY M. FISHER | DAVID T. HARRIS |
| ROBERT BRODDIS | CHARLES DABROWSKI | SEAN P. FLANAGAN | JAMES G. HARRIS |
| CASSANDRA BROWN | CHRISA DALY | JOSEPH FLETCHER | KELVIN HARRIS |
| CRAIG S. BROWN | BRIAN A. DAVIDSON | STEPHEN S. FLORIAN | DAN HARRIS, III |
| DARELL D. BROWN | DAMN B. DAVIDSON | KEVIN W. FLOWERS | VICTORIC J. HARRIS-LEWIS |
| DAVID A. BROWN | ANTONIO L. DAVIS | WILLIAM A. FLOWERS | DANIEL A. HARTNER |

PAGE 1 OF 3

DFFA 000293

### ALL AFFECTED MEMBERS LISTED (DFFA I)

05-07-2019

JON T. HARVEY
DANIEL J. HAYES
MATTHEW D. HAZIMANIS
THOMAS J. HEASLIP
MARTIN J. HEGARTY
JUSTIN M. HEGEDUS
ERIC J. HENRY
WILLIAM D. HERBERT
VERST D. HERBERT
GERALDO HERRERA
JEFFREY L. HESS
KEITH HEWLETT
JUSTEN L. HILKEMEYER
REGGIE J. HILL
GILBERT HILL JR.
JAMES E. HILL-HARRIS
ROBERT M. HINTZ
MATTHEW R. HOENSCHEID
TIMOTHY W. HOERNER
JOHN HOFBAUER
DONOVAN L. HOLMES
THOMAS A. HOLT IV
DAVID M. HOOD
EDWARD A. HOWARD
STEPHEN HORWATH
LEON D. HOWARD
DAVID A. HOWARD
JACKIE HUCKLEBY
PETER J. HUDSON
NAOMI J. HUFF
ERIC J. HUGHES
MELVIN HUGHES
RENALDO HUMBLITS JR.
DENNIS L. HUNTER
DONALD M. HUNTER
WESTLEY HUNTER
XAVIER D. HUTCHERSON
THOMAS ILICH
RANJID K. IRWIN
BRUCE E. IRVING
ROBERT A. IRWIN
WILLIAM G. ISWIN
ERIC L. IVEY
MICHAEL J. JABLONOWSKI
BRETT M. JACKSON
GREGORY JACKSON
VON JACKSON
RICHARD JAMES
DANIEL D. JANKOWICZ
BRANDAN P. JARACZ
BRYON JARACZ
MATTHEW L. JARBOKI
MICHAEL D. JEFFERSON
JAMAL R. JENNINGS
DOMINIQUE L. JOHNSON
LARC D. JOHNSON
HENRY JOHNSON
JAMES JOHNSON
JOHN A. JOHNSON
REGINALD B. JOHNSON
RANDON JOHNSON
MICHAEL S. JOINER
RANDY A. JOLLY
ADAM G. JONES
JAVONTE JONES
RANDY JONES
RONALD T. JONES
THOMAS J. JONES
ERIC R. JONES, II
JOSEPH JONES IV
LEE M. JONES JR.
DONALD H. JUNE
THOMAS KAISER
SCOTT KASINEC
JAMES M. KAY
JOHN P. KAY
DEVIN F. KELLY
EDWARD KELLY
KEVIN J. KELLY
WARREN M. KELLY
JON KENTALA
LEO J. KEYES

