UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CITY OF DETROIT

Debtor.

Chapter 9

Case No. 13-53846-tjt

Hon. Thomas J. Tucker

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

Attorney John F. Rhoades hereby requests to be removed from receiving electronic notices on behalf of Pike Pointe Holdings, LLC at the following e-mail address: jrhoades@dykema.com.

*/s/ John F. Rhoades*
DYKEMA GOSSETT PLLC
400 Renaissance Center
Detroit, MI 48243
313-568-6628
jrhoades@dykema.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 29, 2021, a copy of the foregoing REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

> */s/ John F. Rhoades*
> DYKEMA GOSSETT PLLC
> 400 Renaissance Center
> Detroit, MI 48243
> 313-568-6628
> jrhoades@dykema.com

112975.000002  4827-1943-5960.2