UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

CITY OF DETROIT, MICHIGAN,

Case No.13-53846

Hon. Thomas J. Tucker

Debtor.

Chapter 9

---

**EXHIBIT LIST TO RESPONSE TO MOTION OF DETROIT FIRE FIGHTERS ASSOCIATION (DFFA) FOR THE ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT AGAINST: CHRISTOPHER MCGHEE, NORMAN BROWN, CRAIG BROWN, JAMES WASHINGTON, SHANNON FERGUSON, JUNIUS PERRY AND ORLANDO POTTS**

Lower court Plaintiffs Christopher McGhee, Norman Brown, Craig Brown, James Washington, Shannon Ferguson, Junius Perry, and Orlando Potts, by and through their undersigned counsels submit the following exhibits.

## EXHIBIT LIST

1. Exhibit 1 – 2001-2008 CBA – Pg. 1
2. Exhibit 2 – 2014-2019 CBA – Pg. 4
3. Exhibit 3 – Notice of Depositions and Grievances – Pg. 9
4. Exhibit 4 – May 14, 2019 Denial of DFFA Grievance – Pg. 23
5. Exhibit 5 – February 26, 2019 Agreement Re DFFA Grievance – Pg. 25
6. Exhibit 6 – Norman Brown Communications – Pg. 27
7. Exhibit 7 – Norman Brown Communications – Pg. 32

8. Exhibit 8 – Craig Brown Communications – Pg. 33

9. Exhibit 9 – Christopher McGhee Communications – Pg. 35

10. Exhibit 10 – James Washington Communications – Pg. 37

11. Exhibit 11 – Orlando Potts Communications – Pg. 42

12. Exhibit 12 – Shannon Ferguson Communications – Pg. 50

13. Exhibit 13 – Junius Perry – Communications – Pg. 53

14. Exhibit 14 – Jenkins Deposition – Pg. 56

15. Exhibit 15 – Crosson Deposition – Pg. 78

16. Exhibit 16 – Nevin Affidavit – Pg. 100

17. *O'loghlin v. County of Orange, 229 F. 3d 871 - Court of Appeals, 9th Circuit 2000*

18. Order, Plan of Adjustment

Respectfully submitted,

Dated: September 24, 2021

/s/ Herbert A. Sanders
Herbert A. Sanders (P43031)
The Sanders Law Firm, P.C.
One of the Attorneys for Respondents
615 Griswold, Suite 913
Detroit, MI 48226
Phone: 313-962-0099
Fax: 313-962-0044
haslawpc@gmail.com

*/s/ Lesley A. Hoenig*
Lesley A. Hoenig (P71763)
One of the Attorneys for the Respondents
108 S University Ave, Suite 3
Mount Pleasant, MI 48858
(989) 773-0900
lesley@hoeniglaw.com

*/s/ Shawndrica N. Simmons*
Shawndrica N. Simmons
P70608 (Michigan)
SIMMONS LEGAL dba the LawChic
Attorney for Plaintiffs
77 Bagley St.
Pontiac MI 48341
(248) 732-7559 (o)
(248) 268-0168 (f)
SimmonsLegal@LawChic.com