**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN RE:

CITY OF DETROIT, MICHIGAN,

Case No.13-53846

Hon. Thomas J. Tucker

Debtor.

Chapter 9

---

## COVERSHEET FOR EXHIBITS 1-5

**EXHIBIT**

**1**

# MASTER AGREEMENT

BETWEEN THE

# CITY OF DETROIT

AND THE

# DETROIT FIRE FIGHTERS ASSOCIATION

# 2001 - 2008



EXHIBIT #

work stoppage, slowdown, or withholding of services, the Union shall forthwith disavow any such strike, work stoppage, slowdown, or withholding of services and shall refuse to recognize any picket line established in connection therewith. Furthermore, at the request of the City, the Union shall take all reasonable means to induce such employee or group of employees to terminate the strike, work stoppage, slowdown, or withholding of services and to return to work forthwith.

C. In consideration of the performance by the Union of its obligations under Paragraphs A and B of this Section, there shall be no liability on the part of the Union nor of its officers or agents for any damages resulting from the unauthorized breach of the agreements contained in this Section by individual members of the Union.

# 9. SENIORITY

A. **Definition:** Seniority shall be defined for departmental purposes, as the length of continuous service within the Fire Department in classes covered in Schedule II. This definition shall not be applicable in cases of layoff and recall (refer to Section 9-K), and duty injury resulting in disability retirement.

B. **Seniority Lists:** An up-to-date seniority list showing the names, classification and date of last promotion shall be furnished the Association on or before February 1st and August 1st of every year. A copy of the list shall be maintained in all company quarters and divisional offices for inspection by employees.

C. **Forfeitures:** An employee shall forfeit his seniority only for the following reasons:

1. he/she resigns or quits;

2. he/she is discharged or permanently removed from the payroll and such separation is not reversed through the grievance procedure or other legal action;

3. he/she fails to report to work within ten (10) calendar days after receiving notice of recall from layoff;

4. he/she fails to report back to work within ten (10) calendar days after expiration of an approved leave of absence, except a military leave of absence;

5. he/she is absent from work without notice to the department for fifteen (15) calendar days;

6. he/she retires on a regular service retirement or a reduced disability retirement, or if on a duty disability, reaches what would have been his twenty-fifth (25th) anniversary.

7. an employee shall have his seniority reduced only if he/she is suspended for thirty (30)

11

calendar days or more for a single incident which carries a possible first offense penalty up to dismissal. In such event, the employee's seniority, for purposes of promotion only, shall be reduced by the length of the suspension.

8.   (a) Seniority credit for promotions to any position in the Department shall be frozen and cease to accumulate for any member on a disability retirement for three (3) years or more. In the event such person is returned to active service, he/she shall be reinstated with his/her frozen seniority.

     (b) Persons who return to active service from duty disability retirement after one (1) or more years of absence must attend and successfully complete a re-entry training program including a performance physical evaluation that is conducted the Fire Training Division and approved by the Chief of Fire Operations and Executive Fire Commissioner.

Situations governed by 3, 4, and 5 are subject to the various qualifications and procedures set out in Personnel Directive 84-1 (as in effect in December, 1988) including but not limited to the final paragraph on page 2 of that directive.

D.   **Divisions:** For purposes of this section, the Divisions of the Fire Department shall be deemed to be (a) Fire Fighting; (b) Fire Marshal; (c) Apparatus; (d) Training Academy; (e) Communications; (f) Research and Development; and (g) Community Relations.

1.   Probationary Employees: The probationary period for employees commencing employment in the Fire Department shall be the first twelve (12) months of their employment in the Department. Such employees are hereafter referred to as Trial Firefighters.

2.   The Union shall represent Trial Firefighters for the purpose of collective bargaining in respect to rates of pay, wages, hours of employment and other conditions of employment.

3.   The Department may, in accordance with Human Resources Department and Civil Service Rules, extend a Trial Firefighter's probationary period or take action to separate the Trial Firefighter as a probationary employee.

4.   The Department shall notify the Union of the reasons for any extension of probation.

E.   **Promotions and Transfers - Fire Fighting Division:**

1.   General: Promotions in the Fire Department shall be based on length of service therein. The officers or employee thereof having served the longest period in any position shall be advanced to fill any vacancy in the next higher position, if he/she shall have the qualifications therefor.

     a.   Promotions shall be based solely upon seniority provided the senior employee shall satisfy qualifications for the position for which he/she is to be promoted.

12

EXHIBIT
2

# MASTER AGREEMENT

## BETWEEN THE

# CITY OF DETROIT

## AND THE

# DETROIT FIRE FIGHTERS ASSOCIATION

# 2014 - 2019

EXHIBIT # 2


CHI-181946346v3

10. Chief of Plans and Examinations
    a. Bachelor's Degree Required
    b. 3 years experience in Fire Marshall Division
    c. Active DFD Employee

D. <u>Reversion Rights.</u> If an Employee is removed from a Designated Job Classification (for a reason other than discharge for just cause), he/she shall revert to their prior position once a vacancy exists.

E. <u>Position Postings.</u> All open positions for designated job classifications will be posted a minimum of seven (7) days internally to the entire Department. The Executive Fire Commissioner will select individuals from the eligible pool of candidates to interview.

F. <u>No Candidate Promotion.</u> In the event that no candidate is available, a person in a lower rank can be considered for the open position provided that person meets the qualifications for the next higher position as stated in Article 7, Section B (e.g., a Captain can be considered for promotion to Senior Chief (bypassing Battalion Chief) if the Captain meets the qualifications for Battalion Chief). This can continue down the ranks in reverse order until the promotion is filled.

## 8. GRIEVANCE PROCEDURE – NON-DISCIPLINARY GRIEVANCES

A. Subject to Section B of this Article, Employees will have the right to present grievances in accordance with the procedure provided herein.

B. Employees in the Designated Job Classifications shall have no right to present grievances under this Article. Probationary Employees shall have no right to present grievances under this Article, except that such Employees may present grievances concerning their pay.

C. The Association will deliver grievances directly to the Executive Fire Commissioner or his/her designee via e-mail or hand delivery. The written grievance will set forth the name(s) of the Employee or Employees involved and the provisions of this Agreement, if any, that the grievant claims have been violated. Receipt of the grievance will be acknowledged by the Executive Fire Commissioner or his/her designee who receives the grievance. Any grievance not filed within ten (10) calendar days of the occurrence of the alleged violation or within ten (10) calendar days of an Employee or the Association becoming aware of an alleged violation will be considered untimely and will not be processed.

D. The informal resolution of differences or grievances is urged and encouraged to be resolved at the lowest possible level of supervision.

E. Immediate supervisors, Division Heads, and reviewing officers shall consider promptly all grievances presented to them and, within the scope of their authority, take such timely action as is required.

F. Grievances shall be processed according to the following procedure:

state, and the opposite party is bound to agree, that the award not be binding precedent in analogous situations pending at that time.

H. The arbitrator shall limit his/her decision strictly to the interpretation, application, or enforcement of the specific articles and sections of this Agreement, and he/she shall be without power or authority to make any decisions:

1. Contrary to, or inconsistent with or modifying or varying in any way, the terms of this Agreement or of applicable law or rules or regulations having the force and effect of law.

2. Involving the exercise of discretion by the City under the provisions of this Agreement, its Charter, or applicable law.

3. Limiting or interfering in any way with the powers, duties, or responsibilities of the City under its Charter, applicable law, and rules and regulations having the force and effect of law.

4. Changing, altering, or modifying any practice, policy, or rule presently or in the future established by the City as long as such practice, policy, or rule does not conflict with this Agreement.

