UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

CITY OF DETROIT, MICHIGAN,

Case No.13-53846

Hon. Thomas J. Tucker

Debtor.

Chapter 9

# COVERSHEET FOR EXHIBITS 12-13



RETIREMENT SYSTEMS OF THE CITY OF DETROIT

500 WOODWARD AVE. STE. 300
DETROIT, MICHIGAN 48226
PHONE 313•224•3362
TOLL FREE 800•339•8344
FAX 313•224•3522

September 06, 2018

Eric Jones
Fire Commissioner
Fire Department Headquarters
1301 Third Street
Detroit, Michigan 48226


IMAGED
9.6.18

Re: Shannon Ferguson – Pension Number REDACTED

Dear Commissioner Jones:

Based upon the Board's Medical Director's opinion that **Shannon Ferguson** is capable of returning to unrestricted duty, the Board of Trustees, on **Thursday, September 6, 2018**, directed that he be returned to work and that his name be removed from the System's disability retirement payrolls as of the date he returns to work. During this return to work process, **Mr. Ferguson** will <u>not</u> be directed to report for annual re-examinations.

**Mr. Ferguson** has been directed to contact Fire Medical and Personnel immediately to make the necessary arrangements for his re-employment. Please notify the undersigned in writing as to the exact date **Mr. Ferguson** returns to work.

Very truly yours,

BOARD OF TRUSTEES
POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT

Kelly Tapper, Assistant Executive Director

Tapper: Johnson

EXHIBIT # 12



**Human Resources**
ADMINISTRATION

Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 316
Detroit, Michigan 48226

Phone 313•224•3710
Fax 313•224•1750
www.detroitmi.gov

February 27, 2020

<u>Via Certified Mail</u>
Shannon Ferguson
14576 Prairie
Detroit, MI 48226

RE: Voluntary Quit Employment Notification

Dear Mr. Ferguson:

Based on the Board's Medical Directors opinion you were no longer considered disable as was directed to return to work **September 6, 2018**. Human Resources made several attempts to contact you via phone to avail. To date, you have still not reported to work at the Detroit Fire Department.

You **must** report to the Human Resources to begin the return to work process no later than **Monday, March 3, 2020**. Failure to comply with this request will deem your employment a "Voluntary Quit" from the City of Detroit.

Sincerely,

Kemia Crosson
Employee Services Consultant

cc: Rosita Brockington, Manager
Reginald Jenkins, 2nd Deputy Commissioner
Robert Distelrath, Chief - Fire Operations
Bill Harp, DFFA - Vice President



CITY OF DETROIT
FIRE DEPARTMENT
1301 THIRD STREET
DETROIT, MICHIGAN 48226

Shannon Ferguson
14576 Prairie
Detroit, MI



4823068:1913 C027

03/03/2020 DET MI 480

neopost
03/02/2020
US POSTAGE $000.46⁹

FIRST-CLASS MAIL
PRSRT

ZIP 48226
041L11229045⁹⁸



**POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT**

500 WOODWARD AVE STE 3000
DETROIT, MICHIGAN 48226
PHONE 313•224•3362
TOLL FREE 800•339•8344
FAX 313•224•3522

July 18, 2019

Eric Jones
Fire Commissioner
Fire Department Headquarters
1301 Third Street
Detroit, Michigan 48226

Re: Junius Perry – Pension Number 235414

Dear Commissioner Jones:

Based upon the Board's Medical Director's opinion that **Junius Perry** is capable of returning to unrestricted duty, the Board of Trustees, on **Thursday, July 18, 2019**, directed that he be returned to work and that his name be removed from the System's disability retirement payrolls as of the date he returns to work. During this return to work process, **Mr. Perry** will <u>not</u> be directed to report for annual re-examinations.

**Mr. Perry** has been directed to contact Fire Medical and Personnel immediately to make the necessary arrangements for his re-employment. Please notify the undersigned in writing as to the exact date **Mr. Perry** returns to work.

Very truly yours,

Board of Trustees
Police and Fire Retirement System of the City Of Detroit

Kelly Tapper, Assistant Executive Director

Tapper: Johnson



EXHIBIT # 13

Page 10 of 11

DFFA 0654

13-53846-tjt    Doc 13455-4    Filed 09/29/21    Entered 09/29/21 17:17:52    Page 5 of 7



February 27, 2020

**Via Certified Mail**
Junius Perry
24991 Joy Rd.
Dearborn Heights, MI 48427

**RE: Voluntary Quit Employment Notification**

Dear Mr. Perry:

Based on the Board's Medical Directors opinion you were no longer considered disable as was directed to return to work **July 18, 2019**. Human Resources made several attempts to contact you via phone to avail. To date, you have still not reported to work at the Detroit Fire Department.

You **must** report to the Human Resources to begin the return to work process no later than **Monday, March 3, 2020**. Failure to comply with this request will deem your employment a "Voluntary Quit" from the City of Detroit.

Sincerely,

Kenia Crosson
Employee Services Consultant

cc: Rosita Brockington, Manager
Reginald Jenkins, 2nd Deputy Commissioner
Robert Distelrath, Chief - Fire Operations
Bill Harp, DFFA - Vice President



City of Detroit
Fire Department
1301 Third Street
Detroit, Michigan 48226

Junius Perry
24991 Joy Rd.
Dearborn Heights, MI 48427

neopost
03/02/2020
US POSTAGE $000.46⁹

FIRST-CLASS MAIL
PRSRT

ZIP 48226
041L12204598

03/03/2020 DET MI 480

4B2 NFE 1  A191B003/04/20
NOTIFY SENDER OF NEW ADDRESS
PERRY JUNIUS
PO BOX 982
WARREN MI 48090-0982
BC: 48090098282   *0353-04094-04-01

4812731588 0082