UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 13-53846

CITY OF DETROIT, MICHIGAN,  Chapter 9

        Debtor.  Judge Thomas J. Tucker
_____/

# ORDER SETTING DEADLINE FOR THE DETROIT FIRE FIGHTERS ASSOCIATION TO FILE ANY REPLY BRIEF IN SUPPORT OF ITS PENDING MOTION (DOCKET # 13430)

      This case is before the Court on the motion filed by the Detroit Fire Fighters Association (the "DFFA"), entitled "Motion of Detroit Fire Fighters Association (DFFA) For the Entry of an Order Enforcing the Plan of Adjustment Against: Christopher McGhee[,] Norman Brown[,] Craig Brown[,] James Washington[,] Shannon Ferguson[,] Junius Perry, and Orlando Potts" (Docket # 13430, the "Motion").  The Debtor City of Detroit and the Police and Fire Retirement System of the City of Detroit filed concurrences with the Motion (Docket ## 13438, 13445). Jointly, the respondents (Christopher McGhee, Norman Brown, Craig Brown, James Washington, Shannon Ferguson, Junius Perry, and Orlando Potts) filed a response, objecting to the Motion (Docket # 13455).

      L.B.R. 9014-1(f) (E.D. Mich.) states that: "[a] reply brief of not more than seven pages in length, including footnotes and signatures, may be filed and served not less than three Business Days before the hearing on the motion."  The Court has not yet scheduled a hearing on the Motion.  The Court likely will do so in the near future, but at this time the Court first will set a specific deadline for the DFFA to file any reply brief in support of the Motion, so that the Court will be able to review any such reply brief more than 3 business days before the hearing.  So the Court will vary the usual procedure under L.B.R. 9014-1(e), in the following way.

      IT IS ORDERED that the DFFA must file any reply brief in support of the Motion no later than October 14, 2021.

**Signed on September 30, 2021**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**