UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CITY OF DETROIT

Debtor.

Chapter 9

Case No. 13-53846

Hon. Thomas J. Tucker

## <u>CORRECTED CERTIFICATE OF SERVICE</u>

I hereby certify that on September 29, 2021, a copy of John F. Rhoades

REQUEST TO BE REMOVED FROM ELECTRONIC NOTICES [Doc. 13453] on

behalf of Pike Pointe Holdings, LLC was electronically filed with the Clerk of the

Court using the ECF system which will send notification of such filing to all counsel

of record.

/s/ John F. Rhoades
DYKEMA GOSSETT PLLC
400 Renaissance Center
Detroit, MI 48243
313-568-6628
jrhoades@dykema.com

Dated: October 6, 2021

112975.000002 4838-9297-4513.1

DYKEMA GOSSETT PLLC • 400 Renaissance Center, Detroit, Michigan 48243