UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

CITY OF DETROIT, MICHIGAN,

Debtor.

Case No.13-53846

Hon. Thomas J. Tucker

Chapter 9

## CERTIFICATE OF SERVICE

The Undersigned states that copies of **Response to Motion of Detroit Fire Fighters Association (DFA) for the Entry of an Order Enforcing the Plan of Adjustment Against: Christopher McGhee, Norman Brown, Craig Brown, James Washington, Shannon Ferguson, Junius Perry and Orlando Potts** was served upon the following parties through the CM/ECF system electronically on September 29, 2021 along with any other parties receiving electronic notice:

Christopher P. Legghio as attorney for DFFA at cpl@legghioisrael.com

Megan B. Boelstler, as attorney for DFFA at mbb@legghioisrael.com

Dated: **October 6, 2021**

*/s/ Lesley A. Hoenig*
Lesley A. Hoenig (P71763)
Attorney for the Respondents
108 S. University Ave, Suite 3
Mt. Pleasant, Michigan 48858
(989) 773-0900
lesley@hoeniglaw.com