# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DISTRICT

In re:  Bankruptcy Case No. 13-53846

City of Detroit, Michigan,  Judge Thomas J. Tucker

    Debtor.  Chapter 9

_____/

## STIPULATION FOR ORDER GRANTING TWO-WEEK EXTENSION FOR REPLY IN SUPPORT OF MOTION OF DETROIT FIRE FIGHTERS ASSOCIATION (DFFA) FOR THE ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT (R13430)

1. The Detroit Fire Fighters Association (DFFA) filed its *Motion for the Entry of an Order Enforcing the Plan of Adjustment Against: Christopher McGhee, Norman Brown, Craig Brown, James Washington, Shannon Ferguson, Junius Perry, and Orlando Potts* (collectively, the "McGhee Plaintiffs") (Docket #13430, "Motion") on August 30, 2021, to -- among other things -- enjoin Plaintiffs' WCCC lawsuit, *Christopher McGhee, et al., v. City of Detroit, et al.* (WCCC No. 20-006272-CD).

2. On September 13, 2021 the City of Detroit ("City") concurred (Docket #13438).

3. On September 22, 2021, the Police and Fire Retirement System of the City of Detroit concurred (Docket #13445).

1

4. On September 29, 2021, the McGhee Plaintiffs -- Christopher McGhee, Norman Brown, Craig Brown, James Washington, Shannon Ferguson, Junius Perry, and Orlando Potts -- filed their Response (Docket # 13455) to the DFFA's Motion.

5. On September 30, 2021, the Court set October 14, 2021 as the deadline for DFFA's reply in support of its Motion. (Docket #13458).

6. As of this filing, the Court has not yet scheduled a hearing on the Motion.

7. The City has also requested the ability to file a reply and a similar extension.

8. DFFA, the City, and the McGhee Plaintiffs -- Christopher McGhee, Norman Brown, Craig Brown, James Washington, Shannon Ferguson, Junius Perry, and Orlando Potts -- by and through their undersigned counsel, hereby stipulate to the entry of an Order extending the time for DFFA to file any reply brief in support of the Motion by two (2) weeks, or no later than October 28, 2021. The City may, but is not required to, file a reply no later than October 28, 2021. The page limit for the City's reply and the DFFA's reply shall each be extended to 15 pages.

WHEREFORE, DFFA, the City, and the McGhee Plaintiffs request the Court enter an Order in the form attached hereto as Exhibit 1.

STIPULATED AND AGREED:

| | |
|---|---|
| /s/Herbert A. Sanders<br>Herbert A. Sanders (P43031)<br>The Sanders Law Firm, P.C.<br>The Ford Building<br>615 Griswold, Suite 913<br>Detroit, MI 48226<br>(313) 962-0099<br>haslawpc@gmail.com | /s/Megan B. Boelstler<br>Christopher P. Legghio (P27378)<br>Megan B. Boelstler (P79125)<br>Legghio & Israel, P.C.<br>306 S. Washington, Suite 600<br>(248) 398-5900<br>cpl@legghioisrael.com<br>mbb@legghioisrael.com |
| Shawndrica N. Simmons (P70608)<br>Simmons Legal dba the LawChic<br>77 Bagley St.<br>Pontiac MI 48341<br>(248) 732-7559<br>simmonslegal@lawchic.com | Attorneys for Detroit Fire Fighters Association<br><br>October 6, 2021 |

Attorneys for Christopher McGhee, Norman Brown, Craig Brown, James Washington, Shannon Ferguson, Junius Perry, and Orlando Potts

October 6, 2021

/s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

Attorneys for the City of Detroit

October 6, 2021

**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT**

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |
| _____/ | |

**ORDER GRANTING TWO-WEEK EXTENSION FOR REPLY IN
SUPPORT OF MOTION OF DETROIT FIRE
FIGHTERS ASSOCIATION (DFFA) FOR THE ENTRY OF
AN ORDER ENFORCING THE PLAN OF ADJUSTMENT (R13430)**

This matter is before the Court upon the stipulation of the Detroit Fire Fighters Association ("DFFA"), the City of Detroit ("City"), Christopher McGhee, Norman Brown, Craig Brown, James Washington, Shannon Ferguson, Junius Perry, and Orlando Potts (collectively, the "McGhee Plaintiffs").

The Court has read the Stipulation, is fully advised in the premises and find good cause for granting the relief requested by the Stipulation.

NOW, THEREFORE,

**IT IS ORDERED THAT** the time for DFFA to file any reply brief in support of the *Motion of Detroit Fire Fighters Association (DFFA) For the Entry of an Order Enforcing the Plan of Adjustment Against: Christopher McGhee, Norman Brown,*

1

13-53846-tjt    Doc 13463    Filed 10/07/21    Entered 10/07/21 09:23:58    Page 4 of 5

*James Washington, Shannon Ferguson, Junius Perry, and Orlando Potts* (Docket #13430) is extended two (2) weeks, or to October 28, 2021.

    IT IS FURTHER ORDERED THAT the City may, but is not required to, file a reply no later than October 28, 2021.

    IT IS FURTHER ORDERED THAT the page limit for the City's reply and the DFFA's reply shall each be extended to 15 pages.