UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

CITY OF DETROIT, MICHIGAN,

Debtor.

Case No.13-53846

Hon. Thomas J. Tucker

Chapter 9

## APPEARANCE OF COUNSEL

The Undersigned states she represents Respondents Christopher McGhee, Norman Brown, Craig Brown, James Washington, Shannon Ferguson, Junius Perry and Orlando Potts.

Dated: **October 7, 2021**

*/s/ Shawndrica N. Simmons*
Shawndrica N. Simmons (P70608)
Attorney for the Respondents
77 Bagley St.
Pontiac MI 48341
(248) 732-7559
SimmonsLegal@LawChic.com