UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

In re:  Case No. 13-53846

City of Detroit, Michigan,  Judge Thomas J. Tucker

Debtor.  Chapter 9

_____/

**ORDER GRANTING EXTENSION OF TIME, AND OTHER RELIEF, REGARDING REPLY IN SUPPORT OF MOTION OF DETROIT FIRE FIGHTERS ASSOCIATION (DFFA) FOR THE ENTRY OF AN ORDER ENFORCING THE PLAN OF ADJUSTMENT**

This case is before the Court upon the stipulation filed October 7, 2021 (Docket # 13463), of the Detroit Fire Fighters Association ("DFFA"), the City of Detroit ("City"), and Christopher McGhee, Norman Brown, Craig Brown, James Washington, Shannon Ferguson, Junius Perry, and Orlando Potts (collectively, the "McGhee Plaintiffs"). The Court finds good cause to enter this Order.

IT IS ORDERED THAT the time for DFFA to file any reply brief in support of its pending motion (Docket # 13430) is extended to October 28, 2021.

IT IS FURTHER ORDERED THAT the City may, but is not required to, file a reply, and must do so, it at all, no later than October 28, 2021.

IT IS FURTHER ORDERED THAT the page limit for the City's reply and the DFFA's reply is enlarged, to 15 pages each.

**Signed on October 8, 2021**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge