# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER APPROVING STIPULATION BETWEEN THE CITY OF DETROIT, MICHIGAN AND CLAIMANTS ABRAHAM GREER AND SANDRA GREER REGARDING CLAIM NUMBER 1064

This case is before the Court on the stipulation filed on November 5, 2021, entitled "Stipulation by and Between the City of Detroit, Michigan and Claimants Abraham Greer and Sandra Greer Regarding Claim Number 1064" (Docket # 13472, the "Stipulation").[1] The Court having reviewed the Stipulation and being otherwise apprised of the matter; and there being good cause;

IT IS ORDERED THAT:

1. In full and final satisfaction of claim number 1064, claim number 1064 is allowed under the Plan as a Class 14 Other Unsecured Claim in the amount of $2,000,000 to be listed in the name of Abraham Greer.

2. The release in paragraph 8 of the Stipulation is approved and is binding upon entry of this Order.

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Stipulation.

3. Within ten business days after the entry of this Order, the Greers must file papers with the Third Judicial Circuit Court in Wayne County, Michigan causing the State Court Case to be dismissed with prejudice.

4. The City's claims agent is authorized to update the claims register to effect the relief granted by this Order.

**Signed on November 5, 2021**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**