# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>        Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND THE DETROIT POLICE OFFICERS ASSOCIATION TO CORRECT ERROR IN PRIOR ORDER

The City of Detroit, Michigan ("City") and the Detroit Police Officers Association (with the City, the "Parties") stipulate and agree as follows:

1. On March 10, 2021, the Court entered an order on stipulation of the Parties, approving a settlement agreement and related relief regarding claim number 1862. *Order Authorizing and Approving (A) Settlement of Claim 1862, (B) Distribution Procedures for Claim 1862, and (C) Related Relief* ("Original Order," Doc. No. 13346).

2. The Parties subsequently noticed a typographical error in an email address given in paragraph 5 of the Original Order, and believe that it should be corrected. No other change to the Original Order is sought.

NOW, THEREFORE, the Parties ask the Court to enter the Order attached as Exhibit 1.

STIPULATED AND AGREED TO ON NOVEMBER 15, 2021.

| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br><br>By: */s/ Marc N. Swanson*<br>    Marc N. Swanson (P71149)<br>    Ronald A. Spinner (P73198)<br>    150 West Jefferson, Suite 2500<br>    Detroit, Michigan 48226<br>    Phone: (313) 496-6420<br>    Facsimile: (313) 496-8451<br>    swansonm@millercanfield.com<br><br>Counsel for the City of Detroit, Michigan | LAW OFFICE OF BARBARA A. PATEK PLC<br><br>By: */s/ Barbara A. Patek*<br>    Barbara A. Patek, Esq.<br>    24 E. Flint Street, Suite 2<br>    Lake Orion, MI 48362<br>    (248) 814-9470<br>    pateklaw@gmail.com<br><br><br><br>Counsel for the Detroit Police Officers Association |

# EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>    Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND THE DETROIT POLICE OFFICERS ASSOCIATION TO CORRECT ERROR IN PRIOR ORDER

This matter having come before the Court on the *Stipulation by and Between the City of Detroit, Michigan and the Detroit Police Officers Association to Correct Error in Prior Order* ("Stipulation," Doc. No. [__]); the Court having reviewed the Stipulation and being otherwise apprised of the matter; and there being good cause;

NOW THEREFORE IT IS HEREBY ORDERED THAT:

1. The email address given as "jim@unionlaw.com" in paragraph 5 of the *Order Authorizing and Approving (A) Settlement of Claim 1862, (B) Distribution Procedures for Claim 1862, and (C) Related Relief*, entered at Docket Number 13346 (the "Original Order") is corrected to read "jim@unionlaw.net."

2. This Order effects no other changes to the Original Order.