UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER APPROVING STIPULATION BETWEEN THE CITY OF DETROIT, MICHIGAN AND THE DETROIT POLICE OFFICERS ASSOCIATION TO CORRECT ERROR IN PRIOR ORDER**

This case is before the Court on the stipulation filed November 15, 2021, entitled "Stipulation by and Between the City of Detroit, Michigan and the Detroit Police Officers Association to Correct Error in Prior Order" (Docket # 13474, the "Stipulation"). The Court finds good cause to enter this Order.

IT IS ORDERED THAT:

1. The email address given as "jim@unionlaw.com" in paragraph 5 of the Order entitled "Order Authorizing and Approving (A) Settlement of Claim 1862, (B) Distribution Procedures for Claim 1862, and (C) Related Relief," entered at Docket Number 13346 (the "Original Order") is corrected to read "jim@unionlaw.net."

2. This Order makes no other changes to the Original Order.

**Signed on November 15, 2021**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**