Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*13430* – Motion to Enforce Plan of Adjustment Filed by Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 (Attachments: # 1 Exhibit 6A − 6B # 2 Exhibit 6C − 6D # 3 Exhibit 6E # 4 Exhibit Ex 6E−1 Continued # 5 Exhibit Ex 6E−2 − Continued # 6 Exhibit Ex 6F # 7 Exhibit Ex 6G # 8 Exhibit Ex 6H − 6I) (Boelstler, Megan)

will be held on: 1/12/22 at 01:30 PM at

Note: effective beginning March 16, 2020, Judge Tucker is conducting all conferences and non−evidentiary hearings by telephone. At least five minutes before the scheduled time for hearing, counsel and parties should call (888) 684−8852 and use Access Code 2388650. Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating.

Dated: 11/29/21

                                    BY THE COURT

                                    Todd M. Stickle, Clerk of Court
                                    U.S. Bankruptcy Court