UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Case No. 13-53846

CITY OF DETROIT, MICHIGAN, Chapter 9

Debtor. Judge Thomas J. Tucker

_____/

# ORDER REQUIRING THE CITY TO FILE A FURTHER STATUS REPORT BY JUNE 3, 2022

The Court has reviewed the status report filed by the City of Detroit on December 2, 2021 (Docket # 13478). The Court is satisfied that this case is not yet ready to be closed, and the Court finds good cause to enter this Order.

IT IS ORDERED that **no later than June 3, 2022**, the City of Detroit must file a further status report, updating the December 2, 2021 status report, and discussing whether the Chapter 9 bankruptcy case should then be closed, and if not, why not, and if not, when the City contends that the case will be ready to be closed.

**Signed on December 10, 2021**

/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**