# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

---

Case No.:  13−53846−tjt
Chapter:  9

In Re: (NAME OF DEBTOR(S))
    City of Detroit, Michigan
    2 Woodward Avenue
    Suite 1126
    Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
    38−6004606

---

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

*13480 −* Response to (related document(s): 13476 Motion City of Detroits Motion to Establish Procedures for Distribution of New B Notes to Holders of Allowed Class 14 Claims Under the Citys Plan of Adjustment) Filed by WSP Michigan Inc. (cmcl)

Proof of Service Missing

is defective as indicated:

- ☐ Acceptable List of Creditors Missing
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Amended Document Missing or Non−Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application for Individuals to Pay the Filing Fee in Installments Missing or Non−Compliant
- ☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non−Compliant
- ☐ Bankruptcy Petition Cover Sheet Missing or Non−Compliant
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief Missing
- ☐ Certificate of Exigent Circumstances−Credit Counseling Waiver Missing
- ☐ Chapter 13 Plan is Non−Compliant
- ☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non−Compliant (To be filed with corrected document in its entirety as one PDF)
- ☐ Docket or Proof of Claim Number Missing
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)
- ☐ List of 20 Largest Unsecured Creditors Missing
- ☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing
- ☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing
- ☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing

☐ Notice of Objection to Claim Missing or Non−Compliant

☐ Notice of Special Appearance (LBR 9010−1(c)) Missing or Non−Compliant

☐ Notice to Respondent Missing or Non−Compliant

☐ Original Signature Missing or Non−Compliant

☐ Petition Non−Compliant (To be filed in its entirety)

☑ Proof of Service Missing or Non−Compliant

☐ Proposed Order Missing

☐ Redacted Document Missing or Non−Compliant

☐ Statement of Attorney for Debtors 2016b LBR 9010−1c Missing or Non−Compliant

☐ Statement of Corporate Ownership Missing

☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 12/8/21

BY THE COURT


Todd M. Stickle , Clerk of Court
U.S. Bankruptcy Court

In re:                                                                     Case No. 13-53846-tjt

City of Detroit, Michigan                                                  Chapter 9

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0645-2 | User: admin | Page 1 of 23 |
|---|---|---|
| Date Rcvd: Dec 08, 2021 | Form ID: def2 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2021:**

**Recip ID**      **Recipient Name and Address**

     +   Kris Jacobson, WSP Michigan Inc., 2150 River Plaza, Drive 400, Sacramento, CA 95833-3883

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | Andrew R. Vara |
| | | Deutsche Bank AG, London |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam J. Gantz | |
| | on behalf of Creditor Frank Daviston  Jr. agantz@gantzassociates.com, gantzassociates@yahoo.com |
| Albert Togut | |
| | on behalf of Plaintiff City of Detroit  Michigan neilberger@teamtogut.com,apirraglia@teamtogut.com,Jberman@teamtogut.com,dperson@teamtogut.com,dcahir@teamtogut.com,adeering@teamtogut.com,srobinson@teamtogut.com |
| Albert Togut | |
| | on behalf of Debtor In Possession City of Detroit  Michigan dperson@teamtogut.com |
| Alfredo R. Perez | |

District/off: 0645-2  
Date Rcvd: Dec 08, 2021

User: admin  
Form ID: def2

Page 2 of 23  
Total Noticed: 1

on behalf of Creditor Financial Guaranty Insurance Company alfredo.perez@weil.com  
kelly.diblasi@weil.com,dana.kaufman@weil.com,brian.wells@weil.com

Alice Bonita Jennings

on behalf of Plaintiff John Smith ajennings@edwardsjennings.com  vgray@edwardsjennings.com

Alice Bonita Jennings

on behalf of Plaintiff Peoples Water Board ajennings@edwardsjennings.com  vgray@edwardsjennings.com

Alice Bonita Jennings

on behalf of Plaintiff Sylvia Taylor ajennings@edwardsjennings.com  vgray@edwardsjennings.com

Alice Bonita Jennings

on behalf of Plaintiff Rosalyn Walker ajennings@edwardsjennings.com  vgray@edwardsjennings.com

Alice Bonita Jennings

on behalf of Plaintiff Tammika Williams ajennings@edwardsjennings.com  vgray@edwardsjennings.com

Alice Bonita Jennings

on behalf of Plaintiff John Jackson ajennings@edwardsjennings.com  vgray@edwardsjennings.com

Alice Bonita Jennings

on behalf of Plaintiff Janice Ward ajennings@edwardsjennings.com  vgray@edwardsjennings.com

Alice Bonita Jennings

on behalf of Plaintiff Moratorium Now! ajennings@edwardsjennings.com  vgray@edwardsjennings.com

Alice Bonita Jennings

on behalf of Plaintiff National Action Network--Michigan Chapter ajennings@edwardsjennings.com  
vgray@edwardsjennings.com

Alice Bonita Jennings

on behalf of Plaintiff Rosalyn Parham ajennings@edwardsjennings.com  vgray@edwardsjennings.com

Alice Bonita Jennings

on behalf of Plaintiff Michigan Welfare Rights Organization ajennings@edwardsjennings.com  vgray@edwardsjennings.com

Alice Bonita Jennings

on behalf of Plaintiff Maurika Lyda ajennings@edwardsjennings.com  vgray@edwardsjennings.com

Alice Bonita Jennings

on behalf of Plaintiff Nicole Hill ajennings@edwardsjennings.com  vgray@edwardsjennings.com

Alice Bonita Jennings

on behalf of Plaintiff Scott Eubank ajennings@edwardsjennings.com  vgray@edwardsjennings.com

Allan S. Brilliant

on behalf of Creditor Macomb County allan.brilliant@dechert.com

Allan S. Brilliant

on behalf of Creditor Macomb Interceptor Drain Drainage District allan.brilliant@dechert.com

Allan S. Brilliant

on behalf of Creditor County of Macomb  Michigan allan.brilliant@dechert.com

Allison Bach

on behalf of Interested Party State of Michigan  Department of Attorney General abach@dickinsonwright.com,  
kstubbs@dickinson-wright.com

Amy D. Caton

on behalf of Creditor Nuveen Asset Management acaton@kramerlevin.com

Amy D. Caton

on behalf of Creditor BlackRock Financial Management  Inc. acaton@kramerlevin.com

Andrew A. Paterson, Jr.

on behalf of Plaintiff Citizens United Against Corrupt Government aap43@outlook.com  aap43law@gmail.com

Andrew A. Paterson, Jr.

on behalf of Creditor Citizens United Against Corrupt Government aap43@outlook.com  aap43law@gmail.com

Andrew A. Paterson, Jr.

on behalf of Creditor Robert Davis aap43@outlook.com  aap43law@gmail.com

Anthony Greene

on behalf of Creditor Da'Nean M. Brooks greenelawgroup@gmail.com  greenelawgroup@yahoo.com

Anthony J. Kochis

on behalf of Creditor Iron Mountain Information Management  LLC akochis@wolfsonbolton.com, stravis@wolfsonbolton.com

Anthony J. Kochis

on behalf of Creditor The Bank Of New York Mellon akochis@wolfsonbolton.com  stravis@wolfsonbolton.com

Anthony J. Kochis

on behalf of Attorney Wolfson Bolton PLLC akochis@wolfsonbolton.com  stravis@wolfsonbolton.com

Anthony James Miller

on behalf of Defendant Toter Incorporated am@osbig.com

Barbara A. Patek

on behalf of Interested Party Sheet Metal Workers' Local Union No. 80 Pension Trust Fund pateklaw@gmail.com

Barbara A. Patek

on behalf of Plaintiff Detroit Police Lieutenants and Sergeants Association pateklaw@gmail.com

Barbara A. Patek

on behalf of Interested Party Sanitary Chemists and Technicians Association pateklaw@gmail.com

Barbara A. Patek

on behalf of Interested Party John R. Runyan pateklaw@gmail.com

Barbara A. Patek

on behalf of Interested Party Association of Detroit Engineers pateklaw@gmail.com

Barbara A. Patek

on behalf of Creditor Detroit Police Lieutenants and Sergeants Association pateklaw@gmail.com

Barbara A. Patek

on behalf of Creditor Detroit Police Officers Association pateklaw@gmail.com

Barbara A. Patek

on behalf of Interested Party Electrical Workers' Pension Trust Fund of Local Union #58  IBEW, Detroit, Michigan pateklaw@gmail.com

Barry S. Fagan

on behalf of Creditor Bankruptcy Estate of Simeon Chisara Ohakpo bfagan@dibandfagan.com

Benjamin Whitfield

on behalf of Interested Party Jerome Collins benwlaw123@aol.com  bw4822@aol.com;benwlaw4822@aol.com

Brendan G. Best

on behalf of Interested Party Ambac Assurance Corporation bbest@schaferandweiner.com  kkstandish@varnumlaw.com

Brendan G. Best

on behalf of Plaintiff Ambac Assurance Corporation bbest@schaferandweiner.com  kkstandish@varnumlaw.com

Brendan G. Best

on behalf of Defendant Syncora Guarantee  Inc. bbest@schaferandweiner.com, kkstandish@varnumlaw.com

Brian D. O'Keefe

on behalf of Creditor Donald Taylor bokeefe@lippittokeefe.com  TReitzloff@lippittokeefe.com

