UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

CITY OF DETROIT, MICHIGAN,

Case No.13-53846

Hon. Thomas J. Tucker

Debtor.

Chapter 9

## APPEARANCE OF COUNSEL

The Undersigned states he represents Respondents Christopher McGhee, Norman Brown, Craig Brown, James Washington, Shannon Ferguson, Junius Perry and Orlando Potts.

Dated: **December 17, 2021**

*/s/ Herbert A. Sanders*
Herbert A. Sanders (P43031)
Attorney for the Respondents
4031 Santa Clara St.
Detroit, MI 48221
(313) 962-0099
Herbert@SandersForJustice.com