IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED '21 DEC 20 AM11:15
US BANKRUPTCY MIE-FLNT

In re:

City of Detroit, Michigan,

Debtor.

Chapter 9

Case No.: No. 13-53846

Judge Thomas J. Tucker

**CORRECTED**

**PROOF OF SERVICE/CERTIFICATE OF SERVICE**

I, Kris J. Jacobsen, hereby certify on December 7, 2021, I filed, *WSP Michigan Inc.'s (f/k/a Parsons Brinckerhoff Michigan Inc.) Response To City Of Detroit's Motion To Establish Procedures For Distribution Of New B Notes To Holders Of Allowed Class 14 Claims Under The City's Plan Of Adjustment And Request For Modification Of Proposed Order*, with the Clerk of the Court by Federal Express.

On December 10, 2021, I also caused the foregoing pleading to be served via Email on the service list attached hereto as Exhibit A.

On December 7, I mailed the foregoing pleading by Federal Express and e-mail to Claimant's counsel at the following address:

Marc N. Swanson, Esq.
swansonm@millercanfield.com
Miller, Canfield, Paddock & Stone, PLC
150 West Jefferson, Suite 2500
Detroit, Michigan, 48226

Dated this 10th day of December, 2021

By: */s/ Kris J. Jacobsen*

Kris J. Jacobsen
Deputy General Counsel
WSP Michigan Inc.
c/o 2150 River Plaza
Drive #400
Sacramento, CA 95833
916.567.2501
Kris.jacobsen@wsp.com

