UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                 Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                          Chapter 9

         Debtor.                                                 Judge Thomas J. Tucker

_____ /

**ORDER REGARDING FURTHER PROCEEDINGS ON THE MOTION BY DETROIT
FIRE FIGHTERS ASSOCIATION FOR AN ORDER ENFORCING THE PLAN OF
ADJUSTMENT (DOCKET # 13430)**

       This case came before the Court for a telephonic hearing on January 12, 2022, on the
motion filed by the Detroit Fire Fighters Association, Local 344 (the "DFFA"), entitled "Motion
of Detroit Fire Fighters Association (DFFA) For the Entry Of An Order Enforcing The Plan Of
Adjustment Against: Christopher McGhee, Norman Brown, Craig Brown, James Washington,
Shannon Ferguson, Junius Perry, and Orlando Potts" (Docket # 13430, the "Motion").
Confirming action taken during the hearing, and for the reasons stated by the Court on the record
during the hearing,

       IT IS ORDERED that:

1.  No later than January 18, 2022, the DFFA must file a supplement in support of the Motion,
containing the following things:

    a. The letter from the DFFA's attorney to opposing counsel dated June 17, 2021,
    described by the DFFA's attorney during the hearing;

    b.  The state court case evaluation brief(s) of the DFFA, described by the DFFA's
    attorney during the hearing;

    c.  A copy of the initial complaint filed by the respondents (the state court plaintiffs
    Christopher McGhee, et al.) in July 2020;

    d.  A statement of the dates on which the initial complaint and the first amended
    complaint (Motion Exhibit 6A) were filed in the pending state court case;

    e.  A complete copy of the 2014 collective bargaining agreement, excerpts of which were
    filed as Motion Exhibit 6E and at Docket # 13455-2 (Exhibit 2 to the state court
    plaintiffs' response to the Motion); and

    f.  A complete copy of the 2001-2008 collective bargaining agreement, excerpts of which

were filed at Docket # 13455-2 (Exhibit 1 to the state court plaintiffs' response to the Motion).

2.  The Court will hold a further telephonic hearing, for the purpose of issuing an oral bench opinion on the Motion, on **February 9, 2022 at 2:00 p.m.**

3.  For the February 9, 2022 hearing, the parties should use the same telephone number and access code that they used for the January 12, 2022 hearing.

**Signed on January 12, 2022**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**

2