UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) Bankruptcy Case No. 13-53846 |
| | ) |
| City of Detroit, Michigan, | ) Judge Thomas J. Tucker |
| | ) |
| Debtor. | ) Chapter 9 |
| | ) |

### STIPULATION TO EXTEND DATE TO FILE RICHARD WERSHE JR.'S RESPONSE TO CITY OF DETROIT'S MOTION

NOW COMES, the parties, by and through their respective counsel, and hereby motions this Honorable Court to extend the deadline for Richard Wershe Jr., hereinafter "Plaintiff" to file a Response to City of Detroit's Motion for Entry of Bar Date Order and Confirmation Order as follows:

1. On January 4, 2022, counsel for City of Detroit filed a Motion for the Entry of An Order Enforcing the Bar Date Order and Confirmation Order Against Richard Wershe, Jr. (Doc 13491)

2. Pursuant to the City's Motion and this Court's Rules, Plaintiff's Response was due on January 18, 2022.

3. One of the attorneys for Mr. Wershe, William D. Savage, recently contracted Covid-19 and is currently bedridden.

4. Consequently, on January 17, 2022, counsel for the City of Detroit agreed to allow a two (2) week extension for Plaintiff's Response.

5. Therefore, the parties stipulate that the due date for Plaintiff's Response be changed to February 1, 2022.

WHEREFORE, the parties humbly request that this Honorable Court grant this stipulation and enter an order extending the due date for Plaintiff Wershe's Response to the City of Detroit's Motion to **February 1, 2022**.


Respectfully submitted,

| | |
|---|---|
| */s/Nabih H Ayad* | */s/Marc N. Swanson)* |
| Nabih H. Ayad (P59518) | Marc N. Swanson (71149) |
| *Attorney for Plaintiff Wershe* | *Attorney for City of Detroit* |
| 645 Griswold Street, Suite 2202 | 150 West Jefferson, Suite 2500 |
| Detroit, MI  48226 | Detroit, Michigan 48226 |
| P: 313.983.4600 | Telephone: (313)-496-7591 |
| F: 313.983.4665 | Fascimile: (313)-496-8451 |
| nabihayad@ayadlawpllc.com | swansonm@millercanfield.com |

Dated: January 18, 2022

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 13-53846 |
| | ) | |
| City of Detroit, Michigan, | ) | Judge Thomas J. Tucker |
| | ) | |
| Debtor. | ) | Chapter 9 |
| | ) | |

**ORDER GRANTING STIPULATION TO EXTEND DATE TO FILE PLAINTIFF'S RESPONSE TO CITY OF DETROIT'S MOTION**

This matter, having come before the Court on the Stipulation to Extend the Deadline to File Plaintiff's Response to City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Richard Wershe Jr. ("Motion"), the Court being fully advised in the premises, and there being good cause to grant the relief requested,

**THE COURT ORDERS THAT** Plaintiff Richard J. Wershe's Response to the City of Detroit's Motion for the Entry of An Order Enforcing the Bar Date Order and Confirmation Order Against Richard Wershe, Jr. (Doc 13491) is now due on or before **February 1, 2022.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 13-53846 |
|  | ) |  |
| City of Detroit, Michigan, | ) | Judge Thomas J. Tucker |
|  | ) |  |
| Debtor. | ) | Chapter 9 |
|  | ) |  |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I filed with the Clerk of Court the foregoing papers along with any attachments and served copies of the same on all counsel of record, *via* the ECF filing system, and also emailed a copy of the papers to:

Nabih H. Ayad (P59518)
*Attorney for Plaintiff Wershe*
645 Griswold Street, Suite 2202
Detroit, MI  48226
P: 313.983.4600
F: 313.983.4665
nabihayad@ayadlawpllc.com


Respectfully submitted,

*s/Marc N. Swanson*
Marc N. Swanson (71149)
Attorney for City of Detroit
150 West Jefferson, Suite 2500
Detroit, Michigan 48226

Telephone: (313)-496-7591
Facsimile: (313-486)-8451
swansonm@millercanfield.com

Dated: January 18, 2022