UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

In re:  Bankruptcy Case No. 13-53846

City of Detroit, Michigan,  Judge Thomas J. Tucker

    Debtor.  Chapter 9
_____/

**DFFA'S SUPPLEMENT IN SUPPORT OF ITS MOTION
FOR THE ENTRY OF AN ORDER ENFORCING THE PLAN OF
ADJUSTMENT AGAINST: CHRISTOPHER MCGHEE, NORMAN
BROWN, CRAIG BROWN, JAMES WASHINGTON, SHANNON
FERGUSON, JUNIUS PERRY, AND ORLANDO POTTS (DOCKET #13430)
PURSUANT TO ORDER (DOCKET #13493)**

Christopher P. Legghio (P27378)
Megan B. Boelstler (P79125)
Legghio & Israel, P.C.
306 S. Washington, Suite 206
Royal Oak, MI 48067
(248) 398-5900
cpl@legghioisrael.com
mbb@legghioisrael.com

Attorneys for DFFA

The DFFA ("DFFA" or "Movant") files, pursuant to the Court's January 12, 2022 *Order Regarding Further Proceedings on the Motion by the Detroit Fire Fighters Association for an Order Enforcing the Plan of Adjustment* (Docket #13493, "Order"), this supplement in support of its *Motion for the Entry of an Order Enforcing the Plan of Adjustment* (Docket #13430, "Motion").

This supplemental production follows the sequence of the Court's January 12, 2022 Order:

a. The letter from the DFFA's attorney to opposing counsel dated June 17, 2021, described by the DFFA's attorney during the hearing;

**See Exhibit A.**

b. The state court case evaluation brief(s) of the DFFA, described by the DFFA's attorney during the hearing;

**See attached and highlighted Exhibit B.[1]**

c. A copy of the initial complaint filed by the respondents (the state court plaintiffs Christopher McGhee, et al.) in July 2020;

**See attached Exhibit C.**

---

[1] The DFFA provides its WCCC Evaluation Brief, consistent with MCR 2.403(J)(4), noting that: this Court is not the trier of fact of Plaintiffs' WCCC claims, DFFA is submitting *only* its Brief -- *not* Plaintiffs' Brief, which could contain candid disclosures that are protected under MCR 2.403(J)(4) -- and the Defendant DFFA's Brief is submitted only for the purpose of verifying that DFFA gave Plaintiffs repeated notice that Plaintiffs' claims were barred by the City Bankruptcy and the POA.

1
13-53846-tjt    Doc 13495    Filed 01/18/22    Entered 01/18/22 17:58:43    Page 2 of 3

*d. A statement of the dates on which the initial complaint and the first amended complaint (Motion Exhibit 6A) were filed in the pending state court case;*

**Plaintiffs filed their initial complaint on May 12, 2020. Plaintiffs filed their First Amended Complaint on July 8, 2020. Plaintiffs served DFFA only their First Amended Complaint.**

*e. A complete copy of the 2014 collective bargaining agreement, excerpts of which were filed as Motion Exhibit 6E and at Docket # 13455-2 (Exhibit 2 to the state court plaintiffs' response to the Motion); and*

**See Exhibit D.**

*f. A complete copy of the 2001-2008 collective bargaining agreement, excerpts of which were filed at Docket # 13455-2 (Exhibit 1 to the state court plaintiffs' response to the Motion).*

**See Exhibit E.**

/s/ Christopher P. Legghio
Christopher P. Legghio (P27378)
Megan B. Boelstler (P79125)
Legghio & Israel, P.C.
306 S. Washington, Suite 206
Royal Oak, MI 48067
(248) 398-5900
cpl@legghioisrael.com
mbb@legghioisrael.com

January 18, 2022              Attorneys for DFFA