J. Apparatus Division Employees.

The classification of Apparatus Emergency Mechanic shall receive the same wage and special adjustments granted to the General City classification of General Auto Mechanic.

K. Fire Boat Employees.

1. Civilian classifications assigned to the Fire Boat shall receive wage increases equivalent to those granted to the comparable General City classifications listed below. Fringes and pay practices shall be the same as applied to the comparable General City classifications listed below and shall be in accordance with the ordinances and resolutions governing such fringes and pay practices.

2. Non-Civilian classifications assigned to the Fire Boat shall receive wage increases equivalent to those granted to the comparable General City classifications listed below. Hours and fringes shall be the same as applied to the Apparatus Emergency Mechanic.

| Fire Department Titles | General City Titles |
|---|---|
| Fire Boat Operator | General Auto Mechanic |
| Fire Boat Mechanic | General Auto Mechanic |
| Fire Boat Deckhand | Mechanical Helper |

L. <u>Pension and Retirement Provisions</u>. During the term of this Agreement Employees will be entitled to retirement benefits in accordance with the terms of the Memorandum of Understanding Regarding the Police and Fire Retirement System of the City of Detroit, Michigan. The terms of the Memorandum of Understanding may be modified to conform with any plan of adjustment approved by the United States Bankruptcy Court.

M. <u>Overtime</u>.

1. Pursuant to the City's management rights under Article 3, the City has the right to schedule overtime work and to require Employees to work mandatory overtime. In scheduling overtime, the City will use the following procedure:

   a. First, overtime work assignments shall be on a voluntary, rotating basis by seniority through the overtime master list for members who are on their scheduled XL or XXL days. Secondly, overtime assignments shall be on a voluntary, rotating basis by seniority for members who are on leave, provided no member shall work more than thirty-six (36) hours straight. Finally, if there are insufficient volunteers, overtime will be assigned on a mandatory basis through inverse seniority, consistent with Article 24, Section M of this Agreement.

Employees will be offered overtime only for vacancies within their current classification.

2. Should the appropriate senior Employee be inadvertently by-passed for a particular voluntary overtime opportunity, he/she will be offered the next voluntary overtime opportunity after notification to his/her Division Head of the by-pass, in a timely manner, by the Union or the individual. The sole remedy for a violation of the voluntary overtime scheme shall be working the next available overtime opportunity and not payment of any back pay. In no circumstance shall Employees be paid for time not worked.

3. Eligible members who volunteer for overtime shall contact their company the day before. Volunteering eligible members acknowledge that they may be called up until 8:00 a.m. of the available workday.

4. Eligible members on overtime shall service that overtime day as assigned through the Chief of Department, and, hold no claim to a spot that they would normally hold on a regular workday unless that spot is open.

5. Only the identified member may work an overtime day. Overtime work reliefs will not be accepted. Members on the overtime roster of the HMRU team at the wastewater treatment plant are not eligible for overtime in the fire fighting division.

6. Employees who accept overtime and are no longer able to work must notify the Department at least three (3) hours prior to the start of the overtime opportunity. Employees who have cancelled overtime three (3) times in a one hundred twenty (120) day period will be taken off the overtime list and must re-submit a request to be placed back on the list.

7. Call-Back Overtime. In the event of call-back, members will receive a minimum of four (4) hours Compensatory Time or four (4) hours pay. After 2¾ hours of overtime work, called-back Employees will receive time and a half Compensatory Time or Overtime pay. No member will be allowed to accumulate over fifty (50) hours of Compensatory Time.

N. Jury Duty.

1. Employees who serve on jury duty will be paid that normal day's pay. An Employee who receives any payment as compensation in connection with jury duty will immediately endorse the check over to the City or, otherwise, reimburse the City in that amount. If an Employee fails to provide the City with endorsed jury duty check(s) within two (2) weeks of that Employee's return to work, the City may recoup such payment by payroll deduction in accordance with this Agreement.

2. In the event that an Employee reports for jury duty but does not actually serve on a jury on a day when that Employee is scheduled to work, he/she will return to work to complete his/her shift.

3. In order to receive payment for jury duty days, an Employee must be scheduled to work, must give reasonably prompt prior notice to his/her supervisor that he/she has been summoned for jury duty, and must furnish proof of service for the days for which he/she claims such payment.

## 25. COMPANY STAFFING

A. Other Companies.

Except as otherwise provided herein, all engine, ladder, and squad companies (including hazardous material response units), except TACs, shall have four (4) members on duty per tour of duty. This requirement shall be temporarily excused only when the Department is given less than twelve (12) hours' notice by an Employee scheduled for a tour of duty in an engine or ladder company that the Employee will not be at work.

When this exception applies, the manpower in the Fire Fighting Division shall be (re)allocated between the engine and ladder companies under the customary detailing system of reassignment of the next most senior available on-duty Employee in that classification in the City. For example, if five (5) Employees fail to give timely notice, those five (5) vacancies shall be (re)allocated among all engine and ladder companies under the customary detailing system.

B. The requirements in Section A shall be additionally excused as follows:

1. Department training, Commissioner's hearings on charges, and medical appointments, without replacing such Employees through overtime.

2. The Department shall not be required from 0800 to 1800 hours to replace through overtime (1) one member per house assigned as the cook to shop for food for a period not in excess of two (2) hours or two (2) members who are away from the station on emergency leave under General Rule 10.125 for a period not in excess of two (2) hours.

3. Under the exceptions set out in B.1 through B.2 above, a number of Companies, not including Squads and not to exceed one-third (1/3) of the daily activated companies, shall be permitted to ride with three (3) members during those hours.

## 26. SAFETY

A. Health and Safety Committee.

1. The Department's Health and Safety Committee shall consist of eight (8) members as follows: the Executive Fire Commissioner (or his/her designee), three (3) members designated by the Executive Fire Commissioner; three (3)

members designated by the DFFA; and one (1) member designated by the Police Officers Association of Michigan ("POAM"). The Health and Safety officer shall be a non-voting member of the Health and Safety Committee.

a. The Executive Fire Commissioner, the DFFA, and the POAM shall designate to the Committee the same ratio of alternate members, who shall attend Committee meetings when the regular member cannot attend and shall act on behalf of such absent regular members who are absent.

b. Members of the Committee will be released from duty with pay to attend Committee meetings. The Department will not be obligated to replace on an overtime basis Employees relieved from duty for Committee work.

2. Unless the Committee shall otherwise decide, the Chairmanship and meeting location shall alternate at each meeting beginning with a Commissioner appointee, followed by a Union president appointee, and continuing to alternate in that manner at subsequent meetings.

3. The Committee will meet no less than once every two (2) months to address health and safety conditions and concerns. Meetings may also be called by order of the Executive Fire Commissioner (or his/her designee) or on written demand by the appointees of either party to discuss urgent issues at a mutually agreed time no later than ten (10) calendar days after the written demand. Minutes shall be taken at all meetings of the Health and Safety Committee.

4. The Chairperson will determine the agenda for each Committee meeting. Committee members may submit requests to the Executive Fire Commissioner for matters to be addressed at each meeting. A written agenda will be provided to all Committee members by the Chairperson at least one (1) week in advance of the meeting. The Committee shall have the responsibility, among other things, to:

a. review and analyze all reports of job-related accidents, deaths, injuries, and illness;

b. develop information on accident and injury sources and rates;

c. investigate Department facilities and equipment to detect hazardous conditions or unsafe work methods, including but not limited to training procedures, and make recommendations for correction; and

d. promote safety for all Department members.

5. Department records regarding job-related accidents, injuries, deaths, and illnesses may be made available to the Committee upon request.

6. The Committee may, by a majority vote of members present at a meeting, recommend:

a. Department rules and procedures concerning health and safety; and

b. correction of unsafe and harmful working conditions, including the setting of a deadline for the abatement of such conditions.

