CITY PROPOSAL
2014-2019 DFFA
Proposal Date: June 14, 2016

AS IS\_\_\_ Modified\_\_\_ Delete\_\_\_
City Initials: _[initials]_
Union Initials: _[initials]_
Date TA'D: 6/15/16

4. Chief of Fire Prevention;
    a. Bachelor's Degree Preferred
    b. State of Michigan Certified Fire Inspector preferred
    c. 3 years of experience in Fire Prevention and 1 year as Captain in DFD
    d. Active DFD Employee

5. Chief of the Training Division;
    a. Bachelor's Degree Preferred
    b. State of Michigan Instructor Coordinator – Fire preferred
    c. EMS certification preferred; as of July 1, 2017 required
    d. ~~3 years in Training Academy~~
    e. **10 years experience in DFD**
    f. Active DFD Employee

6. Chief of the Community Relations Division;
    a. Bachelor's Degree Preferred Demonstrated participation in community driven activities including work with children, civil and/or other community groups
    b. 10 years experience in DFD
    c. Active DFD Employee

7. Fire Investigator Chief – Arson;
    a. Bachelor's Degree Preferred
    b. State of Michigan Certification Arson Investigator preferred
    c. ~~State of Michigan certified police officer~~
    d. 3 years experience in Arson; 1 year experience as Captain
    e. Active DFD Employee

8. Supervising Fire Dispatcher – Chief;
    a. Bachelor's Degree Preferred
    b. EMD and EFD Certification preferred; as of July 1, 2017
    c. 10 years experience in DFD
    d. Active DFD Employee

9. Senior Chiefs (2); and
    a. Bachelor's Degree or Eastern Michigan University Staff and Command or EFO preferred
    b. 1 year experience as battalion chief
    c. Active DFD Employee

10. Chief of Plans and Examinations.
    a. Bachelor's Degree Required
    b. 3 years experience in Fire Marshall Division

CITY PROPOSAL  
2014-2019 DFFA  
Proposal Date: June 14, 2016

AS IS___ Modified___ Delete___  
City Initials: _JMO_  
Union Initials: _WH_  
Date TA'D: _6/15/16_

   c. Active DFD Employee

D. <u>Reversion Rights</u>. If an Employee is removed from a Designated Job Classification (for a reason other than discharge for just cause), he/she shall revert to their prior position once a vacancy exists.

E. <u>Position Postings</u>. All open positions for designated job classifications will be posted a minimum of seven (7) days internally to the entire Department. The Executive Fire Commissioner will select individuals from the eligible pool of candidates to interview.

F. <u>No Candidate Promotion</u>. In the event that no candidate is available, a person in a lower rank can be considered for the open position provided that person meets the qualifications for the next higher position as stated in Article 7, Section B (e.g., a Captain can be considered for promotion to Senior Chief (bypassing Battalion Chief) if the Captain meets the qualification for Battalion Chief). This can continue down the ranks in reverse order until the promotion is filled.

CITY PROPOSAL
2014-2020 DFFA
Proposal Date: June 14, 2016

AS IS ___ Modified ___ Delete ___
City Initials: ___
Union Initials: ___
Date TA'D: 6/15/16

## 10. DISCIPLINE PROCEDURE

C. <u>Investigation/Discipline</u>. Investigations regarding any potential or alleged misconduct, actions or omissions that may result in discipline will be completed as expeditiously as practicable. If it determines that disciplinary action is warranted, the Department will provide the Employee with written notice of potential disciplinary action (with a copy to the Association) as soon as practicable after the completion of the investigation but in no event more than ~~twenty-one (21)~~ forty-five (45) days after the Department knew or should have known about the act that forms the basis for the disciplinary action. Except as provided in Section H, no discipline will be implemented or incorporated into an Employee's file until the completion of the applicable procedures set forth below.

In the event an agency/entity outside of the Department is responsible for conducting the investigation and providing its findings and recommendation(s) to the Department (e.g. Human Rights, Detroit Police Department, Inspector General, etc.) the Department has forty-five (45) days to notify the member of the potential discipline and referral to outside agency/entity. In those instances, the Department will have six (6) months to prefer charges against the identified member.

