UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2022 I filed with the Clerk of Court the *Stipulation to Extend Date to File Richard Wershe Jr.'s Response to City of Detroit's Motion* and served copies of the same on all counsel of record, *via* the ECF filing system, and also emailed a copy of the papers to:

Nabih H. Ayad (P59518)
*Attorney for Plaintiff Wershe*
645 Griswold Street, Suite 2202
Detroit, MI 48226
P: 313.983.4600
F: 313.983.4665
nabihayad@ayadlawpllc.com

Dated: January 19, 2022

By: /s/ Marc N. Swanson
    Marc N. Swanson (P71149)
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 496-7591
    Facsimile: (313) 496-8451
    swansonm@millercanfield.com