UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

### ORDER APPROVING STIPULATION TO EXTEND DEADLINE FOR RICHARD WERSHE JR. TO FILE RESPONSE TO CITY OF DETROIT'S MOTION

Based on the stipulation filed January 18, 2022 (Docket # 13494), the Court finds good cause to enter this Order.

IT IS ORDERED that the deadline for Richard J. Wershe Jr. to file a response to the motion entitled "City of Detroit's Motion for the Entry of An Order Enforcing the Bar Date Order and Confirmation Order Against Richard Wershe, Jr." (Docket # 13491) is extended to February 1, 2022.

**Signed on January 19, 2022**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**