# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: <br> City of Detroit, Michigan, <br> Debtor. | Bankruptcy Case No. 13-53846 <br> Judge Thomas J. Tucker <br> Chapter 9 |

**STIPULATION BY AND BETWEEN THE CITY OF DETROIT AND THE DETROIT POLICE OFFICERS ASSOCIATION FOR ENTRY OF (A) PREVIOUSLY APPROVED SUPPLEMENTAL ORDER AND (B) ORDER DIRECTING THE UPDATING OF THE CLAIMS REGISTER IN ACCORDANCE WITH THE ORDER <u>APPROVING THE PARTIES' SETTLEMENT OF CLAIM 1862</u>**

The City of Detroit, Michigan ("<u>City</u>") and the Detroit Police Officers Association ("<u>DPOA</u>," and with the City, the "<u>Parties</u>") stipulate and agree as follows.

1. On February 3, 2021, the Parties filed their *Joint Motion of the Detroit Police Officers Association and City of Detroit for Entry of an Order Authorizing and Approving (A) Settlement of Claim 1862, (B) Distribution Procedures for Claim 1862, and (C) Related Relief* ("<u>Joint Motion</u>," Doc. No. 13342).

2. On March 10, 2021, the Court entered an order granting the Joint Motion. *Order Authorizing and Approving (A) Settlement of Claim 1862, (B) Distribution Procedures for Claim 1862, and (C) Related Relief* ("<u>Order Approving Settlement</u>," Doc No. 13346, as modified by Doc No. 13475).

3. The Order Approving Settlement approved the form of a *Supplemental Order (A) Authorizing the Establishment of Qualified Settlement Fund, (B) Appointing Fiduciary and Approving Distribution Procedures for Claim 1862 and (C) for Related Relief* ("Supplemental Order," Joint Motion, pp. 43-44, Ex. B). Order Approving Settlement, ¶ 4.

4. The Order Approving Settlement requires that, on receipt of notice of the City's intent to make a final distribution to holders of Allowed Class 14 Claims ("Notice of Intent to Distribute"), the DPOA is to promptly submit the Supplemental Order to this Court for entry. Order Approving Settlement, ¶¶ 5, 6(a).

5. The DPOA has received the Notice of Intent to Distribute. As required by the Order Approving Settlement, the Parties now submit and ask the Court to enter the previously approved Supplemental Order, attached as Exhibit 1.

6. The Order Approving Settlement contemplates establishing a Qualified Settlement Fund, to be denominated, "The DPOA Bankruptcy Fund."[1] Order Approving Settlement, ¶ 12; *see also* Supplemental Order, ¶ 1. The previously approved Supplemental Order appoints McClarty as trustee, authorizes him to establish the Qualified Settlement Fund, and directs him to set up accounts into which the DPOA's distributions are to flow.

---

[1] Capitalized but undefined terms have the meanings ascribed to them in the Order Approving Settlement or the Joint Motion, as applicable.

7. The Parties agree that the information listed on the claims register regarding DPOA's claim number 1862 (the "Claim") should be revised to aid in Trustee McClarty's collection of the DPOA's distribution.

8. Thus, the Parties also seek entry of a second order directing the City's claims agent to update the claims register in a manner consistent with the terms of the Order Approving Settlement and the Supplemental Order. Accordingly, the Parties ask the Court to enter an order substantially in the form attached as Exhibit 2.

STIPULATED AND AGREED TO ON January 26, 2022.

| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br><br>By: */s/ Marc N. Swanson*<br>　　Marc N. Swanson (P71149)<br>　　Ronald A. Spinner (P73198)<br>　　150 West Jefferson, Suite 2500<br>　　Detroit, Michigan 48226<br>　　Phone: (313) 496-6420<br>　　Facsimile: (313) 496-8451<br>　　swansonm@millercanfield.com<br><br>Counsel for the City of Detroit, Michigan | LAW OFFICE OF BARBARA A. PATEK PLC<br><br>By:　*/s/ Barbara A. Patek*<br>　　Barbara A. Patek, Esq.<br>　　24 E. Flint Street, Suite 2<br>　　Lake Orion, MI 48362<br>　　(248) 814-9470<br>　　pateklaw@gmail.com<br><br><br><br>Counsel for the Detroit Police Officers Association |

