# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER DIRECTING THE CITY OF DETROT'S CLAIMS AGENT TO UPDATE CLAIMS REGISTER WITH REGARD TO CLAIM 1862

This case is before the Court on the stipulation filed January 26, 2022 (Docket # 13500). The Court finds good cause to enter this Order.

IT IS ORDERED THAT:

1. The City of Detroit's claims agent is directed to update the claims register for this bankruptcy case to reflect that the name of the creditor for claim number 1862 is "The DPOA Bankruptcy Fund."

2. The City of Detroit's claims agent is directed to update the claims register for this bankruptcy case to reflect that the address and contact information for all notices and distributions with respect to claim number 1862 is as follows:

> Homer W. McClarty, Esq.
> Trustee for The DPOA Bankruptcy Fund
> 19785 West Twelve Mile Road, #331
> Southfield, MI 48076
> Phone: 248-352-7686
> Email: hwmcclarty@morganmcclarty.com

3. The Court retains jurisdiction to enforce the terms of this Order.

**Signed on January 27, 2022**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge