# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re*:

CITY OF DETROIT, MICHIGAN

*Debtor.*

Case No. 13-53846

Hon. THOMAS J. TUCKER

Chapter 9

| AYAD LAW, PLLC | MILLER, CANFIELD, PADDOCK |
| --- | --- |
| Nabih H. Ayad (P59518) | AND STONE, PLC |
| William D. Savage (P82146) | Marc N. Swanson (P71149) |
| Attorney for Plaintiff | *Attorney for City of Detroit* |
| 645 Griswold St., Ste 2202 | 150 West Jefferson, Suite 2500 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| P: 313.983.4600 | P: (313) 496-7591 |
| F: 313.983.4665 | F: (313) 496-8451 |
| ayadlaw@hotmail.com | swansonm@millercanfield.com |

**NOTICE OF ENTRY OF APPEARANCE OF NABIH AYAD & WILLIAM SAVAGE ON BEHALF OF PLAINTIFF RICHARD WERSHE JR.**

PLEASE TAKE NOTICE that attorneys Nabih H. Ayad (P59518) and William D. Savage (P82146) of AYAD LAW, PLLC hereby files their appearance as counsel of record on behalf of Plaintiff Richard Wershe Jr., in the above-captioned matter.

1

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P.: (313) 983-4600 | F.: (313) 983-4665

                        Respectfully submitted,

                        AYAD LAW, PLLC

                        */s/William D Savage*
                        William D Savage (P82146)
                        Nabih H. Ayad (P59518)
                        645 Griswold St., Ste. 2202
                        Detroit, MI 48226
                        P: 313.983.4600
                        F: 313.983.4665
                        williamsavage@ayadlawpllc.com
Dated: February 1, 2022     nabihayad@ayadlawpllc.com


                        Respectfully submitted,

                        AYAD LAW, PLLC

                        */s/Nabih H. Ayad)*
                        William D Savage (P82146)
                        Nabih H. Ayad (P59518)
                        645 Griswold St., Ste. 2202
                        Detroit, MI 48226
                        P: 313.983.4600
                        F: 313.983.4665
                        williamsavage@ayadlawpllc.com
Dated: February 1, 2022     nabihayad@ayadlawpllc.com

# CERTIFICATE OF SERVICE

I hereby certify that on this date I filed the foregoing paper and any attachments with the Clerk of Courts using the ECF electronic filing system, which will constitute service on all parties of record.

Dated: February 1, 2022

Respectfully submitted;

AYAD LAW, PLLC

*/s/William D Savage*
Nabih H. Ayad (P59518)
William D. Savage (P82146)
*Attorneys for Plaintiff*
645 Griswold St., Ste 2202
Detroit, MI 48226
P: 313.983.4600
F: 313.983.4665
ayadlaw@hotmail.com

**1 |** P a g e