IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re*:

CITY OF DETROIT, MICHIGAN

*Debtor.*

Case No. 13-53846

Hon. THOMAS J. TUCKER

Chapter 9

| AYAD LAW, PLLC | MILLER, CANFIELD, PADDOCK |
| Nabih H. Ayad (P59518) | AND STONE, PLC |
| William D. Savage (P82146) | Marc N. Swanson (P71149) |
| *Attorney for Plaintiff* | *Attorney for City of Detroit* |
| 645 Griswold St., Ste 2202 | 150 West Jefferson, Suite 2500 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| P: 313.983.4600 | P: (313) 496-7591 |
| F: 313.983.4665 | F: (313) 496-8451 |
| ayadlaw@hotmail.com | swansonm@millercanfield.com |

**AYAD LAW, P.L.L.C.**
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P: (313) 983-4600 | F: (313) 983-4665

## **PLAINTIFF'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 25 PAGES**

NOW COMES, the Plaintiff, Richard Wershe, Jr (hereinafter "Plaintiff"), by and through his attorneys at Ayad Law, PLLC, by Nabih H. Ayad, and respectfully request the Court's permission to file a brief in support of his Response to the City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order, in excess of the page limit prescribed in U.S. Bankruptcy Court E.D. Mich. Local Rule 9014-1(f).

1

On January 4, 2022, the City of Detroit filed a Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Richard Wershe Jr.

On January 19, 2022, this Honorable Court entered an Order approving a Stipulation by the parties to allow Richard Wershe Jr. an extension to file a response to the City of Detroit's Motion until February 1, 2022.

In order to file his response to the City of Detroit's Motion, Plaintiff requires a brief extension of the page limits in light of the extensive factual background in this case, as well as the complexity and number of the arguments that Plaintiff will be raising to the City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Richard Wershe Jr.

As such, Plaintiff is unable to sufficiently brief the issues under page limits prescribed by U.S. Bankruptcy Court E.D. Mich. Local Rule 9014-1(f), which only allows for a response of 25 pages.

As such, Plaintiff respectfully **requests an additional ten (10) pages** for his response to Defendant City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Richard Wershe Jr., which brings Plaintiff's responsive brief to a total of **35 pages.**

Plaintiff believes that this page extension is necessary to provide the Court with the appropriate background and to adequately respond to the issues raised in the City of Detroit's Motion.

Good cause, therefore, exists for this moderate request for an extension of page limitations.

Respectfully submitted;

AYAD LAW, PLLC

*/s/Nabih H. Ayad*
Nabih H. Ayad (P59518)
William D. Savage (P82146)
*Attorneys for Plaintiff*
645 Griswold St., Ste 2202
Detroit, MI 48226
P: 313.983.4600
F: 313.983.4665
ayadlaw@hotmail.com

Dated: February 1, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record via the Court's e-filing system.

        Respectfully submitted;

        AYAD LAW, PLLC

        */s/Nabih H. Ayad*
        Nabih H. Ayad (P59518)
        William D. Savage (P82146)
        *Attorneys for Plaintiff*
        645 Griswold St., Ste 2202
        Detroit, MI 48226
        P: 313.983.4600
        F: 313.983.4665
Dated: February 1, 2022        ayadlaw@hotmail.com

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P: (313) 983-4600 | F: (313) 983-4665

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P: (313) 983-4600 | F: (313) 983-4665