IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re*:

CITY OF DETROIT, MICHIGAN

*Debtor.*

Case No. 13-53846

Hon. THOMAS J. TUCKER

Chapter 9

| AYAD LAW, PLLC | MILLER, CANFIELD, PADDOCK |
| --- | --- |
| Nabih H. Ayad (P59518) | AND STONE, PLC |
| William D. Savage (P82146) | Marc N. Swanson (P71149) |
| Attorney for Plaintiff | *Attorney for City of Detroit* |
| 645 Griswold St., Ste 2202 | 150 West Jefferson, Suite 2500 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| P: 313.983.4600 | P: (313) 496-7591 |
| F: 313.983.4665 | F: (313) 496-8451 |
| ayadlaw@hotmail.com | swansonm@millercanfield.com |

## NOTICE OF ENTRY OF APPEARANCE OF NABIH AYAD & WILLIAM SAVAGE ON BEHALF OF PLAINTIFF RICHARD WERSHE JR.

PLEASE TAKE NOTICE that attorneys Nabih H. Ayad (P59518) and William D. Savage (P82146) of AYAD LAW, PLLC hereby files their appearance as counsel of record on behalf of Plaintiff Richard Wershe Jr., in the above-captioned matter.

1

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P: (313) 983-4600 | F: (313) 983-4665

Dated: February 1, 2022

Respectfully submitted,

AYAD LAW, PLLC

*/s/William D Savage*
William D Savage (P82146)
Nabih H. Ayad (P59518)
645 Griswold St., Ste. 2202
Detroit, MI 48226
P: 313.983.4600
F: 313.983.4665
williamsavage@ayadlawpllc.com
nabihayad@ayadlawpllc.com

Dated: February 1, 2022

Respectfully submitted,

AYAD LAW, PLLC

*/s/Nabih H. Ayad)*
William D Savage (P82146)
Nabih H. Ayad (P59518)
645 Griswold St., Ste. 2202
Detroit, MI 48226
P: 313.983.4600
F: 313.983.4665
williamsavage@ayadlawpllc.com
nabihayad@ayadlawpllc.com