## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

*In re*:

CITY OF DETROIT, MICHIGAN

*Debtor.*

Case No.  13-53846

Hon.  THOMAS J. TUCKER

Chapter 9

| AYAD LAW, PLLC | MILLER, CANFIELD, PADDOCK |
|---|---|
| Nabih H. Ayad (P59518) | AND STONE, PLC |
| William D. Savage (P82146) | Marc N. Swanson (P71149) |
| Attorney for Plaintiff | *Attorney for City of Detroit* |
| 645 Griswold St., Ste 2202 | 150 West Jefferson, Suite 2500 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| P: 313.983.4600 | P: (313) 496-7591 |
| F: 313.983.4665 | F: (313) 496-8451 |
| ayadlaw@hotmail.com | swansonm@millercanfield.com |

## **CERTIFICATE OF SERVICE**

Richard Wershe, Jr. (hereinafter "Wershe") by and through his attorneys at

Ayad Law, PLLC, hereby states that it served a copy of <u>Notice of Appearance,</u>

<u>Motion to Extend Brief Page Limitations, and Richard Wershe Jr.'s Response to the</u>

<u>City of Detroit's Motion to Enforce Judgment and Request for Stay of Bankruptcy</u>

<u>Proceedings</u> on the following parties via the ECF filing system and via Email:

> MILLER, CANFIELD, PADDOCK AND STONE, PLC
> Marc N. Swanson (P71149)
> *Attorney for City of Detroit*
> 150 West Jefferson, Suite 2500
> Detroit, MI 48226
> P: (313) 496-7591
> F: (313) 496-8451

swansonm@millercanfield.com

Respectfully submitted;

AYAD LAW, PLLC

*/s/Nabih H. Ayad*
Nabih H. Ayad (P59518)
William D. Savage (P82146)
*Attorneys for Plaintiff*
645 Griswold St., Ste 2202
Detroit, MI 48226
P: 313.983.4600
F: 313.983.4665

Dated: February 10, 2022

ayadlaw@hotmail.com

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P.: (313) 983-4600 | F.: (313) 983-4665