**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

*In re*:

CITY OF DETROIT, MICHIGAN

*Debtor.*

Case No. 13-53846

Hon. THOMAS J. TUCKER

Chapter 9

| AYAD LAW, PLLC | MILLER, CANFIELD, PADDOCK |
| --- | --- |
| Nabih H. Ayad (P59518) | AND STONE, PLC |
| William D. Savage (P82146) | Marc N. Swanson (P71149) |
| Attorney for Plaintiff | *Attorney for City of Detroit* |
| 645 Griswold St., Ste 2202 | 150 West Jefferson, Suite 2500 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| P: 313.983.4600 | P: (313) 496-7591 |
| F: 313.983.4665 | F: (313) 496-8451 |
| nabihayad@ayadlawpllc.com | swansonm@millercanfield.com |
| williamsavage@ayadlawpllc.com | |

## **CERTIFICATE OF SERVICE**

Richard Wershe, Jr. (hereinafter "Wershe") by and through his attorneys at Ayad Law, PLLC, hereby states that it served a copy of <u>Richard Wershe Jr.'s Response to the City of Detroit's Motion to Enforce Judgment and Request for Stay of Bankruptcy Proceedings</u> on the following parties *via* the ECF filing system, email, and First Class US Mail:

MILLER, CANFIELD, PADDOCK AND STONE, PLC
Marc N. Swanson (P71149)
*Attorney for City of Detroit*
150 West Jefferson, Suite 2500
Detroit, MI 48226
P: (313) 496-7591
F: (313) 496-8451
swansonm@millercanfield.com

                                                        Respectfully submitted;

                                                        AYAD LAW, PLLC

                                                        */s/Nabih H. Ayad*
                                                        Nabih H. Ayad (P59518)
                                                        William D. Savage (P82146)
                                                        *Attorneys for Plaintiff*
                                                        645 Griswold St., Ste 2202
                                                        Detroit, MI 48226
                                                        P: 313.983.4600
                                                        F: 313.983.4665
                                                        nabihayad@ayadlawpllc.com
Dated: February 10, 2022                 williamsavage@ayadlawpllc.com