# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Bankruptcy Case No. 13-53846<br><br>Judge Thomas J. Tucker<br><br>Chapter 9 |

## STIPULATION TO EXTEND BRIEF PAGE LIMITATIONS

The City of Detroit and Richard Wershe Jr., by and through their undersigned counsel, hereby stipulate and request that this Court enter an order in substantially the same form as the one attached as **Exhibit A**, extending the brief page limitations by ten pages for Richard Wershe Jr.'s response to *City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Richard Wershe Jr.* and for the City of Detroit's reply in support of its *Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Richard Wershe Jr.*

STIPULATED AND AGREED on February 16, 2022:

| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br><br>By: /s/ Marc N. Swanson<br>Marc N. Swanson (P71149)<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 496-7591<br>Facsimile: (313) 496-8451<br>swansonm@millercanfield.com<br>*Attorneys for the City of Detroit* | AYAD LAW, PLLC<br><br>By: /s/ Luke Gehringer<br>Luke Gehringer (P85677)<br>645 Griswold St., Suite 2202<br>Detroit, MI 48226<br>Telephone: (313) 983-4600<br>Facsimile: (313) 983-4665<br>lukegehringer@ayadlawpllc.com<br>*Attorneys for Richard Wershe Jr.* |

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| In re: | Bankruptcy Case No. 13-53846 |
|---|---|
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER GRANTING STIPULATION TO EXTEND BRIEF PAGE LIMITATIONS

This matter, having come before the Court on the *Stipulation to Extend Brief Page Limitations* ("Stipulation"), the Court being fully advised in the premises, and there being good cause to grant the relief requested,

**THE COURT ORDERS THAT** Richard J. Wershe Jr. is allowed 10 additional pages for his responsive brief to the *City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Richard Wershe Jr.*, for a total page count of 35.

**IT IS FURTHER ORDERED THAT** the City of Detroit is allowed 10 additional pages for its reply brief in support of the *City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Richard Wershe Jr.*, for a total page count of 17 pages.