UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: | Case No. 13-53846 |
|---|---|
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER APPROVING STIPULATION
TO EXTEND BRIEF PAGE LIMITATIONS**

Based on the stipulation filed February 16, 2022 (Docket # 13513), the Court finds good cause to enter this Order.

**IT IS ORDERED that** Richard J. Wershe Jr. is allowed 10 additional pages for his responsive brief to the *City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Richard Wershe Jr.*, for a total page count of 35.

**IT IS FURTHER ORDERED THAT** the City of Detroit is allowed 10 additional pages for its reply brief in support of the *City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Richard Wershe Jr.*, for a total page count of 17 pages.

**Signed on February 16, 2022**



/s/ Thomas J. Tucker
**Thomas J. Tucker
United States Bankruptcy Judge**