UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Case No. 13-53846

CITY OF DETROIT, MICHIGAN, Chapter 9

Debtor. Judge Thomas J. Tucker
_____/

## ORDER CANCELLING FEBRUARY 23, 2022 BENCH OPINION REGARDING THE MOTION BY DETROIT FIRE FIGHTERS ASSOCIATION FOR AN ORDER ENFORCING THE PLAN OF ADJUSTMENT (DOCKET # 13430)

This case is before the Court on the motion filed by the Detroit Fire Fighters Association, Local 344, entitled "Motion of Detroit Fire Fighters Association (DFFA) For the Entry Of An Order Enforcing The Plan Of Adjustment Against: Christopher McGhee, Norman Brown, Craig Brown, James Washington, Shannon Ferguson, Junius Perry, and Orlando Potts" (Docket # 13430, the "Motion"). The Court held a telephonic hearing on the Motion, on January 12, 2022, and is currently scheduled to hold a telephonic hearing on February 23, 2022 at 2:00 p.m., for the purpose of giving an oral bench opinion on the Motion.

The Court has decided to issue a written opinion announcing and explaining its decision on the Motion, rather than giving an oral bench opinion. For this reason,

IT IS ORDERED that the bench opinion hearing regarding the Motion, scheduled for February 23, 2022 at 2:00 p.m., is cancelled. The Court will issue a written opinion and order regarding the Motion.

**Signed on February 22, 2022**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**