Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*13491* − Motion to Enforce Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Richard Wershe Jr. Filed by Debtor In Possession City of Detroit, Michigan (Swanson, Marc)

will be held on: 3/30/22 at 01:30 PM at Courtroom 1925, 211 West Fort St., Detroit, MI 48226

Note: effective beginning March 16, 2020, Judge Tucker is conducting all conferences and non−evidentiary hearings by telephone. At least five minutes before the scheduled time for hearing, counsel and parties should call (888) 684−8852 and use Access Code 2388650. Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating.

Dated: 3/4/22

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court