# KILPATRICK & ASSOCIATES, P.C.
## Attorneys and Counselors at Law
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
Phone: (248) 377-0700
Fax: (248) 377-0800

**RICHARDO I. KILPATRICK**
*Keith G. Reid*
*Tara Raske-Liles*

615 Griswold, Suite 1305
Detroit, MI 48226-3985

March 9, 2022

Clerk of the Court
United States Bankruptcy Court
Eastern District of Michigan
211 W. Fort Street
Detroit, MI 48226

Re:  Stephen J. Beard (P76575)

Dear Sir or Madam,

Effective February 28, 2022, Stephen J. Beard is no longer with Kilpatrick & Associates, P.C. Please reassign all the cases on the system assigned to Stephen J. Beard for Kilpatrick & Associates, P.C. to Tara Raske-Liles (P74932).

Please contact me if you have any questions.

Very truly yours,

Richardo I. Kilpatrick

RIK/trl