# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# **TRANSCRIPT ORDER FORM**

| 111 First Street<br>Bay City, MI 48708 | 211 W. Fort Street<br>21st Floor<br>Detroit, MI 48226 | 226 W. Second Street<br>Flint, MI 48502 |
|---|---|---|

**Order Party: Name, Address and Telephone Number**

Name   THOMAS J. TUCKER

Firm   U.S. BANKRUPTCY COURT

Address   211 W. FORT ST

City, State, Zip   48226

Phone   313-234-0038

Email

**Case/Debtor Name:**

**Case Number:**   13-53846

**City of Detroit, Michigan**

**Hearing Judge**   Thomas J. Tucker

**X Bankruptcy         Adversary**

**Appeal         Appeal No:**

**Hearing Information** (A separate form must be completed for **each** hearing date requested.)

**Date of Hearing:** 01/12/2022   **Time of Hearing:** 1:30 pm   **Title of Hearing: Motion to Enforce Plan of Adjustment**

Please specify portion of hearing requested:   X **Original/Unredacted**   ☐ **Redacted**   ☐ **Copy**
(2nd Party)
X Entire Hearing       Ruling/Opinion of Judge       Testimony of Witness       ☐ Other

Special Instructions:

**Type of Request:**

**X** Ordinary Transcript - $3.65 per page (30 calendar days)

14-Day Transcript - $4.25 per page (14 calendar days)

Expedited Transcript - $4.85 per page (7 working days)

3-Day Transcript - $5.45 per page (3 calendar days)

Transcript Designated for an Appeal - $3.65 per page (30 calendar days) Date Notice of Appeal Filed:

CD - $30; FTR Gold format (You must download the free FTR Record Player™ onto your computer from

**FOR COURT USE ONLY**

Transcript To Be Prepared By

_____
Date         By

Order Received:

Transcript Ordered

Transcript Received

/s/ Thomas J. Tucker       Date: 03/29/2022
By signing, I certify that I will pay all charges upon completion of the transcript request.