UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 13-53846

CITY OF DETROIT, MICHIGAN,  Chapter 9

        Debtor.  Judge Thomas J. Tucker
_____/

**FURTHER ORDER REGARDING THE CONTEMPT MOTION
FILED BY FORMER GOVERNOR RICHARD SNYDER**

Pending before the Court is the motion filed by former Governor Richard Snyder, entitled "Interested Party Richard Snyder's Motion for (A) An Evidentiary Hearing and (B) An Order Holding the Michigan Department of Attorney General in Contempt and Granting Related Relief" (Docket # 13361, the "Motion"). The Court held a telephonic hearing on the Motion and then entered an order for further proceedings on the Motion and granting certain relief (Docket # 13399). The parties later filed further papers regarding the Motion, including, most recently, the paper filed by the Respondent Michigan Department of Attorney General, entitled "Respondent's Second Supplemental Statement Regarding Protective Order in the Flint Criminal Cases" and its Exhibit A.[1] Exhibit A was a copy of an order dated August 26, 2021 that was entered by the Genesee County Circuit Court, in the pending felony criminal cases relating to the Flint water crisis.

At this time, in connection with its consideration of the Motion, the Court will require the moving party, former Governor Richard Snyder, to file a copy of one or more certain other orders

---

[1] This Second Supplemental Statement and its Exhibit A were attached to the Respondent's motion seeking leave to file these items (Docket # 13434). The Court granted such leave, and deemed the Second Supplemental Statement and its Exhibit A to be filed as of October 15, 2021 (Docket # 13466).

entered in the pending criminal cases. Accordingly,

IT IS ORDERED that no later than April 13, 2022, the Movant, former Governor Richard Snyder, must file in this case a copy of the following documents that were filed in one or more of the pending Flint water crisis criminal cases: any order requiring the use of a taint team by the Michigan Department of Attorney General to review documents, including the order or orders that were the subject of the application for leave to appeal that was denied by the Michigan Court of Appeals on March 24, 2022, in the case of *People of Michigan v. Nicolas Lyon*, No. 360124.[2]

**Signed on March 30, 2022**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**

---

[2] It appears that this includes, but is not necessarily limited to, an order entered on or about November 22, 2021, at Docket # 122, in the case of *People v Nicolas Lyon*, No. 21-047378-FH (Genesee County Circuit Court).