UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
In re                                            :
                                                 :        Chapter 9
                                                 :
**CITY OF DETROIT, MICHIGAN,**                   :        Case No. 13-53846
                                                 :
                    Debtor.                      :        Hon. Steven W. Rhodes
                                                 :
                                                 :
---------------------------------------------------------------x

**NOTICE OF CREDITOR FINANCIAL GUARANTY
INSURANCE COMPANY'S CHANGE OF ADDRESS**

Financial Guaranty Insurance Company ("FGIC"), by its undersigned counsel, hereby gives notice to all parties including the City of Detroit, Michigan (the "City" or "Debtor") and counsel for the Debtor (including the claims and distribution agent appointed in this case) of its new address for the purposes of administering its claim (as listed on the Debtor's schedules and claims register, including but not limited to Claim No. 1189), and hereby requests that the service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

New Address
Financial Guaranty Insurance Company
463 Seventh Avenue, Suite 1600
New York, NY 10018
Telephone: (212) 312-3365
Email: derek.donnelly@fgic.com

Dated: April 4, 2022         Respectfully submitted,

/s/Wayne Walker (P51290)
Ernest J. Essad Jr. (P32572)
Wayne Walker (P51290)
WILLIAMS, WILLIAMS, RATTNER &
PLUNKETT, P.C.
280 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009
Telephone: (248) 642-0333
Facsimile: (248) 642-0856
Email: EJEssad@wwrplaw.com
Email: WEWalker@wwrplaw.com

– and –

Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1700
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: alfredo.perez@weil.com