# EXHIBIT 6-1 – DOCKET SHEET

38907400.4/022765.00213

Query    Reports    Utilities    Help    Log Out

reassigned

# U.S. District Court
## Eastern District of Michigan (Port Huron)
### CIVIL DOCKET FOR CASE #: 3:18-cv-13683-RHC-EAS

Metris-Shamoon et al v. City of Detroit et al          Date Filed: 11/26/2018
Assigned to: District Judge Robert H. Cleland       Jury Demand: Both
Referred to: Magistrate Judge Elizabeth A. Stafford    Nature of Suit: 440 Civil Rights: Other
Cause: 28:1983 Civil Rights                          Jurisdiction: Federal Question

**Plaintiff**

**Debra Metris-Shamoon**                represented by    **Dennis A Dettmer**
                                                         Dettmer & Dezsi, PLLC
                                                         1523 N. Main St.
                                                         Royal Oak, MI 48067
                                                         313-757-8112
                                                         Fax: 313-887-0420
                                                         Email: ddettmeresq@yahoo.com
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Michael R. Dezsi**
                                                         Law Office of Michael R. Dezsi, PLLC
                                                         1523 N. Main St.
                                                         Royal Oak, MI 48067
                                                         313-757-8112
                                                         Fax: 313-887-0420
                                                         Email: mdezsi@dezsilaw.com
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mukhlis Shamoon**                    represented by    **Dennis A Dettmer**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Michael R. Dezsi**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carl Veres**                         represented by    **Dennis A Dettmer**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Michael R. Dezsi**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Metris**                                represented by  **Dennis A Dettmer**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Michael R. Dezsi**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Julia Metris**                               represented by  **Dennis A Dettmer**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Michael R. Dezsi**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

V.

<u>**Defendant**</u>

**City of Detroit**                            represented by  **Crystal B Olmstead**
                                                              City of Detroit Law Department
                                                              2 Woodward Ave Ste. 500
                                                              Detroit, MI 48224
                                                              313-237-5035
                                                              Fax: 313-224-5505
                                                              Email: olmsteadc@detroitmi.gov
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **James P. Allen**
                                                              Allen Brothers
                                                              400 Monroe Street
                                                              Suite 220
                                                              Detroit, MI 48226
                                                              313-962-7777
                                                              Email: jamesallen@allenbrotherspllc.com
                                                              *TERMINATED: 12/07/2021*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **James M. Surowiec**
                                                              Allen Brothers, Attorneys and Counselors,
                                                              PLLC
                                                              400 Monroe
                                                              Suite 620
                                                              Detroit, MI 48226
                                                              313-962-7777
                                                              Email: jsurowiec@allenbrotherspllc.com
                                                              *TERMINATED: 12/07/2021*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Lindsey R. Johnson**
                                                              Schenk & Bruetsch, PLC

211 W. Fort Street, Suite 1410
Detroit, MI 48226
313-774-1000
Email: Lindsey.Johnson@SBDetroit.com
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**Patrick M. Cunningham**
City of Detroit Law Department
2 Woodward Avenue
Suite 500
Detroit, MI 48226
313-237-5032
Fax: 313-224-5505
Email: cunninghamp@detroitmi.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe**                         represented by    **John Doe**
*TERMINATED: 03/21/2019*                               PRO SE

                                                       **Lindsey R. Johnson**
                                                       (See above for address)
                                                       *TERMINATED: 12/07/2021*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Jane Doe**                         represented by    **Jane Doe**
*TERMINATED: 03/21/2019*                               PRO SE

                                                       **Lindsey R. Johnson**
                                                       (See above for address)
                                                       *TERMINATED: 12/07/2021*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Sgt Joe Tucker**                   represented by    **Crystal B Olmstead**
*TERMINATED: 06/25/2021*                               (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **James P. Allen**
                                                       (See above for address)
                                                       *TERMINATED: 12/07/2021*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **James M. Surowiec**
                                                       (See above for address)
                                                       *TERMINATED: 12/07/2021*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Lindsey R. Johnson**
                                                       (See above for address)

*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sgt Candace Matschikowski**          represented by **Crystal B Olmstead**
*TERMINATED: 06/25/2021*                                (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James P. Allen**
                                                        (See above for address)
                                                        *TERMINATED: 12/07/2021*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James M. Surowiec**
                                                        (See above for address)
                                                        *TERMINATED: 12/07/2021*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Lindsey R. Johnson**
                                                        (See above for address)
                                                        *TERMINATED: 12/07/2021*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Sgt Stephen Geelhood**               represented by **Crystal B Olmstead**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James P. Allen**
                                                        (See above for address)
                                                        *TERMINATED: 12/07/2021*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James M. Surowiec**
                                                        (See above for address)
                                                        *TERMINATED: 12/07/2021*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Lindsey R. Johnson**
                                                        (See above for address)
                                                        *TERMINATED: 12/07/2021*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Juan Davis**                         represented by **Crystal B Olmstead**
*TERMINATED: 06/25/2021*                                (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James P. Allen**
                                                        (See above for address)

*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**James M. Surowiec**
(See above for address)
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**Lindsey R. Johnson**
(See above for address)
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brian A Johnson**                    represented by **Crystal B Olmstead**
*TERMINATED: 06/25/2021*                              (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **James P. Allen**
                                                      (See above for address)
                                                      *TERMINATED: 12/07/2021*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **James M. Surowiec**
                                                      (See above for address)
                                                      *TERMINATED: 12/07/2021*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Lindsey R. Johnson**
                                                      (See above for address)
                                                      *TERMINATED: 12/07/2021*
                                                      *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/26/2018 | 1 | COMPLAINT filed by All Plaintiffs against All Defendants with Jury Demand. Plaintiff requests summons issued. Receipt No: 0645-7002575 - Fee: $ 400. County of 1st Plaintiff: Macomb - County Where Action Arose: Macomb - County of 1st Defendant: Wayne. [Previously dismissed case: No] [Possible companion case(s): USDC EDMICH, 15-cv-10547, Judge Borman] (Dezsi, Michael) (Entered: 11/26/2018) |
| 11/27/2018 | 2 | SUMMONS Issued for *City of Detroit* (SKra) (Entered: 11/27/2018) |
| 11/27/2018 |  | A United States Magistrate Judge of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form is available for download at http://www.mied.uscourts.gov (SKra) (Entered: 11/27/2018) |
| 11/29/2018 | 3 | NOTICE of Appearance by Dennis A Dettmer on behalf of All Plaintiffs. (Dettmer, Dennis) (Entered: 11/29/2018) |
| 12/12/2018 | 4 | CERTIFICATE of Service/Summons Returned Executed. City of Detroit served on 12/12/2018, answer due 1/2/2019. (Dezsi, Michael) (Entered: 12/12/2018) |

| 12/13/2018 | 5 | NOTICE of Appearance by James P. Allen on behalf of City of Detroit. (Allen, James) (Entered: 12/13/2018) |
|---|---|---|
| 12/13/2018 | 6 | NOTICE of Appearance by Lindsey R. Johnson on behalf of City of Detroit. (Johnson, Lindsey) (Entered: 12/13/2018) |
| 12/17/2018 | 7 | STIPULATED ORDER Extending Time for Response to 1 Complaint. **Response due by 1/31/2019**. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 12/17/2018) |
| 01/31/2019 | 8 | ANSWER to Complaint with Affirmative Defenses with Jury Demand *Defendant City of Detroit's Answer to Complaint, Affirmative Defenses and Other Defenses and Reliance Upon Jury Demand and Certificate of Service* by City of Detroit. (Allen, James) (Entered: 01/31/2019) |
| 02/15/2019 | 9 | NOTICE TO APPEAR: **Scheduling/Settlement Conference set for 3/7/2019 11:30 AM before District Judge Arthur J. Tarnow**. (MLan) (Entered: 02/15/2019) |
| 02/21/2019 | | TEXT-ONLY NOTICE: **Scheduling/Settlement Conference ADJOURNED TO 3/14/2019 11:00 AM before District Judge Arthur J. Tarnow**. (MLan) (Entered: 02/21/2019) |
| 03/13/2019 | 10 | ATTORNEY APPEARANCE: James M. Surowiec appearing on behalf of City of Detroit (Surowiec, James) (Entered: 03/13/2019) |
| 03/14/2019 | | Minute Entry for proceedings before District Judge Arthur J. Tarnow: Scheduling Conference held on 3/14/2019. (MLan) (Entered: 03/14/2019) |
| 03/14/2019 | 11 | SCHEDULING ORDER: **Witnesses to be exchanged by 5/1/2019, Discovery Motions to be filed by 8/23/2019, Discovery due by 9/20/2019, Dispositive Motion Cut-off set for 10/28/2019, Joint Final Pretrial Order due 2/3/2020, Final Pretrial Conference set for 2/10/2020 02:30 PM before District Judge Arthur J. Tarnow**. Signed by District Judge Arthur J. Tarnow. (Refer to image for additional dates) (MLan) (Entered: 03/14/2019) |
| 03/21/2019 | 12 | STIPULATED ORDER Allowing Plaintiffs to File First Amended Complaint. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 03/21/2019) |
| 03/21/2019 | 13 | AMENDED COMPLAINT with Jury Demand filed by All Plaintiffs against All Defendants. NEW PARTIES ADDED. (Dezsi, Michael) (Entered: 03/21/2019) |
| 03/21/2019 | | REQUEST for SUMMONS for Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Dezsi, Michael) (Entered: 03/21/2019) |
| 03/22/2019 | 14 | SUMMONS Issued for *Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker* (DPer) (Entered: 03/22/2019) |
| 04/03/2019 | 15 | STIPULATED ORDER Extending Time for Response to 13 Amended Complaint. **Response due by 4/29/2019**. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 04/03/2019) |
| 04/10/2019 | 16 | CERTIFICATE of Service/Summons Returned Executed. Stephen Geelhood served on 4/5/2019, answer due 4/26/2019. (Dezsi, Michael) (Entered: 04/10/2019) |
| 04/18/2019 | 17 | CERTIFICATE of Service/Summons Returned Executed. Brian A Johnson served on 4/17/2019, answer due 5/8/2019. (Dezsi, Michael) (Entered: 04/18/2019) |
| 04/18/2019 | 18 | CERTIFICATE of Service/Summons Returned Executed. Juan Davis served on 4/17/2019, answer due 5/8/2019. (Dezsi, Michael) (Entered: 04/18/2019) |
| 04/18/2019 | 19 | CERTIFICATE of Service/Summons Returned Executed. Joe Tucker served on 4/18/2019, answer due 5/9/2019. (Dezsi, Michael) (Entered: 04/18/2019) |

