# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>        Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## CORRECTED CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 6, 2022, he filed *City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres, Paul Metris and Julia Metris* [Doc. No. 13532] ("Motion"), using the Court's ECF system which will provide notice of the filing to all registered participants in this case.

The undersigned further certifies that on April 6, 2022, he served a copy of the Motion upon counsel for Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres, Paul Metris and Julia Metris, via email as follows:

Dennis A Dettmer
Email: ddettmeresq@yahoo.com

Michael R. Dezsi
Email: mdezsi@dezsilaw.com

The undersigned further certifies that on April 7, 2022, he served a copy of the Motion upon counsel for Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres, Paul Metris and Julia Metris, via first class mail as follows:

Dennis A Dettmer
Dettmer & Dezsi, PLLC
1523 N. Main St.
Royal Oak, MI 48067

Michael R. Dezsi
Law Office of Michael R. Dezsi, PLLC
1523 N. Main St.
Royal Oak, MI 48067

DATED: April 7, 2022

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com