# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  Chapter 9

City of Detroit, Michigan,  Case No. 13-53846

    Debtor.  Hon. Thomas J. Tucker

_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

    I, Lydia Do, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

    On March 21, 2022, at my direction and under my supervision, employees of KCC caused to be served the following documents via First Class Mail on the service list attached hereto as **Exhibit A**:

- **Notice of Calculation and Elimination of Current Disputed Unsecured Claims Reserve** [Docket No. 13520]

- **City of Detroit's Motion for an Order (A) Approving First and Final Distribution of New B Notes to Holders of Allowed Class 14 Claims Under the City's Plan of Adjustment and (B) Granting Other Related Relief** [Docket No. 13521]

Dated: March 30, 2022

                                                           /s/ Lydia Do
                                                           Lydia Do
                                                           KCC
                                                           222 N. Pacific Coast Highway, Suite 300
                                                           El Segundo, CA 90245

# Exhibit A

**Exhibit A**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Darryl Cain | #351791 | Carson City Correctional Facility | 10274 Boyer Rd | Carson City | MI | 48811 |