# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

    Debtor.
_____/

Chapter 9

Case No. 13-53846

Hon. Thomas J. Tucker

## SUPPLEMENTAL CERTIFICATE OF SERVICE

    I, Senayt Berhe, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

    On April 5, 2022, at my direction and under my supervision, employees of KCC caused the following documents to be served per postal forwarding address via First Class mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Calculation and Elimination of Current Disputed Unsecured Claims Reserve** [Docket No. 13520]

- **City of Detroit's Motion for an Order (A) Approving First and Final Distribution of New B Notes to Holders of Allowed Class 14 Claims Under the City's Plan of Adjustment and (B) Granting Other Related Relief** [Docket No. 13521]

Dated: April 8, 2022

                                              /s/ Senayt Berhe
                                              Senayt Berhe
                                              KCC
                                              222 N. Pacific Coast Highway, Suite 300
                                              El Segundo, CA 90245

# Exhibit A

# Exhibit A
## Affected Claimants
### Served via First Class Mail

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| State of Michigan, Dept. of Environmental Quality | Winnifred P. Boylan, Lambert Leser | 755 W Big Beaver Rd Ste 410 | Troy | MI | 48084-4903 |