UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                 Case No. 13-53846

CITY OF DETROIT, MICHIGAN,            Chapter 9

              Debtor.                          Judge Thomas J. Tucker
_____/

# ORDER REGARDING FURTHER PROCEEDINGS, INCLUDING A CONTINUED HEARING, ON THE CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE BAR DATE ORDER AND CONFIRMATION ORDER AGAINST RICHARD WERSHE, JR.

This case is before the Court on the motion by the City of Detroit (the "City"), entitled "City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Richard Wershe Jr." (Docket # 13491, the "Motion"). The Court held a telephonic hearing on the Motion on April 13, 2022. Confirming action taken during the hearing, and for the reasons stated by the Court during the hearing,

IT IS ORDERED that:

1. The Court will hold a continued hearing on the Motion, by telephone, on **April 20, 2022 at 1:30 p.m.** At that time, the Court will hear oral argument regarding the Motion.

2. For the April 20, 2022 telephonic hearing, the parties and attorneys should use the same telephone number and access code that was used for the April 13, 2022 hearing.

3. No later than Friday, April 15, 2022, the respondent Richard Wershe, Jr. must file a DVD containing a copy of the 2017 "White Boy" documentary.[1] Such DVD may be filed in the traditional manner, by filing a hard copy of the DVD with the Clerk's office in Detroit, rather than by filing electronically.[2]

**Signed on April 13, 2022**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**

---

[1] This is the same documentary DVD that Richard Wershe, Jr. filed on November 22, 2021 in the pending United States District Court case, Case No. 2:21-cv-11686-LJM-EAS (at Docket #19).

[2] Richard Wershe, Jr. is not required to serve a copy of this DVD documentary on the City, because counsel for the City stated during the April 13, 2022 hearing that he already has a copy.