UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re                                            Chapter 9

CITY OF DETROIT, MICHIGAN,                       No. 13-53846

      Debtor.                            Hon. Thomas J. Tucker

_____/

**RESPONSE TO COURT'S MARCH 30, 2021 FURTHER ORDER REGARDING CONTEMPT MOTION FILED BY FORMER GOVERNOR SNYDER**

On March 30, 2022, this Honorable Court ordered counsel for former Michigan Governor Richard Snyder ("Governor Snyder") to provide the Court with "any order requiring the use of a taint team by the Michigan Department of Attorney General to review documents, including the order or orders that were the subject of the application for leave that was denied by the Michigan Court of Appeals on March 24, 2022, in the case of *People of Michigan v. Nicholas Lyon*, No. 360124." ("March 30 Further Order") The requested "taint team" orders issued by the Honorable Elizabeth A. Kelly, 7th Circuit Judge ("Judge Kelly"), and the Michigan Court of Appeals' denial of the Michigan Attorney General's ("AG's") application for leave are attached as Exhibits 1 through 5 and include:

- Judge Kelly's November 19, 2021 Order (the "Original Taint Team Order") referenced by this Court in footnote 2 of its March 30 Further Order (Ex. 1);

- Judge Kelly's January 7, 2022 Order denying the AG's Motion for Reconsideration of the Original Taint Team Order (Ex. 2);

- Judge Kelly's February 11, 2022 Order denying Governor Snyder's Motion to Intervene in *People v. Lyon* wherein Governor Snyder requested leave to participate in the formation of the taint team protocols ordered by Judge Kelly (Ex. 3);

- Judge Kelly's March 7, 2022 Order granting in part and denying in part the AG's Motion for Stay of Proceeding (Ex. 4); and

- The Michigan Court of Appeals' March 24, 2022 Order denying the AG's Motion for Leave to Appeal Judge Kelly's Taint Team Orders (Ex. 5).

This Court's March 30 Further Order also referenced "Exhibit A," to the AG's "Second Supplemental Statement Regarding Protective Order in the Flint Criminal Case," Docket No. 13434 in this case. While this Court eventually granted the AG leave to file its proposed order in this case (Docket No. 13466), almost two months prior, on August 26, 2021, and after the AG's Flint Criminal Team had already disclosed significant numbers of privileged and mediation confidential documents, Judge Kelly rejected both the AG's "Motion for an Amended Protective Order" and its "Amended Motion for an Amended Protective Order." Judge Kelly's denial of the AG's attempts to modify the original protective order is attached as Exhibit 6.

1

Respectfully submitted,

Dated: April 13, 2022

*/s/ Stephen B. Grow*
Brian P. Lennon
Charles N. Ash
Stephen B. Grow
WARNER NORCROSS + JUDD LLP
150 Ottawa Avenue NW, Suite 1500
Grand Rapids, MI 49503
616.752.2000
blennon@wnj.com
cash@wnj.com
sgrow@wnj.com

Attorneys for Interested Party Richard Snyder