EXHIBIT 2

2021 STATE OF MICHIGAN

IN THE 7TH JUDICIAL CIRCUIT COURT FOR THE COUNTY OF GENESEE


A TRUE COPY
Genesee County Clerk

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff,

v

JARROD AGEN
GERALD AMBROSE
RICHARD BAIRD
DARNELL EARLEY
NICOLAS LYON
NANCY PEELER
EDEN WELLS,

        Defendants.

Case No. 21-047372-FH (Agen)
21-047373-FH (Ambrose)
21-047374-FH (Ambrose)
21-047375-FH (Baird)
21-047376-FH (Earley)
21-047377-FH (Earley)
21-047378-FH (Lyon)
21-047379-FH (Peeler)
21-047380-FH (Wells)

HON. ELIZABETH A. KELLY

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION; DENYING REQUEST FOR LEAVE TO RESPOND TO MOTION FOR RECONSIDERATION; AND MODIFYING ORDER OF NOVEMBER 19, 2021

At a session of said Court held in the Courthouse,
In the City of Flint, County of Genesee, Michigan
January 7, 2022

PRESENT: THE HONORABLE ELIZABETH A. KELLY

### RECONSIDERATION

This matter having come before this Court on the People's Motion for Reconsideration, this Court having considered the Motion and accompanying Brief, and the People having failed to demonstrate a "palpable error by which the court and the parties have been misled" or that "a different disposition of the motion must result from correction of the error" MCR 2.110(F)(3), therefore the Motion is hereby DENIED.

Defendant Lyon filed a Request for Leave to Respond to the Motion for Reconsideration, the Court did not review the attached Response and DENIES leave to respond.

## MODIFICATION OF ORDER OF NOVEMBER 19, 2021

To further assist the parties, the People shall provide a detailed written protocol for the establishment and implementation of the taint team, as previously ordered. The written protocol will be provided to each defendant for review and approval. If there are any terms or procedures that cannot be agreed to, those issues shall be brought before this Court for decision.

This modification and the original Order are applied prospectively; previously disclosed discovery will be addressed if a defendant requests further review by this Court.

IT IS SO ORDERED.

Dated: 1/7/2022

ELIZABETH A. KELLY (P71790)
Circuit Judge