EXHIBIT 4

# 2022 STATE OF MICHIGAN

## IN THE 7TH JUDICIAL CIRCUIT COURT FOR THE COUNTY OF GENESEE

A TRUE COPY
Genesee County Clerk

PEOPLE OF THE STATE OF MICHIGAN,

    Plaintiff,

v

JARROD AGEN
GERALD AMBROSE
RICHARD BAIRD
DARNELL EARLEY
NICOLAS LYON
NANCY PEELER
EDEN WELLS,

    Defendants.

Case No. 21-047372-FH (Agen)
21-047373-FH (Ambrose)
21-047374-FH (Ambrose)
21-047375-FH (Baird)
21-047376-FH (Earley)
21-047377-FH (Earley)
21-047378-FH (Lyon)
21-047379-FH (Peeler)
21-047380-FH (Wells)

HON. ELIZABETH A. KELLY

_____/

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S "MOTION FOR STAY OF PROCEEDING"

At a session of said Court held in the Courthouse,
In the City of Flint, County of Genesee, Michigan
Friday, March 4, 2022

PRESENT: THE HONORABLE ELIZABETH A. KELLY

### Background

On November 19, 2021, this Court granted in part Defendant's "Motion for Protective Order and Discovery pursuant to MCR 6.201(E) AND 6.201(J)." On January 7, 2022, this Court denied the "Motion for Reconsideration." Furthermore, the Court provided a modification that stated

> "the People shall provide a detailed written protocol for the establishment and implementation of the taint team, as previously ordered. The written protocol will be provided to each defendant for review and approval. If there are any terms or procedures that cannot be agreed to, those issues shall be brought before this Court for decision."

On February 1, 2022, Plaintiff files this "Motion for Stay of Proceeding." Pursuant to MCR 2.119(E)(3), no oral arguments were heard on this motion. This Court dispenses oral arguments and relies on the motion, answer, and supporting briefs.

1

## Stay of Proceedings

For purposes of clarity, this Court DENIES in part "The People's Motion for Stay of Proceedings" and maintains the position that the People shall provide a detailed written protocol and continue working to establish this protocol despite the application for leave to appeal with the Michigan Court of Appeals. Under MCR 7.209(E)(2), this Court's previous order shall be followed. The Court finds no reason to halt the process of establishing a protocol for implementing a taint team. Both parties shall continue their efforts to comply with previous court orders.

Nevertheless, this Court GRANTS in part "The People's Motion for Stay of Proceeding" with regard to filtering available discovery until this issue is heard, resolved, or ruled on at the Michigan Court of Appeals. All available discovery will not be subject to review under the agreed upon filter team protocol until that time.

**NOW, THEREFORE, IT IS ORDERED:** Plaintiff's "Motion to Stay Proceedings" is GRANTED in part and DENIED in part for the reasons stated above.

Dated: 3/7/2022

ELIZABETH A. KELLY (P71790)
Circuit Judge