EXHIBIT 5

# Court of Appeals, State of Michigan

## ORDER

People of MI v Nicolas Lyon

Docket No.    360124

LC No.    21-047378-FH

Mark J. Cavanagh
Presiding Judge

Kathleen Jansen

Deborah A. Servitto
Judges

The application for leave to appeal is DENIED for lack of merit in the grounds presented.

_____
Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

March 24, 2022
Date

_____
Chief Clerk