UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re

CITY OF DETROIT, MICHIGAN,

        Debtor.

_____/

Chapter 9

No. 13-53846

Hon. Thomas J. Tucker

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 13, 2022, he filed a Response to Court's March 30, 2021 Further Order Regarding Contempt Motion Filed by Former Governor Snyder using the court's ECF system, which will provide notice of the filing to all registered participants in this matter and on April 13, 2022, he served the following persons listed below by FedEx overnight mail at the addresses listed:

| | |
|---|---|
| Fadwa Hammoud | G. Mennen Williams Building<br>525 W. Ottawa Street<br>Lansing, MI 48909 |
| John VanDeventer | G. Mennen Williams Building<br>525 W. Ottawa Street<br>Lansing, MI 48909 |

Dated: April 13, 2022

/s/ Stephen B. Grow
Brian P. Lennon
Charles N. Ash
Stephen B. Grow (P39622)
WARNER NORCROSS + JUDD LLP
150 Ottawa Avenue NW, Suite 1500
Grand Rapids, MI 49503
616.752.2000
blennon@wnj.com
cash@wnj.com
sgrow@wnj.com

Attorneys for Interested Party Richard Snyder