FROM: AYAD LAW, P.L.L.C.
645 GRISWOLD ST, STE 2202
DETROIT, MI 48226

RE: CITY OF DETROIT, MICHIGAN
CASE # 13-53846

Honorable Judge Thomas J. Tucker
U.S. Bankruptcy Court for the Eastern Dist
Southern Division, Courtroom 1925
211 W. Fort St Suite 1900
Detroit, Michigan 48226


U.S. MARSHALS