# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**STIPULATION TO EXTEND TIME TO FILE RESPONSE OF DEBRA METRIS-SHAMOON, MUKLIS SHAMOON, CARL VERES, PAUL METRIS AND JULIE METRIS TO CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE BAR DATE ORDER AND CONFIRMATION ORDER**

The City of Detroit, and Debra Metris-Shamoon, Muklis Shamoon, Carl Veres, Paul Metris and Julie Metris, by and through their undersigned counsel, hereby agree and stipulate to an extension of time for Debra Metris-Shamoon, Muklis Shamoon, Carl Veres, Paul Metris and Julie Metris to respond to the City of Detroit's *Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Debra Metris-Shamoon, Muklis Shamoon, Carl Veres, Paul Metris and Julie Metris* (Doc. No. 13532) ("Motion"), through and including May 10, 2022.

WHEREFORE, the parties request that the Court enter an order in the form attached hereto as **Exhibit 1**.

STIPULATED AND AGREED ON April 15, 2022:

| DETTMER & DEZSI, PLLC | MILLER, CANFIELD, PADDOCK & STONE, P.L.C. |
|---|---|
| By: /s/ Michael R. Dezsi<br>Michael R. Dezsi (P64530)<br>1523 N Main St<br>Royal Oak, MI 48067<br>Ph: (313) 757-8112<br>Fax: (313) 887-0420<br>mdezsi@Dezsilaw.com<br><br>*Attorney for Debra Metris-Shamoon, Muklis Shamoon, Carl Veres, Paul Metris and Julie Metris* | By: /s/Marc N. Swanson<br>Marc N. Swanson (71149)<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 496-7591<br>Fax: (313) 496-8451<br>swansonm@millercanfield.com<br><br>*Attorney for City of Detroit* |

# EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE RESPONSE OF DEBRA METRIS-SHAMOON, MUKLIS SHAMOON, CARL VERES, PAUL METRIS AND JULIE METRIS TO CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE BAR DATE ORDER AND CONFIRMATION ORDER

This matter, having come before the Court on the *Stipulation to Extend Time to File Response of Debra Metris-Shamoon, Muklis Shamoon, Carl Veres, Paul Metris and Julie Metris to City of Detroit's Motion for the Entry of An Order Enforcing the Bar Date Order and Confirmation Order*, the Court being fully advised in the premises, and there being good cause to grant the relief requested,

THE COURT ORDERS THAT Debra Metris-Shamoon, Muklis Shamoon, Carl Veres, Paul Metris and Julie Metris are granted an extension of time to file their response to the *Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Debra Metris-Shamoon, Muklis Shamoon, Carl Veres, Paul Metris and Julie Metris* (Doc. No. 13532), through and including May 10, 2022.