UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER APPROVING STIPULATION TO EXTEND TIME FOR RESPONDENTS TO FILE A RESPONSE TO CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE BAR DATE ORDER AND CONFIRMATION ORDER (DOCKET # 13532)**

Based on the stipulation filed April 15, 2022 (Docket # 13542), the Court finds good cause to enter this Order.

IT IS ORDERED that Debra Metris-Shamoon, Muklis Shamoon, Carl Veres, Paul Metris, and Julie Metris are granted an extension of time, through and including May 10, 2022, to file their response to the motion entitled "City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Debra Metris-Shamoon, Muklis Shamoon, Carl Veres, Paul Metris and Julia Metris" (Docket # 13532).

**Signed on April 15, 2022**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**