UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:    Case No. 13-53846

CITY OF DETROIT, MICHIGAN,    Chapter 9

      Debtor.    Judge Thomas J. Tucker
_____ /

**ORDER REQUIRING RICHARD WERSHE, JR. TO FILE A SUPPLEMENT REGARDING THE CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE BAR DATE ORDER AND CONFIRMATION ORDER AGAINST RICHARD WERSHE, JR.**

    This case is before the Court on the motion by the City of Detroit (the "City"), entitled "City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Richard Wershe Jr." (Docket # 13491, the "Motion"). The Court held a brief telephonic hearing on the Motion on April 13, 2022, and then held a lengthier telephonic hearing on the Motion on April 20, 2022. Confirming certain action taken during the April 20, 2022 hearing,

    IT IS ORDERED that no later than Friday, April 22, 2022, Richard Wershe, Jr. must file a supplement in support of his objection to the Motion, which states when in 2017 the "White Boy" documentary premiered and was released.

    For the parties' reference, the Court attaches to this Order a copy of the text of the Detroit Free Press article dated April 6, 2017, which the Court referenced during the April 20, 2022 hearing. The Court also provides the following link to that Free Press article, which states, under the picture, that the "White Boy" documentary premiered at the Freep Film Festival in Detroit on March 31, 2017:

https://www.freep.com/story/entertainment/movies/2017/04/06/white-boy-24-hour-war-freep-film-festival-awards/100133998/

**Signed on April 20, 2022**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**

# Detroit Free Press

ENTERTAINMENT

# 'White Boy,' 'The 24 Hour War' win Freep Film Festival awards

**Detroit Free Press staff**
Published 5:32 p.m. ET April 6, 2017 | Updated 6:13 p.m. ET April 6, 2017

Two documentaries with deep connections to Michigan have nabbed awards as part of last weekend's Freep Film Festival.

"White Boy," a documentary about a notorious teenage drug dealer from Detroit, earned the festival's Audience Choice Award. The film, directed by Shawn Rech, tells the story of Richard Wershe Jr. — a.k.a. White Boy Rick — and explores why he remains in prison nearly three decades after his sentencing as a 17-year-old.

The film sold out three screenings during Freep Film Festival weekend.

"We're honored to have been chosen as Freep Film Festival's audience award winner," said Rech via e-mail. "I believe this is a sign that moviegoers continue to be fascinated by flaws in our justice system. Many audience members approached me after screenings asking what they can do to help Richard Wershe Jr.

"Michigan wanted to see this film, but the rest of the world needs to see this film. I believe documentaries can serve as another, unofficial part of our system of checks and balances. For centuries, humans have been encouraged to question everything. This is exactly that on a larger scale."

The Audience Choice Award was decided by the festival's attendees, who rate films on a scale of one to five after seeing movies at the event. Weighted average scores determine the winner. The award comes with a $250 prize.

Meanwhile, "The 24 Hour War" was chosen by a Freep Film Festival jury as the winner of the Spirit of Michigan Award, which honors the movie that best exemplifies our state's spirit of ingenuity and creativity — both in filmmaking quality and topic.

13-53846-tjt    Doc 13544    Filed 04/20/22    Entered 04/20/22 15:56:23    Page 2 of 3

This film, co-directed by Nate Adams and podcaster-comedian-auto enthusiast Adam Carolla, tracks one of the most famous battles in auto-racing history: the Ford-Ferrari rivalry at Le Mans. Henry Ford II pushed Ford Motor to dethrone Ferrari in the legendary endurance race where Ferrari had reigned supreme for decades.

It sold out two screenings during Freep Film Festival weekend.

"We're happy and proud to have won the Spirit of Michigan award," said Carolla and Adams in a statement. "The Ford and Ferrari wars at Le Mans in the 1960s were truly a magical time in automotive history and Michigan played a significant role in these battles. The ingenuity showed by the mechanics and builders during this era of racing was as competitive as any arms race the world has ever seen. Thanks to the Freep Film Festival for having us and showing 'The 24 Hour War.' "

The Spirit of Michigan Award was sponsored by the Michigan Film & Digital Media Office and comes with a $500 prize.

Films produced by the Free Press are not eligible for either of the festival's awards.

The festival's total head count is still being finalized, but it drew more than 11,000 people — an increase of approximately 50% from the previous year. That included 26 sellouts among 50-plus events.