# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

*In re*:

CITY OF DETROIT, MICHIGAN

*Debtor.*

Case No.  13-53846

Hon.  THOMAS J. TUCKER

Chapter 9

| | |
|---|---|
| AYAD LAW, PLLC | MILLER, CANFIELD, PADDOCK |
| Nabih H. Ayad (P59518) | AND STONE, PLC |
| William D. Savage (P82146) | Marc N. Swanson (P71149) |
| *Attorney for Richard Wershe, Jr* | *Attorney for City of Detroit* |
| 645 Griswold St., Ste 2202 | 150 West Jefferson, Suite 2500 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| P: 313.983.4600 | P: (313) 496-7591 |
| F: 313.983.4665 | F: (313) 496-8451 |
| filing@ayadlawpllc.com | swansonm@millercanfield.com |

## RICHARD WERSHE, JR'S SUPPLEMENTAL BRIEF REGARDING CERTAIN DATES OF EVENTS

Richard Wershe, Jr. (hereinafter "Wershe") by and through his attorneys at Ayad Law, PLLC, hereby submits the following supplemental brief supplying certain dates which the Court had asked for at hearing.

One-time film festival showing of White Boy documentary: March 31, 2017.[1]

Richard Wershe, Jr. transferred to Florida prison system: August 22, 2017.

Limited internet release of White Boy documentary: May 29, 2018.[2]

---

[1] https://en.wikipedia.org/wiki/White_Boy_(film)

[2] https://www.imdb.com/title/tt5635638/releaseinfo?ref_=tt_dt_rdat

Release of White Boy on streaming services: June 2, 2018.[3]

Release of White Boy documentary DVD for sale: June 15, 2018.[4]

Respectfully submitted;

AYAD LAW, PLLC

*/s/Nabih H. Ayad*
Nabih H. Ayad (P59518)
William D. Savage (P82146)
*Attorneys for R. Wershe, Jr.*
645 Griswold St., Ste 2202
Detroit, MI 48226
P: 313.983.4600
F: 313.983.4665
Dated: April 22, 2022                    filing@ayadlawpllc.com

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P: (313) 983-4600 | F: (313) 983-4665

---

[3] https://www.rottentomatoes.com/m/white_boy_2017

[4] https://www.blu-ray.com/dvd/White-Boy-DVD/242005/

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I filed the foregoing paper and any attachments with the Clerk of Courts using the ECF electronic filing system, which will constitute service on all parties of record.

Respectfully submitted;

*/s/Nabih H. Ayad*
Nabih H. Ayad (P59518)
William D. Savage (P82146)
*Attorneys for Plaintiff*
645 Griswold St., Ste 2202
Detroit, MI 48226
P: 313.983.4600
F: 313.983.4665
Dated: April 22, 2022            filing@ayadlawpllc.com

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P: (313) 983-4600 | F: (313) 983-4665