**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

*In re*:

CITY OF DETROIT, MICHIGAN

*Debtor.*

Case No. 13-53846

Hon. THOMAS J. TUCKER

Chapter 9

| AYAD LAW, PLLC | MILLER, CANFIELD, PADDOCK |
| Nabih H. Ayad (P59518) | AND STONE, PLC |
| William D. Savage (P82146) | Marc N. Swanson (P71149) |
| *Attorney for Richard Wershe, Jr* | *Attorney for City of Detroit* |
| 645 Griswold St., Ste 2202 | 150 West Jefferson, Suite 2500 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| P: 313.983.4600 | P: (313) 496-7591 |
| F: 313.983.4665 | F: (313) 496-8451 |
| filing@ayadlawpllc.com | swansonm@millercanfield.com |

## **CORRECTED PROOF OF SERVICE TO RICHARD WERSHE, JR'S SUPPLEMENTAL BRIEF REGARDING CERTAIN DATES OF EVENTS**

I hereby certify that on April 22, 2022 I filed Richard Wershe, Jr's Supplemental Brief Regarding Certain Dates of Events, and any attachments, with the Clerk of Courts using the ECF electronic filing system, which will constitute service on all parties of record.

Respectfully submitted;

*/s/Nabih H. Ayad*
Nabih H. Ayad (P59518)
William D. Savage (P82146)
*Attorneys for Plaintiff*
645 Griswold St., Ste 2202
Detroit, MI 48226
P: 313.983.4600
F: 313.983.4665
Dated: April 25, 2022   filing@ayadlawpllc.com

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P: (313) 983-4600 | F: (313) 983-4665