# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

|  |  |
|---|---|
| In re | Bankruptcy Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Judge Thomas Tucker |
| Debtor. | Chapter 9 |

## *EX PARTE* MOTION OF CITY OF DETROIT FOR LEAVE TO FILE RESPONSE IN CONNECTION WITH (I) *ORDER REQUIRING RICHARD WERSHE, JR. TO FILE A SUPPLEMENT REGARDING THE CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE BAR DATE ORDER AND CONFIRMATION ORDER AGAINST RICHARD WERSHE, JR.* AND (II) *RICHARD WERSHE, JR'S SUPPLEMENTAL BRIEF REGARDING CERTAIN DATES OF EVENTS*

The City of Detroit, Michigan ("City") moves this Court *ex parte* for leave to file a response in connection with the Court's order for Wershe to file a supplement and the supplement Wershe filed. In support, the City states as follows:

1. By Order entered at Docket Number 13544, the Court ordered Wershe to file a supplement stating the date that "the 'White Boy' documentary premiered and was released" in support of his objection to the City's Motion to Enforce.[1]

2. Wershe filed his Supplement on April 22. (Doc. No. 13546.) The Supplement states that the documentary was shown at a film festival on March 31, 2017.

---

[1] Doc. No. 13491.

39019846.4/022765.00213

3. However, at least some of the claims that Wershe made in the movie became public no later than September 2016, when filming of the documentary concluded.[2]

4. In an article published on September 6, 2016, some of the claims that Wershe made against former Mayor Coleman Young and Gil Hill in the documentary were made public, as set forth in the following excerpt from the article:

**FBI informant**

In an attempt to shorten his prison time, Wershe began assisting the FBI as an informant, ultimately resulting in the conviction of corrupt police officers in the Detroit area.

"I embarrassed a lot of people," said Wershe. "All I did was what I was asked, and all I did was tell the truth."

The information provided by Wershe led to the arrests of family and friends of Coleman Young, including his favorite bodyguard, Jimmy Harris; his brother-in-law, Willie Volsen, and his niece, Cathy Volsen.

"He was extremely upset at me," said Wershe. "I thought any mayor would love to have corrupt cops off of their force but to Coleman Young, I was a stool pigeon."

Gregg Schwarz was the FBI agent who turned Wershe's information into new arrests and said that Wershe should have been thanked by the Michigan Parole Board and released from prison.

---

[2]  https://www.clickondetroit.com/news/2016/09/07/did-prominent-detroit-officer-ask-hitman-to-kill-white-boy-rick/ (Copy attached as Exhibit 6 for convenience).

39019846.4/022765.00213

Wershe also provided information on one of Detroit's most popular cops, Gil Hill, a homicide boss who allegedly helped a drug dealer cover up the shooting death of a 12-year-old. Wershe claims he heard a phone call between Hill and the murderer.

"Basically Gil told him everything that was going on and that he had it under control and that he would be in touch and not to worry about anything," said Wershe.

Hill was investigated but never charged.

Exhibit 6.

5.     The above allegations about former Mayor Coleman Young and Gil Hill were also made in the documentary by Mr. Wershe.  *See* Doc. No. 13505-1, page 61 of 65, ¶ 7 (regarding Mayor Young); "White Boy" Documentary at 33:55 – 34:30 (regarding Gil Hill).

WHEREFORE, the City asks the Court to consider this Response and grant any additional relief the Court may deem proper.

Dated: April 29, 2022              Miller, Canfield, Paddock and Stone, PLC

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

Attorneys for the City of Detroit

- 3 -

## SUMMARY OF ATTACHMENTS

The following documents are attached to this Motion, labeled in accordance with
E. D. Mich. LBR 9014-1(c).

Exhibit 1    Proposed Form of Order

Exhibit 2    None [Motion Seeks Ex Parte Relief]

Exhibit 3    None [Brief Not Required]

Exhibit 4    Certificate of Service

Exhibit 5    None [No Affidavits Filed Specific to This Motion]

Exhibit 6    Copy of September 6, 2016, "Click On Detroit" Article on the Making
of the "White Boy" Documentary

# EXHIBIT 1 – PROPOSED ORDER

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DISTRICT

| | |
|---|---|
| In re | Bankruptcy Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Judge Thomas Tucker |
| Debtor. | Chapter 9 |

**[PROPOSED] ORDER GRANTING *EX PARTE* MOTION OF CITY OF DETROIT FOR LEAVE TO FILE RESPONSE IN CONNECTION WITH (I) ORDER REQUIRING RICHARD WERSHE, JR. TO FILE A SUPPLEMENT REGARDING THE CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE BAR DATE ORDER AND CONFIRMATION ORDER AGAINST RICHARD WERSHE, JR. AND (II) RICHARD WERSHE, JR'S SUPPLEMENTAL BRIEF <u>REGARDING CERTAIN DATES OF EVENTS</u>**

