# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DISTRICT

| | |
|---|---|
| In re<br><br>CITY OF DETROIT, MICHIGAN,<br><br>Debtor. | Case No. 13-53846<br><br>Judge Thomas Tucker<br><br>Chapter 9 |

### ORDER GRANTING *EX PARTE* MOTION FILED ON APRIL 29, 2022 BY CITY OF DETROIT, AND PERMITTING RICHARD WERSHE, JR. TO FILE A RESPONSE TO THAT FILING

This case is before the Court on the motion filed on April 29, 2022, entitled "Ex Parte Motion of City of Detroit for Leave to File Short Response in Connection with (I) Order Requiring Richard Wershe, Jr. to File a Supplement Regarding the City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Richard Wershe, Jr. and (II) Richard Wershe, Jr's Supplemental Brief Regarding Certain Dates of Events" (Docket # 13551, the "Motion). The Court finds good cause to enter this Order.

IT IS ORDERED that:

1. The Motion is granted.

2. The Court grants leave to the City to file the response discussed in and contained within the Motion. Such response is deemed filed, at Docket # 13351.

3. No later than May 6, 2022, Richard Wershe, Jr. may file an optional response, not to exceed three pages, to the City's response filed April 29, 2022.

**Signed on April 29, 2022**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge