UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

Debtor.

Case No. 13-53846

Judge Thomas J. Tucker

Chapter 9

# ORDER APPROVING STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND THE SENIOR ACCOUNTANT, ANALYSTS, AND APPRAISERS ASSOCIATION REGARDING CLAIM NUMBER 2859

This case is before the Court on the stipulation filed May 5, 2022, entitled *"Stipulation by and Between the City of Detroit, Michigan and The Senior Accountant, Analysts, and Appraisers Association Regarding Claim Number 2859"* (Docket # 13555, the "Stipulation"). Based on the Stipulation, the Court finds good cause to enter this Order.

IT IS ORDERED THAT:

1. If, by May 9, 2022, SAAA provides the City with a properly completed Brokerage Account Form and a properly completed Tax Form, as those terms are defined in this Court's Brokerage Order,[1] then Claim 2859 will be treated as if it were listed on Exhibit 6-B of the Distribution Motion.

---

[1] Capitalized but undefined terms have the meanings ascribed to them in the Stipulation or in the City's Plan, as appropriate.

2. If, by May 9, 2022, SAAA does not provide the City with a properly completed Brokerage Account Form and a properly completed Tax Form, as those terms are defined in this Court's Brokerage Order, then Claim 2859 in the amount of $138,650 will remain on Exhibit 6-C and remain ineligible for any distributions under the Plan.

3. This Order is entered in furtherance of paragraph 7 of the Brokerage Order and this Court's reserved jurisdiction to enter any orders that may be necessary or appropriate to implement or consummate the provisions of the Plan, and to ensure that Distributions to Holders of Claims are accomplished in accordance with the provisions of the Plan.

4. In implementing and enforcing the terms of this Order and the Plan, the City and its Related Entities are entitled to all privileges and protections of the Plan, including the exculpation set forth in Article III.D.6.

5. This Order does not modify the Plan or the Confirmation Order. Each and every term and condition in the Plan and Confirmation Order remains in full force and effect.

6. This Court retains jurisdiction over the interpretation and enforcement of this Order.

**Signed on May 5, 2022**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge