STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL



P.O. Box 30212
Lansing, Michigan 48909

**DANA NESSEL**
ATTORNEY GENERAL

May 6, 2022

Clerk of the Court
United States Bankruptcy Court
Eastern District of Michigan
211 W. Fort Street
Detroit, MI 48226

Re: *In re City of Detroit, Michigan, Case No. 13-53846*

Dear Sir or Madam:

Today, May 6, 2022, is my last day of employment with the Michigan Department of Attorney General. Special Assistant Attorney General Molly Kettler will replace me in this matter and all correspondence should be directed to her at:

Cadillac Place, 10th Floor
3030 W. Grand Boulevard, Suite 10-200
Detroit, MI 48202
(313) 456-3870

Sincerely,

*John VanDeventer*

John VanDeventer
Chief Legal Counsel

SG FW Snyder, Richard/LTR substitution AG 2021-0309218-B