**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

*In re*:

Case No.  13-53846

CITY OF DETROIT, MICHIGAN

*Debtor.*

Hon.  THOMAS J. TUCKER

Chapter 9

| | |
|---|---|
| AYAD LAW, PLLC | MILLER, CANFIELD, PADDOCK |
| Nabih H. Ayad (P59518) | AND STONE, PLC |
| William D. Savage (P82146) | Marc N. Swanson (P71149) |
| *Attorney for Richard Wershe, Jr* | *Attorney for City of Detroit* |
| 645 Griswold St., Ste 2202 | 150 West Jefferson, Suite 2500 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| P: 313.983.4600 | P: (313) 496-7591 |
| F: 313.983.4665 | F: (313) 496-8451 |
| filing@ayadlawpllc.com | swansonm@millercanfield.com |

### RICHARD WERSHE, JR'S RESPONSE TO DETROIT'S RESPONSE BRIEF REGARDING CERTAIN DATES OF EVENTS

Richard Wershe, Jr. (hereinafter "Wershe") by and through his attorneys at Ayad Law, PLLC, hereby submits the following in response to the City of Detroit's response brief filed April 29, 2022.

Richard Wershe, Jr. filed his case in the United States Court for the Eastern District of Michigan, prior to taking any action with this bankruptcy court, including filing a notice of claim. Wershe still feels this was the correct course of action, because it is the district court which Wershe is asking to decide the deep constitutional questions of equitable tolling which arise from his unique case. Only

**1 |** P a g e

after the district court determined that Wershe had a potential claim against the City of Detroit, did Wershe plan to file a notice of claim. However, at the mention of the City and this Court, Wershe is concurrently filing a form b410, notice of claim, in this case. Wershe asks this Court to accept the form in light of the special circumstances surrounding his case.

The equitable tolling which Wershe asks the district court to apply to his case is based off of his legitimate (and verified by an expert, also used by the City of Detroit at times) fear of retaliation. Retaliation in the form of physical injury, the lengthening of his imprisonment, being placed in solitary confinement, and/or charges against his family on the outside, are just a few of the legitimate fears which Wershe held.

At the hearing on the City of Detroit's motion to bar Richard Wershe's claims, this Court was highly interested in the chronology of Wershe's involvement in the 2017 documentary which came out regarding his arrest and imprisonment, Wershe's parole from Michigan prison to Florida prison, Wershe's release, and his filing of his lawsuit in the United States Court for the Eastern District of Michigan.

**Although Wershe had no control over how the White Boy documentary eventually turned out, it is highly important to note that in neither the documentary nor the September 2016 article submitted by the City, did Wershe anywhere name any of the Defendants in his district court case**.

Beginning at 27:08, Wershe discusses without naming "another Curry lieutenant" who shot him, the lieutenant's friend, the lieutenant's brother, and the lieutenants girlfriend. Other people named include Gil Hill (34:01), Johnny Curry (34:07), "Roy" (41:20), Sam Gardner (48:01), Coleman Young (48:01), Cathy Volsan-Curry (52:58), Willie Volsan (53:08), and Mike Castro (53:56).

Names that are not mentioned by Wershe, or otherwise, in the documentary include: William Jasper, Kevin Green, James Dixon, Lynn Helland, James King. Herm Groman was not mentioned by Wershe, but did appear voluntarily in the documentary.

At 58:43 of the documentary, Wershe states: "I think helping the FBI with Operation Backbone was the biggest mistake of my life because it created enemies that I couldn't even imagine. I was a kid. I didn't think of the political aspects of it. There's still a lot of angry people in the city of Detroit in positions of power." To Wershe, those unnamed people include the Defendants named in the district court case.

Both Coleman A Young and Gil Hill had passed on prior to September of 2016.

Respectfully submitted;

*/s/Nabih H. Ayad*
Nabih H. Ayad (P59518)
William D. Savage (P82146)
*Attorneys for R. Wershe, Jr.*
Dated: May 6, 2022                    filing@ayadlawpllc.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

*In re*:

                         Case No.  13-53846

CITY OF DETROIT, MICHIGAN

*Debtor.*                        Hon.  THOMAS J. TUCKER

                         Chapter 9

| | |
|---|---|
| AYAD LAW, PLLC | MILLER, CANFIELD, PADDOCK |
| Nabih H. Ayad (P59518) | AND STONE, PLC |
| William D. Savage (P82146) | Marc N. Swanson (P71149) |
| *Attorney for Richard Wershe, Jr* | *Attorney for City of Detroit* |
| 645 Griswold St., Ste 2202 | 150 West Jefferson, Suite 2500 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| P: 313.983.4600 | P: (313) 496-7591 |
| F: 313.983.4665 | F: (313) 496-8451 |
| filing@ayadlawpllc.com | swansonm@millercanfield.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I filed Richard Wershe, Jr's Response to Detroit's Response to Wershe's Supplemental Brief Regarding Dates of Certain Events, and any attachments, with the Clerk of Courts using the ECF electronic filing system, which will constitute service on all parties of record.

Respectfully submitted;

*/s/Nabih H. Ayad*
Nabih H. Ayad (P59518)
William D. Savage (P82146)
*Attorneys for Plaintiff*
645 Griswold St., Ste 2202
Detroit, MI 48226
P: 313.983.4600
F: 313.983.4665

Dated: May 6, 2022                    filing@ayadlawpllc.com