UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER APPROVING STIPULATION FOR A SECOND EXTENSION OF TIME FOR RESPONDENTS TO FILE RESPONSE TO CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE BAR DATE ORDER AND CONFIRMATION ORDER (DOCKET # 13532)**

Based on the stipulation filed May 11, 2022 (Docket # 13562), the Court finds good cause to enter this Order.

IT IS ORDERED that Debra Metris-Shamoon, Muklis Shamoon, Carl Veres, Paul Metris, and Julie Metris are granted an extension of time, through and including May 17, 2022, to file their response to the motion entitled "City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Debra Metris-Shamoon, Muklis Shamoon, Carl Veres, Paul Metris and Julia Metris" (Docket # 13532).

**Signed on May 11, 2022**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**