UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re:*                                     Case No. 13-53846
                                             Hon. Thomas J. Tucker
CITY OF DETROIT, MICHIGAN,                   Chapter 9

    *Debtor.*

_____

# EXHIBIT LIST

Exhibit 1 – None

Exhibit 2 – None

Exhibit 3 – None

Exhibit 4 – Proof of Service

Exhibit 5 – None

Exhibit 6 – Documentary Exhibits:

| | | |
|---|---|---|
| A. | *Davis v. City of Detroit, et al.*; Case No. 15-cv-10547 (J. Borman); Civil docket | |
| B. | Media articles regarding *Davis* civil Case No. 15-10547 | |
| C. | *USA v Hansberry*, *et al.,* Case No. 15-cr-20217 (J. Murphy, III); Criminal docket | |
| D. | *Davis v. City of Detroit, et al.;* Case No. 15-cv-10547 First Request to Produce | 4/23/2015 |
| E. | General Release, Waiver and Settlement Agreement *Davis v. City of Detroit, et al.*; Case No. 15-10547 | 02/06/2019 |

1

| | | |
|---|---|---|
| F. | Detroit Police Department Communications Operations | 06/27/2014 |
| G. | Declaration of Adam Shamoon | |
| H. | Declaration of Debra Metris-Shamoon | |
| I. | Jury Trial Transcript: Vol 14 (Including Testimony of Arthur Leavells); *USA v Hansberry, et al.;* Case No. 15-20217 (J. Murphy, III) | 06/28/2016 |
| J. | Excerpts of Deposition Transcript of Chief James Craig | 05/21/2020 |
| K. | The Detroit News article: Detroit police probe yields allegations of widespread corruption in drug unit; | 12/11/2019 |
| | The Detroit News article: Detroit police chief: Longstanding culture of drug unit corruption | 12/12/2019 |
| L. | Excerpts of Dkt #8045 Eighth Amended Plan for the Adjustment of Debts of The City of Detroit | 10/22/2014 |
| M. | Kym Worthy/WCPO Press Release | 03/24/2020 |
| N. | IA Inter-Office memorandum (Rayis) | 07/18/2014 |
| O. | Notice of Seizure and Intent to Forfeit, witnessed by "Sgt Joe Tucker" | 09/13/2012 |
| P. | Internal Affair Database Report, Disciplinary History; (DPD Bates 2255, 2257, 2259) | |
| Q. | Excerpt of Internal Affairs Case 00 213 (DPD 2350-54) | 05/28/2001 |
| R. | Correspondence (DPD 2734-2741) | 11/25/2011 |
| S. | *Metris-Shamoon, et al., vs. City of Detroit*; Case No. 18-cv-13683 (J. Cleland); Civil Docket | |

2