# EXHIBIT 1
# None