# EXHIBIT 2
# None