# EXHIBIT 3
# None