# EXHIBIT 4
# Proof of Service

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re:*  Case No. 13-53846
 Judge Thomas J. Tucker
City of Detroit, Michigan  Chapter 9

 *Debtor.*

---

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of May, 2022, I electronically filed and served a copy of the Response to City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order, Exhibit List and Documentary Exhibits A-S with the Clerk of the Court using the ECF system which will send notification to all interested parties and attorneys of record including:

> MILLER, CANFIELD, PADDOCK & STONE, PLC
> ATTN: Mark N. Swanson
> 150 West Jefferson, Suite 2500
> Detroit, MI 48226
> swansonnm@millercanfield.com

May 17, 2022

*/s/ Michael R. Dezsi*
MICHAEL R. DEZSI
DETTMER & DEZSI, PLLC,
1523 N. Main St.
Royal Oak, MI 48067
(313) 757-8112
mdezsi@dezsilaw.com
P64530

1