# <u>EXHIBIT A</u>

CLOSED

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:15-cv-10547-PDB-DRG

Davis et al v. Detroit, City of et al                Date Filed: 02/11/2015
Assigned to: District Judge Paul D. Borman          Date Terminated: 03/28/2019
Referred to: Magistrate Judge David R. Grand         Jury Demand: Plaintiff
Cause: 28:1331 Fed. Question                         Nature of Suit: 440 Civil Rights: Other
                                                     Jurisdiction: Federal Question

**Plaintiff**

**Timothy Davis**                        represented by    **Dennis A Dettmer**
                                                           Dettmer and Dezsi, PLLC
                                                           615 Griswold Street
                                                           Suite 1410
                                                           Detroit, MI 48226
                                                           313-281-8090
                                                           Fax: 313-887-0420
                                                           Email: ddettmeresq@yahoo.com
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Michael R. Dezsi**
                                                           Law Office of Michael R. Dezsi, PLLC
                                                           615 Griswold Street
                                                           Suite 1410
                                                           Detroit, MI 48226
                                                           313 879 1206
                                                           Fax: 313 887 0420
                                                           Email: mdezsi@dezsilaw.com
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hatema Davis**                         represented by    **Dennis A Dettmer**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Michael R. Dezsi**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Detroit, City of**                     represented by

**Calvert A. Bailey**
Detroit City Law Department
1650 First National Building
Detroit, MI 48226
313-224-4550
Fax: 313-224-5505
Email: bailc@detroitmi.gov
*ATTORNEY TO BE NOTICED*

**James R. Acho**
Cummings, McClorey, Davis & Acho
PLC
17436 College Parkway
Livonia, MI 48152
Email: jacho@cmda-law.com
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**James P. Allen**
Allen Brothers
400 Monroe Street
Suite 220
Detroit, MI 48226
313-962-7777
Email:
jamesallen@allenbrotherspllc.com
*ATTORNEY TO BE NOTICED*

**Lindsey R. Johnson**
Allen Brothers, Attorneys and
Counselors, PLLC
400 Monroe, St.
Suite 620
Detroit, MI 48226
(313) 962-7777
Fax: (313) 962-0581
Email: ljohnson@allenbrotherspllc.com
*ATTORNEY TO BE NOTICED*

**Ronald G. Acho**
Cummings, McClorey,
17436 College Parkway
Livonia, MI 48152
734-261-2400
Email: racho@cmda-law.com
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles Flanagan**                    represented by **Calvert A. Bailey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James R. Acho**
(See above for address)
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**James P. Allen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsey R. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald G. Acho**
(See above for address)
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Officer Novak**

**Defendant**

**James Napier**
*TERMINATED: 08/02/2017*                    represented by **Calvert A. Bailey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James R. Acho**
(See above for address)
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**James P. Allen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsey R. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald G. Acho**
(See above for address)
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe**
*TERMINATED: 07/14/2015*

<u>**Defendant**</u>

**John Doe 2**
*TERMINATED: 07/14/2015*

<u>**Defendant**</u>

**Vatasha K Napier**                represented by    **James P. Allen**
*TERMINATED: 08/24/2017*                            (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Calvert A. Bailey**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **James R. Acho**
                                                    (See above for address)
                                                    *TERMINATED: 12/12/2017*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Lindsey R. Johnson**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Ronald G. Acho**
                                                    (See above for address)
                                                    *TERMINATED: 12/12/2017*
                                                    *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Arthur Leavells**                 represented by    **Lawrence T. Garcia**
                                                    Garcia Law Group, PLLC
                                                    The Fisher Building
                                                    3011 West Grand Boulevard
                                                    Suite 2500
                                                    Detroit, MI 48202
                                                    877-643-6255
                                                    Fax: 313-486-3017
                                                    Email:
                                                    lgarcia@garcialawgrouppllc.com
                                                    *TERMINATED: 12/01/2017*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Stephani J. LaBelle**
                                                    LaBelle Law PLLC
                                                    18720 Mack Avenue
                                                    Suite 240

Grosse Pointe Farms, MI 48236
3133009939
Email: slabelle@labellelawpllc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Officer Amy Matellic**                 represented by   **Calvert A. Bailey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James R. Acho**
(See above for address)
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**James P. Allen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsey R. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald G. Acho**
(See above for address)
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Officer Larry Barnett**                 represented by   **Calvert A. Bailey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James R. Acho**
(See above for address)
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**James P. Allen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsey R. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald G. Acho**
(See above for address)

*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Officer Steven Riley**                    represented by    **James P. Allen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Calvert A. Bailey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James R. Acho**
(See above for address)
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**Lindsey R. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald G. Acho**
(See above for address)
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Officer Matthew Bray**                    represented by    **Calvert A. Bailey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James R. Acho**
(See above for address)
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**James P. Allen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsey R. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald G. Acho**
(See above for address)
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Officer Brian Johnson**                 represented by   **Calvert A. Bailey**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James R. Acho**
                                                          (See above for address)
                                                          *TERMINATED: 12/12/2017*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James P. Allen**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Lindsey R. Johnson**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Ronald G. Acho**
                                                          (See above for address)
                                                          *TERMINATED: 12/12/2017*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Officer Reginald Beasley**             represented by   **Calvert A. Bailey**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James R. Acho**
                                                          (See above for address)
                                                          *TERMINATED: 12/12/2017*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James P. Allen**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Lindsey R. Johnson**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Ronald G. Acho**
                                                          (See above for address)
                                                          *TERMINATED: 12/12/2017*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Sgt. Stephen Geelhood**                represented by

**Calvert A. Bailey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James R. Acho**
(See above for address)
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**James P. Allen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsey R. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald G. Acho**
(See above for address)
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/11/2015 | 1 | COMPLAINT filed by All Plaintiffs against All Defendants with Jury Demand. Plaintiff requests summons issued. Receipt No: 0645-5022837 - Fee: $ 400. County of 1st Plaintiff: St Clair County - County Where Action Arose: Oakland - County of 1st Defendant: Wayne. [Previously dismissed case: No] [Possible companion case(s): None] (Dezsi, Michael) (Entered: 02/11/2015) |
| 02/12/2015 | 2 | SUMMONS Issued for *Detroit, City of, Charles Flanagan, James Napier, Officer Novak* (TMcg) (Entered: 02/12/2015) |
| 03/02/2015 | 3 | CERTIFICATE of Service/Summons Returned Executed. Detroit, City of served on 3/2/2015, answer due 3/23/2015. (Dezsi, Michael) (Entered: 03/02/2015) |
| 03/02/2015 | 4 | CERTIFICATE of Service/Summons Returned Executed. Charles Flanagan served on 3/2/2015, answer due 3/23/2015. (Dezsi, Michael) (Entered: 03/02/2015) |
| 03/23/2015 | 5 | ANSWER to Complaint with Affirmative Defenses by Detroit, City of. (Bailey, Calvert) (Entered: 03/23/2015) |
| 03/23/2015 | 6 | MOTION to Quash Service by Charles Flanagan. (Attachments: # 1 Exhibit Affidavit of Charles Flanagan, # 2 Exhibit Return of Service) (Bailey, Calvert) Modified on 3/24/2015 (LHos). (Entered: 03/23/2015) |
| 03/30/2015 | 7 | ORDER REFERRING MOTION to Magistrate Judge David R. Grand: 6 MOTION to Quash filed by Charles Flanagan. Signed by District Judge Paul D. Borman. (DTof) (Entered: 03/30/2015) |

