# **EXHIBIT B**

# The Detroit News

MACOMB COUNTY

# Warren couple says Detroit police raid violated rights

**Tom Greenwood and George Hunter** The Detroit News
Published 11:45 a.m. ET Feb. 12, 2015 | Updated 11:24 p.m. ET Feb. 12, 2015

A Warren couple whose medical marijuana operation was raided by the Detroit Police Department's narcotics unit have filed a civil lawsuit against the officers, including one who killed himself after being investigated for corruption by the FBI and Internal Affairs.

The complaint was filed Wednesday in federal court by Timothy and Hatema Davis and names the city of Detroit as well as Lt. Charles Flanagan, former head of the DPD's narcotics unit, Detective James Napier and officers "Novak" and "John Doe."

Napier, who according to sources was being investigated for narcotics corruption, shot himself Jan. 22 while sitting in his car outside his parents' home in Sterling Heights.

The lawsuit alleges that on Dec. 28, 2013, the officers illegally raided the Davis home in Warren, which was the site of a legal marijuana growing facility.

The complaint alleges officers broke down a door and pointed weapons at Davis and his wife while failing to produce a search warrant.

Over the next few hours, the officers allegedly tore the house apart, seized 50 marijuana plants and related items and then transported the couple to a location in Detroit where they were questioned for another five hours, according to the lawsuit.

The couple were eventually released and never faced any charges, according to the complaint.

Detroit police spokeswoman June West said Thursday the department had just become aware of the Warren couple's lawsuit.

"We don't comment on litigation ... but there is no indication that this is connected to the federal investigation, which is isolated to a single team in the now disbanded narcotics unit."

He added Napier had left the narcotics squad by the time Flanagan assumed command of the unit.

Flanagan — who reportedly was not the subject of any corruption investigation — declined to expand his comments because of the pending lawsuit.

The lawsuit alleges the defendants "have engaged in similar unlawful searches and seizures of other legitimate marijuana grow facilities in and around the city of Detroit" and that the city "has allowed an unconstitutional policy, custom and practice to flourish within its police department."

The lawsuit also accused the city of failing to properly train its employees and officers, which allows a "culture of corruption to flourish within certain ranks of its police department including the narcotics unit."

The complaint asks for compensation for the Davises plus attorney fees.

In July, Detroit Police Chief James Craig dismantled the narcotics unit in light of the investigation and replaced it with the major violators section.

Meanwhile, Flanagan, along with Craig and Assistant Chief Steve Dolunt, are accused of racism and harassment in a lawsuit filed in October by a former Detroit police officer.

The lawsuit was filed by Sgt. Myron Weathers, a 19-year veteran, in Wayne County Circuit Court. The lawsuit alleges Flanagan appointed an "unqualified white female officer" to a Drug Enforcement Administration Task Force.

Weathers said he was seeking damages of more than $25,000 because of retaliation for "questioning the assignment of an unqualified white, female officer to (Flanagan's) crew."

In response, Flanagan said Weathers took big screen TVs, a tablet and a video game system for his personal use after they were seized from drug dealers.

Flanagan also said rocks of crack cocaine that hadn't been logged as evidence were found inside the desks of officers. Flanagan's allegations initiated an internal investigation in May.

In his lawsuit, Weathers denied Flanagan's accusations, saying he hadn't improperly used the confiscated equipment and he had "repurposed" the TVs "for training purposes."

In an earlier interview, Flanagan called Weathers' suit a case of "sour grapes."

Flanagan filed his own EEOC complaint in May claiming he was the victim of racial discrimination by black supervisors.

He also alleged he was exposed to a hostile work environment because he blew the whistle on alleged wrongdoings in the narcotics unit that happened before he took over the squad.

tgreenwood@detroitnews.com

(313) 222-2023

NEWS HITS

Thursday, March 12, 2015

# Lawsuit: Officers in Detroit police department's now-defunct narcotics unit executed illegal search based on false affidavit

Posted By Ryan Felton on Thu, Mar 12, 2015 at 11:14 am



Wikipedia

Detroit police officers in the city's now-defunct narcotics unit wrongly detained a Detroit resident after illegally searching his home with a warrant based on false statements, according to a lawsuit filed in Wayne County Circuit Court.

Anthony and Elaine McCallum say two officers executed a search warrant in 2013 on their home that was based on false statements given by a Detroit law enforcement official in a sworn affidavit, according to the complaint. The officers physically assaulted Anthony and threatened Elaine "for no reason," the complaint, filed in November, stated.

