# **EXHIBIT D**



**LAW OFFICE OF MICHAEL R. DEZSI, PLLC**
615 GRISWOLD STREET, SUITE 1600
DETROIT, MICHIGAN 48226
313-879-1206 • FAX 313-887-0420
WWW.DEZSILAW.COM

MICHAEL R. DEZSI
MDEZSI@DEZSILAW.COM
ADMITTED TO MICHIGAN
NEW MEXICO*
CALIFORNIA*
*INACTIVE

April 23, 2015

**Via First Class Mail**

Mr. Calvert Bailey, Esq.
City of Detroit Law Department
2 Woodward Ave. Ste 500
Detroit, MI 48226

      RE:    Davis v. City of Detroit; Case No. 15-10547 (E.D. Mich.)

Dear Mr. Bailey;

      I hope this letter finds you well. In follow up with our recent conversation, I have enclosed Plaintiffs' First Request to Produce Documents directed to Defendants. When we met, you raised the issue of whether Plaintiffs would engage in discussions to possibly resolve their claims. As I indicated to you, I now represent several individuals who allege they were subject to unlawful search and seizure by members of the Detroit Narcotics Unit. As such, I would kindly request that you produce the investigative reports, search warrants, etc. (as contained in Plaintiffs' Request to Produce Nos 1-3) as soon as practicable and/or as part of your initial disclosures. Review of these documents would allow both of us the opportunity to evaluate our claims and defenses for possible early resolution of the claims. Please let me know if you have any questions, and thank you kindly for your attention to this matter.

                              Very truly yours,

                              Michael R. Dezsi

/enclosures (Plaintiffs' First Request to Produce)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Timothy Davis and Hatema Davis,
Individually and on behalf of all other
similarly situated individuals,

    Plaintiffs,

vs.

Case No.: 15-cv-10547
Hon.: Paul D. Borman

CITY OF DETROIT, et. al.,

    Defendants.

---

## PLAINTIFFS' FIRST REQUEST TO PRODUCE DOCUMENTS

NOW COMES the Plaintiffs, by and through her counsel, DETTMER & DEZSI, and hereby submit the following Requests for Production of Documents.

Pursuant to the federal court rules, Defendants' should produce information that the party can secure from its employees, agents, and/or legal counsel. The documents requested in the should be served on counsel for Plaintiffs within (30) days of service of this pleading to whom it is directed.

1. Produce any and all documents in the possession of, or available to Defendants, including search warrants, affidavits in support of search warrants, returns of search warrants, evidence tags, "SOI" interview reports, investigative reports, internal affairs files, and any and all other documents including e-mails, correspondences, memoranda, and similar documents relating, in any way, to the following addresses dated from January 1, 2012 to the present:

1

a. 25354 Rubin Rd., Warren, Michigan 48079;

   b. 1556 West Troy Street, Ferndale, Michigan;

   c. 17744 Northrop Street, Detroit, Michigan 48219;

   d. 8929 Wilow Ray Avenue, Shelby Township, Michigan 48317;

2. Produce any and all documents in the possession of, or available to Defendants, including search warrants, affidavits in support of search warrants, returns of search warrants, evidence tags, "SOI" interview reports, investigative reports, internal affairs files, and any and all other documents including e-mails, correspondences, memoranda, and similar documents relating, in any way, to the following individuals:

   a. Timothy Davis;

   b. Debra Metris-Shamoon;

   c. Howard Guardella;

   d. Michael McShane;

   e. Michael Valentino;

3. Produce any and all recorded video (including audio), in whatever format including digital, from dash-cams, law enforcement body cams (i.e., records) taken of the following addresses dated from January 1, 2012 to the present:

   e. 25354 Rubin Rd., Warren, Michigan 48079;

   f. 1556 West Troy Street, Ferndale, Michigan;

   g. 17744 Northrop Street, Detroit, Michigan 48219;

   h. 8929 Wilow Ray Avenue, Shelby Township, Michigan 48317;

4. Produce any and all of Defendants' policies, memoranda, manuals, directives, or other similar documents relating in any way to Defendants' policies, customs, and/or practices of obtaining and/or executing search warrants by Defendants' agents, police officers, and/or employees.

5. Produce any and all of Defendants' policies, memoranda, manuals, directives, or other similar documents relating in any way to Defendants' policies, customs, and/or practices of collecting, tagging, logging, and preserving evidence gathered from the execution of search warrants by Defendants' agents, police officers, and/or employees.

6. Produce the complete City of Detroit Police Department file for Case No. 13-2878, relating to the execution of a search warrant at 25354 Rubin, Warren, Michigan, including any and all search warrants, affidavits in support of search warrants, returns of search warrants, evidence tags, "SOI" interview reports (unredacted), investigative reports, internal affairs files, and any and all other documents including e-mails, correspondences, memoranda, and similar documents.

7. Produce Defendant' complete internal affairs investigative file dated from May 2013 through the present and relating, in any way, to complaints of any kind, including, but not limited to, obtaining and/or execution of search warrants, unlawful searches and/or seizures, the collection and/or seizure of evidence by members of the Detroit Narcotics Unit including, but not limited to the following individuals:
    a. David Hansberry;
    b. Bryan Watson;
    c. James Napier;

3

d. James Flanigan;

e. Arthur Leavells;

f. Officer Geelhood

Respectfully submitted,

*Michael Dezsi*
Michael R. Dezsi (P64530)
Attorney for Plaintiff
615 Griswold, Suite 1600
Detroit, MI 48226
313-281-8090

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2015, I served, via first class mail, the foregoing papers on Defendants via their counsel of record at his office address as it appears on the court docket.

/s/ Michael R. Dezsi

4