# **EXHIBIT E**

WHEREAS, Plaintiffs, Timothy and Hatema Davis ("Plaintiffs") filed suit against City of Detroit ("City"), Charles Flanagan ("Flanagan"), _____ Novak ("Novak"), Vatasha Napier as personal representative of the Estate of Defendant James Napier ("Napier"), Stephen Geelhood ("Geelhood"), Arthur Leavells ("Leavells"), Steven Riley ("Riley"), Larry Barnett ("Barnett") Reginald Beasley ("Beasley"), Matthew Bray ("Bray"), Amy Metallic ("Metallic"), and Brian Johnson ("Johnson") (collectively City, Flanagan, Novak, Napier, Geelhood, Leavells, Riley, Barney, Beasley, Bray, Metallic, and Johnson shall be referred to as "Released Defendants");

WHEREAS, Plaintiffs' lawsuit was filed in the United States District Court Eastern District of Michigan ("the Court") and assigned case number 2:15-cv-10547 ("the Litigation");

WHEREAS, Plaintiffs sought appointment as lead plaintiffs on behalf of a putative class of other individuals including, but not limited to, Bernard Davis ("Davis"), Jacob Zeigler ("J. Zeigler"), Alex Zeigler ("A. Zeigler"), and Michael Chorazyczewski ("Chorazyczewski") (Davis, J. Zeigler, A. Zeigler, and Chorazyczewski shall be referred to as "Releasing Occupants");

WHEREAS the Court denied Plaintiffs' motion to certify class and appoint them lead Plaintiffs;

WHEREAS Released Defendants, Releasing Occupants, and Plaintiffs shall hereinafter be collectively referred to as "the Parties";

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

TIMOTHY DAVIS and HATEMA DAVIS,

      Plaintiffs,

v.

CITY OF DETROIT, et al.,

      Defendants.

Case No. 15-10547
Hon. Paul D. Borman
Magistrate Judge David R. Grand

_____/

| | |
|---|---|
| DENNIS A. DETMER (P12708) | JAMES P. ALLEN, SR. (P52885) |
| MICHAEL R. DEZSI (P64530) | LINDSEY R. JOHNSON (P67081) |
| Dettmer & Dezsi, PLLC | Allen Brothers, Attorneys & |
| Attorneys for Plaintiffs | Counselors, PLLC |
| 615 Griswold, Ste. 1600 | Attorneys for Defendants, City of Detroit, |
| Detroit, MI 48226 | Flanagan, Napier, Geelhood, Matellic, |
| (313) 281-8090 | Barnett, Riley, Bray, Johnson and Beasley |
| ddettmeresq@yahoo.com | 400 Monroe, Ste. 620 |
| mdezsi@dezsilaw.com | Detroit, MI 48226 |
| | (313) 962-7777 |
| | jamesallen@allenbrotherspllc.com |
| | ljohnson@allenbrotherspllc.com |
| | |
| | CALVERT BAILEY (P42409) |
| | JERRY L. ASHFORD (P47402) |
| | Attorneys for Defendants, City of Detroit, |
| | Flanagan, Napier, Geelhood, Matellic, |
| | Barnett, Riley, Bray, Johnson, and Beasley |
| | 2 Woodward Ave., Ste. 500 |
| | Detroit, MI 48226 |
| | (313) 237-3004 |
| | bailc@detroitmi.gov |
| | ashfj@detroitmi.gov |

_____/

# GENERAL RELEASE, WAIVER AND
# SETTLEMENT AGREEMENT

**WHEREAS**, the Released Defendants deny any liability to Plaintiffs;

**WHEREAS,** the Parties, but no other members of the putative class, have agreed to resolve all open issues between them raised or which could have been raised in the Litigation;

**WHEREAS,** the Plaintiffs have agreed to provide the general release and waiver of claims contained in this general release, waiver and settlement agreement ("Agreement") which sets forth the Parties' entire understanding of the terms of settlement for the Litigation;

NOW, THEREFORE, IN CONSIDERATION OF THE MUTUAL COVENANTS OF THE PARTIES, the Parties agree as follows:

1.     City shall pay to Plaintiffs, Releasing Occupants and their attorneys Michael Dezsi and Dennis Dettmer, Dettmer & Dezsi, PLLC ("the Firm") (hereinafter collectively known as the "Payees,") the aggregate amount of Three Hundred and Fifty Thousand U.S. Dollars ($350,000.00) ("Settlement Consideration") as full and final consideration for the General Release and Waiver set forth in Paragraph 2 below.  The Settlement Consideration shall be paid as follows:  Check for the full amount of the Settlement Consideration made payable to: Dettmer & Dezsi, PLLC. Each of the Payees agree to provide an IRS W-9 form upon request.  In addition, the Payees, indemnify and hold payor, City, harmless from any and all actions between the Firm, Plaintiffs and Releasing Occupants, regarding the Firm's distribution of the of the Settlement Consideration to Plaintiffs and/or Releasing Occupants.

