# **EXHIBIT F**



# DETROIT POLICE DEPARTMENT
## Communications Operations
## June 27, 2014

## ADMINISTRATIVE MESSAGES

TELETYPE # 14 – 0730

### ORGANIZATIONAL CHANGES WITHIN ORGANIZED CRIME

Effective July 14, 2014, Organized Crime will consist of the following department entities:

- Major Violators;
- Gang Intelligence;
- Task Force Administration; and
- Vice Enforcement

These organizational changes will result in the creation of positions and new opportunities for members of the Detroit Police Department who meet the required criteria.

### MAJOR VIOLATORS

This command will perform, among other types of functions, narcotic enforcement. Members who have served a total of 5 years or more at Narcotics during their service with the Detroit Police Department shall not be considered for any position within Major Violators.

Positions at Major Violators will be limited to the following positions:

| | |
|---|---|
| Lieutenant | 1 |
| Sergeants | 3 |
| Police Officers | 20 |

### TASK FORCE ADMINISTRATION

The duties of Task Force Administration will remain the same.

### VICE ENFORCEMENT

The duties of Vice Enforcement will remain the same.

*Geehood*
10/23/19
Ex 13

DPD000142



# DETROIT POLICE DEPARTMENT
## Communications Operations

### June 27, 2014

## ADMINISTRATIVE MESSAGES

**TELETYPE # 14 – 0730**  Continued

### GANG INTELLIGENCE

The duties of Gang Intelligence will remain the same.

The above entities will be "limited-duration assignments"; assignment to any one of these entities will be limited to 3 years. Upon completion of 3 years, a one year extension may be requested from the Chief of Police or his designee.

Members assigned to patrol duties with no previous vice, gang, narcotic, or other specialized experience are encouraged to apply. The evaluation of candidates will include, but may not be limited to, the satisfactory completion of an interview process, as well as a comprehensive review of the member's work and disciplinary history. Members interested shall submit a **DPD568 Inter-Office Memorandum** to the Commanding Officer of Organized Crime no later than July 3, 2014.

**JAMES E. WHITE**
Assistant Chief, Administrative Operations

**STEVEN G. DOLUNT**
Assistant Chief, Enforcement Operations



| | INTER-OFFICE MEMORANDUM | Attachment 3 |
| --- | --- | --- |
| | ENFORCEMENT OPERATIONS | Date: July 22, 2014 |

To: Chief of Police James E. Craig (Through Channels)

Subject: (REVISED) TRANSFER OF DEPARTMENT MEMBERS

From: Assistant Chief Steven Dolunt, Enforcement Operations

The following member(s) are transferred effective Monday, July 14, 2014:

| MEMBER | FROM | TO |
| --- | --- | --- |
| Lt. Donald Hollins | Sixth Precinct | Facilities |
| Lt. Shawn Wesley | Second Precinct | Communications Operations |
| Lt. Charles Clark | Third Precinct | Homicide |
| Lt. Tonya Golfin | Eighth Precinct | Gaming |
| Lt. James Moore | Third Precinct | Major Violators |
| Lt. Elaine Miles | Training | Neighborhood Policing Liaison |
| Lt. Thadarous White | TRU | Second Precinct |
| Lt. James Cashion | Ninth Precinct | Third Precinct |
| Lt. Sheri Meisel | Planning | Third Precinct |
| Lt. Douglas Gross | Twelfth Precinct | Ninth Precinct |
| Sgt. Lynn Carpenter | Twelfth Precinct | Homicide |
| Sgt. Columbus Sykes | Third Precinct | Communications Operations |
| Sgt. Patrick Neal | Seventh Precinct | Downtown Services |
| Sgt. Pamela Webster | Fourth Precinct | Gaming |
| Sgt. Terrance Grimes | Tenth Precinct | Gaming |
| Sgt. Dawn Engel | Investigative Operations | Tenth Precinct |
| Sgt. Raytheon Martin | Investigations | General Assignment Unit |
| Sgt. Tiffany Warren | Investigations | Force Investigation |
| Sgt. Michael Dicicco | Fourth Precinct | Internal Affairs |
| Sgt. James Johnson | Fifth Precinct | Internal Affairs |
| Sgt. Terrance Sims | Homicide | Major Violators |
| Sgt. Gerry Johnson | Investigations | Task Force Administration |
| Sgt. Cregg Hughes | Investigations | Recruiting |
| Sgt. Diaz Graves | Sixth Precinct | Special Victims Unit |
| Sgt. Javier Chapa | GAU | Special Victims Unit |
| Sgt. Michael McGinnis | Homicide | Task Force Administration |
| Sgt. Cory Karssen | Narcotics | Traffic Enforcement Unit |
| Sgt. Travis Kostanko | Investigations | Tactical Response Unit |
| Sgt. Michael Ingles | Eighth Precinct | Training |
| Sgt. Eric Bucy | Investigations | Second Precinct |
| Sgt. Royd Coleman | Sixth Precinct | Second Precinct |
| Sgt. James Demps | Force Investigations | Second Precinct |
| Sgt. Nancy Headapohl | Seventh Precinct | Third Precinct |
| Sgt. Manny Gutierrez | Investigations | Fourth Precinct |
| Sgt. Jamal Hamood | Ninth Precinct | Fourth Precinct |
| Sgt. Roy Harris | Narcotics | Sixth Precinct |

