# EXHIBIT G

## DECLARATION OF ADAM SHAMOON

I, ADAM SHAMOON, state as follows:

1. I am competent to testify as to the contents of this declaration.

2. I am the son of Debra and Mukhlis Shamoon.

3. I was not home at my parents house, located in Shelby Township, Michigan, on the date of September 13, 2012, when narcotics officers from the City of Detroit raided by parents' home.

4. I learned after the raid that the officers took several of my firearms from my parents' home. In particular, they took 2 long guns and 2 handguns.

5. My mom, Debra, showed me a paper that was left behind by the officers entitled "Notice of Seizure and Intent to Forfeit" dated September 13, 2012, which lists Sgt. Joe Tucker as a "witness." (Attachment A).

6. In the days following the raid, I contacted Sgt. Joe Tucker demanding to know why my parents' house was raided and also about the status of my handguns. I spoke directly with Sgt. Tucker who told me that I would have to wait a couple weeks and call him back.

7. A couple weeks later, I contacted Sgt. Tucker per his instructions, and again I demanded to know what happened at my parents' house and also about my handguns. Sgt. Tucker again told me that I would have to wait longer before I could possibly retrieve my handguns.

8. A couple weeks later, I again contacted Sgt. Tucker who told me to contact another sergeant from the drug enforcement unit whose name I don't remember.

9. When I spoke with this other sergeant, I threatened to retain an attorney if necessary to straighten out the matter. This sergeant seemed agitated by my comment and responded with

something to the effect of, "I don't know why people always run out and get attorneys." He then told me to come down to the department to pick up my guns.

10. When I did go down to get my guns, nobody there seemed to know what I was talking about, though eventually I was given my guns without any paperwork and I didn't sign anything when I picked them up.

11. There was never any explanation or justification given to me by anyone about why they had raided my parents' house.

I declare under the penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Dated: 05-15-2022

# NOTICE OF SEIZURE AND INTENT TO FORFEIT

Notice Served To: Mukhlis Shamoon
Address: 8929 Wilcray    City: Shelby Twp    State: MI
Date: 9/13/12    Time: 1:40    Location Of Seizure: 8929 Wilcray

## NOTIFICATION

On, day/ 13 month/ 9 year/ 12 the Detroit Police Department determined that the property described below is subject to forfeiture pursuant to Michigan Law MCLA 333.7521, et. seq., and that the Department intends to seek forfeiture of this property.

If you desire to challenge the forfeiture of this property, you MUST DO ALL of the following within twenty (20) days of receiving this notice:

1. FILE A CLAIM WITH THE DETROIT POLICE DEPARTMENT FORFEITURE UNIT 2121 W. Fort, DETROIT, MI 48201, (313) 596.2630, DESCRIBING YOUR INTEREST IN THE PROPERTY.
2. POST A BOND THAT IS 10% OF THE VALUE OF THE PROPERTY CLAIMED (said BOND will be no less than $250.00 and NO GREATER THAN $5000.00).

After filing a written claim and posting the required BOND, the case will be referred to the Wayne County Prosecutor's Office for filing in the Wayne County Circuit Court. If the Court orders the property forfeited to the Detroit Police Department, you May be required to pay ALL costs incurred during the forfeiture proceedings.

Failure to file a claim and post BOND within TWENTY (20) days will result in your DEFAULT and your property will be declared forfeited to the Detroit Police Department.

**THIS FORM MUST BE FAXED IMMEDIATELY TO FORFEITURE AT 596-2309**

## DESCRIPTION OF PROPERTY

Amount of Currency: $ 315 —    ET#: E4027350 4
Vehicle/yr.    Make:    Model:    Style:    Color:
Veh /Mileage:    License Plate #    Vin#
ET#
Other Property:    (loc veh stored)

## ACKNOWLEDGEMENTS

Notice Received By: Mukhlis Shamoon    Signature: X Mukhlis M. Shamoon
Notice Served By: Brian Johnson    Signature: Brian A Johnson
Rank: PO    Badge#: 5010    Assignment: N6
Date: 9/13/12    Time: 1:40    Location of Service: 8929 Wilcray
Witness: Joe Tucker    Signature: [signature]
Rank: SGT    Badge#: S-95    Assignment: N/B

(Revised: 03.7.2005)