# **EXHIBIT O**

# NOTICE OF SEIZURE AND INTENT TO FORFEIT

| Notice Served To: | Mukhlis Shamoon | | |
|---|---|---|---|
| Address: 8929 Wilaray | | City: Shelby Twp | State: MI |
| Date: 9/13/12 | Time: 1:40 | Location Of Seizure: 8929 Wilaray | |

## NOTIFICATION

On, day/ 13 month/ 9 year/ 12 the Detroit Police Department determined that the property described below is subject to forfeiture pursuant to Michigan Law MCLA 333.7521, et. seq., and that the Department intends to seek forfeiture of this property.

If you desire to challenge the forfeiture of this property, you MUST DO ALL of the following within twenty (20) days of receiving this notice:

1. FILE A CLAIM WITH THE DETROIT POLICE DEPARTMENT FORFEITURE UNIT 2121 W. Fort, DETROIT, MI 48201, (313) 596.2630, DESCRIBING YOUR INTEREST IN THE PROPERTY.
2. POST A BOND THAT IS 10% OF THE VALUE OF THE PROPERTY CLAIMED (said BOND will be no less than $250.00 and NO GREATER THAN $5000.00).

After filing a written claim and posting the required BOND, the case will be referred to the Wayne County Prosecutor's Office for filing in the Wayne County Circuit Court. If the Court orders the property forfeited to the Detroit Police Department, you May be required to pay ALL costs incurred during the forfeiture proceedings.

Failure to file a claim and post BOND within TWENTY (20) days will result in your DEFAULT and your property will be declared forfeited to the Detroit Police Department.

**THIS FORM MUST BE FAXED IMMEDIATELY TO FORFEITURE AT 596-2309**

## DESCRIPTION OF PROPERTY

| Amount of Currency: $ 315- | | | ET#: E4Q273504 | |
|---|---|---|---|---|
| Vehicle/yr. | Make: | Model: | Style: | Color: |
| Veh /Mileage: | License Plate # | | Vin# | |
| ET# | | (loc veh stored) | | |
| Other Property: | | | | |

## ACKNOWLEDGEMENTS

| Notice Received By: Mukhlis Shamoon | Signature: X Mukhlis M. Shamoon |
|---|---|
| Notice Served By: Brian A Johnson | Signature: Brian A Johnson |
| Rank: PO | Badge#: 5010 | Assignment: NB |
| Date: 9/13/12 | Time: 1:40 | Location of Service: 8929 Wilaray |
| Witness: Joe Tucker | Signature: |
| Rank: SGT | Badge#: S-95 | Assignment: N/B |

(Revised: 03.7.2005)