# **EXHIBIT P**

# Internal Affairs Database - Member History Report

**Member Name** TUCKER JR, JOE

| | | | | | |
|---|---|---|---|---|---|
| **Case Number** 00i213 | **Date Assigned** 12/5/2000 | **Command** | | **Date Closed** 6/4/2001 | |
| **Allegation** PERJURY | | | **Rank:** PO | **Finding** NOT SUSTAINED | |
| **DPD Charges** Miscellaneous | | **2nd** | | **3rd** | |

**Notes** On December 5, 2000, Internal Affairs received information regarding an allegation of Perjury involving Police Officer Joe Tucker Jr.
Improper conduct

| | | | | | |
|---|---|---|---|---|---|
| **Case Number** 04i280 | **Date Assigned** 9/10/2004 | **Command** 6TH PRECINCT | | **Date Closed** 5/9/2005 | |
| **Allegation** MISCONDUCT | | | **Rank:** SGT | **Finding** SUSTAINED | |
| **DPD Charges** Miscellaneous | | **2nd** Truthfulness | | **3rd** | |

**Notes** SGT TUCKER SUBMITTED AN INJURED PO I&R WHICH STATED CIVILIANS WERE INTERVIEWED. THE CIVILIANS STATED THAT THEY WERE NEVER INTERVIEWED.

| | | | | | |
|---|---|---|---|---|---|
| **Case Number** 11i167 | **Date Assigned** 12/1/2011 | **Command** ORGANIZED CRIME AN | | **Date Closed** 12/21/2011 | |
| **Allegation** FRAUD | | | **Rank:** SGT | **Finding** | |
| **DPD Charges** | | **2nd** | | **3rd** | |

**Notes** On November 28, 2011, Internal Affairs received an Inter-Office Memo from Organized Crime alleging time fraud by some officers getting paid overtime that had not worked any. THIS CASE WAS ADMINISTRATIVELY CLOSED PER CO. STAIR ON DECEMBER 21, 2011.

| | | | | | |
|---|---|---|---|---|---|
| **Case Number** 14i149 | **Date Assigned** 12/9/2014 | **Command** | | **Date Closed** 7/17/2015 | |
| **Allegation** FRAUD | | | **Rank:** SGT | **Finding** EXONERATED | |
| **DPD Charges** Conduct Unprofessional | | **2nd** Authority Misuse | | **3rd** Miscellaneous | |

**Notes** Internal Affairs rec'd information from DC Fitzgerald that after conducting an audit of court appearances, it appears that Lt. Tucker and Sgt Graves may have submitted fraudulent court appearance notices.

EXONERATED ON FRAUD CHARGES.
REFERRED TO DISCIPLINARY ON THE BELOW CHARGES FOR SGT TUCKER

13-53846-tjt    Doc 13565-23    Filed 05/17/22    Entered 05/17/22 13:43:48    Page 2 of 4
DPD 002255

## RE: REQUEST THE DISCIPLINARY HISTORY

**DISCIPLINARY ADMIN** <
Fri 5/29/2020 11:27 AM
To: DEANNA WILSON 361

Good Morning,

Please see below:

**CAPTAIN JOE TUCKER, JR.**

It is to be noted that Captain Joe Tucker, Jr., was appointed to the Department on September 20, 1993 and appointed to his current rank on December 12, 2016. Disciplinary records reflect that he has the following contacts:

File No. 960180 - On June 17, 1996, Captain Joe Tucker, Jr., (then Police Officer) appeared for a Commander's Hearing and was found guilty of Neglect of Duty, (i.e., on November 28, 1995, appeared in Recorder's Court while off duty to attend a sentencing hearing without being notified and later turning in a court appearance slip). Officer Tucker received a one (1) day suspension.

**SERGEANT STEPHEN GEELHOOD, BADGE S-501**

It is to be noted that Sergeant Stephen Geelhood was appointed to the Department on November 28, 1994 and promoted to his current rank on November 22, 2013. Disciplinary records reflect that he has no prior contact.

**Lieutenant Robert Torres**
Detroit Police Department
Disciplinary Administration
1301 Third, Suite 746A
Professional Standards Bureau
Detroit, Michigan 48226

"The Detroit Police Department is a model of sustained policing excellence that places our neighborhoods and people first."

**From:** DEANNA WILSON 361
**Sent:** Friday, May 29, 2020 10:50 AM
**To:** DISCIPLINARY ADMIN
**Subject:** REQUEST THE DISCIPLINARY HISTORY



# DISCIPLINARY HISTORY

**PENSION** 233043  **DATE UPDATED** 1/16/2017

**LAST NAME** TUCKER  **FIRST NAME** JOE

---

CAPTAIN JOE TUCKER, JR.

It is to be noted that Captain Joe Tucker, Jr., was appointed to the Department on September 20, 1993 and appointed to his current rank on December 12, 2016. Disciplinary records reflect that he has the following contacts:

File No. 960180 - On June 17, 1996, Captain Joe Tucker, Jr., (then Police Officer) appeared for a Commander's Hearing and was found guilty for Neglect of Duty, (i.e., on November 28, 1995, appeared in Recorder's Court while off duty to attend a sentencing hearing without being notified and later turning in a court appearance slip). Officer Tucker received a one (1) day suspension. (jpc)

**OLD RECORDS**

File No. 050276 - On September 21, 2005, Sergeant Tucker was charged with 1) Neglect of Duty (i.e. . On October 20, 2004, fail to provide a complete and accurate Summary Investigation and Report regarding an injured police officer and injured prisoner); 2) Willful Disobedience of Rules or Orders (i.e., on March 1, 2005, admitted during a Garrity Interview that he knew all Department reports are to be complete and accurate; however, he failed to interview all parties relevant to the Summary Investigation and Report that he had completed). The recommendation of the trial board was issuance of an Official Reprimand. On February 4, 2008, the Chief of Police approved the recommendation. (mlt)

File No. 080193A - On June 11, 2008, this file was reviewed by Attorney Letitia C. Jones, of the City of Detroit Law Department with the recommendation of Administrative Closure (cjg)

File No. 080730 - On January 22, 2009, this file was reviewed by Attorney Letitia C. Jones, of the City of Detroit Law Department with the recommendation of Administrative Closure. (cjg)

File No. 150133 - On July 13, 2015, Lieutenant Tucker was found not guilty for 1) Willful Disobedience of Rules or Orders, (i.e. October and November of 2014, fill out court slips with a start time of 8:00 a.m.), 2) Using Authority or Position for Financial Gain or for Obtaining Privileges or Favors (i.e. use his authority to gain entry to a closed courtroom. Dismissal of all charges and specification in this matter. (zv)

File No. 160022C - On March 2, 2016, a Notice of Discipline was prepared charging Captain (then Lieutenant) Tucker, Jr. with 1) Neglect of Duty (i.e., On April 29, 2015, at approximately 4:30p.m., Lt. Tucker, Jr., took control of an accident scene at Strathmoor and Margareta, were citizens were transported to the hospital, but failed to ensure that victims were interviewed). On June 14, 2016, Lt. Tucker was issued an Official Written Reprimand. (kj) (jdd)