# UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT OF MICHIGAN ▾

| | |
|---|---|
| In re | ) |
| *Plaintiff* | ) |
| v. | )    Case No.   13-53846 |
| CITY OF DETROIT, MICHIGAN | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

People of the State of Michigan, Interested Party                                                             .

Date:    05/20/2022

*Daniel Ping*
*Attorney's signature*

Daniel Ping, Michigan Bar # P81482
*Printed name and bar number*
3030 W. Grand Boulevard
Cadillac Place, Suite 10-200
Detroit, MI  48202

*Address*

pingd@michigan.gov
*E-mail address*

(517) 335-7632
*Telephone number*

*FAX number*