# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 23, 2022, he served a copy of the **OBJECTION TO RICHARD WERSHE, JR'S MOTION FOR ENTRY OF NOTICE OF CLAIM AFTER BAR DATE [DOC. NO. 13560]** via the Court's ECF service, which will provide notice of the filing to all registered participants in this case, including Nabih Ayad, counsel to Richard Wershe Jr., and via email to Nabih Ayad and William Savage, counsel to Richard Wershe Jr., at the following email addresses:

filing@ayadlawpllc.com;

williamsavage@ayadlawpllc.com; and

nabihayad@ayadlawpllc.com

Dated: May 23, 2022

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

*Attorneys for the City of Detroit*

39153571.1/022765.00213