UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 9

City of Detroit, Michigan,  Case No. 13-53846

    Debtor.  Hon. Thomas J. Tucker
_____/

## CERTIFICATE OF SERVICE

I, Lydia Do, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On May 23, 2022, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service list attached hereto as **Exhibit A**; and via First Class Mail on the service lists attached hereto as **Exhibit B**:

- **City of Detroit's Objection to Richard Wershe, Jr's Motion for Entry of Notice of Claim After Bar Date [Doc. No. 13560]** [Docket No. 13572]

Dated: May 24, 2022

                                              /s/ Lydia Do
                                              Lydia Do
                                              KCC
                                              222 N. Pacific Coast Highway, Suite 300
                                              El Segundo, CA 90245

# Exhibit A

**Exhibit A**
**Served via Email**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Ayad Law PLLC | Nabih H Ayad and William D. Savage | ayadlaw@hotmail.com; williamsavage@ayadlawpllc.com; nabihayad@ayadlawpllc.com |

In re City of Detroit, Michigan
Case No. 13-53846                                    Page 1 of 1

13-53846-tjt    Doc 13574    Filed 05/24/22    Entered 05/24/22 13:50:52    Page 3 of 5

# Exhibit B

**Exhibit B**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Ayad Law PLLC | Nabih H Ayad and William D. Savage | 645 Griswold St Ste 2202 | Detroit | MI | 48226 |