UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 13-53846

CITY OF DETROIT, MICHIGAN,  Chapter 9

        Debtor.  Judge Thomas J. Tucker
_____/

### ORDER SETTING A DEADLINE FOR THE CITY OF DETROIT TO FILE ANY REPLY BRIEF IN SUPPORT OF THE CITY'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE BAR DATE ORDER AND CONFIRMATION ORDER AGAINST DEBRA METRIS-SHAMOON, ET AL.

This case is before the Court on the motion by the City of Detroit (the "City"), entitled "City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres, Paul Metris and Julia Metris" (Docket # 13532, the "Motion"). Debra Metris-Shamoon and the other responsdents filed a response to the Motion on May 17, 2022 (Docket # 13565). The Court will set a deadline for the City to file any reply brief in support of the Motion.

L.B.R. 9014-1(f) (E.D. Mich.) states that: "[a] reply brief of not more than seven pages in length, including footnotes and signatures, may be filed and served not less than three Business Days before the hearing on the motion." The Court has not yet scheduled a hearing on the Motion, but may do so soon. At this time the Court will set a specific deadline for the City to file any reply brief in support of the Motion. This is so the Court will be able to review any such reply brief more than three business days before the hearing. This Order will vary the usual procedure under L.B.R. 9014-1(e), in the following way.

IT IS ORDERED that the City must file any reply brief in support of the Motion no later than June 10, 2022.

**Signed on May 27, 2022**



                                              /s/ Thomas J. Tucker
                                              _____
                                              **Thomas J. Tucker**
                                              **United States Bankruptcy Judge**