UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |
| _____/ | |

**STIPULATION FOR ORDER GRANTING TWO-WEEK EXTENSION FOR RESPONSE TO CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE CONFIRMATION ORDER AGAINST THE DFFA (R13575)**

1. On May 27, 2022, the City of Detroit ("City") filed its *Motion for the Entry of an Order Enforcing the Confirmation Order Against the DFFA* (Docket #13575).

2. The Detroit Fire Fighters Association ("DFFA") and the City, by and through their undersigned counsel, hereby stipulate to the entry of an Order extending the time for DFFA to respond to the City's *Motion for the Entry of an Order Enforcing the Confirmation Order Against the DFFA* (Docket #13575) by two (2) weeks, or to **June 24, 2022**.

WHEREFORE, DFFA and the City request the Court enter an Order in the form attached hereto as Exhibit 1.

STIPULATED AND AGREED:

| | |
|---|---|
| /s/ Marc N. Swanson | /s/Megan B. Boelstler |
| Marc N. Swanson (P71149) | Christopher P. Legghio (P27378) |
| 150 West Jefferson, Suite 2500 | Megan B. Boelstler (P79125) |
| Detroit, Michigan 48226 | Legghio & Israel, P.C. |
| Telephone: (313) 496-7591 | 306 S. Washington, Suite 206 |
| Facsimile: (313) 496-8451 | (248) 398-5900 |
| swansonm@millercanfield.com | cpl@legghioisrael.com |
| | mbb@legghioisrael.com |
| Attorney for the City of Detroit | Attorneys for Detroit Fire Fighters Association |
| June 6, 2022 | June 6, 2022 |

**EXHIBIT 1**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DISTRICT

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |
| _____/ | |

## ORDER GRANTING TWO-WEEK EXTENSION FOR RESPONSE TO CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE CONFIRMATION ORDER AGAINST THE DFFA (R13575)

This matter is before the Court upon the situation of the Detroit Fire Fighters Association ("DFFA") and the City of Detroit ("City").

The Court has read the Stipulation, is fully advised in the premises and finds good cause for granting the relief requested by the Stipulation.

NOW, THEREFORE,

**IT IS ORDERED THAT** the time for DFFA to respond to the City's *Motion for the Entry of an Order Enforcing the Confirmation Order Against the DFFA* (Docket #13575) is extended two (2) weeks, or to **June 24, 2022**.