UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 13-53846

CITY OF DETROIT, MICHIGAN,  Chapter 9

        Debtor.  Judge Thomas J. Tucker
_____/

### ORDER REQUIRING THE CITY TO FILE A FURTHER STATUS REPORT BY DECEMBER 2, 2022

    The Court has reviewed the status report filed by the City of Detroit on June 3, 2022 (Docket # 13578). The Court is satisfied that this case is not yet ready to be closed, and the Court finds good cause to enter this Order.

    IT IS ORDERED that **no later than December 2, 2022**, the City of Detroit must file a further status report, updating the June 3, 2022 status report, and discussing whether the Chapter 9 bankruptcy case should then be closed, and if not, why not, and if not, when the City contends that the case will be ready to be closed.

**Signed on June 6, 2022**



    /s/ Thomas J. Tucker
    **Thomas J. Tucker**
    **United States Bankruptcy Judge**