UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

In re:  Case No. 13-53846

City of Detroit, Michigan,  Judge Thomas J. Tucker

    Debtor.  Chapter 9
_____/

### ORDER GRANTING TWO-WEEK EXTENSION FOR RESPONSE TO CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE CONFIRMATION ORDER AGAINST THE DFFA (DOCKET # 13575)

Based on the stipulation of the Detroit Fire Fighters Association ("DFFA") and the City of Detroit ("City"), filed June 6, 2022 (Docket # 13579), the Court finds good cause to enter this Order.

IT IS ORDERED that the time for DFFA to respond to the City's motion entitled "City of Detroit's Motion for the Entry of an Order Enforcing the Confirmation Order Against the DFFA" (Docket #13575) is extended to June 24, 2022.

**Signed on June 6, 2022**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge