# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**STIPULATION TO EXTEND TIME TO FILE CITY OF DETROIT'S REPLY IN SUPPORT OF ITS MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE BAR DATE ORDER AND CONFIRMATION ORDER AGAINST DEBRA METRIS-SHAMOON, MUKHLIS SHAMOON, CARL VERES, PAUL METRIS AND JULIA METRIS AND ALLOW INCREASED PAGE LIMIT**

The City of Detroit, and Debra Metris-Shamoon, Muklis Shamoon, Carl Veres, Paul Metris and Julie Metris, by and through their undersigned counsel, hereby agree and stipulate to an extension of time for the City of Detroit to file its reply in support of its *Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Debra Metris-Shamoon, Muklis Shamoon, Carl Veres, Paul Metris and Julie Metris* (Doc. No. 13532) ("Motion"), through and including June 24, 2022.

The parties further agree and stipulate that the City of Detroit will be allowed an increased page limit for its reply in support of the Motion, of 10 additional pages, for a total page count of 17.

WHEREFORE, the parties request that the Court enter an order in the form attached hereto as **Exhibit 1**.

STIPULATED AND AGREED ON June 7, 2022:

| DETTMER & DEZSI, PLLC | MILLER, CANFIELD, PADDOCK & STONE, P.L.C. |
|---|---|
| By: /s/ Michael R. Dezsi<br>Michael R. Dezsi (P64530)<br>1523 N Main St<br>Royal Oak, MI 48067<br>Ph: (313) 757-8112<br>Fax: (313) 887-0420<br>mdezsi@Dezsilaw.com<br><br>*Attorney for Debra Metris-Shamoon, Muklis Shamoon, Carl Veres, Paul Metris and Julie Metris* | By: /s/Marc N. Swanson<br>Marc N. Swanson (71149)<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 496-7591<br>Fax: (313) 496-8451<br>swansonm@millercanfield.com<br><br>*Attorney for City of Detroit* |

# EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER APPROVING STIPULATION TO EXTEND TIME TO FILE CITY OF DETROIT'S REPLY IN SUPPORT OF ITS MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE BAR DATE ORDER AND CONFIRMATION ORDER AGAINST DEBRA METRIS-SHAMOON, MUKHLIS SHAMOON, CARL VERES, PAUL METRIS AND JULIA METRIS AND ALLOWING INCREASED PAGE LIMIT**

This matter, having come before the Court on the *Stipulation to Extend Time to File City of Detroit's Reply in Support of its Motion for the Entry of An Order Enforcing the Bar Date Order and Confirmation Order Order Against Debra Metris-Shamoon, Muklis Shamoon, Carl Veres, Paul Metris and Julie Metris* (Doc. No. 13532) ("Motion") *and Allow Increased Page Limit*, the Court being fully advised in the premises, and there being good cause to grant the relief requested,

THE COURT ORDERS THAT the City of Detroit is granted an extension of time to file its reply in support of the Motion, through and including June 24, 2022.

IT IS FURTHER ORDERED THAT the City of Detroit will be allowed an increased page limit for its reply in support of the Motion, of 10 additional pages, for a total page count of 17.