UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

City of Detroit, Michigan

    Debtor.

_____/

Bankruptcy No. 13-53846
Honorable Judge Thomas J. Tucker
Chapter 9

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

Attorney, Adam J. Gantz, hereby requests to be removed from receiving electronic notices on behalf of Class 14 Claimants, Jennifer Gilstrap, Frank Daviston, Shuntina Guest, and La-Sheryl Williams, who are represented by the Law Offices of Kelman & Fantich.

Respectfully submitted:    LAW OFFICES OF KELMAN & FANTICH

Dated: 6-7-22

/s/ Adam J. Gantz
BRIAN L. FANTICH (P60935)
CARRA J. STOLLER (P64540)
ADAM J. GANTZ (P58558)
Attorneys for Plaintiff
30903 Northwestern Hwy., Ste. 270
Farmington Hills, MI 48334
(248) 855-0100

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ Adam J. Gantz
Adam J. Gantz (P58558)