# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### ORDER APPROVING STIPULATION TO EXTEND TIME TO FILE CITY OF DETROIT'S REPLY IN SUPPORT OF ITS MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE BAR DATE ORDER AND CONFIRMATION ORDER AGAINST DEBRA METRIS-SHAMOON, MUKHLIS SHAMOON, CARL VERES, PAUL METRIS AND JULIA METRIS AND ALLOWING INCREASED PAGE LIMIT

This case is before the Court on the stipulation filed on June 7, 2022, entitled "Stipulation to Extend Time to File City of Detroit's Reply in Support of its Motion for the Entry of An Order Enforcing the Bar Date Order and Confirmation Order Order Against Debra Metris-Shamoon, Muklis Shamoon, Carl Veres, Paul Metris and Julie Metris [Docket # 13532, the "Motion")] and Allowing Increased Page Limit" (Docket # 13583). The Court finds good cause to enter this Order.

IT IS ORDERED that the City of Detroit is granted an extension of time to file its reply in support of the Motion, through and including June 24, 2022.

IT IS FURTHER ORDERED that the City of Detroit is allowed an increased page limit for its reply in support of the Motion, of 10 additional pages, for a total page count of 17.

**Signed on June 7, 2022**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge