# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DISTRICT

In re:                                                   Case No. 13-53846

City of Detroit, Michigan,               Judge Thomas J. Tucker

      Debtor.                                  Chapter 9
_____/

### ORDER GRANTING *EX PARTE* MOTION OF DFFA FOR AN ORDER GRANTING ADDITIONAL TIME TO RESPOND TO THE CITY'S MAY 27, 2022 MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE CONFIRMATION ORDER AGAINST THE DFFA *AND* ITS JUNE 6, 2022 SUPPLEMENT AND AMENDMENT

This case is before the Court on the motion filed on June 17, 2022 by the Detroit Fire Fighters Association's (the "DFFA"), entitled "*Ex Parte* Motion of DFFA for an Order Granting Additional Time to Respond to the City's May 27, 2022 Motion for the Entry of an Order Enforcing the Confirmation Order Against the DFFA (R13575) *And* Its June 6, 2022 Supplement and Amendment (R13582)" (Docket # 13586, the "Ex Parte Motion").

The Court finds good cause to enter this Order.

**IT IS ORDERED** that the Ex Parte Motion is granted, and the time for DFFA to respond to the City of Detroit's *Motion for the Entry of an Order Enforcing the Confirmation Order Against the DFFA* (Docket # 13575) *and* its June 6, 2022 *Supplement and Amendment* to its May 27 Motion (Docket # 13582) is extended to **July 22, 2022**.

**Signed on June 17, 2022**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge