# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−53846−tjt
Chapter: 9
Judge: Thomas J. Tucker

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*13532* – Motion to Enforce Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Debra Metris−Shamoon, Mukhlis Shamoon, Carl Veres, Paul Metris and Julia Metris Filed by Debtor In Possession City of Detroit, Michigan (Attachments: # 1 Exhibit 6−1 # 2 Exhibits 6−2 and 6−3) (Swanson, Marc)

will be held on: 7/20/22 at 02:00 PM at Courtroom 1925, 211 West Fort St., Detroit, MI 48226

Note: effective beginning April 14, 2022, with the exception of trials in adversary proceedings, and evidentiary hearings in contested matters, all conferences and hearings in cases pending before Judge Tucker will be conducted by telephone. At least five minutes before the scheduled time for hearing, counsel and parties should call (888) 684−8852 and use Access Code 2388650. Landline connections are much preferred, but cell phone or other telephone services are allowed. Counsel and parties should place their phone on mute and wait until their case is called. After the case is called, counsel and parties should unmute their phone in order to enter their appearance and to speak, but should keep their phone on mute when not speaking. Anyone who dials into a court hearing is prohibited from placing the court call on hold.

Dated: 7/5/22

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court