# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Bankruptcy Case No. 13-53846<br><br>Judge Thomas J. Tucker<br><br>Chapter 9 |

**STIPULATION REGARDING HEARING ON CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE BAR DATE ORDER AND CONFIRMATION ORDER AGAINST DEBRA METRIS-SHAMOON, MUKHLIS SHAMOON, CARL VERES, PAUL METRIS AND JULIA METRIS**

The City of Detroit, Michigan ("City") and Debra Metris-Shamoon, Muklis Shamoon, Carl Veres, Paul Metris and Julie Metris ("Shamoons"), by their undersigned counsel, hereby stipulate and agree as follows:

1. On April 6, 2022, the City filed *City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Debra Metris-Shamoon, Muklis Shamoon, Carl Veres, Paul Metris and Julie Metris* [Doc. No. 13532] ("Motion").

2. On May 17, 2022, the Shamoons filed a response to the Motion. [Doc. No. 13565].

3. On June 24, 2022, the City filed its *Reply Brief in Support of City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres, Paul Metris and Julia Metris*. [Doc. No. 13588].

4. The Court has scheduled a hearing on the Motion to be held July 20, 2022.

5. Counsel for the City is unavailable to attend a hearing on July 20, 2022.

6. WHEREFORE, the City and the Shamoons respectfully request that the Court enter an order in substantially the same form as the one attached as Exhibit 1 adjourning the hearing on the Motion to August 24, 2022.

STIPULATED AND AGREED TO ON July 11, 2022:

| DETTMER & DEZSI, PLLC | MILLER, CANFIELD, PADDOCK & STONE, P.L.C. |
|---|---|
| By: /s/ Michael R. Dezsi<br>Michael R. Dezsi (P64530)<br>1523 N Main St<br>Royal Oak, MI 48067<br>Ph: (313) 757-8112<br>Fax: (313) 887-0420<br>mdezsi@Dezsilaw.com<br><br>*Attorney for Debra Metris-Shamoon, Muklis Shamoon, Carl Veres, Paul Metris and Julie Metris* | By: /s/Marc N. Swanson<br>Marc N. Swanson (71149)<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 496-7591<br>Fax: (313) 496-8451<br>swansonm@millercanfield.com<br><br>*Attorney for City of Detroit* |

# EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER RESCHEDULING HEARING ON CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE BAR DATE ORDER AND CONFIRMATION ORDER AGAINST DEBRA METRIS-SHAMOON, MUKHLIS SHAMOON, CARL VERES, PAUL METRIS AND JULIA METRIS**

Upon the *Stipulation Regarding Hearing on City of Detroit's Motion for the Entry of An Order Enforcing the Bar Date Order and Confirmation Order Against Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres, Paul Metris and Julia Metris* ("Stipulation")[1]; and the Court being otherwise advised in the premises;

IT IS ORDERED THAT the hearing on the Motion currently scheduled for July 20, 2022 is adjourned to August 24, 2022 at __:__ p.m.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.