UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Case No. 13-53846<br><br>Judge Thomas J. Tucker<br><br>Chapter 9 |

### ORDER RESCHEDULING HEARING ON CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE BAR DATE ORDER AND CONFIRMATION ORDER AGAINST DEBRA METRIS-SHAMOON, MUKHLIS SHAMOON, CARL VERES, PAUL METRIS AND JULIA METRIS

Based on the stipulation filed July 11, 2022 (Docket # 13590), the Court finds good cause to enter this Order.

IT IS ORDERED THAT the telephonic hearing on the City of Detroit's Motion for the Entry of An Order Enforcing the Bar Date Order and Confirmation Order Against Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres, Paul Metris and Julia Metris (Docket # 13532), currently scheduled for July 20, 2022 at 2:00 p.m., is adjourned to **August 24, 2022 at 1:30 p.m.**

**Signed on July 11, 2022**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge