UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

In re:                                             Bankruptcy Case No. 13-53846

City of Detroit, Michigan,                         Judge Thomas J. Tucker

    Debtor.                                        Chapter 9
_____/

# EXHIBIT LIST TO
# DFFA'S OPPOSITION TO THE CITY MOTION
# FOR THE ENTRY OF AN ORDER ENFORCING
# THE CONFIRMATION ORDER AGAINST
# THE DFFA (R13575), AND ITS SUPPLEMENT
# AND AMENDMENT (R13582)

Exhibit 1    Member W-2 Corrections

Exhibit 2    January 25, 2022 Union Demand to Bargain

Exhibit 3    Ann Arbor CBA Excerpt

Exhibit 4    City-DFFA 2020-2026 CBA Excerpts

Exhibit 5    City-DFFA 1986-1989 CBA Excerpt

Exhibit 6    May 17, 2022 DFFA Letter to City Regarding Settlement

Exhibit 7    FRC Resolution 2018-13

Exhibit 8    Excerpts of Transcript of Grievance 20-20 Arbitration