# EXHIBIT 1

**Form W-2 Wage & Tax Statement 2020**
**Copy 2 - To Be Filed With Employee's State, City, or Local Income Tax Return.**

Department of the Treasury - Internal Revenue Service | OMB No.

| Box | Value |
|---|---|
| a Employee's social security number | |
| 1 Wages, tips, other compensation | 52239.22 |
| 2 Federal income tax withheld | 2421.96 |
| c Employer's name, address, and ZIP code | City of Detroit<br>2 Woodward Avenue<br>Suite 628<br>Detroit, MI 48226<br>USA |
| 3 Social security wages | 0.00 |
| 4 Social security tax withheld | 0.00 |
| 5 Medicare wages and tips | 56523.10 |
| 6 Medicare tax withheld | 819.58 |
| 7 Social security tips | 0.00 |
| 8 Allocated tips | 0.00 |
| b Employer identification number (EIN) | |
| 9 | |
| 10 Dependent care benefits | |
| e Employee's name, address, and ZIP code | |
| 11 Nonqualified plans | 0.00 |
| 13 Statutory employee | ☐ |
| 13 Retirement plan | ☑ |
| 13 Third-party sick pay | ☐ |
| 12 See instructions for box 12 | DD<br>G |
| 14 Other | DUES<br>PENSION<br>S125 |

| 15 State | Employer's state ID No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| MI | | 77817.46 | 1906.39 | 77817.46 | 636.86 | MIDET |

44444

**For Official Use Only** ▶
OMB No.

**a** Employer's name, address, and ZIP code

City of Detroit

2 Woodward Avenue
Suite 628
Detroit, MI 48226

**b** Employer's Federal EIN

**c** Tax year/Form corrected
2020/W-2

**d** Employee's correct SSN

**e** Corrected SSN and/or name (Check this box and complete boxes f and/or g if incorrect on form previously filed.) ☐

Complete boxes f and/or g only if incorrect on form **previously filed** ▶

**f** Employee's **previously reported** SSN

**g** Employee's **previously reported** name

**h** Employee's first name and initial | Last name | Suff.

**i** Employee's address and ZIP code

**Note:** Only complete money fields that are being corrected (exception: for corrections involving MQGE, see the General Instructions for Forms W-2 and W-3, under Specific Instructions for Form W-2c, boxes 5 and 6).

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| 1 Wages, tips, other compensation | 1 Wages, tips, other compensation | 2 Federal income tax withheld | 2 Federal income tax withheld |
| 3 Social security wages | 3 Social security wages | 4 Social security tax withheld | 4 Social security tax withheld |
| 5 Medicare wages and tips | 5 Medicare wages and tips | 6 Medicare tax withheld | 6 Medicare tax withheld |
| 7 Social security tips | 7 Social security tips | 8 Allocated tips | 8 Allocated tips |
| 9 | 9 | 10 Dependent care benefits | 10 Dependent care benefits |
| 11 Nonqualified plans | 11 Nonqualified plans | 12 See instructions for box 12<br>J 0.00 | 12 See instructions for box 12<br>J 27,231.00 |
| 13 Statutory Employee ☐ Retirement plan ☐ Third-party sick pay ☐ | 13 Statutory Employee ☐ Retirement plan ☐ Third-party sick pay ☑ | | |
| 14 Other (see instructions) | 14 Other (see instructions) | | |

**State Correction Information**

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| 15 State<br>MI | 15 State<br>MI | 15 State | 15 State |
| Employer's state ID number | Employer's state ID number | Employer's state ID number | Employer's state ID number |

DO NOT CUT, FOLD, OR STAPLE THIS FORM

44444 — For Official Use Only ▶ OMB No. [redacted]

| | |
|---|---|
| a Employer's name, address, and ZIP code<br>CITY OF DETROIT<br>2 WOODWARD AVE<br>Suite 628<br><br>DETROIT, MI 48226 | c Tax year/Form corrected: 2020/W-2<br>d Employee's correct SSN: [redacted]<br>e Corrected SSN and/or name (Check this box and complete boxes f and/or g if incorrect on form previous filed.) ☐<br>Complete boxes f and/or g only if incorrect on form previously filed ▶<br>f Employee's previously reported SSN |
| b Employer's Federal EIN [redacted] | g Employee's previously reported name |
| | h Employee's first name and initial [redacted] — Last name [redacted] — Suff<br>[redacted]<br>i Employee's address and ZIP code |
| Note: Only complete money fields that are being corrected (exception: for corrections involving MQGE, see the instructions for Forms W-2c and W-3c, boxes 5 and 6). | |

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| 1 Wages, tips, other compensation<br>52239.22 | 1 Wages, tips, other compensation<br>50586.46 | 2 Federal income tax withheld | 2 Federal income tax withheld |
| 3 Social security wages | 3 Social security wages | 4 Social security tax withheld | 4 Social security tax withheld |
| 5 Medicare wages and tips<br>56523.10 | 5 Medicare wages and tips<br>56116.84 | 6 Medicare tax withheld | 6 Medicare tax withheld |
| 7 Social security tips | 7 Social security tips | 8 Allocated tips | 8 Allocated tips |
| 9 | 9 | 10 Dependent care benefits | 10 Dependent care benefits |
| 11 Nonqualified plans | 11 Nonqualified plans | 12a See instructions for box 12 | 12a See instructions for box 12 |
| 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | 12b | 12b |
| 14 Other (see instructions) | 14 Other (see instructions) | 12c | 12c |
| | | 12d | 12d |

**State Correction Information**

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| 15 State | 15 State | 15 State | 15 State |
| Employer's state ID number | Employer's state ID number | Employer's state ID number | Employer's state ID number |
| 16 State wages, tips, etc.<br>52239.22 | 16 State wages, tips, etc.<br>50586.46 | 16 State wages, tips, etc. | 16 State wages, tips, etc. |
| 17 State income tax | 17 State income tax | 17 State income tax | 17 State income tax |

**Locality Correction Information**

| Previously reported | Correct information | Previously reported | Correct information |
|---|---|---|---|
| 18 Local wages, tips, etc.<br>52239.22 | 18 Local wages, tips, etc.<br>50586.46 | 18 Local wages, tips, etc. | 18 Local wages, tips, etc. |
| 19 Local income tax | 19 Local income tax | 19 Local income tax | 19 Local income tax |
| 20 Locality name | 20 Locality name | 20 Locality name | 20 Locality name |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions. Copy A -- For Social Security Administration

Form **W-2c** (Rev. 8-2014) **Corrected Wage and Tax Statement** [redacted] Department of the Treasury Internal Revenue Service