# EXHIBIT 2



# DETROIT FIRE FIGHTERS ASSOCIATION
I.A.F.F. Local 344 • Organized May 1933
333 West Fort Street, Suite 1420 • Detroit, MI 48226-3149
(313) 962-7546 | (313) 962-7899 fax | www.dffa344.org

January 25, 2022

VIA EMAIL

**Thomas M. Gehart**
*President*

**Christopher A. Smith**
*Vice President*

**Jeffrey M. Pegg**
*Secretary*

**Timothy R. Carter, II**
*Treasurer*

**Directors**
M. Cretu
A. Wyatt
G. Stewart
R. Best
J. Cangialosi
A. Schwedler
J. Koch

**Emeritus Presidents**
Daniel Delegato
Daniel F. McNamara

Charles Simms
Executive Fire Commissioner
City of Detroit Fire Department
Detroit Public Safety
Headquarters
1302 Third Street, Suite 728
Detroit, MI 48226
simmsc@detroitmi.gov

Hakim W. Berry, Director
City of Detroit Labor
Relations Division
2 Woodward Avenue
Detroit, MI 48226
berryh@detroitmi.gov

Valerie A. Colbert-Osamuede,
Deputy Director
City of Detroit Labor Relations
Division
2 Woodward Avenue
Detroit, MI 48226
colbv@detroitmi.gov

**RE: Demand to Bargain and Request for Information (RFI) Regarding Taxation of Js/Injured-time Compensation**

Commissioner Simms, Mr. Berry, and Ms. Colbert-Osamuede:

This is a demand to bargain over Js/Injured-time compensation and benefits, including taxation of the compensation and benefits.

This includes, but is not limited to, a request to bargain over the City's actions, decisions, changes, and apparent "Memorandum" from C. Raimi regarding "Revision to treatment of 'J-time' and 'Injured Time' payments effective January 1, 2021," dated "December 17, 2020." And, this also includes a request to bargain over the impacts and effects of such City decisions and actions.

This is also a request for information (RFI), pursuant to PERA and the parties' Collective Bargaining Agreement (CBA) regarding the City changes and apparent "December 17, 2020" Memorandum. DFFA requests the following information and documents:

1. All documents, records, bulletins, and correspondence between the City and DFFA and/or DFFA members regarding all City changes, whether tentative or implemented, to "J-time" and "Injured Time" compensation, benefits,

---

Affiliated

| International Association of Fire Fighters | Michigan State | Metropolitan Detroit |
| AFL-CIO | AFL-CIO | AFL-CIO |



**Detroit Fire Fighters Association**
I.A.F.F. Local No. 344
January 25, 2022
Page 2

and payments, including the taxation thereof, from January 1, 2020 to present. This includes all documents, records, and correspondence related to the City's apparent "December 17, 2020" Memorandum.

If you have any questions, or if there will be any delay in your response, please let us know. And, please let us know the City's availability to bargain regarding this matter.

Thank you.

DETROIT FIRE FIGHTERS ASSOCIATION

THOMAS M. GEHART
President - Local 344

cc: DFFA Executive Board (via email)
Grace Cancel (via email)