# EXHIBIT 3

AGREEMENT BETWEEN THE

INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS
LOCAL 693

AND THE CITY OF ANN ARBOR

COMMENCING January 1, 2020

CONCLUDING December 31, 2024

24. **WORKER'S COMPENSATION - ON-THE-JOB INJURY**

    A. Each employee will be covered by the applicable Worker's Compensation Law.

    B. The employer further agrees that employees whose absence from work is due to illness or injury arising out of and in the course of their employment with the City are eligible for Worker's Compensation. In addition to Worker's Compensation benefits, employees shall receive the difference between the Worker's Comp benefits and their net salary and all fringe benefits (except prorated food and clothing allowance) as of the date of injury (excluding overtime). This will begin the first actual day on which they are unable to work following the day of injury, and continuing thereafter for a maximum of three hundred and sixty-five (365) days. Net pay will be calculated as follows: employee's bi-weekly wage less Federal taxes, State taxes. The full amount of the pension withholding on their normal salary shall continue and be credited to each employee's annuity account. The supplemental amount shall not increase because of a change in the employee's W-4 form without the approval of the City Administrator. Employees' take home supplement will equal the difference between their net pay as calculated above and their bi-weekly Worker's Compensation payments. For the computation of pension withholding and final average compensation for retirement calculation, the employee's regular bi-weekly salary will be used instead of the actual supplemental amounts paid. For periods of less than two (2) weeks, the amounts will be prorated. The City and the employee will bear the necessary cost to make the pension contribution the same as if the employee were working. Following the 365th day, an employee's health and ability to perform work for the City shall be reviewed. Employees able to return to their original position shall do so.

    C. Thereafter, employees injured on the job and eligible for Worker's Compensation, shall, in addition to Worker's Compensation benefits, receive 70% of the difference between the Worker's Compensation benefits and their City salary and all fringe benefits (except prorated food and clothing allowance) as of the 365th day following said injury (excluding overtime) until such time as the employees either receive a duty disability pension or are able to return to their original position or another open classification. During this period of time, the employees' salary and all fringe benefits (except prorated food and clothing allowance) shall be in accordance with the pay schedules set forth in existing contract with regard to seniority and all scheduled pay raises, except that the employees will not receive longevity or merit increases until they return to work. Employees may use a pro-rata amount of banked time to bring their pay to full net pay.

    Employees who are not able to return to their position, but are able to perform work in another open classification, shall be offered a position in that classification and their pay shall either be commensurate with the salary or wage grade for that position, or 70% of the salary or wage grade of their original classification or position whichever is higher.

42