# EXHIBIT 4

# MASTER AGREEMENT

BETWEEN THE

# CITY OF DETROIT

AND THE

# DETROIT FIRE FIGHTERS ASSOCIATION

# 2020 - 2026

C. <u>M.F.R. and E.M.T. Training, Licensure, and Work</u>.

    1. Subject to the provisions of this Section and as a condition of employment, all non-EMS Division employees must be licensed by the State of Michigan to perform, at a minimum level, Medical First Responder (M.F.R.) work and maintain that licensure in good standing. The Department may lay off any Employee who fails to acquire/maintain the Department's required medical license. An Employee laid off in accordance with this Section shall be discharged if he or she fails to obtain the required medical license within 12 months of layoff.

    The Department shall provide or otherwise pay for E.M.T. training to an employee, which shall be offered once, during his/her career, in accordance with the procedures set forth by the Department.

        a. The Department may develop policies and procedures related to medical work assignments. The Department will meet and confer with the Union prior to developing, implementing, or amending any such policies and procedures.

        b. Employees may request reimbursement for renewal of medical license fees. Upon expiration of any stipulated licensure or certificate, the Employee shall have the State of Michigan grace period that is in effect at the time of expiration, to renew or restore the license or certificate. No employee can work with an expired license and/or credentials. Employees not fulfilling those requirements are subject to discharge.

    2. Rapid Response Vehicles may primarily be used for medical runs, but may respond as extra manpower to fire scenes. If a Rapid Response Vehicle is dispatched to a fire scene, it will assist the Rapid Intervention Team and/or address any medical emergencies on the fire scene.

D. <u>Injury-on-Duty Status</u>. Members who are injured on duty shall be carried on injured-on-duty status from the hour the injury is occurred, regardless if the following tour of duty is a Leave day.

All Emergency Medical Technicians and Paramedics that are not classified to also perform fire service, shall be covered under the State of Michigan Workers Compensation Laws.

E. <u>Mutual Benefit Fund</u>. At the request of the Union, the City shall deduct from the check of each member of the Active Mutual, an amount as determined by the Secretary of the Detroit Fire Department Mutual Benefit Fund, at the occurrence of any assessments of premiums due to the active death by any member.

F. <u>Fire Helmets and Shields</u>. Helmets and shields currently issued to retiring members may be kept by those members.

B. <u>Hospitalization, Medical Insurance, Optical and Dental Care</u>.

    1. During the term of this Agreement, Employees will be eligible to participate in the group medical, prescription drug, dental, and vision plans ("<u>Medical Plans</u>") offered by the City. Unless the parties mutually agree otherwise, the City's 2014 medical plan designs ("Medical Plan Designs") will remain in place during the term of this Agreement. For purposes of this Section, the term Medical Plan Design will collectively refer to deductibles, co-payments, covered services, networks, and third party administrators or insurers.

    2. Employees will be required to make monthly contributions for their benefits based upon the plan and coverage tier selected by the Employee. Monthly contributions will be deducted from Employee payroll disbursements on a pre-tax basis (if authorized by the employee), in accordance with applicable law.

        a. For calendar year 2014, Employees' monthly contributions under the City's Medical Plans will remain at the levels in place as of the Effective Date of this Agreement.

        b. For subsequent calendar years during the term of this Agreement, Employees' monthly contributions under the City's Medical Plans will be adjusted annually to the level necessary to maintain an 80/20 proportional share of the cost of the medical coverage, subject to the terms and conditions and limitations set forth in this Article. Under this cost sharing arrangement, the City will pay eighty percent (80%) of the costs of each coverage tier in the City's Medical Plans, and Employees participating in each coverage tier will pay twenty percent (20%) of the costs for such coverage tier. Premiums will be calculated as follows:

            i. For the Health Alliance Plan ("HAP") health maintenance organization ("HMO") plan, a participating Employee will pay 20% of the premium charged by HAP for his/her coverage tier. Such premiums will be established by HAP, subject to confirmation by an independent enrolled actuary retained by the City ("Enrolled Actuary").

