# EXHIBIT 5



# AGREEMENT
BETWEEN THE
## CITY OF DETROIT
AND THE
## DETROIT FIRE FIGHTERS ASSOCIATION
LOCAL No. 344 I.A.F.F.

Contract Duration: July 1, 1986 to June 30, 1989

G. Members who are injured on duty shall be carried on injured on duty status from the hour the injury is incurred, regardless if the following tour of duty is a Leave day, Extra leave day, Extra-extra leave day, or Extra-extra-extra leave day.

H. Employees shall be eligible for a deferred Compensation Plan made available by the City. Participation in the plan shall be optional with each employee.

I. At the request of the Secretary of the Detroit Fire Department Mutual Benefit Fund, the City shall deduct from the check of each member of the Active Mutual, seven dollars ($7.00), at the occurrence of any assessments of premiums due to the active death by any member.

J. The parties agree that the Fire Department Joint Health and Safety Committee shall study the need for new fire helmets. If the committee recommends the purchase of a new helmet which meets State and Federal safety regulations and the Commissioner approves, the City shall purchase such helmets for all members of the Fire Fighting Division.

K. Helmets and shields currently issued to retiring members may be kept by those members.

L. The City will reimburse members for the cost of school tuition, subject to the limitations set forth in the Civil Service Tuition Refund Plan, as adopted by the Detroit Civil Service Commission on June 14, 1966 and revised on January 7, 1975 and the Tuition Refund Plan as approved by Detroit City Council, June 17, 1969. Employees requesting a tuition refund should submit their application pursuant to the department's rules and regulations.

M. Members of the bargaining unit may participate in the direct deposit program offered by the City.

N. All Arson Division employees shall be provided at no charge with their department-issued service revolver upon retirement. The department may refuse to give employees their revolvers for good cause shown.

O. An employee engaged in outside employment shall annually notify the Fire Commissioner of the type of such employment and the name and address of such employer(s). Employees engaged in casual, i.e., sporadic, outside employment need only provide such information once per year unless the nature or type of outside employment substantially changes.

P. The Department shall supply free parking for all non-civilian members assigned to Fire Department Headquarters during the hours of such assignments.

Q. The City shall change the status of the incumbent holding the position of Senior Assistant Fire Dispatcher/Fire Dispatcher to Fire Dispatcher and compensate him accordingly.

R. Whenever an employee leaves employment with the City such employee will be paid for all banked time, other than sick time, in a lump sum payment within thirty (30) calendar days of the separation, at the prevailing rate of pay in effect at the time of separation. This includes, but is not limited to, separation with a deferred vested pension or under a disability.

S. Employees are required by the City as a condition of employment to contribute financially to congregate meals in the firehouse at a charge equal to the value of the meals, irrespective of whether the employee chooses to eat the meal. The City shall be held harmless from any circumstances that may flow from this provision and the City is not required to maintain any records whatsoever referable to this provision.

## 13. CONVENTIONS

A. Subject to the operating needs of the Fire Department as determined by the Fire Commissioner, time off without loss of pay shall be granted to all delegates duly elected to attend annual state or national conventions of Veterans' organizations with national Congressional Charters with dates and locations as approved by City Council. Such time off shall be charged to vacation or compensatory time banks in accordance with City Council Resolutions.

B. The Union may from time to time request City Council to approve attendance at state or national conventions of labor organizations by City employees without loss of time or pay.

## 14. MAINTENANCE OF WAGES AND HOURS

Wages, hours and conditions of employment legally in effect on the effective date of this Agreement, shall, except as improved herein, be maintained during the term of this Agreement.

It is not the intent of this article to restrict, interfere with, prevent or hinder the City from carrying out its duties and responsibilities to the public well being, by way of illustration, but not limitation, those rights, duties and responsibilities enumerated in Article 2 and the Purpose and Intent clause hereof, subject to the City's obligations under PERA and other laws.

## 15. HOURS AND LEAVE DAYS

A. The leave of absence of uniformed members of the Fire Fighting Division of the Fire Department shall be, for each member, one day of twenty-four (24) hours off duty in every forty-eight (48) hours, and an additional twenty-four (24) consecutive hours off duty in each six-day period (such additional twenty-four (24) consecutive hours to be joined with proximate regular leave days so as to afford a leave period of seventy-two (72) consecutive hours), and an average of an additional twenty-four (24) consecutive hours off duty in every thirty (30) day period, thereby requiring such persons to work an average 50.4 hours per week; and a furlough of twenty (20) days in each year.