# EXHIBIT 6



# DETROIT FIRE FIGHTERS ASSOCIATION

I.A.F.F. Local 344 • Organized May 1933

333 West Fort Street, Suite 1420 • Detroit, MI 48226-3149

(313) 962-7546 | (313) 962-7899 fax | www.dffa344.org

May 17, 2022

**BY EMAIL ONLY**

**Thomas M. Gehart**
*President*

**Christopher A. Smith**
*Vice President*

**Jeffrey M. Pegg**
*Secretary*

**Timothy R. Carter, II**
*Treasurer*

**Directors**
M. Cretu
A. Wyatt
G. Stewart
R. Best
J. Cangialosi
A. Schwedler
J. Koch

**Emeritus Presidents**
Daniel Delegato
Daniel F. McNamara

Charles Simms
Executive Fire Commissioner
City of Detroit Fire Department
Detroit Public Safety Headquarters
1301 Third Street, Suite 728
Detroit, MI 48226
simmsc@detroitmi.gov

Hakim W. Berry
Director
City of Detroit
Labor Relations Division
2 Woodward Ave
Detroit, MI 48226
berryh@detroitmi.gov

Reginald Jenkins
2nd Deputy Fire Commissioner
City of Detroit Fire Department
Detroit Public Safety Headquarters
1301 Third Street, Suite 728
Detroit, MI 48226
regjen@detroitmi.gov

RE: **Grievance #01-22 (Js Time Taxation) -- Proposed Settlement**

Gentlemen:

This is a settlement proposal in the above referenced Grievance (#01-22), and a proposal to resolve all matters related to the taxation of *Js time*.

Like *all* settlement proposals, nothing in this proposal can be used against the DFFA in its litigation of Grievance #01-22, or in any other proceeding or forum -- *e.g.*, arbitration, MERC -- in which the Union pursues resolution of this *Js* taxation issue.

Similarly, nothing in this proposal can be used against the DFFA or its members in any other matter. (See MRE 408).

**DFFA'S PROPOSED RESOLUTION**

DFFA proposes the following:

1. The City will correct the 2021 W-2s -- issued in January 2022, to all DFFA members on *Js* in 2021 -- to reflect the following:

    a. **Untaxable** -- the City will subtract from Boxes 1, 16, and 18 of the injured employee's 2021 W-2 (*i.e.*, the boxes that identify "total taxable wages…and other compensation paid by the employer…"), the applicable Worker's Compensation amount from the total taxable wages paid by the City to the fire fighters.

        Instead, the City will designate, under Box 12 as code "J," the Worker's Compensation-like benefits paid by the City as *nontaxable sick pay*; and

    b. **Remaining Compensation Taxable** -- the City will report on the 2021 W-2 as *taxable income* the amount of compensation the City paid that exceeds the applicable Worker's Compensation limits.

Affiliated

International Association of Fire Fighters
AFL-CIO

Michigan State
AFL-CIO

Metropolitan Detroit
AFL-CIO

2. *Prospectively*, the City will pay fire fighters on *Js* their *full* compensation as follows:

   a. **BI-WEEKLY TAX WITHHOLDING FOR EMPLOYEES ON *Js*:** For injured fire fighters, who were "injured on duty," the City will -- as it has in the past -- pay them their full wages and benefits.

      From the disabled employee's bi-weekly pay, the City *will* continue to withhold federal, state, and local taxes, as it has in the past, from the unreduced wages of the "injured-on-duty-status" fire fighter.

   b. **PRE-TAX EMPLOYEES' (ON *Js*) CONTRIBUTIONS:** The City will continue to deduct, on a *pre-tax* basis, each fire fighter's designated contributions for pension and healthcare from their full *Js* compensation. And, the City will make its regular fringe benefit contributions on the employee's behalf. The amount of these deductions will be identical to the deduction made when the fire fighter was on regular active status.

   c. **THE YEAR END W-2:** At the end of each future year, the City will issue W-2s that reflect:

      i. that the *Js* wages/income, that are analogous to the amount the fire fighter would have received under the applicable Worker's Compensation rate, is *exempt from taxation*; and

      ii. that the remainder of the wages/income of the fire fighter who is or was on *Js* is *taxable* as ordinary wages.

**Advantages of This Proposal**

The advantages of this proposal -- for both the individual "injured-on-duty" fire fighter and for the City -- are self-evident.

Specifically, under this proposal, the "injured-on-duty" fire fighter will enjoy the advantage that *some* of their wages will be *untaxed* -- just as it would be if they were collecting Worker's Compensation. And, taxable wages would be available to finance contributions for pension and healthcare.

The advantage to the City is similarly obvious. That is, the City will now pay taxes on *only* that portion of the wages paid to employees on *Js* which exceeds the tax-exempt amounts under Worker's Compensation. And, these taxable amounts will be available to finance *pre-tax* contributions to pension and healthcare.

DETROIT FIRE FIGHTERS ASSOCIATION

*[signature]*

THOMAS M. GEHART
President - Local 344

cc: DFFA Executive Board (via email)
Grace Cancel (via email)