# EXHIBIT 8

```
                    IN THE MATTER OF
                 THE ARBITRATION BETWEEN


STEPHEN HENDERSON
and CHRISTOPHER J. SMITH,
        Claimants,

    vs.                         Grievance No.:  20-20
                                George Roumell - Arbitrator
CITY OF DETROIT,
        Respondent.
_____


    The Arbitration Hearing
    Commencing at 10:16 a.m.
    Friday, December 11, 2020
    Before Renee J. Ogden, CSR-3455, RPR.
```

Fortz Legal Support

www.FortzLegal.com

844.730.4066



Page 18

1  your injury. There are light duty provisions within
2  the contract that are limited to a year. But once
3  they go out on a duty disability retirement, that's
4  all done on the pension side of things. They receive
5  pension checks and benefits from the pension.
6          ARBITRATOR ROUMELL: The fact that I'm
7  asking the question would telegraph to both counsel
8  that I'll need a further explanation during the
9  hearing.
10         Are you prepared to call your first
11 witness?
12         MS. BOELSTLER: Yes, I am. Can we break
13 for just a moment?
14         (Off the record at 10:39 a.m.)
15         (Back on the record at 10:46 a.m.)
16         MS. BOELSTLER: I'd like to call Mr. Pegg.
17         ARBITRATOR ROUMELL: Who are you calling?
18         MS. BOELSTLER: Jeff Pegg. I'm going admit
19 him from the waiting room.
20         ARBITRATOR ROUMELL: First name is Jeff,
21 J-e-f-f?
22         THE WITNESS: Jeffrey.
23         ARBITRATOR ROUMELL: Last name?
24         THE WITNESS: P-e-g-g.
25             JEFFERY PEGG,

Page 19

1  was thereupon called as a witness herein, and after
2  having first been duly sworn or affirmed to testify to
3  the truth, the whole truth and nothing but the truth,
4  was examined and testified as follows:
5                EXAMINATION
6  BY MS. BOELSTLER:
7  Q.  Mr. Pegg, can you explain your background with the
8     fire department, your hire date and position?
9  A.  I was hired on 12/2/96 as a firefighter. I currently
10    am a sergeant at Ladder 17.
11 Q.  Okay. So you have 24 years of seniority about?
12 A.  Correct.
13 Q.  Okay. And can you explain your background with the
14    union?
15 A.  I became a director or union steward back in 1999. I
16    served as a union steward for four years. I then was
17    elected as the secretary of the union for eight years.
18    Then for two years I was the vice president. Finally,
19    I spent two years as the president.
20 Q.  And what years did you serve as vice president?
21 A.  Vice president was '12-'13; then president he was
22    '14-'15.
23 Q.  Were you involved with the union at the time of the
24    City of Detroit's bankruptcy?
25 A.  Yes. I was the vice president and then the president

Page 20

1     when the actual contract was voted on by the members.
2  Q.  And you also have a position with the pension board,
3     correct?
4  A.  Yes. I am a trustee and I have been a trustee for --
5     since 2005.
6  Q.  And can you explain how you become a pension board
7     trustee?
8  A.  All right. It's an elected position.
9  Q.  You have been elected by the union membership to serve
10    as trustee since 2005?
11 A.  Correct.
12 Q.  And how many members are there on the pension board?
13 A.  Well, there are six elected. I want to say 17
14    altogether.
15 Q.  I'm going to talk to you about injuries on the job as
16    a firefighter. We're all aware of the dangers of
17    firefighting. Can you explain how frequently it is
18    that a firefighter may be injured on the job?
19 A.  Oh, frequently? It could be daily. It's a very
20    strenuous job. I recently was off for an injury this
21    year as a matter of fact. So, yes, it can happen
22    every day. It happens more than people think.
23 Q.  And members can be injured both while responding to a
24    fire, but also while they're on duty at the firehouse,
25    right?

