UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

In re:                                  Bankruptcy Case No. 13-53846

City of Detroit, Michigan,              Judge Thomas J. Tucker

    Debtor.                             Chapter 9
_____/


**DFFA'S MOTION TO DISMISS FOR LACK OF JURISDICTION
THE CITY MOTION FOR THE ENTRY OF AN ORDER ENFORCING
THE CONFIRMATION ORDER AGAINST THE DFFA (R13575), AND ITS
SUPPLEMENT AND AMENDMENT (R13582)**


Christopher P. Legghio (P27378)
Megan B. Boelstler (P79125)
Legghio & Israel, P.C.
306 S. Washington, Suite 206
(248) 398-5900
cpl@legghioisrael.com
mbb@legghioisrael.com

Attorneys for Detroit Fire Fighters
Association

The DFFA files this *Motion to Dismiss for Lack of Jurisdiction the City's Motion for the Entry of an Order Enforcing the Confirmation Order Against the DFFA (R13575), and its Supplement and Amendment (R13582)* ("Motion" and "Supplement").

For the reasons outlined in DFFA's Opposition to the City's Motion and Supplement, this Court lacks subject matter jurisdiction.[1]

So, under Fed. R. Civ. P. 12(b)(i), Fed. R. Bankr. P. 9014-1 and 9029-1, DFFA moves for dismissal of the City's Motion (R13575) and Supplement (R13582).

DFFA respectfully requests that the Court enter an order -- in substantially the same form as attached Exhibit 1 -- dismissing the City's Motion and Supplement (R13575 and R13582) and awarding the DFFA its costs and fees.

/s/ Megan B. Boelstler
Christopher P. Legghio (P27378)
Megan B. Boelstler (P79125)
Legghio & Israel, P.C.
306 S. Washington, Suite 206
(248) 398-5900
cpl@legghioisrael.com
mbb@legghioisrael.com

July 22, 2022

Attorneys for Detroit Fire Fighters Association

---

[1] DFFA relies on its Opposition to the City Motion For an Order Enforcing the Confirmation Order Against the DFFA (R13575), and Its Supplement and Amendment (R13582), and its exhibits, in support of this Motion.