UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

In re:                                          Bankruptcy Case No. 13-53846

City of Detroit, Michigan,                      Judge Thomas J. Tucker

    Debtor.                                     Chapter 9
_____/

# EXHIBIT LIST

## TO
## DFFA'S MOTION TO DISMISS FOR LACK OF JURISDICTION THE CITY MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE CONFIRMATION ORDER AGAINST THE DFFA (R13575), AND ITS SUPPLEMENT AND AMENDMENT (R13582)

| Exhibit | Description |
|---|---|
| Exhibit 1 | Proposed Order |
| Exhibit 2 | Notice of Opportunity to Object |
| Exhibit 3 | None |
| Exhibit 4 | Certificate of Service |
| Exhibit 5 | None |
| Exhibit 6 | None |