# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

In re:                                           Bankruptcy Case No. 13-53846

City of Detroit, Michigan,                       Judge Thomas J. Tucker

    Debtor.                                      Chapter 9

_____/

**ORDER GRANTING DFFA'S MOTION TO DISMISS FOR LACK OF JURISDICTION THE CITY MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE CONFIRMATION ORDER AGAINST THE DFFA (R13575), AND ITS SUPPLEMENT AND AMENDMENT (R13582)**

This case is before the Court on the Detroit Fire Fighters Association's (DFFA) *Motion to Dismiss for Lack of Jurisdiction the City's Motion for the Entry of an Order Enforcing the Confirmation Order Against the DFFA (R13575), and its Supplement and Amendment (R13582)* ("DFFA Motion," Docket #_____).

Upon proper notice and a hearing, the Court being fully advised in the premises, and there being good cause to grant the relief requested,

**THE COURT ORDERS THAT:**

1. The DFFA Motion (Docket #_____) is GRANTED.

2. The City's *Motion for the Entry of an Order Enforcing the Confirmation Order Against the DFFA (R13575), and its Supplement and Amendment (R13582)* are dismissed.

1

**3.** The City shall pay DFFA's costs and fees incurred as a direct result of the City's *Motion for the Entry of an Order Enforcing the Confirmation Order Against the DFFA (R13575), and its Supplement and Amendment (R13582)*.