# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

In re:                                    Bankruptcy Case No. 13-53846

City of Detroit, Michigan,                Judge Thomas J. Tucker

    Debtor.                              Chapter 9
_____/

**NOTICE OF OPPORTUNITY TO OBJECT TO DFFA'S
MOTION TO DISMISS FOR LACK OF JURISDICTION THE CITY
MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE
CONFIRMATION ORDER AGAINST THE DFFA (R13575), AND ITS
SUPPLEMENT AND AMENDMENT (R13582)**

The DFFA has filed papers with the Court requesting the Court to dismiss for lack of jurisdiction the City Motion for the Entry of an Order Enforcing the Confirmation Order Against the DFFA, and its Supplement and Amendment.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney.**

If you do not want the Court to enter an Order dismissing *DFFA's Motion to Dismiss for Lack of Jurisdiction the City Motion for the Entry of an Order Enforcing the Confirmation Order Against the DFFA (R13575), and its Supplement and Amendment (R13582),* within 14 days, you or your attorney must:

    1.    File with the court a written response or an answer, explaining your position at:[1]

---

[1] Response or answer must comply with Fed. R. Civ. P. 8(b), (c) and (e).

1

United States Bankruptcy Court
211 W. Fort St., Suite 1900
Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. You must also mail a copy to:

Miller, Canfield, Paddock & Stone, PLC
Attn: Marc N. Swanson
150 West Jefferson, Suite 2500
Detroit, Michigan 48226

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time, and location of that hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

/s/Megan B. Boelstler
Christopher P. Legghio (P27378)
Megan B. Boelstler (P79125)
Legghio & Israel, P.C.
306 S. Washington, Suite 206
Royal Oak, MI 48067
(248) 398-5900
cpl@legghioisrael.com
mbb@legghioisrael.com

July 22, 2022               Attorneys for DFFA