# EXHIBIT 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

In re:                                          Bankruptcy Case No. 13-53846

City of Detroit, Michigan,                      Judge Thomas J. Tucker

    Debtor.                                 Chapter 9
_____/

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22, 2022, she caused to be served a copy of the foregoing ***DFFA's Motion to Dismiss for Lack of Jurisdiction the City Motion for the Entry of an Order Enforcing the Confirmation Order Against the DFFA (R13575), and its Supplement and Amendment (R13582)*** upon counsel for the City of Detroit by e-mail to the following:

| | |
|---|---|
| Marc N. Swanson (P71149) | Charles N. Raimi |
| Miller, Canfield, Paddock, | Deputy Corporation Counsel |
|   and Stone, P.L.C. | City of Detroit, Law Department |
| 150 West Jefferson, Suite 2500 | 2 Woodward Ave., Suite 500 |
| Detroit, MI 48226 | CAYMC Building |
| (313) 496-7591 | Detroit, MI 48226 |
| swansonm@millercanfield.com | raimic@detroitmi.gov |

                                                /s/Megan B. Boelstler
                                                Christopher P. Legghio (P27378)
                                                Megan B. Boelstler (P79125)
                                                Legghio & Israel, P.C.
                                                306 S. Washington, Suite 206
                                                Royal Oak, MI 48067
                                                (248) 398-5900
                                                cpl@legghioisrael.com
                                                mbb@legghioisrael.com

July 22, 2022                                       Attorneys for DFFA