# EXHIBIT 6 - NONE