# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

---

Case No.: 13−53846−tjt
Chapter: 9

In Re: (NAME OF DEBTOR(S))
   City of Detroit, Michigan
   2 Woodward Avenue
   Suite 1126
   Detroit, MI 48226

Social Security No.:

Employer's Tax I.D. No.:
   38−6004606

---

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

**13592** – Opposition Response to (related document(s): 13575 Motion to Enforce City Of Detroits Motion for the Entry of An Order Enforcing the Confirmation Order Against the DFFA, 13582 Supplemental Motion to Enforce Supplement and Amendment to the City of Detroits Motion for the Entry of an Order Enforcing the Confirmation Order Against the DFFA) Filed by Creditor Detroit Fire Fighters Association, I.A.F.F. Local 344 (Attachments: # 1 Index of Exhibits # 2 Exhibit Member W2s # 3 Exhibit Demand to Bargain # 4 Exhibit Ann Arbor CBA excerpt # 5 Exhibit 2020−2026 CBA excerpts # 6 2020−2026 CBA excerpts continued # 7 Exhibit 1986−1989 CBA excerpts # 8 Exhibit Proposed settlement # 9 Exhibit 2018−13 Resolution # 10 Exhibit Transcript excerpts) (Boelstler, Megan)

Electronic Signature does not match login and Proof of Service is Non−Compliant. Please see ECF Procedure 12(h) A Proof of Service requires a case caption. Certificate of Service Required. A party serving a Paper shall file a Certificate of Service. The Certificate shall state the Paper served, the manner in which service was accomplished, and the parties served. This certificate of service may not be included as part of the Paper that was served; it shall be a separate filing.

is defective as indicated:

- ☐ Acceptable List of Creditors Missing

- ☐ Acceptable List of Creditors Not Uploaded

- ☐ Amended Document Missing or Non−Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)

- ☐ Application for Individuals to Pay the Filing Fee in Installments Missing or Non−Compliant

- ☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non−Compliant

- ☐ Bankruptcy Petition Cover Sheet Missing or Non−Compliant

- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing

- ☐ Brief Missing

- ☐ Certificate of Exigent Circumstances−Credit Counseling Waiver Missing

- ☐ Chapter 13 Plan is Non−Compliant

- ☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non−Compliant (To be filed with corrected document in its entirety as one PDF)

- ☐ Docket or Proof of Claim Number Missing

- ☑ Electronic Signature does not match login

☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)

☐ List of 20 Largest Unsecured Creditors Missing

☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing

☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing

☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing

☐ Notice of Objection to Claim Missing or Non−Compliant

☐ Notice of Special Appearance (LBR 9010−1(c)) Missing or Non−Compliant

☐ Notice to Respondent Missing or Non−Compliant

☐ Original Signature Missing or Non−Compliant

☐ Petition Non−Compliant (To be filed in its entirety)

☑ Proof of Service Missing or Non−Compliant

☐ Proposed Order Missing

☐ Redacted Document Missing or Non−Compliant

☐ Statement of Attorney for Debtors 2016b LBR 9010−1c Missing or Non−Compliant

☐ Statement of Corporate Ownership Missing

☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 7/25/22

BY THE COURT

Todd M. Stickle , Clerk of Court
U.S. Bankruptcy Court