UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

In re:  Bankruptcy Case No. 13-53846

City of Detroit, Michigan,  Judge Thomas J. Tucker

    Debtor.  Chapter 9

_____/

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22, 2022, she caused to be served a copy of the foregoing ***DFFA's Opposition to the City Motion for an Order Enforcing the Confirmation Order Against the DFFA (R13575), and its Supplement and Amendment (R13582)*** upon counsel for the City of Detroit by e-mail to the following:

| | |
|---|---|
| Marc N. Swanson (P71149)<br>Miller, Canfield, Paddock,<br>  and Stone, P.L.C.<br>150 West Jefferson, Suite 2500<br>Detroit, MI 48226<br>(313) 496-7591<br>swansonm@millercanfield.com | Charles N. Raimi<br>Deputy Corporation Counsel<br>City of Detroit, Law Department<br>2 Woodward Ave., Suite 500<br>CAYMC Building<br>Detroit, MI 48226<br>raimic@detroitmi.gov |
| | /s/Megan B. Boelstler<br>Christopher P. Legghio (P27378)<br>Megan B. Boelstler (P79125)<br>Legghio & Israel, P.C.<br>306 S. Washington, Suite 206<br>Royal Oak, MI 48067<br>(248) 398-5900<br>cpl@legghioisrael.com<br>mbb@legghioisrael.com |
| July 22, 2022 | Attorneys for DFFA |