# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**STIPULATION TO EXTEND TIME FOR THE CITY OF DETROIT TO RESPOND TO DFFA'S MOTION TO DISMISS FOR LACK OF JURISDICTION THE CITY MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE CONFIRMATION ORDER AGAINST THE DFFA (R13575), AND ITS SUPPLEMENT AND AMENDMENT (R13582)**

The City of Detroit, Michigan ("City") and Detroit Fire Fighters Association ("DFFA" and together with City, "Parties"), by their undersigned counsel, hereby stipulate and agree as follows:

1. On July 22, 2022, DFFA filed *Motion to Dismiss for Lack of Jurisdiction the City's Motion for the Entry of an Order Enforcing the Confirmation Order Against the DFFA (R13575), and its Supplement and Amendment (R13582)* ("Motion"). [Doc. No. 13593].

2. The Parties have agreed to an extension of time for the City to respond to the Motion through and including August 26, 2022.

WHEREFORE, the Parties respectfully request that the Court enter an order in substantially the same form as the one attached as **Exhibit 1** ordering that the

39415829.1/022765.00213

13-53846-tjt    Doc 13598    Filed 08/01/22    Entered 08/01/22 09:25:10    Page 1 of 3

City's deadline to respond to the Motion is extended through and including August 26, 2022.

STIPULATED AND AGREED TO ON August 1, 2022

| LEGGHIO & ISRAEL, P.C. | MILLER, CANFIELD, PADDOCK & STONE, P.L.C. |
|---|---|
| By: /s/ Megan B. Boelstler<br>Christopher P. Legghio (P27378)<br>Megan B. Boelstler (P79125)<br>306 S. Washington, Suite 206<br>(248) 398-5900<br>cpl@legghioisrael.com<br>mbb@legghioisrael.com<br><br>*Attorneys for Detroit Fire Fighters Association* | By: /s/Marc N. Swanson<br>Marc N. Swanson (71149)<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 496-7591<br>Fax: (313) 496-8451<br>swansonm@millercanfield.com<br><br>*Attorney for City of Detroit* |

# EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER APPROVING STIPULATION TO EXTEND TIME
FOR THE CITY OF DETROIT TO RESPOND TO DFFA'S
MOTION TO DISMISS FOR LACK OF JURISDICTION
THE CITY MOTION FOR THE ENTRY OF AN ORDER
ENFORCING THE CONFIRMATION ORDER AGAINST THE
DFFA (R13575), AND ITS SUPPLEMENT AND AMENDMENT (R13582)**

Upon the *Stipulation to Extend Time for the City of Detroit to Respond To DFFA's Motion To Dismiss For Lack Of Jurisdiction The City Motion For The Entry Of An Order Enforcing The Confirmation Order Against The DFFA (R13575), And Its Supplement And Amendment (R13582)* ("Stipulation").[1] The Court finds good cause to enter this Order.

IT IS ORDERED THAT the City's deadline to respond to the Motion is extended through and including August 26, 2022.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.