UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Case No. 13-53846<br><br>Judge Thomas J. Tucker<br><br>Chapter 9 |

**ORDER APPROVING STIPULATION TO EXTEND TIME
FOR THE CITY OF DETROIT TO RESPOND TO DFFA'S
MOTION TO DISMISS FOR LACK OF JURISDICTION
THE CITY MOTION FOR THE ENTRY OF AN ORDER
ENFORCING THE CONFIRMATION ORDER AGAINST THE
DFFA (DOCKET # 13575), AND ITS SUPPLEMENT AND AMENDMENT
(DOCKET # 13582)**

Based on the stipulation entitled "Stipulation to Extend Time for the City of Detroit to Respond To DFFA's Motion To Dismiss For Lack Of Jurisdiction The City Motion For The Entry Of An Order Enforcing The Confirmation Order Against The DFFA (R13575), And Its Supplement And Amendment (R13582)" (Docket # 13598, the "Stipulation"),[1] the Court finds good cause to enter this Order.

IT IS ORDERED THAT the City's deadline to respond to the Motion is extended through and including August 26, 2022.

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Stipulation.

**Signed on August 1, 2022**



/s/ Thomas J. Tucker
_____
Thomas J. Tucker
United States Bankruptcy Judge