UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### *EX PARTE* ORDER AUTHORIZING THE CITY OF DETROIT TO FILE A BRIEF IN EXCESS OF THE PAGE LIMIT

This case is before the Court on the Ex Parte Motion of the City of Detroit for Entry of an Order Authorizing a Brief in Excess of the Page Limit, (Docket # 13600) and the Court finding good cause for the entry of this Order;

**IT IS ORDERED THAT** the page limit on the *Brief in Support of the City of Detroit's Motion to Enforce Plan of Adjustment and Require 30-Year Amortization of the UAAL in the Police and Fire Retirement System Pension Plan* is increased from 25 pages to 35 pages.

**Signed on August 3, 2022**



/s/ Thomas J. Tucker
**Thomas J. Tucker
United States Bankruptcy Judge**