# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:
CITY OF DETROIT, MICHIGAN

Chapter: 9

Case No.: 13-53846

Debtor(s)

Judge: THOMAS J. TUCKER

RAYMOND THOMPSON, JR.
GREGORY BRAZELL
AND TAESEAN PARNEL.
a minor by his next friend CORLISS THOMAS

Creditor(s)

_____/

## CREDITORS MOTION TO REQUEST TO FILE BY PAPER

Creditors Raymond Thompson, Jr., Gregory Brazell and Taesean Parnel, a minor by his next friend Corliss Thomas have filed their Motion to Request to File by Paper.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to [relief sought in a motion or objection], or if you want the court to consider your views on the [motion] [objection], then within 21 days, you or your attorney must:

1.  File with the court a written response or an answer, explaining your position at:[1]

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also send a copy to:

Daniel G. Romano, Esq
Romano Law, PLLC
23880 Woodward Avenue
Pleasant Ridge, MI 48069
dromano@romanolawpllc.com

City of Detroit Law Department
Charles N. Raimi
Marty Beth Cobb
James Noseda
Attorneys for the City of Detroit
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226
raimic@detroitmi.gov

Marc N. Swanson
Ronald A. Spinner
150 West Jefferson, Suite 2500
Detroit, Michigan 48266
Email – swansonm@millercanfield..com

2.  If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion, and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Respectfully submitted,

**ROMANO LAW, PLLC**

*/s/ Daniel G. Romano/vm*

DANIEL G. ROMANO (P49117)
ROMANO LAW, PLLC
Attorneys for Creditors Raymond Thompson
Jr., Gregory Brazell and Taesean Parnell,
a minor by his next friend Corliss Thomas
23880 Woodward Avenue
Pleasant Ridge, MI 48069
(248) 750-0270
dromano@romanolawpllc.com
vmcauley@romanolawpllc.com

July 27, 2022

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:
CITY OF DETROIT, MICHIGAN

Chapter: 9

Case No.: 13-53846

Debtor(s)

Judge: THOMAS J. TUCKER

RAYMOND THOMPSON, JR.
GREGORY BRAZELL
AND TAESEAN PARNEL.
a minor by his next friend CORLISS THOMAS

Creditor(s)

---

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2022, I emailed via electronic mail *Creditor's to Request to File By Paper.*

Charles N. Raimi
raimic@detroitmi.gov

Marc N. Swanson
swansonm@millercanfield.com

/s/ Valerie McAuley
Valerie McAuley

1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:
CITY OF DETROIT, MICHIGAN

                                                 Chapter: 9

                                                 Case No.: 13-53846

            Debtor(s)                          Judge: THOMAS J. TUCKER

RAYMOND THOMPSON, JR.
GREGORY BRAZELL
AND TAESEAN PARNEL.
a minor by his next friend CORLISS THOMAS

            Creditor(s)
_____/

## BRIEF IN SUPPORT OF CREDITOR(S) TO FILE BY PAPER

The Creditor(s) Raymond Thompson, Jr., Gregory Brazell and Taesean Parnel, a minor by his next friend Corliss Thomas requests this honorable court to allow them to file by paper so that they may respond to Debtor's Motion to Exclude them from Disbursement Despite their timely submission.

1

DANIEL G. ROMANO (P49117)
ROMANO LAW, PLLC
Attorneys for Creditor(s), RAYMOND
THOMPSON, JR., GREGORY BRAZELL
AND TAESEAN PARNEL. a minor by his
next friend CORLISS THOMAS
23880 Woodward Avenue
Pleasant Ridge, MI 48069
(248) 750-0270
dromano@romanolawpllc.com
vmcauley@romanolawpllc.com

LAW OFFICES
ROMANO LAW, PLLC
23880 Woodward Avenue • Pleasant Ridge, Michigan 48069 • (248) 750-0270

2

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:
CITY OF DETROIT, MICHIGAN

                                 Chapter: 9

                                 Case No.: 13-53846

     Debtor(s)                  Judge: THOMAS J. TUCKER

RAYMOND THOMPSON, JR.
GREGORY BRAZELL
AND TAESEAN PARNEL.
a minor by his next friend CORLISS THOMAS

Creditor(s)

## ORDER GRANTING CREDITORS MOTION TO REQUEST TO FILE BY PAPER

**At a session of said Court held in the City of Detroit,
County of Wayne, State of Michigan,**

ON_____

PRESENT:_____
           JUDGE THOMAS J. TUCKER

This matter having come on before the Court pursuant to Plaintiff's Motion to Permit Creditors Raymond Thompson, Jr, Gregory Brazell and Taesean Parnel, a minor by his next friend Corliss Thomas to be permitted to file by paper to the above caption is hereby granted.

1

**IT IS HEREBY ORDERED AND ADJUDGED** that the Creditors named in the above caption are permitted to file pleadings and orders by paper to Case Number 13-53846.

Date: July 27, 2022

_____<br>HONORABLE THOMAS J. TUCKER

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:
CITY OF DETROIT, MICHIGAN

                                                                Chapter: 9

                                                                Case No.: 13-53846

Debtor(s)                                  Judge: THOMAS J. TUCKER

RAYMOND THOMPSON, JR.
GREGORY BRAZELL
AND TAESEAN PARNEL.
a minor by his next friend CORLISS THOMAS

Creditor(s)

---

## ORDER GRANTING CREDITORS MOTION TO REQUEST TO FILE BY PAPER

**At a session of said Court held in the City of Detroit,
County of Wayne, State of Michigan,**

ON_____

PRESENT:_____
**JUDGE THOMAS J. TUCKER**

This matter having come on before the Court pursuant to Plaintiff's Motion to Permit Creditors Raymond Thompson, Jr, Gregory Brazell and Taesean Parnel, a minor by his next friend Corliss Thomas to be permitted to file by paper to the above caption is hereby granted.

1

**IT IS HEREBY ORDERED AND ADJUDGED** that the Creditors named in the above caption are permitted to file pleadings and orders by paper to Case Number 13-53846.

Date: July 27, 2022

HONORABLE THOMAS J. TUCKER

2