UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:
City of Detroit, Michigan,

                Debtor.
_____/

Case No.: 13-53846
Chapter 9
Judge Thomas J. Tucker

### ORDER DENYING THE MOTION TO FILE IN PAPER FORM BY RAYMOND THOMPSON, JR., GREGORY BRAZELL, AND TAESEAN PARNELL, BY NEXT OF FRIEND CORLISS THOMAS

This case is before the Court on papers by Raymond Thompson, Jr., Gregory Brazell, and Taesean Parnell, by his next of friend, Corliss Thomas, entitled "Motion to File by Paper" (the "Motion"), and "Motion and Notice to Respond to Objection to being Excluded from Disbursement Despite Timely Submission" (the "Objection Motion"). These papers were submitted to the Court by counsel for these moving parties in paper form, rather than being filed electronically through the Court's ECF system. The Court finds that good cause is not shown for permitting these parties to file in paper form. They must file papers electronically in this case.

IT IS ORDERED that the Motion is DENIED, and the movants must file the Objection Motion and all other papers in this case electronically.

**Signed on August 5, 2022**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**