UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re                                              Chapter 9

CITY OF DETROIT, MICHIGAN,                         No. 13-53846

          Debtor.                               Hon. Thomas J. Tucker
_____/

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 8, 2022, he filed a Supplemental Response to Court's March 30, 2022 Order and Renewed Request for Limited Discovery in Interested Party Richard Snyder's Motion for (A) an Evidentiary Hearing and (B) an Order Holding the Michigan Department of Attorney General in Contempt and Granting Related Relief using the court's ECF system, which will provide notice of the filing to all registered participants in this matter and on August 8, 2022, he served the following persons listed below by FedEx overnight mail at the addresses listed:

| | |
|---|---|
| Fadwa Hammoud | G. Mennen Williams Building<br>525 W. Ottawa Street<br>Lansing, MI 48909 |
| Chris Kessel | G. Mennen Williams Building<br>525 W. Ottawa Street<br>Lansing, MI 48909 |

Dated: August 8, 2022            */s/ Stephen B. Grow*
                                 Brian P. Lennon
                                 Charles N. Ash
                                 Stephen B. Grow (P39622)
                                 WARNER NORCROSS + JUDD LLP
                                 150 Ottawa Avenue NW, Suite 1500
                                 Grand Rapids, MI 49503
                                 616.752.2000
                                 blennon@wnj.com
                                 cash@wnj.com
                                 sgrow@wnj.com

                                 Attorneys for Interested Party Richard Snyder