# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING EXTENSION OF TIME FOR THE DETROIT POLICE OFFICERS ASSOCIATION TO RESPOND TO THE CITY OF DETROIT'S MOTION TO ENFORCE PLAN OF ADJUSTMENT AND REQUIRE 30-YEAR AMORTIZATION OF THE UAAL IN THE POLICE AND FIRE RETIREMENT SYSTEM'S PENSION PLAN (DOCKET #13602)**

Upon the *Stipulation for Order Granting Extension of Time the Detroit Police Officers Association to Respond to the City of Detroit's Motion to Enforce Plan of Adjustment and Require 30-year Amortization of the UAAL in the Police and Fire Retirement System's Pension Plan* (Docket # 13606, the "Stipulation");[1] the Court finds good cause to enter this Order.

IT IS ORDERED that the deadline for the Detroit Police Officers Association to file any response to the Motion to Enforce is extended from Wednesday, August 17, 2022 until Wednesday, August 24, 2022.

IT IS FURTEHR ORDERED that this extension is without prejudice to the City's right to object to the DPOA's participation in the resolution of the Motion to Enforce and without prejudice to the DPOA's right to oppose such objection.

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Stipulation.

**Signed on August 17, 2022**



/s/ Thomas J. Tucker
_____
Thomas J. Tucker
United States Bankruptcy Judge