UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF DETROIT, MICHIGAN, | Case No. 13-53846 |
| Debtor. | Hon. Thomas J. Tucker |
| _____/ | |

## CERTIFICATE OF SERVICE

I, Daniel Ping, certify that I caused a copy of the foregoing *Michigan Department of Attorney General's Reply to Non-Party Richard Snyder's August 8, 2022 Supplement Response* to be served upon all counsel of record via e-mail through the Court's ECF notification system on August 18, 2022.

/s/ Daniel Ping
Daniel Ping
MICHIGAN DEPARTMENT OF
ATTORNEY GENERAL
3030 W. Grand Boulevard
Cadillac Place, Suite 10-200
Detroit, MI 48202
(517) 335-7632
pingd@michigan.gov
P81482

SG FW Snyder, R (USDC) Cert of Serv -AG Reply Re: Snyder Supp Response AG2021-0309218-C

1