# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846 Judge Thomas J. Tucker<br>Chapter 9 |

**STIPULATION FOR ORDER EXTENDING TIME FOR THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT TO RESPOND TO THE CITY OF DETROIT'S MOTION TO ENFORCE PLAN OF ADJUSTMENT AND REQUIRE 30-YEAR AMORTIZATION OF THE UAAL IN THE POLICE AND FIRE RETIREMENT SYSTEM'S PENSION PLAN [DOC. NO. 13602]**

The City of Detroit, Michigan (the "City") and the Police and Fire Retirement System of the City of Detroit (the "PFRS"), by their undersigned counsel, hereby stipulate and agree as follows:

1. On August 3, 2022, the City filed the *City of Detroit's Motion to Enforce Plan of Adjustment and Require 30-year Amortization of the UAAL in the Police and Fire Retirement System's Pension Plan* [Doc. No. 13602] (the "Motion to Enforce").

2. On August 10, 2022, the PFRS and the City agreed to a brief extension of time for the PFRS to file its response to the Motion to Enforce and stipulated to an adjournment until September 9, 2022.

WHEREFORE, the City and the PFRS respectfully request that the Court enter an order in substantially the same form as the one attached as Exhibit 1

extending the deadline for the PFRS to respond to the Motion to Enforce to September 9, 2022.

STIPULATED AND AGREED TO ON August 19, 2022:

By: /s/ Jennifer K. Green
Jennifer K. Green
Attorney for Creditor – PFRS
151 S. Old Woodward, Ste 200
Birmingham, MI 48009
(248) 988-2315
jgreen@clarkhill.com

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
Attorney for Debtor – City of Detroit
150 West Jefferson, Suite 2500
Detroit, MI 48226 (248) 814-9470
(313) 496-7591
swansonm@millercanfield.com

**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846 Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING EXTENSION OF TIME FOR THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT RESPOND TO THE CITY OF DETROIT'S MOTION TO ENFORCE PLAN OF ADJUSTMENT AND REQUIRE 30-YEAR AMORTIZATION OF THE UAAL IN THE POLICE AND FIRE RETIREMENT SYSTEM'S PENSION PLAN [DOC. NO. 13602]**

Upon the *Stipulation for Order Granting Extension of Time for the Police and Fire Retirement System of the City of Detroit to Respond to the City of Detroit's Motion to Enforce Plan of Adjustment and Require 30-year Amortization of the UAAL in the Police and Fire Retirement System's Pension Plan* [Doc. No. 13602], (the "Stipulation")[1]; the Court finds good cause to enter this Order.

IT IS ORDERED that the deadline for the Police and Fire Retirement System of the City of Detroit to file its response to the Motion to Enforce is extended until September 9, 2022.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.