# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER GRANTING EXTENSION OF TIME FOR THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT RESPOND TO THE CITY OF DETROIT'S MOTION TO ENFORCE PLAN OF ADJUSTMENT AND REQUIRE 30-YEAR AMORTIZATION OF THE UAAL IN THE POLICE AND FIRE RETIREMENT SYSTEM'S PENSION PLAN (DOCKET # 13602)

Based on the stipulation filed August 19, 2022 (Docket # 13610, the "Stipulation");[1] the Court finds good cause to enter this Order.

IT IS ORDERED that the deadline for the Police and Fire Retirement System of the City of Detroit to file its response to the Motion to Enforce is extended until September 9, 2022.

**Signed on August 19, 2022**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Stipulation.