# Exhibit B



# EXHIBIT 2

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

### NOTICE OF OPPORTUNITY TO OBJECT TO CITY OF DETROIT'S MOTION FOR AN ORDER (A) APPROVING FIRST AND FINAL DISTRIBUTION OF NEW B NOTES TO HOLDERS OF ALLOWED CLASS 14 CLAIMS UNDER THE CITY'S PLAN OF ADJUSTMENT AND (B) GRANTING OTHER RELATED RELIEF

The City of Detroit has filed the foregoing *City of Detroit's Motion for an Order (A) Approving First and Final Distribution of New B Notes to Holders of Allowed Class 14 Claims Under the City's Plan of Adjustment and (B) Granting Other Related Relief* (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney.**

If you do not want the Court to enter an Order granting the Motion, within 14 days, you or your attorney must

- 1 -

38655869.10/022765.00213

13-53846-tjt    Doc 13521    Filed 03/16/22    Entered 03/16/22 15:27:57    Page 21 of 36
13-53846-tjt    Doc 13612-2    Filed 08/23/22    Entered 08/23/22 15:23:34    Page 2 of 17

1. File with the court a written response or an answer, explaining your position at:[1]

> United States Bankruptcy Court
> 211 West Fort Street
> Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. You must also mail a copy to:

> Miller, Canfield, Paddock & Stone, PLC
> Attn: Marc N. Swanson
> 150 West Jefferson, Suite 2500
> Detroit, Michigan 48226

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time, and location of that hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

---

[1] Response or answer must comply with Fed. R. Civ. Proc. 8(b), (c) and (e).

- 2 -



MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Marc N. Swanson
    Marc N. Swanson (P71149)
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 496-7591
    Facsimile: (313) 496-8451
    swansonm@millercanfield.com

Dated: March 16, 2022

# **EXHIBIT 3**

None

38655869.10/022765.00213

13-53846-tjt Doc 13612-2 Filed 08/23/22 Entered 08/23/22 15:23:34 Page 5 of 17
13-53846-tjt Doc 13522-1 Filed 03/16/22 Entered 03/16/22 15:27:57 Page 24 of 36



# EXHIBIT 4

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 16, 2022, he filed the foregoing *City of Detroit's Motion for an Order (A) Approving First and Final Distribution of New B Notes to Holders of Allowed Class 14 Claims Under the City's Plan of Adjustment and (B) Granting Other Related Relief* (the "Motion"), using the Court's electronic filing system, which sends notice of the filing to all ECF participants registered to receive notice in this case. The City has engaged a noticing agent, which will serve the Motion by first-class mail on all known Holders of Allowed Other Unsecured Claims, on all parties who received service of the *City of Detroit's Motion to Implement Distributions of B Notes to Holders of Allowed Class 14 Claims Under the City's Confirmed Plan of Adjustment* (Doc. No. 13126), on all parties who have subsequently filed papers in this case alleging a Class 14 Claim, and on all parties requesting notices listed on the Master Service List and will file a proof of service to that effect.

38655869.10/022765.00213

13-53846-tjt    Doc 13521    Filed 03/16/22    Entered 03/16/22 15:27:57    Page 25 of 36
13-53846-tjt    Doc 13612-2    Filed 08/23/22    Entered 08/23/22 15:23:34    Page 6 of 17

By: /s/ Marc N. Swanson
    Marc N. Swanson (P71149)
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 496-7591
    Facsimile: (313) 496-8451
    swansonm@millercanfield.com

March 16, 2022

- 2 -

38655869.10/022765.00213

13-53846-tjt Doc 13612-2 Filed 08/23/22 Entered 08/23/22 15:23:34 Page 7 of 17
13-53846-tjt Doc 13321 Filed 03/16/22 Entered 03/16/22 15:27:57 Page 26 of 36



# **EXHIBIT 5**

None

38655869.10/022765.00213

13-53846-tjt    Doc 13521    Filed 03/16/22    Entered 03/16/22 15:27:57    Page 27 of 36
13-53846-tjt    Doc 13612-2    Filed 08/23/22    Entered 08/23/22 15:23:34    Page 8 of 17

