# Exhibit D

## New B Notes to Be Distributed to Claimants

| Claim Number | Creditor Name | Claim Amount | % of Total Claims | B Notes to Be Distributed Series 2014B-1 | B Notes to Be Distributed Series 2014B-2 | Total | % of B Note Distribution |
|---|---|---|---|---|---|---|---|
| 1438 | Calloway, Lorraine | $ 32,500.00 | 0.02% | $ 3,078.00 | $ 33.00 | $ 3,111.00 | 0.02% |
| 1440 | Smith, Remo | $ 75,000.00 | 0.03% | $ 7,104.00 | $ 76.00 | $ 7,180.00 | 0.03% |
| 1454 | Suell, Geraldine | $ 45,000.00 | 0.02% | $ 4,262.00 | $ 45.00 | $ 4,307.00 | 0.02% |
| 1469 | Darshay Cunningham | $ 75,000.00 | 0.03% | $ 7,104.00 | $ 76.00 | $ 7,180.00 | 0.03% |
| 1507 | Goudy, Larentinna | $ 30,000.00 | 0.01% | $ 2,841.00 | $ 30.00 | $ 2,871.00 | 0.01% |
| 1518 | Rogers, Jason | $ 40,000.00 | 0.02% | $ 3,789.00 | $ 40.00 | $ 3,829.00 | 0.02% |
| 1544 | Brooks, I-chauntay | $ 75,000.00 | 0.03% | $ 7,104.00 | $ 76.00 | $ 7,180.00 | 0.03% |
| 1554 | Clayton, Julius | $ 120,000.00 | 0.06% | $ 11,367.00 | $ 122.00 | $ 11,489.00 | 0.06% |
| 1604 | Parnell, Taeseen a minor by his next friend Corriss Thomas | $ 60,000.00 | 0.03% | $ 5,683.00 | $ 61.00 | $ 5,744.00 | 0.03% |
| 1646 | Thompson, Keith | $ 30,000.00 | 0.01% | $ 2,841.00 | $ 30.00 | $ 2,871.00 | 0.01% |
| 1649 | Faye Atkins | $ 48,000.00 | 0.02% | $ 4,547.00 | $ 49.00 | $ 4,596.00 | 0.02% |
| 1739 | Patricia Ramirez | $ 600,000.00 | 0.28% | $ 56,837.00 | $ 613.00 | $ 57,450.00 | 0.28% |
| 1857 | Shafer & Associates, P.C. | $ 905,718.65 | 0.42% | $ 85,798.00 | $ 925.00 | $ 86,723.00 | 0.42% |
| 1862 | Detroit Police Officers Association (DPOA) | $ 12,500,000.00 | 5.81% | $ 1,184,124.00 | $ 12,774.00 | $ 1,196,898.00 | 5.81% |
| 1910 | Green, Glenn | $ 55,000.00 | 0.03% | $ 5,210.00 | $ 56.00 | $ 5,266.00 | 0.03% |
| 2032 | Gjergji, Gjush | $ 55,000.00 | 0.03% | $ 5,210.00 | $ 56.00 | $ 5,266.00 | 0.03% |
| 2226 | Janet Johnson | $ 115,000.00 | 0.05% | $ 10,893.00 | $ 117.00 | $ 11,010.00 | 0.05% |
| 2274 | Mcpherson, Randall | $ 30,000.00 | 0.01% | $ 2,841.00 | $ 30.00 | $ 2,871.00 | 0.01% |
| 2277 | Brandt, Charlotte | $ 75,000.00 | 0.03% | $ 7,104.00 | $ 76.00 | $ 7,180.00 | 0.03% |
| 2279 | Tulik, Mark | $ 40,000.00 | 0.02% | $ 3,789.00 | $ 40.00 | $ 3,829.00 | 0.02% |
| 2312 | Melvin Lyle Larsen | $ 30,000.00 | 0.01% | $ 2,841.00 | $ 30.00 | $ 2,871.00 | 0.01% |
| 2328 | Parsons Brinckerhoff Michigan, Inc | $ 829,567.58 | 0.39% | $ 78,584.00 | $ 847.00 | $ 79,431.00 | 0.39% |
| 2403 | Smith & Wesson Corp | $ 75,000.00 | 0.03% | $ 7,104.00 | $ 76.00 | $ 7,180.00 | 0.03% |
| 2603 | Sherell Shawnee Stanley | $ 100,000.00 | 0.05% | $ 9,472.00 | $ 102.00 | $ 9,574.00 | 0.05% |
| 2717 | Loving, Courtney, Et Al | $ 35,000.00 | 0.02% | $ 3,315.00 | $ 35.00 | $ 3,350.00 | 0.02% |
| 2733 | Harris, Sammie Kevin | $ 100,000.00 | 0.05% | $ 9,472.00 | $ 102.00 | $ 9,574.00 | 0.05% |
| 2851 | Coalition Of Detroit Unions Et Al | $ 14,771,270.00 | 6.87% | $ 1,399,281.00 | $ 15,095.00 | $ 1,414,376.00 | 6.87% |
| 2926 | Balfour, Delshone | $ 29,176.02 | 0.01% | $ 2,763.00 | $ 29.00 | $ 2,792.00 | 0.01% |
| 2958 | Michigan AFSCME Council 25 and its affiliated Detroit Locals | $ 95,380,410.00 | 44.34% | $ 9,035,380.00 | $ 97,473.00 | $ 9,132,853.00 | 44.34% |
| 2859 | SAAA Union - Members | $ 138,650.00 | 0.06% | $ 13,134.00 | $ 141.00 | $ 13,275.00 | 0.06% |
| 3026 | Charter County of Wayne | $ 700,000.06 | 0.33% | $ 66,310.00 | $ 715.00 | $ 67,025.00 | 0.33% |
| 3031 | Charter County of Wayne | $ 364,551.23 | 0.17% | $ 34,533.00 | $ 372.00 | $ 34,905.00 | 0.17% |
| 3232 | Steven Wolak, as Personal Representative of the Estate of Christopher Wolak, Deceased | $ 355,000.00 | 0.17% | $ 33,629.00 | $ 362.00 | $ 33,991.00 | 0.17% |
| 3464 | Turner, Pamela | $ 3,350,000.00 | 0.16% | $ 33,155.00 | $ 357.00 | $ 33,512.00 | 0.16% |
| 3658 | U.S. Equal Employment Opportunity Commission | $ 90,000.00 | 0.04% | $ 8,525.00 | $ 91.00 | $ 8,616.00 | 0.04% |

Page 2 of 3

13-53846-tjt    Doc 13568    Filed 05/20/22    Entered 05/20/22 10:46:16    Page 22 of 25
13-53846-tjt    Doc 13612-4    Filed 08/23/22    Entered 08/23/22 15:23:34    Page 2 of 2