# Exhibit E

## Claims Waived for Failure to Timely Return Brokerage to Tax Information

| Claim Number | Creditor Name | Claim Amount |
|---|---|---|
| 177 | Barbara Gustafson, as Next Friend for Shawn Gustafson, a minor | $ 35,000.00 |
| 411 | Cellco Partnership D/B/A Verizon Wireless | $ 26,495.54 |
| 573 | Williamson, Decarlos | $ 80,000.00 |
| 630 | Migliori, Sebastian | $ 35,000.00 |
| 670 | Albert Jenkins | $ 90,000.00 |
| 759 | Examworks Inc | $ 38,495.78 |
| 855 | Sufi, Nabil Pr Of Est. Of Ali Sufi, Dec. | $ 75,000.00 |
| 889 | Record Copy Services | $ 56,291.95 |
| 894 | The Detroit Medical Center, as agent for Harper-Hutzel Hospital | $ 69,247.40 |
| 910 | Advance Digital Systems, LLC | $ 103,104.53 |
| 914 | Conaway, Brenda | $ 55,000.00 |
| 965 | Williams, La-sheryl | $ 40,000.00 |
| 976 | Gilstrap, Jenniger | $ 60,000.00 |
| 1000 | Matthew Karcher | $ 35,000.00 |
| 1075 | General Shale Brick Company | $ 7,271.94 |
| 1189 | Financial Guaranty Insurance Company | $ 1,000,000.00 |
| 1307 | Jaylen Washington | $ 35,000.00 |
| 1325 | Rosalind Johnson | $ 40,000.00 |
| 1334 | Susan K. Davis | $ 65,000.00 |
| 1373 | Hampton, Crystal | $ 5,000.00 |
| 1389 | Clark Hill | $ 45,000.00 |
| 1436 | Barthel Contracting Co | $ 26,304.97 |
| 1437 | Wade Trim Associates Inc | $ 31,931.53 |
| 1537 | Cade, Alyse | $ 55,000.00 |
| 1573 | McKay, Michael | $ 42,500.00 |
| 1578 | Denson, Velma | $ 40,000.00 |
| 1609 | Curtis Morris | $ 30,000.00 |
| 1641 | Raymond Thompson | $ 150,000.00 |
| 1849 | Edward Schenburn | $ 30,000.00 |
| 2110 | Carlton Whitfield | $ 130,000.00 |
| 2190 | Troy Williams | $ 50,000.00 |
| 2260 | Bell, Shelton (estate Of) P/r, Tammy Howard | $ 75,000.00 |
| 2282 | Williams Acosta, PLLC | $ 127,312.76 |
| 2313 | Pitt McGehee Palmer & Rivers, PC | $ 29,375.00 |
| 2353 | Wojnarski, Joanne | $ 280,000.00 |
| 2403 | Smith & Wesson Corp | $ 37,000.00 |
| 2912 | Plunkett Cooney | $ 42,902.74 |
| 2956 | Eddie Lee Brown | $ 50,000.00 |
| 3173 | Ramsey, Alexis | $ 29,500.00 |
| 3676 | Airgas USA LLC | $ 41,979.02 |
| 3825 | Iron Mountain Information Management, LLC | $ 86,908.96 |
| | **Total** | **$ 3,381,622.12** |