# Exhibit G

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER (A) APPROVING FIRST AND FINAL DISTRIBUTION OF NEW B NOTES TO HOLDERS OF ALLOWED CLASS 14 CLAIMS UNDER THE CITY'S PLAN OF ADJUSTMENT AND (B) GRANTING OTHER RELATED RELIEF

This case is before the Court on the motion entitled "City of Detroit's Motion for an Order (A) Approving First and Final Distribution of New B Notes to Holders of Allowed Class 14 Claims Under the City's Plan of Adjustment and (B) Granting Other Related Relief" (Docket # 13521, the "Motion").[1] Notice having been given by first-class mail to all known Holders of Class 14 Claims under the Plan, all creditors and other parties in interest who requested notice or alleged Class 14 Claims, and others, and by ECF to all participants registered to receive notice in this bankruptcy case, and no further notice being necessary or required; no timely objections having been filed to the Motion; and the Court finding good cause to enter this Order,

---

[1] Capitalized terms used but not otherwise defined in this Order have the meanings given to them in the Motion.

**THE COURT FINDS THAT:**

1. The City's compliance with paragraph 6 of this Order will satisfy the City's obligation under the Plan to file a notice of the planned Distribution Date in all respects. No other or additional notice need be given.

2. Exhibit 6-B to the certification filed by the City of Detroit on May 20, 2022, entitled "Certification of No Response or Objection Regarding City of Detroit's Motion for an Order (A) Approving First and Final Distribution of New B Notes to Holders of Allowed Class 14 Claims Under the City's Plan of Adjustment and (B) Granting Other Related Relief" (Docket # 13568, the "Certification") contains a complete and exhaustive list of Allowed Class 14 Claims entitled to Distributions under Class 14 of the Plan. These are the only Allowed Class 14 Claims that will receive Distributions under Class 14 of the Plan.

3. The Pro Rata Distribution that the City proposes on Exhibit 6-B to Holders of Allowed Class 14 Claims has been computed in accordance with the requirements of the Plan.

4. After making the Distributions listed on Exhibit 6-B of the Certification and compliance with the Mosley Order, the City will have fully satisfied its obligation under the Plan to Distribute B Notes to Holders of Allowed Class 14 Claims.

**IT IS ORDERED THAT:**

5. The Motion is granted to the extent provided in this Order.

6. At least 14 calendar days prior to Distributing B Notes, the City must file the revised Distribution Notice and its accompanying exhibits, as attached to the Certification.

7. The Distribution proposed on Exhibit 6-B to the Certification is authorized and approved.

8. Except as provided in paragraph 7 above and in the Mosley Order, no other Distribution of B Notes will be made to the Holders of Allowed Class 14 Claims, no other alleged Holder of a Class 14 Claim will be entitled to a Distribution under the Plan, and each such other alleged Holder of a Class 14 Claim will be permanently estopped, barred, and enjoined from seeking a Distribution or any other relief from the City or any of its property.

9. The City and Disbursing Agent are authorized to make payments of accrued interest to the Holders of B Notes at any time and from time to time without further notice or order of the Court. Nothing in this Order will affect the right of a Holder of an Allowed Class 14 Claim to receive accrued interest under its B Notes.

10. The reduction of the Disputed Unsecured Claims Reserve to $0 is authorized and approved.

11. The $138 in B Notes that will remain after the Distribution proposed on Exhibit 6-B of the Certification is completed will revert to the City and become City property.

12. This Order is entered in furtherance of this Court's reserved jurisdiction to enter any orders that may be necessary or appropriate to implement or consummate the provisions of the Plan, and to ensure that Distributions to Holders of Claims are accomplished in accordance with the provisions of the Plan.

13. In implementing and enforcing the terms of this Order and the Plan, the City and its Related Entities are entitled to all privileges and protections of the Plan, including the exculpation set forth in Article III.D.6.

14. This Order does not modify the Plan or the Confirmation Order. Each and every term and condition in the Plan and Confirmation Order, including, without limitation, those with respect to the Allowed Claims and Distributions, remains in full force and effect.

15. This Court retains jurisdiction over the interpretation and enforcement of this Order.

**Signed on May 20, 2022**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

March 16, 2022