UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

        Debtor.

_____/

Case No. 13-53846

Chapter 9

Judge Thomas J. Tucker

### ORDER REQUIRING THE CITY OF DETROIT TO FILE A RESPONSE TO CREDITOR RAYMOND THOMPSON JR.'S MOTION FOR RECONSIDERATION AND/OR FOR RELIEF FROM ORDER

This case is before the Court on a motion filed by creditor Raymond Thompson, Jr. on August 23, 2022, entitled "Creditor[']s Motion for Reconsideration and/or for Relief from Judgment of the Order Granting Debtor City of Detroit's Motion to Exclude Creditor Raymond Thompson Jr. From Disbursement Despite Timely Submission or Alternative Release from Order" (Docket # 13612, the "Motion"). The Court finds good cause to enter this Order.

IT IS ORDERED that under L.B.R. 9024-1(a)(2) (E.D. Mich.), no later than September 7, 2022, the City of Detroit must file a response to the Motion.

**Signed on August 24, 2022**



    /s/ Thomas J. Tucker
    **Thomas J. Tucker**
    **United States Bankruptcy Judge**