# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**STIPULATION FOR THE ENTRY OF AN ORDER EXTENDING THE CITY OF DETROIT'S DEADLINE TO RESPOND TO THE DFFA'S MOTION TO DISMISS FOR LACK OF JURISDICTION THE CITY'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE CONFIRMATION ORDER AGAINST THE DFFA (R13575), AND ITS SUPPLEMENT AND AMENDMENT (R13582) [DOC. NO. 13593]**

The City of Detroit, Michigan ("City") and Detroit Fire Fighters Association ("DFFA" and together with City, "Parties"), by their undersigned counsel, hereby stipulate and agree as follows:

1. On May 27, 2022, the City filed the *Motion for the Entry of an Order Enforcing the Confirmation Order Against the DFFA* and on June 6, 2022, the City filed the *Supplement and Amendment to the City of Detroit's Motion for the Entry of an Order Enforcing the Confirmation Order Against the DFFA* [Doc. Nos. 13575 and 13582] (collectively, the "Motion to Enforce").

2. On July 22, 2022, the DFFA filed its Opposition to the Motion to Enforce [Doc. No. 13592] ("Opposition").

3. On July 22, 2022, DFFA also filed its *Motion to Dismiss for Lack of Jurisdiction the City's Motion for the Entry of an Order Enforcing the Confirmation*

*Order Against the DFFA (R13575), and its Supplement and Amendment (R13582)* [Doc. No. 13593] ("Motion to Dismiss"). The deadline for the City of Detroit to file a response to the Motion to Dismiss is currently August 26, 2022.

4. The Parties have agreed to an additional extension of time for the City to respond to the Motion to Dismiss through and including September 6, 2022.

WHEREFORE, the Parties respectfully request that the Court enter an order in substantially the same form as the one attached as **Exhibit 1**.

STIPULATED AND AGREED TO ON August 25, 2022:

| LEGGHIO & ISRAEL, P.C. | MILLER, CANFIELD, PADDOCK & STONE, P.L.C. |
|---|---|
| By: /s/ Megan B. Boelstler<br>Christopher P. Legghio (P27378)<br>Megan B. Boelstler (P79125)<br>306 S. Washington, Suite 206<br>(248) 398-5900<br>cpl@legghioisrael.com<br>mbb@legghioisrael.com | By: /s/Marc N. Swanson<br>Marc N. Swanson (71149)<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 496-7591<br>Fax: (313) 496-8451<br>swansonm@millercanfield.com |
| *Attorneys for Detroit Fire Fighters Association* | *Attorney for City of Detroit* |

EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>    Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER APPROVING STIPULATION EXTENDING THE CITY OF DETROIT'S DEADLINE TO RESPOND TO THE DFFA'S MOTION TO DISMISS FOR LACK OF JURISDICTION THE CITY'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE CONFIRMATION ORDER AGAINST THE DFFA (R13575), AND ITS SUPPLEMENT AND AMENDMENT (R13582) [DOC. NO. 13593]**

Upon the *Stipulation for the Entry of an Order Extending the City of Detroit's Deadline to Respond to the DFFA's Motion to Dismiss for Lack of Jurisdiction the City's Motion for the Entry of an Order Enforcing the Confirmation Order Against the DFFA (R13575), and its Supplement and Amendment (R13582) [Doc. No. 13593]* ("Stipulation");[1] and the Court finding good cause to enter this Order.

IT IS ORDERED THAT the City of Detroit's deadline to respond to the *DFFA's Motion to Dismiss for Lack of Jurisdiction the City's Motion for the Entry of an Order Enforcing the Confirmation Order Against the DFFA (R13575), and its*

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.

*Supplement and Amendment (R13582) [Doc. No. 13593]* is extended through and including September 6, 2022.