UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### ORDER APPROVING STIPULATION EXTENDING THE CITY OF DETROIT'S DEADLINE TO RESPOND TO THE DFFA'S MOTION TO DISMISS FOR LACK OF JURISDICTION THE CITY'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE CONFIRMATION ORDER AGAINST THE DFFA AND ITS SUPPLEMENT AND AMENDMENT

Based on the stipulation filed on August 25, 2022 (Docket # 13615, the "Stipulation");[1] and the Court finding good cause to enter this Order;

IT IS ORDERED that the City of Detroit's deadline to respond to the *DFFA's Motion to Dismiss for Lack of Jurisdiction the City's Motion for the Entry of an Order Enforcing the Confirmation Order Against the DFFA (R13575), and its Supplement and Amendment (R13582) [Doc. No. 13593]* is extended through and including September 6, 2022.

**Signed on August 25, 2022**



/s/ Thomas J. Tucker
**Thomas J. Tucker
United States Bankruptcy Judge**

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Stipulation.