# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## STIPULATION REGARDING MOTION TO ENFORCE AND MOTION TO DISMISS

The City of Detroit, Michigan ("City") and Detroit Fire Fighters Association ("DFFA" and together with City, "Parties"), by their undersigned counsel, hereby stipulate and agree as follows:

1. On May 27, 2022, the City filed the *Motion for the Entry of an Order Enforcing the Confirmation Order Against the DFFA* and on June 6, 2022, the City filed the *Supplement and Amendment to the City of Detroit's Motion for the Entry of an Order Enforcing the Confirmation Order Against the DFFA* [Doc. Nos. 13575 and 13582] (collectively, the "Motion to Enforce").

2. A grievance that the DFFA filed against the City on February 1, 2022, was attached as Exhibit 6-2 to the Motion ("Grievance").

3. On May 31, 2022, the DFFA filed an Unfair Labor Practice Charge regarding J-Time with the Michigan Employment Relations Commission ("ULP").

4. On June 2, 2022, the DFFA withdrew the Grievance with prejudice.

5. On July 22, 2022, the DFFA filed its Opposition to the Motion to Enforce [Doc. No. 13592] ("Opposition").

6. On July 22, 2022, DFFA filed also filed its *Motion to Dismiss for Lack of Jurisdiction the City's Motion for the Entry of an Order Enforcing the Confirmation Order Against the DFFA (R13575), and its Supplement and Amendment (R13582)* [Doc. No. 13593] ("Motion to Dismiss").

7. The City has agreed to bargain with DFFA regarding the J-time issue and the parties have agreed to the following terms:

8. The DFFA's withdrawal of the Grievance means that the DFFA may only seek prospective relief in its negotiations with the City with respect to J-Time. For example, the DFFA will not seek damages, compensation, "corrected" tax returns or any other form of similar relief in negotiations with the City.

9. The Motion to Enforce is dismissed without prejudice. The City reserves all rights with respect to the Motion to Enforce, including without limitation, seeking relief from this Bankruptcy Court if the City were put in a position which required the City to violate, or threatened a violation of, the confirmed Plan of Adjustment in this bankruptcy case.

10. DFFA's Motion to Dismiss is dismissed without prejudice.

11. The DFFA will dismiss the ULP without prejudice within three days of the entry of an order approving this Stipulation.

WHEREFORE, the Parties respectfully request that the Court enter an order in substantially the same form as the one attached as **Exhibit 1**.

STIPULATED AND AGREED TO ON September 2, 2022:

| LEGGHIO & ISRAEL, P.C. | MILLER, CANFIELD, PADDOCK & STONE, P.L.C. |
|---|---|
| By: /s/Megan Boelstler<br>Christopher P. Legghio (P27378)<br>Megan B. Boelstler (P79125)<br>306 S. Washington, Suite 206<br>(248) 398-5900<br>cpl@legghioisrael.com<br>mbb@legghioisrael.com<br><br>*Attorneys for Detroit Fire Fighters Association* | By: /s/Marc N. Swanson<br>Marc N. Swanson (71149)<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 496-7591<br>Fax: (313) 496-8451<br>swansonm@millercanfield.com<br><br>*Attorney for City of Detroit* |

**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER APPROVING STIPULATION REGARDING MOTION TO ENFORCE AND MOTION TO DISMISS**

Upon the *Stipulation Regarding Motion to Enforce and Motion to Dismiss* ("<u>Stipulation</u>");[1] and the Court finding good cause to enter this Order.

IT IS ORDERED THAT:

1. The City's Motion to Enforce is dismissed without prejudice (Doc. Nos. 13575 and 13582).

2. DFFA's Motion to Dismiss is dismissed without prejudice (Doc. No. 13593).

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.