# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER APPROVING STIPULATION REGARDING MOTION TO ENFORCE AND MOTION TO DISMISS

Based on the stipulation filed on September 2, 2022, entitled "Stipulation Regarding Motion to Enforce and Motion to Dismiss (Docket # 13619, the "Stipulation");[1] the Court finds good cause to enter this Order.

IT IS ORDERED THAT:

1. The City's Motion to Enforce (Docket # 13575, as supplemented and amended by Docket # 13582) is dismissed without prejudice.

2. DFFA's Motion to Dismiss (Docket # 13593) is dismissed without prejudice.

**Signed on September 2, 2022**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Stipulation.