**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| IN RE: City of Detroit, Michigan | Case No. 13-53846-tjt |
| | Chapter 9 |
| Debtor(s). | Hon. Thomas J. Tucker |

_____/

Julia Metris, Paul Metris, Debra Marie Metris-Shamoon,
Mukhlis Shamoon & Carl Veres,

                Appellant(s),

   v.

City of Detroit, Michigan

                Appellee.
_____/

**NOTICE OF TRANSMITTAL OF NOTICE OF APPEAL/MOTION TO WITHDRAW THE REFERENCE**

      I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan, which constitutes the Notice of Appeal/Motion to Withdraw the Reference.

- ☒ Notice of Appeal
- ☐ Bankruptcy Matter Civil Cover Sheet
- ☒ Order on Appeal
- ☒ Notice of Deficiency
- ☐ Motion for Leave to Appeal
- ☐ Motion to Withdraw the Reference
- ☒ Other: PDF titled 13-53846 City of Detroit Appeals

**NOTE:**

- ☒ There are previous civil matters in this bankruptcy. See attached PDF titled 13-53846, City of Detroit Appeals.
- ☐ This is a new matter and not previously assigned to a District Court Judge.
- ☒ Appeal Fee paid on September 8, 2022
- ☐ Appeal Fee deferred.
- ☐ Appeal Fee not paid, Fee Due attached.

Dated: September 8, 2022         Clerk, United States Bankruptcy Court

                                          By: /s/ Jennifer Hawkins
                                               Deputy Clerk