13-cv-13781 Judge Bernard A. Friedman

13-cv-13873 Judge Bernard A. Friedman

13-cv-14305 Judge Bernard A. Friedman

13-cv-15270 Judge Bernard A. Friedman

14-cv-10434 Judge Bernard A. Friedman

14-cv-10435 Judge Bernard A. Friedman

14-cv-10436 Judge Bernard A. Friedman

14-cv-10437 Judge Bernard A. Friedman

14-cv-10438 Judge Bernard A. Friedman

14-cv-10439 Judge Bernard A. Friedman

14-cv-10440 Judge Bernard A. Friedman

14-cv-10441 Judge Bernard A. Friedman

14-cv-10501 Judge Bernard A. Friedman

14-cv-10503 Judge Bernard A. Friedman

14-cv-10630 Judge Bernard A. Friedman

14-cv-10637 Judge Bernard A. Friedman

14-cv-11542 Judge Bernard A. Friedman

14-cv-11782 Judge Bernard A. Friedman

14-cv-11995 Judge Bernard A. Friedman

14-cv-11997 Judge Bernard A. Friedman

14-cv-12062 Judge Bernard A. Friedman

14-cv-12163 Judge Bernard A. Friedman

14-cv-13044 Judge Bernard A. Friedman

14-cv-13118 Judge Bernard A. Friedman

14-cv-14020 Judge Bernard A. Friedman

14-cv-14346 Judge Bernard A. Friedman

14-cv-14548 Judge Bernard A. Friedman

14-cv-14651 Judge Bernard A. Friedman

14-cv-14706 Judge Bernard A. Friedman

14-cv-14872 Judge Bernard A. Friedman

14-cv-14899 Judge Bernard A. Friedman

14-cv-14910 Judge Bernard A. Friedman

14-cv-14917 Judge Bernard A. Friedman

14-cv-14919 Judge Bernard A Friedman

14-cv-14920 Judge Bernard A. Friedman

14-cv-14923 Judge Bernard A. Friedman

15-cv-10036 Judge Bernard A. Friedman

15-cv-12976 Judge Bernard A. Friedman

16-cv-12407 Judge Bernard A. Friedman

18-cv-12308 Judge Bernard A. Friedman