| United States District Court<br>Eastern District of Michigan | Bankruptcy Matter<br>Civil Case Cover Sheet | District Court Label |
|---|---|---|

**In re:**

CITY OF DETROIT, MICHIGAN,

                **Debtor.**

_____/

Debra Metris-Shamoon, Muhklis Shamoon, Carl Veres, Julia and Paul Metris,

        **Appellant,**

  v.

 City of Detroit, MI

        **Appellee.**

**Case No.:** 13-53846

Chapter 9
Judge Thomas T. Tucker

**Adv. No.:**

---

**CAUSE OF ACTION/NATURE OF SUIT:** (This matter is referred to the district court for the following reasons)

| | | |
|---|---|---|
| x | [422] 28 U.S.C. 158 | Bankruptcy Appeal |
| ___ | [422] 28 U.S.C. 158 | Motion for Leave to Appeal |
| ___ | [423] 28 U.S.C. 157(d) | Motion for Withdrawal of Reference |
| ___ | [423] 28 U.S.C. 157(c)(1) | Proposed Findings of Fact and Conclusions of Law |
| ___ | [423] 28 U.S.C. 158 (c)(a) | Order of Contempt |

**Date:** 09/08/2022          **Name:** /s/Michael R. Dezsi (P64530)

                                                Respectfully submitted,

                                                */s/Michael R. Dezsi*
                                                Dettmer & Dezsi, PLLC
                                                1523 N. Main St.
                                                Royal Oak, MI 48067
                                                (313) 757-8112
                                                mdezsi@dezsilaw.com
                                                P64530

| Name and Address of Interested Parties |
|---|

Debra Metris-Shamoon, Mukhlis Shamoon,
Carl Veres, Julie and Paul Metris,
c/o Dettmer & Dezsi, PLLC
Dennis A. Dettmer (P12708)
Michael R. Dezsi (P64530)
Counsel for Creditor-Plaintiffs/Appellants
1523 N. Main St.
Royal Oak, MI 48067
ddettmeresq@yahoo.com
mdezsi@dezsilaw.com


MILLER, CANFIELD, PADDOCK, AND STONE, PLC
Marc N. Swanson (P71149)
Attorney for City of Detroit, Appellee
150 W. Jefferson, Suite 2500
Detroit, MI 48226
(313) 496-7591 T
(313) 496-8451 F
swansonm@millercanfield.com