UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re:*

CITY OF DETROIT, MICHIGAN,

    *Debtor.*

Case No. 13-53846
Hon. Thomas J. Tucker
Chapter 9

---

| | |
|---|---|
| DENNIS A. DETTMER (P12708)<br>MICHAEL R. DEZSI (P64530)<br>*Counsel for Plaintiffs-Creditors/Appellants*<br>*Debra Metris-Shamoon, et al.,*<br>Dettmer & Dezsi, PLLC<br>1523 N. Main St.<br>Royal Oak, MI 48067<br>(313) 757-8112<br>ddettmeresq@yahoo.com<br>mdezsi@dezsilaw.com | MILLER, CANFIELD, PADDOCK<br>AND STONE, PLC<br>Marc N. Swanson (P71149)<br>Attorney for City of Detroit,<br>Debtor/Appellees<br>150 W. Jefferson, Suite 2500<br>Detroit, MI 48226<br>(313) 496-7591 T<br>(313) 496-8451 F<br>swansonm@millercanfield.com |

---

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 8th day of September, 2022, I electronically filed and served a copy of the Notice of Appeal (Doc 13624), Amended Notice of Appeal and Statement of Election, Civil Cover Sheet and Proof of Service with the Clerk of the Court using the ECF system which will send notification to all interested parties and attorneys of record in this case. I further certify that on September 8, 2022, I served a copy of the Notice of Appeal (Doc 13624), Amended Notice of Appeal and Statement of Election, Civil Cover Sheet and Proof of Service upon counsel for the City of Detroit via email at:

MILLER CANFIELD, PADDOCK AND STONE, PLC
MARC N. SWANSON (P71149)
*Attorney for City of Detroit*
150 W. Jefferson, Suite 2500
Detroit, MI 48226
swansonm@millercanfield.com

September 8, 2022       By:    */s/ Michael R. Dezsi*
                               MICHAEL R. DEZSI
                               DETTMER & DEZSI, PLLC,
                               1523 N. Main St.
                               Royal Oak, MI 48067
                               (313) 757-8112 Office
                               (313) 887-0420 Fax
                               mdezsi@dezsilaw.com
                               P64530