# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING *EX PARTE* MOTION FOR ENTRY OF AN ORDER AUTHORIZING A BRIEF IN EXCESS OF THE PAGE LIMIT**

This case is before the Court on the Ex Parte Motion of the City of Detroit Police and Fire Retirement System ("PFRS") for Entry of an Order Authorizing a Brief in Excess of the Page Limit (Docket # 13632, the "Motion"). The Court finds good cause to enter this Order.

**IT IS ORDERED HAT** the Motion is granted, and the page limit on the *Response to the City of Detroit's Motion to Enforce Plan of Adjustment and Require 30-Year Amortization of the UAAL in the Police and Fire Retirement System Pension Plan* is increased from 25 pages to 40 pages.

**Signed on September 9, 2022**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge