# EXHIBIT D

1          UNITED STATES BANKRUPTCY COURT

2          EASTERN DISTRICT OF MICHIGAN

3               SOUTHERN DIVISION

4

5    IN RE:

6

7    CITY OF DETROIT, MICHIGAN,        Chapter 9

8        Debtor.                       Case No. 13-53846

9                                      Hon. Steven W. Rhodes

10

11    _____/

12

13

14

15

16        DEPONENT:  GRS 30(b)(6) WITNESS (CYNTHIA THOMAS)

17        DATE:      Tuesday, July 15, 2014

18        TIME:      10:05 a.m.

19        LOCATION:  CLARK HILL, PLC

20                   500 Woodward Avenue, Suite 3500

21                   Detroit, Michigan

22        REPORTER:  Karen Fortna, CRR/RMR/RPR/CSR-5067

23        JOB NO:    212649-A

24

25

```
 1  APPEARANCES:

 2       PEPPER HAMILTON, LLP

 3       By:  Ms. Deborah Kovsky-Apap

 4       4000 Town Center, Suite 1800

 5       Southfield, Michigan  48075

 6       248.359.7300

 7            Appearing on behalf of City of Detroit

 8

 9       CLARK HILL, PLC

10       By:  Mr. Sean P. Gallagher

11       500 Woodward Avenue, Suite 3500

12       Detroit, Michigan  48226

13       313.965.8300

14            Appearing on behalf of Creditor

15

16       DENTONS

17       By:  Mr. Daniel Morris

18       1301 K Street, NW, Suite 600, East Tower

19       Washington, DC  20005-3364

20       202.408.6381

21            Appearing on behalf of Official Committee of

22             Retirees

23

24

25
```

```
 1  APPEARANCES:  (Continued)

 2      COHEN, WEISS & SIMON, LLP

 3      By:  Mr. Peter D. DeChiara

 4      330 West 42nd Street

 5      New York, New York  10036-6979

 6      212.356.0216

 7          Appearing on behalf of UAW International Union

 8

 9      GOLD, LANGE & MAJOROS, PC

10      By:  Mr. Stuart A. Gold

11      24901 Northwestern Highway, Suite 444

12      Southfield, Michigan  48075

13      248.350.8220

14          Appearing on behalf of Detroit Library

15           Commission

16

17      KIENBAUM, OPPERWALL, HARDY & PELTON, PLC

18      By:  Mr. William B. Forrest, III

19      280 North Old Woodward, Suite 400

20      Birmingham, Michigan  48009

21      248.645.0000

22          Appearing on behalf of Detroit Library

23           Commission

24

25  ALSO PRESENT:  Ms. Trinee Moore, Detroit Public Library
```

1                    I N D E X

2

3  W I T N E S S

4

5      CYNTHIA THOMAS                              PAGE

6

7  Examination by Mr. DeChiara                     7

8

9

10  REDACTIONS PURSUANT TO AGREEMENT OF COUNSEL

11      Page 23, line 13, through page 25, line 15

12      Page 26, lines 12-18

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    E X H I B I T S

 2

 3   EXHIBIT              DESCRIPTION                PAGE

 4

 5   Ex. No. 1      Amended Notice of Deposition  . . .10

 6   Ex. No. 2      The General Retirement System of  .17

 7                  the City of Detroit, 75th Annual

 8                  Actuarial Valuation, June 30, 2013

 9   Ex. No. 3      7-9-14 Lennox email . . . . . . . .23

10   Ex. No. 4      GRS' Responses and Objections to  .26

11                  Interrogatories of International

12                  Union, UAW, Regarding Plan

13                  Confirmation

14

15                  (GRS Ex. No. 3 clawed back.)

16

17

18

19

20

21

22

23

24

25
```

Litigation Services  |  1.800.330.1112
www.litigationservices.com
13-53846-tjt   Doc 13634-5   Filed 09/09/22   Entered 09/09/22 18:47:23   Page 6 of 61

1                                    Tuesday, July 15, 2014

2                                    Detroit, Michigan

3                                    10:05 a.m.

4               *        *        *        *

5                    CYNTHIA THOMAS,

6    having first been duly sworn, was examined and

7    testified as follows:

8               MR. DeCHIARA:  Good morning, Ms. Thomas.

9               THE WITNESS:  Good morning.

10              MR. DeCHIARA:  My name is Peter DeChiara

11    from the law firm of Cohen, Weiss & Simon, LLP.

12    We represent the UAW International Union in the

13    Chapter 9 bankruptcy of the City of Detroit.

14              Have you ever had your deposition taken?

15              THE WITNESS:  Yes.

16              MR. DeCHIARA:  Okay.  So let me go over a

17    few ground rules, although you're probably familiar

18    with them.

19              We have a court reporter here who is

20    going to take down my questions and your answers to

21    my questions.  So that the court reporter can get a

22    clear transcript, I would ask that you answer my

23    questions with words as opposed to gestures or

24    shrugs.

25              Also, please wait until I finish my

1    question and I'll also wait to finish -- wait until

2    you finish your answers.  If I cut you off

3    inadvertently, let me know and I'll let you finish.

4              If you don't understand my questions or

5    you don't hear my questions, let me know and I'll

6    repeat them or try to clarify them.  If you answer

7    a question, I'll assume you heard it and understood

8    it.  Is that fair?

9              THE WITNESS:  That's fair.

10             MR. DeCHIARA:  If you need a break at any

11   time for any reason, just let me know and we can

12   take a break.

13             THE WITNESS:  Okay.

14                  EXAMINATION

15   BY MR. DeCHIARA:

16   Q.   By whom are you employed?

17   A.   The Retirement Systems of the City of Detroit.

18   Q.   And what's your position there?

19   A.   Executive director.

20   Q.   And how long have you been the executive

21        director?

22   A.   Since August of 2012.

23   Q.   Were you employed at the GRS prior to August of

24        2012?

25   A.   Yes.

1  Q.   **And what position did you hold prior to that?**

2  A.   I was assistant director of the Police & Fire

3       Retirement System of the City of Detroit.

4  Q.   **And how long did you hold that position?**

5  A.   Since 2004.

6             MR. GALLAGHER:  Peter, just for the sake

7       of clarity, because we've learned of this because

8       of the GRS/Gabriel Roeder acronym, maybe we'll just

9       make sure that when you refer to GRS, you are

10      referring to the General Retirement Systems of the

11      City of Detroit as opposed to Gabriel Roder Smith,

12      right?

13            MR. DeCHIARA:  I was unaware of that.

14      Okay.

15            MR. GALLAGHER:  Based on the documents,

16      the actuarial reports --

17            MR. DeCHIARA:  Yeah, I know.

18            MR. GALLAGHER:  -- we may get there, and

19      I just want to make sure that's --

20            MR. DeCHIARA:  Thank you for that

21      clarification.

22            So Ms. Thomas, when I refer to the

23      acronym "GRS," I'm referring to the General

24      Retirement Systems of the City of Detroit.

25            THE WITNESS:  Okay.

1   BY MR. DeCHIARA:

2   Q.   Did you prepare in any way for this deposition?

3   A.   Yes.

4   Q.   Other than speaking to counsel for the GRS, did

5       you -- well, let me ask you, did you prepare in any

6       way other than speaking to counsel for the GRS?

7   A.   I did not.

8   Q.   Did you review any documents?

9   A.   I did.

10   Q.   What documents did you review?

11   A.   A few older actuarial statements and audited

12       financials.

13   Q.   Anything else that you recall?

14   A.   Yeah, maybe a spreadsheet or two, work-type

15       spreadsheet that was prepared in my office by the

16       accounting section.

17   Q.   Who do you report to in your position?

18   A.   Oh, boy.  You ready for this?  And then you guys

19       will all feel sorry for me.  So I report to the

20       board of trustees on the General Retirement System,

21       I report to the board of trustees on the Police &

22       Fire Retirement System, and then I'm also

23       underneath the finance director and the mayor.

24       That's a lot of bosses.

25           MR. GALLAGHER:  Peter, I'm sorry to

1    interrupt again.  Forgive me.  Maybe this is a good

2    point to clarify that Ms. Thomas is here in a

3    representative capacity based on the 30(b)(6)

4    deposition notice that you issued.

5              MR. DeCHIARA:  Yes.  Let me put in the

6    amended notice.  Let me mark the amended notice.

7    So why don't we mark it as GRS 1.

8              (Marked for identification:

9              GRS Exhibit No. 1.)

10   BY MR. DeCHIARA:

11   Q.   Ms. Thomas, I've marked as GRS 1 the amended notice

12        of deposition of the International Union, UAW, to

13        General Retirement System of the City of Detroit.

14              Is it your understanding that you're here

15        testifying today pursuant to this amended notice of

16        deposition?

17   A.   It is.

18   Q.   Did you review this document?

19   A.   I did.

20   Q.   Okay.  Let me refer you to -- you see that there's

21        a list of -- starting in the middle of the first

22        page, there's a list of topics?

23   A.   Yes.

24   Q.   Okay.  Let me begin with the first one.  "The

25        status of the Detroit Library Commission as an

1    entity separate from the City of Detroit."

2         In preparing for today's deposition, did

3    you look into the question of whether -- look into

4    the question of whether the Detroit Library

5    Commission is an entity separate from the City of

6    Detroit?  And before you answer, let me just say,

7    I'm not looking for any legal conclusions and I'm

8    also not looking for anything that you might have

9    discussed with counsel.

10   A.   No.

11   Q.   Okay.  Do you have a view or an understanding of

12        whether or not the Detroit library Commission is a

13        separate entity from the City of Detroit?

14   A.   I do.

15   Q.   And what's your view?

16   A.   And my view is, I guess, based on my 26 years

17        working at the Retirement System, just various

18        conversations working as an accountant prior to

19        being in management, but also on a managerial level

20        and working with the boards of trustees, it's -- it

21        was always our belief that the library was -- it

22        was separate, but still with the City.

23             And what I mean by that is they could --

24        they had their own little HR and payroll unit, they

25        could hire their own employees, but the employees

1    were still civil servants and members of the

2    system.

3              And there was a lot of discussion about

4    this because, at times, the Retirement Systems'

5    trustees looked to the library as wanting to have

6    that type of status, being separate, having more

7    authority as far as running the Retirement Systems

8    and having authority over the employees and

9    operations, but still -- still retain that civil

10   servant -- civil servancy for the staff and

11   membership into the system.

12   Q.   **I probably should have asked this earlier.  What is**

13        **your professional training?  Are you an accountant?**

14   A.   Yes.  Well, that's -- my degree was in accounting.

15   Q.   **Okay.**

16   A.   I haven't been an accountant in a long time.

17   Q.   **Do you have any professional training in any other**

18        **fields other than accounting?**

19   A.   Other than training at -- an executive training at

20        Wharton's School of Business, I do not.

21   Q.   **So you said that it's your understanding that the**

22        **library has its own human resources department; is**

23        **that correct?**

24   A.   Not necessarily human resources department, but a

25        unit that was responsible for human resource

