# EXHIBIT K

# CRAIN'S DETROIT BUSINESS

You may not reproduce, display on a website, distribute, sell or republish this article or data, or the information contained therein, without prior written consent. This printout and/or PDF is for personal usage only and not for any promotional usage. © Crain Communications Inc.

March 08, 2022 03:46 PM

# Duggan vows to go back to bankruptcy court or Legislature over cuts to pension payment timeline

ANNALISE FRANK

City of Detroit via Flickr

Detroit Mayor Mike Duggan (center) presents his administration's budget proposal to Detroit City Council on Monday at the Coleman A. Young Municipal Center. The city wants to put $90 million in its Retiree Protection Fund that was created to prepare for the year 2023 when Detroit will need to start paying down its pension debt.

Detroit Mayor Mike Duggan plans to go to court over what he called an irresponsible decision by a pension board to shorten the time the city has to pay off legacy pension debt.

The city will take action in bankruptcy court to attempt to get a judge to reverse the Police & Fire Retirement System board's adoption of a 20-year amortization period, or payment schedule, Duggan said Monday during a budget presentation before City Council.

The city has been planning for a 30-year period when those post-bankruptcy payments resume in 2023 — a time that's nearing quickly and has been dubbed the "pension cliff" because it's a massive financial lift for the city. The city got a nine-year break from paying on that debt as part of renegotiated debts during its historic 2013-14 bankruptcy.

The Police & Fire Retirement System says it's obligated to make choices that are best for the funds' health, and thus its retirees. But Detroit officials disagree, seeing the shorter timeline as less tenable because it will make the city's costs even higher on the front end.

"We definitely will go back to bankruptcy court, and I think I may go to the state Legislature (if that doesn't work)," Duggan said, adding later that he's "pretty angry about this."

The mayor said that if the city can't get the payment schedule changed, "we're going to be looking at budget cuts here for no reason."

Duggan said his overall frustration lies in the fact that his administration lacks control over the decision. The payment schedule is determined by the boards and investment committees of Detroit's Police & Fire and General retirement systems.

"My bigger question is, why does the city of Detroit have no role in picking the investment committee that's making the decision on our retirees' pensions? And they're clearly not behaving in a responsible manner, and so if we don't get help in the bankruptcy court we may go to the Legislature and say, 'This just isn't right.'"

The disagreement between the city and retirement system board is complex, but important because of the major impacts it could have on the city's bottom line, its ability to spend on services for businesses and residents in the future and the pension systems that serve retirees.

Many of those retirees, who are watching this process with interest, are worried about more cuts — they already saw their benefits slashed as the city renegotiated debts during its bankruptcy.

## 20-year vs. 30-year schedule

The Police & Fire pension board moved to adopt a 20-year payment schedule because it found it was the best move to ensure the solvency of the pension funds — stated simply, to assure retired civil servants' benefits are safe. They approved it over objections from city-aligned members including city Finance Director John Naglick and Deputy Mayor Conrad Mallett.

A rolling 30-year amortization is like "having a huge credit card bill and making the minimum payment every month," Joe Bogdahn, chair of the investment committee for the Police & Fire Retirement System, or PFRS, told Crain's last year.

"The (Police & Fire Retirement System) has a fiduciary obligation is to ensure that benefits are paid to retired police, firefighters and their beneficiaries," Chairman Ron Thomas said in a Tuesday news release. "Further it is our job as a Board to ensure the system's funds are properly invested and managed to provide for future funding. Trustees have heard from our actuarial and other financial advisors that have run numerous what-if scenarios based on multiple funding models including 30-year, 20-year and others with respect to paying down the unfunded portion of future pension obligations. The 20-year model is clearly in the best interest of retirees."

But much like shaving 10 years off a 30-year mortgage, the chosen plan will drastically increase the city's costs on the front end.

The city agreed during its bankruptcy to a 30-year amortization with the pension systems "in the room," Duggan said Monday.

"They agreed to that," he said. "Now we've got an investment committee that was essentially appointed by (former Gov. Rick Snyder) that doesn't report to anybody, that has voted to shorten the amortization to 20 years."

Detroit financial officials estimate pension contributions will total $130 million-$200 million a year, depending on the schedule, equivalent to up to 20 percent of the annual budget.

While the police and fire pension board has decided on a 20-year amortization, the General Retirement System for other city employees, separate from police and fire, is still assumed at 30 years in the city's documents.

A request for comment from the general retirement system was not returned Tuesday.

In a June 2020 report, actuaries at Gabriel Roeder Smith & Co. warned that a 30-year level dollar amortization would cause the General Retirement System's funding level to drop dramatically to just 12 percent by 2045 as benefits paid to retirees outpace deposits from the city and investment gains. That's not good because if asset levels get low enough in later years, to the point of insolvency, benefits get paid out of the already stressed city budget year to year, David Draine, a principal public sector retirement system investigator for The Pew Charitable Trusts, told Crain's last year.

## Saving up

Duggan also on Monday praised his administration and City Council for preparing for the pension cliff. They created a Retiree Protection Fund starting in 2018 where the city is socking away cash to help cushion the blow those payments will present to the budget.

There's about $370 million in the fund now and on Monday Duggan proposed putting an additional $90 million in it this coming fiscal year, an increase from the previously proposed annual infusion of $60 million.

"We have planned from the beginning to fund that 2024 cliff, so our retirees are not back in bankruptcy court and having their pension benefits cut again," Duggan said. "... To have somebody say to us, 'We're going to shorten the amortization for 20 years,' after we behaved

in such a responsible manner, I think is flat-out wrong. So as you can probably tell, I'm pretty angry about this and we're working on strategies to deal with it."

The Police & Fire Retirement System's Tuesday news release also applauded the $90 million addition.

"We appreciate the Mayor and City Administration's stewardship of the City and ability to manage its budget amid the pandemic," Thomas said in the release. "While we may not agree with all aspects of future proposed city funding, there is a good spirit of cooperation with the administration of Mayor Duggan and we are encouraged by the city's funding of the Retiree Protection Fund to help bolster payments to the pension system in 2024 and beyond."

Inline Play

**Source URL:** *https://www.crainsdetroit.com/government/detroit-mayor-duggan-vows-go-back-bankruptcy-court-or-legislature-over-cuts-city-pension*