UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re | Case No. 2:22−cv−12150−BAF−JJCG |
| Detroit, City of, | Hon. Bernard A. Friedman |
| | Magistrate Judge Jonathan J.C. Grey |

**NOTICE OF RECEIPT OF BANKRUPTCY APPEAL**

Pursuant to the Bankruptcy Rules, notice is hereby given that a Bankruptcy Appeal was received on 9/8/2022 and assigned the case number and judicial officers as noted above.

The bankruptcy court case number is 13−53846.

Dated: September 12, 2022

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/V. Lung
Deputy Clerk