UNITED STATES BANKRUPTCY COURT
DISTRICT OF Eastern Michigan

IN RE: City of Detroit, Michigan

Debtor.

BAP No. 22-12150

Debra Metris-Shamoon, et al

Appellant,

v.

City of Detroit, MI

Appellee.

Bankr. No. 13-53846
Adv. No.
Chapter 9

**Designation of Items to be Included in the Record on Appeal**

Debra Metris-Shamoon, pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby designates the following items to be included in the record on appeal:

*Document name, number and file date for each designated item:*

1. 13532, City's Motion for Entry of Order Enforcing the Bar Date, 4/6/22
2. 13565, Response in Opposition to City's Motion for Entry of Order 5/17/22
3. 13588, Reply Brief in Support of City's Motion for Entry of Order 6/24/22
4. 13617, Opinion Regarding City's Motion for Entry of An Order 8/26/22
5. 13618, Order Granting City's Motion for Entry of An Order 8/26/22
6. 13624, Notice of Appeal and Statment of Election
7. 13627, Amended Notice of Appeal and Statement of Election
8. 13628, Civil Case Cover Sheet
9. 13629, Certificate of Service
10.
11.

12. _____

13. _____

14. _____

15. _____

Dated: 09/22/2022                      /s/Michael R. Dezsi (P64530)
                                       _____
                                       *Signature*
                                       1523 N. Main St.
                                       _____
                                       *Address*
                                       Royal Oak, MI 48067
                                       _____
                                       *Address*
                                       (313) 757-8112
                                       _____
                                       *Phone Number*
                                       mdezsi@dezsilaw.com
                                       _____
                                       *ECF E-mail Address*

*File with the Bankruptcy Court*
*Note: Attach proof of service on all parties. Fed. R. Bankr. P. 8011(d)(1)(B).*