# EXHIBIT 1
# None

# EXHIBIT 2
# None

# EXHIBIT 3
# None

# EXHIBIT 4
# Proof of Service

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re:*                                                   Case No. 13-53846
                                                             Judge Thomas J. Tucker
City of Detroit, Michigan                     Chapter 9

      *Debtor.*

---

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of May, 2022, I electronically filed and served a copy of the Response to City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order, Exhibit List and Documentary Exhibits A-S with the Clerk of the Court using the ECF system which will send notification to all interested parties and attorneys of record including:

         MILLER, CANFIELD, PADDOCK & STONE, PLC
         ATTN:  Mark N. Swanson
         150 West Jefferson, Suite 2500
         Detroit, MI 48226
         swansonnm@millercanfield.com


May 17, 2022                                   */s/ Michael R. Dezsi*
                                                  MICHAEL R. DEZSI
                                                  DETTMER & DEZSI, PLLC,
                                                  1523 N. Main St.
                                                  Royal Oak, MI 48067
                                                  (313) 757-8112
                                                  mdezsi@dezsilaw.com
                                                  P64530

# EXHIBIT 5
# None