# EXHIBIT 6
# Documentary Exhibits

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

*In re:*                                                    Case No. 13-53846
                                                            Hon. Thomas J. Tucker
CITY OF DETROIT, MICHIGAN,                                  Chapter 9

     *Debtor.*

---

## INDEX OF EXHIBITS TO DEBRA METRIS-SHAMOON, MUKHLIS SHAMOON, CARL VERES, PAUL METRIS AND JULIA METRIS RESPONSE TO CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER [DKT #13532]

| Exhibit | Description | Date |
|---|---|---|
| A. | *Davis v. City of Detroit, et al.*; Case No. 15-cv-10547 (J. Borman); Civil docket | |
| B. | Media articles regarding *Davis* civil Case No. 15-cv-10547 | |
| C. | *USA v Hansberry, et al.,* Case No. 15-cr-20217 (J. Murphy, III); Criminal docket | |
| D. | *Davis v. City of Detroit, et al.;* Case No. 15-cv-10547 First Request to Produce | 4/23/2015 |
| E. | General Release, Waiver and Settlement Agreement *Davis v. City of Detroit, et al.*; Case No. 15-cv-10547 | 02/06/2019 |
| F. | Detroit Police Department Communications Operations | 06/27/2014 |
| G. | Declaration of Adam Shamoon | |
| H. | Declaration of Debra Metris-Shamoon | |
| I. | Jury Trial Transcript: Vol 14 (Including Testimony of Arthur Leavells); *USA v Hansberry, et al.;* Case No. 15-cr-20217 (J. Murphy, III) | 06/28/2016 |

1

| J. | Excerpts of Deposition Transcript of Chief James Craig | 05/21/2020 |

K. The Detroit News article: Detroit police probe yields
allegations of widespread corruption in drug unit; 12/11/2019

The Detroit News article: Detroit police chief:
Longstanding culture of drug unit corruption 12/12/2019

L. Excerpts of Dkt #8045 Eighth Amended Plan for
the Adjustment of Debts of The City of Detroit 10/22/2014

M. Kym Worthy/WCPO Press Release 03/24/2020

N. IA Inter-Office memorandum (Rayis) 07/18/2014

O. Notice of Seizure and Intent to Forfeit,
witnessed by "Sgt Joe Tucker" 09/13/2012

P. Internal Affair Database Report, Disciplinary History;
(DPD Bates 2255, 2257, 2259)

Q. Excerpt of Internal Affairs Case 00 213 (DPD 2350-54) 05/28/2001

R. Correspondence (DPD 2734-2741) 11/25/2011

S. *Metris-Shamoon, et al., vs. City of Detroit*; Case No.
18-cv-13683 (J. Cleland); Civil Docket

# **EXHIBIT A**

CLOSED

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:15-cv-10547-PDB-DRG

Davis et al v. Detroit, City of et al                 Date Filed: 02/11/2015
Assigned to: District Judge Paul D. Borman           Date Terminated: 03/28/2019
Referred to: Magistrate Judge David R. Grand         Jury Demand: Plaintiff
Cause: 28:1331 Fed. Question                         Nature of Suit: 440 Civil Rights: Other
                                                     Jurisdiction: Federal Question

**Plaintiff**

**Timothy Davis**                    represented by   **Dennis A Dettmer**
                                                     Dettmer and Dezsi, PLLC
                                                     615 Griswold Street
                                                     Suite 1410
                                                     Detroit, MI 48226
                                                     313-281-8090
                                                     Fax: 313-887-0420
                                                     Email: ddettmeresq@yahoo.com
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Michael R. Dezsi**
                                                     Law Office of Michael R. Dezsi, PLLC
                                                     615 Griswold Street
                                                     Suite 1410
                                                     Detroit, MI 48226
                                                     313 879 1206
                                                     Fax: 313 887 0420
                                                     Email: mdezsi@dezsilaw.com
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hatema Davis**                     represented by   **Dennis A Dettmer**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Michael R. Dezsi**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Detroit, City of**                 represented by

**Calvert A. Bailey**
Detroit City Law Department
1650 First National Building
Detroit, MI 48226
313-224-4550
Fax: 313-224-5505
Email: bailc@detroitmi.gov
*ATTORNEY TO BE NOTICED*

**James R. Acho**
Cummings, McClorey, Davis & Acho
PLC
17436 College Parkway
Livonia, MI 48152
Email: jacho@cmda-law.com
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**James P. Allen**
Allen Brothers
400 Monroe Street
Suite 220
Detroit, MI 48226
313-962-7777
Email:
jamesallen@allenbrotherspllc.com
*ATTORNEY TO BE NOTICED*

**Lindsey R. Johnson**
Allen Brothers, Attorneys and
Counselors, PLLC
400 Monroe, St.
Suite 620
Detroit, MI 48226
(313) 962-7777
Fax: (313) 962-0581
Email: ljohnson@allenbrotherspllc.com
*ATTORNEY TO BE NOTICED*

**Ronald G. Acho**
Cummings, McClorey,
17436 College Parkway
Livonia, MI 48152
734-261-2400
Email: racho@cmda-law.com
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

__Defendant__

**Charles Flanagan**                    represented by    **Calvert A. Bailey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James R. Acho**
(See above for address)
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**James P. Allen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsey R. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald G. Acho**
(See above for address)
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Officer Novak**

**Defendant**

**James Napier**
*TERMINATED: 08/02/2017*                 represented by    **Calvert A. Bailey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James R. Acho**
(See above for address)
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**James P. Allen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsey R. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald G. Acho**
(See above for address)
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe**
*TERMINATED: 07/14/2015*

**Defendant**

**John Doe 2**
*TERMINATED: 07/14/2015*

**Defendant**

**Vatasha K Napier**
*TERMINATED: 08/24/2017*

represented by **James P. Allen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Calvert A. Bailey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James R. Acho**
(See above for address)
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**Lindsey R. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald G. Acho**
(See above for address)
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Arthur Leavells**

represented by **Lawrence T. Garcia**
Garcia Law Group, PLLC
The Fisher Building
3011 West Grand Boulevard
Suite 2500
Detroit, MI 48202
877-643-6255
Fax: 313-486-3017
Email:
lgarcia@garcialawgrouppllc.com
*TERMINATED: 12/01/2017*
*ATTORNEY TO BE NOTICED*

**Stephani J. LaBelle**
LaBelle Law PLLC
18720 Mack Avenue
Suite 240

Grosse Pointe Farms, MI 48236
3133009939
Email: slabelle@labellelawpllc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Officer Amy Matellic**                represented by    **Calvert A. Bailey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James R. Acho**
(See above for address)
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**James P. Allen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsey R. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald G. Acho**
(See above for address)
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Officer Larry Barnett**               represented by    **Calvert A. Bailey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James R. Acho**
(See above for address)
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**James P. Allen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsey R. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald G. Acho**
(See above for address)

*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Officer Steven Riley**                    represented by **James P. Allen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Calvert A. Bailey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James R. Acho**
(See above for address)
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**Lindsey R. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald G. Acho**
(See above for address)
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Officer Matthew Bray**                    represented by **Calvert A. Bailey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James R. Acho**
(See above for address)
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**James P. Allen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsey R. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald G. Acho**
(See above for address)
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Officer Brian Johnson**                    represented by **Calvert A. Bailey**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **James R. Acho**
                                                            (See above for address)
                                                            *TERMINATED: 12/12/2017*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **James P. Allen**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Lindsey R. Johnson**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Ronald G. Acho**
                                                            (See above for address)
                                                            *TERMINATED: 12/12/2017*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Officer Reginald Beasley**                 represented by **Calvert A. Bailey**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **James R. Acho**
                                                            (See above for address)
                                                            *TERMINATED: 12/12/2017*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **James P. Allen**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Lindsey R. Johnson**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Ronald G. Acho**
                                                            (See above for address)
                                                            *TERMINATED: 12/12/2017*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Sgt. Stephen Geelhood**                    represented by

**Calvert A. Bailey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James R. Acho**
(See above for address)
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

**James P. Allen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsey R. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald G. Acho**
(See above for address)
*TERMINATED: 12/12/2017*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/11/2015 | 1 | COMPLAINT filed by All Plaintiffs against All Defendants with Jury Demand. Plaintiff requests summons issued. Receipt No: 0645-5022837 - Fee: $ 400. County of 1st Plaintiff: St Clair County - County Where Action Arose: Oakland - County of 1st Defendant: Wayne. [Previously dismissed case: No] [Possible companion case(s): None] (Dezsi, Michael) (Entered: 02/11/2015) |
| 02/12/2015 | 2 | SUMMONS Issued for *Detroit, City of, Charles Flanagan, James Napier, Officer Novak* (TMcg) (Entered: 02/12/2015) |
| 03/02/2015 | 3 | CERTIFICATE of Service/Summons Returned Executed. Detroit, City of served on 3/2/2015, answer due 3/23/2015. (Dezsi, Michael) (Entered: 03/02/2015) |
| 03/02/2015 | 4 | CERTIFICATE of Service/Summons Returned Executed. Charles Flanagan served on 3/2/2015, answer due 3/23/2015. (Dezsi, Michael) (Entered: 03/02/2015) |
| 03/23/2015 | 5 | ANSWER to Complaint with Affirmative Defenses by Detroit, City of. (Bailey, Calvert) (Entered: 03/23/2015) |
| 03/23/2015 | 6 | MOTION to Quash Service by Charles Flanagan. (Attachments: # 1 Exhibit Affidavit of Charles Flanagan, # 2 Exhibit Return of Service) (Bailey, Calvert) Modified on 3/24/2015 (LHos). (Entered: 03/23/2015) |
| 03/30/2015 | 7 | ORDER REFERRING MOTION to Magistrate Judge David R. Grand: 6 MOTION to Quash filed by Charles Flanagan. Signed by District Judge Paul D. Borman. (DTof) (Entered: 03/30/2015) |

| 03/31/2015 | 8 | NOTICE OF HEARING BY TELEPHONE on 6 MOTION to Quash . **Motion Hearing set for 4/1/2015 03:00 PM before Magistrate Judge David R. Grand** (EBut) (Entered: 03/31/2015) |
| 04/01/2015 | 9 | NOTICE TO APPEAR: **Scheduling Conference set for 5/11/2015 04:15 PM before District Judge Paul D. Borman** *SEE NOTICE FOR FURTHER INFORMATION* (DTof) (Entered: 04/01/2015) |
| 04/01/2015 | 10 | NOTICE of Appearance by Dennis A Dettmer on behalf of Hatema Davis, Timothy Davis. (Dettmer, Dennis) (Entered: 04/01/2015) |
| 04/09/2015 | 11 | CERTIFICATE of Service/Summons Returned Executed. Charles Flanagan served on 4/9/2015, answer due 4/30/2015. (Dezsi, Michael) (Entered: 04/09/2015) |
| 04/14/2015 | 12 | CERTIFICATE of Service/Summons Returned Executed.. (Dezsi, Michael) (Entered: 04/14/2015) |
| 04/23/2015 |  | TEXT-ONLY NOTICE: Scheduling conference set for 5/11/2015 is Cancelled. (DTof) (Entered: 04/23/2015) |
| 04/27/2015 | 13 | ORDER denying as moot 6 Motion to Quash. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 04/27/2015) |
| 04/29/2015 | 14 | ANSWER to Complaint with Affirmative Defenses by Charles Flanagan. (Bailey, Calvert) (Entered: 04/29/2015) |
| 05/01/2015 | 15 | NOTICE TO APPEAR: **Scheduling Conference set for 5/18/2015 04:00 PM before District Judge Paul D. Borman** *Refer to Docket #9 for further information; once the parties file a Rule 26(f) plan, the Court will cancel the conference and issue a scheduling order* (DTof) (Entered: 05/01/2015) |
| 05/13/2015 | 16 | DISCOVERY plan jointly filed pursuant to Federal Rules of Civil Procedure 26(f) (Dezsi, Michael) (Entered: 05/13/2015) |
| 05/14/2015 |  | TEXT-ONLY NOTICE: Scheduling conference set for 5/18/2015 is Cancelled. (DTof) (Entered: 05/14/2015) |
| 05/15/2015 | 17 | SCHEDULING ORDER: **Fact Discovery due by 11/1/2015; Dispositive Motion Cut-off set for 2/15/2016** - Signed by District Judge Paul D. Borman. (Refer to image for additional dates) (DTof) (Entered: 05/15/2015) |
| 06/30/2015 | 18 | MOTION for Protective Order by Detroit, City of. (Attachments: # 1 Exhibit Plaintifs First Request To Produce) (Bailey, Calvert) (Entered: 06/30/2015) |
| 07/14/2015 | 19 | MOTION for Leave to File *Amended Complaint* by All Plaintiffs. (Attachments: # 1 Exhibit First Amended Complaint) (Dezsi, Michael) (Entered: 07/14/2015) |
| 07/14/2015 | 20 | STIPULATED ORDER Allowing Plaintiff to File First Amended Complaint. Signed by District Judge Paul D. Borman. (DTof) (Entered: 07/14/2015) |
| 07/14/2015 | 21 | AMENDED COMPLAINT with Jury Demand filed by All Plaintiffs against All Defendants. NEW PARTIES ADDED. (Dezsi, Michael) (Entered: 07/14/2015) |

| 07/14/2015 | | REQUEST for SUMMONS for Stephen Geelhood, Brian Johnson, Arthur Leavells, Amy Matellic. (Dezsi, Michael) (Entered: 07/14/2015) |
|---|---|---|
| 07/14/2015 | | REQUEST for SUMMONS for Larry Barnett, Reginald Beasley, Matthew Bray. (Dezsi, Michael) (Entered: 07/14/2015) |
| 07/14/2015 | | REQUEST for SUMMONS for Vatasha K Napier. (Dezsi, Michael) (Entered: 07/14/2015) |
| 07/14/2015 | | REQUEST for SUMMONS for Steven Riley. (Dezsi, Michael) (Entered: 07/14/2015) |
| 07/14/2015 | 22 | NOTICE by All Plaintiffs of withdrawal of 19 MOTION for Leave to File *Amended Complaint* . (Dezsi, Michael) (Entered: 07/14/2015) |
| 07/14/2015 | 23 | SUMMONS Issued for *Larry Barnett, Reginald Beasley, Matthew Bray, Stephen Geelhood, Brian Johnson, Arthur Leavells, Amy Matellic, Vatasha K Napier, Steven Riley* (SOso) (Entered: 07/14/2015) |
| 07/15/2015 | 24 | RESPONSE to 18 MOTION for Protective Order filed by All Plaintiffs. (Attachments: # 1 Exhibit Pf's First Request to Produce Documents) (Dezsi, Michael) (Entered: 07/15/2015) |
| 07/15/2015 | 25 | ORDER REFERRING MOTION to Magistrate Judge David R. Grand: 18 MOTION for Protective Order filed by Detroit, City of. Signed by District Judge Paul D. Borman. (DTof) (Entered: 07/15/2015) |
| 08/05/2015 | 26 | NOTICE OF HEARING on 18 MOTION for Protective Order . **Motion Hearing set for 9/15/2015 10:00 AM before Magistrate Judge David R. Grand** (EBut) (Entered: 08/05/2015) |
| 08/12/2015 | 27 | ANSWER to Amended Complaint with Affirmative Defenses by Detroit, City of. (Bailey, Calvert) (Entered: 08/12/2015) |
| 08/12/2015 | 28 | ANSWER to Amended Complaint with Affirmative Defenses by Charles Flanagan. (Bailey, Calvert) (Entered: 08/12/2015) |
| 08/12/2015 | 29 | ANSWER to Amended Complaint with Affirmative Defenses by Vatasha K Napier. (Bailey, Calvert) (Entered: 08/12/2015) |
| 09/01/2015 | 30 | *PLAINTIFFS'* WITNESS LIST by All Plaintiffs (Dezsi, Michael) (Entered: 09/01/2015) |
| 09/02/2015 | 31 | WITNESS LIST by Detroit, City of, Charles Flanagan, Vatasha K Napier (Bailey, Calvert) (Entered: 09/02/2015) |
| 09/08/2015 | 32 | CERTIFICATE of Service/Summons Returned Executed. Stephen Geelhood served on 9/8/2015, answer due 9/29/2015. (Dettmer, Dennis) (Entered: 09/08/2015) |
| 09/08/2015 | 33 | CERTIFICATE of Service/Summons Returned Executed. Reginald Beasley served on 9/8/2015, answer due 9/29/2015. (Dettmer, Dennis) (Entered: 09/08/2015) |
| 09/08/2015 | 34 | |

| | | CERTIFICATE of Service/Summons Returned Executed. Brian Johnson served on 9/8/2015, answer due 9/29/2015. (Dettmer, Dennis) (Entered: 09/08/2015) |
|---|---|---|
| 09/08/2015 | 35 | CERTIFICATE of Service/Summons Returned Executed. Matthew Bray served on 9/8/2015, answer due 9/29/2015. (Dettmer, Dennis) (Entered: 09/08/2015) |
| 09/15/2015 | 36 | ORDER granting in part and denying in part 18 Motion for Protective Order. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 09/15/2015) |
| 09/15/2015 | | Minute Entry for proceedings before Magistrate Judge David R. Grand: Motion Hearing held on 9/15/2015 re 18 MOTION for Protective Order filed by Detroit, City of Disposition: #18 granted in part, denied in part(Court Reporter Digitally Recorded) (EBut) (Entered: 09/15/2015) |
| 09/22/2015 | 37 | STIPULATED ORDER Extending Expert Disclosure Deadline. Signed by District Judge Paul D. Borman. (DTof) (Entered: 09/22/2015) |
| 09/29/2015 | 38 | ANSWER to Amended Complaint with Affirmative Defenses by Reginald Beasley. (Bailey, Calvert) (Entered: 09/29/2015) |
| 09/29/2015 | 39 | ANSWER to Amended Complaint with Affirmative Defenses by Matthew Bray. (Bailey, Calvert) (Entered: 09/29/2015) |
| 09/29/2015 | 40 | ANSWER to Amended Complaint with Affirmative Defenses by Stephen Geelhood. (Bailey, Calvert) (Entered: 09/29/2015) |
| 09/29/2015 | 41 | ANSWER to Amended Complaint with Affirmative Defenses by Brian Johnson. (Bailey, Calvert) (Entered: 09/29/2015) |
| 10/05/2015 | 42 | CERTIFICATE of Service/Summons Returned Executed. Larry Barnett served on 10/5/2015, answer due 10/26/2015. (Dezsi, Michael) (Entered: 10/05/2015) |
| 10/06/2015 | 43 | CERTIFICATE of Service/Summons Returned Executed. Arthur Leavells served on 10/6/2015, answer due 10/27/2015. (Dezsi, Michael) (Entered: 10/06/2015) |
| 10/08/2015 | 44 | STIPULATED PROTECTIVE ORDER - Signed by District Judge Paul D. Borman. (DTof) (Entered: 10/08/2015) |
| 10/19/2015 | 45 | CERTIFICATE of Service/Summons Returned Executed. Amy Matellic served on 10/19/2015, answer due 11/9/2015. (Dezsi, Michael) (Entered: 10/19/2015) |
| 10/26/2015 | 46 | ANSWER to Amended Complaint with Affirmative Defenses by Larry Barnett. (Bailey, Calvert) (Entered: 10/26/2015) |
| 11/05/2015 | 47 | ANSWER to Amended Complaint with Affirmative Defenses by Amy Matellic. (Bailey, Calvert) (Entered: 11/05/2015) |
| 11/10/2015 | 48 | CERTIFICATE of Service/Summons Returned Executed. Steven Riley served on 11/10/2015, answer due 12/1/2015. (Dezsi, Michael) (Entered: 11/10/2015) |
| 12/04/2015 | 49 | ANSWER to Amended Complaint with Affirmative Defenses by Steven Riley. (Bailey, Calvert) (Entered: 12/04/2015) |

| 12/28/2015 | 50 | STIPULATED ORDER Amending dates ( **Fact Discovery due by 6/20/2016, Dispositive Motion Cut-off set for 12/1/2016**)*See order for other deadlines* Signed by District Judge Paul D. Borman. (DTof) (Entered: 12/28/2015) |
|---|---|---|
| 01/25/2016 | 51 | NOTICE of Appearance by Lawrence T. Garcia on behalf of Arthur Leavells. (Garcia, Lawrence) (Entered: 01/25/2016) |
| 01/25/2016 | 52 | ANSWER to Amended Complaint with Affirmative Defenses by Arthur Leavells. (Garcia, Lawrence) (Entered: 01/25/2016) |
| 01/26/2016 | 53 | MOTION for Order to Show Cause *and/or Default Judgment* by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit) (Dezsi, Michael) (Entered: 01/26/2016) |
| 01/26/2016 | 54 | Amended MOTION for Order to Show Cause *and/or Default Judgment for Defendants' Failure to Comply with this Court's Prior Discovery Orders* by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F) (Dezsi, Michael) (Entered: 01/26/2016) |
| 01/26/2016 | 55 | MOTION to Compel *the Deposition to Detroit Police Chief James Craig* by All Plaintiffs. (Attachments: # 1 Exhibit A) (Dezsi, Michael) (Entered: 01/26/2016) |
| 02/02/2016 | 56 | ORDER REFERRING MOTION to Magistrate Judge David R. Grand: 55 MOTION to Compel *the Deposition to Detroit Police Chief James Craig* filed by Hatema Davis, Timothy Davis. Signed by District Judge Paul D. Borman. (DTof) (Entered: 02/02/2016) |
| 02/10/2016 | 57 | ORDER denying without prejudice 55 Motion to Compel. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 02/10/2016) |
| 03/03/2016 | 58 | ORDER granting in part and denying in part 54 Motion for Order to Show Cause. Signed by District Judge Paul D. Borman. (DTof) (Entered: 03/03/2016) |
| 03/16/2016 | 59 | STIPULATED ORDER to Extend Witness List Filing. Signed by District Judge Paul D. Borman. (DTof) (Entered: 03/16/2016) |
| 03/28/2016 | 60 | MOTION for Default Judgment as to Arthur Leavells by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E) (Dezsi, Michael) (Entered: 03/28/2016) |
| 03/30/2016 | 61 | MOTION to Stay *Proceedings* by Arthur Leavells. (LaBelle, Stephani) (Entered: 03/30/2016) |
| 04/04/2016 | 62 | ORDER REFERRING MOTION to Magistrate Judge David R. Grand: 60 MOTION for Default Judgment as to Arthur Leavells filed by Hatema Davis, Timothy Davis. Signed by District Judge Paul D. Borman. (DTof) (Entered: 04/04/2016) |
| 04/04/2016 | 63 | RESPONSE to 61 MOTION to Stay *Proceedings* filed by Larry Barnett, Reginald Beasley, Matthew Bray, Detroit, City of, Charles Flanagan, Stephen Geelhood, Brian Johnson, Amy Matellic, James Napier, Vatasha K Napier, Steven Riley. (Bailey, Calvert) (Entered: 04/04/2016) |

| 04/06/2016 | 64 | RESPONSE to 61 MOTION to Stay *Proceedings* filed by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B) (Dezsi, Michael) (Entered: 04/06/2016) |
|---|---|---|
| 04/07/2016 | 65 | Renewed MOTION for Default Judgment as to Detroit, City of by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I) (Dezsi, Michael) (Entered: 04/07/2016) |
| 04/07/2016 | 66 | ORDER REFERRING MOTION to Magistrate Judge David R. Grand: 61 MOTION to Stay *Proceedings* filed by Arthur Leavells. Signed by District Judge Paul D. Borman. (DTof) (Entered: 04/07/2016) |
| 04/07/2016 | 67 | ORDER REFERRING MOTION to Magistrate Judge David R. Grand: 65 Renewed MOTION for Default Judgment as to Detroit, City of filed by Hatema Davis, Timothy Davis. Signed by District Judge Paul D. Borman. (DTof) (Entered: 04/07/2016) |
| 04/07/2016 | 68 | SEALED EXHIBIT *G and H* re 65 Renewed MOTION for Default Judgment as to Detroit, City of by All Plaintiffs. (Attachments: # 1 Exhibit G Internal Affairs Documents, # 2 Exhibit H Internal Affairs Documents) (Dezsi, Michael) (Entered: 04/07/2016) |
| 04/11/2016 | 69 | NOTICE OF HEARING on 60 MOTION for Default Judgment as to Arthur Leavells , 65 Renewed MOTION for Default Judgment as to Detroit, City of , 61 MOTION to Stay *Proceedings*. **Motion Hearing set for 6/7/2016 10:00 AM before Magistrate Judge David R. Grand** (EBut) (Entered: 04/11/2016) |
| 04/11/2016 | 70 | RESPONSE to 60 MOTION for Default Judgment as to Arthur Leavells filed by Arthur Leavells. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A) (Garcia, Lawrence) (Entered: 04/11/2016) |
| 04/29/2016 | 71 | WITNESS LIST by Arthur Leavells (LaBelle, Stephani) (Entered: 04/29/2016) |
| 05/02/2016 | 72 | *Amended* WITNESS LIST by All Plaintiffs (Dezsi, Michael) (Entered: 05/02/2016) |
| 05/12/2016 | 73 | MOTION to Compel by Larry Barnett, Reginald Beasley, Matthew Bray, Detroit, City of, Charles Flanagan, Stephen Geelhood, Brian Johnson, Arthur Leavells, Amy Matellic, James Napier, Vatasha K Napier, Steven Riley. (Attachments: # 1 Exhibit Deposition Notice and Certificate of Service, # 2 Email from plaintiff counsel) (Bailey, Calvert) Modified on 6/1/2016 (DTof) - Defendant Arthur Leavells not a filer of this motion. (Entered: 05/12/2016) |
| 05/13/2016 | 74 | ORDER REFERRING MOTION to Magistrate Judge David R. Grand: 73 MOTION to Compel filed by Matthew Bray, Brian Johnson, Larry Barnett, James Napier, Stephen Geelhood, Reginald Beasley, Arthur Leavells, Charles Flanagan, Detroit, City of, Steven Riley, Vatasha K Napier, Amy Matellic. Signed by District Judge Paul D. Borman. (DTof) Modified on 6/1/2016 (DTof) - Defendant Arthur Leavells not a filer of this motion. (Entered: 05/13/2016) |
| 05/16/2016 | 75 | |

