# **EXHIBIT N**



| | INTER-OFFICE MEMORANDUM | Date |
|---|---|---|
| **police**<br>James E. Craig<br>Chief of Police    D.P.D. 568 (rev. 9.97) | PROFESSIONAL STANDARDS BUREAU | July 18, 2014 |

To:        Chief of Police James E. Craig (Through Channels)

Subject:  **DUTY STATUS REPORT FOR THE FOLLOWING OFFICERS ASSIGNED TO
NARCOTICS:**
**SERGEANT STEPHEN GEELHOOD, BADGE S-501, PENSION #233448**
**POLICE OFFICER LARRY BARNETT, BADGE 2841, PENSION #233194**
**POLICE OFFICER STEVEN RILEY, BADGE 197, PENSION #235195**
**POLICE OFFICER AMY MATELIC, BADGE 2379, PENSION #234518**
**POLICE OFFICER ARTHUR LEAVELLS, BADGE 463, PENSION #235788**
**POLICE OFFICER GREGORY TOURVILLE, BADGE 682, PENSION #235981**

From:      Commander Johnny Thomas, Professional Standards Bureau

### ISSUE:

On July 10, 2014, members of Internal Affairs suspended Sergeant Stephen Geelhood, badge S-501, and Police Officers Larry Barnett, badge 2841, Steven Riley, badge 197, Amy Matelic, badge 2379, Arthur Leavells, badge 463 and Gregory Tourville, badge 682, after it was discovered that during an investigation the officers were captured on video during a narcotic raid, putting at least five (5) small boxes, later identified as boxes of High Intensity Light bulbs, into a larger box as well as into bags. These items were not placed on evidence and are unaccounted for. The video also shows that at least four (4) officers are in this same room at one time while the light bulbs are being placed into the box and bag.

What should Sergeant Geelhood and Officers Barnett, Riley, Matelic, Leavells and Tourvilles duty status be?

### DISCUSSION:

On June 19, 2014, Sergeant Juan Ayala, badge S-266, assigned to Internal Affairs, received a phone call from a Mr. Brent Rayis, W/M/30, of 3271 Edmunton, Rochester Hills, in which Mr. Rayis alleged that on February 13, 2014, at approximately 1:30 P.M., he was at 20103 W. Eight Mile Rd when it was raided by the Narcotics crew headed by Sergeant Geelhood.

Mr. Rayis stated that during the raid his Chase Debit card was taken and subsequently he discovered an unauthorized $1000 charge was made against his card. Mr. Rayis stated that the Marijuana that was found was in 20105 W. Eight Mile Rd, which the crew did not have a warrant for. Mr. Rayis also stated that once the raid was over he was arrested and taken to another location where the crew conducted another raid before being conveyed to the Detroit Detention Center (DDC) for processing.

To:      Chief of Police James E. Craig (Through Channels)        July 18, 2014

Subject:   **DUTY STATUS REPORT, MEMBERS ASSIGNED TO NARCOTICS**   **Page 2**

From:    Commander Johnny Thomas, Professional Standards Bureau

On June 20, 2014, Mr. Rayis presented himself at 1301 Third, Suite 319N, the Internal Affairs Office, to make a statement. Mr. Rayis also brought a disc that he claimed was from a hidden camera in 20103 W. Eight Mile Rd. The video was reviewed and it shows the officers' actions inside the location.

The video reveals the officers coming into the location, ordered Mr. Rayis to the ground, handcuffing him and then clearing the location. Once the location is cleared Mr. Rayis gets taken into 20101 W. Eight Mile Rd. The officers are then observed opening a closed door on the west side wall and entering another room. The officers are later seen coming out of that door with what appear to be Marijuana plants. The officers put the plants in bags and boxes, but they also put at least five (5) smaller boxes (Mr. Rayis later identified the smaller boxes as boxes of High Intensity Light bulbs) into the bags and boxes with the plants.

It should be noted that in the video, Officers Leavells, Barnett, Riley and Tourville are in view of each other and observed or participated in the destruction or concealing of property in the bags and boxes used to package the Marijuana Plants, with Sergeant Geelhood standing in the background in the same room. The officers listed the Marijuana as evidence on their arrest report; however, the property taken, other than the marijuana plants, was not listed as evidence and therefore is unaccounted for.

The video reveals that Officer Matelic entered the view of the camera on three separate occasions; however she was not in the room when the items were placed in the box that contained the Marijuana plants

The video also reveals that at least four (4) officers are in this same room at one time while the light bulbs are being placed into bags and boxes with the plants. The video reveals other unknown items are taken from the shelves as well as Officer Matelic with an object in her hand and then reacting as if she was shocked and threw the item to the ground.

Mr. Rayis also provided limited video from 20101 W. Eight Mile Rd that revealed five (5) officers that enter the location, followed by Sergeant Geelhood. The video shows the raid crew making entry into the T-shirt shop and walking toward the back. In the video a white male, later identified as Ibrahim Gharib, W/M/31, of 6160 N Silvery Ln, Dearborn Heights, is seen meeting the officers in the front part of the store with his hand up. Mr. Gharib is patted down and was placed in front of a display case with his hands on the glass.

To:        Chief of Police James E. Craig (Through Channels)         July 18, 2014

Subject:   **DUTY STATUS REPORT, MEMBERS ASSIGNED TO NARCOTICS**         **Page 3**

From:      Commander Johnny Thomas, Professional Standards Bureau

The video reveals a black male, later identified as Grady Wicker III, B/M/29, of 29500 Franklin Rd, Southfield, also walked into the front of the store and also placed against the display case with his hands on the glass. The rest of the video reveals the officers' interaction with the detainees.

On the same date, Police Officer Michael Saraino, badge 247, assigned to Internal Affairs, and Sergeant Ayala conducted an audio recorded interview of Mr. Rayis. During the interview, Mr. Rayis' statement closely mirrored that of his phone call. Mr. Rayis also identified the things taken by the officers as high intensity light bulbs.

A review of CRISNET Report #1402130158.1, titled "08-48-2913-Execution of Search Warrant," completed by Police Officer Amy Matelic, and all of the attached Preliminary Complaint Reports, Investigator's Report and all other paperwork that pertained to the execution of the search warrant at 20103 W. Eight Mile Rd., revealed the only property listed taken was Marijuana Plants, loose Marijuana, currency, and Mr. Rayis' vehicle, a 2003 Acura. No other property was listed as taken.

On July 2, 2014, Investigator Timothy Ewald, badge I-1, assigned to Internal Affairs, and Officer Saraino, went to the Property Section and inspected the packages where the unaccounted merchandise was seen being placed into, and they were not found.

On July 10, 2014, Sergeant Ayala conducted an audio recorded interview with Mr. Wicker who stated he was in the backroom of his place of employment, 20101 W. Eight Mile Rd. Mr. Wicker stated that while at the location the police played with and broke gag shock pens that were at the location. Mr. Wicker also stated that the police took at least three (3) shock pens from the store and five (5) HPS light bulbs that belong to him, as they were leaving. After the police left Mr. Wicker checked his vehicle, since the police searched it, and found an I-Pod and a black pair of Rayban glasses were missing.

On July 10, 2014, Officer Saraino, and Sergeant Ayala, conducted an audio recorded interview of Mr. Gharib. Mr. Gharib stated that on February 13, 2014, at approximately 1:30 P.M., the police came into his work at 20101 W. Eight Mile, and searched the place. Mr. Gharib stated that he was detained in his shop and searched. During the search Mr. Gharib stated that the officers stole gag "shocking" items that he had for sale for $5.00 each. He also stated that the female officer was tricked and shocked by a male officer and that she threw the pen to the floor and broke it (this fact was confirmed by the video viewed). Mr. Gharib also stated that his 2008 Jeep Liberty was searched and after the police left his Bulova watch was missing.

To:        Chief of Police James E. Craig (Through Channels)                July 18, 2014

Subject:   **DUTY STATUS REPORT, MEMBERS ASSIGNED TO NARCOTICS**        **Page 4**

From:      Commander Johnny Thomas, Professional Standards Bureau

       On July 10, 2014, at approximately 4:00 P.M., Lieutenant Kelly Fitzgerald, badge L-33, assigned to Internal Affairs, and Sergeant Ayala along with members assigned to Internal Affairs went to 14655 Dexter, Narcotics Base, and stood by as Captain Rodney Cox, Commanding Officer of Organized Crime, suspended the above listed officers and sergeant with pay.

       It shall also be noted that a walk through was conducted of the location and none of the described items were located at this time.

**RECOMMENDATION:**

JOHNNY THOMAS
Commander
Professional Standards Bureau

# **EXHIBIT O**

# NOTICE OF SEIZURE AND INTENT TO FORFEIT

| | | | |
|---|---|---|---|
| Notice Served To: MuKhlis Shamoon | | | |
| Address: 8929 Wildray | City: Shelby Twp | State: MI |
| Date: 9/13/12 | Time: 1:40 | Location Of Seizure: 8929 Wildray |

## NOTIFICATION

On, day/ 13 month/ 9 year/ 12 the Detroit Police Department determined that the property described below is subject to forfeiture pursuant to Michigan Law MCLA 333.7521, et. seq., and that the Department intends to seek forfeiture of this property.

If you desire to challenge the forfeiture of this property, you MUST DO ALL of the following within twenty (20) days of receiving this notice:

1.  FILE A CLAIM WITH THE DETROIT POLICE DEPARTMENT FORFEITURE UNIT 2121 W. Fort, DETROIT, MI 48201, (313) 596.2630, DESCRIBING YOUR INTEREST IN THE PROPERTY.

2.  POST A BOND THAT IS 10% OF THE VALUE OF THE PROPERTY CLAIMED (said BOND will be no less than $250.00 and NO GREATER THAN $5000.00).

After filing a written claim and posting the required BOND, the case will be referred to the Wayne County Prosecutor's Office for filing in the Wayne County Circuit Court. If the Court orders the property forfeited to the Detroit Police Department, you May be required to pay ALL costs incurred during the forfeiture proceedings.

Failure to file a claim and post BOND within TWENTY (20) days will result in your DEFAULT and your property will be declared forfeited to the Detroit Police Department.

## THIS FORM MUST BE FAXED IMMEDIATELY TO FORFEITURE AT 596-2309
## DESCRIPTION OF PROPERTY

| | | | | |
|---|---|---|---|---|
| Amount of Currency: $ 315 - | | ET#: E 40273504 | | |
| Vehicle/yr. | Make: | Model: | Style: | Color: |
| Veh /Mileage: | | License Plate # | Vin# | |
| ET# | | (loc veh stored) | | |
| Other Property: | | | | |

## ACKNOWLEDGEMENTS

| | | |
|---|---|---|
| Notice Received By: MuKhlis Shamoon | Signature: X Mukhlis Jal Shamoon | |
| Notice Served By: Brian A Johnson | Signature: Brian A Johnson | |
| Rank: P O | Badge#: 5010 | Assignment: NB |
| Date: 9/13/12 | Time: 1:40 | Location of Service: 8929 Wildray |
| Witness: Joe Tucker | Signature: X Did X | |
| Rank: SGT | Badge#: S-95 | Assignment: N/B |

(Revised: 03.7.2005)

000019

# EXHIBIT P

# Internal Affairs Database - Member History Report

**Member Name**  TUCKER JR, JOE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Case Number** 00i213 | **Date Assigned** 12/5/2000 | **Command** | | | | **Date Closed** 6/4/2001 |
| **Allegation** PERJURY | | | Rank: PO | | **Finding** NOT SUSTAINED |
| **DPD Charges** Miscellaneous | **2nd** | | | **3rd** | |

**Notes**  On December 5, 2000, Internal Affairs received information regarding anallegation of Perjury involving Police Officer Joe Tucker Jr.
Improper conduct

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Case Number** 04i280 | **Date Assigned** 9/10/2004 | **Command** 6TH PRECINCT | | | | **Date Closed** 5/9/2005 |
| **Allegation** MISCONDUCT | | | Rank: SGT | | **Finding** SUSTAINED |
| **DPD Charges** Miscellaneous | **2nd** | Truthfulness | | **3rd** | |

**Notes**  SGT TUCKER SUBMITTED AN INJURED PO I&R WHICH STATED CIVILIANS WERE INTERVIEWED. THE CIVILIANS STATED THAT THEY WERE NEVER INTERVIEWED.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Case Number** 11i167 | **Date Assigned** 12/1/2011 | **Command** ORGANIZED CRIME AN | | | | **Date Closed** 12/21/2011 |
| **Allegation** FRAUD | | | Rank: SGT | | **Finding** |
| **DPD Charges** | **2nd** | | | **3rd** | |

**Notes**  On November 28, 2011, Internal Affairs received an Inter-Office Memo from Organized Crime alleging time fraud by some officers getting paid overtime that had not worked any.  THIS CASE WAS ADMINISTRATIVELY CLOSED PER CO. STAIR ON DECEMBER 21, 2011.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Case Number** 14i149 | **Date Assigned** 12/9/2014 | **Command** | | | | **Date Closed** 7/17/2015 |
| **Allegation** FRAUD | | | Rank: SGT | | **Finding** EXONERATED |
| **DPD Charges** Conduct Unprofessional | **2nd** | Authority Misuse | | **3rd** Miscellaneous | |

**Notes**  Internal Affairs rec'd information from DC Fitzgerald that after conducting an audit of court appearances, it appears that Lt. Tucker and Sgt Graves may have submitted fraudulent court appearance notices.

