UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re:* | Case No. 13-53846 |
| | Hon. Thomas J. Tucker |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
| *Debtor.* | |

| | |
|---|---|
| DENNIS A. DETTMER (P12708) | MILLER, CANFIELD, PADDOCK |
| MICHAEL R. DEZSI (P64530) | AND STONE, PLC |
| *Counsel for Plaintiffs-Creditors/Appellants* | Marc N. Swanson (P71149) |
| *Debra Metris-Shamoon, et al.,* | Attorney for City of Detroit, |
| Dettmer & Dezsi, PLLC | Debtor/Appellees |
| 1523 N. Main St. | 150 W. Jefferson, Suite 2500 |
| Royal Oak, MI 48067 | Detroit, MI 48226 |
| (313) 757-8112 | (313) 496-7591 T |
| ddettmeresq@yahoo.com | (313) 496-8451 F |
| mdezsi@dezsilaw.com | swansonm@millercanfield.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of September, 2022, I electronically filed and served a copy of the Notice of Appeal (Doc 13624), Amended Notice of Appeal and Statement of Election, Civil Cover Sheet and Proof of Service with the Clerk of the Court using the ECF system which will send notification to all interested parties and attorneys of record in this case. I further certify that on September 8, 2022, I served a copy of the Notice of Appeal (Doc 13624), Amended Notice of Appeal and Statement of Election, Civil Cover Sheet and Proof of Service upon counsel for the City of Detroit via email at:

MILLER CANFIELD, PADDOCK AND STONE, PLC
MARC N. SWANSON (P71149)
*Attorney for City of Detroit*
150 W. Jefferson, Suite 2500
Detroit, MI 48226
swansonm@millercanfield.com


September 8, 2022              By:   */s/ Michael R. Dezsi*
                                     MICHAEL R. DEZSI
                                     DETTMER & DEZSI, PLLC,
                                     1523 N. Main St.
                                     Royal Oak, MI 48067
                                     (313) 757-8112 Office
                                     (313) 887-0420 Fax
                                     mdezsi@dezsilaw.com
                                     P64530