# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF Michigan

<u>Eastern</u>

| | |
|---|---|
| IN RE <u>City of Detroit, MI</u><br><br>Debtor. | BAP No. <u>22-12150</u> |
| <u>Debra Metris-Shamoon, et al</u><br><br>Appellant,<br><br>v.<br><br><u>City of Detroit, MI</u><br><br>Appellee. | Bankr. No. <u>13-53846</u><br>Adv. No. <br>Chapter <u>9</u> |

## Statement of Issues to Be Presented

<u>Debra Metris-Shamoon</u>, pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby states the issues to be presented on appeal:

*The bankruptcy court erred when it:*

1. Did the bankruptcy court err as a matter of law by rejecting Respondents' equitable arguments of laches and estoppel in response to the debtor City's motion for the entry of an order enforcing the bar date?

2. Did the bankruptcy court err in concluding that the Respondents' were unknown creditors whose claims were not "readily ascertainable" such that Respondents were entitled to only constructive notice of the City's bankruptcy?

3.

4. _____

_____

_____

_____

5. _____

_____

_____

_____

Dated: 09/22/2022

*/s/Michael R. Dezsi* (P64530)
*Signature*

1523 N. Main St.
*Address*

Royal Oak, MI 48067
*Address*

(313) 757-8112
*Phone Number*

mdezsi@dezsilaw.com
*ECF E-mail Address*

.

**File with the Bankruptcy Court**
Note: Attach proof of service on all parties. Fed. R. Bankr. P. 8011(d)(1)(B).