# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re:*                         Case No. 13-53846
                                    Hon. Thomas J. Tucker

CITY OF DETROIT, MICHIGAN,        Chapter 9

     *Debtor.*

___

| | |
|---|---|
| DENNIS A. DETTMER (P12708) <br> MICHAEL R. DEZSI (P64530) <br> *Counsel for Plaintiffs-Creditors/Appellants* <br> *Debra Metris-Shamoon, et al.,* <br> Dettmer & Dezsi, PLLC <br> 1523 N. Main St. <br> Royal Oak, MI 48067 <br> (313) 757-8112 <br> ddettmeresq@yahoo.com <br> mdezsi@dezsilaw.com | MILLER, CANFIELD, PADDOCK AND STONE, PLC <br> Marc N. Swanson (P71149) <br> Attorney for City of Detroit, Debtor/Appellees <br> 150 W. Jefferson, Suite 2500 <br> Detroit, MI 48226 <br> (313) 496-7591 T <br> (313) 496-8451 F <br> swansonm@millercanfield.com |

___

## CERTIFICATE OF SERVICE

     I hereby certify that on the 22nd day of September, 2022, I electronically filed and served a copy of Appellant Debra Metris-Shamoon's Designation of Items to be Included in the Record on Appeal, Items, Statement of Issues to be Presented and Proof of Service with the Clerk of the Court using the ECF system which will send notification to all interested parties and attorneys of record in this case via email at:

                MILLER CANFIELD, PADDOCK AND STONE, PLC
                MARC N. SWANSON (P71149)
                *Attorney for City of Detroit*
                150 W. Jefferson, Suite 2500
                Detroit, MI 48226
                swansonm@millercanfield.com

September 22, 2022						By:	*/s/ Michael R. Dezsi*
							MICHAEL R. DEZSI
							DETTMER & DEZSI, PLLC,
							1523 N. Main St.
							Royal Oak, MI 48067
							(313) 757-8112 Office
							(313) 887-0420 Fax
							mdezsi@dezsilaw.com
							P64530