UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                       Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                Chapter 9

             Debtor.                             Judge Thomas J. Tucker
_____/

## ORDER SETTING DEADLINE FOR RICHARD WERSHE, JR. TO FILE
## ANY REPLY BRIEF IN SUPPORT OF HIS MOTION
## TO FILE PROOF OF CLAIM AFTER BAR DATE

This case is before the Court on the motion filed by Richard Wershe, Jr. ("Wershe"), entitled "Richard J. Wershe, Jr's Motion for Entry of Notice of Claim After Bar Date" (Docket # 13560, the "Motion"). The City of Detroit filed an objection to the Motion (Docket # 13572).

L.B.R. 9014-1(f) (E.D. Mich.) states that: "[a] reply brief of not more than seven pages in length, including footnotes and signatures, may be filed and served not less than three Business Days before the hearing on the motion." The Court has not yet scheduled a hearing on the Motion. At this time the Court will set a specific deadline for Wershe to file any reply brief in support of the Motion. So the Court will vary the usual procedure under L.B.R. 9014-1(e), in the following way.

IT IS ORDERED that Wershe may file a reply brief in support of the Motion (such reply brief is optional), but any such reply brief must be filed no later than October 14, 2022.

**Signed on September 30, 2022**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**