UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE:<br><br>CITY OF DETROIT<br><br>　　　　　　　　　　Debtor. | Chapter 9<br><br>Case No. 13-53846-tjt<br><br>Hon. Thomas J. Tucker |

**REQUEST TO BE REMOVED FROM RECEIVING<br>ELECTRONIC NOTICES**

Attorney Sheryl L. Toby hereby requests to be removed from receiving electronic notices at the following e-mail address: stoby@dykema.com.

Dated: October 4, 2022

/s/ *Sheryl L. Toby*
Sheryl L. Toby (P39114)
DYKEMA GOSSETT PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
(248) 203-0522
stoby@dykema.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE:<br><br>CITY OF DETROIT<br><br>Debtor. | Chapter 9<br><br>Case No. 13-53846-tjt<br><br>Hon. Thomas J. Tucker |

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2022, a copy of the foregoing REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

Dated: October 4, 2022

/s/ Sheryl L. Toby
Sheryl L. Toby (P39114)
DYKEMA GOSSETT PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
(248) 203-0522
stoby@dykema.com