# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>    Debtor. | Bankruptcy Case Number 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |
| Julia Metris, et al.,<br>    Appellants,<br>v.<br>City of Detroit, Michigan,<br>    Appellee. | Case No. 2:22-cv-12150-BAF-JJCG<br>Honorable Bernard A. Friedman<br>Magistrate Judge Jonathan J.C. Grey |

## APPELLEE CITY OF DETROIT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

In accordance with Federal Rule of Bankruptcy Procedure 8009(a)(3), Appellee, the City of Detroit ("City"), submits this designation of additional items to be included in the record in connection with the Amended Notice of Appeal filed by Appellants Julia Metris, Paul Metris, Debra Metris-Shamoon, Mukhlis Shamoon, and Carl Veres on September 8, 2022 (Doc. No. 13627) from the Order and Opinion of United States Bankruptcy Judge Thomas J. Tucker entered in this case on August 26, 2022 (Doc. Nos. 13617 and 13618):

| Doc. No. | Title | Date |
|---|---|---|
| 1146 | Motion of Debtor, Pursuant to Sections 105, 501 and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), for Entry of an Order Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof | 10/10/2013 |
| 1782 | Order, Pursuant to Sections 105, 501 and 503 of the Bankruptcy Code and Bankruptcy Rules 2002 and 3003(c), Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof | 11/21/2013 |
| 8045 | Eighth Amended Plan for the Adjustment of Debts of the City of Detroit (October 22, 2014) | 10/22/2014 |
| 8272 | Order Confirming Eighth Amended Plan for the Adjustment of Debts of the City of Detroit | 11/12/2014 |

Respectfully submitted,

By: /s/ Marc N. Swanson
    Marc N. Swanson (P71149)
    Ronald A. Spinner (P73198)
    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Telephone: (313) 496-7591
    Facsimile: (313) 496-8451
    swansonm@millercanfield.com

ATTORNEYS FOR THE CITY OF DETROIT

Dated: October 5, 2022

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>    Debtor. | Bankruptcy Case Number 13-53846<br>Honorable Thomas J. Tucker<br>Chapter 9 |
| Julia Metris, et al.,<br>    Appellants,<br>v.<br>City of Detroit, Michigan,<br>    Appellee. | Case No. 2:22-cv-12150-BAF-JJCG<br>Honorable Bernard A. Friedman<br>Magistrate Judge Jonathan J.C. Grey |

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 5, 2022, he served a copy of *Appellee City of Detroit's Designation of Items to Be Included in the Record on Appeal*, without its Appendix, upon Appellants via first class mail, at the address below. Additionally, service was completed electronically by ECF upon filing.

Michael R. Dezsi
Law Office of Michael R. Dezsi, PLLC
1523 N. Main St.
Royal Oak, MI 48067

                                 By: /s/ Marc N. Swanson
                                    Marc N. Swanson (P71149)
                                    150 West Jefferson, Suite 2500
                                    Detroit, Michigan 48226
                                    Telephone: (313) 496-7591
                                    Facsimile: (313) 496-8451
                                    swansonm@millercanfield.com

October 5, 2022