shown on Exhibit B as Municipal Obligations, in Authorized Denominations and leaving $43,349,210 of the Prior UTGO Bonds remaining outstanding as Stub UTGO Bonds in Authorized Denominations as shown on Exhibit C, pursuant to and in accordance with the provisions of Act 34 and Act 279, for the purpose of satisfying the Class 8 claims as required by the Plan of Adjustment. The MFA Bonds will, in the aggregate, mature or be subject to mandatory redemption and optional redemption in the same principal amounts per maturity, and bear interest at the same interest rates as the Restructured UTGO Bonds.

(b)     On the Effective Date, that portion of the Aggregate UTGO Tax Levy designated to pay the principal of and interest on the Stub UTGO Bonds (but subject to the prior rights of the holders of the Municipal Obligation) (the "Assigned UTGO Bond Tax Proceeds") shall be assigned by the Plan of Adjustment (without any further consent or action on the part of, or additional consideration payable to, the Bond Insurers, the Dissenting Bond Insurer or the holders of the Stub UTGO Bonds) to the Plan Assignees, and such proceeds shall not be paid to the paying agent for the UTGO Bonds, but shall be paid to the Plan Assignees directly by the Debt Millage Escrow Trustee.

Section 202. Declaration of Borrowing. The City shall issue the Bonds as hereinafter provided and as finally confirmed by the Authorized Officer in the Supplemental Order, secured by the unlimited tax full faith, credit and resources of the City which will be payable from ad valorem taxes levied on all taxable property within the City without limitation as to rate or amount, for the purposes stated herein.

## ARTICLE III

## AUTHORIZATION, REDEMPTION AND ASSIGNMENT OF THE BONDS

Section 301. Authorization of Bonds and Pledge. (a)  The City hereby authorizes the issuance of the Bonds in such series and in such principal amounts as shall be confirmed in the Supplemental Order. The Bonds shall be payable from and secured, to the extent permitted by applicable law, including, without limitation, Section 12(1)(x) of Act 436, by a lien on the Debt Millage Revenues derived from an annual levy of ad valorem taxes on all taxable property in the City without limitation as to rate or amount. Pursuant to authorization provided in Act 227, the City hereby pledges as additional security for the payment of principal of and interest on the Bonds, Distributable Aid payments that the City is eligible to receive on a fourth lien basis subordinate to the pledge thereof for the payment of the Prior DSA Bonds. The Finance Director is hereby authorized and directed to negotiate, approve and execute the Fifth Supplemental Indenture for and on behalf of the City with U.S. Bank National Association, Detroit, Michigan, as Master Trustee, to provide for a fourth lien pledge of Distributable Aid to secure payment of the Bonds. Nothing in this Order shall restrict or be construed as restricting the City's ability to make additional pledges or assignments of Distributable Aid as security for current or future bonds or obligations of the City, subject to the requirements for the issuance of additional bonds and obligations set forth in the Master Indenture.

(b)     The Debt Millage Revenues as pledged by the City to secure payment of the Bonds, shall constitute "special revenues," as defined in Section 902 of the Bankruptcy Code and "pledged special revenues," as the term is used in Section 922(d) of the Bankruptcy Code.

Section 302.  <u>Designations, Dates, Interest Rates, Maturities, Redemption and Other Terms of the Bonds and Stub UTGO Bonds.</u>

(a)   The Bonds shall be designated as "DISTRIBUTABLE STATE AID FOURTH LIEN RESTRUCTURED BONDS (UNLIMITED TAX GENERAL OBLIGATION), SERIES 2014 and may bear such later or earlier dates and additional or alternative designations as the Authorized Officer may determine in the Supplemental Order, shall be issued in fully registered form and shall be consecutively numbered from "R-1" upwards, respectively unless otherwise provided by the Authorized officer in the Supplemental Order.  The Bonds shall be dated and issued in Denominations all as determined by the Authorized Officer and confirmed by the Authorized Officer in the Supplemental Order.

(b)   The Bonds shall be issued in multiple separate series, each one corresponding to the related series of the Prior UTGO Bonds listed on Exhibit A hereto.  Each separate series of the Municipal Obligations shall be issued in a principal amount equal to 86.9% of the outstanding principal amount of each maturity of the related series of Prior UTGO Bonds in Authorized Denominations as provided in Section 201(a).  Each series of Municipal Obligations shall be further subdivided into two subseries, with one subseries equal to 84.5% of the outstanding principal amount of each maturity of the related series of Prior UTGO Bonds, in Authorized Denominations, and the second subseries equal to 2.4% of the outstanding principal amount of each maturity of the related series of Prior UTGO Bonds, in Authorized Denominations.

(c)   The Bonds and the Stub UTGO Bonds shall bear interest from _____, 201_, at the same interest rate per annum as the related Prior UTGO Bonds; be subject to amortization on the same schedule as the related Prior UTGO Bonds; mature on the same dates; and be subject to redemption in the same manner as the related Prior UTGO Bonds.  Unless otherwise provided by the Authorized Officer in the Supplemental Order, interest on the Bonds shall be calculated on the basis of a 360 day year consisting of twelve, 30 day months.  In the event that a calculation of interest is not an integral multiple of $0.01, the Paying Agent shall round all amounts less than or equal to $0.0049 down to the nearest $0.01 and round all amounts greater than $.0049 up to the nearest $0.01.  The Bonds shall be payable, as to principal and interest, in lawful money of the United States of America.

(d)   On or after the Effective Date, the Municipal Obligations shall be delivered to the MFA in consideration for bonds to be issued by the MFA (the "MFA Bonds") and the following additional provisions shall apply:

(1)   Each subseries of Municipal Obligations shall be in the form of a single fully-registered, nonconvertible bond in the denomination of the full principal amount thereof, dated as of the date of delivery of the Municipal Obligations, payable in principal installments serially shown on Exhibit B and approved by the MFA and the Authorized Officer.  The obligation to deliver the Municipal Obligations to the MFA shall be evidenced by execution of a Purchase Contract (the "Purchase Contract") between the City and the MFA providing for the transfer of the Municipal Obligations to the MFA in consideration for the MFA Bonds, and an Authorized Officer is authorized and directed to execute and deliver the Purchase Contract when it is in final form and to make the

determinations set forth above. An Authorized Officer is authorized and directed to approve of a series designation with respect to each series of Municipal Obligations.

(2)    Each subseries of the Municipal Obligations shall not be convertible or exchangeable into more than one fully-registered bond. Principal of and interest on the Municipal Obligations shall be payable as provided in the Bond form in this Order as the same may be amended to conform to MFA requirements.

(3)    The Master Trustee shall record on the registration books payment by the City of each installment of principal or interest or both when made and the cancelled checks or other records evidencing such payments shall be returned to and retained by the City Treasurer.

(4)    Upon payment by the City of all outstanding principal of and interest on a Municipal Obligation, the MFA shall deliver the respective Municipal Obligation to the City for cancellation.

(e)    Concurrently with the restructuring of a portion of the Prior UTGO Bonds and issuance of the MFA Bonds, the Stub UTGO Bonds, in Authorized Denominations as provided in Section 201(a), will be reinstated and remain Outstanding and will be payable from the UTGO Bond Tax Levy, provided that the Assigned UTGO Bond Tax Proceeds as assigned by the Plan of Adjustment shall be paid by the Debt Millage Escrow Trustee to the Plan Assignees and such proceeds shall not be paid to the paying agent for the Stub UTGO Bonds.

Section 303.  <u>Execution, Authentication and Delivery of Bonds</u>. The Bonds shall be executed in the name of the City by the manual or facsimile signatures of the Mayor and the Finance Director and authenticated by the manual signature of the Finance Director, and the seal of the City (or a facsimile thereof) shall be impressed or imprinted on the Bonds. After the Bonds have been executed and authenticated for delivery, they shall be delivered by the Finance Director to the MFA in consideration for the issuance of the MFA Bonds.

Section 304.  <u>Authentication of the Bonds</u>. Anything in this Order to the contrary notwithstanding, the Bonds bearing the manual or facsimile signatures of the Mayor and the Finance Director shall require no further authorization.

Section 305.  <u>The MFA's Depository</u>. Notwithstanding any other provision herein to the contrary, as long as the MFA is the owner of the Bonds, the Bonds are payable as to principal, premium, if any, and interest at the corporate trust office of _____ _____, _____, Michigan, or such other qualified bank or financial institution as shall be designated in writing to the City by the MFA (the "Authority's Depository"). The City will deposit, or cause the Master Trustee, to deposit with the MFA's Depository payments of the principal of, premium, if any, and interest on the Bonds in immediately available funds at least five business days prior to the date on which any such payment is due whether by maturity, redemption or otherwise. Written notice of any redemption of the Bonds shall be given by the City and received by the MFA's Depository at least 40 days prior to the date on which such redemption is to be made.

Section 306. <u>Mutilated, Destroyed, Stolen or Lost Bonds.</u> (a) Subject to the provisions of Act 354, Public Acts of Michigan, 1972, as amended and any other applicable law, if (i) any mutilated Bond is surrendered to the City, and the City receives evidence to its satisfaction of the destruction, loss or theft of any Bond and (ii) there is delivered to the City such security or indemnity as may be required by it to save the City harmless, then, in the absence of notice to the City that such Bond has been acquired by a bona fide purchaser, the City shall execute and deliver in exchange for or in lieu of any such mutilated, destroyed, lost or stolen Bond, a new Bond of like tenor and principal amount, bearing a number not contemporaneously outstanding.

(b) If any such mutilated, destroyed, lost or stolen Bond has become or is about to become due and payable, the City in its discretion may, instead of issuing a new Bond, pay such Bond.

(c) Any new Bond issued pursuant to this Section in substitution for a Bond alleged to be mutilated, destroyed, stolen or lost shall constitute an original additional contractual obligation on the part of the City, and shall be equally secured by and entitled to equal proportionate benefits with all other Bonds of like tenor issued under this Order.

Section 307. <u>Form of the Bonds.</u> The Bonds shall be in substantially the following form with such insertions, omissions, substitutions and other variations as shall not be inconsistent with this Order or required by the Michigan Attorney General and the MFA or permitted by the Supplemental Order or as approved by an Authorized Officer and Bond Counsel:

[Form of Bond]

United States of America
State of Michigan
County of Wayne

CITY OF DETROIT
DISTRIBUTABLE STATE AID FOURTH LIEN RESTRUCTURED BOND
(UNLIMITED TAX GENERAL OBLIGATION), SERIES 2014__

REGISTERED OWNER:          Michigan Finance Authority

PRINCIPAL AMOUNT:          _____ Dollars ($___,000)

DATE OF ORIGINAL ISSUE:    _____, 2014

    The CITY OF DETROIT, County of Wayne, State of Michigan (the "City"), for value received, hereby promises to pay to the Michigan Finance Authority (the "Authority"), or registered assigns, the Principal Amount shown above, in lawful money of the United States of America, unless prepaid prior thereto as hereinafter provided. Capitalized terms used herein, but not defined herein, shall have the meanings ascribed to them in the Order, as hereinafter defined.

    The Principal Amount shall be payable on the dates and in the annual principal installment amounts set forth in Schedule A attached hereto and made a part hereof, or if a portion of the Principal Amount is prepaid as provided below, with interest on said principal installments from the [Date of Original Issue] shown above, until paid at the rate [of interest as set forth on the attached schedule] [of _____ percent (_____%) per annum]. Interest is first payable on _____ 1, 20__, and semiannually thereafter on the first day of _____ and _____ of each year, as set forth in the Purchase Contract.

    Notwithstanding any other provision of this bond, as long as the MFA is the owner of this bond, (a) this bond is payable as to principal, premium, if any, and interest at the corporate trust office of _____, _____, _____, or at such other place as shall be designated in writing to the City by the MFA (the "Authority's Depository"); (b) the City agrees that it will cause the Master Trustee to deposit with the MFA's Depository payments of the principal of, premium, if any, and interest on this bond in immediately available funds at least five business days prior to the date on which any such payment is due whether by maturity, redemption or otherwise; and (c) written notice of any redemption of this bond shall be given by the City and received by the MFA's Depository at least 40 days prior to the date on which such redemption is to be made.

<u>Additional Interest</u>

    [In the event of a default in the payment of principal or interest hereon when due, whether at maturity, by redemption or otherwise, the amount of such default shall bear interest

(the "additional interest") at a rate equal to the rate of interest which is two percent above the MFA's cost of providing funds (as determined by the MFA) to make payment on the bonds of the MFA issued to provide funds to purchase this bond but in no event in excess of the maximum rate of interest permitted by law. The additional interest shall continue to accrue until the MFA has been fully reimbursed for all costs incurred by the MFA (as determined by the MFA) as a consequence of the City's default. Such additional interest shall be payable on the interest payment date following demand of the MFA. In the event that (for reasons other than the default in the payment of any municipal obligation purchased by the MFA) the investment of amounts in the reserve account established by the MFA for the bonds of the MFA issued to provide funds to purchase this bond fails to provide sufficient available funds (together with any other funds which may be made available for such purpose) to pay the interest on outstanding bonds of the MFA issued to fund such account, the City shall and hereby agrees to pay on demand only the City's pro rata share (as determined by the MFA) of such deficiency as additional interest on this bond.]

This bond is a single, fully-registered, non-convertible bond in the principal sum of $\_\_\_,000$, issued pursuant to and in accordance with Act 34, Public Acts of Michigan, 2001, as amended, and Act 279, Public Acts of Michigan, 1909, as amended, Act 227, Public Acts of Michigan, 1985, as amended ("Act 227") and pursuant to and in accordance with an Order duly adopted by the Emergency Manager of the City on _____, \_\_\_\_\_ [and a Supplemental Order of the Authorized Officer of the City issued on _____, \_\_\_\_ (together,] the "Order"). The Bonds are issued for the purpose of restructuring certain unlimited tax general obligation bonds of the City as described in the Order, pursuant to the City's Plan of Adjustment under the Bankruptcy Case.

[Optional and/or Mandatory Redemption Provisions]

This Bond is payable out of the City's Debt Retirement Fund for this issue (which will be held by the Master Trustee), and the City is obligated to levy annually sufficient taxes to provide for the payment of the principal of and interest on the bonds of this issue as they mature on all taxable property in the City without limitation as to rate or amount (the revenues of such levy, the "Debt Millage Revenues").

The Bonds shall be payable from and secured, to the extent permitted by applicable law, including without limitation, Section 12(1)(x) of Act 436, by a lien on the Debt Millage Revenues.

The Debt Millage Revenues as pledged by the City to secure payment of the Bonds, shall constitute "special revenues," as defined in Section 902 of the Bankruptcy Code and "pledged special revenues," as the term is used in Section 922(d) of the Bankruptcy Code.

As additional security for the City's obligation to pay the Bonds, pursuant to Act 227 the City has pledged the payments that the City is eligible to receive from the State of Michigan under Act 140, Public Acts of Michigan, 1971, as amended ("Distributable Aid"), and certain monies in the funds and accounts established by the City with U.S. Bank National Association, as master trustee (the "Trustee"), pursuant to the terms and conditions of a Master Debt Retirement Trust Indenture dated as of March 1, 2010, as supplemented, by (i) the First Supplemental Debt Retirement Trust Indenture dated as of March 1, 2010; (ii) the Second

Supplemental Debt Retirement Trust Indenture dated as of December 1, 2010; (iii) the Third Supplemental Debt Retirement Trust Indenture dated as of March 1, 2012; (iv) the Fourth Supplemental Debt Retirement Trust Indenture dated as of August 1, 2012; and (v) the Fifth Supplemental Debt Retirement Trust Indenture, dated as of _____, 2014, by and between the City and the Master Trustee (collectively, the "Trust Indenture"). The pledge and lien on Distributable Aid securing the Bonds is on a fourth lien basis to a lien on Distributable Aid securing the City's outstanding Prior DSA Bonds. The City has reserved the right to make additional pledges or assignments of Distributable Aid on a prior, parity or subordinate basis with the pledge of Distributable Aid securing the Prior DSA Bonds and the Bonds as security for future bonds or obligations of the City, subject to the requirements for the issuance of additional bonds and obligations as provided in the Trust Indenture.

This bond is transferable only upon the registration books of the City by the registered owner of record in person, or by the registered owner's attorney duly authorized in writing, upon the surrender of this bond together with a written instrument of transfer satisfactory to the City duly executed by the registered owner or the registered owner's attorney duly authorized in writing, and thereupon a new registered bond or bonds in the same aggregate principal amount and of the same maturity shall be issued to the transferee in exchange therefor as provided in the resolution authorizing this bond and upon the payment of the charges, if any, therein prescribed.

It is hereby certified and recited that all acts, conditions and things required by law to be done, precedent to and in the issuance of this bond and the series of bonds of which this is one, exist and have been done and performed in regular and due form and time as required by law, and that the total indebtedness of the City, including this bond and the series of bonds of which this is one, does not exceed any constitutional, statutory or charter debt limitation.

IN WITNESS WHEREOF, the City of Detroit by authority of its Mayor, has caused this bond to be signed for and on its behalf and in its name by the manual or facsimile signature of the Mayor of the City and the manual or facsimile signature of its Finance Director and the official seal of the City to be impressed hereon, all as of the Date of Original Issue.

**CITY OF DETROIT**
County of Wayne
State of Michigan


By_____

Its Mayor



(SEAL)


By_____

Its Finance Director

13-53846-tjt   Doc 8046-4   Filed 10/25/12   Entered 10/25/12 03:49:29   Page 37 of 89

# ARTICLE IV

# SPECIAL COVENANTS

Section 401. <u>Tax Exemption Covenant for Tax-Exempt Bonds</u>. The City covenants that it will not take any action, or fail to take any action required to be taken, if taking such action or failing to take such action would adversely affect the general exclusion from gross income of interest on any Tax-Exempt Bonds, from federal income taxation under the Code.

Section 402. <u>Arbitrage Covenant</u>. (a) The City will not directly or indirectly (1) use or permit the use of any proceeds of any Tax-Exempt Bonds or other funds of the City or (2) take or omit to take any action required by Section 148(a) of the Code in order to maintain the exclusion from gross income of the interest on any Tax-Exempt Bonds for federal income tax purposes. To that end, the City will comply with all requirements of Section 148 of the Code to the extent applicable to the Tax-Exempt Bonds and the requirements set forth in the Non-Arbitrage and Tax Compliance Certificate of the City.

(b)     Without limiting the generality of subsection (a), above, the City agrees that there shall be paid by the City from time to time all amounts, if any, required to be rebated to the United States pursuant to Section 148(f) of the Code. This covenant shall survive payment in full or defeasance of the Tax-Exempt Bonds.

(c)     Notwithstanding any provision of this Section, if the City obtains an opinion of Bond Counsel to the effect that any action required under this Section is no longer required, or that some further action is required, to maintain the exclusion from gross income of the interest of any Tax-Exempt Bonds for federal income tax purposes pursuant to Section 103 of the Code, the City may conclusively rely on such opinion in complying with the provisions hereof.

# ARTICLE V

# FUNDS AND ACCOUNTS; DISPOSITION OF BOND PROCEEDS

Section 501. <u>Establishment of Accounts and Funds</u>. (a) The City hereby establishes and creates the following special, separate and segregated accounts and funds which shall be held in trust by the Master Trustee for the benefit of the Bondholders:

      A.     Debt Retirement Fund; and
      B.     Series 2014 Escrow Fund.

(b)     Pursuant to Section 201(b) of the Fifth Supplemental Indenture, the Master Trustee shall establish within the Series 2014 Escrow Fund, the separate and segregated sub-accounts designated the "Distributable Aid Account," the "Series 2014 Tax Levy Account" and the "General Account," the deposits into which and withdrawals from which shall be governed by Article II of the Fifth Supplemental Indenture.

(c)     The UTGO Debt Millage Fund shall be established with the Debt Millage Escrow Trustee by the Finance Director of the City under the Debt Millage Escrow Agreement which is

1115

hereby authorized. The Finance Director is hereby authorized to negotiate the terms of the Debt Millage Escrow Agreement and to execute and deliver it for and on behalf of the City. The Finance Director is further hereby authorized to establish such accounts, subaccounts or other funds as shall be required for the Bonds, if any, to accommodate the requirements of such series of Bonds.

Section 502. <u>Debt Retirement Fund-All Bonds</u>. Proceeds of the Debt Millage Revenues levied pursuant to Section 301 hereof and transferred by the Debt Millage Escrow Trustee to the Master Trustee in accordance with the terms of the Debt Millage Escrow Agreement shall be used to pay the principal of and interest on the Bonds when due. The foregoing amounts shall be placed in the Debt Retirement Fund and held in trust by the Master Trustee, and so long as the principal of or interest on the Bonds shall remain unpaid, no moneys shall be withdrawn from the Debt Retirement Fund except to pay such principal and interest. Any amounts remaining in the Debt Retirement Fund after payment in full of the Bonds shall be retained by the City to be used for any lawful purpose.

Section 503. <u>Debt Retirement Fund – Series 2014 Escrow Fund</u>. As additional security for Bonds, Distributable Aid payments to be received by the City from time to time shall be distributed by the State Treasurer to the Master Trustee and deposited by the Master Trustee in the Debt Retirement Fund (designated the "Distributable State Aid – Common Debt Retirement Fund" in the Master Indenture), and allocated and set-aside by the Master Trustee into the Series 2014 Escrow Fund in accordance with the provisions of the Master Indenture and the related Fifth Supplemental Indenture for the payment of the principal of and interest on the Bonds when due. Any amounts remaining in the Debt Retirement Fund after the setting aside of the amounts necessary to satisfy the Deposit Date Balance Requirements (defined in the Master Indenture) of all DSA Escrow Funds (defined in the Master Indenture), shall be released to the City for deposit to the General Fund of the City.

Section 504. <u>Investment of Monies in the Funds and Accounts</u>. (a) The Finance Director shall direct the investment of monies on deposit in the Funds and Accounts established hereunder, and the Master Trustee, upon written direction or upon oral direction promptly confirmed in writing by the Finance Director, shall use its best efforts to invest monies on deposit in the Funds and Accounts in accordance with such direction.

(b) Monies on deposit in the Funds and Accounts may be invested in such investments and to the extent permitted by applicable law.

# ARTICLE VI

# THE MASTER TRUSTEE

Section 601. <u>Master Trustee</u>. Except as otherwise required by the MFA, the Master Trustee for the Bonds shall act as bond registrar, transfer agent and trustee for the Bonds, and shall be initially U.S. Bank National Association, Detroit, Michigan, or such other bank or trust company located in the State of Michigan which is qualified to act in such capacity under the laws of the United States of America or the State of Michigan. The Master Trustee means and includes any company into which the Master Trustee may be merged or converted or with which

it may be consolidated or any company resulting from any merger, conversion or consolidation to which it shall be a party or any company to which the Master Trustee may sell or transfer all or substantially all of its corporate trust business, provided, that such company shall be a trust company or bank which is qualified to be a successor to the Master Trustee as determined by the Finance Director, shall be authorized by law to perform all the duties imposed upon it by this Order, and shall be the successor to the Master Trustee without the execution or filing of any paper or the performance of any further act, anything herein to the contrary notwithstanding. The Finance Director is authorized to enter into a Fifth Supplement to the Master Trust Indenture in the form of a Fifth Supplemental Indenture with the Master Trustee, and from time to time as required, may designate a similarly qualified successor Master Trustee and enter into an agreement therewith for such services.

Section 602. <u>Fifth Supplemental Indenture</u>. The Authorized Officers are each hereby authorized and directed on behalf of the City to take any and all other actions and perform any and all acts that shall be required, necessary or desirable to enter into and implement the Fifth Supplemental Indenture with the Master Trustee, including, but not limited to, entering into an agreement with the State Treasurer in accordance with Act 227 to provide for the direct payment of Distributable Aid by the State Treasurer to the Master Trustee as additional security for the Bonds.

## ARTICLE VII

## SUPPLEMENTAL ORDERS OR RESOLUTIONS

Section 701. <u>Supplemental Orders or Resolutions Not Requiring Consent of Holders of the Bonds</u>. The City may with the prior written consent of the Bond Insurers, which in the opinion of the independent Bond Counsel are affected by such order or resolution, but without the consent of any Bondowner, adopt orders or resolutions supplemental to this Order for any one or more of the following purposes:

(i)     to confirm or further assure the security hereof or to grant or pledge to the holders of the Bonds any additional security;

(ii)    to add additional covenants and agreements of the City for the purposes of further securing the payment of the Bonds;

(iii)   to cure any ambiguity or formal defect or omission in this Order;

(iv)    to amend provisions in the Order relating to rebate to the United States Government or otherwise, which in the opinion of Bond Counsel are required in order to maintain the exclusion of interest on the Tax-Exempt Bonds from gross income for federal income tax purposes; and

(v)     such other action not materially, adversely and directly affecting the security of the Bonds;

provided that the effectiveness of any supplemental order or resolution is subject to Section 702 to the extent applicable.

Section 702. <u>Opinion and Filing Under Act 34</u>. Before any supplemental order or resolution under this Article shall become effective, a copy thereof shall be filed with the Master Trustee, together with an opinion of Bond Counsel that such supplemental order or resolution is authorized or permitted by this Article; provided that Bond Counsel in rendering any such opinion shall be entitled to rely upon certificates of the Finance Director or other City official, and opinions or reports of consultants, experts and other professionals retained by the City to advise it, with respect to the presence or absence of facts relative to such opinion and the consequences of such facts.

## ARTICLE VIII

## DEFEASANCE

Section 801. <u>Defeasance</u>. Bonds shall be deemed to be paid in full upon the deposit in trust of cash or direct obligations of, or obligations the principal of and interest on which are unconditionally guaranteed by, the United States of America, or any combination thereof, not redeemable at the option of the issuer thereof, the principal and interest payments upon which, without reinvestment thereof, will come due at such times and in such amounts, as to be fully sufficient to pay when due, the principal of such Bonds and interest to accrue thereon, as confirmed by a verification report prepared by an independent certified public accountant; provided, that if any of such Bonds are to be called for redemption prior to maturing, irrevocable instructions to call such Bonds for redemption shall be given only with the prior written consent of the MFA and on such terms as may be required by the MFA. Such cash and securities representing such obligations shall be deposited with a bank or trust company and held for the exclusive benefit of the Owners of such Bonds. After such deposit, such Bonds shall no longer be entitled to the benefits of this Order (except for any rights of transfer or exchange of Bonds as therein or herein provided for) and shall be payable solely from the funds deposited for such purpose and investment earnings, if any, thereon, and the lien of this Order for the benefit of such Bonds shall be discharged.

## ARTICLE IX

## OTHER PROVISIONS OF GENERAL APPLICATION

Section 901. <u>Approval of Other Documents and Actions</u>. The Mayor, the Finance Director, the Treasurer and the City Clerk are hereby authorized and directed on behalf of the City to take any and all other actions, perform any and all acts and execute any and all documents that shall be required, necessary or desirable to implement this Order.

The Finance Director is authorized to file applications with and to pay the related fees, if any, to the Michigan Department of Treasury at his discretion under Act 34 for an Order or Orders of Approval to issue all or a portion of the Bonds, and apply for such waivers or other Treasury approvals as necessary to implement the issuance, delivery and security for the Bonds, and as required by the Michigan Department of Treasury and Act 34. The Finance Director is authorized and directed to apply for ratings on the Bonds, if necessary, and pay any post closing filing fees required by Act 34 to the Michigan Department of Treasury or other specified agency, from legally available funds.

Section 902.  <u>Continuing Disclosure Undertaking</u>.  The City shall enter into a continuing disclosure undertaking pursuant to Rule 15c2-12 promulgated by the Securities and Exchange Commission (the "Rule") for the benefit of the MFA and the holders and beneficial owners of the MFA Bonds in connection with the delivery of the Bonds as to which the Rule is applicable, as more specifically set forth in Exhibit D hereto (the "Undertaking"); provided, however, that the terms of the Undertaking are subject to completion and modification prior to delivery of the Bonds by the Finance Director to such extent as the Finance Director shall deem necessary to comply with law or market requirements.  The Finance Director is authorized to execute and deliver the Undertaking after completion and modification as provided in this Order and the Supplemental Order.

Section 903.  <u>Delegation of City to, and Authorization of Actions of the Mayor and the Finance Director</u>.  (a) Prior to the delivery date for the Bonds, the Finance Director may cause the preparation and approve the form and distribution of City disclosure, if necessary, for any Preliminary Official Statement or Official Statement of the MFA and offering materials to be used in conjunction with the transfer of the Municipal Obligations to the MFA in form and substance reasonably acceptable to the Bond Insurers, and the issuance of the MFA Bonds, and the Mayor or Finance Director shall deem the City's disclosure "final" for purposes of Rule 15c2-12 of the Securities and Exchange Commission.

(b)  The Finance Director is hereby authorized and directed to do and perform any and all acts and things with respect to the Bonds which are necessary and appropriate to carry into effect, consistent with this Order, the authorizations therein and herein contained, including without limitation, the securing of ratings by bond rating agencies, if cost effective, the negotiation for and acquisition of bond insurance and/or other credit enhancement, if any, to further secure the Bonds or any portions thereof, the acquisition of an irrevocable surety bond to fulfill the City's obligation to fund any reserve account, the printing of the Bonds and the incurring and paying of reasonable fees, costs and expenses incidental to the foregoing and other costs of issuance of the Bonds including, but not limited to fees and expenses of bond counsel, financial advisors, accountants and others, from Bond proceeds or other available funds, for and on behalf of the City.

(c)  Except as otherwise provided herein, all determinations and decisions of the Finance Director with respect to the issuance and sale of the Bonds as permitted or required by this Order shall be confirmed by the Authorized Officer in a Supplemental Order or Supplemental Orders, and such confirmations shall constitute determinations that any conditions precedent to such determinations and decisions of the Authorized Officer have been fulfilled.

Section 904.  <u>Act 34 Approval of the Bonds</u>.  The Bonds shall neither be issued nor delivered unless and only so long as the issuance of the Bonds as provided herein shall have been authorized and approved in accordance with the applicable provisions of Act 34.

Section 905.  <u>Approving Legal Opinions with Respect to the Bonds</u>.  Transfer of the Bonds to the MFA shall be conditioned upon receiving, at the time of delivery, the approving opinion of Bond Counsel, approving legality of the Bonds and, with respect to Bonds determined by the Finance Director to be issued on a tax-exempt basis, the exclusion from gross income of the interest paid thereon from federal and State income taxation only.

1119

Section 906. <u>Negotiated Transaction.</u> (a) Pursuant to Section 309(1) of Act 34 the Emergency Manager determines to negotiate the delivery of the Bonds to the MFA in consideration for the transfer by the City to the MFA of the Bonds, as provided in the Purchase Contract approved by the Finance Director within the parameters established hereby, and confirmed by the Finance Director in the Supplemental Order. The reason for choosing a negotiated transaction instead of a competitive sale is that the terms of the Plan of Adjustment and the UTGO Settlement Agreement require the City to secure the payment of the Bonds with Distributable Aid under the terms of Act 227 which may only be accomplished by a delivery of the Bonds to the MFA. The negotiated transaction will allow the Municipal Obligations to be transferred to the MFA in consideration for the MFA Bonds to successfully implement a portion of the Plan of Adjustment.

(b) Subject to the foregoing, the Purchase Contract shall be dated the date of delivery of the Bonds. The Finance Director is hereby authorized and directed to execute the Purchase Contract for and on behalf of the City.

Section 907. <u>Delivery of Bonds.</u> Subject to the approval of the Supplemental Order, the Finance Director is hereby authorized to deliver the Municipal Obligations to the MFA upon the issuance and delivery of the MFA Bonds in consideration therefor.

Section 908. <u>Official Statement.</u> The Finance Director is hereby authorized to execute the Official Statement or other offering materials with respect to the Bonds in the form approved by him with such changes as the Finance Director may authorize. Circulation of the Preliminary Official Statement, if any, or other preliminary offering materials is hereby approved.

Section 909. <u>Appointment of Bond Counsel; Engagement of Other Parties.</u> The appointment by the Emergency Manager of the law firm of Miller, Canfield, Paddock and Stone, P.L.C. of Detroit, Michigan, as Bond Counsel for the Bonds is hereby ratified and confirmed, notwithstanding the periodic representation by Miller, Canfield, Paddock and Stone, P.L.C., in unrelated matters of other parties and potential parties to the issuance of the Bonds. The fees and expenses of Miller, Canfield, Paddock and Stone, P.L.C. as Bond Counsel and other accumulated bond related fees and expenses shall be payable as a cost of issuance from available funds in accordance with the agreement of such firm on file with the Emergency Manager.

Section 910. <u>Parties in Interest.</u> Nothing in this Order, expressed or implied, is intended or shall be construed to confer upon, or to give to, any person or entity, other than the City, the Master Trustee, the MFA, the holders of the Bonds, the holders of the MFA Bonds, the Bond Insurers, and the Dissenting Bond Insurer any right, remedy or claim under or by reason of this Order or any covenant, condition or stipulation hereof, and all covenants, stipulations, promises and agreements in this Order contained by and on behalf of the City, or the MFA shall be for the sole and exclusive benefit of the City and the MFA.

Section 911. <u>No Recourse Under Order.</u> All covenants, agreements and obligations of the City contained in this Order shall be deemed to be the covenants, agreements and obligations of the City and not of any councilperson, member, officer or employee of the City in his or her individual capacity, and no recourse shall be had for the payment of the principal of or interest on the Bonds or for any claim based thereon or on this Order against any councilperson, member,

officer or employee of the City or any person executing the Bonds in his or her official individual capacity.

Section 912. <u>Severability</u>. If any one or more sections, clauses or provisions of this Order shall be determined by a court of competent jurisdiction to be invalid or ineffective for any reason, such determination shall in no way affect the validity and effectiveness of the remaining sections, clauses and provisions hereof.

Section 913. <u>Cover Page, Table of Contents and Article and Section Headings</u>. The cover page, table of contents and Article and Section headings hereof are solely for convenience of reference and do not constitute a part of this Order, and none of them shall affect its meaning, construction or effect.

Section 914. <u>Conflict</u>. All resolutions or parts of resolutions or other proceedings of the City in conflict herewith shall be and the same hereby are repealed insofar as such conflict exists.

Section 915. <u>Governing Law and Jurisdiction</u>. This Order shall be governed by and construed in accordance with the laws of the State.

Section 916. <u>Order and Supplemental Order are a Contract</u>. The provisions of this Order and the Supplemental Order shall constitute a contract among the City, the MFA, the holders of the Bonds and the Bond Insurers.

Section 917. <u>Effective Date</u>. This Order shall take effect immediately upon its adoption by the Council.

Section 918. <u>Notices</u>. All notices and other communications hereunder shall be in writing and given by United States certified or registered mail, expedited courier overnight delivery service or by other means (including facsimile transmission) that provides a written record of such notice and its receipt. Notices hereunder shall be effective when received and shall be addressed to the address set forth below or to such other address as any of the below persons shall specify to the other persons:

If to the City, to:                 City of Detroit
                                    Finance Department
                                    1200 Coleman A. Young Municipal Center
                                    Detroit, Michigan 48226
                                    Attention: Finance Director

| If to the Master Trustee, to: | U.S. Bank National Association |
|---|---|
| | 535 Griswold, Suite 550 Buhl Bldg. |
| | Detroit, MI 48226 |
| | Attention:  Corporate Trust Dept. |

If to the Master Trustee, to:           U.S. Bank National Association
535 Griswold, Suite 550 Buhl Bldg.
Detroit, MI 48226
Attention:  Corporate Trust Dept.

