# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## SECOND STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND SHELIA MOSLEY REGARDING CLAIM NUMBER 843

The City of Detroit, Michigan ("City") and Shelia Mosley (with the City, the "Parties"), by and through their undersigned counsel, stipulate and agree as follows:

1. On May 19, 2022, Shelia Mosley, by her attorney, Fred Rosen, and the City stipulated to entry of an order ("Mosley Stipulation," Doc. No. 13566).

2. The Court approved the Mosley Stipulation and entered the requested order ("Mosley Order, Doc. No. 13567).

3. Briefly summarized, the Mosley Stipulation acknowledged that the City had not properly served Ms. Mosley with the necessary paperwork to receive a Distribution on Claim Number 843 ("Claim 843"). It also acknowledged that Ms. Mosley is deceased, and that Ms. Mosley's heirs need to open a probate estate to be able to return the necessary paperwork and receive the benefits of Claim 843.

4. The Mosley Order gave Ms. Mosley's heirs until September 16, 2022, to open a probate estate and for Ms. Mosley's duly appointed personal representative

to provide the City with the necessary forms for Ms. Mosley's estate to receive the Distribution to be made on Claim 843. Mosley Order, ¶¶ 3-4.

5.  Ms. Mosley's heirs have failed or been unable to complete the process by September 16, 2022, and have asked for additional time.

6.  As the City has not yet made Distributions to Holders of Allowed Class 14 Claims, as those terms are used in the Mosley Stipulation, the City is amenable with providing the requested additional time pursuant to the attached proposed order.

7.  The Parties have conferred and have reached an agreement to resolve these concerns as set forth in the attached proposed order.

NOW, THEREFORE, the Parties ask the Court to enter the Order attached as Exhibit 1 which embodies the Parties' agreement.

STIPULATED AND AGREED TO ON OCTOBER 11, 2022.

| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | FREDERIC M. ROSEN, PC |
|---|---|
| By: */s/ Marc N. Swanson*<br>  Marc N. Swanson (P71149)<br>  Ronald A. Spinner (P73198)<br>  150 West Jefferson, Suite 2500<br>  Detroit, Michigan 48226<br>  Phone: (313) 496-6420<br>  Facsimile: (313) 496-8451<br>  swansonm@millercanfield.com | By: */s/ Frederic M. Rosen*<br>  Frederic M. Rosen (P19625)<br>  535 Griswold St.<br>  Suite 2040<br>  Detroit, MI 48226<br>  Office: (313) 961-8900<br>  Facsimile: (313) 961-7616<br>  fredericmrosenpc@gmail.com |
| Counsel for the City of Detroit, Michigan | Counsel for Shelia Mosley |

# EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER APPROVING SECOND STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND SHELIA MOSLEY REGARDING CLAIM NUMBER 843

This case is before the Court on the stipulation filed October 11, 2022, entitled "Second Stipulation by and Between the City of Detroit, Michigan and Shelia Mosley Regarding Claim Number 843" (Docket # _____, the "Stipulation"). Based on the Stipulation, the Court finds good cause to enter this Order.

IT IS ORDERED THAT:

1. The order of this Court entered at Docket Number 13567 (the "Prior Order") is revised and modified as stated herein.

2. Paragraphs 3 and 4 of the Prior Order are replaced entirely by the following paragraphs:

> 3. If, by December 16, 2022, a personal representative for Ms. Mosley, appointed by order of a state probate court or otherwise by law, provides the City with a properly completed Brokerage Account Form and a properly completed Tax Form for Claim 843, as those terms are defined in this Court's Brokerage Order, then, (1) within a reasonable time on or after December 16,

2022, or (2) when the City makes its first and final Distribution to Holders of Allowed Class 14 Claims, whichever comes last, the City will Distribute the New B Notes reserved for Claim 843 in accordance with the directions on the received Brokerage Account form.

4. If, by December 16, 2022, the City does not receive a properly completed Brokerage Account Form and a properly completed Tax Form as set forth in the previous paragraph, then Claim 843 will be treated as if it had originally been listed on the Waived Claims List, be ineligible for any Distributions under the Plan, and be forfeited to the City.

3. All other provisions of the Prior Order remain of full force and effect.

4. This Court retains jurisdiction over the interpretation and enforcement of this Order.