| | |
|---|---|
| IN RE:  City of Detroit, Michigan | Case No. 13-53846-tjt |
| Debtor(s). | Chapter  9 |
| | Hon. Thomas J. Tucker |

Julia Metris, Paul Metris, Debra Marie Metris-Shamoon, Mukhlis Shamoon & Carl Veres,

        Appellant,

v.

City of Detroit, Michigan

        Appellee.

## NOTICE OF TRANSMITTAL OF COMPLETE RECORD
## REGARDING NOTICE OF APPEAL

I hereby certify that the attached documents are transmitted to the United States District Court for the Eastern District of Michigan, which constitutes the Record on Appeal.

- ☒ Appellant's Designation of Record.
- ☒ Appellee's Designation of Record
- ☒ Appellant's Statement of Issues
- ☐ Appellee's Statement of Issues
- ☐ Notice of Deficiency
  Reason for Deficiency: Click here to enter text.
- ☒ Other:  Appellant's Appendix 1, Appellant's Appendix 2, Appellant's Appendix 3, Appellee's Appendix 1, Appellee's Appendix 2, Appellee's Appendix 3, Appellee's Appendix 4, Amended Notice of Appeal and Statement of Election to the District Court, Bankruptcy Matter Civil Cover Sheet, Certificate of Service Notice of Appeal, Certificate of Service on Appellant Designation/Statement of Issues

**NOTE:**

- ☒ This matter was given civil case number  22-cv-12150  and assigned to District Court Judge  Bernard A. Friedman
- ☐ The Appellant has not filed the Designation of Record.
- ☒ Proof of Service of Notice of Appeal filed on: September 8, 2022
- ☒ Appeal Fee paid on: September 8, 2022
- ☐ Appeal Fee outstanding

Dated: October 11, 2022        Clerk, United States Bankruptcy Court

        By:  /s/   Jennifer Hawkins
        Deputy Clerk