**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** Michigan (Eastern)

| | |
|---|---|
| IN RE City of Detroit, Michigan<br><br>Debtor. | BAP No. 22-12150 |
| Debra Metris-Shamoon, et al<br><br>Appellant,<br><br>v.<br><br>City of Detroit, MI<br><br>Appellee. | Bankr. No. 13-53846<br>Adv. No.<br>Chapter 9 |

**Designation of Items to be Included in the Record on Appeal**

Debra Metris-Shamoon, pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby designates the following items to be included in the record on appeal:

*Document name, number and file date for each designated item:*

1. 13532, City's Motion for Entry of Order Enforcing the Bar Date, 4/6/22
2. 13565, Response in Opposition to City's Motion for Entry of Order 5/17/22
3. 13588, Reply Brief in Support of City's Motion for Entry of Order 6/24/22
4. 13617, Opinion Regarding City's Motion for Entry of An Order 8/26/22
5. 13618, Order Granting City's Motion for Entry of An Order 8/26/22
6. 13624, Notice of Appeal and Statment of Election
7. 13627, Amended Notice of Appeal and Statement of Election
8. 13628, Civil Case Cover Sheet
9. 13629, Certificate of Service
10. 
11.

12. _____

13. _____

14. _____

15. _____

Dated: 09/22/2022                    /s/Michael R. Dezsi (P64530)
                                     _____
                                     *Signature*
                                     1523 N. Main St.
                                     _____
                                     *Address*
                                     Royal Oak, MI 48067
                                     _____
                                     *Address*
                                     (313) 757-8112
                                     _____
                                     *Phone Number*
                                     mdezsi@dezsilaw.com
                                     _____
                                     *ECF E-mail Address*

*File with the Bankruptcy Court*
*Note: Attach proof of service on all parties. Fed. R. Bankr. P. 8011(d)(1)(B).*