# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

Eastern _____ Michigan _____

IN RE City of Detroit, MI

Debtor.

BAP No. 22-12150

Debra Metris-Shamoon, et al

Appellant,

v.

City of Detroit, MI

Appellee.

Bankr. No. 13-53846
Adv. No. _____
Chapter 9

## Statement of Issues to Be Presented

Debra Metris-Shamoon, pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby states the issues to be presented on appeal:

*The bankruptcy court erred when it:*

1. Did the bankruptcy court err as a matter of law by rejecting Respondents' equitable arguments of laches and estoppel in response to the debtor City's motion for the entry of an order enforcing the bar date?

2. Did the bankruptcy court err in concluding that the Respondents' were unknown creditors whose claims were not "readily ascertainable" such that Respondents were entitled to only constructive notice of the City's bankruptcy?

3. _____

4. _____
_____
_____
_____
_____

5. _____
_____
_____
_____
_____

Dated: 09/22/2022

*/s/Michael R. Dezsi (P64530)*
*Signature*
1523 N. Main St.
*Address*
Royal Oak, MI 48067
*Address*
(313) 757-8112
*Phone Number*
mdezsi@dezsilaw.com
*ECF E-mail Address*

**File with the Bankruptcy Court**
**Note: Attach proof of service on all parties. Fed. R. Bankr. P. 8011(d)(1)(B).**