# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re:*                                                   Case No. 13-53846
                                                        Hon. Thomas J. Tucker

CITY OF DETROIT, MICHIGAN,         Chapter 9

    *Debtor.*

---

DENNIS A. DETTMER (P12708)  
MICHAEL R. DEZSI (P64530)  
*Counsel for Plaintiffs-Creditors/Appellants*  
*Debra Metris-Shamoon, et al.,*  
Dettmer & Dezsi, PLLC  
1523 N. Main St.  
Royal Oak, MI 48067  
(313) 757-8112  
ddettmeresq@yahoo.com  
mdezsi@dezsilaw.com  

MILLER, CANFIELD, PADDOCK AND STONE, PLC  
Marc N. Swanson (P71149)  
Attorney for City of Detroit, Debtor/Appellees  
150 W. Jefferson, Suite 2500  
Detroit, MI 48226  
(313) 496-7591 T  
(313) 496-8451 F  
swansonm@millercanfield.com  

---

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, 2022, I electronically filed and served a copy of Appellant Debra Metris-Shamoon's Designation of Items to be Included in the Record on Appeal, Items, Statement of Issues to be Presented and Proof of Service with the Clerk of the Court using the ECF system which will send notification to all interested parties and attorneys of record in this case via email at:

        MILLER CANFIELD, PADDOCK AND STONE, PLC  
        MARC N. SWANSON (P71149)  
        *Attorney for City of Detroit*  
        150 W. Jefferson, Suite 2500  
        Detroit, MI 48226  
        swansonm@millercanfield.com

| | |
|---|---|
| September 22, 2022 | By:   */s/ Michael R. Dezsi*<br>MICHAEL R. DEZSI<br>DETTMER & DEZSI, PLLC,<br>1523 N. Main St.<br>Royal Oak, MI 48067<br>(313) 757-8112 Office<br>(313) 887-0420 Fax<br>mdezsi@dezsilaw.com<br>P64530 |