# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re:* | Case No. 13-53846 |
| | Hon. Thomas J. Tucker |
| CITY OF DETROIT, MICHIGAN, | Chapter 9 |
|     *Debtor.* | |

| | |
|---|---|
| DENNIS A. DETTMER (P12708)<br>MICHAEL R. DEZSI (P64530)<br>*Counsel for Plaintiffs-Creditors/Appellants*<br>*Debra Metris-Shamoon, et al.,*<br>Dettmer & Dezsi, PLLC<br>1523 N. Main St.<br>Royal Oak, MI 48067<br>(313) 757-8112<br>ddettmeresq@yahoo.com<br>mdezsi@dezsilaw.com | MILLER, CANFIELD, PADDOCK AND STONE, PLC<br>Marc N. Swanson (P71149)<br>Attorney for City of Detroit,<br>Debtor/Appellees<br>150 W. Jefferson, Suite 2500<br>Detroit, MI 48226<br>(313) 496-7591 T<br>(313) 496-8451 F<br>swansonm@millercanfield.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of September, 2022, I electronically filed and served a copy of the Notice of Appeal (Doc 13624), Amended Notice of Appeal and Statement of Election, Civil Cover Sheet and Proof of Service with the Clerk of the Court using the ECF system which will send notification to all interested parties and attorneys of record in this case. I further certify that on September 8, 2022, I served a copy of the Notice of Appeal (Doc 13624), Amended Notice of Appeal and Statement of Election, Civil Cover Sheet and Proof of Service upon counsel for the City of Detroit via email at:

MILLER CANFIELD, PADDOCK AND STONE, PLC
MARC N. SWANSON (P71149)
*Attorney for City of Detroit*
150 W. Jefferson, Suite 2500
Detroit, MI 48226
swansonm@millercanfield.com


September 8, 2022          By:   */s/ Michael R. Dezsi*
                                 MICHAEL R. DEZSI
                                 DETTMER & DEZSI, PLLC,
                                 1523 N. Main St.
                                 Royal Oak, MI 48067
                                 (313) 757-8112 Office
                                 (313) 887-0420 Fax
                                 mdezsi@dezsilaw.com
                                 P64530