| From: | cmecfadmin@mied.uscourts.gov |
|---|---|
| To: | MIEDdb_Do_Not_Reply |
| Subject: | Notice of Receipt of Bankruptcy Documents in 2:22-cv-12150-BAF-JJCG Detroit, City of |
| Date: | Wednesday, October 12, 2022 9:11:03 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Michigan

## Notice of Electronic Filing

The following transaction was entered on 10/12/2022 at 9:09 AM EDT and filed on 10/12/2022
**Case Name:** Detroit, City of
**Case Number:** 2:22-cv-12150-BAF-JJCG
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT-ONLY NOTICE of Receipt of Complete Record on Appeal (VLun)**

**2:22-cv-12150-BAF-JJCG Notice has been electronically mailed to:**

Marc N Swanson     swansonm@millercanfield.com, wysocki@millercanfield.com

Michael R. Dezsi    mdezsi@dezsilaw.com, bbentley@dezsilaw.com

Ronald A. Spinner    spinner@millercanfield.com

**2:22-cv-12150-BAF-JJCG Notice will not be electronically mailed to:**