UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER APPROVING SECOND STIPULATION BY AND BETWEEN THE CITY OF DETROIT, MICHIGAN AND SHELIA MOSLEY REGARDING CLAIM NUMBER 843**

This case is before the Court on the stipulation filed October 11, 2022, entitled "Second Stipulation by and Between the City of Detroit, Michigan and Shelia Mosley Regarding Claim Number 843" (Docket # 13650, the "Stipulation"). Based on the Stipulation, the Court finds good cause to enter this Order.

IT IS ORDERED THAT:

1. The order of this Court entered at Docket # 13567 (the "Prior Order") is revised and modified as stated herein.

2. Paragraphs 3 and 4 of the Prior Order are replaced entirely by the following paragraphs:

> 3. If, by December 16, 2022, a personal representative for Ms. Mosley, appointed by order of a state probate court or otherwise by law, provides the City with a properly completed Brokerage Account Form and a properly completed Tax Form for Claim 843, as those terms are defined in this Court's Brokerage Order, then, (1) within a reasonable time on or after December 16, 2022, or (2) when the City makes its first and final Distribution to Holders of Allowed

Class 14 Claims, whichever comes last, the City will Distribute the New B Notes reserved for Claim 843 in accordance with the directions on the received Brokerage Account form.

4. If, by December 16, 2022, the City does not receive a properly completed Brokerage Account Form and a properly completed Tax Form as set forth in the previous paragraph, then Claim 843 will be treated as if it had originally been listed on the Waived Claims List, be ineligible for any Distributions under the Plan, and be forfeited to the City.

3. All other provisions of the Prior Order remain of full force and effect.

4. This Court retains jurisdiction over the interpretation and enforcement of this Order.

**Signed on October 12, 2022**



/s/ Thomas J. Tucker
_____
Thomas J. Tucker
United States Bankruptcy Judge