IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re:*                                                               Case No. 13-53846

CITY OF DETROIT, MICHIGAN         Hon. Thomas J. Tucker
                   *Debtor.*                 Chapter 9

## CERTIFICATE OF SERVICE:

## RICHARD WERSHE, JR'S REPLY TO CITY OF DETROIT'S <u>OBJECTION</u>

I hereby certify that on this date I filed the foregoing paper and any attachments with the Clerk of Courts using the ECF electronic filing system, which will constitute service on all parties of record.

                                                       Respectfully submitted:

                                                       AYAD LAW, PLLC
                                                       <u>/s/Nabih H. Ayad</u>
                                                       Nabih H. Ayad (P59518)
                                                       Attorney for Creditor
                                                       645 Griswold St. Ste 2202
                                                       Detroit MI, 48226
                                                       313-983-4600
                                                       filing@ayadlawpllc.com

Dated: October 17, 2022