UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## *EX PARTE* ORDER AUTHORIZING THE CITY OF DETROIT TO FILE A BRIEF IN EXCESS OF THE PAGE LIMIT

This case is before the Court on the motion entitled "*Ex Parte* Motion of the City of Detroit for Entry of an Order Authorizing a Brief in Excess of the Page Limit" (Docket # 13661, the "Motion"). The Court finds good cause to enter this Order.

**IT IS ORDERED THAT** the Motion is granted, and the page limit on the City of Detroit's *Reply in Support of Its Motion to Enforce Plan of Adjustment and Require 30-Year Amortization of the UAAL in the Police and Fire Retirement System Pension Plan* is increased from seven pages to 22 pages.

**Signed on October 31, 2022**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge