UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Bankruptcy Case No. 13-53846<br><br>Judge Thomas J. Tucker<br><br>Chapter 9 |

**NOTICE OF WITHDRAWAL CITY OF DETROIT'S MOTION FOR AUTHORITY TO MODIFY THE CONFIRMED PLAN OF ADJUSTMENT TO ADDRESS CREDITED SERVICE SHORTFALL SUSTAINED BY CERTAIN MEMBERS OF THE GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT**

The City of Detroit hereby withdraws without prejudice its *Motion for Authority to Modify the Confirmed Plan of Adjustment to Address Credited Service Shortfall Sustained By Certain Members of the General Retirement System of the City of Detroit* [Doc. No. 13664].

Dated: December 6, 2022

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Marc N. Swanson
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7591
Facsimile: (313) 496-8451
swansonm@millercanfield.com

- 1 -