UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                          Chapter 9

        Debtor.                                 Judge Thomas J. Tucker
_____/

# ORDER REQUIRING THE CITY TO FILE A FURTHER STATUS REPORT BY JUNE 2, 2023

The Court has reviewed the status report filed by the City of Detroit on December 2, 2022 (Docket # 13665). The Court is satisfied that this case is not yet ready to be closed, and the Court finds good cause to enter this Order.

IT IS ORDERED that **no later than June 2, 2023**, the City of Detroit must file a further status report, updating the December 2, 2022 status report, and discussing whether the Chapter 9 bankruptcy case should then be closed, and if not, why not, and if not, when the City contends that the case will be ready to be closed.

**Signed on December 8, 2022**

/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**