UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>    Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER APPROVING STIPULATION BY AND BETWEEN
THE CITY OF DETROIT, MICHIGAN AND LAWANDA WHITEHEAD**

This case is before the Court on the stipulation filed December 19, 2022, entitled "Stipulation by and Between the City of Detroit, Michigan and Lawanda Whitehead" (Docket # 13670, the "Stipulation").[1] The Court having reviewed the Stipulation and being otherwise apprised of the matter; no notice needing to be given, and there being good cause set forth in the Stipulation for entry of this Order;

IT IS ORDERED THAT:

1. A new Class 15 Convenience Class Claim is Allowed under the Plan, owned by Ms. Whitehead and in the amount of $25,000.00 ("New Claim"). Ms. Whitehead has no other claims against the City.

2. The New Claim will be treated in accordance with Class 15 of the Plan.

---

[1] Capitalized but undefined terms have the meanings ascribed to them in the Stipulation or in the City's Plan, as appropriate.

3. The City's claims agent will assign a claim number for the New Claim and is authorized to update the claims register in accordance with the provisions of the Stipulation and this Order.

4. This Court retains jurisdiction over the interpretation and enforcement of this Order.

**Signed on December 19, 2022**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge