# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

City of Detroit, Michigan,

Debtor.

Case No. 13-53846

Judge Thomas J. Tucker

Chapter 9

**ORDER GRANTING CORRECTED CITY OF DETROIT'S MOTION FOR AUTHORITY TO MODIFY THE CONFIRMED PLAN OF ADJUSTMENT TO ADDRESS CREDITED SERVICE SHORTFALL SUSTAINED BY CERTAIN MEMBERS OF THE GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT**

This case is before the Court on the motion entitled "Corrected City of Detroit's Motion for Authority to Modify the Confirmed Plan of Adjustment to Address Credited Service Shortfall Sustained By Certain Members of the General Retirement System of the City of Detroit" (Docket # 13667, the "Motion"). The Court has jurisdiction over the Motion under 28 U.S.C. §§ 157 and 1334 and Article VII of the Plan; and due and proper notice of the Motion having been given as provided in the Motion; and no other or further notice of the Motion need be given; and no timely response having been filed to the Motion; and the Court finding that the legal and factual bases set forth in the Motion establish just cause to enter this Order;

**IT IS ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The City may amend Component I of the GRSD Plan with language that is substantially similar to the following:

> For the time that a Member participated in the employer's Work Share Program during the period April 1, 2020, through December 31, 2022, the Member's Credited Service shall be adjusted under the following Formula: The Member shall receive full months of Credited Service for that period equal to the Employee's total Hours of Service for the period divided by 140. That number shall be rounded down to determine the total Credited Service in full twelfths (1/12) of a year. To the extent a Member received Credited Service for the time the Member was on Work Share, that Credited Service shall be null and void and shall be replaced in toto by the Credited Service set forth in the above Formula.

3. Nothing in this Order is intended to constitute, will constitute, or may be deemed as constituting the City's consent under section 904 of the Bankruptcy Code to this Court's interference with (a) any of the political or governmental powers of the City, (b) any of the property or revenues of the City or (c) the City's use or enjoyment of any income-producing property.

4. The Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Signed on January 3, 2023**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**