# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### ORDER ADDRESSING TWO RECENT *EX PARTE* MOTIONS, AND ADJOURNING THE FEBRUARY 8, 2023 TELEPHONIC HEARING ON THE CITY OF DETROIT'S MOTION TO ENFORCE PLAN OF ADJUSTMENT, ETC. (DOCKET # 13602)

The Court is currently scheduled to hold a telephonic hearing on Wednesday, February 8, 2023 at 2:00 p.m., on the City of Detroit's motion entitled "City of Detroit's Motion to Enforce Plan of Adjustment and Require 30-Year Amortization of the UAAL in the Police and Fire Retirement System Pension Plan" (Docket # 13602, the "Primary Motion"). Recently, two ex parte motions have been filed that are related to the Primary Motion.

First, on January 26, 2023, the Police and Fire Retirement System of the City of Detroit (the "PFRS") filed an *ex parte* motion entitled "*Ex Parte* Motion for . . . Leave to File Sur-Reply" (Docket # 13675, the "PFRS Motion"). The PFRS should have submitted a proposed order when if filed that motion, but it has not done so, so the Court has not yet acted on it.

Second, earlier today (February 3, 2023), the City of Detroit filed an *ex parte* motion entitled "*Ex Parte* Motion of the City of Detroit for Entry of an Order

Authorizing Filing of a Short Supplement" (Docket # 13676, the "City Motion").

The Court will now rule on the two pending *ex parte* motions, and finds good cause to enter this Order.

IT IS ORDERED that:

1. The City Motion (Docket # 13676) is granted.

2. The City must file its proposed supplement no later than Monday, February 6, 2023.

3. The PFRS Motion (Docket # 13675) is granted.

4. The PFRS may file its proposed Sur-Reply, which may be modified to also respond to the City's supplement referred to in paragraph 2 of this Order. The Sur-Reply must be filed, if at all, no later than Monday, February 13, 2023.

5. The telephonic hearing on the Primary Motion (Docket # 13602),[1] currently scheduled for February 8, 2023 at 2:00 p.m., is adjourned to **February 22, 2023 at 2:00 p.m.**

**Signed on February 3, 2023**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**

---

[1] In its *ex parte* motion, the PFRS referred to the hearing as being held by Zoom. That is not correct. The hearing is not being held by Zoom It is to be held by telephone only. The telephone number and access code to use for the hearing are stated in the January 6, 2023 notice of hearing (Docket # 13674).