**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**STIPULATION FOR ORDER RESCHEDULING THE HEARING DATE OF THE CITY OF DETROIT'S MOTION TO ENFORCE PLAN OF ADJUSTMENT AND REQUIRE 30-YEAR AMORTIZATION OF THE UAAL IN THE POLICE AND FIRE RETIREMENT SYSTEM'S PENSION PLAN [DOC. NO. 13602]**

The City of Detroit, Michigan (the "City") and the Police and Fire Retirement System of the City of Detroit (the "PFRS"), by their undersigned counsel, hereby stipulate and agree as follows:

1. On August 3, 2022, the City filed the *City of Detroit's Motion to Enforce Plan of Adjustment and Require 30-year Amortization of the UAAL in the Police and Fire Retirement System's Pension Plan* [Doc. No. 13602] (the "Motion to Enforce").

2. On February 3, 2023, the Court issued an order rescheduling the February 8, 2023 telephonic hearing on the Motion to Enforce to February 22, 2023 [Doc. No. 13677].

3. However, due to PFRS' counsel's scheduling conflict, the parties have conferred and are agreeable to rescheduling the hearing for March 8, 2023.

1

WHEREFORE, the City and the PFRS respectfully request that the Court

enter an order in substantially the same form as the one attached as Exhibit 1,

rescheduling the February 22, 2023 telephonic hearing date regarding the City's

Motion to Enforce.


STIPULATED AND AGREED TO ON February 15, 2023:

| | |
|---|---|
| By: /s/ Jennifer K. Green | By: /s/ Marc N. Swanson (w/consent) |
| Jennifer K. Green | Marc N. Swanson (P71149) |
| Attorney for Creditor – PFRS | Attorney for Debtor – City of Detroit |
| 151 S. Old Woodward, Ste 200 | 150 West Jefferson, Suite 2500 |
| Birmingham, MI 48009 | Detroit, MI 48226 (248) 814-9470 |
| (248) 988-2315 | (313) 496-7591 |
| jgreen@clarkhill.com | swansonm@millercanfield.com |

14893\165083\270433123

**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER RESCHEDULING THE HEARING DATE OF THE CITY OF
DETROIT'S MOTION TO ENFORCE PLAN OF ADJUSTMENT AND
REQUIRE 30-YEAR AMORTIZATION OF THE UAAL IN THE POLICE
AND FIRE RETIREMENT SYSTEM'S PENSION PLAN [DOC. NO. 13602]**

Upon the *Stipulation for Order Rescheduling the Hearing Date of the City of Detroit's Motion to Enforce Plan of Adjustment and Require 30-Year Amortization of the UAAL in the Police and Fire Retirement System's Pension Plan [Doc. No. 13602]* ("Stipulation")[1]; the Court finds good cause to enter this Order.

IT IS ORDERED that the February 22, 2023 telephonic hearing regarding the City's Motion to Enforce is rescheduled to _____ at _____.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.