# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 Judge |
| City of Detroit, Michigan, | Thomas J. Tucker |
| Debtor. | Chapter 9 |

## ORDER ADJOURNING FEBRUARY 22, 2023 HEARING ON THE CITY OF DETROIT'S MOTION TO ENFORCE PLAN OF ADJUSTMENT, ETC. (DOCKET #13602]

Based on the stipulation of the relevant parties, filed February 16, 2023

(Docket # 13682), the Court finds good cause to enter this Order.

IT IS ORDERED that the telephonic hearing on the City of Detroit's motion,

entitled "City of Detroit's Motion to Enforce Plan of Adjustment and Require 30-

Year Amortization of the UAAL in the Police and Fire Retirement System

Pension Plan" (Docket # 13602), currently scheduled for February 22, 2023 at 2:00

p.m., is adjourned to **March 15, 2023 at 2:00 p.m.**


**Signed on February 16, 2023**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**