# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

| | |
|---|---|
| The City of Detroit, Michigan | Case No. 13-bk-53846 |
| | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |
| _____ / | |

### REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

**PLEASE TAKE NOTICE** that Ethan D. Dunn of Maxwell Dunn, PLC, hereby requests to be removed from receiving electronic notices on behalf of **Hercules & Hercules, Inc.,** at the following e-mail addresses:

bankruptcy@maxwelldunnlaw.com
Ethan D. Dunn

                                                                Respectfully submitted,

Date: February 23, 2023                /s/ Ethan D. Dunn
                                                    Ethan D. Dunn (P69665)
                                                     Attorneys for Debtor(s)
                                                     220 S. Main St.
                                                   Royal Oak, MI 48067
                                                   Tel: (248) 246-1166
                                                   Email: edunn@maxwelldunnlaw.com