# GOLD · LANGE
# MAJOROS · SMALARZ PC
## ATTORNEYS AT LAW

24901 Northwestern Hwy., Ste. 444 Southfield, MI 48075
(248) 350-8220 · (248) 462-7126 (facsimile) · www.glmpclaw.com

March 21, 2023

U.S. Bankruptcy Court
211 W. Fort Street
Detroit, MI 48226

Re: John C. Lange

To Whom It May Concern:

Please be advised that John C. Lange from our office is retiring. Please change the court's electronic noticing system for all the cases that John C. Lange is the lead attorney on to Jason P. Smalarz so that Mr. Smalarz will receive electronic notice in all such cases effective immediately. Jason's email address is jsmalarz@glmpc.com.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Denise M. White

cc: John C. Lange, Esq.
Jason P. Smalarz, Esq.