UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: <br> City of Detroit, Michigan, <br> Debtor. | Bankruptcy Case No. 13-53846 <br> Judge Thomas J. Tucker <br> Chapter 9 |

**STIPULATION TO EXTEND TIME FOR DARELL CHANCELLOR TO RESPOND TO CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE BAR DATE AND CONFIRMATION ORDER AGAINST DARELL CHANCELLOR**

The City of Detroit, Michigan and Darell Chancellor, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The City of Detroit filed its *Motion for the Entry of an Order Enforcing the Bar Date and Confirmation Order Against Darell Chancellor* in this Court on April 28, 2023. ("Motion") [Doc. No. 13691].

2. The Parties have agreed to an extension of time for Darell Chancellor to respond to the Motion through and including June 9, 2023.

3. WHEREFORE, the Parties respectfully request that the Court enter an order in substantially the same form as the one attached as **Exhibit 1** ordering that Darell Chancellor's deadline to respond to the Motion is extended through and including June 9, 2023.

STIPULATED AND AGREED TO ON May 12, 2023:

| JOHNSON LAW, PLC | MILLER, CANFIELD, PADDOCK & STONE, P.L.C. |
|---|---|
| By: /s/*Ayanna D. Hatchett*<br>Ayanna D. Hatchett (P70055)<br>Ven R. Johnson (P39219)<br>The Buhl Building<br>535 Griswold, Ste. 2600<br>Detroit, MI 48226<br>(313) 324. 8300<br>ahatchett@venjohnsonlaw.com<br>vjohnson@venjohnsonlaw.com<br><br>*Attorneys for Darell Chancellor* | By: /s/Marc N. Swanson<br>Marc N. Swanson (71149)<br>Megan R. Baxter (P81945)<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 496-7591<br>Fax: (313) 496-8451<br>swansonm@millercanfield.com<br>baxter@millercanfield.com<br><br>*Attorneys for City of Detroit* |

**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER APPROVING STIPULATION TO EXTEND TIME
FOR DARELL CHANCELLOR TO RESPOND TO CITY OF DETROIT'S
MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE BAR
DATE AND CONFIRMATION ORDER AGAINST
DARELL CHANCELLOR**

Upon the *Stipulation to Extend Time for Darell Chancellor to Respond to City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date and Confirmation Order Against Darell Chancellor* ("Stipulation").[1] The Court finds good cause to enter this Order.

IT IS ORDERED THAT the Darell Chancellor's deadline to respond to the Motion is extended through and including June 9, 2023.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.