UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

### ORDER APPROVING STIPULATION TO EXTEND TIME FOR DARELL CHANCELLOR TO RESPOND TO CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE BAR DATE AND CONFIRMATION ORDER AGAINST DARELL CHANCELLOR

Based on the stipulation filed on May 12, 2023 (Docket # 13692), the Court finds good cause to enter this Order.

IT IS ORDERED that the deadline for Darell Chancellor to respond to the motion entitled "City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date and Confirmation Order Against Darell Chancellor" (Docket # 13691) is extended through and including June 9, 2023.

**Signed on May 12, 2023**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge