**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:  Chapter 9

City of Detroit, Michigan,  Case No. 13-53846

    Debtor.  Hon. Thomas J. Tucker

_____/

## CERTIFICATE OF SERVICE

I, Andres A. Estrada, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On April 20, 2023, at my direction and under my supervision, employees of KCC caused to be served the following documents via First Class Mail on the service list attached hereto as **Exhibit A**:

- **Letter re Brokerage Account Form** [substantially as attached hereto as **Exhibit B**]

- **Brokerage Account and Direction Form** [substantially as attached hereto as **Exhibit C**]

- **Return Envelope**

Dated: May 16, 2023

    /s/ Andres A. Estrada
    Andres A. Estrada
    KCC
    222 N. Pacific Coast Highway, Suite 300
    El Segundo, CA 90245

# Exhibit A

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Clayton, Julius and his Attorneys Christopher Trainor & Associates | Christopher Trainor & Associates | 18949 Marsh Lane Apt 908 | Dallas | TX | 75287 |
| Clayton, Julius and his Attorneys Christopher Trainor & Associates | | 5201 Collin McKinney Pkwy Apt 11104 | Dallas | TX | 75070 |
| Julius Clayton | | 27265 West Canfield Street, Apt. 112 | Dearborn Heights | MI | 48127 |

# Exhibit B

Founded in 1852
by Sidney Davy Miller

MICHIGAN
ILLINOIS
NEW YORK
OHIO
WASHINGTON, D.C.
CANADA
CHINA
MEXICO
POLAND
QATAR

**MEGAN R.I. BAXTER**
TEL (313) 496-8459
FAX (313) 496-7500
E-MAIL baxter@millercanfield.com

MILLER CANFIELD

Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
TEL (313) 963-6420
FAX (313) 496-7500
www.millercanfield.com

April 20, 2023

Re: City of Detroit Bankruptcy -- Brokerage Account Form

Dear Claimant:

In September of 2019, the City filed its *Motion to Implement Distributions of B Notes to Holders of Allowed Class 14 Claims under the City's Confirmed Plan of Adjustment* ("Motion"). In the Motion, the City was authorized to provide "Class 14 Claimants"[1] who will or may receive distributions under the plan with notice and instructions to complete and return (1) a Brokerage Account Form ("Brokerage Form"), and (2) W-9 Form ("Tax Form" and together with the Brokerage Form, the "Forms"). The City asked the Court to require that the Forms be returned by no later than June 24, 2020. A claimant's failure to return the Forms by the deadline would result in forfeiture of the claimant's claim.

You have returned Forms to the City, however, on or about February 24, 2023, you submitted a new Brokerage Form to the City that indicated your brokerage is now T. Row Price. However, you are receiving this letter because of errors or omissions in the most recently submitted Brokerage Form.

**PLEASE TAKE NOTICE. The City is providing this letter and additional time to submit a properly completed Brokerage Form until May 11, 2023.**

Your Brokerage Form is being rejected for the following reason(s):

'DTC Participant Broker #' must be the number assigned to the DTC Participant/Broker

'For Further Credit To' box must be claimant's name

Please correct these errors by returning properly completed Forms by no later than **May 11, 2023.** You must mail the completed Forms so that they received at either one of the following addresses by no later than **May 11, 2023**:

---

[1] This term is defined in the Motion and in the City's confirmed plan and generally refers to unsecured creditors in the City's bankruptcy case with claims against the City in excess of $25,000. For additional details, please refer to these documents which may be found on the City's bankruptcy website (http://www.kccllc.net/detroit), or consult with your counsel.

City of Detroit Claims Processing Center
c/o KCC
222 N. Pacific Coast Highway, Suite 300
El Segundo, CA 90245

Miller, Canfield, Paddock and Stone, P.L.C.
Attention: Megan R.I. Baxter
150 W. Jefferson Ave., Suite 2500
Detroit, MI 48226

Very truly yours,

Miller, Canfield, Paddock and Stone, P.L.C.

By: /s/ Megan Baxter
    Megan R.I. Baxter

MRIB

# Exhibit C

BROKERAGE ACCOUNT AND DIRECTION FORM

Name of Creditor as set forth on proof of claim form:

_____

The above-named Creditor hereby designates the broker-dealer named below to receive the Creditor's Distribution of B-Notes in accordance with the *Notice Regarding Status of New B Notes to be Distributed to the Holders of Allowed Class 14 Claims* dated \_\_\_, \_\_ \_\_\_\_ (the "Notice"). The Creditor acknowledges that neither the City nor the Disbursing Agent is obligated to confirm the accuracy of the information provided in this Brokerage Account and Direction Form, and that any Distribution of New B Notes is subject in all respects to the terms and conditions of the Notice, Plan and Order of the Bankruptcy Court.

| **Broker-Dealer Information** (to be provided by broker/dealer) | |
|---|---|
| DTC Participant/Broker Name | |
| DTC Participant Broker # | |
| DTC Participant Contact Information (Name, Phone #) | |
| For Further Credit To | |
| FFC A/C # | |

Signature of Creditor:

_____

Date:_____

By **no later than** _____, 20\_\_\_, you must mail this notice to the City of Detroit at the following address:

City of Detroit Claims Processing Center
c/o KCC
222 N. Pacific Coast Highway, Suite 300
El Segundo, CA 90245