UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**JOINT REQUEST FOR STATUS CONFERENCE TO SEEK
AN UPDATE OF THE BANKRUPTCY MATTER**

Plaintiffs Christopher McGhee, Norman Brown, Craig Brown, James Washington, Shannon Ferguson, Junius Perry, Orland Potts, Defendants Detroit Fire Fighters Association (DFFA), Thomas Gehart, William Harp, John A. Cangialosi, Christopher A. Smith (DFFA Officers) and Defendants City of Detroit, Reginald Jenkins, Robert Distelrath, and Kemia Crosson (current and former City officers) (collectively, the "Parties")[1], by and through their undersigned counsel, hereby submit this joint request for a status conference and respectfully state as follows:

1. On August 30, 2021, DFFA filed its *Motion for the Entry of an Order Enforcing the Plan of Adjustment Against: Christopher McGhee, Norman Brown, James Washington, Shannon Ferguson, Junius Perry, and Orlando Potts* ("Motion"). [Doc. No. 13430].

---

[1] The Parties are litigants in the stayed Wayne County Circuit Court case entitled: *McGhee, et al, v City of Detroit, et al* (Case no. 20-006272-CD).

2. On September 13, 2021, the City of Detroit, Michigan filed its concurrence to the Motion. [Doc. No. 13438].

3. On September 23, 2021, the Police and Fire Retirement System of the City of Detroit ("PFRS") filed its concurrence to the Motion. [Doc. No. 13445].

4. On September 29, 2021, Plaintiffs filed their response to the Motion. [Doc. No. 13455].

5. On October 28, 2021, the DFFA filed its reply in support of its Motion. [Doc. No. 13468, as corrected Doc. No. 13471].

6. The Court scheduled a hearing on the Motion for January 12, 2022. [Doc. No. 13477].

7. After the January 2022 hearing, the Court entered an *Order Regarding Further Proceedings on the Motion* ordering the DFFA to file a supplement in support of the Motion. [Doc. No. 13493].

8. On January 18, 2022, DFFA filed its timely supplement, as ordered by this Court. [Doc. No. 13495].

9. No opinion has been issued on the Motion. [Doc. No. 13508 and Doc. No. 13515].

10. On May 9, 2023, the Wayne County Circuit Court, where this matter is stayed, ordered the Parties to request a status conference with the Bankruptcy Court

to seek an update on the status of the pending Motion ("State Court Order"). The State Court Order attached as Exhibit 2.

11. This joint request for a status conference is filed pursuant to that May 9, 2023 State Court Order.

WHEREFORE, the Parties respectfully request that the Court schedule a status conference to discuss the status of the Motion and enter an order in substantially the same form as the one attached as **Exhibit 1.**

JOINTLY SUBMITTED ON MAY 25, 2023:

| MILLER, CANFIELD, PADDOCK & STONE, P.L.C.<br><br>By: /s/ Marc N. Swanson<br>Marc N. Swanson (P71149)<br>Megan R. Baxter (P81945)<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 496-7591<br>Fax: (313) 496-8451<br>swansonm@millercanfield.com<br>baxter@millercanfield.com<br><br>*Attorneys for City of Detroit*<br><br>- And -<br><br><br>CITY OF DETROIT LAW DEPARTMENT<br><br>By: /s/ Jason McFarlane<br>Jason McFarlane (P73105)<br>Senior Assistant Corporation Counsel | LEGGHIO & ISRAEL, P.C.<br><br>By: /s/ Megan B. Boelstler<br>Christopher P. Legghio (P27378)<br>Megan B. Boelstler (P79125)<br>306 South Washington Ave., Suite 203<br>Royal Oak, MI 48067-3837<br>(248)398-5900<br>cpl@legghioisrael.com<br>mbb@legghioisrael.com<br><br>*Attorneys for Detroit Fire Fighters Association, Thomas Gehart, William Harp, John A. Cangialosi, and Christopher A. Smith* |

| | |
|---|---|
| 2 Woodward Avenue, Ste. 500<br>Detroit, Michigan 48226<br>313-237-0548<br>mcfaj@detroitmi.gov<br><br>*Attorneys for the City of Detroit, Reginald Jenkins, Robert Distelrath or Kemisa Crosson* | |
| THE SANDERS LAW FIRM, P.C.<br><br>By: /s/ Herbert A. Sanders<br>Herbert A. Sanders (P43031)<br>4031 Santa Clara St.,<br>Detroit MI 48221<br>(313) 962-0099<br>haslawpc@gmail.com<br><br>Shawndrica N. Simmons (P70608)<br>Simmons Legal dba the LawChic<br>77 Bagley St.<br>Pontiac MI 48341<br>(248)732-7559<br>simmonslegal@LawChic.com<br><br>*Attorneys for Christopher McGhee, Norman Brown, Craig Brown, James Washington, Shannon Ferguson, Junius Perry and Orland Potts* | |

# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**ORDER APPROVING JOINT REQUEST FOR STATUS CONFERENCE**
**TO SEEK AN UPDATE OF THE BANKRUPTCY MATTER**

Upon the *Joint Request For Status Conference To Seek An Update Of The Bankruptcy Matter* ("Joint Request"). The Court finds good cause to enter this Order.

IT IS ORDERED THAT the Court will hold a status conference at __:__ _.m. on _____, 2023.

