UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:	Case No. 13-53846

CITY OF DETROIT, MICHIGAN,	Chapter 9

          Debtor.	Judge Thomas J. Tucker
_____/

# ORDER EXTENDING DEADLINE FOR THE CITY
# TO FILE ITS NEXT STATUS REPORT

Under the Court's Order filed December 8, 2023 (Docket # 13669), the City of Detroit currently is required to file a further status report no later than June 2, 2023. The Court finds good cause to enter this Order, *sua sponte*.

IT IS ORDERED that the June 2, 2023 deadline for the City of Detroit to file a further status report is extended to December 1, 2023.

**Signed on May 30, 2023**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**