# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## ORDER DENYING JOINT REQUEST FOR STATUS CONFERENCE

This case is before the Court on the motion filed on May 25, 2023, entitled "Joint Request For Status Conference To Seek An Update Of The Bankruptcy Matter" (Docket # 13695, the "Joint Request"). The Court will deny the Joint Request, but at the same time the Court will give the parties a status report on the pending matter.

The parties inquire about the pending motion that is under advisement, entitled "Motion of Detroit Fire Fighters Association (DFFA) For the Entry Of An Order Enforcing The Plan Of Adjustment Against: Christopher McGhee, Norman Brown, Craig Brown, James Washington, Shannon Ferguson, Junius Perry, and Orlando Potts" (Docket # 13430, the "Motion"). The Court expects to file a written opinion and order deciding that motion within 30 days. In light of the Court having now provided that information, the Court finds it unnecessary to hold a status conference. Accordingly,

IT IS ORDERED that the Joint Request (Docket # 13695) is denied.

**Signed on June 1, 2023**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge