# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                                                                          Chapter 9

City of Detroit, Michigan,                                          Case No. 13-53846

    Debtor.                                                     Hon. Thomas J. Tucker

_____/

## CERTIFICATE OF SERVICE

    I, Andres A. Estrada, certify and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

    On June 5, 2023, at my direction and under my supervision, employees of KCC caused to be served the following documents via First Class Mail on the service list attached hereto as **Exhibit A**:

- **Letter re Brokerage Account Form** [substantially as attached hereto as **Exhibit B**]

- **Brokerage Account and Direction Form** [substantially as attached hereto as **Exhibit C**]

- **Return Envelope**

Dated:  June 8, 2023

                                                   /s/ Andres A. Estrada
                                                   Andres A. Estrada
                                                   KCC
                                                   222 N. Pacific Coast Highway, Suite 300
                                                   El Segundo, CA 90245

# Exhibit A

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Larentinna Goudy | | 13144 Kilbourne St | Detroit | MI | 48213 |

In re City of Detroit, Michigan
Case No. 13-53846
Page 1 of 1
13-53846-tjt   Doc 13698   Filed 06/08/23   Entered 06/08/23 20:58:39   Page 3 of 8

# Exhibit B

Founded in 1852
by Sidney Davy Miller

**RONALD A. SPINNER**
**TEL** +1.313.496.7829
**FAX** +1.313.496.7500
**E-MAIL** spinner@millercanfield.com

**Miller, Canfield, Paddock and Stone, P.L.C.**
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
TEL (313) 963-6420
FAX (313) 496-7500
millercanfield.com

MICHIGAN
ILLINOIS
NEW YORK
OHIO
WASHINGTON, D.C.
CALIFORNIA
CANADA
CHINA
MEXICO
POLAND
UKRAINE
QATAR

June 5, 2023

Ms. Larentinna Goudy
13144 Kilbourne Street
Detroit, MI 48123

  Re: City of Detroit Bankruptcy -- Brokerage Account Form

Dear Ms. Goudy:

  As you no doubt recall from prior letters, in September of 2019, the City filed its *Motion to Implement Distributions of B Notes to Holders of Allowed Class 14 Claims under the City's Confirmed Plan of Adjustment* ("Motion") with the Bankruptcy Court. In the Motion, the City sought authorization to provide "Class 14 Claimants"[1] who will or may receive distributions under the plan with notice and instructions to complete and return (1) a Brokerage Account Form ("Brokerage Form") and (2) a W-9 Form ("Tax Form" and together with the Brokerage Form, the "Forms"). The City asked the Court to require that the Forms be returned by no later than June 24, 2020. A claimant's failure to return the Forms by the deadline would result in forfeiture of the claimant's claim. The Court agreed and authorized the City to proceed as requested.

  You previously returned completed Forms to the City. However, you recently contacted us and told us that your account may have changed because your brokerage has merged with another. As you requested, I am thus providing you with this letter and a blank Brokerage Form so that you may provide updated account information.

  **PLEASE TAKE NOTICE. The City is providing this letter and additional time to submit a new Brokerage Form until June 30, 2023.**

  Please take any actions necessary to ensure that (1) your brokerage account is established and able to receive distributions and (2) return a properly completed Brokerage Form by no later

---

[1] This term is defined in the Motion and in the City's confirmed plan and generally refers to unsecured creditors in the City's bankruptcy case with claims against the City in excess of $25,000. For additional details, please refer to these documents which may be found on the City's bankruptcy website (http://www.kccllc.net/detroit), or consult with your counsel.

than **June 30, 2023**. You must mail the completed Form so that it is received at either one of the following addresses by no later than **June 30, 2023**:

| | |
|---|---|
| City of Detroit Claims Processing Center<br>c/o KCC<br>222 N. Pacific Coast Highway, Suite 300<br>El Segundo, CA 90245 | Miller, Canfield, Paddock & Stone, PLC<br>Attention: Ronald A. Spinner<br>150 W. Jefferson Ave, Suite 2500<br>Detroit, MI 48226 |

    If you have any questions, please let me know.

                                          Sincerely,

                                          Miller, Canfield, Paddock and Stone, P.L.C.

                                          By: */s/ Ronald A. Spinner*
                                                 Ronald A. Spinner

RAS
40737057.2/022765.00213

# Exhibit C

# EXHIBIT B

BROKERAGE ACCOUNT AND DIRECTION FORM

Name of Creditor as set forth on proof of claim form:

_____

The above-named Creditor hereby designates the broker-dealer named below to receive the Creditor's Distribution of B-Notes in accordance with the *Notice Regarding Status of New B Notes to be Distributed to the Holders of Allowed Class 14 Claims* dated _____, 20__ (the "Notice"). The Creditor acknowledges that neither the City nor the Disbursing Agent is obligated to confirm the accuracy of the information provided in this Brokerage Account and Direction Form, and that any Distribution of New B Notes is subject in all respects to the terms and conditions of the Notice, Plan and Order of the Bankruptcy Court.

| **Broker-Dealer Information** (to be provided by broker/dealer) | |
|---|---|
| DTC Participant/Broker Name | |
| DTC Participant Broker # | |
| DTC Participant Contact Information (Name, Phone #) | |
| For Further Credit To | |
| FFC A/C # | |

Signature of Creditor:

_____

Date:_____

By **no later than** _____, 20___, you must mail this notice to the City of Detroit at the following address:

City of Detroit Claims Processing Center
c/o KCC
222 N. Pacific Coast Highway, Suite 300
El Segundo, CA 90245

- B-1 -