# EXHIBIT 1

| | | 2012701246 |
|---|---|---|
| **STATE OF MICHIGAN** | **INFORMATION** | **CASE NO: 2012701246** |
| **36TH DISTRICT COURT DETROIT**<br>**3rd Judicial Circuit** | **FELONY** | |

| The People of the State of Michigan | Offense Information |
|---|---|
| vs | Police Agency / Report No.<br>82DPNA 1111020353 |
| DARELL CHANCELLOR 82-12701246-01 | Date of Offense<br>11/02/2011 SL |
| | Place of Offense<br>5023 32ND, DETROIT |
| | Complainant or Victim<br>SGT. TUCKER & CREW |
| | Complaining Witness<br>SGT. TUCKER & CREW |

**STATE OF MICHIGAN, COUNTY OF WAYNE**
**IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN:** The prosecuting attorney for this county appears before the court and informs the court that on the date and at the location described above, the Defendant(s):

**COUNT 1:** CONTROLLED SUBSTANCE - DELIVERY/MANUFACTURE (COCAINE, HEROIN OR ANOTHER NARCOTIC) 450 TO 999 GRAMS
did, possess with intent to deliver 450 grams or more but less than 1000 grams of a mixture containing the controlled substance, cocaine; contrary to MCL 333.7401(2)(a)(ii). [333.74012A2]
FELONY: 30 Years and/or $500,000.00. Unless sentenced to more than 1 year in prison, the court shall impose license sanctions pursuant to MCL 333.7408a.

**COUNT 2:** CONTROLLED SUBSTANCE - POSSESSION (COCAINE, HEROIN OR ANOTHER NARCOTIC) 450 TO 999 GRAMS
did, knowingly or intentionally possess 450 grams or more, but less than 1000 grams, of a mixture containing the controlled substance cocaine; contrary to MCL 333.7403(2)(a)(ii). [333.74032A2]
FELONY: 30 Years and/or $500,000.00. Unless sentenced to more than 1 year in prison, the court shall impose license sanctions pursuant to MCL 333.7408a.

**COUNT 3:** WEAPONS - FIREARMS - POSSESSION BY FELON
did possess a firearm when ineligible to do so because he or she had been convicted of Armed Robbery, a specified felony, and the requirements for regaining eligibility had not been met; contrary to MCL 750.224f. [750.224F]
FELONY: 5 Years and/or $5,000.00; Mandatory forfeiture of weapon or device [See MCL 750.239]

**COUNT 4:** WEAPONS - FELONY FIREARM
did carry or have in his/her possession a firearm, to-wit: Handgun, at the time he/she committed or attempted to commit a felony, to-wit: Possesion of Cocaine and/or Possession with Intent to Deliver Cocaine and/or Felon in Possession of a Firearm; contrary to MCL 750.227b. [750.227B-A]
FELONY: 2 Years consecutively with _and_ preceding any term of imprisonment imposed for the felony or attempted felony conviction; Mandatory forfeiture of weapon or device [See MCL 750.239]

did **SECOND OFFENSE NOTICE**
Although the People are not required to notify the court or defendant of prior convictions that may result in an enhanced sentence, we are voluntarily informing the court that according to our current information, the defendant was previously convicted of violating MCL 750.227b on or about 6/26/2003, and therefore, upon conviction, may be subject to an enhanced sentence under MCL 750.227b. [750.227B-B]
FELONY: 5 Years consecutively with _and_ preceding any term of imprisonment imposed for the felony or attempted felony conviction; Mandatory forfeiture of weapon or device [See MCL 750.239]

## HABITUAL OFFENDER - FOURTH OFFENSE NOTICE

Take notice that the defendant was previously convicted of three or more felonies or attempts to commit felonies in that on or about 6/26/2003, he or she was convicted of the offense of Armed Robbery in violation of 750.529; in the Third Circuit Court for County of Wayne, State of Michigan;

And on or about 8/21/2001, he or she was convicted of the offense of Possession with Intent to Deliver Narcotics Under 50g in violation of 333.74012A4; in the Third Circuit Court for County of Wayne, State of Michigan;

And on or about 12/20/2000, he or she was convicted of the offense of Attempt Possesion with Intent to Deliver Under 50g in violation of 333.74012A4; in the Third Circuit Court for County of Wayne, State of Michigan;

Therefore, defendant is subject to the penalties provided by MCL 769.12. [769.12]

PENALTY: Life if primary offense has penalty of 5 Years or more; 15 Years or less if primary offense has penalty under 5 Years. The maximum penalty cannot be less than the maximum term for a first conviction.

Upon conviction of a felony or an attempted felony court shall order law enforcement to collect DNA identification profiling samples.

and against the peace and dignity of the State of Michigan.

Kym Worthy
P38875
Prosecuting Attorney

_01/20/2012_
Date

By: _____
Bar Number