# EXHIBIT 2

# Case Details

| | |
|---|---|
| **Case ID**<br>2003-0306012001-FY | **Court Location**<br>36th District Court |
| **Case Entitlement**<br>STATE OF MICHIGAN V CHANCELLOR | **Judge of Record**<br>BALTIMORE,JOSEPH NORVELL, |

| | |
|---|---|
| **Date Filed**<br>05/10/2003 | **Case Status**<br>CLOSED |
| **Closed Date**<br>05/23/2003 | **Balance** |

## Parties (1)

| **Party Name**<br>CHANCELLOR/DARELL/DEON | **Party Type/Number**<br>DEFENDANT - 1 |
|---|---|
| **Age**<br>41 (1981)<br><br>**Alternate Name(s)** | **Attorney Name**<br>RONNIE E. CROMER JR. |

## Charges (5)

| **Count**<br>1 | **Offense Date**<br>05/08/2003 |
|---|---|
| **Current Charge**<br>ROBBERY-ARMED (750529) | **Original Charge**<br>ROBBERY-ARMED (750529) |

| | |
|---|---|
| **Officer/Agency or Petitioner**<br>DPD - CRIMS CONVERSION | **Amended or Reduced** |
| **Charge Level**<br>FELONY | **Attempted, Conspired, Solicited** |
| **Arraignment Date**<br>05/11/2003 | **Notice** |
| **Disposition Date**<br>05/23/2003 | **Disposition**<br>EXAM CONDUCTED ; DEFENDANT BOUND OVER |
| **Sentencing Date** | **License Suspension Clearance Fee Due** |

| **Count**<br>2 | **Offense Date**<br>05/08/2003 |
|---|---|
| **Current Charge**<br>WEAPONS-CARRYING CONCEALED (750227) | **Original Charge**<br>WEAPONS-CARRYING CONCEALED (750227) |

| | |
|---|---|
| **Officer/Agency or Petitioner**<br>DPD - CRIMS CONVERSION | **Amended or Reduced** |
| **Charge Level**<br>FELONY | **Attempted, Conspired, Solicited** |
| **Arraignment Date**<br>05/11/2003 | **Notice** |
| **Disposition Date**<br>05/23/2003 | **Disposition**<br>DISMISSED |

Sentencing Date                                        License Suspension Clearance Fee Due

| Count | Offense Date |
|---|---|
| 3 | 05/08/2003 |

**Current Charge**
WEAPONS-FIREARMS-POSSESSION BY FELON (750224F)

**Original Charge**
WEAPONS-FIREARMS-POSSESSION BY FELON (750224F)

**Officer/Agency or Petitioner**
DPD - CRIMS CONVERSION

**Amended or Reduced**

**Charge Level**
FELONY

**Attempted, Conspired, Solicited**

**Arraignment Date**
05/11/2003

**Notice**

**Disposition Date**
05/23/2003

**Disposition**
DISMISSED

**Sentencing Date**

**License Suspension Clearance Fee Due**

| Count | Offense Date |
|---|---|
| 4 | 05/08/2003 |

**Current Charge**
WEAPONS-FELONY FIREARM (750227B-A)

**Original Charge**
WEAPONS-FELONY FIREARM (750227B-A)

**Officer/Agency or Petitioner**
DPD - CRIMS CONVERSION

**Amended or Reduced**

**Charge Level**
FELONY

**Attempted, Conspired, Solicited**

**Arraignment Date**
05/11/2003

**Notice**

**Disposition Date**
05/23/2003

**Disposition**
EXAM CONDUCTED ; DEFENDANT BOUND OVER

**Sentencing Date**

**License Suspension Clearance Fee Due**

| Count | Offense Date |
|---|---|
| 5 | 05/08/2003 |

**Current Charge**
CONT SUBS-POSSESSION OF MARIJUANA (33374032D)

**Original Charge**
CONT SUBS-POSSESSION OF MARIJUANA (33374032D)

**Officer/Agency or Petitioner**
DPD - CRIMS CONVERSION

**Amended or Reduced**

**Charge Level**
MISDEMEANOR

**Attempted, Conspired, Solicited**

**Arraignment Date**
05/11/2003

**Notice**

**Disposition Date**
05/23/2003

**Disposition**
DISMISSED

**Sentencing Date**

**License Suspension Clearance Fee Due**

# Bonds (0)

# Hearings (0)