# EXHIBIT 3

# QUIT CLAIM DEED

**KNOW ALL MEN BY THESE PRESENT:**

**THAT GRANTOR(S) ROXSANNA COLLINS**, whose address is 20455 West Chicago. Apartment 209, Detroit, MI. 48228, **CONVEYS & QUIT CLAIM(S) TO GRANTEE: DARELL CHANCELLOR**, whose address is 5023 32nd street, Detroit, MI. 48210, the following described land situated in the City of Detroit, County of Wayne, in the state of Michigan.

Lot 253, Plymouth Garden Subdivision, as recorded in Liber 48, Page 39 of Plats, Wayne County Records.

Commonly known as 9209 Robson, Detroit, MI. 48228

**THIS INSTRUMENT AND TRANSFER WERE MADE FOR THE SUM OF ONE HUNDRED DOLLARS ($100.00)**

Dated this: 2-03-08           Signed by: _Roxsanna Collins_
                                        ROXSANNA COLLINS
Signed in the presence of            Signed by: _Darell Chancellor_
_Janet Chancellor_                           DARELL CHANCELLOR

State of Michigan)
                 )
County of Wayne)

The forgoing instrument was acknowledged before me on the 8 day of Feb 2010 by Darell Chancellor and Roxsanna Collins.

Notary Public. _____ SONJA B. PERRY
County of _____ State of MI
My Commission Expires: 8-6-15

When recorded return to: Grantee          Prepared by: Attorney Ronnie Cromer Jr. P59418
Send subsequent Tax Bills to Grantee       65 Cadillac Bldg./ Ste. 3610
                                           Detroit, MI. 48226

Recording Fee_____ Tranfer Tax_____

**IDENTIFICATION CARD**   EXPIRES
C 524 135 139 933
DARELL DEON CHANCELLOR
5023 32ND ST
DETROIT, MI 48210-2542

Date of birth | Sex | Height | Eyes | Weight
12-07-1981 | M | 5'11 | BRO | 220

_Darell Chancellor_                    2010138

**STATE OF MICHIGAN**
Wayne County
November 09, 2010  03:02:00 PM
Receipt # 349320

**REAL ESTATE TRANSFER TAX**
$0.55 - CO
$3.75 - ST
Stamp # 203201

Bernard J. Youngblood
Wayne County Register of Deeds
November 09, 2010  03:02 PM
Liber 48835 Page 1314-1314
#2010377227  QCD  FEE: $15.00

RECEIVED by Michigan Court of Appeals 4/16/2014 3:31:26 PM