# EXHIBIT 4

STATE OF MICHIGAN
COUNTY OF WAYNE SS



SEARCH WARRANT AND AFFIDAVIT

TO THE SHERIFF OR ANY PEACE OFFICER OF SAID COUNTY: PO GEELHOOD

Affiant, having subscribed and sworn to an affidavit for a Search Warrant, and I having under oath examined affiant, am satisfied that probable cause exists: **THEREFORE IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, I COMMAND THAT YOU SEARCH THE FOLLOWING PLACE:** The entire premises known as 5023 32nd, Detroit Michigan, described as a single family dwelling, located in the city of Detroit, County of Wayne and the State of Michigan.
ALSO TO BE SEARCH: Seller's B/M/30s 5'-8" 180 lbs.
**And to seize secure, tabulate and make return according to the law the following property.**
All Controlled substance, all monies, books, and records used in the connection with illegal Narcotic trafficking, all equipment and supplies used in the manufacture, delivery, sale or use of Controlled Substances, all firearms used in connection with the above described activities, all evidence of ownership, occupancy or control of the
**THE FOLLOWING FACTS ARE SWORN TO BY AFFIANT IN SUPPORT OF ISSUANCE OF THIS WARRANT:** The affiant is a member of the Detroit Police Department. Wayne County, Michigan. The Affiant has been a police officer for over 17 years. The Affiant is currently assigned to the Narcotics Division, Conspiracy Section.

1. On 10/31/11 Affiant received information from a creditable and reliable informant. This CI stated to affiant that he/she knows there is a large amount of Heroin at the above location, which is being stored and sold at this location. The affiant has used this CI on over (3) occasion resulting in (3) arrest for VSCA, with cases pending in 36th district and 3rd circuit court resulting in the confiscation of quantities of Marijuana, Cocaine, and firearms. Proving this CI is familiar with narcotics and its packaging.

2. On 11/01/11 Affiant set up a fixed surveillance on 5023 32nd, and during the course of 30 minutes, Affiant observed at least 3 persons separately go to the above address, knock on the door of 5023 32nd, engage in a short conversation with a person matching the above seller description, then the suspected buyer would stay outside and the above described seller returned and made a suspected narcotic transaction with the buyer in which money was exchanged for suspected Heroin. Affiant has seen this type activity several times in the past, and finds this type of activity to be consistent with on going narcotic activity.

3. Based on the affiant's 17 years experience as a police officer in the City of Detroit, having been assigned to the narcotics division for 9 years, having been on the execution of over a hundred search warrant and being familiar with the narcotic trade and habits of its sellers and the above facts, wherefore the affiant having probable cause to believe that the above described items will be found on the premises by Narcotics Officer in the City of Detroit.

AFFIANT

SUBSCRIBED AND SWORN BEFORE ME AND ISSUED UNDER MY HAND THIS 2ND DAY OF NOVEMBER, 2011

Assistant Prosecuting Attorney

Judge/Magistrate 36th District Court,
Wayne County Michigan