WILLIAM J. KEYES
PAUL D. KEYES, JR.
MICHAEL J. KILBURG
MARK T. KILNSTADUS
MICHAEL L. KING
ADAM M. KISEDA
CHRISTOPHER M. KISH
TROY KLAIN
SEAN M. KLESZKA
SHANE J. KLUG
ALEXANDER J. KNELL
BRANDON D. KNOWLTON
BRIAN J. KOEHN
NANCY L. KOENIG
MICHAEL J. KOSTEK
REBECCA A. KOLLER
PETER B. KOSEL
JAY P. KOWLOWSKI
KENNETH A. KROLL, JR.
KEITH E. KRUEGER
IBRAHIM KUBIATIA
PHONG HUE
LAWRENCE P. KUEHNER
ANTOINE KYSER
DAVID A. LAFATA
JUSTYN P. LAFATA
THOMAS M. LAFFAN
DEREK M. LAFFERTY
BRIAN J. LALLY
GRANT E. LANCASTER
ALAN LANCE
ADOLF LANE
TORRENCE T. LANE
DAVID G. LATOMEY
KENNETH M. LAUER
DARYL D. LEE
STEVEN L. LEE
KENNETH P. LEDMETTI
STEPHEN LEGNAIK
ZACHARY J. LEISSNER
RICHMOND D. LESTER
ALAN J. LETKOWSKI
ALLEN M. LINGEMAN
JOHN F. LIVINGSTON
JAMES B. LOGAN
ALEXANDER M. LOVEILLE
DUANE A. LONG
KURT D. LORENGER
GEORGE W. LOVELL
LEONARD J. LOVING
RICHARD J. LOWERY
PATRICK T. LUGENTE
JOHN F. LYNEM, JR.
KEVIN M. MAARTMANN
BRENDAN M. MACDONALD
HUBERT P. SAVENAH
TERENCE D. MARKE
ROBERT J. MADRE
DAVID J. MAUEWSKI
RICHARD S. MAKULSKI
ERIC T. MANCHA
CHRISTOPHER J. MANCZUK, SR
RANDY J. MANIGUALT
BRANDON A. MANTAY
TRAMOD MARIGRAV
BENJAMIN J. MARTIN
KEITH R. MARTIN
KENARD MARTIN
DAVID C. MASSENBERG
ROBERT N. MASSEY JR.
BRANDON J. MASTA
DOUGLAS MASTA
CHARLES MATTER
MICHAEL A. MATTHEWS JR.
ROBERT C. MAURICIO
ALFONZO G. MAY
KNYSHA MAYBERRY
JAMES MEYERS
JAMES MCCALLUM
RAYMOND E. MCGANTS, II
SHAWN MCCARTY
SEAN M. MCCAUL

ANTHONY B. MACLEOD
SEAN A. MCCOMSEY
DAMARCUS L. MCCOY
JONATHAN M. MCCREE
JUDITH M. MCCULLOUGH
JOHN J. MCDERMOTT
NICHOLAS A. MCDONALD
SHAWN P. MCDONALD
CHRISTOPHER MCGHEE
JARED A. MCGHEE
PATRICK S. MCGUCKIN
AARON J. MCGUIRE
OWNELL MCLAUGHIN
DARNELL MCLAURIN
DAVID T. MCLEOD
DEREK MCMATHEWS
CYNTHIA MEMILLIAN-GREEN
BRUCE P. MCMURTHY
DILLIAN M. MCNAIR
PATRICK MCNULTY
SEAN A. MEDREXDEN
KYLE B. MEAD
ERIC K. MEIER
JAMES R. MICKLES
KENTHIS MIDDLEMOONS
CLAUDE MCHOUSE JR.
CAMERON M. MILLER
DAVID S. MILLER
EARL C. MILLER
RAYNARD S. MILLER
ROBERT M. MILLSAP
PATRICK R. MINER
DAVID D. MITCHELL
RONALD L. MITCHELL, V
ADAM M. MUINARICH
MARY J. MONTES
TERRY MOFFETT
RUSSELL D. MOLER
THOMAS G. MORRIS
NATHAN G. MONTE
DURPHON D. MOORE
MARCUS A. MOORE
SAMUEL MOORE
ERNEST L. MOORE, III
SHANNON A. MORRIS
JOEL D. MOSS
MARY L. MOSS
BRADLEY M. MOYNIHAN
HERBERT A. MILFORD
JEREMY T. MULLINS
RAYMOND D. MUSHKA
JAYDEN R. MYERS
JOSEPH T. NARCENY
JAMES P. NADOLSKI
SEAN A. NAGGREEN
ASHLEY M. NALEFA
JASON G. NANCE
MATTHEW B. NARDUZZI
BRIAN F. NEIL
DAVID NELSON
RICARDO E. NELSON, SR.
BRIAN A. NEUBACHER
PHILIP W. NEVELS
MICHAEL V. NEVIN
THRISHEH NEWBERRY
GERALD NORDERES
DANIEL W. NORMAN
ERIC J. NORRIS
DAVID E. NOWACKI
ABN NOWICKI
DEMETRIUS L. NUNN
DANIEL C. NUNNERY
TOBY O'BRIEN
MICHAEL J. O'LEAR
RYAN L. OGAS
DANIEL B. OLANDOR
JACOB M. ONDUYE
DESMOND J. ORR
CHRISTOPHER DRUTCH
PAUL H. OSRADEK
MATTHEW OSTRANSDER
MICHAEL Y. OWENS