5. Implying any restriction or condition binding upon the City from this Agreement, it being understood that, except as such restrictions or conditions upon the City are specifically set forth herein, or are fairly inferable from the express language of any article or section hereof, the matter in question falls within the City's management rights under Article 3.

6. Concerning the establishment of wage scales, rates on new or changed jobs, or change in any wage rate.

7. Providing agreement for the parties in those cases, where by their contract, they may have agreed that further negotiations should occur to cover the matters in dispute.

8. Granting any right or relief for any period of time whatsoever prior to the Effective Date of this Agreement or subsequent to the date upon which this Agreement shall terminate.

## 10. DISCIPLINE PROCEDURE

A. The Department reserves the right to discipline, discharge, demote, and/or suspend Employees for just cause. Subject to Section B of this Article, every Employee will have the right to contest discipline in accordance with the procedure provided herein.

B. Probationary Employees and Employees in Designated Job Classifications

strike, work stoppage, slowdown, sit down, stay in, or withholding of services and to return to work forthwith.

C.  The City shall have the right to discipline or discharge any Employee(s) participating in such interference, and the Union agrees not to oppose such action when properly taken. It is understood, however, that the Union may grieve the discipline or discharge of any Employee(s) disciplined or discharged by the City for participating in those actions listed in Sections A and B of this Article.

D.  To the extent that the Union, and all its officers and agents, fully comply with Sections A and B of this Article, there shall be no liability on the part of the Union or its officers and agents for any damages resulting from the unauthorized breach of this Article by individual members of the Union.

## 12.  SENIORITY

A.  Seniority. Seniority is defined as the length of continuous service within the Department without interruption or breaks. Seniority, as defined above, is established to serve as a basis for determining Employee seniority rights provided for in this Agreement including the order of demotion or lay off in the event of a reduction in force and the reemployment rights of Employees.

B.  Continuous Service. Continuous service shall mean employment with the Department without interruption or breaks. The following shall not be considered breaks in service.

1.  Service in the Armed Forces of the United States up to five (5) years, or longer if such service is exempt under applicable law.

2.  Absence from work due to injuries compensated for under the Workers' Compensation Act of the State of Michigan.

3.  Lay off as a result of a reduction in force for a period not exceeding two (2) years.

4.  Other approved leaves of absence for a period not exceeding one (1) year.

C.  Personal Leave of Absence. Employees may be granted a personal leave by the City for up to one (1) year. Seniority accrued prior to the leave will be retained but Employees will not accumulate additional seniority for the period of the leave, except that this provision shall not apply to leaves related to the military.

D.  Loss of Seniority. An Employee shall lose his/her seniority for the following reasons only:

1.  Resignation.

2.  Retirement.

3.  Discharge.

13-53846-tjt    Doc 13455-2    Filed 09/29/21    Entered 09/29/21 17:17:52    Page 8 of 27

4. If an Employee working 8- or 10-hour shifts fails to report to work for five (5) consecutive calendar days, an Employee working 12-hour shifts fails to report to work for four (4) consecutive tours of duty, or an Employee working 24-hour shifts fails to report to work for two (2) consecutive tours of duty, without providing proper notice to the Department, unless the Employee, in the judgment of the Department, is completely incapacitated through no fault of his/her own or subject to some other emergency situation that, through no fault of his/her own, makes him/her unable to report said absence and is able to supply sufficient proof thereof.

5. If an Employee working 8- or 10-hour shifts fails to report within three (3) consecutive calendar days, or an Employee working 12- or 24-hour shifts fails to report to work within two (2) consecutive tours of duty, after leave of absence, vacation, or suspension.

6. Failure of a laid-off Employee to notify the Department of his/her intent to return to work within seven (7) days after notice has been sent by the Department to the laid-off Employee at his/her last address on the Department's records at time of layoff.

7. Absence from work for any reason (including lay-off) in excess of two (2) years, except as set forth in Section B.1 of this Article.

E. <u>Resolving Ties in Seniority</u>. Where two (2) or more persons have the same seniority date, the Employee who was first hired, according to the time stamp on his/her job application, shall be deemed as having the greater seniority.

F. <u>Seniority Lists</u>. The City will e-mail to the Union, upon request (limited to two (2) times per year), a seniority list showing each Employee's name, address, department, classification, and Department seniority date.

G. <u>Probationary Employees</u>.

1. The probationary period for Employees commencing employment in the Fire Department shall be the first twelve (12) months of their employment in the Department. Such Employees are hereafter referred to as Trial Firefighters.

2. The Union shall represent Trial Firefighters for the purpose of collective bargaining in respect to rates of pay, wages, hours of employment, and other conditions of employment; provided, however, that Trial Firefighters shall have no right to present grievances under Article 8, except that such Employees may present grievances concerning their pay.

3. The Department may, in accordance with Human Resources Department and Civil Service Rules, extend a Trial Firefighter's probationary period or take action to separate the Trial Firefighter as a probationary employee.

EXHIBIT

3

## STATE OF MICHIGAN
## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

CHRISTOPHER MCGHEE, NORMAN BROWN,
CRAIG BROWN, JAMES WASHINGTON,
SHANNON FERGUSON, JUNIUS PERRY,
and ORLANDO POTTS

                Plaintiffs,

v.

CITY OF DETROIT, et al.
*In their Individual and Official Capacities,*
*Jointly & Severally,*

                Defendants.

Case No. 20-006272-CD

Judge: Sheila Gibson

**Herbert A. Sanders (P43031)**
**The Sanders Law Firm, P.C.**
Attorney for Plaintiffs
The Ford Building
615 Griswold, Suite 913
Detroit, Michigan 48226
(313) 962-0099 (Phone)
(313) 962-0044 (Fax)
haslawpc@gmail.com

**Christopher P. Legghio (P27378)**
**John G. Adam (P37205)**
**Legghio & Israel, P.C.**
Attys for Fire Dept. Defendants
306 S. Washington, Suite 600
Royal Oak, MI 48067-3837
(248) 398-5900
cpl@legghioisrael.com
jga@legghioisrael.com

**Shawndrica N. Simmons (P70608)**
**Simmons Legal dba theLawChic**
Attorney for Plaintiffs
77 Bagley St.
Pontiac MI 48341
(248) 732-7559 (Phone)
simmonslegal@LawChic.com

**Jason T. McFarlane (P73105)**
**City of Detroit, Law Department**
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 224-4550
mcfaj@detroitmi.gov

## PLAINTIFF NOTICE OF TAKING DEPOSITIONS

    PLEASE TAKE NOTICE that Plaintiff's counsel will take depositions via Zoom before a notary

public and stenographer in accordance with the provisions of MCR 2.306(A)(1).

1. March 10, 2021 at 9am: Plaintiff requests that the DFFA produce the Union representative person(s) most knowledgeable concerning the attached grievances and their resolutions.

2. March 10, 2021 at 1pm: Plaintiff requests that the City of Detroit produce the City representative person(s) most knowledgeable concerning the attached grievances and their resolutions.

3. March 10, 2021 at 3:30pm: Kemia Crosson.

4. March 11, 2021 at 9am and staggered 1 hour apart: All other Defendants.

EXHIBIT # 3

2/24/21                     Page 1 of 2

## STATE OF MICHIGAN
## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

Zoom link will be emailed on March 5, 2021 to all attorneys of record.