Brian D. O'Keefe

on behalf of Interested Party Detroit Retired City Employees Association bokeefe@lippittokeefe.com TReitzloff@lippittokeefe.com

Brian D. O'Keefe

on behalf of Interested Party Retired Detroit Police and Fire Fighers Association bokeefe@lippittokeefe.com TReitzloff@lippittokeefe.com

Brian D. O'Keefe

on behalf of Interested Party Shirley V Lightsey bokeefe@lippittokeefe.com  TReitzloff@lippittokeefe.com

Brian D. O'Keefe

on behalf of Interested Party Donald Taylor bokeefe@lippittokeefe.com  TReitzloff@lippittokeefe.com

Brian D. O'Keefe

on behalf of Creditor Shirley V Lightsey bokeefe@lippittokeefe.com  TReitzloff@lippittokeefe.com

Bruce Bennett

on behalf of Debtor In Possession City of Detroit  Michigan bbennett@jonesday.com

Caralyce M. Lassner

on behalf of Interested Party Caralyce M. Lassner ecf@lassnerlaw.com R47050@notify.bestcase.com;LassnerCR47050@notify.bestcase.com

Carl F. Schier

on behalf of Defendant Bankston Construction Inc carl@schierlaw.com

Carla Orman Andres

on behalf of Interested Party Godfrey & Kahn  S.C. candres@gklaw.com

Carole Neville

on behalf of Plaintiff Official Committee of Retirees of the City of Detroit  Michigan carole.neville@dentons.com

Carole Neville

on behalf of Retiree Committee Official Committee of Retirees carole.neville@dentons.com

Caroline Turner English

on behalf of Plaintiff Ambac Assurance Corporation caroline.english@arentfox.com

Carolyn Beth Markowitz

on behalf of Interested Party Kevin Lewis DVCCOUNSEL@AOL.COM

Charles Bruce Idelsohn

on behalf of Creditor Heidi Peterson charlesidelsohnattorney@yahoo.com charlesID@hotmail.com

Charles D. Bullock

on behalf of Interested Party Gabriel Roeder, Smith & Company cbullock@sbplclaw.com, lhaas@sbplclaw.com

Charles N. Ash

on behalf of Interested Party Richard Snyder cash@wnj.com

Cheryl Cook

on behalf of Creditor CitiMortgage Inc. bknotices-edm@potestivolaw.com

Christopher A. Grosman

on behalf of Interested Party BlackRock Financial Management Inc. BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

Christopher A. Grosman

on behalf of Creditor Oakland County Michigan BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

Christopher E. McNeely

on behalf of Defendant Great Lakes Power Inc cmcneely@mandmpc.com

Cindy Tsai

on behalf of Creditor Johnathan Aaron Brown cindy@loevy.com

Claude D. Montgomery

on behalf of Retiree Committee Official Committee of Retirees claude.montgomery@dentons.com docketny@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com

Claude D. Montgomery

on behalf of Plaintiff Official Committee of Retirees of the City of Detroit Michigan claude.montgomery@dentons.com, carole.neville@dentons.com;sam.alberts@dentons.com

Courtney A. Krause

on behalf of Creditor Berkshire Hathaway Assurance Corporation ckrause@garanlucow.com

Cynthia J. Haffey

on behalf of Defendant Detroit General Retirement System Service Corporation haffey@butzel.com

Cynthia J. Haffey

on behalf of Defendant Detroit Police And Fire Retirement System Service Corporation haffey@butzel.com

Dale Price

on behalf of Creditor Equal Employment Opportunity Commission dale.price@eeoc.gov legaldt.detroit@eeoc.gov

Daniel Kielczewski

on behalf of Defendant Bob Maxey Ford Inc dgkielczewski@abbottnicholson.com adwilliams@abbottnicholson.com

Daniel C. DiCicco

on behalf of Defendant Wright Tool Co ddicicco@ahernkill.com

David A. Lerner

on behalf of Creditor Plunkett Cooney dlerner@plunkettcooney.com nwinagar@plunkettcooney.com

David A. Lerner

on behalf of Creditor Waste Management Inc. etal dlerner@plunkettcooney.com nwinagar@plunkettcooney.com

David A. Lerner

on behalf of Defendant Waste Management of Michigan Inc dlerner@plunkettcooney.com nwinagar@plunkettcooney.com

David E. Schwartz

on behalf of Defendant SMART dschwartz@allardfishpc.com

David Jonathan Cross

on behalf of Defendant T & N Services Inc davidjonathancross@gmail.com

David L. Dubrow

on behalf of Plaintiff Ambac Assurance Corporation david.dubrow@arentfox.com

David M. Blau

on behalf of Creditor NTH Consultants Ltd. dblau@clarkhill.com

David M. Blau

on behalf of Defendant Mannik & Smith Group Inc dblau@clarkhill.com

David T. Lin

on behalf of Interested Party The Kales Grand Circus Park  LLC dlin@seyburn.com, kbilpo@seyburn.com

Dawn R. Copley

on behalf of Interested Party State of Michigan dcopley@dickinsonwright.com

Dawn R. Copley

on behalf of Interested Party State of Michigan  Department of Attorney General dcopley@dickinsonwright.com

Deborah Kovsky-Apap

on behalf of Defendant Michael Jamison kovskyd@pepperlaw.com  kuschj@pepperlaw.com

Deborah Kovsky-Apap

on behalf of Defendant Cheryl Johnson kovskyd@pepperlaw.com  kuschj@pepperlaw.com

Deborah Kovsky-Apap

on behalf of Defendant Kevyn D. Orr kovskyd@pepperlaw.com  kuschj@pepperlaw.com

Deborah Kovsky-Apap

on behalf of Defendant John Naglik kovskyd@pepperlaw.com  kuschj@pepperlaw.com

Deborah Kovsky-Apap

on behalf of Debtor In Possession City of Detroit  Michigan kovskyd@pepperlaw.com, kuschj@pepperlaw.com

Deborah Kovsky-Apap

on behalf of Defendant John Naglick kovskyd@pepperlaw.com  kuschj@pepperlaw.com

Deborah Kovsky-Apap

on behalf of Plaintiff City of Detroit  Michigan kovskyd@pepperlaw.com, kuschj@pepperlaw.com

Deborah Kovsky-Apap

on behalf of Plaintiff City of Detroit kovskyd@pepperlaw.com  kuschj@pepperlaw.com

Deborah Kovsky-Apap

on behalf of Defendant City of Detroit  Michigan kovskyd@pepperlaw.com, kuschj@pepperlaw.com

Deborah L. Fish

on behalf of Interested Party Ad Hoc COPs Holders dfish@allardfishpc.com

Deborah L. Fish

on behalf of Intervenor-Defendant Panning Capital Management  LP dfish@allardfishpc.com

Deborah L. Fish

on behalf of Interested Party Aurelius Capital Management  LP dfish@allardfishpc.com

Deborah L. Fish

on behalf of Interested Party Bronze Gable  L.L.C. dfish@allardfishpc.com

Deborah L. Fish

on behalf of Interested Party Dexia Credit Local dfish@allardfishpc.com

Deborah L. Fish

on behalf of Intervenor-Defendant Aurelius Capital Management  LP dfish@allardfishpc.com

Deborah L. Fish

on behalf of Interested Party Dexia Holdings  Inc. dfish@allardfishpc.com

Deborah L. Fish

on behalf of Interested Party Monarch Alternative Capital LP dfish@allardfishpc.com

Deborah L. Fish

on behalf of Intervenor-Defendant BlueMountain Capital Management  LLC dfish@allardfishpc.com

Deborah L. Fish

on behalf of Intervenor-Defendant Stone Lion Capital Partners L.P. dfish@allardfishpc.com

Deborah L. Fish

on behalf of Interested Party Stone Lion Capital Partners L.P. dfish@allardfishpc.com

Deborah L. Fish

on behalf of Intervenor-Defendant Bronze Gable  L.L.C. dfish@allardfishpc.com

Deborah L. Fish

on behalf of Interested Party Norddeutsche Landesbank Luxembourg  S.A. dfish@allardfishpc.com

Deborah L. Fish

on behalf of Interested Party Panning Capital Management  LP dfish@allardfishpc.com

Deborah L. Fish

on behalf of Intervenor-Defendant Monarch Alternative Capital LP dfish@allardfishpc.com

Dirk H. Beckwith

on behalf of Defendant Detroit Retirement Systems Funding Trust 2005 dbeckwith@fosterswift.com

Dirk H. Beckwith
   on behalf of Defendant Wilmington Trust  N.A. dbeckwith@fosterswift.com

Dirk H. Beckwith
   on behalf of Defendant U.S. Bank  N.A. dbeckwith@fosterswift.com

Dirk H. Beckwith
   on behalf of Defendant Detroit Retirement Systems Funding Trust 2006 dbeckwith@fosterswift.com

Donald G. McGuigan, II
   on behalf of Interested Party Mario's Restaurant  Inc. don@mcguiganlaw.com

Doron Yitzchaki
   on behalf of Defendant Hesco Hamlett Engineering Sales Company DYitzchaki@dickinsonwright.com

Douglas Steele
   on behalf of Interested Party International Association of Fire Fighters  AFL-CIO, CLC dls@wmlaborlaw.com

Douglas C. Bernstein
   on behalf of Interested Party Community Foundation for Southeast Michigan dbernstein@plunkettcooney.com kwebster@plunkettcooney.com