**Exhibit A**

Exhibit
Served via

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Union Representative | AFSCME Council #25 | Attn: DeAngelo Malcolm | 600 W. Lafayette, Ste. 500 | | | Detroit | MI | 48226 | | | 313-964-0230 | dmalcolm@miafscme.org |
| Union Representative | AFSCME Council #25 | Attn: Catherine Phillips | 600 W. Lafayette, Ste. 500 | | | Detroit | MI | 48226 | | | 313-964-0230 | |
| Union Representative | AFSCME Council #25 | Attn: Albert Garrett | 1034 N. Washington | | | Lansing | MI | 48906 | | | 313-964-5220 | |
| Union Representative | AFSCME Council #25 | Attn: Albert Garrett | 600 W. Lafayette, Ste. 500 | | | Lansing | MI | 48906 | | | 313-964-5220 | |
| Union Representative | AFSCME Council #25 | Attn: Ed McNeil | 600 W. Lafayette, Ste. 500 | | | Detroit | MI | 48226 | | | 313-964-5220 | |
| Union Representative | AFSCME Local # 6087 | Attn: Clarence Sanders | 2633 Michigan Avenue | | | Detroit | MI | 48216 | | | | clmcsndra@yahoo.com |
| Union Representative | AFSCME Local #0023 | Attn: Robert Stokes | 600 W. Lafayette, Ste. 134 | | | Detroit | MI | 48226 | | | | |
| Union Representative | AFSCME Local #0062 | Attn: Lacydia Moore-Reese | 600 W. Lafayette, Ste. 150 | | | Detroit | MI | 48226 | | | 313-224-1304 | Reesel@detroitmi.gov |
| Union Representative | AFSCME Local #0207 | Attn: James Williams | 600 W. Lafayette, Ste. L-106 | | | Detroit | MI | 48226 | | | 313-965-1803 | afscme207@sbcglobal.net |
| Union Representative | AFSCME Local #0214 | Attn: June Nickleberry | 1301 E. Warren Avenue | | | Detroit | MI | 48207 | | | 313-896-8031 | mlssnick54@hotmail.com |
| Union Representative | AFSCME Local #0229 | Attn: Zachary Carr | 600 W. Lafayette, Ste. L-108 | | | Detroit | MI | 48226 | | | 313-961-8422 | afscmelocal229@ymail.com |
| Union Representative | AFSCME Local #0273 | Attn: Scecilla Hunt | 600 W. Lafayette, Ste. 140 | | | Detroit | MI | 48226 | | | 313-961-7250 | anurses@att.net |
| Union Representative | AFSCME Local #0312 | Attn: Phillip Douglas | 14022 Linwood | | | Detroit | MI | 48238 | | | 313-889-7310 | |
| Union Representative | AFSCME Local #0457 | Attn: Laurie Walker | 600 W. Lafayette, Ste. L-104 | | | Detroit | MI | 48226 | | | 313-965-6217 | |
| Union Representative | AFSCME Local #0542 | Attn: Phyllis McMillon | 600 W. Lafayette, Ste. L-101 | | | Detroit | MI | 48226 | | | 313-961-9356 | philphil48238@yahoo.com |
| Union Representative | AFSCME Local #0836 | Attn: Robert Donald | 600 W. Lafayette, Ste. 132 | | | Detroit | MI | 48226 | | | 313-963-2114 | union836@yahoo.com |
| Union Representative | AFSCME Local #1023 | Attn: Delia Enright | 600 W. Lafayette, Ste. L-125 | | | Detroit | MI | 48226 | | | 734-981-2778 | deliaenright@hotmail.com |
| Union Representative | AFSCME Local #1206 | Attn: Arlena Kirby | 20400 Steel | | | Detroit | MI | 48235 | | | | |
| Union Representative | AFSCME Local #1220 | Attn: Gerald Thompson | 600 W. Lafayette, Ste. 138 | | | Detroit | MI | 48226 | | | | |
| Union Representative | AFSCME Local #1227 | Attn: Joseph Walter | P.O. Box 36314 | | | Grosse Pointe Farms | MI | 48236 | | | | |
| Union Representative | AFSCME Local #1642 | Attn: Gina Thompson-Mitchell | 600 W. Lafayette, Ste. L-123 | | | Detroit | MI | 48226 | | | 313-965-8283 | |
| Union Representative | AFSCME Local #2394 | Attn: Yalonda King | 600 W. Lafayette, Ste. 110 | | | Detroit | MI | 48226 | | | 313-965-0518 | KingY987@detroitmi.gov |
| Union Representative | AFSCME Local #2799 | Attn: Yvonne Ross | 600 W. Lafayette, Ste. 132 | | | Detroit | MI | 48226 | | | 313-883-8773 | Yvonners2001@yahoo.com |
| Union Representative | AFSCME Local #2920 | Attn: Thomas Johnson II | 600 W. Lafayette, Ste. 208 | | | Detroit | MI | 48226 | | | 313-964-0697 | local2920@sbcglobal.net |
| Counsel for Airgas USA LLC | Airgas USA LLC | Mr David Boyle | 259 Radnor-Chester Rd Ste 100 | PO Box 6675 | | Radnor | PA | 19087-8675 | | 610-902-6028 | | |
| Counsel for Dexia Crédit Local, Dexia Holdings, Inc., Norddeutsche Landesbank Luxembourg, S.A., on behalf of Norddeutsche Landesbank Covered Finance Bank S.A. (collectively "Dexia") and Ad Hoc COPs Holders, and Panning Capital Management, LP, Monarch Alternative Capital LP, Bronze Gable, L.L.C. Aurelius Capital Management, LP, Stone Lion Capital Partners L.P., | Allard & Fish PC | Deborah L Fish and Timothy R. Graves | 2600 Buhl Bldg | 535 Griswold Ave | | Detroit | MI | 48226 | | 313-961-6141 | 313-961-6142 | dfish@allardfishpc.com; tgraves@allardfishpc.com |
| Union Representative | Amalgamated Transit Union, Division 26 | Attn: Henry Gaffney | 716 Lothrop | | | Detroit | MI | 48202 | | | 313-873-2698 | atulocal26pba@aol.com |
| Counsel for AFSCME and the Detroit, Michigan, Retiree Sub-Chapter 98 of the American Federation of State, County & Municipal Employees, AFL-CIO | American Federation of State, County & Municipal Employees, AFL-CIO | William Lurye Matthew Stark Blumin & Michael Artz | 1101 17th Street NW, Suite 900 | | | Washington | DC | 20036 | | 202-775-5900 | 202-452-0556 | BLurye@afscme.org; martz@afscme.org; |
| Counsel for Ambac Assurance Corporation | Arent Fox LLP | David L Dubrow | 1675 Broadway | | | New York | NY | 10019 | | 212-457-5800 | | David.Dubrow@arentfox.com |
| Counsel for Ambac Assurance Corporation | Arent Fox LLP | Emily Baver | 1717 K St NW | | | Washington | DC | 20036-5342 | | 202-857-6054 | | emily.baver@arentfox.com |
| Counsel for Attorney General Bill Schuette | Assistant Attorney General Solicitor General and Deputy Solicitor General | Michael R Bell John J Bursch and B Eric Restuccia | PO Box 30754 | | | Lansing | MI | 48909 | | 517-373-3203 | | BellM1@michigan.gov |
| Union Representative | Assistant Supervisors of Street Maintenance & Construction Association | Attn: Herbert Jenkins | 2633 Michigan Avenue | | | Detroit | MI | 48216 | | | 313-224-0039 | |
| Union Representative | Association of City of Detroit Supervisors | Attn: Richard King | 8651 Fenkell | | | Detroit | MI | 48238 | | | | KingR@detroitmi.gov |
| Union Representative | Association of Detroit Engineers | Attn: Sanjay M. Patel | P.O. Box 2241 | | | Detroit | MI | 48231 | | | | patel@dwsd.org |
| Union Representative | Association of Municipal Engineers | Attn: Partho Ghosh | 9300 W. Jefferson NAB #420 | | | Detroit | MI | 48209 | | | 313-297-6811 | pghosh@dwsd.org |