7. All recommendations must be made to the Executive Fire Commissioner in writing. The Committee's findings and recommendations are advisory only and do not constitute any limitation on the managerial rights of the Department.

8. The Department shall, in its sole discretion, make all decisions relating to modifications of or purchase specifications of protective apparel and equipment for fire fighters and for hazardous material response and handling.

B. Equipment.

- General. The City shall furnish to each Employee in the Fire Fighting Division (including Fire Engine Operators) one (1) waterproof flashlight, one (1) pair of Tempo Max gloves, and individual face pieces. The Department agrees to provide eight (8) lightweight aluminum and fiberglass-wrapped air tanks for each engine, ladder truck, and squad company, six (6) tanks for each TAC company and two (2) for each on duty Battalion Chief. Once the lightweight aluminum and fiberglass wrapped air tanks are issued to all fire companies, the Department agrees to withdraw from service all steel air tanks. Steel air tanks will no longer be issued as regular or reserve equipment. All of the foregoing shall be subject to the departmental rules on maintenance.

- Personal Protective Equipment (PPE). The City shall issue to all members of the Fire Fighting Division NEPA 1971 compliant PPE, consisting of two (2) coats, two (2) trousers, one (1) pair of boots, two (2) pairs of gloves, two (2) hoods, one helmet, and one (1) face piece.

- Blankets, Pillows. All 24-hours non-civilian employees of the Department shall be issued two (2) blankets and one (1) pillow as part of their personal issue which blankets and pillow shall be replaced by the City as needed.

- Exhaust Systems. All Fire stations shall have exhaust systems installed, one (1) per assigned rig. Exhaust systems need not be direct capture.

- Fire Helmet. The Department shall issue a NFPA compliant fire helmet in accordance with the recommendations of the Health and Safety Committee.

- Rescue Bags. The City shall purchase air rescue bags for each TMS unit.

- Prep Radios. The Fire Prevention Section Inspectors shall be issued prep radios to be used during their tours of duty.

- The two (2) sets of turnout gear (i.e., two (2) fire coats, two (2) bunker pants, two (2) pairs of fire boots, and two (2) pairs of fire gloves) to be provided by the City



13-53846-tjt Doc 13495-9 Filed 01/18/22 Entered 01/18/22 17:58:43 Page 5 of 38

to each member pursuant to this Agreement shall conform to current NFPA standards, and shall be cleaned and replaced in accordance with current NFPA standards. The City shall provide, clean, and replace said turnout gear either directly to the member, or through a leasing program.

- Any member who does not have at least one (1) complete set of NFPA – compliant gear shall be assigned a non-firefighting assignment with no change in work schedule, pay or benefits.

- For those members not receiving an annual uniform allowance, the City shall provide initially (6) sets of station wear that meet current NFPA standards and Department standards, and the City shall replace two (2) sets each year beginning one (1) year following the initial provision. The six (6) sets shall include six (6) pants and six (6) shirts. For new Employees, a set of four (4) pants and four (4) shirts shall be issued upon graduation from the Academy; the remaining set of two (2) pants and two (2) shirts shall be issued upon passing probation. The City shall provide and replace said station wear either directly to the member, or through a leasing program.

- Employees may purchase station wear that conforms to Department specifications from a vendor of their choice.

C. Prophylactic Inoculations.

1. Employees working in a Medical First Responder or Emergency Medical Technician role will be required to have inoculations as required by their level of certification or licensure and such inoculations will be at the City's expense.

2. Upon notification to the Employer by the Employee, Employees on a voluntary basis shall be granted, at the Employer's expense, prophylactic inoculations for:

    a. Hepatitis B (HBV), and

    b. As prophylactic inoculations become available, for:

        i. Additional strains of Hepatitis;

        ii. Human Immunodeficiency Virus (HIV) related conditions; and

        iii. Acquired Immune Deficiency Syndrome (HIV) antibody positive conditions.

3. Upon notification to the Employer by the Employee that he/she is significantly exposed in the course of duty to the risk of transmission of disease, as defined by the U.S. Center for Disease Control, from a person determined to have a disease of a contagious or infectious nature, the Employee on a voluntary basis, shall be granted, at the Employer's expense, medically necessary tests and/or screening, and prophylactic treatment.

D. Haz Mat Unit.

1. HazMat1. The Department may designate a Hazardous Materials Team ("HazMat 1") as a specialized unit responsible for stopping/containing releases of hazardous materials, responding to non-hazardous materials incidents, and other duties as may be designated by the Department. HazMat 1 will operate as an "at large team." All employees of the Department with the necessary HazMat training and certification shall be eligible for membership on the HazMat team. The location of HazMat 1 shall be determined by the Department.

2. Department Policies. The Department may establish rules, policies, procedures and requirements regarding the operation of HazMat 1, including but not limited to staffing, scheduling, training, job content and responsibilities, uniforms and safety gear. Such rules, procedures, and requirements shall be established in order to ensure, among other things, the safe, efficient, effective, and legally compliant operation of the Unit.

   a. Only charged time off allowable under the terms of this Agreement will be recognized as a reason not to work prescheduled days at HazMat 1.

   b. Not available (N/A) shall not be a permitted excuse not to work a scheduled assignment at the HazMat 1 or its assignments. When a member is assigned to the HazMat 1 or its assignments, work reliefs must be with the HazMat 1 Regular or Reserve Roster Employees.

   c. By assignment, the Training Academy shall be the official keeper of the HazMat training records. Duplicate copies shall be forwarded to the HazMat 1 quarters and to the Office of the Chief of Fire Department. All records will be secured and readily available for inspection by Regular and/or Reserve Roster Employees. Any disputes regarding training records shall first be discussed with the Training Academy and if such dispute is not resolved, subsequently may be lodged through proper channels to the Chief of Fire Department and the DFFA for quick resolution.

3. Rosters

   a. The Department shall maintain a Regular Roster of certified HazMat Technicians who are designated as part of HazMat 1.

   b. The Department shall maintain a Reserve Roster of certified HazMat Technicians for purposes of filling vacancies in HazMat 1.

   c. The above-mentioned Rosters shall be staffed in accordance with the needs of the Department and shall include up to a maximum of one hundred (100) certified HazMat Technicians. The Department shall balance the Rosters between both units and shifts by inverse seniority such that the HazMat 1 team roster will be staffed with fifty (50) certified

HazMat technicians and the HazMat 1 Reserve Roster shall be staff with fifty (50) certified HazMat technicians. However, the City shall not be obligated to restore staffing to 100 until the staffing drops to 85. Balancing may occur by inverse seniority order, at the Department's discretion, as often as once every transfer list.

d. Employees on the Regular and Reserve Roster will continue to be assigned to a rostered Fire company and shall be able to work on such company with the same rights as other Employees in good standing in the Detroit Fire Department.

e. Employees electing to include their names on the Regular Roster or the Reserve Roster shall sign a one (1) year commitment letter, which may be revoked only by written request submitted to the Chief of the Fire Fighting Division, and which shall be effective no less than thirty (30) days after the date of such written request. Employees on any step of attendance control are ineligible for placement on the Regular Roster or the Reserve Roster.

f. To the extent that there are vacancies on the Regular Roster as determined by the Department, vacancies shall be first filled by Employees on the Reserve Roster in accordance with length of service on the HazMat 1 team. In the event that there are insufficient Employees on the Reserve Roster, the Department will post the available vacancies. If the Department is unable to staff HazMat 1 with four (4) Department-certified HazMat Technicians, the Department may operate HazMat 1 with the available certified technicians, but only on an advisory basis. All hazardous materials response activity may be outsourced in the event that there is insufficient interest on the part of Employees to maintain an adequately staffed Reserve Roster as determined by the Department.

g. Employees on the Regular Roster shall receive a stipend of two hundred dollars ($200) per month in addition to their regular pay. Reserve Roster Employees detailed to HazMat 1 will receive twenty dollars ($20) per work day actually worked in addition to their regular pay. Stipends shall be paid on a quarterly basis.