M. <u>Criminal Charges</u>. In the event criminal felony charge(s) are brought against a member, during the period of time that the criminal felony charge(s) are pending, the Commissioner has the discretion to (a) keep the member working in his regular position, (b) assign the member to a 40-hour work week with no loss of pay, benefits, or seniority, or (c) place the member on a leave without pay (LWOP), or any combination of the foregoing. Pending felony charge(s) include deferred felony charge(s) as to which no final disposition has yet been made. Any LWOP imposed shall be in accordance with past practice with respect to seniority and benefits.

Should the member ultimately be convicted of a felony (or felonies), the member shall be discharged, without make whole relief for any LWOP period imposed while the felony charge(s) were pending. A felony conviction includes a plea of guilty or nolo contendere to a felony.

Should the member ultimately no longer have a felony charge(s) pending against him/her for any reason other than a felony conviction (e.g., because felony charges were withdrawn or dismissed, or the member was found not guilty of any felony), ~~or the member plead guilty to a misdemeanor with felony charge dismissed, or for any other reason), once the felony charge(s) are no longer pending against the member~~, the member shall immediately be made whole for all pay and benefits withheld during any LWOP period, and the member shall be immediately returned to his/her regular position (if not already so working); after that has occurred.

CITY PROPOSAL
2014-2020 DFFA
Proposal Date: June 14, 2016

AS IS ___ Modified ___ Delete ___
City Initials: MGO
Union Initials: WH
Date TA'D: 6/15/16

However, any member who admits to a felony, a crime of moral turpitude, or a misdemeanor with a potential jail sentence, or accepts a plea arrangement, will not be entitled to any back pay reinstatement.

DFFA PROPOSAL
2014-2020 DFFA
Proposal Date: June 14, 2016

AS IS ___ Modified ___ Delete ___
City Initials: _____
Union Initials: _____
Date TA'D: 6/15/16

## 10. DISCIPLINE PROCEDURE

F. <u>Expedited Arbitration</u>. To the extent that a dispute regarding a suspension of more than twenty-four (24) hours or the discharge of an Employee cannot be resolved through the Preliminary Hearing or mediation (if applicable), an Employee will have the right to appeal the disciplinary action to expedited arbitration. The Employee must appeal the case to arbitration by providing written notice to the Department within three (3) days of the date of the **Mediation process described in Section E of this provision** ~~Preliminary Hearing~~, and the arbitration hearing must be held within forty-five (45) days of the date the appeal was filed by the Employee, so long as an arbitrator on the panel has availability within a forty-five (45) day period.

1. Both the Employee and the Department will have the right to be represented by counsel and to present and cross-examine witnesses.

2. The arbitrator will issue his/her decision in writing within seven (7) calendar days of the hearing. The arbitrator's decision will be limited to determining whether the Employee committed the offense or infraction which precipitated the disciplinary action. The arbitrator will have no authority to reduce or mitigate disciplinary penalties.

3. The costs of the arbitration will be shared equally by the parties.

4. The parties may request in writing of each other cooperation to have available at the arbitration proceedings any witnesses requested by the other party.

5. The decision of the arbitrator will be final and binding on the Employee and the Department.

DFFA PROPOSAL
2014-2020 DFFA
Proposal Date: June 14, 2016

AS IS ___ Modified ___ Delete ___
City Initials: _____
Union Initials: _____
Date TA'D: 6/15/16

## 16. MISCELLANEOUS

C. <u>M.F.R. and E.M.T. Training, Licensure, and Work</u>.

    1. (AS IN CBA)

    2. (AS IN CBA)

    3. <u>M.F.R. and E.M.T. Licensure</u>

        a.    (AS IN CBA)

        b.    Beginning July 1, ~~2017~~ **2018**, all Employees must be licensed to perform E.M.T. The Department may layoff any Employee who fails to become licensed by July 1, ~~2017~~ **2018**, provided that the Department shall not layoff an Employee who has not been offered E.M.T. training. An Employee laid off in accordance with this Section shall be promptly reinstated if he or she becomes certified to perform E.M.T. work within 12 months of layoff. An Employee laid off in accordance with this Section shall be discharged if he or she fails to become certified to perform E.M.T. work within 12 months of layoff.

        c.    (AS IN CBA)