**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**SUPPLEMENTAL ORDER (A) AUTHORIZING THE ESTABLISHMENT OF QUALIFIED SETTLEMENT FUND, (B) APPOINTING FIDUCIARY AND APPROVING DISTRIBUTION PROCEDURES FOR CLAIM 1862 AND (C) FOR RELATED RELIEF**

This matter is before the Court pursuant to this Court's *Order Authorizing and Approving (A) Settlement of Claim 1862, (B) Distribution Procedures for Claim 1862, and (C) Related Relief* ("Order Approving Settlement," Doc. No.13346)[1] and the *Stipulation by and Between the City of Detroit and the Detroit Police Officers Association for Entry of (A) Previously Approved Supplemental Order and (B) Order Directing the Updating of the Claims Register in Accordance with the Order Approving the Parties' Settlement of Claim 1862* ("Stipulation," Doc. No. [13___]). The Court being fully apprised in the premises and finding good cause for the entry of this Order,

---

[1] Capitalized terms not otherwise defined in this Order have the meanings given to them in the Order Approving Settlement.

IT IS ORDERED THAT:

1. The Court previously having found good cause for the establishment of a Qualified Settlement Fund for the purpose of receiving and distributing the proceeds of Allowed Claim 1862, the DPOA and/or its duly appointed trustee are authorized to establish the Fund for the benefit of the DPOA Wage Claimants.

2. Homer W. McClarty ("McClarty") is appointed as trustee for the Fund for the benefit of the DPOA Wage Claimants. In his capacity as trustee, McClarty is authorized to direct the Fund to receive the B Notes and Related Income, to oversee and direct Loop Capital in the marketing and sale of the B Notes, to direct the payment of any administrative fees associated with the sale and marketing of the B Notes, and to direct the transfer of the Net Proceeds of the B Notes to the Huntington Bank account for the purpose of allowing the Claims Administrator to distribute those proceeds to the DPOA Wage Claimants. McClarty is further authorized to take any action approved by the DPOA to assist the Claims Administrator in the distribution of the proceeds of the Allowed Claim 1862 to the DPOA Wage Claimants, including the directing of the opening of any necessary bank or brokerage accounts. McClarty is authorized to complete and sign any documentation necessary to the completion of his duties as trustee.

3. McClarty, as trustee for the Fund, is to complete the Brokerage Account Form and Tax Form so that it is received by the City at the address set forth in the

Distribution Order within 14 days after the entry of this Order as required by the Order Approving Settlement.

4. McClarty's obligations as trustee do not diminish, reduce or eliminate the contractual obligations of any of the other Professionals to the DPOA or the Fund, including but not limited to the obligations of Huntington, Loop Capital and Epic.

5. This Court retains jurisdiction to enforce the terms of this Order.

# EXHIBIT 2

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER DIRECTING THE CITY OF DETROT'S CLAIMS AGENT TO UPDATE CLAIMS REGISTER WITH REGARD TO CLAIM 1862**

This matter is before the Court by the *Stipulation by and Between the City of Detroit and the Detroit Police Officers Association for Entry of (A) Previously Approved Supplemental Order and (B) Order Directing the Updating of the Claims Register in Accordance with the Order Approving the Parties' Settlement of Claim 1862* ("Stipulation," Doc. No. [13___]). The Court being fully apprised in the premises and finding good cause for the entry of this Order,

IT IS ORDERED THAT:

1. The City of Detroit's claims agent is directed to update the claims register for this bankruptcy case to reflect that the name of the creditor for claim number 1862 is "The DPOA Bankruptcy Fund."

2. The City of Detroit's claims agent is directed to update the claims register for this bankruptcy case to reflect that the address and contact information for all notices and distributions with respect to claim number 1862 is as follows:

7

Homer W. McClarty, Esq.
Trustee for The DPOA Bankruptcy Fund
19785 West Twelve Mile Road, #331
Southfield, MI 48076
Phone: 248-352-7686
Email:  hwmcclarty@morganmcclarty.com

3. The Court retains jurisdiction to enforce the terms of this Order.