| 04/29/2019 | 20 | ATTORNEY APPEARANCE: James P. Allen appearing on behalf of Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker (Allen, James) (Entered: 04/29/2019) |
|---|---|---|
| 04/29/2019 | 21 | ATTORNEY APPEARANCE: James M. Surowiec appearing on behalf of Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker (Surowiec, James) (Entered: 04/29/2019) |
| 04/29/2019 | 22 | ATTORNEY APPEARANCE: Lindsey R. Johnson appearing on behalf of Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker (Johnson, Lindsey) (Entered: 04/29/2019) |
| 04/29/2019 | 23 | ANSWER to Amended Complaint with Affirmative Defenses *and Reliance Upon Jury Demand* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Johnson, Lindsey) (Entered: 04/29/2019) |
| 05/01/2019 | 24 | *Plaintiffs'* WITNESS LIST by All Plaintiffs (Dezsi, Michael) (Entered: 05/01/2019) |
| 05/01/2019 | 25 | *Defendants' Preliminary Lay and Expert* WITNESS LIST by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker (Johnson, Lindsey) (Entered: 05/01/2019) |
| 05/13/2019 | 26 | AMENDED ANSWER to Complaint 13 Amended Complaint with Affirmative Defenses *and Reliance Upon Jury Demand* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Johnson, Lindsey) (Entered: 05/13/2019) |
| 08/08/2019 | 27 | STIPULATED ORDER Allowing Defendants Leave to File Amended Affirmative Defenses. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 08/08/2019) |
| 08/09/2019 | 28 | AFFIRMATIVE DEFENSES by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker (Johnson, Lindsey) (Entered: 08/09/2019) |
| 08/13/2019 | 29 | ORDER REFERRING OTHER MATTERS to Magistrate Judge R. Steven Whalen: Discovery Conference. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 08/13/2019) |
| 08/20/2019 | 30 | NOTICE TO APPEAR: **Discovery Conference set for 9/10/2019 at 10:00 AM before Magistrate Judge R. Steven Whalen**. (THac) (Entered: 08/20/2019) |
| 08/22/2019 | 31 | MOTION Extend Scheduling Order by 120 days by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A) (Johnson, Lindsey) (Entered: 08/22/2019) |
| 08/22/2019 | 32 | ORDER REFERRING MOTION to Magistrate Judge R. Steven Whalen: 31 MOTION Extend Scheduling Order by 120 days filed by City of Detroit, Juan Davis, Candace Matschikowski, Brian A Johnson, Joe Tucker, Stephen Geelhood. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 08/22/2019) |
| 08/26/2019 | 33 | NOTICE OF HEARING on 31 Defendants' MOTION to Amend Scheduling Order Dates by 120 Days . **Motion Hearing set for 9/10/2019 at 10:00 AM before Magistrate Judge R. Steven Whalen**. (THac) (Entered: 08/26/2019) |
| 09/04/2019 | 34 | RESPONSE to 31 MOTION Extend Scheduling Order by 120 days filed by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A Indictment, # 3 Exhibit B Jury Trial Transcript, # 4 Exhibit C Internal Affairs File, # 5 Exhibit D Affidavit and Search Warrant, # 6 Exhibit E Discovery Requests, # 7 Exhibit F Notices of Deposition) (Dezsi, Michael) (Entered: 09/04/2019) |

| 09/06/2019 | 35 | REPLY to Response re 31 MOTION Extend Scheduling Order by 120 days filed by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7) (Johnson, Lindsey) (Entered: 09/06/2019) |
|---|---|---|
| 09/10/2019 | | Minute Entry for proceedings before Magistrate Judge R. Steven Whalen: Discovery Conference held on 9/10/2019 - (CCie) Modified on 9/10/2019 (CCie). (Entered: 09/10/2019) |
| 09/10/2019 | | Minute Entry for proceedings before Magistrate Judge R. Steven Whalen: Motion Hearing held on 9/10/2019 re 31 MOTION Extend Scheduling Order by 120 days filed by City of Detroit, Juan Davis, Candace Matschikowski, Brian A Johnson, Joe Tucker, Stephen Geelhood - Disposition: Motion granted. (Court Reporter: Digitally Recorded) (CCie) (Entered: 09/10/2019) |
| 09/10/2019 | 36 | ORDER GRANTING DEFENDANTS' 31 Motion to Amend Scheduling Order- Signed by Magistrate Judge R. Steven Whalen. ***PLEASE SEE DOCUMENT FOR IMPORTANT DATES*** (CCie) (Entered: 09/10/2019) |
| 09/14/2019 | 37 | MOTION for Reconsideration re 36 Order on Motion - Free by All Defendants. (Attachments: # 1 Exhibit May v. City of Detroit) (Surowiec, James) (Entered: 09/14/2019) |
| 09/17/2019 | 38 | ORDER STAYING 36 Order on Motion, Set Deadlines as to 37 MOTION for Reconsideration re 36 Order on Motion: (Plaintiff's Response due by 9/24/2019) - Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 09/17/2019) |
| 09/18/2019 | 39 | RESPONSE to 37 MOTION for Reconsideration re 36 Order on Motion - Free filed by All Plaintiffs. (Dezsi, Michael) (Entered: 09/18/2019) |
| 09/23/2019 | 40 | ORDER DENYING DEFENDANTS 37 Motion for Reconsideration - Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 09/23/2019) |
| 10/31/2019 | 41 | NOTICE TO APPEAR BY TELEPHONE: Status Conference set for 11/13/2019 02:00 PM before District Judge Arthur J. Tarnow. (MLan) (Entered: 10/31/2019) |
| 11/08/2019 | 42 | MOTION for Relief from the Magistrate Judge's Discovery Order [Dkt #36] re 36 Order on Motion - Free by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A Declaration, # 3 Exhibit B Redacted Declaration, # 4 Exhibit C Deposition Transcript, # 5 Exhibit D Affidavit & Warrant, # E Exhibit E Sealed) (Dezsi, Michael) (Entered: 11/08/2019) |
| 11/08/2019 | 43 | SEALED EXHIBIT *E Deposition Transcript* re 42 MOTION for Relief from the Magistrate Judge's Discovery Order [Dkt #36] re 36 Order on Motion - Free by All Plaintiffs. (Dezsi, Michael) (Entered: 11/08/2019) |
| 11/12/2019 | 44 | MOTION to Compel *Deposition Testimony* by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit Article, # 3 Exhibit Notices of Depositions, # 4 Exhibit email, # 5 Exhibit Jackson trial testimony, # 6 Exhibit Leavells Plea Agreement, # 7 Exhibit Leavells trial testimony, # 8 Exhibit Indictment, # 9 Exhibit Memo Re Reorganization, # 10 Exhibit Objections to Discovery, # 11 Exhibit Sims Depo Trans excerpts) (Dezsi, Michael) (Entered: 11/12/2019) |
| 11/13/2019 | | TEXT-ONLY NOTICE: Telephone Status Conference on 11/13/2019 is Cancelled. Issues resolved. (MLan) (Entered: 11/13/2019) |
| 11/13/2019 | 45 | ORDER REFERRING MOTIONS to Magistrate Judge R. Steven Whalen: 42 MOTION for Relief from the Magistrate Judge's Discovery Order re 36 Order filed by Julia Metris, |

| | | |
|---|---|---|
| | | Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres, <u>44</u> MOTION to Compel *Deposition Testimony* filed by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 11/13/2019) |
| 11/19/2019 | <u>46</u> | NOTICE OF HEARING on <u>42</u> MOTION for Relief from the Magistrate Judge's Discovery Order [Dkt 36] and <u>44</u> MOTION to Compel *Deposition Testimony*. **Resolved/Unresolved Issues due by 12/17/2019. Motion Hearings set for 12/19/2019 at 10:00 AM before Magistrate Judge R. Steven Whalen.** (THac) (Entered: 11/19/2019) |
| 11/22/2019 | <u>47</u> | RESPONSE to <u>42</u> MOTION for Relief from the Magistrate Judge's Discovery Order [Dkt #36] re <u>36</u> Order on Motion - Free *with Brief in Support* filed by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # <u>1</u> Index of Exhibits, # <u>2</u> Exhibit 1- Plaintiffs' Concurrence Email, # <u>3</u> Exhibit 2- Plaintiffs' Emails agreeing to Protective Order, # <u>4</u> Exhibit 3- Plaintiffs' Statement of Unresolved Discovery Issues, # <u>5</u> Exhibit 4- Plaintiffs' Email Denying Concurrence, # <u>6</u> Exhibit 5- Email from Case Manager, # <u>7</u> Exhibit 6- Attorney's Eyes Only Discovery Production, # <u>8</u> Exhibit 7-Attorney's Eyes Only Geelhood Dep Transcript, # <u>9</u> Exhibit 8- Geelhood Transcript Pages Start-Finish Times) (Surowiec, James) (Entered: 11/22/2019) |
| 11/22/2019 | <u>48</u> | <span style="color:green">SEALED</span> EXHIBIT re <u>47</u> Response to Motion,,, by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # <u>1</u> Exhibit 6-Attorney's Eyes Only Court Ordered Discovery Production, # <u>2</u> Exhibit 7- Attorney's Eyes Only Geelhood Deposition Transcript) (Surowiec, James) (Entered: 11/22/2019) |
| 11/25/2019 | <u>49</u> | REPLY to Response re <u>42</u> MOTION for Relief from the Magistrate Judge's Discovery Order [Dkt #36] re <u>36</u> Order on Motion - Free filed by All Plaintiffs. (Dezsi, Michael) (Entered: 11/25/2019) |
| 11/27/2019 | <u>50</u> | RESPONSE to <u>44</u> MOTION to Compel *Deposition Testimony with Brief in Support* filed by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # <u>1</u> Index of Exhibits, # <u>2</u> Exhibit 1-Search Warrant, # <u>3</u> Exhibit 2-Articles) (Surowiec, James) (Entered: 11/27/2019) |
| 12/03/2019 | <u>51</u> | REPLY to Response re <u>44</u> MOTION to Compel *Deposition Testimony* filed by All Plaintiffs. (Dezsi, Michael) (Entered: 12/03/2019) |
| 12/09/2019 | <u>52</u> | MOTION for Protective Order *with Brief in Support* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Surowiec, James) (Entered: 12/09/2019) |
| 12/10/2019 | <u>53</u> | INDEX of Exhibits re <u>52</u> MOTION for Protective Order *with Brief in Support* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker (Attachments: # <u>1</u> Exhibit 1- Proposed Protective Order, # <u>2</u> Exhibit 2- Search Warrant, # <u>3</u> Exhibit 3- Deposition Excerpts Metris-Shamoon, # <u>4</u> Exhibit 4- Chief Craig Declaration, # <u>5</u> Exhibit 5-Chief Godbee Declaration) (Surowiec, James) (Entered: 12/10/2019) |
| 12/10/2019 | <u>54</u> | INDEX of Exhibits re <u>52</u> MOTION for Protective Order *with Brief in Support* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker *(CORRECTED VERSION)* (Attachments: # <u>1</u> Exhibit 1- Proposed Protective Order, # <u>2</u> Exhibit 2- Search Warrant, # <u>3</u> Exhibit 3- Deposition Excerpts Metris-Shamoon, # <u>4</u> Exhibit 4- Chief Craig Declaration, # <u>5</u> Exhibit 5-Chief Godbee Declaration) (Surowiec, James) (Entered: 12/10/2019) |