This matter comes before the Court upon the filing of the *Ex Parte Motion of City of Detroit for Leave to File Short Response in Connection with (I) Order Requiring Richard Wershe, Jr. to File a Supplement Regarding the City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Richard Wershe, Jr. and (II) Richard Wershe, Jr's Supplemental Brief Regarding Certain Dates of Events* ("<u>Motion</u>," Doc. No. [ ]); and the Court being otherwise advised in the premises;

IT IS ORDERED that

1.      The Motion is granted.

39019846.4/022765.00213

2.     The Court grants leave to the City to file the response discussed in and contained within the Motion.

# **EXHIBIT 2**

Not Applicable

# **EXHIBIT 3**

Not Applicable

## EXHIBIT 4 – CERTIFICATE OF SERVICE

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | Bankruptcy Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN, | Judge Thomas Tucker |
| Debtor. | Chapter 19 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022, I electronically filed the foregoing *Ex Parte* Motion of City of Detroit for Leave to File Short Response in Connection with *(I) Order Requiring Richard Wershe, Jr. to File a Supplement Regarding the City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Richard Wershe, Jr. and (II) Richard Wershe, Jr's Supplemental Brief Regarding Certain Dates of Events* with the Clerk of the Court via the Court's ECF electronic filing system which will provide notice to all registered participants in this matter.

By: /s/ Marc N. Swanson
Marc N. Swanson
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
Phone: (313) 963-6420
swansonm@millercanfield.com

Dated:  April 29, 2022

# **EXHIBIT 5**

Not Applicable

**EXHIBIT 6**

**September 6, 2016, "Click On Detroit" Article on
the Making of the "White Boy" Documentary**



AbeBooks

PRICE DROP

PRICE DROP

PRICE DROP

PRICE DROP

CLICK ON DETROIT

NEWS   SPORTS   FEATURES   LIVE IN THE D   ANN ARBOR   WEATHER   TRAFFIC   NEWSLETTERS   CONTACT US

## NEWS

Kevin Dietz, Reporter

Published: **September 6, 2016, 10:56 PM**

Tags: Defenders, News

# Did prominent Detroit officer ask hitman to kill 'White Boy' Rick?

Rick Wershe's fight for freedom to be featured in documentary

**Sign up for our Newsletters**

Enter your email here!

# Did prominent Detroit officer ask hitman to kill 'White Boy' Rick?

Rick Wershe's fight for freedom to be featured in documentary



**DETROIT** – Rick Wershe's fight for freedom is about to get a worldwide audience in a documentary on the legend of "White Boy" Rick.

Shooting for the documentary wrapped up this weekend, and in an exclusive interview with the Local 4 Defenders, the producer said new interviews claim that a prominent name in Detroit police and politics wanted Wershe killed.

If you've driven around Detroit in the last few days, you might have noticed camera crews getting glamor shots of the Motor City. It's in the final step in the production of a documentary that should have the whole town talking.

The cameras are rolling, getting shots of the Motor City as a big-time producer prepares to tell the world the story of "White Boy" Rick.

People outside Detroit who don't know the story might be incredulous that the 14-year-old Wershe was paid by police to snitch on neighborhood drug dealers. At 16 years old, he started selling drugs, and at 17, he was busted and sent to prison. He's been in prison for 28 years, longer than any other nonviolent juvenile offender in Michigan history.

Every moment matters. Go to Facebook to share yours.

VISIT SITE

"He was a serious drug dealer for a matter of months," said Shawn Rech, the producer of the documentary.

Rech said his story will shock the world. He said the movie includes new, unsubstantiated allegations from a former Detroit hitman against one of the biggest names in Detroit politics.

"He wanted us to make sure that we killed White Boy Rick because he was knowing too much about the mayor, the chief of police and everyone else," Nate Boone Craft said.

## '650 Lifer: The Legend of White Boy Rick'

Craft went to prison for killing 30 people, but got out by cooperating with police to catch other criminals. Now, in the documentary "650 Lifer: The Legend of White Boy Rick," Transition Studios will air Craft's interview, revealing the name of the person who he said wanted him to kill Wershe.

"This came from Gill Hill's mouth to me," Craft said. "'We got to make sure it don't get back to no one,' and I said, 'You know me, none of my hits lead to no one.'"

---

fiverr.

Don't know SEO?
Leave it to *the experts*.

Go Get SEO

---

*Sign up for ClickOnDetroit Email Newsletters (click here) for more stories like this.*

Hill is a former Detroit homicide detective turned city council president who became famous for his acting role in the blockbuster movie "Beverly Hills Cop." He recently died and cannot defend himself against the allegations.