| 03/31/2015 | 8 | NOTICE OF HEARING BY TELEPHONE on 6 MOTION to Quash . **Motion Hearing set for 4/1/2015 03:00 PM before Magistrate Judge David R. Grand** (EBut) (Entered: 03/31/2015) |
|---|---|---|
| 04/01/2015 | 9 | NOTICE TO APPEAR: **Scheduling Conference set for 5/11/2015 04:15 PM before District Judge Paul D. Borman** *SEE NOTICE FOR FURTHER INFORMATION* (DTof) (Entered: 04/01/2015) |
| 04/01/2015 | 10 | NOTICE of Appearance by Dennis A Dettmer on behalf of Hatema Davis, Timothy Davis. (Dettmer, Dennis) (Entered: 04/01/2015) |
| 04/09/2015 | 11 | CERTIFICATE of Service/Summons Returned Executed. Charles Flanagan served on 4/9/2015, answer due 4/30/2015. (Dezsi, Michael) (Entered: 04/09/2015) |
| 04/14/2015 | 12 | CERTIFICATE of Service/Summons Returned Executed.. (Dezsi, Michael) (Entered: 04/14/2015) |
| 04/23/2015 | | TEXT-ONLY NOTICE: Scheduling conference set for 5/11/2015 is Cancelled. (DTof) (Entered: 04/23/2015) |
| 04/27/2015 | 13 | ORDER denying as moot 6 Motion to Quash. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 04/27/2015) |
| 04/29/2015 | 14 | ANSWER to Complaint with Affirmative Defenses by Charles Flanagan. (Bailey, Calvert) (Entered: 04/29/2015) |
| 05/01/2015 | 15 | NOTICE TO APPEAR: **Scheduling Conference set for 5/18/2015 04:00 PM before District Judge Paul D. Borman** *Refer to Docket #9 for further information; once the parties file a Rule 26(f) plan, the Court will cancel the conference and issue a scheduling order* (DTof) (Entered: 05/01/2015) |
| 05/13/2015 | 16 | DISCOVERY plan jointly filed pursuant to Federal Rules of Civil Procedure 26(f) (Dezsi, Michael) (Entered: 05/13/2015) |
| 05/14/2015 | | TEXT-ONLY NOTICE: Scheduling conference set for 5/18/2015 is Cancelled. (DTof) (Entered: 05/14/2015) |
| 05/15/2015 | 17 | SCHEDULING ORDER: **Fact Discovery due by 11/1/2015; Dispositive Motion Cut-off set for 2/15/2016** - Signed by District Judge Paul D. Borman. (Refer to image for additional dates) (DTof) (Entered: 05/15/2015) |
| 06/30/2015 | 18 | MOTION for Protective Order by Detroit, City of. (Attachments: # 1 Exhibit Plaintifs First Request To Produce) (Bailey, Calvert) (Entered: 06/30/2015) |
| 07/14/2015 | 19 | MOTION for Leave to File *Amended Complaint* by All Plaintiffs. (Attachments: # 1 Exhibit First Amended Complaint) (Dezsi, Michael) (Entered: 07/14/2015) |
| 07/14/2015 | 20 | STIPULATED ORDER Allowing Plaintiff to File First Amended Complaint. Signed by District Judge Paul D. Borman. (DTof) (Entered: 07/14/2015) |
| 07/14/2015 | 21 | AMENDED COMPLAINT with Jury Demand filed by All Plaintiffs against All Defendants. NEW PARTIES ADDED. (Dezsi, Michael) (Entered: 07/14/2015) |

| 07/14/2015 | | REQUEST for SUMMONS for Stephen Geelhood, Brian Johnson, Arthur Leavells, Amy Matellic. (Dezsi, Michael) (Entered: 07/14/2015) |
| 07/14/2015 | | REQUEST for SUMMONS for Larry Barnett, Reginald Beasley, Matthew Bray. (Dezsi, Michael) (Entered: 07/14/2015) |
| 07/14/2015 | | REQUEST for SUMMONS for Vatasha K Napier. (Dezsi, Michael) (Entered: 07/14/2015) |
| 07/14/2015 | | REQUEST for SUMMONS for Steven Riley. (Dezsi, Michael) (Entered: 07/14/2015) |
| 07/14/2015 | 22 | NOTICE by All Plaintiffs of withdrawal of 19 MOTION for Leave to File *Amended Complaint* . (Dezsi, Michael) (Entered: 07/14/2015) |
| 07/14/2015 | 23 | SUMMONS Issued for *Larry Barnett, Reginald Beasley, Matthew Bray, Stephen Geelhood, Brian Johnson, Arthur Leavells, Amy Matellic, Vatasha K Napier, Steven Riley* (SOso) (Entered: 07/14/2015) |
| 07/15/2015 | 24 | RESPONSE to 18 MOTION for Protective Order filed by All Plaintiffs. (Attachments: # 1 Exhibit Pf's First Request to Produce Documents) (Dezsi, Michael) (Entered: 07/15/2015) |
| 07/15/2015 | 25 | ORDER REFERRING MOTION to Magistrate Judge David R. Grand: 18 MOTION for Protective Order filed by Detroit, City of. Signed by District Judge Paul D. Borman. (DTof) (Entered: 07/15/2015) |
| 08/05/2015 | 26 | NOTICE OF HEARING on 18 MOTION for Protective Order . **Motion Hearing set for 9/15/2015 10:00 AM before Magistrate Judge David R. Grand** (EBut) (Entered: 08/05/2015) |
| 08/12/2015 | 27 | ANSWER to Amended Complaint with Affirmative Defenses by Detroit, City of. (Bailey, Calvert) (Entered: 08/12/2015) |
| 08/12/2015 | 28 | ANSWER to Amended Complaint with Affirmative Defenses by Charles Flanagan. (Bailey, Calvert) (Entered: 08/12/2015) |
| 08/12/2015 | 29 | ANSWER to Amended Complaint with Affirmative Defenses by Vatasha K Napier. (Bailey, Calvert) (Entered: 08/12/2015) |
| 09/01/2015 | 30 | *PLAINTIFFS'* WITNESS LIST by All Plaintiffs (Dezsi, Michael) (Entered: 09/01/2015) |
| 09/02/2015 | 31 | WITNESS LIST by Detroit, City of, Charles Flanagan, Vatasha K Napier (Bailey, Calvert) (Entered: 09/02/2015) |
| 09/08/2015 | 32 | CERTIFICATE of Service/Summons Returned Executed. Stephen Geelhood served on 9/8/2015, answer due 9/29/2015. (Dettmer, Dennis) (Entered: 09/08/2015) |
| 09/08/2015 | 33 | CERTIFICATE of Service/Summons Returned Executed. Reginald Beasley served on 9/8/2015, answer due 9/29/2015. (Dettmer, Dennis) (Entered: 09/08/2015) |
| 09/08/2015 | 34 | |