As a result of the April 2013 search, Anthony McCallum was charged with intent to deliver and manufacture marijuana, intent to deliver and manufacture less than 50 grams of cocaine, firearms possession by a felon, and felony firearms, court records show — but all charges were eventually dismissed. McCallum was convicted in 1997 of assault with intent to commit sexual penetration, according to the Michigan State Police sex offender registry.

The McCallums filed their seven-page complaint against two officers who conducted the search of their home, Sgt. Stephen Geelhood and "Officer Blue," who have been with the Detroit Police Department since 1994 and 1997, respectively, according to court records. In briefs filed by the McCallums attorney, Geelhood and Blue are identified as "undercover" officers in the city's "now disbanded narcotics unit." (The city later identified Blue in an email to *MT* as Officer Abraham Blue.)

Upon entering the couple's home, the officers assaulted Anthony McCallum, handcuffed and arrested the 47-year-old "without probable cause," and wrongfully pursued prosecution, according to the complaint. It's unclear if more officers were involved in the search.

"Defendants wrongfully pursued prosecution of Plaintiff based on their own wrongful conduct," the complaint alleges.

Thomas Kuhn, co-counsel representing the McCallums, declined comment. Detroit police said Geelhood and Blue remain employed with the department, but declined to comment on the pending litigation.

How Detroit police officers went about getting the search warrant was apparently the chief

13-53846-tjt    Doc 13565-9    Filed 05/17/22    Entered 05/17/22 13:43:48    Page 4 of 7

reason Anthony McCallum's charges were dropped almost instantaneously, court records show.

Here's what happened: Police obtained the warrant based on an affidavit signed by Officer Amy Matelic, according to a court transcript from an Aug. 8, 2013 hearing on the charges brought against Anthony McCallum, who initially plead not guilty on each count. In the sworn affidavit, Matelic stated she received a tip from a confidential informant that cocaine was being sold and stored within McCallum's home. The informant provided tips in the past that led to arrests and generated cases in 3rd Circuit Court and 36th District Court, according to the transcript.

The problem? According to the transcript, Matelic had no direct conversation with the informant or personal knowledge of the tip; another officer, Gil Hood, actually received it. But, for unclear reasons, Hood didn't sign the affidavit.

"So the affidavit I mean really just cannot be described as anything other than false in that respect," said Wayne County Circuit Court Judge Michael Hathaway, during the 2013 hearing.

The only thing "honestly averred in the affidavit," Hathaway said, is that Matelic and Hood conducted surveillance of McCallum's property. "That in and of itself does not provide probable cause for the warrant," Hathaway said.

In his parting words, Hathaway offered this to Anthony McCallum: "You have dodged a bullet. It is highly unlikely that this will ever happen again. And I strongly urge you to clean up your act."

The case and charges against McCallum were dismissed following the hearing in Hathaway's courtroom.

Peter Henning, a Wayne State University law professor and former federal prosecutor, said the key to affidavits is the veracity of the informant.

"You have to establish the credibility of the tipster and or corroborate what was provided," Henning told *MT* on Wednesday. "So I expect the affidavit wasn't just, 'Hey, I got a tip' — but it was, 'Hey, I got a tip from someone I know and here's what I know.'"

Officer Matelic's decision to sign the affidavit, when she had no personal knowledge of the tip, was "either sloppy practices or it shows the path of least resistance figuring no one would ever notice," Henning said.

"Get your affidavit blown — that would blown the warrant," he said. "It's not like they said, 'Oh, let's let a bad guy go' ... it did not meet the valid, constitutional requirements for a warrant."

The McCallums lawsuit, which also names the city of Detroit as a defendant, seeks compensatory damages in excess of $25,000 and attorney fees. A motion hearing is scheduled March 20 before Judge Annette Berry in Wayne County Circuit Court.

Detroit's narcotics unit was disbanded last summer by Detroit Police Chief James Craig. Since August, it has **reportedly** been been the focus of an FBI probe. (David Porter, special agent in the FBI's Detroit bureau declined comment Thursday.)

Last month, it was also at the center of a separate lawsuit filed by a Warren couple. The couple, Timothy and Hatema Davis, allege officers **forcibly entered their home in December 2013** with assault rifles drawn, demanded to know if they had any money, and seized nearly fifty marijuana plants, according to the complaint.

Timothy Davis — who said he was then taken to a seemingly abandoned building and questioned for five hours — was legally licensed to operate a marijuana grow facility, the complaint says.