2.     The Plaintiffs and Releasing Occupants knowingly and voluntarily without threat or coercion, for themselves, their personal representatives, trustees, beneficiaries, attorneys, heirs, successors, predecessors, shareholders, owners, subsidiaries and assigns ("Releasing Parties") fully and forever release and discharge Released Defendants, their personal representatives, trustees, attorneys, heirs, successors, predecessors, indemnitees, insurers, employees, employers, officers, directors, elected and appointed officials, and assigns ("Released Parties") which shall include

individuals that currently or formerly held positions for which this release applies (e.g. retired/terminated employees not otherwise specifically released herein) from any and all claims, demands, actions, lawsuits, and causes of action of every kind, nature or description, whether known or unknown, which Releasing Parties may have had, may now have, or may hereafter arise before the date of this Agreement by reason of any matter, cause, act, or omission arising out of or in connection with their past dealings and contacts, including but not limited to all attorneys' fees of any kind or nature, charges and claims asserted, or which could have been asserted, in any Litigation that could have been filed from the beginning of time to the date of execution of this Agreement ("Released Claims"). **This Waiver and Release specifically requires, *inter alia*, the release by Releasing Parties of the City of Detroit, its current and former employees, agents, principles, attorneys, officers, indemnitees and elected/appointed officials, all in their individual *and* official capacities.**

3.      The Released Defendants shall, upon payment of the Settlement Consideration, be dismissed with prejudice from the Litigation and the Releasing Parties shall be forever barred from asserting Released Claims. The Parties authorize their attorneys to execute a Stipulation for the dismissal of the Litigation as it relates to Plaintiffs and Releasing Occupants only.  Said dismissal shall be with prejudice which Plaintiffs' counsel shall file upon receipt of the Settlement Consideration.

4.      The Parties understand and agree that the terms of this Release cannot be confidential and that they are subject to disclosure under the Freedom of Information Act.

5.      Releasing Parties agree that they will not file a lawsuit or claim of any type in any forum against Released Parties (whether in their individual or official capacities or whether current and/or former employees of City of Detroit) that arises out of the Litigation or relates, in any way, to the Released Claims. Releasing Parties warrant that, if they do file such a waived lawsuit or claim, the lawsuit or claim will be immediately dismissed; and, they will pay to the non-breaching party all of the costs, expenses, and attorney fees incurred by the non-breaching party in defending against such a lawsuit or claim.

6.      The above commitments of the Parties are undertaken to avoid the inconvenience and costs of Litigation.  The Parties accordingly acknowledge and agree that the Settlement Consideration stated above is made and accepted

in settlement and compromise of disputed claims and shall not be, and shall not be construed to be, an admission of liability by any party to the other.

7.    The Parties further understand and acknowledge that the terms of this Agreement are contractual and not a mere recital and that there are no agreements, understandings, or representations made by the Parties except as expressly stated herein.

8.    The Parties acknowledge that before signing this Agreement they have read it, fully understood its terms, content, and effect, have had the benefit of advice from an attorney of their own choosing, and have relied fully and completely on their own judgment and the advice of their respective attorneys in executing this Release.

9.    It is understood and agreed by the Parties that all understandings and agreements heretofore had by the Parties with respect to matters covered by this Agreement are merged into this Agreement, which alone fully and completely expresses the Parties' agreement.

10.    The Parties acknowledge that they may hereafter discover facts different from or in addition to those, which they know or believe to be true with respect to the released claims, and the Parties agree that this Agreement shall be and remain effective in all respects, including, but not limited to, the released claims, notwithstanding such different or additional facts or the discovery thereof.

11.    This General Release shall be governed and construed in accordance with the Laws of the State of Michigan.

12.    The Parties acknowledge that this Agreement may be executed in counterparts.

**ON BEHALF OF RELEASING PARTIES**

Elvira Nesini
_____
Witness

Elvira Nesini
_____
Witness

_____
By: Timothy Davis

_____
By: Hatema Davis

Page 5 of 7

_Elvira Nesimi_
_____
Witness

_____
Witness

_____
Witness

_____
Witness

_[signature]_
By: Bernard Davis

_____
By: Jacob Ziegler

_____
By: Alex Ziegler

_____
By: Michael Chorazyczewski

_[signature]_
Michael Dezsi, Attorney for Plaintiffs

_[signature]_
Dennis Dettmer, Attorney for Plaintiffs

## ON BEHALF OF DEFENDANTS,

_____
Witness

By: _____

_____
James P. Allen, Sr., Attorney for
Released Defendants

Page **6** of **7**

Witness _____

Witness _____

Witness _____

Witness _____

By: Bernard Davis _____

By: Jacob Ziegler _____

By: Alex Ziegler _____

By: Michael Chorazyczewski _____

Michael Dezsi, Attorney for Plaintiffs _____

Dennis Dettmer, Attorney for Plaintiffs _____

**ON BEHALF OF DEFENDANTS,**

Witness _____

By: _____

James P. Allen, Sr., Attorney for
Released Defendants

Page **6** of **7**

_____          _____
Witness                                   By: Bernard Davis

_____          _____
Witness                                   By: Jacob Ziegler

_____          _____
Witness                                   By: Alex Ziegler

_____          _____
Witness                                   By: Michael Chorazyczewski


                                          _____
                                          Michael Dezsi, Attorney for Plaintiffs


                                          _____
                                          Dennis Dettmer, Attorney for Plaintiffs










                                          **ON BEHALF OF DEFENDANTS,**



_____          _____
Witness                                   By:



                                          _____
                                          James P. Allen, Sr., Attorney for
                                          Released Defendants