| Name | From | To |
|---|---|---|
| Sgt. Michael Osman | Investigations | Sixth Precinct |
| Sgt. Nathan Duda | Investigations | Seventh Precinct |
| Sgt. William Jackson | Investigations | Seventh Precinct |
| Sgt. Steven Geelhood | Narcotics | Eighth Precinct |
| Sgt. Myron Weathers | Narcotics | Ninth Precinct |
| Sgt Courtney Anderson | Investigations | Ninth Precinct |
| Sgt. Beverly Rodgers | Homicide | Twelfth Precinct |
| P.O. John Shelton | Firearms Training | Air Support (Observer-TFO) |
| P.O. Tamara Tillerson | Fifth Precinct | Special Victims Unit |
| P.O. Emina Biogradlija | Ninth Precinct | Crime Control Strategies |
| P.O. Levar Green | Narcotics | Task Force Administration |
| P.O. Walter Atkins | Second Precinct | Vice Enforcement |
| P.O. Oghenerhuemu Wanagho | Tenth Precinct | Vice Enforcement |
| P.O. Arthur Matthews | Eleventh Precinct | Detroit Detention Center |
| P.O. Michael Saffold | Communications | Detroit Detention Center |
| P.O. Nicholas Perez | Crime Control Strategies | Homicide |
| P.O. Jennifer Moreno | Fourth Precinct | Public Info |
| P.O. Elaine Caldwell R/D | Third Precinct | Special Victims Unit |
| P.O. Larry Williams | Narcotics | Violent Crime Task Force |
| P.O. Sandra Chavez | Narcotics | Violent Crime Task Force |
| P.O. Nicole Moore | DDC | Third Precinct |
| P.O. James Kisselburg | Narcotics | Third Precinct |
| P.O. James Wiencek | Sixth Precinct | Fourth Precinct |
| P.O. Rigoberto Velazquez | Third Precinct | Fourth Precinct |
| P.O. Eric Smigielski | Sixth Precinct | Fourth Precinct |
| P.O. Marcus Cummings | Ninth Precinct | Fifth Precinct |
| P.O. Cheri Snow | DDC | Fifth Precinct |
| P.O. Joseph Castro | Narcotics | Fifth Precinct |
| P.O. Juan Davis | Narcotics | Fifth Precinct |
| P.O. Matthew Bray | Narcotics | Sixth Precinct |
| P.O. Arthur Leavells | Narcotics | Sixth Precinct |
| P.O. Philip Rodriguez | Narcotics | Sixth Precinct |
| P.O. Thomas Anton | Narcotics | Sixth Precinct |
| P.O. Vannice Ward | Narcotics | Sixth Precinct |
| P.O. Eshad Ali | Eleven Precinct | Seventh Precinct |
| P.O. William Morrison | Narcotics | Seventh Precinct |
| P.O. Cheryl Muhammad | Narcotics | Seventh Precinct |
| P.O. Amy Matelic | Narcotics | Seventh Precinct |
| P.O. Sha-Mar Woods | Tenth Precinct | Eighth Precinct |
| P.O. Jordan Hall | Ninth Precinct | Eighth Precinct |
| P.O. Jennier Tanquay | Narcotics | Eighth Precinct |
| P.O. Artez Baker | Narcotics | Eighth Precinct |
| P.O. Aaron Yopp | Narcotics | Eighth Precinct |
| P.O. Reginald Beasley | Narcotics | Eighth Precinct |