            ii. For the Blue Cross/Blue Shield ("BCBS") preferred provider organization ("PPO") plan, monthly contributions will be set such that Employees in each coverage tier collectively pay twenty (20%) of the costs for that coverage tier. Such monthly contributions will be calculated by the Enrolled Actuary. Monthly contributions will be calculated in accordance with generally accepted actuarial principles, and will take into account claims experience from the prior fiscal year, inflation, actual and anticipated administrative costs, actual and anticipated fees and surcharges (including those associated with compliance with the Patient Protection and

Affordable Care Act ("ACA")), and any other relevant costs or factors as determined by the Enrolled Actuary.

3. Except as provided in this Article, the extent of coverage under the City's Medical Plans will be governed by the terms and conditions set forth in the applicable Medical Plans offered by the City during the term of this Agreement. Plan documents may be modified or amended by the City from time to time in accordance with the terms of the applicable plan documents, provided that such amendments do not violate the terms of this Article. Any questions or disputes concerning any City Medical Plans will be resolved in accordance with the terms and conditions set forth in the applicable insurance policies or plan documents and will not be subject to the Grievance & Arbitration Procedures set forth in Articles 8 and 9 of this Agreement.

4. The failure of any insurance carrier(s), PBM, or plan administrator(s) to provide any benefit for which it has contracted or is obligated will not result in any liability to the City, nor will such failure be considered a breach by the City of any obligation undertaken under this or any other Agreement. However, nothing in this Agreement will be construed to relieve any insurance carrier(s) or plan administrator(s) from any liability it may have to bargaining unit Employees or beneficiaries of bargaining unit Employees.

5. Except as set forth in this Article, during the term of this Agreement, the City Medical Plans will provide benefits with an actuarial value as determined by the Enrolled Actuary that are at the "Gold" level (i.e., approximate actuarial value of 80%), as defined by the ACA. In the event that the actuarial value of a City Medical Plan's benefits falls below the "Gold" level as determined by the Enrolled Actuary during the term of the Agreement, the City will meet and confer with the Union to discuss potential modifications to the Medical Plan during the subsequent plan year to raise the actuarial value of the benefits to the "Gold" level.

6. Notwithstanding any provision in this Article that could be construed to the contrary, this Article will not be construed to require the City to fall out of compliance with the requirements Public Act 152 of 2011 ("PA 152"). MCL § 15.561 *et. seq.* The City's Enrolled Actuary will be responsible for periodically monitoring compliance with the requirements of PA 152. In any event where the Enrolled Actuary determines that the City is reasonably likely to fall out of compliance with PA 152, the City will meet and confer with the Union for a period not longer than thirty (30) days in order to discuss potential modifications to the terms of the Medical Plans or to the allocation of premium payments by the City and the Employees. To the extent the City and the Union are unable to reach an agreement within thirty (30) days, the City may make any necessary modifications to ensure compliance with PA 152.

7. <u>Surviving Spouses/Dependents</u>. Current and future spouses and dependents of bargaining unit employees who are killed in the line of duty will be eligible to continue to participate in the City's Hospitalization, Medical Insurance, Optical and

>    as practical, each fiscal year, the Department will announce whether it will elect to pay out sick time accrued as of the preceding fiscal year.
>
>    b.  At the time it makes such announcements, the Department will also announce the amount of sick time that it may buy out.
>
>    c.  Any payments under this Section shall be made at 85% of the Employee's base rate of pay during the previous fiscal year. If the Department elects to make a payment under this provision, the payment shall be made on the first pay date after December 1, or earlier if agreed upon by both parties. Notwithstanding any other provision of this Agreement, an Employee may elect to have a payment made pursuant to this Section contributed into the Employee's Annuity Savings Account in lieu of a cash payment.