Page 21

1  A.  Yes.
2  Q.  What happens typically when a member is injured?
3  A.  Well, there is a process as far as noting in the
4     journal, filling out an injury report on the computer
5     on a smart sheet.
6         Then after that, of course, if you go to a
7     hospital, if there is treatment there at the hospital,
8     the hospital needs to make sure the information is
9     given to them correctly about who the member is.
10        Then you are treated by the department
11    doctor for a period of time. I believe you have up to
12    29 days to then choose for your doctor if you want to,
13    if you are off for that long.
14        All this time, though, you are on injury
15    status which is J status. You are getting paid your
16    normal salary. There is no change to that. You can
17    continue treatment with the department's doctors or,
18    like I said, after 29 days you can treat with a
19    physician of your choice for your injury. You can be
20    on this status getting treatment for up to a one-year
21    period of time.
22 Q.  So the injured-on-duty status, which is referred to as
23    J, lasts up to one year?
24        ARBITRATOR ROUMELL: Referred to as what?
25        MS. BOELSTLER: Like J, capital J is the

Page 22
1   abbreviation.
2   BY MS. BOELSTLER:
3   Q.  Then around that year mark, if an employee it looks
4       like they're not returned to full active duty yet,
5       then what happens?
6   A.  I recommend to the members if you're off on a J status
7       for more than six months they start the process of
8       applying for duty disability pension which entails
9       filling out a notice of retirement or separation which
10      includes the one-year date on there that you would
11      then now start a duty disability retirement.
12          You would then make sure that all your
13      medical records are forward to the retirement system
14      so we can forward them to our medical doctor,
15      Dr. Vosburgh.  Then you would continue to get
16      treatment during this time.
17          Then towards -- because it does take time
18      to see Dr. Vosburgh, you would see the doctor towards
19      the end of your period of time.  The doctor would then
20      look at you and determine whether or not your injury
21      is related to your job and make a determination if it
22      is a duty disability injury.
23          At any time during this period you have
24      applied for this retirement, when you are getting
25      treatment and get the treatment that you need and you

Page 23
1       become healthy again, then you can are rescind the
2       duty disability retirement any time prior to that one
3       year.
4   Q.  Let's talk about the benefits that you receive while
5       you're on duty disability.  Can you explain how that
6       is paid and what the rate of pay is?
7   A.  Yes.  Once you are approved for a duty disability, you
8       would get 66 2/3 of your pay.  That is not -- not
9       taxed by the government, so it's basically tax free.
10      Well, it is tax free.  It works out to be what you
11      normally would make if you were taxed.  Meaning if
12      your salary was 100,000, you are making 66 2/3.  After
13      taxes, if you were working, you're probably right
14      around 66,000, but because you're not taxed for that
15      money, it works out be the same.
16          So you get basically 66 2/3 of your pay.
17      If you are deemed to be permanently disabled, you
18      would get that up to your 25th year.  After your 25th
19      year, the 66 2/3 drops off.  You now would get 50
20      percent still tax free of your pay.  At your 25th
21      year, you would continue to get that benefit to age 65
22      or you have the option of converting to a service
23      retirement at your 25th year.  On a duty disability
24      retirement, you continue to accrue pension credits in
25      the pension system.

Page 24
1   Q.  Just to clarify, when you're talking about the 25th
2       year, you are talking about the 25th year anniversary
3       date or 25 years of the duty disability?
4   A.  25th anniversary date.
5   Q.  So at 25 years, you can either stay on duty disability
6       and you get 50 percent pay or it converts to a normal
7       retirement?
8   A.  After 25 years, yes, the 66 2/3 drops off and now you
9       can continue to get paid that to age 65 or you convert
10      to a service retirement which would be a normal
11      retirement.
12  Q.  You also said that while you're on duty disability you
13      earn pension credits; is that right?
14  A.  Yes.  You earn pension credits up to your 25th year.
15  Q.  The city has talked about this in its opening and
16      referred to different types of material.  Under the
17      pension system, can you explain what under the pension
18      system is considered retirement, the different types?
19  A.  The different types of retirement, you have a normal
20      retirement, which is when you're eligible to retire
21      currently with 25 years of service and age 50.  That
22      is the normal retirement age and years of service that
23      are needed to collect a retirement.
24          There is vested retirement that after ten
25      years, members are vested in the retirement system and

Page 25
1       are eligible to collect a pension.  If they decide
2       after ten years that they want to separate from
3       service, they can decide at that time to say, I would
4       like to defer my retirement to what would be -- I
5       think the current requirement is age 62.
6           Let's just say at 15 years I decide I am
7       not -- I've moved onto a different job and find a
8       different occupation.  I would then say I want to vest
9       my retirement and defer it until age 62.  That means
10      that you would get your 15 years of service at age 62
11      and it would be on average what 15 years as a
12      firefighter was as far as salary is concerned.  It
13      would be based on those 15 years.
14          You have an early retirement to where you
15      have the same situation where you have after ten years
16      a vested benefit in the retirement system and that
17      same person that has 15 years can decide, well, I
18      don't want to wait until age 62, I want to collect an
19      early retirement.  Therefore, you can start collecting
20      a benefit now.  It's drastically reduced, but you can
21      start collecting your pension on an early retirement.
22          There is a non-duty disability retirement.
23      If you get hurt off the job and you can no longer
24      perform your duties as a firefighter, the doctor --
25      our doctor -- you would go see them and request a