# EXHIBIT 6-A

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## NOTICE OF
## FIRST AND FINAL DISTRIBUTION AND DISTRIBUTION DATE

### PLEASE READ THIS NOTICE CAREFULLY!

**The Motion distributed with this Notice is the City of Detroit's request to the Bankruptcy Court for the Eastern District of Michigan to approve its first and final distribution of B Notes with respect to Allowed Class 14 "Other Unsecured Claims"[1] in its bankruptcy case. If you hold a Class 14 Unsecured Claim in the City's bankruptcy case, you should read this Notice carefully, as it contains information related to the treatment of these claims. (Please note that this Notice only discusses the distribution of B Notes with respect to Allowed Class 14 Claims; accrued interest on the B Notes will be paid on a future date or dates to the Holders of B Notes.)**

Attached to the Motion are **Exhibit 6-B** and **Exhibit 6-C**. **Exhibit 6-B** contains a list of all Allowed Class 14 Claims that will receive a Distribution of B Notes as required under the City's confirmed bankruptcy Plan. **Exhibit 6-B** specifies the

---

[1] Capitalized terms that are not defined in this Notice have the meanings given to them in the *City of Detroit's Motion for an Order (A) Approving First and Final Distribution of New B Notes to Holders of Allowed Class 14 Claims Under the City's Plan of Adjustment and (B) Granting Other Related Relief*, to which this Notice is attached. Many of the terms referenced in that motion may be found in the *Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014)*, filed on October 22, 2014 (Docket Number 8045), as modified and confirmed on November 12, 2014 (Docket Number 8272) (collectively, the "Plan"). The documents referenced here by Docket Number are available free of charge at the City of Detroit's bankruptcy website as maintained by Kurtzman Carson Consultants, LLC. That website may be accessed at http://www.kccllc.net/Detroit.

amount of B Notes to be Distributed to each of the Holders of these claims. Because these B Notes were issued in two series with identical terms, **Exhibit 6-B** lists the amount of each to be Distributed. If the Bankruptcy Court approves the City's planned Distribution, the Distribution of B Notes to Class 14 Claimants is expected to begin on or about **May 9, 2022**. Distributions will be made to the accounts previously identified by the Holders of these Class 14 Claims and may take a few days to complete. As required by an order of the Bankruptcy Court,[2] if an attempt to Distribute B Notes to an account fails or is otherwise unsuccessful, the City will notify the Holder of the Claim so that the Claim Holder can take corrective action if needed or desired.

**Exhibit 6-C** contains a list of Claims that have been abandoned and that will not receive a Distribution of B Notes. Holders of the Claims on **Exhibit 6-C** were contacted by mail several times but did not return the information necessary for the City to Distribute B Notes to them. As specified in an order of the Bankruptcy Court,[3] all rights to Distributions on these Claims have been forfeited.

**This is the final notice the City will send with respect to Distribution of B Notes. If you hold a Class 14 Claim in the City's bankruptcy case and expect a Distribution of B Notes, you should review Exhibits 6-B and 6-C carefully!** If your Claim is either listed on **Exhibit 6-C** (the list of forfeited Claims) or simply not included in the list on **Exhibit 6-B** (the list of Claims to receive B Notes), and you believe this to be in error, you should object or otherwise respond to the Motion as directed in the *Notice of Opportunity to Object to City of Detroit's Motion for an Order (A) Approving First and Final Distribution of New B Notes to Holders of Allowed Class 14 Claims Under the City's Plan of Adjustment and (B) Granting Other Related Relief*, attached as **Exhibit 2** to the Motion.

**Please be further advised that if you object, you will need to explain why you believe you are entitled to a Distribution. Objections, for example, by claimants who simply failed to return the forms required to receive a Distribution or who otherwise failed to comply with requirements of the City's Plan or the orders of the Bankruptcy Court are unlikely to be successful.** If you have reason to

---

[2] *Order Granting City of Detroit's Motion to Establish Procedures for Distribution of New B Notes to Holders of Allowed Class 14 Claims Under the City's Plan of Adjustment* (Docket Number 13488).

[3] *Order Granting the City of Detroit's Motion to Implement Distributions of B Notes to Holders of Allowed Class 14 Claims Under the City's Confirmed Plan of Adjustment* (Docket Number 13173).