```
 1        activities.
 2   Q.   So would that be, for example, hiring and firing
 3        and promoting functions?
 4   A.   Yes, yes.
 5   Q.   So the library does that independently, according
 6        to your understanding?
 7   A.   Yes.
 8   Q.   And is it your understanding that the library
 9        maintains its own payroll function?
10   A.   Yes.
11   Q.   You testified when you answered my question that
12        there's been lots of discussion about the status of
13        the library over the years?
14   A.   Yes.
15   Q.   Can you remember any discussions in particular,
16        whether recent or in the past?
17   A.   A little bit.  I can remember a little bit of a
18        discussion with James Edwards, who works -- used to
19        work in the law department.  I believe he's retired
20        now.  And Mr. Edwards asked me to check our files
21        for any -- any correspondence or documents we had
22        pertaining to the library.  And then also over
23        the -- I think probably in 2013, there was also
24        some up-to-date discussion of the library and the
25        Retirement Systems possibly becoming its own
```

1    department.

2  Q.   **Okay. Let me ask you about the discussion you had**

3       **with Mr. Edwards. He used to work with the law**

4       **department of the City of Detroit?**

5  A.   Correct.

6  Q.   **Okay. And he asked you to check for -- check your**

7       **files for correspondence pertaining to the library.**

8       **When was that conversation?**

9  A.   I believe it was this year, maybe February.

10  Q.   **Okay. And do you know why -- did he tell you why**

11      **he made that request of you?**

12  A.   He did not.

13  Q.   **Did you have an understanding of why he made that**

14      **request?**

15  A.   Ultimately, yes.

16  Q.   **And what was your understanding?**

17  A.   That the library -- that the City -- that the City

18      of Detroit and Jones Day team needed to understand

19      the structure of the library and how it became a

20      separate entity.

21  Q.   **Did you ever speak to Mr. Edwards subsequently**

22      **about that issue?**

23  A.   I did not.

24  Q.   **Did you ever speak to anyone from Jones Day about**

25      **that issue?**

1 A.   I didn't.

2 Q.   Did you ever speak to anyone else who represented

3      the City or represents the City about that issue,

4      meaning the status of the library?

5 A.   No, I didn't.

6 Q.   Then you testified that in 2013, there have been

7      discussions about the status of the library.

8      Who -- did you participate in those discussions?

9 A.   I did.

10 Q.  Who did you have those discussions with?

11 A.  Clark Hill attorneys.

12 Q.  And Clark Hill is counsel for the GRS?

13 A.  For the Police & Fire -- well, as it pertains to

14     bankruptcy, for both systems, but general counsel

15     to the Police & Fire System.

16 Q.  Okay.  So I'm not going to ask you about those

17     conversations you had with counsel for the GRS.

18          Now you testified to something earlier,

19     something about the -- I'm not quite sure I

20     followed what you were saying, but something about

21     someone was looking for more authority, maybe the

22     library was looking for more authority over the

23     years.  Could you explain what that testimony was?

24 A.  Actually, what I was referring to was the

25     Retirement Systems were looking for more authority

1      over their staff and operations.

2   Q.  **What do you mean by looking for more authority?**

3   A.  As I testified to a little earlier, all of the

4       bosses that I have, there's a conflict of interest

5       because the boards of trustees are equally my boss,

6       as the finance director and the mayor, yet they can

7       definitely have different goals and motivations and

8       directives, and that's -- it's a common problem.

9       And so the boards of trustees were looking for a

10      way to resolve that or lessen it, and in doing so,

11      the discussion was they felt that the Library

12      Commission had that authority over their staff and

13      operations.

14  Q.  **So am I understanding this correctly, that the**

15      **board of trustees of the GRS was looking to the**

16      **library as a model of an organization that has**

17      **authority over its own workforce in a way that the**

18      **GRS did not?**

19  A.  Absolutely.

20  Q.  **Do you have any understanding or knowledge of what**

21      **entities select the governing board of the Detroit**

22      **Library Commission?**

23              MR. GALLAGHER:  Objection to foundation.

24              THE WITNESS:  I do not.

25              MR. DeCHIARA:  Okay.  I would like to

1        mark as GRS 2 a document that is entitled, "The

2        General Retirement System of the City of Detroit,

3        75th Annual Actuarial Valuation, June 30, 2013."

4                (Marked for identification:

5                GRS Exhibit No. 2.)

6  BY MR. DeCHIARA:

7  Q.    Are you familiar with this document?

8  A.    I am.

9  Q.    Okay.  And it says GRS in the upper right-hand

10      corner of the cover page.  That's the other GRS in

11      this case, right?  That's --

12  A.    Correct.  Gabriel Roeder Smith & Company.

13  Q.    Who is that company?

14  A.    That is the actuarial firm for the Retirement

15      Systems.

16  Q.    Okay.  And they prepared this document that's

17      marked as Exhibit 2?

18  A.    They did.

19  Q.    Let me ask you to turn to page B-3.  Actually, B-4.

20      And this page is entitled, "Active and Retired

21      Members Included in Valuation, Historic

22      Comparisons."

23            And there are two charts on the page.  And

24      the top chart has the heading, "Active Members by

25      Valuation Division."

1              **What is a valuation division, do you**

2     **know?**

3  A.   Yes.  Basically it is different departments or

4       divisions that are split that are shown separately

5       for the purposes of this valuation.

6  Q.   **So does the GRS, in general, keep separate records**

7       **or accounts for these different valuation**

8       **divisions?**

9  A.   When you say accounts, can you explain that?

10 Q.   **Well, let me ask you because you're more**

11      **knowledgeable about this than I am, so rather than**

12      **my trying to guess how it's done, let me ask you.**

13              **Is there any way in which the GRS**

14      **maintains separate -- maintains separate records**

15      **for these different divisions?**

16 A.   We don't necessarily maintain separate records, but

17      at -- upon request and for various reasons, we

18      may -- we may do some type of accounting to

19      separate by division or we may -- we may instruct

20      our IT section to prepare reports that are

21      separated by these divisions.

22 Q.   **So would the separation of the divisions just be**

23      **for purposes of a report or are records maintained**

24      **separately on an ongoing basis for these different**

25      **divisions?**

1   A.    As it pertains to contributions, then you will find

2         historically the information is maintained

3         separately.

4   **Q.    Okay.  So is it correct that in the GRS files --**

5   **and by "files," I mean computer or paper files --**

6   **that when contributions come in, they are recorded**

7   **according to which division they came in for; is**

8   **that correct?**

9   A.    That -- that would be a correct statement, yes.

10  **Q.    Okay.  And what about liabilities, does -- in the**

11  **same way that the GRS maintains records separately**

12  **for the divisions by -- of contributions, does it**

13  **also maintain records separately of the valuation**

14  **divisions for purposes of liability?**

15  A.    For reporting purposes -- and by that, I mean to

16        prepare reports that would be used by the actuary,

17        and I can't think at this moment if that's

18        something that our auditor looks at as well -- but

19        for contributions, it's we maintain the records

20        separately on an ongoing basis because we're

21        billing the different revenue groups here, the

22        different divisions, we're billing them and then

23        recording the contributions received, whereas with

24        the liabilities, there's really nothing that the

25        Retirement Systems does with that other than report

1    the information as requested.

2  Q.  Okay.  But the GRS has the capability, if it wants

3    to, to break out by division what liabilities are

4    allocable to the participants in which division?

5  A.  We do.

6  Q.  You testified a second ago that the GRS bills a

7    separate division, so does that mean, for example,

8    that the GRS sends out bills to the library for

9    contributions?

10  A.  We do.  We send -- yeah, I guess we call them

11    invoices.

12  Q.  How often?

13  A.  Generally monthly.

14  Q.  So the GRS, on a monthly basis, sends invoices to

15    the library?

16  A.  Correct.

17  Q.  And do you know, is the invoice sent by hard copy,

18    is it a piece of paper that goes out?

19  A.  Usually it's by email.

20  Q.  Okay.  And to whom is it emailed?

21  A.  I don't know the person's name.  I'm going to

22    assume it's their accountant, whoever the main

23    accountant is there, and it's the head accountant

24    of the Retirement Systems that notifies the

25    accountant at the library.

Litigation Services | 1.800.330.1112
www.litigationservices.com
13-53846-tjt   Doc 13634-5   Filed 09/09/22   Entered 09/09/22 18:47:23   Page 21 of 61

1  Q.    So there's an email that goes from the accounting

2        department of the GRS directly to the accounting

3        department of the library?

4  A.    Yes.

5  Q.    I assume you're familiar with the fact that the

6        City of Detroit is in Chapter 9 bankruptcy?

7  A.    Yes.

8  Q.    Okay.  And are you aware that the City has a

9        proposed plan of adjustment?

10 A.    Yes.

11 Q.    Do you have an understanding of whether the

12       proposed -- let me back up.

13               Do you have an understanding that the

14       City's plan of adjustment proposes certain cuts to

15       pension benefits of GRS participants?

16 A.    Yes.

17 Q.    Do you have an understanding of whether the

18       proposed cuts to pensions in the City's plan of

19       adjustment would apply to cuts in the pensions of

20       GRS participants who are employees or retirees of

21       the library?

22               MR. GALLAGHER:  Objection.  Foundation.

23               Peter, you know this is the case, but we

24       are straying a little bit from the four corners of

25       the notice and Nos. 1, 4 and 6, and I just want to

1    make sure we stay there.

2             MR. DeCHIARA:  You know, I think it's not

3    expressly covered, but I think it goes to the

4    separateness of the two entities, so I would ask

5    the question.

6             (Whereupon the question was read

7             back by the court reporter.)

8             THE WITNESS:  That's my understanding.

9  BY MR. DeCHIARA:

10  **Q.**  **That it would?**

11  A.  That they are included.

12  **Q.**  **And what's the basis of your understanding?**

13            MR. GALLAGHER:  I think, Ms. Thomas, you

14    don't need to answer to the extent that the basis

15    of your understanding is communications with

16    counsel.

17            MR. DeCHIARA:  Correct.

18            THE WITNESS:  I don't recall ever -- any

19    request for information to omit library.

20  BY MR. DeCHIARA:

21  **Q.**  **Have you ever spoken to anyone from the City -- and**

22  **by that I mean any City official or any lawyer for**

23  **the City, including anyone at Jones Day -- about**

24  **this issue that I just asked you about, namely,**

25  **whether or not GRS participants who are retirees or**

1      employees of the library would be -- would have
2      their pensions cut under the proposed plan of
3      adjustment?
4  A.   No.
5  Q.   Have you ever spoken to anyone from the library
6      about that question?
7  A.   No.
8  Q.   Do you have any knowledge about who may have made
9      the decision that library employees and retirees'
10     pensions would be included in the proposed cuts?
11                    MR. GALLAGHER:  Objection.  Foundation.
12                    THE WITNESS:  No, I do not.
13
14                      REDACTED
15
16
17                      REDACTED
18
19
20                      REDACTED
21
22
23                      REDACTED
24
25

Litigation Services  |  1.800.330.1112
www.litigationservices.com
13-53846-tjt   Doc 13634-5   Filed 09/09/22   Entered 09/09/22 18:47:23   Page 24 of
61

1                    REDACTED

2

3

4                    REDACTED

5

6

7                    REDACTED

8

9

10                   REDACTED

11

12

13                   REDACTED

14

15

16                   REDACTED

17

18

19                   REDACTED

20

21

22                   REDACTED

23

24

25                   REDACTED

Litigation Services  |  1.800.330.1112
www.litigationservices.com
13-53846-tjt   Doc 13634-5   Filed 09/09/22   Entered 09/09/22 18:47:23   Page 25 of
61