| | | ORDER denying 73 Motion to Compel. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 05/16/2016) |
|---|---|---|
| 05/20/2016 | 76 | MOTION to Compel *Depositions of Plaintiffs* by Arthur Leavells. (Attachments: # 1 Index of Exhibits Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D) (LaBelle, Stephani) (Entered: 05/20/2016) |
| 05/31/2016 | 77 | ORDER REFERRING MOTION to Magistrate Judge David R. Grand: 76 MOTION to Compel *Depositions of Plaintiffs* filed by Arthur Leavells. Signed by District Judge Paul D. Borman. (DTof) (Entered: 05/31/2016) |
| 05/31/2016 | 78 | APPEAL OF MAGISTRATE JUDGE DECISION by Charles Flanagan, Stephen Geelhood, Brian Johnson, Arthur Leavells, Amy Matellic, James Napier, Vatasha K Napier, Steven Riley re 75 Order on Motion to Compel. (Bailey, Calvert) Modified on 6/1/2016 (DWor). [ALSO FILED BY LARRY BARNETT, MATTHEW BRAY, REGINALD BEASLEY] (Entered: 05/31/2016) |
| 06/01/2016 | 79 | RESPONSE to 76 MOTION to Compel *Depositions of Plaintiffs* filed by All Plaintiffs. (Dezsi, Michael) (Entered: 06/01/2016) |
| 06/02/2016 | 80 | NOTICE OF HEARING on 76 MOTION to Compel *Depositions of Plaintiffs*. **Motion Hearing set for 6/7/2016 10:00 AM before Magistrate Judge David R. Grand** (EBut) (Entered: 06/02/2016) |
| 06/05/2016 | 81 | RESPONSE to 65 Renewed MOTION for Default Judgment as to Detroit, City of filed by Detroit, City of. (Bailey, Calvert) (Entered: 06/05/2016) |
| 06/06/2016 | 82 | REPLY to Response re 65 Renewed MOTION for Default Judgment as to Detroit, City of filed by Hatema Davis, Timothy Davis. (Dezsi, Michael) (Entered: 06/06/2016) |
| 06/07/2016 | 83 | ORDER REGARDING EVIDENTIARY HEARING. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 06/07/2016) |
| 06/07/2016 | | Minute Entry for proceedings before Magistrate Judge David R. Grand: Motion Hearing held on 6/7/2016 re 65 Renewed MOTION for Default Judgment as to Detroit, City of filed by Hatema Davis, Timothy Davis, 61 MOTION to Stay *Proceedings* filed by Arthur Leavells, 60 MOTION for Default Judgment as to Arthur Leavells filed by Hatema Davis, Timothy Davis, 76 MOTION to Compel *Depositions of Plaintiffs* filed by Arthur Leavells. Disposition: MotionS taken under advisement (Court Reporter: Digitally Recorded) (EBut) (Entered: 06/07/2016) |
| 06/14/2016 | 84 | SUPPLEMENTAL BRIEF re 65 Renewed MOTION for Default Judgment as to Detroit, City of filed by All Plaintiffs. (Dezsi, Michael) (Entered: 06/14/2016) |
| 06/14/2016 | 85 | SEALED EXHIBIT re 84 Supplemental Brief by All Plaintiffs. (Attachments: # 1 Exhibit J, # 2 Exhibit K) (Dezsi, Michael) (Entered: 06/14/2016) |
| 06/21/2016 | 86 | SUPPLEMENTAL BRIEF re 84 Supplemental Brief filed by Detroit, City of. (Bailey, Calvert) (Entered: 06/21/2016) |
| | | |

| 06/28/2016 | 87 | RENOTICE TO APPEAR: **Evidentiary Hearing set for 8/1/2016 10:00 AM before Magistrate Judge David R. Grand** (EBut) (Entered: 06/28/2016) |
|---|---|---|
| 07/14/2016 | 88 | MOTION to Certify Class by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A1-A4: Affidavits and Search Warrants, # 3 Exhibit B: First Superseding Indictment) (Dezsi, Michael) (Entered: 07/14/2016) |
| 07/14/2016 | 89 | OPINION AND ORDER Denying Objections contained in 78 Appeal of Magistrate Judge Decision, filed by Brian Johnson, James Napier, Stephen Geelhood, Charles Flanagan, Arthur Leavells, Steven Riley, Vatasha K Napier, Amy Matellic. Signed by District Judge Paul D. Borman. (DTof) (Entered: 07/14/2016) |
| 07/14/2016 | 90 | MOTION for Partial Summary Judgment by Arthur Leavells. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D) (Garcia, Lawrence) (Entered: 07/14/2016) |
| 07/25/2016 | 91 | RESPONSE to 88 MOTION to Certify Class filed by Larry Barnett, Reginald Beasley, Matthew Bray, Detroit, City of, Charles Flanagan, Stephen Geelhood, Brian Johnson, Arthur Leavells, Amy Matellic, James Napier, Vatasha K Napier, Steven Riley. (Bailey, Calvert) (Entered: 07/25/2016) |
| 07/29/2016 | 92 | RESPONSE to 88 MOTION to Certify Class filed by Arthur Leavells. (Garcia, Lawrence) (Entered: 07/29/2016) |
| 08/01/2016 | | Minute Entry for proceedings before Magistrate Judge David R. Grand: Evidentiary Hearing held on 8/1/2016. (Court Reporter: Jeseca Eddington) (EBut) (Entered: 08/02/2016) |
| 08/03/2016 | 93 | REPLY to Response re 88 MOTION to Certify Class filed by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit C, # 3 Exhibit D) (Dezsi, Michael) (Entered: 08/03/2016) |
| 08/04/2016 | 94 | RESPONSE to 90 MOTION for Partial Summary Judgment filed by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C) (Dezsi, Michael) (Entered: 08/04/2016) |
| 08/17/2016 | 95 | REPLY to Response re 90 MOTION for Partial Summary Judgment filed by Arthur Leavells. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E) (Garcia, Lawrence) (Entered: 08/17/2016) |
| 09/29/2016 | 96 | ORDER granting in part and denying in part 76 Motion to Compel. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 09/29/2016) |
| 09/29/2016 | 97 | ORDER denying 61 Motion to Stay. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 09/29/2016) |
| 09/29/2016 | 98 | REPORT AND RECOMMENDATION re 60 MOTION for Default Judgment as to Arthur Leavells filed by Hatema Davis, Timothy Davis Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 09/29/2016) |
| 09/29/2016 | 99 | REPORT AND RECOMMENDATION re 65 Renewed MOTION for Default Judgment as to Detroit, City of filed by Hatema Davis, Timothy Davis Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 09/29/2016) |

| 10/19/2016 | 100 | OPINION AND ORDER Adopting 98 Report and Recommendation Denying 60 Motion for Default Judgment filed by Hatema Davis, Timothy Davis. Signed by District Judge Paul D. Borman. (DTof) (Entered: 10/19/2016) |
| --- | --- | --- |
| 10/19/2016 | 101 | OPINION AND ORDER Adopting 99 Report and Recommendation Granting in Part and Denying in Part 65 Motion for Default Judgment, filed by Hatema Davis, Timothy Davis. Signed by District Judge Paul D. Borman. (DTof) (Entered: 10/19/2016) |
| 10/19/2016 | 102 | NOTICE OF HEARING on 90 MOTION for Partial Summary Judgment , 88 MOTION to Certify Class **Motion Hearing set for 1/19/2017 02:30 PM before District Judge Paul D. Borman** (DTof) (Entered: 10/19/2016) |
| 11/22/2016 | 103 | ORDER REFERRING OTHER MATTERS to Magistrate Judge Grand: Status conference regarding discovery issues. Signed by District Judge Paul D. Borman. (DTof) (Entered: 11/22/2016) |
| 11/30/2016 | 104 | ORDER REGARDING OUTSTANDING DISCOVERY ISSUES. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 11/30/2016) |
| 12/13/2016 |  | Set/Reset Deadlines as to 90 MOTION for Partial Summary Judgment , 88 MOTION to Certify Class . **Motion Hearing RESET for 1/20/2017 02:30 PM before District Judge Paul D. Borman** (DTof) (Entered: 12/13/2016) |
| 12/29/2016 | 105 | MOTION for Extension of Time to File Response/Reply by Detroit, City of. (Bailey, Calvert) (Entered: 12/29/2016) |
| 12/30/2016 | 106 | RESPONSE to 105 MOTION for Extension of Time to File Response/Reply filed by All Plaintiffs. (Attachments: # 1 Exhibit Plaintiffs' 3rd Requests to Produce Documents, # 2 Exhibit City of Detroit's Objections to Discovery Requests) (Dezsi, Michael) (Entered: 12/30/2016) |
| 01/11/2017 | 107 | OPINION AND ORDER Reluctantly Granting 105 MOTION for Extension of Time to File Response/Reply filed by Detroit, City of AND SETTING STATUS CONFERENCE. ( **Status Conference set for 1/20/2017 02:30 PM before District Judge Paul D. Borman**), MOTIONS WILL NOT BE HEARD ON THAT DATE, ALL COUNSEL MUST APPEAR. Signed by District Judge Paul D. Borman. (DTof) (Entered: 01/11/2017) |
| 01/17/2017 | 108 | NOTICE TO APPEAR: **Status Conference RESET(TIME ONLY) for 1/20/2017 11:00 AM before District Judge Paul D. Borman** *ALL COUNSEL MUST APPEAR* (DTof) (Entered: 01/17/2017) |
| 01/20/2017 |  | Minute Entry for proceedings before District Judge Paul D. Borman: Status Conference held on 1/20/2017. (Court Reporter: Leann Lizza) (DTof) (Entered: 01/20/2017) |
| 01/20/2017 | 109 | ORDER Referring Pretrial Matters Excluding Dispositive Motions to Magistrate Judge David R. Grand. Signed by District Judge Paul D. Borman. (DTof) (Entered: 01/20/2017) |
| 01/24/2017 | 110 | OPINION AND ORDER denying as moot 90 Motion for Partial Summary Judgment. Signed by District Judge Paul D. Borman. (DTof) (Entered: 01/24/2017) |

| 02/28/2017 | 111 | TRANSCRIPT of Status Conference held on 01/20/2017. (Court Reporter: Leann S. Lizza) (Number of Pages: 28) The parties have 21 days to file with the court and Court Reporter a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 3/21/2017. Redacted Transcript Deadline set for 3/31/2017. Release of Transcript Restriction set for 5/30/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Lizza, L.) (Entered: 02/28/2017) |
| --- | --- | --- |
| 03/02/2017 | 112 | NOTICE TO APPEAR BY TELEPHONE: **Status Conference set for 3/6/2017 03:30 PM before District Judge Paul D. Borman** (DTof) (Entered: 03/02/2017) |
| 03/06/2017 | | Minute Entry for proceedings before District Judge Paul D. Borman: Telephonic Status Conference held on 3/6/2017, Set Deadlines/Hearings: ( **TELEPHONIC Status Conference set for 4/17/2017 03:30 PM before District Judge Paul D. Borman**) (Court Reporter: Leann Lizza) (DTof) (Entered: 03/06/2017) |
| 04/17/2017 | | Minute Entry for proceedings before District Judge Paul D. Borman: Telephonic Status Conference held on 4/17/2017. (Court Reporter: Leann Lizza) (DTof) (Entered: 04/17/2017) |
| 05/03/2017 | 113 | NOTICE OF HEARING on 88 MOTION to Certify Class . **Motion Hearing set for 7/14/2017 02:00 PM before District Judge Paul D. Borman** (DTof) (Entered: 05/03/2017) |
| 05/24/2017 | 114 | Notice of E-mail Delivery Failure as to attorney Stephani J. LaBelle. Bounced NEF for 113 Notice of Hearing on Motion. (SSch) (Entered: 05/24/2017) |
| 05/31/2017 | 115 | MOTION for Default Judgment as to All Defendants by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G) (Dezsi, Michael) (Entered: 05/31/2017) |
| 05/31/2017 | 116 | EXHIBIT G - *Amended* re 115 MOTION for Default Judgment as to All Defendants by All Plaintiffs (Attachments: # 1 Exhibit G - Deposition of Arthur Leavells) (Dezsi, Michael) (Entered: 05/31/2017) |
| 06/02/2017 | 117 | ORDER REFERRING MOTION to Magistrate Judge David R. Grand: 115 MOTION for Default Judgment as to All Defendants filed by Hatema Davis, Timothy Davis. Signed by District Judge Paul D. Borman. (DTof) (Entered: 06/02/2017) |
| 06/02/2017 | | TEXT-ONLY NOTICE: Motion Hearing set for 07/14/2017 is Cancelled re 88 MOTION to Certify Class (DTof) (Entered: 06/02/2017) |
| 06/06/2017 | 118 | RESPONSE to 115 MOTION for Default Judgment as to All Defendants filed by Detroit, City of. (Attachments: # 1 Exhibit A - Timothy Davis Deposition Transcript, # 2 Exhibit B - Concurrence E-Mail) (Bailey, Calvert) (Entered: 06/06/2017) |

| 06/14/2017 | 119 | RESPONSE to 115 MOTION for Default Judgment as to All Defendants filed by Arthur Leavells. (Attachments: # 1 Exhibit A) (Garcia, Lawrence) (Entered: 06/14/2017) |
| 06/15/2017 | 120 | NOTICE of Appearance by Ronald G. Acho on behalf of All Defendants. (Acho, Ronald) (Entered: 06/15/2017) |
| 06/15/2017 | 121 | NOTICE of Appearance by James R. Acho on behalf of All Defendants. (Acho, James) (Entered: 06/15/2017) |
| 06/20/2017 | 122 | REPLY to Response re 115 MOTION for Default Judgment as to All Defendants filed by All Plaintiffs. (Dezsi, Michael) (Entered: 06/20/2017) |
| 07/17/2017 | 123 | NOTICE OF HEARING on 115 MOTION for Default Judgment as to All Defendants . **Motion Hearing set for 8/22/2017 10:00 AM before Magistrate Judge David R. Grand** (EBut) (Entered: 07/17/2017) |
| 07/21/2017 | 124 | MOTION to Compel *Independent Medical Examinations of Plaintiffs* by Larry Barnett, Reginald Beasley, Matthew Bray, Detroit, City of, Charles Flanagan, Stephen Geelhood, Brian Johnson, Amy Matellic, James Napier, Vatasha K Napier, Steven Riley. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A: Criminal History, # 3 Exhibit B: Statement, # 4 Exhibit C: Status Report, # 5 Exhibit D: 6/9/2017 corresp., # 6 Exhibit E: 6/20/2017 corresp., # 7 Exhibit F: 7/5/2017 corresp., # 8 Exhibit G: 7/19/2017 corresp., # 9 Exhibit H: Intake form, # 10 Exhibit I: H. Davis Dep, # 11 Exhibit J: T. Davis dep., # 12 Exhibit K: Lahar v. Oakland County, # 13 Exhibit L: Medical records) (Acho, Ronald) (Entered: 07/21/2017) |
| 07/25/2017 | 125 | MOTION for Summary Judgment by James Napier, Vatasha K Napier. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A: Letters of Authority, # 3 Exhibit B: Geelhood Dep., # 4 Exhibit C: Activity Log, # 5 Exhibit D: Napier time cards, # 6 Exhibit E: NED Daily Detail, # 7 Exhibit F: Narc Unit Daily Detail, # 8 Exhibit G: Bennett v. Schroeder) (Acho, Ronald) (Entered: 07/25/2017) |
| 07/26/2017 | 126 | ORDER granting in part and denying in part 124 Motion to Compel. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 07/26/2017) |
| 08/02/2017 | 127 | STIPULATED ORDER Dismissing Defendant James Napier. Signed by District Judge Paul D. Borman. (DTof) (Entered: 08/02/2017) |
| 08/03/2017 |  | Minute Entry for proceedings before Magistrate Judge David R. Grand: Telephonic Conference held on 8/3/2017.Disposition: The Court held a telephonic conference to discuss the parties' respective proposed protective orders. The Court provided guidance which should easily enable counsel to draft a protective order that addresses each side's concerns without burdening either side's rights. The Court declined counsel's request to draft the protective order for the parties. Counsel should forthwith meet and confer in good faith and then submit a joint proposed protective order for entry by close of business on Friday, August 4, 2017. If they are unable to agree on a protective order, Plaintiff shall file a motion for protective order by close of business on Monday, August 7, 2017. Defendant shall file a response to any such motion |

| | | by close of business on Wednesday, August 10, 2017. (EBut) (Entered: 08/03/2017) |
|---|---|---|
| 08/04/2017 | 128 | Notice of E-mail Delivery Failure as to attorney Stephani J. LaBelle. Bounced NEF for 125 MOTION for Summary Judgment , 127 Order, Add and Terminate Parties, Text-Only Notice of Hearing Cancelled, 115 MOTION for Default Judgment as to All Defendants , 120 Notice of Appearance, 116 Exhibit, 123 Notice of Hearing on Motion, 124 MOTION to Compel *Independent Medical Examinations of Plaintiffs*, 117 Order Referring Motion to Magistrate Judge, Status Conference,,, 126 Order on Motion to Compel, 121 Notice of Appearance, 118 Response to Motion, 122 Reply to Response to Motion, 119 Response to Motion. (SSch) (Entered: 08/04/2017) |
| 08/07/2017 | 129 | MOTION for Protective Order *Regarding Independant Medical Examinations* by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A Proposed Stipulated Protective Order, # 3 Exhibit B Email from Lawrence Garcia, # 4 Exhibit C Selected Emails between Counsel) (Dezsi, Michael) (Entered: 08/07/2017) |
| 08/09/2017 | 130 | RESPONSE to 129 MOTION for Protective Order *Regarding Independand Medical Examinations* filed by Detroit, City of. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D) (Acho, Ronald) (Entered: 08/09/2017) |
| 08/14/2017 | 131 | [STRICKEN] RESPONSE *and Objection to Plaintiffs′ Subpoena for Documents* by Detroit, City of. (Attachments: # 1 Exhibit A) (Acho, Ronald) Modified on 8/15/2017 (DTyl). (Entered: 08/14/2017) |
| 08/15/2017 | | NOTICE of Error directed to: Ronald G. Acho re 131 Response (Free). Document is prohibited discovery, disclosure or a certificate of service thereof. Document was stricken. [No Image Associated with this docket entry] (DTyl) (Entered: 08/15/2017) |
| 08/15/2017 | 132 | OBJECTION to *Subpoena for Documents* by Arthur Leavells. (Garcia, Lawrence) (Entered: 08/15/2017) |
| 08/16/2017 | 133 | NOTICE by Detroit, City of *Objections to Plaintiffs′ Subpoena for Documents for August 22, 2017 Hearing for Plaintiff's Motion for Entry of Default* (Attachments: # 1 Exhibit A) (Acho, Ronald) (Entered: 08/16/2017) |
| 08/18/2017 | 134 | MOTION to Compel *Production at August 22, 2017 Hearing* by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A Subpoenas, # 3 Exhibit B Subpoenas, # 4 Exhibit C City's Objections, # 5 Exhibit D Leavells Objections, # 6 Exhibit E Deposition of Hatema Davis, # 7 Exhibit F Deposition of Timothy Davis, # 8 Exhibit Leavells' Judgment) (Dettmer, Dennis) (Entered: 08/18/2017) |
| 08/21/2017 | 135 | NOTICE by Detroit, City of *to the Court of Objections to Plaintiffs′ August 16, 2017 Subpoena for Documents for August 22, 2017 Hearing on Plaintiffs′ Motion for Entry of Default* (Attachments: # 1 Exhibit A: Subpoena) (Acho, Ronald) (Entered: 08/21/2017) |
| 08/22/2017 | 136 | |

| | | ORDER granting in part and denying in part 129 Motion for Protective Order. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 08/22/2017) |
|---|---|---|
| 08/22/2017 | 137 | PROTECTIVE ORDER REGARDING INDEPENDENTMEDICAL EXAMINATIONS OF THE PLAINTIFFSTIMOTHY DAVIS AND HATEMA DAVIS. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 08/22/2017) |
| 08/22/2017 | | Minute Entry for proceedings before Magistrate Judge David R. Grand: Motion Hearing held on 8/22/2017 re 115 MOTION for Default Judgment as to All Defendants filed by Hatema Davis, Timothy Davis Disposition: Motion taken under advisement (Court Reporter: Digitally Recorded) (EBut) (Entered: 08/22/2017) |
| 08/24/2017 | 138 | NOTICE by James Napier re 125 MOTION for Summary Judgment *Withdrawal* (Acho, Ronald) (Entered: 08/24/2017) |
| 09/20/2017 | 139 | REPORT AND RECOMMENDATION re 115 MOTION for Default Judgment as to All Defendants filed by Hatema Davis, Timothy Davis Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 09/20/2017) |
| 10/13/2017 | 140 | NOTICE OF HEARING on 88 MOTION to Certify Class . **Motion Hearing set for 1/10/2018 03:00 PM before District Judge Paul D. Borman** (DTof) (Entered: 10/13/2017) |
| 10/18/2017 | 141 | ORDER Adopting 139 Report and Recommendation Denying 115 Motion for Default Judgment, filed by Hatema Davis, Timothy Davis. Signed by District Judge Paul D. Borman. (DTof) (Entered: 10/18/2017) |
| 10/20/2017 | 142 | MOTION for Withdrawal of Attorney Lawrence T. Garcia by Arthur Leavells. (Garcia, Lawrence) (Entered: 10/20/2017) |
| 10/23/2017 | 143 | RE-NOTICE OF HEARING on 88 MOTION to Certify Class . **Motion Hearing RESET for 12/20/2017 03:00 PM before District Judge Paul D. Borman** (DTof) (Entered: 10/23/2017) |
| 11/01/2017 | | Set/Reset Deadlines as to 88 MOTION to Certify Class . **Motion Hearing RESET(TIME ONLY) for 12/20/2017 03:30 PM before District Judge Paul D. Borman** (DTof) (Entered: 11/01/2017) |
| 11/06/2017 | 144 | MOTION for Leave to File *Supplemental Brief in Response to Plaintiffs' Motion to Certify Class Action* by Detroit, City of. (Acho, Ronald) (Entered: 11/06/2017) |
| 11/06/2017 | 145 | SUPPLEMENTAL BRIEF re 91 Response to Motion, *to Certify Class Action* filed by Detroit, City of. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O) (Acho, Ronald) (Entered: 11/06/2017) |
| 11/08/2017 | 146 | RESPONSE to 144 MOTION for Leave to File *Supplemental Brief in Response to Plaintiffs' Motion to Certify Class Action* filed by All Plaintiffs. (Dezsi, Michael) (Entered: 11/08/2017) |