EXONERATED ON FRAUD CHARGES.
REFERRED TO DISCIPLINARY ON THE BELOW CHARGES FOR SGT TUCKER

# RE: REQUEST THE DISCIPLINARY HISTORY

DISCIPLINARY ADMIN <
Fri 5/29/2020 11:27 AM
**To:** DEANNA WILSON 361

Good Morning,

Please see below:

### CAPTAIN JOE TUCKER, JR.

It is to be noted that Captain Joe Tucker, Jr., was appointed to the Department on September 20, 1993 and appointed to his current rank on December 12, 2016. Disciplinary records reflect that he has the following contacts:

File No. 960180 - On June 17, 1996, Captain Joe Tucker, Jr., (then Police Officer) appeared for a Commander's Hearing and was found guilty of Neglect of Duty , (i.e., on November 28, 1995, appeared in Recorder's Court while off duty to attend a sentencing hearing without being notified and later turning in a court appearance slip). Officer Tucker received a one (1) day suspension.

### SERGEANT STEPHEN GEELHOOD, BADGE S-501

It is to be noted that Sergeant Stephen Geelhood was appointed to the Department on November 28, 1994 and promoted to his current rank on November 22, 2013. Disciplinary records reflect that he has no prior contact.

**Lieutenant Robert Torres**
Detroit Police Department
Disciplinary Administration
1301 Third, Suite 746A
Professional Standards Bureau
Detroit, Michigan 48226

"The Detroit Police Department is a model of sustained policing excellence that places our neighborhoods and people first."

**From:** DEANNA WILSON 361
**Sent:** Friday, May 29, 2020 10:50 AM
**To:** DISCIPLINARY ADMIN
**Subject:** REQUEST THE DISCIPLINARY HISTORY



# DISCIPLINARY HISTORY

**PENSION** 233043        **DATE UPDATED** 1/16/2017

**LAST NAME** TUCKER        **FIRST NAME** JOE

---

CAPTAIN JOE TUCKER, JR.

It is to be noted that Captain Joe Tucker, Jr., was appointed to the Department on September 20, 1993 and appointed to his current rank on December 12, 2016. Disciplinary records reflect that he has the following contacts:

File No. 960180 - On June 17, 1996, Captain Joe Tucker, Jr., (then Police Officer) appeared for a Commander's Hearing and was found guilty for Neglect of Duty , (i.e., on November 28, 1995, appeared in Recorder's Court while off duty to attend a sentencing hearing without being notified and later turning in a court appearance slip). Officer Tucker received a one (1) day suspension. (jpc)

**OLD RECORDS**

File No. 050276 - On September 21, 2005, Sergeant Tucker was charged with 1) Neglect of Duty (i.e. . On October 20, 2004, fail to provide a complete and accurate Summary Investigation and Report regarding an injured police officer and injured prisoner); 2) Willful Disobedience of Rules or Orders (i.e. , on March 1, 2005, admitted during a Garrity Interview that he knew all Department reports are to be complete and accurate; however, he failed to interview all parties relevant to the Summary Investigation and Report that he had completed). The recommendation of the trial board was issuance of an Official Reprimand. On February 4, 2008, the Chief of Police approved the recommendation. (mlt)

File No. 080193A - On June 11, 2008, this file was reviewed by Attorney Letitia C. Jones, of the City of Detroit Law Department with the recommendation of Administrative Closure (cjg)

File No. 080730 - On January 22, 2009, this file was reviewed by Attorney Letitia C. Jones, of the City of Detroit Law Department with the recommendation of Administrative Closure. (cjg)

File No. 150133 - On July 13, 2015, Lieutenant Tucker was found not guilty for 1) Willful Disobedience of Rules or Orders, (i.e. October and November of 2014, fill out court slips with a start time of 8:00 a.m.), 2) Using Authority or Position for Financial Gain or for Obtaining Privileges or Favors (i.e. use his authority to gain entry to a closed courtroom. Dismissal of all charges and specification in this matter. (zv)

File No. 160022C - On March 2, 2016, a Notice of Discipline was prepared charging Captain (then Lieutenant) Tucker, Jr. with 1) Neglect of Duty (i.e., On April 29, 2015, at approximately 4:30p.m., Lt. Tucker, Jr., took control of an accident scene at Strathmoor and Margareta, were citizens were transported to the hospital, but failed to ensure that victims were interviewed). On June 14, 2016, Lt. Tucker was issued an Official Written Reprimand. (kj) (jdd)

# EXHIBIT Q



**ER-OFFICE MEMORANDU**

**INTERNAL AFFAIRS UNIT**

Date

May 28, 2001

To: Commanding Officer, Internal Controls Section (through channels)

Subject:

**IAU CASE #00 213**
**SERGEANT JOSEPH TUCKER JR., BADGE S-95**
**ASSIGNED:      SIXTH PRECINCT**
**APPOINTED:     SEPTEMBER 20, 1993**
**ALLEGATION:    PERJURY**

**IAU INVESTIGATOR:**
Sergeant Karen L. Fairley

**INVESTIGATION:**

On December 4, 2000, the Internal Affairs Unit received an investigative report prepared on April 12, 2000, by Investigator Sandra K. Mercer, assigned to the Office of the Chief Investigator. The report pertained to a complaint, Citizen Complaint Report (CCR) #29405, BPC #99-772, filed on October 5, 1999, at the Twelfth Precinct, by Ms. Paulette Crowder, B/F/47, of 20400 Wyoming. Information contained in the report revealed misconduct on the part of then Police Officer Joseph Tucker Jr., Badge 2373, then assigned to the Narcotics Division. Specifically, Officer Tucker swore to and signed a Search Warrant and Affidavit that contained false information.



The investigative report indicated that on October 4, 1999, Officer Tucker caused a Search Warrant and Affidavit (#004438) to be issued for the search of 20400 Wyoming, for narcotics. The Search Warrant and Affidavit also stated that the "seller," Mr. Clifford Crowder, B/M/30, was to be searched. However, Investigator Mercer's investigation supported Ms. Crowder's contention that her son, Mr. Clifford Crowder, was incarcerated on October 4, 1999, one of the dates Officer Tucker swore to have seen him at 20400 Wyoming selling drugs.

Investigator Mercer's investigation disclosed that on October 4, 1999, Sergeant Terence Randolph, Badge S-872, of the Narcotics Division, and his crew, including Officer Tucker, raided Ms. Crowder's residence looking for narcotics and her son, Clifford Crowder. However, information gathered by Investigator Mercer revealed that Mr. Crowder was picked up on September 29, 1999, by Wayne County Corrections officials on warrant #95-009989, for probation violation, and subsequently sentenced to twenty years in prison. He was held in the Wayne County Jail until his transfer to the Jackson Correctional Facility on October 4, 1999. (Document 7-1)

On May 16, 2000, Chief Investigator Lori Bobbitt Waddles prepared a memo addressed to the Chief of Police. The memo indicated that the Office of the Chief Investigator's investigation of the aforementioned CCR resulted in a finding of "Improper Conduct," and was being forwarded for appropriate action. (Document 7-2)

On September 16, 2000, a Charge Sheet was prepared by Lieutenant Steven Dolunt, Badge L-43, then assigned to the Disciplinary Administration Unit, recommending that Officer Tucker be charged with "Neglect of Duty." (Document 7-3)

On November 1, 2000, Lieutenant Dolunt addressed a memo to the Commanding Officer of the Narcotics Enforcement Section. The memo indicated that the Chief of Police waived jurisdiction in Officer Tucker's disciplinary matter and that it was to be handled at the command level. (Document 7-4)

On November 30, 2000, Inspector Patrick McCarthy, assigned to the Narcotics North-West Section, prepared a memo addressed to Inspector Donald Williams, of the Internal Controls Section. The memo stated he was forwarding a copy of Investigator Mercer's report for review and disposition. (Document 7-5)

On December 5, 2000, this matter was assigned to Sergeant Karen L. Fairley, Badge S-382, of the Internal Affairs Unit for investigation.

On January 22, 2001, Sergeant Tucker (promoted October 27, 2000) was interviewed by Sergeant Fairley after she advised him of his constitutional rights (Miranda). Sergeant Tucker acknowledged having a Search Warrant and Affidavit sworn in on October 4, 1999. He listed on the Search Warrant and Affidavit September 29, 1999, October 1, 1999, and October 4, 1999, as the dates on which he allegedly observed Mr. Crowder selling drugs from the side entrance of 20400 Wyoming. According to Sergeant Tucker, he set up surveillance per a complaint of narcotics activity at the Wyoming address. He was positioned approximately one and a half blocks from the home and using binoculars when he observed who he thought was Mr. Crowder conducting narcotics transactions from the side door.

Sergeant Tucker further stated that he later found out that the person he observed at the door was not Mr. Crowder, who was incarcerated. He went on to say that it is not common to swear out a warrant and be mistaken about the target, but he was certain that it was Mr. Crowder because he has dealt with him in the past. He also stated that the reason he named Mr. Crowder in the search warrant was because he wanted to be thorough.

Sergeant Tucker went on to say that on October 4, 1999, at approximately 9:30 A.M., he conducted a surveillance at 20400 Wyoming prior to swearing out the warrant in order to make sure nothing had changed since his last surveillance. At that time he was alone and observed who he thought was Mr. Crowder at the location. Sergeant Tucker described the person he observed as being a black male, approximately twenty-five years old, 5'6", with a dark complexion and "kinky" hair. That person's physical attributes were close to Mr. Crowder's physical attributes. This person was later identified as Mr. Aronde Ware, B/M/20, who was investigated and released at the scene when the search warrant was executed. On the other days in question narcotics buys

(controlled purchases) were made, and surveillance was conducted, and he was certain that the person selling was Mr. Crowder.

Sergeant Tucker added that he had seen Mr. Crowder prior to obtaining the warrant a few times. Once when he arrested him, and two or three times when he was being investigated. Lastly, Sergeant Tucker stated that it was approximately a six hour time lapse from the time he obtained the search warrant until the warrant was executed. (Tape)

On February 13, 2001, Sergeant Fairley presented an Investigator's Report to Wayne County Assistant Prosecuting Attorney Maria Miller for review.

On March 2, 2001, Ms. Miller denied the issuance of a warrant against Sergeant Tucker due to insufficient evidence. (Document 10-1)

On March 19, 2001, Sergeant Candace Kailimai, Badge S-501, and Investigator Lisa Collins, Badge-I-176, both assigned to the Internal Affairs Unit, interviewed Sergeant Tucker under the provisions of Garrity. He stated that the statement he made under Miranda was the same that he would make under Garrity, and that he had nothing more to add. (Tape)

**CONCLUSION:**

APPROVED

JUN 0 1 2001

*Frederick J. M^c Edwof*

LIEUTENANT, INTERNAL AFFAIRS SECTION

KLF/JW:klf

APPROVED

JUN 0 4 2001

INTERNAL CONTROLS DIVISION

**KAREN L. FAIRLEY**
Sergeant, S-382
Internal Affairs Unit

**JAMES WEISS**
Sergeant, S-1014
Internal Affairs Unit

MISCONDUCT SUMMARY/IAU CASE #00 213
SERGEANT JOSEPH TUCKER JR., BADGE S-95
ASSIGNED:            SIXTH PRECINCT


Charge:                 **NEGLECT OF DUTY**

**SPECIFICATION:** That he, Sergeant Joseph Tucker Jr., Badge S-95, assigned to the Sixth Precinct, did, on October 4, 1999, while holding the rank of police officer and assigned to the West-North Section, while on duty and in civilian attire at the 36th District Court, neglect his duty by swearing to and signing a Search Warrant and Affidavit that contained false information, specifically that he had observed an individual, namely Mr. Clifford Crowder, selling narcotics from 20400 Wyoming on September 29, 1999, October 1, 1999, and October 4, 1999, when in fact Mr. Crowder had been incarcerated since September 29, 1999; this being in violation of General Order 72-17, Section K, subsection 1.

# **EXHIBIT R**

Sgt. Tucker
From:     KELLY FITZGERALD
To:       ROBINSON, KEVIN
BC:       WELLES, PAUL; FITZGERALD, KELLY
Date:     Friday - November 25, 2011 2:20 PM
Subject: Sgt. Tucker

Lieutenant, after we spoke this morning I still was uneasy about this situation. I've given this thing with Tucker a lot of thought and I have to get this off my chest and then I'll leave you to enjoy your Holiday weekend.

I've been at Narcotics for quite awhile. I was there in 1999 when they Arrested Delford Forte and Derrick Carpenae from Narcotics Conspiracy for stealing cash money out of dope houses. This was investigated and proven, they were caught in the act.

I was there in 2001 when Dogbite (Sgt. Raby) was charged and convicted with stealing money because he had a gambling problem. There were also many accusations against Lt. Art McNamara (Coyote) which were never founded but he retired anyway. I believe the rumors, whether true or not, somehow lessened all the good narcotics work he did as a cop because of the allegations.

Sgt. Kenny Jackson (Action) and crew were transferred for accusations of stealing that as far as I know where investigated but were unfounded. These officers also carry this around to this day.

I say all this to say that each one of these instances had different sets of circumstances. Some you could prove and did, some you know it was happening but never could prove and some that you had no idea if it did or did not and it was never proved and ruined some people's careers. Street cops have to deal with allegations all the time.

In this instance I believe (and this is just an opinion) the best case scenario is to transfer Sgt. Tucker out of Narcotics to remove him from the temptation and to re-assign each member of that crew to the other 5 crews under Narcotics. We can prove that he was supposed to be on surveillance and posted on a social network site to the contrary.