If to the MFA, to:           Michigan Finance Authority
Austin Building, 1st Floor
430 W. Allegan
Lansing, MI 48922

If to the Bond Insurers to:           Ambac Assurance Corporation
One State Street Plaza
New York, New York 10004
Attention:  Surveillance Department and General
Counsel's Office

Assured Guaranty Municipal Corp and Assured
Guaranty Corp.
31 West 52nd Street
New York, NY  10019
Attention:  Kevin J. Lyons
Attention:  Terence Workman

National Public Finance Guarantee Corporation
113 King Street
Armonk, NY  10504
Attention:  Kenneth Epstein and William J. Rizzo

1122

# EXHIBIT A

## OUTSTANDING PRIOR UTGO BONDS

# UTGO Series Prior Bonds - Debt Service

| CUSIP | Maturity Date | Rate | Principal | Insurer | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTGO 1999-A** | | | | | | | | | | | | | | | | | | |
| — | 4/1/15 | 5.250% | $2,850,000.00 | Assured | $74,812.50 | $74,812.50 | | | | | | | | | | | | |
| — | 4/1/16 | 5.000% | $2,995,000.00 | Assured | $74,875.00 | $74,875.00 | $74,875.00 | $74,875.00 | | | | | | | | | | |
| — | 4/1/17 | 5.000% | $3,145,000.00 | Assured | $78,625.00 | $78,625.00 | $78,625.00 | $78,625.00 | $78,625.00 | $78,625.00 | | | | | | | | |
| — | 4/1/18 | 5.000% | $3,305,000.00 | Assured | $82,625.00 | $82,625.00 | $82,625.00 | $82,625.00 | $82,625.00 | $82,625.00 | $82,625.00 | $82,625.00 | | | | | | |
| — | 4/1/19 | 5.000% | $3,470,000.00 | Assured | $86,750.00 | $86,750.00 | $86,750.00 | $86,750.00 | $86,750.00 | $86,750.00 | $86,750.00 | $86,750.00 | $86,750.00 | $86,750.00 | | | | |
| | | | **$15,765,000.00** | | **$397,687.50** | **$397,687.50** | **$322,875.00** | **$322,875.00** | **$248,000.00** | **$248,000.00** | **$169,375.00** | **$169,375.00** | **$86,750.00** | **$86,750.00** | | | | |
| **UTGO 2001-A(I)** | | | | | | | | | | | | | | | | | | |
| — | 4/1/15 | 5.375% | $5,940,000.00 | NPFG | $159,637.50 | $159,637.50 | | | | | | | | | | | | |
| — | 4/1/16 | 5.375% | $6,260,000.00 | NPFG | $168,237.50 | $168,237.50 | $168,237.50 | $168,237.50 | | | | | | | | | | |
| — | 4/1/17 | 5.375% | $6,600,000.00 | NPFG | $177,375.00 | $177,375.00 | $177,375.00 | $177,375.00 | $177,375.00 | $177,375.00 | | | | | | | | |
| — | 4/1/18 | 5.375% | $14,000,000.00 | NPFG | $376,250.00 | $376,250.00 | $376,250.00 | $376,250.00 | $376,250.00 | $376,250.00 | $376,250.00 | $376,250.00 | | | | | | |
| — | 4/1/19 | 5.000% | $14,000,000.00 | NPFG | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | | | | |
| — | 4/1/20 | 5.000% | $14,000,000.00 | NPFG | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | | |
| — | 4/1/21 | 5.000% | $14,000,000.00 | NPFG | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 |
| | | | **$74,800,000.00** | | **$1,931,500.00** | **$1,931,500.00** | **$1,771,862.50** | **$1,771,862.50** | **$1,603,625.00** | **$1,603,625.00** | **$1,426,250.00** | **$1,426,250.00** | **$1,050,000.00** | **$1,050,000.00** | **$700,000.00** | **$700,000.00** | **$350,000.00** | **$350,000.00** |
| **UTGO 2002** | | | | | | | | | | | | | | | | | | |
| — | 4/1/21 | 5.125% | $3,240,000.00 | NPFG | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 | $83,025.00 |
| — | 4/1/23 | 5.125% | $3,405,000.00 | NPFG | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 | $87,253.13 |
| | | | **$6,645,000.00** | | **$170,278.13** | **$170,278.13** | **$170,278.13** | **$170,278.13** | **$170,278.13** | **$170,278.13** | **$170,278.13** | **$170,278.13** | **$170,278.13** | **$170,278.13** | **$170,278.13** | **$170,278.13** | **$170,278.13** | **$170,278.13** |
| **UTGO 2003-A** | | | | | | | | | | | | | | | | | | |
| — | 4/1/15 | 4.000% | $300,000.00 | Syncora | $6,000.00 | $6,000.00 | | | | | | | | | | | | |
| — | 4/1/16 | 5.250% | $2,550,000.00 | Syncora | $66,937.50 | $66,937.50 | $66,937.50 | $66,937.50 | | | | | | | | | | |
| — | 4/1/17 | 5.250% | $2,995,000.00 | Syncora | $78,618.75 | $78,618.75 | $78,618.75 | $78,618.75 | $78,618.75 | $78,618.75 | | | | | | | | |
| — | 4/1/18 | 5.250% | $3,150,000.00 | Syncora | $82,687.50 | $82,687.50 | $82,687.50 | $82,687.50 | $82,687.50 | $82,687.50 | $82,687.50 | $82,687.50 | | | | | | |
| — | 4/1/19 | 5.250% | $3,315,000.00 | Syncora | $87,018.75 | $87,018.75 | $87,018.75 | $87,018.75 | $87,018.75 | $87,018.75 | $87,018.75 | $87,018.75 | $87,018.75 | $87,018.75 | | | | |
| — | 4/1/20 | 5.250% | $3,490,000.00 | Syncora | $91,612.50 | $91,612.50 | $91,612.50 | $91,612.50 | $91,612.50 | $91,612.50 | $91,612.50 | $91,612.50 | $91,612.50 | $91,612.50 | $91,612.50 | $91,612.50 | | |
| — | 4/1/20 | 4.500% | $500,000.00 | Syncora | $11,250.00 | $11,250.00 | $11,250.00 | $11,250.00 | $11,250.00 | $11,250.00 | $11,250.00 | $11,250.00 | $11,250.00 | $11,250.00 | $11,250.00 | $11,250.00 | | |
| — | 4/1/21 | 5.250% | $3,175,000.00 | Syncora | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 | $83,343.75 |
| — | 4/1/21 | 5.250% | $3,860,000.00 | Syncora | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 | $101,325.00 |
| — | 4/1/22 | 4.625% | $500,000.00 | Syncora | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 | $11,562.50 |
| — | 4/1/22 | 5.250% | $3,565,000.00 | Syncora | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 | $93,581.25 |
| — | 4/1/23 | 5.250% | $1,500,000.00 | Syncora | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 | $34,687.50 |
| — | 4/1/23 | 5.250% | $2,775,000.00 | Syncora | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 | $72,843.75 |
| | | | **$31,675,000.00** | | **$821,468.75** | **$821,468.75** | **$815,468.75** | **$815,468.75** | **$748,531.25** | **$748,531.25** | **$669,912.50** | **$669,912.50** | **$587,225.00** | **$587,225.00** | **$500,206.25** | **$500,206.25** | **$397,343.75** | **$397,343.75** |
| **UTGO 2004-A(I)** | | | | | | | | | | | | | | | | | | |
| — | 4/1/19 | 5.250% | $4,500,000.00 | Ambac | $118,125.00 | $118,125.00 | $118,125.00 | $118,125.00 | $118,125.00 | $118,125.00 | $118,125.00 | $118,125.00 | $118,125.00 | $118,125.00 | | | | |
| — | 4/1/20 | 4.250% | $185,000.00 | Ambac | $3,931.25 | $3,931.25 | $3,931.25 | $3,931.25 | $3,931.25 | $3,931.25 | $3,931.25 | $3,931.25 | $3,931.25 | $3,931.25 | $3,931.25 | $3,931.25 | | |
| — | 4/1/20 | 5.250% | $6,085,000.00 | Ambac | $159,731.25 | $159,731.25 | $159,731.25 | $159,731.25 | $159,731.25 | $159,731.25 | $159,731.25 | $159,731.25 | $159,731.25 | $159,731.25 | $159,731.25 | $159,731.25 | | |
| — | 4/1/21 | 5.000% | $6,600,000.00 | Ambac | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 | $165,000.00 |
| — | 4/1/21 | 5.250% | $6,930,000.00 | Ambac | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 | $181,912.50 |
| — | 4/1/22 | 4.500% | $375,000.00 | Ambac | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 | $8,437.50 |
| — | 4/1/22 | 5.250% | $6,920,000.00 | Ambac | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 |
| — | 4/1/24 | 4.600% | $785,000.00 | Ambac | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 |
| — | 4/1/24 | 5.250% | $6,890,000.00 | Ambac | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 |
| | | | **$39,270,000.00** | | **$1,017,705.00** | **$1,017,705.00** | **$1,017,705.00** | **$1,017,705.00** | **$1,017,705.00** | **$1,017,705.00** | **$1,017,705.00** | **$1,017,705.00** | **$1,017,705.00** | **$1,017,705.00** | **$899,580.00** | **$899,580.00** | **$735,917.50** | **$735,917.50** |

* Subject to Mandatory Redemption

1124

| CUSIP | Maturity Date | Rate | Principal | Insurer | | | | | | | | Interest | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
| **UTGO 2004-B(I)** | | | | | | | | | | | | | | | | | | |
| 59259PZ78 | 4/1/15 | 5.000% | $8,675,000.00 | Ambac | $216,875.00 | $216,875.00 | | | | | | | | | | | | |
| 59259PZG26 | 4/1/16 | 5.250% | $9,105,000.00 | Ambac | $239,006.25 | $239,006.25 | $239,006.25 | $239,006.25 | | | | | | | | | | |
| 59259PZX84 | 4/1/17 | 4.000% | $305,000.00 | Ambac | $6,100.00 | $6,100.00 | $6,100.00 | $6,100.00 | $6,100.00 | $6,100.00 | | | | | | | | |
| 59259PZX84 | 4/1/17 | 5.250% | $9,280,000.00 | Ambac | $243,600.00 | $243,600.00 | $243,600.00 | $243,600.00 | $243,600.00 | $243,600.00 | | | | | | | | |
| 59259PZ70 | 4/1/18 | 5.250% | $2,000,000.00 | Ambac | $52,500.00 | $52,500.00 | $52,500.00 | $52,500.00 | $52,500.00 | $52,500.00 | $52,500.00 | $52,500.00 | | | | | | |
| | | | **$29,365,000.00** | | $758,081.25 | $758,081.25 | $541,206.25 | $541,206.25 | $302,200.00 | $302,200.00 | $52,500.00 | $52,500.00 | | | | | | |
| **UTGO 2004-B(2)** | | | | | | | | | | | | | | | | | | |
| 59259PZX1 | 4/1/19 | 5.240% | $575,000.00 * | Ambac | $15,065.00 | $15,065.00 | $11,004.00 | $11,004.00 | $6,681.00 | $6,681.00 | $2,227.00 | $2,227.00 | $2,227.00 | | | | | |
| **UTGO 2005-B** | | | | | | | | | | | | | | | | | | |
| ...G53 | 4/1/15 | 5.000% | $2,290,000.00 | Assured | $57,250.00 | $57,250.00 | | | | | | | | | | | | |
| ...G61 | 4/1/16 | 5.000% | $2,495,000.00 | Assured | $60,125.00 | $60,125.00 | $60,125.00 | $60,125.00 | | | | | | | | | | |
| ...G79 | 4/1/17 | 4.300% | $2,520,000.00 | Assured | $54,180.00 | $54,180.00 | $54,180.00 | $54,180.00 | $54,180.00 | $54,180.00 | | | | | | | | |
| ...G87 | 4/1/18 | 5.000% | $2,635,000.00 | Assured | $65,875.00 | $65,875.00 | $65,875.00 | $65,875.00 | $65,875.00 | $65,875.00 | $65,875.00 | $65,875.00 | | | | | | |
| ...G95 | 4/1/19 | 5.000% | $2,653,000.00 | Assured | $69,125.00 | $69,125.00 | $69,125.00 | $69,125.00 | $69,125.00 | $69,125.00 | $69,125.00 | $69,125.00 | $69,125.00 | $69,125.00 | | | | |
| ...G87 | 4/1/20 | 5.000% | $5,000,000.00 | Assured | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | |
| ...H37 | 4/1/21 | 5.000% | $3,845,000.00 | Assured | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 |
| ...H45 | 4/1/22 | 5.000% | $5,000,000.00 | Assured | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 |
| ...H52 | 4/1/23 | 5.000% | $5,000,000.00 | Assured | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 |
| ...H60 | 4/1/24 | 5.000% | $5,000,000.00 | Assured | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 |
| ...H78 | 4/1/25 | 5.000% | $5,000,000.00 | Assured | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 |
| | | | **$42,615,000.00** | | $1,056,555.00 | $1,056,555.00 | $999,365.00 | $999,365.00 | $939,180.00 | $939,180.00 | $885,000.00 | $885,000.00 | $819,125.00 | $819,125.00 | $750,000.00 | $750,000.00 | $625,000.00 | $625,000.00 |
| **UTGO 2005-C** | | | | | | | | | | | | | | | | | | |
| ...Z92 | 4/1/15 | 5.000% | $2,305,000.00 | Assured | $57,625.00 | $57,625.00 | | | | | | | | | | | | |
| ...3Z92 | 4/1/16 | 5.000% | $2,425,000.00 | Assured | $60,625.00 | $60,625.00 | $60,625.00 | $60,625.00 | | | | | | | | | | |
| ...3K64 | 4/1/17 | 4.300% | $2,545,000.00 | Assured | $54,717.50 | $54,717.50 | $54,717.50 | $54,717.50 | $54,717.50 | $54,717.50 | | | | | | | | |
| ...3K33 | 4/1/18 | 5.000% | $2,650,000.00 | Assured | $65,750.00 | $65,750.00 | $65,750.00 | $65,750.00 | $65,750.00 | $65,750.00 | $65,750.00 | $65,750.00 | | | | | | |
| ...3K41 | 4/1/19 | 5.000% | $2,735,000.00 | Assured | $71,793.75 | $71,793.75 | $71,793.75 | $71,793.75 | $71,793.75 | $71,793.75 | $71,793.75 | $71,793.75 | $71,793.75 | $71,793.75 | | | | |
| ...3K86 | 4/1/20 | 5.250% | $2,765,000.00 | Assured | $75,731.25 | $75,731.25 | $75,731.25 | $75,731.25 | $75,731.25 | $75,731.25 | $75,731.25 | $75,731.25 | $75,731.25 | $75,731.25 | $75,731.25 | $75,731.25 | | |
| | | | **$15,525,000.00** | | $386,242.50 | $386,242.50 | $328,617.50 | $328,617.50 | $267,992.50 | $267,992.50 | $213,275.00 | $213,275.00 | $147,525.00 | $147,525.00 | $75,731.25 | $75,731.25 | | |
| **UTGO 2008-A** | | | | | | | | | | | | | | | | | | |
| ...3556 | 4/1/15 | 5.000% | $2,875,000.00 | Assured | $71,875.00 | $71,875.00 | | | | | | | | | | | | |
| ...3564 | 4/1/16 | 5.000% | $3,015,000.00 | Assured | $75,375.00 | $75,375.00 | $75,375.00 | $75,375.00 | | | | | | | | | | |
| ...3572 | 4/1/17 | 5.000% | $3,170,000.00 | Assured | $79,250.00 | $79,250.00 | $79,250.00 | $79,250.00 | $79,250.00 | $79,250.00 | | | | | | | | |
| ...3580 | 4/1/18 | 4.000% | $3,325,000.00 | Assured | $66,500.00 | $66,500.00 | $66,500.00 | $66,500.00 | $66,500.00 | $66,500.00 | $66,500.00 | $66,500.00 | | | | | | |
| ...3598 | 4/1/19 | 5.000% | $3,440,000.00 | Assured | $86,500.00 | $86,500.00 | $86,500.00 | $86,500.00 | $86,500.00 | $86,500.00 | $86,500.00 | $86,500.00 | $86,500.00 | $86,500.00 | | | | |
| ...3630 | 4/1/20 | 5.000% | $3,630,000.00 | Assured | $90,750.00 | $90,750.00 | $90,750.00 | $90,750.00 | $90,750.00 | $90,750.00 | $90,750.00 | $90,750.00 | $90,750.00 | $90,750.00 | $90,750.00 | $90,750.00 | | |
| ...3598 | 4/1/21 | 5.000% | $3,815,000.00 | Assured | $95,375.00 | $95,375.00 | $95,375.00 | $95,375.00 | $95,375.00 | $95,375.00 | $95,375.00 | $95,375.00 | $95,375.00 | $95,375.00 | $95,375.00 | $95,375.00 | $95,375.00 | $95,375.00 |
| ...3639 | 4/1/22 | 5.000% | $4,005,000.00 | Assured | $100,125.00 | $100,125.00 | $100,125.00 | $100,125.00 | $100,125.00 | $100,125.00 | $100,125.00 | $100,125.00 | $100,125.00 | $100,125.00 | $100,125.00 | $100,125.00 | $100,125.00 | $100,125.00 |
| ...3555 | 4/1/27 | 5.000% | $8,620,000.00 * | Assured | $215,500.00 | $215,500.00 | $215,500.00 | $215,500.00 | $215,500.00 | $215,500.00 | $215,500.00 | $215,500.00 | $215,500.00 | $215,500.00 | $215,500.00 | $215,500.00 | $215,500.00 | $215,500.00 |
| ...3563 | 4/1/28 | 5.000% | $19,980,000.00 * | Assured | $499,500.00 | $499,500.00 | $499,500.00 | $499,500.00 | $499,500.00 | $499,500.00 | $499,500.00 | $499,500.00 | $499,500.00 | $499,500.00 | $499,500.00 | $499,500.00 | $499,500.00 | $499,500.00 |
| | | | **$55,875,000.00** | | $1,380,750.00 | $1,380,750.00 | $1,308,875.00 | $1,308,875.00 | $1,233,500.00 | $1,233,500.00 | $1,154,250.00 | $1,154,250.00 | $1,067,750.00 | $1,067,750.00 | $1,001,250.00 | $1,001,250.00 | $910,500.00 | $910,500.00 |
| **UTGO 2008-B(I)** | | | | | | | | | | | | | | | | | | |
| ...3953 | 4/1/15 | 5.000% | $7,970,000.00 | Assured | $199,250.00 | $199,250.00 | | | | | | | | | | | | |
| ...39N1 | 4/1/16 | 5.000% | $3,440,000.00 | Assured | $86,000.00 | $86,000.00 | $86,000.00 | $86,000.00 | | | | | | | | | | |
| ...39P9 | 4/1/17 | 5.000% | $3,580,000.00 | Assured | $89,500.00 | $89,500.00 | $89,500.00 | $89,500.00 | $89,500.00 | $89,500.00 | | | | | | | | |
| ...39T7 | 4/1/18 | 5.000% | $3,760,000.00 | Assured | $94,750.00 | $94,750.00 | $94,750.00 | $94,750.00 | $94,750.00 | $94,750.00 | $94,750.00 | $94,750.00 | | | | | | |
| | | | **$18,780,000.00** | | $469,500.00 | $469,500.00 | $270,250.00 | $270,250.00 | $184,250.00 | $184,250.00 | $94,750.00 | $94,750.00 | | | | | | |
| | | | **$330,910,000.00** | | $6,404,833.13 | $6,404,833.13 | $7,490,509.63 | $7,490,509.63 | $6,643,324.13 | $6,643,324.13 | $5,772,635.13 | $5,772,635.13 | $4,879,339.38 | $4,879,339.38 | $4,005,433.13 | $4,005,433.13 | $3,105,695.63 | $3,105,695.63 |

\* Subject to Mandatory Redemption

| CUSIP | Maturity Date | Rate | Principal | Insurer | Interest 10/1/21 | 4/1/22 | 10/1/22 | 4/1/23 | 10/1/23 | 4/1/24 | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTGO 1999-A** | | | | | | | | | | | | |
| 93SM3 | 4/1/15 | 5.250% | $2,850,000.00 | Assured | | | | | | | $149,625.00 | $2,999,625.00 |
| 93SN1 | 4/1/16 | 5.000% | $2,995,000.00 | Assured | | | | | | | $299,500.00 | $3,294,500.00 |
| 93SP6 | 4/1/17 | 5.000% | $3,145,000.00 | Assured | | | | | | | $471,750.00 | $3,616,750.00 |
| 93SQ4 | 4/1/18 | 5.000% | $3,305,000.00 | Assured | | | | | | | $661,000.00 | $3,966,000.00 |
| 93SR2 | 4/1/19 | 5.000% | $3,470,000.00 | Assured | | | | | | | $867,500.00 | $4,337,500.00 |
| | | | **$15,765,000.00** | | | | | | | | **$2,449,375.00** | **$18,214,375.00** |
| **UTGO 2001-A(1)** | | | | | | | | | | | | |
| 93UJ6 | 4/1/15 | 5.375% | $5,940,000.00 | NPFG | | | | | | | $319,275.00 | $6,259,275.00 |
| 93UK3 | 4/1/16 | 5.375% | $6,260,000.00 | NPFG | | | | | | | $672,250.00 | $6,932,250.00 |
| 93UL1 | 4/1/17 | 5.375% | $6,600,000.00 | NPFG | | | | | | | $1,064,250.00 | $7,664,250.00 |
| 93UM9 | 4/1/17 | 5.375% | $14,000,000.00 | NPFG | | | | | | | $3,010,000.00 | $17,010,000.00 |
| 93VN9 | 4/1/18 | 5.375% | $14,000,000.00 | NPFG | | | | | | | $3,500,000.00 | $17,500,000.00 |
| 93VN7 | 4/1/19 | 5.000% | $14,000,000.00 | NPFG | | | | | | | $4,200,000.00 | $18,200,000.00 |
| 93VP2 | 4/1/20 | 5.000% | $14,000,000.00 | NPFG | | | | | | | $4,500,000.00 | $18,500,000.00 |
| 93VQ0 | 4/1/21 | 5.000% | | NPFG | | | | | | | | |
| | | | **$74,800,000.00** | | | | | | | | **$17,666,475.00** | **$92,466,475.00** |
| **UTGO 2002** | | | | | | | | | | | | |
| 93VV8 | 4/1/21 | 5.125% | $3,240,000.00 | NPFG | $87,253.13 | $87,253.13 | | | | | $1,162,350.00 | $4,402,350.00 |
| 93VW6 | 4/1/22 | 5.125% | $3,405,000.00 | NPFG | | | | | | | $1,396,050.00 | $4,801,050.00 |
| | | | **$6,645,000.00** | | **$87,253.13** | **$87,253.13** | | | | | **$2,558,400.00** | **$93,203,400.00** |
| **UTGO 2003-A** | | | | | | | | | | | | |
| 93370 | 4/1/15 | 4.000% | $300,000.00 | Syncora | | | | | | | $12,000.00 | $312,000.00 |
| 93370 | 4/1/15 | 5.250% | $2,550,000.00 | Syncora | | | | | | | $133,875.00 | $2,683,875.00 |
| 933Q28 | 4/1/16 | 5.250% | $2,995,000.00 | Syncora | | | | | | | $314,475.00 | $3,309,475.00 |
| 933X86 | 4/1/16 | 5.250% | $3,150,000.00 | Syncora | | | | | | | $496,125.00 | $3,646,125.00 |
| 933XS4 | 4/1/17 | 5.250% | $3,150,000.00 | Syncora | | | | | | | $696,150.00 | $4,011,150.00 |
| 933XT2 | 4/1/18 | 5.250% | $3,315,000.00 | Syncora | | | | | | | $916,125.00 | $4,486,125.00 |
| 933XU9 | 4/1/19 | 5.250% | $500,000.00 | Syncora | | | | | | | $135,000.00 | $635,000.00 |
| 933XV7 | 4/1/19 | 4.500% | $3,175,000.00 | Syncora | | | | | | | $1,000,125.00 | $41,175,125.00 |
| 933XW5 | 4/1/20 | 5.250% | $3,860,000.00 | Syncora | $11,562.50 | $11,562.50 | | | | | $1,418,500.00 | $5,278,500.00 |
| 933XX3 | 4/1/21 | 5.250% | $80,000.00 | Syncora | $93,381.25 | $93,381.25 | | | | | $485,000.00 | $485,000.00 |
| 933XY1 | 4/1/22 | 4.625% | $3,565,000.00 | Syncora | $93,381.25 | $34,687.50 | $34,687.50 | | | | $1,497,300.00 | $5,062,300.00 |
| 933XZ8 | 4/1/22 | 5.250% | $1,500,000.00 | Syncora | | | | | | | $624,375.00 | $2,124,375.00 |
| 933YA2 | 4/1/23 | 4.625% | | Syncora | $72,943.75 | $72,943.75 | $34,687.50 | $34,687.50 | | | $1,311,187.50 | $4,086,187.50 |
| 933YB0 | 4/1/23 | 5.250% | $2,775,000.00 | Syncora | | | $72,943.75 | $72,943.75 | | | | |
| | | | **$31,675,000.00** | | **$212,675.00** | **$212,675.00** | **$107,531.25** | **$107,531.25** | | | **$8,740,287.50** | **$40,415,287.50** |
| **UTGO 2006-A(1)** | | | | | | | | | | | | |
| 93YX2 | 4/1/19 | 5.250% | $4,500,000.00 | Ambac | | | | | | | $1,181,250.00 | $5,681,250.00 |
| 93YX0 | 4/1/20 | 4.250% | $185,000.00 | Ambac | | | | | | | $47,175.00 | $232,175.00 |
| 93YY7 | 4/1/20 | 5.250% | $6,085,000.00 | Ambac | | | | | | | $1,916,775.00 | $8,001,775.00 |
| 93YZ7 | 4/1/20 | 5.250% | $6,600,000.00 | Ambac | | | | | | | $2,310,000.00 | $8,910,000.00 |
| 93ZA1 | 4/1/21 | 5.000% | $6,930,000.00 | Ambac | $181,912.50 | $181,912.50 | | | | | $2,910,600.00 | $9,840,600.00 |
| 93ZB9 | 4/1/21 | 4.500% | $375,000.00 | Ambac | $8,437.50 | $8,437.50 | $8,437.50 | | | | $151,875.00 | $526,875.00 |
| 93ZC7 | 4/1/22 | 5.250% | $6,020,000.00 | Ambac | $181,650.00 | $181,650.00 | $181,650.00 | $181,650.00 | | | $3,200,700.00 | $10,189,700.00 |
| 93ZE3 | 4/1/23 | 5.250% | $785,000.00 | Ambac | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | $18,055.00 | | $361,100.00 | $1,146,100.00 |
| 93ZH2 | 4/1/24 | 5.250% | $6,890,000.00 | Ambac | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | $180,862.50 | | $3,617,250.00 | $10,507,250.00 |
| | | | **$39,270,000.00** | | **$570,917.50** | **$570,917.50** | **$389,005.00** | **$389,005.00** | **$198,917.50** | **$198,917.50** | **$15,763,725.00** | **$55,033,725.00** |

* Subject to Mandatory Redemption
13-53846-tjt Doc 8045-4 Filed 10/25/22 Entered 10/25/22 14:31:31 Page 19 of 19
89
1126

| CUSIP | Maturity Date | Rate | Principal | Insurer | 10/1/21 | 4/1/22 | 10/1/22 | 4/1/23 | 10/1/23 | 4/1/24 | 10/1/24 | 4/1/25 | 10/1/25 | 4/1/26 | 10/1/26 | 4/1/27 | 10/1/27 | 4/1/28 | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTGO 2004-R(1)** | | | | | | | | | | | | | | | | | | | | |
| 25502YJ8 | 4/1/15 | 5.000% | $8,675,000.00 | Ambac | | | | | | | | | | | | | | | $433,750.00 | $9,108,750.00 |
| 25502ZG6 | 4/1/16 | 5.250% | $9,106,000.00 | Ambac | | | | | | | | | | | | | | | $956,025.00 | $10,061,025.00 |
| 25502ZK4 | 4/1/16 | 4.000% | $305,000.00 | Ambac | | | | | | | | | | | | | | | $36,600.00 | $341,600.00 |
| 25502Z52 | 4/1/17 | 5.250% | $9,280,000.00 | Ambac | | | | | | | | | | | | | | | $1,461,600.00 | $10,741,600.00 |
| 25502ZT0 | 4/1/18 | 5.250% | $2,000,000.00 | Ambac | | | | | | | | | | | | | | | $420,000.00 | $2,420,000.00 |
| **Total** | | | $29,365,000.00 | | | | | | | | | | | | | | | | $3,307,975.00 | $33,672,975.00 |
| **2004-R(2)** | | | | | | | | | | | | | | | | | | | | |
| 25502XX1 | 4/1/19 | 5.340% | $575,000.00 | Ambac | | | | | | | | | | | | | | | $69,554.00 | $644,554.00 |
| **Total** | | | $575,000.00 | | | | | | | | | | | | | | | | $69,554.00 | $644,554.00 |
| **2005-B** | | | | | | | | | | | | | | | | | | | | |
| 25502G33 | 4/1/15 | 5.000% | $2,290,000.00 | Assured | | | | | | | | | | | | | | | $114,500.00 | $2,404,500.00 |
| 25502G41 | 4/1/16 | 5.000% | $2,405,000.00 | Assured | | | | | | | | | | | | | | | $240,500.00 | $2,645,500.00 |
| 25502G79 | 4/1/17 | 4.300% | $2,520,000.00 | Assured | | | | | | | | | | | | | | | $325,080.00 | $2,845,080.00 |
| 25502G87 | 4/1/18 | 5.000% | $2,635,000.00 | Assured | | | | | | | | | | | | | | | $527,000.00 | $3,162,000.00 |
| 25502G95 | 4/1/19 | 5.000% | $2,765,000.00 | Assured | | | | | | | | | | | | | | | $691,250.00 | $3,456,250.00 |
| 25502H29 | 4/1/20 | 5.000% | $5,000,000.00 | Assured | | | | | | | | | | | | | | | $1,500,000.00 | $6,500,000.00 |
| 25502H37 | 4/1/21 | 5.000% | $5,000,000.00 | Assured | | | | | | | | | | | | | | | $1,750,000.00 | $6,750,000.00 |
| 25502H45 | 4/1/22 | 5.000% | $5,000,000.00 | Assured | $125,000.00 | | | | | | | | | | | | | | $2,000,000.00 | $7,000,000.00 |
| 25502H52 | 4/1/23 | 5.000% | $5,000,000.00 | Assured | $125,000.00 | $125,000.00 | | | | | | | | | | | | | $2,250,000.00 | $7,250,000.00 |
| 25502H60 | 4/1/24 | 5.000% | $5,000,000.00 | Assured | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | | | | | | | | | | | $2,500,000.00 | $7,500,000.00 |
| 25502H78 | 4/1/25 | 5.000% | $5,000,000.00 | Assured | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | | | | | | | $2,750,000.00 | $7,750,000.00 |
| **Total** | | | $42,655,000.00 | | $500,000.00 | $375,000.00 | $250,000.00 | $250,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | $125,000.00 | | | | | | | $16,648,330.00 | $57,263,330.00 |
| **2008-C** | | | | | | | | | | | | | | | | | | | | |
| 25502K25 | 4/1/15 | 5.000% | $2,305,000.00 | Assured | | | | | | | | | | | | | | | $115,250.00 | $2,420,250.00 |
| 25502K33 | 4/1/16 | 5.000% | $2,425,000.00 | Assured | | | | | | | | | | | | | | | $242,500.00 | $2,667,500.00 |
| 25502K41 | 4/1/17 | 4.300% | $2,545,000.00 | Assured | | | | | | | | | | | | | | | $328,305.00 | $2,873,305.00 |
| 25502K58 | 4/1/18 | 5.000% | $2,630,000.00 | Assured | | | | | | | | | | | | | | | $526,000.00 | $3,156,000.00 |
| 25502K66 | 4/1/19 | 5.250% | $2,735,000.00 | Assured | | | | | | | | | | | | | | | $717,937.50 | $3,452,937.50 |
| 25502K66 | 4/1/20 | 5.250% | $2,385,000.00 | Assured | | | | | | | | | | | | | | | $908,775.00 | $3,293,775.00 |
| **Total** | | | $15,525,000.00 | | | | | | | | | | | | | | | | $2,838,267.50 | $18,363,267.50 |
| **2008-A** | | | | | | | | | | | | | | | | | | | | |
| 25502M56 | 4/1/15 | 5.000% | $2,875,000.00 | Assured | | | | | | | | | | | | | | | $143,750.00 | $3,018,750.00 |
| 25502M64 | 4/1/16 | 5.000% | $3,015,000.00 | Assured | | | | | | | | | | | | | | | $301,500.00 | $3,316,500.00 |
| 25502N72 | 4/1/17 | 5.000% | $3,170,000.00 | Assured | | | | | | | | | | | | | | | $475,500.00 | $3,645,500.00 |
| 25502N80 | 4/1/18 | 4.000% | $3,325,000.00 | Assured | | | | | | | | | | | | | | | $532,000.00 | $3,857,000.00 |
| 25502P98 | 4/1/19 | 5.000% | $3,460,000.00 | Assured | | | | | | | | | | | | | | | $865,000.00 | $4,325,000.00 |
| 25502N22 | 4/1/20 | 5.000% | $3,630,000.00 | Assured | | | | | | | | | | | | | | | $1,089,000.00 | $4,719,000.00 |
| 25502N48 | 4/1/21 | 5.000% | $3,815,000.00 | Assured | $100,125.00 | | | | | | | | | | | | | | $1,335,250.00 | $5,150,250.00 |
| 25502N55 | 4/1/22 | 5.000% | $4,005,000.00 | Assured | $215,500.00 | $100,125.00 | $215,500.00 | $215,500.00 | $110,375.00 | $103,375.00 | | | | | | | | | $1,602,000.00 | $5,607,000.00 |
| 25502N63 | 4/1/28 | 5.000% | $19,980,000.00 | Assured | $499,500.00 | $499,500.00 | $499,500.00 | $499,500.00 | $499,500.00 | $499,500.00 | $499,500.00 | $499,500.00 | $383,625.00 | $383,625.00 | $261,875.00 | $261,875.00 | $134,125.00 | $134,125.00 | $12,548,250.00 | $32,528,250.00 |
| **Total** | | | $55,895,000.00 | | $815,125.00 | $815,125.00 | $715,000.00 | $715,000.00 | $609,875.00 | $609,875.00 | $499,500.00 | $499,500.00 | $383,625.00 | $383,625.00 | $261,875.00 | $261,875.00 | $134,125.00 | $134,125.00 | $22,992,000.00 | $78,887,000.00 |
| **2008-D** | | | | | | | | | | | | | | | | | | | | |
| 25502J53 | 4/1/15 | 5.000% | $7,970,000.00 | Assured | | | | | | | | | | | | | | | $398,500.00 | $8,368,500.00 |
| 25502J61 | 4/1/16 | 5.000% | $3,440,000.00 | Assured | | | | | | | | | | | | | | | $344,000.00 | $3,784,000.00 |
| 25502J79 | 4/1/17 | 5.000% | $3,580,000.00 | Assured | | | | | | | | | | | | | | | $537,000.00 | $4,117,000.00 |
| 25502J87 | 4/1/18 | 5.000% | $3,790,000.00 | Assured | | | | | | | | | | | | | | | $758,000.00 | $4,548,000.00 |
| **Total** | | | $18,780,000.00 | | | | | | | | | | | | | | | | $2,037,500.00 | $20,817,500.00 |
| **Grand Total** | | | $334,910,000.00 | | $2,185,970.63 | $2,185,576.25 | $1,586,536.25 | $1,586,536.25 | $1,058,792.50 | $1,058,792.50 | $624,500.00 | $624,500.00 | $383,625.00 | $383,625.00 | $261,875.00 | $261,875.00 | $134,125.00 | $134,125.00 | $93,074,789.00 | $423,984,789.00 |

* Subject to Mandatory Redemption

13353894611  Doc 810345461  Filed 01/22/14  Entered 01/22/14 23:18:31  Page 2 of 7

89

1127

# UTGO Series Prior Bonds - Debt Service

## Bond Series Subject to Mandatory Redemption

### Issuance: 2004-B(2)

CUSIP: 25109J2X1

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Ambac | | - | $575,000.00 | 5.240% | $15,065.00 |
| 4/1/15 | Ambac | 6/30/15 | $155,000.00 | $420,000.00 | 5.240% | $15,065.00 |
| 10/1/15 | Ambac | | - | $420,000.00 | 5.240% | $11,004.00 |
| 4/1/16 | Ambac | 6/30/16 | $165,000.00 | $255,000.00 | 5.240% | $11,004.00 |
| 10/1/16 | Ambac | | - | $255,000.00 | 5.240% | $6,681.00 |
| 4/1/17 | Ambac | 6/30/17 | $170,000.00 | $85,000.00 | 5.240% | $6,681.00 |
| 10/1/17 | Ambac | | - | $85,000.00 | 5.240% | $2,227.00 |
| 4/1/18 | Ambac | 6/30/18 | $85,000.00 | - | 5.240% | $2,227.00 |
| Total | | | $575,000.00 | | | $69,954.00 |

### Issuance: 2008-A

CUSIP: 25109J3N5

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 4/1/15 | Assured | 6/30/15 | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 10/1/15 | Assured | | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 4/1/16 | Assured | 6/30/16 | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 10/1/16 | Assured | | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 4/1/17 | Assured | 6/30/17 | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 10/1/17 | Assured | | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 4/1/18 | Assured | 6/30/18 | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 10/1/18 | Assured | | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 4/1/19 | Assured | 6/30/19 | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 10/1/19 | Assured | | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 4/1/20 | Assured | 6/30/20 | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 10/1/20 | Assured | | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 4/1/21 | Assured | 6/30/21 | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 10/1/21 | Assured | | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 4/1/22 | Assured | 6/30/22 | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 10/1/2022 | Assured | | - | $8,620,000.00 | 5.000% | $215,500.00 |
| 4/1/2023 | Assured | 6/30/23 | $4,205,000.00 | $4,415,000.00 | 5.000% | $215,500.00 |
| 10/1/2023 | Assured | | - | $4,415,000.00 | 5.000% | $110,375.00 |
| 4/1/2024 | Assured | 6/30/24 | $4,415,000.00 | - | 5.000% | $110,375.00 |
| Total | | | $8,620,000.00 | | | $4,099,750.00 |

### Issuance: 2008-A

CUSIP: 25109JN63

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | 6/30/15 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 4/1/15 | Assured | 6/30/15 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/15 | Assured | 6/30/16 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 4/1/16 | Assured | 6/30/16 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/16 | Assured | 6/30/17 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 4/1/17 | Assured | 6/30/17 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/17 | Assured | 6/30/18 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 4/1/18 | Assured | 6/30/18 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/18 | Assured | 6/30/19 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 4/1/19 | Assured | 6/30/19 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/19 | Assured | 6/30/20 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 4/1/20 | Assured | 6/30/20 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/20 | Assured | 6/30/21 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 4/1/21 | Assured | 6/30/21 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/21 | Assured | 6/30/22 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 4/1/22 | Assured | 6/30/22 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/2022 | Assured | 6/30/23 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 4/1/2023 | Assured | 6/30/23 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/2023 | Assured | 6/30/24 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 4/1/2024 | Assured | 6/30/24 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 10/1/2024 | Assured | 6/30/25 | | $19,980,000.00 | 5.000% | $499,500.00 |
| 4/1/2025 | Assured | 6/30/25 | $4,635,000.00 | $15,345,000.00 | 5.000% | $499,500.00 |
| 10/1/2025 | Assured | 6/30/26 | | $15,345,000.00 | 5.000% | $383,625.00 |
| 4/1/2026 | Assured | 6/30/26 | $4,870,000.00 | $10,475,000.00 | 5.000% | $383,625.00 |
| 10/1/2026 | Assured | 6/30/27 | | $10,475,000.00 | 5.000% | $261,875.00 |
| 4/1/2027 | Assured | 6/30/27 | $5,110,000.00 | $5,365,000.00 | 5.000% | $261,875.00 |
| 10/1/2027 | Assured | 6/30/28 | | $5,365,000.00 | 5.000% | $134,125.00 |
| 4/1/2028 | Assured | 6/30/28 | $5,365,000.00 | - | 5.000% | $134,125.00 |
| Total | | | $19,980,000.00 | | | $12,548,250.00 |

## EXHIBIT B

## RESTRUCTURED UTGO BONDS AND MUNICIPAL OBLIGATIONS

[including break out of subseries of Municipal Obligations as between BHs and Insurers]