# EXHIBIT 2

20-006272-CD  FILED IN MY OFFICE   WAYNE COUNTY CLERK   5/9/2023 5:02 PM   Cathy M. Garrett   Ismael Hamed

# STATE OF MICHIGAN

## WAYNE COUNTY CIRCUIT COURT

CHRISTOPHER MCGHEE, NORMAN BROWN,
CRAIG BROWN, JAMES WASHINGTON,
SHANNON FERGUSON, JUNIUS PERRY, AND
ORLANDO POTTS,                                      Case No. 2020-006272-CD

        Plaintiffs,                         Judge Sheila Ann Gibson

v.

CITY OF DETROIT, *et al.*,

        Defendants.

_____

| | |
|---|---|
| Herbert A. Sanders (P43031)<br>The Sanders Law Firm PC<br>615 Griswold St., Suite 913<br>Detroit, MI 48226<br>(313) 962-0099 / (313) 962-0044<br>haslawpc@gmail.com | Christopher P. Legghio (P27378)<br>Megan B. Boelstler (P79125)<br>Legghio & Israel, P.C.<br>306 S. Washington, Suite 203<br>(248) 398-5900<br>cpl@legghioisrael.com<br>mbb@legghioisrael.com |
| Shawndrica N. Simmons (P70608)<br>Simmons Legal dba the LawChic<br>77 Bagley St.<br>Pontiac MI 48341<br>(248) 732-7559<br>simmonslegal@LawChic.com<br><br>Attorneys for Plaintiffs | Attorneys for Defendants DFFA, Thomas Gehart, William Harp, John A. Cangialosi, and Christopher A. Smith<br><br>Jason McFarlane (P79105)<br>City of Detroit Law Department<br>2 Woodward Ave., Suite 500<br>Detroit, MI 48226<br>(313) 237-3088 / (313) 237-3002<br>mcfaj@detroitmi.gov |
| Michael V. Nevin<br>22523 Corteville St.<br>St. Clair Shores, MI 48081<br>mykenevin@aol.com | Attorney for Defendants City of Detroit, Eric Jones, Reginald Jenkins, Robert Distelrath, and Kemia Crosson |

## ORDER ADJOURNING SPECIAL CONFERENCE

1

At a session of Court, held in the City of Detroit,
County of Wayne and State of Michigan

On:       5/9/2023

Present: Hon.     Sheila Ann Gibson
Wayne Circuit Court Judge

1. Pursuant to this Court's October 8, 2021 Order, all proceedings in this lawsuit (WCCC Case No. 20-006272-CD) are stayed until a decision is rendered by the U.S. Bankruptcy Court on *Motion of Detroit Fire Fighters Association (DFFA) For the Entry of an Order Enforcing the Plan of Adjustment Against: Christopher McGhee, Norman Brown, James Washington, Shannon Ferguson, Junius Perry, and Orlando Potts* (*In re: City of Detroit, Michigan*, Bankruptcy Case No. 13-53846, Docket #13430) ("DFFA Bankruptcy Motion").

2. On February 22, 2022, the U.S. Bankruptcy Court cancelled the bench opinion hearing scheduled for February 23, 2022 and indicated that it "will issue a written opinion and order regarding" the DFFA Bankruptcy Motion.

3. At the September 9, 2022 special conference on, the Court directed Plaintiffs' Counsel to contact the Bankruptcy Court to inquire about the status.

4. Plaintiffs' Counsel did so and reported to Court's Judicial Law Clerk, on October 3, 2022, that the Bankruptcy Court anticipated issuing an Opinion and Order within the next 30 days, *i.e.*, by early November 2022.

5. The U.S. Bankruptcy Court has not yet issued its written order.

6. On April 13, 2023, the Parties appeared at a special conference before this Court.

7. At the conclusion of that conference, this Court adjourned the special conference until July 19, 2023 at 11:00 am.

8. The parties are ordered by this Court to file in Bankruptcy Court a Joint Request for a Status Conference to seek an update on the status of the DFFA Bankruptcy Motion.

**IT IS ORDERED** that the Court will *adjourn* the April 13, 2023 special conference to July 19, 2023.

/s/ Sheila A. Gibson
_____
Judge Sheila Ann Gibson
Wayne County Circuit Court

**AGREED:**

/s/Herbert A. Sanders with Permission
Herbert A. Sanders (P43031)
The Sanders Law Firm, P.C.
The Ford Building
615 Griswold, Suite 913
Detroit, MI 48226
(313) 962-0099
haslawpc@gmail.com

Shawndrica N. Simmons (P70608)
Simmons Legal dba the LawChic
77 Bagley St.
Pontiac MI 48341
(248) 732-7559
simmonslegal@LawChic.com

Attorneys for Plaintiffs


/s/Jason T. McFarlane
Jason T. McFarlane (P73105)
City of Detroit Law Department
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 224-4550
mcfaj@detroitmi.gov
boydti@detroitmi.gov

Attorneys for Defendant City Attorneys for Defendant City of Eric Jones, Reginald Jenkins, Robert Distelrath, and Kemia Crosson

/s/Megan B. Boelstler
Christopher P. Legghio (P27378)
Megan B. Boelstler (P79125)
Legghio & Israel, P.C.
306 South Washington Ave., Suite 203
Royal Oak, Michigan 48067-3837
(248) 398-5900
cpl@legghioisrael.com
mbb@legghioisrael.com

Attorneys for Defendants DFFA, Thomas Gehart, William Harp, John A. Cangialosi, and Christopher A. Smith

3