AYUSM OWENS, JR.
CHRISTOPHER A. PALM
JOSEPH M. PALM
DEREK P. PANARETOS
WILLIAM M. PARHAM, III
KEITH PARIS
CESAR C. PARKER
MARVIN PARKER
JUSTIN K. PARSONS
CHRISTOPHER M. PASZEK
JASON A. PATTERSON
NICOLAS A. PATTERSON
ENANTE PATTON
ROBERT G. PATTON
ERIN G. PAUL
JAMES E. PAYNE
JEFFERY P. PAYNE
BRIAN S. PEAGE, II
JEFFREY M. PEGG
ROBERT E.L. PEITER
KEVIN W. PENNING
ANTWONE L. PERKINS
ANTONIO J. PERRY
STEVE PERRY
KYLE M. PERY
JASON R. PETRACZUK
BARRETT D. PETTIES
CHARLES C. PICHAN
GARY S. PICKENS
RANDALL W. PIERCE
DAN PINCHECK
SEAN PINCHECK
BRYANT P. PIOTROWSKI
SHAWN P. PITTMAN, SR
BRIAN C. PITTS
NIKOLAS J. PIZZURRO
MATTHEW J. PLETZKE
JAMES N. PLIETH
DON E. POE
EXANDER Q. POE
MATTHEW PONCE
CHRISTOPHER M. PRAET
TIMOTHY J. PREVOST
CHARLES R. PRUITT, II
PETER RAISS
JASON RALEIGH
JOSEPH D. RAMIREZ
NICHOLAS D. RAND
ALFONSO A. RANDAZZO
NICHOLAS J. RAPEZZI
CHRISTOPHER C. RAPP
STEVEN M. RASSCHAERT
DAMON L. RAWLINGS
WESLEY D. RAWLS
SHAYNE M. RAXTEN
MARK REEDER
ERNIE REEDER
BRIAN L. REED
MYRON R. REED
JASON S. REEDY
STEVE G. REFENER
JASON L. REID
BRIAN H. REISTZ
SEAN D. REMTZ
GEOFFREY A. RHODES
AARON S. RICCINFO
DENNIS J. RICHARDSON
MARKUS RICHARDSON
RAYMOND K. RICHARDSON
AUGUSHY L. RICHMOND
MALCOLM RIGGINAY, II
JOSEPH T. RIESSTSER
ANTHONY R. RIGGS
KATHERINE C. RILEY
GARY D. RINCER
MICHAEL J. RISNER
DAVID D. RIVERA
JOHN M. ROACH
BERNARD ROBERTS
DANIEL ROBERTS
LERENZO R. ROBERTSON
ANTONIO D. ROBINSON