Dated: February 24, 2021

/s/ _Herbert A. Sanders_
The Sanders Law Firm P.C.
Attorney for Plaintiffs

Document received by the MI Wayne 3rd Circuit Court

| CITY OF DETROIT FIRE DEPARTMENT | GRIEVANCE FORM | GRIEVANCE NO. 12-19 |
|---|---|---|

**ALL DFFA 1 MEMBERS (SEE ATTACHED LIST)**

NAME OF AGGRIEVED EMPLOYEE       TITLE       05-07-2019 DATE

STATEMENT OF GRIEVANCE:

DFFA grieves the city of Detroit's application of Article 12.D.7. Several members were returned to active service and placed within the seniority system, not in compliance with Section 12 and/or other applicable portions of the Collective Bargaining Agreement (CBA-DFFA I).

_____      _____      5-19-19
Aggrieved Employee      Director      Date Presented to Officer

DESIRED REMEDY OF GRIEVANCE:

Utilizing the CBA, recalculate and place into their proper respective places and/or ranks within the seniority book as maintained by the DFD.

_____
Aggrieved Employee

**STEP I:**
ANSWER OF DIVISION HEAD:

_____      _____
Division Head      Date Returned

UNION STATEMENT:      ANSWER IS ACCEPTED ☐      ANSWER IS REJECTED ☐

_____      _____      _____
Aggrieved Employee      Director      Date

ADDITIONAL INFORMATION ON BACK

This "Grievance Form" is subject to revision – pending contract negotiations.

Grievance Form Revised 11-2014

EXHIBIT # 1

DFFA 000291

Document received by the MI Wayne 3rd Circuit Court

**STEP II:**

Date Presented

ANSWER OF EXECUTIVE FIRE COMMISSIONER OR DESIGNATED REPRESENTATIVE:

Executive Fire Commissioner or Designated Representative         Date Returned

UNION STATEMENT:          ANSWER IS ACCEPTED ☐          ANSWER IS REJECTED ☐

Grievance Committee                    Grievance Committee

Grievance Committee                    Executive Board Member

**ARBITRATION:** _____
                    Date Filed

Grievance Form Revised 11-2014

DFFA  000292

# ATTACHMENT TO GRIEVANCE NO. 12-19

## LIST OF AGGRIEVED EMPLOYEES

### ALL AFFECTED MEMBERS LISTED (DFFA I)

05-07-2019

TIMOTHY A. ABRAMS
WILLIAM ADDGA
TYLER C. ADOLEY
HAROLD A. ACOFF
DAVID ADAMS
KARNAESA ADAMS
ZOBER S. AHMAD
RANDALL N. AKINS, JR.
CHRISTOPHER S. ALEF
STEVEN L. ALEF
BRIAN K. ALLEN
TRACEY ALLEN
PERCY ALLEN III
STEVEN AMEYE
MARTIN ANDARI
EMEC D. ANDERSON
MARC ANDREWS
VYTAS J. ANDRUSAITIS
ANTHONY ANGELUCCI
DENNY W. APPEL
SCOTT L. AUSTIN
KLAJDI AVDULLAI
JERONY D. AVERY
JAMES F. BABESH
SPANDO C. BABER
PHILLIP P. BACHE
KEVIN L. BANG
LAWRENCE BARBARICH
THOMAS J. BARRETT
SHAWN F. BATTLE
BRIAN M. BAULCH
BRADLEY D. BAUMANN
CHRISTOPHER BAUMANN
BRADLEY A. BAZZY
WILLIAM M. BELGER, JR.
KEITH BELYUE
NICHOLAS R. BEHENEY
MATTHEW J. BERENT
MICHAEL F. BERENT
JOSEPH BERRELEZ
JUSTIN M. BERRELEZ
ROBERT BERRELEZ
RONNIEL BEST
GARY BETTIN
KENNETH R. BETTS
ANTONIO R. BEY
MARTINEZ W. BIBB
BRIAN M. BIDWELL
SETH M. BIEDRON
FREDRIC M. BICEAVES
CARL R. BILLINGE III
CARL R. BILLINGE, JR.
MELVIN T. BILLS, JR.
CRAIG BINDER
JASON M. BRADLEY
EUGENE V. BIONDI
STEPHEN L. BIRCH
ROBERT BITTHOFER
CHARLES J. BODNAR
KENNETH L. BOLDEN, II
JONATHAN E. BOLTON
JAMES V. BONVENTRE, II
MICHAEL BORE
MARCUS Q. BOUDREAUX
BRETT BRADFORD
DALE C. BRADLEY
KEVIN BRADLEY
DUKEL J. BRATCHER
DARRYLE BRASTON
GREGORY BREWER
GREGORY L. BREWER
TERENCE L. BREWER
JEFFREY M. BREWSTER
JONATHAN W. BRITT
ERIC BRKICK
TODD M. BRKICK
KENNETH R. BROOKS
ROBERT BROOKS
CASSANDRA BROWN
CRAIG S. BROWN
DARCELL D. BROWN
DAVID A. BROWN

ERIC L. BROWN
ERIK J. BROWN
GREGORY B. BROWN
JEROME A. BROWN
MICHAEL A. BROWN
SHAWN A. BROWN
NORMAN L. BROWN, JR.
ROBERT G. BROWN, JR.
TERRANCE BROWN-NUNN
ROBERT W. BRUNM, JR.
STEVEN E. BRUNNER
ERIC B. BRUNER
ERIC BRUNING
BRIAN P. BUCKLEY
BARRY BUNYAK
DUSTIN BURNS
PATRICK D. BURT
THOMAS BURT
CHARLES L. BURTON
DENNARD J. BURTON
EDDY BUTLER
WILLIAM B. BYRD, JR.
LESTAT CALDWELL
TYRONE CALLAWAY
JOHN A. GANGNADIS
RONALD J. CANTY, SR.
THOMAS F. CAPUZZO
VINCENT CAPONIGRO
KIRK A. CARLSON
PETER J. CAROLAN
JONATHAN M. CARPENTER
SHAWANDO L. CARR
ERIK W. CARRINGTON
MICHAEL F. CARROLL
BRANDON W. CARTER
TIMOTHY R. CARTER, III
JOSEPH R. CARTLEDGE
NICHOLAS F. CARVALHO
RICHARD A. CASTLE
LAWRENCE D. CAUSEY
THOMAS C. CHARRON
JASON M. CHERMOTI
JEFFREY T. CHENEY
JOHN D. CHIADO
TERRENCE D. CHILDRESS
JOHN CHOKMULAS
THOMAS A. CIELINSKI
BLAKE N. CLAIBORNE
KEVIN CLAIBORNE
CARL R. CLAPP
DANIEL J. CLAPP
BRIAN L. CLAYBORNE
DONNELL J. CLAYTON
JOSEPH A. CLELAND, JR.
JORDAN A. CLUSTER
KENNETH A. COBB
PAUL J. COCHRAN, JR.
TREVOR G. COLE
JOSEPH B. CONRAHM
JEFFERSON J. CONNELL
MARK COMBSOME
MALIKA J. COOK
DENNIS A. COOLEY
PATRICK COOPER
ROY L. COPELAND
THEODORE L. COPLEY
TROY A. COX
TIMOTHY J. CRAFT, II
JOSEPH E. CRANDALL
DANIEL T. CRETU
MICHAEL C. CRETU
BRIAN CROSS
MATTHEW J. CROUCH
REGINALD D. CULBERTSON, II
JAMES H. CURRY
JOHN R. CURRY
AMMARE K. DABNEY
CHARLES DABBONISH
CHRIS A. DALY
BRIAN A. DAVIDSON
DAMAR B. DAVIDSON
ANTONIO I. DAVIS