Douglas C. Bernstein
   on behalf of Interested Party Hudson-Webber Foundation dbernstein@plunkettcooney.com  kwebster@plunkettcooney.com

Douglas C. Bernstein
   on behalf of Interested Party The Fred A. and Barbara M. Erb Family Foundation dbernstein@plunkettcooney.com kwebster@plunkettcooney.com

Douglas C. Bernstein
   on behalf of Interested Party W.K. Kellogg Foundation dbernstein@plunkettcooney.com  kwebster@plunkettcooney.com

Douglas C. Bernstein
   on behalf of Interested Party Max M. and Marjorie S. Fisher Foundation dbernstein@plunkettcooney.com kwebster@plunkettcooney.com

Douglas C. Bernstein
   on behalf of Interested Party The Ford Foundation dbernstein@plunkettcooney.com  kwebster@plunkettcooney.com

Douglas C. Bernstein
   on behalf of Interested Party Douglas C. Bernstein dbernstein@plunkettcooney.com  kwebster@plunkettcooney.com

Douglas C. Bernstein
   on behalf of Interested Party Charles Stewart Mott Foundation dbernstein@plunkettcooney.com  kwebster@plunkettcooney.com

Douglas C. Bernstein
   on behalf of Interested Party William Davidson Foundation dbernstein@plunkettcooney.com  kwebster@plunkettcooney.com

Douglas C. Bernstein
   on behalf of Defendant 1 Way Service Inc dbernstein@plunkettcooney.com  kwebster@plunkettcooney.com

Douglas C. Bernstein
   on behalf of Interested Party McGregor Fund dbernstein@plunkettcooney.com  kwebster@plunkettcooney.com

Douglas C. Bernstein
   on behalf of Interested Party A. Paul and Carol C. Schaap Foundation dbernstein@plunkettcooney.com kwebster@plunkettcooney.com

Douglas C. Bernstein
   on behalf of Defendant Examworks Inc dbernstein@plunkettcooney.com  kwebster@plunkettcooney.com

Elizabeth A. Ferguson
   on behalf of Respondent Daniel J Salkowski lizferguson@lawofficeseaferguson.com

Elizabeth A. Ferguson
   on behalf of Respondent Jeffrey Hamm lizferguson@lawofficeseaferguson.com

Elizabeth A. Ferguson
   on behalf of Respondent Richard Makulski lizferguson@lawofficeseaferguson.com

Elizabeth A. Ferguson
   on behalf of Creditor Kim Lamar Spicer lizferguson@lawofficeseaferguson.com

Elliot G. Crowder
   on behalf of Defendant W C Ducomb Co ecrowder@sbplclaw.com  lhaas@sbplclaw.com

Elliot G. Crowder
   on behalf of Interested Party Gabriel  Roeder, Smith & Company ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Eric B. Gaabo
   on behalf of Defendant City of Detroit gaabe@detroitmi.gov raimic@detroitmi.gov

Eric B. Gaabo

on behalf of Debtor In Possession City of Detroit  Michigan gaabe@detroitmi.gov

Erika D. Hart

on behalf of Defendant OAS Group Inc ehart@tauntlaw.com  ecarter@tauntlaw.com;mmartin@tauntlaw.com

Ethan D. Dunn

on behalf of Defendant Hercules & Hercules Inc bankruptcy@maxwelldunnlaw.com
bankruptcy.maxwelldunn@gmail.com;bankruptcy.mdplc@gmail.com;edunn@ecf.courtdrive.com;Dunn.EthanR49647@notify.bes
tcase.com;kcaldwell@ecf.courtdrive.com;asmith_48646@ecf.courtdrive.com

Evan A. Burkholder

on behalf of Defendant J E Associates Inc eburkholder@ohaganmeyer.com  evan.burkholder@gmail.com

Evan A. Burkholder

on behalf of Respondent JE Associates eburkholder@ohaganmeyer.com  evan.burkholder@gmail.com

Frank J. Guadagnino

on behalf of Creditor Aetna Health and Life Insurance Company fguadagnino@mcguirewoods.com

Gordon J. Toering

on behalf of Defendant EJ USA Inc gtoering@wnj.com

Gordon J. Toering

on behalf of Defendant Valley Truck Parts Inc gtoering@wnj.com

H. Nathan Resnick

on behalf of Creditor Carlton D. Carter hnresnick@resnicklaw.net  jblock@resnicklaw.com

H. Nathan Resnick

on behalf of Defendant Bauer & Hunter PLLC hnresnick@resnicklaw.net  jblock@resnicklaw.com

H. Nathan Resnick

on behalf of Interested Party Resnick & Moss  P.C. hnresnick@resnicklaw.net, jblock@resnicklaw.com

Harvey R. Weingarden

on behalf of Interested Party Retired Detroit Police and Fire Fighers Association hweingardenlaw@gmail.com

Harvey R. Weingarden

on behalf of Interested Party Detroit Retired City Employees Association hweingardenlaw@gmail.com

Heather Lennox

on behalf of Attorney Jones Day hlennox@jonesday.com  tastachura@JonesDay.com

Heather Lennox

on behalf of Debtor In Possession City of Detroit  Michigan hlennox@jonesday.com, tastachura@JonesDay.com

Heather Lennox

on behalf of Interested Party Miller Buckfire & Co.  LLC hlennox@jonesday.com, tastachura@JonesDay.com

Heather Lennox

on behalf of Interested Party Christie's  Inc. hlennox@jonesday.com, tastachura@JonesDay.com

Heather Lennox

on behalf of Defendant City of Detroit  Michigan hlennox@jonesday.com, tastachura@JonesDay.com

Heidi Peterson

hdpeterson75@gmail.com

Howard Yale Lederman

on behalf of Creditor Ernest Flagg hlederman@normanyatooma.com

Howard Yale Lederman

on behalf of Creditor Taris A. Jackson hlederman@normanyatooma.com

Howard Yale Lederman

on behalf of Creditor Brian Greene hlederman@normanyatooma.com

Irma Industrious

on behalf of Creditor Irma Industrious iindustrious@yahoo.com

J. Paul Sugameli

on behalf of Defendant Farrow Group Inc psugameli@sugamelilaw.com

Jaimee Lauren Witten

on behalf of Defendant Investment Committee of the Police and Fire Retirement System of the City of Detroit
jwitten@bodmanlaw.com

James Pelland

on behalf of Defendant Metco Services Inc jpelland@fb-firm.com  psugars@fb-firm.com

James Sprayregen

on behalf of Interested Party Syncora Capital Assurance Inc. james.sprayregen@kirkland.com

James Sprayregen

on behalf of Interested Party Syncora Guarantee Inc. james.sprayregen@kirkland.com

James Sprayregen

on behalf of Interested Party Syncora Holdings Ltd. james.sprayregen@kirkland.com

James J. Hayes

on behalf of Defendant Alexander Chemical Corp attyjjhayes@gmail.com

James S. Craig

on behalf of Creditor Marvin Seales J.Craig@Fiegerlaw.com

Jamie Scott Fields

on behalf of Creditor Jamie Fields jeansartre@msn.com

Jamie Scott Fields

on behalf of Creditor Retired Detroit Police Members Association jeansartre@msn.com

Jan Jeffrey Rubinstein

on behalf of Creditor Abraham Greer jjr@therubinsteinfirm.com  kb@therubinsteinfirm.com

Jan Jeffrey Rubinstein

on behalf of Creditor Abraham Greer  as Personal Representative For the Estate of Sandra Greer jjr@therubinsteinfirm.com, kb@therubinsteinfirm.com

Jayson Ruff

on behalf of Interested Party Syncora Holdings Ltd. jruff@mcdonaldhopkins.com

Jayson Ruff

on behalf of Interested Party Syncora Capital Assurance Inc. jruff@mcdonaldhopkins.com

Jayson Ruff

on behalf of Interested Party Syncora Guarantee Inc. jruff@mcdonaldhopkins.com

Jeffery R. Sieving

on behalf of Creditor International Outdoor  Inc. jeff@iobillboard.com

Jeffrey S. Kopp

on behalf of Debtor In Possession City of Detroit  Michigan jkopp@foley.com

Jerome D. Goldberg

on behalf of Plaintiff John Smith apclawyer@sbcglobal.net

Jerome D. Goldberg

on behalf of Plaintiff National Action Network--Michigan Chapter apclawyer@sbcglobal.net

Jerome D. Goldberg

on behalf of Plaintiff Nicole Hill apclawyer@sbcglobal.net

Jerome D. Goldberg

on behalf of Plaintiff Rosalyn Parham apclawyer@sbcglobal.net

Jerome D. Goldberg

on behalf of Plaintiff Michigan Welfare Rights Organization apclawyer@sbcglobal.net