| Union Representative | Association of Municipal Inspectors | Attn: Michael Neil | P.O. Box 15475 | | | Detroit | MI | 48215 | | | 313-224-2023 | m.neil@sbcglobal.net |
| Union Representative | Association of Professional & Technical Employees | Attn: Dempsey Addison | 2727 Second Ave., Ste. 152 | | | Detroit | MI | 48202 | | | 313-852-4637 | theda3t@yahoo.com |
| Union Representative | Association of Professional Construction Inspectors | Attn: Juanita Sanders | 2727 Second Ave., Ste. 314B | | | Detroit | MI | 48201 | | | 313-833-8420 | |
| The Office of the Attorney General of the State of Michigan | Attorney General Bill Schuette | | Cadillac Place, 10th Floor | 3030 W. Grand Blvd., Suite 10-200 | | Detroit | MI | 48202 | | | | miag@michigan.gov |
| Counsel for Detroit Branch NAACP, Michigan State Conference NAACP, Donnell White, individually and on behalf of Detroit Branch NAACP and Michigan State Conference NAACP, Thomas Stallworth III, individually, Rashida Tlaib, individually, and Maureen Taylor, individually, interested parties in this bankruptcy matter as it pertains to their civil suit in the Federal Eastern District Court of Michigan (Case Number 13-CV-12098) | Ayad Law PLLC | Nabih H Ayad | 2200 Canton Ctr Rd Ste 220 | | | Canton | MI | 48187 | | | | |
| Counsel for Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. (collectively "EEPK"). | Ballard Spahr LLP | Vincent J Marriott | 1735 Market St | 51st FL | | Philadelphia | PA | 19103 | | 215-864-8236 | 215-864-9762 | marriott@ballardspahr.com |
| Attorneys for Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. | Ballard Spahr LLP | Vincent J. Marriott, III, Benjamin M. Schmidt, and Ma | 1735 Market Street, 51st Floor | | | Philadelphia | PA | 19103 | | 215-864-8236 | 215-864-9762 | marriott@ballardspahr.com; whitoma@ballardspahr.com; schmidtb@ballardspahr.com |
| Counsel for Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A., Hypothekenbank Frankfurt AG, Hypothekenbank Frankfurt International S.A., and Erste Europäische Pfandbrief- und Kommunalkreditbank Aktiengesellschaft in Luxemburg S.A. (collectively "EEPK"). | Ballard Spahr LLP | Matthew G Summers | 919 N Market St 11th Fl | | | Wilmington | DE | 19801 | | 302-252-4428 | 302-252-4466 | summersm@ballardspahr.com |
| Counsel for Genuine Parts Company | Barack Ferrazzano Kirschbaum & Nagelberg LLP | Kimberly J Robinson | 200 W Madison St Ste 3900 | | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | |
| Counsel for the 36th District Court for the State of Michigan | Barnes & Thornburg LLP | Peter A Clark | One N Wacker Dr | | | Chicago | IL | 60606 | | 312-214-5888 | 312-759-5646 | pclark@btlaw.com |
| Counsel for the 36th District Court for the State of Michigan | Barnes & Thornburg LLP | Patrick E. Mears | 171 Monroe Ave NW Ste 1000 | | | Grand Rapids | MI | 49503 | | 616-742-3930 | 616-742-3999 | pmears@btlaw.com |
| Counsel to Hyde Park Cooperative and Plymouth Square Limited Housing Association | Becker & Wasvary PLLC | Carl G Becker | 2401 W Big Beaver Rd Ste 100 | | | Troy | MI | 48084 | | | | markwasvary@hotmail.com; mark@wasvarylaw.com |
| Counsel for Jerome Collins | Benjamin Whitfield, Jr. & Associates, P.C. | Benjamin Whitfield, Jr. | 613 Abbott St 1st Fl | | | Detroit | MI | 48226 | | 313-961-1000 | | benwlaw123@aol.com |
| Counsel for Assured Guaranty Corporation and Assured Guaranty Municipal Corporation | Berkshire Hathaway Assurance Corporation | Attn: Kara Raiguel, Sunil Khanna and Thomas Scherer | 100 First Stamford Place | | | Stamford | CT | 06902 | | | | skhanna@berkre.com |
| Counsel to UBS, AG (COP Swap Counterparties) | Bingham McCutchen LLP | Attn: Edwin E. Smith, Esq. | One Federal Street | | | Boston | MA | 02110-1726 | | | 617-345-5003 | Edwin.smith@bingham.com |
| Counsel for UBS AG (COP Swap Counterparties) | Bingham McCutchen LLP | Edwin E Smith Jared Clark Steven Wilamowsky & E Marcus Marsh | 399 Park Ave | | | New York | NY | 10022-4689 | | 212-705-7000 | 212-752-5378 | edwin.smith@bingham.com; marcus.marsh@bingham.com |
| Counsel for U.S. Bank National Association (Top 20 Creditor) | Bodman PLC | Attn: Barbara A. Bowman, Esq. | 201 West Big Beaver Road, Suite 500 | | | Troy | MI | 48084 | | | 313-393-7579 | bbowman@bodmanlaw.com |
| Counsel for Blue Cross Blue Shield of Michigan and Blue Care Network of Michigan | Bodman PLC | Brian R Trumbauer | 1901 St Antoine St | 6th Fl at Ford Field | | Detroit | MI | 48226 | | 313-393-7554 | 313-393-7579 | btrumbauer@bodmanlaw.com |
| Attorneys for the Investment Committee of the Police and Fire Retirement System | Bodman PLC | Jaimee L Witten | 1901 St Antoine St | 6th Fl at Ford Field | | Detroit | MI | 48226 | | 313-392-1045 | 313-392-1045 | jwitten@bodmanlaw.com |
| Attorneys for the Investment Committee of the Police and Fire Retirement System | Bodman PLC | Noel J. Ravenscroft | 1901 St Antoine St | 6th Fl at Ford Field | | Detroit | MI | 48226 | | 313-392-1067 | 313-392-1067 | nravenscroft@bodmanlaw.com |
| Attorneys for the Investment Committee of the Police and Fire Retirement System | Bodman PLC | Brian R Trumbauer | 1901 St Antoine St | 6th Fl at Ford Field | | Detroit | MI | 48226 | | 313-393-7592 | 313-393-7582 | rmcdowell@bodmanlaw.com |
| Counsel for Siemens Industry Inc. | Bowman and Brooke LLP | | 41000 Woodward Avenue, Suite 200 East | | | Bloomfields Hills | MI | 48304 | | 248-205-3300 | 248-205-3399 | |
| Counsel for Amalgamated Transit Union Local 26 | Bredhoff & Kaiser PLLC | Andrew D Roth Jeffrey R Freund & Douglas L Greenfield | 805 15th St NW Ste 1000 | | | Washington | DC | 20005 | | 202-842-2600 | 202-842-1888 | [illegible] |
| Counsel for the Official Committee of Retirees | Brooks Wilkins Sharkey & Turco PLLC | Matthew E Wilkins & Paula A Hall | 401 S Old Woodward Ave Ste 400 | | | Birmingham | MI | 48009 | | 248-971-1711; 248-971-1714 | 248-971-1801 | wilkins@bwst-law.com; hall@bwst-law.com |
| Attorneys for Creditors, Oracle America, Inc. and Oracle Credit Corporation | Buchalter Nemer, A Professional Corporation | Shawn M Christianson | 55 Second St 17th Fl | | | San Francisco | CA | 94105-3493 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com |
| Union Representative | Building & Construction Trades Council | Attn: John Wallace | 1640 Porter St. | | | Detroit | MI | 48216 | | | 313-965-3232 | express33@aol.com |