4. <u>Training</u>.

a. All required hazardous material response training shall be administered by the Department's training facility or pre-approved by the Chief of the Training Academy and the Chief of the Fire Fighting Division.

b. Yearly certifications shall be required to remain on the HazMat 1 Regular Roster and/or Reserve Roster. Yearly certification can be completed through the team only with the express permission of the Department. Written advance notice & approval must be obtained prior to any yearly

certification to remain on the HazMat 1 Regular Roster and/or Reserve Roster. All costs associated with training and certification shall be at the City's expense.

c. To the extent that Employees need to complete training during working hours, the Department will reasonably adjust work schedules, with the exception of furloughs and extra vacation days.

5. Details to HazMat 1

a. There shall be no permanent details to HazMat 1. Details to HazMat 1 shall be distributed as equally as possible among Employees on the HazMat 1 Regular and Reserve Roster. The Senior HazMat 1 Captain shall be responsible for scheduling Regular and Reserve Employee detail to HazMat 1 thirty (30) days in advance of the detailed work day. Regular and Reserve Employees will submit any changes, when possible in his/her normal work schedule, when applicable (i.e., furlough, extra vacation days, Kelly changes, etc.) prior to scheduling work days. This schedule shall be posted at HazMat 1 quarters. Not Available ("N/A") shall not be allowed as an excuse not to work scheduled details at HazMat 1 or its assignments.

b. Employees assigned or detailed to HazMat 1 may utilize work reliefs, except while working overtime, and may only be relieved by Employees on the Regular Roster or the Reserve Roster. In cases of titled personnel that are contractually obligated to Department "swings" or other details, they shall be accommodated to serve on the HazMat 1 team first. Rostered Employees shall be obligated to HazMat, thereby forfeiting out-of-grade situations. A HazMat-trained medical response unit will be notified to respond to incident locations when needed and perform duties in compliance with DFD Standard Operating Procedures; including pre and post monitoring of HazMat personnel working in the "hot zone."

## 27. SUBSTANCE ABUSE

Employees subject to this Agreement will be subject to substance abuse testing in accordance with policies and procedures implemented by the Department. Such policies and procedures will not be changed without providing advance notice to the Association. The penalty for testing positive for any illegal drug will be discharge. Although not obligated to do so, the Executive Fire Commissioner may offer any Employee who violates a Substance Abuse Policy a Last Chance Agreement, in lieu of discharge.

## 28. WORKPLACE VIOLENCE

The parties recognize that workplace violence by Employees threatens the safety of Employees and the public and is detrimental to the provision of fire service. Pursuant to the City's zero tolerance against workplace violence, the City shall have the right to promulgate, alter, and/or amend disciplinary policies prohibiting workplace violence, and the Department may

promulgate, alter, and/or amend penalties up to and including discharge, for violation of those policies. Such policies and procedures shall not be changed without providing advance notice to the Union.

## 29. EXTENT OF AGREEMENT/SAVINGS CLAUSE

If any article or section of this Agreement or any supplements thereto, should be held invalid by operation of law or any tribunal of competent jurisdiction, or if compliance with or enforcement of any article or section should be restrained by such tribunal, the remainder of this Agreement and supplements shall not be affected thereby, and the parties shall enter into immediate collective bargaining negotiations for the purpose of arriving at a mutually satisfactory replacement for such article or section.

### 30. DURATION

This Agreement shall be effective and binding on the Union and the City as of November 6, 2014 ("Effective Date"), and shall continue in full force and effect through June 30, 2019 (the "Term"). This Agreement, including the Term, shall be incorporated into and become a part of both the plan of adjustment and order confirming the plan of adjustment, and the Agreement shall be subject to the post-confirmation ongoing jurisdiction of the Bankruptcy Court for the full Term, including without limitation, whatever jurisdiction the Bankruptcy Court's retains to enforce the Term. This Agreement, including specifically, the Term, shall be duly authorized and approved by and consented to by the State Treasurer and the Mayor of the City of Detroit, with these consents reflected by duly authorized signatures.

If either party desires to modify this Agreement, it may give written notice to the other party during the month of March 2019.

In the event that the Department and the Association fail to arrive at an agreement on wages, fringe benefits, other monetary matters, and non-economic items by June 30, 2019, this Agreement will remain in effect on a day-to-day basis. Either party may terminate this Agreement by giving the other party a ten (10) day written notice on or after June 30, 2019.

IN WITNESS WHEREOF, the parties hereto have affixed their signatures below:

Dated this 6 day of November, 2014.

| DETROIT FIRE FIGHTERS ASSOCIATION: | CITY OF DETROIT: |
|---|---|
| Jeffrey Pegg, President | Michael E. Duggan, Mayor |
| Teresa Singleton, Vice President | Kevyn Orr, Emergency Manager |
| Martin McClung, Secretary | Edsel Jenkins, Executive Fire Commissioner |
| Robert Shinske, Treasurer | Michael A. Hall, Labor Relations |
| | Office of the State Treasurer, Michigan |

**SCHEDULE I**
**CITY OF DETROIT**
**AND**
**DETROIT FIRE FIGHTERS**
**ASSOCIATION**
**(See Article 2)**

**RE: Classifications Represented:**

A. **Non-Civilians:**

1. <u>24-Hour Personnel</u>

Senior Chief Battalion
Fire Chief Fire Captain
Fire Captain/EMT
Fire Captain/Paramedic
Fire Lieutenant
Fire Lieutenant/EMT
Fire Lieutenant/Paramedic
Fire Sergeant
Fire Sergeant/EMT
Fire Sergeant/Paramedic
Fire Engine Operator
Fire Engine Operator/EMT
Fire Engine Operator/Paramedic
Fire Fighter Driver
Fire Fighter Driver/EMT
Fire Fighter Driver/Paramedic
Fire Fighter
Fire Fighter/EMT
Fire Fighter/Paramedic
Boiler Operator - High Pressure
24 Hour Service – Interim

2. <u>8-and 10-Hour Personnel</u>

Chief of Fire Operations
Fire Marshal
Deputy Fire Chief
Chief of Fire Prevention
Supervisor of Fire Department Training School
Fire Investigator Chief – Arson
Chief of the Community Relations Division
Chief of Plans and Examinations
Assistant Fire Department Community Relations Coordinator - Captain

Fire Training School Instructor - Captain
Fire Investigator - Captain
Senior Fire Prevention Inspector
Senior Fire Prevention Instructor
Plan Examiner - Fire Protection
Fire Training School Instructor - Lieutenant
Community Relations Officer – Lieutenant
Fire Investigator - Lieutenant
Fire Prevention Inspector
Fire Prevention Instructor

B. **Communications Division Personnel - Civilians:**

Supervising Fire Dispatcher
Assistant Supervising Fire Dispatcher
Senior Fire Dispatcher
Fire Dispatcher
Senior Assistant Fire Dispatcher
Assistant Fire Dispatcher