CITY PROPOSAL
2014-2020 DFFA
Proposal Date: June 14, 2016

AS IS ___ Modified ___ Delete ___
City Initials: [signature]
Union Initials: [signature] W/D
Date TA'D: 6/15/16

## 21. WORK RELIEFS

A. (AS IN CBA)

B. (AS IN CBA)

C. An Employee may send a substitute to work an assigned and scheduled tour of duty for him/her, provided that the Employee's contract for a work relief is in writing and signed by both the Employee and his/her substitute and the substitute is acceptable to the Department. Work reliefs can be accomplished in only two (2) ways: (i) straight exchange; or (ii) payment by transfer of compensatory time. Although a written record will be made of the substitute's presence on the job, the Employee originally scheduled will be paid for the tour of duty.

A member shall not participate in more than ninety-six (96) hours of CT transfers per quarter. Direct work relief exchanges are not affected. The request for CT transfer shall be made no later than the end of the quarter succeeding that in which the work relief occurred.

D. – I. (AS IN CBA)

# MEMORANDUM OF UNDERSTANDING
Between the
# CITY OF DETROIT
And The
# DETROIT FIRE FIGHTERS ASSOCIATION

## RE: Assistant Fire Dispatchers

The Detroit Fire Department together with the Detroit Fire Fighters Association recognizes the need to hire experienced dispatchers. To that end, the parties agree to the following changes in salary structure:

1. The current salary range for Assistant Fire Dispatcher is commensurate to the Fire Fighter salary range set at $31,553 to $51,506.

2. Due to the specialized nature of the Assistant Fire Dispatcher the City requires the flexibility to hire experienced personnel at a higher salary rate than the minimum set for the Fire Fighter range.

3. For experienced personnel hired from within a City of Detroit Department and to create a lateral move, the City can set the salary within the range of Fire Fighter not to exceed the maximum salary.

4. For experienced dispatch personnel hired outside of the City of Detroit, 3 years of actual dispatch experience will be equivalent to one step of the salary range of Fire Fighter.

5. Department seniority will apply for any and all contractual procedures including, but not limited to, assignment of overtime, shift picks, promotions and lay-offs.

6. The application of this MOU is prospective and does not affect the salaries of any current Assistant Fire Dispatchers.

7. This MOU will expire with the end date of the current DFFA Collective Bargaining Agreement 2014-2020.

FOR THE UNION:

Michael Nevin
President
Detroit Fire Fighters Association

DATED: 6/18/16

WILLIAM HARP
VICE PRESIDENT
6/18/11

FOR THE CITY:

Eric Jones
Executive Fire Commissioner
Detroit Fire Department

DATED: 06/15/16

Michael Hall
Director, Labor Relations
City of Detroit
DATED: 6/15/16

CITY PROPOSAL
2014-2020 DFFA
Proposal Date: June 14, 2016

AS IS ___ Modified ✓ Delete ___
City Initials: [signature]
Union Initials: [signature] WH
Date TA'D: 6/28/16

## 24. ECONOMIC PROVISIONS

A. **Wages.**

1. Wages - November __, 2014 through June 30, 2020 – Base Salary:

   o  7.5% wage increase effective the first payroll period after the Effective Date of this Agreement.

   o  0% wage increase effective July 1, 2015.

   o  2.5% wage increase effective July 1, 2016.

   o  2.5% wage increase effective July 1, 2017.

   o  2.5% wage increase effective June 30, 2018.

   o  3.0% wage increase effective June 30, 2019.

B. **Incremental Wage Increases.**

1. 4% wage increase effective August 1, 2016 for all DFFA members licensed to perform medical first responder (M.F.R.) work.

   o  For any employee that obtains a license to perform M.F.R. work after August 1, 2016, shall be entitled to a 4% wage increase the first full pay period in the month following the date on which the license was obtained.

   o  The Department shall offer every employee an opportunity for M.F.R. training and testing by July 30, 2017.

2. Although the wages are effective as August 1, 2016, the City will have 90 days from final approval of the contract to adjust its payroll system to include these wages in fire fighters paychecks.