| 12/13/2019 | 55 | EXHIBIT *Supplemental Exhibits* re 44 MOTION to Compel *Deposition Testimony* by All Plaintiffs (Attachments: # 1 Index of Exhibits, # 2 Exhibit news article, # 3 Exhibit news article) (Dezsi, Michael) (Entered: 12/13/2019) |
| --- | --- | --- |
| 12/16/2019 | 56 | *First Amended Lay and Expert* WITNESS LIST by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker (Johnson, Lindsey) (Entered: 12/16/2019) |
| 12/19/2019 | 57 | *Second Amended Lay and Expert* WITNESS LIST by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker (Johnson, Lindsey) (Entered: 12/19/2019) |
| 12/19/2019 | | Minute Entry for proceedings before Magistrate Judge R. Steven Whalen: Motion Hearing held on 12/19/2019 re 44 MOTION to Compel *Deposition Testimony* filed by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres, 42 MOTION for Relief from the Magistrate Judge's Discovery Order [Dkt #36] re 36 Order on Motion - Free filed by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres - Disposition: Motion 42 and 44 granted. (Court Reporter: Digitally Recorded - DUTY) (CCie) (Entered: 12/20/2019) |
| 12/20/2019 | 58 | ORDER GRANTING PLAINTIFF'S 42 Motion for Relief from Magistrate Judge's Discovery Order - Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 12/20/2019) |
| 12/20/2019 | 59 | ORDER GRANTING PLAINTIFF'S 44 Motion to Compel- Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 12/20/2019) |
| 12/23/2019 | 60 | ORDER REFERRING MOTION to Magistrate Judge R. Steven Whalen: 52 MOTION for Protective Order filed by City of Detroit, Juan Davis, Candace Matschikowski, Brian A Johnson, Joe Tucker, Stephen Geelhood. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 12/23/2019) |
| 12/30/2019 | 61 | MOTION to Compel *Production of Documents* by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A Detroit News Article, # 3 Exhibit B Plaintiffs' 2nd RTP, # 4 Exhibit C Defendants' Objections 2nd RTP, # 5 Exhibit D Detroit News Article, # 6 Exhibit E Detroit News Article, # 7 Exhibit F Jury Trial Transcript Gary Jackson, # 8 Exhibit G Jury Trial Transcript Arthur Leavells) (Dezsi, Michael) (Entered: 12/30/2019) |
| 12/30/2019 | 62 | ORDER REFERRING MOTION to Magistrate Judge R. Steven Whalen: 61 MOTION to Compel *Production of Documents* filed by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 12/30/2019) |
| 12/30/2019 | 63 | MOTION to Compel *Plaintiffs' Responses to Document Requests* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A- Plaintiffs' Responses to Roggs, # 3 Exhibit B- Plaintiffs' Doc Production, # 4 Exhibit C-Plaintiffs' Responses to RPD, # 5 Exhibit D-December 16th Email, # 6 Exhibit E - Dec 29 to 30th Email Correspondence) (Johnson, Lindsey) (Entered: 12/30/2019) |
| 01/03/2020 | 64 | ORDER DENYING DEFENDANTS' 52 Motion for Protective Order - Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 01/03/2020) |
| 01/03/2020 | 65 | REQUEST *for an Extension of Time in order to Object to Magistrate Judge's Opinion* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1- Declaration of Surowiec and Email, # 3 Exhibit 2- Declaration of Holland, # 4 Exhibit 3- Email to Court Reporter) (Surowiec, James) (Entered: 01/03/2020) |

| 01/03/2020 | 66 | REQUEST *(Corrected) for Extension of Time to File Objections to the Opinion and Order of the Magistrate Judge* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1- Declaration of Surowiec and Email, # 3 Exhibit 2- Declaration of Holland, # 4 Exhibit 3- Email to Court Reporter) (Surowiec, James) (Entered: 01/03/2020) |
|---|---|---|
| 01/07/2020 | 67 | ORDER REFERRING MOTION to Magistrate Judge R. Steven Whalen: 63 MOTION to Compel *Plaintiffs' Responses to Document Requests* filed by City of Detroit, Juan Davis, Candace Matschikowski, Brian A Johnson, Joe Tucker, Stephen Geelhood. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 01/07/2020) |
| 01/07/2020 | 68 | NOTICE OF HEARING on 61 MOTION to Compel *Production of Documents* and 63 MOTION to Compel *Plaintiffs' Responses to Document Requests.* **Resolved/Unresolved Issues due by 2/4/2020. Motion Hearing set for 2/6/2020 at 10:00 AM before Magistrate Judge R. Steven Whalen**. (THac) (Entered: 01/07/2020) |
| 01/07/2020 | | TEXT-ONLY ORDER GRANTING DEFENDANT'S 66 Request for An Extension of Time, filed by City of Detroit, Juan Davis, Candace Matschikowski, Brian A Johnson, Joe Tucker, Stephen Geelhood - Entered by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 01/07/2020) |
| 01/09/2020 | 69 | NOTICE TO APPEAR BY TELEPHONE: **Status Conference set for 1/13/2020 03:00 PM before District Judge Arthur J. Tarnow**. Counsel are directed to forward their phone numbers by email to mike_lang@mied.uscourts.gov prior to the conference. (MLan) (Entered: 01/09/2020) |
| 01/13/2020 | | Minute Entry for proceedings before District Judge Arthur J. Tarnow: Telephonic Status Conference held on 1/13/2020. (MLan) (Entered: 01/13/2020) |
| 01/13/2020 | 70 | RESPONSE to 61 MOTION to Compel *Production of Documents and Brief in Support* filed by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1- Hearing Transcript, # 3 Exhibit 2 - Search Warrant, # 4 Exhibit 3- Defendants Discovery Responses) (Johnson, Lindsey) (Entered: 01/13/2020) |
| 01/14/2020 | 71 | RESPONSE to 63 MOTION to Compel *Plaintiffs' Responses to Document Requests* filed by All Plaintiffs. (Dezsi, Michael) (Entered: 01/14/2020) |
| 01/17/2020 | 72 | NOTICE by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker re 64 Order on Motion for Protective Order, 59 Order on Motion to Compel *of Objections to the Orders of the Magistrate Judge* (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1- Hearing Transcript, Dec 19, 2019, # 3 Exhibit 2- Order Granting Plaintiffs' Motion to Compel Depositions, # 4 Exhibit 3- Order Denying Defendants' Motion for Protective Order) (Surowiec, James) (Entered: 01/17/2020) |
| 01/20/2020 | 73 | SUPPLEMENTAL BRIEF re 72 Notice (Other),, *Response to Defendants Objections to Magistrate Judge's Orders* filed by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit News Article 12/11/19, # 3 Exhibit News Article 12/12/19) (Dezsi, Michael) (Entered: 01/20/2020) |
| 01/21/2020 | 74 | REPLY to Response re 63 MOTION to Compel *Plaintiffs' Responses to Document Requests* filed by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit E, # 3 Exhibit F, # 4 Exhibit G, # 5 Exhibit H, # 6 Exhibit I) (Johnson, Lindsey) (Entered: 01/21/2020) |
| 01/21/2020 | 75 | REPLY to Response re 61 MOTION to Compel *Production of Documents* filed by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit H Transcript) (Dezsi, |

| 01/23/2020 | 76 | SUPPLEMENTAL BRIEF re 74 Reply to Response to Motion, filed by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Johnson, Lindsey) (Entered: 01/23/2020) |
|---|---|---|
| 01/27/2020 | 77 | MOTION TO EXTEND Discovery *30 Days* by All Plaintiffs. (Dezsi, Michael) (Entered: 01/27/2020) |
| 01/29/2020 | 78 | ORDER Sustaining in part and Overruling in part 72 Objections by Defendants re 64 Order on Motion for Protective Order, 59 Order on Motion to Compel. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 01/29/2020) |
| 01/29/2020 | 79 | ORDER REFERRING MOTIONS to Magistrate Judge R. Steven Whalen: 77 MOTION TO EXTEND Discovery 30 Days filed by Plaintiffs, 44 MOTION to Compel *Deposition Testimony* filed by Plaintiffs, 52 MOTION for Protective Order filed by Defendants. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 01/29/2020) |
| 01/29/2020 | 80 | SUPPLEMENTAL BRIEF re 78 Order, Order to Vacate filed by All Plaintiffs. (Dezsi, Michael) (Entered: 01/29/2020) |
| 02/04/2020 | 81 | NOTICE OF HEARING on 77 MOTION TO EXTEND Discovery *30 Days*. **Motion Hearing set for 2/6/2020 at 10:00 AM before Magistrate Judge R. Steven Whalen** - (CCie) (Entered: 02/04/2020) |
| 02/04/2020 | 82 | RESPONSE to 77 MOTION TO EXTEND Discovery *30 Days Opposing Any Extension* filed by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1- Plaintiffs' 2nd Notice of Deposition for Chiefs, # 3 Exhibit 2- Email between Counsel, # 4 Exhibit 3- Hearing Transcript Excerpts (12/19/2019), # 5 Exhibit 4- Plaintiffs' 1st Notice of Deposition of Chiefs, # 6 Exhibit 5- US Atty Sentencing Memo, # 7 Exhibit 6- Police Report, # 8 Exhibit 7- Mukhlis Shamoon Deposition Excerpts, # 9 Exhibit 8- Preliminary Lab Tests, # 10 Exhibit 9- Chain of Custody Reports, # 11 Exhibit 10- Notice of Forfeiture, # 12 Exhibit 11- January Notices of Deps & Subpoenas, # 13 Exhibit 12- Plaintiffs' 5th RFP, # 14 Exhibit 13- Notice of Status Conference, # 15 Exhibit 14- Plaintiffs Email Insisting on Proceeding with Deps of Chiefs, # 16 Exhibit 15- Defs' email seeking compromise) (Surowiec, James) (Entered: 02/04/2020) |
| 02/04/2020 | | TEXT-ONLY NOTICE: Final Pretrial Conference on 2/10/2020 is Cancelled. New date to be set following determination of pending motions. (MLan) (Entered: 02/04/2020) |
| 02/06/2020 | | Minute Entry for proceedings before Magistrate Judge R. Steven Whalen: Motion Hearing held on 2/6/2020 re 63 MOTION to Compel *Plaintiffs' Responses to Document Requests* filed by City of Detroit, Juan Davis, Candace Matschikowski, Brian A Johnson, Joe Tucker, Stephen Geelhood, 77 MOTION TO EXTEND Discovery *30 Days* filed by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres, 61 MOTION to Compel *Production of Documents* filed by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres - Disposition: 61 Motion granted in part and denied in part; 63 Motion granted in part and denied in part; 77 Motion granted. (Court Reporter: Digitally Recorded) (CCie) (Entered: 02/06/2020) |
| 02/07/2020 | 83 | ORDER GRANTING PLAINTIFFS' 61 Motion to Compel- Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 02/07/2020) |
| 02/07/2020 | 84 | ORDER GRANTING DEFENDANTS' 63 Motion to Compel- Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 02/07/2020) |
| 02/07/2020 | 85 | ORDER GRANTING PLAINTIFFS' 77 MOTION TO EXTEND Discovery - Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 02/07/2020) |