"I was told to kill White Boy Rick," Craft said. "He said, '125,000, I'll make sure you get it as long as that boy is dead.' His key word, 'Dead.'"

"'(He said) 125 (thousand), make sure that boy is dead. We can't have him talking exact words. We can't have him talking,'" Craft said.

Craft never told authorities the story, and offers no proof of any conversation or meetings with Hill.

While in prison, Wershe told the FBI that Hill was taking bribes to cover up homicides. An investigation resulted in no criminal charges. Hill was celebrated at his funeral as one of Detroit's favorite sons.

From behind prison walls, Wershe said the documentary will bring a new urgency to his fight for freedom.

"I think it will have a big impact," Wershe said. "I think people are going to be outraged. I think it's going to go back to the beginning and tell the truth."

Hill isn't the only target. The movie says former Mayor Coleman Young went to great lengths to keep Wershe locked up and asks why current prosecutor Kim Worthy has not made efforts to free Wershe after so many years behind bars.

Rech insists that Wershe is a political prisoner.

"This is all punishment for cooperating with the FBI and taking down police and politicians here in Detroit," Rech said.

Rech is working out details for final distribution of the film. It's expected to be released around Christmas.

## Prosecutor to re-eveluate position on Wershe

Wayne County Prosecutor Kym Worthy announced Aug. 26 that she decided to reevaluate her position on "White Boy" Rick Wershe's parole.


**Ratings and Reviews** you can trust.


**CR** Consumer Reports

**Get Access**

Worthy, one of the most outspoken people working to keep Wershe behind bars, originally **said Wershe deserves the life sentence he was given** as a juvenile drug offender. She has maintained that stance throughout Wershe's battle for a lighter sentence.

But now, she is reconsidering her position. She told the Local 4 Defenders:

Having been deeply immersed in the Juvenile Life Without Parole murder cases for the last six months, I have noted parallels to the Richard Wershe case that have caused me to review the Wayne County Prosecutor's Office position in his case. However, it is important to note that only the Michigan Parole Board determines who does or doesn't receive parole."

This past September, Wershe was in court to be re-sentenced by judge Dana Hathaway, but it all came to a screeching halt when Worthy objected, saying Hathaway didn't have the authority to release Wershe from prison. The Court of Appeals agreed with Worthy and the Supreme Court refused to act, so Wershe still sits in prison.



**Easily compare personal loan rates side by side**
Check out NerdWallet's picks to find the right one for you.

NMLS 1617539 CA Fin. Lender loans per DFPI Fin. Lenders Lic 60DBO-74812161753

SEE LENDERS

**READ**: Ex-Detroit hit man says he turned down contract to kill White Boy Rick

Wershe was a juvenile when he was convicted of possessing more than 650 grams of cocaine and sentenced to life in prison without parole. Hathaway said the 46-year-old deserves a new sentence because he was sentenced at the age of 18 under an old law.

The United States Supreme Court has said the Eighth Amendment prohibition against cruel and unusual punishment requires juvenile offenders sentenced to life in prison for non-murder crimes to have a meaningful chance to obtain parole.

If Wershe were arrested today, he would do a maximum 11 years on the drug case and two more for helping a car theft ring from behind bars - and that does not account Wershe's work as a police informant for three years as a teenager. He helped authorities obtain over a dozen major convictions while he was behind bars.

Get inspiration, ask questions, and find your community on Facebook Groups.

VISIT SITE

"He has been sentenced to life in prison," said MDOC spokesman Chris Gautz. "And the Parole Board, after having considered all relevant facts and circumstances, has determined that paroling Mr. Wershe is not in the best interests of society and public safety."

Wershe will sit in prison until the parole board lets him out, the governor pardons him, or the federal courts rule Michigan is dishing out cruel and unusual punishment.

## 'They're stealing my life, one day at a time'

Wershe has had no luck with the courts or justice system while trying to get released from prison. Now he hopes that Hollywood can help him finally get out.

"It's sad," Wershe said. "The people who don't have the backbone to change the law or don't care. They're basically stealing my life one day at a time."

"If you asked, the public as our representatives, doing what we would like them to do, the nearly universal answer would be no," said Local 4 legal expert Neil Rockind. "Everybody believes Rick Wershe should be released."

It's the stuff great Hollywood movies are made of, and Sony pictures is making one, hiring some of the biggest names in Hollywood. In a phone interview from behind bars, Wershe said it might be his best chance at freedom.

"We worked hard," he said. "It took longer than anticipated, but I think it's going to be a good project. I think it's going to show a true story of what happened."

Wershe was a police informant at 14 years old -- given cash to snitch on drug dealers in his Detroit neighborhood -- when police stopped paying him. He started selling drugs, and at 17 years old, he was caught and has been in jail ever since, despite continuing to helping police catch dirty cops and drug dealers from behind bars.