| | | |
|---|---|---|
| | | CERTIFICATE of Service/Summons Returned Executed. Brian Johnson served on 9/8/2015, answer due 9/29/2015. (Dettmer, Dennis) (Entered: 09/08/2015) |
| 09/08/2015 | 35 | CERTIFICATE of Service/Summons Returned Executed. Matthew Bray served on 9/8/2015, answer due 9/29/2015. (Dettmer, Dennis) (Entered: 09/08/2015) |
| 09/15/2015 | 36 | ORDER granting in part and denying in part 18 Motion for Protective Order. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 09/15/2015) |
| 09/15/2015 | | Minute Entry for proceedings before Magistrate Judge David R. Grand: Motion Hearing held on 9/15/2015 re 18 MOTION for Protective Order filed by Detroit, City of Disposition: #18 granted in part, denied in part(Court Reporter Digitally Recorded) (EBut) (Entered: 09/15/2015) |
| 09/22/2015 | 37 | STIPULATED ORDER Extending Expert Disclosure Deadline. Signed by District Judge Paul D. Borman. (DTof) (Entered: 09/22/2015) |
| 09/29/2015 | 38 | ANSWER to Amended Complaint with Affirmative Defenses by Reginald Beasley. (Bailey, Calvert) (Entered: 09/29/2015) |
| 09/29/2015 | 39 | ANSWER to Amended Complaint with Affirmative Defenses by Matthew Bray. (Bailey, Calvert) (Entered: 09/29/2015) |
| 09/29/2015 | 40 | ANSWER to Amended Complaint with Affirmative Defenses by Stephen Geelhood. (Bailey, Calvert) (Entered: 09/29/2015) |
| 09/29/2015 | 41 | ANSWER to Amended Complaint with Affirmative Defenses by Brian Johnson. (Bailey, Calvert) (Entered: 09/29/2015) |
| 10/05/2015 | 42 | CERTIFICATE of Service/Summons Returned Executed. Larry Barnett served on 10/5/2015, answer due 10/26/2015. (Dezsi, Michael) (Entered: 10/05/2015) |
| 10/06/2015 | 43 | CERTIFICATE of Service/Summons Returned Executed. Arthur Leavells served on 10/6/2015, answer due 10/27/2015. (Dezsi, Michael) (Entered: 10/06/2015) |
| 10/08/2015 | 44 | STIPULATED PROTECTIVE ORDER - Signed by District Judge Paul D. Borman. (DTof) (Entered: 10/08/2015) |
| 10/19/2015 | 45 | CERTIFICATE of Service/Summons Returned Executed. Amy Matellic served on 10/19/2015, answer due 11/9/2015. (Dezsi, Michael) (Entered: 10/19/2015) |
| 10/26/2015 | 46 | ANSWER to Amended Complaint with Affirmative Defenses by Larry Barnett. (Bailey, Calvert) (Entered: 10/26/2015) |
| 11/05/2015 | 47 | ANSWER to Amended Complaint with Affirmative Defenses by Amy Matellic. (Bailey, Calvert) (Entered: 11/05/2015) |
| 11/10/2015 | 48 | CERTIFICATE of Service/Summons Returned Executed. Steven Riley served on 11/10/2015, answer due 12/1/2015. (Dezsi, Michael) (Entered: 11/10/2015) |
| 12/04/2015 | 49 | ANSWER to Amended Complaint with Affirmative Defenses by Steven Riley. (Bailey, Calvert) (Entered: 12/04/2015) |
| | | |

| | | |
|---|---|---|
| 12/28/2015 | 50 | STIPULATED ORDER Amending dates ( **Fact Discovery due by 6/20/2016, Dispositive Motion Cut-off set for 12/1/2016**)*See order for other deadlines* Signed by District Judge Paul D. Borman. (DTof) (Entered: 12/28/2015) |
| 01/25/2016 | 51 | NOTICE of Appearance by Lawrence T. Garcia on behalf of Arthur Leavells. (Garcia, Lawrence) (Entered: 01/25/2016) |
| 01/25/2016 | 52 | ANSWER to Amended Complaint with Affirmative Defenses by Arthur Leavells. (Garcia, Lawrence) (Entered: 01/25/2016) |
| 01/26/2016 | 53 | MOTION for Order to Show Cause *and/or Default Judgment* by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit) (Dezsi, Michael) (Entered: 01/26/2016) |
| 01/26/2016 | 54 | Amended MOTION for Order to Show Cause *and/or Default Judgment for Defendants' Failure to Comply with this Court's Prior Discovery Orders* by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit D, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F) (Dezsi, Michael) (Entered: 01/26/2016) |
| 01/26/2016 | 55 | MOTION to Compel *the Deposition to Detroit Police Chief James Craig* by All Plaintiffs. (Attachments: # 1 Exhibit A) (Dezsi, Michael) (Entered: 01/26/2016) |
| 02/02/2016 | 56 | ORDER REFERRING MOTION to Magistrate Judge David R. Grand: 55 MOTION to Compel *the Deposition to Detroit Police Chief James Craig* filed by Hatema Davis, Timothy Davis. Signed by District Judge Paul D. Borman. (DTof) (Entered: 02/02/2016) |
| 02/10/2016 | 57 | ORDER denying without prejudice 55 Motion to Compel. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 02/10/2016) |
| 03/03/2016 | 58 | ORDER granting in part and denying in part 54 Motion for Order to Show Cause. Signed by District Judge Paul D. Borman. (DTof) (Entered: 03/03/2016) |
| 03/16/2016 | 59 | STIPULATED ORDER to Extend Witness List Filing. Signed by District Judge Paul D. Borman. (DTof) (Entered: 03/16/2016) |
| 03/28/2016 | 60 | MOTION for Default Judgment as to Arthur Leavells by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E) (Dezsi, Michael) (Entered: 03/28/2016) |
| 03/30/2016 | 61 | MOTION to Stay *Proceedings* by Arthur Leavells. (LaBelle, Stephani) (Entered: 03/30/2016) |
| 04/04/2016 | 62 | ORDER REFERRING MOTION to Magistrate Judge David R. Grand: 60 MOTION for Default Judgment as to Arthur Leavells filed by Hatema Davis, Timothy Davis. Signed by District Judge Paul D. Borman. (DTof) (Entered: 04/04/2016) |
| 04/04/2016 | 63 | RESPONSE to 61 MOTION to Stay *Proceedings* filed by Larry Barnett, Reginald Beasley, Matthew Bray, Detroit, City of, Charles Flanagan, Stephen Geelhood, Brian Johnson, Amy Matellic, James Napier, Vatasha K Napier, Steven Riley. (Bailey, Calvert) (Entered: 04/04/2016) |

https://ecf.mied.uscourts.gov/cgi-bin/DktRpt.pl?721843780685499-L_1_0-1                1/21/2020