The Davises say in the complaint the Detroit officers who conducted the raid never presented a search warrant.

The couple was handcuffed while officers "extensively tore apart Plaintiffs' property and removed ... nearly fifty marijuana plants and other related legitimate and lawful by-products of Plaintiffs' business," the complaint says.

The Davises were eventually released and never charged with any violations. The case remains pending.

Tags: detroit, police, narcotics, lawsuit, Image

13-53846-tjt    Doc 13565-9    Filed 05/17/22    Entered 05/17/22 13:43:48    Page 5 of 7

# Ex-drug squad member helped feds snare ind

**Robert Snell and George Hunter, The Detroit News**    *9:41 a.m. EDT April 17, 2015*

A former member of a scandal-plagued Detroit police drug unit wore a secret recording device to help FBI agents catch and extorting drug dealers, The Detroit News has learned.

Officer Arthur Leavells was involved in an alleged conspiracy headed by two suspended members of the Detroit Police federal agents secretly record conversations via a wiretap, according to court records and two sources familiar with the i

The officer's involvement helps flesh out what led to a criminal case that Chief James Craig said undermined the public's cooperation also is a rare instance of a law enforcement member crossing the "thin blue line" to help prosecute colleagu

The FBI and U.S. Attorney's Office refused to comment Thursday about the investigation and Leavells.

"The challenge for prosecutors is piercing the thin blue line, but there comes a point where self-interest takes over," said University law professor and former federal prosecutor. "Anytime someone wears a wire, they're playing on other people is a special bond but once prosecutors breach it, wiretaps end up helping build a much stronger case."

Leavells, 44, was charged in connection with his role in the conspiracy, according to federal court records filed Thursday "information," which means a guilty plea is expected.

Lt. David "Hater" Hansberry and Officer Bryan "Bullet" Watson were charged April 8 in a bare-bones indictment. Court re indicate prosecutors are armed with bank and cellphone records, text messages, tax documents, photos and a wiretap. sources familiar with the investigation told The News.

He allegedly conspired to distribute cocaine between June 2010 and August 2014, according to federal court records. H comment Thursday.

That is the roughly the same period covered in the indictment against Hansberry and Watson, who are accused of arran money, narcotics and property.

Leavells worked in the drug unit under Hansberry, a source told The News, but quit several months ago after being susp of the drug unit. They were suspended after a surveillance video captured them taking away a box that they never logge a suspected drug house.

Hansberry, 34, of Warren and Watson, 46, of Novi, meanwhile, were suspended without pay following the indictment.

They "would also identify themselves as law enforcement officers performing official law enforcement duties in order to c with their demands and to encourage their victims to flee, leaving behind their controlled substances, money or persona the indictment.

Instead of turning over the money, drugs and property to the Detroit Police Department, Hansberry and Watson sold the informants — and split the money, the Justice Department alleged.

13-53846-tjt    Doc 13565-9    Filed 05/17/22    Entered 05/17/22 13:43:48    Page 6 of 7

In a court filing, prosecutors gave a peek at the types of evidence gathered during the current investigation.

That evidence includes phone records, social media records, receipts and other records of retail purchases.

A lawyer for Watson, a 22-year veteran of the department, declined comment Thursday.

Hansberry is a 16-year veteran — his lawyer called him a "superstar" — who rose through the ranks and was promoted

Hansberry's lawyer, Michael Harrison, could not be reached for comment Thursday but earlier told The News he worried

"My fear is that this case could be about drug dealers and dirty cops looking to get themselves out of trouble by burning
Harrison said. "Could there be a much bigger fish than a young rising star of the police department?"

Craig declined comment Thursday, as did a spokeswoman for the U.S. Attorney's Office.

Two others have been charged in the case. Kevlin Brown, allegedly a Hansberry associate, is accused of robbing and e:
According to court records filed Thursday, a man named Calvin Turner is expected to plead guilty after being accused of
in April 2013, according to court records.

Craig disbanded the drug unit in July because of what he said were systemic problems uncovered during an Internal Aff
May. The problems included handling drugs and evidence.

An officer helping prosecute colleagues is rare, and no guarantee of a conviction.

In 2004, three Detroit police officers cooperated in a federal case against eight officers from Detroit's 4th Precinct. The e
charges they violated the constitutional rights of suspected criminals by planting evidence and writing phony reports.

rsnell@detroitnews.com

(313) 222-2028

Read or Share this story: http://detne.ws/1FZGxnm