To: Chief of Police, James E. Craig (t.c.)  July 22, 2014
Subject: (REVISED) TRANSFER OF DEPARTMENT MEMBERS  Page 3
From: Assistant Chief Steven Dolunt, Enforcement Operations

| Name | From | To |
|---|---|---|
| P.O. Adlone Morris | Narcotics | Ninth Precinct |
| P.O. Steven Riley | Narcotics | Ninth Precinct |
| P.O. Larry Barnett | Narcotics | Ninth Precinct |
| P.O. Brian Johnson | Narcotics | Ninth Precinct |
| P.O. Jeffrey Wawrzyniak | Narcotics | Ninth Precinct |
| P.O. Tondalaya Wilson | Narcotics | Ninth Precinct |
| P.O. Michael Bryant | Narcotics | Ninth Precinct |
| P.O. Jeffery Johnson | Police Reserves | Ninth Precinct |
| P.O. Kristopher Richardson | Conspiracy One | Tenth Precinct |
| P.O. Michael Panackia | Narcotics | Tenth Precinct |
| P.O. Leo Rhodes | Narcotics | Eleventh Precinct |
| P.O. Neil Gensler | Narcotics | Eleventh Precinct |
| P.O. Radames Benitez | Narcotics | Eleventh Precinct |
| P.O. Gregory Tourville | Narcotics | Eleventh Precinct |
| P.O. James Napier | Eleventh Precinct | Twelfth Precinct |
| P.O. Alvin Nelson | Third Precinct | Twelfth Precinct |
| P.O. Jose Martinez | Fourth Precinct | Twelfth Precinct |
| P.O. Joe Williams | Third Precinct | Twelfth Precinct |
| Sgt. Ian Severy | Narcotics | Major Violators |
| Sgt. David Meadows | Narcotics | Major Violators |
| P.O. Dennis Christie | Sixth Precinct | Major Violators |
| P.O. Robert Bolden | Narcotics | Major Violators |
| P.O. Brandolyn Johnson | Twelfth Precinct | Major Violators |
| P.O. Bashawn Gaines | Narcotics | Major Violators |
| P.O. Samuel Galloway | Narcotics | Major Violators |
| P.O. William Johnson | Narcotics | Major Violators |
| P.O. Tiffany McCrackin | Narcotics | Major Violators |
| P.O. Alanna Mitchell | Narcotics | Major Violators |
| P.O. Hameed Mohamed | Narcotics | Major Violators |
| P.O. Craig Stewart | Twelfth Precinct | Major Violators |
| P.O. Gary Rowan | Twelfth Precinct | Major Violators |
| P.O. Michael Mosley | Narcotics | Major Violators |
| P.O. Everett Richardson | Fifth Precinct | Major Violators |
| P.O. Carl Mack | Fifth Precinct | Major Violators |
| P.O. Melvin Allen | Eighth Precinct | Major Violators |
| P.O. Donte Jenkins | Twelfth Precinct | Major Violators |
| P.O. Joi Gary-Gaines | Seventh Precinct | Major Violators |
| P.O. Justin Sampson | Seventh Precinct | Major Violators |
| P.O. Calvin Lewis | Second Precinct | Police Reserves |
| P.O. John Hall | Force Investigation | Office of the Chief |
| P.O. Michael Saraino | Internal Affairs | Office of the Chief |
| Inv. Timothy Ewald | Internal Affairs | Office of the Chief |

To: Chief of Police, James E. Craig (t.c.)
Subject: (REVISED) TRANSFER OF DEPARTMENT MEMBERS
From: Assistant Chief Steven Dolunt, Enforcement Operations

July 22, 2014
Page 4

## SIGNATURE PAGE

JAMES E. CRAIG
Chief of Police

DPD000147