J.  Fire Boat Employees.

   1. Pay rates for the classifications of Fire Boat Operator and Fire Boat Deckhand shall be listed in the rate table.

   2. All Fire Boat classification fringe benefit packages and pay practices shall be in accordance with ordinances and resolutions governing General City employees.

K.  <u>Pension and Retirement Provisions</u>. During the term of this Agreement Employees will be entitled to retirement benefits in accordance with the terms of the Memorandum of Understanding Regarding the Police and Fire Retirement System of the City of Detroit, Michigan. The terms of the Memorandum of Understanding may be modified to conform with any plan of adjustment approved by the United States Bankruptcy Court.

   Current EMS Division employees deciding to work in the Fire Fighter – EMT or Fire Fighter Paramedic classifications shall be placed in the Police & Fire Retirement System, as a new employee to the system, effective upon the date of status change to the new classification. The Time spent in the General City Retirement System for those employees, shall be frozen, as of the date of status change. Affected employees shall consult with the City of Detroit Retirement Systems for more information regarding his/her status in the General Retirement System.

L.  <u>Overtime</u>.

   1. Pursuant to the City's management rights under Article 3, the City has the right to schedule overtime work and to require Employees to work mandatory overtime. In scheduling overtime, the City will use the following procedure:

      a.  First, overtime work assignments shall be on a voluntary, rotating basis by seniority through the overtime master list for members who are on their scheduled Leave day. Secondly, overtime assignments shall be on a voluntary, rotating basis by seniority for members who are on leave,

# MEMORANDUM OF UNDERSTANDING
# REGARDING THE POLICE AND FIRE RETIREMENT SYSTEM
# BETWEEN
# THE CITY OF DETROIT
# AND
# THE DETROIT FIRE FIGHTERS ASSOCIATION

This Memorandum of Understanding is made and entered into this 6 day of November, 2014, by and between the City of Detroit ("City") and the Detroit Fire Fighters Association ("DFFA" or the "Association").

WHEREAS, on July 18, 2013, the City filed for protection under Chapter 9 of the U.S. Bankruptcy Code, 11 U.S.C. §§ 101-1550; and

WHEREAS, on December 5, 2013, the U.S. Bankruptcy Court for the Eastern District of Michigan ("Bankruptcy Court") ruled that the City is eligible to be a debtor under Chapter 9 of the U.S. Bankruptcy Code; and

WHEREAS, the City's duty to bargain with the Association over changes to terms and conditions of employment has been suspended pursuant to Public Act 436, MCL § 141.1541 *et seq.*; and

WHEREAS, on August 16, 2013 the Bankruptcy Court ordered the City and the Association to participate in Court-supervised mediation regarding the terms of a successor collective bargaining agreement, including retirement benefits for current employees; and

WHEREAS, the City and the Association agree that it is in the best interests of the City and its employees for the City to provide fiscally responsible but high quality retirement benefits to its future retirees; and

WHEREAS, in connection with the mediation, the City and the Association have discussed ways to address the unfunded liabilities of the Police and Fire Retirement System ("PFRS") and to reach an agreement to provide sustainable retirement benefits to future retirees of the City; and

WHEREAS, benefit accruals under the PFRS ceased effective June 30, 2014, pursuant to Ordinance No. 12-14; and

WHEREAS, effective July 1, 2014, employees represented by certain City unions, including the DFFA, became eligible to participate in the Combined Plan for the Police and Fire Retirement System of the City of Detroit, Michigan (the "Combined Plan"), which consists of provisions relating to benefits accrued by members under PFRS prior to July 1, 2014 ("Old PFRS") and provisions relating to benefits accrued by members under PFRS on and after July 1, 2014 ("New PFRS"); and

1

WHEREAS, this Memorandum of Understanding supplements any collective bargaining agreements entered into between the City and the Association and/or any Act 312 Arbitration Award pertaining to the Association and the City until the expiration of this Memorandum of Understanding;