Page 26

1  non-duty disability and you would be able to collect a
2  pension based on your years of service unreduced, but
3  you would no longer be accruing pension credits.
4      Then you have your duty disability which is
5  what I described earlier.
6  Q. So you have listed five types of what the pension
7  system calls retirement: Normal, vested, early,
8  non-duty, and duty disability?
9  A. Yes.
10 Q. Out of those types, you only earn credit while
11 receiving the pension for duty disability retirement,
12 right?
13 A. Correct. You continue to accrue pension credits on a
14 duty disability retirement.
15 Q. You're familiar with the plan of adjustment and the
16 pension plans, right?
17 A. Yes.
18 Q. Can you explain to the arbitrator just -- I understand
19 there is a lot of detail there. But as you were
20 present president and vice president during the city
21 bankruptcy, can you give a broad overview of what the
22 plan of adjustment is?
23 A. Okay. Well the plan of adjustment, as it pertains to
24 the combined plan, which describes the current pension
25 provisions of component 1 and component 2. Component

Page 27

1  1 is the new plan, which a lot of people call the
2  hybrid. It's not a hybrid. It's a defined benefit
3  plan. Those are for new hires that were hired on
4  after July 1, 2014. It also pertains to people that
5  were hired prior to that.
6      Component 2 is considered the old plan.
7  The old plan is frozen. No longer -- you no longer
8  continue to accrue pension time in the old plan.
9  That's basically how it's broken down by new plan/old
10 plan.
11 Q. I'm going to screen share a couple of the city
12 exhibits. This is City Exhibit 1.
13     MARKED FOR IDENTIFICATION:
14     CITY EXHIBIT 1
15     11:02 a.m.
16 BY MS. BOELSTLER:
17 Q. It is the cover page and table of contents only to the
18 8th Amendment Plan of Adjustment. The plan of
19 adjustment is the plan that came out of and was
20 approved by the bankruptcy court, correct?
21 A. Correct.
22 Q. So the full document would, of course, be extremely
23 lengthy, right?
24 A. Yes.
25

Page 28

1      MARKED FOR IDENTIFICATION:
2      CITY EXHIBIT 4
3      11:02 a.m.
4  BY MS. BOELSTLER:
5  Q. And then this is City Exhibit 4, the Combined Plan For
6  the Police and Fire Retirement System of the City of
7  Detroit. This is often referred to as the PFRS plan,
8  right?
9  A. Yes.
10 Q. In here what you were describing where it says
11 component 1 --
12     MS. BOELSTLER: Can you all see where I'm
13 highlighting text or no?
14     MR. MCFARLANE: We can.
15 A. I can.
16 BY MS. BOELSTLER:
17 Q. This is the component 1 that you were discussing as
18 the new plan, right?
19 A. Correct.
20 Q. Okay. And if you scroll down -- I saw it before and
21 now I can't find it.
22 A. You went too far.
23 Q. I did.
24 A. This is component 2. I just so happen to have a copy
25 here that I refer to for the pension.

Page 29

1  Q. Page 230. So this is Bates stamped 230. This is
2  where component 2 begins on the table of contents.
3  Here we go. Component 2 is referred to as the old
4  plan, right?
5  A. Yes.
6  Q. Okay. Now, I'm going to turn to component 1, what we
7  have Bates stamped at page 261. It's also page 27 of
8  the document itself.
9      Okay. If you can look at paragraph 5, is
10 this the section you're referring to when you say that
11 a member on duty disability is still earning credited
12 service?
13 A. Correct.
14 Q. That is unique to a duty disability?
15 A. Correct.
16 Q. Okay. While we're screen sharing, I'm going to try to
17 show you some of these exhibits. This is stipulated
18 Exhibit 3.
19     MARKED FOR IDENTIFICATION:
20     STIPULATED EXHIBIT 3
21     11:05 a.m.
22 BY MS. BOELSTLER:
23 Q. So when a member applies for duty disability and the
24 board of trustees receives the action, is this a
25 letter consistent with how you understand a member is