- 2 -

38655869.10/022765.00213

13-53846-tjt    Doc 13521    Filed 03/16/22    Entered 03/16/22 15:27:57    Page 29 of 36
13-53846-tjt    Doc 13612-2    Filed 08/23/22    Entered 08/23/22 15:23:34    Page 10 of

believe, however, that your Claim was omitted from **Exhibit 6-B** in error, you should take this last and only opportunity to object before the B Notes are Distributed. No further Distributions of B Notes will be made at any time other than the Distributions identified in **Exhibit 6-B**.

38655869.10/022765.00213



# EXHIBIT 6-B

# LIST OF PLANNED DISTRIBUTIONS TO HOLDERS OF ALLOWED CLASS 14 CLAIMS

38655869.10/022765.00213

13-53846-tjt    Doc 13521    Filed 03/16/22    Entered 03/16/22 15:27:57    Page 31 of 36
13-53846-tjt    Doc 13612-2    Filed 08/23/22    Entered 08/23/22 15:23:34    Page 12 of 17

New B Notes to Be Distributed to Claimants

| Claim Number | Creditor Name | Claim Amount | % of Total Claims | B Notes to Be Distributed Series 2014B-1 | B Notes to Be Distributed Series 2014B-2 | Total | % of B Note Distribution |
|---|---|---|---|---|---|---|---|
| 12 | Jessie Payne | $ 2,980,000.00 | 1.39% | $ 282,663.00 | $ 3,049.00 | $ 285,712.00 | 1.39% |
| 131 | Shawn Gargalino | $ 75,000.00 | 0.03% | $ 7,114.00 | $ 76.00 | $ 7,190.00 | 0.03% |
| 108 | Hassan Hassan | $ 4,980,000.00 | 2.32% | $ 472,369.00 | $ 5,095.00 | $ 477,464.00 | 2.32% |
| 120 | Zenda Jarrett via Treqattorneys Gursten, Koltonow, Gursten, Christensen & Raitt PC | $ 55,000.00 | 0.03% | $ 5,216.00 | $ 56.00 | $ 5,272.00 | 0.03% |
| 128 | Anna Wright c/o Leonard M. Koltonow | $ 430,000.00 | 0.20% | $ 40,786.00 | $ 440.00 | $ 41,226.00 | 0.20% |
| 142 | Norfolk Southern Railway Company | $ 32,027.35 | 0.01% | $ 3,037.00 | $ 32.00 | $ 3,069.00 | 0.01% |
| 145 | Lonciann Sisco | $ 75,000.00 | 0.03% | $ 7,114.00 | $ 76.00 | $ 7,190.00 | 0.03% |
| 164 | Anthony Collier | $ 200,000.00 | 0.09% | $ 18,970.00 | $ 204.00 | $ 19,174.00 | 0.09% |
| 201 | Michael Beydoun & his attorney- Raymond Guzall III | $ 2,266,021.12 | 1.05% | $ 214,939.00 | $ 2,318.00 | $ 217,257.00 | 1.05% |
| 240 | Christopher Moore | $ 40,000.00 | 0.02% | $ 3,794.00 | $ 40.00 | $ 3,834.00 | 0.02% |
| 479 | Genes Towing | $ 33,960.00 | 0.02% | $ 3,221.00 | $ 34.00 | $ 3,255.00 | 0.02% |
| 530 | Todd Jr, Ira Lee | $ 500,000.00 | 0.23% | $ 47,426.00 | $ 511.00 | $ 47,937.00 | 0.23% |
| 567 | Mansfield Patterson JR. as p.r. | $ 100,000.00 | 0.05% | $ 9,485.00 | $ 102.00 | $ 9,587.00 | 0.05% |