```
 1
 2                        REDACTED
 3
 4
 5                        REDACTED
 6
 7
 8                        REDACTED
 9
10
11                        REDACTED
12
13
14                        REDACTED
15
```

16  BY MR. DeCHIARA:

17  **Q.    Ms. Thomas, are you aware of what ASF recoupment**

18  **      is?**

19  A.    I am.

20  **Q.    Can you explain briefly, if you're able, what ASF**

21  **      recoupment is?**

22  A.    I can.  ASF is the annuity savings bond and the

23        recoupment is where the City/Jones Day team have

24        come to the conclusion that excess interest was

25        given on the Annuity Savings Fund without proper

Litigation Services  |  1.800.330.1112
www.litigationservices.com
13-53846-tjt   Doc 13634-5   Filed 09/09/22   Entered 09/09/22 18:47:23   Page 26 of
61

1    authority, and as such, they are seeking to recoup

2    the excess interest from a particular timeframe

3    that's included in the POA.

4  Q.  **And by "POA," you are referring to the plan of**

5      **adjustment?**

6  A.  That's correct, the plan of adjustment.

7  Q.  **And do you have any understanding about whether the**

8      **ASF recoupment would seek also to include**

9      **recoupment from GRS participants who are employees**

10     **or retirees of the library?**

11 A.  That's my understanding.

12

13                     REDACTED

14

15                     REDACTED

16

17                     REDACTED

18

19             MR. DeCHIARA:  Let me now move on to

20     topic No. 2 in the amended notice, which concerns

21     the number of GRS participants who are library

22     employees or retired -- retirees.  And let me begin

23     by showing you what I'll mark as GRS 4.

24             (Marked for identification:

25             GRS Exhibit No. 4.)