| 11/17/2017 | 147 | MOTION to Strike *Plaintiffs' Claims for Damages* by Detroit, City of. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 26 Exhibit Y, # 27 Exhibit Z) (Acho, Ronald) (Entered: 11/17/2017) |
|---|---|---|
| 11/28/2017 | 148 | ORDER Granting 144 MOTION for Leave to File *Supplemental Brief in Response to Plaintiffs' Motion to Certify Class Action* filed by Detroit, City of., RESET Motion and R&R Deadlines/Hearings as to 88 MOTION to Certify Class :( **Motion Hearing RESET for 1/2/2018 03:00 PM before District Judge Paul D. Borman**) Signed by District Judge Paul D. Borman. (DTof) (Entered: 11/28/2017) |
| 11/30/2017 | 149 | STIPULATION *Allowing Withdrawal* by Arthur Leavells (Garcia, Lawrence) (Entered: 11/30/2017) |
| 12/01/2017 | 150 | ORDER granting 142 Motion to Withdraw as Attorney.. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 12/01/2017) |
| 12/04/2017 | 151 | SUPPLEMENTAL BRIEF re 91 Response to Motion, *to Certify Class Action* filed by Detroit, City of. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A: ICHAT report, # 3 Exhibit B: T Davis Dep, # 4 Exhibit C: Arrest Rpt, # 5 Exhibit D: 1st Stmt, # 6 Exhibit E: OTIS Profile, # 7 Exhibit F: 2nd Stmt, # 8 Exhibit G: Aff & Search Warrant, # 9 Exhibit H: Incident Rpt, # 10 Exhibit I: Warren PD Rpt, # 11 Exhibit J: Geelhood Dep, # 12 Exhibit K: Wheeler v Detroit) (Acho, Ronald) (Entered: 12/04/2017) |
| 12/08/2017 | 152 | NOTICE of Appearance by James P. Allen on behalf of Larry Barnett, Reginald Beasley, Matthew Bray, Detroit, City of, Charles Flanagan, Stephen Geelhood, Brian Johnson, Amy Matellic, James Napier. (Allen, James) (Entered: 12/08/2017) |
| 12/11/2017 | 153 | RESPONSE to 147 MOTION to Strike *Plaintiffs' Claims for Damages* filed by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A Affidavit and Search Warrant, # 3 Exhibit B First Superseding Indictment, # 4 Exhibit C Testimony of Arthur Leavells, # 5 Exhibit D Deposition of Stephen Geelhood, # 6 Exhibit E Deposition of Timothy Davis, # 7 Exhibit F Deposition of Hatema Davis, # 8 Exhibit G Deposition of Timothy Davis) (Dezsi, Michael) (Entered: 12/11/2017) |
| 12/12/2017 | 154 | ORDER of Attorney Substitution with stipulation. Attorney James P. Allen for Vatasha K Napier,James P. Allen for Steven Riley added. Signed by District Judge Paul D. Borman. (DTof) (Entered: 12/12/2017) |
| 12/14/2017 | 155 | SUPPLEMENTAL BRIEF re 88 MOTION to Certify Class filed by All Plaintiffs. (Dezsi, Michael) (Entered: 12/14/2017) |
| 12/14/2017 | | TEXT-ONLY NOTICE: Motion Hearing set for 01/02/2018 is Cancelled re 88 MOTION to Certify Class (DTof) (Entered: 12/14/2017) |

| 12/18/2017 | 156 | ORDER REFERRING MOTION to Magistrate Judge David R. Grand: 88 MOTION to Certify Class filed by Hatema Davis, Timothy Davis. Signed by District Judge Paul D. Borman. (DTof) (Entered: 12/18/2017) |
| 12/18/2017 | 157 | NOTICE OF HEARING on 147 MOTION to Strike *Plaintiffs' Claims for Damages*, 88 MOTION to Certify Class . **Motion Hearing set for 1/23/2018 10:00 AM before Magistrate Judge David R. Grand** (EBut) (Entered: 12/18/2017) |
| 01/10/2018 | 158 | SUPPLEMENTAL BRIEF re 147 MOTION to Strike *Plaintiffs' Claims for Damages*, 91 Response to Motion, filed by All Defendants. (Allen, James) (Entered: 01/10/2018) |
| 01/23/2018 | 159 | ORDER AND NOTICE OF HEARING. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 01/23/2018) |
| 01/23/2018 |  | Minute Entry for proceedings before Magistrate Judge David R. Grand: Motion Hearing not held on 1/23/2018 re 88 MOTION to Certify Class filed by Hatema Davis, Timothy Davis, 147 MOTION to Strike *Plaintiffs' Claims for Damages* filed by Detroit, City of (EBut) (Entered: 01/24/2018) |
| 02/22/2018 | 160 | RENOTICE OF HEARING on 147 MOTION to Strike *Plaintiffs' Claims for Damages*, 88 MOTION to Certify Class . **Motion Hearing set for 4/3/2018 10:00 AM before Magistrate Judge David R. Grand** (EBut) (Entered: 02/22/2018) |
| 03/07/2018 | 161 | STIPULATED ORDER TO PERPETUATE TESTIMONY. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 03/07/2018) |
| 03/28/2018 | 162 | SUPPLEMENTAL BRIEF re 88 MOTION to Certify Class filed by All Plaintiffs. (Dezsi, Michael) (Entered: 03/28/2018) |
| 04/03/2018 | 163 | ORDER denying 147 Motion to Strike. Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 04/03/2018) |
| 04/03/2018 |  | Minute Entry for proceedings before Magistrate Judge David R. Grand: Motion Hearing held on 4/3/2018 re 88 MOTION to Certify Class filed by Hatema Davis, Timothy Davis, 147 MOTION to Strike *Plaintiffs' Claims for Damages* filed by Detroit, City of Disposition: #88 taken under advisement, #147 denied (Court Reporter: Digitally Recorded) (EBut) (Entered: 04/03/2018) |
| 05/03/2018 | 164 | NOTICE of Appearance by Lindsey R. Johnson on behalf of Larry Barnett, Reginald Beasley, Matthew Bray, Detroit, City of, Charles Flanagan, Stephen Geelhood, Brian Johnson, Amy Matellic, James Napier, Vatasha K Napier, Steven Riley. (Johnson, Lindsey) (Entered: 05/03/2018) |
| 05/11/2018 | 165 | REPORT AND RECOMMENDATION re 88 MOTION to Certify Class filed by Hatema Davis, Timothy Davis Signed by Magistrate Judge David R. Grand. (EBut) (Entered: 05/11/2018) |
| 05/25/2018 | 166 | OBJECTION to 165 Report and Recommendation by All Plaintiffs. (Dezsi, Michael) (Entered: 05/25/2018) |
| 06/08/2018 | 167 | RESPONSE to 166 Objection to Report and Recommendation *Defendants' Response to Plaintiffs' Objections to MagistrateJudge's Report and* |

| | | *Recommendation to Deny Plaintiffs' Motion for Class Certification and Certificate of Service* by Larry Barnett, Reginald Beasley, Matthew Bray, Detroit, City of, Charles Flanagan, Stephen Geelhood, Brian Johnson, Amy Matellic, James Napier, Steven Riley. (Johnson, Lindsey) (Entered: 06/08/2018) |
|---|---|---|
| 08/31/2018 | 168 | OPINION AND ORDER overruling plaintiff's objections, adopting 165 Report and Recommendation and denying 88 Motion for class certification.Signed by District Judge Paul D. Borman. (DPer) (Entered: 08/31/2018) |
| 11/14/2018 | 169 | MOTION for Judgment by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A Email, # 3 Exhibit B Email, Release) (Dezsi, Michael) (Entered: 11/14/2018) |
| 11/28/2018 | 170 | RESPONSE to 169 MOTION for Judgment filed by Larry Barnett, Reginald Beasley, Matthew Bray, Charles Flanagan, Stephen Geelhood, Brian Johnson, Amy Matellic, James Napier, Vatasha K Napier, Steven Riley. (Allen, James) (Entered: 11/28/2018) |
| 12/28/2018 | 171 | NOTICE TO APPEAR: **Status Conference set for 1/14/2019 03:30 PM before District Judge Paul D. Borman** (DTof) (Entered: 12/28/2018) |
| 01/14/2019 | | Minute Entry for proceedings before District Judge Paul D. Borman: Telephonic Status Conference held on 1/14/2019 (Court Reporter: Leann Lizza) (DTof) (Entered: 02/21/2019) |
| 03/28/2019 | 172 | STIPULATED ORDER DISMISSING CASE - Signed by District Judge Paul D. Borman. (DTof) (Entered: 03/28/2019) |

# EXHIBIT B

**The Detroit News**

MACOMB COUNTY

# Warren couple says Detroit police raid violated rights

**Tom Greenwood and George Hunter** The Detroit News
Published 11:45 a.m. ET Feb. 12, 2015 | **Updated 11:24 p.m. ET Feb. 12, 2015**

A Warren couple whose medical marijuana operation was raided by the Detroit Police Department's narcotics unit have filed a civil lawsuit against the officers, including one who killed himself after being investigated for corruption by the FBI and Internal Affairs.

The complaint was filed Wednesday in federal court by Timothy and Hatema Davis and names the city of Detroit as well as Lt. Charles Flanagan, former head of the DPD's narcotics unit, Detective James Napier and officers "Novak" and "John Doe."

Napier, who according to sources was being investigated for narcotics corruption, shot himself Jan. 22 while sitting in his car outside his parents' home in Sterling Heights.

The lawsuit alleges that on Dec. 28, 2013, the officers illegally raided the Davis home in Warren, which was the site of a legal marijuana growing facility.

The complaint alleges officers broke down a door and pointed weapons at Davis and his wife while failing to produce a search warrant.

Over the next few hours, the officers allegedly tore the house apart, seized 50 marijuana plants and related items and then transported the couple to a location in Detroit where they were questioned for another five hours, according to the lawsuit.

The couple were eventually released and never faced any charges, according to the complaint.

Detroit police spokeswoman June West said Thursday the department had just become aware of the Warren couple's lawsuit.

"We don't comment on litigation ... but there is no indication that this is connected to the federal investigation, which is isolated to a single team in the now disbanded narcotics unit."

He added Napier had left the narcotics squad by the time Flanagan assumed command of the unit.

Flanagan — who reportedly was not the subject of any corruption investigation — declined to expand his comments because of the pending lawsuit.

The lawsuit alleges the defendants "have engaged in similar unlawful searches and seizures of other legitimate marijuana grow facilities in and around the city of Detroit" and that the city "has allowed an unconstitutional policy, custom and practice to flourish within its police department."

The lawsuit also accused the city of failing to properly train its employees and officers, which allows a "culture of corruption to flourish within certain ranks of its police department including the narcotics unit."

The complaint asks for compensation for the Davises plus attorney fees.

In July, Detroit Police Chief James Craig dismantled the narcotics unit in light of the investigation and replaced it with the major violators section.

Meanwhile, Flanagan, along with Craig and Assistant Chief Steve Dolunt, are accused of racism and harassment in a lawsuit filed in October by a former Detroit police officer.

The lawsuit was filed by Sgt. Myron Weathers, a 19-year veteran, in Wayne County Circuit Court. The lawsuit alleges Flanagan appointed an "unqualified white female officer" to a Drug Enforcement Administration Task Force.

Weathers said he was seeking damages of more than $25,000 because of retaliation for "questioning the assignment of an unqualified white, female officer to (Flanagan's) crew."

In response, Flanagan said Weathers took big screen TVs, a tablet and a video game system for his personal use after they were seized from drug dealers.

Flanagan also said rocks of crack cocaine that hadn't been logged as evidence were found inside the desks of officers. Flanagan's allegations initiated an internal investigation in May.

In his lawsuit, Weathers denied Flanagan's accusations, saying he hadn't improperly used the confiscated equipment and he had "repurposed" the TVs "for training purposes."

In an earlier interview, Flanagan called Weathers' suit a case of "sour grapes."

Flanagan filed his own EEOC complaint in May claiming he was the victim of racial discrimination by black supervisors.

He also alleged he was exposed to a hostile work environment because he blew the whistle on alleged wrongdoings in the narcotics unit that happened before he took over the squad.

tgreenwood@detroitnews.com

(313) 222-2023

**NEWS HITS**                                    Thursday, March 12, 2015

# Lawsuit: Officers in Detroit police department's now-defunct narcotics unit executed illegal search based on false affidavit

Posted By Ryan Felton on Thu, Mar 12, 2015 at 11:14 am



Wikipedia

Detroit police officers in the city's now-defunct narcotics unit wrongly detained a Detroit resident after illegally searching his home with a warrant based on false statements, according to a lawsuit filed in Wayne County Circuit Court.

Anthony and Elaine McCallum say two officers executed a search warrant in 2013 on their home that was based on false statements given by a Detroit law enforcement official in a sworn affidavit, according to the complaint. The officers physically assaulted Anthony and threatened Elaine "for no reason," the complaint, filed in November, stated.

As a result of the April 2013 search, Anthony McCallum was charged with intent to deliver and manufacture marijuana, intent to deliver and manufacture less than 50 grams of cocaine, firearms possession by a felon, and felony firearms, court records show — but all charges were eventually dismissed. McCallum was convicted in 1997 of assault with intent to commit sexual penetration, according to the Michigan State Police sex offender registry.

The McCallums filed their seven-page complaint against two officers who conducted the search of their home, Sgt. Stephen Geelhood and "Officer Blue," who have been with the Detroit Police Department since 1994 and 1997, respectively, according to court records. In briefs filed by the McCallums attorney, Geelhood and Blue are identified as "undercover" officers in the city's "now disbanded narcotics unit." (The city later identified Blue in an email to *MT* as Officer Abraham Blue.)

Upon entering the couple's home, the officers assaulted Anthony McCallum, handcuffed and arrested the 47-year-old "without probable cause," and wrongfully pursued prosecution, according to the complaint. It's unclear if more officers were involved in the search.

"Defendants wrongfully pursued prosecution of Plaintiff based on their own wrongful conduct," the complaint alleges.

Thomas Kuhn, co-counsel representing the McCallums, declined comment. Detroit police said Geelhood and Blue remain employed with the department, but declined to comment on the pending litigation.

How Detroit police officers went about getting the search warrant was apparently the chief

reason Anthony McCallum's charges were dropped almost instantaneously, court records show.

Here's what happened: Police obtained the warrant based on an affidavit signed by Officer Amy Matelic, according to a court transcript from an Aug. 8, 2013 hearing on the charges brought against Anthony McCallum, who initially plead not guilty on each count. In the sworn affidavit, Matelic stated she received a tip from a confidential informant that cocaine was being sold and stored within McCallum's home. The informant provided tips in the past that led to arrests and generated cases in 3rd Circuit Court and 36th District Court, according to the transcript.

The problem? According to the transcript, Matelic had no direct conversation with the informant or personal knowledge of the tip; another officer, Gil Hood, actually received it. But, for unclear reasons, Hood didn't sign the affidavit.

"So the affidavit I mean really just cannot be described as anything other than false in that respect," said Wayne County Circuit Court Judge Michael Hathaway, during the 2013 hearing.

The only thing "honestly averred in the affidavit," Hathaway said, is that Matelic and Hood conducted surveillance of McCallum's property. "That in and of itself does not provide probable cause for the warrant," Hathaway said.

In his parting words, Hathaway offered this to Anthony McCallum: "You have dodged a bullet. It is highly unlikely that this will ever happen again. And I strongly urge you to clean up your act."

The case and charges against McCallum were dismissed following the hearing in Hathaway's courtroom.

Peter Henning, a Wayne State University law professor and former federal prosecutor, said the key to affidavits is the veracity of the informant.

"You have to establish the credibility of the tipster and or corroborate what was provided," Henning told *MT* on Wednesday. "So I expect the affidavit wasn't just, 'Hey, I got a tip' — but it was, 'Hey, I got a tip from someone I know and here's what I know.'"

Officer Matelic's decision to sign the affidavit, when she had no personal knowledge of the tip, was "either sloppy practices or it shows the path of least resistance figuring no one would ever notice," Henning said.

"Get your affidavit blown — that would blown the warrant," he said. "It's not like they said, 'Oh, let's let a bad guy go' ... it did not meet the valid, constitutional requirements for a warrant."

The McCallums lawsuit, which also names the city of Detroit as a defendant, seeks compensatory damages in excess of $25,000 and attorney fees. A motion hearing is scheduled March 20 before Judge Annette Berry in Wayne County Circuit Court.

Detroit's narcotics unit was disbanded last summer by Detroit Police Chief James Craig. Since August, it has **reportedly** been been the focus of an FBI probe. (David Porter, special agent in the FBI's Detroit bureau declined comment Thursday.)

Last month, it was also at the center of a separate lawsuit filed by a Warren couple. The couple, Timothy and Hatema Davis, allege officers **forcibly entered their home in December 2013** with assault rifles drawn, demanded to know if they had any money, and seized nearly fifty marijuana plants, according to the complaint.

Timothy Davis — who said he was then taken to a seemingly abandoned building and questioned for five hours — was legally licensed to operate a marijuana grow facility, the complaint says.

The Davises say in the complaint the Detroit officers who conducted the raid never presented a search warrant.

The couple was handcuffed while officers "extensively tore apart Plaintiffs' property and removed ... nearly fifty marijuana plants and other related legitimate and lawful by-products of Plaintiffs' business," the complaint says.

The Davises were eventually released and never charged with any violations. The case remains pending.

Tags: detroit, police, narcotics, lawsuit, Image

# Ex-drug squad member helped feds snare ind

| | Robert Snell and George Hunter, The Detroit News     *9:41 a.m. EDT April 17, 2015* |
|---|---|

A former member of a scandal-plagued Detroit police drug unit wore a secret recording device to help FBI agents catch and extorting drug dealers, The Detroit News has learned.

Officer Arthur Leavells was involved in an alleged conspiracy headed by two suspended members of the Detroit Police M federal agents secretly record conversations via a wiretap, according to court records and two sources familiar with the i

The officer's involvement helps flesh out what led to a criminal case that Chief James Craig said undermined the public's cooperation also is a rare instance of a law enforcement member crossing the "thin blue line" to help prosecute colleagu

The FBI and U.S. Attorney's Office refused to comment Thursday about the investigation and Leavells.

"The challenge for prosecutors is piercing the thin blue line, but there comes a point where self-interest takes over," said University law professor and former federal prosecutor. "Anytime someone wears a wire, they're playing on other people is a special bond but once prosecutors breach it, wiretaps end up helping build a much stronger case."

Leavells, 44, was charged in connection with his role in the conspiracy, according to federal court records filed Thursday "information," which means a guilty plea is expected.

Lt. David "Hater" Hansberry and Officer Bryan "Bullet" Watson were charged April 8 in a bare-bones indictment. Court re indicate prosecutors are armed with bank and cellphone records, text messages, tax documents, photos and a wiretap. sources familiar with the investigation told The News.

He allegedly conspired to distribute cocaine between June 2010 and August 2014, according to federal court records. H comment Thursday.

That is the roughly the same period covered in the indictment against Hansberry and Watson, who are accused of arran money, narcotics and property.

Leavells worked in the drug unit under Hansberry, a source told The News, but quit several months ago after being susp of the drug unit. They were suspended after a surveillance video captured them taking away a box that they never logge a suspected drug house.

Hansberry, 34, of Warren and Watson, 46, of Novi, meanwhile, were suspended without pay following the indictment.

They "would also identify themselves as law enforcement officers performing official law enforcement duties in order to c with their demands and to encourage their victims to flee, leaving behind their controlled substances, money or persona the indictment.

Instead of turning over the money, drugs and property to the Detroit Police Department, Hansberry and Watson sold the informants — and split the money, the Justice Department alleged.

In a court filing, prosecutors gave a peek at the types of evidence gathered during the current investigation.

That evidence includes phone records, social media records, receipts and other records of retail purchases.

A lawyer for Watson, a 22-year veteran of the department, declined comment Thursday.

Hansberry is a 16-year veteran — his lawyer called him a "superstar" — who rose through the ranks and was promoted

Hansberry's lawyer, Michael Harrison, could not be reached for comment Thursday but earlier told The News he worried

"My fear is that this case could be about drug dealers and dirty cops looking to get themselves out of trouble by burning Harrison said. "Could there be a much bigger fish than a young rising star of the police department?"

Craig declined comment Thursday, as did a spokeswoman for the U.S. Attorney's Office.

Two others have been charged in the case. Kevlin Brown, allegedly a Hansberry associate, is accused of robbing and e According to court records filed Thursday, a man named Calvin Turner is expected to plead guilty after being accused o in April 2013, according to court records.

Craig disbanded the drug unit in July because of what he said were systemic problems uncovered during an Internal Aff May. The problems included handling drugs and evidence.

An officer helping prosecute colleagues is rare, and no guarantee of a conviction.

In 2004, three Detroit police officers cooperated in a federal case against eight officers from Detroit's 4th Precinct. The e charges they violated the constitutional rights of suspected criminals by planting evidence and writing phony reports.

rsnell@detroitnews.com

(313) 222-2028

Read or Share this story: http://detne.ws/1FZGxnm

# **EXHIBIT C**

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CRIMINAL DOCKET FOR CASE #: 2:15-cr-20217-SJM-APP All Defendants

Case title: United States of America v. Hansberry et al

Date Filed: 04/08/2015
Date Terminated: 05/25/2017

---

Assigned to: District Judge Stephen J.
Murphy, III
Referred to: Magistrate Judge Anthony
P. Patti

Appeals court case number: 17-
1383/17-1221 U.S. Court of Appeals -
Sixth Circuit

### Defendant (1)

**David Hansberry**
*TERMINATED: 02/24/2017*
*also known as*
Sarge
*TERMINATED: 02/24/2017*
*also known as*
Hater
*TERMINATED: 02/24/2017*

represented by **Michael J. Harrison**
Harrison Law
40950 Woodward
Bloomfield Hills, MI 48304
248-220-3324
Fax: 248-220-3326
Email: michael@harrisonlawplc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Elizabeth L. Jacobs**
615 Griswold
Suite 1125
Detroit, MI 48226
313-962-4090
Email: elzjacobs@aol.com
*TERMINATED: 10/10/2017*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**James J. Hunter**
Collins Einhorn Farrell PC
4000 Town Center
9th Floor
Southfield, MI 48075
248-355-4141

Fax: 248-355-2277
Email: james.hunter@ceflawyers.com
*TERMINATED: 04/20/2017*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Philip A. Ragan , Jr.**
1274 Library Street
Suite 304
Detroit, MI 48226
313-790-9776
Email: Paralawfirm@aol.com
*ATTORNEY TO BE NOTICED*

**Robert S. Harrison**
Robert Harrison Assoc.
40950 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48304
248-283-1600
Email: rsh@harrisonplc.com
*TERMINATED: 04/20/2017*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Thomas W. Jakuc**
Thomas Legal Centers
22811 Greater Mack
Suite 204
St. Clair Shores, MI 48080
586-573-2694
Fax: 586-573-2697
Email: Thomasjakuc@sbcglobal.net
*TERMINATED: 04/28/2017*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1) | DISPOSED |
| CONSPIRACY TO OBTAIN PROPERTY BY EXTORTION UNDER COLOR OF OFFICIAL RIGHT (1s) | IMPRISONMENT: 151 MONTHS, SUPERVISED RELEASE: 24 MONTHS; SPECIAL ASSESSMENT: $100.00 |
| INTERFERENCE WITH COMMERCE BY THREAT OR | DISPOSED |

| | |
|---|---|
| VIOLENCE<br>(2-4) | |
| CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES<br>(2s) | DISMISSED |
| OBTAINING PROPERTY BY EXTORTION UNDER COLOR OF OFFICIAL RIGHT<br>(3s-8s) | DISMISSED |
| VIOLENT CRIME/DRUGS/MACHINE GUN<br>(5) | DISPOSED |
| INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE<br>(6) | DISPOSED |
| CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE<br>(7) | DISPOSED |
| VIOLENT CRIME/DRUGS/MACHINE GUN<br>(8) | DISPOSED |
| DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE 5 KILOGRAMS OR MORE OF COCAINE<br>(9s) | DISMISSED |
| CARRYING A FIREARM DURING AND IN RELATION TO A DRUG TRAFFICKING CRIME<br>(10s) | DISMISSED |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                        **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                               **Disposition**

None

---

Assigned to: District Judge Stephen J.
Murphy, III
Referred to: Magistrate Judge Anthony
P. Patti

Appeals court case numbers: 17-1205
U.S. Court of Appeals - Sixth Circuit,
17-1205/17-1221 U.S. Court of Appeals
- Sixth Circuit

### Defendant (2)

**Bryan Watson**                              represented by  **Steven F. Fishman**
*TERMINATED: 02/28/2017*                                     615 Griswold
*also known as*                                              Suite 1125
Bullet                                                       Detroit, MI 48226
*TERMINATED: 02/28/2017*                                     313-962-4090
                                                             Email: sfish6666@gmail.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1) | DISMISSED |
| CONSPIRACY TO OBTAIN PROPERTY BY EXTORTION UNDER COLOR OF OFFICIAL RIGHT (1s) | IMPRISONMENT: 108 Months; SUPERVISED RELEASE: 2 Years; ASSESSMENT: $100; FINE: $2000 [AMENDED JUDGMENT] IMPRISONMENT: 108 Months; SUPERVISED RELEASE: 2 Years; ASSESSMENT: $100; FINE: $2000 |
| INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (2) | DISMISSED |
| CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES (2s) | NOT GUILTY |
| OBTAINING PROPERTY BY EXTORTION UNDER COLOR OF OFFICIAL RIGHT (3s-5s) | NOT GUILTY |

| | |
|---|---|
| INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (4) | DISMISSED |
| VIOLENT CRIME/DRUGS/MACHINE GUN (5) | DISMISSED |
| INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (6) | DISMISSED |
| CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (7) | DISMISSED |
| OBTAINING PROPERTY BY EXTORTION UNDER COLOR OF OFFICIAL RIGHT (7s-8s) | NOT GUILTY |
| VIOLENT CRIME/DRUGS/MACHINE GUN (8) | DISMISSED |
| DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE 5 KILOGRAMS OR MORE OF COCAINE (9s) | NOT GUILTY |
| CARRYING A FIREARM DURING AND IN RELATION TO A DRUG TRAFFICKING CRIME (10s) | NOT GUILTY |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                           **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                  **Disposition**

None

Assigned to: District Judge Stephen J.
Murphy, III
Referred to: Magistrate Judge Anthony
P. Patti