It may be hard to prove and circumstantial at best that he has lied on logs and OT sheets, but because one of his officers has come forward I believe removing Sgt. Tucker would not be unfair nor will it undermined the officers efforts from coming forward. Obviously he would be told that there were allegations of OT stealing and that a prelim investigation shows he did, and that's why he was removed.

I also believe that re-assigning the officers and removing Tucker would send a message to Narcotics as to just how serious we are about this. I will also go one step further and suggest that the crews all be re-aligned with the exception of the crew chiefs and maybe one or 2 officers to remove the sense of comfort or complacency amongst crews that could have led to this sort of thing in the first place.

Again, I am just throwing this out there. My intentions aren't to step on anyone's toes or go above ranks. If I were running Narcotics, this is the decision that I would make and feel it is the best conclusion given this specific incident.

Either way, we'll get past this.

http://gw.ci.detroit.mi.us/gw/webacc?User.context=fc7f978595b845b3dda2c6fce450dcedb...   8/20/2013

DPD002735

This situation arose in November/December of 2011 when I, Lieutenant Kelly Fitzgerald, of the Detroit Police Department was assigned to the Narcotics Section as an Administrative Sergeant. My primary function was to process all paperwork for the Commanding Officer of Narcotics, Lieutenant Kevin Robinson and I was a direct report to Lieutenant Robinson (referred to as Robinson going forward). During the week of November 21, 2011, Police Officer (now Sergeant) Stephen Geelhood, called me and inquired about why he was not paid for overtime he worked on November 10, 2011. Officer Geelhood (referred to as Geelhood going forward) worked on a Narcotic Raid crew and reported to Sergeant (Now Lieutenant) Joe L. Tucker Jr. (referred to as Tucker going forward). I explained to Geelhood that I would check into the situation and get back to him. I inquired with Police Officer Jennifer Biggers, the timekeeping officer, why Geelhood had not been paid for the overtime (OT) he worked on November 10, 2011 and she wrote me a note and placed copies of four (4) separate OT requests for the case submitted by Tucker which listed Geelhood and other members of the crew. The note stated "Hey Kelly I talked to K-Rob (referring to Robinson) about these yesterday, and he approved the O.T. for 11/4, 11/8, and 11/13. He said he would take a look at the Nov 10th O.T. when he gets back. Thanks!! Crash". The name Crash is Officer Biggers nickname. Robinson eventually denied the OT for 11/10/11 and dated the denial stamp signed November 10, 2011.

Later the same day during the week of November 21, 2011, Geelhood came to see me for an answer as to why the OT was denied by Robinson. I showed him the note given to me and copies of the OT requests authored by Tucker along with copies of their daily Activity Logs for the OT worked and Geelhood became upset and told me he was tired of working all the OT and doing all the work and that Tucker did not actually work the OT but put his name on the OT, and that he (Geelhood) actually worked all the OT and now he is losing out on OT and Tucker is getting paid OT that he is not actually working. I was shocked by his admission and I asked if he had proof that Tucker did not work this OT. He said no and he doubts any of the other guys would tell the truth that Tucker did not work because they work as a "crew concept" and you do not "rat" on anyone like that. He said he had no physical proof that Tucker was not their during those dates (11/4, 11/10, 11/13, 11/18) but that Tucker is forever "tagging" himself on Facebook (FB) at places/locations around the city, suburbs and other states and he told me that he was sure there were specific dates that he (Tucker) actually put in for OT for working at the exact same time he "tagged" himself outside the city or at an specific location which was not the location his activity log listed that he was at that allowed him to get paid the OT. In other words, Tucker was falsifying OT requests and activity logs saying he worked OT that he did not work. He gave me examples of Tucker "tagging" himself on FB with his sick child at a hospital while he was getting paid OT to work at Narcotics, "tagging" himself on FB at a restaurant outside the city, while getting paid OT to work at Narcotics and "tagging" himself on FB from a child's concert downtown while getting paid OT to work at Narcotics.

I told Geelhood I would look into his allegations and he left my office, but he was very upset/mad that he was still not getting paid for the OT worked on 11/10/11. During that same week of November 21, 2011, after my meeting with Geelhood, I pulled up Tuckers FB page (we were FB friends at the time) and scrolled through the numerous postings and "taggings" Tucker documented on his FB page and was stunned to find similar "taggings" that Geelhood had spoken to me about. I printed those "tags" from a computer on November 22, 2011. I was unsure if there were more dates that Tucker may have posted on FB and could have possibly put in for OT at the exact same time so I printed several days of postings to bring back to the office to verify whether or not Tucker had actually put in for OT during the same time

DPD002736

as alleged. This allegation from Geelhood was of criminal fraud and is a very serious charge and I had to be sure that I was absolutely positive Tucker was committing fraud before I took the evidence and the allegation to the next level. I went through several weeks/moths of Tuckers approved OT as well as his normal paid working time and discovered the following results:

- May 9, 2011 Tucker posted he was in Las Vegas at an airport at 8:32 PM but his time sheets says he was at work at Narcotics from 11AM-7PM
- On June 30, 2011, Tucker posted that he was at Providence Hospital with his sick son at 5:41 PM, yet Tucker was on a paid BV day and worked OT on "operation Party Stopper" at Narcotics from 5PM-12A
- On September 23, 2011, Tucker tagged himself and two others and a child in a picture at the Fox Theater at 3:33 PM with characters from a children's play, YoGabbaGabba Show, while he was paid to work his regular scheduled hours of 11A-7P for the day
- On October 22, 2011, Tucker tagged himself at J. Alexanders restaurant (suburb) at 4:03 PM, yet he was paid OT to be on narcotics surveillance from 1P-8P

There were a few other "tags" that stood out that he appeared to be at a certain location conducting various activities (Car Wash, Running at the gym, watching the Lions football game, in Washington DC at the Police Memorial) while he was being paid either OT or regular straight time working at Narcotics. I gathered all the documents and information I had at proceeded to report my findings to Robinson. Robinson seemed disinterested, and gave me the impression that my findings were no big deal. I cannot recall my exact conversation with Robinson but I was upset enough about his lack of concern and what seemed to be him (Robinson) blowing me off that I called Deputy Chief Paul Welles (referred to as Welles going forward), the DC over the Bureau that ran Narcotics and explained to him what I uncovered. Welles was angry, surprised and upset and told me to reduce my concern to writing and email it to Robinson. Welles stated that if Robinson had not brought the allegations and evidence forward by "Monday", that he would step in and get involved.

On Friday, November 25, 2011 at 2:20 PM I authored the following email to Robinson and CC'd Welles:

*"Lieutenant, after we spoke this morning I still was uneasy about the situation. I've given this thing with Tucker a lot of thought and I have to get this off my chest and then I'll leave you to enjoy your Holiday weekend.*

*I've been at narcotics for quite awhile. I was there in 1999 when they Arrested Delford Forte and Derrick Carpenae from Narcotics Conspiracy for stealing cash money out of dope houses. This was investigated and proven, they were caught in the act.*

*I was there in 2001 when Dogbite (Sgt. Raby) was charged and convicted with stealing money because he had a gambling problem. There were also many accusations against Lt. Art McNamara (Coyote) which were never founded but he retired anyway. I believe the rumors, whether true or not, somehow lessened all the good narcotics work he did as a cop because of the allegations.*

*Sgt. Kenny Jackson (Action) and crew were transferred for accusations of stealing that as far as I know where investigated but were unfounded. These officers carry this around to this day.*

*I say all this to say that each one of these instances had different sets of circumstances. Some you could prove and did, some you know was happening but never could prove and some that you had no idea if it*

*did or did not and it was never proved and ruined some people's careers. Street cops have to deal with allegations all the time.*

*In this instance I believe (and this is just an opinion) the best case scenario is to transfer Sgt. Tucker out of Narcotics to remove him from the temptation and to re-assign each member of that crew to the other 5 crews under Narcotics. We can prove that he was supposed to be on surveillance and posted on a social network site to the contrary.*

*It may be hard to prove and circumstantial at best that he lied on logs and OT sheets, but because one of his officers has come forward I believe removing Sgt. Tucker would not be unfair nor will it undermine the officers efforts from coming forward. Obviously he would be told that there were allegations of OT stealing and that a prelim investigation shows he did, and that's why he was removed.*

*I also believe that re-assigning the officers and removing Tucker would send a message to Narcotics as to just how serious we are about this. I will also go one step further and suggest that crews **all** be re-aligned with the exception of the crew chiefs and maybe one or 2 officers to remove the sense of comfort or complacency amongst crews that could have led to this sort of thing in the first place.*

*Again, I am just throwing this out there. My intensions aren't to step on anyone's toes or go above ranks. If I were running Narcotics, this is the decision that I would make and feel it is the best conclusion given this specific incident.*

*Either way, we'll get past this."*

Robinson never responded but the following Monday, November 28, 2011, Robinson called me into his office to show me a memo he authored addressed to Commander Shereece Fleming-Freeman, of Organized Crime, Robinson's direct boss. The memo read as follows:

*"Request for Investigation of overtime worked by personnel assigned to Narcotics.*

*During the week of November 21, 2011, writer was advised by Sergeant Kelly Fitzgerald, badge S-308, assigned as the administrative Sergeant at Narcotics, that Police Officer Stephen Geelhood, badge 501, assigned to Narcotics Conspiracy Crew contacted her with information. Officer Geelhood stated that there was a discrepancy in overtime that was recently worked and approved during the November 4, 2011 through November 12, 2011 period. Officer Geelhood stated that crew members did not work all the approved overtime during this period and it was approved by crew Sergeant Joe Tucker, badge S-95.*

*Sergeant Fitzgerald advised writer who in turn advised Commander Fleming Freeman. This allegation implies false or incorrect overtime being paid to members of the crew.*

*This documentation as the attached are being provided to your office for review and prerogative."*

Robinson included the overtime requests dated November 4, 8, 10 and 1, 2011 and he (Robinson) endorsed (signed) the memo. He showed me the memo and told me to hand deliver it to Fleming-Freeman. I explained to him that the memo was not completely accurate and that I had more information/evidence that should be added and attached to the memo and Robinson told me he was sticking to what Geelhood originally complained about (the false OT by Tucker that he could not prove but stated Tucker did not work). I was very upset with Robinson and felt as is this was being down played as some sort of clerical error. I drove to Fleming-Freemans office and delivered the memo and attachment to her. I recall her telling me that I did the right thing and this needed to be reported and she was forwarding the information to Internal Affairs (IA).

DPD002738

On December 7, 2011, members from IA, Sergeant Michelle Zberkot and Richard Firsdon came to Narcotics to speak to me about the incident. I gave them copies of all the information I had and told them of all the additional information I had gathered that was not reported in the memo from Robinson. It is my recollection that they left and came back the following day to retrieve additional timekeeping documents they needed for their investigation.

At some point on 12/7 or 12/8, 2011, they were in my office and Robinson called me and asked why we were in there with the door shut. When I explained to him that I was giving them additional documents, he became angry and told me that he was in charge and that they needed to talk to him. I went with them into his office while he explained to them that what Tucker was doing was not a crime and that it is done all the time at Narcotics. In front of Robinson I provided I provided Firsdon and Zberkot with three (3) recent OT requests signed and submitted by Tucker. The requests were for OT worked by Tucker and his crew members on November 28-30, 2011. They were complete with signed activity logs from Tucker and crew as well. I then provided them with a FB posting/tag that Tucker posted on November 28, 2011 at 12:31 PM near Paradise NV (Nevada) that was a picture or what appears to be a hotel room and window in the background and he posted "Breakfast overlooking the Vegas Strip, I WANNA STAY!!" Again on November 28, 2011 at 7:38 PM Tucker tagged from McCarran International Airport in Las Vegas Nevada, stating "Time to come home". Then again on November 29, 2011, at 12:53 AM, Tucker tagged himself from Detroit Metro Airport and posted " LUCY, I'm hoooome!!" (Appearing to reference an old I Love Lucy show.

I provided the unapproved OT and all the documents for the three (3) OT requests to Firsdon and Zberkot and they left. I could tell that Robinson was frustrated and he told me to give him the three OT request so he could look at them. The next morning Robinson handed me back the three requests for OT submitted by Tucker for the dates of November 28-30 and told me to fax IA the OT request for November 28th to show he "Denied" that OT. The date of the Denial stamp and signature from Robinson was December 7, 2011, the date that I gave the documents to Firsdon and Zberkot in his office. Robinson approved the other two dates (11/29-30) and it was my belief that he did that because I had no documents to show that Tucker was not at work and that he worked the OT on those dates. I followed his orders and faxed the info as requested, but I called Firsdon first to tell him what was happening.

Shortly after that date, Geelhood came back to my office and told me that Tucker found out that he came to me about the OT fraud and he was upset that I gave the information to IA. He expressed his fear of being transferred or retaliated against and told me who would not cooperate in the investigation and that he wanted me to call IA and tell them to forget about the whole thing. I expressed to him that I would not do that and I tried to assure him that this was being investigated and he would not be transferred or retaliated against. He was adamant that he was not going to cooperate and left my office. I went to Robinson and told him what happened and I asked if he had told anyone about this incident. He stated to me that he had told Police Officer Booker Tooles (buddah) and that was all. Time passed (a few weeks) and I never heard back from Firsdon and/or Zberkot. I was very frustrated because I felt that nothing changed in the office as far as Tucker and the crew. It was then that I decided to take all the notes I saved and all my correspondence and dates and reduced it to a timeline and documented dates and times and people involved so I would not forget if I was ever questioned formally. This never occurred and after a few months I expressed to DC Welles that I no longer wanted to work at Narcotics in that environment or for Robinson and that I wanted to transfer to another command because of what happened. I even sent emails to other Captains asking if they had openings in their commands so I could transfer out of Narcotics. In October of 2012 Welles transferred me out of Narcotics to the Criminal Investigations Bureau. I never heard another thing about this investigation from anyone including IA.