# Reinstated to Holders: UTGO Series 2014 DSA Fourth Lien Restructured Bonds - Debt Service

| CUSIP | Maturity Date | Rate | Principal | Issuer | Interest 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 | 10/1/21 | 4/1/22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTGO 1999-A** | | | | | | | | | | | | | | | | | | | | |
| 2991XK5 | 4/1/15 | 5.250% | $2,408,250.00 | Assured | $63,216.56 | $63,216.56 | | | | | | | | | | | | | | |
| 2991SN1 | 4/1/16 | 5.000% | $2,530,775.00 | Assured | $63,269.38 | $63,269.38 | $63,269.38 | $63,269.38 | | | | | | | | | | | | |
| 2991SP6 | 4/1/17 | 5.000% | $2,657,525.00 | Assured | $66,438.13 | $66,438.13 | $66,438.13 | $66,438.13 | $66,438.13 | $66,438.13 | | | | | | | | | | |
| 2991SQ4 | 4/1/18 | 5.000% | $2,792,725.00 | Assured | $69,818.13 | $69,818.13 | $69,818.13 | $69,818.13 | $69,818.13 | $69,818.13 | $69,818.13 | $69,818.13 | | | | | | | | |
| 2991SR2 | 4/1/19 | 5.000% | $2,932,150.00 | Assured | $73,303.75 | $73,303.75 | $73,303.75 | $73,303.75 | $73,303.75 | $73,303.75 | $73,303.75 | $73,303.75 | $73,303.75 | $73,303.75 | | | | | | |
| | | | $13,321,425.00 | | $336,045.94 | $336,045.94 | $272,829.38 | $272,829.38 | $209,560.00 | $209,560.00 | $143,121.88 | $143,121.88 | $73,303.75 | $73,303.75 | | | | | | |
| **UTGO 2001-A(I)** | | | | | | | | | | | | | | | | | | | | |
| 2991XM1 | 4/1/15 | 5.375% | $5,019,300.00 | NPFG | $134,893.69 | $134,893.69 | | | | | | | | | | | | | | |
| 2991XN9 | 4/1/16 | 5.375% | $5,289,700.00 | NPFG | $142,160.69 | $142,160.69 | $142,160.69 | $142,160.69 | | | | | | | | | | | | |
| 2991VL1 | 4/1/17 | 5.375% | $5,577,000.00 | NPFG | $149,881.88 | $149,881.88 | $149,881.88 | $149,881.88 | $149,881.88 | $149,881.88 | | | | | | | | | | |
| 2991VM9 | 4/1/18 | 5.375% | $11,830,000.00 | NPFG | $317,931.25 | $317,931.25 | $317,931.25 | $317,931.25 | $317,931.25 | $317,931.25 | $317,931.25 | $317,931.25 | | | | | | | | |
| 2991VN7 | 4/1/19 | 5.000% | $11,830,000.00 | NPFG | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | | | | | | |
| 2991VP2 | 4/1/20 | 5.000% | $11,830,000.00 | NPFG | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | | | | |
| 2991VQ0 | 4/1/21 | 5.000% | $11,830,000.00 | NPFG | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | $295,750.00 | | |
| | | | $63,206,000.00 | | $1,632,117.50 | $1,632,117.50 | $1,497,223.81 | $1,497,223.81 | $1,355,063.13 | $1,355,063.13 | $1,205,181.25 | $1,205,181.25 | $887,250.00 | $887,250.00 | $591,500.00 | $591,500.00 | $295,750.00 | $295,750.00 | | |
| **UTGO 2002** | | | | | | | | | | | | | | | | | | | | |
| 2991XP4 | 4/1/21 | 5.125% | $2,737,800.00 | NPFG | $70,156.13 | $70,156.13 | $70,156.13 | $70,156.13 | $70,156.13 | $70,156.13 | $70,156.13 | $70,156.13 | $70,156.13 | $70,156.13 | $70,156.13 | $70,156.13 | $70,156.13 | $70,156.13 | $70,156.13 | $70,156.13 |
| 2991XQ2 | 4/1/23 | 5.125% | $2,857,235.00 | NPFG | $73,728.89 | $73,728.89 | $73,728.89 | $73,728.89 | $73,728.89 | $73,728.89 | $73,728.89 | $73,728.89 | $73,728.89 | $73,728.89 | $73,728.89 | $73,728.89 | $73,728.89 | $73,728.89 | $73,728.89 | $73,728.89 |
| | | | $5,615,025.00 | | $143,885.02 | $143,885.02 | $143,885.02 | $143,885.02 | $143,885.02 | $143,885.02 | $143,885.02 | $143,885.02 | $143,885.02 | $143,885.02 | $143,885.02 | $143,885.02 | $143,885.02 | $143,885.02 | $143,885.02 | $143,885.02 |
| **UTGO 2005-A** | | | | | | | | | | | | | | | | | | | | |
| 2991XR0 | 4/1/15 | 4.000% | $253,500.00 | Syncora | $5,070.00 | $5,070.00 | | | | | | | | | | | | | | |
| 2991XS8 | 4/1/16 | 5.250% | $2,154,750.00 | Syncora | $56,562.19 | $56,562.19 | $66,432.84 | $66,432.84 | | | | | | | | | | | | |
| 2991XT6 | 4/1/17 | 5.250% | $2,530,775.00 | Syncora | $66,432.84 | $66,432.84 | $66,432.84 | $66,432.84 | $66,432.84 | $69,870.94 | | | | | | | | | | |
| 2991XU3 | 4/1/18 | 5.250% | $2,801,175.00 | Syncora | $69,870.94 | $69,870.94 | $69,870.94 | $69,870.94 | $69,870.94 | $69,870.94 | $73,530.84 | $73,530.84 | | | | | | | | |
| 2991XV1 | 4/1/19 | 5.250% | $2,549,050.00 | Syncora | $73,530.84 | $73,530.84 | $73,530.84 | $73,530.84 | $73,530.84 | $73,530.84 | $77,412.56 | $77,412.56 | $77,412.56 | $77,412.56 | | | | | | |
| 2991XW9 | 4/1/20 | 5.250% | $2,682,875.00 | Syncora | $77,412.56 | $77,412.56 | $77,412.56 | $77,412.56 | $77,412.56 | $77,412.56 | $70,425.47 | $70,425.47 | $70,425.47 | $70,425.47 | $70,425.47 | $70,425.47 | | | | |
| 2991XX7 | 4/1/21 | 5.250% | $3,261,700.00 | Syncora | $70,425.47 | $70,425.47 | $70,425.47 | $70,425.47 | $70,425.47 | $70,425.47 | $9,506.25 | $9,506.25 | $9,506.25 | $9,506.25 | $9,506.25 | $9,506.25 | $9,506.25 | $9,506.25 | | |
| 2991XY5 | 4/1/22 | 4.625% | $422,500.00 | Syncora | $9,506.25 | $9,506.25 | $9,506.25 | $9,506.25 | $9,506.25 | $9,506.25 | $85,619.63 | $85,619.63 | $85,619.63 | $85,619.63 | $85,619.63 | $85,619.63 | $85,619.63 | $85,619.63 | $85,619.63 | $85,619.63 |
| 2991XZ2 | 4/1/22 | 4.625% | $422,500.00 | Syncora | $85,619.63 | $85,619.63 | $85,619.63 | $85,619.63 | $85,619.63 | $85,619.63 | $9,770.31 | $9,770.31 | $9,770.31 | $9,770.31 | $9,770.31 | $9,770.31 | $9,770.31 | $9,770.31 | $9,770.31 | $9,770.31 |
| 2991YA6 | 4/1/23 | 4.625% | $3,012,425.00 | Syncora | $9,770.31 | $9,770.31 | $9,770.31 | $9,770.31 | $9,770.31 | $9,770.31 | $79,076.16 | $79,076.16 | $79,076.16 | $79,076.16 | $79,076.16 | $79,076.16 | $79,076.16 | $79,076.16 | $79,076.16 | $79,076.16 |
| 2991YB4 | 4/1/23 | 4.625% | $1,207,500.00 | Syncora | $79,076.16 | $79,076.16 | $79,076.16 | $79,076.16 | $79,076.16 | $79,076.16 | $29,310.94 | $29,310.94 | $29,310.94 | $29,310.94 | $29,310.94 | $29,310.94 | $29,310.94 | $29,310.94 | $29,310.94 | $29,310.94 |
| 2991YB0 | 4/1/23 | 5.250% | $2,344,375.00 | Syncora | $29,310.94 | $29,310.94 | $29,310.94 | $29,310.94 | $29,310.94 | $29,310.94 | $61,552.97 | $61,552.97 | $61,552.97 | $61,552.97 | $61,552.97 | $61,552.97 | $61,552.97 | $61,552.97 | $61,552.97 | $61,552.97 |
| | | | $26,765,375.00 | | $694,141.09 | $694,141.09 | $632,508.91 | $632,508.91 | $566,076.06 | $566,076.06 | $496,205.13 | $496,205.13 | $422,674.28 | $422,674.28 | $345,261.72 | $345,261.72 | $265,330.00 | $265,330.00 | $265,330.00 | $265,330.00 |
| **UTGO 2004-A(I)** | | | | | | | | | | | | | | | | | | | | |
| 2991YX2 | 4/1/15 | 5.250% | $3,802,500.00 | Ambac | $99,815.63 | $99,815.63 | | | | | | | | | | | | | | |
| 2991YW5 | 4/1/20 | 4.250% | $156,335.00 | Ambac | $3,321.91 | $3,321.91 | $3,321.91 | $3,321.91 | $3,321.91 | $3,321.91 | $3,321.91 | $3,321.91 | $3,321.91 | $3,321.91 | $3,321.91 | $3,321.91 | | | | |
| 2991YV7 | 4/1/20 | 5.250% | $5,141,425.00 | Ambac | $134,972.91 | $134,972.91 | $134,972.91 | $134,972.91 | $134,972.91 | $134,972.91 | $134,972.91 | $134,972.91 | $134,972.91 | $134,972.91 | $134,972.91 | $134,972.91 | | | | |
| 2991YT2 | 4/1/21 | 5.000% | $5,577,000.00 | Ambac | $139,425.00 | $139,425.00 | $139,425.00 | $139,425.00 | $139,425.00 | $139,425.00 | $139,425.00 | $139,425.00 | $139,425.00 | $139,425.00 | $139,425.00 | $139,425.00 | $139,425.00 | $139,425.00 | | |
| 2991YA1 | 4/1/22 | 5.250% | $5,855,850.00 | Ambac | $153,716.06 | $153,716.06 | $153,716.06 | $153,716.06 | $153,716.06 | $153,716.06 | $153,716.06 | $153,716.06 | $153,716.06 | $153,716.06 | $153,716.06 | $153,716.06 | $153,716.06 | $153,716.06 | $153,716.06 | $153,716.06 |
| 2991YB9 | 4/1/22 | 4.800% | $816,675.00 | Ambac | $7,129.69 | $7,129.69 | $7,129.69 | $7,129.69 | $7,129.69 | $7,129.69 | $7,129.69 | $7,129.69 | $7,129.69 | $7,129.69 | $7,129.69 | $7,129.69 | $7,129.69 | $7,129.69 | $7,129.69 | $7,129.69 |
| 2991YZ1 | 4/1/23 | 5.250% | $5,947,400.00 | Ambac | $153,494.25 | $153,494.25 | $153,494.25 | $153,494.25 | $153,494.25 | $153,494.25 | $153,494.25 | $153,494.25 | $153,494.25 | $153,494.25 | $153,494.25 | $153,494.25 | $153,494.25 | $153,494.25 | $153,494.25 | $153,494.25 |
| 2991ZE3 | 4/1/24 | 4.600% | $663,335.00 | Ambac | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 |
| 2991ZFN | 4/1/24 | 5.250% | $5,820,050.00 | Ambac | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 |
| | | | $33,183,150.00 | | $859,960.73 | $859,960.73 | $859,960.73 | $859,960.73 | $859,960.73 | $859,960.73 | $859,960.73 | $859,960.73 | $859,960.73 | $859,960.73 | $760,145.10 | $760,145.10 | $621,859.29 | $621,859.29 | $621,859.29 | $621,859.29 |

*Subject to Mandatory Redemption

13-53846-tjt   Doc 8046-4   Filed 10/25/22   Entered 10/25/22 14:23:21   Page 23 of 89

1130

# Reinstated to Holders: UTGO Series 2014 DSA Fourth Lien Restructured Bonds - Debt Service

| CUSIP | Maturity Date | Principal | Rate | Insurer | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Interest | | | | | | |
| **UTGO 2004-B(J)** | | | | | | | | | | | | | | | | | | |
| 929275Z98 | 4/1/15 | $7,330,375.00 | 5.000% | Ambac | $183,259.38 | $183,259.38 | | | | | | | | | | | | |
| 929372Q6 | 4/1/16 | $7,693,225.00 | 5.250% | Ambac | $201,960.28 | $201,960.28 | $201,960.28 | $201,960.28 | | | | | | | | | | |
| 929372R4 | 4/1/17 | $257,725.00 | 4.000% | Ambac | $5,154.50 | $5,154.50 | $5,154.50 | $5,154.50 | $5,154.50 | $5,154.50 | | | | | | | | |
| 929372S2 | 4/1/17 | $7,841,600.00 | 5.250% | Ambac | $205,842.00 | $205,842.00 | $205,842.00 | $205,842.00 | $205,842.00 | $205,842.00 | | | | | | | | |
| 929372T0 | 4/1/18 | $1,690,000.00 | 5.250% | Ambac | $44,362.50 | $44,362.50 | $44,362.50 | $44,362.50 | $44,362.50 | $44,362.50 | $44,362.50 | $44,362.50 | | | | | | |
| | | **$24,813,425.00** * | | | $640,578.66 | $640,578.66 | $457,319.28 | $457,319.28 | $255,359.00 | $255,359.00 | $44,362.50 | $44,362.50 | | | | | | |
| 929232X1 | 4/1/19 | $485,875.00 * | 5.240% | Ambac | $12,729.93 | $12,729.93 | $9,298.38 | | | $5,645.45 | $5,645.45 | $1,881.82 | | | | | | |
| **UTGO 2005-B** | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | $1,935,050.00 | 5.000% | Assured | $48,376.25 | $48,376.25 | | | | | | | | | | | | |
| | 4/1/16 | $2,032,225.00 | 5.000% | Assured | $50,805.63 | $50,805.63 | $50,805.63 | $50,805.63 | | | | | | | | | | |
| | 4/1/17 | $2,129,400.00 | 4.300% | Assured | $45,782.10 | $45,782.10 | $45,782.10 | $45,782.10 | $45,782.10 | $45,782.10 | | | | | | | | |
| | 4/1/17 | $2,226,575.00 | 5.000% | Assured | $55,664.38 | $55,664.38 | $55,664.38 | $55,664.38 | $55,664.38 | $55,664.38 | $55,664.38 | $55,664.38 | | | | | | |
| | 4/1/18 | $2,336,425.00 | 5.000% | Assured | $58,410.63 | $58,410.63 | $58,410.63 | $58,410.63 | $58,410.63 | $58,410.63 | $58,410.63 | $58,410.63 | $58,410.63 | $58,410.63 | | | | |
| | 4/1/19 | $4,225,000.00 | 5.000% | Assured | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | | | | |
| | 4/1/21 | $4,225,000.00 | 5.000% | Assured | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 |
| | 4/1/22 | $4,225,000.00 | 5.000% | Assured | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 |
| | 4/1/23 | $4,225,000.00 | 5.000% | Assured | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 |
| | 4/1/24 | $4,225,000.00 | 5.000% | Assured | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 | $105,625.00 |
| | 4/1/25 | $4,225,000.00 | 5.000% | Assured | | | | | | | | | | | | | $105,625.00 | $528,125.00 |
| | | **$36,009,675.00** | | | $892,788.98 | $892,788.98 | $844,412.73 | $844,412.73 | $793,607.10 | $793,607.10 | $747,825.00 | $747,825.00 | $692,160.63 | $692,160.63 | $633,750.00 | $633,750.00 | $528,125.00 | $528,125.00 |
| **UTGO 2005-C** | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | $1,947,175.00 | 5.000% | Assured | $48,679.13 | $48,679.13 | | | | | | | | | | | | |
| | 4/1/16 | $2,049,125.00 | 5.000% | Assured | $51,228.13 | $51,228.13 | $51,228.13 | $51,228.13 | | | | | | | | | | |
| | 4/1/17 | $2,150,535.00 | 4.300% | Assured | $46,236.29 | $46,236.29 | $46,236.29 | $46,236.29 | $46,236.29 | $46,236.29 | | | | | | | | |
| | 4/1/18 | $2,223,350.00 | 5.000% | Assured | $55,558.75 | $55,558.75 | $55,558.75 | $55,558.75 | $55,558.75 | $55,558.75 | $55,558.75 | $55,558.75 | | | | | | |
| | 4/1/19 | $2,311,075.00 | 5.250% | Assured | $60,665.72 | $60,665.72 | $60,665.72 | $60,665.72 | $60,665.72 | $60,665.72 | $60,665.72 | $60,665.72 | $60,665.72 | $60,665.72 | | | | |
| | 4/1/20 | $2,437,825.00 | 5.250% | Assured | $63,992.91 | $63,992.91 | $63,992.91 | $63,992.91 | $63,992.91 | $63,992.91 | $63,992.91 | $63,992.91 | $63,992.91 | $63,992.91 | $63,992.91 | $63,992.91 | | |
| | | **$13,116,625.00** | | | $336,374.91 | $336,374.91 | $277,681.79 | $277,681.79 | $226,453.66 | $226,453.66 | $180,217.38 | $180,217.38 | $124,658.63 | $124,658.63 | $63,992.91 | $63,992.91 | | |
| **UTGO 2008-A** | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | $2,429,375.00 | 5.000% | Assured | $60,734.38 | $60,734.38 | | | | | | | | | | | | |
| | 4/1/16 | $2,547,615.00 | 5.000% | Assured | $63,691.88 | $63,691.88 | $63,691.88 | $63,691.88 | | | | | | | | | | |
| | 4/1/17 | $2,676,010.00 | 5.000% | Assured | $66,966.25 | $66,966.25 | $66,966.25 | $66,966.25 | $66,966.25 | $66,966.25 | | | | | | | | |
| | 4/1/18 | $2,923,700.00 | 4.000% | Assured | $56,192.50 | $56,192.50 | $56,192.50 | $56,192.50 | $56,192.50 | $56,192.50 | $56,192.50 | $56,192.50 | | | | | | |
| | 4/1/19 | $3,067,350.00 | 5.000% | Assured | $73,092.50 | $73,092.50 | $73,092.50 | $73,092.50 | $73,092.50 | $73,092.50 | $73,092.50 | $73,092.50 | $73,092.50 | $73,092.50 | | | | |
| | 4/1/20 | $3,223,675.00 | 5.000% | Assured | $76,683.75 | $76,683.75 | $76,683.75 | $76,683.75 | $76,683.75 | $76,683.75 | $76,683.75 | $76,683.75 | $76,683.75 | $76,683.75 | $76,683.75 | $76,683.75 | | |
| | 4/1/21 | $3,384,675.00 | 5.000% | Assured | $80,591.88 | $80,591.88 | $80,591.88 | $80,591.88 | $80,591.88 | $80,591.88 | $80,591.88 | $80,591.88 | $80,591.88 | $80,591.88 | $80,591.88 | $80,591.88 | $80,591.88 | $80,591.88 |
| | 4/1/28 | $17,283,900.00 * | 5.000% | Assured | $84,605.63 | $84,605.63 | $84,605.63 | $84,605.63 | $84,605.63 | $84,605.63 | $84,605.63 | $84,605.63 | $84,605.63 | $84,605.63 | $84,605.63 | $84,605.63 | $84,605.63 | $84,605.63 |
| | | | | | $182,097.50 | $182,097.50 | $182,097.50 | $182,097.50 | $182,097.50 | $182,097.50 | $182,097.50 | $182,097.50 | $182,097.50 | $182,097.50 | $182,097.50 | $182,097.50 | $182,097.50 | $182,097.50 |
| | | | | | $422,077.50 | $422,077.50 | $422,077.50 | $422,077.50 | $422,077.50 | $422,077.50 | $422,077.50 | $422,077.50 | $422,077.50 | $422,077.50 | $422,077.50 | $422,077.50 | $422,077.50 | $422,077.50 |
| | | **$40,231,275.00** | | | $1,105,999.38 | $1,105,999.38 | $1,042,307.50 | $1,042,307.50 | $975,341.25 | $975,341.25 | $919,148.75 | $919,148.75 | $846,056.25 | $846,056.25 | $769,372.50 | $769,372.50 | | |
| **UTGO 2008-B(J)** | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | $6,734,650.00 | 5.000% | Assured | $168,366.25 | $168,366.25 | | | | | | | | | | | | |
| | 4/1/16 | $2,906,800.00 | 5.000% | Assured | $72,670.00 | $72,670.00 | $72,670.00 | $72,670.00 | | | | | | | | | | |
| | 4/1/17 | $3,025,100.00 | 5.000% | Assured | $75,627.50 | $75,627.50 | $75,627.50 | $75,627.50 | $75,627.50 | $75,627.50 | | | | | | | | |
| | 4/1/18 | $3,202,550.00 | 5.000% | Assured | $80,063.75 | $80,063.75 | $80,063.75 | $80,063.75 | $80,063.75 | $80,063.75 | $80,063.75 | $80,063.75 | | | | | | |
| | | **$15,869,100.00** | | | $396,727.50 | $396,727.50 | $228,361.25 | $228,361.25 | $155,691.25 | $155,691.25 | $80,063.75 | $80,063.75 | | | | | | |
| | | **$279,618,950.00** | | | $7,102,083.99 | $7,102,083.99 | $6,373,480.63 | $6,373,480.63 | $5,615,608.89 | $5,615,608.89 | $4,978,045.68 | $4,978,045.68 | $4,123,041.77 | $4,123,041.77 | $3,384,590.59 | $3,384,590.59 | $2,626,312.80 | $2,626,312.80 |

# Reinstated to Holders: UTGO Series 2014 DSA Fourth Lien Restructured Bonds - Debt Service

| CUSIP | Maturity Date | Rate | Principal | Issuer | 10/1/21 | 4/1/22 | 10/1/22 | 4/1/23 | 10/1/23 | 4/1/24 | 10/1/24 | 4/1/25 | 10/1/25 | 4/1/26 | 10/1/26 | 4/1/27 | 10/1/27 | 4/1/28 | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTGO 1999-A** | | | | | | | | | | | | | | | | | | | | |
| 251003SM3 | 4/1/15 | 5.250% | $2,408,250.00 | Assured | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $126,433.13 | $2,534,683.13 |
| 251003SN1 | 4/1/16 | 5.000% | $2,530,775.00 | Assured | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $253,077.50 | $2,783,852.50 |
| 251003SP6 | 4/1/17 | 5.000% | $2,657,525.00 | Assured | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $398,628.75 | $3,056,153.75 |
| 251003SQ4 | 4/1/18 | 5.000% | $2,792,725.00 | Assured | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $558,545.00 | $3,351,270.00 |
| 251003SR2 | 4/1/19 | 5.000% | $2,932,150.00 | Assured | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $733,037.50 | $3,665,187.50 |
| | | | **$13,321,425.00** | | | | | | | | | | | | | | | | **$2,069,721.88** | **$15,391,146.88** |
| **UTGO 2001-A(I)** | | | | | | | | | | | | | | | | | | | | |
| 251003X66 | 4/1/15 | 5.375% | $5,019,300.00 | NPFG | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $209,787.38 | $5,289,087.38 |
| 251003X74 | 4/1/16 | 5.375% | $5,289,700.00 | NPFG | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $568,642.75 | $5,858,342.75 |
| 251003X82 | 4/1/17 | 5.375% | $5,577,000.00 | NPFG | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $899,291.25 | $6,476,291.25 |
| 251003VL1 | 4/1/18 | 5.375% | $11,830,000.00 | NPFG | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $2,543,450.00 | $14,373,450.00 |
| 251003VM9 | 4/1/19 | 5.375% | $11,830,000.00 | NPFG | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $2,957,500.00 | $14,787,500.00 |
| 251003VN7 | 4/1/20 | 5.000% | $11,830,000.00 | NPFG | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $3,549,000.00 | $15,379,000.00 |
| 251003VP2 | 4/1/21 | 5.000% | $11,830,000.00 | NPFG | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $4,140,500.00 | $15,970,500.00 |
| | | | **$63,206,000.00** | | | | | | | | | | | | | | | | **$14,928,171.38** | **$78,134,171.38** |
| **UTGO 2002** | | | | | | | | | | | | | | | | | | | | |
| 251003WV8 | 4/1/21 | 5.125% | $2,737,800.00 | NPFG | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $982,185.75 | $3,719,985.75 |
| 251003WW6 | 4/1/22 | 5.125% | $2,877,235.00 | NPFG | $73,728.89 | $73,728.89 | – | – | – | – | – | – | – | – | – | – | – | – | $1,179,652.25 | $4,056,887.25 |
| | | | **$5,615,035.00** | | **$73,728.89** | **$73,728.89** | | | | | | | | | | | | | **$2,161,848.00** | **$7,776,873.00** |
| **UTGO 2003-A** | | | | | | | | | | | | | | | | | | | | |
| 251003YP0 | 4/1/15 | 4.000% | $253,500.00 | Syncora | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $10,140.00 | $263,640.00 |
| 251003YQ8 | 4/1/16 | 5.250% | $2,154,750.00 | Syncora | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $113,124.38 | $2,267,874.38 |
| 251003YR6 | 4/1/17 | 5.250% | $2,530,775.00 | Syncora | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $265,731.38 | $2,796,506.38 |
| 251003YS4 | 4/1/18 | 5.250% | $2,661,750.00 | Syncora | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $419,225.63 | $3,080,975.63 |
| 251003YT2 | 4/1/19 | 5.250% | $2,801,175.00 | Syncora | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $588,246.75 | $3,389,421.75 |
| 251003YU9 | 4/1/20 | 5.250% | $2,949,050.00 | Syncora | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $774,125.63 | $3,723,175.63 |
| 251003YV7 | 4/1/21 | 5.250% | $422,500.00 | Syncora | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $114,075.00 | $536,575.00 |
| 251003YW5 | 4/1/21 | 5.250% | $2,682,875.00 | Syncora | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $845,105.63 | $3,527,980.63 |
| 251003YX3 | 4/1/21 | 5.250% | $3,261,700.00 | Syncora | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $1,396,674.75 | $4,660,374.75 |
| 251003YY1 | 4/1/22 | 4.625% | $422,500.00 | Syncora | $9,770.31 | $9,770.31 | – | – | – | – | – | – | – | – | – | – | – | – | $156,335.00 | $578,835.00 |
| 251003YZ8 | 4/1/22 | 5.250% | $3,012,425.00 | Syncora | $79,076.16 | $79,076.16 | – | – | – | – | – | – | – | – | – | – | – | – | $1,265,218.50 | $4,277,643.50 |
| 251003ZA1 | 4/1/23 | 4.625% | $1,267,500.00 | Syncora | $29,310.94 | $29,310.94 | $29,310.94 | $29,310.94 | – | – | – | – | – | – | – | – | – | – | $527,596.88 | $1,795,096.88 |
| 251003ZB9 | 4/1/23 | 5.250% | $2,344,875.00 | Syncora | $61,552.97 | $61,552.97 | $61,552.97 | $61,552.97 | – | – | – | – | – | – | – | – | – | – | $1,107,933.44 | $3,452,828.44 |
| | | | **$26,765,375.00** | | **$179,710.38** | **$179,710.38** | **$90,863.91** | **$90,863.91** | | | | | | | | | | | **$7,283,542.94** | **$34,350,017.94** |
| **UTGO 2004-A(I)** | | | | | | | | | | | | | | | | | | | | |
| 251003ZX7 | 4/1/19 | 5.250% | $3,802,500.00 | Ambac | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $998,156.25 | $4,800,656.25 |
| 251003ZY5 | 4/1/20 | 4.250% | $156,325.00 | Ambac | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $39,662.88 | $196,387.88 |
| 251003ZZ2 | 4/1/21 | 5.250% | $5,141,825.00 | Ambac | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $1,670,167.88 | $6,764,492.88 |
| 251003ZA4 | 4/1/21 | 5.000% | $5,577,000.00 | Ambac | – | – | – | – | – | – | – | – | – | – | – | – | – | – | $1,911,950.00 | $7,528,950.00 |
| 251003ZB2 | 4/1/22 | 5.250% | $5,855,850.00 | Ambac | $153,716.06 | $153,716.06 | – | – | – | – | – | – | – | – | – | – | – | – | $2,459,457.00 | $8,315,307.00 |
| 251003ZC0 | 4/1/23 | 5.250% | $316,675.00 | Ambac | $7,129.69 | $7,129.69 | $7,129.69 | $7,129.69 | – | – | – | – | – | – | – | – | – | – | $128,334.38 | $445,209.38 |
| 251003ZD8 | 4/1/23 | 5.250% | $5,847,400.00 | Ambac | $153,494.25 | $153,494.25 | $153,494.25 | $153,494.25 | – | – | – | – | – | – | – | – | – | – | $2,762,896.50 | $8,610,296.50 |
| 251003ZE6 | 4/1/24 | 4.600% | $663,325.00 | Ambac | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 | $15,256.48 | – | – | – | – | – | – | – | – | $305,129.50 | $968,454.50 |
| 251003ZF3 | 4/1/24 | 5.250% | $5,920,050.00 | Ambac | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | $152,828.81 | – | – | – | – | – | – | – | – | $3,056,576.25 | $8,876,626.25 |
| | | | **$33,183,150.00** | | **$482,425.29** | **$482,425.29** | **$328,709.23** | **$328,709.23** | **$168,085.29** | **$168,085.29** | | | | | | | | | **$13,322,037.63** | **$46,505,187.63** |

* Subject to Mandatory Redemption

# Reinstated to Holders: UTGO Series 2014 DSA Fourth Lien Restructured Bonds - Debt Service

| CSIP | Maturity Date | Rate | Principal | Insurer | Interest (by date) | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|---|
| **UTGO 2004-B(T)** | | | | | | | |
| 25192P78 | 4/1/15 | 5.000% | $7,340,375.00 | Ambac | | $366,318.75 | $7,696,693.75 |
| 25192P26 | 4/1/16 | 5.250% | $7,693,725.00 | Ambac | | $807,841.13 | $8,501,566.13 |
| 25192P84 | 4/1/17 | 4.000% | $257,725.00 | Ambac | | $30,927.00 | $288,652.00 |
| 25192P52 | 4/1/18 | 5.250% | $7,841,600.00 | Ambac | | $1,235,052.00 | $9,076,652.00 |
| 25192P70 | 4/1/18 | 5.250% | $1,000,000.00 | Ambac | | $356,900.00 | $2,044,900.00 |
| | | | $24,133,425.00 | | | $2,795,238.88 | $27,608,663.88 |
| **UTGO 2004-B(T)** | | | | | | | |
| 25192X1 | 4/1/19 | 5.240% | $485,875.00 | Ambac | | $59,111.13 | $544,986.13 |
| **UTGO 2005-B** | | | | | | | |
| 25192FG53 | 4/1/15 | 5.000% | $1,936,950.00 | Assured | | $96,752.50 | $2,033,802.50 |
| 25192FG26 | 4/1/16 | 5.000% | $2,032,225.00 | Assured | | $203,222.50 | $2,235,447.50 |
| 25192FG41 | 4/1/17 | 4.300% | $2,129,490.00 | Assured | | $274,692.60 | $2,404,092.60 |
| 25192FG79 | 4/1/18 | 5.000% | $2,226,575.00 | Assured | | $445,315.00 | $2,673,890.00 |
| 25192FG87 | 4/1/18 | 5.000% | $2,336,425.00 | Assured | | $384,106.25 | $2,720,531.25 |
| 25192FG95 | 4/1/19 | 5.000% | $4,225,000.00 | Assured | | $1,267,500.00 | $5,492,500.00 |
| 25192H29 | 4/1/20 | 5.000% | $4,225,000.00 | Assured | | $1,478,750.00 | $5,703,750.00 |
| 25192H37 | 4/1/21 | 5.000% | $4,225,000.00 | Assured | $105,625.00 | $1,690,000.00 | $5,915,000.00 |
| 25192H45 | 4/1/22 | 5.000% | $4,225,000.00 | Assured | $105,625.00 | $1,901,250.00 | $6,126,250.00 |
| 25192H52 | 4/1/23 | 5.000% | $4,225,000.00 | Assured | $105,625.00 | $2,112,500.00 | $6,337,500.00 |
| 25192H60 | 4/1/24 | 5.000% | $4,225,000.00 | Assured | $105,625.00 | $2,323,750.00 | $6,548,750.00 |
| 25192H78 | 4/1/25 | 5.000% | $4,225,000.00 | Assured | $105,625.00 | | |
| | | | $36,809,675.00 | | $422,500.00 ... $13,118,625.00 | $12,377,838.85 | $49,387,513.85 |
| **UTGO 2005-C** | | | | | | | |
| 25192J92 | 4/1/15 | 5.000% | $1,947,725.00 | Assured | | $97,386.25 | $2,045,111.25 |
| 25192J25 | 4/1/16 | 5.000% | $2,049,125.00 | Assured | | $204,912.50 | $2,254,037.50 |
| 25192J33 | 4/1/17 | 4.000% | $2,150,325.00 | Assured | | $277,417.73 | $2,427,942.73 |
| 25192J41 | 4/1/18 | 5.000% | $2,222,350.00 | Assured | | $444,470.00 | $2,666,820.00 |
| 25192J58 | 4/1/19 | 5.250% | $2,311,075.00 | Assured | | $606,657.19 | $2,917,732.19 |
| 25192J66 | 4/1/20 | 5.250% | $2,437,825.00 | Assured | | $767,931.48 | $3,205,319.88 |
| | | | $36,609,675.00 | | $422,500.00 ... $13,118,625.00 | $2,398,758.54 | $15,377,383.54 |
| **UTGO 2008-A** | | | | | | | |
| 25192J56 | 4/1/15 | 5.000% | $2,429,375.00 | Assured | | $121,468.75 | $2,550,843.75 |
| 25192J64 | 4/1/16 | 5.000% | $2,547,675.00 | Assured | | $254,767.50 | $2,802,442.50 |
| 25192J72 | 4/1/17 | 5.000% | $2,678,650.00 | Assured | | $401,797.50 | $3,080,447.50 |
| 25192J80 | 4/1/18 | 4.000% | $2,809,625.00 | Assured | | $449,540.00 | $3,259,165.00 |
| 25192J98 | 4/1/19 | 5.000% | $2,923,700.00 | Assured | | $730,925.00 | $3,654,625.00 |
| 25192J22 | 4/1/20 | 5.000% | $3,067,350.00 | Assured | | $929,205.00 | $3,997,555.00 |
| 25192J30 | 4/1/21 | 5.000% | $3,223,575.00 | Assured | $84,603.63 | $1,128,286.25 | $4,351,761.25 |
| 25192J48 | 4/1/22 | 5.000% | $3,067,350.00 | Assured | $84,603.63 | $1,353,000.00 | $4,737,915.00 |
| 25192J23 | 4/1/23 | 5.000% | $7,834,150.00 | Assured | $182,097.50 | $3,464,288.75 | $10,748,188.75 |
| 25192J63 | 4/1/28 | 5.000% | $16,883,100.00 | Assured | $422,077.50 | $10,603,371.25 | $27,486,371.25 |
| | | | $47,231,275.00 | | $688,780.63 ... $113,335.63 | $19,428,240.00 | $66,659,515.00 |
| **UTGO 2008-B(T)** | | | | | | | |
| 25192J35 | 4/1/15 | 5.000% | $6,734,650.00 | Assured | | $336,732.50 | $7,071,382.50 |
| 25192J51 | 4/1/16 | 5.000% | $2,906,800.00 | Assured | | $290,680.00 | $3,197,480.00 |
| 25192J79 | 4/1/17 | 5.000% | $3,025,100.00 | Assured | | $453,765.00 | $3,478,865.00 |
| 25192J87 | 4/1/18 | 5.000% | $3,202,350.00 | Assured | | $640,510.00 | $3,843,060.00 |
| | | | $15,869,000.00 | | | $1,721,687.50 | $17,590,787.50 |

Interest payment dates across columns: 10/1/21, 4/1/22, 10/1/22, 4/1/23, 10/1/23, 4/1/24, 10/1/24, 4/1/25, 10/1/25, 4/1/26, 10/1/26, 4/1/27, 10/1/27, 4/1/28

Total by column:
| | 10/1/21 | 4/1/22 | 10/1/22 | 4/1/23 | 10/1/23 | 4/1/24 | 10/1/24 | 4/1/25 | 10/1/25 | 4/1/26 | 10/1/26 | 4/1/27 | 10/1/27 | 4/1/28 | Total Interest | Total P&I |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $279,618,950.00 | $1,847,145.18 | $1,340,623.13 | $1,340,623.13 | $994,679.66 | $994,679.66 | $527,702.50 | $527,702.50 | $324,163.13 | $324,163.13 | $221,284.38 | $221,284.38 | $113,335.63 | $113,335.63 | $78,648,196.71 | $358,267,146.71 |

*Subject to Mandatory Redemption*

Bond Series Subject to Mandatory Redemption

**Issuance: 2004-B(2)**  CUSIP 25093YZX1

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Ambac | 6/30/15 | - | $485,875.00 | 5.240% | $12,729.93 |
| 4/1/15 | Ambac | 6/30/15 | - | $485,875.00 | 5.240% | $12,729.93 |
| 10/1/15 | Ambac | 6/30/16 | $130,975.00 | $354,900.00 | 5.240% | $9,298.38 |
| 4/1/16 | Ambac | 6/30/16 | - | $354,900.00 | 5.240% | $9,298.38 |
| 10/1/16 | Ambac | 6/30/17 | $139,425.00 | $215,475.00 | 5.240% | $5,645.45 |
| 4/1/17 | Ambac | 6/30/17 | - | $215,475.00 | 5.240% | $5,645.45 |
| 10/1/17 | Ambac | 6/30/18 | $143,650.00 | $71,825.00 | 5.240% | $1,881.82 |
| 4/1/18 | Ambac | 6/30/18 | $71,825.00 | - | 5.240% | $1,881.82 |
| **Total** | | | **$485,875.00** | | | **$59,111.13** |

**Issuance: 2008-A**  CUSIP 25093NS5

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | 6/30/15 | - | $7,283,900.00 | 5.000% | $182,097.50 |
| 4/1/15 | Assured | 6/30/15 | - | $7,283,900.00 | 5.000% | $182,097.50 |
| 10/1/15 | Assured | 6/30/16 | - | $7,283,900.00 | 5.000% | $182,097.50 |
| 4/1/16 | Assured | 6/30/16 | - | $7,283,900.00 | 5.000% | $182,097.50 |
| 10/1/16 | Assured | 6/30/17 | - | $7,283,900.00 | 5.000% | $182,097.50 |
| 4/1/17 | Assured | 6/30/17 | - | $7,283,900.00 | 5.000% | $182,097.50 |
| 10/1/17 | Assured | 6/30/18 | - | $7,283,900.00 | 5.000% | $182,097.50 |
| 4/1/18 | Assured | 6/30/18 | - | $7,283,900.00 | 5.000% | $182,097.50 |
| 10/1/18 | Assured | 6/30/19 | - | $7,283,900.00 | 5.000% | $182,097.50 |
| 4/1/19 | Assured | 6/30/19 | - | $7,283,900.00 | 5.000% | $182,097.50 |
| 10/1/19 | Assured | 6/30/20 | - | $7,283,900.00 | 5.000% | $182,097.50 |
| 4/1/20 | Assured | 6/30/20 | - | $7,283,900.00 | 5.000% | $182,097.50 |
| 10/1/20 | Assured | 6/30/21 | - | $7,283,900.00 | 5.000% | $182,097.50 |
| 4/1/21 | Assured | 6/30/21 | - | $7,283,900.00 | 5.000% | $182,097.50 |
| 10/1/21 | Assured | 6/30/22 | - | $7,283,900.00 | 5.000% | $182,097.50 |
| 4/1/22 | Assured | 6/30/22 | - | $7,283,900.00 | 5.000% | $182,097.50 |
| 10/1/2022 | Assured | 6/30/23 | - | $7,283,900.00 | 5.000% | $182,097.50 |
| 4/1/2023 | Assured | 6/30/23 | $3,553,225.00 | $3,730,675.00 | 5.000% | $182,097.50 |
| 10/1/2023 | Assured | 6/30/24 | - | $3,730,675.00 | 5.000% | $93,266.88 |
| 4/1/2024 | Assured | 6/30/24 | $3,730,675.00 | - | 5.000% | $93,266.88 |
| **Total** | | | **$7,283,900.00** | | | **$3,464,288.75** |

**Issuance: 2008-A**  CUSIP 25093NG3

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | 6/30/15 | - | $16,883,100.00 | 5.000% | $422,077.50 |
| 4/1/15 | Assured | 6/30/15 | - | $16,883,100.00 | 5.000% | $422,077.50 |
| 10/1/15 | Assured | 6/30/16 | - | $16,883,100.00 | 5.000% | $422,077.50 |
| 4/1/16 | Assured | 6/30/16 | - | $16,883,100.00 | 5.000% | $422,077.50 |
| 10/1/16 | Assured | 6/30/17 | - | $16,883,100.00 | 5.000% | $422,077.50 |
| 4/1/17 | Assured | 6/30/17 | - | $16,883,100.00 | 5.000% | $422,077.50 |
| 10/1/17 | Assured | 6/30/18 | - | $16,883,100.00 | 5.000% | $422,077.50 |
| 4/1/18 | Assured | 6/30/18 | - | $16,883,100.00 | 5.000% | $422,077.50 |
| 10/1/18 | Assured | 6/30/19 | - | $16,883,100.00 | 5.000% | $422,077.50 |
| 4/1/19 | Assured | 6/30/19 | - | $16,883,100.00 | 5.000% | $422,077.50 |
| 10/1/19 | Assured | 6/30/20 | - | $16,883,100.00 | 5.000% | $422,077.50 |
| 4/1/20 | Assured | 6/30/20 | - | $16,883,100.00 | 5.000% | $422,077.50 |
| 10/1/20 | Assured | 6/30/21 | - | $16,883,100.00 | 5.000% | $422,077.50 |
| 4/1/21 | Assured | 6/30/21 | - | $16,883,100.00 | 5.000% | $422,077.50 |
| 10/1/21 | Assured | 6/30/22 | - | $16,883,100.00 | 5.000% | $422,077.50 |
| 4/1/22 | Assured | 6/30/22 | - | $16,883,100.00 | 5.000% | $422,077.50 |
| 10/1/2022 | Assured | 6/30/23 | - | $16,883,100.00 | 5.000% | $422,077.50 |
| 4/1/2023 | Assured | 6/30/23 | - | $16,883,100.00 | 5.000% | $422,077.50 |
| 10/1/2023 | Assured | 6/30/24 | - | $16,883,100.00 | 5.000% | $422,077.50 |
| 4/1/2024 | Assured | 6/30/24 | - | $16,883,100.00 | 5.000% | $422,077.50 |
| 10/1/2024 | Assured | 6/30/25 | $3,916,575.00 | $12,966,525.00 | 5.000% | $422,077.50 |
| 4/1/2025 | Assured | 6/30/25 | - | $12,966,525.00 | 5.000% | $324,163.13 |
| 10/1/2025 | Assured | 6/30/26 | $4,115,150.00 | $8,851,375.00 | 5.000% | $324,163.13 |
| 4/1/2026 | Assured | 6/30/26 | - | $8,851,375.00 | 5.000% | $221,284.38 |
| 10/1/2026 | Assured | 6/30/27 | $4,317,950.00 | $4,533,425.00 | 5.000% | $221,284.38 |
| 4/1/2027 | Assured | 6/30/27 | - | $4,533,425.00 | 5.000% | $113,335.63 |
| 10/1/2027 | Assured | 6/30/28 | $4,533,425.00 | - | 5.000% | $113,335.63 |
| 4/1/2028 | Assured | 6/30/28 | | | | |
| **Total** | | | **$16,883,100.00** | | | **$10,603,271.25** |

| CUSIP | Maturity Date | Rate | Principal | Insurer | Beneficial Holder | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

The date columns fall under a spanning header labeled **Interest**.