DFFA 000294

Document received by the MI Wayne 3rd Circuit Court

## LIST OF AGGRIEVED EMPLOYEES

### ALL AFFECTED MEMBERS LISTED (DFFA I)

05-07-2019

| | | |
|---|---|---|
| SIMON J. ROBINSON | STEPHANIE C. STERN | RONALD A. WARD |
| SETH P. ROCHON | JEFFREY M. STESIA | PERCY WARBACK, II |
| ALEXANDER RODERGUEZ | DERRICK A. STEPHENS | JAMES P. WASHINGTON |
| JEREMY G. RODITIS | ERWIN C. STEPHENS | JUSTIN T. WATERS |
| DARRELL A. RODGERS | CURTIS W. STEWART | KEITH J. WATKINS |
| JEFFREY G. RODGERS | DARNELL STEWART | DANIEL WATSON |
| ANTHONY L. ROGERS, JR | DAVID A. STEWART | ANTHONY C. WATTS |
| PHILLIP R. ROMERO | GERALD A. STEWART | ERIC H. WATTS |
| ROBERTO A. ROMERO | BRETT M. STILES | ANTHONY C. WATTS II |
| ALTON T. ROSS | JAMES J. STOCK | CLARENCE J. WATTS, JR |
| WILLIE LEE ROSS, JR | ROBERT L. STOKES | JAVONIA R. WEATHERSPOON |
| DAVID M. ROSS | SIDNEY L. STOKES, II | SCOTT L. WEBB |
| BRANDON ROUTHIER | DAVIN STONE | DAVID WEBSTER |
| GARRICK ROY | BERNARD P. STORM | NATHANIQUE R. WEBSTER |
| JEFFREY J. RUCINSKI | BRITAL STRAUGHTER | LUC E. WECHBUNG |
| MARTIN RUCKER | WALTER STRONG, JR | JAMOL A. WEST, JR |
| CHARLES K. RUINORSI | THOMAS M. SUCHORA | REGINALD L. WHITAKER |
| TREY J. RUNIONS | JAMES R. SUYAK, JR | ANTHONY J. WHITE |
| RAMON RUTHORSKI | ANTHONY D. SWEET | BRYAN D. WHITE |
| RICHARD T. RYBAK, JR | YOLANDA D. SYMMETT | CEDRIC R. WHITE |
| ANDRE J. SABBATH | JOHN C. SCHRAFERS | DEVON L. WHITE |
| JERAMEY S. SAFFOLD | ELIZABETH A. SZIMECISANYI | DARIUS R. WHITFIELD |
| YVONNE R. SAFFOLD | KYLE D. TABAKA | THOMAS J. BECKMAN |
| DANIEL J. SALMONSKI | OSCAR TAPIA | STEVEN J. WIEDNE |
| VITO A. SALVAGGIO | JASON J. TARRANCE | SHANNON L. WILDER |
| PAUL F. SANDERS | DAVID A. TARRER | RONALDA WILES |
| JORDANIM. SANDERS-BAILY | ERIC O. TATE | TOM WILEY |
| MICHAEL J. SANDLIN | LAMONT A. TATE | CORFELD D. WILFORM |
| REGINALD SABELIN | ANTHONY TAYLOR | ALBERT W. WILLIAMS |
| JOSEPH SAVAGE | MARK S. TAYLOR | EDWIN L. WILLIAMS |
| ANTHONY SCARLIN | STACY M. TAYLOR | JR-JUAN D. WILLIAMS |
| DANIEL SCHNEIDER | WILLIAM M. TERRELL, III | LAVAUGHN D. WILLIAMS |
| MATT T. SCHNEIDER | JUSTINO THARRETT | LEROY S. WILLIAMS |
| SCOTT J. SCHAFT | DONALD L. THOMAS | PAUL M. WILLIAMS |
| WILLIAM J. SCHANTA | FREDERICK J. THOMAS | SHERMAN N. WILLIAMS |
| JEFFERY SCHLOMER | JONATHAN T. THOMAS | VERLIN D. WILLIAMS |
| JEFFREY SCHNEIDER | KEVIN G. THOMAS, JR | KENNETH P. WILLIAMS, II |
| MARK C. SCHWARTZ | JAMES R. THOMPSON | FRANKLIN D. WILLIAMS, JR |
| PATRICK J. SCHWARTZ | MALIK M. THOMPSON | AUSTIN I. WILSON |
| ANDREW X. SCHWICKLEY | SAMUEL L. THOMPSON | BRYAN D. WILSON |
| ANTONIO L. SCOTT | DORRIS D. THORNTON | EVAN A. WILSON |
| PAUL N. SEAL | ERIK J. THORNTON | HARRY P. WILSON |
| SHAWN T. SKELY | ROBERTA JO THOMSON | SEAN P. WILSON |
| RICHARD A. SELDIL | VINCENT J. TIGOOR | TIMOTHY J. WILSON |
| ROBERT SELAROWSKI | DELESIA D. TILFORD | KEITH J. WISE |
| JOSEPH N. SELASKY | DARREN J. TILLMAN | DENNIS K. WOLFF |
| TIMOTHY A. SERBIAK | MATTHEW S. TOEMMGES | CLARENCE WOMACK |
| WAYMAN SESSION | TRENECE L. TOLLIVER | JASON A. WOOD |
| SAMUEL L. SHACK | MARCUS L. TOLLISON | ADAM J. WOODMARKET |
| RENNY R. SHELBY | CURTIS L. TONTI | DONALD W. WOODS |
| MICHAEL G. SHEPPARD | DEAN TONTI | ROBERT J. WOODS |
| BRAD M. SHIANO | NIKO A. TONTI | COREY WOODSON |
| CHRISTOPHER M. SHINKEMAN | TRACI A. TONTI | JOSEPH A. WOOLMAN |
| ROBERT SHIVENE | BRIAN D. TOOHY | JAMES J. WORTHY |
| THOMAS W. SHIRK | PAUL A. TOR | JUSTIN F. WORSHIP |
| MATTHEW J. SIBOLE | RICHARD TOOUA | ANTHONE D. WYATT |
| MARK SIMMONS | JAMES TRENKLE | KYLA WYATT |
| ROBERT W. SIMMONS | SYLVAN TRESSE | CRAIG J. WYMAN |
| JOHN E. SIMPSON | GERALD L. TREMBLEY | MICHAEL J. YEP |
| JOHNNY L. SIMS, JR | PATRICK T. TROUT | RUSSELL S. ZARRAS |
| TERESA B. SINGLETON | DARRELL TUCKER | THOMAS L. ZASKE, JR |
| GREGORY M. SIDDY | JEFFREY W. TURNER | SCOTT R.H. ZEIGLER |
| MICHAEL M. SLATER | KEITH K. TURNER | FLORKANA J. ZYDEK |
| RICHARD M. SLEEMAN, JR | MICHAEL B. URBAN | |
| DWAYNE N. SMALL | BRIAN M. URBAS | |
| ANTOINETTE SMITH | JEFFREY'S URBAS | |
| CARL R. SMITH | RICHARD P. URBAS | |
| CHRISTOPHER A. SMITH | ALEXANDER L. VADADY | |
| JAMES I. SMITH | BRIAN A. VARNAS | |
| JEFFREY A. SMITH | BENJAMIN VAUGHAN | |
| WILLIS A. SNEED II | SAMUEL VAZQUEZ, JR | |
| JOHN G. SOKWE | BLAIR A. VEIT | |
| JON C. SOLOMON | PAUL J. VELA | |
| THOMAS M. SPEARMAN | TYLER R. VERIATHE | |
| ALEXANDER C. SPITZIG | BRIAN J. VODDE | |
| CHRISTIAN SPITZIG | JAMES P. VORDITCH | |
| LEO SREUNG | MICHAEL A. VOSS | |
| ANTHONY R. SPIEZNACEI | GRZEGORZ WALAG | |
| KEVIN T. SPOUTZ | GERALD LEE WALKER | |
| JOSHUA C. SPRINGER | WALTER WALKER, JR | |
| JONNATHAN J. STAHLING | HARRIS WALLACE | |
| BRIAN K. STEELE, II | BRETT A. WALSER | |