EDWARD DAVIS
JAMES C. DAVIS
JOHN H. DAVIS
MARION R. DAVIS
SIDNEY DAVIS
TERRY J. DAVIS
VEREINE P. DAY
FERNANDO DEAN
KYLE D. deBOER
ANDREW DEEB
DAVID J. DeBUTIS
ANTHONY J. DEUBERA
RODNEY D. DEWSON
BRIAN DeGAET
JEREMY D. DAGNETT
JAMES J. DEW
CHRISTOPHER P. DILZINSKI
COREY J. DICKERSON
DONAVAND D. DICKERSON
MICHAEL J. DILLON
LEONARD DIMARCO
ALAN S. DIONNE
ROBERT N. DISTELRATH
CHRISTOPHER DIXON
DAVID M. DIXON
DEXTER DIXON
RANDY D. DIXON, IV
MARTEZ D. DIXON
FREJDONNEL J. DOCTOR
SHAWN DOLERY
FRANCIS A. DOMBROWSKI
DENNIS P. DOOLEY
DOUGLAS P. DOOLEY
GARY DORSEY
ERIK C. DOUGHERTY
DILWORTH DOWGIALLO
BRENT D. DONTADER
RICHARD L. DUDIS
MATTHEW J. DUNAJ
DIMITRIS D. DUNBAR
MATTHEW W. DUNCAN
PATRICK T. DUNCAN
CURTISS K. DUNLAP
ALEX M. DUNN
KENNETH T. DURANT
LESLIE DURANT
LaANTE M. DUREN
ERIC DYE
JOSEPH C. EASTERLING
JUSTIN M. EBE
IAIER J. EDDINS
JAMES T. EDWARDS
JOHN EDWARDS
BRENT E. ELLEDGE
JOHN C. ELLIS
ANDREW I. ENGLL
KYLE K. ENGMAN
RYAN W. ERMEL
DERRICK W. ESAW
PETER P. ESKAU
LUIS E. ESTRADA
CLAUDE V. EVANS
JORDAN A. EVANS
DALE FAHONIAT
WINSTON FARROW
NICHOLAS J. FARRUGIA
DONALD FAULKNER
ROBERT L. FEDER
RICHARD K. FERN
ERIC V. FETT
VINCENT N. FIELDS
JOSEPH FILOLIA
PAUL F. FILLMORE
ROY A. FINLEY, II
STEVEN G. FINN
DENNIS K. FISHER
GARY M. FISHER
SEAN P. FLANAGAN
JOSEPH FLETCHER
STEPHEN S. FLORIAN
KENNY M. FLOWERS
WILLIAM A. FLOWERS

CASEY M. FOREN
KRISTOPHER J. FORNASH
THOMAS F. FORTUNATE, JR.
DERRICK S. FOSHAKI, SR.
JASON FRANCIS
REUBEN D. FRANK
THERESA ANN FRANKLIN-CARRION
DEVON R.L. FRANKLIN-SMITH
TYLER FRANKS
DARRELL FREEMAN
DARRELL E. FREEMAN II
ARNOLD FREEMAN, JR.
JONATHAN T. FRENDEWEY
SEAN D. FRICHY
LEONARD J. FRISCH
WILLIAM C. FRONCZAK
JUSTIN L. FRY
TODD F. FUDZEL
NADIMA R. FULTON
MAURICE R. FUNCHESS
GEROD R. FUNDERBURG
JOHANN W. GANESCH, JR.
DANIEL A. GARNACK
LOUIS J. GARRETT
HORACE GARY
ROBERT GASPARAY, III
PAUL J. GASOREK
TYLER P. GASHO
DARIESHA GAUT
WILLIAM J. GAVLAS
THOMAS M. GEHART
ERIK F. GEORGE
CHARLES GERAKDY
DAVID D. GHESQUIERE
KEENAN L. GIBBONS, II
RANDY L. GIBSON
LAMONTE D. GILBERT, II
VITO A. GILL
MICHAEL GILLISPIE
CHRISTOPHER M. GLAAB
RALPH GLENN, JR.
ZYRE R. GOLDSMITH
MARIO F. GOMEZ
PATRICK GORDON
RONALD J. GOSS
ADAM K. GREEN
ALFIE GREEN
MARK S. GREEN
RANDAL A. GREENE
STEVEN GRIESWALD
TRACEY GRICE
CLARENCE N. GRIFFIN
VERNON C. GRIMES, III
DOMINIQUE N. GRIMMETT
ANTHONY D. GROCHOWSKI
ROBERT GRYSKO
LEE GULLEY
JAMES C. GULUFF
BRETT N. GUSTAFSON
THOMAS D. HABERSTICK
JOSEPH P. HAG
MICHAEL J.A HALL
WILLIAM D. HALL, II
RICHARD HALSELL
THERESA R. HALSFELL
JEFFREY R. HAMM
DAVID J. HANDLEY
JOHN D. HARBACRE
ANTONIO HARDEN
THOMAS M. HARDY
JACY F. HARNESS
WILLIAM E. HARP
MICHAEL A. HARPER
REGINALD D. HARPER
ROGER S. HARPER
CARTHEM. HARRIS
DAVID T. HARRIS
JAMES D. HARRIS
KELVIN HARRIS
DAN HARRIS, III
VICTORC I. HARRIS-LEWIS
DANIEL A. HARTNER

PAGE 1 OF 3

DFFA 000293

## LIST OF AGGRIEVED EMPLOYEES

### ALL AFFECTED MEMBERS LISTED (DFFA I)

05-07-2019

JON T. HARVEY
DANIEL J. HAYES
MATTHEW D. HAZIMANIS
THOMAS J. HEASLIP
MARTIN J. HEGARTY
JUSTIN M. HEISDUGE
ERIC J. HENRY
MITJUAN D. HERBERT
VERET D. HERBERT
GERALDO HERRERA
JEFFREY L. HESS
KEITH HEWLETT
JUSTEN L. HILKEMEYER
REGGIE J. HILL
DILBERT HILL JR
JAMES E. HILL-HARRIS
ROBERT M. HINTZ
MATTHEW R. HORENSCHEID
TIMOTHY W. HORNER
JOHN HOFBAUER
DONOVAN L. HOLMES
THOMAS A. HOLT-IV
DAVID M. HOOD
JERARD A. HORACE
STEPHEN HORNATH
LEON D. HOWARD
DAVID A. HOWARD
JACKIE HUCKLEBY
PETER J. HUDSON
NAOMI J. HUFF
ERIC J. HUGHES
MELVIN HUGHES
RENALDO HUMBERTS JR
DENNIS L. HUNTER
DONALD R. HUNTER
WESLEY HUNTER
XAVIER D. HUTCHERSON
THOMAS ILICH
ANAUD K. IRWIN
BRUCE E. IRVING
ROBERT A. IRWIN
WILLIAM G. ISWAN
ERIC L. IVEY
MICHAEL J. JABLONOWSKI
BRETT M. JACKSON
GREGORY JACKSON
VON JACKSON
RICHARD JAMES
DANIEL D. JANOWICZ
BRANDON R. JARACZ
BRYON JARACZ
MATTHEW L. JARBOXI
MICHAEL D. JEFFERSON
JAMAL R. JENKINS
DOMINIQUE L. JOHNSON
ERIC D. JOHNSON
HENRY JOHNSON
JAMES JOHNSON
JOHN A. JOHNSON
REGINALD B. JOHNSON
RANDIN JOHNSON
MICHAEL S. JOINER
RANDY A. JOLLY
ADAM G. JONES
JAVONTE JONES
RANDY JONES
RONALD T. JONES
THOMAS J. JONES
ERIC R. JONES, II
JOSEPH JONES, IV
LEE M. JONES JR.
DONALD H. JUNE
THOMAS KAISER
SCOTT KASINEC
JAMES M. KAY
JOHN P. KAY
DEVIN T. KELLY
EDWARD KELLY
KEVIN J. KELLY
WARREN M. KELLY
JON KENTALA
LEO J. KEYES