Jerome D. Goldberg

on behalf of Plaintiff Scott Eubank apclawyer@sbcglobal.net

Jerome D. Goldberg

on behalf of Plaintiff Rosalyn Walker apclawyer@sbcglobal.net

Jerome D. Goldberg

on behalf of Plaintiff Janice Ward apclawyer@sbcglobal.net

Jerome D. Goldberg

on behalf of Plaintiff Peoples Water Board apclawyer@sbcglobal.net

Jerome D. Goldberg

on behalf of Plaintiff Moratorium Now! apclawyer@sbcglobal.net

Jerome D. Goldberg

on behalf of Plaintiff John Jackson apclawyer@sbcglobal.net

Jerome D. Goldberg

on behalf of Interested Party Jerome Moore apclawyer@sbcglobal.net

Jerome D. Goldberg

on behalf of Plaintiff Tammika Williams apclawyer@sbcglobal.net

Jerome D. Goldberg

on behalf of Plaintiff Sylvia Taylor apclawyer@sbcglobal.net

Jerome D. Goldberg

on behalf of Creditor David Sole apclawyer@sbcglobal.net

Jerome D. Goldberg

on behalf of Plaintiff Maurika Lyda apclawyer@sbcglobal.net

Jimmylee Gray

on behalf of Defendant Ampro Construction LLC j.gray50@comcast.net

Jimmylee Gray

on behalf of Defendant Uniglobe Construction Co j.gray50@comcast.net

Jimmylee Gray

on behalf of Defendant Kingsway Building & Maintenance j.gray50@comcast.net

John VanDeventer

on behalf of Interested Party State of Michigan  Department of Attorney General vandeventerj@michigan.gov

John VanDeventer

on behalf of Interested Party State of Michigan vandeventerj@michigan.gov

John A Stevens

on behalf of Creditor Detroit Police Lieutenants and Sergeants Association jstevens@mathesonparr.com christine@mathesonparr.com

John A. Simon

on behalf of Debtor In Possession City of Detroit  Michigan jsimon@foley.com

John Adam Behrendt

on behalf of Plaintiff Gotham Motown Recovery  LLC abehrendt@bodmanlaw.com, jgateman@bodmanlaw.com

John C. Lange

on behalf of Creditor Detroit Public Library jlange@glmpc.com  jlange@ecf.courtdrive.com

John D. Mulvihill

on behalf of Attorney John Mulvihill Law Office Of John D. Mulvihill Pllc jdmassistant@sbcglobal.net jdmulvihill@sbcglobal.net

John D. Mulvihill

on behalf of Defendant Agar Lawn Sprinkler Systems Inc jdmassistant@sbcglobal.net  jdmulvihill@sbcglobal.net

John D. Mulvihill

on behalf of Debtor In Possession City of Detroit  Michigan jdmassistant@sbcglobal.net, jdmulvihill@sbcglobal.net

John D. Mulvihill

on behalf of Creditor Agar Lawn Sprinkler Systems Inc jdmassistant@sbcglobal.net  jdmulvihill@sbcglobal.net

John G. Colucci

on behalf of Respondent General Shale Brick  Inc. coluccilawfirm@gmail.com

John G. Colucci

on behalf of Creditor General Shale Brick  Inc. coluccilawfirm@gmail.com

John H. Willems

on behalf of Debtor In Possession City of Detroit  Michigan willems@millercanfield.com

John R. Canzano

on behalf of Creditor Michigan Building and Construction Trades Council jcanzano@michworkerlaw.com office@michworkerlaw.com

Jonathan S. Green

on behalf of Interested Party Miller  Canfield, Paddock and Stone, PLC green@millercanfield.com

Jonathan S. Green

on behalf of Defendant Michael Duggan  Mayor green@millercanfield.com

Jonathan S. Green

on behalf of Defendant City of Detroit green@millercanfield.com

Jonathan S. Green

on behalf of Debtor In Possession City of Detroit  Michigan green@millercanfield.com

Jonathan S. Green

on behalf of Defendant Michael Hall green@millercanfield.com

Jonathan S. Green

on behalf of Defendant City of Detroit  Michigan green@millercanfield.com

Jong-Ju Chang

on behalf of Creditor Oakland County  Michigan jchang@dykema.com, pvigneau@dykema.com;docket@dykema.com

Jong-Ju Chang

on behalf of Interested Party City of Detroit  Water and Sewerage Department jchang@dykema.com, pvigneau@dykema.com;docket@dykema.com

Joseph M. Fischer
    on behalf of Creditor Oakland County  Michigan brcy@carsonfischer.com, jfischer@carsonfischer.com

Joseph R. Sgroi
    on behalf of Creditor Ivey & Associates LLC jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi
    on behalf of Creditor Olympia Office Building  LLC jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi
    on behalf of Creditor Country West Apartments  LLC jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi
    on behalf of Creditor Aziz & Lorna Abraham jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi
    on behalf of Creditor 3100 East Jefferson  LLC jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi
    on behalf of Creditor Seven Mile Holdings  LLC jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi
    on behalf of Creditor Pont Solutions  LLC jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi
    on behalf of Creditor Gekko Enterprises LLC jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi
    on behalf of Creditor Koehler Market LLC jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi
    on behalf of Interested Party Detroit Institute of Arts jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi
    on behalf of Creditor Lynch Road Land L.L.C. jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi
    on behalf of Interested Party CW Professional Services  LLC jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi
    on behalf of Creditor Imperial Manor House  LLC jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi
    on behalf of Creditor Stanne Consulting  LLC jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi
    on behalf of Creditor Taggart Technologies LLC jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi
    on behalf of Creditor Enforcement Technology  Inc. jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi
    on behalf of Creditor 4737 Conner Co.  LLC jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi
    on behalf of Creditor Atwater Group jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi
    on behalf of Creditor Aziz N. Abraham jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi
    on behalf of Creditor Kennedy Square Garage LLC jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi
    on behalf of Creditor WC Hoover Investments  LLC jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi
    on behalf of Creditor Delbruck Technology  LLC jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi
    on behalf of Creditor 136 Bagley LLC jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi
    on behalf of Creditor Skyline Partners LLC jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi
    on behalf of Creditor Seven Mile Partners  LLC jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi
    on behalf of Creditor Magnolia Properties  LLC jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi
    on behalf of Creditor Abraham & Potestivo  LLC jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi

on behalf of Creditor Arrow Uniform Rental  Inc. jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi

on behalf of Creditor LDM  LLC jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi

on behalf of Creditor Chene Square  LLC jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi

on behalf of Interested Party Michael Duggan  Mayor jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi

on behalf of Creditor Country House Apartments jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi

on behalf of Interested Party Greektown Casino  LLC jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi

on behalf of Creditor MICMR  LLC jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi

on behalf of Creditor Detroit Thermal  LLC jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi

on behalf of Creditor Bean Little Investments  LLC jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi

on behalf of Creditor 441 E. Larned LLC jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi

on behalf of Creditor 3250 Associated LLC jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi

on behalf of Creditor Sunrise Parking LLC jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi

on behalf of Attorney L. Katie Mason jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi

on behalf of Creditor Tower Defense & Aerospace  LLC jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi

on behalf of Creditor Blenheim Building  LLC jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi

on behalf of Creditor Olympia Development of Michigan LLC jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi

on behalf of Creditor Mound Road Enterprises L.L.C. jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi

on behalf of Creditor Singent Consulting LLC jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi

on behalf of Creditor TC Manor House  LLC jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi

on behalf of Creditor Cass Community Social Services  Inc. jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi

on behalf of Creditor Columbia Parking LLC jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi

on behalf of Creditor Elizabeth Street Properties  LLC jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi

on behalf of Creditor VITEC  L.L.C. jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi

on behalf of Creditor Compuware Corporation jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi

on behalf of Creditor Oakland Plant Properties  LLC jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi

on behalf of Creditor Parkrite Holdings LLC jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi

on behalf of Creditor Fox Parking Garage  LLC jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi

on behalf of Creditor Linwood Neighbors LLC jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi

    on behalf of Interested Party Sigma Associates  LLC jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi

    on behalf of Creditor TSD Solutions LLC jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi

    on behalf of Creditor Cathedral Owner LLC jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi

    on behalf of Interested Party Compuware Corporation jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi

    on behalf of Creditor 440 Congress LLC jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi

    on behalf of Creditor Regency Owner LLC jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi

    on behalf of Interested Party Detroit Entertainment  LLC jsgroi@honigman.com, litdocket@honigman.com

Joseph R. Sgroi

    on behalf of Creditor Mack Avenue Investors LLC jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi

    on behalf of Creditor 120 W. Montcalm Properties LLC jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi

    on behalf of Creditor Riverfront Towers Holdings LLC jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi

    on behalf of Creditor 5801 Southfield Service Drive Corp. jsgroi@honigman.com  litdocket@honigman.com

Joseph R. Sgroi

    on behalf of Interested Party General Motors LLC jsgroi@honigman.com  litdocket@honigman.com

Joshua Wheelock

    on behalf of Creditor Thomas M. Nunley jwheelock@wheelocklegal.com  joshwheelock@hotmail.com

Joshua A. Gadharf

    on behalf of Interested Party Syncora Capital Assurance Inc. jgadharf@mcdonaldhopkins.com

Joshua A. Gadharf

    on behalf of Interested Party Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com

Joshua A. Gadharf

    on behalf of Interested Party Syncora Holdings Ltd. jgadharf@mcdonaldhopkins.com

Joshua A. Gadharf

    on behalf of Plaintiff Syncora Guarantee Inc. jgadharf@mcdonaldhopkins.com

Judith Greenstone Miller

    on behalf of Defendant Election Systems & Software jmiller@jaffelaw.com
    dgoldberg@jaffelaw.com;tneddermeyer@jaffelaw.com

Julie Beth Teicher

    on behalf of Plaintiff Detroit Police Lieutenants and Sergeants Association jteicher@ermanteicher.com

Julie Beth Teicher

    on behalf of Attorney Erman  Teicher, Zucker & Freedman, P.C. jteicher@maddinhauser.com