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Attorneys for Defendants Detroit General Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation | Butzel Long, PC | Cynthia J Haffey | 150 W Jefferson Ste 100 | | | Detroit | MI | 48226 | | | | Haffey@butzel.com |
| Attorneys for Defendants, Detroit General Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation | Butzel Long, PC | Bruce L Sendek and Cynthia J Haffey | 150 W Jefferson Ste 100 | | | Detroit | MI | 48226 | | | | Haffey@butzel.com; Sendek@butzel.com |
| Attorneys for Defendants, Detroit General Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation | Butzel Long, PC | Bruce L Sendek and Cynthia J Haffey | 41000 Woodward Ave | | | Bloomfield Hills | MI | 48226 | | | | Haffey@butzel.com; Sendek@butzel.com |
| Attorneys for Defendants Detroit General Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation | Butzel Long, PC | Bruce L Sendek | 150 W Jefferson Ste 100 | | | Detroit | MI | 48226 | | | | Sendek@butzel.com |
| Attorneys for Defendants Detroit General Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation | Butzel Long, PC | Bruce L Sendek | 150 W Jefferson Ste 100 | | | Detroit | MI | 48226 | | | | Sendek@butzel.com |
| Attorneys for Defendants Detroit General Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation | Butzel Long, PC | Brian E McGinty | 150 W Jefferson Ste 100 | | | Detroit | MI | 48226 | | | | |
| Attorneys for Defendants Detroit General Retirement System Service Corporation and Detroit Police and Fire Retirement System Service Corporation | Butzel Long, PC | Brian E McGinty | 150 W Jefferson Ste 100 | | | Detroit | MI | 48226 | | | | |
| Interested Party | Caralyce M Lassner JD PC | Caralyce M Lassner | 8300 Hall Rd Ste 201 | | | Utica | MI | 48317 | | 248-723-6100 | | ecf@lassnerlaw.com |
| Counsel for Oakland County | Carson Fischer PLC | Attn Joseph M Fischer Robert Weisberg & Christopher Grosman | 4111 Andover Rd W 2nd Fl | | | Bloomfield Hills | MI | 48302-1924 | | 248-644-4840 | 248-644-1832 | jfischer@carsonfischer.com;;rweisberg@carsonfischer.com;;cgrosman@carsonfischer.com |
| Counsel for Assured Guaranty | Chadbourne & Parke LLP | Lisa Schapira Marc D. Ashley Marc B. Roitman | 30 Rockefeller Center | | | New York | NY | 10122 | | 212-408-1140 | | lschapira@chadbourne.com ; mroitman@chadbourne.com; mashley@chadbourne.com |
| Interested Party | Chase Paymentech LLC | Attn Lazonia Clark Business Analyst | 14221 Dallas Pkwy Bldg II | | | Dallas | TX | 75254 | | 214-849-3134 | 214-849-3335 | lazonia.clark@chasepaymentech.com |
| Claims and Noticing Agent | City of Detroit Processing Center | c/o KCC | 222 N. Pacific Coast Highway, Suite 300 | | | El Segundo | CA | 90245 | | | | Detroitinfo@kccllc.com |
| Counsel for Treasurer, City of Detroit | City of Detroit, Law Department | Mary Beth Cobbs | Assistant Corporation Counsel | 2 Woodward Ave Ste 500 | | Detroit | MI | 48226 | | | | cobbm@detroitmi.gov |
| Counsel for the Police and Fire Retirement System of the City of Detroit (the "PFRS") and the General Retirement System of the City of Detroit (the "GRS") | Clark Hill PLC | Shannon L Deeby | 151 S Old Woodward Ave Ste 200 | | | Birmingham | MI | 48009 | | 248-988-5888 | | sdeeby@clarkhill.com |
| Counsel to the General Retirement System of the City of Detroit (the "GRS") & Police and Fire Retirement System of the City of Detroit (the "PFRS") | Clark Hill PLC | William C Price | One Oxford Centre | 301Grant St, 14th Fl | | Pittsburgh | PA | 15219 | | 412-394-7776 | | [illegible] |
| Counsel for International Union, UAW ("UAW") | Cohen Weiss and Simon LLP | Thomas N. Ciantra & Peter D. DeChiara and Joshua J. Ellison | 330 W 42nd St | | | New York | NY | 10036 | | 212-356-0227 | 646-473-8227 | pdechiara@cwsny.com |
| Counsel for HP Enterprise Services LLC | Cole Schotz Meisel Forman & Leonard PA | Michael D Warner | 301 Commerce St Ste 1700 | | | Fort Worth | TX | 76102 | | 817-810-5250 | 817-810-5255 | |
| Counsel for Waste Management Inc. | Couzens Lansky Fealk Ellis Roeder & Lazar PC | Attn Jerry M Ellis | 38395 W Twelve Mile Rd Ste 200 | | | Farmington Hills | MI | 48331 | | 248-489-8600 | 248-489-4156 | jerry.ellis@couzens.com |
| Counsel for Kay Development | David W Yaldo PC | David W. Yaldo | 4036 Telegraph Road, Suite 204 | | | Bloomfield Hills | MI | 48302 | | 248-645-1500 | | |
| Counsel for Southeastern Oakland County Water Authority | Davis Burket Savage Listman Brennan | William N Listman | 10 S Main St Ste 401 | | | Mt Clemens | MI | 48043 | | 586-469-4300 | | rdavis@dbsattorneys.com |
| Counsel for Merrill Lynch Capital Services, Inc. | Davis Polk & Wardwell LLP | Marshall S Huebner | 450 Lexington Ave | | | New York | NY | 10017 | | 212-450-4000 | 212-701-5800 | detroit.chapter9.service@davispolk.com |
| Counsel for T-Mobile USA, Inc | Dawda, Mann, Mulcahy & Sadler, PLC | Attn Jessica B Allmand | 39533 Woodward Ave Ste 200 | | | Bloomfield Hills | MI | 48304-5103 | | 248-642-3700 | 248-642-7791 | |
| Counsel to National Industrial Maintenance – Michigan, Inc | Dean & Fulkerson | Attn Kevin N Summers | 801 W Big Beaver Rd Ste 500 | | | Troy | MI | 48084 | | 248-362-1300 | 248-362-1358 | Ksummers@dflaw.com |
| Counsel for Berkshire Hathaway Assurance Corporation | Debevoise & Plimpton LLP | My Chi To & M Natasha Labovitz | 919 Third Ave | | | New York | NY | 10022 | | 212-909-6000 | 212-909-6836 | ;nlabovitz@debevoise.com |
| Attorneys for County of Macomb, Michigan, a Michigan Constitutional corporation, by and through its County Agency, the Macomb County Public Works Commissioner | Dechert LLP | Allan S Brilliant & Stephen M Wolpert | 1095 Ave of the Americas | | | New York | NY | 10036 | | 212-698-3500 | 212-698-3599 | allan.brilliant@dechert.com; stephen.wolpert@dechert.com |
| Counsel for Dentons US LLP and Salans FMC SNR Denton Europe LLP, and Counsel to the Official Retiree Committee | Dentons US LLP | Carole Neville | 1221 Ave of the Americas | | | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | carole.neville@Dentons.com |
| Union Representative | Detroit Fire Fighters Association Local 344 | Attn: Daniel McNamara | 243 W. Congress Ste. 844 | | | Detroit | MI | 48226 | | | 313-962-7699 | dmcnamara344@aol.com |
| Union Representative | Detroit Income Tax Investigators Association | Attn: Marcella Campbell | 2 Woodward Ave., Ste. 1220 | | | Detroit | MI | 48226 | | | 313-224-1741 | marcicampbel@gmail.com |
| Union Representative | Detroit Police Command Officers Association | Attn: Darrell Patterson | P.O. Box 02625 | | | Detroit | MI | 48202 | | | 313-596-5968 | |