C. **Emergency Repairman - Non-Civilians:**

Apparatus Emergency Mechanic

D. **Fire Boat - Civilians:**

Fire Boat Mechanic

E. **Fire Boat - Non Civilians:**

Fire Boat Operator
Fire Boat Deckhand

## EXHIBIT 1

### DETROIT FIRE FIGHTERS ASSOCIATION
### WAGE INCREASE AND STEP INCREMENT SCHEDULE

**FIRE FIGHTER**
**Equivalent to Boiler Operator – High Pressure – 24 Hour Service Interim; Assistant Fire Dispatcher.**

| | Current | 7.5% Effective 1st Payroll Period after Effective Date of this Agreement | 0% Effective July 1, 2015 | 2.5% Effective July 1, 2016 | 2.5% Effective July 1, 2017 | 2.5% Effective June 30, 2018 |
|---|---|---|---|---|---|---|
| Minimum | $29,352 | $31,553 | $31,553 | $32,342 | $33,151 | $33,980 |
| Upon Completion of Fire Academy | $30,352 | $32,553 | $32,553 | $33,342 | $34,151 | $34,980 |
| 1st Year | $33,064 | $35,544 | $35,544 | $36,433 | $37,343 | $38,277 |
| 2nd Year | $36,776 | $39,535 | $39,535 | $40,523 | $41,536 | $42,574 |
| 3rd Year | $40,489 | $43,525 | $43,525 | $44,613 | $45,729 | $46,872 |
| 4th Year | $44,201 | $47,516 | $47,516 | $48,704 | $49,921 | $51,169 |
| 5th Year | $47,913 | $51,506 | $51,506 | $52,794 | $54,114 | $55,467 |

**FIRE FIGHTER DRIVER (5.00073% above Fire Fighter)**

| | Current | 7.5% Effective 1st Payroll Period after Effective Date of this Agreement | 0% Effective July 1, 2015 | 2.5% Effective July 1, 2016 | 2.5% Effective July 1, 2017 | 2.5% Effective June 30, 2018 |
|---|---|---|---|---|---|---|
| | $50,309 | $54,082 | $54,082 | $55,434 | $56,820 | $58,241 |

**FIRE SERGEANT**

**Equivalent to Fire Engine Operator; Operator of Aerial Tower or Platform Apparatus; Senior Assistant Fire Dispatcher.**

| | Current | 7.5% Effective 1st Payroll Period after Effective Date of this Agreement | 0% Effective July 1, 2015 | 2.5% Effective July 1, 2016 | 2.5% Effective July 1, 2017 | 2.5% Effective June 30, 2018 |
|---|---|---|---|---|---|---|
| Minimum | $54,781 | $58,890 | $58,890 | $60,362 | $61,871 | $63,418 |
| Maximum | $55,274 | $59,420 | $59,420 | $60,905 | $62,428 | $63,988 |

**FIRE LIEUTENANT**

**Equivalent to Fire Training School Instructor – Lieutenant; Fire Community Relations Officer – Lieutenant; Fire Investigator – Lieutenant; Fire Prevention Instructor; Fire Prevention Inspector; Fire Dispatcher.**

| | Current | 7.5% Effective 1st Payroll Period after Effective Date of this Agreement | 0% Effective July 1, 2015 | 2.5% Effective July 1, 2016 | 2.5% Effective July 1, 2017 | 2.5% Effective June 30, 2018 |
|---|---|---|---|---|---|---|
| Minimum | $59,222 | $63,664 | $63,664 | $65,255 | $66,887 | $68,559 |
| 1st Year | $59,716 | $64,195 | $64,195 | $65,800 | $67,445 | $69,131 |
| 2nd Year | $60,210 | $64,726 | $64,726 | $66,344 | $68,002 | $69,703 |
| 3rd Year | $60,704 | $65,257 | $65,257 | $66,888 | $68,560 | $70,274 |
| 4th Year | $61,196 | $65,786 | $65,786 | $67,430 | $69,116 | $70,844 |

**SENIOR FIRE DISPATCHER (Arithmetic mean (rounded to the next highest whole dollar) of the salaries for the classifications of Fire Lieutenant and Fire Captain)**

| | Current | 7.5% Effective 1st Payroll Period after Effective Date of this Agreement | 0% Effective July 1, 2015 | 2.5% Effective July 1, 2016 | 2.5% Effective July 1, 2017 | 2.5% Effective June 30, 2018 |
|---|---|---|---|---|---|---|
| Minimum | $62,925 | $67,644 | $67,644 | $69,335 | $71,069 | $72,846 |
| 1st Year | $63,419 | $68,175 | $68,175 | $69,879 | $71,626 | $73,417 |
| 2nd Year | $63,912 | $68,705 | $68,705 | $70,423 | $72,184 | $73,988 |
| 3rd Year | $64,406 | $68,236 | $68,236 | $70,967 | $72,741 | $74,560 |
| 4th Year | $64,899 | $69,766 | $69,766 | $71,511 | $73,298 | $75,131 |

**FIRE CAPTAIN**

**Equivalent to Fire Training School Instructor – Captain; Plan Examiner – Fire Protection; Fire Investigator – Captain; Senior Fire Prevention Instructor; Senior Fire Dispatcher; Senior Fire Prevention Inspector; Assistant Community Relations Coordinator.**

| | Current | 7.5% Effective 1st Payroll Period after Effective Date of this Agreement | 0% Effective July 1, 2015 | 2.5% Effective July 1, 2016 | 2.5% Effective July 1, 2017 | 2.5% Effective June 30, 2018 |
|---|---|---|---|---|---|---|
| Minimum | $66,626 | $71,623 | $71,623 | $73,414 | $75,249 | $77,130 |
| 1st Year | $67,119 | $72,153 | $72,153 | $73,957 | $75,806 | $77,701 |
| 2nd Year | $67,612 | $72,683 | $72,683 | $74,500 | $76,362 | $78,272 |
| 3rd Year | $68,105 | $73,213 | $73,213 | $75,043 | $76,919 | $78,842 |
| 4th Year | $68,598 | $73,743 | $73,743 | $75,586 | $77,476 | $79,413 |

**BATTALION FIRE CHIEF (18.59967% above Fire Captain)**
**Equivalent to Assistant Supervising Fire Dispatcher.**

| | Current | 7.5% Effective 1st Payroll Period after Effective Date of this Agreement | 0% Effective July 1, 2015 | 2.5% Effective July 1, 2016 | 2.5% Effective July 1, 2017 | 2.5% Effective June 30, 2018 |
|---|---|---|---|---|---|---|
| | $81,357 | $87,459 | $87,459 | $89,645 | $91,886 | $94,184 |

**SENIOR CHIEF (11.58229% above Battalion Fire Chief)**
**Equivalent to Chief of Fire Prevention; Fire Investigator Chief - Arson; Chief of the Training Division; Supervising Fire Dispatcher – Chief; Chief of the Community Relations Division; Chief of Plans and Examinations (f/k/a Fire Protection Engineer).**

| | Current | 7.5% Effective 1st Payroll Period after Effective Date of this Agreement | 0% Effective July 1, 2015 | 2.5% Effective July 1, 2016 | 2.5% Effective July 1, 2017 | 2.5% Effective June 30, 2018 |
|---|---|---|---|---|---|---|
| | $90,780 | $97,589 | $97,589 | $100,028 | $102,529 | $105,092 |

**DEPUTY FIRE CHIEF (4.49328% above Senior Chief)**

| | Current | 7.5% Effective 1st Payroll Period after Effective Date of this Agreement | 0% Effective July 1, 2015 | 2.5% Effective July 1, 2016 | 2.5% Effective July 1, 2017 | 2.5% Effective June 30, 2018 |
|---|---|---|---|---|---|---|
| | $94,859 | $101,973 | $101,973 | $104,523 | $107,136 | $109,814 |

**CHIEF OF FIRE OPERATIONS (8.62649% above Deputy Fire Chief)**

| | Current | 7.5% Effective 1st Payroll Period after Effective Date of this Agreement | 0% Effective July 1, 2015 | 2.5% Effective July 1, 2016 | 2.5% Effective July 1, 2017 | 2.5% Effective June 30, 2018 |
|---|---|---|---|---|---|---|
| | $103,042 | $110,770 | $110,770 | $113.539 | $116,378 | $119,287 |

**FIRE MARSHAL (6.60022% above Chief of Fire Operations)**

| | Current | 7.5% Effective 1st Payroll Period after Effective Date of this Agreement | 0% Effective July 1, 2015 | 2.5% Effective July 1, 2016 | 2.5% Effective July 1, 2017 | 2.5% Effective June 30, 2018 |
|---|---|---|---|---|---|---|
| | $109,843 | $118,081 | $118,081 | $121,033 | $124,059 | $127,161 |

## EXHIBIT II

## CITY OF DETROIT AND DETROIT FIRE FIGHTERS ASSOCIATION

***Promotions language for Fire Fighter Drivers and Fire Engine Operators***

1. **Effective July 1, 2015.** Promotions to Fire Fighter Driver and Fire Engine Operator shall be made as follows:

    a. The sequence of promotions shall be:

        i. Fire Fighter to Fire Fighter Driver

        ii. Fire Fighter Driver to Fire Engine Operator.

    b. Qualifications for promotion to Fire Fighter Driver shall be as follows:

        i. Shall be most senior on official Department Fire Fighter Driver applicant list.