C. **Pension Contribution**

1. <u>Pension Contribution from Wage Increase for Legacy Pension Employees</u>. All employees hired before August 1, 2014, shall have a 6 percent wage increase that shall be mandatorily deposited into the Component II of the Police and Fire Retirement System (the "Legacy Plan") In the event that such mandatory contribution is found to be not permissible, the City shall have no obligation to pay such wages to the employee and the contribution shall be characterized as a contribution made from the City directly to Legacy Plan. Moreover if such a ruling were to occur, the 6% was paid prior to such ruling shall not be included in the final average compensation calculation used for the Component I

CITY PROPOSAL
2014-2020 DFFA
Proposal Date: June 14, 2016

AS IS ___ Modified ___ Delete ___
City Initials: _____
Union Initials: _____
Date TA'D: 6/28/16

of the Police and Fire Retirement System. This provision shall be effected by amending the Police and Fire Retirement System plan.

Notwithstanding anything to the contrary, this subsection 24 (c) shall not be effective until (a) the City receives evidence that the actions required by this subsection 24(c) will not affect the tax status of the Police and Fire Retirement System (the "tax status Evidence") and (b) the Financial Review Commission passes a resolution approving this subsection 24 (c). The two conditions in the previous sentence are referred to as the "Conditions". The Conditions must both be satisfied within one year from the date of approval of this amendment agreement. If the tax status evidence is not received by the City or if the Financial Review Commission takes no action within one year of the approval of this amendment agreement, this subsection 24(c) shall be null and void as though it was never included in this amendment agreement. All other provisions of this amendment agreement shall take immediate effect upon approval of this MOU by the Financial Review Commission. Although the 6% wage increase and mandatory pension contribution provided for in this subsection 24 (c) will only become the obligation of the City after satisfaction of the Conditions, if the Conditions occur, the wage increase and mandatory pension contribution will be effective as of August 1, 2016. the City will have 90 days from final approval of the contract to adjust its payroll system to make the necessary changes to implement this provision.

CITY PROPOSAL
2014-2019 DFFA
Proposal Date: June 14, 2016

AS IS___ Modified___ Delete___
City Initials: _illegible_
Union Initials: _illegible_
Date TA'D: 6/15/16

## 16. MISCELLANEOUS

A. – V.  (AS IN CBA)

W.  **Payment for Compensatory Time.** Compensatory time not utilized prior to the end of each fiscal year will be paid in cash as follows:

1. All unused C-Time earned from the preceding July 1, 2015 through June 30, 2016, shall be paid for in cash at the June 30 holiday work rate.

2. Following the 2016 C-Time payout, all unused C-Time earned from the preceding July 1 through June 30, shall be paid for in cash at the June 30 daily work rate.

3. Each year, payment shall be made as soon as is administratively practicable, but no later than the second paycheck in August, for C-time subject to payment on July 1 of that year.

4. Effective July 1, 2016 C-Time is capped in accordance with the accrual limits set forth in the Collective Bargaining Agreement at 176 hours. Banked C-Time may be used subject to Department approval.

CITY PROPOSAL
2014-2020 DFFA
Proposal Date: June 14, 2016

AS IS ___ Modified ___ Delete ___
City Initials: JMD
Union Initials: ___ W/H
Date TA'D: 6/15/16

Exhibit 6

## 30. DURATION

This Agreement shall be effective and binding on the Union and the City as of November 6, 2014 ("Effective Date") and shall continue in full force and effect through June 30, ~~2019~~ 2020 (the "Term"). This Agreement, including the Term, shall be incorporated into and become a part of both the plan of adjustment and order confirming the plan of adjustment, and the Agreement shall be subject to post-confirmation ongoing jurisdiction of the Bankruptcy Court for the full Term, including without limitation, whatever jurisdiction the Bankruptcy Court's retains to enforce the Term. This Agreement, including specifically, the Term, shall be duly authorized and approved by and consented to by the State Treasurer and Mayor of the City of Detroit, with these consents reflected by duly authorized signatures.

In the event that the Department and the Association fail to arrive at an agreement on wages, fringe benefits, other monetary matters, and non-economic items by June 30, ~~2019~~, 2020. this Agreement will remain in effect on a day-to-day basis. Either party may terminate this Agreement by giving the other party a ten (10) day written notice on or after June 30, ~~2019~~ 2020.