| 02/07/2020 | | TEXT-ONLY ORDER AMENDING SCHEDULING ORDER: **Discovery due by 5/7/2020, Dispositive Motion Cut-off set for 6/8/2020, Joint Final Pretrial Order due 9/21/2020, Final Pretrial Conference set for 9/28/2020 02:30 PM before District Judge Arthur J. Tarnow**. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 02/07/2020) |
|---|---|---|
| 02/10/2020 | 86 | SUPPLEMENTAL ORDER re 58 Order on Motion - Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 02/10/2020) |
| 02/10/2020 | 87 | ORDER GRANTING PLAINTIFFS' 44 Motion to Compel AND DENYING DEFENDANTS' 52 Motion for Protective Order - Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 02/10/2020) |
| 03/09/2020 | 88 | STIPULATED PROTECTIVE ORDER - Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 03/09/2020) |
| 04/03/2020 | 89 | NOTICE by All Plaintiffs *of Motion to Consolidate Cases* (Dezsi, Michael) (Entered: 04/03/2020) |
| 04/06/2020 | 90 | MOTION for Order to Show Cause *and/or for Default Judgment for Defendants' Failure to Comply with this Court's Prior Discovery Order [Dkt #83]* by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A Plaintiffs' Second Request to Produce, # 3 Exhibit B Detroit News Article 12/11/2019, # 4 Exhibit C Detroit News Article 12/12/2019, # 5 Exhibit D Defendants' Answers to Second Request to Produce, # 6 Exhibit E Article) (Dezsi, Michael) (Entered: 04/06/2020) |
| 04/06/2020 | 91 | MOTION for Voluntary Dismissal Without Prejudice Against Defendants Johnson, Matschikowski, and Tucker by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A Jury Trial Transcript, # 3 Exhibit B Detroit News Article 12/11/2019, # 4 Exhibit C Detroit News Article 12/12/2019) (Dezsi, Michael) (Entered: 04/06/2020) |
| 04/14/2020 | 92 | ORDER REFERRING MOTION to Magistrate Judge R. Steven Whalen: 90 MOTION for Order to Show Cause *and/or for Default Judgment for Defendants' Failure to Comply with this Court's Prior Discovery Order [Dkt #83]* filed by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 04/14/2020) |
| 04/20/2020 | 93 | RESPONSE to 91 MOTION for Voluntary Dismissal Without Prejudice Against Defendants Johnson, Matschikowski, and Tucker filed by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6) (Johnson, Lindsey) (Entered: 04/20/2020) |
| 04/21/2020 | 94 | RESPONSE to 90 MOTION for Order to Show Cause *and/or for Default Judgment for Defendants' Failure to Comply with this Court's Prior Discovery Order [Dkt #83] in opposition* filed by All Defendants. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Declaration of Graveline, # 3 Exhibit B - Defendants doc production, # 4 Exhibit C - Email exchange re LR 71) (Johnson, Lindsey) (Entered: 04/21/2020) |
| 04/21/2020 | 95 | NOTICE OF HEARING BY TELEPHONE on 90 MOTION for Order to Show Cause *and/or for Default Judgment for Defendants' Failure to Comply with this Court's Prior Discovery Order [Dkt #83]*. **Resolved/Unresolved Issues due by 5/15/2020. Motion Hearing set for 5/19/2020 at 10:00 AM before Magistrate Judge R. Steven Whalen**. CALL IN INFORMATION WILL BE PROVIDED PRIOR TO HEARING. (THac) (Entered: 04/21/2020) |
| 04/24/2020 | 96 | REPLY to Response re 91 MOTION for Voluntary Dismissal Without Prejudice Against Defendants Johnson, Matschikowski, and Tucker filed by All Plaintiffs. (Dezsi, Michael) |

| | | |
|---|---|---|
| | | (Entered: 04/24/2020) |
| 04/27/2020 | 97 | REPLY to Response re 90 MOTION for Order to Show Cause *and/or for Default Judgment for Defendants' Failure to Comply with this Court's Prior Discovery Order [Dkt #83]* filed by All Plaintiffs. (Dezsi, Michael) (Entered: 04/27/2020) |
| 05/04/2020 | 98 | *Amended* WITNESS LIST by All Plaintiffs (Dezsi, Michael) (Entered: 05/04/2020) |
| 05/19/2020 | | Minute Entry for proceedings before Magistrate Judge R. Steven Whalen: Telephonic Motion Hearing held on 5/19/2020 re 90 MOTION for Order to Show Cause *and/or for Default Judgment for Defendants' Failure to Comply with this Court's Prior Discovery Order [Dkt #83]* filed by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres. Disposition: Motion taken under advisement (Court Reporter: Rene Twedt) (MarW) (Entered: 05/19/2020) |
| 05/30/2020 | 99 | STIPULATED ORDER EXTENDING SCHEDULING ORDER: **Discovery due by 7/7/2020, Dispositive Motion Cut-off set for 8/8/2020, Final Pretrial Conference set for 11/23/2020 02:30 PM before District Judge Arthur J. Tarnow**. Signed by District Judge Arthur J. Tarnow. (Refer to image for additional dates) (MLan) (Entered: 05/30/2020) |
| 06/08/2020 | 100 | NOTICE TO APPEAR BY TELEPHONE: **Status Conference set for 6/9/2020 at 10:00 AM before Magistrate Judge R. Steven Whalen** - ***PLEASE SEE NOTICE FOR ADDITIONAL IMPORTANT INFORMATION*** (CCie) (Entered: 06/08/2020) |
| 06/09/2020 | 101 | OPINION and ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' 90 MOTION for Order to Show Cause *and/or for Default Judgment for Defendants' Failure to Comply with this Court's Prior Discovery Order [Dkt #83]* filed by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres - Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 06/09/2020) |
| 06/09/2020 | | Minute Entry for proceedings before Magistrate Judge R. Steven Whalen: Telephonic Status Conference held on 6/9/2020 - (CCie) (Entered: 06/09/2020) |
| 06/15/2020 | 102 | NOTICE of Appearance by Patrick M. Cunningham on behalf of City of Detroit. (Cunningham, Patrick) (Entered: 06/15/2020) |
| 06/15/2020 | 103 | MOTION to Stay re 101 Memorandum Opinion & Order,, Terminate Motions, by City of Detroit. (Cunningham, Patrick) (Entered: 06/15/2020) |
| 06/17/2020 | 104 | ORDER REFERRING MOTION to Magistrate Judge R. Steven Whalen: 103 MOTION to Stay re 101 Memorandum Opinion & Order filed by City of Detroit. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 06/17/2020) |
| 06/19/2020 | 105 | MOTION to Disqualify Counsel *City of Detroit Law Department* by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A Appearance of Counsel Garcia, # 3 Exhibit B Excerpt of Deposition Transcript of Arthur Leavells, # 4 Exhibit C Leavells Plea Agreement, # 5 Exhibit D Excerpt of Jury Trial Transcript: Arthur Leavells, # 6 Exhibit E Correspondence from Garcia) (Dezsi, Michael) (Entered: 06/19/2020) |
| 06/26/2020 | 106 | RESPONSE to 103 MOTION to Stay re 101 Memorandum Opinion & Order,, Terminate Motions, filed by All Plaintiffs. (Dezsi, Michael) (Entered: 06/26/2020) |
| 07/01/2020 | 107 | ORDER REFERRING MOTION to Magistrate Judge R. Steven Whalen: 105 MOTION to Disqualify Counsel *City of Detroit Law Department* filed by Plaintiffs. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 07/01/2020) |
| 07/01/2020 | 108 | NOTICE TO APPEAR BY TELEPHONE: **Status Conference set for 7/2/2020 at 9:30 AM before Magistrate Judge R. Steven Whalen** - ***PLAINTIFFS' COUNSEL, |