IMDbPro    Take control & manage your IMDb page    Try IMDbPro for free

**April, 2016: Old enemy wants 'White Boy Rick' freed**

Scott Franklin is producing the movie. He's won awards for movies, including "Black Swan" and "The Wrestler." Yann Demange is directing, fresh off his award winning film "71."

Wershe said the justice system has failed him, and he hopes the movie will create national outrage toward those responsible.

"Thirty years for a drug charge, it's a bit much," Wershe said. "Especially when they're letting off people for murders."

It's possible Wershe could be out in time for the movie's premiere. The parole board is supposed to have a parole hearing in 2017 to consider his release.

## Appeals court denies resentencing

It appeared Wershe might finally get his day in court. But prosecutors who had fought to keep him behind bars immediately appealed Hathaway's ruling.

In September 2015, the Court of Appeals decided Wershe would not be resentenced for the drug crimes.

"The Wayne County Prosecutor's Office has prevailed in the Michigan Court of Appeals and the defendant's original sentence remains in effect," the Prosecutor's Office announced.

Wershe was let down, but not surprised.

"I'm disappointed, let down a little bit, but I expected it, to be honest with you," he said. "After all this time in here, you don't believe you are going to get out of here until the day you walk out of here. I'll keep fighting until my dying breath."

## How Wershe got involved

Back in the 1980s, the crack epidemic led to a wild west scene in Detroit, and Wershe quickly learned from some of the most infamous criminals how to run a successful drug-dealing business.

Facebook Gaming is available anytime, anywhere, and on any device. Open Facebook to play.


VISIT SITE

Wershe became involved with the Curry organization before kingpin Johnny Curry, along with his brother Leo, were sentenced to 20 years. They have both since been released from prison.

After the Curry brothers went to jail, Wershe began moving up the ranks and soon controlled much of the crack trade on Detroit's east side.

Wershe soon began dating Curry's wife, Cathy Volsen, who was also the niece of former Mayor Coleman Young.

Wershe's success soon ran out when the DEA targeted his operation, orchestrating drug buys and executing search warrants that ultimately led to his arrest.

Early into serving his prison sentence, Wershe was convicted of participating in a stolen car ring from behind bars. In an interview Local 4 did back in 1990, Wershe said he had made mistakes but was willing to make up for it by turning in some of Detroit's most powerful people.

## FBI informant

In an attempt to shorten his prison time, Wershe began assisting the FBI as an informant, ultimately resulting in the conviction of corrupt police officers in the Detroit area.



"I embarrassed a lot of people," said Wershe. "All I did was what I was asked, and all I did was tell the truth."

The information provided by Wershe led to the arrests of family and friends of Coleman Young, including his favorite bodyguard, Jimmy Harris; his brother-in-law, Willie Volsen, and his niece, Cathy Volsen.

"He was extremely upset at me," said Wershe. "I thought any mayor would love to have corrupt cops off of their force but to Coleman Young, I was a stool pigeon."

Gregg Schwarz was the FBI agent who turned Wershe's information into new arrests and said that Wershe should have been thanked by the Michigan Parole Board and released from prison.

Wershe also provided information on one of Detroit's most popular cops, Gil Hill, a homicide boss who allegedly helped a drug dealer cover up the shooting death of a 12-year-old. Wershe claims he heard a phone call between Hill and the murderer.



"Basically Gil told him everything that was going on and that he had it under control and that he would be in touch and not to worry about anything," said Wershe.

Hill was investigated but never charged.

## Wershe started working as informant at age 14

Wershe has served more prison time than any other non-violent juvenile offender in Michigan. At age 14, police were paying Wershe to rat-out neighborhood drug dealers.

When someone he snitched on got suspicious and had him shot, police abandoned him. So he started selling drugs for real and in a year's time he was caught, convicted, and nicknamed "White Boy Rick."

Nearly 30 years later, Rick Wershe is still in prison.

## Alan Dershowitz: 'This is a terrible, terrible injustice'

Local 4's Kevin Dietz went to New York City to discuss the White Boy Rick case with high-profile attorney Alan Dershowitz.

"The idea that he is being kept in jail because of something they know but won't share with the general public is completely antagonist to American democratic principles," said Dershowitz.



Get inspiration, ask questions, and find your community on Facebook Groups.

**VISIT SITE**

Dershowitz is investigating the case.

Copyright 2016 by WDIV ClickOnDetroit - All rights reserved.

Click here to take a moment and familiarize yourself with our Community Guidelines.

## Conversation    FOLLOW

LOG IN | SIGN UP

Start the conversation

ALL COMMENTS                                                                 newest ∨

Start the conversation