| 04/06/2016 | 64 | RESPONSE to 61 MOTION to Stay *Proceedings* filed by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B) (Dezsi, Michael) (Entered: 04/06/2016) |
|---|---|---|
| 04/07/2016 | 65 | Renewed MOTION for Default Judgment as to Detroit, City of by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I) (Dezsi, Michael) (Entered: 04/07/2016) |
| 04/07/2016 | 66 | ORDER REFERRING MOTION to Magistrate Judge David R. Grand: 61 MOTION to Stay *Proceedings* filed by Arthur Leavells. Signed by District Judge Paul D. Borman. (DTof) (Entered: 04/07/2016) |
| 04/07/2016 | 67 | ORDER REFERRING MOTION to Magistrate Judge David R. Grand: 65 Renewed MOTION for Default Judgment as to Detroit, City of filed by Hatema Davis, Timothy Davis. Signed by District Judge Paul D. Borman. (DTof) (Entered: 04/07/2016) |
| 04/07/2016 | 68 | SEALED EXHIBIT *G and H* re 65 Renewed MOTION for Default Judgment as to Detroit, City of by All Plaintiffs. (Attachments: # 1 Exhibit G Internal Affairs Documents, # 2 Exhibit H Internal Affairs Documents) (Dezsi, Michael) (Entered: 04/07/2016) |
| 04/11/2016 | 69 | NOTICE OF HEARING on 60 MOTION for Default Judgment as to Arthur Leavells , 65 Renewed MOTION for Default Judgment as to Detroit, City of , 61 MOTION to Stay *Proceedings*. **Motion Hearing set for 6/7/2016 10:00 AM before Magistrate Judge David R. Grand** (EBut) (Entered: 04/11/2016) |
| 04/11/2016 | 70 | RESPONSE to 60 MOTION for Default Judgment as to Arthur Leavells filed by Arthur Leavells. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A) (Garcia, Lawrence) (Entered: 04/11/2016) |
| 04/29/2016 | 71 | WITNESS LIST by Arthur Leavells (LaBelle, Stephani) (Entered: 04/29/2016) |
| 05/02/2016 | 72 | *Amended* WITNESS LIST by All Plaintiffs (Dezsi, Michael) (Entered: 05/02/2016) |
| 05/12/2016 | 73 | MOTION to Compel by Larry Barnett, Reginald Beasley, Matthew Bray, Detroit, City of, Charles Flanagan, Stephen Geelhood, Brian Johnson, Arthur Leavells, Amy Matellic, James Napier, Vatasha K Napier, Steven Riley. (Attachments: # 1 Exhibit Deposition Notice and Certificate of Service, # 2 Email from plaintiff counsel) (Bailey, Calvert) Modified on 6/1/2016 (DTof) - Defendant Arthur Leavells not a filer of this motion. (Entered: 05/12/2016) |
| 05/13/2016 | 74 | ORDER REFERRING MOTION to Magistrate Judge David R. Grand: 73 MOTION to Compel filed by Matthew Bray, Brian Johnson, Larry Barnett, James Napier, Stephen Geelhood, Reginald Beasley, Arthur Leavells, Charles Flanagan, Detroit, City of, Steven Riley, Vatasha K Napier, Amy Matellic. Signed by District Judge Paul D. Borman. (DTof) Modified on 6/1/2016 (DTof) - Defendant Arthur Leavells not a filer of this motion. (Entered: 05/13/2016) |
| 05/16/2016 | 75 | |

| | | |
|---|---|---|
| | | ORDER denying 73 Motion to Compel. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 05/16/2016) |
| 05/20/2016 | 76 | MOTION to Compel *Depositions of Plaintiffs* by Arthur Leavells. (Attachments: # 1 Index of Exhibits Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D) (LaBelle, Stephani) (Entered: 05/20/2016) |
| 05/31/2016 | 77 | ORDER REFERRING MOTION to Magistrate Judge David R. Grand: 76 MOTION to Compel *Depositions of Plaintiffs* filed by Arthur Leavells. Signed by District Judge Paul D. Borman. (DTof) (Entered: 05/31/2016) |
| 05/31/2016 | 78 | APPEAL OF MAGISTRATE JUDGE DECISION by Charles Flanagan, Stephen Geelhood, Brian Johnson, Arthur Leavells, Amy Matellic, James Napier, Vatasha K Napier, Steven Riley re 75 Order on Motion to Compel. (Bailey, Calvert) Modified on 6/1/2016 (DWor). [ALSO FILED BY LARRY BARNETT, MATTHEW BRAY, REGINALD BEASLEY] (Entered: 05/31/2016) |
| 06/01/2016 | 79 | RESPONSE to 76 MOTION to Compel *Depositions of Plaintiffs* filed by All Plaintiffs. (Dezsi, Michael) (Entered: 06/01/2016) |
| 06/02/2016 | 80 | NOTICE OF HEARING on 76 MOTION to Compel *Depositions of Plaintiffs*. **Motion Hearing set for 6/7/2016 10:00 AM before Magistrate Judge David R. Grand** (EBut) (Entered: 06/02/2016) |
| 06/05/2016 | 81 | RESPONSE to 65 Renewed MOTION for Default Judgment as to Detroit, City of filed by Detroit, City of. (Bailey, Calvert) (Entered: 06/05/2016) |
| 06/06/2016 | 82 | REPLY to Response re 65 Renewed MOTION for Default Judgment as to Detroit, City of filed by Hatema Davis, Timothy Davis. (Dezsi, Michael) (Entered: 06/06/2016) |
| 06/07/2016 | 83 | ORDER REGARDING EVIDENTIARY HEARING. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 06/07/2016) |
| 06/07/2016 | | Minute Entry for proceedings before Magistrate Judge David R. Grand: Motion Hearing held on 6/7/2016 re 65 Renewed MOTION for Default Judgment as to Detroit, City of filed by Hatema Davis, Timothy Davis, 61 MOTION to Stay *Proceedings* filed by Arthur Leavells, 60 MOTION for Default Judgment as to Arthur Leavells filed by Hatema Davis, Timothy Davis, 76 MOTION to Compel *Depositions of Plaintiffs* filed by Arthur Leavells. Disposition: MotionS taken under advisement (Court Reporter: Digitally Recorded) (EBut) (Entered: 06/07/2016) |
| 06/14/2016 | 84 | SUPPLEMENTAL BRIEF re 65 Renewed MOTION for Default Judgment as to Detroit, City of filed by All Plaintiffs. (Dezsi, Michael) (Entered: 06/14/2016) |
| 06/14/2016 | 85 | SEALED EXHIBIT re 84 Supplemental Brief by All Plaintiffs. (Attachments: # 1 Exhibit J, # 2 Exhibit K) (Dezsi, Michael) (Entered: 06/14/2016) |
| 06/21/2016 | 86 | SUPPLEMENTAL BRIEF re 84 Supplemental Brief filed by Detroit, City of. (Bailey, Calvert) (Entered: 06/21/2016) |
| | | |