NOW, THEREFORE, it is agreed that the City and the Association have entered into this Memorandum of Understanding, and any proposals or counter-proposals made during related discussions by either the City or the Association, but not included in this Memorandum of Understanding, are hereby withdrawn. The City and the Association further agree as follows:

A. <u>The Police and Fire Retirement System</u>. During the term of this Memorandum of Understanding, pension benefits for eligible employees represented by the DFFA shall be in accordance with this Memorandum of Understanding, as follows:

1. <u>City Contribution</u>. The City shall contribute to New PFRS, on an annual basis, an amount equal to twelve and one-quarter percent (12.25%) of each eligible employee's base compensation. A portion of such contribution will be credited to a rate stabilization fund.

2. <u>Employee Contribution</u>. Eligible employees hired by the City on or before June 30, 2014 shall make pre-tax contributions equal to six percent (6%) of their base compensation to New PFRS (pre-risk shifting). Eligible employees hired or rehired by the City on and after July 1, 2014 shall make pre-tax contributions equal to eight percent (8%) of their base compensation to New PFRS (pre-risk shifting).

3. <u>Plan Terms</u>. Except as set forth herein, the following key terms relating to New PFRS shall apply to benefits accrued by eligible employees on and after July 1, 2014 and prior to January 1, 2024:

| BENEFIT FORMULA | Final Average Compensation (average base compensation over last 5 consecutive years of employment) x Years of Service earned after June 30, 2014 x 2.0%. Average base compensation does not include overtime, unused sick leave, longevity payments, or any other form of bonus or additional compensation – just the employee's base salary. |
|---|---|
| | Actual time for benefit accrual is actual time served. For vesting service, an eligible employee must work 1,000 hours in a 12-month period to accrue a year of service. |

| | |
|---|---|
| NORMAL RETIREMENT AGE | Age 50 with 25 years of service, with the following 7 year transition period for New PFRS benefits only:<br><br>| Fiscal Year | Age and Service |<br>|---|---|<br>| 2015 | Age 43 and 20 years |<br>| 2016 | Age 43 and 20 years |<br>| 2017 | Age 44 and 21 years |<br>| 2018 | Age 45 and 22 years |<br>| 2019 | Age 46 and 23 years |<br>| 2020 | Age 47 and 24 years |<br>| 2021 and thereafter | Age 50 and 25 years |<br><br>Unreduced frozen Old PFRS benefits are payable in accordance with the requirements of PFRS as in effect on June 30, 2014 (that is, when an employee reaches 20 or 25 years of credited service, whichever applied to the employee as of June 30, 2014 under Old PFRS). |
| | 10 Years of Service for vesting. |
| | Deferred vested pension -- 10 years of service and age 55. |
| | Duty Disability - consistent with Old PFRS. |
| | Non-Duty Disability – consistent with Old PFRS. |
| | Non-Duty Death Benefit for Surviving Spouse – consistent with Old PFRS. |
| | Duty Death Benefit for Surviving Spouse – consistent with Old PFRS. |
| COLA | 1% compounded, variable. |
| DROP ACCOUNTS | Available for frozen Old PFRS benefits and future accrued benefits under New PFRS for employees who are eligible to retire under concurrent eligibility requirements. No more than 5 years of DROP participation for employees not already in DROP as of June 30, 2014. DROP accounts will be managed by PFRS instead of ING, if administratively and legally feasible. If managed by PFRS, interest will be credited to DROP accounts at a rate equal to 75% of the actual net investment return of PFRS, but in no event lower than 0% or higher than 7.75%. |
| ANNUITY SAVINGS | Voluntary Annuity Savings Fund contributions up to 10% of after-tax pay. Interest will be credited at the actual net investment rate of return for PFRS, but will in no event be lower than 0% or higher than 5.25%. No in-service withdrawals permitted. |
| | Investment Return/Discount rate – 6.75%. |

3