| 570 | Mansfield Patterson V, as P.R. | $ 100,000.00 | 0.05% | $ 9,485.00 | $ 102.00 | $ 9,587.00 | 0.05% |
| 572 | Williamson, Tracy (p.r. Of Williamson, Decarlos) | $ 80,000.00 | 0.04% | $ 7,588.00 | $ 81.00 | $ 7,669.00 | 0.04% |
| 621 | Bell, Edward | $ 30,000.00 | 0.01% | $ 2,845.00 | $ 30.00 | $ 2,875.00 | 0.01% |
| 787 | Stanley, Sherell S. | $ 100,000.00 | 0.05% | $ 9,485.00 | $ 102.00 | $ 9,587.00 | 0.05% |
| 792 | Llanes, James | $ 60,000.00 | 0.03% | $ 5,691.00 | $ 61.00 | $ 5,752.00 | 0.03% |
| 806 | Michigan Economic Dev Corp | $ 402,438.92 | 0.19% | $ 38,172.00 | $ 411.00 | $ 38,583.00 | 0.19% |
| 807 | Michigan Economic Dev Corp | $ 5,081,780.82 | 2.37% | $ 482,024.00 | $ 5,200.00 | $ 487,224.00 | 2.37% |
| 808 | Michigan Economic Dev Corp | $ 2,000,000.00 | 0.93% | $ 189,706.00 | $ 2,046.00 | $ 191,752.00 | 0.93% |
| 830 | Ohakpo, Simeon | $ 475,000.00 | 0.22% | $ 45,055.00 | $ 486.00 | $ 45,541.00 | 0.22% |
| 844 | Street-gilbert, Joera | $ 45,000.00 | 0.02% | $ 4,268.00 | $ 46.00 | $ 4,314.00 | 0.02% |
| 928 | Guest, Shunina | $ 40,000.00 | 0.02% | $ 3,794.00 | $ 40.00 | $ 3,834.00 | 0.02% |
| 960 | Carter, Steven C. | $ 105,521.33 | 0.05% | $ 10,009.00 | $ 107.00 | $ 10,116.00 | 0.05% |
| 965 | Daviston, Frank | $ 60,000.00 | 0.03% | $ 5,691.00 | $ 61.00 | $ 5,752.00 | 0.03% |
| 979 | Bartell, Dana | $ 75,000.00 | 0.03% | $ 7,114.00 | $ 76.00 | $ 7,190.00 | 0.03% |
| 999 | Shannon Bratcher | $ 27,500.00 | 0.01% | $ 2,608.00 | $ 28.00 | $ 2,636.00 | 0.01% |
| 1001 | Jennifer Burton | $ 55,000.00 | 0.03% | $ 5,216.00 | $ 56.00 | $ 5,272.00 | 0.03% |
| 1002 | Charnita Legette | $ 65,000.00 | 0.03% | $ 6,165.00 | $ 66.00 | $ 6,231.00 | 0.03% |
| 1003 | Lolita Vann | $ 55,000.00 | 0.03% | $ 5,216.00 | $ 56.00 | $ 5,272.00 | 0.03% |
| 1008 | Moses Luckett | $ 55,000.00 | 0.03% | $ 5,216.00 | $ 56.00 | $ 5,272.00 | 0.03% |
| 1064 | Abraham Greer and Sandra Greer | $ 2,000,000.00 | 0.93% | $ 189,706.00 | $ 2,046.00 | $ 191,752.00 | 0.93% |
| 1138 | Wilmington Trust, National Association, as Successor Contract Administrator | $ 644,277.66 | 0.30% | $ 61,111.00 | $ 659.00 | $ 61,770.00 | 0.30% |
| 1221 | Brown, Jessica Et Al | $ 15,000.00 | 0.01% | $ 1,422.00 | $ 15.00 | $ 1,437.00 | 0.01% |
| 1375 | Harvey, Gregory | $ 75,000.00 | 0.03% | $ 7,114.00 | $ 76.00 | $ 7,190.00 | 0.03% |
| 1390 | The Realty Company | $ 237,838.12 | 0.11% | $ 22,559.00 | $ 243.00 | $ 22,802.00 | 0.11% |
| 1438 | Calloway, Lorraine | $ 32,500.00 | 0.02% | $ 3,082.00 | $ 33.00 | $ 3,115.00 | 0.02% |