```
 1  BY MR. DeCHIARA:
 2  Q.   And I will represent to you that GRS 4 are
 3       interrogatory responses that the GRS provided to
 4       the UAW in this case.  Have you ever seen GRS 4
 5       before?
 6  A.   I can't be sure.
 7  Q.   All right.  Well, let me turn your attention to
 8       response No. 2 -- I'm sorry, response No. 1, the
 9       response to interrogatory No. 1, which is at the
10       bottom of page 5 and continues up to the top of
11       page 6.  Do you see that?
12  A.   I do.
13  Q.   Okay.  And you see it provides numbers for GRS
14       participants who are active DLC employees, deferred
15       vested former DLC employees and retired former DLC
16       employees.  Do you have any knowledge about whether
17       those numbers are accurate or not?
18  A.   I'm willing to say that they are pretty accurate.
19  Q.   Okay.  Do you have any reason to question the
20       accuracy of these numbers?
21  A.   No.
22  Q.   What's your understanding of deferred vested
23       employee?  Do you have an understanding of what
24       that means?
25  A.   Deferred vested employee is an employee who has a
```

1    vested interest in the system and they have --

2    deferred refers to the fact that they are eligible

3    to receive benefits at a point in the future.

4  Q.  **Okay.  So how are they different from active DLC**

5      **employees?**

6  A.  Active DLC employees have not reached a point of

7      eligibility.

8  Q.  **Let me turn your attention back to GRS 2, which is**

9      **the June 30, 2013 valuation report, and in**

10     **particular, page B-2 -- I'm sorry, strike that.**

11     **B-1.  Are you at that page?**

12 A.  I am.

13 Q.  **Okay.  And it says, "Summary of Member Data,**

14     **June 30, 2013."  What's your understanding of --**

15     **you see there's a chart that has the heading,**

16     **"Active Members," at the top, and then at the**

17     **bottom, a chart that says, "Inactive Vested**

18     **Members."  What's your understanding of the**

19     **difference between those two categories?**

20 A.  So the inactive vested members are members who are

21     no longer active City employees, but they have a

22     vested interest.  They are eligible to receive

23     benefits in a future point.

24 Q.  **Okay.  And among the active members, does that**

25     **include both employees who have already accrued**

1      benefits and those who have not yet accrued

2      benefits?

3   A.   In the active members?

4   Q.   Yes.

5   A.   Those who have accrued and those who have not.

6   Q.   And -- go ahead.  Finish.

7   A.   Those who have accrued benefits to make them

8      eligible and then those who have accrued benefits,

9      but not yet eligible.  Is that the question?

10   Q.   Right.  Let me try to clarify.

11   A.   Okay.

12   Q.   Does the category, "Active Members," include active

13      employees who have a vested right to pension

14      benefits as well as active employees who do not

15      have a vested right to pension benefits?

16   A.   Yes.

17   Q.   So going back to the interrogatory response, GRS

18      No. 4, the figure that's -- there's a figure there

19      for active DLC employees.  Would that category as

20      well include both active employees who have vested

21      right to pension benefits as well as those who do

22      not?

23   A.   Yes.

24   Q.   I'm -- if you compare the number for active

25      employees under the interrogatory response to

1      the number for active members for the library on

2      page B-1 of the valuation report, the number is

3      slightly different.  The interrogatory response

4      gives the number 328 and the valuation report gives

5      a number as 332.  Do you know why -- do you know

6      why there's a difference?

7  A.  The 332 is as of June 30, 2013, and between that

8      time and May 1st of 2014, there are less active

9      employees.

10 Q.  Let's move on now to topic No. 3, which concerns

11     contributions made to the GRS on -- for library

12     employees and retirees.  Am I correct that the GRS

13     has a defined benefit plan as well as a defined

14     contribution plan?

15 A.  That's correct.

16 Q.  And are all the contributions to the defined

17     benefit plan made by employers as opposed to by

18     employees?

19               MR. GALLAGHER:  Objection.  Foundation.

20     Form.

21               THE WITNESS:  I'm sorry, can you repeat

22     that, please?

23 BY MR. DeCHIARA:

24 Q.  Are the contributions that are made to the DB plan

25     exclusively made by employers as opposed to by

1    employees?

2             MR. GALLAGHER:  Objection to foundation.

3             THE WITNESS:  It's my understanding it's

4    employer contributions.

5  BY MR. DeCHIARA:

6  Q.   Let me now turn your attention to response -- the

7       interrogatory response to interrogatory No. 2 on

8       GRS 4, which is at the bottom of page 6 onto the

9       top of page 7.  And let me focus your attention on

10      the chart that's at the bottom of page 6, going

11      onto the top of page 7.  And do you see there's a

12      column to the chart that says, "Employer

13      Contributions to Defined Benefit"?

14 A.   I do.

15 Q.   Okay.  And these are -- am I correct that these

16      dollar figures given in this chart under that

17      column refer to the employer contributions made on

18      behalf of the GRS participants who are library

19      employees or retirees for the years that are

20      indicated?

21 A.   That's my understanding.

22 Q.   And the employer that was making those

23      contributions was the library; is that correct?

24 A.   Yes, that's my understanding.

25 Q.   And these contributions that are referenced on this

1    chart under the column, "Employer Contributions to

2    Defined Benefit," those would be the monthly

3    contributions that the library makes in response to

4    the invoices that you testified about earlier?

5  A.  That's correct.

6  Q.  How does the GRS determine how much to charge the

7      library in those monthly invoices?

8  A.  Every year the actuaries determine a factor that is

9      used and we take the factor for each division and

10     apply it to the last payroll of the fiscal year.

11 Q.  What do you mean by a factor?

12 A.  A percentage.

13 Q.  So is it correct that each year the actuaries for

14     the GRS determine what percentage of payroll needs

15     to be paid as contributions to the defined benefit

16     plan?

17 A.  That's a fair statement.

18 Q.  Okay.  Let me refer you to GRS Exhibit 2, the

19     valuation -- the June 2013 valuation report,

20     page A-1.  Do you see that page?

21 A.  I do.

22 Q.  And the page heading says, "Summary of Computed

23     Employer Contribution Rates, 2014-2015 Fiscal

24     Year."  And then it says, "Contributions Expressed

25     as a Percent of Payroll," and then it has separate

1    columns for the various valuation divisions,

2    including one for the library.  I just want to try