**Defendant (3)**

**Kevlin Omar Brown**                    represented by   **Federal Community Defender**
*TERMINATED: 09/27/2016*                                  Federal Defender Office
                                                          613 Abbott
                                                          5th Floor
                                                          Detroit, MI 48226
                                                          313-967-5542
                                                          *TERMINATED: 04/10/2015*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Public Defender or*
                                                          *Community Defender Appointment*

                                                          **Kenneth Sasse**
                                                          27 E Flint Street
                                                          2nd Floor
                                                          Lake Orion, MI 48362
                                                          248-821-7325
                                                          Email: ksasse11@gmail.com
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: CJA Appointment*

**Pending Counts**                                        **Disposition**

INTERFERENCE WITH
COMMERCE BY THREAT OR                                     NOT GUILTY
VIOLENCE
(3)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                     **Disposition**

OBTAINING PROPERTY BY
EXTORTION UNDER COLOR OF                                  NOT GUILTY
OFFICIAL RIGHT
(6s)

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                          **Disposition**

None

_____

Assigned to: District Judge Stephen J.
Murphy, III
Referred to: Magistrate Judge Anthony
P. Patti

**Defendant (4)**

**Arthur Leavells**                    represented by    **Federal Community Defender**
*TERMINATED: 05/25/2017*                                (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Public Defender or*
                                                        *Community Defender Appointment*

                                                        **Andrew N. Wise**
                                                        Federal Community Defender Eastern
                                                        District of Michigan
                                                        613 Abbott
                                                        5th Floor
                                                        Detroit, MI 48226
                                                        313-967-5830
                                                        Email: andrew_wise@fd.org
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Public Defender or*
                                                        *Community Defender Appointment*

                                                        **Miriam L. Siefer**
                                                        Federal Defender Office
                                                        613 Abbott
                                                        5th Floor
                                                        Detroit, MI 48226
                                                        313-967-5868
                                                        Email: miriam_siefer@fd.org
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Public Defender or*
                                                        *Community Defender Appointment*

**Pending Counts**                                      **Disposition**

CONSPIRACY TO DISTRIBUTE                                 IMPRISONMENT: 1 DAY WITH
CONTROLLED SUBSTANCE                                     CREDIT FOR TIME SERVED;
(1)                                                     SUPERVISED RELEASE: 24
                                                        MONTHS; SPECIAL ASSESSMENT:
                                                        $100.00 [AMENDED 08/17/17 TO
                                                        CORRECT CLERICAL MISTAKE]

IMPRISONMENT: 1 DAY WITH
CREDIT FOR TIME SERVED;
SUPERVISED RELEASE: 24
MONTHS; SPECIAL ASSESSMENT:
$100.00 [AMENDED 08/17/17 TO
CORRECT CLERICAL MISTAKE]

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

None

---

Assigned to: District Judge Stephen J.
Murphy, III
Referred to: Magistrate Judge Anthony
P. Patti

**Defendant (5)**

**Calvin Turner**                    represented by    **James L. Feinberg**
*TERMINATED: 03/15/2017*                               James L. Feinberg & Associates
                                                       28411 Northwestern Highway
                                                       Suite 875
                                                       Southfield, MI 48034
                                                       248-353-0600
                                                       Fax: 248-353-0605
                                                       Email: jlfdefense@mindspring.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Retained*

**Pending Counts**                                       **Disposition**

CONSPIRACY TO DISTRIBUTE                                 IMPRISONMENT: 10 MONTHS;
CONTROLLED SUBSTANCE                                     SUPERVISED RELEASE: 12
(1)                                                      MONTHS; SPECIAL ASSESSMENT:
                                                         $100.00; IMPRISONMENT: 5 Months;
                                                         SUPERVISED RELEASE: One (1)
                                                         Year; SPECIAL ASSESSMENT: $100

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                           **Disposition**

None

---

**Plaintiff**

**United States of America**      represented by   **Sheldon N. Light**
                                                   U.S. Attorney's Office
                                                   211 W. Fort Street
                                                   Suite 2001
                                                   Detroit, MI 48226
                                                   313-226-9732
                                                   Fax: 313-226-3413
                                                   Email: sheldon.light@usdoj.gov
                                                   *TERMINATED: 10/03/2016*
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: U.S. Attorney*

                                                   **J. Michael Buckley**
                                                   U.S. Attorney's Office
                                                   211 W. Fort Street
                                                   Suite 2001
                                                   Detroit, MI 48226
                                                   313-226-9581
                                                   Fax: 313-226-3413
                                                   Email: michael.buckley@usdoj.gov
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: U.S. Attorney*

                                                   **Louis P. Gabel**
                                                   U.S. Attorney's Office (E.D. Mich.)
                                                   211 W. Fort Street
                                                   Suite 2001
                                                   Detroit, MI 48226
                                                   313-226-9756

Fax: 313-226-2873
Email: USAMIE.ECFCSU@usdoj.gov
*TERMINATED: 12/10/2015*
*ATTORNEY TO BE NOTICED*
*Designation: U.S. Attorney*

**Shane Cralle**
U.S. Attorney's Office
211 W. Fort Street Suite 2001
Detroit, MI 48226
313-226-9551
Fax: 313-226-5892
Email: shane.cralle@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2015 | 1 | INDICTMENT as to David Hansberry (1) count(s) 1, 2-4, 5, 6, 7, 8, Bryan Watson (2) count(s) 1, 2, 4, 5, 6, 7, 8, Kevlin Omar Brown (3) count(s) 3. (DPer) (Entered: 04/09/2015) |
| 04/08/2015 | 5 | ORDER WITH MOTION to Seal 1 Indictment, 2 Arrest Warrant Issued, 3 Arrest Warrant Issued, 4 Arrest Warrant Issued as to David Hansberry, Bryan Watson, Kevlin Omar Brown. Signed by Magistrate Judge Mona K. Majzoub. (DPer) (Entered: 04/09/2015) |
| 04/09/2015 | 6 | ORDER WITH MOTION to Unseal 5 Order to Seal, 1 Indictment, 2 Arrest Warrant Issued, 3 Arrest Warrant Issued, 4 Arrest Warrant Issued as to David Hansberry, Bryan Watson, Kevlin Omar Brown. Signed by Magistrate Judge Mona K. Majzoub. (DPer) (Entered: 04/09/2015) |
| 04/09/2015 | 7 | NOTICE of Change of Assistant U.S. Attorney: Louis P. Gabel added. (Gabel, Louis) (Entered: 04/09/2015) |
| 04/09/2015 | | Minute Entry for proceedings before Magistrate Judge Mona K. Majzoub: Initial Appearance as to David Hansberry held on 4/9/2015. Bond Info: David Hansberry (1) $10,000.00 - Unsecured. Disposition: Bond Issued (Tape #: MKM 04/09/2015) (Defendant Attorney: Michael Harrison) (AUSA: Louis Gabel) (LBar) (Entered: 04/09/2015) |
| 04/09/2015 | | Minute Entry for proceedings before Magistrate Judge Mona K. Majzoub: Arraignment as to David Hansberry (1) Counts 1,2-4,5,6,7,8 held on 4/9/2015. Bond Continued. Disposition: Plea of Not Guilty Entered (Tape #: MKM 04/09/2015) (Defendant Attorney: Michael Harrison) (AUSA: Louis Gabel) (LBar) (Entered: 04/09/2015) |
| 04/09/2015 | | Minute Entry for proceedings before Magistrate Judge Mona K. Majzoub: Initial Appearance as to Bryan Watson held on 4/9/2015. Bond Info: Bryan Watson (2) $10,000.00 - Unsecured. Disposition: Bond Issued (Tape #: MKM 04/09/2015) (Defendant Attorney: Steven Fishman) (AUSA: Louis Gabel) (LBar) (Entered: 04/09/2015) |

| 04/09/2015 | | Minute Entry for proceedings before Magistrate Judge Mona K. Majzoub: Arraignment as to Bryan Watson (2) Counts 1,2,4,5,6,7,8 held on 4/9/2015. Bond Continued. Disposition: Plea of Not Guilty Entered (Tape #: MKM 04/09/2015) (Defendant Attorney: Steven Fishman) (AUSA: Louis Gabel) (LBar) (Entered: 04/09/2015) |
|---|---|---|
| 04/09/2015 | | Minute Entry for proceedings before Magistrate Judge Mona K. Majzoub: Initial Appearance as to Kevlin Omar Brown held on 4/9/2015. Bond Info: Kevlin Omar Brown (3) $10,000.00 - Unsecured. **Arraignment set for 4/10/2015 01:00 PM before Magistrate Judge Unassigned** Disposition: Bond Issued (Tape #: MKM 04/09/2015) (Defendant Attorney: Stacey Studnicki) (AUSA: Louis Gabel) (LBar) (Entered: 04/09/2015) |
| 04/09/2015 | 8 | Audio File of Arraignment on Indictment as to David Hansberry held on 04/09/2015 before Magistrate Judge Mona K. Majzoub. AUDIO FILE SIZE (2.2 MB) (SOso) (Entered: 04/10/2015) |
| 04/09/2015 | 9 | Audio File of Arraignment on Indictment as to Bryan Watson held on 04/09/2015 before Magistrate Judge Mona K. Majzoub. AUDIO FILE SIZE (2.3 MB) (SOso) (Entered: 04/10/2015) |
| 04/09/2015 | 10 | Audio File of Initial Appearance on Indictment as to Kevlin Omar Brown held on 04/09/2015 before Magistrate Judge Mona K. Majzoub. AUDIO FILE SIZE (2.9 MB) (SOso) (Entered: 04/10/2015) |
| 04/09/2015 | 11 | ORDER APPOINTING FEDERAL DEFENDER as to Kevlin Omar Brown. Signed by Magistrate Judge Mona K. Majzoub. (SOso) (Entered: 04/10/2015) |
| 04/09/2015 | 12 | ORDER Setting Conditions of Release as to Kevlin Omar Brown. Signed by Magistrate Judge Mona K. Majzoub. (SOso) (Entered: 04/10/2015) |
| 04/09/2015 | 13 | BOND as to Kevlin Omar Brown in the amount of $10,000.00 unsecured entered. (SOso) (Entered: 04/10/2015) |
| 04/09/2015 | 14 | ATTORNEY APPEARANCE: Steven F. Fishman appearing for Bryan Watson. (SOso) (Entered: 04/10/2015) |
| 04/09/2015 | 16 | ACKNOWLEDGMENT of Indictment by Bryan Watson. (SOso) (Entered: 04/10/2015) |
| 04/09/2015 | 17 | ORDER Setting Conditions of Release as to Bryan Watson. Signed by Magistrate Judge Mona K. Majzoub. (SOso) (Entered: 04/10/2015) |
| 04/09/2015 | 18 | BOND as to Bryan Watson in the amount of $10,000.00 unsecured entered. (SOso) (Entered: 04/10/2015) |
| 04/09/2015 | 19 | ATTORNEY APPEARANCE: Michael J. Harrison appearing for David Hansberry. (SOso) (Entered: 04/10/2015) |
| 04/09/2015 | 20 | ACKNOWLEDGMENT of Indictment by David Hansberry. (SOso) (Entered: 04/10/2015) |
| 04/09/2015 | 21 | ORDER Setting Conditions of Release as to David Hansberry. Signed by Magistrate Judge Mona K. Majzoub. (SOso) (Entered: 04/10/2015) |

| 04/09/2015 | 22 | BOND as to David Hansberry in the amount of $10,000.00 unsecured entered. (SOso) (Entered: 04/10/2015) |
| 04/10/2015 | 15 | NOTICE OF ATTORNEY APPEARANCE: Kenneth Sasse appearing for Kevlin Omar Brown (Sasse, Kenneth) (Entered: 04/10/2015) |
| 04/10/2015 | | Minute Entry for proceedings before Magistrate Judge Mona K. Majzoub: Arraignment as to Kevlin Omar Brown (3) Count 3 held on 4/10/2015 Bond Continued Disposition: not guilty plea entered (Tape #: MKM 4/10/15) (Defendant Attorney: Kenneth Sasse) (AUSA: Louis Gabel) (EBut) (Entered: 04/10/2015) |
| 04/10/2015 | 23 | ◖)) Audio File of Completion of Arraignment as to Kevlin Omar Brown held on 04/10/2015 before Magistrate Judge Mona K. Majzoub. AUDIO FILE SIZE (0.8 MB) (SOso) (Entered: 04/13/2015) |
| 04/10/2015 | 24 | CJA 20 as to Kevlin Omar Brown: Appointment of Attorney Kenneth R. Sasse, in place of Federal Defender. Signed by Magistrate Judge Mona K. Majzoub. (SOso) (Entered: 04/13/2015) |
| 04/10/2015 | 25 | ACKNOWLEDGMENT of Indictment by Kevlin Omar Brown. (SOso) (Entered: 04/13/2015) |
| 04/15/2015 | 26 | MOTION for Bond by Kevlin Omar Brown. (Sasse, Kenneth) (Entered: 04/15/2015) |
| 04/15/2015 | 28 | SUPERSEDING INFORMATION as to Arthur Leavells (4) count(s) 1. (DPer) (Entered: 04/16/2015) |
| 04/15/2015 | 29 | SECOND SUPERSEDING INFORMATION as to Calvin Turner (5) count(s) 1. (DPer) (Entered: 04/16/2015) |
| 04/16/2015 | 27 | DISCOVERY NOTICE by United States of America as to David Hansberry, Bryan Watson, Kevlin Omar Brown (Gabel, Louis) (Entered: 04/16/2015) |
| 04/16/2015 | 30 | Warrant for Arrest Returned Executed on 02/09/15 as to David Hansberry. (DPer) (Entered: 04/20/2015) |
| 04/16/2015 | 31 | Warrant for Arrest Returned Executed on 04/09/15 as to Kevlin Omar Brown. (DPer) (Entered: 04/20/2015) |
| 04/16/2015 | 32 | Warrant for Arrest Returned Executed on 04/09/15 as to Bryan Watson. (DPer) (Entered: 04/20/2015) |
| 04/17/2015 | | Minute Entry for proceedings before Magistrate Judge Anthony P. Patti: Initial Appearance as to Arthur Leavells held on 4/17/2015. Disposition: $10,000 Unsecured Bond Issued. (Tape #: APP 4/17/2015) (Defendant Attorney: Miraim Seifer) (AUSA: Louis P. Gabel) (MWil) (Entered: 04/17/2015) |
| 04/17/2015 | | Minute Entry for proceedings before Magistrate Judge Anthony P. Patti: Arraignment as to Arthur Leavells (4) Count 1 held on 4/17/2015. Disposition: Plea of Not Guilty Entered. (Tape #: APP 4/17/2015) (Defendant Attorney: Miriam Seifer) (AUSA: Louis Gable) (MWil) (Entered: 04/17/2015) |
| 04/17/2015 | 34 | |

| | | |
|---|---|---|
| | | �))) Audio File of Arraignment as to Arthur Leavells held on 04/17/2015 before Magistrate Judge Anthony P. Patti. AUDIO FILE SIZE (4.1 MB) (LHos) (Entered: 04/20/2015) |
| 04/17/2015 | 35 | ORDER APPOINTING FEDERAL DEFENDER as to Arthur Leavells. Signed by Magistrate Judge Anthony P. Patti. (DPer) (Entered: 04/20/2015) |
| 04/17/2015 | 36 | ACKNOWLEDGMENT of first superseding information by Arthur Leavells. (DPer) (Entered: 04/20/2015) |
| 04/17/2015 | 37 | WAIVER OF INDICTMENT by Arthur Leavells. (DPer) (Entered: 04/20/2015) |
| 04/17/2015 | 38 | ORDER Setting Conditions of Release as to Arthur Leavells. Signed by Magistrate Judge Anthony P. Patti. (DPer) (Entered: 04/20/2015) |
| 04/17/2015 | 39 | BOND as to Arthur Leavells in the amount of $10,000.00 unsecured entered. (DPer) (Entered: 04/20/2015) |
| 04/20/2015 | 33 | DISCOVERY NOTICE as to Kevlin Omar Brown (Sasse, Kenneth) (Entered: 04/20/2015) |
| 04/21/2015 | 40 | NOTICE OF ATTORNEY APPEARANCE: Andrew N. Wise appearing for Arthur Leavells (Wise, Andrew) (Entered: 04/21/2015) |
| 04/21/2015 | 41 | NOTICE OF ATTORNEY APPEARANCE: Miriam L. Siefer appearing for Arthur Leavells (Siefer, Miriam) (Entered: 04/21/2015) |
| 04/21/2015 | | Minute Entry for proceedings before Magistrate Judge R. Steven Whalen: Initial Appearance as to Calvin Turner held on 4/21/2015. Bond Info: Calvin Turner (5) Released on a $10,000 Unsecured Bond. Disposition: Held. (Tape #: RSW 04/21/2015 SOSO) (Defendant Attorney: James Feinberg) (AUSA: Sheldon Light) (Ciesla, C) (Entered: 04/21/2015) |
| 04/21/2015 | | Minute Entry for proceedings before Magistrate Judge R. Steven Whalen: Arraignment as to Calvin Turner (5) Count 1 held on 4/21/2015 - Bond Continued. Disposition: Plea of Not Guilty Entered. (Tape #: RSW 04/21/2015 SOSO) (Defendant Attorney: James Feinberg) (AUSA: Sheldon Light) (Ciesla, C) (Entered: 04/21/2015) |
| 04/21/2015 | 42 | �))) Audio File of Initial Appearance/Arraignment as to Calvin Turner held on 04/21/2015 before Magistrate Judge R. Steven Whalen. AUDIO FILE SIZE (1.5 MB) (SOso) (Entered: 04/21/2015) |
| 04/21/2015 | 43 | ATTORNEY APPEARANCE: James L. Feinberg appearing for Calvin Turner. (SOso) (Entered: 04/21/2015) |
| 04/21/2015 | 44 | WAIVER OF INDICTMENT by Calvin Turner (SOso) (Entered: 04/21/2015) |
| 04/21/2015 | 45 | ACKNOWLEDGMENT of Second Superseding Information by Calvin Turner. (SOso) (Entered: 04/21/2015) |
| 04/21/2015 | 46 | ORDER Setting Conditions of Release as to Calvin Turner. Signed by Magistrate Judge R. Steven Whalen. (SOso) (Entered: 04/21/2015) |
| 04/21/2015 | 47 | |

| | | BOND as to Calvin Turner in the amount of $10,000.00 unsecured entered. (SOso) (Entered: 04/21/2015) |
|---|---|---|
| 05/04/2015 | 48 | NOTICE TO APPEAR as to Calvin Turner, **Plea Hearing set for 5/21/2015 02:00 PM before District Judge Stephen J. Murphy III** (CCoh) (Entered: 05/04/2015) |
| 05/06/2015 | 49 | NOTICE TO APPEAR as to Calvin Turner, **Plea Hearing rescheduled to 5/19/2015 11:30 AM before District Judge Stephen J. Murphy III** (CCoh) (Entered: 05/06/2015) |
| 05/07/2015 | 50 | SCHEDULING ORDER as to David Hansberry, Bryan Watson, Kevlin Omar Brown, and Arthur Leavells **Final Pretrial Conference set for 5/21/2015 02:00 PM before District Judge Stephen J. Murphy III; Plea cut-off: 5/21/2015; Jury Trial set for 6/16/2015 09:00 AM before District Judge Stephen J. Murphy III** Signed by District Judge Stephen J. Murphy, III. (CCoh) (Entered: 05/07/2015) |
| 05/08/2015 | 51 | NOTICE of hearing re: 26 MOTION for Bond as to Kevlin Omar Brown. **Motion Hearing set for 5/20/2015 11:00 AM before District Judge Stephen J. Murphy III** (CCoh) (Entered: 05/08/2015) |
| 05/08/2015 | 52 | NOTICE TO APPEAR as to Arthur Leavells, **Plea Hearing set for 6/3/2015 02:00 PM before District Judge Stephen J. Murphy III** (CCoh) (Entered: 05/08/2015) |
| 05/08/2015 | 53 | ORDER on Petition for Action on Conditions of Pretrial Release - bond conditions modified to include the condition to attend mental health treatment as directed by Pretrial Services, as to Kevlin Omar Brown. Signed by District Judge Stephen J. Murphy, III. (CCoh) (Entered: 05/08/2015) |
| 05/19/2015 | 54 | NOTICE TO APPEAR as to Calvin Turner, **Plea Hearing rescheduled to 5/27/2015 11:00 AM before District Judge Stephen J. Murphy III** (CCoh) (Entered: 05/19/2015) |
| 05/20/2015 | 55 | STIPULATED PROTECTIVE ORDER as to David Hansberry, Bryan Watson, Kevlin Omar Brown Signed by District Judge Stephen J. Murphy, III. (CCoh) (Entered: 05/20/2015) |
| 05/20/2015 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Motion Hearing as to Kevlin Omar Brown held on 5/20/2015 re 26 MOTION for Bond filed by Kevlin Omar Brown Disposition: TAKEN UNDER ADVISEMENT(Court Reporter: Linda Cavanagh) (Defendant Attorney: Kenneth Sasse) (AUSA: Louis Gabel/Sheldon Light) (CCoh) (Entered: 05/22/2015) |
| 05/22/2015 | 56 | ORDER Denying 26 Motion for Review of Bond Conditions as to Kevlin Omar Brown (3). Signed by District Judge Stephen J. Murphy, III. (CCoh) (Entered: 05/22/2015) |
| 05/27/2015 | 57 | NOTICE TO APPEAR as to Calvin Turner, **Sentencing set for 9/25/2015 10:00 AM before District Judge Stephen J. Murphy III** (CCoh) (Entered: 05/27/2015) |
| | | |

| 05/27/2015 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Plea Hearing, Plea Entered by Calvin Turner (5) Guilty Count 1(Court Reporter: Rob Smith) (Defendant Attorney: James Feinberg) (AUSA: Louis Gabel/Sheldon Light) (CCoh) (Entered: 05/27/2015) |
|---|---|---|
| 05/27/2015 | 58 | PLEA AGREEMENT as to Calvin Turner. (DPer) (Entered: 05/28/2015) |
| 06/03/2015 | 59 | STIPULATION AND ORDER for Continuance as to David Hansberry, Bryan Watson, and Kevlin Omar Brown, ( **Final Pretrial Conference set for 7/22/2015 02:00 PM before District Judge Stephen J. Murphy III;**, **Plea cut-off: 7/22/2015;**, **Jury Trial set for 8/18/2015 09:00 AM before District Judge Stephen J. Murphy III**), ORDER TO CONTINUE - Ends of Justice as to David Hansberry, Bryan Watson, Kevlin Omar Brown Time excluded from 6/16/2015 until 8/18/2015. Signed by District Judge Stephen J. Murphy, III. (CCoh) (Entered: 06/03/2015) |
| 06/03/2015 | 60 | NOTICE TO APPEAR as to Arthur Leavells, **Plea Hearing rescheduled to 6/12/2015 09:30 AM before District Judge Stephen J. Murphy III** (CCoh) (Entered: 06/03/2015) |
| 06/12/2015 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Plea Hearing, Plea Entered by Arthur Leavells (4) Guilty Count 1(Court Reporter: Rene Twedt) (Defendant Attorney: Miriam L. Siefer/Andrew Wise) (AUSA: Louis Gabel/Sheldon Light) (CCoh) (Entered: 06/12/2015) |
| 06/12/2015 | 61 | NOTICE TO APPEAR as to Arthur Leavells, **Sentencing set for 10/9/2015 10:00 AM before District Judge Stephen J. Murphy III** (CCoh) (Entered: 06/12/2015) |
| 06/12/2015 | 62 | PLEA AGREEMENT as to Arthur Leavells. (DPer) (Entered: 06/16/2015) |
| 06/18/2015 | 63 | ORDER on Petition for Action on Conditions of Pretrial Release - removal of weapon from the defendant's residence as to Arthur Leavells. Signed by District Judge Stephen J. Murphy, III. (CCoh) (Entered: 06/18/2015) |
| 07/22/2015 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Pretrial Conference as to David Hansberry, Bryan Watson, Kevlin Omar Brown NOT HELD on 7/22/2015 Disposition: counsel will submit stipulation and order to extend the dates. (CCoh) (Entered: 07/22/2015) |
| 08/12/2015 | 64 | STIPULATION AND ORDER for Continuance as to David Hansberry, Bryan Watson, and Kevlin Omar Brown: ( **Final Pretrial Conference set for 9/24/2015 02:00 PM before District Judge Stephen J. Murphy III;**, **Plea cut-off: 9/24/2015; and**, **Jury Trial set for 10/13/2015 09:00 AM before District Judge Stephen J. Murphy III**) Signed by District Judge Stephen J. Murphy, III. (CCoh) (Entered: 08/12/2015) |
| 09/21/2015 | 65 | NOTICE TO APPEAR as to Calvin Turner, **Sentencing rescheduled to 1/22/2016 10:00 AM before District Judge Stephen J. Murphy III** (CCoh) (Entered: 09/21/2015) |
| 10/07/2015 | 66 | NOTICE TO APPEAR as to Arthur Leavells, **Sentencing rescheduled to 3/18/2016 10:00 AM before District Judge Stephen J. Murphy III** (CCoh) (Entered: 10/07/2015) |