DPD002739

In November of 2013 I was promoted to the rank of Lieutenant (Tucker was also promoted to Lieutenant along with me) and I was assigned as the Commanding Officer of IA. I had occasion to ask Firsdon who was still at IA now working for me, what happened to the investigation and he told me he was told to turn over all the documents and that the case was "Administratively Closed" by his Lieutenant Whitney Walton and the Commander, Brian Stair. Working at IA for a year and a half I realized rather quickly that the investigation and the information I provided to IA was criminal in nature and should have been looked into by IA and a thorough and compete investigation was warranted. This did not happen.

At the very least, all members mentioned in the complaint should have been interviewed. The investigating OIC could have and should have requested phone records, FB records, financial records, payroll records, video records at Providence Hospital, Fox Theater, Metro Airport, McCann Airport, and any other records that may have provided evidence of fraud. To my knowledge, this did not happen.

At some point in early 2014, while I was in charge or IA, another fraud investigation was brought to the attention of Commander Sims, the Commanding Officer over myself and IA that involved Tucker (now a Lieutenant in charge of the Special Victims Unit, SVU). At the time Tucker was at SVU he reported through the chain of command to my husband, Deputy Chief Charles Fitzgerald, and it was DC Fitzgerald who requested in writing to Commander Sims that IA investigate not only Tucker but other members of SVU due to evidence of possible fraud that surfaced after an audit. Sims gave the information to me and directed me to open and assign an IA investigation on the documents provided, which I did and which was exactly what should have occurred in 2011 when the first complaint was lodged. During the investigation it was reported back to the Chief, during a briefing on the case with myself, the OIC Sergeant Juan Ayala, and Captain Brain Mounsey, the Commanding Officer of Internal Control, who is my direct supervisor, that there was evidence that Tucker at the very least violated several department policies, although the criminal investigation was still ongoing. Chief Craig transferred Tucker as well as his immediate supervisor, Commander Nichols Giaquinto, out of SVU. Tucker was transferred to the 12th Precinct Patrol.

Because of but not limited to, the above mentioned events, Tucker has brought a lawsuit against the City of Detroit naming me, among others as racially discriminating against him and it is sited that I am targeting Tucker because he is black. The suit also speaks of the incident from Narcotics in 2011, stating that I was targeting and investigating him on my own for no reason for fraud and that IA looked into the allegation that I brought forward and it was determined to be "Unfounded".

This was reported in the Detroit News on Friday, July 3, 2015 in an article authored by George Hunter. These accusations against me are completely false. When the allegation of fraud and the information to follow was brought to my attention from Geelhood in 2011, I did exactly what I was supposed to do and gather information and forwarded everything to my supervisors and IA. I took the information to my Lieutenant, my Commander, my Deputy Chief and eventually to IA, all of whom have swept the incident and the evidence I brought forward, under the rug, further leading to the terrible accusations that I am targeting Tucker.

I am respectfully requesting that your office (OIG) look into the following but not limited to:

- Why the initial complaint of criminal conduct that I sent to IA in November/December of 2011 was not investigated, and was closed "Administratively?
- Why I was never formally interviewed regarding the complaint I sent to IA in November/December of 2011?

DPD002740

- Whether or not DC Welles, Commander Felmming-Freeman, Lieutenant Robinson, or Officer Geelhood were formally interviewed regarding the complaint I sent to IA in November/December of 2011?
- If not, why not?
- Due to the statute of limitations of criminal fraud being five (5) years and still within the scope of possible criminal charges against any member involved in criminal fraudulent activity, I am requesting that all documents that I have provided to IA and still retain copies of, be investigated for both criminal and departmental charges on anyone who violated such charges.

For fear of retaliation against myself and my husband, although I am willing to give my name and my personal information, provide a full statement as well as any and all evidence or supporting documents that I still retain, I am requesting to remain anonymous if and until such time that I must make a public statement.

Thank you for your consideration in this matter.

Kelly Fitzgerald, 
Kellyfitz308@yahoo.com

# **EXHIBIT S**

**U.S. District Court**
**Eastern District of Michigan (Port Huron)**
**CIVIL DOCKET FOR CASE #: 3:18-cv-13683-RHC-EAS**

Metris-Shamoon et al v. City of Detroit et al
Assigned to: District Judge Robert H. Cleland
Referred to: Magistrate Judge Elizabeth A. Stafford
Cause: 28:1983 Civil Rights

Date Filed: 11/26/2018
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

<u>Plaintiff</u>
**Debra Metris-Shamoon**

represented by **Dennis A Dettmer**
Dettmer & Dezsi, PLLC
1523 N. Main St.
Royal Oak, MI 48067
313-757-8112
Fax: 313-887-0420
Email: ddettmeresq@yahoo.com
*ATTORNEY TO BE NOTICED*

**Michael R. Dezsi**
Law Office of Michael R. Dezsi, PLLC
1523 N. Main St.
Royal Oak, MI 48067
313-757-8112
Fax: 313-887-0420
Email: mdezsi@dezsilaw.com
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>
**Mukhlis Shamoon**

represented by **Dennis A Dettmer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael R. Dezsi**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>
**Carl Veres**

represented by **Dennis A Dettmer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael R. Dezsi**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>
**Paul Metris**

represented by **Dennis A Dettmer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael R. Dezsi**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>
**Julia Metris**

represented by **Dennis A Dettmer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael R. Dezsi**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

<u>Defendant</u>
**City of Detroit**

represented by **Crystal B Olmstead**
City of Detroit Law Department
2 Woodward Ave Ste. 500
Detroit, MI 48224
313-237-5035

Fax: 313-224-5505
Email: olmsteadc@detroitmi.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Allen**
Allen Brothers
400 Monroe Street
Suite 220
Detroit, MI 48226
313-962-7777
Email: jamesallen@allenbrotherspllc.com
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**James M. Surowiec**
Macomb County Corporation Counsel
1 S. Main St., 8th Fl
Mt. Clemens, MI 48043
586-469-6346
Fax: 586-307-8286
Email: james.surowiec@macombgov.org
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**Lindsey R. Johnson**
Schenk & Bruetsch, PLC
211 W. Fort Street, Suite 1410
Detroit, MI 48226
313-774-1000
Email: Lindsey.Johnson@SBDetroit.com
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**Patrick M. Cunningham**
City of Detroit Law Department
2 Woodward Avenue
Suite 500
Detroit, MI 48226
313-237-5032
Fax: 313-224-5505
Email: cunninghamp@detroitmi.gov
*ATTORNEY TO BE NOTICED*

**Defendant**
**John Doe**
*TERMINATED: 03/21/2019*

represented by **John Doe**
PRO SE

**Lindsey R. Johnson**
(See above for address)
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Jane Doe**
*TERMINATED: 03/21/2019*

represented by **Jane Doe**
PRO SE

**Lindsey R. Johnson**
(See above for address)
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Sgt Joe Tucker**
*TERMINATED: 06/25/2021*

represented by **Crystal B Olmstead**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Allen**
(See above for address)
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**James M. Surowiec**
(See above for address)
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**Lindsey R. Johnson**
(See above for address)
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sgt Candace Matschikowski**
*TERMINATED: 06/25/2021*

represented by **Crystal B Olmstead**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Allen**
(See above for address)
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**James M. Surowiec**
(See above for address)
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**Lindsey R. Johnson**
(See above for address)
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sgt Stephen Geelhood**

represented by **Crystal B Olmstead**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Allen**
(See above for address)
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**James M. Surowiec**
(See above for address)
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**Lindsey R. Johnson**
(See above for address)
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Juan Davis**
*TERMINATED: 06/25/2021*

represented by **Crystal B Olmstead**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Allen**
(See above for address)
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**James M. Surowiec**
(See above for address)
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**Lindsey R. Johnson**
(See above for address)
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brian A Johnson**
*TERMINATED: 06/25/2021*

represented by **Crystal B Olmstead**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Allen**

*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**James M. Surowiec**
(See above for address)
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

**Lindsey R. Johnson**
(See above for address)
*TERMINATED: 12/07/2021*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/26/2018 | 1 | COMPLAINT filed by All Plaintiffs against All Defendants with Jury Demand. Plaintiff requests summons issued. Receipt No: 0645-7002575 - Fee: $ 400. County of 1st Plaintiff: Macomb - County Where Action Arose: Macomb - County of 1st Defendant: Wayne. [Previously dismissed case: No] [Possible companion case(s): USDC EDMICH, 15-cv-10547, Judge Borman] (Dezsi, Michael) (Entered: 11/26/2018) |
| 11/27/2018 | 2 | SUMMONS Issued for *City of Detroit* (SKra) (Entered: 11/27/2018) |
| 11/27/2018 | | A United States Magistrate Judge of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form is available for download at http://www.mied.uscourts.gov (SKra) (Entered: 11/27/2018) |
| 11/29/2018 | 3 | NOTICE of Appearance by Dennis A Dettmer on behalf of All Plaintiffs. (Dettmer, Dennis) (Entered: 11/29/2018) |
| 12/12/2018 | 4 | CERTIFICATE of Service/Summons Returned Executed. City of Detroit served on 12/12/2018, answer due 1/2/2019. (Dezsi, Michael) (Entered: 12/12/2018) |
| 12/13/2018 | 5 | NOTICE of Appearance by James P. Allen on behalf of City of Detroit. (Allen, James) (Entered: 12/13/2018) |
| 12/13/2018 | 6 | NOTICE of Appearance by Lindsey R. Johnson on behalf of City of Detroit. (Johnson, Lindsey) (Entered: 12/13/2018) |
| 12/17/2018 | 7 | STIPULATED ORDER Extending Time for Response to 1 Complaint. **Response due by 1/31/2019**. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 12/17/2018) |
| 01/31/2019 | 8 | ANSWER to Complaint with Affirmative Defenses with Jury Demand *Defendant City of Detroit's Answer to Complaint, Affirmative Defenses and Other Defenses and Reliance Upon Jury Demand and Certificate of Service* by City of Detroit. (Allen, James) (Entered: 01/31/2019) |
| 02/15/2019 | 9 | NOTICE TO APPEAR: **Scheduling/Settlement Conference set for 3/7/2019 11:30 AM before District Judge Arthur J. Tarnow**. (MLan) (Entered: 02/15/2019) |
| 02/21/2019 | | TEXT-ONLY NOTICE: **Scheduling/Settlement Conference ADJOURNED TO 3/14/2019 11:00 AM before District Judge Arthur J. Tarnow**. (MLan) (Entered: 02/21/2019) |
| 03/13/2019 | 10 | ATTORNEY APPEARANCE: James M. Surowiec appearing on behalf of City of Detroit (Surowiec, James) (Entered: 03/13/2019) |
| 03/14/2019 | | Minute Entry for proceedings before District Judge Arthur J. Tarnow: Scheduling Conference held on 3/14/2019. (MLan) (Entered: 03/14/2019) |
| 03/14/2019 | 11 | SCHEDULING ORDER: **Witnesses to be exchanged by 5/1/2019, Discovery Motions to be filed by 8/23/2019, Discovery due by 9/20/2019, Dispositive Motion Cut-off set for 10/28/2019, Joint Final Pretrial Order due 2/3/2020, Final Pretrial Conference set for 2/10/2020 02:30 PM before District Judge Arthur J. Tarnow**. Signed by District Judge Arthur J. Tarnow. (Refer to image for additional dates) (MLan) (Entered: 03/14/2019) |
| 03/21/2019 | 12 | STIPULATED ORDER Allowing Plaintiffs to File First Amended Complaint. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 03/21/2019) |
| 03/21/2019 | 13 | AMENDED COMPLAINT with Jury Demand filed by All Plaintiffs against All Defendants. NEW PARTIES ADDED. (Dezsi, Michael) (Entered: 03/21/2019) |
| 03/21/2019 | | REQUEST for SUMMONS for Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Dezsi, Michael) (Entered: 03/21/2019) |
| 03/22/2019 | 14 | SUMMONS Issued for *Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker* (DPer) (Entered: 03/22/2019) |
| 04/03/2019 | 15 | STIPULATED ORDER Extending Time for Response to 13 Amended Complaint. **Response due by 4/29/2019**. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 04/03/2019) |
| 04/10/2019 | 16 | CERTIFICATE of Service/Summons Returned Executed. Stephen Geelhood served on 4/5/2019, answer due 4/26/2019. (Dezsi, Michael) (Entered: 04/10/2019) |
| 04/18/2019 | 17 | CERTIFICATE of Service/Summons Returned Executed. Brian A Johnson served on 4/17/2019, answer due 5/8/2019. (Dezsi, Michael) (Entered: 04/18/2019) |
| 04/18/2019 | 18 | CERTIFICATE of Service/Summons Returned Executed. Juan Davis served on 4/17/2019, answer due 5/8/2019. (Dezsi, Michael) (Entered: 04/18/2019) |
| 04/18/2019 | 19 | CERTIFICATE of Service/Summons Returned Executed. Joe Tucker served on 4/18/2019, answer due 5/9/2019. (Dezsi, Michael) (Entered: 04/18/2019) |