**UTGO 1999-A**

| Maturity Date | Rate | Principal | Insurer | Beneficial Holder |
|---|---|---|---|---|
| 4/1/16 | 5.250% | $68,480.00 | Assured | Assured |
| 4/1/16 | 5.375% | $71,880.00 | Assured | Assured |
| 4/1/17 | 5.375% | $75,480.00 | Assured | Assured |
| 4/1/18 | 5.000% | | Assured | Assured |
| 4/1/19 | 5.000% | | Assured | Assured |
| | | **$378,360.00** | | |

**UTGO 2001-A(II)**

| Maturity Date | Rate | Principal | Insurer | Beneficial Holder |
|---|---|---|---|---|
| 4/1/15 | 5.375% | $19,851.00 | Ambac | Ambac |
| 4/1/16 | 5.375% | $20,921.00 | Ambac | Ambac |
| 4/1/17 | 5.375% | $22,032.00 | NPFG | NPFG |
| 4/1/18 | 5.375% | $44,297.00 | NPFG | NPFG |
| 4/1/19 | 5.000% | $46,787.00 | NPFG | NPFG |
| 4/1/20 | 5.000% | $46,787.00 | NPFG | NPFG |
| 4/1/21 | 5.000% | $46,787.00 | NPFG | NPFG |
| 4/1/15 | 5.375% | $122,709.00 | Assured | Assured |
| 4/1/16 | 5.375% | $125,379.00 | NPFG | NPFG |
| 4/1/17 | 5.375% | $136,343.00 | NPFG | NPFG |
| 4/1/18 | 5.375% | $289,213.00 | NPFG | NPFG |
| 4/1/19 | 5.000% | $289,213.00 | Assured | Assured |
| 4/1/21 | 5.000% | $289,211.00 | NPFG | NPFG |
| | | **$1,792,260.00** | | |

**UTGO 2002**

| Maturity Date | Rate | Principal | Insurer | Beneficial Holder |
|---|---|---|---|---|
| 4/1/15 | 5.125% | $10,828.00 | NPFG | Ambac |
| 4/1/16 | 5.125% | $11,713.00 | NPFG | Ambac |
| 4/1/21 | 5.125% | $66,932.00 | NPFG | NPFG |
| 4/1/21 | 5.125% | $69,701.00 | NPFG | NPFG |
| | | **$159,480.00** | | |

**2003-A**

| Maturity Date | Rate | Principal | Insurer | Beneficial Holder |
|---|---|---|---|---|
| 4/1/15 | 4.000% | $450.00 | Syncora | Syncora |
| 4/1/15 | 5.250% | $3,852.00 | Syncora | Syncora |
| 4/1/16 | 5.250% | $4,489.00 | Syncora | Syncora |
| 4/1/17 | 5.250% | $4,722.00 | Syncora | Syncora |
| 4/1/18 | 4.500% | $4,960.00 | Syncora | Syncora |
| 4/1/19 | 4.500% | $749.00 | Syncora | Syncora |
| 4/1/20 | 5.250% | $4,759.00 | Syncora | Syncora |
| 4/1/21 | 5.250% | $8,586.00 | Syncora | Syncora |
| 4/1/22 | 5.250% | $396.00 | Syncora | Syncora |
| 4/1/22 | 5.250% | $5,344.00 | Syncora | Syncora |
| 4/1/23 | 4.625% | $2,248.00 | Syncora | Syncora |
| 4/1/15 | 4.625% | $4,160.00 | Syncora | Ambac |
| 4/1/16 | 5.250% | $7,990.00 | Syncora | Ambac |
| 4/1/17 | 5.250% | $3,984.00 | Syncora | Ambac |
| 4/1/18 | 4.500% | $9,870.00 | Syncora | Syncora |
| 4/1/19 | 4.500% | $9,948.00 | Syncora | Syncora |
| 4/1/20 | 5.250% | $10,935.00 | Syncora | Syncora |
| 4/1/21 | 4.625% | $1,567.00 | Syncora | Syncora |
| 4/1/22 | 4.625% | $11,566.00 | Syncora | Syncora |
| 4/1/23 | 4.625% | $11,170.00 | Syncora | Syncora |
| 4/1/15 | 4.000% | $9,094.00 | Syncora | Syncora |
| 4/1/15 | 4.000% | $5,810.00 | Syncora | Assured |
| 4/1/16 | 5.250% | $49,388.00 | Syncora | Syncora |
| 4/1/17 | 5.250% | $58,807.00 | Syncora | Syncora |
| 4/1/18 | 5.250% | $54,204.00 | Syncora | Syncora |
| 4/1/19 | 4.500% | $67,594.00 | Syncora | Syncora |
| 4/1/20 | 4.500% | $69,684.00 | Syncora | Syncora |
| 4/1/21 | 4.625% | $174,760.00 | Syncora | Syncora |
| 4/1/22 | 4.625% | $69,684.00 | Syncora | Syncora |
| 4/1/23 | 4.625% | $697,000.00 | Syncora | Syncora |
| 4/1/23 | 5.250% | $53,746.00 | Syncora | Syncora |

89

1135

# Reinstated to Insurers: UTGO Series 2014 DSA Fourth Lien Restructured Bonds - Debt Service

| CUSIP | Maturity Date | Rate | Principal | Insurer | Beneficial Holder | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Interest | | | | | | | |
| **UTF 2004-A(I)** | | | | | | | | | | | | | | | | | | | |
| 25YYX2 | 4/1/19 | 5.250% | $108,000.00 | Ambac | Ambac | $2,835.00 | $2,835.00 | $2,835.00 | $2,835.00 | $2,835.00 | $2,835.00 | $2,835.00 | $2,835.00 | $2,835.00 | $2,835.00 | | | | |
| 25YYY0 | 4/1/20 | 4.250% | $4,440.00 | Ambac | Ambac | $94.35 | $94.35 | $94.35 | $94.35 | $94.35 | $94.35 | $94.35 | $94.35 | $94.35 | $94.35 | $94.35 | $94.35 | | |
| 25ZZ26 | 4/1/20 | 5.250% | $146,040.00 | Ambac | Ambac | $3,833.55 | $3,833.55 | $3,833.55 | $3,833.55 | $3,833.55 | $3,833.55 | $3,833.55 | $3,833.55 | $3,833.55 | $3,833.55 | $3,833.55 | $3,833.55 | | |
| 25ZZX1 | 4/1/20 | 5.250% | $150,880.00 | Ambac | Ambac | $3,960.60 | $3,960.60 | $3,960.60 | $3,960.60 | $3,960.60 | $3,960.60 | $3,960.60 | $3,960.60 | $3,960.60 | $3,960.60 | $3,960.60 | $3,960.60 | $3,960.60 | |
| 25ZZ35 | 4/1/21 | 5.250% | $166,320.00 | Ambac | Ambac | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 | $4,365.90 |
| 25YYZ7 | 4/1/23 | 4.500% | $9,000.00 | Ambac | Ambac | $202.50 | $202.50 | $202.50 | $202.50 | $202.50 | $202.50 | $202.50 | $202.50 | $202.50 | $202.50 | $202.50 | $202.50 | $202.50 | $202.50 |
| 25YZ25 | 4/1/23 | 5.250% | $166,080.00 | Ambac | Ambac | $4,359.60 | $4,359.60 | $4,359.60 | $4,359.60 | $4,359.60 | $4,359.60 | $4,359.60 | $4,359.60 | $4,359.60 | $4,359.60 | $4,359.60 | $4,359.60 | $4,359.60 | $4,359.60 |
| 25YZ33 | 4/1/24 | 4.000% | $78,840.00 | Ambac | Ambac | $433.32 | $433.32 | $433.32 | $433.32 | $433.32 | $433.32 | $433.32 | $433.32 | $433.32 | $433.32 | $433.32 | $433.32 | $433.32 | $433.32 |
| 25YZF0 | | 5.250% | $165,360.00 | Ambac | Ambac | $4,340.70 | $4,340.70 | $4,340.70 | $4,340.70 | $4,340.70 | $4,340.70 | $4,340.70 | $4,340.70 | $4,340.70 | $4,340.70 | $4,340.70 | $4,340.70 | $4,340.70 | $4,340.70 |
| **Total** | | | **$942,480.00** | | | $24,424.92 | $24,424.92 | $24,424.92 | $24,424.92 | $24,424.92 | $24,424.92 | $24,424.92 | $24,424.92 | $24,424.92 | $24,424.92 | $21,589.92 | $21,589.92 | $17,662.02 | $17,662.02 |
| **UTF 2004-B(I)** | | | | | | | | | | | | | | | | | | | |
| 25YZ78 | 4/1/15 | 5.000% | $208,200.00 | Ambac | Ambac | $5,205.00 | $5,205.00 | | | | | | | | | | | | |
| 25YZ86 | 4/1/16 | 4.000% | $238,520.00 | Ambac | Ambac | $5,736.15 | $5,736.15 | $5,736.15 | $5,736.15 | | | | | | | | | | |
| 25YZ84 | 4/1/17 | 4.000% | $7,320.00 | Ambac | Ambac | $146.40 | $146.40 | $146.40 | $146.40 | $146.40 | $146.40 | | | | | | | | |
| 25YZ52 | 4/1/17 | 5.000% | $232,720.00 | Ambac | Ambac | $5,846.40 | $5,846.40 | $5,846.40 | $5,846.40 | $5,846.40 | $5,846.40 | | | | | | | | |
| 25YZU0 | 4/1/18 | 5.250% | $48,000.00 | Ambac | Ambac | $1,260.00 | $1,260.00 | $1,260.00 | $1,260.00 | $1,260.00 | $1,260.00 | $1,260.00 | $1,260.00 | | | | | | |
| **Total** | | | **$704,760.00** | | | $18,193.95 | $18,193.95 | $12,988.95 | $12,988.95 | $7,252.80 | $7,252.80 | $1,260.00 | $1,260.00 | | | | | | |
| **UTF 2004-R(I)** | | | | | | | | | | | | | | | | | | | |
| 25YZX1 | 4/1/19 | 5.240% | $13,800.00 | Ambac | Ambac | $361.56 | $361.56 | $364.10 | $364.10 | $160.34 | $160.34 | $53.45 | $53.45 | | | | | | |
| **UTF 2005-C** | | | | | | | | | | | | | | | | | | | |
| 25Y9S3 | 4/1/15 | 5.000% | $54,960.00 | Assured | Assured | $1,374.00 | $1,374.00 | | | | | | | | | | | | |
| 25Y9G4 | 4/1/16 | 5.000% | $57,720.00 | Assured | Assured | $1,443.00 | $1,443.00 | $1,443.00 | $1,443.00 | | | | | | | | | | |
| 25Y9H8 | 4/1/16 | 4.300% | $61,000.00 | Assured | Assured | $1,311.50 | $1,311.50 | $1,311.50 | $1,311.50 | | | | | | | | | | |
| 25Y9J7 | 4/1/18 | 5.000% | $63,240.00 | Assured | Assured | $1,581.00 | $1,581.00 | $1,581.00 | $1,581.00 | $1,581.00 | $1,581.00 | $1,581.00 | $1,581.00 | | | | | | |
| 25Y9G5 | 4/1/19 | 5.000% | $66,360.00 | Assured | Assured | $1,659.00 | $1,659.00 | $1,659.00 | $1,659.00 | $1,659.00 | $1,659.00 | $1,659.00 | $1,659.00 | $1,659.00 | $1,659.00 | | | | |
| 25Y9K9 | 4/1/20 | 5.000% | $120,000.00 | Assured | Assured | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | | |
| 25Y9H5 | 4/1/21 | 5.000% | $120,000.00 | Assured | Assured | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | |
| 25Y9J2 | 4/1/23 | 5.000% | $120,000.00 | Assured | Assured | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| 25Y9U5 | 4/1/25 | 5.000% | $120,000.00 | Assured | Assured | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| 25Y9R8 | | 5.000% | $120,000.00 | Assured | Assured | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| **Total** | | | **$1,022,760.00** | | | $25,357.32 | $25,357.32 | $23,983.32 | $23,983.32 | $22,540.32 | $22,540.32 | $21,240.00 | $21,240.00 | $19,659.00 | $19,659.00 | $18,000.00 | $18,000.00 | $15,000.00 | $15,000.00 |
| **UTF 2005-A** | | | | | | | | | | | | | | | | | | | |
| 25Y9X9 | 4/1/15 | 5.000% | $55,320.00 | Assured | Assured | $1,383.00 | $1,383.00 | | | | | | | | | | | | |
| 25Y9Z5 | 4/1/16 | 5.000% | $58,200.00 | Assured | Assured | $1,455.00 | $1,455.00 | $1,455.00 | $1,455.00 | | | | | | | | | | |
| 25Y9S3 | 4/1/17 | 4.300% | $61,080.00 | Assured | Assured | $1,313.22 | $1,313.22 | $1,313.22 | $1,313.22 | $1,313.22 | $1,313.22 | | | | | | | | |
| 25Y9P8 | 4/1/18 | 5.000% | $55,040.00 | Assured | Assured | $1,578.00 | $1,578.00 | $1,578.00 | $1,578.00 | $1,578.00 | $1,578.00 | $1,578.00 | $1,578.00 | | | | | | |
| 25Y9Q6 | 4/1/19 | 5.250% | $69,240.00 | Assured | Assured | $1,817.55 | $1,817.55 | $1,817.55 | $1,817.55 | $1,817.55 | $1,817.55 | $1,817.55 | $1,817.55 | $1,817.55 | $1,817.55 | | | | |
| **Total** | | | **$241,840.00** | | | $9,269.82 | $9,269.82 | $7,086.82 | $7,086.82 | $6,431.82 | $6,431.82 | $5,118.60 | $5,118.60 | $3,540.60 | $3,540.60 | $1,817.55 | $1,817.55 | | |
| **UTF 2006-A** | | | | | | | | | | | | | | | | | | | |
| 25Y9S6 | 4/1/15 | 5.000% | $69,000.00 | Assured | Assured | $1,725.00 | $1,725.00 | | | | | | | | | | | | |
| 25Y9G4 | 4/1/16 | 5.000% | $72,360.00 | Assured | Assured | $1,809.00 | $1,809.00 | $1,809.00 | $1,809.00 | | | | | | | | | | |
| 25Y9H3 | 4/1/17 | 5.000% | $76,240.00 | Assured | Assured | $1,906.00 | $1,906.00 | $1,906.00 | $1,906.00 | $1,902.00 | $1,902.00 | | | | | | | | |
| 25Y9G8 | 4/1/18 | 4.000% | $79,800.00 | Assured | Assured | $1,596.00 | $1,596.00 | $1,596.00 | $1,596.00 | $1,596.00 | $1,596.00 | $1,596.00 | $1,596.00 | | | | | | |
| 25Y9Q8 | 4/1/19 | 5.000% | $83,040.00 | Assured | Assured | $2,076.00 | $2,076.00 | $2,076.00 | $2,076.00 | $2,076.00 | $2,076.00 | $2,076.00 | $2,076.00 | $2,076.00 | $2,076.00 | | | | |
| 25Y9H7 | 4/1/20 | 5.000% | $87,120.00 | Assured | Assured | $2,178.00 | $2,178.00 | $2,178.00 | $2,178.00 | $2,178.00 | $2,178.00 | $2,178.00 | $2,178.00 | $2,178.00 | $2,178.00 | $2,178.00 | $2,178.00 | | |
| 25Y9J6 | 4/1/22 | 5.000% | $91,560.00 | Assured | Assured | $2,289.00 | $2,289.00 | $2,289.00 | $2,289.00 | $2,289.00 | $2,289.00 | $2,289.00 | $2,289.00 | $2,289.00 | $2,289.00 | $2,289.00 | $2,289.00 | $2,289.00 | |
| 25Y9N8 | 4/1/23 | 5.000% | $96,120.00 | Assured | Assured | $2,403.00 | $2,403.00 | $2,403.00 | $2,403.00 | $2,403.00 | $2,403.00 | $2,403.00 | $2,403.00 | $2,403.00 | $2,403.00 | $2,403.00 | $2,403.00 | $2,403.00 | $2,403.00 |
| 25Y9S3 | 4/1/25 | 5.000% | $206,880.00 | Assured | Assured | $5,172.00 | $5,172.00 | $5,172.00 | $5,172.00 | $5,172.00 | $5,172.00 | $5,172.00 | $5,172.00 | $5,172.00 | $5,172.00 | $5,172.00 | $5,172.00 | $5,172.00 | $5,172.00 |
| 25Y9S3 | | 5.000% | $479,320.00 | Assured | Assured | $11,988.00 | $11,988.00 | $11,988.00 | $11,988.00 | $11,988.00 | $11,988.00 | $11,988.00 | $11,988.00 | $11,988.00 | $11,988.00 | $11,988.00 | $11,988.00 | $11,988.00 | $11,988.00 |
| **Total** | | | **$1,341,480.00** | | | $33,138.00 | $33,138.00 | $31,413.00 | $31,413.00 | $29,604.00 | $29,604.00 | $27,702.00 | $27,702.00 | $26,106.00 | $26,106.00 | $24,030.00 | $24,030.00 | $23,832.00 | $23,832.00 |
| **UTF 2006-B(I)** | | | | | | | | | | | | | | | | | | | |
| 25Y9S3 | 4/1/15 | 5.000% | $191,280.00 | Assured | Assured | $4,782.00 | $4,782.00 | | | | | | | | | | | | |
| 25Y9S1 | 4/1/16 | 5.000% | $82,560.00 | Assured | Assured | $2,064.00 | $2,064.00 | $2,064.00 | $2,064.00 | | | | | | | | | | |
| 25Y9R9 | 4/1/17 | 5.000% | $85,920.00 | Assured | Assured | $2,148.00 | $2,148.00 | $2,148.00 | $2,148.00 | $2,148.00 | $2,148.00 | | | | | | | | |
| 25Y9S0 | 4/1/18 | 5.000% | $90,560.00 | Assured | Assured | $2,274.00 | $2,274.00 | $2,274.00 | $2,274.00 | $2,274.00 | $2,274.00 | $2,274.00 | $2,274.00 | | | | | | |
| **Total** | | | **$450,720.00** | | | $11,268.00 | $11,268.00 | $6,486.00 | $6,486.00 | $4,422.00 | $4,422.00 | $2,274.00 | $2,274.00 | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| **$7,941,840.00** | | | | | | $201,716.00 | $201,716.00 | $179,772.23 | $179,772.23 | $159,459.78 | $159,459.78 | $138,548.04 | $138,548.04 | $117,204.15 | $117,204.15 | $96,130.40 | $96,130.40 | $74,536.70 | $74,536.70 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NPPG | $2,032,460.00 | | | | | $32,578.29 | $32,578.29 | $32,578.29 | $46,513.79 | $39,865.31 | $39,865.31 | $32,913.74 | $32,913.74 | $30,070.23 | $30,070.23 | $25,778.52 | $25,778.52 | $20,384.55 | $20,384.55 |
| Assured | $5,861,802.00 | | | | | $147,096.37 | $147,096.37 | $132,136.43 | $132,136.43 | $118,570.30 | $118,570.30 | $104,754.08 | $104,754.08 | $86,284.13 | $86,284.13 | $69,739.41 | $69,739.41 | $53,681.46 | $53,681.46 |
| Syncora | $47,470.00 | | | | | $1,231.33 | $1,231.33 | $1,122.01 | $1,122.01 | $1,004.17 | $1,004.17 | $880.22 | $880.22 | $749.78 | $749.78 | $612.47 | $612.47 | | |
| **Total** | **$7,941,840.00** | | | | | $201,716.00 | $201,716.00 | $179,772.23 | $179,772.23 | $159,459.78 | $159,459.78 | $138,548.04 | $138,548.04 | $117,204.15 | $117,204.15 | $96,130.40 | $96,130.40 | $74,536.70 | $74,536.70 |

\* Subject to Mandatory Redemption

| CUSIP | Maturity Date | Rate | Principal | Insurer | Beneficial Holder | 10/1/21 | 4/1/22 | 10/1/22 | 4/1/23 | Interest 10/1/23 | 4/1/24 | 10/1/24 | 4/1/25 | 10/1/25 | 4/1/26 | 10/1/26 | 4/1/27 | 10/1/27 | 4/1/28 | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTGO 1999-A** | | | | | | | | | | | | | | | | | | | | | |
| 25383GX6 | 4/1/15 | 5.250% | $68,400.00 | Assured | Assured | | | | | | | | | | | | | | | $3,591.00 | $71,991.00 |
| 25383SN3 | 4/1/16 | 5.000% | $71,880.00 | Assured | Assured | | | | | | | | | | | | | | | $7,188.00 | $79,068.00 |
| 25383F5B9 | 4/1/17 | 5.000% | $75,480.00 | Assured | Assured | | | | | | | | | | | | | | | $11,310.00 | $86,360.00 |
| 25383SQ4 | 4/1/18 | 5.000% | $79,320.00 | Assured | Assured | | | | | | | | | | | | | | | $15,864.00 | $95,184.00 |
| 25383SZ2 | 4/1/19 | 5.000% | $83,280.00 | Assured | Assured | | | | | | | | | | | | | | | $20,820.00 | $104,100.00 |
| | | | $378,360.00 | | | | | | | | | | | | | | | | | $58,785.00 | $437,145.00 |
| **UTGO 2001-A(T)** | | | | | | | | | | | | | | | | | | | | | |
| 25383G2X6 | 4/1/15 | 5.375% | $19,851.00 | NPFG | Ambac | | | | | | | | | | | | | | | $1,066.99 | $20,917.99 |
| 25383VK3 | 4/1/16 | 5.375% | $20,921.00 | NPFG | Ambac | | | | | | | | | | | | | | | $2,249.10 | $23,170.10 |
| 25383VL1 | 4/1/17 | 5.375% | $22,057.00 | NPFG | Ambac | | | | | | | | | | | | | | | $3,556.60 | $25,613.69 |
| 25383VM9 | 4/1/18 | 5.375% | $46,787.00 | NPFG | Ambac | | | | | | | | | | | | | | | $10,089.71 | $56,846.21 |
| 25383VN7 | 4/1/19 | 5.375% | $46,787.00 | NPFG | Ambac | | | | | | | | | | | | | | | $11,696.75 | $58,483.75 |
| 25383VP2 | 4/1/20 | 5.000% | $46,787.00 | NPFG | Ambac | | | | | | | | | | | | | | | $14,051.10 | $60,838.10 |
| 25383VQ0 | 4/1/21 | 5.000% | $46,787.00 | NPFG | Ambac | | | | | | | | | | | | | | | $16,375.45 | $63,162.45 |
| 25383XW5 | 4/1/20 | 5.250% | $122,700.00 | NPFG | Assured | | | | | | | | | | | | | | | $6,595.61 | $129,304.61 |
| 25383X36 | 4/1/21 | 5.375% | $132,700.00 | NPFG | Assured | | | | | | | | | | | | | | | $13,301.79 | $145,220.79 |
| 25383VU1 | 4/1/22 | 5.375% | $125,310.00 | NPFG | Ambac | | | | | | | | | | | | | | | $21,506.31 | $156,816.31 |
| 25383VL1 | 4/1/17 | 5.375% | $136,343.00 | NPFG | Ambac | | | | | | | | | | | | | | | $62,180.80 | $331,395.80 |
| 25383VM9 | 4/1/18 | 5.375% | $389,233.00 | NPFG | Assured | | | | | | | | | | | | | | | $72,303.25 | $361,536.25 |
| 25383VN7 | 4/1/19 | 5.000% | $389,233.00 | NPFG | Assured | | | | | | | | | | | | | | | $86,763.90 | $375,976.90 |
| 25383VQ0 | 4/1/21 | 5.000% | $389,233.00 | NPFG | Assured | | | | | | | | | | | | | | | $101,233.35 | $390,455.55 |
| | | | $1,795,200.00 | | | | | | | | | | | | | | | | | $423,995.60 | $2,220,195.60 |
| **UTGO 2002** | | | | | | | | | | | | | | | | | | | | | |
| 25383W18 | 4/1/21 | 5.125% | $10,828.00 | NPFG | Ambac | $291.59 | $291.59 | | | | | | | | | | | | | $3,884.55 | $14,712.55 |
| 25383W26 | 4/1/22 | 5.125% | $11,379.00 | NPFG | Assured | $1,803.40 | $291.59 | | | | | | | | | | | | | $4,665.39 | $16,044.39 |
| 25383W18 | 4/1/21 | 5.125% | $66,932.00 | NPFG | Ambac | $2,094.99 | $1,803.40 | | | | | | | | | | | | | $24,011.86 | $90,943.86 |
| 25383W26 | 4/1/22 | 5.125% | $70,341.00 | NPFG | Assured | | $2,094.08 | | | | | | | | | | | | | $28,839.81 | $99,180.81 |
| | | | $159,480.00 | | | | | | | | | | | | | | | | | $63,401.60 | $220,881.60 |
| **UTGO 2001-A** | | | | | | | | | | | | | | | | | | | | | |
| 25383X30 | 4/1/15 | 4.000% | $450.00 | Syncora | Syncora | $18.00 | $18.00 | | | | | | | | | | | | | $18.00 | $468.00 |
| 25383X48 | 4/1/16 | 5.250% | $3,822.00 | Syncora | Syncora | $200.66 | $200.66 | | | | | | | | | | | | | $200.66 | $4,022.66 |
| 25383X55 | 4/1/16 | 5.250% | $4,489.00 | Syncora | Syncora | $473.35 | $473.35 | | | | | | | | | | | | | $473.35 | $4,962.35 |
| 25383X63 | 4/1/17 | 5.250% | $4,722.00 | Syncora | Syncora | $749.72 | $749.72 | | | | | | | | | | | | | $749.72 | $5,471.72 |
| 25383X71 | 4/1/18 | 5.250% | $4,960.00 | Syncora | Syncora | $1,043.49 | $1,043.49 | | | | | | | | | | | | | $1,043.49 | $6,012.49 |
| 25383X89 | 4/1/19 | 5.250% | $5,231.00 | Syncora | Syncora | $1,373.14 | | | | | | | | | | | | | | $1,373.14 | $6,604.14 |
| 25383X97 | 4/1/20 | 4.900% | $749.00 | Syncora | Syncora | $202.23 | | | | | | | | | | | | | | $202.23 | $951.23 |
| 25383Y06 | 4/1/16 | 5.250% | $4,759.00 | Syncora | Syncora | $1,499.09 | | | | | | | | | | | | | | $1,499.09 | $6,258.09 |
| 25383X23 | 4/1/17 | 5.250% | $2,786.00 | Syncora | Syncora | $2,126.36 | | | | | | | | | | | | | | $2,126.36 | $7,913.36 |
| 25383X31 | 4/1/18 | 5.250% | $5,344.00 | Syncora | Syncora | $37.34 | $37.34 | | | | | | | | | | | | | $277.50 | $1,077.50 |
| 25383YA2 | 4/1/19 | 4.625% | $2,248.00 | Syncora | Syncora | $140.28 | $140.28 | | | | | | | | | | | | | $2,344.48 | $17,588.48 |
| 25383YA2 | 4/1/19 | 4.625% | $4,160.00 | Syncora | Syncora | $51.99 | $51.99 | $51.99 | | | | | | | | | | | | $935.73 | $14,187.73 |
| 25383YB0 | 4/1/20 | 5.250% | $7,999.00 | Syncora | Syncora | $109.20 | $109.20 | | | | | | | | | | | | | $1,565.60 | $16,125.60 |
| 25383Y06 | 4/1/16 | 5.250% | $9,384.00 | Syncora | Ambac | | $37.60 | | | | | | | | | | | | | $37.60 | $977.60 |
| 25383X23 | 4/1/17 | 5.250% | $9,870.00 | Syncora | Ambac | | $49.48 | | | | | | | | | | | | | $49.48 | $8,409.48 |
| 25383X31 | 4/1/18 | 5.250% | $10,035.00 | Syncora | Ambac | | $985.32 | | | | | | | | | | | | | $985.32 | $10,369.32 |
| 25383X49 | 4/1/19 | 4.900% | $1,507.00 | Syncora | Ambac | | $1,554.53 | | | | | | | | | | | | | $1,554.53 | $11,424.53 |
| 25383X56 | 4/1/20 | 5.250% | $5,248.00 | Syncora | Ambac | $36.21 | $36.21 | | | | | | | | | | | | | $3,181.27 | $12,568.27 |
| 25383YA3 | 4/1/21 | 4.625% | $12,094.00 | Syncora | Ambac | $293.21 | $293.21 | | | | | | | | | | | | | $2,870.64 | $13,803.64 |
| 25383X71 | 4/1/22 | 4.625% | $1,566.00 | Syncora | Ambac | $108.69 | $108.69 | $108.69 | | | | | | | | | | | | $425.19 | $13,804.19 |
| 25383YA2 | 4/1/17 | 5.250% | $11,710.00 | Syncora | Assured | $238.22 | $238.22 | $238.22 | | | | | | | | | | | | $3,133.62 | $13,081.62 |
| 25383X39 | 4/1/18 | 5.250% | $42,700.00 | Syncora | Assured | | | | | | | | | | | | | | | $4,444.55 | $16,538.55 |
| 25383X47 | 4/1/19 | 4.625% | $64,204.00 | Syncora | Assured | | | | | | | | | | | | | | | $579.42 | $12,645.42 |
| 25383X71 | 4/1/15 | 5.250% | $67,594.00 | Syncora | Assured | | | | | | | | | | | | | | | $4,630.40 | $85,381.40 |
| 25383X39 | 4/1/16 | 5.250% | $42,700.00 | Syncora | Assured | | | | | | | | | | | | | | | $1,956.38 | $6,656.38 |
| 25383X47 | 4/1/17 | 5.250% | $88,694.00 | Syncora | Assured | | | | | | | | | | | | | | | $4,107.92 | $12,801.92 |
| 25383X50 | 4/1/18 | 5.250% | $5,810.00 | Syncora | Assured | $232.40 | | | | | | | | | | | | | | $232.40 | $6,042.40 |
| 25383X68 | 4/1/15 | 5.250% | $40,388.00 | Syncora | Assured | $223.94 | $223.94 | | | | | | | | | | | | | $6,090.74 | $64,097.74 |
| 25383X66 | 4/1/16 | 5.250% | $38,037.00 | Syncora | Assured | $1,817.46 | $1,817.46 | | | | | | | | | | | | | $9,608.76 | $75,636.76 |
| 25383X21 | 4/1/17 | 5.250% | $61,105.00 | Syncora | Assured | $671.83 | $671.83 | $671.83 | | | | | | | | | | | | $13,402.84 | $77,686.84 |
| 25383XT2 | 4/1/18 | 5.250% | $61,743.00 | Syncora | Assured | $1,410.83 | $1,410.83 | $1,410.83 | | | | | | | | | | | | $177,743.45 | $88,337.85 |
| 25383X39 | 4/1/19 | 5.250% | $74,760.00 | Syncora | Assured | | | | | | | | | | | | | | | $2,614.68 | $12,298.68 |
| 25383YA5 | 4/1/20 | 5.250% | $61,493.00 | Syncora | Assured | | | | | | | | | | | | | | | $10,370.30 | $80,863.30 |
| 25383XV0 | 4/1/15 | 5.250% | $9,684.00 | Syncora | Syncora | | | | | | | | | | | | | | | $27,474.50 | $105,234.50 |
| 25383YB0 | 4/1/21 | 4.625% | $48,564.00 | Syncora | Syncora | | | | | | | | | | | | | | | $3,583.18 | $13,367.08 |
| 25193YX2 | 4/1/22 | 4.625% | $69,684.00 | Syncora | Syncora | | | | | | | | | | | | | | | $28,599.32 | $98,045.32 |
| 25193YX2 | 4/1/28 | 5.250% | $49,059.00 | Syncora | Syncora | | | | | | | | | | | | | | | $12,092.90 | $41,144.90 |
| 25193YB0 | 4/1/21 | 5.250% | $53,746.00 | Syncora | Syncora | | | | | | | | | | | | | | | $5,567.08 | $53,529.09 |
| | | | $760,000.00 | | | $5,304.29 | $5,304.20 | $2,580.75 | | | | | | | | | | | | $209,766.50 | $969,766.50 |

| CUSIP | Maturity Date | Rate | Principal | Insurer | Beneficial Holder | Total Interest | Principal & Interest |
|---|---|---|---|---|---|---|---|
| **UTGO 2004-A(1)** | | | | | | | |
| 25537XY2 | 4/1/19 | 5.250% | $108,000.00 | Ambac | Ambac | $28,350.00 | $136,350.00 |
| 25537XY0 | 4/1/20 | 4.250% | $4,440.00 | Ambac | Ambac | $1,132.20 | $5,572.20 |
| 25537YZ7 | 4/1/21 | 5.250% | $146,040.00 | Ambac | Ambac | $46,032.60 | $192,072.60 |
| 25522A1 | 4/1/21 | 5.000% | $158,400.00 | Ambac | Ambac | $55,440.00 | $213,840.00 |
| 25522C7 | 4/1/22 | 4.500% | $183,600.00 | Ambac | Ambac | $69,854.40 | $236,714.40 |
| 25522C7 | 4/1/23 | 4.500% | $9,000.00 | Ambac | Ambac | $3,645.00 | $12,645.00 |
| 25522S25 | 4/1/23 | 5.250% | $166,080.00 | Ambac | Ambac | $76,472.80 | $364,552.80 |
| 25522S33 | 4/1/23 | 4.600% | $18,680.00 | Ambac | Ambac | $8,666.40 | $27,366.40 |
| 25522Z19 | 4/1/24 | 5.250% | $165,360.00 | Ambac | Ambac | $86,814.60 | $252,174.60 |
| | | | $942,480.00 | | | $378,277.40 | $1,320,857.40 |
| **UTGO 2004-B(2)** | | | | | | | |
| 25527F8 | 4/1/15 | 5.000% | $208,200.00 | Ambac | Ambac | $10,410.00 | $218,610.00 |
| 25522Q6 | 4/1/16 | 5.250% | $218,520.00 | Ambac | Ambac | $22,944.60 | $241,464.60 |
| 25522X4 | 4/1/17 | 4.000% | $7,320.00 | Ambac | Ambac | $878.40 | $8,198.40 |
| 25522C8 | 4/1/17 | 5.250% | $222,720.00 | Ambac | Ambac | $35,078.40 | $257,798.40 |
| 25522T9 | 4/1/18 | 5.250% | $48,000.00 | Ambac | Ambac | $10,080.00 | $58,080.00 |
| | | | $704,760.00 | | | $79,391.40 | $784,151.40 |
| **UTGO 2004-X1** | | | | | | | |
| 25522X3 | 4/1/19 | 5.240% | $13,800.00 | Ambac | Ambac | $1,678.90 | $15,478.90 |
| **UTGO 2005-B** | | | | | | | |
| 25537G3 | 4/1/15 | 5.000% | $54,560.00 | Assured | Assured | $2,748.60 | $57,708.60 |
| 25526G1 | 4/1/16 | 5.250% | $57,720.00 | Assured | Assured | $5,772.00 | $63,492.00 |
| 25526G9 | 4/1/17 | 4.300% | $60,480.00 | Assured | Assured | $7,801.92 | $68,281.92 |
| 25526H7 | 4/1/18 | 5.000% | $63,240.00 | Assured | Assured | $12,648.00 | $75,888.00 |
| 25526G5 | 4/1/19 | 5.000% | $66,360.00 | Assured | Assured | $16,590.00 | $82,950.00 |
| 25526H9 | 4/1/20 | 5.000% | $120,000.00 | Assured | Assured | $36,000.00 | $156,000.00 |
| 25526J57 | 4/1/21 | 5.000% | $120,000.00 | Assured | Assured | $42,000.00 | $162,000.00 |
| 25522H5 | 4/1/21 | 5.000% | $120,000.00 | Assured | Assured | $48,000.00 | $168,000.00 |
| 25526H4 | 4/1/22 | 5.000% | $120,000.00 | Assured | Assured | $54,000.00 | $174,000.00 |
| 25522M52 | 4/1/23 | 5.000% | $120,000.00 | Assured | Assured | $60,000.00 | $180,000.00 |
| 25522H60 | 4/1/24 | 5.000% | $120,000.00 | Assured | Assured | $66,000.00 | $186,000.00 |
| 25522H18 | 4/1/25 | 5.000% | $120,000.00 | Assured | Assured | | $186,000.00 |
| | | | $1,022,760.00 | | | $551,639.92 | $1,374,359.92 |
| **UTGO 2005-C** | | | | | | | |
| 25526S3 | 4/1/15 | 5.000% | $55,320.00 | Assured | Assured | $2,766.00 | $58,086.00 |
| 25537E25 | 4/1/16 | 5.000% | $58,200.00 | Assured | Assured | $5,820.00 | $64,020.00 |
| 25526X3 | 4/1/17 | 4.300% | $61,080.00 | Assured | Assured | $7,870.32 | $68,950.32 |
| 25526M1 | 4/1/18 | 5.000% | $63,120.00 | Assured | Assured | $12,624.00 | $75,744.00 |
| 25526S1 | 4/1/19 | 5.000% | $65,640.00 | Assured | Assured | $17,250.50 | $82,870.50 |
| 25526J6 | 4/1/20 | 5.250% | $69,240.00 | Assured | Assured | $23,810.60 | $91,050.60 |
| | | | $372,600.00 | | | $68,320.42 | $440,720.42 |
| **UTGO 2006-A** | | | | | | | |
| 25526M56 | 4/1/15 | 5.000% | $69,000.00 | Assured | Assured | $3,450.00 | $72,450.00 |
| 25526M64 | 4/1/16 | 5.000% | $72,360.00 | Assured | Assured | $7,236.00 | $79,596.00 |
| 25526M72 | 4/1/17 | 5.000% | $76,080.00 | Assured | Assured | $11,412.00 | $87,492.00 |
| 25526U98 | 4/1/18 | 5.000% | $79,800.00 | Assured | Assured | $12,768.00 | $92,568.00 |
| 25526N30 | 4/1/19 | 5.000% | $83,040.00 | Assured | Assured | $20,760.00 | $103,800.00 |
| 25526N92 | 4/1/20 | 5.000% | $97,120.00 | Assured | Assured | $13,356.00 | $113,356.00 |
| 25526N30 | 4/1/21 | 5.000% | $91,560.00 | Assured | Assured | $32,046.00 | $123,606.00 |
| 25526N50 | 4/1/22 | 5.000% | $96,120.00 | Assured | Assured | $38,448.00 | $154,568.00 |
| 25526N92 | 4/1/23 | 5.000% | $206,880.00 | Assured | Assured | $103,198.00 | $760,078.00 |
| 25526N63 | 4/1/28 | 5.000% | $473,520.00 | Assured | Assured | $301,158.00 | $1,893,288.00 |
| | | | $1,341,480.00 | | | $551,808.00 | $1,893,288.00 |
| **UTGO 2006-B(1)** | | | | | | | |
| 25539F3 | 4/1/15 | 5.000% | $191,280.00 | Assured | Assured | $9,564.00 | $200,844.00 |
| 25539J4 | 4/1/16 | 5.000% | $82,560.00 | Assured | Assured | $8,256.00 | $90,816.00 |
| 25539J79 | 4/1/17 | 5.000% | $85,920.00 | Assured | Assured | $12,888.00 | $98,808.00 |
| 25539K7 | 4/1/18 | 5.000% | $50,560.00 | Assured | Assured | $10,125.00 | $60,580.02 |
| | | | $67,670.00 | | | $48,960.00 | $499,620.00 |
| **NPFG** | | | | | | | |
| Assured | | | $2,032,460.00 | | | $554,422.82 | $2,586,891.82 |
| Syncora | | | $5,861,893.00 | | | $1,666,270.80 | $7,528,162.80 |
| | | | $67,670.00 | | | $13,101.32 | $60,580.32 |
| | | | $7,941,340.00 | | | $2,233,794.94 | $10,175,634.94 |