PAGE 3 OF 3

Document received by the MI Wayne 3rd Circuit Court

DFFA 000295

CITY OF DETROIT
FIRE DEPARTMENT

# GRIEVANCE FORM

GRIEVANCE NO. **03-20**

James Washington
**NAME OF AGGRIEVED EMPLOYEE**

SGT
**TITLE**

2/6/2020
**DATE**

## STATEMENT OF GRIEVANCE:

The Master Agreement states that any grievance not filed within ten days of the occurrence of the alleged violation or within ten days of the employee or association becoming aware of alleged violation will be considered untimely and will not be heard. Grievance #12-19 (Improper Seniority Placement) was filed in an untimely manner. I was returned into the seniority system on September 26, 2016 with Department No. 574.

_William Hay_
Aggrieved Employee

Director

1/27/2020
Date Presented to Officer

## DESIRED REMEDY OF GRIEVANCE:

To remain in the seniority system as placed originally by the City of Detroit and to remain whole as a sergeant with Department No. 574.

_William Hay_
Aggrieved Employee

## STEP I:
ANSWER OF DIVISION HEAD:

Division Head

Date Returned

**UNION STATEMENT:**

ANSWER IS ACCEPTED ☐

ANSWER IS REJECTED ☐

Aggrieved Employee

Director

Date

## ADDITIONAL INFORMATION ON BACK

This "Grievance Form" is subject to revision – pending contract negotiations.