WILLIAM J. KEYES
PAUL D. KEYES JR.
MICHAEL J. KILBURG
MARK T. KILINSKAOUS
MICHAEL L. KING
ADAM M. KISEDA
CHRISTOPHER M. KISH
TROY KLAIN
SEAN M. KLEJDA
SHANE J. KLUG
ALEXANDER J. KNELL
BRANDON D. KNOWLTON
KRAIN J. KOEHN
NANCY L. KOENIG
MICHAEL J. KOPTEK
REBECCA A. KOLLER
PETER S. KOSEL
JAY P. KRALINSKI
KENNETH A. KROLL, JR.
KEITH E. KRUEGER
IBRAHIM KUBAOTA
PHONG HUE
LAWRENCE P. KUEHNER
ANTOINE KYSER
DAVID A. LAFATA
JUSTYN P. LAFATA
THOMAS M. LAFFAIN
DEREK M. LAFFERTY
BRIAN J. LALLY
GRANT E. LANCASTER
ALAN LANCE
ADOLF LANE
TORRENCE T. LANE
DAVID G. LATCHNEY
KENNETH M. LAUER
DARYL D. LEE
STEVEN L. LEE
KENNETH P. LEONETTI
STEPHEN LEGNIAK
ZACHARY J. LEISSNER
RICHMOND D. LESTER
ALAN J. LETKOWSKI
ALLEN M. LINGEMAN
JOHN F. LIVINGSTON
JAMES B. LOGAN
ALEXANDER M. LOVELLI
DEANE A. LONG
KURT D. LORENGER
GEORGE H. LOVELL
LEONARD J. LOVING
RICHARD J. LOWERY
PATRICK T. LUGENTE
JOHN F. LYNEM, JR.
KEVIN M. MAANTHON
BRENDAN M. MACDONALD
ROBERT P. SAVEMAN
FLORENCE G. MABINE
ROBERT J. MACEE
DAVID J. MAUGIKSKI
RICHARD S. MAKULSKI
ERIC T. MANCHA
CHRISTOPHER A. MANCOUK, SR
RANDY J. MANIGUALT
BRANDON A. MANTAY
TRAHIDO MANIGRAY
BENJAMIN J. MARTIN
KEITH R. MARTIN
KENARD MARTIN
DAVID C. MASSENBERG
ROBERT N. MASSEY JR
BRANDON J. MATA
DOUGLAS MASTA
CHARLES MATTER
MICHAEL A. MATTHIAS, JR
ROBERT G. MAURICIO
ALFONZO G. MAY
MYRON MAYBERRY
JAMEL MAYERS
JAMES MCCALLUM
RAYMOND E. McCANTS, II
SHAWN MCCARTY
SEAN M. McCAUL

ANTHONY B. McCLOUD
SEAN A. McCOMBEY
DeMARCUS L. McCOY
JONATHAN M. McCREE
JUDITH M. McCULLOUGH
JOHN J. McDERMOTT
NICHOLAS A. McDONALD
SHAWN P. McDONALD
CHRISTOPHER McGHEE
JARED A. McNIGHT
PATRICK D. McGUCKIN
AARON J. McGUIRE
OWNELL McLAUGHN
DARNELL McLAURIN
DAVID T. McLEOD
DEREK McMATHEWI
CYNTHIA McMILLIAN-GREEN
BRUCE P. McMARTHY
DELIAN M. McNAIR
PATRICK McNULTY
SEAN A. McSPEEDEN
KYLE B. MEAD
ERIC K. MEIER
JAMAL R. MICKLES
KEITH R. MIDDLENMOORS
CLAUDE McHOUSE JR.
CAMERON M. MILLER
DAVID S. MILLER
EARL C. MILLER
RAYNARD S. MILLER
ROBERT W. MILLSAP
PATRICK R. MINER
DAVID J. MITCHELL
RONALD L. MITCHELL, II
ADAM M. MLINARICH
MARY J. MONTES
TERRY MOFFETT
RUSSELL G. MOLER
THOMAS G. MONTS
NATHAN C. MONTE
DUREHON D. MOORE
MARCUS A. MOORE
SAMUEL MOORE
ERNEST L. MOORE, III
SHANNON A. MORNS
JOEL D. MOSS
MARY J. MOSS
BRADLEY M. MOYNHAN
HERBERT A. MULFORD
JEREMY T. MULLING
RAYMOND D. MUSHIKA
JAYSSI R. MYERS
JOSEPH T. NARCONY
JAMES P. NADOLSKI
SEAN A. NAGGREEN
ASHLEY M. NALEFA
JASON G. NANCE
MATTHEW R. NARDUZZI
BRIAN F. NEIL
DAVID NELSON
RICARDO E. NELSON, SR.
RYAN A. NEUBACHER
PHILLIP W. NEVELS
MICHAEL V. NEVIN
TARGHEEH NEWBERRY
GERALDO NORDERES
DANIEL W. NOHMAN
ERIC J. NORRIS
DAVID E. NOWACKI
ABN NOWICKI
DEMETRIUS L. NUNN
DANIEL C. NUNNERY
TOBY O'BRIEN
MICHAEL J. O'LEAR
RYAN L. OGAS
DANIEL B. OLANDOGE
JACOB W. ONDUYE
DESMOND J. ORR
CHRISTOPHER DEUTCH
PAUL H. OSKAREK
MATTHEW J. OSTROWSKI
MICHAEL T. OWENS

AYUBM OWENS, JR.
CHRISTOPHER A. PALM
JOSEPH M. PALM
DEREK P. PANNETTOS
WILLIAM M. PARHAM, III
KEITH PARIS
CEDRIC PARKER
MARVIN PARKER
JUSTIN R. PARSONS
CHRISTOPHER M. PASZYN
JASON A. PATTERSON
NICOLAS A. PATTERSON
EMMANI. PATTON
ROBERT G. PATTON
ERIN D. PAUL
JAMES E. PAYNE
JEFFERY P. PAYNE
BRIAN S. PEAGE, II
JEFFREY M. PEGG
ROBERT G.L. PEFFER
KEVIN W. PENNING
ANTWAINE L. PERKINS
ANTONIO J. PERRY
STEVE PERRY
KYLE M. PFAFF
JASON R. PETRACLIK
BARRETT D. PETTEE
CHARLES C. PICHAN
GARY S. PICHENS
RANDALL W. PIERCE
DAN PINCHECK
SEAN PINCHECK
BRYANT PIOTROWSKI
SHAWN P. PITTMAN, SR
BRIAN C. PITTS
NIKOLAS J. PIZZURRO
MATTHEW J. PLETZKE
JAMES N. PLIETH
DON E. POE
EXANDER G. POE
MATTHEW PONCE
CHRISTOPHER M. PRAET
TIMOTHY J. PREVOST
CHARLES R. PRUITT, II
PETER HARIS
JASON RALEIGH
JOSEPH D. RAMIREZ
NICHOLAS D. RAND
ALFONSO A. RANDAZZO
NICHOLAS J. RAPEZZI
CHRISTOPHER L. RAPP
STEVEN M. RASSCHAORT
DAMON L. RAWLINGS
WESLEY D. RAW, II
SHAYNE M. RAXTEN
MARK REEKER
LONNIE REEDER
BRIAN L. REED
MYRON R. REED
JASON S. REEDY
STEVE G. REFENER
JASON L. REID
BRIAN H. RENTZ
SEAN D. RENTZ
GEOFFREY A. RHODES
AARON S. RICCONFO
DENNIS J. RICHARDSON
MARKUS RICHARDSON
RAYMOND K. RICHARDSON
JUKUSHY L. RICHMOND
MALCOLM REGSTRAW, II
JOSEPH T. RIESTERER
ANTHONY R. RIGGS
KATHERINE C. RILEY
GARY D. RINGER
MICHAEL J. RISSNER
DAVID O. RIVERA
JOHN M. ROACH
BERNARD ROBERTS
DANIEL ROBERTS
LORENZO R. ROBERTSON
ANTONIO D. ROBINSON