Kay Standridge Kress

    on behalf of Debtor In Possession City of Detroit  Michigan kay.kress@troutman.com,
    monica.molitor@troutman.com;wlbank@troutman.com

Kenneth B. Vance

    on behalf of Defendant Z Contractors Inc kbvance@comcast.net  kbvance01@gmail.com

Kevin Erskine

    on behalf of Interested Party United States of America kevin.erskine@usdoj.gov
    Karen.Ducharme@usdoj.gov;Michele.Gangler@usdoj.gov;Sandra.Delozier@usdoj.gov;CaseView.ECF@usdoj.gov;Aida.Garmo
    @usdoj.gov

Kevin N. Summers

    on behalf of Creditor National Industrial Maintenance - Michigan  Inc. ksummers@dflaw.com, ccook@dflaw.com

Kimberly Gibbs

    on behalf of Defendant Futurenet Group Inc kgibbsesq@yahoo.com

Kimberly Joan Robinson

    on behalf of Creditor Genuine Parts Company kim.robinson@bfkn.com

Kristin K. Going

on behalf of Creditor Wilmington Trust  N.A. kgoing@mwe.com, dnorthrop@mwe.com

Kristin K. Going

on behalf of Creditor Wilmington Trust Company  N.A. kgoing@mwe.com, dnorthrop@mwe.com

Kurt Thornbladh

on behalf of Plaintiff Peoples Water Board kthornbladh@gmail.com  thornbladh.kurt3@gmail.com

Kurt Thornbladh

on behalf of Plaintiff Nicole Hill kthornbladh@gmail.com  thornbladh.kurt3@gmail.com

Kurt Thornbladh

on behalf of Plaintiff Scott Eubank kthornbladh@gmail.com  thornbladh.kurt3@gmail.com

Kurt Thornbladh

on behalf of Plaintiff National Action Network--Michigan Chapter kthornbladh@gmail.com  thornbladh.kurt3@gmail.com

Kurt Thornbladh

on behalf of Plaintiff Maurika Lyda kthornbladh@gmail.com  thornbladh.kurt3@gmail.com

Kurt Thornbladh

on behalf of Plaintiff Moratorium Now! kthornbladh@gmail.com  thornbladh.kurt3@gmail.com

Kurt Thornbladh

on behalf of Plaintiff Sylvia Taylor kthornbladh@gmail.com  thornbladh.kurt3@gmail.com

Kurt Thornbladh

on behalf of Plaintiff Rosalyn Walker kthornbladh@gmail.com  thornbladh.kurt3@gmail.com

Kurt Thornbladh

on behalf of Plaintiff Rosalyn Parham kthornbladh@gmail.com  thornbladh.kurt3@gmail.com

Kurt Thornbladh

on behalf of Plaintiff Michigan Welfare Rights Organization kthornbladh@gmail.com  thornbladh.kurt3@gmail.com

Kurt Thornbladh

on behalf of Plaintiff Janice Ward kthornbladh@gmail.com  thornbladh.kurt3@gmail.com

Kurt Thornbladh

on behalf of Plaintiff John Smith kthornbladh@gmail.com  thornbladh.kurt3@gmail.com

Kurt Thornbladh

on behalf of Plaintiff Tammika Williams kthornbladh@gmail.com  thornbladh.kurt3@gmail.com

Kurt Thornbladh

on behalf of Plaintiff John Jackson kthornbladh@gmail.com  thornbladh.kurt3@gmail.com

L. Nichole Hunter

on behalf of Creditor Public Lighting Authority nhunter@alglawpc.com

Lawrence A. Lichtman

on behalf of Creditor 660 Woodward Associates  LLC llichtman@honigman.com, litdocket@honigman.com

Lesley A. Hoenig

on behalf of Respondent Orlando Potts lesley@hoeniglaw.com  R42844@notify.bestcase.com;info@recoverylawgroup.com

Lesley A. Hoenig

on behalf of Respondent Junius Perry lesley@hoeniglaw.com  R42844@notify.bestcase.com;info@recoverylawgroup.com

Lesley A. Hoenig

on behalf of Respondent Norman Brown lesley@hoeniglaw.com  R42844@notify.bestcase.com;info@recoverylawgroup.com

Lesley A. Hoenig

on behalf of Respondent Christopher McGhee lesley@hoeniglaw.com
R42844@notify.bestcase.com;info@recoverylawgroup.com

Lesley A. Hoenig

on behalf of Respondent Shannon Ferguson lesley@hoeniglaw.com  R42844@notify.bestcase.com;info@recoverylawgroup.com

Lesley A. Hoenig

on behalf of Respondent Craig Brown lesley@hoeniglaw.com  R42844@notify.bestcase.com;info@recoverylawgroup.com

Lesley A. Hoenig

on behalf of Respondent James Washington lesley@hoeniglaw.com  R42844@notify.bestcase.com;info@recoverylawgroup.com

Lisa Hill Fenning

on behalf of Attorney Lisa S. Blatt Lisa.Fenning@aporter.com

M. Ellen Dennis

on behalf of Creditor Ben McKenzie  Jr. m.ellen.dennis@gmail.com,dwhadden@umich.edu

Marc N. Swanson

on behalf of Defendant Michael Hall swansonm@millercanfield.com  wysocki@millercanfield.com;Kidd@MillerCanfield.com

Marc N. Swanson
on behalf of Debtor In Possession City of Detroit  Michigan swansonm@millercanfield.com,
wysocki@millercanfield.com;Kidd@MillerCanfield.com

Marc N. Swanson
on behalf of Interested Party Meijer  Inc. swansonm@millercanfield.com,
wysocki@millercanfield.com;Kidd@MillerCanfield.com

Marc N. Swanson
on behalf of Interested Party City of Detroit  Michigan swansonm@millercanfield.com,
wysocki@millercanfield.com;Kidd@MillerCanfield.com

Marc N. Swanson
on behalf of Defendant City of Detroit swansonm@millercanfield.com  wysocki@millercanfield.com;Kidd@MillerCanfield.com

Marc N. Swanson
on behalf of Defendant Michael Duggan  Mayor swansonm@millercanfield.com,
wysocki@millercanfield.com;Kidd@MillerCanfield.com

Marc N. Swanson
on behalf of Defendant City of Detroit  Michigan swansonm@millercanfield.com,
wysocki@millercanfield.com;Kidd@MillerCanfield.com

Marc N. Swanson
on behalf of Defendant Detroit City Council swansonm@millercanfield.com
wysocki@millercanfield.com;Kidd@MillerCanfield.com

Marcy J. Ford
on behalf of Creditor Fifth Third Mortgage Company easternecf@trottlaw.com  mitrottlaw@ecf.courtdrive.com

Marcy J. Ford
on behalf of Creditor Bank of America  N.A. easternecf@trottlaw.com, mitrottlaw@ecf.courtdrive.com

Marguerite Hammerschmidt
on behalf of Interested Party Haas & Goldstein P.C. admin@hammer-stick.com

Marie Garian
on behalf of Defendant ABC Demolition Co Inc Garianlaw@yahoo.com

Mark Wasvary
on behalf of Creditor Hyde Park Co-Operative  et al. mark@wasvarylaw.com

Mark Wasvary
on behalf of Creditor Plymouth Square Ltd. Housing Association mark@wasvarylaw.com

Mark A. Angelov
on behalf of Plaintiff Ambac Assurance Corporation mark.angelov@arentfox.com

Mark B. Berke
on behalf of Defendant Birks Works Environmental LLC mberkelaw@gmail.com

Mark H. Shapiro
on behalf of Creditor Nuveen Asset Management shapiro@steinbergshapiro.com  jbrown@steinbergshapiro.com

Mark H. Shapiro
on behalf of Interested Party The Securities Industry and Financial Markets Association shapiro@steinbergshapiro.com
jbrown@steinbergshapiro.com

Mark H. Shapiro
on behalf of Creditor BlackRock Financial Management  Inc. shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com

Mark H. Shapiro
on behalf of Interested Party Greenhill & Co.  LLC shapiro@steinbergshapiro.com, jbrown@steinbergshapiro.com

Mark Howard Cousens
on behalf of Creditor Amalgamated Transit Union Local 26 cousens@cousenslaw.com

Mark L. McAlpine
on behalf of Other Professional McAlpine PC mlmcalpine@mcalpinelawfirm.com  dajaworski@mcalpinepc.com

Mark R. James
on behalf of Interested Party Financial Guaranty Insurance Company mrj@wwrplaw.com

Mark R. James
on behalf of Creditor Financial Guaranty Insurance Company mrj@wwrplaw.com

Mark S. Frankel
on behalf of Defendant Tooles Contracting Group LLC mfrankel@couzens.com

Mark S. Frankel
on behalf of Counter-Defendant The Police and Fire Retirement System of the City of Detroit mfrankel@couzens.com

Mark S. Frankel

on behalf of Defendant Motor City Pipe & Supply Co mfrankel@couzens.com

Mark S. Frankel

on behalf of Interested Party Tooles Contracting Group LLC mfrankel@couzens.com

Mark S. Frankel

on behalf of Plaintiff The Police and Fire Retirement System of the City of Detroit mfrankel@couzens.com

Marshall J. Widick

on behalf of Interested Party Service Employees International Union  Local 517M mwidick@michlabor.legal