| Union Representative | Detroit Police Lieut. & Sergeants Association | Attn: Mark Young | 28 W. Adams, Ste. 700 | | | Detroit | MI | 48226 | | | 313-961-0923 | youngM604@detroitmi.gov;;Polo4491@aol.com |
| Retiree Representative | Detroit Firemen's Fund Association | Attn: Kim Fett | 1301 Third St. Suite 328 | | | Detroit | MI | 48226 | | 313-826-0088 | 313-828-1100 | |
| Retiree Representative | Detroit Police Benefit and Protective Association | Attn: Delbert R. Jennings, Sr. | 3031 W. Grand Boulevard, Suite 405 | | | Detroit | MI | 48202 | | | 313-870-8830 | |
| Union Representative | Detroit Police Officers Association | Attn: Craig Miller | 1938 E. Jefferson | | | Detroit | MI | 48207 | | | 313-567-7875 | craig@detroitpoa.com |
| Retiree Representative | Detroit Retired City Employees Association | Attn: Shirley V. Lightsey | P.O. Box 40713 | | | Detroit | MI | 48240 | | | | |
| Counsel for Chapter 7 Trustee, Charles Taunt | Dib and Fagan PC | Barry S Fagan | Simeon Chisara Chakpo | 25892 Woodward Ave | | Royal Oak | MI | 48067-0910 | | 248-542-6300 | | bfagan@dibandfagan.com |
| State of Michigan, Department of Attorney General | Dickinson Wright PLLC | Dawn R Copley | 500 Woodward Ave Ste 4000 | | | Detroit | MI | 48226-3425 | | 313-223-3500 | | dcopley@dickinsonwright.com |
| Counsel for Defendat MGM Grand Detroit, LLC | Dickinson Wright PLLC | Jeffery V Stuckey | 215 S Washington Sq Ste 200 | | | Lansing | MI | 48933 | | 517-371-1730 | | jstuckey@dickinsonwright.com |
| Counsel for Defendat MGM Grand Detroit, LLC | Dickinson Wright PLLC | Peter H Ellsworth | 215 S Washington Sq Ste 200 | | | Lansing | MI | 48933 | | 517-371-1730 | | pellsworth@dickinsonwright.com |
| State of Michigan, Department of Attorney General | Dickinson Wright PLLC | Steven G Howell and Allison R Bach | 500 Woodward Ave Ste 4000 | | | Detroit | MI | 48226-3425 | | 313-223-3500 | | showell@dickinsonwright.com; abach@dickinsonwright.c |
| Union Representative | DOT Foremen's Association of America Local 337 | Attn: Nicholas Duncan | 5778 Bluehill St. | | | Detroit | MI | 48224 | | | 313-886-7688 | NicDun@detroitmi.gov |
| Union Representative | DOT Foreperson's Association of America | Attn: Pamela King | 1301 E. Warren Avenue | | | Detroit | MI | 48207 | | | 313-579-8205 | Pamkin@detroitmi.gov |
| Top 20 Creditor | Downtown Development Authority | Athanasios Papapanos Glen W Long Jr and Rebecca Navin | 500 Griswold Ste 2200 | | | Detroit | MI | 48226 | | 313-237-4630; 313-237-4618; 313-237-4627 | 313-483-4106; 313-483-4132; 313-963-6839 | Artp1@degc.org; gwlong@degc.org; |
| Counsel for the City of Detroit | Dykema Gossett PLLC | Robert J. Franzinger and Jong-Ju Chang | 400 Renaissance Center | | | Detroit | MI | 48243 | | 313-568-6800 | | jchang@dykema.com |
| Union Representative | EMS Officers Association | Attn: James Gatteno | 2150 Lancaster | | | Grosse Pointe Woods | MI | 48236 | | | | jgatteno@comcast.net |
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | David M Eisenberg | 400 Galleria Officentre Ste 444 | | | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | deisenberg@ermanteicher.com |
| Counsel for Detroit Fire Fighters Association IAFF Local 344; Detroit Police Officers Association; Detroit Police Lieutenants and Sergeants Association; and Detroit Police Command Officers Association | Erman Teicher Miller Zucker & Freedman PC | Earle I Erman & Julie Beth Teicher | 400 Galleria Officentre Ste 444 | | | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | eerman@ermanteicher.com; jteicher@ermanteicher.com |
| Counsel for U.S. Bank National Association (Top 20 Creditor) | Faegre Baker Daniels LLP | Attn: Abby E. Wilkinson, Esq. | 2200 Wells Fargo Center | 90 South Seventh Street | | Minneapolis | MN | 55402-3901 | | | 612-766-1600 | |
| Personal Representative of the Estate of Hol Sandusky, Deceased, Desmond Ricks, Akilah Cobb, and Desere's Ricks | Fieger, Fieger, Kenney & Harrington, P.C. | Stephanie L Arndt & James J. Harrington, IV | 19390 W Ten Mile Rd | | | Southfield | MI | 48075 | | 248-355-5555 | | [illegible] |
| Union Representative | Field Engineers Association | Attn Larry Hart | PO Box 252805 | | | West Bloomfield | MI | 48325 | | | | |
| Counsel to City of Detroit, Michigan | Foley & Lardner LLP | John A Simon | 500 Woodward Ave Ste 2700 | | | Detroit | MI | 48226 | | 313-234-7100 | | jsimon@foley.com |
| Counsel for US Bank National Association, as Custodian | Foster Swift Collins & Smith PC | Dirk H Beckwith | 32300 Northwestern Hwy Ste 230 | | | Farmington Hills | MI | 48334 | | 248-539-9900 | | dbeckwith@fosterswift.com |
| Counsel for U.S. Bank National Association (Top 20 Creditor) | Foster Swift Collins & Smith PC | Attn: John M. Kamins, Esq. | 32300 Northwestern Hwy., Suite 230 | | | Farmington Hills | MI | 48334 | | | 248-539-2090 | |
| Counsel for the Bank of New York Mellon | Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Ave | | | New York | NY | 10103-3198 | | 212-318-3000 | 212-318-3400 | david.rosenzweig@nortonrosefulbright.com |
| Counsel for the Bank of New York Mellon | Fulbright & Jaworski LLP | Melanie M Kotler | 666 Fifth Ave | | | New York | NY | 10103-3198 | | 212-318-3000 | 212-318-3400 | |
| Counsel for Hathaway Berkshire Assurance Corporation; Berkshire Hathaway Assurance Corporation | Garan Lucow Miller PC | Courtney A. Krause Christopher P Jelinek & Robert D Goldstein | 1111 W Long Lake Rd Ste 300 | | | Troy | MI | 48098 | | 248-641-7600 | | ckrause@garanlucow.com |
| Top 20 Creditor - City's Pension Trusts | General Retirement System of the City of Detroit | Attn: Michael J. VanOverbeke, Esq. | Interim General Counsel | Vanoverbeke, Michaud & Timmony, P.C. | 79 Alfred Street | Detroit | MI | 48201 | | 313-578-1200 | 313-578-1201 | mvanoverbeke@vmtlaw.com |
| Counsel for the Detroit Public Library | Gold Lange & Majoros PC | Stuart A Gold & Hannah Mufson McCollum | 24901 Northwestern Hwy Ste 444 | | | Southfield | MI | 48075 | | 248-350-8220 | | sgold@glmpc.com; |
| Counsel for US Health & Life Insurance Company | Gold Lange & Majoros PC | Sandra L Oconnor | 24901 Northwestern Hwy Ste 444 | | | Southfield | MI | 48075 | | 248-350-8220 | | |
| Counsel for Deborah Ryan and Catherine Phillips, et al | Goodman & Hurwitz PC | William H Goodman | 1394 E Jefferson Ave | | | Detroit | MI | 48207 | | 313-567-6170 | 313-567-4827 | mail@goodmanhurwitz.com; bgoodman@goodmanhurwitz.com |
| The Office of the Governor of the State of Michigan | Governor Rick Snyder | | P.O. Box 30013 | | | Lansing | MI | 48909 | | | | |