        **Note:** Placement on the Fire Fighter Driver applicant list shall occur as follows: At the discretion of the Fire Commissioner, a period of time shall be declared open for Employees with at least two (2) years of seniority in the Department to submit an application to the Fire Commissioner to be placed on the Fire Fighter Driver applicant list. At the close of such period of time, all applications shall be placed in the order of the Employee's seniority in the Fire Fighting Division and the names of the applicants shall be placed on the Fire Fighter Driver applicant list in such order, at which time the list shall be closed until the list of names drops below a level determined to be necessary by the Fire Commissioner.

        ii. Shall be certified by the Training Academy as a qualified driver.

        iii. Shall successfully pass a physical examination including passing a drug test by a City-designated physician subject to the Department's substance abuse policy.

        iv. Shall not exceed the driving standards specified in the Eligibility Standards for Driving Assignments issued by the Human Resources Department.

        **Note:** The operator of the Tiller is subject to the above-stated qualifications and shall be classified as a Fire Fighter Driver or Fire Fighter Driver Applicant.

v. Completion of an Emergency Vehicle Operator's course as may be established by the Department. The Department shall pay Employees at their normal rates of pay for time spent completing the Emergency Vehicle Operator's course.

c. Qualifications for promotion to Fire Engine Operator shall be as follows.

i. Shall be the most senior Fire Fighter Driver on official Department Fire Fighting Driver list.

ii. Shall successfully pass a physical examination including passing a drug test by a City-designated physician subject to the Department's substance abuse policy.

iii. Shall not exceed the driving standards specified in the Eligibility Standards for Driving Assignment issued by the Human Resources Department. After July 1, 2015, Employees may be required to successfully complete a training course for FEOs developed and implemented by the Department. The Department shall pay Employees at their normal rate of pay for time spent completing the FEO training course. The Department shall provide the DFFA with six (6) months notice prior to implementing any required training course for FEO.

**Note:** Driver Applicants, Fire Fighter Drivers, and Fire Engine Operators are required to meet and maintain the above driving standards to be eligible to continue in their respective positions. In addition, all Employees in driving classifications must have a current valid driver's license to be eligible to continue in their respective positions. Persons who do not have a current valid driver's license or, who fail to maintain the above standards shall be removed from the driving position.

Relationship to Fire Fighting Division Seniority: When, due to seniority on the Fire Fighter Drivers list, and after completion of the Emergency Vehicle Operator's course, an Employee is eligible for promotion to the rank of Fire Engine Operator, the Employee shall have the option of taking the promotion to Fire Engine Operator However, should the Employee decline the promotion to Fire Engine Operator, he/she shall retain all seniority relative to the rank of Fire Sergeant, but shall automatically be demoted to the rank of Fire Fighter and removed from the FFD list. Upon promotion to the rank of Fire Engine Operator, he/she shall remain eligible for a promotion to the rank of Fire Sergeant based on seniority accrued prior to the date the Employee was promoted to Fire Engine Operator. Such election of options must be made in writing to the Executive Fire Commissioner.

**MEMORANDUM OF UNDERSTANDING**
**REGARDING THE POLICE AND FIRE RETIREMENT SYSTEM**
**BETWEEN**
**THE CITY OF DETROIT**
**AND**
**THE DETROIT FIRE FIGHTERS ASSOCIATION**

This Memorandum of Understanding is made and entered into this 6 day of November, 2014, by and between the City of Detroit ("City") and the Detroit Fire Fighters Association ("DFFA" or the "Association").

WHEREAS, on July 18, 2013, the City filed for protection under Chapter 9 of the U.S. Bankruptcy Code, 11 U.S.C. §§ 101-1550; and

WHEREAS, on December 5, 2013, the U.S. Bankruptcy Court for the Eastern District of Michigan ("Bankruptcy Court") ruled that the City is eligible to be a debtor under Chapter 9 of the U.S. Bankruptcy Code; and

WHEREAS, the City's duty to bargain with the Association over changes to terms and conditions of employment has been suspended pursuant to Public Act 436, MCL § 141.1541 *et seq.*; and

WHEREAS, on August 16, 2013 the Bankruptcy Court ordered the City and the Association to participate in Court-supervised mediation regarding the terms of a successor collective bargaining agreement, including retirement benefits for current employees; and

WHEREAS, the City and the Association agree that it is in the best interests of the City and its employees for the City to provide fiscally responsible but high quality retirement benefits to its future retirees; and

WHEREAS, in connection with the mediation, the City and the Association have discussed ways to address the unfunded liabilities of the Police and Fire Retirement System ("PFRS") and to reach an agreement to provide sustainable retirement benefits to future retirees of the City; and

WHEREAS, benefit accruals under the PFRS ceased effective June 30, 2014, pursuant to Ordinance No. 12-14; and

WHEREAS, effective July 1, 2014, employees represented by certain City unions, including the DFFA, became eligible to participate in the Combined Plan for the Police and Fire Retirement System of the City of Detroit, Michigan (the "Combined Plan"), which consists of provisions relating to benefits accrued by members under PFRS prior to July 1, 2014 ("Old PFRS") and provisions relating to benefits accrued by members under PFRS on and after July 1, 2014 ("New PFRS"); and

WHEREAS, this Memorandum of Understanding supplements any collective bargaining agreements entered into between the City and the Association and/or any Act 312 Arbitration Award pertaining to the Association and the City until the expiration of this Memorandum of Understanding;

NOW, THEREFORE, it is agreed that the City and the Association have entered into this Memorandum of Understanding, and any proposals or counter-proposals made during related discussions by either the City or the Association, but not included in this Memorandum of Understanding, are hereby withdrawn. The City and the Association further agree as follows:

A. The Police and Fire Retirement System. During the term of this Memorandum of Understanding, pension benefits for eligible employees represented by the DFFA shall be in accordance with this Memorandum of Understanding, as follows:

1. City Contribution. The City shall contribute to New PFRS, on an annual basis, an amount equal to twelve and one-quarter percent (12.25%) of each eligible employee's base compensation. A portion of such contribution will be credited to a rate stabilization fund.

2. Employee Contribution. Eligible employees hired by the City on or before June 30, 2014 shall make pre-tax contributions equal to six percent (6%) of their base compensation to New PFRS (pre-risk shifting). Eligible employees hired or rehired by the City on and after July 1, 2014 shall make pre-tax contributions equal to eight percent (8%) of their base compensation to New PFRS (pre-risk shifting).