| | | PLEASE EMAIL THE CASE MANAGER A CALL IN NUMBER FOR THE TELEPHONE CONFERENCE*** (CCie) (Entered: 07/01/2020) |
|---|---|---|
| 07/01/2020 | 109 | RESPONSE to 105 MOTION to Disqualify Counsel *City of Detroit Law Department* filed by City of Detroit. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8) (Johnson, Lindsey) (Entered: 07/01/2020) |
| 07/02/2020 | | Minute Entry for proceedings before Magistrate Judge R. Steven Whalen: Telephonic Status Conference held on 7/2/2020 - (CCie) (Entered: 07/02/2020) |
| 07/02/2020 | 110 | ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' 103 Motion to Stay - Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 07/02/2020) |
| 07/07/2020 | 111 | REPLY to Response re 105 MOTION to Disqualify Counsel *City of Detroit Law Department* filed by All Plaintiffs. (Dezsi, Michael) (Entered: 07/07/2020) |
| 07/16/2020 | 112 | APPEAL OF MAGISTRATE JUDGE DECISION by City of Detroit re 110 Order on Motion to Stay. (Cunningham, Patrick) (Entered: 07/16/2020) |
| 07/20/2020 | 113 | RESPONSE to 112 Appeal of Magistrate Judge Decision *Denying Its Motion for Clarification or for a Sixty Day Stay of Enforcement* by All Plaintiffs. (Dezsi, Michael) (Entered: 07/20/2020) |
| 07/23/2020 | 114 | NOTICE TO APPEAR BY VIDEO CONFERENCE: **Objection to R&R Hearing set for 8/5/2020 03:30 PM before District Judge Arthur J. Tarnow**. \|Zoom Webinar Information: https://zoom.us/j/99317086263?pwd=ZzUrTUNCNHlvaEJFckdqaVQyYVBXQT09 Passcode: 235954 Or join by phone: Dial(for higher quality, dial a number based on your current location): US: +1 301 715 8592 or +1 312 626 6799 or +1 602 753 0140 or +1 213 338 8477 or +1 253 215 8782\| (MLan) (Entered: 07/23/2020) |
| 07/27/2020 | 115 | RE-NOTICE TO APPEAR BY VIDEO CONFERENCE: **Objection to R&R Hearing set for 8/5/2020 03:30 PM before District Judge Arthur J. Tarnow**. THIS NOTICE CORRECTS THE ZOOM INVITATION INFORMATION. \|Zoom Webinar Information: https://zoom.us/j/99317086263?pwd=ZzUrTUNCNHlvaEJFckdqaVQyYVBXQT09 Passcode: 235954 Or iPhone one-tap : US: +13017158592,,99317086263#,,,,,,0#,,235954# or +13126266799,,99317086263#,,,,,,0#,,235954#\| (MLan) (Entered: 07/27/2020) |
| 08/05/2020 | | Minute Entry for proceedings before District Judge Arthur J. Tarnow: OBJECTION Hearing held on 8/5/2020. Disposition: Objection Resolved on the Record. (Court Reporter: Lawrence Przybysz) (MLan) (Entered: 08/06/2020) |
| 08/11/2020 | 116 | STIPULATED PROTECTIVE ORDER. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 08/11/2020) |
| 08/11/2020 | 117 | STIPULATED ORDER Extending Deadlines: **Discovery due by 9/10/2020, Dispositive Motion Cut-off set for 10/23/2020**. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 08/11/2020) |
| 08/18/2020 | 118 | NOTICE by All Plaintiffs of withdrawal of 91 MOTION for Voluntary Dismissal Without Prejudice Against Defendants Johnson, Matschikowski, and Tucker ; *Partial Withdrawal as to Defendant Tucker Only*. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A Internal Affairs documents, # 3 Exhibit B Excerpt IA Case 00 213, # 4 Exhibit C Defendants' Answers & Objections to Plaintiffs' Third Request for Production of Documents, # 5 Exhibit D Correspondence, # 6 Exhibit E Excerpt IA Case 14 149) (Dezsi, Michael) (Entered: 08/18/2020) |

| 08/26/2020 | [119](#) | DOCUMENT IS NOT A NOTICE DOCUMENT TITLED: DEFENDANTS RESPONSE TO PLAINTIFFS NOTICE OF PARTIAL WITHDRAWAL OF MOTION FOR VOLUNTARY DISMISSAL NOTICE by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker re [118](#) Notice to Withdraw Motion,, (Surowiec, James) Modified on 8/28/2020 (LGra). (Entered: 08/26/2020) |
|---|---|---|
| 08/27/2020 | [120](#) | NOTICE by All Plaintiffs re [116](#) Protective Order *Dated August 11, 2020* (Dezsi, Michael) (Entered: 08/27/2020) |
| 10/23/2020 | [121](#) | MOTION to Dismiss *Pursuant to Fed R Civ P 12(c) with Brief in Support* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # [1](#) Index of Exhibits, # [2](#) Exhibit 1- Davis Complaint, # [3](#) Exhibit 2- Davis First Amended Complaint, # [4](#) Exhibit 3- Davis Motion to Certify, # [5](#) Exhibit 4- R&R Denying Class Cert, # [6](#) Exhibit 5-Order Denying Class Cert, # [7](#) Exhibit 6- Metris Shamoon Complaint, # [8](#) Exhibit 7- Metris Shamoon First Amended Complaint) (Surowiec, James) (Entered: 10/23/2020) |
| 10/23/2020 | [122](#) | MOTION for Summary Judgment *With Brief in Support* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Surowiec, James) (Entered: 10/23/2020) |
| 10/24/2020 | [123](#) | MOTION for Summary Judgment *CORRECTED with Brief in Support* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # [1](#) Index of Exhibits, # [2](#) Exhibit 1- Geelhood Deposition, # [3](#) Exhibit 2- Search Warrant, # [4](#) Exhibit 3- Declaration of Tucker, # [5](#) Exhibit 4- Declaration of Johnson, # [6](#) Exhibit 5- Declaration of J Davis, # [7](#) Exhibit 6- Declaration of Matschikowski, # [8](#) Exhibit 7- DPD Report, # [9](#) Exhibit 8-Prelim Lab Test, # [10](#) Exhibit 9-Firearm Reports, # [11](#) Exhibit 10- Notice of Forfeiture, # [12](#) Exhibit 11- Dixon Declaration, # [13](#) Exhibit 12-IBRSYS Property Reports, # [14](#) Exhibit 13-Mrs. Shamoon Dep, # [15](#) Exhibit 14- Mr. Shamoon Dep, # [16](#) Exhibit 15- Photos of Grow Op, # [17](#) Exhibit 16- Paul Metris Dep, # [18](#) Exhibit 17- Julia Metris Dep, # [19](#) Exhibit 18- Mr. Veres Dep) (Surowiec, James) (Entered: 10/24/2020) |
| 11/10/2020 | [124](#) | STIPULATED ORDER Extending Time for Responses as to [121](#) MOTION to Dismiss Pursuant to Fed R Civ P 12(c) and [123](#) CORRECTED MOTION for Summary Judgment: **Responses due by 11/23/2020**. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 11/10/2020) |
| 11/18/2020 | | TEXT-ONLY NOTICE: Final Pretrial Conference on 11/23/2020 is Cancelled. New date to be set following determination of pending motions. (MLan) (Entered: 11/18/2020) |
| 11/20/2020 | [125](#) | RESPONSE to [123](#) MOTION for Summary Judgment *CORRECTED with Brief in Support* filed by All Plaintiffs. (Dezsi, Michael) (Entered: 11/20/2020) |
| 11/20/2020 | [126](#) | APPENDIX re: [125](#) Response to Motion filed by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres. by All Plaintiffs *Combined Exhibits In Opposition to Defendants' Corrected Motion for Summary Judgment [Dkt#123] and Motion to Dismiss [Dkt #121]* (Attachments: # [1](#) Exhibit A Search Warrant & Affidavit, # [2](#) Exhibit B DPD Report (Shamoon), # [3](#) Exhibit C Deposition Transcript of Debra Metris-Shamoon, # [4](#) Exhibit D Order of Dismissal, # [5](#) Exhibit E Motion Hearing Transcript, # [6](#) Exhibit F Deposition Transcript of Matthew Bray, # [7](#) Exhibit G Motion Hearing Transcript, # [8](#) Exhibit H Defendants' Answers & Objections to Second Request to Admit, # [9](#) Exhibit I Defendants' Answers & Objections to Plaintiffs' 1st Interrogatories and Requests for Production, # [10](#) Exhibit I-2 Defendants' Answers & Objections to Plaintiffs' Fifth Request to Produce, # [11](#) Exhibit I-3 Defendant City's Responses & Objections to Schedule A, # [12](#) Exhibit J McGee Complaint, # [13](#) Exhibit K Defendants Response to Court Order Production, # [14](#) Exhibit K1 Audio Recording of |

Chuck Fitzgerald, # 15 Exhibit L Search Warrant & Affidavit (Matelic) McCallum, # 16 Exhibit M Final Conference Transcript; McCallum, # 17 Exhibit N WCPO Press Release, # 18 Exhibit O Order of Dismissal; People v Chancellor, # 19 Exhibit P Jury Trial Transcript Vol 14, # 20 Exhibit Q Defendants' Answers & Objections to Plaintiffs' 4th Interrogatories, # 21 Exhibit R DPD Communications, # 22 Exhibit S Detroit News Article 11-01-2014, # 23 Exhibit T Indictment of Watson & Hansberry, # 24 Exhibit U Hansberry Judgment, # 25 Exhibit V Watson Judgment, # 26 Exhibit W Jury Trial Transcript Vol 15, # 27 Exhibit X DPD Record, # 28 Exhibit Y Detroit News 12-11-2019, # 29 Exhibit Z Detroit News 12-12-2019, # 30 Exhibit AA DPD Report (Davis), # 31 Exhibit BB DPD Report (McShane), # 32 Exhibit CC DPD Report (Lockard), # 33 Exhibit DD DPD Report (Reid), # 34 Exhibit EE Deposition Transcript of Chief Craig, # 35 Exhibit FF Deposition Transcript of Stephen Geelhood 04-04-2016, # 36 Exhibit GG IA File (Rayis), # 37 Exhibit HH Chancellor Documents, # 38 Exhibit II Search Warrant & Affidavit (Geelhood); Chancellor, # 39 Exhibit JJ Order of Dismissal; People v. McCallum, # 40 Exhibit KK Search Warrant & Affidavit (Bray); Lockard, # 41 Exhibit LL Deposition Transcript of Matthew Bray 01-30-2020, # 42 Exhibit MM Defendants' Answers & Objections to Plaintiff's 4th Request to Produce; Frontczak, # 43 Exhibit NN 2012 Operating Procedures, # 44 Exhibit OO DPD Retention Policy, # 45 Exhibit PP Correspondence, # 46 Exhibit QQ Search Warrant & Affidavit (Bray) McShane, # 47 Exhibit RR Deposition Transcript of Stephen Geelhood 10-15-2019, # 48 Exhibit SS Declaration of Stephen Geelhood, # 49 Exhibit TT Declaration of Sgt. McCoy-O'Neill, # 50 Exhibit UU Deposition Transcript (2) of Stephen Geelhood 10-15-2019, # 51 Exhibit VV DPD Seizure, # 52 Exhibit WW Warrendale Blog, # 53 Exhibit XX Deposition Transcript of Chief Godbee, # 54 Exhibit YY IA Case documents, # 55 Exhibit ZZ Detroit News 01-22-2015, # 56 Exhibit AAA IA Correspondence, # 57 Exhibit BBB Notice of Discipline, # 58 Exhibit CCC Leavells Plea Agreement, # 59 Exhibit DDD Deposition Transcript of Mukhlis Shamoon, # 60 Exhibit EEE SOI Documents, # 61 Exhibit FFF Obituary, # 62 Exhibit GGG Declaration of Justin Reid, # 63 Exhibit HHH Search Warrant & Affidavit (Leavells) Reid, # 64 Exhibit III Search Warrant & Affidavit (Leavells) Davis, # 65 Exhibit JJJ Excerpt of Leavells Deposition Transcript, # 66 Exhibit KKK Photographs) (Dezsi, Michael) (Entered: 11/20/2020)