| 06/28/2016 | 87 | RENOTICE TO APPEAR: **Evidentiary Hearing set for 8/1/2016 10:00 AM before Magistrate Judge David R. Grand** (EBut) (Entered: 06/28/2016) |
|---|---|---|
| 07/14/2016 | 88 | MOTION to Certify Class by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A1-A4: Affidavits and Search Warrants, # 3 Exhibit B: First Superseding Indictment) (Dezsi, Michael) (Entered: 07/14/2016) |
| 07/14/2016 | 89 | OPINION AND ORDER Denying Objections contained in 78 Appeal of Magistrate Judge Decision, filed by Brian Johnson, James Napier, Stephen Geelhood, Charles Flanagan, Arthur Leavells, Steven Riley, Vatasha K Napier, Amy Matellic. Signed by District Judge Paul D. Borman. (DTof) (Entered: 07/14/2016) |
| 07/14/2016 | 90 | MOTION for Partial Summary Judgment by Arthur Leavells. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D) (Garcia, Lawrence) (Entered: 07/14/2016) |
| 07/25/2016 | 91 | RESPONSE to 88 MOTION to Certify Class filed by Larry Barnett, Reginald Beasley, Matthew Bray, Detroit, City of, Charles Flanagan, Stephen Geelhood, Brian Johnson, Arthur Leavells, Amy Matellic, James Napier, Vatasha K Napier, Steven Riley. (Bailey, Calvert) (Entered: 07/25/2016) |
| 07/29/2016 | 92 | RESPONSE to 88 MOTION to Certify Class filed by Arthur Leavells. (Garcia, Lawrence) (Entered: 07/29/2016) |
| 08/01/2016 | | Minute Entry for proceedings before Magistrate Judge David R. Grand: Evidentiary Hearing held on 8/1/2016. (Court Reporter: Jeseca Eddington) (EBut) (Entered: 08/02/2016) |
| 08/03/2016 | 93 | REPLY to Response re 88 MOTION to Certify Class filed by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit C, # 3 Exhibit D) (Dezsi, Michael) (Entered: 08/03/2016) |
| 08/04/2016 | 94 | RESPONSE to 90 MOTION for Partial Summary Judgment filed by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C) (Dezsi, Michael) (Entered: 08/04/2016) |
| 08/17/2016 | 95 | REPLY to Response re 90 MOTION for Partial Summary Judgment filed by Arthur Leavells. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E) (Garcia, Lawrence) (Entered: 08/17/2016) |
| 09/29/2016 | 96 | ORDER granting in part and denying in part 76 Motion to Compel. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 09/29/2016) |
| 09/29/2016 | 97 | ORDER denying 61 Motion to Stay. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 09/29/2016) |
| 09/29/2016 | 98 | REPORT AND RECOMMENDATION re 60 MOTION for Default Judgment as to Arthur Leavells filed by Hatema Davis, Timothy Davis Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 09/29/2016) |
| 09/29/2016 | 99 | REPORT AND RECOMMENDATION re 65 Renewed MOTION for Default Judgment as to Detroit, City of filed by Hatema Davis, Timothy Davis Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 09/29/2016) |

| | | |
|---|---|---|
| 10/19/2016 | 100 | OPINION AND ORDER Adopting 98 Report and Recommendation Denying 60 Motion for Default Judgment filed by Hatema Davis, Timothy Davis. Signed by District Judge Paul D. Borman. (DTof) (Entered: 10/19/2016) |
| 10/19/2016 | 101 | OPINION AND ORDER Adopting 99 Report and Recommendation Granting in Part and Denying in Part 65 Motion for Default Judgment, filed by Hatema Davis, Timothy Davis. Signed by District Judge Paul D. Borman. (DTof) (Entered: 10/19/2016) |
| 10/19/2016 | 102 | NOTICE OF HEARING on 90 MOTION for Partial Summary Judgment , 88 MOTION to Certify Class **Motion Hearing set for 1/19/2017 02:30 PM before District Judge Paul D. Borman** (DTof) (Entered: 10/19/2016) |
| 11/22/2016 | 103 | ORDER REFERRING OTHER MATTERS to Magistrate Judge Grand: Status conference regarding discovery issues. Signed by District Judge Paul D. Borman. (DTof) (Entered: 11/22/2016) |
| 11/30/2016 | 104 | ORDER REGARDING OUTSTANDING DISCOVERY ISSUES. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 11/30/2016) |
| 12/13/2016 | | Set/Reset Deadlines as to 90 MOTION for Partial Summary Judgment , 88 MOTION to Certify Class . **Motion Hearing RESET for 1/20/2017 02:30 PM before District Judge Paul D. Borman** (DTof) (Entered: 12/13/2016) |
| 12/29/2016 | 105 | MOTION for Extension of Time to File Response/Reply by Detroit, City of. (Bailey, Calvert) (Entered: 12/29/2016) |
| 12/30/2016 | 106 | RESPONSE to 105 MOTION for Extension of Time to File Response/Reply filed by All Plaintiffs. (Attachments: # 1 Exhibit Plaintiffs' 3rd Requests to Produce Documents, # 2 Exhibit City of Detroit's Objections to Discovery Requests) (Dezsi, Michael) (Entered: 12/30/2016) |
| 01/11/2017 | 107 | OPINION AND ORDER Reluctantly Granting 105 MOTION for Extension of Time to File Response/Reply filed by Detroit, City of and SETTING STATUS CONFERENCE. ( **Status Conference set for 1/20/2017 02:30 PM before District Judge Paul D. Borman**), MOTIONS WILL NOT BE HEARD ON THAT DATE, ALL COUNSEL MUST APPEAR. Signed by District Judge Paul D. Borman. (DTof) (Entered: 01/11/2017) |
| 01/17/2017 | 108 | NOTICE TO APPEAR: **Status Conference RESET(TIME ONLY) for 1/20/2017 11:00 AM before District Judge Paul D. Borman** *ALL COUNSEL MUST APPEAR* (DTof) (Entered: 01/17/2017) |
| 01/20/2017 | | Minute Entry for proceedings before District Judge Paul D. Borman: Status Conference held on 1/20/2017. (Court Reporter: Leann Lizza) (DTof) (Entered: 01/20/2017) |
| 01/20/2017 | 109 | ORDER Referring Pretrial Matters Excluding Dispositive Motions to Magistrate Judge David R. Grand. Signed by District Judge Paul D. Borman. (DTof) (Entered: 01/20/2017) |
| 01/24/2017 | 110 | OPINION AND ORDER denying as moot 90 Motion for Partial Summary Judgment. Signed by District Judge Paul D. Borman. (DTof) (Entered: 01/24/2017) |