Page 1 of 3



## New B Notes to Be Distributed to Claimants

| Claim Number | Creditor Name | Claim Amount | % of Total Claims | B Notes to Be Distributed Series 2014B-1 | B Notes to Be Distributed Series 2014B-2 | Total | % of B Note Distribution |
|---|---|---|---|---|---|---|---|
| 1440 | Smith, Reno | $ 75,000.00 | 0.03% | $ 7,114.00 | $ 76.00 | $ 7,190.00 | 0.03% |
| 1454 | Suell, Geraldine | $ 45,000.00 | 0.02% | $ 4,268.00 | $ 46.00 | $ 4,314.00 | 0.02% |
| 1489 | Darshay Cunningham | $ 75,000.00 | 0.03% | $ 7,114.00 | $ 76.00 | $ 7,190.00 | 0.03% |
| 1507 | Goudy, Larentinna | $ 30,000.00 | 0.01% | $ 2,845.00 | $ 30.00 | $ 2,875.00 | 0.01% |
| 1518 | Rogers, Jason | $ 40,000.00 | 0.02% | $ 3,794.00 | $ 40.00 | $ 3,834.00 | 0.02% |
| 1544 | Brooks, Lchauntay | $ 75,000.00 | 0.03% | $ 7,114.00 | $ 76.00 | $ 7,190.00 | 0.03% |
| 1554 | Clayton, Julius | $ 120,000.00 | 0.06% | $ 11,382.00 | $ 122.00 | $ 11,504.00 | 0.06% |
| 1604 | Parnell, Taesean a minor by his next friend Corliss Thomas | $ 60,000.00 | 0.03% | $ 5,691.00 | $ 61.00 | $ 5,752.00 | 0.03% |
| 1646 | Thompson, Keith | $ 30,000.00 | 0.01% | $ 2,845.00 | $ 30.00 | $ 2,875.00 | 0.01% |
| 1649 | Faye Atkins | $ 48,000.00 | 0.02% | $ 4,552.00 | $ 49.00 | $ 4,601.00 | 0.02% |
| 1739 | Patricia Ramirez | $ 600,000.00 | 0.28% | $ 56,912.00 | $ 613.00 | $ 57,525.00 | 0.28% |
| 1857 | Shafer & Associates, P.C. | $ 905,718.65 | 0.42% | $ 85,910.00 | $ 926.00 | $ 86,836.00 | 0.42% |
| 1862 | Detroit Police Officers Association (DPOA) | $ 12,500,000.00 | 5.82% | $ 1,185,667.00 | $ 12,790.00 | $ 1,198,457.00 | 5.82% |
| 1910 | Green, Glenn | $ 55,000.00 | 0.03% | $ 5,216.00 | $ 56.00 | $ 5,272.00 | 0.03% |
| 2032 | Gjergji, Gjush | $ 55,000.00 | 0.03% | $ 5,216.00 | $ 56.00 | $ 5,272.00 | 0.03% |
| 2226 | Janet Johnson | $ 115,000.00 | 0.05% | $ 10,908.00 | $ 117.00 | $ 11,025.00 | 0.05% |
| 2274 | Mcpherson, Randall | $ 30,000.00 | 0.01% | $ 2,845.00 | $ 30.00 | $ 2,875.00 | 0.01% |
| 2277 | Brandt, Charlotte | $ 75,000.00 | 0.03% | $ 7,114.00 | $ 76.00 | $ 7,190.00 | 0.03% |
| 2279 | Tulik, Mark | $ 40,000.00 | 0.02% | $ 3,794.00 | $ 40.00 | $ 3,834.00 | 0.02% |
| 2312 | Melvin Lyle Larsen | $ 30,000.00 | 0.01% | $ 2,845.00 | $ 30.00 | $ 2,875.00 | 0.01% |
| 2328 | Parsons Brinckerhoff Michigan, Inc. | $ 829,567.58 | 0.39% | $ 78,687.00 | $ 848.00 | $ 79,535.00 | 0.39% |
| 2603 | Sherell Shawnee Stanley | $ 100,000.00 | 0.05% | $ 9,485.00 | $ 102.00 | $ 9,587.00 | 0.05% |
| 2717 | Loving, Courtney, Et Al | $ 35,000.00 | 0.02% | $ 3,319.00 | $ 35.00 | $ 3,354.00 | 0.02% |
| 2733 | Harris, Sammie Kevin | $ 100,000.00 | 0.05% | $ 9,485.00 | $ 102.00 | $ 9,587.00 | 0.05% |
| 2851 | Coalition Of Detroit Unions Et Al. | $ 14,771,270.00 | 6.88% | $ 1,401,105.00 | $ 15,115.00 | $ 1,416,220.00 | 6.88% |
| 2926 | Balfour, Delshone | $ 29,176.02 | 0.01% | $ 2,767.00 | $ 29.00 | $ 2,796.00 | 0.01% |
| 2958 | Michigan AFSCME Council 25 and its affiliated Detroit Locals | $ 95,380,410.00 | 44.40% | $ 9,047,157.00 | $ 97,600.00 | $ 9,144,757.00 | 44.40% |
| 3026 | Charter County of Wayne | $ 700,000.06 | 0.33% | $ 66,397.00 | $ 716.00 | $ 67,113.00 | 0.33% |
| 3031 | Charter County of Wayne | $ 364,551.23 | 0.17% | $ 34,578.00 | $ 373.00 | $ 34,951.00 | 0.17% |
| 3222 | Steven Wolak, as Personal Representative of the Estate of Christopher Wolak, Deceased | $ 355,000.00 | 0.17% | $ 33,672.00 | $ 363.00 | $ 34,035.00 | 0.17% |
| 3464 | Turner, Pamela | $ 350,000.00 | 0.16% | $ 33,198.00 | $ 358.00 | $ 33,556.00 | 0.16% |
| 3658 | U.S. Equal Employment Opportunity Commission | $ 90,000.00 | 0.04% | $ 8,536.00 | $ 92.00 | $ 8,628.00 | 0.04% |
| 3683 | Macomb Interceptor Drain Drainage District by and through the Macomb County Public Works Commissioner | $ 22,000,000.00 | 10.24% | $ 2,086,775.00 | $ 22,512.00 | $ 2,109,287.00 | 10.24% |
| 3731 | State of Michigan, Department of Transportation | $ 62,132.00 | 0.03% | $ 5,893.00 | $ 63.00 | $ 5,956.00 | 0.03% |
| 3750 | State of Michigan, Dept. of Environmental Quality | $ 3,421,995.25 | 1.59% | $ 324,587.00 | $ 3,501.00 | $ 328,088.00 | 1.59% |