3    to understand this chart.  Are you -- do you have

4    an understanding of this chart?

5  A.    I do.

6  Q.    Okay.  So does the factor that you -- or percentage

7        you were referring to a minute ago appear somewhere

8        in this chart?

9  A.    The estimated employer contribution rates.

10  Q.    Where --

11  A.    Towards the bottom.  The third column from the

12        bottom.

13  Q.    Oh, estimated -- I see.  So for the library, for

14        this period, the 2014-2015 fiscal year, the factor

15        or percentage that the actuaries came up with for

16        the library is 32.98 percent?

17  A.    That's correct.

18  Q.    Okay.  And I notice that that percentage for the

19        library differs from the percentages for the other

20        valuation divisions; is that correct?

21  A.    That is correct.

22  Q.    Okay.  And then under the 32.98 percent, there's a

23        dollar figure for FY 2015 for estimated employer

24        contributions for the library, it says 4.6 dollars.

25        I assume that's -- is that million?

1  A.    Millions.

2  Q.    **Okay.  Does the GRS have the payroll amount for the**

3        **library to be able to come up with the $4.6 million**

4        **number?**

5  A.    Can you clarify, when you -- are you asking if the

6        General Retirement System has the payroll amount?

7  Q.    **Well, let me back up.  So I assume you have a**

8        **percentage -- strike that.**

9              **You have a percentage and then you**

10        **multiply it by something and you get $4.6 million.**

11        **So what is the something that you're multiplying it**

12        **by?**

13  A.    The final -- the total of the final payroll for the

14        fiscal year.

15  Q.    **Okay.  And that's -- in the case of the library,**

16        **that's the library's payroll, correct?**

17  A.    No, it's the total payroll for the City of Detroit

18        for the end of the fiscal year.

19  Q.    **I see.  So -- and where does the GRS get that**

20        **number from?**

21  A.    From the City.

22  Q.    **Okay.  And then the GRS then multiplies that number**

23        **by the various factors for each division to get**

24        **each division's contribution, is that how it works?**

25  A.    That's correct.

1 Q.   Going towards the top of the chart under -- you see

2      it says, "Normal Cost," in the upper left-hand

3      corner?

4 A.   Yes.

5 Q.   And then there are -- under that, there's a series

6      of categories such as the first one is, "Age &

7      Service Pensions," and if you look over to under

8      the library column, it says 8.35 percent.  What

9      does that number mean, the 8. -- let me back up.

10               What is the Age & Service Pensions?

11 A.   That's pensions -- pensions that were -- the

12      eligibility for those pensions were either service

13      or age.

14 Q.   Okay.  And then what does the 8.35 percent number

15      represent?

16 A.   I'm hesitant to answer that question because it's

17      an actuarial question and I don't want to give --

18      if I'm mistaken with my assumptions, then I don't

19      want to give you the wrong answer.

20 Q.   I'm not asking you -- you're not an actuary, are

21      you?

22 A.   Not at all.

23 Q.   Okay.  I'm not either, so we're both working at a

24      disadvantage here.

25               I'm not asking you for your professional

1    view -- or professional actuarial view, I'm just

2    asking you in your capacity as the executive

3    director of the GRS whether you have a working

4    knowledge of what this percentage means.

5  A.  My understanding is the 8.35 would represent those

6    pensions that were eligible for service and age as

7    a percentage of that total payroll that we

8    discussed earlier.

9  Q.  Let me go back to what you testified about earlier.

10    When I asked you -- going back to that

11    32.98 percent, when I asked you earlier what number

12    that number was multiplied against to get to

13    $4.6 million, you testified that it was the overall

14    payroll for the entire City, and I'm just

15    questioning the accuracy of that by looking at this

16    chart, which indicates for the library that when

17    you multiply that number by 32.98 percent, you get

18    4.6 million, but if, for example, you move to the

19    column to the left, water and sewage, the factor is

20    46.47 percent, which is somewhat higher, a somewhat

21    higher percentage, but if you look at the

22    contribution for FY 2015 for water and sewage, you

23    get 31.3 million, which is a multiple times the

24    library's contribution.  So I'm wondering, in light

25    of that, whether it's correct that those

1   **percentages are multiplied against the same**

2   **number.**

3           MR. GALLAGHER:  Objection to form.

4           THE WITNESS:  And also -- so when you

5   first started the question or comment, you stated

6   that I said that multiplying the 32.98 times the

7   total payroll would come to the 4.6, but I don't

8   believe that I said that it would come to the 4.6.

9   I believe I said that this is what was used to

10  determine the contributions owed, and what you --

11  which is a little bit different.  Because what they

12  did in this particular book, you see you've got the

13  4.6, and that's for fiscal year 2015, and 3.6 for

14  2014, and when you look on -- see, this is -- if

15  you look on this chart, this is as if every

16  division contributed the way they should have, but

17  if you look on A-2, this is showing the actual,

18  what actually occurred, the contributions actually

19  received.  So you see it shows the past due for

20  2013 for a couple of those, but the chart is a

21  little different.

22  BY MR. DeCHIARA:

23  Q.  **Okay.  So let me just focus on the chart on A-1,**

24      **which is the amounts -- the amounts that were**

25      **owing; is that correct?**

1  A.  Yes, but the more accurate chart is A-1 because A-2

2      is -- I mean, A-1 is making an assumption, but A-2

3      is what occurred, the actual, what actually

4      occurred in that year.

5  Q.  **Okay.  That's fine.**

6  A.  Okay.

7  Q.  **I'm just trying to understand how the chart on A-1**

8      **works.**

9  A.  Okay.

10 Q.  **And in particular, I'm trying to focus on how**

11     **you get to the $4.6 million for the library for FY**

12     **2015.  And I believe you testified, and if I'm**

13     **getting this wrong, let me know, but I believe you**

14     **testified that the way you get to that number is**

15     **you take the 32.98 percent and you multiply it by**

16     **some number.**

17 A.  Yes.

18 Q.  **Okay.  So my question is, is that number that you**

19     **multiply the 32.98 percent the same number -- and**

20     **let me back up.**

21          **And I believe you testified that the**

22     **number that you multiply the 32.98 percent against**

23     **is the total payroll of the City.  Was that your**

24     **prior testimony?**

25 A.  Yes.