| 10/13/2015 | 67 | STIPULATION AND ORDER for Continuance and Finding of Excludable Delay as to David Hansberry, Bryan Watson, Kevlin Omar Brown: ( **Final Pretrial Conference set for 11/9/2015 10:00 AM before District Judge Stephen J. Murphy III;, Plea cut-off: 11/9/2015;, Jury Trial set for 12/1/2015 09:00 AM before District Judge Stephen J. Murphy III**), ORDER TO CONTINUE - Ends of Justice as to David Hansberry, Bryan Watson, Kevlin Omar Brown Time excluded from 10/13/2015 until 12/1/2015 Signed by District Judge Stephen J. Murphy, III. (CCoh) (Entered: 10/13/2015) |
|---|---|---|
| 10/14/2015 | 68 | STIPULATION AND ORDER as to Kevlin Omar Brown Amending Defendant's Bond Conditions. Signed by District Judge Stephen J. Murphy, III. (CCoh) (Entered: 10/14/2015) |
| 10/19/2015 | 69 | STIPULATION *and Agreement Regarding Admissibility of Business Records* by United States of America as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Gabel, Louis) (Entered: 10/19/2015) |
| 11/09/2015 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Final Pretrial Conference as to David Hansberry, Bryan Watson, Kevlin Omar Brown held on 11/9/2015 - counsel to get back to court as to a new trial date. (Court Reporter: Linda Cavanagh) (Defendant Attorney: Michael Harrison/Steven Fishman/Kenneth Sasse) (AUSA: Louis Gabel/Sheldon Light) (CCoh) (Entered: 11/09/2015) |
| 11/19/2015 | 72 | STIPULATION AND ORDER for Continuance and Finding of Excludable Delay as to David Hansberry, Bryan Watson, and Kevlin Omar Brown: ( **Final Pretrial Conference set for 5/4/2016 02:00 PM before District Judge Stephen J. Murphy III;, Plea cut-off: 5/4/2016;, Jury Trial set for 6/7/2016 09:00 AM before District Judge Stephen J. Murphy III**), ORDER TO CONTINUE - Ends of Justice as to David Hansberry, Bryan Watson, Kevlin Omar Brown Time excluded from 12/2/2015 until 6/7/2016. Signed by District Judge Stephen J. Murphy, III. (CCoh) (Entered: 11/19/2015) |
| 11/24/2015 | 73 | STIPULATION AND ORDER Amending Defendant's Bond Conditions as to Kevlin Omar Brown. Signed by District Judge Stephen J. Murphy, III. (CCoh) (Entered: 11/24/2015) |
| 12/10/2015 | 76 | NOTICE of Change of Assistant U.S. Attorney: J. Michael Buckley added. Attorney Louis P. Gabel terminated. (Buckley, J.) (Entered: 12/10/2015) |
| 01/05/2016 | 77 | NOTICE TO APPEAR as to Calvin Turner. **Sentencing rescheduled to 7/15/2016 10:00 AM before District Judge Stephen J. Murphy III** (CCoh) (Entered: 01/05/2016) |
| 02/02/2016 | 78 | TRANSCRIPT of Final Pretrial Conference held on 11/09/2015 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 24) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 2/23/2016. Redacted Transcript Deadline set for 3/4/2016. Release of Transcript Restriction set for 5/2/2016. Transcript may be viewed at the |

| | | court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 02/02/2016) |
|---|---|---|
| 02/10/2016 | 79 | FIRST SUPERSEDING INDICTMENT as to David Hansberry (1) count(s) 1s, 2s, 3s-8s, 9s, 10s, Bryan Watson (2) count(s) 1s, 2s, 3s-5s, 7s-8s, 9s, 10s, Kevlin Omar Brown (3) count(s) 6s. (ATee) (Entered: 02/10/2016) |
| 02/12/2016 | 80 | STIPULATED ORDER to Redact Transcript as to Bryan Watson. Signed by District Judge Stephen J. Murphy, III. (CCoh) (Entered: 02/12/2016) |
| 02/12/2016 | 81 | Redacted Version of 78 TRANSCRIPT of Final Pretrial Conference held on 11/09/2015 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. Release of Transcript Restriction set for 5/2/2016. (Cavanagh, Linda) (Entered: 02/12/2016) |
| 02/29/2016 | | Minute Entry for proceedings before Magistrate Judge Anthony P. Patti: Arraignment as to David Hansberry (1) Count 1s,2s,3s-8s,9s,10s held on 2/29/2016. Disposition: Not Guilty plea entered. Bond Continued.(Court Reporter: Digitally Recorded) (Defendant Attorney: Michael J. Harrison) (AUSA: Steve Hiyama) (MWil) (Entered: 02/29/2016) |
| 02/29/2016 | | Minute Entry for proceedings before Magistrate Judge Anthony P. Patti: Arraignment as to Bryan Watson (2) Count 1s,2s,3s-5s,7s-8s,9s,10s held on 2/29/2016 Disposition: Not Guilty plea entered. Bond Continued.(Court Reporter: Digitally Recorded) (Defendant Attorney: Steven Fishman) (AUSA: Steve Hiyama) (MWil) (Entered: 02/29/2016) |
| 02/29/2016 | | Minute Entry for proceedings before Magistrate Judge Anthony P. Patti: Arraignment as to Kevlin Omar Brown (3) Count 6s held on 2/29/2016. Disposition: Not Guilty plea entered. Bond Continued. (Court Reporter: Digitally Recorded) (Defendant Attorney: Kenneth Sasse) (AUSA: Steve Hiyama) (MWil) (Entered: 02/29/2016) |
| 02/29/2016 | 82 | ◆) Audio File of Arraignment on First Superseding Indictment as to David Hansberry held on 02/29/2016 before Magistrate Judge Anthony P. Patti. AUDIO FILE SIZE (1.3 MB) (SOso) (Entered: 02/29/2016) |
| 02/29/2016 | 83 | ◆) Audio File of Arraignment on First Superseding Indictment as to Bryan Watson held on 02/29/2016 before Magistrate Judge Anthony P. Patti. AUDIO FILE SIZE (1.2 MB) (SOso) (Entered: 02/29/2016) |
| 02/29/2016 | 84 | ◆) Audio File of Arraignment on First Superseding Indictment as to Kevlin Omar Brown held on 02/29/2016 before Magistrate Judge Anthony P. Patti. AUDIO FILE SIZE (1.7 MB) (SOso) (Entered: 02/29/2016) |
| 02/29/2016 | 85 | ACKNOWLEDGMENT of First Superseding Indictment by David Hansberry. (SOso) (Entered: 03/01/2016) |
| 02/29/2016 | 86 | ACKNOWLEDGMENT of First Superseding Indictment by Bryan Watson. (SOso) (Entered: 03/01/2016) |
| 02/29/2016 | 87 | ACKNOWLEDGMENT of First Superseding Indictment by Kevlin Omar Brown. (SOso) (Entered: 03/01/2016) |

| 03/08/2016 | 88 | NOTICE TO APPEAR as to Arthur Leavells, **Sentencing rescheduled to 7/29/2016 10:00 AM before District Judge Stephen J. Murphy III** (CCoh) (Entered: 03/08/2016) |
| 04/15/2016 | 89 | STIPULATION AND ORDER Granting Permission to Travel out of state as to Calvin Turner Signed by District Judge Stephen J. Murphy, III. (CCoh) (Entered: 04/15/2016) |
| 04/27/2016 | 90 | MOTION rescind or modify protective order by Kevlin Omar Brown. (Sasse, Kenneth) (Entered: 04/27/2016) |
| 04/28/2016 | 91 | Ex Parte MOTION for Order *Permitting Certain Firearms to be Brought Into Courthouse for Use as Trial Exhibits and Brief* by United States of America as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Buckley, J.) (Entered: 04/28/2016) |
| 05/03/2016 | 92 | NOTICE OF ATTORNEY APPEARANCE: Robert S. Harrison appearing for David Hansberry (Harrison, Robert) (Entered: 05/03/2016) |
| 05/03/2016 | 93 | NOTICE OF ATTORNEY APPEARANCE: James J. Hunter appearing for David Hansberry (Hunter, James) (Entered: 05/03/2016) |
| 05/04/2016 |  | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Final Pretrial Conference as to David Hansberry, Bryan Watson, Kevlin Omar Brown held on 5/4/2016(Court Reporter: Linda Cavanagh) (Defendant Attorney: Michael Harrison/Steven Fishman/Kenneth Sasse) (AUSA: Sheldon Light/J. Michael Buckley) (CCoh) (Entered: 05/05/2016) |
| 05/06/2016 | 94 | MOTION *for Limited Attorney Voir Dire* by Bryan Watson. (Fishman, Steven) (Entered: 05/06/2016) |
| 05/10/2016 | 95 | RESPONSE by United States of America as to Bryan Watson re 94 MOTION *for Limited Attorney Voir Dire* (Buckley, J.) (Entered: 05/10/2016) |
| 05/27/2016 | 103 | Proposed Voir Dire by United States of America as to David Hansberry, Bryan Watson, Kevlin Omar Brown (Light, Sheldon) (Entered: 05/27/2016) |
| 05/27/2016 | 104 | TRIAL BRIEF by United States of America as to David Hansberry, Bryan Watson, Kevlin Omar Brown (Light, Sheldon) (Entered: 05/27/2016) |
| 05/27/2016 | 105 | MOTION Preliminary Jury Instructions on Elements and Definitions by United States of America as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Light, Sheldon) (Entered: 05/27/2016) |
| 05/28/2016 | 106 | Proposed Voir Dire by Kevlin Omar Brown (Sasse, Kenneth) (Entered: 05/28/2016) |
| 05/29/2016 | 107 | Proposed Voir Dire by Bryan Watson (Fishman, Steven) (Entered: 05/29/2016) |
| 05/29/2016 | 108 | TRIAL BRIEF by Bryan Watson (Fishman, Steven) (Entered: 05/29/2016) |
| 05/31/2016 | 109 | Proposed Voir Dire by David Hansberry (Harrison, Michael) (Entered: 05/31/2016) |
| 05/31/2016 | 110 | TRIAL BRIEF by David Hansberry (Harrison, Michael) (Entered: 05/31/2016) |

| 06/07/2016 | [112] | STIPULATION *Regarding Preliminary Jury Instructions* by United States of America as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Light, Sheldon) (Entered: 06/07/2016) |
|---|---|---|
| 06/07/2016 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Voir Dire Held and Concluded and Jury Impaneled on 6/7/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown **Jury Trial set for 6/8/2016 09:00 AM before District Judge Stephen J. Murphy III**(Court Reporter: Linda Cavanagh) (Defendant Attorney: Michael Harrison/Robert Harrison, Steve Fishman, Kenneth Sasse) (AUSA: Sheldon Light/J. Michael Buckley) (CCoh) (Entered: 06/08/2016) |
| 06/08/2016 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Jury Trial Held and Continued as to David Hansberry, Bryan Watson, Kevlin Omar Brown on 6/8/2016. **Jury Trial set for 6/9/2016 08:30 AM before District Judge Stephen J. Murphy III**(Court Reporter: Linda Cavanagh) (Defendant Attorney: Michael Harrison/Robert Harrison/Steve Fishman/Kenneth Sasse) (AUSA: Sheldon Light/J. Michael Buckley) (CCoh) (Entered: 06/09/2016) |
| 06/09/2016 | | Set/Reset Deadlines/Hearings as to David Hansberry, Bryan Watson, Kevlin Omar Brown: **Jury Trial set for 6/9/2016 08:30 AM before District Judge Stephen J. Murphy III Jury Trial set for 6/10/2016 08:30 AM before District Judge Stephen J. Murphy III** (CCoh) (Entered: 06/09/2016) |
| 06/09/2016 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Jury Trial Held and Continued as to David Hansberry, Bryan Watson, Kevlin Omar Brown on 6/9/2016. **Jury Trial set for 6/10/2016 08:30 AM before District Judge Stephen J. Murphy III.** (Court Reporter: Linda Cavanagh) (Defendant Attorney: Michael Harrison/Robert Harrison/Steve Fishman/Kenneth Sasse) (AUSA: Michael Buckley/Sheldon Light) (SBur) (Entered: 11/02/2016) |
| 06/10/2016 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Jury Trial Held and Continued as to David Hansberry, Bryan Watson, Kevlin Omar Brown on 6/10/2016. **Jury Trial set for 6/13/2016 08:30 AM before District Judge Stephen J. Murphy III**(Court Reporter: Linda Cavanagh) (Defendant Attorney: Michael Harrison/Robert Harrison/Steve Fishman/Kenneth Sasse) (AUSA: Sheldon Light/J. Michael Buckley) (CCoh) (Entered: 06/10/2016) |
| 06/10/2016 | | Set/Reset Deadlines as to David Hansberry, Bryan Watson, Kevlin Omar Brown: **Jury Trial set for 6/13/2016 08:30 AM - 6/17/2016 8:30 a.m. before District Judge Stephen J. Murphy III <b (CCoh) (Entered: 06/10/2016)** |
| 06/13/2016 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Jury Trial Held and Continued as to David Hansberry, Bryan Watson, Kevlin Omar Brown on 6/13/2016. **Jury Trial set for 6/14/2016 08:30 AM before District Judge Stephen J. Murphy III**(Court Reporter: Linda Cavanagh) (Defendant Attorney: Michael Harrison/Robert Harrison, Steve Fishman, Kenneth Sasse) (AUSA: Michael Buckley/Sheldon Light) (CCoh) (Entered: 07/01/2016) |

| 06/14/2016 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Jury Trial Held and Continued as to David Hansberry, Bryan Watson, Kevlin Omar Brown on 6/14/2016. **Jury Trial set for 6/15/2016 08:30 AM before District Judge Stephen J. Murphy III**(Court Reporter: Linda Cavanagh) (Defendant Attorney: Michael Harrison/Robert Harrison, Steve Fishman, Kenneth Sasse) (AUSA: Sheldon Light/J. Michael Buckley) (CCoh) (Entered: 07/01/2016) |
|---|---|---|
| 06/15/2016 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Jury Trial Held and Continued as to David Hansberry, Bryan Watson, Kevlin Omar Brown on 6/15/2016. **Jury Trial set for 6/16/2016 08:30 AM before District Judge Stephen J. Murphy III**(Court Reporter: Linda Cavanagh) (Defendant Attorney: Michael Harrison/Robert Harrison, Steve Fishman, Kenneth Sasse) (AUSA: Sheldon Light/J. Michael Buckley) (CCoh) (Entered: 07/01/2016) |
| 06/16/2016 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Jury Trial Held and Continued as to David Hansberry, Bryan Watson, Kevlin Omar Brown on 6/16/2016. **Jury Trial set for 6/20/2016 08:30 AM before District Judge Stephen J. Murphy III**(Court Reporter: Linda Cavanagh) (Defendant Attorney: Michael Harrison/Robert Harrison, Steve Fishman, Kenneth Sasse) (AUSA: Sheldon Light/J. Michael Buckley) (CCoh) (Entered: 07/01/2016) |
| 06/20/2016 | [113](#) | TRANSCRIPT of Jury Trial: Volume 2 (Excerpt - opening statements) held on 06/08/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 73) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 7/11/2016. Redacted Transcript Deadline set for 7/21/2016. Release of Transcript Restriction set for 9/19/2016. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 06/20/2016) |
| 06/20/2016 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Jury Trial Held and Continued as to David Hansberry, Bryan Watson, Kevlin Omar Brown on 6/20/2016. **Jury Trial set for 6/21/2016 08:30 AM before District Judge Stephen J. Murphy III**(Court Reporter: Linda Cavanagh) (Defendant Attorney: Michael Harrison/Robert Harrison, Steve Fishman, Kenneth Sasse) (AUSA: Sheldon Light/J. Michael Buckley) (CCoh) (Entered: 07/01/2016) |
| 06/21/2016 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Jury Trial Held and Continued as to David Hansberry, Bryan Watson, Kevlin Omar Brown on 6/21/2016. **Jury Trial set for 6/22/2016 08:30 AM before District Judge Stephen J. Murphy III**(Court Reporter: Linda Cavanagh) (Defendant Attorney: Michael Harrison/Robert Harrison, Steve Fishman, |

| | | Kenneth Sasse) (AUSA: Sheldon Light/J. Michael Buckley) (CCoh) (Entered: 07/01/2016) |
|---|---|---|
| 06/22/2016 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Jury Trial Held and Continued as to David Hansberry, Bryan Watson, Kevlin Omar Brown on 6/22/2016. **Jury Trial set for 6/23/2016 08:30 AM before District Judge Stephen J. Murphy III**(Court Reporter: Linda Cavanagh) (Defendant Attorney: Michael Harrison/Robert Harrison, Steve Fishman, Kenneth Sasse) (AUSA: Sheldon Light/J. Michael Buckley) (CCoh) (Entered: 07/01/2016) |
| 06/23/2016 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Jury Trial Held and Continued as to David Hansberry, Bryan Watson, Kevlin Omar Brown on 6/23/2016. **Jury Trial set for 6/27/2016 08:30 AM before District Judge Stephen J. Murphy III**(Court Reporter: Linda Cavanagh) (Defendant Attorney: Michael Harrison/Robert Harrison, Steve Fishman, Kenneth Sasse) (AUSA: Sheldon Light/J. Michael Buckley) (CCoh) (Entered: 07/01/2016) |
| 06/27/2016 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Jury Trial Held and Continued as to David Hansberry, Bryan Watson, Kevlin Omar Brown on 6/27/2016. **Jury Trial set for 6/28/2016 08:30 AM before District Judge Stephen J. Murphy III**(Court Reporter: Linda Cavanagh) (Defendant Attorney: Michael Harrison/Robert Harrison, Steve Fishman, Kenneth Sasse) (AUSA: Sheldon Light/J. Michael Buckley) (CCoh) (Entered: 07/01/2016) |
| 06/28/2016 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Jury Trial Held and Continued as to David Hansberry, Bryan Watson, Kevlin Omar Brown on 6/28/2016. **Jury Trial set for 6/29/2016 08:30 AM before District Judge Stephen J. Murphy III**(Court Reporter: Linda Cavanagh) (Defendant Attorney: Michael Harrison/Robert Harrison, Steve Fishman, Kenneth Sasse) (AUSA: Sheldon Light/J. Michael Buckley) (CCoh) Modified on 11/2/2016 [CORRECTED DATE OF TRIAL](SBur). (Entered: 07/01/2016) |
| 06/29/2016 | [114](#) | MOTION for Mistrial by Bryan Watson. (Fishman, Steven) (Entered: 06/29/2016) |
| 06/29/2016 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Jury Trial Held and Continued as to David Hansberry, Bryan Watson, Kevlin Omar Brown on 6/29/2016. **Jury Trial set for 6/30/2016 08:30 AM before District Judge Stephen J. Murphy III**(Court Reporter: Linda Cavanagh) (Defendant Attorney: Michael Harrison/Robert Harrison, Steve Fishman, Kenneth Sasse) (AUSA: Sheldon Light/J. Michael Buckley) (CCoh) (Entered: 07/01/2016) |
| 06/30/2016 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Motion Hearing as to Bryan Watson held on 6/30/2016 re [114](#) MOTION for Mistrial Disposition: Motion denied. (Court Reporter: Linda Cavanagh) (Defendant Attorney: Michael Harrison/Robert Harrison, Steve Fishman, Kenneth Sasse) (AUSA: Sheldon Light/J. Michael Buckley) (CCoh) (Entered: 07/01/2016) |

| | | |
|---|---|---|
| 06/30/2016 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Jury Trial Held and Continued as to David Hansberry, Bryan Watson, Kevlin Omar Brown on 6/30/2016. **Jury Trial set for 7/1/2016 09:00 AM before District Judge Stephen J. Murphy III**(Court Reporter: Linda Cavanagh) (Defendant Attorney: Michael Harrison/Robert Harrison, Steve Fishman, Kenneth Sasse) (AUSA: Sheldon Light/J. Michael Buckley) (CCoh) (Entered: 07/01/2016) |
| 07/01/2016 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Jury Trial Held and Continued as to David Hansberry, Bryan Watson, Kevlin Omar Brown on 7/1/2016. All defts. moved for judgment of acquittal under FRCRP 29. The Government opposed the oral motions. Taken under advisement at a later date. **Jury Trial set for 7/5/2016 08:30 AM before District Judge Stephen J. Murphy III**(Court Reporter: Linda Cavanagh) (Defendant Attorney: Michael Harrison/Robert Harrison, Steve Fishman, Kenneth Sasse) (AUSA: Sheldon Light/J. Michael Buckley) (CCoh) (Entered: 07/01/2016) |
| 07/04/2016 | 115 | MOTION in Limine *to Restrict Defense Character Testimony* by United States of America as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Light, Sheldon) (Entered: 07/04/2016) |
| 07/04/2016 | 116 | RESPONSE by Bryan Watson as to David Hansberry, Bryan Watson re 115 MOTION in Limine *to Restrict Defense Character Testimony* (Fishman, Steven) (Entered: 07/04/2016) |
| 07/05/2016 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Jury Trial Held and Continued as to David Hansberry, Bryan Watson, Kevlin Omar Brown on 7/5/2016. **Jury Trial set for 7/6/2016 09:00 AM before District Judge Stephen J. Murphy III**(Court Reporter: Linda Cavanagh) (Defendant Attorney: Michael Harrison/Robert Harrison, Steve Fishman, Kenneth Sasse) (AUSA: Sheldon Light/J. Michael Buckley) (CCoh) (Entered: 07/05/2016) |
| 07/06/2016 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Jury Trial Held and Continued as to David Hansberry, Bryan Watson, Kevlin Omar Brown on 7/6/2016. **Jury Trial set for 7/7/2016 08:30 AM before District Judge Stephen J. Murphy III**(Court Reporter: Linda Cavanagh) (Defendant Attorney: Michael Harrison/Robert Harrison/Steven Fishman/Kenneth Sasse) (AUSA: Michael Buckley/Sheldon Light) (CCoh) (Entered: 07/07/2016) |
| 07/07/2016 | 117 | ORDER for Jurors Luncheon, entered. Signed by District Judge Stephen J. Murphy, III. (CCoh) (Entered: 07/07/2016) |
| 07/07/2016 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Jury Trial Held as to David Hansberry, Bryan Watson, Kevlin Omar Brown on 7/7/2016. Jury Deliberation also held. **Deliberations to continue on 7/8/2016 08:30 AM before District Judge Stephen J. Murphy III**(Court Reporter: Linda Cavanagh) (Defendant Attorney: Michael Harrison/Robert Harrison/Steve Fishman/Kenneth Sasse) (AUSA: Michael Buckley/Sheldon Light) (CCoh) (Entered: 07/08/2016) |

| 07/08/2016 | 118 | NOTICE TO APPEAR as to Calvin Turner, **Sentencing rescheduled to 9/30/2016 10:00 AM before District Judge Stephen J. Murphy III** (CCoh) (Entered: 07/08/2016) |
|---|---|---|
| 07/08/2016 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Jury Deliberation Held All Day as to David Hansberry, Bryan Watson, Kevlin Omar Brown on 7/8/2016. **Jury Deliberations to continue on 7/11/2016 at 08:30 AM before District Judge Stephen J. Murphy III**(Court Reporter: Linda Cavanagh) (Defendant Attorney: Michael Harrison/Robert Harrison, Steven Fishman/Kenneth Sasse) (AUSA: Michael Buckley/Sheldon Light) (CCoh) (Entered: 07/15/2016) |
| 07/11/2016 | 121 | Jury Verdict Form as to David Hansberry, Bryan Watson, Kevlin Omar Brown (DPer) (Entered: 07/12/2016) |
| 07/11/2016 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Jury Trial Held and Completed as to David Hansberry, Bryan Watson, Kevlin Omar Brown on 7/11/2016. Jury Deliberation also held. JURY VERDICT as to David Hansberry (1) Guilty on Count 1s and Bryan Watson (2) Guilty on Count 1s David Hansberry (1) Not Guilty on Count 2s,3s-8s,9s,10s and Bryan Watson (2) Not Guilty on Count 2s,7s-8s,9s,10s and Kevlin Omar Brown (3) Not Guilty on Count 6s. (Court Reporter: Linda Cavanagh) (Defendant Attorney: Michael Harrison/Robert Harrison, Steven Fishman, Kenneth Sasse) (AUSA: Michael Buckley/Sheldon Light) (CCoh) (Entered: 07/15/2016) |
| 07/12/2016 | 119 | NOTICE TO APPEAR as to David Hansberry, **Sentencing set for 11/18/2016 10:00 AM before District Judge Stephen J. Murphy III** (CCoh) (Entered: 07/12/2016) |
| 07/12/2016 | 120 | NOTICE TO APPEAR as to Bryan Watson, **Sentencing set for 11/18/2016 10:00 AM before District Judge Stephen J. Murphy III** (CCoh) (Entered: 07/12/2016) |
| 07/12/2016 | 122 | TRANSCRIPT of Jury Trial: Volume 11 (Excerpt - testimony of Peter Belcastro) held on 06/22/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 31) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 8/2/2016. Redacted Transcript Deadline set for 8/12/2016. Release of Transcript Restriction set for 10/11/2016. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 07/12/2016) |
| 07/12/2016 | 123 | TRANSCRIPT of Jury Trial: Volume 18 (Excerpt - testimony of Ahmed Haidar) held on 07/05/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 53) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public |