| | | |
|---|---|---|
| 04/29/2019 | 20 | ATTORNEY APPEARANCE: James P. Allen appearing on behalf of Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker (Allen, James) (Entered: 04/29/2019) |
| 04/29/2019 | 21 | ATTORNEY APPEARANCE: James M. Surowiec appearing on behalf of Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker (Surowiec, James) (Entered: 04/29/2019) |
| 04/29/2019 | 22 | ATTORNEY APPEARANCE: Lindsey R. Johnson appearing on behalf of Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker (Johnson, Lindsey) (Entered: 04/29/2019) |
| 04/29/2019 | 23 | ANSWER to Amended Complaint with Affirmative Defenses *and Reliance Upon Jury Demand* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Johnson, Lindsey) (Entered: 04/29/2019) |
| 05/01/2019 | 24 | *Plaintiffs'* WITNESS LIST by All Plaintiffs (Dezsi, Michael) (Entered: 05/01/2019) |
| 05/01/2019 | 25 | *Defendants' Preliminary Lay and Expert* WITNESS LIST by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker (Johnson, Lindsey) (Entered: 05/01/2019) |
| 05/13/2019 | 26 | AMENDED ANSWER to Complaint 13 Amended Complaint with Affirmative Defenses *and Reliance Upon Jury Demand* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Johnson, Lindsey) (Entered: 05/13/2019) |
| 08/08/2019 | 27 | STIPULATED ORDER Allowing Defendants Leave to File Amended Affirmative Defenses. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 08/08/2019) |
| 08/09/2019 | 28 | AFFIRMATIVE DEFENSES by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker (Johnson, Lindsey) (Entered: 08/09/2019) |
| 08/13/2019 | 29 | ORDER REFERRING OTHER MATTERS to Magistrate Judge R. Steven Whalen: Discovery Conference. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 08/13/2019) |
| 08/20/2019 | 30 | NOTICE TO APPEAR: **Discovery Conference set for 9/10/2019 at 10:00 AM before Magistrate Judge R. Steven Whalen**. (THac) (Entered: 08/20/2019) |
| 08/22/2019 | 31 | MOTION Extend Scheduling Order by 120 days by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A) (Johnson, Lindsey) (Entered: 08/22/2019) |
| 08/22/2019 | 32 | ORDER REFERRING MOTION to Magistrate Judge R. Steven Whalen: 31 MOTION Extend Scheduling Order by 120 days filed by City of Detroit, Juan Davis, Candace Matschikowski, Brian A Johnson, Joe Tucker, Stephen Geelhood. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 08/22/2019) |
| 08/26/2019 | 33 | NOTICE OF HEARING on 31 Defendants' MOTION to Amend Scheduling Order Dates by 120 Days . **Motion Hearing set for 9/10/2019 at 10:00 AM before Magistrate Judge R. Steven Whalen.** (THac) (Entered: 08/26/2019) |
| 09/04/2019 | 34 | RESPONSE to 31 MOTION Extend Scheduling Order by 120 days filed by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A Indictment, # 3 Exhibit B Jury Trial Transcript, # 4 Exhibit C Internal Affairs File, # 5 Exhibit D Affidavit and Search Warrant, # 6 Exhibit E Discovery Requests, # 7 Exhibit F Notices of Deposition) (Dezsi, Michael) (Entered: 09/04/2019) |
| 09/06/2019 | 35 | REPLY to Response re 31 MOTION Extend Scheduling Order by 120 days filed by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7) (Johnson, Lindsey) (Entered: 09/06/2019) |
| 09/10/2019 | | Minute Entry for proceedings before Magistrate Judge R. Steven Whalen: Discovery Conference held on 9/10/2019 - (CCie) Modified on 9/10/2019 (CCie). (Entered: 09/10/2019) |
| 09/10/2019 | | Minute Entry for proceedings before Magistrate Judge R. Steven Whalen: Motion Hearing held on 9/10/2019 re 31 MOTION Extend Scheduling Order by 120 days filed by City of Detroit, Juan Davis, Candace Matschikowski, Brian A Johnson, Joe Tucker, Stephen Geelhood - Disposition: Motion granted. (Court Reporter: Digitally Recorded) (CCie) (Entered: 09/10/2019) |
| 09/10/2019 | 36 | ORDER GRANTING DEFENDANTS' 31 Motion to Amend Scheduling Order- Signed by Magistrate Judge R. Steven Whalen. ***PLEASE SEE DOCUMENT FOR IMPORTANT DATES*** (CCie) (Entered: 09/10/2019) |
| 09/14/2019 | 37 | MOTION for Reconsideration re 36 Order on Motion - Free by All Defendants. (Attachments: # 1 Exhibit May v. City of Detroit) (Surowiec, James) (Entered: 09/14/2019) |
| 09/17/2019 | 38 | ORDER STAYING 36 Order on Motion, Set Deadlines as to 37 MOTION for Reconsideration re 36 Order on Motion: (**Plaintiff's Response due by 9/24/2019**) - Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 09/17/2019) |
| 09/18/2019 | 39 | RESPONSE to 37 MOTION for Reconsideration re 36 Order on Motion - Free filed by All Plaintiffs. (Dezsi, Michael) (Entered: 09/18/2019) |
| 09/23/2019 | 40 | ORDER DENYING DEFENDANTS 37 Motion for Reconsideration - Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 09/23/2019) |
| 10/31/2019 | 41 | NOTICE TO APPEAR BY TELEPHONE: **Status Conference set for 11/13/2019 02:00 PM before District Judge Arthur J. Tarnow.** (MLan) (Entered: 10/31/2019) |
| 11/08/2019 | 42 | MOTION for Relief from the Magistrate Judge's Discovery Order [Dkt #36] re 36 Order on Motion - Free by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A Declaration, # 3 Exhibit B Redacted Declaration, # 4 Exhibit C Deposition Transcript, # 5 Exhibit D Affidavit & Warrant, # 6 Exhibit E Sealed) (Dezsi, Michael) (Entered: 11/08/2019) |
| 11/08/2019 | 43 | SEALED EXHIBIT *E Deposition Transcript* re 42 MOTION for Relief from the Magistrate Judge's Discovery Order [Dkt #36] re 36 Order on Motion - Free by All Plaintiffs. (Dezsi, Michael) (Entered: 11/08/2019) |
| 11/12/2019 | 44 | MOTION to Compel *Deposition Testimony* by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit Article, # 3 Exhibit Notices of Depositions, # 4 Exhibit email, # 5 Exhibit Jackson trial testimony, # 6 Exhibit Leavells Plea Agreement, # 7 Exhibit Leavells trial testimony, # 8 Exhibit Indictment, # 9 Exhibit Memo Re Reorganization, # 10 Exhibit Objections to Discovery, # 11 Exhibit Sims Depo Trans excerpts) (Dezsi, Michael) (Entered: 11/12/2019) |

| 11/13/2019 | | TEXT-ONLY NOTICE: Telephone Status Conference on 11/13/2019 is Cancelled. Issues resolved. (MLan) (Entered: 11/13/2019) |
|---|---|---|
| 11/13/2019 | 45 | ORDER REFERRING MOTIONS to Magistrate Judge R. Steven Whalen: 42 MOTION for Relief from the Magistrate Judge's Discovery Order re 36 Order filed by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres, 44 MOTION to Compel *Deposition Testimony* filed by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 11/13/2019) |
| 11/19/2019 | 46 | NOTICE OF HEARING on 42 MOTION for Relief from the Magistrate Judge's Discovery Order [Dkt 36] and 44 MOTION to Compel *Deposition Testimony*. **Resolved/Unresolved Issues due by 12/17/2019. Motion Hearings set for 12/19/2019 at 10:00 AM before Magistrate Judge R. Steven Whalen.** (Entered: 11/19/2019) |
| 11/22/2019 | 47 | RESPONSE to 42 MOTION for Relief from the Magistrate Judge's Discovery Order [Dkt #36] re 36 Order on Motion - Free *with Brief in Support* filed by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1- Plaintiffs' Concurrence Email, # 3 Exhibit 2- Plaintiffs' Emails agreeing to Protective Order, # 4 Exhibit 3- Plaintiffs' Statement of Unresolved Discovery Issues, # 5 Exhibit 4- Plaintiffs' Email Denying Concurrence, # 6 Exhibit 5- Email from Case Manager, # 7 Exhibit 6- Attorney's Eyes Only Discovery Production, # 8 Exhibit 7-Attorney's Eyes Only Geelhood Dep Transcript, # 9 Exhibit 8- Geelhood Transcript Pages Start-Finish Times) (Surowiec, James) (Entered: 11/22/2019) |
| 11/22/2019 | 48 | SEALED EXHIBIT re 47 Response to Motion,,, by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Exhibit 6-Attorney's Eyes Only Court Ordered Discovery Production, # 2 Exhibit 7-Attorney's Eyes Only Geelhood Deposition Transcript) (Surowiec, James) (Entered: 11/22/2019) |
| 11/25/2019 | 49 | REPLY to Response re 42 MOTION for Relief from the Magistrate Judge's Discovery Order [Dkt #36] re 36 Order on Motion - Free filed by All Plaintiffs. (Dezsi, Michael) (Entered: 11/25/2019) |
| 11/27/2019 | 50 | RESPONSE to 44 MOTION to Compel *Deposition Testimony with Brief in Support* filed by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1-Search Warrant, # 3 Exhibit 2-Articles) (Surowiec, James) (Entered: 11/27/2019) |
| 12/03/2019 | 51 | REPLY to Response re 44 MOTION to Compel *Deposition Testimony* filed by All Plaintiffs. (Dezsi, Michael) (Entered: 12/03/2019) |
| 12/09/2019 | 52 | MOTION for Protective Order *with Brief in Support* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Surowiec, James) (Entered: 12/09/2019) |
| 12/10/2019 | 53 | INDEX of Exhibits re 52 MOTION for Protective Order *with Brief in Support* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker (Attachments: # 1 Exhibit 1- Proposed Protective Order, # 2 Exhibit 2- Search Warrant, # 3 Exhibit 3- Deposition Excerpts Metris-Shamoon, # 4 Exhibit 4- Chief Craig Declaration, # 5 Exhibit 5-Chief Godbee Declaration) (Surowiec, James) (Entered: 12/10/2019) |
| 12/10/2019 | 54 | INDEX of Exhibits re 52 MOTION for Protective Order *with Brief in Support* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker *(CORRECTED VERSION)* (Attachments: # 1 Exhibit 1- Proposed Protective Order, # 2 Exhibit 2- Search Warrant, # 3 Exhibit 3- Deposition Excerpts Metris-Shamoon, # 4 Exhibit 4- Chief Craig Declaration, # 5 Exhibit 5-Chief Godbee Declaration) (Surowiec, James) (Entered: 12/10/2019) |
| 12/13/2019 | 55 | EXHIBIT *Supplemental Exhibits* re 44 MOTION to Compel *Deposition Testimony* by All Plaintiffs (Attachments: # 1 Index of Exhibits, # 2 Exhibit news article, # 3 Exhibit news article) (Dezsi, Michael) (Entered: 12/13/2019) |
| 12/16/2019 | 56 | *First Amended Lay and Expert* WITNESS LIST by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker (Johnson, Lindsey) (Entered: 12/16/2019) |
| 12/19/2019 | 57 | *Second Amended Lay and Expert* WITNESS LIST by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker (Johnson, Lindsey) (Entered: 12/19/2019) |
| 12/19/2019 | | Minute Entry for proceedings before Magistrate Judge R. Steven Whalen: Motion Hearing held on 12/19/2019 re 44 MOTION to Compel *Deposition Testimony* filed by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres, 42 MOTION for Relief from the Magistrate Judge's Discovery Order [Dkt #36] re 36 Order on Motion - Free filed by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres - Disposition: Motion 42 and 44 granted. (Court Reporter: Digitally Recorded - DUTY) (CCie) (Entered: 12/20/2019) |
| 12/20/2019 | 58 | ORDER GRANTING PLAINTIFF'S 42 Motion for Relief from Magistrate Judge's Discovery Order - Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 12/20/2019) |
| 12/20/2019 | 59 | ORDER GRANTING PLAINTIFF'S 44 Motion to Compel- Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 12/20/2019) |
| 12/23/2019 | 60 | ORDER REFERRING MOTION to Magistrate Judge R. Steven Whalen: 52 MOTION for Protective Order filed by City of Detroit, Juan Davis, Candace Matschikowski, Brian A Johnson, Joe Tucker, Stephen Geelhood. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 12/23/2019) |
| 12/30/2019 | 61 | MOTION to Compel *Production of Documents* by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A Detroit News Article, # 3 Exhibit B Plaintiffs' 2nd RTP, # 4 Exhibit C Defendants' Objections 2nd RTP, # 5 Exhibit D Detroit News Article, # 6 Exhibit E Detroit News Article, # 7 Exhibit F Jury Trial Transcript Gary Jackson, # 8 Exhibit G Jury Trial Transcript Arthur Leavells) (Dezsi, Michael) (Entered: 12/30/2019) |
| 12/30/2019 | 62 | ORDER REFERRING MOTION to Magistrate Judge R. Steven Whalen: 61 MOTION to Compel *Production of Documents* filed by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 12/30/2019) |
| 12/30/2019 | 63 | MOTION to Compel *Plaintiffs' Responses to Document Requests* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A- Plaintiffs' Responses to Roggs, # 3 Exhibit B- Plaintiffs' Doc Production, # 4 Exhibit C-Plaintiffs' Responses to RPD, # 5 Exhibit D-December 16th Email, # 6 Exhibit E - Dec 29 to 30th Email Correspondence) (Johnson, Lindsey) (Entered: 12/30/2019) |
| 01/03/2020 | 64 | ORDER DENYING DEFENDANTS' 52 Motion for Protective Order - Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 01/03/2020) |
| 01/03/2020 | 65 | REQUEST *for an Extension of Time in order to Object to Magistrate Judge's Opinion* by City of Detroit, Juan Davis, Stephen Geelhood, |