* Subject to Mandatory Redemption

# Reinstated to Insurers: UTGO Series 2014 DSA Fourth Lien Restructured Bonds - Debt Service

Bond Series Subject to Mandatory Redemption

## Issuance: 2004-B(2)

CUSIP 25I0932X1

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Ambac | 6/30/15 | | $13,800.00 | 5.240% | $361.56 |
| 4/1/15 | Ambac | 6/30/15 | $3,720.00 | $10,080.00 | 5.240% | $361.56 |
| 10/1/15 | Ambac | 6/30/16 | | $10,080.00 | 5.240% | $264.10 |
| 4/1/16 | Ambac | 6/30/16 | $3,960.00 | $6,120.00 | 5.240% | $264.10 |
| 10/1/16 | Ambac | 6/30/17 | | $6,120.00 | 5.240% | $160.34 |
| 4/1/17 | Ambac | 6/30/17 | $4,080.00 | $2,040.00 | 5.240% | $160.34 |
| 10/1/17 | Ambac | 6/30/18 | | $2,040.00 | 5.240% | $53.45 |
| 4/1/18 | Ambac | 6/30/18 | $2,040.00 | - | 5.240% | $53.45 |
| Total | | | $13,800.00 | | | $1,678.90 |

## Issuance: 2008-A

CUSIP 25I093N55

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | 6/30/15 | | $206,880.00 | 5.000% | $5,172.00 |
| 4/1/15 | Assured | 6/30/15 | | $206,880.00 | 5.000% | $5,172.00 |
| 10/1/15 | Assured | 6/30/16 | | $206,880.00 | 5.000% | $5,172.00 |
| 4/1/16 | Assured | 6/30/16 | | $206,880.00 | 5.000% | $5,172.00 |
| 10/1/16 | Assured | 6/30/17 | | $206,880.00 | 5.000% | $5,172.00 |
| 4/1/17 | Assured | 6/30/17 | | $206,880.00 | 5.000% | $5,172.00 |
| 10/1/17 | Assured | 6/30/18 | | $206,880.00 | 5.000% | $5,172.00 |
| 4/1/18 | Assured | 6/30/18 | | $206,880.00 | 5.000% | $5,172.00 |
| 10/1/18 | Assured | 6/30/19 | | $206,880.00 | 5.000% | $5,172.00 |
| 4/1/19 | Assured | 6/30/19 | | $206,880.00 | 5.000% | $5,172.00 |
| 10/1/19 | Assured | 6/30/20 | | $206,880.00 | 5.000% | $5,172.00 |
| 4/1/20 | Assured | 6/30/20 | | $206,880.00 | 5.000% | $5,172.00 |
| 10/1/20 | Assured | 6/30/21 | | $206,880.00 | 5.000% | $5,172.00 |
| 4/1/21 | Assured | 6/30/21 | | $206,880.00 | 5.000% | $5,172.00 |
| 10/1/21 | Assured | 6/30/22 | | $206,880.00 | 5.000% | $5,172.00 |
| 4/1/22 | Assured | 6/30/22 | | $206,880.00 | 5.000% | $5,172.00 |
| 10/1/2022 | Assured | 6/30/23 | | $206,880.00 | 5.000% | $5,172.00 |
| 4/1/2023 | Assured | 6/30/23 | $100,920.00 | $206,880.00 | 5.000% | $5,172.00 |
| 10/1/2023 | Assured | 6/30/24 | | $105,960.00 | 5.000% | $2,649.00 |
| 4/1/2024 | Assured | 6/30/24 | $105,960.00 | - | 5.000% | $2,649.00 |
| Total | | | $206,880.00 | | | $98,394.00 |

## Issuance: 2008-A

CUSIP 25I093N65

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | 6/30/15 | | $479,520.00 | 5.000% | $11,988.00 |
| 4/1/15 | Assured | 6/30/15 | | $479,520.00 | 5.000% | $11,988.00 |
| 10/1/15 | Assured | 6/30/16 | | $479,520.00 | 5.000% | $11,988.00 |
| 4/1/16 | Assured | 6/30/16 | | $479,520.00 | 5.000% | $11,988.00 |
| 10/1/16 | Assured | 6/30/17 | | $479,520.00 | 5.000% | $11,988.00 |
| 4/1/17 | Assured | 6/30/17 | | $479,520.00 | 5.000% | $11,988.00 |
| 10/1/17 | Assured | 6/30/18 | | $479,520.00 | 5.000% | $11,988.00 |
| 4/1/18 | Assured | 6/30/18 | | $479,520.00 | 5.000% | $11,988.00 |
| 10/1/18 | Assured | 6/30/19 | | $479,520.00 | 5.000% | $11,988.00 |
| 4/1/19 | Assured | 6/30/19 | | $479,520.00 | 5.000% | $11,988.00 |
| 10/1/19 | Assured | 6/30/20 | | $479,520.00 | 5.000% | $11,988.00 |
| 4/1/20 | Assured | 6/30/20 | | $479,520.00 | 5.000% | $11,988.00 |
| 10/1/20 | Assured | 6/30/21 | | $479,520.00 | 5.000% | $11,988.00 |
| 4/1/21 | Assured | 6/30/21 | | $479,520.00 | 5.000% | $11,988.00 |
| 10/1/21 | Assured | 6/30/22 | | $479,520.00 | 5.000% | $11,988.00 |
| 4/1/22 | Assured | 6/30/22 | | $479,520.00 | 5.000% | $11,988.00 |
| 10/1/2022 | Assured | 6/30/23 | | $479,520.00 | 5.000% | $11,988.00 |
| 4/1/2023 | Assured | 6/30/23 | | $479,520.00 | 5.000% | $11,988.00 |
| 10/1/2023 | Assured | 6/30/24 | | $479,520.00 | 5.000% | $11,988.00 |
| 4/1/2024 | Assured | 6/30/24 | | $479,520.00 | 5.000% | $11,988.00 |
| 10/1/2024 | Assured | 6/30/25 | | $479,520.00 | 5.000% | $11,988.00 |
| 4/1/2025 | Assured | 6/30/25 | $111,240.00 | $368,280.00 | 5.000% | $11,988.00 |
| 10/1/2025 | Assured | 6/30/26 | | $368,280.00 | 5.000% | $9,207.00 |
| 4/1/2026 | Assured | 6/30/26 | $116,880.00 | $251,400.00 | 5.000% | $9,207.00 |
| 10/1/2026 | Assured | 6/30/27 | | $251,400.00 | 5.000% | $6,285.00 |
| 4/1/2027 | Assured | 6/30/27 | $122,640.00 | $128,760.00 | 5.000% | $6,285.00 |
| 10/1/2027 | Assured | 6/30/28 | | $128,760.00 | 5.000% | $3,219.00 |
| 4/1/2028 | Assured | 6/30/28 | $128,760.00 | - | 5.000% | $3,219.00 |
| Total | | | $479,520.00 | | | $301,155.00 |

**EXHIBIT C**

**STUB UTGO BONDS**

| CUSIP | Maturity Date | Rate | Principal | Issuer | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTGO 1999-A** | | | | | **Interest** | | | | | | | | | | | | | |
| | 4/1/15 | 5.250% | $373,150.00 | Assured | $9,800.44 | $9,800.44 | | | | | | | | | | | | |
| | 4/1/16 | 5.000% | $392,345.00 | Assured | $9,808.63 | $9,808.63 | $9,808.63 | $9,808.63 | | | | | | | | | | |
| | 4/1/17 | 5.000% | $411,995.00 | Assured | $10,299.88 | $10,299.88 | $10,299.88 | $10,299.88 | $10,299.88 | $10,299.88 | | | | | | | | |
| | 4/1/18 | 5.000% | $432,955.00 | Assured | $10,823.88 | $10,823.88 | $10,823.88 | $10,823.88 | $10,823.88 | $10,823.88 | $10,823.88 | $10,823.88 | | | | | | |
| | 4/1/19 | 5.000% | $454,570.00 | Assured | $11,364.25 | $11,364.25 | $11,364.25 | $11,364.25 | $11,364.25 | $11,364.25 | $11,364.25 | $11,364.25 | $11,364.25 | $11,364.25 | | | | |
| | | | **$2,065,215.00** | | $52,097.06 | $52,097.06 | $42,296.63 | $42,296.63 | $32,488.00 | $32,488.00 | $22,188.13 | $22,188.13 | $11,364.25 | $11,364.25 | | | | |
| **UTGO 2001-A** | | | | | | | | | | | | | | | | | | |
| 25333U36 | 4/1/15 | 5.375% | $778,140.00 | NPFG | $20,912.51 | $20,912.51 | | | | | | | | | | | | |
| 25333VK3 | 4/1/16 | 5.375% | $820,060.00 | NPFG | $22,039.11 | $22,039.11 | $22,039.11 | $22,039.11 | | | | | | | | | | |
| 25333VL1 | 4/1/17 | 5.375% | $864,600.00 | NPFG | $23,236.13 | $23,236.13 | $23,236.13 | $23,236.13 | $23,236.13 | $23,236.13 | | | | | | | | |
| 25333VN9 | 4/1/18 | 5.375% | $1,834,000.00 | NPFG | $49,288.75 | $49,288.75 | $49,288.75 | $49,288.75 | $49,288.75 | $49,288.75 | $49,288.75 | $49,288.75 | | | | | | |
| 25333VP4 | 4/1/19 | 5.000% | $1,834,000.00 | NPFG | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | | | | |
| 25333VT2 | 4/1/20 | 5.000% | $1,834,000.00 | NPFG | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | | |
| 25333VQ0 | 4/1/21 | 5.000% | $1,834,000.00 | NPFG | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 | $45,850.00 |
| | | | **$9,798,800.00** | | $253,026.50 | $253,026.50 | $232,113.99 | $232,113.99 | $210,074.88 | $210,074.88 | $186,638.75 | $186,638.75 | $137,550.00 | $137,550.00 | $91,700.00 | $91,700.00 | $45,850.00 | $45,850.00 |
| **UTGO 2002** | | | | | | | | | | | | | | | | | | |
| 25333WV8 | 4/1/21 | 5.125% | $424,440.00 | NPFG | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 | $10,876.28 |
| 25333WW6 | 4/1/21 | 5.125% | $446,055.00 | NPFG | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 | $11,430.16 |
| | | | **$870,495.00** | | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 | $22,306.43 |
| **UTGO 2003-A** | | | | | | | | | | | | | | | | | | |
| 25333XP0 | 4/1/15 | 4.000% | $39,300.00 | Syncora | $786.00 | $786.00 | | | | | | | | | | | | |
| 25333XY0 | 4/1/16 | 4.250% | $334,000.00 | Syncora | $8,708.81 | $8,708.81 | $8,708.81 | $8,708.81 | | | | | | | | | | |
| 25333XN3 | 4/1/17 | 4.625% | $392,345.00 | Syncora | $10,299.88 | $10,299.88 | $10,299.88 | $10,299.88 | $10,299.88 | $10,299.88 | | | | | | | | |
| 25333XS4 | 4/1/18 | 5.250% | $412,650.00 | Syncora | $10,832.06 | $10,832.06 | $10,832.06 | $10,832.06 | $10,832.06 | $10,832.06 | $10,832.06 | $10,832.06 | | | | | | |
| 25333XT2 | 4/1/19 | 5.250% | $434,265.00 | Syncora | $11,399.46 | $11,399.46 | $11,399.46 | $11,399.46 | $11,399.46 | $11,399.46 | $11,399.46 | $11,399.46 | $11,399.46 | $11,399.46 | | | | |
| 25333XU9 | 4/1/20 | 5.250% | $457,190.00 | Syncora | $12,001.24 | $12,001.24 | $12,001.24 | $12,001.24 | $12,001.24 | $12,001.24 | $12,001.24 | $12,001.24 | $12,001.24 | $12,001.24 | $12,001.24 | $12,001.24 | | |
| 25333XV7 | 4/1/20 | 5.250% | $65,500.00 | Syncora | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 | $1,473.75 | | |
| 25333XW5 | 4/1/21 | 5.250% | $445,975.00 | Syncora | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 | $13,273.58 |
| 25333XX3 | 4/1/22 | 5.250% | $456,660.00 | Syncora | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 | $12,259.14 |
| 25333XZ8 | 4/1/22 | 5.250% | $65,500.00 | Syncora | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 | $1,514.69 |
| 25333XA2 | 4/1/23 | 5.250% | $467,015.00 | Syncora | | | | | | | | | | | | | | |
| 25333XC8 | 4/1/23 | 4.625% | $106,500.00 | Syncora | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 |
| 25333XB0 | 4/1/23 | 5.250% | $365,525.00 | Syncora | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 |
| | | | **$4,149,425.00** | | $107,612.41 | $107,612.41 | $99,003.73 | $98,057.59 | $87,758.54 | $87,758.54 | $76,926.48 | $76,926.48 | $65,527.02 | $65,527.02 | $53,525.78 | $53,525.78 | $41,134.00 | $41,134.00 |
| **UTGO 2006-A** | | | | | | | | | | | | | | | | | | |
| 25333YY2 | 4/1/19 | 5.250% | $589,500.00 | Ambac | $15,474.38 | $15,474.38 | $15,474.38 | $15,474.38 | $15,474.38 | $15,474.38 | $15,474.38 | $15,474.38 | $15,474.38 | $15,474.38 | | | | |
| 25333YX4 | 4/1/20 | 4.250% | $24,235.00 | Ambac | $514.99 | $514.99 | $514.99 | $514.99 | $514.99 | $514.99 | $514.99 | $514.99 | $514.99 | $514.99 | $514.99 | $514.99 | | |
| 25333YV8 | 4/1/20 | 4.625% | $797,135.00 | Ambac | $20,934.79 | $20,934.79 | $20,934.79 | $20,934.79 | $20,934.79 | $20,934.79 | $20,934.79 | $20,934.79 | $20,934.79 | $20,934.79 | $20,934.79 | $20,934.79 | | |
| 25333YZ1 | 4/1/21 | 5.000% | $864,600.00 | Ambac | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 | $21,615.00 |
| 25333ZV4 | 4/1/22 | 5.000% | $800,800.00 | Ambac | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 | $23,830.54 |
| 25333ZX7 | 4/1/22 | 5.000% | $49,125.00 | Ambac | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 |
| 25333ZD5 | 4/1/23 | 5.250% | $906,520.00 | Ambac | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 |
| 25333ZE3 | 4/1/23 | 4.600% | $102,835.00 | Ambac | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 |
| 25333ZP0 | 4/1/24 | 5.250% | $903,390.00 | Ambac | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 |
| | | | **$5,444,370.00** | | $133,339.36 | $133,339.36 | $133,339.36 | $133,339.36 | $133,339.36 | $133,339.36 | $133,339.36 | $133,339.36 | $133,339.36 | $133,339.36 | $117,844.98 | $117,844.98 | $96,405.19 | $96,405.19 |

| STIP | Maturity Date | Rate | Principal | Insurer | Interest | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
| **UTGO 2004-B(1)** | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.000% | $1,136,425.00 | Ambac | $28,410.63 | $28,410.63 | | | | | | | | | | | | |
| | 4/1/16 | 5.250% | $1,192,755.00 | Ambac | $31,309.82 | $31,309.82 | $31,309.82 | $31,309.82 | | | | | | | | | | |
| | 4/1/17 | 4.000% | $39,955.00 | Ambac | $799.10 | $799.10 | $799.10 | $799.10 | $799.10 | $799.10 | | | | | | | | |
| | 4/1/17 | 5.250% | $1,215,680.00 | Ambac | $31,911.60 | $31,911.60 | $31,911.60 | $31,911.60 | $31,911.60 | $31,911.60 | | | | | | | | |
| | 4/1/18 | 5.250% | $592,000.00 | Ambac | $6,877.50 | $6,877.50 | $6,877.50 | $6,877.50 | $6,877.50 | $6,877.50 | $6,877.50 | $6,877.50 | | | | | | |
| | | | $3,846,815.00 | | $99,308.64 | $99,308.64 | $70,898.02 | $70,898.02 | $39,588.20 | $39,588.20 | $6,877.50 | $6,877.50 | | | | | | |
| **UT 2004-B(2)** | | | | | | | | | | | | | | | | | | |
| | 4/1/19 | 5.240% * | $75,325.00 | Ambac | $1,973.52 | $1,973.52 | $1,441.52 | $1,441.52 | $875.21 | $875.21 | $291.74 | $291.74 | | | | | | |
| **UT 2005-B** | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.000% | $299,990.00 | Assured | $7,499.75 | $7,499.75 | | | | | | | | | | | | |
| | 4/1/16 | 5.000% | $315,055.00 | Assured | $7,876.38 | $7,876.38 | $7,876.38 | $7,876.38 | | | | | | | | | | |
| | 4/1/17 | 4.300% | $330,100.00 | Assured | $7,097.58 | $7,097.58 | $7,097.58 | $7,097.58 | $7,097.58 | $7,097.58 | | | | | | | | |
| | 4/1/18 | 5.000% | $345,185.00 | Assured | $8,629.63 | $8,629.63 | $8,629.63 | $8,629.63 | $8,629.63 | $8,629.63 | $8,629.63 | $8,629.63 | | | | | | |
| | 4/1/19 | 5.000% | $362,215.00 | Assured | $9,055.38 | $9,055.38 | $9,055.38 | $9,055.38 | $9,055.38 | $9,055.38 | $9,055.38 | $9,055.38 | $9,055.38 | $9,055.38 | | | | |
| | 4/1/20 | 5.000% | $655,000.00 | Assured | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | | |
| | 4/1/21 | 5.000% | $655,000.00 | Assured | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 |
| | 4/1/22 | 5.000% | $655,000.00 | Assured | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 |
| | 4/1/23 | 5.000% | $655,000.00 | Assured | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 |
| | 4/1/24 | 5.000% | $655,000.00 | Assured | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 |
| | 4/1/25 | 5.000% | $655,000.00 | Assured | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 | $16,375.00 |
| | | | $5,382,565.00 | | $138,408.71 | $138,408.71 | $130,908.96 | $130,908.96 | $123,032.58 | $123,032.58 | $115,935.00 | $115,935.00 | $107,305.38 | $107,305.38 | $98,250.00 | $99,250.00 | $81,875.00 | $81,875.00 |
| **UT 2005-C** | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.000% | $301,955.00 | Assured | $7,548.88 | $7,548.88 | | | | | | | | | | | | |
| | 4/1/16 | 5.000% | $317,675.00 | Assured | $7,941.88 | $7,941.88 | $7,941.88 | $7,941.88 | | | | | | | | | | |
| | 4/1/17 | 4.300% | $333,395.00 | Assured | $7,167.99 | $7,167.99 | $7,167.99 | $7,167.99 | $7,167.99 | $7,167.99 | | | | | | | | |
| | 4/1/18 | 5.000% | $344,530.00 | Assured | $8,613.25 | $8,613.25 | $8,613.25 | $8,613.25 | $8,613.25 | $8,613.25 | $8,613.25 | $8,613.25 | | | | | | |
| | 4/1/19 | 5.250% | $358,285.00 | Assured | $9,404.98 | $9,404.98 | $9,404.98 | $9,404.98 | $9,404.98 | $9,404.98 | $9,404.98 | $9,404.98 | $9,404.98 | $9,404.98 | | | | |
| | 4/1/20 | 5.250% | $377,935.00 | Assured | $9,920.79 | $9,920.79 | $9,920.79 | $9,920.79 | $9,920.79 | $9,920.79 | $9,920.79 | $9,920.79 | $9,920.79 | $9,920.79 | $9,920.79 | $9,920.79 | | |
| | | | $2,033,775.00 | | $50,597.77 | $50,597.77 | $43,048.89 | $43,048.89 | $35,107.02 | $35,107.02 | $27,939.03 | $27,939.03 | $19,325.78 | $19,325.78 | $9,920.79 | $9,920.79 | | |
| **UT 2006-A** | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.000% | $376,635.00 | Assured | $9,415.63 | $9,415.63 | | | | | | | | | | | | |
| | 4/1/16 | 5.000% | $394,565.00 | Assured | $9,874.13 | $9,874.13 | $9,874.13 | $9,874.13 | | | | | | | | | | |
| | 4/1/17 | 4.000% | $415,270.00 | Assured | $10,381.75 | $10,381.75 | $10,381.75 | $10,381.75 | $10,381.75 | $10,381.75 | | | | | | | | |
| | 4/1/18 | 4.000% | $435,575.00 | Assured | $8,711.50 | $8,711.50 | $8,711.50 | $8,711.50 | $8,711.50 | $8,711.50 | $8,711.50 | $8,711.50 | | | | | | |
| | 4/1/19 | 5.000% | $455,360.00 | Assured | $11,331.50 | $11,331.50 | $11,331.50 | $11,331.50 | $11,331.50 | $11,331.50 | $11,331.50 | $11,331.50 | $11,331.50 | $11,331.50 | | | | |
| | 4/1/20 | 5.000% | $475,530.00 | Assured | $11,888.25 | $11,888.25 | $11,888.25 | $11,888.25 | $11,888.25 | $11,888.25 | $11,888.25 | $11,888.25 | $11,888.25 | $11,888.25 | $11,888.25 | $11,888.25 | | |
| | 4/1/21 | 5.000% | $499,765.00 | Assured | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 | $12,494.13 |
| | 4/1/22 | 5.000% | $524,655.00 | Assured | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 | $13,116.38 |
| | 4/1/24 | 5.000% | $1,129,230.00 * | Assured | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 | $28,230.50 |
| | 4/1/28 | 5.000% | $2,617,980.00 * | Assured | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 | $65,434.50 |
| | | | $7,322,245.00 | | $180,878.25 | $180,878.25 | $171,462.63 | $171,462.63 | $161,588.50 | $161,588.50 | $151,206.75 | $151,206.75 | $142,495.25 | $142,495.25 | $131,163.75 | $131,163.75 | $119,275.50 | $119,275.50 |
| **UT 2006-B(1)** | | | | | | | | | | | | | | | | | | |
| | 4/1/15 | 5.000% | $1,044,070.00 | Assured | $26,101.75 | $26,101.75 | | | | | | | | | | | | |
| | 4/1/16 | 5.000% | $450,640.00 | Assured | $11,266.00 | $11,266.00 | $11,266.00 | $11,266.00 | | | | | | | | | | |
| | 4/1/17 | 5.000% | $468,980.00 | Assured | $11,724.50 | $11,724.50 | $11,724.50 | $11,724.50 | $11,724.50 | $11,724.50 | | | | | | | | |
| | 4/1/18 | 5.000% | $486,490.00 | Assured | $12,412.25 | $12,412.25 | $12,412.25 | $12,412.25 | $12,412.25 | $12,412.25 | $12,412.25 | $12,412.25 | | | | | | |
| | | | $2,440,180.00 | | $64,504.50 | $64,504.50 | $35,402.75 | $35,402.75 | $24,136.75 | $24,136.75 | $12,412.25 | $12,412.25 | | | | | | |
| | | | $43,349,210.00 | | $1,101,033.14 | $1,101,033.14 | $981,256.76 | $981,256.76 | $870,275.46 | $870,275.46 | $756,241.40 | $756,241.40 | $639,935.46 | $639,935.46 | $524,711.74 | $524,711.74 | $406,846.13 | $406,846.13 |

*Subject to Mandatory Redemption

# UTGO Series STUB Bonds - Debt Service

| CUSIP | Maturity Date | Rate | Principal | Issuer | 10/1/21 | 4/1/22 | 10/1/22 | 4/1/23 | 10/1/23 | 4/1/24 | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTGO 1999-A** | | | | | | | | | | | | |
| 23353SAJ3 | 4/1/15 | 5.250% | $373,150.00 | Assured | | | | | | | $19,600.88 | $392,950.88 |
| 23353SAN1 | 4/1/16 | 5.000% | $392,345.00 | Assured | | | | | | | $39,234.50 | $431,579.50 |
| 23353SPX6 | 4/1/17 | 5.000% | $411,995.00 | Assured | | | | | | | $61,799.25 | $473,794.25 |
| 23353SPQ4 | 4/1/18 | 5.000% | $432,955.00 | Assured | | | | | | | $86,591.00 | $519,546.00 |
| 23353SB2 | 4/1/19 | 5.000% | $454,570.00 | Assured | | | | | | | $113,642.50 | $568,212.50 |
| | | | $2,065,215.00 | | | | | | | | $320,868.13 | $2,386,083.13 |
| **UTGO 2001-A(1)** | | | | | | | | | | | | |
| 23803U36 | 4/1/15 | 5.375% | $778,140.00 | NPFG | | | | | | | $41,825.03 | $819,965.03 |
| 23VFK3 | 4/1/16 | 5.375% | $820,060.00 | NPFG | | | | | | | $88,156.45 | $908,216.45 |
| 23VFL1 | 4/1/17 | 5.375% | $864,600.00 | NPFG | | | | | | | $139,416.75 | $1,004,016.75 |
| 23VFAY9 | 4/1/18 | 5.375% | $1,834,000.00 | NPFG | | | | | | | $394,310.00 | $2,228,310.00 |
| 23VFX7 | 4/1/19 | 5.000% | $1,834,000.00 | NPFG | | | | | | | $458,500.00 | $2,292,500.00 |
| 23VFP2 | 4/1/20 | 5.000% | $1,834,000.00 | NPFG | | | | | | | $550,200.00 | $2,384,200.00 |
| 23VFQ0 | 4/1/21 | 5.000% | $1,834,000.00 | NPFG | | | | | | | $641,500.00 | $2,475,500.00 |
| | | | $9,798,800.00 | | | | | | | | $2,314,308.23 | $12,113,108.23 |
| **UTGO 2002** | | | | | | | | | | | | |
| 23WFV8 | 4/1/21 | 5.125% | $424,440.00 | NPFG | $11,430.16 | $11,430.16 | | | | | $152,267.85 | $576,707.85 |
| 23WFW6 | 4/1/21 | 5.125% | $446,055.00 | NPFG | $11,430.16 | $11,430.16 | | | | | $182,982.55 | $629,037.55 |
| | | | $870,495.00 | | $11,430.16 | $11,430.16 | | | | | $335,150.40 | $1,205,645.40 |
| **UTGO 2003-A** | | | | | | | | | | | | |
| 23XXP0 | 4/1/15 | 4.000% | $39,300.00 | Syncora | | | | | | | $1,572.00 | $40,872.00 |
| 23XXQ8 | 4/1/15 | 5.250% | $334,050.00 | Syncora | | | | | | | $17,537.63 | $351,587.63 |
| 23XXR6 | 4/1/16 | 5.250% | $392,345.00 | Syncora | | | | | | | $41,196.23 | $433,541.23 |
| 23XXS4 | 4/1/17 | 5.250% | $412,650.00 | Syncora | | | | | | | $64,992.38 | $477,642.38 |
| 23XXT2 | 4/1/18 | 5.250% | $434,265.00 | Syncora | | | | | | | $91,195.65 | $525,460.65 |
| 23XXU9 | 4/1/19 | 5.250% | $457,190.00 | Syncora | | | | | | | $120,012.38 | $577,202.38 |
| 23XXV7 | 4/1/20 | 4.500% | $65,500.00 | Syncora | | | | | | | $17,685.00 | $83,185.00 |
| 23XXW5 | 4/1/20 | 5.250% | $415,925.00 | Syncora | | | | | | | $131,016.38 | $546,941.38 |
| 23XXX3 | 4/1/21 | 5.250% | $505,660.00 | Syncora | | | | | | | $185,830.05 | $691,490.05 |
| 23XXY1 | 4/1/22 | 4.625% | $65,500.00 | Syncora | $1,514.69 | $1,514.69 | | | | | $24,235.00 | $89,735.00 |
| 23XXZ8 | 4/1/22 | 5.250% | $467,015.00 | Syncora | $12,259.14 | $12,259.14 | | | | | $196,144.30 | $663,101.30 |
| 23YA2 | 4/1/23 | 4.625% | $196,500.00 | Syncora | $4,544.06 | $4,544.06 | $4,544.06 | $4,544.06 | | | $81,793.13 | $278,293.13 |
| 23YB0 | 4/1/23 | 5.250% | $363,925.00 | Syncora | $9,542.53 | $9,542.53 | $9,542.53 | $9,542.53 | | | $171,765.56 | $535,200.56 |
| | | | $4,149,425.00 | | $27,860.43 | $27,860.43 | $14,086.59 | $14,086.59 | | | $1,144,977.66 | $5,294,402.66 |
| **UTGO 2004-A(1)** | | | | | | | | | | | | |
| 23YX2 | 4/1/19 | 5.250% | $589,500.00 | Ambac | | | | | | | $154,743.75 | $744,243.75 |
| 23YY0 | 4/1/20 | 4.250% | $24,235.00 | Ambac | | | | | | | $6,179.93 | $30,414.93 |
| 23YZ7 | 4/1/20 | 5.250% | $797,135.00 | Ambac | | | | | | | $251,097.53 | $1,048,232.53 |
| 23ZA1 | 4/1/21 | 5.000% | $864,600.00 | Ambac | | | | | | | $302,610.00 | $1,167,210.00 |
| 23ZB9 | 4/1/22 | 5.250% | $907,830.00 | Ambac | $23,830.54 | $23,830.54 | | | | | $381,288.60 | $1,289,118.60 |
| 23ZC7 | 4/1/22 | 4.500% | $49,125.00 | Ambac | $1,105.31 | $1,105.31 | $1,105.31 | $1,105.31 | | | $19,895.63 | $69,020.63 |
| 23ZD5 | 4/1/23 | 5.250% | $906,520.00 | Ambac | $23,796.15 | $23,796.15 | $23,796.15 | $23,796.15 | | | $428,330.70 | $1,334,850.70 |
| 23ZE3 | 4/1/23 | 4.000% | $102,835.00 | Ambac | $2,365.21 | $2,365.21 | $2,365.21 | $2,365.21 | | | $47,304.10 | $150,139.10 |
| 23ZF0 | 4/1/24 | 5.250% | $902,590.00 | Ambac | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $23,692.99 | $473,859.75 | $1,376,449.75 |
| | | | $5,144,370.00 | | $74,790.19 | $74,790.19 | $50,959.66 | $50,959.66 | $26,058.19 | $26,058.19 | $2,065,309.98 | $7,209,679.98 |

* Subject to Mandatory Redemption

13-53846-tjt  Doc 8045-4  Filed 10/22/14  Entered 10/22/14 14:12:31  Page 36 of 89

1143

# UTGO Series STUB Bonds - Debt Service

| CUSIP | Maturity Date | Rate | Insurer | Principal | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|
| **UTGO 2004-B(1)** | | | | | | |
| 25XXXP78 | 4/1/15 | 5.000% | Ambac | $1,136,425.00 | $56,821.25 | $1,193,246.25 |
| 25XXXQ96 | 4/1/16 | 5.250% | Ambac | $1,192,755.00 | $125,239.28 | $1,317,994.28 |
| 25XXXR84 | 4/1/17 | 4.000% | Ambac | $39,955.00 | $4,794.60 | $44,749.60 |
| 25XXXS52 | 4/1/18 | 5.250% | Ambac | $1,215,680.00 | $191,469.60 | $1,407,149.60 |
| 25XXXT10 | 4/1/18 | 5.250% | Ambac | $352,000.00 | $55,020.00 | $117,020.00 |
| | | | | $3,846,815.00 | $433,344.73 | $4,280,159.73 |
| **UTGO 2004-B(2)** | | | | | | |
| 25XX2X1 | 4/1/19 | 5.340% | Ambac | $75,325.00 * | $9,163.97 | $84,488.97 |
| | | | | $75,325.00 | | |
| **UTGO 2005-B** | | | | | | |
| 25XXC53 | 4/1/15 | 5.000% | Assured | $299,990.00 | $14,999.50 | $314,989.50 |
| 25XXG61 | 4/1/16 | 5.000% | Assured | $315,005.00 | $31,505.50 | $346,560.50 |
| 25XXK33 | 4/1/17 | 4.300% | Assured | $330,120.00 | $42,585.48 | $372,705.48 |
| 25XXK67 | 4/1/18 | 5.000% | Assured | $345,185.00 | $69,037.00 | $414,222.00 |
| 25XXG95 | 4/1/19 | 5.000% | Assured | $362,215.00 | $90,553.75 | $452,768.75 |
| 25XXH29 | 4/1/20 | 5.000% | Assured | $655,000.00 | $196,500.00 | $851,500.00 |
| 25XXH37 | 4/1/21 | 5.000% | Assured | $655,000.00 | $229,250.00 | $884,250.00 |
| 25XXH45 | 4/1/22 | 5.000% | Assured | $655,000.00 | $262,000.00 | $917,000.00 |
| 25XXH52 | 4/1/23 | 5.000% | Assured | $655,000.00 | $294,750.00 | $949,750.00 |
| 25XXH60 | 4/1/24 | 5.000% | Assured | $655,000.00 | $327,500.00 | $982,500.00 |
| 25XXH78 | 4/1/25 | 5.000% | Assured | $655,000.00 | $360,250.00 | $1,015,250.00 |
| | | | | $5,582,565.00 | $1,918,931.23 | $7,501,096.23 |
| **UTGO 2005-C** | | | | | | |
| 25XXJ92 | 4/1/15 | 5.000% | Assured | $301,955.00 | $15,097.75 | $317,052.75 |
| 25XXK25 | 4/1/16 | 5.000% | Assured | $317,675.00 | $31,767.50 | $349,442.50 |
| 25XXK33 | 4/1/17 | 4.300% | Assured | $333,395.00 | $43,007.96 | $376,402.96 |
| 25XXK41 | 4/1/18 | 5.250% | Assured | $344,530.00 | $68,806.00 | $413,336.00 |
| 25XXK58 | 4/1/19 | 5.250% | Assured | $358,285.00 | $94,049.81 | $452,334.81 |
| 25XXK66 | 4/1/20 | 5.250% | Assured | $377,935.00 | $119,049.53 | $496,984.53 |
| | | | | $2,033,775.00 | $371,878.54 | $2,405,653.54 |
| **UTGO 2008-A** | | | | | | |
| 25XXM56 | 4/1/15 | 5.000% | Assured | $376,625.00 | $18,831.25 | $395,456.25 |
| 25XXM64 | 4/1/16 | 5.000% | Assured | $394,965.00 | $39,496.50 | $434,461.50 |
| 25XXM72 | 4/1/17 | 5.000% | Assured | $413,270.00 | $62,290.50 | $477,560.50 |
| 25XXM80 | 4/1/18 | 5.000% | Assured | $455,575.00 | $89,692.00 | $505,267.00 |
| 25XXM98 | 4/1/19 | 5.000% | Assured | $453,560.00 | $113,315.00 | $566,375.00 |
| 25XXN30 | 4/1/20 | 5.000% | Assured | $475,530.00 | $142,659.00 | $618,189.00 |
| 25XXN30 | 4/1/21 | 5.000% | Assured | $499,765.00 | $174,917.75 | $674,682.75 |
| 25XXN48 | 4/1/22 | 5.000% | Assured | $524,655.00 | $209,862.00 | $734,517.00 |
| 25XXN55 | 4/1/23 | 5.000% | Assured | $1,129,220.00 | $537,067.25 | $1,666,287.25 |
| 25XXN63 | 4/1/28 | 5.000% | Assured | $2,617,380.00 | $1,643,820.75 | $4,261,200.75 |
| | | | | $7,322,245.00 | $3,011,952.00 | $10,334,197.00 |
| **UTGO 2008-B(1)** | | | | | | |
| 25XX953 | 4/1/15 | 5.000% | Assured | $1,044,070.00 | $52,203.50 | $1,096,273.50 |
| 25XX961 | 4/1/16 | 5.000% | Assured | $450,640.00 | $45,064.00 | $495,704.00 |
| 25XX979 | 4/1/17 | 5.000% | Assured | $468,980.00 | $70,347.00 | $539,327.00 |
| 25XX987 | 4/1/18 | 5.000% | Assured | $496,490.00 | $99,288.00 | $595,788.00 |
| | | | | $2,460,180.00 | $266,912.50 | $2,727,092.50 |
| **Total** | | | | $43,349,210.00 | $12,192,797.36 | $55,542,007.36 |