EXHIBIT # 2

Grievance Form Revised 11-2014

DFFA 000413

Document received by the MI Wayne 2nd Circuit Court

**STEP II:**

Date Presented

ANSWER OF EXECUTIVE FIRE COMMISSIONER OR DESIGNATED REPRESENTATIVE:




Executive Fire Commissioner or Designated Representative

Date Returned

UNION STATEMENT:        ANSWER IS ACCEPTED ☐        ANSWER IS REJECTED ☐




Grievance Committee                    Grievance Committee


Grievance Committee                    Executive Board Member


**ARBITRATION:** _____
                  Date Filed


Grievance Form Revised 11-2014

DFFA  000414

CITY OF DETROIT
FIRE DEPARTMENT

# GRIEVANCE FORM

GRIEVANCE NO. **04-20**

| Norman Brown | | |
|---|---|---|
| NAME OF AGGRIEVED EMPLOYEE | Lieutenant<br>TITLE | 2/6/2020<br>DATE |

**STATEMENT OF GRIEVANCE:**
(Violation of Article 8, Section C)
On January 27, 2020, I was demoted from Fire Inspector to firefighter as a result of a grievance filed by the DFFA stating the City was in violation of Article 12, Section D of the current CBA. The grievance in question was filed several years after the alleged violation occurred and, as such, it does not comply with the grievance procedure described in Article 8, Section C. Thus, the May 30, 2019 grievance is untimely/stale and should not be considered.

| _Witham Hoyt_ | | 2/3/2020 |
|---|---|---|
| Aggrieved Employee | Director | Date Presented to Officer |

**DESIRED REMEDY OF GRIEVANCE:**
Restore Norman Brown and all other similarly situated members who were affected by the untimely grievance filed May 30, 2019. All members affected should be made whole.

_Witham Hoyt_
Aggrieved Employee

## STEP I:
ANSWER OF DIVISION HEAD:




| Division Head | | |
|---|---|---|
| | | Date Returned |

| UNION STATEMENT: | ANSWER IS ACCEPTED ☐ | ANSWER IS REJECTED ☐ |
|---|---|---|





| Aggrieved Employee | Director | Date |
|---|---|---|

**ADDITIONAL INFORMATION ON BACK**

This "Grievance Form" is subject to revision – pending contract negotiations.

EXHIBIT # 3

Grievance Form Revised 11-2014

DFFA 000415

**STEP II:**

Date Presented

ANSWER OF EXECUTIVE FIRE COMMISSIONER OR DESIGNATED REPRESENTATIVE:

[Denied.]

Executive Fire Commissioner or Designated Representative     Date Returned

**UNION STATEMENT:**     **ANSWER IS ACCEPTED** ☐     **ANSWER IS REJECTED** ☑

See statement of grievance, above.

Grievance Committee        Grievance Committee

Grievance Committee        Executive Board Member

**ARBITRATION:** _____
       Date Filed

Grievance Form Revised 11-2014

DFFA 000416

Document received by the MI Wayne 3rd Circuit Court

CITY OF DETROIT
FIRE DEPARTMENT **GRIEVANCE FORM** GRIEVANCE NO. **02-20**

Craig Scott Brown
NAME OF AGGRIEVED EMPLOYEE _____ SFF _____ 2/5/2020
                                              TITLE               DATE

STATEMENT OF GRIEVANCE:

Craig S Brown grieves the City of Detroit's application of Article 12.D.7 due to the Union's untimely filing
of grievance 12-19 (Improper Seniority Placement). Under Article 8.C - Any grievance not filed within 10
calendar days of an Employee or the Association becoming aware of an alleged violation will be
considered untimely and will not be processed. I was returned into the seniority system on May 8, 2017.

_William Hays_ _____ 1/27/2020
Aggrieved Employee                        Director                        Date Presented to Officer

DESIRED REMEDY OF GRIEVANCE:

To remain in the seniority system as placed originally by the City of Detroit. To remain whole and
undernoted.

_William Hays_
Aggrieved Employee

**STEP I:**
ANSWER OF DIVISION HEAD:




Division Head _____ Date Returned _____

UNION STATEMENT:        ANSWER IS ACCEPTED ☐      ANSWER IS REJECTED ☐






Aggrieved Employee _____ Director _____ Date _____

ADDITIONAL INFORMATION ON BACK

This "Grievance Form" is subject to revision – pending contract negotiations.