DFFA 000294

Document received by the MI Wayne 3rd Circuit Court

## LIST OF AGGRIEVED EMPLOYEES

### ALL AFFECTED MEMBERS LISTED (DFFA I)

05-07-2019

SHARON J. ROBINSON
SETH P. ROCHON
ALEXANDER RODRIGUEZ
JEREMY G. RODITIS
DARNELL A. RODERS
JEFFREY G. RODGERS
ANTHONY L. ROGERS, JR
PHILLIP R. ROMERO
ROBERTO A. ROMERO
ALTON T. ROSS
WILLIE LEE ROSS - JR
DAVID M. ROSS
BRANDON ROUTHIER
GARRICK ROY
JEFFREY J. RUCINSKI
MARTIN RUCKER
CHARLES H. RUMORES
TROY J. RUNIONS
BRIAN M. RUTHERFORD
RICHARD T. RYBKA, JR
ANDRE J. SABBATH
JERAMEY S. SAFFOLD
YVONNE R. SAFFOLD
DANIEL J. SALMONSKI
VITO A. SALVAGGIO
PAUL T. SANDERS
JORDAN M. SANDERS-BAILY
MICHAEL J. SANDLIN
REGINALD SASELLI
JOSEPH SAVAGE
ANTHONY SCARLIN
DANIEL SCHARIONER
MATT T. SCHEICHER
SCOTT J. SCHAFT
WILLIAM J. SCHANTA
JEFFERY SCHLOMER
JEFFREY SCHNEIDER
MARK C. SCHWARTZ
PATRICK J. SCHWARTZ
ANDREW K. SCHWEDLER
ANTONIO L. SCOTT
PAUL N. SEAL
SHAWN F. SKELY
RICHARD A. SEELEY
ROBERT SELAROWSKI
JOSEPH V. SELASKY
TIMOTHY A. SERBIAK
WAYMAN SESSION
SAMUEL L. SHACK
RENNY R. SHELBY
MICHAEL G. SHEPPARD
BRAD M. SHSINO
CHRISTOPHER M. SHINNEMAN
ROBERT SHIMEK
THOMAS W. SHIRK
MATTHEW J. SHOLE
MARK SIMMONS
ROBERT W. SIMMONS
JOHN E. SIMPSON
JOHNNY L. SIMS, JR
TERESA S. SINGLETON
GREGORY M. SISOY
MICHAEL M. SLATER
RICHARD W. SLEEMAN, JR
DWAYNE M. SMALL
ANTOINETTE SMITH
CARL R. SMITH
CHRISTOPHER A. SMITH
JAMES L. SMITH
JEFFREY A. SMITH
WILLIS-A. SNEED II
JOHN D. SOAVE
JON C. SOLOMON
THOMAS M. SPEARMAN
ALEXANDER C. SPITZIG
CHRISTIAN SPITZIG
LEO SPIELING
ANTHONY R. SPRENAGER
KEVIN T. SPOUTZ
JOSHUA C. SPRINGER
JOHNATHAN J. STAHLING
SHAWN STEELE P

STEPHANIE C. STEEH
JEFFREY M. STEMA
DERRICK A. STEPHENS
ERWIN C. STEPHENS
CURTIS W. STEWART
DARNELL STEWART
DAVID A. STEWART
GERALD A. STEWART
BRETT M. STILES
JAMES J. STOCK
ROBERT L. STOKES
SIDNEY L. STOKES, II
DWAIN STONE
BERNARD P. STORM
BETHAL STRAUGHTER
WALTER STRONG, JR
THOMAS M. SUCHORA
JAMES R. SUYAK, JR
ANTHONY D. SWEET
YOLANDA D. SYKWITT
JOHN C. SOMAREDO
ELIZABETH A. SZUMECSANYI
KYLE D. TABAKA
OSCAR TAPIA
JASON J. TARRANCE
DAVID A. TASSIER
ERIC O. TATE
LAMONT A. TATE
ANTHONY TAYLOR
MARK S. TAYLOR
STACY M. TAYLOR
WILLIAM M. TERRELL, III
JUSTINO THARRETT
DONALD L. THOMAS
FREDERICK J. THOMAS
JONATHAN T. THOMAS
KEVIN G. THOMAS, JR
JAMES R. THOMPSON
MALIK M. THOMPSON
SAMUEL L. THOMPSON
DORRIS THORNTON
ERIK J. THORNTON
ROBERTA JO THOMPSON
VINCENT J. TIOCORI
DELESIA D. TILFORD
DARREN J. TILLMAN
MATTHEW S. TOEMMISES
TRENECE L. TOLLINER
MARCUS L. TOLSON
CURTIS L. TONTI
DEAN TONTI
NIKO A. TONTI
TRACY A. TONTI
BRIAN D. TOOHY
PAUL A. TOR
RICHARD TOSSA
JAMES TRENKLE
SYLVAN TROSSE
GERALD L. TREMBLEY
PATRICK I. TROUT
DARRELL TUCKER
JEFFREY W. TURNER
KEITA K. TURNER
MICHAEL S. URBAN
BRIAN M. URBAS
JEFFREY S. URBAS
RICHARD P. URBAS
ALEXANDER L. VADADY
BRIAN A. VARNAS
BENJAMIN VAUGHAN
SAMUEL VAZQUEZ - JR
BLAIR A. VEIT
PAUL J. VELA
TYLER R. VERHEYNE
BRIAN J. VIODEL
JAMIE P. VOROITCH
MICHAEL A. VISED
GREGGORY MALAG
GERALD LEE WALKER
WALTER WALKER JR
HUBBS WALLACE
BRETT A. WALSER