Marshall J. Widick

on behalf of Creditor Devery Jones mwidick@michlabor.legal

Marshall J. Widick

on behalf of Creditor Bruce Goldman mwidick@michlabor.legal

Marshall J. Widick

on behalf of Creditor Michael Wells mwidick@michlabor.legal

Marshall J. Widick

on behalf of Creditor Mary Whitson mwidick@michlabor.legal

Marshall J. Widick

on behalf of Creditor Robbie Lee Flowers mwidick@michlabor.legal

Marshall J. Widick

on behalf of Creditor Mary Washington mwidick@michlabor.legal

Marshall J. Widick

on behalf of Creditor Detroit Police Command Officers Association mwidick@michlabor.legal

Marshall J. Widick

on behalf of Interested Party International Union of Operating Engineers  Local 324 mwidick@michlabor.legal

Marshall J. Widick

on behalf of Creditor Detroit Fire Fighters Association  I.A.F.F. Local 344 mwidick@michlabor.legal

Marshall S. Huebner

on behalf of Creditor Merrill Lynch Capital Services  Inc. bankrout@davispolk.com

Mary Beth Cobbs

on behalf of Debtor In Possession City of Detroit  Michigan cobbm@detroitmi.gov, mbcobbs@flash.net

Mary Beth Cobbs

on behalf of Interested Party Treasurer  City of Detroit cobbm@detroitmi.gov, mbcobbs@flash.net

Mary Beth Cobbs

on behalf of Interested Party City of Detroit Law Department cobbm@detroitmi.gov  mbcobbs@flash.net

Mary Kay Shaver

on behalf of Creditor Varnum LLP mkshaver@varnumlaw.com

Matthew Schneider

on behalf of Interested Party State of Michigan SchneiderM7@michigan.gov

Matthew Troy

on behalf of Interested Party United States of America matthew.troy@usdoj.gov

Matthew Wilkins

on behalf of Defendant Electronic Data Systems Corporation wilkins@bwst-law.com  marbury@bwst-law.com

Matthew Wilkins

on behalf of Plaintiff Official Committee of Retirees of the City of Detroit  Michigan wilkins@bwst-law.com, marbury@bwst-law.com

Matthew Wilkins

on behalf of Plaintiff AFSCME Sub-Chapter 98  City of Detroit Retirees wilkins@bwst-law.com, marbury@bwst-law.com

Matthew Wilkins

on behalf of Retiree Committee Official Committee of Retirees wilkins@bwst-law.com  marbury@bwst-law.com

Matthew Wilkins

on behalf of Plaintiff Detroit Retired City Employees Association wilkins@bwst-law.com  marbury@bwst-law.com

Matthew Wilkins

on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association wilkins@bwst-law.com  marbury@bwst-law.com

Matthew Wilkins

on behalf of Intervenor-Plaintiff Official Committee of Retirees of the City of Detroit  Michigan wilkins@bwst-law.com, marbury@bwst-law.com

Matthew D. Harper

on behalf of Interested Party City of Detroit Water and Sewerage Department mdharper@eastmansmith.com

Matthew Gernet Summers

on behalf of Creditor Erste Europaische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. summersm@ballardspahr.com heilmanl@ballardspahr.com

Matthew Gernet Summers

on behalf of Creditor FMS Wertmanagement summersm@ballardspahr.com heilmanl@ballardspahr.com

Matthew Gernet Summers

on behalf of Creditor Hypothekenbank Frankfurt International S.A. summersm@ballardspahr.com heilmanl@ballardspahr.com

Matthew Gernet Summers

on behalf of Creditor Hypothekenbank Frankfurt AG summersm@ballardspahr.com heilmanl@ballardspahr.com

Matthew Joseph Hoffer

on behalf of Creditor H.D.V. Greektown LLC matt@bradshaferlaw.com, info@bradshaferlaw.com

Matthew Joseph Hoffer

on behalf of Creditor 415 East Congress LLC matt@bradshaferlaw.com, info@bradshaferlaw.com

Matthew Joseph Hoffer

on behalf of Creditor K&P Incorporated matt@bradshaferlaw.com, info@bradshaferlaw.com

Max J. Newman

on behalf of Interested Party Wayne County Corporation newman@butzel.com

Max J. Newman

on behalf of Defendant Motor City Electric Technologies Inc newman@butzel.com

Max J. Newman

on behalf of Defendant Fort Wayne Contracting Inc newman@butzel.com

Max J. Newman

on behalf of Defendant Imperial Construction Co newman@butzel.com

Max J. Newman

on behalf of Defendant Detroit Thermal LLC newman@butzel.com

Max J. Newman

on behalf of Defendant L D' Agostini & Sons Inc newman@butzel.com

Max J. Newman

on behalf of Defendant C E Pollard Company newman@butzel.com

Megan Boelstler

on behalf of Creditor Detroit Fire Fighters Association I.A.F.F. Local 344 mbb@legghioisrael.com, smith@legghioisrael.com

Michael Benkstein

on behalf of Creditor Derrez Payne mbenkstein@joumanakayrouz.com

Michael A. Stevenson

on behalf of Defendant Clark Associates Inc mstevenson@sbplclaw.com rschultz@sbplclaw.com

Michael Anthony Karman

on behalf of Creditor St. Martins Cooperative makarmanesq@gmail.com

Michael Anthony Karman

on behalf of Creditor Fountain Court Consumer Housing Cooperative makarmanesq@gmail.com

Michael D. Lieberman

on behalf of Creditor Jennifer Burton MLieberman@lipsonneilson.com LOMeara@lipsonneilson.com;Mlieberman6160@yahoo.com

Michael D. Lieberman

on behalf of Creditor Lolita Vann MLieberman@lipsonneilson.com LOMeara@lipsonneilson.com;Mlieberman6160@yahoo.com

Michael D. Lieberman

on behalf of Creditor Moses Luckett MLieberman@lipsonneilson.com LOMeara@lipsonneilson.com;Mlieberman6160@yahoo.com

Michael D. Lieberman

on behalf of Creditor Matthew Karcher MLieberman@lipsonneilson.com LOMeara@lipsonneilson.com;Mlieberman6160@yahoo.com

Michael D. Lieberman

on behalf of Creditor Charnita Legette MLieberman@lipsonneilson.com LOMeara@lipsonneilson.com;Mlieberman6160@yahoo.com

Michael D. Lieberman

on behalf of Creditor Shannon Bratcher MLieberman@lipsonneilson.com LOMeara@lipsonneilson.com;Mlieberman6160@yahoo.com

Michael H. Perry
                on behalf of Defendant Fraser Trebilcock Davis & Dunlap PC mperry@fraserlawfirm.com

Michael Joseph Karwoski
                on behalf of Creditor Michael Joseph Karwoski mjkarwoski@alumni.nd.edu

Michael R. Bell
                on behalf of Interested Party State of Michigan  Department of Attorney General BellM1@michigan.gov

Michael R. Bell
                on behalf of Interested Party Bill Schuette BellM1@michigan.gov

My Chi To
                on behalf of Creditor Berkshire Hathaway Assurance Corporation mcto@debevoise.com  mao-bk-ecf@debevoise.com

Nabih H. Ayad
                on behalf of Interested Party Rashida Tlaib ayadlaw@hotmail.com

Nabih H. Ayad
                on behalf of Interested Party Maureen Taylor ayadlaw@hotmail.com

Nabih H. Ayad
                on behalf of Interested Party Michigan State Conference NAACP ayadlaw@hotmail.com

Nabih H. Ayad
                on behalf of Interested Party Donnell White ayadlaw@hotmail.com

Nabih H. Ayad
                on behalf of Interested Party Thomas Stallworth III ayadlaw@hotmail.com

Nabih H. Ayad
                on behalf of Interested Party Detroit Branch NAACP ayadlaw@hotmail.com

Neil Matthew Berger
                on behalf of Plaintiff City of Detroit  Michigan dperson@teamtogut.com,dcahir@teamtogut.com,
                seratner@teamtogut.com;neilberger@teamtogut.com;bmoore@teamtogut.com

Neil R. Sherman
                on behalf of Creditor Flagstar Bank  FSB nsherman@sspclegal.com, stremonti1@sspclegal.com

Neil R. Sherman
                on behalf of Interested Party CitiMortgage  Inc. nsherman@sspclegal.com, stremonti1@sspclegal.com

Neil R. Sherman
                on behalf of Interested Party Schneiderman and Sherman  P.C. nsherman@sspclegal.com, stremonti1@sspclegal.com

Neil R. Sherman
                on behalf of Interested Party Kondaur Capital Corporation nsherman@sspclegal.com  stremonti1@sspclegal.com

Niraj R. Ganatra
                on behalf of Attorney UAW - Solidarity House Nganatra@uaw.net

Noel James Ravenscroft
                on behalf of Defendant Investment Committee of the Police and Fire Retirement System of the City of Detroit
                NRavenscroft@bodmanlaw.com  ravenscroftn@ecf.courtdrive.com

Patrick C. Lannen
                on behalf of Creditor Waste Management Inc. etal plannen@plunkettcooney.com  mkisell@plunkettcooney.com

Patrick E. Mears
                on behalf of Creditor 36th District Court for the State of Michigan pmears@btlaw.com

Patrick W. Carothers
                on behalf of Defendant Carmeuse Lime Inc pcarothers@leechtishman.com
                bankruptcy@leechtishman.com;ghauswirth@leechtishman.com;dtomko@leechtishman.com