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Brooks, Danean | Green Law Group PLC | Anthony Green | 2232 S Main Ste 438 | | | Ann Arbor | MI | 48103 | | 313-410-3380 | | greenelawgroup@gmail.com |
| Counsel for Defendants Greektown Casino and Detroit Entertainment LLC dba Motorcity Casino Hotel | Honigman Miller Schwartz and Cohn LLP | Andrea L Hansen | 222 N Washington Sq Ste 400 | | | Lansing | MI | 48933 | | 517-377-0709 | | ahansen@honigman.com |
| Counsel for General Motors LLC; Detroit Institute of Arts; Defendants Greektown Casino and Detroit Entertainment LLC dba Motorcity Casino Hotel | Honigman Miller Schwartz and Cohn LLP | Joseph R Sgroi | 2290 First National Bldg | 660 Woodward Ave | | Detroit | MI | 48226 | | 313-465-7570 | 313-465-7571 | jsgroi@honigman.com |
| Counsel for The Detroit Institute of Arts | Honigman Miller Schwartz and Cohn LLP | T. O'Reilly | 660 Woodward Ave | 2290 First National Bldg | | Detroit | MI | 48226 | | 313-465-7524 | 313-465-7525 | |
| Counsel for Defendants Greektown Casino and Detroit Entertainment LLC dba Motorcity Casino Hotel | Honigman Miller Schwartz and Cohn LLP | Jennifer Zbytowski Belveal | 2290 First National Bldg | 660 Woodward Ave | | Detroit | MI | 48226-3506 | | 313-465-7012 | | |
| Counsel for HP Enterprise Services LLC | HP Enterprises Services LLC | Ayala Hassell | 5400 Legacy Dr | | | Plano | TX | 75024 | | 972-605-5507 | 972-605-5616 | |
| Counsel for HP Enterprise Services LLC | HP Enterprises Services LLC | Ken Higman | 12610 Park Plz Dr Ste 100 | | | Cerritos | CA | 90703 | | 562-405-3120 | 714-364-8206 | |
| Union Representative | I.U.O.E. Local 324 | Attn: William Miller | 500 Hulet Drive | | | Bloomfield Township | MI | 48302 | | | 313-215-6927 | william.miller@iuoe324.org |
| Interested Party | IBM Corporation | Attn National Bankruptcy Coordinator | 275 Viger East Ste 400 | | | Montreal | QC | H2X 3R7 | Canada | 514-964-0217 | | |
| Counsel for IBM Credit LLC | IBM Credit LLC | Andy Gravina | Special Handling Group MD NC317 | 6303 Barfield Rd NE | | Atlanta | GA | 30328 | | | | |
| Counsel for International Union, UAW ("UAW") | International Union, UAW | Michael Nicholson | 8000 E Jefferson Ave | | | Detroit | MI | 48214 | | 313-926-5216 | 313-926-5240 | mnicholson@uaw.net |
| Counsel for Iron Mountain Information Management LLC | Iron Mountain Information Management, LLC | Joseph Corrigan | 745 Atlantic Ave 10th Fl | | | Boston | MA | 2111 | | 617-535-4744 | 617-451-0409 | Bankruptcy2@ironmountain.com |
| Counsel for the Retired Detroit Police Members Association; William Ochadleus, Shelton Hayes, Shirley Berger, Raymond Yee, Frederick McClure Jr., John Clark, Jim Benci, Janice Butler, Morris Wells, Melvin Williams Sr., Kimberly Ann Sanders, Sarah E. Giddens, Deborah Ward, Jackie Fulbright, Catherine Tuttle, Rita Serra, Martin Treadwell, Ed Gaines, Barbara Triplett-Decrease, John J. O'Neil, Roy Mccalister, Polly Mccalister, Gail Wilson-Turner, Loletha Porter-Coleman, Afford Coleman, Jessie Banks, Lester Coleman, Deborah Lark, Moses Lark, Sharon Cowling, Michael Cowling, Robert Jackson, Rashelle Pettway, Michael A. Adams, John Hawkins, Laura Isom, Duane McKissic, Herbert Moreland, Cynthian Diane Moreland, Henry Ellis, Keith Jackson Sr., Deborah Robinson, James Alexander Jr., Debra J. Fair, Brenda Goss-Andrews, Ricardo C. Jenkins, Jaqueline Jackson, Tommie Caroline, Lawrence V. Porter, Robbin Rivers, James R. Younger, Roscoe Mayfield, Charles Barbieri, Craig Schwartz, Glenda Cole-Dixon, Walter Long Jr., George Graves, Terrance Anderson, David Anderson, Nancy Fowler, George Chester, Anthony Klukowski Jr., Todd Klukowski, Roger Klukowski, Lois Klukowski-Hogan, Patricia Mcabe, Daniel P. Root, Jeannetta Washington, Mike Foley, Deborah McCreary ("Ochadleus Objectors") | Jamie S Fields | | 555 Brush Ste 2409 | | | Detroit | MI | 48226 | | 313-570-3906 | | jeansartre@msn.com |
| Counsel for ODM LLC | Jaffer Mangels Butler & Mitchell LLP | David M Poitras | 1900 Ave of the Stars 7th Fl | | | Los Angeles | CA | 90067-4308 | | 310-201-3571 | 310-712-8571 | dpoitras@jmbm.com |
| Counsel for International Outdoor Inc | Jeffery R Sieving | | 28423 Orchard Lake Rd Ste 200 | | | Farmington Hills | MI | 48334 | | 248-489-8889 | | jeff@iobillboard.com |
| Counsel for David Sole | Jerome D Goldberg PLLC | Jerome D Goldberg | 2921 E Jefferson Ste 205 | | | Detroit | MI | 48207 | | 313-393-6001 | 313-393-6007 | apclawyer@sbcglobal.net |
| Pro Se | John P Quinn | | 2003 Military St | | | Detroit | MI | 48209 | | 313-673-9548 | | quinjohn@umich.edu |
| Counsel to the City | Jones Day | Brad B Erens | 77 W Wacker | | | Chicago | IL | 60601 | | 312-782-3939 | 312-782-8585 | bberens@jonesday.com |
| Counsel to the City | Jones Day | Heather Lennox, Esq., Robert W. Hamilton | North Point | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | hlennox@jonesday.com, tawilson@jonesday.com, rwhamilton@jonesday.com |
| Counsel to the City | Jones Day | Jeffrey B. Ellman, Esq. | 1420 Peachtree St., NE | Suite 800 | | Atlanta | GA | 30309 | | 404-581-3939 | 404-581-8330 | jbellman@jonesday.com |
| Counsel to the City | Jones Day | Bruce Bennett, Esq. | 555 South Flower Street | Fiftieth Floor | | Los Angeles | CA | 90071 | | 213-243-2382 | 213-243-2539 | bbennett@jonesday.com |
| Co-Counsel for Attorneys for Health Alliance Plan of Michigan | K&L Gates LLP | Michael J Gearin | 925 Fourth Ave Ste 2900 | | | Seattle | WA | 98104-1158 | | 206-370-8868 | 206-370-6087 | mike.gearin@klgates.com |
| Counsel for Michigan Bell Telephone Company dba AT&T Michigan | Katten Muchin Rosenman LLP | Paige E Barr | 525 W Monroe Ste 1900 | | | Chicago | IL | 60661 | | 312-902-5200 | 312-902-1061 | |
| Counsel for New England Fertilizer Company and Wade Trim Associates Inc | Kerr Russell and Weber PLC | Jason W Bank | 500 Woodward Ave Ste 2500 | | | Detroit | MI | 48226-3406 | | 313-961-0200 | | jbank@kerr-russell.com |