3. Plan Terms. Except as set forth herein, the following key terms relating to New PFRS shall apply to benefits accrued by eligible employees on and after July 1, 2014 and prior to January 1, 2024:

| | |
|---|---|
| **BENEFIT FORMULA** | Final Average Compensation (average base compensation over last 5 consecutive years of employment) x Years of Service earned after June 30, 2014 x 2.0%. Average base compensation does not include overtime, unused sick leave, longevity payments, or any other form of bonus or additional compensation – just the employee's base salary. |
| | Actual time for benefit accrual is actual time served. For vesting service, an eligible employee must work 1,000 hours in a 12-month period to accrue a year of service. |

| | |
|---|---|
| NORMAL RETIREMENT AGE | Age 50 with 25 years of service, with the following 7 year transition period for New PFRS benefits only:<br><br>Fiscal Year — Age and Service<br>2015 — Age 43 and 20 years<br>2016 — Age 43 and 20 years<br>2017 — Age 44 and 21 years<br>2018 — Age 45 and 22 years<br>2019 — Age 46 and 23 years<br>2020 — Age 47 and 24 years<br>2021 and thereafter — Age 50 and 25 years<br><br>Unreduced frozen Old PFRS benefits are payable in accordance with the requirements of PFRS as in effect on June 30, 2014 (that is, when an employee reaches 20 or 25 years of credited service, whichever applied to the employee as of June 30, 2014 under Old PFRS). |
| | 10 Years of Service for vesting. |
| | Deferred vested pension -- 10 years of service and age 55. |
| | Duty Disability - consistent with Old PFRS. |
| | Non-Duty Disability – consistent with Old PFRS. |
| | Non-Duty Death Benefit for Surviving Spouse – consistent with Old PFRS. |
| | Duty Death Benefit for Surviving Spouse – consistent with Old PFRS. |
| COLA | 1% compounded, variable. |
| DROP ACCOUNTS | Available for frozen Old PFRS benefits and future accrued benefits under New PFRS for employees who are eligible to retire under concurrent eligibility requirements. No more than 5 years of DROP participation for employees not already in DROP as of June 30, 2014. DROP accounts will be managed by PFRS instead of ING, if administratively and legally feasible. If managed by PFRS, interest will be credited to DROP accounts at a rate equal to 75% of the actual net investment return of PFRS, but in no event lower than 0% or higher than 7.75%. |
| ANNUITY SAVINGS | Voluntary Annuity Savings Fund contributions up to 10% of after-tax pay. Interest will be credited at the actual net investment rate of return for PFRS, but will in no event be lower than 0% or higher than 5.25%. No in-service withdrawals permitted. |
| | Investment Return/Discount rate – 6.75%. |

| | |
|---|---|
| RISK SHIFTING | If the funding level is less than 90% (using the fair market value of assets), COLAs will be eliminated (to the extent applicable).<br><br>If the funding level is 90% or lower (using the fair market value of assets and a 3-year look back period), the following corrective actions will be taken in the order listed below, until the PFRS actuaries can state that by virtue of the use of corrective action, and a 6.75% discount rate and return assumption, the funding level is projected to be 100% on a market value basis within the next 5 years:<br><br>1. eliminate COLAs (if applicable);<br>2. use amounts credited to the rate stabilization fund to fund accrued benefits;<br>3. increase employee contributions by 1% per year (6% to 7% for current actives and 8% to 9% for new employees in year 1) for up to 5 years;<br>4. increase employee contributions (active and new employees) by an additional 1% per year;<br>5. increase employee contributions (active and new employees) by an additional 1% per year;<br>6. implement a 1 year COLA fallback;<br>7. implement a second 1 year COLA fallback;<br>8. increase employee contributions by an additional 1% per year; and<br>9. increase City contributions consistent with applicable actuarial principles and PERSIA. |

a) In accordance with the 2014-2019 collective bargaining agreement between the City and the DFFA ("CBA"), the ten percent (10%) cap on annual contributions to the Annuity Savings Account will not apply to payments of accrued sick leave into an Annuity Savings Account made pursuant to Article 24, Section I.8.c of the CBA.

b) Employees in the DFFA bargaining unit will have the option to participate in a one-time irrevocable "roll-in election" with respect to calculation of their frozen accrued benefits under Old PFRS. The purpose of this roll-in election is to give each eligible employee the option to allocate a portion of his or her unused sick pay bank to the employee's Average Final Compensation, which in turn will be used to determine the employee's frozen accrued benefits under Old PFRS as of June 30, 2014. If the employee elects to roll-in a portion of his or her unused sick pay, the employee's Average Final Compensation will include the portion of the employee's sick pay bank determined as of June 30, 2014 that would have been included in the member's Average Final Compensation in accordance with the terms of Old PFRS, as though the employee had retired on June 30, 2014 with 20 or 25 years of service (whichever applied to the employee as of June 30, 2014 under Old PFRS). In the event an employee terminates employment with the City prior to attaining 20 or 25

years of service (whichever applied to the employee as of June 30, 2014 under Old PFRS), the employee's roll-in election will be nullified. If an employee makes a roll-in election, the employee's unused sick leave bank will be reduced by the number of hours included in the employee's Average Final Compensation calculation and the employee may not use those hours for sick leave or receive the value in cash when the employee retires. The form for making a roll-in election will be available to employees on-line, and paper copies of the form will also be made available. An eligible employee wishing to roll-in a portion of his or her unused sick pay must sign the form in the presence of a witness and return the form to the PFRS office no later than November 15, 2014. The one-time roll-in election will have no impact on benefits accrued under New PFRS.

c) For avoidance of doubt, 'eligible to retire under concurrent eligibility requirements' of the Combined Plan means that an Association member with accrued benefits under Old PFRS may retire upon attaining 20 or 25 years of service (whichever requirement applied to the employee as of June 30, 2014 under Old PFRS), regardless of age. This member would immediately receive a frozen pension under Old PFRS. If the member does not meet the age and years of service requirements of the New PFRS, he or she will begin receiving an additional payment (actuarially reduced to reflect early commencement) based on his or her accrued benefit under New PFRS when he or she turns 55. He or she can begin receiving an unreduced normal retirement benefit under New PFRS when he/she reaches age 62.

The age 50 and 25 years of service requirements of New PFRS apply only to New PFRS and are subject to the 7 year transition period set forth above. The transition applies to New PFRS benefits as set forth below:

1. Under the transition, after July 1, 2014, an Association member who reaches 20 years of service and age 43 on or before June 30, 2015 can retire anytime after reaching 20 years of service and age 43, and he or she will immediately receive an unreduced accrued New PFRS benefit.

2. Beginning on July 1, 2015, an Association member who reaches 20 years of service and age 43 on or before June 30, 2016 can retire anytime after reaching 20 years of service and age 43, and he or she will immediately receive an unreduced accrued New PFRS benefit.

3. After June 30, 2020, an Association member must be at least 50 years old with 25 years of service to retire and immediately receive his or her unreduced accrued New PFRS benefit.

An Association member who does not meet these New PFRS requirements will not begin receiving his or her unreduced accrued New PFRS benefit until the Association member reaches age 62 and has been credited with 10 years of service. An Association member with 10 years of service may elect to retire at age 55 with an actuarially reduced benefit.

d) Section 1.4 (Board of Trustees – Membership; Appointment) of the New PFRS and Article III, Section 2 of the Old PFRS (Membership of Board) shall not be modified during the term of the CBA.

e) The City will remit to the New PFRS all contributions withheld from employees' pay checks.

The City shall promptly transfer these employees' contributions to the new PFRS, but in no event shall such City transfers be made later than the 15th day of the month following the month of the pay dates when the employees' contributions are withheld by the City (hereinafter "Contribution Due Date"). (By way of illustration and example only, the City must transfer to the New PFRS by no later than February 15 all of the employees' contributions withheld on the pay dates of the immediately preceding January.)

If the City does not transfer the employees' withheld contributions to the New PFRS by the Contribution Due Date, these contributions shall be deemed delinquent contributions (hereinafter "Delinquent Contributions"). The City shall be liable to the New PFRS in the amount of the Delinquent Contributions and any Lost Earnings ("Lost Earnings") on the Delinquent Contributions, which would have been earned on the employees' contributions, had the City timely made the transfer of these employees' contributions.