| 11/20/2020 | 127 | Ex Parte MOTION for Leave to File *Exhibits in the Traditional Manner* by All Plaintiffs. (Dezsi, Michael) (Entered: 11/20/2020) |
| 11/20/2020 | 128 | RESPONSE to 121 MOTION to Dismiss *Pursuant to Fed R Civ P 12(c) with Brief in Support* filed by All Plaintiffs. (Dezsi, Michael) (Entered: 11/20/2020) |
| 11/30/2020 | 129 | STIPULATION AND ORDER granting Plaintiffs' leave to file excess pages in plaintiffs' brief in opposition to Defendants' Motion for Summary Judgment 123 . Signed by District Judge Arthur J. Tarnow. (McColley, N) (Entered: 11/30/2020) |
| 12/04/2020 | 130 | REPLY to Response re 121 MOTION to Dismiss *Pursuant to Fed R Civ P 12(c) with Brief in Support* filed by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 8- McCallum Opinion (Excerpt), # 3 Exhibit 9-WCP-CIU Memo_Redacted, # 4 Exhibit 10- Deposition of APA Newman (Excerpt), # 5 Exhibit 11- Cover Page CIU-Memo Under Seal) (Surowiec, James) (Entered: 12/04/2020) |
| 12/07/2020 | 131 | MOTION for Leave to File *Sealed Exhibit (Ex. 11) re: 130 Reply Brief* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Surowiec, James) (Entered: 12/07/2020) |
| 12/07/2020 | 132 | REPLY to Response re 123 MOTION for Summary Judgment *CORRECTED with Brief in Support* filed by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit |

| | | |
|---|---|---|
| | | 19- Geelhood Dep Part II, # 3 Exhibit 20- Police Reports, # 4 Exhibit 21- CI Death Certificate, # 5 Exhibit 22- Detective Rutledge Declaration, # 6 Exhibit 23- CI Obituary, # 7 Exhibit 24- Geelhood Declaration, # 8 Exhibit 25- Verdict Form USA v. Hansberry, # 9 Exhibit 26- Deposition of Chief Godbee, # 10 Exhibit 27- Deposition of Chief Craig) (Surowiec, James) (Entered: 12/07/2020) |
| 12/08/2020 | | TEXT-ONLY ORDER granting 127 Ex Parte MOTION for Leave to File *Exhibits in the Traditional Manner* filed by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 12/08/2020) |
| 12/10/2020 | 136 | EXHIBIT K1 in support of 126 Appendix filed by plaintiffs (filed in the traditional manner) (DPer) (Entered: 12/28/2020) |
| 12/11/2020 | 133 | RESPONSE to 131 MOTION for Leave to File *Sealed Exhibit (Ex. 11) re: 130 Reply Brief* filed by All Plaintiffs. (Dezsi, Michael) (Entered: 12/11/2020) |
| 12/21/2020 | 134 | STIPULATED ORDER Extending Time and Granting Excess Pages. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 12/21/2020) |
| 12/22/2020 | 135 | MOTION for Leave to File *Corrected (Signed) Declarations in Support of Defendants Motions for Summary Judgment* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits A- with corrected exhibits 3, 4, 5, 6, and 11 attached) (Surowiec, James) (Entered: 12/22/2020) |
| 12/29/2020 | 137 | RESPONSE to 135 MOTION for Leave to File *Corrected (Signed) Declarations in Support of Defendants Motions for Summary Judgment* filed by All Plaintiffs. (Dezsi, Michael) (Entered: 12/29/2020) |
| 01/04/2021 | 138 | REPLY to Response re 135 MOTION for Leave to File *Corrected (Signed) Declarations in Support of Defendants Motions for Summary Judgment* filed by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Exhibit A- Email of Defendants stipulating to Plaintiffs' requested relief) (Surowiec, James) (Entered: 01/04/2021) |
| 01/22/2021 | 139 | NOTICE TO APPEAR BY VIDEO CONFERENCE: **Status Conference set for 2/18/2021 11:00 AM before District Judge Arthur J. Tarnow**. This conference is set to discuss recently filed motions (#131 and 135). Counsel will receive Zoom invitation by email. (MLan) (Entered: 01/22/2021) |
| 02/18/2021 | | Minute Entry for proceedings before District Judge Arthur J. Tarnow: Status Conference held on 2/18/2021. (MLan) (Entered: 02/18/2021) |
| 02/23/2021 | 140 | ORDER granting 131 Motion for Leave to File Sealed Exhibit; granting 135 Motion for Leave to File Corrected (Signed) Declarations. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 02/23/2021) |
| 03/01/2021 | 141 | EXHIBIT *REPLACEMENT DECLARATIONS (SIGNED)* re 123 MOTION for Summary Judgment *CORRECTED with Brief in Support* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 3- Signed Declaration of Sgt. Tucker, # 3 Exhibit 4- Signed Declaration of PO B. Johnson, # 4 Exhibit 5- Signed Declaration of Juan Davis, # 5 Exhibit 6- Signed Declaration of Sgt. Matschikowski, # 6 Exhibit 11- Signed Declaration of Sgt. Dixon) (Surowiec, James) (Entered: 03/01/2021) |
| 03/02/2021 | 142 | SEALED EXHIBIT *11* re 130 Reply to Response to Motion, by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Surowiec, James) (Entered: 03/02/2021) |

| 03/11/2021 | [143](#) | NOTICE OF HEARING BY VIDEO CONFERENCE on [121](#) MOTION to Dismiss Pursuant to Fed R Civ P 12(c), [123](#) MOTION for Summary Judgment CORRECTED with Brief in Support. **Motion Hearing set for 4/28/2021 02:30 PM before District Judge Arthur J. Tarnow**. \|Zoom Webinar Information: https://www.zoomgov.com/j/1618355148? pwd=MnRqMm1lZCtDd0hVNU9WWTZzVVJqdz09 Passcode: 436861 Or iPhone one-tap : US: +16692545252,,1618355148# or +16468287666,,1618355148#\|. (MLan) (Entered: 03/11/2021) |
|---|---|---|
| 03/16/2021 | [144](#) | OPINION AND ORDER DENYING PLAINTIFFS' [105](#) MOTION to Disqualify Counsel *City of Detroit Law Department*, Motions terminated: [105](#) MOTION to Disqualify Counsel *City of Detroit Law Department* filed by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres - Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 03/16/2021) |
| 04/28/2021 | | Minute Entry for proceedings before District Judge Arthur J. Tarnow: Motion Hearing held on 4/28/2021 re [123](#) MOTION for Summary Judgment *CORRECTED* filed by City of Detroit, Juan Davis, Candace Matschikowski, Brian A Johnson, Joe Tucker, Stephen Geelhood, [121](#) MOTION to Dismiss *Pursuant to Fed R Civ P 12(c)* filed by City of Detroit, Juan Davis, Candace Matschikowski, Brian A Johnson, Joe Tucker, Stephen Geelhood Disposition: Motions taken under advisement. (Court Reporter: Lawrence Przybysz) (MLan) (Entered: 04/29/2021) |
| 06/25/2021 | [145](#) | ORDER granting in part and denying in part [121](#) Motion to Dismiss; denying [123](#) Motion for Summary Judgment. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 06/25/2021) |
| 07/08/2021 | [146](#) | AMENDED COMPLAINT with Jury Demand filed by All Plaintiffs against City of Detroit, Stephen Geelhood. NO NEW PARTIES ADDED. (Dezsi, Michael) (Entered: 07/08/2021) |
| 07/08/2021 | [147](#) | NOTICE of Change of Address/Contact Information by Michael R. Dezsi on behalf of All Plaintiffs. (Dezsi, Michael) (Entered: 07/08/2021) |
| 07/20/2021 | [148](#) | NOTICE TO APPEAR BY VIDEO CONFERENCE: **Status Conference set for 8/2/2021 03:30 PM before District Judge Arthur J. Tarnow**. Counsel will receive Zoom invitation by email. (MLan) (Entered: 07/20/2021) |
| 07/22/2021 | [149](#) | ANSWER to Amended Complaint with Affirmative Defenses by City of Detroit. (Surowiec, James) (Entered: 07/22/2021) |
| 08/02/2021 | | Minute Entry for proceedings before District Judge Arthur J. Tarnow: Status Conference held on 8/2/2021 **Joint Final Pretrial Order to be submitted by 1/18/2022, Final Pretrial Conference set for 1/25/2022 03:00 PM before District Judge Arthur J. Tarnow, Jury Trial set for 1/31/2022 09:30 AM before District Judge Arthur J. Tarnow**. (MLan) (Entered: 08/02/2021) |
| 09/27/2021 | [150](#) | TRANSCRIPT of Motion Hearing held on April 28, 2021. (Court Reporter/Transcriber: Lawrence R. Przybysz) (Number of Pages: 40) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 10/18/2021. Redacted Transcript Deadline set for 10/28/2021. Release of Transcript Restriction set for 12/27/2021. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Przybysz, L) (Entered: 09/27/2021) |

| 12/07/2021 | 151 | STIPULATED ORDER of Substitution of Counsel - Attorney Crystal B Olmstead for City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski and Joe Tucker added. Attorney James M. Surowiec; James P. Allen and Lindsey R. Johnson terminated. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 12/07/2021) |
| 12/07/2021 | | Text-Only Order of reassignment from Magistrate Judge R. Steven Whalen to Magistrate Judge Elizabeth A. Stafford pursuant to Administrative Order 21-AO-013. (SSch) (Entered: 12/07/2021) |
| 12/10/2021 | 152 | STIPULATED ORDER of Adjournment of Trial: **Joint Final Pretrial Order to be submitted by 5/9/2022, Final Pretrial Conference set for 5/16/2022 03:00 PM before District Judge Arthur J. Tarnow, Jury Trial set for 5/23/2022 09:30 AM before District Judge Arthur J. Tarnow**. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 12/10/2021) |
| 02/16/2022 | | Text-Only Order of reassignment from District Judge Arthur J. Tarnow to District Judge Victoria A. Roberts pursuant to Administrative Order 22-AO-007. (SSch) (Entered: 02/16/2022) |
| 02/17/2022 | 153 | ORDER of RECUSAL and REASSIGNING CASE from District Judge Victoria A. Roberts in Detroit to District Judge Robert H. Cleland in Port Huron. (SSch) (Entered: 02/17/2022) |
| 03/03/2022 | 154 | ORDER Referring ALL Pretrial Matters to Magistrate Judge Elizabeth A. Stafford. Signed by District Judge Robert H. Cleland. (LWag) (Entered: 03/03/2022) |
| 03/16/2022 | 155 | NOTICE TO APPEAR BY VIDEO CONFERENCE: **Status Conference set for 4/7/2022 at 10:30 AM before Magistrate Judge Elizabeth A. Stafford**. ***Parties are to file a joint factual and procedural summary of the case by 3/30/22. Parties to receive Zoom invitation in a separate email prior to conference.*** (MarW) (Entered: 03/16/2022) |
| 03/30/2022 | 156 | STATEMENT of Joint Factual and Procedural Summary by Debra Metris-Shamoon (Dezsi, Michael) (Entered: 03/30/2022) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/04/2022 09:22:42 | | |
| **PACER Login:** | mcps3037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:18-cv-13683-RHC-EAS |
| **Billable Pages:** | 19 | **Cost:** | 1.90 |

reassigned

# U.S. District Court
## Eastern District of Michigan (Port Huron)
## CIVIL DOCKET FOR CASE #: 3:18-cv-13683-RHC-EAS

| | |
|---|---|
| Metris-Shamoon et al v. City of Detroit et al | Date Filed: 11/26/2018 |
| Assigned to: District Judge Robert H. Cleland | Jury Demand: Both |
| Referred to: Magistrate Judge Elizabeth A. Stafford | Nature of Suit: 440 Civil Rights: Other |
| Cause: 28:1983 Civil Rights | Jurisdiction: Federal Question |