| 02/28/2017 | 111 | TRANSCRIPT of Status Conference held on 01/20/2017. (Court Reporter: Leann S. Lizza) (Number of Pages: 28) The parties have 21 days to file with the court and Court Reporter a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 3/21/2017. Redacted Transcript Deadline set for 3/31/2017. Release of Transcript Restriction set for 5/30/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Lizza, L.) (Entered: 02/28/2017) |
|---|---|---|
| 03/02/2017 | 112 | NOTICE TO APPEAR BY TELEPHONE: **Status Conference set for 3/6/2017 03:30 PM before District Judge Paul D. Borman** (DTof) (Entered: 03/02/2017) |
| 03/06/2017 | | Minute Entry for proceedings before District Judge Paul D. Borman: Telephonic Status Conference held on 3/6/2017, Set Deadlines/Hearings: ( **TELEPHONIC Status Conference set for 4/17/2017 03:30 PM before District Judge Paul D. Borman**) (Court Reporter: Leann Lizza) (DTof) (Entered: 03/06/2017) |
| 04/17/2017 | | Minute Entry for proceedings before District Judge Paul D. Borman: Telephonic Status Conference held on 4/17/2017. (Court Reporter: Leann Lizza) (DTof) (Entered: 04/17/2017) |
| 05/03/2017 | 113 | NOTICE OF HEARING on 88 MOTION to Certify Class . **Motion Hearing set for 7/14/2017 02:00 PM before District Judge Paul D. Borman** (DTof) (Entered: 05/03/2017) |
| 05/24/2017 | 114 | Notice of E-mail Delivery Failure as to attorney Stephani J. LaBelle. Bounced NEF for 113 Notice of Hearing on Motion. (SSch) (Entered: 05/24/2017) |
| 05/31/2017 | 115 | MOTION for Default Judgment as to All Defendants by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G) (Dezsi, Michael) (Entered: 05/31/2017) |
| 05/31/2017 | 116 | EXHIBIT G - *Amended* re 115 MOTION for Default Judgment as to All Defendants by All Plaintiffs (Attachments: # 1 Exhibit G - Deposition of Arthur Leavells) (Dezsi, Michael) (Entered: 05/31/2017) |
| 06/02/2017 | 117 | ORDER REFERRING MOTION to Magistrate Judge David R. Grand: 115 MOTION for Default Judgment as to All Defendants filed by Hatema Davis, Timothy Davis. Signed by District Judge Paul D. Borman. (DTof) (Entered: 06/02/2017) |
| 06/02/2017 | | TEXT-ONLY NOTICE: Motion Hearing set for 07/14/2017 is Cancelled re 88 MOTION to Certify Class (DTof) (Entered: 06/02/2017) |
| 06/06/2017 | 118 | RESPONSE to 115 MOTION for Default Judgment as to All Defendants filed by Detroit, City of. (Attachments: # 1 Exhibit A - Timothy Davis Deposition Transcript, # 2 Exhibit B - Concurrence E-Mail) (Bailey, Calvert) (Entered: 06/06/2017) |

| | | |
|---|---|---|
| 06/14/2017 | 119 | RESPONSE to 115 MOTION for Default Judgment as to All Defendants filed by Arthur Leavells. (Attachments: # 1 Exhibit A) (Garcia, Lawrence) (Entered: 06/14/2017) |
| 06/15/2017 | 120 | NOTICE of Appearance by Ronald G. Acho on behalf of All Defendants. (Acho, Ronald) (Entered: 06/15/2017) |
| 06/15/2017 | 121 | NOTICE of Appearance by James R. Acho on behalf of All Defendants. (Acho, James) (Entered: 06/15/2017) |
| 06/20/2017 | 122 | REPLY to Response re 115 MOTION for Default Judgment as to All Defendants filed by All Plaintiffs. (Dezsi, Michael) (Entered: 06/20/2017) |
| 07/17/2017 | 123 | NOTICE OF HEARING on 115 MOTION for Default Judgment as to All Defendants . **Motion Hearing set for 8/22/2017 10:00 AM before Magistrate Judge David R. Grand** (EBut) (Entered: 07/17/2017) |
| 07/21/2017 | 124 | MOTION to Compel *Independent Medical Examinations of Plaintiffs* by Larry Barnett, Reginald Beasley, Matthew Bray, Detroit, City of, Charles Flanagan, Stephen Geelhood, Brian Johnson, Amy Matellic, James Napier, Vatasha K Napier, Steven Riley. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A: Criminal History, # 3 Exhibit B: Statement, # 4 Exhibit C: Status Report, # 5 Exhibit D: 6/9/2017 corresp., # 6 Exhibit E: 6/20/2017 corresp., # 7 Exhibit F: 7/5/2017 corresp., # 8 Exhibit G: 7/19/2017 corresp., # 9 Exhibit H: Intake form, # 10 Exhibit I: H. Davis Dep, # 11 Exhibit J: T. Davis dep., # 12 Exhibit K: Lahar v. Oakland County, # 13 Exhibit L: Medical records) (Acho, Ronald) (Entered: 07/21/2017) |
| 07/25/2017 | 125 | MOTION for Summary Judgment by James Napier, Vatasha K Napier. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A: Letters of Authority, # 3 Exhibit B: Geelhood Dep., # 4 Exhibit C: Activity Log, # 5 Exhibit D: Napier time cards, # 6 Exhibit E: NED Daily Detail, # 7 Exhibit F: Narc Unit Daily Detail, # 8 Exhibit G: Bennett v. Schroeder) (Acho, Ronald) (Entered: 07/25/2017) |
| 07/26/2017 | 126 | ORDER granting in part and denying in part 124 Motion to Compel. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 07/26/2017) |
| 08/02/2017 | 127 | STIPULATED ORDER Dismissing Defendant James Napier. Signed by District Judge Paul D. Borman. (DTof) (Entered: 08/02/2017) |
| 08/03/2017 | | Minute Entry for proceedings before Magistrate Judge David R. Grand: Telephonic Conference held on 8/3/2017.Disposition: The Court held a telephonic conference to discuss the parties' respective proposed protective orders. The Court provided guidance which should easily enable counsel to draft a protective order that addresses each side's concerns without burdening either side's rights. The Court declined counsel's request to draft the protective order for the parties. Counsel should forthwith meet and confer in good faith and then submit a joint proposed protective order for entry by close of business on Friday, August 4, 2017. If they are unable to agree on a protective order, Plaintiff shall file a motion for protective order by close of business on Monday, August 7, 2017. Defendant shall file a response to any such motion |