## New B Notes to Be Distributed to Claimants

| Claim Number | Creditor Name | Claim Amount | % of Total Claims | B Notes to Be Distributed Series 2014B-1 | B Notes to Be Distributed Series 2014B-2 | Total | % of B Note Distribution |
|---|---|---|---|---|---|---|---|
| 3751 | State of Michigan, Dept of Environmental Quality | $ 1,505,684.00 | 0.70% | $ 142,819.00 | $ 1,540.00 | $ 144,359.00 | 0.70% |
| 3816 | Sky Group Grand, LLC | $ 4,800,000.00 | 2.23% | 455,296.00 | 4,911.00 | 460,207.00 | 2.23% |
| 3832 | Charter County of Wayne | $ 20,800,000.00 | 9.68% | 1,972,950.00 | 21,284.00 | 1,994,234.00 | 9.68% |
| 3843 | American Home Assurance Company, Chartis Excess Limited, Chartis Specialty Insurance Company, et al. | $ 150,240.00 | 0.07% | 14,250.00 | 153.00 | 14,403.00 | 0.07% |
| 3846 | Loevy and Loevy | $ 1,269,203.13 | 0.59% | $ 120,388.00 | $ 1,298.00 | $ 121,686.00 | 0.59% |
| 3847 | David Haron | $ 263,312.50 | 0.12% | 24,976.00 | 269.00 | 25,245.00 | 0.12% |
| 3848 | Stephanie Brown | $ 15,000.00 | 0.01% | 1,422.00 | 15.00 | 1,437.00 | 0.01% |
| | Subtotal | $ 206,080,125.74 | 95.93% | $ 19,547,364.00 | $ 210,835.00 | $ 19,758,199.00 | 95.93% |
| | Claims forfeited for lack of brokerage or tax information | $ 8,745,272.12 | 4.07% | 829,498.00 | $ 8,926.00 | $ 838,424.00 | 4.07% |
| | Total | $ 214,825,397.86 | 100.00% | $ 20,376,862.00 | $ 219,761.00 | $ 20,596,623.00 | 100.00% |
| | Total B Notes Available | | | $ 20,376,922.00 | $ 219,825.00 | $ 20,596,747.00 | |
| | Undistributable due to "rounding" requirements | | | 60.00 | $ 64.00 | 124.00 | |

* B Notes can only be distributed in whole dollar increments, and distributions must reflect that. This leaves a small amount of left over notes that cannot be distributed.