```
 1   Q.    Okay.  And so would -- so let's now move to water
 2         and sewage.  To get to the 31.3 million for water
 3         and sewage, estimated employer contribution for
 4         FY 2015, do you multiply the 46.47 percent by some
 5         number?
 6              MR. GALLAGHER:  Objection to form.
 7         Foundation.
 8              THE WITNESS:  Okay.  No, you -- so it's
 9         incorrect.  That's incorrect what I told you.  If
10         you look at the UAAL above --
11              MR. DeCHIARA:  Where is that?
12              THE WITNESS:  It's not bolded.  Unfunded
13         Actuary Accrued Liabilities.
14              MR. DeCHIARA:  Okay.
15              THE WITNESS:  Okay.  That's what you
16         multiply times -- we use the UAAL for the last
17         payroll of the fiscal year and that gives you the
18         rate that's used for each division.
19   BY MR. DeCHIARA:
20   Q.    Okay.  But my question is, so you're telling me
21         that the factor, the percentage, is not the
22         32.98 percent?
23   A.    No.
24   Q.    It's the 8.09 [sic]?
25   A.    It's the 18.09.
```

1  Q.    Okay.  That's fine, but that doesn't answer my

2        question.  What I'm trying to get at is, what

3        number is that multiplied against to get, in the

4        case of the library, to the 4.6 million, or in the

5        case of water and sewage, to get to the

6        31.3 million, and is it your testimony that the

7        number that the factor is multiplied against in the

8        case of the library is the same number that it's

9        multiplied against -- that the water and sewage

10       factor is multiplied against to get the water and

11       sewage figure?

12             MR. GALLAGHER:  Objection to foundation.

13             THE WITNESS:  Okay.  So at this point I'm

14       sitting here very confused.  And I apologize.  And

15       I don't -- because I don't actually bill the

16       agencies, I haven't done this calculation.

17             MR. DeCHIARA:  Okay.

18             THE WITNESS:  I am familiar with it and

19       we go through it on an annual basis, so I'm sitting

20       here very confused, but it's -- your question

21       sounds -- it sounds to me as if you're asking me if

22       the percentage that we use for library, if we use

23       the applicable percentage for water and sewage, if

24       we're multiplying it times the same data to reach

25       the rate, and that answer, if I'm understanding you

1      correctly, then the answer is yes.

2                MR. DeCHIARA:  Okay.  And I'm not trying

3           to confuse you.

4                THE WITNESS:  I know you're not.

5                MR. DeCHIARA:  I'm just trying to

6           understand the chart.

7      BY MR. DeCHIARA:

8      Q.   And the water and sewage percentages under the UAAL

9           is about, you know, just eyeballing it, it's

10          slightly less than twice the library percentage,

11          but the estimated employer contribution for the

12          water and sewage is, again, eyeballing it, looks

13          like it's about six times.  So it just seems as a

14          matter of math you can't use the same number to --

15          you can't multiply those percentages against the

16          same number and get those results.  Do you see what

17          I'm saying?

18     A.   I see absolutely what you're saying.  Now I'm not

19          certain, once we do that, if there's some other

20          type of calculation that occurs; I'm not certain

21          about that.

22     Q.   Well, could it be that the number is not the --

23          that's used -- that the percentage is multiplied

24          against is not the overall City number in the case

25          of each of these divisions, but rather that