| | | |
|---|---|---|
| | | without redaction after 90 days. Redaction Request due 8/2/2016. Redacted Transcript Deadline set for 8/12/2016. Release of Transcript Restriction set for 10/11/2016. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 07/12/2016) |
| 07/14/2016 | 124 | ORDER Scheduling Rule 29 Briefing as to David Hansberry, Bryan Watson, Kevlin Omar Brown Signed by District Judge Stephen J. Murphy, III. (CCoh) (Entered: 07/14/2016) |
| 07/19/2016 | 125 | NOTICE TO APPEAR as to Arthur Leavells, **Sentencing rescheduled to 12/9/2016 10:00 AM before District Judge Stephen J. Murphy III** (CCoh) (Entered: 07/19/2016) |
| 07/20/2016 | 126 | MOTION for Judgment of Acquittal by Bryan Watson. (Fishman, Steven) (Entered: 07/20/2016) |
| 07/20/2016 | 127 | TRANSCRIPT of Jury Trial: Volume 11 (Excerpt - Testimony of Kelven Pulley) held on 06/22/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 52) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 8/10/2016. Redacted Transcript Deadline set for 8/22/2016. Release of Transcript Restriction set for 10/18/2016. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 07/20/2016) |
| 07/20/2016 | 128 | TRANSCRIPT of Jury Trial: Volume 12 (Excerpt - Testimony of Lamont Calhoun) held on 06/23/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 144) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 8/10/2016. Redacted Transcript Deadline set for 8/22/2016. Release of Transcript Restriction set for 10/18/2016. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 07/20/2016) |
| 07/20/2016 | 129 | TRANSCRIPT of Jury Trial: Volume 15 held on 06/29/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 206) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 8/10/2016. Redacted Transcript Deadline set for 8/22/2016. Release of Transcript Restriction set for 10/18/2016. Transcript may be viewed |

| | | at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 07/20/2016) |
|---|---|---|
| 07/21/2016 | 131 | MOTION *for Judgment of Acquittal* by David Hansberry. (Harrison, Michael) (Entered: 07/21/2016) |
| 07/22/2016 | 132 | TRANSCRIPT of Jury Trial: Volume 13 held on 06/27/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 130) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 8/12/2016. Redacted Transcript Deadline set for 8/22/2016. Release of Transcript Restriction set for 10/20/2016. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 07/22/2016) |
| 07/22/2016 | 133 | TRANSCRIPT of Jury Trial: Volume 14 held on 06/28/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 156) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 8/12/2016. Redacted Transcript Deadline set for 8/22/2016. Release of Transcript Restriction set for 10/20/2016. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 07/22/2016) |
| 07/22/2016 | 134 | TRANSCRIPT of Jury Trial: Volume 21 held on 07/08/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 9) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 8/12/2016. Redacted Transcript Deadline set for 8/22/2016. Release of Transcript Restriction set for 10/20/2016. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 07/22/2016) |
| 07/28/2016 | 135 | RESPONSE by United States of America as to David Hansberry, Bryan Watson re 131 MOTION *for Judgment of Acquittal*, 126 MOTION for Judgment of Acquittal *with Incorporated Brief* (Buckley, J.) (Entered: 07/28/2016) |

| 07/29/2016 | 136 | NOTICE of hearing re: 131 MOTION *for Judgment of Acquittal*, 126 MOTION for Judgment of Acquittal as to David Hansberry, Bryan Watson. **Motion Hearing set for 8/9/2016 10:00 AM before District Judge Stephen J. Murphy III** (CCoh) (Entered: 07/29/2016) |
|---|---|---|
| 08/02/2016 | 137 | Re-NOTICE of hearing re 131 MOTION *for Judgment of Acquittal*, 126 MOTION for Judgment of Acquittal as to David Hansberry, Bryan Watson. **Motion Hearing rescheduled to 8/11/2016 10:00 AM before District Judge Stephen J. Murphy III** (CCoh) (Entered: 08/02/2016) |
| 08/03/2016 | 138 | TRANSCRIPT of Jury Trial: Volume 18 (Excerpt - Testimony of Stephanie Stager and Matthew Bray) held on 07/05/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 63) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 8/24/2016. Redacted Transcript Deadline set for 9/6/2016. Release of Transcript Restriction set for 11/1/2016. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 08/03/2016) |
| 08/11/2016 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Motion Hearing as to David Hansberry, Bryan Watson held on 8/11/2016 re 131 MOTION *for Judgment of Acquittal*, and 126 MOTION for Judgment of Acquittal Disposition: Motions taken under advisement. (Court Reporter: Linda Cavanagh) (Defendant Attorney: Michael Harrison and Steven Fishman) (AUSA: Sheldon Light/J. Michael Buckley) (CCoh) (Entered: 08/11/2016) |
| 08/16/2016 | 139 | ORDER Denying 131 Motion for Acquittal as to David Hansberry (1); and Denying 126 Motion for Acquittal as to Bryan Watson (2). Signed by District Judge Stephen J. Murphy, III. (CCoh) (Entered: 08/16/2016) |
| 08/18/2016 | 140 | TRANSCRIPT of Jury Trial: Volume 16 Excerpt - Jury Instruction re: Testimony of Gary Jackson held on 06/30/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 6) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 9/8/2016. Redacted Transcript Deadline set for 9/19/2016. Release of Transcript Restriction set for 11/16/2016. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 08/18/2016) |
| 08/25/2016 | 141 | TRANSCRIPT of Jury Trial: Volume 16 (Excerpt - Motion for Mistrial/Curative Jury Instruction re: Testimony of Gary Jackson) held on 06/30/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 24) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction |

| | | Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 9/15/2016. Redacted Transcript Deadline set for 9/26/2016. Release of Transcript Restriction set for 11/23/2016. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 08/25/2016) |
|---|---|---|
| 09/23/2016 | 142 | MOTION to Reduce Sentence by United States of America as to Calvin Turner. (Buckley, J.) (Entered: 09/23/2016) |
| 09/26/2016 | 143 | NOTICE TO APPEAR as to Calvin Turner, **Sentencing rescheduled to 11/14/2016 02:30 PM before District Judge Stephen J. Murphy III** [ON WRONG DOCKET] (CCoh) Modified on 9/26/2016 (CCoh). (Entered: 09/26/2016) |
| 09/27/2016 | 145 | NOTICE TO APPEAR as to Calvin Turner, **Sentencing rescheduled to 10/25/2016 02:00 PM before District Judge Stephen J. Murphy III** (CCoh) (Entered: 09/27/2016) |
| 09/27/2016 | 146 | JUDGMENT of Acquittal as to Kevlin Omar Brown. Signed by District Judge Stephen J. Murphy, III. (DPer) (Entered: 09/27/2016) |
| 10/03/2016 | | Attorney Sheldon N. Light is discontinued from receiving Notices of Electronic Filing. (Light, Sheldon) (Entered: 10/03/2016) |
| 10/19/2016 | 147 | NOTICE TO APPEAR as to Calvin Turner, **Sentencing rescheduled to 2/24/2017 10:00 AM before District Judge Stephen J. Murphy III** (CCoh) (Entered: 10/19/2016) |
| 10/28/2016 | | TEXT-ONLY NOTICE: Sentencing on 11/18/2016 is Cancelled re 119 Notice to Appear; 120 Notice to Appear as to David Hansberry, Bryan Watson. (DPar) (Entered: 10/28/2016) |
| 10/28/2016 | 148 | NOTICE TO APPEAR as to David Hansberry, Bryan Watson, **Sentencing Reset for 12/8/2016 02:00 PM before District Judge Stephen J. Murphy III** (DPar) (Entered: 10/28/2016) |
| 11/04/2016 | | Set/Reset Deadlines/Hearings as to Arthur Leavells: **Sentencing Reset for 12/12/2016 10:00 AM before District Judge Stephen J. Murphy III**. (DPar) (Entered: 11/04/2016) |
| 11/04/2016 | 149 | [DOCKETING ERROR - ENTRY MADE ON WRONG CASE] STIPULATION AND ORDER TO ADJOURN TRIAL as to David Hansberry, Bryan Watson, Kevlin Omar Brown, Arthur Leavells, Calvin Turner Time excluded from 11/10/2016 until 2/21/2017. **Final Pretrial Conference Reset for 1/17/2017 10:00 AM before District Judge Stephen J. Murphy III, Plea due by 1/17/2017, Jury Trial Reset for 2/21/2017 09:00 AM before District Judge Stephen J. Murphy III**. Signed by District Judge Stephen J. Murphy, III. (Main Document 149 replaced on 11/4/2016) (DPar) (Entered: 11/04/2016) |
| 11/04/2016 | 150 | |

| | | |
|---|---|---|
| | | NOTICE of Correction re 149 Stipulation and Order as to David Hansberry, Bryan Watson, Kevlin Omar Brown, Arthur Leavells, Calvin Turner. (DPar) (Entered: 11/04/2016) |
| 11/09/2016 | 151 | MOTION to Adjourn *Sentencing* by David Hansberry. (Harrison, Michael) (Entered: 11/09/2016) |
| 11/10/2016 | | TEXT-ONLY ORDER Granting 151 Motion to Adjourn *Sentencing* as to David Hansberry, **(Sentencing Reset for 1/27/2017 02:00 PM before District Judge Stephen J. Murphy III).** Signed by District Judge Stephen J. Murphy, III. (DPar) (Entered: 11/10/2016) |
| 11/10/2016 | | Set/Reset Deadlines/Hearings as to Bryan Watson: **Sentencing Reset for 1/27/2017 02:00 PM before District Judge Stephen J. Murphy III.** (DPar) (Entered: 11/10/2016) |
| 11/18/2016 | 152 | STIPULATED ORDER as to Arthur Leavells, **(Sentencing Reset for 2/27/2017 10:00 AM before District Judge Stephen J. Murphy III).** Signed by District Judge Stephen J. Murphy, III. (DPar) (Entered: 11/18/2016) |
| 01/03/2017 | 153 | TRANSCRIPT of Jury Trial: Volume 18 (Excerpt - testimony of Ralph Godbee) held on 07/05/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 39) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 1/24/2017. Redacted Transcript Deadline set for 2/3/2017. Release of Transcript Restriction set for 4/3/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 01/03/2017) |
| 01/17/2017 | 154 | MOTION to Adjourn *Sentencing* by David Hansberry. (Harrison, Michael) (Entered: 01/17/2017) |
| 01/17/2017 | 155 | NOTICE of Joinder/Concurrence in 154 MOTION to Adjourn *Sentencing* filed by David Hansberry by Bryan Watson as to David Hansberry (Fishman, Steven) (Entered: 01/17/2017) |
| 01/18/2017 | 156 | RESPONSE by United States of America as to David Hansberry, Bryan Watson re 154 MOTION to Adjourn *Sentencing with Incorporated Brief* (Buckley, J.) (Entered: 01/18/2017) |
| 01/18/2017 | 157 | RESPONSE by United States of America as to David Hansberry, Bryan Watson re 154 MOTION to Adjourn *Sentencing (Amended) with Incorporated Brief* (Buckley, J.) (Entered: 01/18/2017) |
| 01/18/2017 | 158 | ORDER to Submit Briefing as to David Hansberry, Bryan Watson re 154 MOTION to Adjourn *Sentencing*, 155 Notice of Joinder/Concurrence, **(Response due by 1/20/2017).** Signed by District Judge Stephen J. Murphy, III. (DPar) (Entered: 01/18/2017) |
| 01/18/2017 | 159 | |

| | | |
|---|---|---|
| | | REPLY TO RESPONSE by Bryan Watson as to David Hansberry, Bryan Watson re 154 MOTION to Adjourn *Sentencing* (Fishman, Steven) (Entered: 01/18/2017) |
| 01/19/2017 | 160 | ORDER Granting Defendant's 154 MOTION to Adjourn Sentencing as to David Hansberry, Bryan Watson (**Sentencing Reset for 2/22/2017 10:00 AM before District Judge Stephen J. Murphy III**). Signed by District Judge Stephen J. Murphy, III. (DPar) (Entered: 01/19/2017) |
| 01/19/2017 | | Set/Reset Deadlines/Hearings as to Bryan Watson: **Sentencing Reset for 2/22/2017 10:00 AM before District Judge Stephen J. Murphy III** (DPar) (Entered: 01/19/2017) |
| 01/24/2017 | 161 | STIPULATED ORDER to Adjourn Sentencing as to Arthur Leavells, (**Sentencing Reset for 3/22/2017 10:00 AM before District Judge Stephen J. Murphy III**). Signed by District Judge Stephen J. Murphy, III. (DPar) (Entered: 01/24/2017) |
| 02/09/2017 | 162 | STIPULATED ORDER to Adjourn Sentencing as to Calvin Turner, (**Sentencing Reset for 3/15/2017 02:00 PM before District Judge Stephen J. Murphy III**). Signed by District Judge Stephen J. Murphy, III. (DPar) (Entered: 02/09/2017) |
| 02/10/2017 | | Set/Reset Deadlines/Hearings as to Calvin Turner: **Sentencing Reset \*\*TIME CHANGE ONLY\*\* for 3/15/2017 09:30 AM before District Judge Stephen J. Murphy III**. (DPar) (Entered: 02/10/2017) |
| 02/13/2017 | 163 | SENTENCING MEMORANDUM by Bryan Watson (Attachments: # 1 Exhibit 1 - Internal Affairs report) (Fishman, Steven) (Entered: 02/13/2017) |
| 02/14/2017 | 164 | SENTENCING MEMORANDUM by David Hansberry (Harrison, Michael) (Entered: 02/14/2017) |
| 02/15/2017 | 165 | SENTENCING MEMORANDUM by United States of America as to David Hansberry, Bryan Watson (Attachments: # 1 Index of Exhibits, # 2 Exh. A: Transcript of August 14, 2010 meeting involving David Hansberry, Bryan Watson, Arthur Leavells, Gary Jackson, Lavondria Herbert and Jackson's cousin, Sue LNU (recorded by Gary Jackson), # 3 Exh. B: Transcript of September 7, 2014 meeting involving David Hansberry and Arthur Leavells (recorded by Arthur Leavells), # 4 Exh. C: Transcript of September 11, 2014 meeting involving Bryan Watson and Arthur Leavells (recorded by Arthur Leavells), # 5 Exh. D: FBI report of Special Agent Michael FitzGerald, with transcript of May 6, 2014 recording of a telephone conversation between Gary Jackson and Fred Tucker) (Buckley, J.) (Entered: 02/15/2017) |
| 02/17/2017 | 166 | MEMORANDUM *Supplemental Sentencing Memorandum* by Bryan Watson. (Fishman, Steven) (Entered: 02/17/2017) |
| 02/20/2017 | 167 | RESPONSE to *Government's Sentencing Memorandum* by David Hansberry (Harrison, Michael) (Entered: 02/20/2017) |
| 02/20/2017 | 168 | MOTION for New Trial by David Hansberry. (Harrison, Michael) (Entered: 02/20/2017) |

| 02/20/2017 | 169 | NOTICE *of Joinder* by Bryan Watson (Fishman, Steven) (Entered: 02/20/2017) |
|---|---|---|
| 02/22/2017 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Sentencing held as to David Hansberry. (Court Reporter: Linda Cavanagh) (Defendant Attorney: Michael Harrison) (AUSA: J. Michael Buckley) (DPar) (Entered: 02/22/2017) |
| 02/22/2017 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Sentencing held as to Bryan Watson. (Court Reporter: Linda Cavanagh) (Defendant Attorney: Steven F. Fishman) (AUSA: J. Michael Buckley) (DPar) (Entered: 02/22/2017) |
| 02/23/2017 | 170 | NOTICE OF ATTORNEY APPEARANCE: Elizabeth L. Jacobs appearing for David Hansberry (Jacobs, Elizabeth) (Entered: 02/23/2017) |
| 02/23/2017 | 171 | NOTICE OF APPEAL by Bryan Watson. Fee Status: No Fee Paid. (Fishman, Steven) (Entered: 02/23/2017) |
| 02/24/2017 | 172 | Certificate of Service re 171 Notice of Appeal as to Bryan Watson. (SOso) (Entered: 02/24/2017) |
| 02/24/2017 | 173 | EXHIBIT *A* re 168 MOTION for New Trial by David Hansberry (Harrison, Michael) (Entered: 02/24/2017) |
| 02/24/2017 | 174 | CERTIFICATE OF SERVICE as to David Hansberry . (Harrison, Michael) (Entered: 02/24/2017) |
| 02/24/2017 | 176 | JUDGMENT as to David Hansberry. Signed by District Judge Stephen J. Murphy, III. (DPer) (Entered: 02/27/2017) |
| 02/26/2017 | 175 | MOTION for Withdrawal of Attorney Michael J. Harrison by David Hansberry. (Harrison, Michael) (Entered: 02/26/2017) |
| 02/27/2017 | 177 | MOTION for Withdrawal of Attorney Robert Harrison and James Hunter by David Hansberry. (Harrison, Robert) (Entered: 02/27/2017) |
| 02/27/2017 | 178 | TRANSCRIPT of Sentencing held on 02/22/2017 as to David Hansberry. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 84) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 3/20/2017. Redacted Transcript Deadline set for 3/30/2017. Release of Transcript Restriction set for 5/30/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 02/27/2017) |
| 02/27/2017 | 179 | TRANSCRIPT of Sentencing held on 02/22/2017 as to Bryan Watson. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 71) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. |

| | | |
|---|---|---|
| | | Redaction Request due 3/20/2017. Redacted Transcript Deadline set for 3/30/2017. Release of Transcript Restriction set for 5/30/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 02/27/2017) |
| 02/27/2017 | | Set/Reset Deadlines for Motion Hearing 168 MOTION for New Trial as to David Hansberry, (**Motion Hearing set for 4/11/2017 10:00 AM before District Judge Stephen J. Murphy III**). (DPar) (Entered: 02/27/2017) |
| 02/28/2017 | | Set/Reset Deadlines Motion Hearing as to David Hansberry 168 MOTION for New Trial, **Motion Hearing Reset \*\*TIME CHANGE ONLY\*\* for 4/11/2017 02:00 PM before District Judge Stephen J. Murphy III**. (DPar) (Entered: 02/28/2017) |
| 02/28/2017 | 180 | RESPONSE by United States of America as to David Hansberry, Bryan Watson re 168 MOTION for New Trial (Attachments: # 1 Index of Exhibits, # 2 Exh. 1: Pertinent Gary Jackson trial testimony on June 29, 2016, # 3 Exh. 2: Rough transcript of May 6, 2014 recording of a telephone conversation between Gary Jackson and Fred Tucker, prepared by DEA agents) (Buckley, J.) (Entered: 02/28/2017) |
| 02/28/2017 | 181 | JUDGMENT as to Bryan Watson. Signed by District Judge Stephen J. Murphy, III. (SSch) (Entered: 03/01/2017) |
| 03/01/2017 | 182 | NOTICE OF APPEAL by David Hansberry re 176 Judgment. Fee Status: No Fee Paid. (Jacobs, Elizabeth) (Entered: 03/01/2017) |
| 03/01/2017 | 183 | Certificate of Service re 182 Notice of Appeal as to David Hansberry. (LHos) (Entered: 03/01/2017) |
| 03/01/2017 | 184 | AMENDED JUDGMENT as to Bryan Watson. Signed by District Judge Stephen J. Murphy, III. (SSch) (Entered: 03/01/2017) |
| 03/04/2017 | 185 | MOTION for Withdrawal of Attorney Steven Fishman by Bryan Watson. (Attachments: # 1 Exhibit 1 - financial affidavit) (Fishman, Steven) (Entered: 03/04/2017) |
| 03/07/2017 | | Appeal Fee received for 182 Notice of Appeal filed by David Hansberry in the amount of $ 505.00 - Receipt No. DET101650. (Huff, W.) (Entered: 03/07/2017) |
| 03/08/2017 | 186 | REPLY TO RESPONSE by David Hansberry re 168 MOTION for New Trial (Jacobs, Elizabeth) (Entered: 03/08/2017) |
| 03/08/2017 | 187 | NOTICE *of Withdrawal of Motion to Withdraw as Counsel* by Bryan Watson (Fishman, Steven) (Entered: 03/08/2017) |
| 03/08/2017 | 188 | SENTENCING MEMORANDUM by Calvin Turner (Feinberg, James) (Entered: 03/08/2017) |
| 03/13/2017 | 189 | MOTION to Reduce Sentence by United States of America as to Arthur Leavells. (Buckley, J.) Modified on 5/25/2017 (LHos). (Entered: 03/13/2017) |

| 03/13/2017 | 190 | TRANSCRIPT of Jury Trial: Volume 2 (Excerpt - Testimony of Michael Saraino Part 1) held on 06/08/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 44) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 4/3/2017. Redacted Transcript Deadline set for 4/13/2017. Release of Transcript Restriction set for 6/12/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 03/13/2017) |
| 03/13/2017 | 191 | TRANSCRIPT of Jury Trial: Volume 3 (Excerpt - Testimony of Michael Saraino Part 2) held on 06/09/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 38) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 4/3/2017. Redacted Transcript Deadline set for 4/13/2017. Release of Transcript Restriction set for 6/12/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 03/13/2017) |
| 03/13/2017 | 192 | TRANSCRIPT of Jury Trial: Volume 11 (Excerpt - Testimony of Steven Walton) held on 06/22/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 54) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 4/3/2017. Redacted Transcript Deadline set for 4/13/2017. Release of Transcript Restriction set for 6/12/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 03/13/2017) |
| 03/15/2017 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Sentencing held as to Calvin Turner. Disposition: Rule 11 Plea Agreement accepted by the Court. (Court Reporter: Linda Cavanagh) (Defendant Attorney: James L. Feinberg) (AUSA: J. Michael Buckley) (DPar) (Entered: 03/15/2017) |
| 03/15/2017 | 194 | STIPULATED ORDER Adjourning Sentencing as to Arthur Leavells, **(Sentencing Reset for 5/24/2017 10:00 AM before District Judge Stephen J. Murphy III)**. Signed by District Judge Stephen J. Murphy, III. (DPar) (Entered: 03/15/2017) |
| 03/15/2017 | 195 | JUDGMENT as to Calvin Turner. Signed by District Judge Stephen J. Murphy, III. (LHos) (Entered: 03/15/2017) |

| 03/20/2017 | 196 | TRANSCRIPT of Jury Trial: Volume 19 (Excerpt - closing statements) held on 07/06/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 176) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 4/10/2017. Redacted Transcript Deadline set for 4/20/2017. Release of Transcript Restriction set for 6/19/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 03/20/2017) |
|---|---|---|
| 03/20/2017 | 197 | STIPULATED ORDER Extending Report Date as to Bryan Watson. Signed by District Judge Stephen J. Murphy, III. (DPar) (Entered: 03/20/2017) |
| 03/20/2017 | 198 | STIPULATED ORDER Extending Report Date as to David Hansberry. Signed by District Judge Stephen J. Murphy, III. (DPar) (Entered: 03/20/2017) |
| 03/20/2017 | 199 | TRANSCRIPT of Jury Trial: Volume 9 (Excerpt - Testimony of Calvin Turner, Part 1) held on 06/20/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 102) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 4/10/2017. Redacted Transcript Deadline set for 4/20/2017. Release of Transcript Restriction set for 6/19/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 03/20/2017) |
| 03/20/2017 | 200 | TRANSCRIPT of Jury Trial: Volume 10 (Excerpt - Testimony of Calvin Turner, Part 2) held on 06/21/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 32) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 4/10/2017. Redacted Transcript Deadline set for 4/20/2017. Release of Transcript Restriction set for 6/19/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 03/20/2017) |
| 03/24/2017 | | Appeal Fee received for 171 Notice of Appeal filed by Bryan Watson in the amount of $ 505.00 - Receipt No. DET102223. (Huff, W.) (Entered: 03/24/2017) |
| 03/24/2017 | 201 | OPINION and ORDER Denying Defendant's 168 Motion for New Trial as to David Hansberry (1). Signed by District Judge Stephen J. Murphy, III. (DPar) (Entered: 03/24/2017) |