| | | |
|---|---|---|
| | | Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1- Declaration of Surowiec and Email, # 3 Exhibit 2- Declaration of Holland, # 4 Exhibit 3- Email to Court Reporter) (Surowiec, James) (Entered: 01/03/2020) |
| 01/03/2020 | 66 | REQUEST *(Corrected) for Extension of Time to File Objections to the Opinion and Order of the Magistrate Judge* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1- Declaration of Surowiec and Email, # 3 Exhibit 2- Declaration of Holland, # 4 Exhibit 3- Email to Court Reporter) (Surowiec, James) (Entered: 01/03/2020) |
| 01/07/2020 | 67 | ORDER REFERRING MOTION to Magistrate Judge R. Steven Whalen: 63 MOTION to Compel *Plaintiffs' Responses to Document Requests* filed by City of Detroit, Juan Davis, Candace Matschikowski, Brian A Johnson, Joe Tucker, Stephen Geelhood. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 01/07/2020) |
| 01/07/2020 | 68 | NOTICE OF HEARING on 61 MOTION to Compel *Production of Documents* and 63 MOTION to Compel *Plaintiffs' Responses to Document Requests*. **Resolved/Unresolved Issues due by 2/4/2020. Motion Hearing set for 2/6/2020 at 10:00 AM before Magistrate Judge R. Steven Whalen**. (THac) (Entered: 01/07/2020) |
| 01/07/2020 | | TEXT-ONLY ORDER GRANTING DEFENDANT'S 66 Request for An Extension of Time, filed by City of Detroit, Juan Davis, Candace Matschikowski, Brian A Johnson, Joe Tucker, Stephen Geelhood - Entered by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 01/07/2020) |
| 01/09/2020 | 69 | NOTICE TO APPEAR BY TELEPHONE: **Status Conference set for 1/13/2020 03:00 PM before District Judge Arthur J. Tarnow**. Counsel are directed to forward their phone numbers by email to mike_lang@mied.uscourts.gov prior to the conference. (MLan) (Entered: 01/09/2020) |
| 01/13/2020 | | Minute Entry for proceedings before District Judge Arthur J. Tarnow: Telephonic Status Conference held on 1/13/2020. (MLan) (Entered: 01/13/2020) |
| 01/13/2020 | 70 | RESPONSE to 61 MOTION to Compel *Production of Documents and Brief in Support* filed by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1- Hearing Transcript, # 3 Exhibit 2 - Search Warrant, # 4 Exhibit 3- Defendants Discovery Responses) (Johnson, Lindsey) (Entered: 01/13/2020) |
| 01/14/2020 | 71 | RESPONSE to 63 MOTION to Compel *Plaintiffs' Responses to Document Requests* filed by All Plaintiffs. (Dezsi, Michael) (Entered: 01/14/2020) |
| 01/17/2020 | 72 | NOTICE by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker re 64 Order on Motion for Protective Order, 59 Order on Motion to Compel *of Objections to the Orders of the Magistrate Judge* (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1- Hearing Transcript, Dec 19, 2019, # 3 Exhibit 2- Order Granting Plaintiffs' Motion to Compel Depositions, # 4 Exhibit 3- Order Denying Defendants' Motion for Protective Order) (Surowiec, James) (Entered: 01/17/2020) |
| 01/20/2020 | 73 | SUPPLEMENTAL BRIEF re 72 Notice (Other),, *Response to Defendants Objections to Magistrate Judge's Orders* filed by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit News Article 12/11/19, # 3 Exhibit News Article 12/12/19) (Dezsi, Michael) (Entered: 01/20/2020) |
| 01/21/2020 | 74 | REPLY to Response re 63 MOTION to Compel *Plaintiffs' Responses to Document Requests* filed by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit E, # 3 Exhibit F, # 4 Exhibit G, # 5 Exhibit H, # 6 Exhibit I) (Johnson, Lindsey) (Entered: 01/21/2020) |
| 01/21/2020 | 75 | REPLY to Response re 61 MOTION to Compel *Production of Documents* filed by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit H Transcript) (Dezsi, Michael) (Entered: 01/21/2020) |
| 01/23/2020 | 76 | SUPPLEMENTAL BRIEF re 74 Reply to Response to Motion, filed by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Johnson, Lindsey) (Entered: 01/23/2020) |
| 01/27/2020 | 77 | MOTION TO EXTEND Discovery *30 Days* by All Plaintiffs. (Dezsi, Michael) (Entered: 01/27/2020) |
| 01/29/2020 | 78 | ORDER Sustaining in part and Overruling in part 72 Objections by Defendants re 64 Order on Motion for Protective Order, 59 Order on Motion to Compel. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 01/29/2020) |
| 01/29/2020 | 79 | ORDER REFERRING MOTIONS to Magistrate Judge R. Steven Whalen: 77 MOTION TO EXTEND Discovery 30 Days filed by Plaintiffs, 44 MOTION to Compel *Deposition Testimony* filed by Plaintiffs, 52 MOTION for Protective Order filed by Defendants. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 01/29/2020) |
| 01/29/2020 | 80 | SUPPLEMENTAL BRIEF re 78 Order, Order to Vacate filed by All Plaintiffs. (Dezsi, Michael) (Entered: 01/29/2020) |
| 02/04/2020 | 81 | NOTICE OF HEARING on 77 MOTION TO EXTEND Discovery *30 Days*. **Motion Hearing set for 2/6/2020 at 10:00 AM before Magistrate Judge R. Steven Whalen** - (CCie) (Entered: 02/04/2020) |
| 02/04/2020 | 82 | RESPONSE to 77 MOTION TO EXTEND Discovery *30 Days Opposing Any Extension* filed by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1- Plaintiffs' 2nd Notice of Deposition for Chiefs, # 3 Exhibit 2- Email between Counsel, # 4 Exhibit 3- Hearing Transcript Excerpts (12/19/2019), # 5 Exhibit 4- Plaintiffs' 1st Notice of Deposition of Chiefs, # 6 Exhibit 5- US Atty Sentencing Memo, # 7 Exhibit 6- Police Report, # 8 Exhibit 7- Mukhlis Shamoon Deposition Excerpts, # 9 Exhibit 8- Preliminary Lab Tests, # 10 Exhibit 9- Chain of Custody Reports, # 11 Exhibit 10- Notice of Forfeiture, # 12 Exhibit 11- January Notices of Deps & Subpoenas, # 13 Exhibit 12- Plaintiffs' 5th RFP, # 14 Exhibit 13- Notice of Status Conference, # 15 Exhibit 14- Plaintiffs Email Insisting on Proceeding with Deps of Chiefs, # 16 Exhibit 15- Defs' email seeking compromise) (Surowiec, James) (Entered: 02/04/2020) |
| 02/04/2020 | | TEXT-ONLY NOTICE: Final Pretrial Conference on 2/10/2020 is Cancelled. New date to be set following determination of pending motions. (MLan) (Entered: 02/04/2020) |
| 02/06/2020 | | Minute Entry for proceedings before Magistrate Judge R. Steven Whalen: Motion Hearing held on 2/6/2020 re 63 MOTION to Compel *Plaintiffs' Responses to Document Requests* filed by City of Detroit, Juan Davis, Candace Matschikowski, Brian A Johnson, Joe Tucker, Stephen Geelhood, 77 MOTION TO EXTEND Discovery *30 Days* filed by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres, 61 MOTION to Compel *Production of Documents* filed by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres - Disposition: 61 Motion granted in part and denied in part; 63 Motion granted in part and denied in part; 77 Motion granted. (Court Reporter: Digitally Recorded) (CCie) (Entered: 02/06/2020) |

| 02/07/2020 | 83 | ORDER GRANTING PLAINTIFFS' 61 Motion to Compel- Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 02/07/2020) |
|---|---|---|
| 02/07/2020 | 84 | ORDER GRANTING DEFENDANTS' 63 Motion to Compel- Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 02/07/2020) |
| 02/07/2020 | 85 | ORDER GRANTING PLAINTIFFS' 77 MOTION TO EXTEND Discovery - Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 02/07/2020) |
| 02/07/2020 | | TEXT-ONLY ORDER AMENDING SCHEDULING ORDER: **Discovery due by 5/7/2020, Dispositive Motion Cut-off set for 6/8/2020, Joint Final Pretrial Order due 9/21/2020, Final Pretrial Conference set for 9/28/2020 02:30 PM before District Judge Arthur J. Tarnow**. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 02/07/2020) |
| 02/10/2020 | 86 | SUPPLEMENTAL ORDER re 58 Order on Motion - Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 02/10/2020) |
| 02/10/2020 | 87 | ORDER GRANTING PLAINTIFFS' 44 Motion to Compel AND DENYING DEFENDANTS' 52 Motion for Protective Order - Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 02/10/2020) |
| 03/09/2020 | 88 | STIPULATED PROTECTIVE ORDER - Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 03/09/2020) |
| 04/03/2020 | 89 | NOTICE to All Plaintiffs *of Motion to Consolidate Cases* (Dezsi, Michael) (Entered: 04/03/2020) |
| 04/06/2020 | 90 | MOTION for Order to Show Cause *and/or for Default Judgment for Defendants' Failure to Comply with this Court's Prior Discovery Order [Dkt #83]* by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A Plaintiffs' Second Request to Produce, # 3 Exhibit B Detroit News Article 12/11/2019, # 4 Exhibit C Detroit News Article 12/12/2019, # 5 Exhibit D Defendants' Answers to Second Request to Produce, # 6 Exhibit E Article) (Dezsi, Michael) (Entered: 04/06/2020) |
| 04/06/2020 | 91 | MOTION for Voluntary Dismissal Without Prejudice Against Defendants Johnson, Matschikowski, and Tucker by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A Jury Trial Transcript, # 3 Exhibit B Detroit News Article 12/11/2019, # 4 Exhibit C Detroit News Article 12/12/2019) (Dezsi, Michael) (Entered: 04/06/2020) |
| 04/14/2020 | 92 | ORDER REFERRING MOTION to Magistrate Judge R. Steven Whalen: 90 MOTION for Order to Show Cause *and/or for Default Judgment for Defendants' Failure to Comply with this Court's Prior Discovery Order [Dkt #83]* filed by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 04/14/2020) |
| 04/20/2020 | 93 | RESPONSE to 91 MOTION for Voluntary Dismissal Without Prejudice Against Defendants Johnson, Matschikowski, and Tucker filed by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6) (Johnson, Lindsey) (Entered: 04/20/2020) |
| 04/21/2020 | 94 | RESPONSE to 90 MOTION for Order to Show Cause *and/or for Default Judgment for Defendants' Failure to Comply with this Court's Prior Discovery Order [Dkt #83]* in opposition filed by All Defendants. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Declaration of Graveline, # 3 Exhibit B - Defendants doc production, # 4 Exhibit C - Email exchange re LR 71) (Johnson, Lindsey) (Entered: 04/21/2020) |
| 04/21/2020 | 95 | NOTICE OF HEARING BY TELEPHONE on 90 MOTION for Order to Show Cause *and/or for Default Judgment for Defendants' Failure to Comply with this Court's Prior Discovery Order [Dkt #83].* **Resolved/Unresolved Issues due by 5/15/2020. Motion Hearing set for 5/19/2020 at 10:00 AM before Magistrate Judge R. Steven Whalen.** CALL IN INFORMATION WILL BE PROVIDED PRIOR TO HEARING. (THac) (Entered: 04/21/2020) |
| 04/24/2020 | 96 | REPLY to Response re 91 MOTION for Voluntary Dismissal Without Prejudice Against Defendants Johnson, Matschikowski, and Tucker filed by All Plaintiffs. (Dezsi, Michael) (Entered: 04/24/2020) |
| 04/27/2020 | 97 | REPLY to Response re 90 MOTION for Order to Show Cause *and/or for Default Judgment for Defendants' Failure to Comply with this Court's Prior Discovery Order [Dkt #83]* filed by All Plaintiffs. (Dezsi, Michael) (Entered: 04/27/2020) |
| 05/04/2020 | 98 | *Amended* WITNESS LIST by All Plaintiffs (Dezsi, Michael) (Entered: 05/04/2020) |
| 05/19/2020 | | Minute Entry for proceedings before Magistrate Judge R. Steven Whalen: Telephonic Motion Hearing held on 5/19/2020 re 90 MOTION for Order to Show Cause *and/or for Default Judgment for Defendants' Failure to Comply with this Court's Prior Discovery Order [Dkt #83]* filed by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres. Disposition: Motion taken under advisement (Court Reporter: Rene Twedt) (MarW) (Entered: 05/19/2020) |
| 05/30/2020 | 99 | STIPULATED ORDER EXTENDING SCHEDULING ORDER: **Discovery due by 7/7/2020, Dispositive Motion Cut-off set for 8/8/2020, Final Pretrial Conference set for 11/23/2020 02:30 PM before District Judge Arthur J. Tarnow**. Signed by District Judge Arthur J. Tarnow. (Refer to image for additional dates) (MLan) (Entered: 05/30/2020) |
| 06/08/2020 | 100 | NOTICE TO APPEAR BY TELEPHONE: **Status Conference set for 6/9/2020 at 10:00 AM before Magistrate Judge R. Steven Whalen - ***PLEASE SEE NOTICE FOR ADDITIONAL IMPORTANT INFORMATION*** (CCie) (Entered: 06/08/2020) |
| 06/09/2020 | 101 | OPINION and ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' 90 MOTION for Order to Show Cause *and/or for Default Judgment for Defendants' Failure to Comply with this Court's Prior Discovery Order [Dkt #83]* filed by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres - Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 06/09/2020) |
| 06/09/2020 | | Minute Entry for proceedings before Magistrate Judge R. Steven Whalen: Telephonic Status Conference held on 6/9/2020 - (CCie) (Entered: 06/09/2020) |
| 06/15/2020 | 102 | NOTICE of Appearance by Patrick M. Cunningham on behalf of City of Detroit. (Cunningham, Patrick) (Entered: 06/15/2020) |
| 06/15/2020 | 103 | MOTION to Stay re 101 Memorandum Opinion & Order,, Terminate Motions, by City of Detroit. (Cunningham, Patrick) (Entered: 06/15/2020) |
| 06/17/2020 | 104 | ORDER REFERRING MOTION to Magistrate Judge R. Steven Whalen: 103 MOTION to Stay re 101 Memorandum Opinion & Order filed by City of Detroit. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 06/17/2020) |
| 06/19/2020 | 105 | MOTION to Disqualify Counsel *City of Detroit Law Department* by All Plaintiffs. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A Appearance of Counsel Garcia, # 3 Exhibit B Excerpt of Deposition Transcript of Arthur Leavells, # 4 Exhibit C Leavells Plea Agreement, |