\* Subject to Mandatory Redemption

# UTGO Series STUB Bonds - Debt Service

## Bond Series Subject to Mandatory Redemption

### Issuance: 2004-B(2)

CUSIP 25I0932X1

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Ambac | | | $75,325.00 | 5.240% | $1,973.52 |
| 4/1/15 | Ambac | 6/30/15 | - | $75,325.00 | 5.240% | $1,973.52 |
| 10/1/15 | Ambac | | | $55,020.00 | 5.240% | $1,441.52 |
| 4/1/16 | Ambac | 6/30/16 | $20,305.00 | $55,020.00 | 5.240% | $1,441.52 |
| 10/1/16 | Ambac | | | $33,405.00 | 5.240% | $875.21 |
| 4/1/17 | Ambac | 6/30/17 | $21,615.00 | $33,405.00 | 5.240% | $875.21 |
| 10/1/17 | Ambac | | | $11,135.00 | 5.240% | $291.74 |
| 4/1/18 | Ambac | 6/30/18 | $22,270.00 | $11,135.00 | 5.240% | $291.74 |
| 4/1/18 | | | $11,135.00 | - | | |
| Total | | | $75,325.00 | | | $9,163.97 |

### Issuance: 2008-A

CUSIP 25I0393N63

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | 6/30/15 | - | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/15 | Assured | 6/30/15 | | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/15 | Assured | 6/30/16 | | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/16 | Assured | 6/30/16 | | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/16 | Assured | 6/30/17 | | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/17 | Assured | 6/30/17 | | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/17 | Assured | 6/30/18 | | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/18 | Assured | 6/30/18 | | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/18 | Assured | 6/30/19 | | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/19 | Assured | 6/30/19 | | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/19 | Assured | 6/30/20 | | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/20 | Assured | 6/30/20 | | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/20 | Assured | 6/30/21 | | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/21 | Assured | 6/30/21 | | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/21 | Assured | 6/30/22 | | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/22 | Assured | 6/30/22 | | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/2022 | Assured | 6/30/2023 | | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/2023 | Assured | 6/30/2023 | | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/2023 | Assured | 6/30/2024 | | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/2024 | Assured | 6/30/2024 | | $2,617,380.00 | 5.000% | $65,434.50 |
| 10/1/2024 | Assured | 6/30/2025 | | $2,617,380.00 | 5.000% | $65,434.50 |
| 4/1/2025 | Assured | 6/30/2025 | $607,185.00 | $2,010,195.00 | 5.000% | $65,434.50 |
| 10/1/2025 | Assured | 6/30/2026 | | $2,010,195.00 | 5.000% | $50,254.88 |
| 4/1/2026 | Assured | 6/30/2026 | $637,970.00 | $1,372,225.00 | 5.000% | $50,254.88 |
| 10/1/2026 | Assured | 6/30/2027 | | $1,372,225.00 | 5.000% | $34,305.63 |
| 4/1/2027 | Assured | 6/30/2027 | $669,410.00 | $702,815.00 | 5.000% | $34,305.63 |
| 10/1/2027 | Assured | 6/30/2028 | | $702,815.00 | 5.000% | $17,570.38 |
| 4/1/2028 | Assured | 6/30/2028 | $702,815.00 | | 5.000% | $17,570.38 |
| Total | | | $2,617,380.00 | | | $1,643,820.75 |

### Issuance: 2008-A

CUSIP 25I0393N55

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | 6/30/15 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 4/1/15 | Assured | 6/30/15 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 10/1/15 | Assured | 6/30/16 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 4/1/16 | Assured | 6/30/16 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 10/1/16 | Assured | 6/30/17 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 4/1/17 | Assured | 6/30/17 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 10/1/17 | Assured | 6/30/18 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 4/1/18 | Assured | 6/30/18 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 10/1/18 | Assured | 6/30/19 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 4/1/19 | Assured | 6/30/19 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 10/1/19 | Assured | 6/30/20 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 4/1/20 | Assured | 6/30/20 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 10/1/20 | Assured | 6/30/21 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 4/1/21 | Assured | 6/30/21 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 10/1/21 | Assured | 6/30/22 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 4/1/22 | Assured | 6/30/22 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 10/1/2022 | Assured | 6/30/2023 | | $1,129,220.00 | 5.000% | $28,230.50 |
| 4/1/2023 | Assured | 6/30/2023 | $550,855.00 | $578,365.00 | 5.000% | $28,230.50 |
| 10/1/2023 | Assured | 6/30/2024 | | $578,365.00 | 5.000% | $14,459.13 |
| 4/1/2024 | Assured | 6/30/2024 | $578,365.00 | | 5.000% | $14,459.13 |
| 10/1/2024 | Assured | 6/30/2025 | | | 5.000% | |
| Total | | | $1,129,220.00 | | | $537,067.25 |

## EXHIBIT D

## FORM OF CONTINUING DISCLOSURE UNDERTAKING

This Continuing Disclosure Undertaking (the "Undertaking") is executed and delivered by the City of Detroit, County of Wayne, State of Michigan (the "City") in connection with bonds issued by the City, purchased or to be purchased with funds from the Michigan Finance Authority Local Government Loan Program Revenue Bonds, Series [2014], of the Type designated City of Detroit Unlimited Tax General Obligation Local Project Bonds (the "Local Project Municipal Obligations") by the Michigan Finance Authority (the "MFA"). The City covenants and agrees for the benefit of the Bondholders, as hereinafter defined, as follows:

(a) *Definitions*. The following terms used herein shall have the following meanings:

"Audited Financial Statements" means the annual audited financial statement pertaining to the City prepared by an individual or firm of independent certified public accountants as required by Act 2, Public Acts of Michigan, 1968, as amended, which presently requires preparation in accordance with generally accepted accounting principles.

"Bondholders" shall mean the MFA and the registered owner of any MFA Bond or any person which (a) has the power, directly or indirectly, to vote or consent with respect to, or to dispose of ownership of, any MFA Bond (including any person holding an MFA Bond through a nominee, depository or other intermediary), or (b) is treated as the owner of any MFA Bond for federal income tax purposes.

"EMMA" shall mean the MSRB's Electronic Municipal Market Access System or such other system, Internet Web Site, or repository hereafter prescribed by the MSRB for the submission of electronic filings pursuant to the Rule.

"MFA Bond" means any bond issued by the MFA which is secured in whole or in part by payments to be received on the Local Project Municipal Obligations.

"MSRB" means the Municipal Securities Rulemaking Board.

"Rule" means Rule 15c2-12 promulgated by the SEC pursuant to the Securities Exchange Act of 1934, as amended.

"SEC" means the United States Securities and Exchange Commission.

(b) *Continuing Disclosure*. The City hereby agrees, in accordance with the provisions of the Rule, to provide or cause to be provided to the MSRB through EMMA no later than 270 days after the end of its fiscal year the following annual financial information and operating data, commencing with the fiscal year ended June 30, 20__ in an electronic format as prescribed by the MSRB, the Audited Financial Statements and updates of certain financial and operating data of the City appearing under the headings and tables in the Official Statement of

the MFA dated _____, 2014 relating to the MFA Bonds as follows: [Tables 1 through 32, inclusive, and 42 in Appendix II to the Official Statement ("Annual Financial Information").]

If the fiscal year of the City is changed, the City shall send notice of such change to the MSRB through EMMA prior to the earlier of the ending date of the fiscal year prior to such change or the ending date of the fiscal year as changed.

In the event that the Audited Financial Statements are not available by the date specified above, they will be provided when available and Unaudited Financial Statements will be filed by such date and the Audited Financial Statements will be filed as soon as available.

Such annual financial information and operating data described above are expected to be provided directly by the City by specific reference to documents available to the public through EMMA or filed with the SEC.

(c)     *Notice of Failure to Disclose.* The City agrees to provide or cause to be provided, in a timely manner, to the MSRB through EMMA, in an electronic format as prescribed by the MSRB, notice of a failure by the City to provide the annual financial information with respect to the City described in subsection (b) above on or prior to the dates set forth in subsection (b) above.

(d)     *Occurrence of Events.* The City agrees to provide or cause to be provided to the MSRB through EMMA, in an electronic format as prescribed by the MSRB, in a timely manner not in excess of ten business days after the occurrence of the event, notice of the occurrence of any of the following events listed in (b)(5)(i)(C) of the Rule with respect to the Local Project Municipal Obligations:

(1)     principal and interest payment delinquencies;

(2)     non-payment related defaults, if material;

(3)     unscheduled draws on debt service reserves reflecting financial difficulties;

(4)     unscheduled draws on credit enhancements reflecting financial difficulties;

(5)     substitution of credit or liquidity providers, or their failure to perform;

(6)     adverse tax opinions, the issuance by the Internal Revenue Service of proposed or final determinations of taxability, Notices of Proposed Issue (IRS Form 5701-TEB) or other material notices or determinations with respect to the tax status of the Local Project Municipal Obligations, or other material events affecting the tax status of the Local Project Municipal Obligations;

(7)     modifications to rights of Bondholders, if material;

(8)     bond calls, if material, and tender offers;

(9)     defeasances;

(10)    release, substitution, or sale of property securing repayment of the Local Project Municipal Obligations, if material;

(11)    rating changes;

(12) bankruptcy, insolvency, receivership or similar event of the City, which is considered to occur when any of the following occur: the appointment of a receiver, fiscal agent or similar officer for the City in a proceeding under the U.S. Bankruptcy Code or in any other proceeding under state or federal law in which a court or governmental authority has assumed jurisdiction over substantially all of the assets or business of the City, or if such jurisdiction has been assumed by leaving the existing governing body and officials or officers in possession but subject to the supervision and orders of a court or governmental authority, or the entry of an order confirming a plan of reorganization, arrangement or liquidation by a court or governmental authority having supervision or jurisdiction over substantially all of the assets or business of the City;

(13) the consummation of a merger, consolidation, or acquisition involving the City or the sale of all or substantially all of the assets of the City, other than in the ordinary course of business, the entry into a definitive agreement to undertake such an action or the termination of a definitive agreement relating to any such actions, other than pursuant to its terms, if material; or

(14) appointment of a successor or additional trustee or the change of name of a trustee, if material.

(e) *Materiality Determined Under Federal Securities Laws.* The City agrees that its determination of whether any event listed in subsection (d) is material shall be made in accordance with federal securities laws.

(f) *Termination of Reporting Obligation.* The City reserves the right to terminate their obligation to provide annual financial information and notices of material events, as set forth above, if and when the City is no longer an "obligated person" with respect to the MFA Bonds within the meaning of the Rule, including upon legal defeasance of all MFA Bonds.

(g) *Identifying Information.* All documents provided to the MSRB through EMMA shall be accompanied by the identifying information prescribed by the MSRB.

(h) *Benefit of Bondholders.* The City agrees that its undertaking pursuant to the Rule set forth in this Section is intended to be for the benefit of the Bondholders and shall be enforceable by any Bondholder; provided that, the right to enforce the provisions of this undertaking shall be limited to a right to obtain specific enforcement of the City's obligations hereunder and any failure by the City to comply with the provisions of this undertaking shall not constitute a default or an event of default with respect to the Bonds.

(i) *Amendments to the Undertaking.* Amendments may be made in the specific types of information provided or the format of the presentation of such information to the extent deemed necessary or appropriate in the judgment of the City, provided that the City agrees that any such amendment will be adopted procedurally and substantively in a manner consistent with the Rule, including any interpretations thereof by the SEC, which, to the extent applicable, are incorporated herein by reference. Such interpretations currently include the requirements that (a)

the amendment may only be made in connection with a change in circumstances that arises from a change in legal requirements, change in law, or change in the identity, nature, or status of the City or the type of activities conducted thereby, (b) the undertaking, as amended, would have complied with the requirements of the Rule at the time of the primary offering of the MFA Bonds, after taking into account any amendments or interpretations of the Rule, as well as any change in circumstances, and (c) the amendment does not materially impair the interests of Bondholders, as determined by parties unaffiliated with the City (such as independent legal counsel), but such interpretations may be changed in the future. If the accounting principles to be followed by the City in the preparing of the Audited Financial Statements are modified, the annual financial information for the year in which the change is made shall present a comparison between the financial statements as prepared on the prior basis and the statements as prepared on the new basis, and otherwise shall comply with the requirements of the Rule, in order to provide information to investors to enable them to evaluate the ability of the City to meet its obligations. A notice of the change in accounting principles shall be sent to the MSRB through EMMA.

(j)     *Municipal Advisory Council of the State of Michigan.*  The City shall also file by electronic or other means any information or notice required to be filed with the MSRB through EMMA pursuant to this Undertaking in a timely manner with the Municipal Advisory Council of the State of Michigan.

CITY OF DETROIT
County of Wayne
State of Michigan


By_____

    Its: Finance Director



Dated: _____, 2014

22059790.15\022765-00202
7/23/14 7:57 AM

**Exhibit C**

**ANNUAL CERTIFICATION OF IMPOSITION OF DEBT MILLAGE LEVY**

Exhibit C
ANNUAL CERTIFICATION OF IMPOSITION OF DEBT MILLAGE LEVY

# Millage Calculation

| Numerator | | |
|---|---|---|
| Fiscal Year 2015 Interest | $ | 24,753,181 |
| Fiscal Year 2015 Principal | $ | 37,795,000 |
| Projected Bond Sales - Current Year (Interest) | $ | - |
| Projected Bond Sales - Current Year (Principal) | $ | - |
| Projected Bond Sales - Next Year (Interest) | $ | - |
| Projected Bond Sales - Next Year (Principal) | $ | - |
| **Fiscal Year 2015 Debt Service** | **$** | **62,548,181** |
| | | |
| Prior Year 2010E BAB Federal Tax Rebates | $ | 3,351,142 |
| Prior Year Real Property Tax Overcollection / (Undercollection) | $ | - |
| Prior Year Personal Property Tax Overcollection / (Undercollection) | $ | - |
| Earnings in Escrow Account | $ | - |
| Change in Escrow Account Funding Balance | $ | - |
| **Total Adjustments** | **$** | **3,351,142** |
| | | |
| **Tax Levy Requirement** | **$** | **59,197,039** |

| Denominator | | |
|---|---|---|
| **Total Net Tax Base** | $ | 6,025,940,795 |

| Millage | | |
|---|---|---|
| **Tax Rate** | | 0.0098237 |
| **Tax Rate (per $1000 valuation)** | | 9.8237 |

**Chief Financial Officer**
**City of Detroit**

**Date**

## Exhibit D

## FORM OF SETTLEMENT ESCROW AGREEMENT

D-1

# SETTLEMENT ESCROW AGREEMENT

THIS SETTLEMENT ESCROW AGREEMENT (the "**Agreement**" or "**Settlement Escrow Agreement**"), is dated as of the ___ day of _____, 2014, made by and among the City of Detroit, County of Wayne, State of Michigan (the "**City**"), Ambac Assurance Corporation ("**Ambac**"), Assured Guaranty Municipal Corp. and Assured Guaranty Corp. (together, "**Assured**"), and National Public Finance Guarantee Corporation ("**NPFG**"), and U. S. Bank National Association, Detroit, Michigan (in such capacity, the "**Settlement Escrow Trustee**"). In this Agreement, each of the City, Ambac, Assured, NPFG and the Settlement Escrow Trustee is referred to individually as a "**Party**"; Ambac, Assured, and NPFG (including their successors and assigns) are referred to collectively as the "**Bond Insurers**"; and the City, the Settlement Escrow Trustee and the Bond Insurers are referred to collectively as the "**Parties**."

Capitalized terms not otherwise defined herein shall have the meaning set forth in the UTGO Settlement Agreement (defined herein).

## WITNESSETH:

WHEREAS, the City and the Bond Insurers have heretofore entered into a Settlement Agreement, dated XX (the "**UTGO Settlement Agreement**") to consensually resolve their dispute under or in respect of the Prior UTGO Bonds, the Assured/NPFG Action, the AMBAC Action as it relates to the Prior UTGO Bonds, and the UTGO Claims, all arising out of a petition for relief filed by the City pursuant to Chapter 9 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of Michigan;

WHEREAS, if the Effective Date of the Plan does not occur on or prior to September 30, 2014, for any reason other than proximately by reason of the actions or positions taken by any of the Bond Insurers, or their failure to support the Plan as described in Section 3.1 of the UTGO Settlement Agreement, solely in their capacity as the insurers of the Prior UTGO Bonds and not in any other capacity (including, for the avoidance of doubt in their capacity as insurers of any other obligations of the City), the City will be obligated to pay into an escrow to be established with the Settlement Escrow Trustee under this Agreement the October 2014 scheduled interest debt service payment that would otherwise be made on the Restructured UTGO Bonds as if the transaction contemplated by the UTGO Settlement Agreement (other than the MFA Bond issuance) had closed (the "**Pro Forma Restructured UTGO Bonds**"), and any pro rata payments of principal and interest due thereafter, as further described in Section 2.8 of the UTGO Settlement Agreement and herein;

WHEREAS, the City has executed the Debt Millage Escrow Agreement pursuant to which the City will be required, as of the Effective Date, to segregate and deposit the UTGO Tax Levy with the Debt Millage Escrow Trustee;

NOW, THEREFORE, in consideration of the mutual undertakings, provisions and agreements herein contained, the sufficiency of which are hereby acknowledged, and in order to provide for the payment of the Pro Forma Restructured UTGO Bonds should the Effective Date

not occur on or prior to September 30, 2014, and to secure the performance and observance of the conditions and covenants herein set forth and for other valuable consideration, the receipt of which is hereby acknowledged, the City covenants and agrees with the Settlement Escrow Trustee and the Bond Insurers as follows:

## ARTICLE I.
## ESTABLISHMENT OF FUNDS AND ACCOUNTS

Section 101    Establishment of Settlement Escrow Fund.  There is hereby created and established with the Settlement Escrow Trustee, pursuant to Order No. ___ and this Agreement, a single and common trust fund designated the "Settlement Escrow Fund" (the "**Settlement Escrow Fund**").

Section 102    Deposits to the Settlement Escrow Fund.

(a)    If the Effective Date of the Plan does not occur on or prior to September 30, 2014 for any reason other than proximately by reason of the actions or positions taken by any of the Bond Insurers, or their failure to support the Plan as described in Section 3.1 of the UTGO Settlement Agreement, solely in their capacity as the insurers of the Prior UTGO Bonds and not in any other capacity (including, for the avoidance of doubt in their capacity as insurers of any other obligations of the City), the City shall pay the Settlement Escrow Trustee, from  Debt Millage Revenues,  for deposit into the Settlement Escrow Fund the October 2014 scheduled interest debt service payment with respect to  the Pro Forma Restructured UTGO Bonds, as shown on Exhibit A, and any pro rata payments of principal and interest due thereafter, as shown on Exhibit A, as if the transaction contemplated by the UTGO Settlement Agreement (other than the MFA Bond issuance) had closed.  Any such monies in the Settlement Escrow Fund which would have been payable on October 1, 2014 shall be released to the Bond Insurers on the Effective Date of the Plan.  Any other monies then on deposit in the Settlement Escrow Fund shall be transferred on the Effective Date  to the Debt Millage Escrow Trustee for deposit in the 2014 UTGO Municipal Obligation Subaccount in the 2014 UTGO Bonds Account established pursuant to the Debt Millage Escrow Agreement.

(b)    If the Plan is not effective by March 31, 2015, and the Bankruptcy Court has issued an Approval Order (that is not stayed pending appeal) approving the settlement embodied in the UTGO Settlement Agreement, the monies in the Settlement Escrow Fund  will be released and paid to the Bond Insurers in the amounts shown in Exhibit A for each prior interest payment date and the City shall make, or shall cause the Debt Millage Escrow Trustee to make, all subsequent debt service payments on each interest date payment (as shown on Exhibit A) directly to the paying agent for the Prior UTGO Bonds.  If an Approval Order is entered but is subject to a stay pending appeal, the City shall continue to pay into the Settlement Escrow Fund the scheduled debt service on the Pro Forma Restructured UTGO Bonds as shown on Exhibit A for so long as such stay remains in effect, and, as soon as such order is no longer subject to stay, shall thereafter apply all monies in the Settlement Escrow Fund first, to immediately reimburse the Bond Insurers for payments of principal and interest made on and after October 1, 2014 with respect to the Prior UTGO Bonds, and thereafter to make payments directly to the Paying Agent for the UTGO Bonds.

(c)     Notwithstanding the foregoing, if any Bond Insurer shall have defaulted in its obligation to make payments under its respective Bond Insurance Policy or Policies, any payment required to be made to such Bond Insurer shall be made to the holders of the Prior UTGOs at the direction of the City but only to the extent of any uncured failure or shortfall in the Bond Insurer's payment.

Section 103     Partial Payments; Accounting.

(a)     If on any interest payment date amounts held in the Settlement Escrow Fund are less than the amounts due with respect to all Pro Forma Restructured UTGO Bonds (as shown on Exhibit A), such payments shall distributed pro rata based upon the aggregate amount payable to each Bond Insurer.  If the City fails to deposit into the Settlement Escrow Fund, or to otherwise pay to the Bond Insurers or holders of the Prior UTGO the amounts required by this Agreement, any deficiencies shall be paid into the Settlement Escrow Fund from the first available amounts of the Aggregate UTGO Tax Levy as provided for in Section 2.4(b)(i) of the UTGO Settlement Agreement, and shall be distributed to, or at the direction of the Bond Insurers, pro rata, as soon as practicable (subject to Section 102(b)) hereof.

(b)     The Settlement Escrow Trustee shall keep and maintain a record showing each deposit into the Settlement Escrow Fund, and all transfers of funds made therefrom, which shall be provided to any Bond Insurer upon request.

(c)     Any payment to a Bond Insurer shall be paid by wire transfer in immediately available funds into the accounts as shown in Section 501.

**ARTICLE II.**
**INVESTMENT OF FUNDS**

Section 201     Permitted Investments.  All money held by the Settlement Escrow Fund, without the need for further direction by the City,  shall be invested by the Settlement Escrow Trustee in accordance with written instructions from the City in mutual funds registered under the investment company act of 1940, title I of chapter 686, 54 Stat. 789, 15 USC 80a-1 to 80a-3 and 80a-4 to 80a-64, that are at the time of purchase within the highest classification established by not less than two standard rating services and so long as the portfolio of such mutual funds is limited to bonds, and other obligations on which the full and timely payment of principal and interest is unconditionally guaranteed by the full faith and credit of the United States.  All investments shall mature or be redeemable at the option of the holder no later than the next interest payment date on the Pro Forma Restructured UTGO Bonds.  In the absence of any written direction delivered to the Settlement Escrow Trustee by the City, the Settlement Escrow Trustee shall hold funds uninvested.  The Settlement Escrow Trustee shall be entitled to rely on any written direction from the City as to the suitability and legality of the directed investment.

1155

# ARTICLE III.
## THE SETTLEMENT ESCROW TRUSTEE

Section 301    Powers and Duties of Settlement Escrow Trustee.  (a)  The Settlement Escrow Trustee may execute any of the trusts or powers hereof and perform any of its duties by or through attorneys, agents, receivers or employees, and shall be entitled to act upon the opinion or advice of its counsel concerning all matters hereof, and may in all cases be reimbursed hereunder for reasonable compensation paid to all such attorneys, agents, receivers and employees as may reasonably be employed in connection with the trust hereof.  The Settlement Escrow Trustee may act upon an opinion of counsel and shall not be responsible for any loss or damage resulting from any action or nonaction by it taken or omitted to be taken in good faith in reliance upon such opinion of counsel.

(b)    The Settlement Escrow Trustee shall not be responsible for any recital herein, or for the validity of the execution by the City of this Settlement Escrow Agreement, or of any supplements thereto or instruments of further assurance, or for the validity or sufficiency of, or filing of documents related to the security for the Prior UTGO Bonds intended to be secured hereby.

(c)    The Settlement Escrow Trustee shall not be responsible or liable for any loss suffered in connection with any investment of funds made by it in accordance with this Settlement Escrow Agreement.

(d)    The Settlement Escrow Trustee shall be protected in acting upon any notice, request, consent, certificate, order, affidavit, letter, telegram or other paper or document reasonably believed by it to be genuine and correct and to have been signed or sent by the proper person or persons.

(e)    As to the existence or non-existence of any fact or as to the sufficiency or validity of any instrument, paper or proceeding, the Settlement Escrow Trustee shall be entitled to rely upon a certificate believed in good faith to be genuine and correct, signed on behalf of the City or a Bond Insurer by an authorized officer of the City or Bond Insurer, as the case may be, as sufficient evidence of the facts therein contained.  The Settlement Escrow Trustee may also accept a similar certificate to the effect that any particular dealing, transaction or action is necessary or expedient, but may at its discretion secure such further evidence deemed necessary or advisable, but shall in no case be bound to secure the same.

(f)    The permissive right of the Settlement Escrow Trustee to do things enumerated in this Settlement Escrow Agreement, as amended, shall not be construed as a duty, and the Settlement Escrow Trustee shall not be answerable for other than its gross negligence or willful misconduct.  The immunities and exceptions from liability of the Settlement Escrow Trustee shall extend to its officers, directors, employees and agents.

(g)    The Settlement Escrow Trustee shall not be required to give any note or surety in respect to the execution of its rights and obligations hereunder.

(h)    All moneys received by the Settlement Escrow Trustee shall, until used or applied or invested as herein provided, be held in trust in the manner and for the purpose for which they

were received, but need not be segregated from other funds except to the extent required by this Settlement Escrow Agreement, as amended, or by law. The Settlement Escrow Trustee shall not be under any liability for interest on any moneys received hereunder except such as may be agreed upon.

(i)     The Settlement Escrow Trustee shall not be under any obligation to initiate any suit or to take any remedial proceeding under this Settlement Escrow Agreement or to take any steps in the execution of the trusts created by this Settlement Escrow Agreement or in the enforcement of any rights and powers under this Settlement Escrow Agreement until it has been indemnified to its satisfaction against any and all fees, costs and expenses and other reasonable disbursements and against all liability.

(j)     The Settlement Escrow Trustee shall have no responsibility or liability with respect to any information, statement or recital in any official statement, offering memorandum or other disclosure material prepared or distributed with respect to the issuance of the Prior UTGO Bonds, except for liability for its own gross negligence or willful misconduct.

(k)     The Settlement Escrow Trustee may become the holder of any of the Prior UTGO Bonds with the same rights it would have if it were not Settlement Escrow Trustee, and, to the extent permitted by law, may act as depositary for and permit any of its officers or directors to act as a member of, or in any other capacity with respect to, any committee formed to protect the rights of holders, whether or not such committee shall represent the holders of a majority in principal amount of any of the Prior UTGO Bonds of such series then outstanding.

(l)     The Settlement Escrow Trustee shall not be liable for any error of judgment made in good faith by any of its officers, employees, agents or representatives, unless it shall be proved that the Settlement Escrow Trustee was negligent in ascertaining the pertinent facts.

(m)     The Settlement Escrow Trustee has no obligation or liability to the holders for the payment of interest on, principal of or redemption premium, if any, with respect to the Prior UTGO Bonds from its own funds; but rather the Settlement Escrow Trustee's obligations shall be limited to the performance of its duties hereunder.

(n)     Whether or not therein expressly so provided, every provision of this Agreement or related documents, relating to the conduct or affecting the liability of or affording protection to the Settlement Escrow Trustee shall be subject to the provisions of this Article.

Section 302     Fees and Expenses of Settlement Escrow Trustee. (a) The Settlement Escrow Trustee shall be entitled to reasonable and customary fees for services rendered under this Agreement, as amended, and shall be reimbursed for all expenses reasonably incurred in connection with such services. Such fees and expenses shall be payable by the City and shall be determined in accordance with the Fee Schedule attached as Exhibit E of this Agreement or as otherwise may be agreed to by the City and the Settlement Escrow Trustee. The Settlement Escrow Trustee shall not have a lien for the payment of its fees and expenses upon any of the money deposited with it in accordance with this Agreement.

(b)     The City shall be liable for all fees, expenses, charges, losses, costs, liabilities and damages (including reasonable attorneys' or other professional fees) incurred by the Settlement

Escrow Trustee pursuant to this Agreement except for those which are adjudicated to have resulted from the gross negligence or willful misconduct of the Settlement Escrow Trustee, and shall pay such amounts to or at the direction of the Settlement Escrow Trustee.

Section 303    Resignation; Appointment of Successor Settlement Escrow Trustee; Successor Settlement Escrow Trustee Upon Merger, Consolidation or Sale.  (a)  The Settlement Escrow Trustee and any successor Settlement Escrow Trustee may resign only upon giving 60 days' prior written notice to the City and the Bond Insurers.  Such resignation shall take effect only upon the appointment of a successor Settlement Escrow Trustee and the acceptance of such appointment by the successor Settlement Escrow Trustee.  Upon appointment of a successor Settlement Escrow Trustee, the resigning Settlement Escrow Trustee shall, after payment of its fees, costs and expenses, assign all of its right, title and interest in the Settlement Escrow Fund, and transfer and assign its right, title and interest in the Settlement Escrow Agreement to the successor Settlement Escrow Trustee.  The successor Settlement Escrow Trustee shall meet the requirements of Section 303(b) below and shall accept in writing its duties and responsibilities hereunder and file such acceptance with the City.

(b)    In case the Settlement Escrow Trustee shall give notice of resignation or be removed, or be dissolved, or shall be in the course of dissolution or liquidation, or otherwise become incapable of acting hereunder, or in case it shall be taken under the control of any public office or offices, or of a receiver appointed by a court, a successor may be appointed by the Bond Insurers, with the prior written consent of the City (to the extent that no breach by the City of any material agreement or covenant, i.e. an "Event of Default," shall have occurred and be continuing under this Settlement Escrow Agreement, written notice of which has been provided by the Bond Insurers to the City and the Settlement Escrow Trustee), which consent shall not be unreasonably be withheld.  Every such Settlement Escrow Trustee appointed pursuant to the provisions of this Section 303(b) (i) shall at all times be a bank having trust powers or a trust company, (ii) shall at all times be organized and doing business under the laws of the United States of America or of any state, (iii) shall have, or be wholly owned by an entity having, a combined capital and surplus of at least $75,000,000, (iv) shall be authorized under such laws to exercise corporate trust powers, and (v) shall be subject to supervision or examination by federal or state authority.

(c)    Any corporation or association into which the Settlement Escrow Trustee may be merged or converted or with or into which it may be consolidated, or to which it may sell or transfer its corporate trust business and assets as a whole or substantially as a whole, or any corporation or association resulting from any merger, conversion, sale, consolidation or transfer to which it is a party, provided such company shall be eligible under Section 303(b) hereof, shall be and become successor Settlement Escrow Trustee hereunder and shall be vested with all the trusts, powers, rights, obligations, duties, remedies, immunities and privileges hereunder as was its predecessor, without the execution or filing of any instrument or any further act on the part of any of the parties hereto.

Section 304    Removal of Settlement Escrow Trustee.  The Settlement Escrow Trustee may be removed at any time by an instrument or concurrent instruments in writing delivered to the Settlement Escrow Trustee signed by the City and by all of the Bond Insurers.  No removal of the Settlement Escrow Trustee and no appointment of a successor Settlement Escrow Trustee

shall become effective until the successor Settlement Escrow Trustee has accepted its appointment. Upon such removal and the payment of its fees, costs and expenses, the Settlement Escrow Trustee shall assign to the successor Settlement Escrow Trustee all of its right, title and interest in the Trust Estate.

## ARTICLE IV.
## MISCELLANEOUS

Section 401    Notices; Payment Accounts. Except as other provided, all notices, certificates, requests, complaints, demands or other communications under this Agreement shall be deemed sufficiently given when sent by first class mail or overnight mail postage prepaid, addressed as follows:

If to the City, to:

City of Detroit
Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 1126
Detroit MI 48226
Attention: Chief Financial Officer

If to the Settlement Escrow Trustee, to:

[U.S. Bank National Association
535 Griswold, Suite 550
Detroit, Michigan 48226
Attention: Corporate Trust Services]

If to the Bond Insurers, to:

Ambac Assurance Corporation
One State Street Plaza
New York, New York 10004
Attention: Surveillance Department and
General Counsel's Office

Assured Guaranty Municipal Corp and
Assured Guaranty Corp.
31 West 52nd Street
New York, NY 10019
Attention: Kevin J. Lyons
Attention: Terence Workman

National Public Finance Guarantee Corporation
113 King Street
Armonk, NY 10504
Attention: Kenneth Epstein and William J. Rizzo

The City and the Settlement Escrow Trustee may, by giving notice hereunder, in writing, designate any further or different addresses to which subsequent notices, certificates, requests, complaints, demands or other communications hereunder shall be sent.

All payments to the Bond Insurers shall be made by wire transfer to the following accounts, unless otherwise changed by any Bond Insurer by written notice to the Escrow Agent:

[TO COME]

Section 402    Termination.  This Agreement shall terminate following delivery of written direction from the City and the Bond Insurers to the Settlement Escrow Trustee to so terminate, together with written notice that all fees owed to the Settlement Escrow Trustee have been paid in full.  Upon termination of this Agreement, any money remaining on deposit in the funds and accounts created and established hereunder shall be paid to the City.

Section 403    Amendments.  This Agreement shall only be amended by the written agreement of all Parties.

Section 404    Severability.  If any one or more sections, clauses or provisions of this Settlement Escrow Agreement shall be determined by a court of competent jurisdiction to be invalid or ineffective for any reason, such determination shall in no way affect the validity and effectiveness of the remaining sections, clauses and provisions of the Agreement.

Section 405    Headings.  Any headings shall be solely for convenience of reference and shall not constitute a part of the Agreement, nor shall they affect its meaning, construction or effect.

Section 406    Settlement Escrow Agreement Executed in Counterparts.  This Settlement Escrow Agreement may be executed simultaneously in several counterparts, each of which shall be deemed an original, and such counterparts together shall and will constitute one and the same instrument.

Section 407    Parties Interested Herein.  Nothing in this Settlement Escrow Agreement expressed or implied is intended or shall be construed to confer upon, or to give to, any person or entity, other than the Settlement Escrow Trustee, the City and the Bond Insurers any right, remedy or claim under or by reason of this Settlement Escrow Agreement or any covenant, condition or stipulation hereof, and all covenants, stipulations, promises and agreements in this Agreement on behalf of the City shall be for the sole and exclusive benefit of the Settlement Escrow Trustee, the City, and the Bond Insurers.

8

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be executed as of the date set forth above.

CITY OF DETROIT

By _____
    Kevyn D. Orr
    Its: Emergency Manager

AMBAC ASSURANCE CORPORATION

By: _____
    Name:
    Title:

ASSURED GUARANTY CORP.