EXHIBIT # _4_

Grievance Form Revised 11-2014

DFFA 000418

**STEP II:**

Date Presented

ANSWER OF EXECUTIVE FIRE COMMISSIONER OR DESIGNATED REPRESENTATIVE:

[Denied.]

_____
Executive Fire Commissioner or Designated Representative

Date Returned

**UNION STATEMENT:**     ANSWER IS ACCEPTED ☐     ANSWER IS REJECTED ☑

See statement of grievance, above.

_____
Grievance Committee

_____
Grievance Committee

_____
Grievance Committee

_William Haye_ 02-21-2020
Executive Board Member

**ARBITRATION:** _____
Date Filed

Grievance/Form Revised 11-2014

DFFA  000419

Document received by the MI Wayne 3rd Circuit Court

| CITY OF DETROIT FIRE DEPARTMENT | GRIEVANCE FORM | GRIEVANCE NO. _____ |
|---|---|---|

NAME OF AGGRIEVED EMPLOYEE: *CHRISTOPHER MCGHEE*

TITLE: *LIEUT.*

DATE: *1/23/2020*

STATEMENT OF GRIEVANCE: *THE MASTER AGREEMENT STATES THAT ANY GRIEVANCE NOT FILED WITHIN 10 DAYS OF THE OCCURENCE OF THE ALLEDGED VIOLATION OR WITHIN 10 DAYS OF THE EMPLOYEE OR ASSOCIATION BECOMING AWARE OF ALLEDGED VIOLATION WILL BE CONSIDERED UNTIMELY AND WILL NOT BE HEARD. GRIEVANCE #12-19 (IMPROPER SENIORITY PLACEMENT) WAS FILED IN AN UNTIMELY FASHION (5-30-2019) I WAS RETURNED INTO THE SENIORITY SYSTEM IN JUNE 2016.*

Aggrieved Employee: _____

Director: _____

Date Presented to Officer: *1-23-2020*

DESIRED REMEDY OF GRIEVANCE: *TO REMAIN IN THE SENIORITY SYSTEM AS PLACED ORIGINALLY BY THE CITY OF DETROIT. TO REMAIN WHOLE. (UN-DEMOTED)*

Aggrieved Employee: _____

**STEP I:**
ANSWER OF DIVISION HEAD:

Division Head: _____

Date Returned: _____

UNION STATEMENT:  ANSWER IS ACCEPTED ☐   ANSWER IS REJECTED ☐

EXHIBIT # *5*

Aggrieved Employee: _____

Director: _____

Date: _____

**ADDITIONAL INFORMATION ON BACK**

This "Grievance Form" is subject to revision – pending contract negotiations.
Grievance Form Revised 11-2014

DFFA  000420



EXHIBIT
4

CITY OF DETROIT
FIRE DEPARTMENT
DETROIT PUBLIC SAFETY HEADQUARTERS

1301 THIRD STREET
DETROIT, MICHIGAN 48226
PHONE (313) 596-2900 • TTY:711
FAX (313) 596-2888
WWW.DETROITMI.GOV

May 14, 2019

Mr. Michael V. Nevin, President
DFFA Local 344
333 West Fort Street
Suite 1420
Detroit, Michigan 48226-3149

RE:   DFFA GRIEVANCE #12-19 – Improper Seniority Placement (DFFA I)
      Union Grievance on behalf of All Affected Members

President Nevin,

The Detroit Fire Department (DFD) is in receipt of the attached grievance on May 10, 2019. The grievance reads as follows:

DFFA grieves the City of Detroit's application of Article 12.D.7. Several members were returned to active service and placed within the seniority system, not in compliance with Section 12 and/or other applicable portions of the Collective Bargaining Agreement (CBA-DFFA I).

The DFFA desired remedy is as follows:

Utilizing the CBA, recalculate and place into their proper respective places and/or ranks within the seniority book as maintained by the DFD.

EXHIBIT # 4

DFFA   000356

The Department denies the grievance. The grievance is vague and does not identify who has been affected. "Several members" does not identify specific individuals that the Department can audit for purposes of this grievance. Please put in writing the individuals that have incorrect seniority.