RONALD A. WARD
PERCY WARSHICK, II
JAMES P. WASHINGTON
JUSTIN T. WATERS
KEITH J. WATKINS
DANIEL WATSON
ANTHONY C. WATTS
ERIC H. WATTS
ANTHONY D. WATTS II
CLARENCE J. WATTS, JR
JAVONA R. WEATHERSPOON
SCOTT L. WEBB
CHAD WEBSTER
NATHANIQUE R. WEBSTER
LUC E. WECHSUNG
JAMOL A. WEST, JR
REGINALD L. WHITAKER
ANTHONY J. WHITE
BRYAN D. WHITE
CEDRIC R. WHITE
DEVON L. WHITE
DARIUS R. WHITED
THOMAS J. WICKSHAM
STEVEN J. WIEDNE
SHANNON L. WILDER
RONALD A. WILES
TOM WILEY
CORNELD D. WILFORM
ALBERT W. WILLHAM
EDWIN L. WILLIAMS
JA-JUAN D. WILLIAMS
LAVAUGHN D. WILLIAMS
LEROY S. WILLIAMS
PAUL M. WILLIAMS
SHERMAN N. WILLIAMS
VERLINT J. WILLIAMS
KEANETH P. WILLIAMS, II
FRANCIS D. WILLIAMS, JR
AUSTIN J. WILSON
BRYAN D. WILSON
EVAN A. WILSON
HARRY P. WILSON
SEAN P. WILSON
TIMOTHY J. WILSON
KEITH J. WISE
DENNIS K. WOLFF
CLARENCE WOMACK
JASON A. WOOD
ADAM J. WOODMARKET
DONALD W. WOODS
ROBERT J. WOODS
COREY WOODSON
JOSEPH A. WOOLMAN
JAMES J. WORTHY
JUSTIN F. WORTHY
ANTHONE D. WYATT
KYLA WHATT
CRAIG J. WYMAN
MICHAEL J. YEIP
RUSSELL G. ZARRAS
THOMAS L. ZASKE, JR
SCOTT R.H. ZEIGLER
FLORINA J. ZYDEK

DFFA 000295

CITY OF DETROIT
FIRE DEPARTMENT  **GRIEVANCE FORM**  GRIEVANCE NO. **03-20**

James Washington
**NAME OF AGGRIEVED EMPLOYEE**  SGT
TITLE  2/6/2020
DATE

**STATEMENT OF GRIEVANCE:**

The Master Agreement states that any grievance not filed within ten days of the occurrence of the alleged violation or within ten days of the employee or association becoming aware of alleged violation will be considered untimely and will not be heard. Grievance #12-19 (Improper Seniority Placement) was filed in an untimely manner. I was returned into the seniority system on September 26, 2016 with Department No. 574.

_William Hays_
Aggrieved Employee  Director  1/27/2020
Date Presented to Officer

**DESIRED REMEDY OF GRIEVANCE:**

To remain in the seniority system as placed originally by the City of Detroit and to remain whole as a sergeant with Department No. 574.

_William Hays_
Aggrieved Employee

**STEP I:**
**ANSWER OF DIVISION HEAD:**

Division Head  Date Returned

**UNION STATEMENT:**  ANSWER IS ACCEPTED ☐  ANSWER IS REJECTED ☐

Aggrieved Employee  Director  Date

**ADDITIONAL INFORMATION ON BACK**

This "Grievance Form" is subject to revision – pending contract negotiations.

EXHIBIT # 2

Grievance Form Revised 11-2014

DFFA  000413

Document received by the MI Wayne 2nd Circuit Court

**STEP II:**

Date Presented

**ANSWER OF EXECUTIVE FIRE COMMISSIONER OR DESIGNATED REPRESENTATIVE:**

Executive Fire Commissioner or Designated Representative

Date Returned

**UNION STATEMENT:**     ANSWER IS ACCEPTED ☐     ANSWER IS REJECTED ☐

Grievance Committee

Grievance Committee

Grievance Committee

Executive Board Member

**ARBITRATION:** _____
Date Filed

Grievance Form Revised 11-2014

DFFA  000414

Document received by the MI Wayne 3rd Circuit Court

CITY OF DETROIT
FIRE DEPARTMENT
# GRIEVANCE FORM
GRIEVANCE NO. **04-20**

Norman Brown
NAME OF AGGRIEVED EMPLOYEE | Lieutenant | 2/6/2020
| TITLE | DATE

**STATEMENT OF GRIEVANCE:**
(Violation of Article 8, Section C)
On January 27, 2020, I was demoted from Fire Inspector to firefighter as a result of a grievance filed by the DFFA stating the City was in violation of Article 12, Section D of the current CBA. The grievance in question was filed several years after the alleged violation occurred and, as such, it does not comply with the grievance procedure described in Article 8, Section C. Thus, the May 30, 2019 grievance is untimely/stale and should not be considered.

Aggrieved Employee | Director | 2/3/2020
| | Date Presented to Officer

**DESIRED REMEDY OF GRIEVANCE:**
Restore Norman Brown and all other similarly situated members who were affected by the untimely grievance filed May 30, 2019. All members affected should be made whole.

Aggrieved Employee

## STEP I:
ANSWER OF DIVISION HEAD:

Division Head | Date Returned

UNION STATEMENT: | ANSWER IS ACCEPTED ☐ | ANSWER IS REJECTED ☐

Aggrieved Employee | Director | Date

ADDITIONAL INFORMATION ON BACK

This "Grievance Form" is subject to revision – pending contract negotiations.

EXHIBIT # 3

Grievance Form Revised 11-2014

DFFA 000415

Document received by the MI Wayne 3rd Circuit Court

**STEP II:**

Date Presented

ANSWER OF EXECUTIVE FIRE COMMISSIONER OR DESIGNATED REPRESENTATIVE:

[Denied.]

Executive Fire Commissioner or Designated Representative

Date Returned

**UNION STATEMENT:**     ANSWER IS ACCEPTED ☐     ANSWER IS REJECTED ☑

See statement of grievance, above.

Grievance Committee

Grievance Committee

Grievance Committee

Executive Board Member

ARBITRATION: _____
            Date Filed

Grievance Form Revised 11-2014

DFFA 000416

Document received by the MI Wayne 3rd Circuit Court

CITY OF DETROIT
FIRE DEPARTMENT

# GRIEVANCE FORM

GRIEVANCE NO. **02-20**

Craig Scott Brown

NAME OF AGGRIEVED EMPLOYEE | SFF | 2/5/2020
--- | --- | ---
| TITLE | DATE

## STATEMENT OF GRIEVANCE:

Craig S Brown grieves the City of Detroit's application of Article 12.D.7 due to the Union's untimely filing of grievance 12-19 (Improper Seniority Placement). Under Article 8.C - Any grievance not filed within 10 calendar days of an Employee or the Association becoming aware of an alleged violation will be considered untimely and will not be processed. I was returned into the seniority system on May 8, 2017.

_William Harp_
Aggrieved Employee     Director     1/27/2020
Date Presented to Officer

## DESIRED REMEDY OF GRIEVANCE:

To remain in the seniority system as placed originally by the City of Detroit. To remain whole and undemoted.

_William Harp_
Aggrieved Employee

## STEP I:
ANSWER OF DIVISION HEAD:

Division Head     Date Returned

UNION STATEMENT:     ANSWER IS ACCEPTED ☐     ANSWER IS REJECTED ☐

Aggrieved Employee     Director     Date

**ADDITIONAL INFORMATION ON BACK**

This "Grievance Form" is subject to revision – pending contract negotiations.

EXHIBIT # 4

Grievance Form Revised 11-2014

DFFA 000418

Document received by the MI Wayne 2nd Circuit Court

**STEP II:**

Date Presented

ANSWER OF EXECUTIVE FIRE COMMISSIONER OR DESIGNATED REPRESENTATIVE:

[Denied.]

Executive Fire Commissioner or Designated Representative          Date Returned

UNION STATEMENT:          ANSWER IS ACCEPTED ☐          ANSWER IS REJECTED ☑

See statement of grievance, above.