Paul R. Hage
                on behalf of Creditor National Public Finance Guarantee Corporation phage@jaffelaw.com  tneddermeyer@jaffelaw.com

Paul R. Hage
                on behalf of Defendant Inland Waters Pollution Control Inc. phage@jaffelaw.com  tneddermeyer@jaffelaw.com

Paul R. Hage
                on behalf of Plaintiff National Public Finance Guarantee Corporation phage@jaffelaw.com  tneddermeyer@jaffelaw.com

Paul R. Hage
                on behalf of Defendant Election Systems & Software phage@jaffelaw.com  tneddermeyer@jaffelaw.com

Paula A. Hall
                on behalf of Plaintiff Official Committee of Retirees of the City of Detroit  Michigan hall@bwst-law.com,
                marbury@bwst-law.com;drewno@bwst-law.com

Paula A. Hall

on behalf of Interested Party Official Committee of Retirees of the City of Detroit  Michigan hall@bwst-law.com, marbury@bwst-law.com;drewno@bwst-law.com

**Paula A. Hall**

on behalf of Retiree Committee Official Committee of Retirees hall@bwst-law.com marbury@bwst-law.com;drewno@bwst-law.com

**Peter D. Dechiara**

on behalf of Creditor International Union  United Automobile, Aerospace and Agricultural Implement Workers of America pdechiara@cwsny.com

**Peter Paul Sudnick**

on behalf of Attorney Peter P. Sudnick psudnick@sudnicklaw.com  psudnick13@gmail.com

**Ralph E. McDowell**

on behalf of Counter-Claimant Investment Committee of the Police and Fire Retirement System of the City of Detroit rmcdowell@bodmanlaw.com

**Ralph E. McDowell**

on behalf of Defendant Investment Committee of the Police and Fire Retirement System of the City of Detroit rmcdowell@bodmanlaw.com

**Raymond Guzall, III**

on behalf of Creditor Johnnie Leon Cato rayguzall@attorneyguzall.com

**Raymond Guzall, III**

on behalf of Creditor Michael Amine Beydoun rayguzall@attorneyguzall.com

**Richard A. Roble (UST)**

on behalf of U.S. Trustee Andrew R. Vara Richard.A.Roble@usdoj.gov

**Richard A. Roble (UST)**

on behalf of U.S. Trustee Daniel M. McDermott Richard.A.Roble@usdoj.gov

**Richard G. Mack, Jr.**

on behalf of Plaintiff AFSCME Sub-Chapter 98  City of Detroit Retirees richardmack@millercohen.com, mcoil@millercohen.com

**Richard G. Mack, Jr.**

on behalf of Creditor Richard Mack richardmack@millercohen.com  mcoil@millercohen.com

**Richard G. Mack, Jr.**

on behalf of Interested Party 1983 Claimants richardmack@millercohen.com  mcoil@millercohen.com

**Richard G. Mack, Jr.**

on behalf of Creditor Coalition of Detroit Unions richardmack@millercohen.com  mcoil@millercohen.com

**Richard G. Mack, Jr.**

on behalf of Creditor Michigan Council 25 of the American Federation of State  County & Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com

**Richard G. Mack, Jr.**

on behalf of Creditor Michigan Council 25 of the American Federation of State  County and Municipal Employees, AFL-CIO richardmack@millercohen.com, mcoil@millercohen.com

**Richardo I. Kilpatrick**

on behalf of Creditor Detroit Water and Sewerage Department ecf@kaalaw.com Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;crik11@trustesolutions.net

**Richardo I. Kilpatrick**

on behalf of Interested Party City of Detroit Water and Sewerage Department ecf@kaalaw.com Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;crik11@trustesolutions.net

**Richardo I. Kilpatrick**

on behalf of Interested Party City of Detroit  Water and Sewerage Department ecf@kaalaw.com, Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;crik11@trustesolutions.net

**Robert Darnell**

on behalf of Interested Party United States Nuclear Regulatory Commission robert.darnell@usdoj.gov

**Robert Fetter**

on behalf of Interested Party Local 3308 of the American Federation of State  County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

**Robert Fetter**

on behalf of Plaintiff AFSCME Sub-Chapter 98  City of Detroit Retirees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

**Robert Fetter**

on behalf of Interested Party Local 917 of the American Federation of State  County and Municipal Employees rfetter@millercohen.com, richardmack@millercohen.com;mcoil@millercohen.com;ddorie@millercohen.com;brucemiller@millercohen.com

Robert A. Weisberg
                      on behalf of Defendant Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM
                      rweisberg@carsonfischer.com;njudge@carsonfischer.com

Robert A. Weisberg
                      on behalf of Counter-Claimant Shrader Tire & Oil Inc BRCY@CARSONFISCHER.COM
                      rweisberg@carsonfischer.com;njudge@carsonfischer.com

Robert A. Weisberg
                      on behalf of Creditor Oakland County  Michigan BRCY@CARSONFISCHER.COM,
                      rweisberg@carsonfischer.com;njudge@carsonfischer.com

Robert N. Bassel
                      on behalf of Interested Party Lasalle Town Houses Cooperative Association bbassel@gmail.com
                      robertbassel@hotmail.com;ecfbassel@gmail.com

Robert N. Bassel
                      on behalf of Interested Party Lafayette Town Houses  Inc. bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com

Robert N. Bassel
                      on behalf of Interested Party Joliet Town Houses Cooperative Association bbassel@gmail.com
                      robertbassel@hotmail.com;ecfbassel@gmail.com

Robert N. Bassel
                      on behalf of Interested Party St. James Cooperative bbassel@gmail.com  robertbassel@hotmail.com;ecfbassel@gmail.com

Robert N. Bassel
                      on behalf of Interested Party Nicolet Town Houses Cooperative Association bbassel@gmail.com
                      robertbassel@hotmail.com;ecfbassel@gmail.com

Robert S. Hertzberg
                      on behalf of Defendant Michael Jamison hertzbergr@pepperlaw.com  kuschj@pepperlaw.com

Robert S. Hertzberg
                      on behalf of Defendant City of Detroit  Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

Robert S. Hertzberg
                      on behalf of Defendant Kevyn D. Orr hertzbergr@pepperlaw.com  kuschj@pepperlaw.com

Robert S. Hertzberg
                      on behalf of Plaintiff City of Detroit hertzbergr@pepperlaw.com  kuschj@pepperlaw.com

Robert S. Hertzberg
                      on behalf of Debtor In Possession City of Detroit  Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

Robert S. Hertzberg
                      on behalf of Interested Party Pepper Hamilton LLP hertzbergr@pepperlaw.com  kuschj@pepperlaw.com

Robert S. Hertzberg
                      on behalf of Defendant John Naglik hertzbergr@pepperlaw.com  kuschj@pepperlaw.com

Robert S. Hertzberg
                      on behalf of Defendant John Naglick hertzbergr@pepperlaw.com  kuschj@pepperlaw.com

Robert S. Hertzberg
                      on behalf of Plaintiff City of Detroit  Michigan hertzbergr@pepperlaw.com, kuschj@pepperlaw.com

Robert S. Hertzberg
                      on behalf of Defendant Cheryl Johnson hertzbergr@pepperlaw.com  kuschj@pepperlaw.com

Ronald A. Spinner
                      on behalf of Defendant City of Detroit  Michigan spinner@millercanfield.com

Ronald A. Spinner
                      on behalf of Debtor In Possession City of Detroit  Michigan spinner@millercanfield.com

Ryan Blaine Bennett
                      on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com  maureen.mccarthy@kirkland.com

Ryan Blaine Bennett
                      on behalf of Defendant Syncora Guarantee  Inc. ryan.bennett@kirkland.com, maureen.mccarthy@kirkland.com

Ryan Blaine Bennett
                      on behalf of Interested Party Syncora Capital Assurance Inc. ryan.bennett@kirkland.com  maureen.mccarthy@kirkland.com

Ryan Blaine Bennett
                      on behalf of Interested Party Syncora Guarantee Inc. ryan.bennett@kirkland.com  maureen.mccarthy@kirkland.com

Ryan Blaine Bennett
                      on behalf of Interested Party Syncora Holdings Ltd. ryan.bennett@kirkland.com  maureen.mccarthy@kirkland.com

Sam J. Alberts
                      on behalf of Plaintiff Official Committee of Retirees of the City of Detroit  Michigan sam.alberts@dentons.com,

dan.barnowski@dentons.com

Sara Rajan

on behalf of Defendant Camden Insurance Agency Inc srajan@starkreagan.com

Scott A. Wolfson

on behalf of Defendant Detroit Advanced Technology Application Network swolfson@wolfsonbolton.com stravis@wolfsonbolton.com

Scott A. Wolfson

on behalf of Creditor The Bank Of New York Mellon swolfson@wolfsonbolton.com david.rosenzweig@nortonrosefulbright.com,melanie.kotler@nortonrosefulbright.com, stravis@wolfsonbolton.com

Scott Eric Ratner

on behalf of Debtor In Possession City of Detroit  Michigan dperson@teamtogut.com