| Counsel for the City of Detroit Water and Sewerage Department and its Board of Water Commissioners | Kilpatrick & Associates PC | Richardo I Kilpatrick | 615 Griswold Ste 1708 | | | Detroit | MI | 48226-3985 | | 313-963-2581 | | ecf@kaalaw.com |
| Counsel for Syncora Capital Assurance Inc., Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc | Kirkland & Ellis LLP | James HM Sprayregen PC Ryan Blaine Bennett & Noah J. Ornstein | 300 North LaSalle | | | Chicago | IL | 60654 | | 312-862-2000 | 312-862-2200 | james.sprayregen@kirkland.com; ryan.bennett@kirkland.com; |
| Counsel for Nuveen Asset Management and BlackRock Financial Management, Inc. | Kramer Levin Naftalis & Frankel LLP | Att Amy Caton | 1177 Avenue of the Americas | | | New York | NY | 10036 | | 212-715-9100 | 212-715-8000 | acaton@kramerlevin.com |
| Counsel to Certain Significant Holders of the COPs | Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | | New York | NY | 10036 | | | 212-715-8169 | tmayer@kramerlevin.com |
| Detroit Police Lieutenants and Sergeants Association; and Detroit Police Officers Association; Detroit Fire Fighters Association, I.A.F.F. Local 344; Sanitary Chemists and Technicians Association; Association of Detroit Engineers; John Runyan; Electrical Workers' Pension Trust Fund of Local Union #58, I.B.E.W., Detroit, Michigan (the "IBEW #58 Pension Fund") and the Sheet Metal Workers' Local Union No. 80 Pension Trust Fund (the "SMW 80 Pension Fund") (together, the "Pension Funds") | Law Office of Barbara A. Patek, PLC | Barbara A Patek | 27 E Flint St Ste 2 | | | Lake Orion | MI | 48362 | | 248-814-8470 | 248-814-8231 | pateklaw@gmail.com |
| Counsel for Kim Spicer | Law Offices of Elizabeth A Ferguson PLLC | Elizabeth A Ferguson | 55 Southbound Gratiot | | | Mount Clemens | MI | 48043 | | 586-206-0157 | | lizferguson@lawofficesofeaferguson.com |
| Counsel for St Martins Cooperative | Law Offices of Lee & Correll | Michael K Lee | 24801 Northwestern Hwy Ste 113 | | | Southfield | MI | 48075 | | 248-350-5900 | 248-350-8888 | |
| Counsel for the Detroit Fire Fighters Association IAFF Local 344 | Legghio & Israel PC | Christopher P. Legghio | 306 S. Washington, Suite 600 | | | Royal Oak | MI | 48067 | | 248 398 5900 x 1131 | 248-398-2662 | CPL@legghioisrael.com |
| Attorney for Detroit Fire Fighters Association, Local 344 -DFFA | Legghio & Israel, P.C. | Megan B. Boelstler | 306 S Washington, Ste 600 | | | Royal Oak | MI | 48067 | | 248-398-5900 | | mbb@legghioisrael.com |
| Interested Party | Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | john.dillman@lgbs.com |
| Counsel for the Retired Detroit Police and Fire Fighters Association; Donald Taylor; Detroit Retired City Employees Association; and Shirley V Lightsey | Lippitt O Keefe PLLC | Attn Brian O Keefe | 370 E Maple Rd 3rd Fl | | | Birmingham | MI | 48009 | | 248-646-8292 | 248-646-8375 | bokeefe@lippittokeefe.com |
| Counsel for the Retired Detroit Police and Fire Fighters Association, Donald Taylor, Shirley V Lightsey, and Detroit Retired City Employees Association | Lippitt O Keefe PLLC | Att Ryan C Plecha | 370 E Maple Rd 3rd Fl | | | Birmingham | MI | 48009 | | 248-646-8292 | 248-646-8375 | |
| Counsel for FK Park, LLC and FK South, LLC | Maddin, Hauser, Roth & Heller, P.C. | Ian S Bolton | 28400 Northwestern Hwy 2nd Fl | | | Southfield | MI | 48034 | | 248-351-7086 | 248-359-7544 | |
| Counsel for Syncora Guarantee Inc | Mantese Honigman Rossman and Williamson PC | Ian M Williamson | 1361 E. Big Beaver Road | | | Troy | MI | 48083 | | 248-457-9200 ext 20 | 248-457-9201 | iwilliamson@manteselaw.com |
| Counsel for Syncora Guarantee Inc | Mantese Honigman Rossman and Williamson PC | Brendan Frey | 1361 E. Big Beaver Road | | | Troy | MI | 48083 | | 248-457-9200 ext 20 | 248-457-9201 | |
| Counsel for Amalgamated Transit Union Local 26 | Mark H Cousens | | 26261 Evergreen Ste 130 | | | Southfield | MI | 48076 | | 248-355-2150 | 248-355-2170 | cousens@cousenslaw.com |
| Counsel for the Detroit Police Lieutenants and Sergeants Association | Matheson Parr Osmer & Stevens PLC | John A Stevens | 2555 Crooks Rd Ste 200 | | | Troy | MI | 48084 | | 248-643-7600 | 248-643-0417 | jstevens@mathesonparr.com |
| Interested Party | McAlpine PC | Mark L McAlpine | 3201 University Dr Ste 100 | | | Auburn Hills | MI | 48326 | | 248-373-3700 | | mlmcalpine@mcalpinepc.com |
| Counsel for Wilmington Trust Company, National Association | McDermott Will & Emery LLP | Attn: Kristin K. Going, Esq. | 340 Madison Ave | | | New York | NY | 10173-1922 | | 212-547-5429 | | kgoing@mwe.com |
| Counsel for Syncora Holdings Ltd Syncora Guarantee Inc and Syncora Capital Assurance Inc | McDonald Hopkins PLC | Joshua A Gadharf | 39533 Woodward Ave Ste 318 | | | Bloomfield Hills | MI | 48304 | | 248-593-2042 | 248-646-5075 | jgadharf@mcdonaldhopkins.com |
| Counsel for Bishop Real Estate, L.L.C. | McDonald Hopkins PLC | Jason L Weiner | 39533 Woodward Ave Ste 318 | | | Bloomfield Hills | MI | 48304 | | 248-646-5070 | 248-646-5075 | |
| Counsel for CSX Transportation Inc | McGuireWoods LLP | John H Maddock | Gateway Plaza | 800 E Canal St | | Richmond | VA | 23219-3916 | | 804-775-1000 | 804-775-1061 | jmaddock@mcguirewoods.com |
| Counsel for Michigan Council 25 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO | McKnight McClow Canzano Smith & Radtke PC | John R Canzano | 400 Galleria Officentre Ste 117 | | | Southfield | MI | 48034 | | 248-354-9650 | 248-354-9656 | |
| Counsel to Michael J. Karwoski | Michael J. Karwoski, Esq. | | 26015 Felicity Landing | | | Harrison Township | MI | 48045 | | 313-378-7642 | | mjkarwoski@alumni.nd.edu |
| Counsel to City of Detroit Michigan | Miller Canfield Paddock & Stone PLC | Stephen S LaPlante | 150 W Jefferson Ave Ste 2500 | | | Detroit | MI | 48226 | | 313-496-8478 | 313-496-8452 | laplante@millercanfield.com |