Notwithstanding the above, the City shall be liable for Lost Earnings in an amount not less than the applicable corporate underpayment rate(s), effective during the delinquency, established under Section 6621(a)(2) of the Internal Revenue Code.

B. Reservation of Rights by City. This Memorandum of Understanding shall in no way be construed to interfere with, or add additional requirements with respect to, the City's rights to modify the terms of any pension plan document currently in effect, or that may be in effect during the term of this Memorandum of Understanding, including but not limited to the Combined Plan; provided, however, that the City shall not modify the terms of the applicable pension plan(s), in any manner that conflicts with those terms set forth in Section A above, unless the City is ordered to do so by the Bankruptcy Court in the plan of adjustment dated August 20, 2014 (as it may be amended, modified or supplemented, "Plan of Adjustment") in the case *In re: City of Detroit*, Case No. 13-53846 or as set forth in Section D below.

C. Compliance with Plan of Adjustment. The terms of this Memorandum of Understanding are subject to confirmation of the Plan of Adjustment and may be modified therein to achieve confirmation of the Plan of Adjustment. Any proposed modification to the Plan of Adjustment is subject to the rights of the DFFA to object to same. During the term of this Memorandum of Understanding, the City shall not make any modifications to the terms of the Combined Plan that are contrary to the terms of the Plan of Adjustment as confirmed by the Bankruptcy Court.

D. Compliance with Public Act 183. Notwithstanding any provision of this Memorandum of Understanding that can be construed to the contrary, this Memorandum of Understanding will not be construed to require the City to fall out of compliance with the requirements of Public Act 183, House Bill 5568 ("PA 183"). In the event that the City determines that it has fallen out of compliance with, or is reasonably likely to fall out of compliance with PA 183, the City will provide written notice to the Association, and offer to meet and confer with the Association for a period not longer than thirty (30) days to discuss potential modifications to the terms of the Memorandum of Understanding in order to comply with the requirements of PA 183. To the extent that the City and the Association are unable to reach an agreement within thirty (30) days, the City may make any necessary modifications to ensure compliance with PA 183.

E. Duration. This Memorandum of Understanding will become effective upon approval by the Mayor of the City of Detroit and the Treasurer of the State of Michigan and shall remain in effect until December 31, 2023. The City and the Association hereby agree to waive any and all collective bargaining rights with respect to pension benefits, including but not limited to benefits provided under, and any other issues relating to, the Combined Plan (the "Waived Issues") from the date that this Memorandum of Understanding is executed through December 31, 2023. The parties acknowledge that they are enjoined from collective bargaining regarding the Waived Issues through June 30, 2023 and further agree to waive any right to raise any of the Waived Issues in any Act 312 arbitration proceeding. The City and the Association agree that they may engage in collective bargaining regarding the Waived Issues beginning June 30, 2023, but that no modifications may be made with respect to any Waived Issue until after December 31, 2023.

F. Grievance and Arbitration: Any dispute pertaining to the provision of benefits pursuant to this Memorandum of Understanding shall be subject to the grievance and arbitration procedures set forth in Articles 8 and 9 of the CBA or any comparable provision set forth in a successor collective bargaining agreement entered into between the City and the DFFA.

G. In resolving any dispute pertaining to provision of benefits pursuant to this Memorandum of Understanding, the Arbitrator shall be bound by the terms of this Memorandum of Understanding, the Combined Plan, and the Plan of Adjustment, and shall have no authority to issue any award or order that is contrary to the terms of these documents.

IN WITNESS WHEREOF, the parties hereto have affixed their signatures below:

Dated this 6 day of November 2014.

| DETROIT FIRE FIGHTERS ASSOCIATION: | CITY OF DETROIT: |
| --- | --- |
| Jeffrey Pegg, President | Michael E. Duggan, Mayor |
| Teresa Singleton, Vice President | Michael A. Hall, Director of Labor Relations |
| Martin McClung, Secretary | Edsel Jenkins, Executive Fire Commissioner |
| Robert Shinske, Treasurer | Office of the State Treasurer, Michigan |
| | Kevyn Orr, Emergency Manager |

November 6, 2014

Mr. Jeffrey M. Pegg
President
Detroit Fire Fighters Association, Local 344
333 West Fort, Suite 1420
Detroit, MI 48226

Re: Letter of Agreement - Overtime

Dear Mr. Pegg:

In connection with the negotiations regarding the 2014-2019 collective bargaining agreement (the "CBA") between the City of Detroit (the "City") and the Detroit Fire Fighters Association (the "DFFA") (collectively, the "Parties"), the Parties discussed the administration and application of the language contained in Article 24, Section M of the CBA pertaining to overtime.

To minimize the necessity of assigning mandatory overtime, the City and the DFFA have agreed to use the following "Opposite Unit Overtime" ("OUO") procedure to fulfill its overtime needs in the Fire Fighting Division.

A. Overtime Assignments. All engine and ladder companies, and hazardous material response units (HMRUs), except TACs, shall have not less than four (4) personnel on duty per tour of duty for the entire tour of duty.

First, overtime work assignments shall be on a voluntary, rotating basis by seniority through the overtime master list for members who are on their scheduled XL or XXL days.

Secondly, overtime assignments shall be on a voluntary, rotating basis by seniority for members who are on leave, provided no member shall work more than thirty-six (36) hours straight.

Finally, if there are insufficient volunteers, overtime will be assigned on a mandatory basis through inverse seniority, consistent with Article 24, Section M of the CBA. If the Fire Department determines that a fire fighter has a compelling reason for not accepting overtime, the next fire fighter in line will be required to accept the overtime.

Under no circumstances shall a fire fighter be required to work more than twenty-four (24) consecutive hours, unless it is necessary to enhance staffing related to states of emergency by federal, state or local authorities, conflagrations, natural disasters, mass casualty events, civil disturbance, or other similar large scale incidents.

B. Limitations. OUO shall only be implemented when the working unit's overtime list has been exhausted and shall be limited to shifts of twelve (12) hours or thirty-six (36) consecutive hours.

C. Staffing Requirements.

1. Employees may be offered OUO in the Fire Fighting Division to ensure a minimum staffing of:

   a. At least four (4) personnel on each Engine, Ladder, Hazardous Materials Response Unit and Squad Company.

   b. One (1) Battalion Chief/Acting Chief in each Battalion.

2. Special Operations Staffing:

   a. When required, the Chief of Department shall maintain Special Operations and other companies with qualified/certified personnel, including:

      (i) ARFF.
      (ii) Paramedic.
      (iii) Haz-Mat.
      (iv) EMT.
      (v) Rescue.
      (vi) USAR.

   The Union recognizes that it is necessary to have appropriately trained personnel on special operations companies. It is understood that if vacancies occur on special operations apparatus, it will be necessary to offer voluntary overtime to those personnel, on a seniority basis, who are sufficiently trained to provide these services. If there are insufficient volunteers, mandatory overtime will be based upon inverse seniority of certified personnel.

b. Staffing Special Operations shall be coordinated through the Senior Chief's Office.

D. Submitting OUO Requests.

1. By the 2nd Sunday of each month DFD members shall submit an "OUO Request" to the Chief of Department for OUO requests for the next month.

2. The member shall complete the form, filling in each field:

   a. OUO Request Date - date of desired OUO

   b. Employee – Name, Rank, Company, Unit and Kelly

   c. Contact Number - A number where the member can be reached at all times. If he/she is unavailable at this number, the OUO request shall not be granted.

   d. Period - The time period(s)/days the member wishes to work an OUO.

E. Implementing the OUO List.

1. The Senior Chief is responsible for OUO requests and shall:

   a. Update the OUO list monthly.

   b. Ensure that the minimum staffing requirements are met, including Special Operations and other staffing needs.

   c. Contact members on the OUO List in order (whenever possible).

   d. Exceptions to the OUO List may be made at the discretion of the Senior Chief to ensure DFD meets minimum staffing requirements.