### Plaintiff

**Debra Metris-Shamoon**                      represented by   **Dennis A Dettmer**
Dettmer & Dezsi, PLLC
1523 N. Main St.
Royal Oak, MI 48067
313-757-8112
Fax: 313-887-0420
Email: ddettmeresq@yahoo.com
*ATTORNEY TO BE NOTICED*

**Michael R. Dezsi**
Law Office of Michael R. Dezsi, PLLC
1523 N. Main St.
Royal Oak, MI 48067
313-757-8112
Fax: 313-887-0420
Email: mdezsi@dezsilaw.com
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Mukhlis Shamoon**                           represented by   **Dennis A Dettmer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael R. Dezsi**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Carl Veres**                                represented by   **Dennis A Dettmer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael R. Dezsi**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Paul Metris**                 represented by  **Dennis A Dettmer**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Michael R. Dezsi**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julia Metris**                represented by  **Dennis A Dettmer**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Michael R. Dezsi**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City of Detroit**             represented by  **Crystal B Olmstead**
                                                City of Detroit Law Department
                                                2 Woodward Ave Ste. 500
                                                Detroit, MI 48224
                                                313-237-5035
                                                Fax: 313-224-5505
                                                Email: olmsteadc@detroitmi.gov
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **James P. Allen**
                                                Allen Brothers
                                                400 Monroe Street
                                                Suite 220
                                                Detroit, MI 48226
                                                313-962-7777
                                                Email: jamesallen@allenbrotherspllc.com
                                                *TERMINATED: 12/07/2021*
                                                *ATTORNEY TO BE NOTICED*

                                                **James M. Surowiec**
                                                Allen Brothers, Attorneys and Counselors,
                                                PLLC
                                                400 Monroe
                                                Suite 620
                                                Detroit, MI 48226
                                                313-962-7777
                                                Email: jsurowiec@allenbrotherspllc.com
                                                *TERMINATED: 12/07/2021*
                                                *ATTORNEY TO BE NOTICED*

                                                **Lindsey R. Johnson**
                                                Schenk & Bruetsch, PLC

211 W. Fort Street, Suite 1410
Detroit, MI 48226
313-774-1000
Email: Lindsey.Johnson@SBDetroit.com
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**Patrick M. Cunningham**
City of Detroit Law Department
2 Woodward Avenue
Suite 500
Detroit, MI 48226
313-237-5032
Fax: 313-224-5505
Email: cunninghamp@detroitmi.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe**                          represented by   **John Doe**
*TERMINATED: 03/21/2019*                               PRO SE

                                                       **Lindsey R. Johnson**
                                                       (See above for address)
                                                       *TERMINATED: 12/07/2021*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Jane Doe**                          represented by   **Jane Doe**
*TERMINATED: 03/21/2019*                               PRO SE

                                                       **Lindsey R. Johnson**
                                                       (See above for address)
                                                       *TERMINATED: 12/07/2021*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Sgt Joe Tucker**                    represented by   **Crystal B Olmstead**
*TERMINATED: 06/25/2021*                               (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **James P. Allen**
                                                       (See above for address)
                                                       *TERMINATED: 12/07/2021*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **James M. Surowiec**
                                                       (See above for address)
                                                       *TERMINATED: 12/07/2021*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Lindsey R. Johnson**
                                                       (See above for address)

*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sgt Candace Matschikowski**
*TERMINATED: 06/25/2021*

represented by **Crystal B Olmstead**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Allen**
(See above for address)
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**James M. Surowiec**
(See above for address)
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**Lindsey R. Johnson**
(See above for address)
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sgt Stephen Geelhood**

represented by **Crystal B Olmstead**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Allen**
(See above for address)
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**James M. Surowiec**
(See above for address)
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**Lindsey R. Johnson**
(See above for address)
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Juan Davis**
*TERMINATED: 06/25/2021*

represented by **Crystal B Olmstead**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Allen**
(See above for address)

*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**James M. Surowiec**
(See above for address)
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**Lindsey R. Johnson**
(See above for address)
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brian A Johnson**                    represented by  **Crystal B Olmstead**
*TERMINATED: 06/25/2021*                               (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **James P. Allen**
                                                       (See above for address)
                                                       *TERMINATED: 12/07/2021*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **James M. Surowiec**
                                                       (See above for address)
                                                       *TERMINATED: 12/07/2021*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Lindsey R. Johnson**
                                                       (See above for address)
                                                       *TERMINATED: 12/07/2021*
                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/26/2018 | 1 | COMPLAINT filed by All Plaintiffs against All Defendants with Jury Demand. Plaintiff requests summons issued. Receipt No: 0645-7002575 - Fee: $ 400. County of 1st Plaintiff: Macomb - County Where Action Arose: Macomb - County of 1st Defendant: Wayne. [Previously dismissed case: No] [Possible companion case(s): USDC EDMICH, 15-cv-10547, Judge Borman] (Dezsi, Michael) (Entered: 11/26/2018) |
| 11/27/2018 | 2 | SUMMONS Issued for *City of Detroit* (SKra) (Entered: 11/27/2018) |
| 11/27/2018 |   | A United States Magistrate Judge of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form is available for download at http://www.mied.uscourts.gov (SKra) (Entered: 11/27/2018) |
| 11/29/2018 | 3 | NOTICE of Appearance by Dennis A Dettmer on behalf of All Plaintiffs. (Dettmer, Dennis) (Entered: 11/29/2018) |
| 12/12/2018 | 4 | CERTIFICATE of Service/Summons Returned Executed. City of Detroit served on 12/12/2018, answer due 1/2/2019. (Dezsi, Michael) (Entered: 12/12/2018) |

| 12/13/2018 | 5 | NOTICE of Appearance by James P. Allen on behalf of City of Detroit. (Allen, James) (Entered: 12/13/2018) |
|---|---|---|
| 12/13/2018 | 6 | NOTICE of Appearance by Lindsey R. Johnson on behalf of City of Detroit. (Johnson, Lindsey) (Entered: 12/13/2018) |
| 12/17/2018 | 7 | STIPULATED ORDER Extending Time for Response to 1 Complaint. **Response due by 1/31/2019**. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 12/17/2018) |
| 01/31/2019 | 8 | ANSWER to Complaint with Affirmative Defenses with Jury Demand *Defendant City of Detroit's Answer to Complaint, Affirmative Defenses and Other Defenses and Reliance Upon Jury Demand and Certificate of Service* by City of Detroit. (Allen, James) (Entered: 01/31/2019) |
| 02/15/2019 | 9 | NOTICE TO APPEAR: **Scheduling/Settlement Conference set for 3/7/2019 11:30 AM before District Judge Arthur J. Tarnow**. (MLan) (Entered: 02/15/2019) |
| 02/21/2019 | | TEXT-ONLY NOTICE: **Scheduling/Settlement Conference ADJOURNED TO 3/14/2019 11:00 AM before District Judge Arthur J. Tarnow**. (MLan) (Entered: 02/21/2019) |
| 03/13/2019 | 10 | ATTORNEY APPEARANCE: James M. Surowiec appearing on behalf of City of Detroit (Surowiec, James) (Entered: 03/13/2019) |
| 03/14/2019 | | Minute Entry for proceedings before District Judge Arthur J. Tarnow: Scheduling Conference held on 3/14/2019. (MLan) (Entered: 03/14/2019) |
| 03/14/2019 | 11 | SCHEDULING ORDER: **Witnesses to be exchanged by 5/1/2019, Discovery Motions to be filed by 8/23/2019, Discovery due by 9/20/2019, Dispositive Motion Cut-off set for 10/28/2019, Joint Final Pretrial Order due 2/3/2020, Final Pretrial Conference set for 2/10/2020 02:30 PM before District Judge Arthur J. Tarnow**. Signed by District Judge Arthur J. Tarnow. (Refer to image for additional dates) (MLan) (Entered: 03/14/2019) |
| 03/21/2019 | 12 | STIPULATED ORDER Allowing Plaintiffs to File First Amended Complaint. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 03/21/2019) |
| 03/21/2019 | 13 | AMENDED COMPLAINT with Jury Demand filed by All Plaintiffs against All Defendants. NEW PARTIES ADDED. (Dezsi, Michael) (Entered: 03/21/2019) |
| 03/21/2019 | | REQUEST for SUMMONS for Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Dezsi, Michael) (Entered: 03/21/2019) |
| 03/22/2019 | 14 | SUMMONS Issued for *Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker* (DPer) (Entered: 03/22/2019) |
| 04/03/2019 | 15 | STIPULATED ORDER Extending Time for Response to 13 Amended Complaint. **Response due by 4/29/2019**. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 04/03/2019) |
| 04/10/2019 | 16 | CERTIFICATE of Service/Summons Returned Executed. Stephen Geelhood served on 4/5/2019, answer due 4/26/2019. (Dezsi, Michael) (Entered: 04/10/2019) |
| 04/18/2019 | 17 | CERTIFICATE of Service/Summons Returned Executed. Brian A Johnson served on 4/17/2019, answer due 5/8/2019. (Dezsi, Michael) (Entered: 04/18/2019) |
| 04/18/2019 | 18 | CERTIFICATE of Service/Summons Returned Executed. Juan Davis served on 4/17/2019, answer due 5/8/2019. (Dezsi, Michael) (Entered: 04/18/2019) |
| 04/18/2019 | 19 | CERTIFICATE of Service/Summons Returned Executed. Joe Tucker served on 4/18/2019, answer due 5/9/2019. (Dezsi, Michael) (Entered: 04/18/2019) |