| | | |
|---|---|---|
| | | by close of business on Wednesday, August 10, 2017. (EBut) (Entered: 08/03/2017) |
| 08/04/2017 | 128 | Notice of E-mail Delivery Failure as to attorney Stephani J. LaBelle. Bounced NEF for 125 MOTION for Summary Judgment , 127 Order, Add and Terminate Parties, Text-Only Notice of Hearing Cancelled, 115 MOTION for Default Judgment as to All Defendants , 120 Notice of Appearance, 116 Exhibit, 123 Notice of Hearing on Motion, 124 MOTION to Compel *Independent Medical Examinations of Plaintiffs*, 117 Order Referring Motion to Magistrate Judge, Status Conference,,, 126 Order on Motion to Compel, 121 Notice of Appearance, 118 Response to Motion, 122 Reply to Response to Motion, 119 Response to Motion. (SSch) (Entered: 08/04/2017) |
| 08/07/2017 | 129 | MOTION for Protective Order *Regarding Independant Medical Examinations* by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A Proposed Stipulated Protective Order, # 3 Exhibit B Email from Lawrence Garcia, # 4 Exhibit C Selected Emails between Counsel) (Dezsi, Michael) (Entered: 08/07/2017) |
| 08/09/2017 | 130 | RESPONSE to 129 MOTION for Protective Order *Regarding Independant Medical Examinations* filed by Detroit, City of. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D) (Acho, Ronald) (Entered: 08/09/2017) |
| 08/14/2017 | 131 | [STRICKEN] RESPONSE *and Objection to Plaintiffs′ Subpoena for Documents* by Detroit, City of. (Attachments: # 1 Exhibit A) (Acho, Ronald) Modified on 8/15/2017 (DTyl). (Entered: 08/14/2017) |
| 08/15/2017 | | NOTICE of Error directed to: Ronald G. Acho re 131 Response (Free). Document is prohibited discovery, disclosure or a certificate of service thereof. Document was stricken. [No Image Associated with this docket entry] (DTyl) (Entered: 08/15/2017) |
| 08/15/2017 | 132 | OBJECTION to *Subpoena for Documents* by Arthur Leavells. (Garcia, Lawrence) (Entered: 08/15/2017) |
| 08/16/2017 | 133 | NOTICE by Detroit, City of *Objections to Plaintiffs′ Subpoena for Documents for August 22, 2017 Hearing for Plaintiff's Motion for Entry of Default* (Attachments: # 1 Exhibit A) (Acho, Ronald) (Entered: 08/16/2017) |
| 08/18/2017 | 134 | MOTION to Compel *Production at August 22, 2017 Hearing* by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A Subpoenas, # 3 Exhibit B Subpoenas, # 4 Exhibit C City's Objections, # 5 Exhibit D Leavells Objections, # 6 Exhibit E Deposition of Hatema Davis, # 7 Exhibit F Deposition of Timothy Davis, # 8 Exhibit Leavells' Judgment) (Dettmer, Dennis) (Entered: 08/18/2017) |
| 08/21/2017 | 135 | NOTICE by Detroit, City of *to the Court of Objections to Plaintiffs′ August 16, 2017 Subpoena for Documents for August 22, 2017 Hearing on Plaintiffs′ Motion for Entry of Default* (Attachments: # 1 Exhibit A: Subpoena) (Acho, Ronald) (Entered: 08/21/2017) |
| 08/22/2017 | 136 | |

| | | |
|---|---|---|
| | | ORDER granting in part and denying in part 129 Motion for Protective Order. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 08/22/2017) |
| 08/22/2017 | 137 | PROTECTIVE ORDER REGARDING INDEPENDENTMEDICAL EXAMINATIONS OF THE PLAINTIFFSTIMOTHY DAVIS AND HATEMA DAVIS. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 08/22/2017) |
| 08/22/2017 | | Minute Entry for proceedings before Magistrate Judge David R. Grand: Motion Hearing held on 8/22/2017 re 115 MOTION for Default Judgment as to All Defendants filed by Hatema Davis, Timothy Davis Disposition: Motion taken under advisement (Court Reporter: Digitally Recorded) (EBut) (Entered: 08/22/2017) |
| 08/24/2017 | 138 | NOTICE by James Napier re 125 MOTION for Summary Judgment *Withdrawal* (Acho, Ronald) (Entered: 08/24/2017) |
| 09/20/2017 | 139 | REPORT AND RECOMMENDATION re 115 MOTION for Default Judgment as to All Defendants filed by Hatema Davis, Timothy Davis Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 09/20/2017) |
| 10/13/2017 | 140 | NOTICE OF HEARING on 88 MOTION to Certify Class . **Motion Hearing set for 1/10/2018 03:00 PM before District Judge Paul D. Borman** (DTof) (Entered: 10/13/2017) |
| 10/18/2017 | 141 | ORDER Adopting 139 Report and Recommendation Denying 115 Motion for Default Judgment, filed by Hatema Davis, Timothy Davis. Signed by District Judge Paul D. Borman. (DTof) (Entered: 10/18/2017) |
| 10/20/2017 | 142 | MOTION for Withdrawal of Attorney Lawrence T. Garcia by Arthur Leavells. (Garcia, Lawrence) (Entered: 10/20/2017) |
| 10/23/2017 | 143 | RE-NOTICE OF HEARING on 88 MOTION to Certify Class . **Motion Hearing RESET for 12/20/2017 03:00 PM before District Judge Paul D. Borman** (DTof) (Entered: 10/23/2017) |
| 11/01/2017 | | Set/Reset Deadlines as to 88 MOTION to Certify Class . **Motion Hearing RESET(TIME ONLY) for 12/20/2017 03:30 PM before District Judge Paul D. Borman** (DTof) (Entered: 11/01/2017) |
| 11/06/2017 | 144 | MOTION for Leave to File *Supplemental Brief in Response to Plaintiffs' Motion to Certify Class Action* by Detroit, City of. (Acho, Ronald) (Entered: 11/06/2017) |
| 11/06/2017 | 145 | SUPPLEMENTAL BRIEF re 91 Response to Motion, *to Certify Class Action* filed by Detroit, City of. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O) (Acho, Ronald) (Entered: 11/06/2017) |
| 11/08/2017 | 146 | RESPONSE to 144 MOTION for Leave to File *Supplemental Brief in Response to Plaintiffs' Motion to Certify Class Action* filed by All Plaintiffs. (Dezsi, Michael) (Entered: 11/08/2017) |
| | | |