# EXHIBIT 6-C

# LIST OF HOLDERS OF ALLOWED CLASS 14 CLAIMS THAT DID NOT COMPLY WITH THE BROKERAGE ORDER AND WHOSE CLAIMS HAVE BEEN DISALLOWED AND EXPUNGED

38655869.10/022765.00213

13-53846-tjt   Doc 13521   Filed 03/16/22   Entered 03/16/22 15:27:57   Page 35 of 36
13-53846-tjt   Doc 13612-2   Filed 08/23/22   Entered 08/23/22 15:23:34   Page 16 of

## Claims Waived for Failure to Timely Return Brokerage to Tax Information

| Claim Number | Creditor Name | Claim Amount |
|---|---|---:|
| 177 | Barbara Gustafson, as Next Friend for Shawn Gustafson, a minor | $35,000.00 |
| 411 | Cellco Partnership D/B/A Verizon Wireless | $26,495.54 |
| 573 | Williamson, Decarlos | $80,000.00 |
| 630 | Migliori, Sebastian | $35,000.00 |
| 670 | Albert Jenkins | $90,000.00 |
| 759 | Examworks Inc | $38,495.78 |
| 855 | Sufi, Nabil Pr Of Est. Of Ali Sufi, Dec. | $75,000.00 |
| 889 | Record Copy Services | $56,291.95 |
| 894 | The Detroit Medical Center, as agent for Harper-Hutzel Hospital | $69,247.40 |
| 910 | Advance Digital Systems, LLC | $103,104.53 |
| 914 | Conaway, Brenda | $55,000.00 |
| 965 | Williams, La-sheryl | $40,000.00 |
| 976 | Gilstrap, Jenniger | $60,000.00 |
| 1000 | Matthew Karcher | $35,000.00 |
| 1075 | General Shale Brick Company | $7,271.94 |
| 1189 | Financial Guaranty Insurance Company | $1,000,000.00 |
| 1307 | Jaylen Washington | $35,000.00 |
| 1325 | Rosalind Johnson | $40,000.00 |
| 1334 | Susan K. Davis | $65,000.00 |
| 1373 | Hampton, Crystal | $5,000.00 |
| 1389 | Clark Hill | $45,000.00 |
| 1436 | Barthel Contracting Co | $26,304.97 |
| 1437 | Wade Trim Associates Inc | $31,931.53 |
| 1537 | Cade, Alyse | $55,000.00 |
| 1573 | McKay, Michael | $42,500.00 |
| 1578 | Denson, Velma | $40,000.00 |
| 1609 | Curtis Morris | $30,000.00 |
| 1641 | Raymond Thompson | $150,000.00 |
| 1849 | Edward Schenburn | $30,000.00 |
| 2110 | Carlton Whitfield | $130,000.00 |
| 2190 | Troy Williams | $50,000.00 |
| 2260 | Bell, Shelton (estate Of) P/r, Tammy Howard | $75,000.00 |
| 2282 | Williams Acosta, PLLC | $127,312.76 |
| 2313 | Pitt McGehee Palmer & Rivers, PC | $29,375.00 |
| 2353 | Wojnarski, Joanne | $280,000.00 |
| 2403 | Smith & Wesson Corp | $37,000.00 |
| 2912 | Plunkett Cooney | $42,902.74 |
| 2956 | Eddie Lee Brown | $50,000.00 |
| 3173 | Ramsey, Alexis | $29,500.00 |
| 3676 | Airgas USA LLC | $41,979.02 |
| 3825 | Iron Mountain Information Management, LLC | $86,908.96 |
| | **Total** | **$3,381,622.12** |