```
 1        division's own payroll?

 2   A.   I doubt it.  I've seen the calculation and I also

 3        know that by matter of procedure, we actually have

 4        to wait until mid July to get the final figure from

 5        payroll, and we are waiting for the total payroll,

 6        the conclusive of the whole fiscal year, we're

 7        waiting for that total payroll figure.

 8   Q.   When you get -- when the GRS gets the total payroll

 9        figure, is it broken out by division?

10   A.   It is not.

11   Q.   Do you know how the library pays the GRS its

12        contribution?  Does it send a check, does it wire

13        the money, do you know how it comes in?

14   A.   It comes in by wire.

15   Q.   Has the library ever not paid the full amount it

16        was invoiced by the GRS?

17   A.   The full amount in the fiscal year?

18   Q.   Well, you invoice monthly.  Does it pay monthly?

19   A.   Generally, yes.

20   Q.   Sometimes it doesn't?

21   A.   Correct.

22   Q.   When it doesn't, how often does it pay?

23   A.   Generally, we receive some type of payment every

24        month from library.  There may be an occasion where

25        they have paid less and then maybe caught up on the
```

1       next month, or if there's some type of discrepancy

2       or some issue that causes a delay in the

3       communication for the invoicing.

4   Q.  **Has it ever been by the end of a fiscal year, the**

5       **library has not paid everything it was invoiced for**

6       **that fiscal year?**

7   A.  By July of the next -- in the next month, the

8       library generally has paid completely.

9   Q.  **The fiscal year ends -- the fiscal year of the GRS**

10      **ends in what month?**

11  A.  June.

12  Q.  **At the end of June?**

13  A.  Yes.

14  Q.  **Are you aware of the library ever having not paid**

15      **everything it was invoiced for the fiscal year by**

16      **the end of the fiscal year?**

17              MR. GALLAGHER:  Objection.  Foundation.

18      Form.

19              THE WITNESS:  Yes, by the end of the

20      fiscal year; however, by July, they will catch up.

21  BY MR. DeCHIARA:

22  Q.  **So there may have been occasions where, by**

23      **June 30th, the library had not paid everything it**

24      **had been invoiced for that fiscal year, but you're**

25      **not aware of any occasion on which the library, by**

1  the following July, had not fully paid for that

2  fiscal year that had just ended; is that correct?

3  A.  That is correct.

4  Q.  Are you aware of the City ever having used its own

5  monies to pay employer contributions for the

6  library retirees or employees who were participants

7  in the GRS?

8  A.  I wouldn't have knowledge of that.

9  Q.  You're not aware of any occasion on which that's

10  occurred?

11  A.  I wouldn't have knowledge of that.  The wire we

12  receive is from the library and we don't know if

13  those are library funds or if they've received the

14  funds from the general fund, we just -- we receive

15  our wire from the library and that's generally all

16  we're concerned with.

17  Q.  Have you ever received a wire from the City as

18  payment towards employer contributions for the

19  library employees or retirees?

20  A.  No.

21  Q.  Let me now refer you back to GRS 4, the

22  interrogatory responses, and in particular the

23  response to No. 2.  In addition to the column that

24  says, "Employer Contributions to Defined Benefit,"

25  there's a column to the right of that that says,

Litigation Services  |  1.800.330.1112
www.litigationservices.com
13-53846-tjt   Doc 13634-5   Filed 09/09/22   Entered 09/09/22 18:47:23   Page 45 of
61

1    "Employee Contributions to ASF," and that gives a

2    series of dollar figures for various fiscal years.

3            Is it your understanding that those dollar

4    figures represent the amounts that were contributed

5    to the annuity -- is it Annuity Security Fund, is

6    that what ASF stands for?

7  A.  Savings fund.

8  Q.  Savings fund.  I'm sorry.

9            Is it your understanding that those dollar

10   figures represent contributions to the Annuity

11   Savings Fund for the GRS participants who are

12   library employees and retirees?

13  A.  That's my understanding.

14  Q.  And the contributions to the ASF are exclusively

15   employee contributions?

16  A.  That's correct.

17  Q.  And the ASF is a defined contribution plan?

18  A.  It is.

19  Q.  Okay.  Let me now move on to topic No. 4, which

20   concerns the amount of accrued liabilities

21   attributable to the GRS participants who are

22   library employees and retirees.

23            And let me turn your attention to the

24   valuation report that's marked as GRS No. 2,

25   and actually, let me refer you to page B-2 in GRS

1    No. 2.

2              And this page is entitled, "Allocation of

3    Assets Used for Valuation Reserve Accounts."  And

4    there are five separate funds listed on this page.

5    Do you have an understanding of what these various

6    funds are?

7  A.  For the most part, yes, I do.

8  Q.  Okay.  And you've explained to me what the Annuity

9    Savings Fund is so you don't need to do that again.

10            What's the Annuity Reserve Fund?

11 A.  The reserve fund is -- those are -- that's where

12    employees who have not -- who are not actively

13    participating in the Annuity Savings Fund; however,

14    the dollars are still with the system.

15            You want me to further?

16 Q.  Yeah, if you could.  I'm not sure I understood

17    that.

18 A.  Okay.  So we talked about deferred vested

19    employees --

20 Q.  Right.

21 A.  -- or members.

22            So if someone is vested, they can leave

23    and choose to leave their savings in the fund, and

24    if they're vested, it will continue to earn

25    interest, but because they aren't active, it's

1      placed in the reserve fund.

2  Q.  So are the -- are there a separate pool of

3      participants, some of whom are in the ASF and some

4      of whom are in the ARF?

5  A.  You can -- it would be acceptable to say it that

6      way, but generally, the Annuity Savings Fund is for

7      active participants, those are what you -- I guess

8      you can refer to as active accounts, active

9      employees contributing and it's earning interest.

10     We -- you know, for accounting purposes, we would

11     show the reserve fund as those annuity dollars for

12     non-active members for whatever reason they left

13     the money in the system.

14 Q.  But they are participants in the plan who are no

15     longer contributing?

16 A.  Correct.

17 Q.  Is that the distinction, whether they're

18     contributing or not?

19 A.  Active and contributing.

20 Q.  So if you're active and contributing, your money

21     goes into the ASF, and if you're no longer

22     contributing --

23 A.  Or active.

24 Q.  When you say active, do you mean active employee or

25     active participant in the plan?

1   A.    I mean an active employee.  Because you can be in

2         the Annuity Savings Fund, you can be active and not

3         contributing; it's optional.

4   Q.    **I see.  So is the distinction that the annuity**

5         **savings -- the people who have accounts in the**

6         **Annuity Savings Fund are active employees and those**

7         **who have accounts in the Annuity Reserve Fund are**

8         **not active employees?**

9   A.    That's a better description.

10  Q.    **So if I'm an active employee, let's say I'm an**

11        **active library employee and I have contributed to**

12        **the ASF, can I go somewhere and see the amount of**

13        **money in my ASF account?**

14  A.    Yes.

15  Q.    **How would I do that?**

16  A.    The Retirement Systems.  You can request a summary

17        and we can produce a summary for you, we can

18        produce your -- you know, a history of your

19        contributions.

20  Q.    **So the GRS maintains individualized accounts for**

21        **every participant in the ASF?**

22  A.    The money is combined, it's commingled, but we have

23        the ability to give you an accounting individually.

24  Q.    **Okay.  And is that individual accounting, is that**

25        **something that exists on an ongoing basis for each**

1   participant in the ASF in the GRS files or computer

2   system?

3   A.   Yes.

4   Q.   When you say the money is combined, do you mean the

5        assets of the GRS?

6   A.   Correct.

7   Q.   And is -- are the assets of the DB and the DC plan

8        combined?

9   A.   Correct.

10  Q.   Okay.  Well, what is the Pension Accumulation Fund?

11  A.   That's the -- that's an accounting term, too.

12       That's the fund that's used to -- the accumulation

13       of pension earned, I guess you could say.  Earned

14       pension benefits.

15  Q.   Now those numbers appear for each division on

16       page B-2 in parentheses, which I understand to be

17       negative numbers.  Are those negative numbers?

18  A.   Yes.

19  Q.   Can you explain why those are all negative?

20  A.   It's -- it's a liability to the system.  It's --

21       this is an accumulation of benefits that must be

22       paid.

23  Q.   And what's the Pension Reserve Fund?

24  A.   So the reserve is -- that's the reserve of funds

25       that will go towards the accumulation of what's

 1      earned.

 2  Q.  **So am I reading it correct, this chart correctly,**

 3      **if I conclude that as of June 30, 2013, for the**

 4      **library, for the DB plan, there was approximately**

 5      **$66 million in assets attributable to the library**

 6      **and roughly $23 million in liabilities?**

 7  A.  That's a good understanding, yes.

 8  Q.  **All right.  And finally, what's the Accrued**

 9      **Liability Fund?**

10  A.  So the liability fund is for this -- there are a

11      couple different types -- well, that was no longer

12      there -- but there are other liabilities of the

13      fund that the fund must pay out for the different

14      divisions here and that's in addition to -- that's

15      in addition to -- that's taking into consideration

16      in addition to the reserve fund.

17          So actually, for the 23 -- if you look at

18      library for -- there's an accumulation, you can

19      say, of benefits already earned of 23 -- 23, what

20      is it, million there?  And so the 66 of the pension

21      reserve and 24 of accrued liability would go

22      towards that 23.

23          So -- and if you kind of go back through

24      and you look at that -- well, I'm getting mixed up

25      in my explanation, but if you look at it as an

1    overall fund, then it kind of lends to where you

2    get your funding status from, if that makes sense.

3    I can't explain it well, I'm sorry.

4  Q.  Okay.  Is the Accrued Liability Fund, are they

5      additional assets that the GRS has to pay out

6      pension liabilities?

7  A.  Yes.

8  Q.  Are they -- so they're in addition to the assets

9      that are in the Pension Reserve Fund?

10  A.  Yes.

11  Q.  All right.  Let me turn your attention to the next

12      page, page B-3.  And this page is entitled,

13      "Actuarial Accrued Liabilities as of June 30, 2013,

14      by Division."

15          Am I reading this chart correctly that

16      as of June 30, 2013, for the retirees and

17      beneficiaries of the library division, there was

18      approximately $66 million of liability under the

19      defined benefit plan?

20  A.  Repeat that question.

21  Q.  Am I reading this chart correctly that for retirees

22      and beneficiaries, for the library division, there

23      was approximately $66 million in liabilities?

24  A.  Yes.

25  Q.  And then if you add in the inactive members' future

```
 1        deferred pensions and also active members, you get
 2        to a total of approximately $109 million in defined
 3        benefit plan liabilities for the library division?
 4   A.   That's correct.
 5   Q.   Okay.  And then I'm just a little confused.  You
 6        testified earlier when we're talking about chart
 7        B-2 that when we talked about the Pension Reserve
 8        Fund, I believe you testified that the 66,020,254
 9        number was a liability -- I'm sorry, you testified
10        that it was assets.
11   A.   The reserve fund to pay for the pension
12        accumulation.
13   Q.   Right.  So the Pension Reserve Fund is a statement
14        of assets available as opposed to liabilities?
15   A.   Yes.
16   Q.   And the reason -- I'm not trying to trip you up,
17        I'm trying to understand.
18   A.   Right.
19   Q.   Because I'm looking now at -- if the Pension
20        Reserve Fund, the 66,020,254, is a statement of
21        assets, then why does that number appear on page
22        B-3 at the very top under the library column as
23        part of the liabilities owed to retirees and
24        beneficiaries?
25             MR. GALLAGHER:  Objection to form.
```