| 03/28/2017 | 202 | STIPULATION *Allowing Calvin Turner to Travel to Alabama* by Calvin Turner. (Feinberg, James) (Entered: 03/28/2017) |
| 03/28/2017 | 203 | ORDER Allowing Defendant to Travel to Alabama as to Calvin Turner re 202 Stipulation. Signed by District Judge Stephen J. Murphy, III. (DPar) (Entered: 03/28/2017) |
| 03/28/2017 | | TEXT-ONLY NOTICE: Motion Hearing on 4/11/2017 is Cancelled re 168 MOTION for New Trial as to David Hansberry. (DPar) (Entered: 03/28/2017) |
| 03/28/2017 | | TEXT-ONLY NOTICE: Motion Hearing on 4/11/2017 is Cancelled re 169 Notice (Other) as to Bryan Watson. (DPar) (Entered: 03/28/2017) |
| 03/31/2017 | 204 | NOTICE OF APPEAL by David Hansberry re 201 Order on Motion for New Trial. Fee Status: No Fee Paid. (Jacobs, Elizabeth) (Entered: 03/31/2017) |
| 03/31/2017 | 205 | Certificate of Service re 204 Notice of Appeal as to David Hansberry. (DWor) (Entered: 03/31/2017) |
| 04/05/2017 | | Appeal Fee received for 204 Notice of Appeal filed by David Hansberry in the amount of $ 505.00 - Receipt No. DET102654. (Huff, W.) (Entered: 04/05/2017) |
| 04/06/2017 | 206 | NOTICE OF APPEAL by Bryan Watson. Fee Status: No Fee Paid. (Fishman, Steven) (Entered: 04/06/2017) |
| 04/06/2017 | 207 | Certificate of Service re 206 Notice of Appeal as to Bryan Watson. (SOso) (Entered: 04/06/2017) |
| 04/12/2017 | 208 | STIPULATION *Extending Calvin Turner's Voluntary Surrender Date* by Calvin Turner. (Feinberg, James) (Entered: 04/12/2017) |
| 04/12/2017 | 209 | ORDER Extending Defendant's Voluntary Surrender Date as to Calvin Turner re 208 Stipulation. Signed by District Judge Stephen J. Murphy, III. (DPar) (Entered: 04/12/2017) |
| 04/13/2017 | 210 | NOTICE by David Hansberry of withdrawal of 177 MOTION for Withdrawal of Attorney Robert Harrison and James Hunter . (Harrison, Robert) (Entered: 04/13/2017) |
| 04/20/2017 | 212 | ORDER Granting Defendant's 175 MOTION for Withdrawal of Attorney as to David Hansberry; and Granting Defendant's 185 MOTION for Withdrawal of Attorney as to Bryan Watson. Signed by District Judge Stephen J. Murphy, III. (DPar) (Entered: 04/20/2017) |
| 04/20/2017 | 213 | STIPULATION and ORDER Directing the Withdrawal of Robert S. Harrison and James J. Hunter as Counsel as to David Hansberry. Signed by District Judge Stephen J. Murphy, III. (DPar) (Entered: 04/20/2017) |
| 04/20/2017 | 214 | TRANSCRIPT of Sentencing held on 03/15/2017 as to Calvin Turner. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 20) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 5/11/2017. Redacted Transcript Deadline set for |

| | | |
|---|---|---|
| | | 5/22/2017. Release of Transcript Restriction set for 7/19/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 04/20/2017) |
| 04/26/2017 | 215 | ORDER from U.S. Court of Appeals - Sixth Circuit as to Bryan Watson re 206 Notice of Appeal, 171 Notice of Appeal [Appeal Case Number 17-1391] (Ahmed, N) (Entered: 04/27/2017) |
| 04/28/2017 | | Attorney Thomas W. Jakuc is discontinued from receiving Notices of Electronic Filing. (Jakuc, Thomas) (Entered: 04/28/2017) |
| 05/02/2017 | 216 | SEALED VOIR DIRE TRANSCRIPT held on 06/07/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 197) (Appeal Purposes) Attorneys of record may purchase a copy of the transcript from the Court Reporter/Transcriber. (Cavanagh, Linda) (Entered: 05/02/2017) |
| 05/02/2017 | 217 | TRANSCRIPT of Jury Trial: Volume 2 held on 06/08/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 161) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 5/23/2017. Redacted Transcript Deadline set for 6/2/2017. Release of Transcript Restriction set for 7/31/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 05/02/2017) |
| 05/02/2017 | 218 | TRANSCRIPT of Jury Trial: Volume 3 held on 06/09/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 238) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 5/23/2017. Redacted Transcript Deadline set for 6/2/2017. Release of Transcript Restriction set for 7/31/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 05/02/2017) |
| 05/02/2017 | 219 | TRANSCRIPT of Jury Trial: Volume 4 held on 06/10/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 250) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 5/23/2017. Redacted Transcript Deadline set for |

|  |  | 6/2/2017. Release of Transcript Restriction set for 7/31/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 05/02/2017) |
|---|---|---|
| 05/02/2017 | 220 | TRANSCRIPT of Jury Trial: Volume 5 held on 06/13/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 201) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 5/23/2017. Redacted Transcript Deadline set for 6/2/2017. Release of Transcript Restriction set for 7/31/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 05/02/2017) |
| 05/02/2017 | 221 | TRANSCRIPT of Jury Trial: Volume 6 held on 06/14/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 251) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 5/23/2017. Redacted Transcript Deadline set for 6/2/2017. Release of Transcript Restriction set for 7/31/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 05/02/2017) |
| 05/02/2017 | 222 | TRANSCRIPT of Jury Trial: Volume 7 held on 06/15/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 249) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 5/23/2017. Redacted Transcript Deadline set for 6/2/2017. Release of Transcript Restriction set for 7/31/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 05/02/2017) |
| 05/02/2017 | 223 | TRANSCRIPT of Jury Trial: Volume 8 held on 06/16/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 217) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. |

| | | |
|---|---|---|
| | | Redaction Request due 5/23/2017. Redacted Transcript Deadline set for 6/2/2017. Release of Transcript Restriction set for 7/31/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 05/02/2017) |
| 05/02/2017 | 224 | TRANSCRIPT of Jury Trial: Volume 9 held on 06/20/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 225) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 5/23/2017. Redacted Transcript Deadline set for 6/2/2017. Release of Transcript Restriction set for 7/31/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 05/02/2017) |
| 05/02/2017 | 225 | TRANSCRIPT of Jury Trial: Volume 10 held on 06/21/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 244) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 5/23/2017. Redacted Transcript Deadline set for 6/2/2017. Release of Transcript Restriction set for 7/31/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 05/02/2017) |
| 05/02/2017 | 226 | TRANSCRIPT of Jury Trial: Volume 11 held on 06/22/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 232) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 5/23/2017. Redacted Transcript Deadline set for 6/2/2017. Release of Transcript Restriction set for 7/31/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 05/02/2017) |
| 05/02/2017 | 227 | TRANSCRIPT of Jury Trial: Volume 12 held on 06/23/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 204) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made |

| | | remotely electronically available to the public without redaction after 90 days. Redaction Request due 5/23/2017. Redacted Transcript Deadline set for 6/2/2017. Release of Transcript Restriction set for 7/31/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 05/02/2017) |
|---|---|---|
| 05/02/2017 | 228 | TRANSCRIPT of Jury Trial: Volume 13 held on 06/27/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 130) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 5/23/2017. Redacted Transcript Deadline set for 6/2/2017. Release of Transcript Restriction set for 7/31/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 05/02/2017) |
| 05/02/2017 | 229 | TRANSCRIPT of Jury Trial: Volume 14 held on 06/28/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 156) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 5/23/2017. Redacted Transcript Deadline set for 6/2/2017. Release of Transcript Restriction set for 7/31/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 05/02/2017) |
| 05/02/2017 | 230 | TRANSCRIPT of Jury Trial: Volume 15 held on 06/29/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 206) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 5/23/2017. Redacted Transcript Deadline set for 6/2/2017. Release of Transcript Restriction set for 7/31/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 05/02/2017) |
| 05/02/2017 | 231 | TRANSCRIPT of Jury Trial: Volume 16 held on 06/30/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 199) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction |

| | | |
|---|---|---|
| | | Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 5/23/2017. Redacted Transcript Deadline set for 6/2/2017. Release of Transcript Restriction set for 7/31/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 05/02/2017) |
| 05/02/2017 | 232 | TRANSCRIPT of Jury Trial: Volume 17 held on 07/01/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 105) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 5/23/2017. Redacted Transcript Deadline set for 6/2/2017. Release of Transcript Restriction set for 7/31/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 05/02/2017) |
| 05/02/2017 | 233 | TRANSCRIPT of Jury Trial: Volume 18 held on 07/05/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 198) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 5/23/2017. Redacted Transcript Deadline set for 6/2/2017. Release of Transcript Restriction set for 7/31/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 05/02/2017) |
| 05/02/2017 | 234 | TRANSCRIPT of Jury Trial: Volume 19 held on 07/06/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 205) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 5/23/2017. Redacted Transcript Deadline set for 6/2/2017. Release of Transcript Restriction set for 7/31/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 05/02/2017) |
| 05/02/2017 | 235 | TRANSCRIPT of Jury Trial: Volume 20 held on 07/07/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 51) (Appeal Purposes) The parties |

| | | |
|---|---|---|
| | | have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 5/23/2017. Redacted Transcript Deadline set for 6/2/2017. Release of Transcript Restriction set for 7/31/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 05/02/2017) |
| 05/02/2017 | 236 | TRANSCRIPT of Jury Trial: Volume 21 held on 07/08/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 9) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 5/23/2017. Redacted Transcript Deadline set for 6/2/2017. Release of Transcript Restriction set for 7/31/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 05/02/2017) |
| 05/02/2017 | 237 | TRANSCRIPT of Jury Trial: Volume 22 held on 07/11/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 18) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 5/23/2017. Redacted Transcript Deadline set for 6/2/2017. Release of Transcript Restriction set for 7/31/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 05/02/2017) |
| 05/02/2017 | 238 | TRANSCRIPT of Final Pretrial Conference held on 05/04/2016 as to David Hansberry, Bryan Watson, Kevlin Omar Brown. (Court Reporter/Transcriber: Linda M. Cavanagh) (Number of Pages: 30) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 5/23/2017. Redacted Transcript Deadline set for 6/2/2017. Release of Transcript Restriction set for 7/31/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 05/02/2017) |
| 05/02/2017 | 239 | TRANSCRIPT of Motion for Judgment of Acquittal held on 08/11/2016 as to David Hansberry, Bryan Watson. (Court Reporter/Transcriber: Linda M. |

| | | |
|---|---|---|
| | | Cavanagh) (Number of Pages: 35) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 5/23/2017. Redacted Transcript Deadline set for 6/2/2017. Release of Transcript Restriction set for 7/31/2017. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Cavanagh, Linda) (Entered: 05/02/2017) |
| 05/09/2017 | 240 | MOTION Motion to Amend Sentence by Calvin Turner. (Feinberg, James) (Entered: 05/09/2017) |
| 05/09/2017 | 241 | [STRICKEN] STIPULATION *Allowing Calvin Turner to Travel to Indiana* by Calvin Turner. (Feinberg, James) Modified on 5/10/2017 (DWor). (Entered: 05/09/2017) |
| 05/10/2017 | 242 | ORDER to Strike 241 Stipulation filed by Calvin Turner as to Calvin Turner. Signed by District Judge Stephen J. Murphy, III. (DWor) (Entered: 05/10/2017) |
| 05/10/2017 | 243 | [STRICKEN] STIPULATION *Allowing Calvin Turner to Travel to Indiana* by Calvin Turner. (Feinberg, James) Modified on 5/11/2017 (DWor). (Entered: 05/10/2017) |
| 05/11/2017 | 244 | ORDER to Strike 243 Stipulation filed by Calvin Turner as to Calvin Turner. Signed by District Judge Stephen J. Murphy, III. (DWor) (Entered: 05/11/2017) |
| 05/11/2017 | 245 | STIPULATION and ORDER Allowing Defendant to Travel to Purdue University in the State of Indiana as to Calvin Turner. Signed by District Judge Stephen J. Murphy, III. (DPar) (Entered: 05/11/2017) |
| 05/24/2017 | | Minute Entry for proceedings before District Judge Stephen J. Murphy, III: Sentencing held as to Arthur Leavells. Disposition: Rule 11 Plea Agreement accepted by the Court. (Court Reporter: Linda Cavanagh) (Defendant Attorney: Miriam L. Siefer, Andrew N. Wise) (AUSA: J. Michael Buckley) (DPar) (Entered: 05/24/2017) |
| 05/25/2017 | 246 | JUDGMENT as to Arthur Leavells. Signed by District Judge Stephen J. Murphy, III. (DPer) (Entered: 05/25/2017) |
| 05/30/2017 | 247 | ORDER Granting Defendant's 189 Motion to Reduce Sentence as to Arthur Leavells (4). Signed by District Judge Stephen J. Murphy, III. (DPar) (Entered: 05/30/2017) |
| 06/02/2017 | 248 | ORDER Granting Defendant's 240 MOTION to Amend Sentence as to Calvin Turner (5). Signed by District Judge Stephen J. Murphy, III. (DPar) (Entered: 06/02/2017) |
| 06/07/2017 | 249 | AMENDED JUDGMENT as to Calvin Turner. Signed by District Judge Stephen J. Murphy, III. (DWor) (Entered: 06/07/2017) |
| 08/17/2017 | 250 | |

| | | AMENDED JUDGMENT as to Arthur Leavells. Signed by District Judge Stephen J. Murphy, III. (DPer) (Entered: 08/17/2017) |
|---|---|---|
| 10/05/2017 | 251 | ORDER from U.S. Court of Appeals - Sixth Circuit as to David Hansberry re 204 Notice of Appeal, 182 Notice of Appeal [Appeal Case Number 17-1221/17-1383] (DWor) (Entered: 10/05/2017) |
| 10/10/2017 | | Attorney Elizabeth L. Jacobs is discontinued from receiving Notices of Electronic Filing. Reason: new counsel substituted. (Fishman, Steven) (Entered: 10/10/2017) |
| 12/06/2017 | 252 | ORDER Instructing Probation Department to Correct Presentence Report as to Bryan Watson re 184 Amended Judgment. Signed by District Judge Stephen J. Murphy, III. (DPar) (Entered: 12/06/2017) |
| 12/17/2017 | 253 | MOTION for Release from Custody *for Appeal Bond* by David Hansberry as to David Hansberry, Bryan Watson, Kevlin Omar Brown, Arthur Leavells, Calvin Turner. (Ragan, Philip)[AS TO DEFENDANT DAVID HANSBERRY ONLY; DOCUMENT NOT SIGNED] Modified on 12/18/2017 (DPer). (Entered: 12/17/2017) |
| 12/21/2017 | 254 | RESPONSE by United States of America as to David Hansberry re 253 MOTION for Release from Custody *for Appeal Bond* (Attachments: # 1 Exh. A: Pertinent provision of Government Trial Exhibit 807A, transcript of undercover recording of David Hansberry on September 7, 2014 in which he threatens to shoot and kill an informant and witness against him) (Buckley, J.) (Entered: 12/21/2017) |
| 01/05/2018 | 255 | [STRICKEN] REPLY TO RESPONSE by David Hansberry re 253 MOTION for Release from Custody *for Appeal Bond* (Ragan, Philip) Modified on 1/8/2018 (DWor). (Entered: 01/05/2018) |
| 01/08/2018 | | NOTICE of Error directed to: Philip A. Ragan, Jr re 255 Reply to Response to Motion. Wrong or incomplete PDF image was uploaded. Document was stricken and must be refiled correctly. [No Image Associated with this docket entry] (DWor) (Entered: 01/08/2018) |
| 01/08/2018 | 256 | [STRICKEN] Second MOTION for Release from Custody by David Hansberry. (Ragan, Philip) Modified on 1/9/2018 (DWor). [DOCUMENT IS ENTITLED "RESPONSE TO MOTION IN OPPOSITION TO THE DEFENDANT'S MOTION FOR RELEASE PENDING APPEAL" - DOCUMENT IS INCOMPLETE] Modified on 1/9/2018 (DWor). (Entered: 01/08/2018) |
| 01/09/2018 | | NOTICE of Error directed to: Philip A. Ragan, Jr re 256 Second MOTION for Release from Custody . Wrong or incomplete PDF image was uploaded. THE PDF IS INCOMPLETE. Document was stricken and must be refiled correctly. [No Image Associated with this docket entry] (DWor) (Entered: 01/09/2018) |
| 01/12/2018 | 257 | ORDER from U.S. Court of Appeals - Sixth Circuit as to Bryan Watson re 171 Notice of Appeal [Appeal Case Number 17-1205] (SKra) (Entered: 01/12/2018) |
| 02/02/2018 | 258 | |

| | | |
|---|---|---|
| | | [STRICKEN] Renewed MOTION for Bond by David Hansberry. (Ragan, Philip) Modified on 2/5/2018 (DWor). [DOCUMENT ENTITLED "RESPONSE TO GOVERNMENT'S MOTION IN OPPOSITION TO THE DEFENDANT'S MOTION FOR RELEASE PENDING APPEAL"] Modified on 2/5/2018 (DWor). (Entered: 02/02/2018) |
| 02/05/2018 | | NOTICE of Error directed to: Philip A. Ragan, Jr re 258 Renewed MOTION for Bond . Wrong or incomplete PDF image was uploaded. Document presented is a Response to Motion. Document was stricken and must be refiled correctly. [No Image Associated with this docket entry] (DWor) (Entered: 02/05/2018) |
| 04/18/2018 | 259 | MOTION for Release from Custody by David Hansberry. (Ragan, Philip) Modified on 4/18/2018 (DWor). [DOCUMENT ENTITLED "RESPONSE TO GOVERNMENT'S OPPOSITION BRIEF TO THE DEFENDANT'S MOTION FOR RELEASE PENDING APPEAL"] (Entered: 04/18/2018) |
| 05/09/2018 | 260 | ORDER Denying 253 Motion for Release from Custody as to David Hansberry (1). Signed by District Judge Stephen J. Murphy, III. (DPar) (Entered: 05/09/2018) |
| 10/01/2018 | 261 | ORDER from U.S. Court of Appeals - Sixth Circuit as to David Hansberry re 204 Notice of Appeal, 182 Notice of Appeal [Appeal Case Number 17-1221/17-1383] (DWor) (Entered: 10/02/2018) |
| 10/07/2018 | 262 | NOTICE of Filing Exhibits for Purposes of Appeal by United States of America as to David Hansberry, Bryan Watson (Attachments: # 1 Exhibit 100-B - Search Warrant for 16500 North Park Drive, # 2 Exhibit 100-D - 24 Hour Information Sheet (Feb. 27, 2011), # 3 Exhibit 200-D - 24 Hour Information Sheet (April 19, 2011), # 4 Exhibit 200-G - Notice of Seizure and Intent to Forfeit, # 5 Exhibit 300-B - Detroit Police Department Report 1111150400.1 (Nov. 15, 2011), # 6 Exhibit 300-C - 24 Hour Information Sheet (Nov. 15, 2011), # 7 Exhibit 300-D - List of Evidence Seized (Nov. 15, 2011), # 8 Exhibit 401 - Picture of Search Warrant for 20426 Klinger, Detroit, Michigan (Jan. 3, 2012), # 9 Exhibit 500-A - Narcotics Activity Form (Sept. 6, 2012), # 10 Exhibit 500-B - Detroit Police Department Report 1209060388.1 (Sept. 6, 2012), # 11 Exhibit 500-C - 24 Hour Information Sheet (Sept. 6, 2012), # 12 Exhibit 500-D - List of Evidence Seized (Sept. 6, 2012), # 13 Exhibit 500-E - Request for Laboratory Service (Sept. 6, 2012), # 14 Exhibit 700-C - Detroit Police Department Report 1303020252.1 (March 2, 2013), # 15 Exhibit 700-D - 24 Hour Information Sheet (March 2, 2013), # 16 Exhibit 700-E - List of Evidence Seized (March 2, 2013), # 17 Exhibit 700-F - Request for Laboratory Service (March 2, 2013), # 18 Exhibit 711-B - Fake Search Warrant for 15747 Snowden, Detroit, Michigan (Dec. 21, 2012), # 19 Exhibit 722-A - Transcript of Meeting Between Gary Jackson, David Hansberry, Bryan Watson, Arthur Leavells, and others (Aug. 14, 2010), # 20 Exhibit 724-A - Picture of Money in Duffle Bags, # 21 Exhibit 724-B - Picture #2 of Money in Duffle Bags, # 22 Exhibit 724-C - Picture of Wrapped Money on Back of Car, # 23 Exhibit 724-D - Picture #2 of Wrapped Money on Back of Car, # 24 Exhibit 724-E - Picture #3 of Wrapped Money on Back of Car, # 25 Exhibit 724-F - Picture #4 of Wrapped Money on Back of Car, # 26 Exhibit 724-G - |

|  |  | Picture #5 of Wrapped Money on Back of Car, # [27](#) Exhibit 724-H - Picture #6 of Wrapped Money on Back of Car, # [28](#) Exhibit 724-I - Picture #7 of Wrapped Money on Back of Car, # [29](#) Exhibit 806-A - Transcript of Meeting Between Arthur Leavells and Bryan Watson (Sept. 4, 2014), # [30](#) Exhibit 807-A - Transcript of Meeting Between Arthur Leavells and David Hansberry (Sept. 7, 2014), # [31](#) Exhibit 1000 - Financial Summary for David Hansberry 2010 2014, # [32](#) Exhibit 1002-A - Total Funds Deposited in David Hansberry Accounts 2010 2014, # [33](#) Exhibit 1002-B - Payroll Summary for David Hansberry 2010 2014, # [34](#) Exhibit 1002-C - Cash Deposits for David Hansberry 2010 2014, # [35](#) Exhibit 1005 - Vehicle Payments by David Hansberry 2010 2014, # [36](#) Exhibit 1007 - Total Expenditures by David Hansberry 2010 2014, # [37](#) Exhibit 1010 - Financial Summary for Bryan Watson 2010 2014, # [38](#) Exhibit 1012-B - Payroll Summary for Bryan Watson 2010 2014, # [39](#) Exhibit 1012-C - Cash Deposits for Bryan Watson 2010 2014, # [40](#) Exhibit 1017 - Total Expenditures by Bryan Watson 2010 2014) (Cralle, Shane) (Entered: 10/07/2018) |
| 10/07/2018 | [263](#) | NOTICE *of Filing Exhibits for Purposes of Appeal* by United States of America as to David Hansberry, Bryan Watson (Attachments: # [1](#) Exhibit 808-A - Transcript of Meeting Between Arthur Leavells and Bryan Watson (Sept. 11, 2014)) (Cralle, Shane) (Entered: 10/07/2018) |
| 03/29/2019 | [264](#) | MOTION/Letter by Bryan Watson. (NAhm) (Entered: 03/29/2019) |
| 06/13/2019 | [265](#) | OPINION from U.S. Court of Appeals - Sixth Circuit as to Bryan Watson re [206](#) Notice of Appeal, [171](#) Notice of Appeal [Appeal Case Number 17-1205/17-1221] (SKra) (Entered: 06/13/2019) |
| 07/09/2019 | [266](#) | MANDATE from U.S. Court of Appeals - Sixth Circuit as to Bryan Watson re [171](#) Notice of Appeal filed by Bryan Watson [Appeal Case Number 17-1205] (DWor) (Entered: 07/11/2019) |
| 07/22/2019 | [267](#) | ORDER Denying Defendant's [264](#) MOTION to Transfer to a Federal Prison Camp as to Bryan Watson (2). Signed by District Judge Stephen J. Murphy, III. (DPar) (Entered: 07/22/2019) |
| 08/01/2019 | [268](#) | MANDATE from U.S. Court of Appeals - Sixth Circuit as to David Hansberry re [204](#) Notice of Appeal filed by David Hansberry, [182](#) Notice of Appeal filed by David Hansberry [Appeal Case Number 17-1383/17-1221] (DWor) (Entered: 08/01/2019) |

# EXHIBIT D



**LAW OFFICE OF MICHAEL R. DEZSI, PLLC**
615 GRISWOLD STREET, SUITE 1600
DETROIT, MICHIGAN 48226
313-879-1206 • FAX 313-887-0420
WWW.DEZSILAW.COM

**MICHAEL R. DEZSI**
MDEZSI@DEZSILAW.COM
ADMITTED TO MICHIGAN
NEW MEXICO*
CALIFORNIA*
*INACTIVE

April 23, 2015

<u>**Via First Class Mail**</u>

Mr. Calvert Bailey, Esq.
City of Detroit Law Department
2 Woodward Ave. Ste 500
Detroit, MI 48226

     **RE:    Davis v. City of Detroit; Case No. 15-10547 (E.D. Mich.)**

Dear Mr. Bailey;

    I hope this letter finds you well. In follow up with our recent conversation, I have enclosed Plaintiffs' First Request to Produce Documents directed to Defendants. When we met, you raised the issue of whether Plaintiffs would engage in discussions to possibly resolve their claims. As I indicated to you, I now represent several individuals who allege they were subject to unlawful search and seizure by members of the Detroit Narcotics Unit. As such, I would kindly request that you produce the investigative reports, search warrants, etc. (as contained in Plaintiffs' Request to Produce Nos 1-3) as soon as practicable and/or as part of your initial disclosures. Review of these documents would allow both of us the opportunity to evaluate our claims and defenses for possible early resolution of the claims. Please let me know if you have any questions, and thank you kindly for your attention to this matter.

       Very truly yours,

       Michael R. Dezsi

/enclosures (Plaintiffs' First Request to Produce)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Timothy Davis and Hatema Davis,
Individually and on behalf of all other
similarly situated individuals,

      Plaintiffs,

                              Case No.: 15-cv-10547
vs.                             Hon.: Paul D. Borman

CITY OF DETROIT, et. al.,

      Defendants.

---

## PLAINTIFFS' FIRST REQUEST TO PRODUCE DOCUMENTS

NOW COMES the Plaintiffs, by and through her counsel, DETTMER & DEZSI, and hereby submit the following Requests for Production of Documents.