| | | |
|---|---|---|
| | | # 5 Exhibit D Excerpt of Jury Trial Transcript: Arthur Leavells, # 6 Exhibit E Correspondence from Garcia) (Dezsi, Michael) (Entered: 06/19/2020) |
| 06/26/2020 | 106 | RESPONSE to 103 MOTION to Stay re 101 Memorandum Opinion & Order,, Terminate Motions, filed by All Plaintiffs. (Dezsi, Michael) (Entered: 06/26/2020) |
| 07/01/2020 | 107 | ORDER REFERRING MOTION to Magistrate Judge R. Steven Whalen: 105 MOTION to Disqualify Counsel *City of Detroit Law Department* filed by Plaintiffs. Signed by District Judge Arthur J. Tarnow. (CCie) (Entered: 07/01/2020) |
| 07/01/2020 | 108 | NOTICE TO APPEAR BY TELEPHONE: **Status Conference set for 7/2/2020 at 9:30 AM before Magistrate Judge R. Steven Whalen** - ***PLAINTIFFS' COUNSEL, PLEASE EMAIL THE CASE MANAGER A CALL IN NUMBER FOR THE TELEPHONE CONFERENCE*** (CCie) (Entered: 07/01/2020) |
| 07/01/2020 | 109 | RESPONSE to 105 MOTION to Disqualify Counsel *City of Detroit Law Department* filed by City of Detroit. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8) (Johnson, Lindsey) (Entered: 07/01/2020) |
| 07/02/2020 | | Minute Entry for proceedings before Magistrate Judge R. Steven Whalen: Telephonic Status Conference held on 7/2/2020 - (CCie) |
| 07/02/2020 | 110 | ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' 103 Motion to Stay - Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 07/02/2020) |
| 07/07/2020 | 111 | REPLY to Response re 105 MOTION to Disqualify Counsel *City of Detroit Law Department* filed by All Plaintiffs. (Dezsi, Michael) (Entered: 07/07/2020) |
| 07/16/2020 | 112 | APPEAL OF MAGISTRATE JUDGE DECISION by City of Detroit re 110 Order on Motion to Stay. (Cunningham, Patrick) (Entered: 07/16/2020) |
| 07/20/2020 | 113 | RESPONSE to 112 Appeal of Magistrate Judge Decision *Denying Its Motion for Clarification or for a Sixty Day Stay of Enforcement* by All Plaintiffs. (Dezsi, Michael) (Entered: 07/20/2020) |
| 07/23/2020 | 114 | NOTICE TO APPEAR BY VIDEO CONFERENCE: **Objection to R&R Hearing set for 8/5/2020 03:30 PM before District Judge Arthur J. Tarnow**. |Zoom Webinar Information: https://zoom.us/j/99317086263?pwd=ZzUrTUNCNHlvaEJFckdqaVQyYVBXQT09 Passcode: 235954 Or join by phone: Dial(for higher quality, dial a number based on your current location): US: +1 301 715 8592 or +1 312 626 6799 or +1 602 753 0140 or +1 213 338 8477 or +1 253 215 8782| (MLan) (Entered: 07/23/2020) |
| 07/27/2020 | 115 | RE-NOTICE TO APPEAR BY VIDEO CONFERENCE: **Objection to R&R Hearing set for 8/5/2020 03:30 PM before District Judge Arthur J. Tarnow. THIS NOTICE CORRECTS THE ZOOM INVITATION INFORMATION.** |Zoom Webinar Information: https://zoom.us/j/99317086263?pwd=ZzUrTUNCNHlvaEJFckdqaVQyYVBXQT09 Passcode: 235954 Or iPhone one-tap : US: +13017158592,,99317086263#,,,,,,0#,,235954# or +13126266799,,99317086263#,,,,,,0#,,235954#| (MLan) (Entered: 07/27/2020) |
| 08/05/2020 | | Minute Entry for proceedings before District Judge Arthur J. Tarnow: OBJECTION Hearing held on 8/5/2020. Disposition: Objection Resolved on the Record. (Court Reporter: Lawrence Przybysz) (MLan) (Entered: 08/06/2020) |
| 08/11/2020 | 116 | STIPULATED PROTECTIVE ORDER. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 08/11/2020) |
| 08/11/2020 | 117 | STIPULATED ORDER Extending Deadlines: **Discovery due by 9/10/2020, Dispositive Motion Cut-off set for 10/23/2020.** Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 08/11/2020) |
| 08/18/2020 | 118 | NOTICE by All Plaintiffs of withdrawal of 91 MOTION for Voluntary Dismissal Without Prejudice Against Defendants Johnson, Matschikowski, and Tucker ; *Partial Withdrawal as to Defendant Tucker Only*. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A Internal Affairs documents, # 3 Exhibit B Excerpt IA Case 00 213, # 4 Exhibit C Defendants' Answers & Objections to Plaintiffs' First Request for Production of Documents, # 5 Exhibit D Correspondence, # 6 Exhibit E Excerpt IA Case 14 149) (Dezsi, Michael) (Entered: 08/18/2020) |
| 08/26/2020 | 119 | DOCUMENT IS NOT A NOTICE DOCUMENT TITLED: DEFENDANTS RESPONSE TO PLAINTIFFS NOTICE OF PARTIAL WITHDRAWAL OF MOTION FOR VOLUNTARY DISMISSAL NOTICE by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker re 118 Notice to Withdraw Motion,, (Surowiec, James) Modified on 8/28/2020 (LGra). (Entered: 08/26/2020) |
| 08/27/2020 | 120 | NOTICE by All Plaintiffs re 116 Protective Order *Dated August 11, 2020* (Dezsi, Michael) (Entered: 08/27/2020) |
| 10/23/2020 | 121 | MOTION to Dismiss *Pursuant to Fed R Civ P 12(c) with Brief in Support* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1- Davis Complaint, # 3 Exhibit 2- Davis First Amended Complaint, # 4 Exhibit 3- Davis Motion to Certify, # 5 Exhibit 4- R&R Denying Class Cert, # 6 Exhibit 5-Order Denying Class Cert, # 7 Exhibit 6- Metris Shamoon Complaint, # 8 Exhibit 7- Metris Shamoon First Amended Complaint) (Surowiec, James) (Entered: 10/23/2020) |
| 10/23/2020 | 122 | MOTION for Summary Judgment *With Brief in Support* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Surowiec, James) (Entered: 10/23/2020) |
| 10/24/2020 | 123 | MOTION for Summary Judgment *CORRECTED with Brief in Support* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1- Geelhood Deposition, # 3 Exhibit 2- Search Warrant, # 4 Exhibit 3- Declaration of Tucker, # 5 Exhibit 4- Declaration of Johnson, # 6 Exhibit 5- Declaration of J Davis, # 7 Exhibit 6- Declaration of Matschikowski, # 8 Exhibit 7- DPD Report, # 9 Exhibit 8-Prelim Lab Test, # 10 Exhibit 9-Firearm Reports, # 11 Exhibit 10- Notice of Forfeiture, # 12 Exhibit 11- Dixon Declaration, # 13 Exhibit 12-IBRSYS Property Reports, # 14 Exhibit 13-Mrs. Shamoon Dep, # 15 Exhibit 14- Mr. Shamoon Dep, # 16 Exhibit 15- Photos of Grow Op, # 17 Exhibit 16- Paul Metris Dep, # 18 Exhibit 17- Julia Metris Dep, # 19 Exhibit 18- Mr. Veres Dep) (Surowiec, James) (Entered: 10/24/2020) |
| 11/10/2020 | 124 | STIPULATED ORDER Extending Time for Responses as to 121 MOTION to Dismiss Pursuant to Fed R Civ P 12(c) and 123 CORRECTED MOTION for Summary Judgment: **Responses due by 11/23/2020.** Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 11/10/2020) |
| 11/18/2020 | | TEXT-ONLY NOTICE: Final Pretrial Conference on 11/23/2020 is Cancelled. New date to be set following determination of pending motions. (MLan) (Entered: 11/18/2020) |