By: _____
    Name:
    Title:

ASSURED GUARANTY MUNICIPAL CORP.
By: _____
    Name:
    Title:

NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION

By: _____
    Name:
    Title:

U. S. BANK NATIONAL ASSOCIATION,
as Escrow Trustee

By _____

    Its: _____

# EXHIBIT A

## RESTRUCTURED UTGO BONDS DEBT SERVICE REQUIREMENTS AND APPLICABLE BOND INSURER

1163

# UTGO Series 2014 DSA Fourth Lien Restructured Bonds - Debt Service

The date columns below (10/1/14 through 4/1/21) are all **Interest** payments.

| CUSIP | Maturity Date | Rate | Principal | Insurer | 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTGO 1999-A** | | | | | | | | | | | | | | | | | | |
| 2546SM3 | 4/1/15 | 5.250% | $2,476,650.00 | Assured | $65,012.06 | $65,012.06 | | | | | | | | | | | | |
| 2546SN1 | 4/1/16 | 5.000% | $2,602,655.00 | Assured | $65,066.38 | $65,066.38 | $65,066.38 | $65,066.38 | | | | | | | | | | |
| 2546SP6 | 4/1/17 | 5.000% | $2,733,005.00 | Assured | $68,325.13 | $68,325.13 | $68,325.13 | $68,325.13 | $68,325.13 | $68,325.13 | | | | | | | | |
| 2546SQ4 | 4/1/18 | 5.000% | $2,872,045.00 | Assured | $71,801.13 | $71,801.13 | $71,801.13 | $71,801.13 | $71,801.13 | $71,801.13 | $71,801.13 | $71,801.13 | | | | | | |
| 2546SR2 | 4/1/19 | 5.000% | $3,015,430.00 | Assured | $75,385.75 | $75,385.75 | $75,385.75 | $75,385.75 | $75,385.75 | $75,385.75 | $75,385.75 | $75,385.75 | $75,385.75 | $75,385.75 | | | | |
| **Total** | | | **$13,699,785.00** | | $345,590.64 | $345,590.64 | $280,578.38 | $280,578.38 | $215,512.00 | $215,512.00 | $147,186.88 | $147,186.88 | $75,385.75 | $75,385.75 | | | | |
| **UTGO 2001-A(1)** | | | | | | | | | | | | | | | | | | |
| 2546SV3 | 4/1/15 | 5.375% | $5,161,660.00 | NPFG | $138,724.99 | $138,724.99 | | | | | | | | | | | | |
| 2546SW1 | 4/1/16 | 5.375% | $5,439,940.00 | NPFG | $146,198.39 | $146,198.39 | $146,198.39 | $146,198.39 | | | | | | | | | | |
| 2546SX9 | 4/1/17 | 5.375% | $5,735,400.00 | NPFG | $154,138.88 | $154,138.88 | $154,138.88 | $154,138.88 | $154,138.88 | $154,138.88 | | | | | | | | |
| 2546SY7 | 4/1/18 | 5.375% | $12,166,000.00 | NPFG | $326,961.25 | $326,961.25 | $326,961.25 | $326,961.25 | $326,961.25 | $326,961.25 | $326,961.25 | $326,961.25 | | | | | | |
| 2546SZ4 | 4/1/19 | 5.000% | $12,166,000.00 | NPFG | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | | | | |
| 2546SV1 | 4/1/20 | 5.000% | $12,166,000.00 | NPFG | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | | |
| 2546SVQ | 4/1/21 | 5.000% | $12,166,000.00 | NPFG | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 | $304,150.00 |
| **Total** | | | **$65,001,000.00** | | $1,678,473.50 | $1,678,473.50 | $1,539,748.51 | $1,539,748.51 | $1,393,550.13 | $1,393,550.13 | $1,239,411.25 | $1,239,411.25 | $912,450.00 | $912,450.00 | $608,300.00 | $608,300.00 | $304,150.00 | $304,150.00 |
| **UTGO 2002** | | | | | | | | | | | | | | | | | | |
| 2546SWV8 | 4/1/21 | 5.125% | $2,815,560.00 | NPFG | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 | $72,148.73 |
| 2546SWW6 | 4/1/23 | 5.125% | $2,958,945.00 | NPFG | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 | $75,822.97 |
| **Total** | | | **$5,774,505.00** | | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 | $147,971.69 |
| **UTGO 2003-A** | | | | | | | | | | | | | | | | | | |
| 2546SX... | 4/1/15 | 4.000% | $260,700.00 | Syncora | $5,214.00 | $5,214.00 | | | | | | | | | | | | |
| 2546SX... | 4/1/15 | 5.250% | $2,215,950.00 | Syncora | $58,168.69 | $58,168.69 | | | | | | | | | | | | |
| 2546SX... | 4/1/16 | 5.250% | $2,602,655.00 | Syncora | $68,319.69 | $68,319.69 | $68,319.69 | $68,319.69 | | | | | | | | | | |
| 2546SX... | 4/1/17 | 5.250% | $2,737,350.00 | Syncora | $71,855.44 | $71,855.44 | $71,855.44 | $71,855.44 | $71,855.44 | $71,855.44 | | | | | | | | |
| 2546SX... | 4/1/18 | 5.250% | $2,880,735.00 | Syncora | $75,619.29 | $75,619.29 | $75,619.29 | $75,619.29 | $75,619.29 | $75,619.29 | $75,619.29 | $75,619.29 | | | | | | |
| 2546SX... | 4/1/19 | 5.250% | $3,032,810.00 | Syncora | $79,611.26 | $79,611.26 | $79,611.26 | $79,611.26 | $79,611.26 | $79,611.26 | $79,611.26 | $79,611.26 | $79,611.26 | $79,611.26 | | | | |
| 2546SX... | 4/1/20 | 4.250% | $460,060.00 | Syncora | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | $9,776.25 | | |
| 2546SX... | 4/1/20 | 5.250% | $2,759,075.00 | Syncora | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | $72,425.72 | | |
| 2546SX... | 4/1/21 | 5.250% | $3,354,340.00 | Syncora | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 | $88,051.43 |
| 2546SX... | 4/1/22 | 4.625% | $434,500.00 | Syncora | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 | $10,047.81 |
| 2546SX... | 4/1/22 | 5.250% | $3,097,085.00 | Syncora | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 | $81,322.11 |
| 2546SX... | 4/1/23 | 4.625% | $1,303,540.00 | Syncora | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 |
| 2546SY90 | 4/1/23 | 5.250% | $2,411,475.00 | Syncora | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 |
| **Total** | | | **$27,525,575.00** | | $713,856.34 | $713,856.34 | $650,473.66 | $650,473.66 | $582,153.96 | $582,153.96 | $510,298.53 | $510,298.53 | $434,679.23 | $434,679.23 | $355,067.97 | $355,067.97 | $272,866.00 | $272,866.00 |
| **UTGO 2004-A(1)** | | | | | | | | | | | | | | | | | | |
| 2546SY... | 4/1/19 | 5.250% | $3,910,500.00 | Ambac | $102,650.63 | $102,650.63 | $102,650.63 | $102,650.63 | $102,650.63 | $102,650.63 | $102,650.63 | $102,650.63 | $102,650.63 | $102,650.63 | $102,650.63 | $102,650.63 | $102,650.63 | $102,650.63 |
| 2546SY... | 4/1/19 | 4.250% | $160,765.00 | Ambac | $3,416.26 | $3,416.26 | $3,416.26 | $3,416.26 | $3,416.26 | $3,416.26 | $3,416.26 | $3,416.26 | $3,416.26 | $3,416.26 | $3,416.26 | $3,416.26 | $3,416.26 | $3,416.26 |
| 2546SY... | 4/1/20 | 5.250% | $5,287,865.00 | Ambac | $138,806.46 | $138,806.46 | $138,806.46 | $138,806.46 | $138,806.46 | $138,806.46 | $138,806.46 | $138,806.46 | $138,806.46 | $138,806.46 | $138,806.46 | $138,806.46 | $138,806.46 | $138,806.46 |
| 2546SY... | 4/1/21 | 5.000% | $5,735,400.00 | Ambac | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 | $143,385.00 |
| 2546SY... | 4/1/21 | 5.250% | $6,022,170.00 | Ambac | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 | $158,081.96 |
| 2546SY... | 4/1/22 | 5.250% | $255,895.00 | Ambac | $7,333.19 | $7,333.19 | $7,333.19 | $7,333.19 | $7,333.19 | $7,333.19 | $7,333.19 | $7,333.19 | $7,333.19 | $7,333.19 | $7,333.19 | $7,333.19 | $7,333.19 | $7,333.19 |
| 2546SY... | 4/1/23 | 5.250% | $6,011,480.00 | Ambac | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 |
| 2546SY... | 4/1/23 | 4.600% | $682,165.00 | Ambac | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 |
| 2546SYZP2 | 4/1/24 | 5.250% | $5,987,410.00 | Ambac | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 |
| **Total** | | | **$34,123,630.00** | | $884,385.65 | $884,385.65 | $884,385.65 | $884,385.65 | $884,385.65 | $884,385.65 | $884,385.65 | $884,385.65 | $884,385.65 | $884,385.65 | $884,385.65 | $884,385.65 | $884,385.65 | $884,385.65 |

* Subject to Mandatory Redemption

| CUSIP | Maturity Date | Rate | Principal | Issuer | Interest 10/1/14 | 4/1/15 | 10/1/15 | 4/1/16 | 10/1/16 | 4/1/17 | 10/1/17 | 4/1/18 | 10/1/18 | 4/1/19 | 10/1/19 | 4/1/20 | 10/1/20 | 4/1/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTGO 2004-B(I)** | | | | | | | | | | | | | | | | | | |
|  | 4/1/15 | 5.000% | $7,538,375.00 | Ambac | $188,464.38 | $188,464.38 |  |  |  |  |  |  |  |  |  |  |  |  |
|  | 4/1/16 | 5.250% | $7,912,245.00 | Ambac | $207,696.43 | $207,696.43 | $207,696.43 | $207,696.43 |  |  |  |  |  |  |  |  |  |  |
|  | 4/1/17 | 4.000% | $205,545.00 | Ambac | $5,300.90 | $5,300.90 | $5,300.90 | $5,300.90 | $5,300.90 | $5,300.90 |  |  |  |  |  |  |  |  |
|  | 4/1/18 | 5.250% | $8,043,320.00 | Ambac | $211,688.40 | $211,688.40 | $211,688.40 | $211,688.40 | $211,688.40 | $211,688.40 | $211,688.40 | $211,688.40 |  |  |  |  |  |  |
|  | 4/1/18 | 5.250% | $1,738,000.00 | Ambac | $45,622.50 | $45,622.50 | $45,622.50 | $45,622.50 | $45,622.50 | $45,622.50 | $45,622.50 | $45,622.50 |  |  |  |  |  |  |
|  |  |  | $25,438,385.00 |  | $638,772.61 | $638,772.61 | $470,308.23 | $470,308.23 | $262,611.80 | $262,611.80 | $45,622.50 | $45,622.50 |  |  |  |  |  |  |
| **UTGO 2005-X1** | | | | | | | | | | | | | | | | | | |
| 232X1 | 4/1/19 | 5.240% | $499,675.00 | Ambac | $13,091.49 | $13,091.49 | $9,562.48 | $9,562.48 | $5,805.79 | $5,805.79 | $1,935.26 | $1,935.26 |  |  |  |  |  |  |
| **UTGO 2005-B** | | | | | | | | | | | | | | | | | | |
|  | 4/1/15 | 5.000% | $1,990,010.00 | Assured | $49,750.25 | $49,750.25 |  |  |  |  |  |  |  |  |  |  |  |  |
|  | 4/1/16 | 5.000% | $2,089,945.00 | Assured | $52,248.63 | $52,248.63 | $52,248.63 | $52,248.63 |  |  |  |  |  |  |  |  |  |  |
|  | 4/1/17 | 4.300% | $2,189,880.00 | Assured | $47,082.42 | $47,082.42 | $47,082.42 | $47,082.42 | $47,082.42 | $47,082.42 |  |  |  |  |  |  |  |  |
|  | 4/1/18 | 5.000% | $2,289,815.00 | Assured | $57,245.38 | $57,245.38 | $57,245.38 | $57,245.38 | $57,245.38 | $57,245.38 | $57,245.38 | $57,245.38 |  |  |  |  |  |  |
|  | 4/1/19 | 5.000% | $2,402,785.00 | Assured | $60,069.63 | $60,069.63 | $60,069.63 | $60,069.63 | $60,069.63 | $60,069.63 | $60,069.63 | $60,069.63 | $60,069.63 | $60,069.63 |  |  |  |  |
|  | 4/1/20 | 5.000% | $4,345,000.00 | Assured | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 |  |  |
|  | 4/1/21 | 5.000% | $4,345,000.00 | Assured | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 |
|  | 4/1/22 | 5.000% | $4,345,000.00 | Assured | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 |
|  | 4/1/23 | 5.000% | $4,345,000.00 | Assured | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 |
|  | 4/1/24 | 5.000% | $4,345,000.00 | Assured | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 |
|  | 4/1/25 | 5.000% | $4,345,000.00 | Assured | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 | $108,625.00 |
|  |  |  | $37,032,433.00 |  | $918,346.30 | $918,346.30 | $868,396.05 | $868,396.05 | $816,147.42 | $816,147.42 | $769,065.00 | $769,065.00 | $711,819.63 | $711,819.63 | $651,750.00 | $651,750.00 | $543,125.00 | $543,125.00 |
| **UTGO 2005-C** | | | | | | | | | | | | | | | | | | |
|  | 4/1/15 | 5.000% | $2,003,045.00 | Assured | $50,076.13 | $50,076.13 |  |  |  |  |  |  |  |  |  |  |  |  |
|  | 4/1/16 | 5.000% | $2,107,325.00 | Assured | $52,683.13 | $52,683.13 | $52,683.13 | $52,683.13 |  |  |  |  |  |  |  |  |  |  |
|  | 4/1/17 | 4.300% | $2,214,290.00 | Assured | $47,549.51 | $47,549.51 | $47,549.51 | $47,549.51 | $47,549.51 | $47,549.51 |  |  |  |  |  |  |  |  |
|  | 4/1/18 | 5.000% | $2,285,470.00 | Assured | $57,136.75 | $57,136.75 | $57,136.75 | $57,136.75 | $57,136.75 | $57,136.75 | $57,136.75 | $57,136.75 |  |  |  |  |  |  |
|  | 4/1/19 | 5.000% | $2,495,550.00 | Assured | $62,388.77 | $62,388.77 | $62,388.77 | $62,388.77 | $62,388.77 | $62,388.77 | $62,388.77 | $62,388.77 | $62,388.77 | $62,388.77 |  |  |  |  |
|  | 4/1/20 | 5.250% | $2,507,065.00 | Assured | $65,810.46 | $65,810.46 | $65,810.46 | $65,810.46 | $65,810.46 | $65,810.46 | $65,810.46 | $65,810.46 | $65,810.46 | $65,810.46 | $65,810.46 | $65,810.46 |  |  |
|  |  |  | $13,507,255.00 |  | $335,644.73 | $335,644.73 | $285,568.61 | $285,568.61 | $232,885.48 | $232,885.48 | $185,335.98 | $185,335.98 | $128,199.23 | $128,199.23 | $65,810.46 | $65,810.46 |  |  |
| **UTGO 2008-A** | | | | | | | | | | | | | | | | | | |
|  | 4/1/15 | 5.000% | $2,494,375.00 | Assured | $62,459.38 | $62,459.38 |  |  |  |  |  |  |  |  |  |  |  |  |
|  | 4/1/16 | 5.000% | $2,620,035.00 | Assured | $65,500.88 | $65,500.88 | $65,500.88 | $65,500.88 |  |  |  |  |  |  |  |  |  |  |
|  | 4/1/17 | 5.000% | $2,754,750.00 | Assured | $68,868.75 | $68,868.75 | $68,868.75 | $68,868.75 | $68,868.75 | $68,868.75 |  |  |  |  |  |  |  |  |
|  | 4/1/18 | 5.000% | $3,006,740.00 | Assured | $75,168.50 | $75,168.50 | $75,168.50 | $75,168.50 | $75,168.50 | $75,168.50 | $75,168.50 | $75,168.50 |  |  |  |  |  |  |
|  | 4/1/19 | 5.000% | $3,154,970.00 | Assured | $78,861.75 | $78,861.75 | $78,861.75 | $78,861.75 | $78,861.75 | $78,861.75 | $78,861.75 | $78,861.75 | $78,861.75 | $78,861.75 |  |  |  |  |
|  | 4/1/20 | 5.000% | $3,315,535.00 | Assured | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 | $82,880.88 |  |  |
|  | 4/1/21 | 5.000% | $3,480,345.00 | Assured | $87,008.63 | $87,008.63 | $87,008.63 | $87,008.63 | $87,008.63 | $87,008.63 | $87,008.63 | $87,008.63 | $87,008.63 | $87,008.63 | $87,008.63 | $87,008.63 | $87,008.63 | $87,008.63 |
|  | 4/1/22 | 5.000% | $7,490,780.00 | Assured | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 | $187,269.50 |
|  | 4/1/28 | 5.000% | $17,362,620.00 | Assured | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 | $434,065.50 |
|  |  |  | $45,572,755.00 |  | $1,199,871.75 | $1,199,871.75 | $1,137,412.38 | $1,137,412.38 | $1,071,911.50 | $1,071,911.50 | $1,003,043.25 | $1,003,043.25 | $945,254.75 | $945,254.75 | $870,086.25 | $870,086.25 | $791,224.50 | $791,224.50 |
| **UTGO 2008-B(I)** | | | | | | | | | | | | | | | | | | |
|  | 4/1/15 | 5.000% | $6,925,930.00 | Assured | $173,148.25 | $173,148.25 |  |  |  |  |  |  |  |  |  |  |  |  |
|  | 4/1/16 | 5.000% | $2,989,360.00 | Assured | $74,734.00 | $74,734.00 | $74,734.00 | $74,734.00 |  |  |  |  |  |  |  |  |  |  |
|  | 4/1/18 | 5.000% | $3,111,020.00 | Assured | $77,775.50 | $77,775.50 | $77,775.50 | $77,775.50 | $77,775.50 | $77,775.50 | $77,775.50 | $77,775.50 |  |  |  |  |  |  |
|  | 4/1/18 | 5.000% | $3,293,510.00 | Assured | $82,337.75 | $82,337.75 | $82,337.75 | $82,337.75 | $82,337.75 | $82,337.75 | $82,337.75 | $82,337.75 |  |  |  |  |  |  |
|  |  |  | $16,319,820.00 |  | $407,995.50 | $407,995.50 | $234,847.25 | $234,847.25 | $160,113.25 | $160,113.25 | $82,337.75 | $82,337.75 |  |  |  |  |  |  |
|  |  |  | **$257,560,750.00** |  | $7,303,799.99 | $7,303,799.99 | $6,509,232.86 | $6,509,232.86 | $5,775,048.66 | $5,775,048.66 | $5,016,593.72 | $5,016,593.72 | $4,240,145.92 | $4,240,145.92 | $3,480,721.39 | $3,480,721.39 | $2,698,849.59 | $2,698,849.59 |

* Subject to Mandatory Redemption

_Columns 10/1/24, 4/1/25, 10/1/25, 4/1/26, 10/1/26, 4/1/27, 10/1/27, 4/1/28 are shown as dashes ("-") for all rows and are omitted below. The "Interest" banner spans the period-payment columns._

| CUSIP | Maturity Date | Rate | Principal | Insurer | 10/1/21 | 4/1/22 | 10/1/22 | 4/1/23 | 10/1/23 | 4/1/24 | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTGO 1999-A** | | | | | | | | | | | | |
| 25835M3 | 4/1/15 | 5.250% | $2,476,650.00 | Assured | - | - | | | | | $130,024.13 | $2,606,674.13 |
| 25835N1 | 4/1/16 | 5.000% | $2,602,055.00 | Assured | - | - | | | | | $260,265.50 | $2,862,320.50 |
| 25835P6 | 4/1/17 | 5.000% | $2,733,085.00 | Assured | - | - | | | | | $409,950.75 | $3,142,955.75 |
| 25835Q4 | 4/1/18 | 5.250% | $2,872,045.00 | Assured | - | - | | | | | $574,409.00 | $3,446,454.00 |
| 25835R2 | 4/1/19 | 5.000% | $3,015,430.00 | Assured | - | - | | | | | $753,857.50 | $3,769,287.50 |
| | | | **$13,699,785.00** | | | | | | | | **$2,228,506.88** | **$15,828,291.88** |
| **UTGO 2001-A(I)** | | | | | | | | | | | | |
| 25835K6 | 4/1/15 | 5.375% | $5,161,860.00 | NPFG | - | - | | | | | $277,449.98 | $5,439,309.98 |
| 25835L4 | 4/1/16 | 5.375% | $5,439,940.00 | NPFG | - | - | | | | | $584,793.55 | $6,024,733.55 |
| 25835V3 | 4/1/17 | 5.375% | $5,735,400.00 | NPFG | - | - | | | | | $924,833.35 | $6,660,333.35 |
| 25835V1 | 4/1/18 | 5.375% | $12,166,000.00 | NPFG | - | - | | | | | $2,115,690.00 | $14,781,690.00 |
| 25835VN7 | 4/1/19 | 5.000% | $12,166,000.00 | NPFG | - | - | | | | | $3,041,500.00 | $15,207,500.00 |
| 25835VP2 | 4/1/20 | 5.000% | $12,166,000.00 | NPFG | - | - | | | | | $3,649,800.00 | $15,815,800.00 |
| 25835VQ0 | 4/1/21 | 5.000% | $12,166,000.00 | NPFG | - | - | | | | | $4,258,100.00 | $16,424,100.00 |
| | | | **$65,001,200.00** | | | | | | | | **$15,352,166.78** | **$80,353,366.78** |
| **UTGO 2002** | | | | | | | | | | | | |
| 25835WV8 | 4/1/21 | 5.125% | $2,915,560.00 | NPFG | $75,822.97 | $75,822.97 | | | | | $1,010,082.15 | $3,925,642.15 |
| 25835WW6 | 4/1/23 | 5.125% | $2,859,345.00 | NPFG | $75,822.97 | $75,822.97 | | | | | $1,213,167.45 | $4,172,113.45 |
| | | | **$5,774,905.00** | | **$75,822.97** | **$75,822.97** | | | | | **$2,223,249.60** | **$7,997,754.60** |
| **UTGO 2003-A** | | | | | | | | | | | | |
| 25835XP0 | 4/1/15 | 4.000% | $360,700.00 | Syncora | - | - | | | | | $10,428.00 | $371,128.00 |
| 25835XQ8 | 4/1/16 | 5.250% | $2,215,950.00 | Syncora | - | - | | | | | $116,337.38 | $2,332,287.38 |
| 25835XR6 | 4/1/17 | 5.250% | $2,602,655.00 | Syncora | - | - | | | | | $273,278.78 | $2,875,933.78 |
| 25835XS4 | 4/1/18 | 5.250% | $2,737,350.00 | Syncora | - | - | | | | | $411,132.65 | $3,148,482.65 |
| 25835XT2 | 4/1/19 | 5.250% | $2,880,735.00 | Syncora | - | - | | | | | $604,954.35 | $3,485,689.35 |
| 25835XU9 | 4/1/20 | 5.250% | $3,032,810.00 | Syncora | - | - | | | | | $796,112.63 | $3,828,922.63 |
| 25835XV7 | 4/1/21 | 5.250% | $2,750,075.00 | Syncora | - | - | | | | | $869,108.63 | $3,628,183.63 |
| 25835XW5 | 4/1/22 | 4.625% | $3,354,340.00 | Syncora | $10,047.81 | $10,047.81 | | | | | $1,232,719.95 | $4,587,059.95 |
| 25835XX3 | 4/1/23 | 5.250% | $434,500.00 | Syncora | $81,372.11 | $81,372.11 | | | | | $955,265.00 | $955,265.00 |
| 25835XY1 | 4/1/22 | 4.625% | $434,500.00 | Syncora | $30,143.44 | $30,143.44 | $30,143.44 | $30,143.44 | | | $1,301,153.70 | $4,399,138.70 |
| 25835XZ8 | 4/1/23 | 4.625% | $1,303,500.00 | Syncora | $63,301.22 | $63,301.22 | $63,301.22 | $63,301.22 | | | $542,581.88 | $1,846,081.88 |
| 25835YB0 | 4/1/24 | 5.250% | $2,411,475.00 | Syncora | - | - | | | | | $1,139,421.94 | $3,550,896.94 |
| | | | **$25,535,575.00** | | **$184,814.58** | **$184,814.58** | **$93,444.66** | **$93,444.66** | | | **$7,595,309.84** | **$33,130,884.84** |
| **UTGO 2004-A(I)** | | | | | | | | | | | | |
| 25835Y02 | 4/1/19 | 5.250% | $3,910,500.00 | Ambac | - | - | | | | | $1,026,506.25 | $4,937,006.25 |
| 25835Y10 | 4/1/20 | 4.250% | $160,765.00 | Ambac | - | - | | | | | $40,995.08 | $201,760.08 |
| 25835Y27 | 4/1/21 | 5.250% | $5,287,865.00 | Ambac | - | - | | | | | $1,065,677.48 | $6,353,542.48 |
| 25835Y35 | 4/1/21 | 5.000% | $5,735,400.00 | Ambac | - | - | | | | | $2,007,390.00 | $7,742,790.00 |
| 25835Y43 | 4/1/22 | 5.250% | $6,022,170.00 | Ambac | $159,081.96 | $159,081.96 | | | | | $2,529,311.40 | $8,551,481.40 |
| 25835Y50 | 4/1/22 | 4.500% | $326,875.00 | Ambac | $7,332.19 | $7,332.19 | $7,332.19 | | | | $131,979.38 | $457,854.38 |
| 25835Y68 | 4/1/23 | 5.250% | $6,013,480.00 | Ambac | $157,853.85 | $157,853.85 | $157,853.85 | $157,853.85 | | | $2,841,369.30 | $8,854,849.30 |
| 25835Y76 | 4/1/23 | 4.600% | $682,165.00 | Ambac | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $15,689.80 | $313,195.90 | $995,360.90 |
| 25835Y84 | 4/1/24 | 5.250% | $5,987,410.00 | Ambac | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $157,169.51 | $3,143,300.25 | $9,130,800.25 |
| | | | **$34,125,630.00** | | **$496,127.31** | **$496,127.31** | **$338,045.55** | **$338,045.55** | **$172,859.31** | **$172,859.31** | **$13,700,415.65** | **$47,826,045.65** |

\* Subject to Mandatory Redemption

1166

| CUSIP | Maturity Date | Rate | Principal | Insurer | Total Interest | Total Principal & Interest |
|---|---|---|---|---|---|---|
| **UT 2004-B(1)** | | | | | | |
| 25253R278 | 4/1/15 | 5.000% | $7,538,575.00 | Ambac | $376,928.75 | $7,915,503.75 |
| 25253R286 | 4/1/16 | 5.250% | $7,912,245.00 | Ambac | $830,785.73 | $8,743,030.73 |
| 25253R294 | 4/1/17 | 4.000% | $265,045.00 | Ambac | $31,805.40 | $296,850.40 |
| 25253R252 | 4/1/17 | 5.250% | $8,064,320.00 | Ambac | $1,270,130.40 | $9,334,450.40 |
| 25253R270 | 4/1/18 | 5.250% | $1,738,000.00 | Ambac | $364,980.00 | $2,102,980.00 |
| | | | $25,538,100.00 | | $2,874,630.28 | $28,392,815.28 |
| **UT 2004-B(2)** | | | | | | |
| 25253X1 | 4/1/19 | 5.240% | $499,675.00 * | Ambac | $60,790.03 | $560,465.03 |
| **UT 2005-B** | | | | | | |
| 2033G53 | 4/1/15 | 5.000% | $1,990,010.00 | Assured | $99,500.50 | $2,089,510.50 |
| 2033G28 | 4/1/16 | 5.000% | $2,089,945.00 | Assured | $208,994.50 | $2,298,939.50 |
| 2033G61 | 4/1/17 | 4.300% | $2,189,880.00 | Assured | $282,494.52 | $2,472,374.52 |
| 2033G79 | 4/1/17 | 5.000% | $2,289,815.00 | Assured | $457,963.00 | $2,747,778.00 |
| 2033G87 | 4/1/18 | 5.000% | $2,402,785.00 | Assured | $600,696.25 | $3,003,481.25 |
| 2033G95 | 4/1/19 | 5.000% | $4,345,000.00 | Assured | $1,303,500.00 | $5,648,500.00 |
| 2033H29 | 4/1/20 | 5.000% | $4,345,000.00 | Assured | $1,520,750.00 | $5,865,750.00 |
| 2033H37 | 4/1/21 | 5.000% | $4,345,000.00 | Assured | $1,738,000.00 | $6,083,000.00 |
| 2033H45 | 4/1/22 | 5.000% | $4,345,000.00 | Assured | $1,955,250.00 | $6,300,250.00 |
| 2033H52 | 4/1/23 | 5.000% | $4,345,000.00 | Assured | $2,172,500.00 | $6,517,500.00 |
| 2033H60 | 4/1/24 | 5.000% | $4,345,000.00 | Assured | $2,389,750.00 | $6,734,750.00 |
| 2033H78 | 4/1/25 | 5.000% | $4,345,000.00 | Assured | | |
| | | | $37,032,435.00 | | $12,729,398.77 | $49,761,833.77 |
| **UT 2005-C** | | | | | | |
| 2033J92 | 4/1/15 | 5.000% | $2,003,045.00 | Assured | $100,152.25 | $2,103,197.25 |
| 2033J25 | 4/1/16 | 5.000% | $2,107,325.00 | Assured | $210,732.50 | $2,318,057.50 |
| 2033J41 | 4/1/17 | 4.300% | $2,211,605.00 | Assured | $285,297.05 | $2,496,902.05 |
| 2033J41 | 4/1/18 | 4.000% | $2,285,470.00 | Assured | $457,094.00 | $2,742,544.00 |
| 2033J58 | 4/1/19 | 5.250% | $2,374,715.00 | Assured | $623,887.69 | $3,000,602.69 |
| 2033J66 | 4/1/20 | 5.250% | $2,507,065.00 | Assured | $729,725.48 | $3,236,790.48 |
| | | | $13,491,225.00 | | $2,466,888.96 | $15,958,113.96 |
| **UT 2008-A** | | | | | | |
| 2033J56 | 4/1/15 | 5.000% | $2,498,375.00 | Assured | $124,698.75 | $2,623,293.75 |
| 2033J64 | 4/1/16 | 5.000% | $2,620,035.00 | Assured | $262,003.50 | $2,882,038.50 |
| 2033J72 | 4/1/17 | 4.300% | $2,754,730.00 | Assured | $413,209.50 | $3,167,939.50 |
| 2033J80 | 4/1/18 | 4.000% | $2,889,425.00 | Assured | $462,308.00 | $3,351,733.00 |
| 2033J98 | 4/1/19 | 5.000% | $3,006,740.00 | Assured | $751,685.00 | $3,758,425.00 |
| 2033J22 | 4/1/20 | 5.000% | $3,154,470.00 | Assured | $946,341.00 | $4,100,811.00 |
| 2033N30 | 4/1/21 | 5.000% | $3,315,235.00 | Assured | $1,160,332.25 | $4,475,567.25 |
| 2033N48 | 4/1/22 | 5.000% | $3,480,345.00 | Assured | $1,392,138.00 | $4,872,483.00 |
| 2033N55 | 4/1/23 | 5.000% | $3,460,780.00 * | Assured | $1,562,662.75 | $11,053,462.75 |
| 2033N63 | 4/1/24 | 5.000% | $17,362,620.00 * | Assured | $10,904,429.25 | $28,267,049.25 |
| | | | $48,572,755.00 | | $19,980,048.00 | $59,503,803.00 |
| **UT 2008-B(1)** | | | | | | |
| 2033J53 | 4/1/15 | 5.000% | $6,935,930.00 | Assured | $346,296.50 | $7,272,226.50 |
| 2033J61 | 4/1/16 | 5.000% | $2,980,360.00 | Assured | $298,036.00 | $3,288,396.00 |
| 2033J79 | 4/1/17 | 4.300% | $3,111,020.00 | Assured | $466,653.00 | $3,577,673.00 |
| 2033J87 | 4/1/18 | 5.000% | $3,293,510.00 | Assured | $658,702.00 | $3,952,212.00 |
| | | | $16,319,820.00 | | $1,770,587.50 | $18,090,407.50 |
| | | | $227,560,790.00 | | $39,881,991.64 | $369,442,781.64 |

* Subject to Mandatory Redemption

13-53846-tjt Doc 8045-4 Filed 10/22/14 Entered 10/22/14 23:48:29 Page 60 of 62

89

1167

# UTGO Series 2014 DSA Fourth Lien Restructured Bonds - Debt Service

## Bond Series Subject to Mandatory Redemption

### Issuance: 2004-B(2)

CUSIP 25909JZX1

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Ambac | 6/30/15 | | $499,675.00 | 5.240% | $13,091.49 |
| 4/1/15 | Ambac | 6/30/15 | $134,695.00 | $364,980.00 | 5.240% | $13,091.49 |
| 10/1/15 | Ambac | 6/30/16 | | $364,980.00 | 5.240% | $9,562.48 |
| 4/1/16 | Ambac | 6/30/16 | $143,385.00 | $221,595.00 | 5.240% | $9,562.48 |
| 10/1/16 | Ambac | 6/30/17 | | $221,595.00 | 5.240% | $5,805.79 |
| 4/1/17 | Ambac | 6/30/17 | $147,730.00 | $73,865.00 | 5.240% | $5,805.79 |
| 10/1/17 | Ambac | 6/30/18 | | $73,865.00 | 5.240% | $1,935.26 |
| 4/1/18 | Ambac | 6/30/18 | $73,865.00 | - | 5.240% | $1,935.26 |
| Total | | | $499,675.00 | | | $60,790.03 |

### Issuance: 2008-A

CUSIP 25909JNS5

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | 6/30/15 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 4/1/15 | Assured | 6/30/15 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 10/1/15 | Assured | 6/30/16 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 4/1/16 | Assured | 6/30/16 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 10/1/16 | Assured | 6/30/17 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 4/1/17 | Assured | 6/30/17 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 10/1/17 | Assured | 6/30/18 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 4/1/18 | Assured | 6/30/18 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 10/1/18 | Assured | 6/30/19 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 4/1/19 | Assured | 6/30/19 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 10/1/19 | Assured | 6/30/20 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 4/1/20 | Assured | 6/30/20 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 10/1/20 | Assured | 6/30/21 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 4/1/21 | Assured | 6/30/21 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 10/1/21 | Assured | 6/30/22 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 4/1/22 | Assured | 6/30/22 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 10/1/2022 | Assured | 6/30/23 | | $7,490,780.00 | 5.000% | $187,269.50 |
| 4/1/2023 | Assured | 6/30/23 | $3,654,145 | $3,836,655.00 | 5.000% | $187,269.50 |
| 10/1/2023 | Assured | 6/30/24 | | $3,836,655.00 | 5.000% | $95,915.88 |
| 4/1/2024 | Assured | 6/30/24 | $3,836,635 | - | 5.000% | $95,915.88 |
| Total | | | $7,490,780.00 | | | $3,560,682.75 |

### Issuance: 2008-A

CUSIP 25909JNG3

| Date | Insurer | Fiscal Year | Mandatory Redemption Amounts | Outstanding | Rate | Interest |
|---|---|---|---|---|---|---|
| 10/1/14 | Assured | 6/30/15 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/15 | Assured | 6/30/15 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/15 | Assured | 6/30/16 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/16 | Assured | 6/30/16 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/16 | Assured | 6/30/17 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/17 | Assured | 6/30/17 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/17 | Assured | 6/30/18 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/18 | Assured | 6/30/18 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/18 | Assured | 6/30/19 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/19 | Assured | 6/30/19 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/19 | Assured | 6/30/20 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/20 | Assured | 6/30/20 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/20 | Assured | 6/30/21 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/21 | Assured | 6/30/21 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/21 | Assured | 6/30/22 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/22 | Assured | 6/30/22 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/2022 | Assured | 6/30/23 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/2023 | Assured | 6/30/23 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/2023 | Assured | 6/30/24 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/2024 | Assured | 6/30/24 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 10/1/2024 | Assured | 6/30/25 | | $17,362,620.00 | 5.000% | $434,065.50 |
| 4/1/2025 | Assured | 6/30/25 | $4,027,815.00 | $13,334,805.00 | 5.000% | $434,065.50 |
| 10/1/2025 | Assured | 6/30/26 | | $13,334,805.00 | 5.000% | $333,370.13 |
| 4/1/2026 | Assured | 6/30/26 | $4,232,030.00 | $9,102,775.00 | 5.000% | $333,370.13 |
| 10/1/2026 | Assured | 6/30/27 | | $9,102,775.00 | 5.000% | $227,569.38 |
| 4/1/2027 | Assured | 6/30/27 | $4,440,590.00 | $4,662,185.00 | 5.000% | $227,569.38 |
| 10/1/2027 | Assured | 6/30/28 | | $4,662,185.00 | 5.000% | $116,554.63 |
| 4/1/2028 | Assured | 6/30/28 | $4,662,185.00 | - | 5.000% | $116,554.63 |
| Total | | | $17,362,620.00 | | | $10,904,429.25 |

**EXHIBIT B**

**FEE SCHEDULE**

ACTIVE 202233018v.4



**U.S. Bank Customer Confidential**

## Schedule of Fees for Services as
## ESCROW AGENT
### For
### Settlement Escrow Agreement

| | | |
|---|---|---|
| CTS01010A | **Acceptance Fee** The acceptance fee includes the administrative review of documents, initial set-up of the account, and other reasonably required services up to and including the closing.  This is a one-time, non-refundable fee, payable at closing. | $1,000.00 |
| CTS04460 | **Escrow Agent** Annual fee for the standard escrow agent services associated with the administration of the account.  Administration fees are payable in advance. | $5,000.00 |
| | **Direct Out of Pocket Expenses** Reimbursement of expenses associated with the performance of our duties, including but not limited to publications, legal counsel after the initial close, travel expenses and filing fees. | At Cost |
| | **Extraordinary Services** Extraordinary Services are duties or responsibilities of an unusual nature, including termination, but not provided for in the governing documents or otherwise set forth in this schedule. A reasonable charge will be assessed based on the nature of the services and the responsibility involved. At our option, these charges will be billed at a flat fee or at our hourly rate then in effect. | |

Account approval is subject to review and qualification.  Fees are subject to change at our discretion and upon written notice.  Fees paid in advance will not be prorated.  The fees set forth above and any subsequent modifications thereof are part of your agreement. Finalization of the transaction constitutes agreement to the above fee schedule, including agreement to any subsequent changes upon proper written notice.  In the event your transaction is not finalized, any related out-of-pocket expenses will be billed to you directly. Absent your written instructions to sweep or otherwise invest, all sums in your account will remain uninvested and no accrued interest or other compensation will be credited to the account.  Payment of fees constitutes acceptance of the terms and conditions set forth.

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT:
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
For a non-individual person such as a business entity, a charity, a Trust or other legal entity we will ask for documentation to verify its formation and existence as a legal entity. We may also ask to see financial statements, licenses, identification and authorization documents from individuals claiming authority to represent the entity or other relevant documentation.

**Dated:  July 21, 2014**

**Exhibit E**

**CONFIRMATION ORDER INSERT**

1171

## UTGO Settlement Agreement – Insert for Confirmation Order

## Findings of Fact and Conclusions of Law

A. After sufficient notice and opportunity for all parties to be heard, and after due deliberation, based on the Court's thorough review and full consideration of the UTGO Settlement Agreement and good and sufficient cause appearing therefor, the Court makes the following findings of fact and conclusions of law. Any finding of fact constitutes a finding of fact even if it is stated as a conclusion of law, and any conclusion of law constitutes a conclusion of law even if it is stated as a finding of fact. All findings of fact and conclusions of law announced by the Court on the record in connection with confirmation of the Plan or otherwise at the Confirmation Hearing are incorporated herein by reference.[1] The findings and conclusions set forth herein and in the record of the Confirmation Hearing constitute the Court's findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure, as made applicable herein by Bankruptcy Rules 7052 and 9014.

B. The UTGO Settlement described in the Plan and the UTGO Settlement Agreement are fair, equitable, reasonable, and in the best interests of the City and its creditors and residents.[2] The UTGO Settlement Agreement is the result of extensive arms' length negotiations among the City and the UTGO Bond Insurers – all of whom were represented by

---

[1] The findings of fact and conclusions of law set forth herein and announced on the record during the Confirmation Hearing shall be construed in a manner consistent with each other so as to effect the purpose of each; provided, however, that if there is any direct conflict that cannot be reconciled, then, solely to the extent of such conflict, the provisions of this Confirmation Order shall govern and shall control and take precedence over any findings of fact or conclusions of law announced on the record at the Confirmation Hearing.