Sincerely,

**ROBERT SHINSKE**
Deputy Chief-Fire Operations

c:    Eric Jones, Executive Fire Commissioner
Sydney Puricelli, 2nd Deputy Commissioner
William Harp, DFFA Vice President
Valerie Colbert, Labor Relations
Hakim Berry, Labor Relations
Reginald Jenkins, Labor Relations
Christopher P. Legghio, Attorney for DFFA
Megan Boelstler, Attorney for DFFA

DFFA   000357

EXHIBIT
5

*McGhee V Detroit*



# DETROIT FIRE FIGHTERS ASSOCIATION

I.A.F.F. Local 344 · Organized May 1933

333 West Fort Street, Suite 1420 · Detroit, MI 48226-3149

(313) 962-7546 | (313) 962-7899 fax | www.dffa344.org

February 26, 2019

**VIA EMAIL ONLY**

Michael V. Nevin
*President*

William M. Harp
*Vice President*

Thomas M. Gehart
*Secretary*

Verdline P. Day
*Treasurer*

**Directors**
E. Carrington
D. McLaurin
C. Smith
R. Jones
J. Cangialosi
L. Watley

**Emeritus Presidents**
Daniel Delegato
Daniel F. McNamara

Hakim W. Berry
Director of Labor Relations
City of Detroit HR Department
Labor Relations Division
2 Woodward Avenue, Suite 332
Detroit, MI 48226
berryh@detroitmi.gov

Re:   Reinstatement from Duty Disability

Dear Mr. Berry:

This is a follow up to our discussions regarding the reinstatement of several employees from duty disability and/or proper placement retroactively of said/some employees per the CBA. We also discussed the CBA provisions applicable to this reinstatement.

This confirms that, as discussed, the DFFA will not grieve or otherwise litigate the City's failure to restore seniority to these employees upon their reinstatement from duty disability.

This resolution or settlement of this matter shall have no precedential value and cannot be used by the City against DFFA in any other matter.

Thank you.

Sincerely,

DETROIT FIRE FIGHTERS ASSOCIATION

MICHAEL V. NEVIN
President - Local 344

**EXHIBIT #** 5

Affiliated

| International Association of Fire Fighters<br>AFL-CIO | Michigan State<br>AFL-CIO | Metropolitan Detroit<br>AFL-CIO |
|---|---|---|

DFFA   000284



*McGhee V Detroit*

# DETROIT FIRE FIGHTERS ASSOCIATION

I.A.F.F. Local 344 · Organized May 1933

333 West Fort Street, Suite 1420 · Detroit, MI 48226-3149

(313) 962-7546 | (313) 962-7899 fax | www.dffa344.org

February 27, 2019

**VIA EMAIL ONLY**

**Michael V. Nevin**
*President*

**William M. Harp**
*Vice President*

**Thomas M. Gehart**
*Secretary*

**Verdine P. Day**
*Treasurer*

**Directors**
E. Carrington
D. McLaurin
C. Smith
R. Jones
J. Cangialosi
L. Watley

**Emeritus Presidents**
Daniel Delegato
Daniel F. McNamara

Hakim W. Berry
Director of Labor Relations
City of Detroit HR Department
Labor Relations Division
2 Woodward Avenue, Suite 332
Detroit, MI 48226
*berryh@detroitmi.gov*

Re:    **Reinstatement from Duty Disability**

Dear Mr. Berry:

This is a follow up to my letter yesterday and our discussions regarding the reinstatement of several employees from duty disability.

To clarify, we understand that the City will retroactively adjust the seniority of the employees who returned to work after being on retirement for duty disability for more than two years. We understand that the City will now count these employees' seniority from their reinstatement dates. Further, we understand that, for the upcoming reinstatement of several employees from duty disability -- who have been in retirement for more than two years -- the City will count these employees' seniority from their reinstatement dates.

We discussed the current CBA provisions applicable to this reinstatement.

This confirms that, as discussed, the DFFA will not grieve or otherwise litigate this matter.

This resolution or settlement of this matter shall have no precedential value and cannot be used by the City against DFFA in any other matter.

Thank you.

Sincerely,

DETROIT FIRE FIGHTERS ASSOCIATION

MICHAEL V. NEVIN
President - Local 344

Affiliated

| International Association of Fire Fighters AFL-CIO | Michigan State AFL-CIO | Metropolitan Detroit AFL-CIO |

DFFA  000288