Grievance Committee                              Grievance Committee

Grievance Committee                              _William Haye_   02-21-2020
                                                 Executive Board Member

ARBITRATION:          Date Filed

Grievance Form Revised 11-2014

DFFA  000419

Document received by the MI Wayne 3rd Circuit Court

| CITY OF DETROIT FIRE DEPARTMENT | **GRIEVANCE FORM** | GRIEVANCE NO. _____ |
|---|---|---|

_CHRISTOPHER McGHEE_    _LIEUT._    1/23/2020
NAME OF AGGRIEVED EMPLOYEE     TITLE     DATE

STATEMENT OF GRIEVANCE: _THE MASTER AGREEMENT STATES THAT ANY GRIEVANCE NOT FILED WITHIN 10 DAYS OF THE OCCURENCE OF THE ALLEDGED VIOLATION OR WITHIN 10 DAYS OF THE EMPLOYEE OR ASSOCIATION BECOMING AWARE OF ALLEDGED VIOLATION WILL BE CONSIDERED UNTIMELY AND WILL NOT BE HEARD. GRIEVANCE #12-19 (IMPROPER SENIORITY PLACEMENT) WAS FILED IN AN UNTIMELY FASHION (5-30-2019) I WAS RETURNED INTO THE SENIORITY SYSTEM IN JUNE 2016._

_CL. McGL_     _____     1-23-2020
Aggrieved Employee     Director     Date Presented to Officer

DESIRED REMEDY OF GRIEVANCE: _TO REMAIN IN THE SENIORITY SYSTEM AS PLACED ORIGINALLY BY THE CITY OF DETROIT. TO REMAIN WHOLE. (UN-DEMOTED)_

_CL·McGL_
Aggrieved Employee

**STEP I:**
ANSWER OF DIVISION HEAD:

_____
Division Head

_____
Date Returned

UNION STATEMENT:     ANSWER IS ACCEPTED ☐     ANSWER IS REJECTED ☐

EXHIBIT # _5_

_____    _____    _____
Aggrieved Employee     Director     Date

ADDITIONAL INFORMATION ON BACK

This "Grievance Form" is subject to revision – pending contract negotiations.
Grievance Form Revised 11-2014

DFFA 000420



**EXHIBIT**

**4**

CITY OF DETROIT
FIRE DEPARTMENT
DETROIT PUBLIC SAFETY HEADQUARTERS

1301 THIRD STREET
DETROIT, MICHIGAN 48226
PHONE (313) 596-2900 • TTY:711
FAX (313) 596-2888
WWW.DETROITMI.GOV

May 14, 2019

Mr. Michael V. Nevin, President
DFFA Local 344
333 West Fort Street
Suite 1420
Detroit, Michigan 48226-3149

RE:   DFFA GRIEVANCE #12-19 – Improper Seniority Placement (DFFA I)
      Union Grievance on behalf of All Affected Members

President Nevin,

The Detroit Fire Department (DFD) is in receipt of the attached grievance on May 10, 2019.  The grievance reads as follows:

DFFA grieves the City of Detroit's application of Article 12.D.7. Several members were returned to active service and placed within the seniority system, not in compliance with Section 12 and/or other applicable portions of the Collective Bargaining Agreement (CBA-DFFA I).

The DFFA desired remedy is as follows:

Utilizing the CBA, recalculate and place into their proper respective places and/or ranks within the seniority book as maintained by the DFD.



EXHIBIT # 4

DFFA  000356

The Department denies the grievance. The grievance is vague and does not identify who has been affected. "Several members" does not identify specific individuals that the Department can audit for purposes of this grievance. Please put in writing the individuals that have incorrect seniority.

Sincerely,

**ROBERT SHINSKE**
Deputy Chief-Fire Operations

c:    Eric Jones, Executive Fire Commissioner
      Sydney Puricelli, 2nd Deputy Commissioner
      William Harp, DFFA Vice President
      Valerie Colbert, Labor Relations
      Hakim Berry, Labor Relations
      Reginald Jenkins, Labor Relations
      Christopher P. Legghio, Attorney for DFFA
      Megan Boelstler, Attorney for DFFA

DFFA   000357

EXHIBIT
5



*McGhee V Detroit*

# DETROIT FIRE FIGHTERS ASSOCIATION

I.A.F.F. Local 344 · Organized May 1933
333 West Fort Street, Suite 1420 · Detroit, MI 48226-3149
(313) 962-7546 | (313) 962-7899 fax | www.dffa344.org

February 26, 2019

**VIA EMAIL ONLY**

**Michael V. Nevin**
*President*

**William M. Harp**
*Vice President*

**Thomas M. Gehart**
*Secretary*

**Verdine P. Day**
*Treasurer*

**Directors**
E. Carrington
D. McLaurin
C. Smith
R. Jones
J. Cangialosi
L. Watley

**Emeritus Presidents**
Daniel Delegato
Daniel F. McNamara

Hakim W. Berry
Director of Labor Relations
City of Detroit HR Department
Labor Relations Division
2 Woodward Avenue, Suite 332
Detroit, MI 48226
berryh@detroitmi.gov

      **Re:   Reinstatement from Duty Disability**

Dear Mr. Berry:

     This is a follow up to our discussions regarding the reinstatement of several employees from duty disability and/or proper placement retroactively of said/some employees per the CBA. We also discussed the CBA provisions applicable to this reinstatement.

     This confirms that, as discussed, the DFFA will not grieve or otherwise litigate the City's failure to restore seniority to these employees upon their reinstatement from duty disability.

     This resolution or settlement of this matter shall have no precedential value and cannot be used by the City against DFFA in any other matter.

     Thank you.

        Sincerely,

        DETROIT FIRE FIGHTERS ASSOCIATION

        MICHAEL V. NEVIN
        President - Local 344

**EXHIBIT #** _5_

**Affiliated**

| International Association of Fire Fighters | Michigan State | Metropolitan Detroit |
| AFL-CIO | AFL-CIO | AFL-CIO |

DFFA  000284



*McGhee V Detroit*

# DETROIT FIRE FIGHTERS ASSOCIATION

I.A.F.F. Local 344 • Organized May 1933

333 West Fort Street, Suite 1420 • Detroit, MI 48226-3149

(313) 962-7546 | (313) 962-7899 fax | www.dffa344.org

February 27, 2019

**VIA EMAIL ONLY**

**Michael V. Nevin**
*President*

**William M. Harp**
*Vice President*

**Thomas M. Gehart**
*Secretary*

**Verdine P. Day**
*Treasurer*

**Directors**
E. Carrington
D. McLaurin
C. Smith
R. Jones
J. Cangialosi
L. Watley

**Emeritus Presidents**
Daniel Delegato
Daniel F. McNamara

Hakim W. Berry
Director of Labor Relations
City of Detroit HR Department
Labor Relations Division
2 Woodward Avenue, Suite 332
Detroit, MI 48226
*berryh@detroitmi.gov*

Re:     **Reinstatement from Duty Disability**

Dear Mr. Berry:

This is a follow up to my letter yesterday and our discussions regarding the reinstatement of several employees from duty disability.

To clarify, we understand that the City will retroactively adjust the seniority of the employees who returned to work after being on retirement for duty disability for more than two years. We understand that the City will now count these employees' seniority from their reinstatement dates. Further, we understand that, for the upcoming reinstatement of several employees from duty disability -- who have been in retirement for more than two years -- the City will count these employees' seniority from their reinstatement dates.

We discussed the current CBA provisions applicable to this reinstatement.

This confirms that, as discussed, the DFFA will not grieve or otherwise litigate this matter.

This resolution or settlement of this matter shall have no precedential value and cannot be used by the City against DFFA in any other matter.

Thank you.

Sincerely,

DETROIT FIRE FIGHTERS ASSOCIATION

MICHAEL V. NEVIN
President - Local 344

Affiliated

| International Association of Fire Fighters AFL-CIO | Michigan State AFL-CIO | Metropolitan Detroit AFL-CIO |
|---|---|---|

DFFA   000288