Scott Eric Ratner

on behalf of Defendant Detroit Thermal  LLC dperson@teamtogut.com

Scott Eric Ratner

on behalf of Plaintiff City of Detroit  Michigan dperson@teamtogut.com

Scott M. Watson

on behalf of Creditor UBS AG swatson@wnj.com

Sean M. Cowley (UST)

on behalf of U.S. Trustee Andrew R. Vara Sean.cowley@usdoj.gov

Sean M. Cowley (UST)

on behalf of U.S. Trustee Daniel M. McDermott Sean.cowley@usdoj.gov

Shannon L. Deeby

on behalf of Interested Party General Retirement System of the City of Detroit sdeeby@clarkhill.com

Shannon L. Deeby

on behalf of Interested Party Police and Fire Retirement System of the City of Detroit sdeeby@clarkhill.com

Shannon L. Deeby

on behalf of Defendant Eastern Oil Co sdeeby@clarkhill.com

Shannon L. Deeby

on behalf of Defendant Dell Computer Corporation sdeeby@clarkhill.com

Shannon L. Deeby

on behalf of Defendant J Ranck Electric Inc sdeeby@clarkhill.com

Shannon L. Deeby

on behalf of Defendant Camp Dresser & McKee sdeeby@clarkhill.com

Shannon L. Deeby

on behalf of Defendant CDM Michigan Inc sdeeby@clarkhill.com

Shannon L. Deeby

on behalf of Defendant Prevost Parts/Prevost Car Inc. sdeeby@clarkhill.com

Shannon L. Deeby

on behalf of Defendant David Wm Ruskin sdeeby@clarkhill.com

Shawndrica Simmons

on behalf of Respondent Shannon Ferguson simmonslegal@lawchic.com

Shawndrica Simmons

on behalf of Respondent James Washington simmonslegal@lawchic.com

Shawndrica Simmons

on behalf of Respondent Norman Brown simmonslegal@lawchic.com

Shawndrica Simmons

on behalf of Respondent Orlando Potts simmonslegal@lawchic.com

Shawndrica Simmons

on behalf of Respondent Junius Perry simmonslegal@lawchic.com

Shawndrica Simmons

on behalf of Respondent Craig Brown simmonslegal@lawchic.com

Shawndrica Simmons

on behalf of Respondent Christopher McGhee simmonslegal@lawchic.com

Sheldon S. Toll

on behalf of Interested Party Detroit Windsor Tunnel  LLC sst@lawtoll.com

Sheryl L. Toby

on behalf of Interested Party Health Alliance Plan of Michigan stoby@dykema.com  dguerrero@dykema.com

Stacey L. Heinonen

on behalf of Creditor Larentinna Goudy sheinonen@855mikewins.com  staceyheinonen@yahoo.com

Stanley I. Okoli

on behalf of Creditor Shelton Bell  Jr. sokoli@romanolawpllc.com,dblake@romanolawpllc.com, dromano@romanolawpllc.com

Stanley I. Okoli

on behalf of Creditor Michael McKay sokoli@romanolawpllc.com  dromano@romanolawpllc.com

Stanley I. Okoli

on behalf of Creditor James Williams sokoli@romanolawpllc.com  dromano@romanolawpllc.com

Stanley L. de Jongh

on behalf of Interested Party City of Detroit Law Department jongsl@detroitmi.gov

Stanley L. de Jongh

on behalf of Debtor In Possession City of Detroit  Michigan jongsl@detroitmi.gov

Stephanie Lee Arndt

on behalf of Interested Party Desmond Ricks s.arndt@fiegerlaw.com  s.teal@fiegerlaw.com

Stephanie Lee Arndt

on behalf of Interested Party Thomas Sandusky  Personal Representative of Estate of Hal Sandusky s.arndt@fiegerlaw.com, s.teal@fiegerlaw.com

Stephanie Lee Arndt

on behalf of Creditor Steven Wolak s.arndt@fiegerlaw.com  s.teal@fiegerlaw.com

Stephanie Lee Arndt

on behalf of Interested Party Desire'a Ricks s.arndt@fiegerlaw.com  s.teal@fiegerlaw.com

Stephanie Lee Arndt

on behalf of Interested Party Akilah Cobb s.arndt@fiegerlaw.com  s.teal@fiegerlaw.com

Stephen Wolpert

on behalf of Creditor Macomb County stephen.wolpert@dechert.com

Stephen B. Grow

on behalf of Interested Party Richard Snyder sgrow@wnj.com  jfleury@wnj.com

Stephen Jered Beard

on behalf of Creditor Detroit Water and Sewerage Department sbeard@kaalaw.com  sbeard@ecf.courtdrive.com

Stephen Jered Beard

on behalf of Respondent Wayne County Treasurer sbeard@kaalaw.com  sbeard@ecf.courtdrive.com

Stephen M. Gross

on behalf of Plaintiff Syncora Guarantee Inc. sgross@mcdonaldhopkins.com  shelly.harrow@gmail.com

Stephen S. LaPlante

on behalf of Defendant City of Detroit  Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

Stephen S. LaPlante

on behalf of Plaintiff City of Detroit  Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

Stephen S. LaPlante

on behalf of Defendant Detroit City Council laplante@millercanfield.com  skoczylas@millercanfield.com

Stephen S. LaPlante

on behalf of Debtor In Possession City of Detroit  Michigan laplante@millercanfield.com, skoczylas@millercanfield.com

Stephen S. LaPlante

on behalf of Interested Party Detroit Institute of Arts laplante@millercanfield.com  skoczylas@millercanfield.com

Steven B. Flancher

on behalf of Interested Party State of Michigan flanchers@michigan.gov

Steven G. Howell

on behalf of Interested Party State of Michigan showell@dickinsonwright.com

Steven G. Howell

on behalf of Interested Party State of Michigan  Department of Attorney General showell@dickinsonwright.com

Stuart A. Gold

on behalf of Defendant Federal Pipe & Supply Inc sgold@glmpc.com  sgold@ecf.courtdrive.com

Stuart A. Gold

on behalf of Creditor Detroit Public Library sgold@glmpc.com  sgold@ecf.courtdrive.com

Stuart A. Gold

on behalf of Defendant Binkelman Corp. sgold@glmpc.com  sgold@ecf.courtdrive.com

Susheel Kirpalani

on behalf of Plaintiff Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com

Susheel Kirpalani

on behalf of Interested Party Syncora Guarantee Inc. susheelkirpalani@quinnemanuel.com

Suzanne L. Wahl

on behalf of Creditor DEPFA Bank PLC swahl@schiffhardin.com mosullivan@schiffhardin.com;edocket@schiffhardin.com

Tamar Dolcourt

on behalf of Debtor In Possession City of Detroit Michigan tdolcourt@foley.com

Thomas R. Morris

on behalf of Plaintiff Detroit Retired City Employees Association morris@silvermanmorris.com tmorris@morrispllc.com

Thomas R. Morris

on behalf of Plaintiff Retired Detroit Police and Fire Fighters Association morris@silvermanmorris.com tmorris@morrispllc.com

Vanessa G. Fluker

on behalf of Interested Party Center for Community Justice and Advocacy vgflawyer@sbcglobal.net dfjohnson@cfaith.com

Wendy Turner Lewis

on behalf of Defendant Pyratech Security Systems Inc wtlewis@ameritech.net

William C. Price

on behalf of Creditor General Retirement System of the City of Detroit wprice@clarkhill.com aporter@clarkhill.com

William C. Price

on behalf of Creditor Police and Fire Retirement System of the City of Detroit wprice@clarkhill.com aporter@clarkhill.com

William C. Price

on behalf of Creditor Governing Board of the City of Detroit Employee Benefit Plan wprice@clarkhill.com aporter@clarkhill.com

William H. Goodman

on behalf of Creditor Catherine W. Phillips mail@goodmanhurwitz.com

William H. Goodman

on behalf of Creditor Dwayne Provience mail@goodmanhurwitz.com

William H. Goodman

on behalf of Creditor Christobal Mendoza mail@goodmanhurwitz.com

William H. Goodman

on behalf of Creditor Annica Cuppetelli mail@goodmanhurwitz.com

William H. Goodman

on behalf of Creditor Deborah Ann Ryan mail@goodmanhurwitz.com

William H. Goodman

on behalf of Creditor Walter Swift mail@goodmanhurwitz.com

William J. Barrett

on behalf of Defendant Genuine Parts Company william.barrett@bfkn.com

William Norman Listman

on behalf of Interested Party Southeastern Oakland County Water Authority wlistman@dbsattorneys.com

William W. Kannel

on behalf of Creditor Ad Hoc Bondholder Committee wkannel@mintz.com

William W. Kannel

on behalf of Creditor Fidelity Management & Research Company wkannel@mintz.com

Yuliy Osipov

on behalf of Defendant Toter Incorporated yotc_ecf@yahoo.com yo_ecf@osbig.com;tc_ecf@osbig.com

Yuliy Osipov

on behalf of Interested Party Gary Segatti yotc_ecf@yahoo.com yo_ecf@osbig.com;tc_ecf@osbig.com

Yuliy Osipov

on behalf of Interested Party Michigan Property Tax Relief LLC yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

Yuliy Osipov

on behalf of Defendant Capp Inc. yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

Yuliy Osipov

on behalf of Defendant Capp USA yotc_ecf@yahoo.com yo_ecf@osbig.com;tc_ecf@osbig.com

Yuliy Osipov

on behalf of Interested Party P.P.T.A. Inc., or Harold Hoyt yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

Yuliy Osipov

on behalf of Creditor Jackie's Transport  Inc. yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

TOTAL: 563