Exhibit
Served via

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Meijer, Inc | Miller Canfield Paddock & Stone, PLC | Marc N. Swanson | 150 W Jefferson Ave Ste 2500 | | | Detroit | MI | 48226 | | 313-496-8435 | 313-496-8452 | [illegible] |
| Counsel for Michigan American Federation of State, County and Municipal Employees Local 3308 and Local 917 | Miller Cohen PLC | Robert D Fetter & Richard G Mack Jr | 600 W Lafayette Blvd 4th Fl | | | Detroit | MI | 48226 | | 313-964-4454 | 313-964-4490 | rfetter@millercohen.com; richardmack@millercohen.com |
| Counsel to the City | Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green, Esq. Stephen S. LaPlante Marc N. Swanson | 150 West Jefferson | Suite 2500 | | Detroit | MI | 48226 | | 313-963-6420 | 313-496-7500 | green@millercanfield.com; swansonm@millercanfield.com;laplante@millercanfield.com |
| Counsel for Fidelity Management & Research Company and Eaton Vance Management | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | William W Kannel & Adrienne K Walker | One Financial Center | | | Boston | MA | 02111 | | 617-542-6000 | 617-542-2241 | [illegible] |
| Counsel for Patricia Ramirez; Denise Gardner; Sheila Johnson; Kimberly James | Morgan & Meyers PLC | Brian T Keck | 3200 Greenfield Rd Ste 260 | | | Dearborn | MI | 48120-1802 | | 313-961-0130 | 313-961-8178 | bkeck@morganmeyers.com |
| Proposed Counsel for Committee of Unsecured Creditors **[motion denied]** | Morrison & Foerster, LLP | Brett H. Miller and Lorenzo Marinuzzi | 1290 Avenue of the Americas | | | New York | NY | 10104-0050 | | | | ; lmarinuzzi@mofo.com |
| Pro se | Nathaniel Brent | | 538 S Livernois | | | Detroit | MI | 48209 | | | | |
| Counsel to Mary Whitson, Devery Jones, Robbie Flowers, Detroit Police Command Officers Association, Bruce Goldman, Detroit Fire Fighters Association , IAFF Local 344, Mary Washington, Service Employees International Union of Operating Engineers, Local 324 | Nickelhoff & Widick, PLLC | Marshall J Widick | 2211 E Jefferson Ave Ste 200 | | | Detroit | MI | 48207 | | 313-496-9515 | 313-965-4602 | [illegible] |
| Office of the United States Trustee | Office of the United States Trustee | Maria D Giannirakis | 211 West Fort Street Suite 700 | | | Detroit | MI | 48226 | | | | Maria.D.Giannirakis@usdoj.gov |
| Office of the United States Trustee | Office of the United States Trustee | Sean Cowley | 211 West Fort Street Suite 700 | | | Detroit | MI | 48226 | | | | Sean.Cowley@usdoj.gov |
| Office of the United States Trustee | Office of the United States Trustee | Daniel McDermott | 211 West Fort Street Suite 700 | | | Detroit | MI | 48226 | | | 313-226-7952 | |
| Counsel for JE Associates | O'Hagan Meyer PLLC | Evan A Burkholder | 22260 Haggerty Rd Ste 110 | | | Northville | MI | 48167 | | 248-896-1801 | | [illegible] |
| Counsel for Federal National Mortgage Association, creditor c/o Seterus, Inc., in the entitled action; and Everhome Mortgage Company as servicing agent for Everbank | Orlans Associates, P.C | Caleb J. Shureb, Heather D. McGivern, and Heather M. Lickow | PO Box 5041 | | | Troy | MI | 48007 | | 248-502-1400 | | hmcgivern@orlans.com; |

In re City of Detroit, Michigan
Case No. 13-53846