2. Consideration should be given to keeping minimum staffing at all times (i.e., hiring back members on their Kelly number would meet this goal, as would hiring back members coming off-shift).

3. Priority may be given to a member with specific certifications to fill a void at a Special Operations station (i.e., Haz-Mat Tech, driver needed for an ARFF

apparatus). Specialty positions, such as those at ARFF, Haz Mat and Rescue Squads, may be required to work out of order to fulfill staffing requirements.

4. Company Officers with members working OUO will document in the company journal the name, rank and company number of the Fire Fighters working OUO.

F. DFD Member Responsibilities.

1. An Employee shall work no more than forty-eight (48) hours of OUO in one cycle (R to R). Any greater length of time shall be with the approval of the Chief of Operations. Therefore, the Employee should not submit OUO requests that may place him/her in this situation.

2. Employees are expected to accept whatever assignment is given.

G. Safety.

1. The Parties are committed to the health and safety of all Employees working in the Fire Fighting Division. The Department agrees to monitor occupational illnesses and injuries suffered by employees working in the Fire Fighting Division on a monthly basis. These reports of occupational illnesses and injuries will be made available to the DFFA.

2. If, over a period of six consecutive months, the injury rate exceeds twenty percent (20%) of the total DFFA fire fighting bargaining unit headcount, the Executive Fire Commissioner may suspend the use of OUO for the remainder of the term of the CBA.

H. Dispute Resolution. The Department will uniformly and consistently administer OUO in accordance with the terms of this letter of agreement. Any differences in the interpretation or application of this letter of agreement shall be subject to the grievance and arbitration provisions set forth in Articles 8 and 9 of the CBA.

I. Employees will be offered overtime only for vacancies within their current classification.

Sincerely,

Edsel Jenkins
Executive Fire Commissioner

Acknowledged and Agreed:

Jeffrey M. Pegg
President, DFFA

November 6, 2014

Mr. Jeffrey M. Pegg
President
Detroit Fire Fighters Association, Local 344
333 West Fort, Suite 1420
Detroit, MI 48226

Re: Article 16, Section V (2014-2019 Collective Bargaining Agreement)

Dear Mr. Pegg:

The Detroit Fire Department ("Department") and the Detroit Fire Fighters Association ("DFFA") discussed the application of Article 16, Section V of the 2014-2019 collective bargaining agreement ("CBA"). In accordance with those discussions, the parties have agreed that, notwithstanding the language set forth in Article 16, Section V of the CBA, the Department may require non-Firefighting Division Employees to continue using their personal vehicles until one (1) year after the Effective Date of the CBA. In the event that non-Firefighting Division Employees are required to use their personal vehicles for Department business, mileage shall be reimbursed in accordance with the Mileage Reimbursement Plan (Exhibit I) set forth in the parties' 2009-2013 collective bargaining agreement.

When an Employee is involved in an accident while on City business resulting in damage to his/her automobile in excess of fifty dollars ($50), the City will pay for the unrecoverable collision damage in excess of fifty dollars ($50), not to exceed one hundred dollars ($100). Employees must furnish proof to the Department of the time of an accident and the extent of the damages. Automobile accidents will be excluded from the City's regular small claims program.

Sincerely,

Edsel Jenkins
Executive Fire Commissioner

Acknowledged and Agreed:

Jeffrey M. Pegg
President, DFFA

November 6, 2014

Jeffrey M. Pegg
President
Detroit Fire Fighters Association, Local 344
333 West Fort, Suite 1420
Detroit, MI 48226

Re: E.M.T. Training (2014-2019 Collective Bargaining Agreement)

Dear Mr. Pegg:

The Detroit Fire Department ("Department") and the Detroit Fire Fighters Association ("DFFA") discussed the application of Article 16, Section C.2.a of the 2014-2019 collective bargaining agreement. In connection with those discussions, the parties have agreed that fifteen percent (15%) of the slots in each E.M.T. training class shall be assigned to the highest seniority Employee eligible for the training class. The parties further agree that if an Employee covered by Article 16, Section C.5 has declined a spot in an E.M.T. training class, the Department shall have no further obligation to offer that Employee a spot in a later E.M.T. training class.

The terms of this Letter Agreement shall expire on the date that the Department has offered E.M.T. training to each Employee who was in the DFFA bargaining unit as of the Effective Date of the CBA and remains in the bargaining unit.

Sincerely,

Edsel Jenkins
Executive Fire Commissioner

Acknowledged and Agreed:

Jeff Pegg
President, DFFA

November 6, 2014

Mr. Jeffrey M. Pegg
President
Detroit Fire Fighters Association, Local 344
333 West Fort, Suite 1420
Detroit, MI 48226

Re: Article 16, Section C.6 (2014-2019 Collective Bargaining Agreement)

Dear Mr. Pegg:

The Detroit Fire Department ("Department") and the Detroit Fire Fighters Association ("DFFA") discussed the application of Article 16, Section C.6 of the CBA. In accordance with those discussions, the parties have agreed that notwithstanding the language set forth in Article 16, Section C.6 of the CBA, the following restrictions shall apply:

(1) Police Officers Association of Michigan ("POAM") and Emergency Medical Service Officers Association ("EMSOA") members will not be assigned to work on ladder trucks until two (2) years after the M.F.R. program becomes effective pursuant to Article 16, Section C.7.

(2) For two (2) years after the M.F.R. program becomes effective pursuant to Article 16, Section C.7, ladder trucks will not be used for medical runs unless no other unit is available to respond.

Upon the expiration of the two (2) year moratorium as set forth in Section (1) and the restrictions in Section (2) above, ladder trucks may be utilized for medical runs without restriction and POAM and EMSOA personnel may be assigned to all fire apparatus in accordance with Article 16, Section C.6 of the CBA; provided, however, that in all events at least two (2) E.M.T. certified employees must be on any ladder truck deployed to respond for purposes of basic life support.

Sincerely,

Edsel Jenkins
Executive Fire Commissioner

Acknowledged and Agreed:

Jeffrey M. Pegg
President, DFFA

AS IS___Modified___Delete___
City Initials: LFR
Union Initials: [illegible]
Date TA'D: 6/16/16

7. Appointments

A. Employees in the following classifications (the "Designated Job Classifications") shall be appointed by and serve at the discretion of the Executive Fire Commissioner, subject only to the provisions of Article 10.C. and 10.F. The Executive Fire Commissioner may make appointments from any rank. There shall be a mandatory retirement age of 65 for the Designated Job Classifications.

B. The Designated Job Classifications shall include the following:

1. Chief of Fire Operations;
2. Deputy Fire Chiefs (2);
3. Fire Marshal;
4. Chief of Fire Prevention;
5. Chief of the Training Division;
6. Chief of the Community Relations Division;
7. Fire Investigator Chief – Arson;
8. Supervising Fire Dispatcher – Chief;
9. Senior Chiefs (2); and
10. Chief of Plans and Examinations.

C. Qualifications:

The designated job classifications shall have the following qualifications:

1. Chief of Fire Operations;
   a. Executive Fire Officer (EFO) Certification Preferred
   b. Bachelor's Degree Preferred
   c. 3 years experience Captain or above in DFD **Fire Fighting Division**
   d. Active DFD Employee

2. Deputy Fire Chiefs (2);
   a. Executive Fire Officer (EFO) Certification or Bachelor's Degree Preferred
   b. 1 year experience as Captain or above in DFD **Fire Fighting Division**
   c. Active DFD Employee

3. Fire Marshal;
   a. Bachelor's Degree Preferred
   b. Fire Inspector Certification from a nationally recognized organization preferred
   c. State of Michigan Certified Fire Inspector
   d. 5 years in Fire ~~Prevention~~ **Marshal Division**
   e. Active DFD Employee