| | | |
|---|---|---|
| 04/29/2019 | 20 | ATTORNEY APPEARANCE: James P. Allen appearing on behalf of Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker (Allen, James) (Entered: 04/29/2019) |
| 04/29/2019 | 21 | ATTORNEY APPEARANCE: James M. Surowiec appearing on behalf of Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker (Surowiec, James) (Entered: 04/29/2019) |
| 04/29/2019 | 22 | ATTORNEY APPEARANCE: Lindsey R. Johnson appearing on behalf of Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker (Johnson, Lindsey) (Entered: 04/29/2019) |
| 04/29/2019 | 23 | ANSWER to Amended Complaint with Affirmative Defenses *and Reliance Upon Jury Demand* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Johnson, Lindsey) (Entered: 04/29/2019) |
| 05/01/2019 | 24 | *Plaintiffs'* WITNESS LIST by All Plaintiffs (Dezsi, Michael) (Entered: 05/01/2019) |
| 05/01/2019 | 25 | *Defendants' Preliminary Lay and Expert* WITNESS LIST by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker (Johnson, Lindsey) (Entered: 05/01/2019) |
| 05/13/2019 | 26 | AMENDED ANSWER to Complaint 13 Amended Complaint with Affirmative Defenses *and Reliance Upon Jury Demand* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Johnson, Lindsey) (Entered: 05/13/2019) |
| 08/08/2019 | 27 | STIPULATED ORDER Allowing Defendants Leave to File Amended Affirmative Defenses. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 08/08/2019) |
| 08/09/2019 | 28 | AFFIRMATIVE DEFENSES by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker (Johnson, Lindsey) (Entered: 08/09/2019) |
| 08/13/2019 | 29 | ORDER REFERRING OTHER MATTERS to Magistrate Judge R. Steven Whalen: Discovery Conference. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 08/13/2019) |
| 08/20/2019 | 30 | NOTICE TO APPEAR: **Discovery Conference set for 9/10/2019 at 10:00 AM before Magistrate Judge R. Steven Whalen**. (THac) (Entered: 08/20/2019) |
| 08/22/2019 | 31 | MOTION Extend Scheduling Order by 120 days by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A) (Johnson, Lindsey) (Entered: 08/22/2019) |
| 08/22/2019 | 32 | ORDER REFERRING MOTION to Magistrate Judge R. Steven Whalen: 31 MOTION Extend Scheduling Order by 120 days filed by City of Detroit, Juan Davis, Candace Matschikowski, Brian A Johnson, Joe Tucker, Stephen Geelhood. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 08/22/2019) |
| 08/26/2019 | 33 | NOTICE OF HEARING on 31 Defendants' MOTION to Amend Scheduling Order Dates by 120 Days . **Motion Hearing set for 9/10/2019 at 10:00 AM before Magistrate Judge R. Steven Whalen**. (THac) (Entered: 08/26/2019) |
| 09/04/2019 | 34 | RESPONSE to 31 MOTION Extend Scheduling Order by 120 days filed by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A Indictment, # 3 Exhibit B Jury Trial Transcript, # 4 Exhibit C Internal Affairs File, # 5 Exhibit D Affidavit and Search Warrant, # 6 Exhibit E Discovery Requests, # 7 Exhibit F Notices of Deposition) (Dezsi, Michael) (Entered: 09/04/2019) |

| 09/06/2019 | 35 | REPLY to Response re 31 MOTION Extend Scheduling Order by 120 days filed by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7) (Johnson, Lindsey) (Entered: 09/06/2019) |
|---|---|---|
| 09/10/2019 | | Minute Entry for proceedings before Magistrate Judge R. Steven Whalen: Discovery Conference held on 9/10/2019 - (CCie) Modified on 9/10/2019 (CCie). (Entered: 09/10/2019) |
| 09/10/2019 | | Minute Entry for proceedings before Magistrate Judge R. Steven Whalen: Motion Hearing held on 9/10/2019 re 31 MOTION Extend Scheduling Order by 120 days filed by City of Detroit, Juan Davis, Candace Matschikowski, Brian A Johnson, Joe Tucker, Stephen Geelhood - Disposition: Motion granted. (Court Reporter: Digitally Recorded) (CCie) (Entered: 09/10/2019) |
| 09/10/2019 | 36 | ORDER GRANTING DEFENDANTS' 31 Motion to Amend Scheduling Order- Signed by Magistrate Judge R. Steven Whalen. ***PLEASE SEE DOCUMENT FOR IMPORTANT DATES*** (CCie) (Entered: 09/10/2019) |
| 09/14/2019 | 37 | MOTION for Reconsideration re 36 Order on Motion - Free by All Defendants. (Attachments: # 1 Exhibit May v. City of Detroit) (Surowiec, James) (Entered: 09/14/2019) |
| 09/17/2019 | 38 | ORDER STAYING 36 Order on Motion, Set Deadlines as to 37 MOTION for Reconsideration re 36 Order on Motion: (Plaintiff's Response due by 9/24/2019) - Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 09/17/2019) |
| 09/18/2019 | 39 | RESPONSE to 37 MOTION for Reconsideration re 36 Order on Motion - Free filed by All Plaintiffs. (Dezsi, Michael) (Entered: 09/18/2019) |
| 09/23/2019 | 40 | ORDER DENYING DEFENDANTS 37 Motion for Reconsideration - Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 09/23/2019) |
| 10/31/2019 | 41 | NOTICE TO APPEAR BY TELEPHONE: **Status Conference set for 11/13/2019 02:00 PM before District Judge Arthur J. Tarnow**. (MLan) (Entered: 10/31/2019) |
| 11/08/2019 | 42 | MOTION for Relief from the Magistrate Judge's Discovery Order [Dkt #36] re 36 Order on Motion - Free by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A Declaration, # 3 Exhibit B Redacted Declaration, # 4 Exhibit C Deposition Transcript, # 5 Exhibit D Affidavit & Warrant, # 6 Exhibit E Sealed) (Dezsi, Michael) (Entered: 11/08/2019) |
| 11/08/2019 | 43 | SEALED EXHIBIT *E Deposition Transcript* re 42 MOTION for Relief from the Magistrate Judge's Discovery Order [Dkt #36] re 36 Order on Motion - Free by All Plaintiffs. (Dezsi, Michael) (Entered: 11/08/2019) |
| 11/12/2019 | 44 | MOTION to Compel *Deposition Testimony* by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit Article, # 3 Exhibit Notices of Depositions, # 4 Exhibit email, # 5 Exhibit Jackson trial testimony, # 6 Exhibit Leavells Plea Agreement, # 7 Exhibit Leavells trial testimony, # 8 Exhibit Indictment, # 9 Exhibit Memo Re Reorganization, # 10 Exhibit Objections to Discovery, # 11 Exhibit Sims Depo Trans excerpts) (Dezsi, Michael) (Entered: 11/12/2019) |
| 11/13/2019 | | TEXT-ONLY NOTICE: Telephone Status Conference on 11/13/2019 is Cancelled. Issues resolved. (MLan) (Entered: 11/13/2019) |
| 11/13/2019 | 45 | ORDER REFERRING MOTIONS to Magistrate Judge R. Steven Whalen: 42 MOTION for Relief from the Magistrate Judge's Discovery Order re 36 Order filed by Julia Metris, |

| | | |
|---|---|---|
| | | Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres, [44](#) MOTION to Compel *Deposition Testimony* filed by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 11/13/2019) |
| 11/19/2019 | [46](#) | NOTICE OF HEARING on [42](#) MOTION for Relief from the Magistrate Judge's Discovery Order [Dkt 36] and [44](#) MOTION to Compel *Deposition Testimony*. **Resolved/Unresolved Issues due by 12/17/2019. Motion Hearings set for 12/19/2019 at 10:00 AM before Magistrate Judge R. Steven Whalen**. (THac) (Entered: 11/19/2019) |
| 11/22/2019 | [47](#) | RESPONSE to [42](#) MOTION for Relief from the Magistrate Judge's Discovery Order [Dkt #36] re [36](#) Order on Motion - Free *with Brief in Support* filed by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # [1](#) Index of Exhibits, # [2](#) Exhibit 1- Plaintiffs' Concurrence Email, # [3](#) Exhibit 2- Plaintiffs' Emails agreeing to Protective Order, # [4](#) Exhibit 3- Plaintiffs' Statement of Unresolved Discovery Issues, # [5](#) Exhibit 4- Plaintiffs' Email Denying Concurrence, # [6](#) Exhibit 5- Email from Case Manager, # [7](#) Exhibit 6- Attorney's Eyes Only Discovery Production, # [8](#) Exhibit 7-Attorney's Eyes Only Geelhood Dep Transcript, # [9](#) Exhibit 8- Geelhood Transcript Pages Start-Finish Times) (Surowiec, James) (Entered: 11/22/2019) |
| 11/22/2019 | [48](#) | SEALED EXHIBIT re [47](#) Response to Motion,,, by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # [1](#) Exhibit 6-Attorney's Eyes Only Court Ordered Discovery Production, # [2](#) Exhibit 7- Attorney's Eyes Only Geelhood Deposition Transcript) (Surowiec, James) (Entered: 11/22/2019) |
| 11/25/2019 | [49](#) | REPLY to Response re [42](#) MOTION for Relief from the Magistrate Judge's Discovery Order [Dkt #36] re [36](#) Order on Motion - Free filed by All Plaintiffs. (Dezsi, Michael) (Entered: 11/25/2019) |
| 11/27/2019 | [50](#) | RESPONSE to [44](#) MOTION to Compel *Deposition Testimony with Brief in Support* filed by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # [1](#) Index of Exhibits, # [2](#) Exhibit 1-Search Warrant, # [3](#) Exhibit 2-Articles) (Surowiec, James) (Entered: 11/27/2019) |
| 12/03/2019 | [51](#) | REPLY to Response re [44](#) MOTION to Compel *Deposition Testimony* filed by All Plaintiffs. (Dezsi, Michael) (Entered: 12/03/2019) |
| 12/09/2019 | [52](#) | MOTION for Protective Order *with Brief in Support* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Surowiec, James) (Entered: 12/09/2019) |
| 12/10/2019 | [53](#) | INDEX of Exhibits re [52](#) MOTION for Protective Order *with Brief in Support* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker (Attachments: # [1](#) Exhibit 1- Proposed Protective Order, # [2](#) Exhibit 2- Search Warrant, # [3](#) Exhibit 3- Deposition Excerpts Metris-Shamoon, # [4](#) Exhibit 4- Chief Craig Declaration, # [5](#) Exhibit 5-Chief Godbee Declaration) (Surowiec, James) (Entered: 12/10/2019) |
| 12/10/2019 | [54](#) | INDEX of Exhibits re [52](#) MOTION for Protective Order *with Brief in Support* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker *(CORRECTED VERSION)* (Attachments: # [1](#) Exhibit 1- Proposed Protective Order, # [2](#) Exhibit 2- Search Warrant, # [3](#) Exhibit 3- Deposition Excerpts Metris-Shamoon, # [4](#) Exhibit 4- Chief Craig Declaration, # [5](#) Exhibit 5-Chief Godbee Declaration) (Surowiec, James) (Entered: 12/10/2019) |