| | | |
|---|---|---|
| 11/17/2017 | 147 | MOTION to Strike *Plaintiffs' Claims for Damages* by Detroit, City of. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 26 Exhibit Y, # 27 Exhibit Z) (Acho, Ronald) (Entered: 11/17/2017) |
| 11/28/2017 | 148 | ORDER Granting 144 MOTION for Leave to File *Supplemental Brief in Response to Plaintiffs' Motion to Certify Class Action* filed by Detroit, City of., RESET Motion and R&R Deadlines/Hearings as to 88 MOTION to Certify Class :( **Motion Hearing RESET for 1/2/2018 03:00 PM before District Judge Paul D. Borman**) Signed by District Judge Paul D. Borman. (DTof) (Entered: 11/28/2017) |
| 11/30/2017 | 149 | STIPULATION *Allowing Withdrawal* by Arthur Leavells (Garcia, Lawrence) (Entered: 11/30/2017) |
| 12/01/2017 | 150 | ORDER granting 142 Motion to Withdraw as Attorney.. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 12/01/2017) |
| 12/04/2017 | 151 | SUPPLEMENTAL BRIEF re 91 Response to Motion, *to Certify Class Action* filed by Detroit, City of. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A: ICHAT report, # 3 Exhibit B: T Davis Dep, # 4 Exhibit C: Arrest Rpt, # 5 Exhibit D: 1st Stmt, # 6 Exhibit E: OTIS Profile, # 7 Exhibit F: 2nd Stmt, # 8 Exhibit G: Aff & Search Warrant, # 9 Exhibit H: Incident Rpt, # 10 Exhibit I: Warren PD Rpt, # 11 Exhibit J: Geelhood Dep, # 12 Exhibit K: Wheeler v Detroit) (Acho, Ronald) (Entered: 12/04/2017) |
| 12/08/2017 | 152 | NOTICE of Appearance by James P. Allen on behalf of Larry Barnett, Reginald Beasley, Matthew Bray, Detroit, City of, Charles Flanagan, Stephen Geelhood, Brian Johnson, Amy Matellic, James Napier. (Allen, James) (Entered: 12/08/2017) |
| 12/11/2017 | 153 | RESPONSE to 147 MOTION to Strike *Plaintiffs' Claims for Damages* filed by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A Affidavit and Search Warrant, # 3 Exhibit B First Superseding Indictment, # 4 Exhibit C Testimony of Arthur Leavells, # 5 Exhibit D Deposition of Stephen Geelhood, # 6 Exhibit E Deposition of Timothy Davis, # 7 Exhibit F Deposition of Hatema Davis, # 8 Exhibit G Deposition of Timothy Davis) (Dezsi, Michael) (Entered: 12/11/2017) |
| 12/12/2017 | 154 | ORDER of Attorney Substitution with stipulation. Attorney James P. Allen for Vatasha K Napier,James P. Allen for Steven Riley added. Signed by District Judge Paul D. Borman. (DTof) (Entered: 12/12/2017) |
| 12/14/2017 | 155 | SUPPLEMENTAL BRIEF re 88 MOTION to Certify Class filed by All Plaintiffs. (Dezsi, Michael) (Entered: 12/14/2017) |
| 12/14/2017 | | TEXT-ONLY NOTICE: Motion Hearing set for 01/02/2018 is Cancelled re 88 MOTION to Certify Class (DTof) (Entered: 12/14/2017) |

| 12/18/2017 | 156 | ORDER REFERRING MOTION to Magistrate Judge David R. Grand: 88 MOTION to Certify Class filed by Hatema Davis, Timothy Davis. Signed by District Judge Paul D. Borman. (DTof) (Entered: 12/18/2017) |
| 12/18/2017 | 157 | NOTICE OF HEARING on 147 MOTION to Strike *Plaintiffs' Claims for Damages*, 88 MOTION to Certify Class . **Motion Hearing set for 1/23/2018 10:00 AM before Magistrate Judge David R. Grand** (EBut) (Entered: 12/18/2017) |
| 01/10/2018 | 158 | SUPPLEMENTAL BRIEF re 147 MOTION to Strike *Plaintiffs' Claims for Damages*, 91 Response to Motion, filed by All Defendants. (Allen, James) (Entered: 01/10/2018) |
| 01/23/2018 | 159 | ORDER AND NOTICE OF HEARING. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 01/23/2018) |
| 01/23/2018 | | Minute Entry for proceedings before Magistrate Judge David R. Grand: Motion Hearing not held on 1/23/2018 re 88 MOTION to Certify Class filed by Hatema Davis, Timothy Davis, 147 MOTION to Strike *Plaintiffs' Claims for Damages* filed by Detroit, City of (EBut) (Entered: 01/24/2018) |
| 02/22/2018 | 160 | RENOTICE OF HEARING on 147 MOTION to Strike *Plaintiffs' Claims for Damages*, 88 MOTION to Certify Class . **Motion Hearing set for 4/3/2018 10:00 AM before Magistrate Judge David R. Grand** (EBut) (Entered: 02/22/2018) |
| 03/07/2018 | 161 | STIPULATED ORDER TO PERPETUATE TESTIMONY. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 03/07/2018) |
| 03/28/2018 | 162 | SUPPLEMENTAL BRIEF re 88 MOTION to Certify Class filed by All Plaintiffs. (Dezsi, Michael) (Entered: 03/28/2018) |
| 04/03/2018 | 163 | ORDER denying 147 Motion to Strike. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 04/03/2018) |
| 04/03/2018 | | Minute Entry for proceedings before Magistrate Judge David R. Grand: Motion Hearing held on 4/3/2018 re 88 MOTION to Certify Class filed by Hatema Davis, Timothy Davis, 147 MOTION to Strike *Plaintiffs' Claims for Damages* filed by Detroit, City of Disposition: #88 taken under advisement, #147 denied (Court Reporter: Digitally Recorded) (EBut) (Entered: 04/03/2018) |
| 05/03/2018 | 164 | NOTICE of Appearance by Lindsey R. Johnson on behalf of Larry Barnett, Reginald Beasley, Matthew Bray, Detroit, City of, Charles Flanagan, Stephen Geelhood, Brian Johnson, Amy Matellic, James Napier, Vatasha K Napier, Steven Riley. (Johnson, Lindsey) (Entered: 05/03/2018) |
| 05/11/2018 | 165 | REPORT AND RECOMMENDATION re 88 MOTION to Certify Class filed by Hatema Davis, Timothy Davis Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 05/11/2018) |
| 05/25/2018 | 166 | OBJECTION to 165 Report and Recommendation by All Plaintiffs. (Dezsi, Michael) (Entered: 05/25/2018) |
| 06/08/2018 | 167 | RESPONSE to 166 Objection to Report and Recommendation *Defendants' Response to Plaintiffs' Objections to MagistrateJudge's Report and* |

| | | |
|---|---|---|
| | | *Recommendation to Deny Plaintiffs' Motion for Class Certification and Certificate of Service* by Larry Barnett, Reginald Beasley, Matthew Bray, Detroit, City of, Charles Flanagan, Stephen Geelhood, Brian Johnson, Amy Matellic, James Napier, Steven Riley. (Johnson, Lindsey) (Entered: 06/08/2018) |
| 08/31/2018 | 168 | OPINION AND ORDER overruling plaintiff's objections, adopting 165 Report and Recommendation and denying 88 Motion for class certification.Signed by District Judge Paul D. Borman. (DPer) (Entered: 08/31/2018) |
| 11/14/2018 | 169 | MOTION for Judgment by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A Email, # 3 Exhibit B Email, Release) (Dezsi, Michael) (Entered: 11/14/2018) |
| 11/28/2018 | 170 | RESPONSE to 169 MOTION for Judgment filed by Larry Barnett, Reginald Beasley, Matthew Bray, Charles Flanagan, Stephen Geelhood, Brian Johnson, Amy Matellic, James Napier, Vatasha K Napier, Steven Riley. (Allen, James) (Entered: 11/28/2018) |
| 12/28/2018 | 171 | NOTICE TO APPEAR: **Status Conference set for 1/14/2019 03:30 PM before District Judge Paul D. Borman** (DTof) (Entered: 12/28/2018) |
| 01/14/2019 | | Minute Entry for proceedings before District Judge Paul D. Borman: Telephonic Status Conference held on 1/14/2019 (Court Reporter: Leann Lizza) (DTof) (Entered: 02/21/2019) |
| 03/28/2019 | 172 | STIPULATED ORDER DISMISSING CASE - Signed by District Judge Paul D. Borman. (DTof) (Entered: 03/28/2019) |