```
 1                    THE WITNESS:  Okay.  So with the --
 2          with the actuarial statement, you're also looking
 3          at a snapshot in time, so you have -- if you're
 4          looking at B-3 and you look at retirees and
 5          beneficiaries -- so as of this date, we have these
 6          liabilities that are owed.  We have a reserve that
 7          was set up for those liabilities that were owed.
 8          So the reserve -- we have these funds in a reserve
 9          to pay for this liability.  That's the way we --
10          that's the accounting methodology for it.
11  BY MR. DeCHIARA:
12  Q.      Okay.  So as -- looking on B-3, under the column,
13          "Library," where it says, "Pension Fund Balances,"
14          do you see that line?
15  A.      I do.
16  Q.      Okay.  And then if you look at it across the page,
17          under the library column, the pension fund balance
18          is 66,173.  Do you see that?
19  A.      I do.
20  Q.      Okay.  And that's a statement of assets that are
21          available to pay the amount that's set forth on the
22          line above, the 109,192; is that correct?
23  A.      Yes.
24  Q.      Okay.  And then the balance is the unfunded accrued
25          pension liabilities of 43,019, correct?
```

1  A.   Yes.

2  Q.   **Okay.  So does the pension fund balances, the**

3       **66,173, does that appear anywhere on page B-2?**

4  A.   Say that again.  I'm sorry.

5  Q.   **Yeah.  You see the pension fund balances, it says**

6       **66,173 on page B-3?**

7  A.   Uh-hum.

8  Q.   **Okay.  Does that -- is that number, does it appear**

9       **or is it somehow represented or taken into account**

10      **on page B-2?**

11 A.   I'm not sure if it does.

12 Q.   **Okay.  Let me now move to topic 6 on the deposition**

13      **notice.**

14           **Do you have any view or understanding**

15      **about whether or not there could be circumstances**

16      **where the City of Detroit would be liable for**

17      **contributions that the library owes to the GRS?**

18           MR. GALLAGHER:  Objection to foundation

19      to the extent it calls for a legal conclusion, to

20      the extent that it is not based in conversations

21      with counsel.

22           MR. DeCHIARA:  Yeah, I'm not asking you

23      to testify about any knowledge you gained through

24      or about any conversations you had with counsel

25      for the GRS, but without limitation, I would ask

1       you that question.

2               Do you want me to repeat it?

3               THE WITNESS:  Please.

4               MR. DeCHIARA:  Actually, can you read it

5       back?

6               (Whereupon the question was read

7               back by the court reporter.)

8               THE WITNESS:  I can't say I'm aware of

9       any.

10   BY MR. DeCHIARA:

11   Q.   Well, my question is just, do you have any

12        knowledge or understanding about that issue at all?

13   A.   That the City of Detroit would be liable for

14        contributions for library employees?

15   Q.   Right.  Do you have any knowledge or understanding

16        about that question?

17   A.   No, I don't have any knowledge about that.

18   Q.   Okay.  Did you ever discuss -- apart from with

19        counsel for the GRS, did you ever discuss that

20        issue with anyone?

21   A.   No.

22   Q.   Did you ever read anything anywhere about that

23        issue?

24   A.   I don't think so.

25   Q.   Did you ever hear anyone say that the City could be

1     liable for contributions that the library owes

2     because the City is the plan sponsor?

3                 MR. GALLAGHER:  Objection.  Form and

4     foundation.

5                 THE WITNESS:  I don't think I've heard it

6     referred to that way.  If you want my assumption, I

7     don't know if you want that --

8  BY MR. DeCHIARA:

9  Q.  Well, I'm not asking you for your assumption, I'm

10     just asking you, have you ever heard anyone say

11     that or anything like that?

12 A.  Not specifically in regards to the library, no.

13 Q.  Have you heard -- have you heard something like

14     that said not in regards specifically to the

15     library, but in regard to some other entity?

16 A.  Yes.

17                 MR. GALLAGHER:  Objection to the extent

18     that it goes beyond this deposition notice.

19 BY MR. DeCHIARA:

20 Q.  Did you ever read in any document anywhere that the

21     City could be liable for contributions of the

22     library because of it, meaning the City, being the

23     plan sponsor?  Did you ever read that anywhere?

24 A.  I don't think so, not specifying library.

25 Q.  Are you aware of any discussions about whether the

Litigation Services | 1.800.330.1112
www.litigationservices.com
13-53846-tjt   Doc 13634-5   Filed 09/09/22   Entered 09/09/22 18:47:23   Page 57 of
61

1    library would get what's been referred to as a

2    contribution holiday; in other words, a period of

3    time where its obligation to contribute would be

4    suspended?

5  A.   No, I'm not aware of that.

6              MR. DeCHIARA:  Off the record.

7              (Whereupon a break was taken

8               from 11:39 a.m. to 11:52 a.m.)

9              MR. DeCHIARA:  I have no further

10    questions.  Thank you, Ms. Thomas.

11             THE WITNESS:  Thank you.

12             (Discussion off the record.)

13             MR. DeCHIARA:  In light of the objection

14    by counsel for the GRS to GRS Exhibit 3, which was

15    an email from counsel for the City concerning the

16    AFS recoupment, I have agreed that that document

17    should not become part of the record of this

18    deposition.  I will ask that any physical copies of

19    that exhibit be returned to me.

20             And also, counsel for the GRS and I will

21    review the rough version of the transcript and

22    redact any testimony bearing on that exhibit.  Is

23    that acceptable?

24             MR. GALLAGHER:  I think that's consistent

25    with our agreement.

1          MR. DeCHIARA:  Any other objections from

2     the attorneys?

3          MR. GALLAGHER:  Comments, objections?

4          MR. DeCHIARA:  Okay.  I think that's --

5          MS. KOVSKY-APAP:  Just that I would like

6     to also have an opportunity to review the rough

7     with you.

8          MR. DeCHIARA:  Yeah, we can do all of

9     that together and counsel for the City can

10    participate in that process.

11         MS. KOVSKY-APAP:  Okay.

12         (Whereupon a break was taken

13          from 11:53 a.m. to 12:13 p.m.)

14         MR. DeCHIARA:  I have marked two areas

15    in the rough transcript where the redactions

16    should be to eliminate any testimony references to

17    GRS Exhibit 3, and both counsel for the City and

18    counsel for the GRS have had an opportunity to

19    review the redactions and have agreed that the

20    redacted areas are the appropriate redactions.

21         Is that in agreement?

22         MR. GALLAGHER:  Yeah.  So it was Exhibit

23    No. 3, GRS Exhibit 3 is stricken, redacted, clawed

24    back?

25         MR. DeCHIARA:  Right.  The hard copies of

1   GRS Exhibit 3 have now been physically clawed back.

2   And you've had an opportunity to review the

3   redacted portions of the transcript.  And do you

4   agree those are the appropriate redactions.

5           MR. GALLAGHER:  I do.  They begin, at

6   least, with you asking to mark the new document as

7   GRS 3, and a couple of pages later, it stops with

8   me saying "Fair," F-A-I-R, and then they begin

9   again about a page later with you asking, "If you

10  turn GRS 3 over," et cetera, and then end with the

11  next answer, "I do not."  Is that correct?

12          MR. DeCHIARA:  Those are the correct

13  redactions.

14          MR. GALLAGHER:  Great.

15          MR. DeCHIARA:  And counsel for the City,

16  are you in concurrence that those are the

17  appropriate redactions?

18          MS. KOVSKY-APAP:  I am.

19

20      (Deposition concluded at 12:14 p.m.)

21

22

23

24

25

Page 60

1  STATE OF MICHIGAN)

2  COUNTY OF OAKLAND)

3

4            Certificate of Notary Public

5     I do hereby certify the witness, whose attached

6  testimony was taken in the above matter, was first duly

7  sworn to tell the truth; the testimony contained herein

8  was reduced to writing in the presence of the witness, by

9  means of stenography; afterwards transcribed; and is a

10  true and complete transcript of the testimony given.  I

11  further certify that I am not connected by blood or

12  marriage with any of the parties, their attorneys or

13  agents, and that I am not interested directly, indirectly

14  or financially in the matter of controversy.

15     In witness whereof, I have hereunto set my hand

16  this day at Royal Oak, Michigan, State of Michigan.

17     I hereby set my hand this day, July 15, 2014.

18

19

20

21  _____

22  Karen Fortna, CRR/RMR/RPR/CSR-5067

23  Notary Public, Oakland County, Michigan

24  My Commission expires 4/30/2019

25