Pursuant to the federal court rules, Defendants' should produce information that the party can secure from its employees, agents, and/or legal counsel. The documents requested in the should be served on counsel for Plaintiffs within (30) days of service of this pleading to whom it is directed.

1. Produce any and all documents in the possession of, or available to Defendants, including search warrants, affidavits in support of search warrants, returns of search warrants, evidence tags, "SOI" interview reports, investigative reports, internal affairs files, and any and all other documents including e-mails, correspondences, memoranda, and similar documents relating, in any way, to the following addresses dated from January 1, 2012 to the present:

1

a. 25354 Rubin Rd., Warren, Michigan 48079;

b. 1556 West Troy Street, Ferndale, Michigan;

c. 17744 Northrop Street, Detroit, Michigan 48219;

d. 8929 Wilow Ray Avenue, Shelby Township, Michigan 48317;

2. Produce any and all documents in the possession of, or available to Defendants, including search warrants, affidavits in support of search warrants, returns of search warrants, evidence tags, "SOI" interview reports, investigative reports, internal affairs files, and any and all other documents including e-mails, correspondences, memoranda, and similar documents relating, in any way, to the following individuals:

a. Timothy Davis;

b. Debra Metris-Shamoon;

c. Howard Guardella;

d. Michael McShane;

e. Michael Valentino;

3. Produce any and all recorded video (including audio), in whatever format including digital, from dash-cams, law enforcement body cams (i.e., records) taken of the following addresses dated from January 1, 2012 to the present:

e. 25354 Rubin Rd., Warren, Michigan 48079;

f. 1556 West Troy Street, Ferndale, Michigan;

g. 17744 Northrop Street, Detroit, Michigan 48219;

h. 8929 Wilow Ray Avenue, Shelby Township, Michigan 48317;

4. Produce any and all of Defendants' policies, memoranda, manuals, directives, or other similar documents relating in any way to Defendants' policies, customs, and/or practices of obtaining and/or executing search warrants by Defendants' agents, police officers, and/or employees.

5. Produce any and all of Defendants' policies, memoranda, manuals, directives, or other similar documents relating in any way to Defendants' policies, customs, and/or practices of collecting, tagging, logging, and preserving evidence gathered from the execution of search warrants by Defendants' agents, police officers, and/or employees.

6. Produce the complete City of Detroit Police Department file for Case No. 13-2878, relating to the execution of a search warrant at 25354 Rubin, Warren, Michigan, including any and all search warrants, affidavits in support of search warrants, returns of search warrants, evidence tags, "SOI" interview reports (unredacted), investigative reports, internal affairs files, and any and all other documents including e-mails, correspondences, memoranda, and similar documents.

7. Produce Defendant' complete internal affairs investigative file dated from May 2013 through the present and relating, in any way, to complaints of any kind, including, but not limited to, obtaining and/or execution of search warrants, unlawful searches and/or seizures, the collection and/or seizure of evidence by members of the Detroit Narcotics Unit including, but not limited to the following individuals:

   a. David Hansberry;

   b. Bryan Watson;

   c. James Napier;

3

d. James Flanigan;

e. Arthur Leavells;

f. Officer Geelhood

Respectfully submitted,

Michael R. Dezsi (P64530)
Attorney for Plaintiff
615 Griswold, Suite 1600
Detroit, MI 48226
313-281-8090

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2015, I served, via first class mail, the

foregoing papers on Defendants via their counsel of record at his office address as it appears on

the court docket.

/s/ Michael R. Dezsi

4

# **EXHIBIT E**

**WHEREAS,** Plaintiffs, Timothy and Hatema Davis ("Plaintiffs") filed suit against City of Detroit ("City"), Charles Flanagan ("Flanagan"), _____ Novak ("Novak"), Vatasha Napier as personal representative of the Estate of Defendant James Napier ("Napier"), Stephen Geelhood ("Geelhood"), Arthur Leavells ("Leavells"), Steven Riley ("Riley"), Larry Barnett ("Barnett") Reginald Beasley ("Beasley"), Matthew Bray ("Bray"), Amy Metallic ("Metallic"), and Brian Johnson ("Johnson") (collectively City, Flanagan, Novak, Napier, Geelhood, Leavells, Riley, Barney, Beasley, Bray, Metallic, and Johnson shall be referred to as "Released Defendants");

**WHEREAS,** Plaintiffs' lawsuit was filed in the United States District Court Eastern District of Michigan ("the Court") and assigned case number 2:15-cv-10547 ("the Litigation");

**WHEREAS,** Plaintiffs sought appointment as lead plaintiffs on behalf of a putative class of other individuals including, but not limited to, Bernard Davis ("Davis"), Jacob Zeigler ("J. Zeigler"), Alex Zeigler ("A. Zeigler"), and Michael Chorazyczewski ("Chorazyczewski") (Davis, J. Zeigler, A. Zeigler, and Chorazyczewski shall be referred to as "Releasing Occupants");

**WHEREAS** the Court denied Plaintiffs' motion to certify class and appoint them lead Plaintiffs;

**WHEREAS** Released Defendants, Releasing Occupants, and Plaintiffs shall hereinafter be collectively referred to as "the Parties";

TIMOTHY DAVIS and HATEMA DAVIS,

               Plaintiffs,

v.

CITY OF DETROIT, et al.,

               Defendants.

Case No. 15-10547
Hon. Paul D. Borman
Magistrate Judge David R. Grand

_____/

| | |
|---|---|
| DENNIS A. DETMER (P12708) | JAMES P. ALLEN, SR. (P52885) |
| MICHAEL R. DEZSI (P64530) | LINDSEY R. JOHNSON (P67081) |
| Dettmer & Dezsi, PLLC | Allen Brothers, Attorneys & |
| Attorneys for Plaintiffs | Counselors, PLLC |
| 615 Griswold, Ste. 1600 | Attorneys for Defendants, City of Detroit, |
| Detroit, MI 48226 | Flanagan, Napier, Geelhood, Matellic, |
| (313) 281-8090 | Barnett, Riley, Bray, Johnson and Beasley |
| ddettmeresq@yahoo.com | 400 Monroe, Ste. 620 |
| mdezsi@dezsilaw.com | Detroit, MI 48226 |
| | (313) 962-7777 |
| | jamesallen@allenbrotherspllc.com |
| | ljohnson@allenbrotherspllc.com |
| | |
| | CALVERT BAILEY (P42409) |
| | JERRY L. ASHFORD (P47402) |
| | Attorneys for Defendants, City of Detroit, |
| | Flanagan, Napier, Geelhood, Matellic, |
| | Barnett, Riley, Bray, Johnson, and Beasley |
| | 2 Woodward Ave., Ste. 500 |
| | Detroit, MI 48226 |
| | (313) 237-3004 |
| | bailc@detroitmi.gov |
| | ashfj@detroitmi.gov |

_____/

# GENERAL RELEASE, WAIVER AND SETTLEMENT AGREEMENT

**WHEREAS**, the Released Defendants deny any liability to Plaintiffs;

**WHEREAS,** the Parties, but no other members of the putative class, have agreed to resolve all open issues between them raised or which could have been raised in the Litigation;

**WHEREAS,** the Plaintiffs have agreed to provide the general release and waiver of claims contained in this general release, waiver and settlement agreement ("Agreement") which sets forth the Parties' entire understanding of the terms of settlement for the Litigation;

NOW, THEREFORE, IN CONSIDERATION OF THE MUTUAL COVENANTS OF THE PARTIES, the Parties agree as follows:

1.     City shall pay to Plaintiffs, Releasing Occupants and their attorneys Michael Dezsi and Dennis Dettmer, Dettmer & Dezsi, PLLC ("the Firm") (hereinafter collectively known as the "Payees,") the aggregate amount of Three Hundred and Fifty Thousand U.S. Dollars ($350,000.00) ("Settlement Consideration") as full and final consideration for the General Release and Waiver set forth in Paragraph 2 below.  The Settlement Consideration shall be paid as follows:  Check for the full amount of the Settlement Consideration made payable to: Dettmer & Dezsi, PLLC. Each of the Payees agree to provide an IRS W-9 form upon request.  In addition, the Payees, indemnify and hold payor, City, harmless from any and all actions between the Firm, Plaintiffs and Releasing Occupants, regarding the Firm's distribution of the of the Settlement Consideration to Plaintiffs and/or Releasing Occupants.

2.     The Plaintiffs and Releasing Occupants knowingly and voluntarily without threat or coercion, for themselves, their personal representatives, trustees, beneficiaries, attorneys, heirs, successors, predecessors, shareholders, owners, subsidiaries and assigns ("Releasing Parties") fully and forever release and discharge Released Defendants, their personal representatives, trustees, attorneys, heirs, successors, predecessors, indemnitees, insurers, employees, employers, officers, directors, elected and appointed officials, and assigns ("Released Parties") which shall include

individuals that currently or formerly held positions for which this release applies (e.g. retired/terminated employees not otherwise specifically released herein) from any and all claims, demands, actions, lawsuits, and causes of action of every kind, nature or description, whether known or unknown, which Releasing Parties may have had, may now have, or may hereafter arise before the date of this Agreement by reason of any matter, cause, act, or omission arising out of or in connection with their past dealings and contacts, including but not limited to all attorneys' fees of any kind or nature, charges and claims asserted, or which could have been asserted, in any Litigation that could have been filed from the beginning of time to the date of execution of this Agreement ("Released Claims"). **This Waiver and Release specifically requires, *inter alia*, the release by Releasing Parties of the City of Detroit, its current and former employees, agents, principles, attorneys, officers, indemnitees and elected/appointed officials, all in their individual *and* official capacities.**

3.      The Released Defendants shall, upon payment of the Settlement Consideration, be dismissed with prejudice from the Litigation and the Releasing Parties shall be forever barred from asserting Released Claims. The Parties authorize their attorneys to execute a Stipulation for the dismissal of the Litigation as it relates to Plaintiffs and Releasing Occupants only. Said dismissal shall be with prejudice which Plaintiffs' counsel shall file upon receipt of the Settlement Consideration.

4.      The Parties understand and agree that the terms of this Release cannot be confidential and that they are subject to disclosure under the Freedom of Information Act.

5.      Releasing Parties agree that they will not file a lawsuit or claim of any type in any forum against Released Parties (whether in their individual or official capacities or whether current and/or former employees of City of Detroit) that arises out of the Litigation or relates, in any way, to the Released Claims. Releasing Parties warrant that, if they do file such a waived lawsuit or claim, the lawsuit or claim will be immediately dismissed; and, they will pay to the non-breaching party all of the costs, expenses, and attorney fees incurred by the non-breaching party in defending against such a lawsuit or claim.

6.      The above commitments of the Parties are undertaken to avoid the inconvenience and costs of Litigation. The Parties accordingly acknowledge and agree that the Settlement Consideration stated above is made and accepted

in settlement and compromise of disputed claims and shall not be, and shall not be construed to be, an admission of liability by any party to the other.

7.    The Parties further understand and acknowledge that the terms of this Agreement are contractual and not a mere recital and that there are no agreements, understandings, or representations made by the Parties except as expressly stated herein.

8.    The Parties acknowledge that before signing this Agreement they have read it, fully understood its terms, content, and effect, have had the benefit of advice from an attorney of their own choosing, and have relied fully and completely on their own judgment and the advice of their respective attorneys in executing this Release.

9.    It is understood and agreed by the Parties that all understandings and agreements heretofore had by the Parties with respect to matters covered by this Agreement are merged into this Agreement, which alone fully and completely expresses the Parties' agreement.

10.    The Parties acknowledge that they may hereafter discover facts different from or in addition to those, which they know or believe to be true with respect to the released claims, and the Parties agree that this Agreement shall be and remain effective in all respects, including, but not limited to, the released claims, notwithstanding such different or additional facts or the discovery thereof.

11.    This General Release shall be governed and construed in accordance with the Laws of the State of Michigan.

12.    The Parties acknowledge that this Agreement may be executed in counterparts.

**ON BEHALF OF RELEASING PARTIES**

Elvira Nesini
_____
Witness

By: Timothy Davis

Elvira Nesini
_____
Witness

By: Hatema Davis

_Elvira Nesimi_
Witness

_By: Bernard Davis_
By: Bernard Davis

_____
Witness

By: Jacob Ziegler

_____
Witness

By: Alex Ziegler

_____
Witness

By: Michael Chorazyczewski

_Michael Dezsi_
Michael Dezsi, Attorney for Plaintiffs

_Dennis Dettmer_
Dennis Dettmer, Attorney for Plaintiffs

**ON BEHALF OF DEFENDANTS,**

_____
Witness

By: _____

_____
James P. Allen, Sr., Attorney for
Released Defendants

Page 6 of 7

Witness

Witness

Witness

_____
Witness

_____
By: Bernard Davis

_____
By: Jacob Ziegler

_____
By: Alex Ziegler

_____
By: Michael Chorazyczewski

_____
Michael Dezsi, Attorney for Plaintiffs

_____
Dennis Dettmer, Attorney for Plaintiffs

**ON BEHALF OF DEFENDANTS,**

_____
Witness

_____
By:

_____
James P. Allen, Sr., Attorney for
Released Defendants

Witness _____     By: Bernard Davis _____

Witness _____     By: Jacob Ziegler _____

Witness _____     By: Alex Ziegler _____

Witness _____     By: Michael Chorazyczewski _____

                                        Michael Dezsi, Attorney for Plaintiffs _____

                                        Dennis Dettmer, Attorney for Plaintiffs _____

**ON BEHALF OF DEFENDANTS,**

Witness _____     By: _____

                                        James P. Allen, Sr., Attorney for
                                        Released Defendants _____

Page **6** of **7**

# EXHIBIT F



# DETROIT POLICE DEPARTMENT
## Communications Operations

### June 27, 2014

# ADMINISTRATIVE MESSAGES

TELETYPE # 14 – 0730

## ORGANIZATIONAL CHANGES WITHIN ORGANIZED CRIME

Effective July 14, 2014, Organized Crime will consist of the following department entities:

- Major Violators;
- Gang Intelligence;
- Task Force Administration; and
- Vice Enforcement

These organizational changes will result in the creation of positions and new opportunities for members of the Detroit Police Department who meet the required criteria.

## MAJOR VIOLATORS

This command will perform, among other types of functions, narcotic enforcement. Members who have served a total of 5 years or more at Narcotics during their service with the Detroit Police Department shall not be considered for any position within Major Violators.

Positions at Major Violators will be limited to the following positions:

| | |
|---|---|
| Lieutenant | 1 |
| Sergeants | 3 |
| Police Officers | 20 |

## TASK FORCE ADMINISTRATION

The duties of Task Force Administration will remain the same.

## VICE ENFORCEMENT

The duties of Vice Enforcement will remain the same.

*Geelhood*
*10/23/19*

*Ex 13*

DPD000142



# DETROIT POLICE DEPARTMENT
## Communications Operations
### June 27, 2014

## ADMINISTRATIVE MESSAGES

**TELETYPE # 14 – 0730**

Continued

### GANG INTELLIGENCE

The duties of Gang Intelligence will remain the same.

The above entities will be "limited-duration assignments"; assignment to any one of these entities will be limited to 3 years. Upon completion of 3 years, a one year extension may be requested from the Chief of Police or his designee.

Members assigned to patrol duties with no previous vice, gang, narcotic, or other specialized experience are encouraged to apply. The evaluation of candidates will include, but may not be limited to, the satisfactory completion of an interview process, as well as a comprehensive review of the member's work and disciplinary history. Members interested shall submit a **DPD568 Inter-Office Memorandum** to the Commanding Officer of Organized Crime no later than July 3, 2014.

**JAMES E. WHITE**
Assistant Chief, Administrative Operations

**STEVEN G. DOLUNT**
Assistant Chief, Enforcement Operations

DPD000143



detroit
**police**
James E. Craig,
Chief of Police    D.P.D. 568 (rev. 9/97)

To:         Chief of Police James E. Craig (Through Channels)

Subject:    (REVISED) TRANSFER OF DEPARTMENT MEMBERS

From:       Assistant Chief Steven Dolunt, Enforcement Operations

The following member(s) are transferred effective Monday, July 14, 2014:

| MEMBER | FROM | TO |
|---|---|---|
| Lt. Donald Hollins | Sixth Precinct | Facilities |
| Lt. Shawn Wesley | Second Precinct | Communications Operations |
| Lt. Charles Clark | Third Precinct | Homicide |
| Lt. Tonya Golfin | Eighth Precinct | Gaming |
| Lt. James Moore | Third Precinct | Major Violators |
| Lt. Elaine Miles | Training | Neighborhood Policing Liaison |
| Lt. Thadarous White | TRU | Second Precinct |
| Lt. James Cashion | Ninth Precinct | Third Precinct |
| Lt. Sheri Meisel | Planning | Third Precinct |
| Lt. Douglas Gross | Twelfth Precinct | Ninth Precinct |
| Sgt. Lynn Carpenter | Twelfth Precinct | Homicide |
| Sgt. Columbus Sykes | Third Precinct | Communications Operations |
| Sgt. Patrick Neal | Seventh Precinct | Downtown Services |
| Sgt. Pamela Webster | Fourth Precinct | Gaming |
| Sgt. Terrance Grimes | Tenth Precinct | Gaming |
| Sgt. Dawn Engel | Investigative Operations | Tenth Precinct |
| Sgt. Raytheon Martin | Investigations | General Assignment Unit |
| Sgt. Tiffany Warren | Investigations | Force Investigation |
| Sgt. Michael Dicicco | Fourth Precinct | Internal Affairs |
| Sgt. James Johnson | Fifth Precinct | Internal Affairs |
| Sgt. Terrance Sims | Homicide | Major Violators |
| Sgt. Gerry Johnson | Investigations | Task Force Administration |
| Sgt. Cregg Hughes | Investigations | Recruiting |
| Sgt. Diaz Graves | Sixth Precinct | Special Victims Unit |
| Sgt. Javier Chapa | GAU | Special Victims Unit |
| Sgt. Michael McGinnis | Homicide | Task Force Administration |
| Sgt. Cory Karssen | Narcotics | Traffic Enforcement Unit |
| Sgt. Travis Kostanko | Investigations | Tactical Response Unit |
| Sgt. Michael Ingles | Eighth Precinct | Training |
| Sgt. Eric Bucy | Investigations | Second Precinct |
| Sgt. Royd Coleman | Sixth Precinct | Second Precinct |
| Sgt. James Demps | Force Investigation | Second Precinct |
| Sgt. Nancy Headapohl | Seventh Precinct | Third Precinct |
| Sgt. Manny Gutierrez | Investigations | Fourth Precinct |
| Sgt. Jamal Hamood | Ninth Precinct | Fourth Precinct |
| Sgt. Roy Harris | Narcotics | Sixth Precinct |

DPD000144

| | | |
|---|---|---|
| Sgt. Michael Osman | Investigations | Sixth Precinct |
| Sgt. Nathan Duda | Investigations | Seventh Precinct |
| Sgt. William Jackson | Investigations | Seventh Precinct |
| Sgt. Steven Geelhood | Narcotics | Eighth Precinct |
| Sgt. Myron Weathers | Narcotics | Ninth Precinct |
| Sgt Courtney Anderson | Investigations | Ninth Precinct |
| Sgt. Beverly Rodgers | Homicide | Twelfth Precinct |
| P.O. John Shelton | Firearms Training | Air Support (Observer-TFO) |
| P.O. Tamara Tillerson | Fifth Precinct | Special Victims Unit |
| P.O. Emina Biogradlija | Ninth Precinct | Crime Control Strategies |
| P.O. Levar Green | Narcotics | Task Force Administration |
| P.O. Walter Atkins | Second Precinct | Vice Enforcement |
| P.O. Oghenerhuemu Wanagho | Tenth Precinct | Vice Enforcement |
| P.O. Arthur Matthews | Eleventh Precinct | Detroit Detention Center |
| P.O. Michael Saffold | Communications | Detroit Detention Center |
| P.O. Nicholas Perez | Crime Control Strategies | Homicide |
| P.O. Jennifer Moreno | Fourth Precinct | Public Info |
| P.O. Elaine Caldwell R/D | Third Precinct | Special Victims Unit |
| P.O. Larry Williams | Narcotics | Violent Crime Task Force |
| P.O. Sandra Chavez | Narcotics | Violent Crime Task Force |
| P.O. Nicole Moore | DDC | Third Precinct |
| P.O. James Kisselburg | Narcotics | Third Precinct |
| P.O. James Wiencek | Sixth Precinct | Fourth Precinct |
| P.O. Rigoberto Velazquez | Third Precinct | Fourth Precinct |
| P.O. Eric Smigielski | Sixth Precinct | Fourth Precinct |
| P.O. Marcus Cummings | Ninth Precinct | Fifth Precinct |
| P.O. Cheri Snow | DDC | Fifth Precinct |
| P.O. Joseph Castro | Narcotics | Fifth Precinct |
| P.O. Juan Davis | Narcotics | Fifth Precinct |
| P.O. Matthew Bray | Narcotics | Sixth Precinct |
| P.O. Arthur Leavells | Narcotics | Sixth Precinct |
| P.O. Philip Rodriguez | Narcotics | Sixth Precinct |
| P.O. Thomas Anton | Narcotics | Sixth Precinct |
| P.O. Vannice Ward | Narcotics | Sixth Precinct |
| P.O. Eshad Ali | Eleven Precinct | Seventh Precinct |
| P.O. William Morrison | Narcotics | Seventh Precinct |
| P.O. Cheryl Muhammad | Narcotics | Seventh Precinct |
| P.O. Amy Matelic | Narcotics | Seventh Precinct |
| P.O. Sha-Mar Woods | Tenth Precinct | Eighth Precinct |
| P.O. Jordan Hall | Ninth Precinct | Eighth Precinct |
| P.O. Jennier Tanquay | Narcotics | Eighth Precinct |
| P.O. Artez Baker | Narcotics | Eighth Precinct |
| P.O. Aaron Yopp | Narcotics | Eighth Precinct |
| P.O. Reginald Beasley | Narcotics | Eighth Precinct |

| | | |
|---|---|---|
| P.O. Adlone Morris | Narcotics | Ninth Precinct |
| P.O. Steven Riley | Narcotics | Ninth Precinct |
| P.O. Larry Barnett | Narcotics | Ninth Precinct |
| P.O. Brian Johnson | Narcotics | Ninth Precinct |
| P.O. Jeffrey Wawrzyniak | Narcotics | Ninth Precinct |
| P.O. Tondalaya Wilson | Narcotics | Ninth Precinct |
| P.O. Michael Bryant | Narcotics | Ninth Precinct |
| P.O. Jeffery Johnson | Police Reserves | Ninth Precinct |
| P.O. Kristopher Richardson | Conspiracy One | Tenth Precinct |
| P.O. Michael Panackia | Narcotics | Tenth Precinct |
| P.O. Leo Rhodes | Narcotics | Eleventh Precinct |
| P.O. Neil Gensler | Narcotics | Eleventh Precinct |
| P.O. Radames Benitez | Narcotics | Eleventh Precinct |
| P.O. Gregory Tourville | Narcotics | Eleventh Precinct |
| P.O. James Napier | Eleventh Precinct | Twelfth Precinct |
| P.O. Alvin Nelson | Third Precinct | Twelfth Precinct |
| P.O. Jose Martinez | Fourth Precinct | Twelfth Precinct |
| P.O. Joe Williams | Third Precinct | Twelfth Precinct |
| Sgt. Ian Severy | Narcotics | Major Violators |
| Sgt. David Meadows | Narcotics | Major Violators |
| P.O. Dennis Christie | Sixth Precinct | Major Violators |
| P.O. Robert Bolden | Narcotics | Major Violators |
| P.O. Brandolyn Johnson | Twelfth Precinct | Major Violators |
| P.O. Bashawn Gaines | Narcotics | Major Violators |
| P.O. Samuel Galloway | Narcotics | Major Violators |
| P.O. William Johnson | Narcotics | Major Violators |
| P.O. Tiffany McCrackin | Narcotics | Major Violators |
| P.O. Alanna Mitchell | Narcotics | Major Violators |
| P.O. Hameed Mohamed | Narcotics | Major Violators |
| P.O. Craig Stewart | Twelfth Precinct | Major Violators |
| P.O. Gary Rowan | Twelfth Precinct | Major Violators |
| P.O. Michael Mosley | Narcotics | Major Violators |
| P.O. Everett Richardson | Fifth Precinct | Major Violators |
| P.O. Carl Mack | Fifth Precinct | Major Violators |
| P.O. Melvin Allen | Eighth Precinct | Major Violators |
| P.O. Donte Jenkins | Twelfth Precinct | Major Violators |
| P.O. Joi Gary-Gaines | Seventh Precinct | Major Violators |
| P.O. Justin Sampson | Seventh Precinct | Major Violators |
| P.O. Calvin Lewis | Second Precinct | Police Reserves |
| P.O. John Hall | Force Investigation | Office of the Chief |
| P.O. Michael Saraino | Internal Affairs | Office of the Chief |
| Inv. Timothy Ewald | Internal Affairs | Office of the Chief |

## SIGNATURE PAGE

JAMES E. CRAIG
Chief of Police

DPD000147