| 11/20/2020 | 125 | RESPONSE to 123 MOTION for Summary Judgment *CORRECTED with Brief in Support* filed by All Plaintiffs. (Dezsi, Michael) (Entered: 11/20/2020) |
|---|---|---|
| 11/20/2020 | 126 | APPENDIX re: 125 Response to Motion filed by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres. by All Plaintiffs *Combined Exhibits In Opposition to Defendants' Corrected Motion for Summary Judgment [Dkt#123] and Motion to Dismiss [Dkt #121]* (Attachments: # 1 Exhibit A Search Warrant & Affidavit, # 2 Exhibit B DPD Report (Shamoon), # 3 Exhibit C Deposition Transcript of Debra Metris-Shamoon, # 4 Exhibit D Order of Dismissal, # 5 Exhibit E Motion Hearing Transcript, # 6 Exhibit F Deposition Transcript of Matthew Bray, # 7 Exhibit G Motion Hearing Transcript, # 8 Exhibit H Defendants' Answers & Objections to Second Request to Admit, # 9 Exhibit I Defendants' Answers & Objections to Plaintiffs' 1st Interrogatories and Requests for Production, # 10 Exhibit I-2 Defendants' Answers & Objections to Plaintiffs' Fifth Request to Produce, # 11 Exhibit I-3 Defendant City's Responses & Objections to Schedule A, # 12 Exhibit J McGee Complaint, # 13 Exhibit K Defendants Response to Court Order Production, # 14 Exhibit K1 Audio Recording of Chuck Fitzgerald, # 15 Exhibit L Search Warrant & Affidavit (Matelic) McCallum, # 16 Exhibit M Final Conference Transcript; McCallum, # 17 Exhibit N WCPO Press Release, # 18 Exhibit O Order of Dismissal; People v Chancellor, # 19 Exhibit P Jury Trial Transcript Vol 14, # 20 Exhibit Q Defendants' Answers & Objections to Plaintiffs' 4th Interrogatories, # 21 Exhibit R DPD Communications, # 22 Exhibit S Detroit News Article 11-01-2014, # 23 Exhibit T Indictment of Watson & Hansberry, # 24 Exhibit U Hansberry Judgment, # 25 Exhibit V Watson Judgment, # 26 Exhibit W Jury Trial Transcript Vol 15, # 27 Exhibit X DPD Record, # 28 Exhibit Y Detroit News 12-11-2019, # 29 Exhibit Z Detroit News 12-12-2019, # 30 Exhibit AA DPD Report (Davis), # 31 Exhibit BB DPD Report (McShane), # 32 Exhibit CC DPD Report (Lockard), # 33 Exhibit DD DPD Report (Reid), # 34 Exhibit EE Deposition Transcript of Chief Craig, # 35 Exhibit FF Deposition Transcript of Stephen Geelhood 04-04-2016, # 36 Exhibit GG IA File (Rayis), # 37 Exhibit HH Chancellor Documents, # 38 Exhibit II Search Warrant & Affidavit (Geelhood); Chancellor, # 39 Exhibit JJ Order of Dismissal; People v. McCallum, # 40 Exhibit KK Search Warrant & Affidavit (Bray); Lockard, # 41 Exhibit LL Deposition Transcript of Matthew Bray 01-30-2020, # 42 Exhibit MM Defendants' Answers & Objections to Plaintiff's 4th Request to Produce; Frontczak, # 43 Exhibit NN 2012 Operating Procedures, # 44 Exhibit OO DPD Retention Policy, # 45 Exhibit PP Correspondence, # 46 Exhibit QQ Search Warrant & Affidavit (Bray) McShane, # 47 Exhibit RR Deposition Transcript of Stephen Geelhood 10-15-2019, # 48 Exhibit SS Declaration of Stephen Geelhood, # 49 Exhibit TT Declaration of Sgt. McCoy-O'Neill, # 50 Exhibit UU Deposition Transcript (2) of Stephen Geelhood 10-15-2019, # 51 Exhibit VV DPD Seizure, # 52 Exhibit WW Warrendale Blog, # 53 Exhibit XX Deposition Transcript of Chief Godbee, # 54 Exhibit YY IA Case documents, # 55 Exhibit ZZ Detroit News 01-22-2015, # 56 Exhibit AAA IA Correspondence, # 57 Exhibit BBB Notice of Discipline, # 58 Exhibit CCC Leavells Plea Agreement, # 59 Exhibit DDD Deposition Transcript of Mukhlis Shamoon, # 60 Exhibit EEE SOI Documents, # 61 Exhibit FFF Obituary, # 62 Exhibit GGG Declaration of Justin Reid, # 63 Exhibit HHH Search Warrant & Affidavit (Leavells) Reid, # 64 Exhibit III Search Warrant & Affidavit (Leavells) Davis, # 65 Exhibit JJJ Excerpt of Leavells Deposition Transcript, # 66 Exhibit KKK Photographs) (Dezsi, Michael) (Entered: 11/20/2020) |
| 11/20/2020 | 127 | Ex Parte MOTION for Leave to File *Exhibits in the Traditional Manner* by All Plaintiffs. (Dezsi, Michael) (Entered: 11/20/2020) |
| 11/20/2020 | 128 | RESPONSE to 121 MOTION to Dismiss *Pursuant to Fed R Civ P 12(c) with Brief in Support* filed by All Plaintiffs. (Dezsi, Michael) (Entered: 11/20/2020) |
| 11/30/2020 | 129 | STIPULATION AND ORDER granting Plaintiffs' leave to file excess pages in plaintiffs' brief in opposition to Defendants' Motion for Summary Judgment 123 . Signed by District Judge Arthur J. Tarnow. (McColley, N) (Entered: 11/30/2020) |
| 12/04/2020 | 130 | REPLY to Response re 121 MOTION to Dismiss *Pursuant to Fed R Civ P 12(c) with Brief in Support* filed by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 8- McCallum Opinion (Excerpt), # 3 Exhibit 9-WCP-CIU Memo_Redacted, # 4 Exhibit 10- Deposition of APA Newman (Excerpt), # 5 Exhibit 11- Cover Page CIU-Memo Under Seal) (Surowiec, James) (Entered: 12/04/2020) |
| 12/07/2020 | 131 | MOTION for Leave to File *Sealed Exhibit (Ex. 11) re: 130 Reply Brief* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Surowiec, James) (Entered: 12/07/2020) |
| 12/07/2020 | 132 | REPLY to Response re 123 MOTION for Summary Judgment *CORRECTED with Brief in Support* filed by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 19- Geelhood Dep Part II, # 3 Exhibit 20- Police Reports, # 4 Exhibit 21- CI Death Certificate, # 5 Exhibit 22- Detective Rutledge Declaration, # 6 Exhibit 23- CI Obituary, # 7 Exhibit 24- Geelhood Declaration, # 8 Exhibit 25- Verdict Form USA v. Hansberry, # 9 Exhibit 26- Deposition of Chief Godbee, # 10 Exhibit 27- Deposition of Chief Craig) (Surowiec, James) (Entered: 12/07/2020) |
| 12/08/2020 | | TEXT-ONLY ORDER granting 127 Ex Parte MOTION for Leave to File *Exhibits in the Traditional Manner* filed by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 12/08/2020) |
| 12/10/2020 | 136 | EXHIBIT K1 in support of 126 Appendix filed by plaintiffs (filed in the traditional manner) (DPer) (Entered: 12/28/2020) |
| 12/11/2020 | 133 | RESPONSE to 131 MOTION for Leave to File *Sealed Exhibit (Ex. 11) re: 130 Reply Brief* filed by All Plaintiffs. (Dezsi, Michael) (Entered: 12/11/2020) |
| 12/21/2020 | 134 | STIPULATED ORDER Extending Time and Granting Excess Pages. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 12/21/2020) |
| 12/22/2020 | 135 | MOTION for Leave to File *Corrected (Signed) Declarations in Support of Defendants Motions for Summary Judgment* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Index of Exhibits A- with corrected exhibits 3, 4, 5, 6, and 11 attached) (Surowiec, James) (Entered: 12/22/2020) |
| 12/29/2020 | 137 | RESPONSE to 135 MOTION for Leave to File *Corrected (Signed) Declarations in Support of Defendants Motions for Summary Judgment* filed by All Plaintiffs. (Dezsi, Michael) (Entered: 12/29/2020) |
| 01/04/2021 | 138 | REPLY to Response re 135 MOTION for Leave to File *Corrected (Signed) Declarations in Support of Defendants Motions for Summary Judgment* filed by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Attachments: # 1 Exhibit A- Email of Defendants stipulating to Plaintiffs' requested relief) (Surowiec, James) (Entered: 01/04/2021) |
| 01/22/2021 | 139 | NOTICE TO APPEAR BY VIDEO CONFERENCE: **Status Conference set for 2/18/2021 11:00 AM before District Judge Arthur J. Tarnow**. This conference is set to discuss recently filed motions (#131 and 135). Counsel will receive Zoom invitation by email. (MLan) (Entered: 01/22/2021) |
| 02/18/2021 | | Minute Entry for proceedings before District Judge Arthur J. Tarnow: Status Conference held on 2/18/2021. (MLan) (Entered: 02/18/2021) |

| 02/23/2021 | 140 | ORDER granting 131 Motion for Leave to File Sealed Exhibit; granting 135 Motion for Leave to File Corrected (Signed) Declarations. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 02/23/2021) |
| --- | --- | --- |
| 03/01/2021 | 141 | EXHIBIT *REPLACEMENT DECLARATIONS (SIGNED)* re 123 MOTION for Summary Judgment *CORRECTED with Brief in Support* by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker (Attachments: # 1 Index of Exhibits, # 2 Exhibit 3- Signed Declaration of Sgt. Tucker, # 3 Exhibit 4- Signed Declaration of PO B. Johnson, # 4 Exhibit 5- Signed Declaration of Juan Davis, # 5 Exhibit 6- Signed Declaration of Sgt. Matschikowski, # 6 Exhibit 11- Signed Declaration of Sgt. Dixon) (Surowiec, James) (Entered: 03/01/2021) |
| 03/02/2021 | 142 | SEALED EXHIBIT *11* re 130 Reply to Response to Motion, by City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski, Joe Tucker. (Surowiec, James) (Entered: 03/02/2021) |
| 03/11/2021 | 143 | NOTICE OF HEARING BY VIDEO CONFERENCE on 121 MOTION to Dismiss Pursuant to Fed R Civ P 12(c), 123 MOTION for Summary Judgment CORRECTED with Brief in Support. **Motion Hearing set for 4/28/2021 02:30 PM before District Judge Arthur J. Tarnow.** [Zoom Webinar Information: https://www.zoomgov.com/j/1618355148?pwd=MnRqMm1lZCtDd0hVNU9WWTZzVVJqdz09 Passcode: 436861 Or iPhone one-tap : US: +16692545252,,1618355148# or +16468287666,,1618355148#]. (MLan) (Entered: 03/11/2021) |
| 03/16/2021 | 144 | OPINION AND ORDER DENYING PLAINTIFFS' 105 MOTION to Disqualify Counsel *City of Detroit Law Department*, Motions terminated: 105 MOTION to Disqualify Counsel *City of Detroit Law Department* filed by Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, Carl Veres - Signed by Magistrate Judge R. Steven Whalen. (CCie) (Entered: 03/16/2021) |
| 04/28/2021 | | Minute Entry for proceedings before District Judge Arthur J. Tarnow: Motion Hearing held on 4/28/2021 re 123 MOTION for Summary Judgment *CORRECTED* filed by City of Detroit, Juan Davis, Candace Matschikowski, Brian A Johnson, Joe Tucker, Stephen Geelhood, 121 MOTION to Dismiss *Pursuant to Fed R Civ P 12(c)* filed by City of Detroit, Juan Davis, Candace Matschikowski, Brian A Johnson, Joe Tucker, Stephen Geelhood Disposition: Motions taken under advisement. (Court Reporter: Lawrence Przybysz) (MLan) (Entered: 04/29/2021) |
| 06/25/2021 | 145 | ORDER granting in part and denying in part 121 Motion to Dismiss; denying 123 Motion for Summary Judgment. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 06/25/2021) |
| 07/08/2021 | 146 | AMENDED COMPLAINT with Jury Demand filed by All Plaintiffs against City of Detroit, Stephen Geelhood. NO NEW PARTIES ADDED. (Dezsi, Michael) (Entered: 07/08/2021) |
| 07/08/2021 | 147 | NOTICE of Change of Address/Contact Information by Michael R. Dezsi on behalf of All Plaintiffs. (Dezsi, Michael) (Entered: 07/08/2021) |
| 07/20/2021 | 148 | NOTICE TO APPEAR BY VIDEO CONFERENCE: **Status Conference set for 8/2/2021 03:30 PM before District Judge Arthur J. Tarnow.** Counsel will receive Zoom invitation by email. (MLan) (Entered: 07/20/2021) |
| 07/22/2021 | 149 | ANSWER to Amended Complaint with Affirmative Defenses by City of Detroit. (Surowiec, James) (Entered: 07/22/2021) |
| 08/02/2021 | | Minute Entry for proceedings before District Judge Arthur J. Tarnow: Status Conference held on 8/2/2021 **Joint Final Pretrial Order to be submitted by 1/18/2022, Final Pretrial Conference set for 1/25/2022 03:00 PM before District Judge Arthur J. Tarnow, Jury Trial set for 1/31/2022 09:30 AM before District Judge Arthur J. Tarnow.** (MLan) (Entered: 08/02/2021) |
| 09/27/2021 | 150 | TRANSCRIPT of Motion Hearing held on April 28, 2021. (Court Reporter/Transcriber: Lawrence R. Przybysz) (Number of Pages: 40) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 10/18/2021. Redacted Transcript Deadline set for 10/28/2021. Release of Transcript Restriction set for 12/27/2021. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Przybysz, L) (Entered: 09/27/2021) |
| 12/07/2021 | 151 | STIPULATED ORDER of Substitution of Counsel - Attorney Crystal B Olmstead for City of Detroit, Juan Davis, Stephen Geelhood, Brian A Johnson, Candace Matschikowski and Joe Tucker added. Attorney James M. Surowiec; James P. Allen and Lindsey R. Johnson terminated. Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 12/07/2021) |
| 12/07/2021 | | Text-Only Order of reassignment from Magistrate Judge R. Steven Whalen to Magistrate Judge Elizabeth A. Stafford pursuant to Administrative Order 21-AO-013. (SSch) (Entered: 12/07/2021) |
| 12/10/2021 | 152 | STIPULATED ORDER of Adjournment of Trial: **Joint Final Pretrial Order to be submitted by 5/9/2022, Final Pretrial Conference set for 5/16/2022 03:00 PM before District Judge Arthur J. Tarnow, Jury Trial set for 5/23/2022 09:30 AM before District Judge Arthur J. Tarnow.** Signed by District Judge Arthur J. Tarnow. (MLan) (Entered: 12/10/2021) |
| 02/16/2022 | | Text-Only Order of reassignment from District Judge Arthur J. Tarnow to District Judge Victoria A. Roberts pursuant to Administrative Order 22-AO-007. (SSch) (Entered: 02/16/2022) |
| 02/17/2022 | 153 | ORDER of RECUSAL and REASSIGNING CASE from District Judge Victoria A. Roberts in Detroit to District Judge Robert H. Cleland in Port Huron. (SSch) (Entered: 02/17/2022) |
| 03/03/2022 | 154 | ORDER Referring ALL Pretrial Matters to Magistrate Judge Elizabeth A. Stafford. Signed by District Judge Robert H. Cleland. (LWag) (Entered: 03/03/2022) |
| 03/16/2022 | 155 | NOTICE TO APPEAR BY VIDEO CONFERENCE: **Status Conference set for 4/7/2022 at 10:30 AM before Magistrate Judge Elizabeth A. Stafford.** ***Parties are to file a joint factual and procedural summary of the case by 3/30/22. Parties to receive Zoom invitation in a separate email prior to conference.*** (MarW) (Entered: 03/16/2022) |
| 03/30/2022 | 156 | STATEMENT of Joint Factual and Procedural Summary by Debra Metris-Shamoon (Dezsi, Michael) (Entered: 03/30/2022) |
| 04/07/2022 | | Minute Entry for virtual proceedings before Magistrate Judge Elizabeth A. Stafford: Status Conference held on 4/7/2022. (Court Reporter: None Present, Not on the Record) (MarW) (Entered: 04/07/2022) |
| 04/07/2022 | 157 | NOTICE TO APPEAR BY VIDEO CONFERENCE: **Status Conference set for 5/10/2022 at 09:30 AM before Magistrate Judge Elizabeth A. Stafford.** Parties are to be prepared to discuss the status of the bankruptcy motion, alternative dispute resolution, and the schedule for pretrial proceedings. Counsel to receive Zoom invitation in a separate email. (MarW) (Entered: 04/07/2022) |

| 04/18/2022 | 158 | AMENDED NOTICE TO APPEAR BY TELEPHONE: **Status Conference reset for 6/16/2022 at 11:30 AM before Magistrate Judge Elizabeth A. Stafford.** The Court shall initiate the conference call. (Status conference adjourned because of the pending motion before the bankruptcy court) (MarW) (Entered: 04/18/2022) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/17/2022 10:20:01 | | |
| **PACER Login:** | md4293suite1600 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:18-cv-13683-RHC-EAS |
| **Billable Pages:** | 20 | **Cost:** | 2.00 |
| **Exempt flag:** | Not Exempt | **Exempt reason:** | Not Exempt |