[2] Capitalized terms used herein but not defined shall have the meanings ascribed to them in the Plan or the UTGO Settlement Agreement, a copy of which is attached to the Plan as Exhibit ___.

sophisticated counsel. The compromises and settlements embodied in the UTGO Settlement (a) resolve all disputes with respect to claims classified in Class 8 under the Plan and the issues raised by the UTGO Bond Insurers in the UTGO Litigation and (b) are, collectively, a key compromise upon which several provisions of the Plan rest. In the absence of such compromises and settlements, the City's emergence from chapter 9 would likely have been delayed by litigation and burdened with additional expenses. The UTGO Settlement and the UTGO Settlement Agreement: (a) were negotiated and entered into in good faith, (b) comport with policies and purposes of chapter 9, (c) are fair, equitable and reasonable; (d) are in the best interests of the City and its creditors and residents as they not only fully resolve the UTGO Litigation but also permit the City's assignees to receive value from the Assigned UTGO Bond Tax Proceeds as set forth in the Plan; (e) are within the range of reasonable results if the disputes resolved by the UTGO Settlement, including the Assured/NPFG Action and the Ambac Action as they relate to the UTGO Bonds, were instead litigated to a conclusion; (f) fall above the lowest point in the range of reasonableness; and (g) meet the standards for approval under sections 105(a) and 1123(b) of the Bankruptcy Code, Bankruptcy Rule 9019(a) and other applicable law.

C.    Without limiting any of the foregoing, the Court hereby finds that:

a.    The Plan incorporates the UTGO Settlement Agreement, and the effectiveness of the Plan is expressly conditioned upon: (a) the Michigan Finance Authority board having approved the issuance of the MFA Bonds and such bonds having been issued; and (b) the City having obtained all governmental and Emergency Manager consents and approvals required to carry out the terms of the UTGO Settlement Agreement.

b. As of the Effective Date, the Plan represents a full, final and complete compromise, settlement, release and resolution of, among other matters, all disputes and pending or potential litigation (including any appeals), including, without limitation, the UTGO Litigation, regarding the allowability, amount, priority and treatment of the Unlimited Tax General Obligation Bond Claims. The treatment of Class 8 UTGO Claims under the Plan is a component of a settlement and compromise of the UTGO Litigation.

c. Good and valuable consideration has been provided for all releases and exculpations granted pursuant to the UTGO Settlement Agreement, including, without limitation, the releases and exculpations granted pursuant to sections 6.1 and 6.2 of the UTGO Settlement Agreement. Such provisions are fair, equitable, reasonable and integral elements of the UTGO Settlement Agreement.

d. The Court confirms that as of the Effective Date and pursuant to Emergency Manager Order No. __, the Municipal Obligation shall be secured, to the extent permitted by law, including without limitation section 12(1)(x) of Act 436, by a lien granted by the City on the UTGO Bond Tax Levy for so long as either the Municipal Obligation or the Stub UTGO Bonds are outstanding.

e. As of the Effective Date, the UTGO Bond Tax Levy shall constitute "special revenues," as defined in section 902 of the Bankruptcy Code, and

"pledged special revenues," as that term is used in section 922(d) of the Bankruptcy Code.

f.    As of the Effective Date, the MFA shall possess a valid and enforceable statutory fourth lien and trust on Distributable State Aid, as provided in section 15(2) of the Shared Credit Rating Act or as otherwise provided under applicable law.

g.    As of the Effective Date, Holders of the MFA Bonds shall possess all of the MFA's rights and interest in the Municipal Obligation including all the rights and interest provided herein and under the UTGO Settlement Agreement, subject to the reservation by the MFA of rights to indemnification and to make all determinations and approvals and receive all notices accorded to it under the Municipal Obligation and related documents. Accordingly, the MFA Bonds will be payable from and secured by (i) payments made by the City on the Municipal Obligation and to the extent permitted by law, including without limitation section 12(1)(x) of Act 436, a lien on the portion of the UTGO Bond Tax Levy allocable to the Municipal Obligation, pledged by the City to secure the Municipal Obligation and (ii) a lien, made a statutory lien as provided by the Shared Credit Rating Act, on moneys in the funds and accounts established for the MFA Bonds under the authorizing resolution for such bonds, including payments pledged by the City and received and held by the MFA or its trustee for the MFA Bonds, which include, without

limitation, all payments of (x) the proceeds of the UTGO Bond Tax Levy and (y) Distributable State Aid.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1.        The UTGO Settlement.    Consistent with the findings herein, the UTGO Settlement and the UTGO Settlement Agreement, including without limitation all of the transactions contemplated, the liens granted, and the protections created therein, are APPROVED in their entirety as a good faith, fair, reasonable, and equitable compromise and settlement of all disputes with respect to claims classified in Class 8 under the Plan that is in the best interests of the City and its creditors and residents.  The entry of this Confirmation Order constitutes approval of the UTGO Settlement Agreement pursuant to the Bankruptcy Rules, including Bankruptcy Rule 9019, the Bankruptcy Code, including section 1123, and Act 279, Public Acts of Michigan, 1909, as amended; Act 436, Public Acts of Michigan, 2012; Act 34, Public Acts of Michigan, 2001, as amended; and Act 80, Public Acts of Michigan, 1981, as amended.  As provided in the Plan, on the Effective Date, the UTGO Settlement Agreement shall be binding on the City, Ambac, Assured and NPFG.

2.        Approval of Exculpations and Releases.    All exculpations and releases granted pursuant to the UTGO Settlement, including, without limitation, the releases and exculpations granted pursuant to sections 6.1 and 6.2 of the UTGO Settlement Agreement, are hereby approved in their entirety.  The Court approves such settlements and releases on the grounds that good and valuable consideration has been provided therefor, and that such provisions are fair, equitable, reasonable, and integral elements of the UTGO Settlement Agreement.

3.    _Segregation of UTGO Bond Tax Levy_.  The proceeds of the UTGO Bond Tax Levy collected by the City shall be segregated and transmitted to the Debt Millage Escrow Trustee under the Debt Millage Deposit Escrow Agreement, and the Debt Millage Escrow Trustee shall segregate and transmit the proceeds allocable to the Municipal Obligation to the Master Trustee in accordance with section 2.4(a) of the UTGO Settlement Agreement.

4.    _Annual Certification of Debt Millage Levy_.  Pursuant to the Section 2.7(b) of the UTGO Settlement Agreement, the City shall certify annually, not later than June 30 of each year, that it has imposed the debt millage levy as required by and in accordance with the terms of the UTGO Settlement Agreement.

5.    _Retention of Jurisdiction_.  Pursuant to section 945(a) of the Bankruptcy Code, the Court shall retain jurisdiction over the UTGO Settlement and the UTGO Settlement Agreement and any dispute arising from or related to the UTGO Settlement Agreement.  For the avoidance of doubt and as the City has consented, the Court shall retain exclusive post-confirmation authority and power, to implement, interpret and enforce the UTGO Settlement Agreement and all Settlement-Related Documents, including, without limitation, all exhibits to the UTGO Settlement Agreement, the Restructured UTGO Bonds, the Municipal Obligation and the MFA Bonds.  As the City has consented, the Court reserves all powers as are necessary or appropriate to enforce or to give effect to the Court's retained jurisdiction under the Plan and this Confirmation Order, including by way of injunction, as long as any of the Municipal Obligation, Stub UTGO Bonds or MFA Bonds are outstanding.

**EXHIBIT II.B.3.q.ii.A**

SCHEDULE OF PAYMENTS AND SOURCES OF
PAYMENTS FOR MODIFIED PFRS PENSION BENEFITS

# City of Detroit
## PFRS Pension contributions (FY14 - FY23)
$ in billions

| PFRS | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 10-Year |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Source: | | | | | | | | | | | |
| State | $ - | $ 96.0 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 96.0 |
| Foundations | - | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 164.7 |
| Total | - | 114.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 18.3 | 260.7 |

**EXHIBIT II.B.3.q.ii.C**

TERMS OF PFRS PENSION RESTORATION

# TERMS OF PFRS PENSION RESTORATION

## *Pension Restoration Process*

The following rules shall govern how accrued pensions, including COLA benefits, that are reduced as part of the Plan of Adjustment, shall be restored during the thirty year period following the Confirmation Order.  The pension restoration process shall be supervised, and restoration decisions undertaken by the Investment Committee of PFRS and in accordance with the pension governance provisions set forth in the State Contribution Agreement and exhibits thereto.  This pension restoration program shall be deemed a part of Component II of the Combined Plan for the Police and Fire Retirement System, but in the event of any conflict between the language set forth herein and the Combined Plan the terms of this Pension Restoration Agreement will govern.

## GENERAL RESTORATION RULES

I.    PFRS RESTORATION

    1.    Waterfall Categories

There will be three Waterfall Classes:

      a. PFRS Waterfall Class 1 – Retirees in retirement benefit pay status as of June 30, 2014, and their surviving spouses and beneficiaries
      b. PFRS Waterfall Class 2 – Retirees, who entered into retirement benefit pay status after June 30, 2014, and their surviving spouses and beneficiaries, and who are in pay status as of the end of the PFRS Fiscal Year prior to the year in which the restoration decision is made
      c. PFRS Waterfall Class 3 – All retirees, surviving spouses, and beneficiaries in pay status and all other PFRS participants who as of June 30, 2014 are not in retirement benefit pay status

    2.    General PFRS Pension Restoration Through June 30, 2023

Each year in conjunction with the annual actuarial valuation report, the PFRS actuary will project the PFRS funded ratio as of 2023 based upon the market value of plan assets relative to the actuarial accrued liabilities (the "Funded Level"). This projection will be further based upon a 6.75% assumed rate of investment return which is net of expenses (administrative and investment), future employer contributions as set forth in the Plan of Adjustment (subject to conditions in the Plan of Adjustment), and such other actuarial

assumptions as utilized by the PFRS actuary. For purposes of PFRS Restoration through June 30, 2023, the Funding Target will be a 75% funded ratio, and the Restoration Target will be a 78% funded ratio, both projected to June 30, 2023. For purposes of calculating the funded ratio, the assets in the Restoration Reserve Account will be excluded. Each year, if the actuary projects that the Funded Level as of 2023 (excluding Restoration Account assets to avoid double counting) exceeds the Restoration Target (i.e., exceeds 78%), a credit of assets for bookkeeping purposes will be made into a new notional Restoration Reserve Account. The notional credit will be an amount equal to the excess of assets above the amount projected to be needed to satisfy the Restoration Target. Once the Restoration Reserve Account is established, each year thereafter, Restoration Account assets will be credited with interest in an amount equal to the net return on plan investments but capped at the actuarially assumed rate of investment return (i.e., 6.75% for the period through June 30, 2023). In the event of net losses, the credited asset value of the Restoration Reserve Account will be diminished to reflect such losses and any required transfer to the PFRS Pension Reserve Account as provided herein.

Actual restoration payments and restoration credits will work as follows: each year, in conjunction with the preparation of the annual actuarial valuation report and following establishment of the Restoration Reserve Account, the PFRS actuary will determine whether there are sufficient funds in such account to restore COLA benefits in a minimum incremental amount of 10% or more. For example: If a retiree's then current COLA benefit is a 1.0% annual compounded COLA, the minimum incremental restoration would increase the COLA benefit to 1.225%. COLA restoration only will occur if the funding level in the Restoration Reserve Account can fund 100% of the COLA increase over the actuarially-projected lives of the eligible recipient PFRS Waterfall Class. If the actuary certifies that the Restoration Reserve Account as of the end of the prior PFRS fiscal year satisfies the required funding level for one or more increments of restoration, then in the next immediate PFRS fiscal year actual COLA restoration payments will be made to PFRS Waterfall Class 1 members in such increments until an amount sufficient to fund 66% of the value of their future COLA payments (e.g., a 1.5% compound COLA, or as otherwise applicable) has been funded. At that juncture, and to the extent that additional assets in the Restoration Reserve Account would fully fund COLA restoration in at least one minimum 10% increment (i.e., amounts equal to 10% of the value of future COLA payments), PFRS Waterfall Class 2 members will receive COLA restoration, until an amount sufficient to fund 66% of the value of their future COLA payments has been funded. At that juncture, and to the extent that additional assets in the Restoration Reserve Account would fully fund COLA restoration in at least one minimum 10% increment (i.e., amounts equal to 10% of the value of future COLA payments), PFRS Waterfall Class 3 members will receive COLA restoration on a pro-rata basis. For PFRS Waterfall Class 3 members who are in pay status at that time of restoration, they will receive COLA payments; for active employees at the time of restoration, they will receive credits granting them a right upon retirement to receive COLA restoration equal to the 10% increments that are fully funded to PFRS Waterfall Class 3 members. For Example: Assume there are sufficient assets credited to the Restoration Reserve Account as of the

end of a fiscal year to fully fund 66% of the value of the COLA for all PFRS Waterfall Class 1 and Class 2 members for their actuarially projected lives.  To the extent additional assets remain  in the Restoration Reserve Account to fully fund at least a 10% COLA increment for PFRS Waterfall Class 3 members for their actuarially projected lives, then (i) all retirees would receive a restoration payment of 76% of the value of their COLAs (their having already received by virtue of their membership in PFRS Waterfall Classes 1 and 2 an increase to 66% of the value of their COLAs) and also a 10% COLA increment would be credited to eligible active employees which would be included in their benefit payments upon retirement (thus causing their COLAs to increase in value from 45% to 55% ). Restoration amounts actually paid from the Restoration Reserve Account will be debited from such account.   Restoration payments will be calculated and paid on a prospective basis only.

Once restoration payments and credits begin, as long as the Restoration Reserve Account continues to have assets to fund 100% of an incremental COLA restoration amount for such Waterfall Class for their actuarially projected lives, the restoration payments and credits will continue; provided, however, that in the event the Restoration Reserve Account,  after having sufficient assets to fund 100% of two or more increments, falls below 100% for the second or greater increment, the annual amounts to pay such second or greater  increment can continue  until the Restoration Reserve Account lacks any assets to fund such additional increment.  For Example, assume a 10% increment in PFRS Waterfall Class 1 requires $10 million in assets to be fully funded for the PFRS Waterfall Class' actuarially projected  lives, and that based on FY 2018 results the Restoration Reserve Account has assets of $22 million so as to fund two increments of restoration in FY 2019.  Assume further that in the following year the Restoration Reserve Account drops in value to $17 million; in such event two increments could still be paid, and the second increment would cease being paid only if the value of assets in the Restoration Reserve Account dropped to or below $10 million (in the event they dropped below $10 million, the first increment also would cease being paid).  For purposes of restoration reduction, restoration increments will be taken away in reverse order in which they were granted (i.e. last in, first out).

If the PFRS Funded Level (excluding Restoration Reserve Assets) projected to 2023 falls below 76% (hereinafter, "Restoration Reserve Suspension Trigger"), then, until such time as the projected PFRS Funded Level in 2023 is 76% or above, further interest credits  to the notional Restoration Reserve Account will cease notwithstanding the actual net PFRS investment returns for the fiscal year in question.  Furthermore, if the PFRS Funded Level projected to 2023 falls below the Funding Target (i.e., 75%) then restoration payments to retirees and credits to active employees in the following year will be modified in the following manner:  (1) funds previously credited  to the Restoration Reserve Account will be notionally transferred and credited to the PFRS Pension  Reserve  Account in sufficient amounts to restore the projected PFRS Funded Level in 2023 to 75%;  (2) following such transfer, the remaining assets in the Restoration Reserve Account shall be applied to

make restoration payments in accordance with and pursuant to the same mechanism described in the previous paragraph.

In connection with preparation of the actuarial report for FY 2023, the PFRS actuary will determine whether PFRS has satisfied the Permanent Restoration Target, which shall be 78%. Transfers from the Restoration Reserve Account for credit to the PFRS Pension Reserve Account may be made in such amounts as are necessary to satisfy the Permanent Restoration Target. If following such transfers, the PFRS Funded Level as of June 30, 2023 has satisfied the Permanent Restoration Target (*i.e.,* 78%), then the residual amounts, if any, in the Restoration Reserve Account (which will necessarily represent excess not necessary to satisfy the Permanent Restoration Target), and which fully fund one or more increments of COLA restoration payments for one or more PFRS Waterfall Classes for their actuarially projected lives, shall be transferred from the Restoration Reserve Account and credited to the PFRS Pension Reserve Account and the applicable incremental COLA payments shall be permanently restored for the applicable PFRS Waterfall Class and shall no longer be variable from year to year.

Following receipt of the actuarial reports for 2019, and in the event that the projected Funded Level of PFRS as of 2023 is less than 76%, the PFRS actuary shall revisit the restoration calculations that it made during each of the prior 4 years. It shall recalculate each such prior year's Funded Level projection, this time by assuming the lesser of (i) $4.5 million in annual administrative expenses until 2023, or (ii) an amount of annual administrative expenses until 2023 equal to the average annual normal course administrative expenses in the prior 4 years applicable to Component II, in addition to a net 6.75% annual investment return. If such retrospective recalculation indicates that fewer amounts would have transferred to the PFRS Restoration Reserve Account than actually were transferred during such look back period, then the PFRS Restoration Reserve Account shall be debited by the lesser of (i) this difference (plus interest at a rate equal to the rate that was credited to the Restoration Reserve Account during the look-back period or (ii) the dollars that were actually paid out in restoration payments during such look-back period (plus interest at a rate equal to the rate that was credited to the Restoration Reserve Account during the look-back period); or (iii) the amount required to increase the projected 2023 PFRS Funded Level to 76%.

3. <u>General PFRS Pension Restoration from July 1, 2023 to June 30, 2033</u>.

If and to the extent that all COLA payments have not been restored pursuant to the permanent restoration feature as of June 30, 2023 described in the immediately preceding paragraph, then during this period and for purposes of variable restoration, the Funding Target, the Restoration Target, the Permanent Restoration Target and the Restoration Reserve Suspension Trigger shall be as set forth on Exhibit A hereto, all projected as of June 30, 2033. The same rules for restoration payments that applied during the period ending June 30, 2023 shall apply (including ceasing interest credits in

the event of a Restoration Reserve Suspension Trigger, and making Restoration Account asset transfers in the event the 2033 PFRS Funded Level falls below the 2033 Funding Target), except as follows. For purposes of determining whether the 2033 Restoration Target has been satisfied, the Plan actuary shall project investment returns through June 30, 2033 at the then current investment return assumption which is assumed to be net of expenses (administrative and investment), and the then applicable actuarial assumptions as utilized in the annual actuarial valuation. Further, the Plan actuary shall assume, merely for purposes of determining whether the Restoration Target is satisfied, that the annual City contribution amount shall be the annual amount necessary to fund the PFRS based upon an amortization of the actual 2023 UAAL (using the market value of assets) over 30 years (hereinafter, the "2023 UAAL Amortization") and in such manner that the resulting annual contribution stream would achieve the applicable PFRS' Funding Target (on Exhibit A) as of 2033. (Such projected, hypothetical contributions shall be for purposes only of making restoration determinations, and shall not necessarily be the actual contributions made or required to be made by the City or recommended during such period; all of which shall be determined independent of the restoration calculation process). For purposes of calculating the funded ratio, the assets in the Restoration Reserve account will be excluded

To the extent that the City's actual contributions to the PFRS in any of the FYs 2024 (i.e., the year ending June 30, 2024) through 2033 are greater than the projected annual contribution under the 2023 UAAL Amortization, such amounts, and any investment earnings thereon, shall be notionally credited to a new bookkeeping account in PFRS called the Extra Contribution Account. In determining pension restoration during the period from FY 2024 through 2033, none of the amounts in the Extra Contribution Account shall be considered for purposes of determining the projected funded level for the Restoration Target or Permanent Restoration Target. To the extent that the City's actual contributions to the PFRS in any of the FYs 2024 through 2033 are less than the projected annual contribution under the 2023 UAAL Amortization, such difference and any investment earnings thereon shall be notionally allocated to the Restoration Reserve Account.

Each year, in addition to the crediting of assets that exceed the amount necessary to satisfy the Restoration Target, existing Restoration Account assets will be credited with interest equal to the net return on plan investments, but capped at the then actuarial investment return assumption. In the event of net losses, the credited asset value of the Restoration Reserve Account will be diminished to reflect such losses.

In connection with preparation of the annual actuarial valuation report for FY 2033, the PFRS actuary will determine whether PFRS has satisfied the applicable Permanent Restoration Target, as set forth on Exhibit A. Transfers from the Restoration Reserve Account for credit to the PFRS Pension Reserve Account may be made in such amounts as are necessary to satisfy the Permanent Restoration Target. If following such transfers the funding level as of June 30, 2033 has satisfied the applicable Permanent Restoration

Target , then the residual amounts in the Restoration Reserve Account, if any (which will necessarily represent excess not necessary to satisfy the Permanent Restoration Target), and which fully fund one or more increments of COLA restoration payments for one or more PFRS Waterfall Classes, shall be transferred from the Restoration Reserve Account and credited to the PFRS Pension Reserve Account and the applicable incremental COLA payments shall be permanently restored for the applicable PFRS Waterfall Class and shall no longer be variable from year to year.

Following receipt of the actuarial reports for 2028, and in the event that the projected Funded Level of PFRS as of 2033 is less than 79%, the PFRS actuary shall revisit the restoration calculations that it made during each of the prior 4 years. It shall recalculate each such prior year's Funded Level projection, this time by assuming the lesser of (i) $4.5 million in annual administrative expenses until 2033, or (ii) an amount of annual administrative expenses until 2033 equal to the average annual normal course administrative expenses in the prior 4 years applicable to Component II, in addition to a net 6.75% annual investment return. If such retrospective recalculation indicates that fewer amounts would have transferred to the PFRS Restoration Reserve Account than actually were transferred during such look back period, then the PFRS Restoration Reserve Account shall be debited by the lesser of (i) this difference (plus interest at a rate equal to the rate that was credited to the Restoration Reserve Account during the applicable look-back period or (ii) the dollars that were actually paid out in restoration payments during such look-back period (plus interest at a rate equal to the rate that was credited to the Restoration Reserve Account during the applicable look-back period); or (iii) the amount required to increase the projected 2033 PFRS Funded Level to 79%.

4.    General PFRS Pension Restoration from July 1, 2033 to June 30, 2043.

If and to the extent that all COLA payments have not been restored pursuant to the permanent restoration feature as of June 30, 2033 described in the immediately preceding paragraph, then during the period ending June 30, 2044 and for purposes of variable restoration, the Funding Target , the Restoration Target, the Permanent Restoration Target and the Restoration Reserve Suspension Trigger shall be as set forth on Exhibit A hereto.  The same rules for restoration that applied during the period ending June 30, 2033 shall otherwise apply (including ceasing interest credits in the event of a Restoration Reserve Suspension Trigger, and making Restoration Account asset transfers in the event the 2043 PFRS Funded Level falls below the 2043 Funding Target), and shall be rolled forward. For example, for purposes of determining whether the 2043 Restoration Target has been satisfied, the Plan actuary shall project annual contributions using the same 2023 UAAL Amortization. For purposes of calculating the funded ratio, the assets in the Restoration Reserve account will be excluded, and no Extra Contribution Account assets shall be included for purposes of determining whether the Funded Level meets the Restoration Target or Permanent Restoration Target, including any additions to such account after 2033.

In connection with preparation of the annual actuarial valuation report for FY 2043, the PFRS actuary will determine whether PFRS has satisfied the applicable Permanent Restoration Target, as set forth on Exhibit A. Transfers from the Restoration Reserve Account for credit to the PFRS Pension Reserve Account may be made in such amounts as are necessary to satisfy the Permanent Restoration Target. If following such transfers the PFRS Funded Level as of June 30, 2043 is equal to or greater than the applicable Permanent Restoration Target, then the residual amounts in the Restoration Reserve Account, if any (which will necessarily represent excess not necessary to satisfy the Permanent Restoration Target), shall be transferred from the Restoration Reserve Account and credited to the PFRS Pension Reserve Account and the applicable incremental COLA payments shall be permanently restored for the applicable PFRS Waterfall Class and shall no longer be variable from year to year.

5.    <u>Modification of the Pension Restoration Program</u>

If any time after July 1, 2026, the PFRS Investment Committee (by vote of 5 of its 7 members), or the PFRS Board of Trustees (by a greater than 66% vote) determines that a change in relevant circumstances has occurred, or there was a mutual mistake of fact in developing this Pension Restoration Agreement, such that the continued operation of this Agreement without amendment will: (a) materially harm the long-term economic interests of the City, or Retirement System;(b) materially impair the City's ability to fully fund over a reasonable period the then existing frozen benefit liabilities; or (c) materially hinder the Restoration program, if as of that juncture (and for purposes of applying this subsection 5(c)) annual funding levels (excluding the Extra Contribution Account) had materially exceeded the applicable PFRS Restoration Targets for a substantial period yet without any material actual restoration of benefits as contemplated herein having been made, the Investment Committee or the Board, as the case may be, shall provide written notice to the other entity of such a determination and of the need to amend this Restoration Agreement (it being understood that the post-Chapter 9, 40-year amortization period (to 2053) to fully fund PFRS frozen liabilities is, unless the relevant facts demonstrate otherwise, presumptively reasonable). The Investment Committee and the Board shall then meet to negotiate amendments to this Agreement that address the identified risk of harm or impairment, but which also considers this Agreement's objective of providing pension restoration. Such negotiations shall take into account reasonable actions the City has pursued or could pursue to mitigate such harm or impairment. Any such amendments shall require the approval of a majority vote of the combined members of the Committee and Board (persons who sit on both the Board and Committee shall have one vote). Such parties shall consult with the Mayor, City Council and the Governor in connection with such negotiation. If the Board, acting through a majority, and the Investment Committee, acting through a majority, cannot agree to such amendments with the 90-day period following the provision of such notice by the determining party, then the Board and Investment Committee shall proceed to mediation upon demand from either the Board or the Investment Committee. In this regard, within 30-days following expiration of the 90-day period the Board and the Investment Committee shall each select a mediator from the list of approved mediators for the United States District Court for the Eastern District of Michigan. The two selected mediators shall

appoint a third neutral mediator from the approved list.  Each party shall furnish a written statement to the mediators within 30 days of selection of the neutral mediator. Representatives of the Mayor and the Governor shall be consulted in connection with such mediations. If following a 90-day mediation period following submission of the written statements the matter is not settled, then either the Investment Committee or the Board can file an action in the United Stated District Court for the Eastern District of Michigan asking it to declare, inter alia, whether or in what manner to amend this Agreement.

<u>EXHIBIT A</u>

**PFRS -** The 2033 and 2043 Funding Targets shall be 3.0% and 6% higher than the actual 2023 Funded Level rounded to the nearest 10th decimal. The Restoration Target shall be 3.0% higher than the Funding Target but not less than 81% and 84% in 2033 and 2043, respectively.  The Permanent Restoration Targets shall be shall be equal to the Restoration Targets for all time periods. The Restoration Reserve Suspension Trigger will be set 1% higher than the projected Funding Target for all time periods.

| 2023 Funded Level | 2033 Projected Funding Target /Restoration Target | 2043 Projected Funding Target /Restoration Target |
|---|---|---|
| 78% | 81%/84% | 84%/87% |
| 77% | 80%/83% | 83%/86% |
| 76% | 79%/82% | 82%/85% |
| 75% | 78%/81% | 81%/84% |
| 74% or lower | 3% > than 2023 Funded Level %/81% | 3% > than 2023 Funded Level %/84% |

| 2033 Permanent Restoration Target | 2043 Permanent Restoration Target |
|---|---|
| Same as 2033 Restoration Target | Same as 2043 Restoration Target |

**EXHIBIT II.B.3.r.ii.A**

SCHEDULE OF PAYMENTS AND SOURCES OF
PAYMENTS FOR MODIFIED GRS PENSION BENEFITS

# City of Detroit

## GRS Pension contributions (FY14 - FY23)

$ in millions

| GRS | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 10-Year |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Source: | | | | | | | | | | | |
| DWSD | $ - | $ 65.4 | $ 45.4 | $ 45.4 | $ 45.4 | $ 45.4 | $ 45.4 | $ 45.4 | $ 45.4 | $ 45.4 | $ 428.5 |
| UTGO | - | 4.4 | 4.0 | 4.0 | 3.9 | 3.7 | 3.7 | 3.6 | 2.3 | 2.0 | 31.7 |
| State | - | 98.8 | - | - | - | - | - | - | - | - | 98.8 |
| DIA | - | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 45.0 |
| Other | - | 14.6 | 22.5 | 22.5 | 22.5 | 22.5 | 2.5 | 2.5 | 2.5 | 2.5 | 114.6 |
| Total | - | 188.2 | 76.9 | 76.9 | 76.8 | 76.6 | 56.5 | 56.5 | 55.2 | 54.9 | 718.6 |

<u>**EXHIBIT II.B.3.r.ii.C**</u>

TERMS OF GRS PENSION RESTORATION

# TERMS OF GRS PENSION RESTORATION

## *Pension Restoration Process*

The following rules shall govern how accrued pensions, including COLA benefits, that are reduced as part of the Plan of Adjustment, shall be restored during the thirty year period following the Confirmation Order. The pension restoration process shall be supervised, and restoration decisions undertaken by the Investment Committee of GRS and in accordance with the pension governance provisions set forth in the State Contribution Agreement and exhibits thereto. This pension restoration program shall be deemed a part of Component II of the Combined Plan for the General Retirement System of the City of Detroit, but in the event of any conflict between the language set forth herein and the Combined Plan the terms of this Pension Restoration Agreement will govern.

**GENERAL RESTORATION RULES**

**I.** **GRS RESTORATION**

1. <u>Waterfall Categories</u>

   There will be three Waterfall Classes:

   a. GRS Waterfall Class 1 – Retirees, in retirement benefit pay status as of June 30, 2014, and their surviving spouses and beneficiaries
   b. GRS Waterfall Class 2 – Retirees, who entered into retirement benefit pay status after June 30, 2014, and their surviving spouses and beneficiaries, and who are in pay status as of the end of the GRS Fiscal Year prior to the year in which the restoration decision is made
   c. GRS Waterfall Class 3 – All other GRS participants who as of June 30, 2014 are not in retirement benefit pay status

2. <u>General GRS Pension Restoration Through June 30, 2023</u>

   Each year in conjunction with the annual actuarial valuation report, the GRS actuary will project the GRS funded ratio as of 2023 based upon the market value of plan assets relative to the actuarial accrued liabilities (the "Funded Level"). This projection will be further based upon a 6.75% assumed rate of investment return which is net of expenses (investment and administrative), future employer contributions as set forth in the Plan of Adjustment (subject to the conditions in the Plan of Adjustment) and such other actuarial assumptions as utilized by the GRS actuary. For purposes of GRS Restoration through June 30, 2023, the Funding Target will be a 70% funded ratio, the Restoration Target will be a 75% funded ratio, and the Restoration Reserve Suspension Trigger will be a

71% funded ratio, all projected to June 30, 2023. For purposes of calculating the funded ratio, the assets in the Restoration Reserve account will be excluded. Each year, if the actuary projects that the projected Funded Level as of June 30, 2023 (excluding Restoration Account assets to avoid double counting) exceeds the Restoration Target (i.e., exceeds 75%), a credit of assets for bookkeeping purposes will be made into a new notional Restoration Reserve Account. The notional credit will be in an amount equal to the excess of assets above the amount projected to be needed to satisfy the Restoration Target. Once the Restoration Reserve Account is established, each year thereafter, Restoration Account assets will be credited with interest in an amount equal to the net return on plan investments, but capped at the actuarially assumed rate of investment return (i.e., 6.75% for the period through June 30, 2023). In the event of net losses, the credited asset value of the Restoration Reserve Account will be diminished to reflect such losses and any required transfer to the GRS Pension Reserve Account.

To the extent that the City's (including DWSD or a successor authority) actual contributions in any of the FYs 2015 through 2023 are less than the contributions provided for in the Plan of Adjustment, such difference and any investment earnings thereon shall be notionally allocated to the Pension Fund Reserve Account.

Actual restoration payments and credits will work as follows: Each year in conjunction with preparation of the annual actuarial valuation report and following establishment of the Restoration Reserve Account, the GRS actuary will determine whether there are sufficient funds in such account to restore a portion of the 4.5% across the board pension cuts in one or more minimum incremental amounts equal to ½% of the monthly benefit for each member of GRS Waterfall Class 1 (i.e. reducing the initial across the board cut to 4.0%). This restoration only occurs if the funding level in the Restoration Reserve Account can fund 100% of each incremental increase over the remaining actuarially projected lives of the eligible recipients in GRS Waterfall Class 1. If the Restoration Reserve Account satisfies the required funding level, then in the next GRS fiscal year, actual restoration payments will be made to GRS Waterfall Class 1 members in amounts equal to the benefit associated with each increment that have been fully funded in the Restoration Reserve Account. Once Waterfall Class 1 has sufficient assets in the GRS Restoration Reserve Account to fully fund and restore the 4.5% cut in their monthly benefits, and to the extent that additional assets in the Restoration Reserve Account remain and will fully fund at least ½% of the monthly benefit for each member of GRS Waterfall Class 2 over their remaining actuarially projected lives, then GRS Waterfall Class 2 members will receive pension restoration in minimum ½% benefit increments until an amount equal to the 4.5% cuts in their monthly benefits has been fully funded. At that juncture, and to the extent that additional assets in the Restoration Reserve Account remain and will fund at least a minimum ½% of the monthly benefit of each member in GRS Waterfall Class 3 over their remaining actuarially projected

lives, then each such member of the class shall receive a credit granting them a right upon retirement to receive pension restoration equal to the benefit increments that are fully funded. Restoration payments will be calculated and paid on a prospective basis only.

After the full 4.5% across the board pension cuts are restored for all three GRS Waterfall Classes, and to the extent there are additional assets in the Restoration Reserve Account to fully fund COLA benefits over the actuarially-projected lives of the eligible recipient GRS Waterfall Class, such assets will be used to fully fund and restore a portion of the COLA values that were eliminated as part of the Plan of Adjustment. COLA will be restored in minimum 10% COLA value increments up to 50% of the future COLA values for each member of GRS Waterfall Class 1 (i.e., a 50% future COLA value will constitute a 1.25% simple COLA) , then up to 50% of the future COLA values for each member of Waterfall Class 2, and then up to 50% of the future COLA values for each member of Waterfall Class 3 until all members of the three GRS Waterfall Classes have had 50% of the value of their COLAs fully funded and restored. After 50% of the future values of COLA have been fully funded and restored, and to the extent there are additional assets in the Restoration Reserve Account for each of the three GRS Waterfall Classes, then a second 50% COLA restoration will be made, first to members of GRS Waterfall Class 1, then Waterfall Class 2, and then Waterfall Class 3. Classes will be restored in minimum 10% COLA value increments. Restoration payments will be calculated and paid on a prospective basis only.

If the amounts in the Restoration Reserve Account are sufficient to fully-fund the 4.5% across the board pension cuts for all three GRS Waterfall Classes and 100% COLA restoration for all three GRS Waterfall Classes, then any additional assets in the Restoration Reserve Account shall be used to increase the frozen accrued benefits of active and other GRS participants whose ASF accounts were diminished as part of the ASF Recoupment, such that they receive treatment equal to the 20%/20% ceiling applied to retirees in pay status under the Plan of Adjustment. If after such pension restoration there are additional assets in the Restoration Reserve Account to fully fund benefit increments over their remaining actuarially projected lives, GRS Waterfall Class 1 members will receive pension restoration in ½% benefit increments of the reductions to their monthly pension due to ASF Recoupment, and once such pension benefits are restored, Waterfall Class 2 members will receive pension restoration in ½% benefit increments in connection with the reductions to their monthly pensions due to ASF Recoupment. Restoration payments will be calculated and paid on a prospective basis only.

Once restoration payments to applicable retirees and restoration credits to active employees begin, as long as the Restoration Reserve Account continues to have assets sufficient to fund 100% of an incremental pension restoration amount for such GRS Waterfall Class members for their actuarially projected lives, such restoration payments and credits will continue; provided, however,

13-53846-tjt   Doc 8045-10   Doc 8066-1   Filed 10/22/22   Filed 10/28/22   Entered 10/22/22 03:49:29   Entered 10/28/22 03:48:21   Page 88 of 89   Page 88 of 89

1195

that in the event the Restoration Reserve Account , after having sufficient assets to fund 100% of two or more increments (over their actuarially projected lives), falls below 100% for the second or greater increment, the annual amounts to pay such second or other additional increment can continue until the Restoration Reserve Account lacks any assets to fund it.  For example, assume a ½%  increment in GRS Waterfall Class 1 requires $10 million in assets to be fully funded for the GRS Waterfall Class' actuarially projected lives, and that based on FY 2018 results the Restoration Reserve Account has assets of $22 million so as to fund two increments of restoration in FY 2019, *i.e., a* 1% pension increase. Assume further that in the following year the Restoration Reserve Account drops in value to $17 million; in such event two increments could still be paid, and the second increment of ½% would cease being paid only if the value of assets in the Restoration Reserve Account dropped to or below $10 million (in the event they dropped below $10 million, the first increment also would cease being paid). For purposes of restoration reduction, restoration increments will be taken away in reverse order in which they were granted (i.e. last in, first out).

In the event the GRS Funded Level (not including Restoration Reserve Assets) falls below 71% (hereinafter, "Restoration Reserve Suspension Trigger"),, then, until such time as the projected GRS Funded Level in 2023 is 71% or above, further interest credits to the notional Restoration Reserve Account will cease notwithstanding the actual net GRS investment returns for the fiscal year in question.  Furthermore, if the GRS Funded Level  projected to 2023 falls below the Funding Target  (i.e., 70%) then restoration payments and credits in the following year will be modified in the following manner:  (1) funds previously credited  to the Restoration Reserve Account will be notionally transferred and credited to the GRS Pension  Reserve Account in sufficient amounts to restore the projected GRS Funded Level  in 2023 to 70%;  (2) following such transfer, the remaining assets in the Restoration Reserve Account   shall be applied to make restoration payments  in accordance with and pursuant to the same mechanism described in the previous paragraph.

Following receipt of the actuarial reports for 2019,  and in the event that the projected Funded Level of GRS as of 2023 is less than 71%, the GRS actuary shall revisit the restoration calculations that it made during each of the prior 4 years. It shall recalculate each such prior year's Funded Level  projection, this time by assuming the lesser of (i) $4.5 million in annual administrative expenses until 2023, or (ii) an amount of annual administrative expenses until 2023 equal to the average annual normal course administrative expenses in the prior 4 years applicable to Component II, in addition to a net 6.75% annual investment return. If such retrospective recalculation indicates that fewer amounts would have transferred to the GRS Restoration Reserve Account than actually were transferred during such look back period, then the GRS Restoration Reserve Account shall be debited by the lesser of (i) this difference (plus interest at a rate equal to the rate that was credited to the Restoration Reserve Account during the look-back period or (ii) the dollars that were actually paid out in restoration