# EXHIBIT 5

```
35500
A LEIN 35500 15225 11/02/11 1854 DDBGCOMP.
MI8234994
PUR: C/VCSA RESPONSE TO INQUIRY ON SID: 2082932H
OPR: JOHNSONB257
FOR: TUCKER/BASE 22
REMARKS: WARRANT
CRIMINAL HISTORY RECORD RESPONSES ARE DEPENDENT UPON CRIMINAL HISTORY RECORD
INFORMATION (CHRI) BEING REPORTED TO THE CENTRAL REPOSITORY.
USERS SHOULD CONTACT LOCAL CRIMINAL JUSTICE AGENCIES TO DETERMINE CHRI THAT
COULD BE IN LOCAL FILES.
MICHIGAN CRIMINAL HISTORY RECORD INFORMATION MEETING DISSEMINATION CRITERIA
FOR SID: 2082932H AS OF 11/02/2011
```

```
NAM: CHANCELLOR, JASON                                    SID: 2082932H
RAC: B       SEX: M       DOB: 12/07/1980                 FBI: 624406NB1
HGT: 510     WGT: 230     HAI: BLK                        III: MICHIGAN ONLY
EYE: BRO     POB: MI
DLN:                                                      MNU:
PRN: 351588                                               SOC: [redacted]
CIZ:

AFIS PRINTS AVAILABLE: YES
PALM PRINTS AVAILABLE: NO
PHOTO AVAILABLE: YES
DNA RECORD AVAILABLE: YES - (PHONE 517-636-0465)


ADDITIONAL IDENTIFIERS AND COMMENTS:

NAM: CHANCELLOR, DARNELL DEON        CHANCELLOR, DARELL D
     THOMAS, JASON                   CHANCELLOR, DARELL DEON
     CHANCELLOR, DARRELL DEON

DOB: 12/07/1981
```

```
==============================================================================
CRIMINAL TRACKING NUMBER: 820020794601           INCIDENT DATE: 03/25/2000
TCN/OCA: A100522478W/616477
NAME USED: CHANCELLOR, JASON
==============================================================================
ARREST SEGMENT              : CHARGE SEGMENT          : JUDICIAL SEGMENT
============================:=========================:=========================
DATE: 03/25/2000            : DATE: 03/25/2000        : DATE: 08/21/2001
MI8234900                   : MI820013A               : MI821095J
DETROIT POLICE              : WAYNE COUNTY            : 3RD  CIRCUIT COURT
   DEPARTMENT               :   PROSECUTING ATT       :   CRIMINAL DIV DETROIT
OCA: 578503                 : 1 CNT MCL 333.74032A5   : CFN: 0100802201
1 CNT OF 3500               :   FELONY                :
   FELONY                   :   CONTROLLED           : CNT-1 MCL 333.74032A5
   DANGEROUS DRUGS          :   SUBSTANCE-POSSESS    :   FELONY
DISP: CHGD BY PROSECUTOR    :   (COCAINE, HERION OR  :   CONTROLLED
```

```
                          : ANOTHER NARCOTIC)        : SUBSTANCE-POSSESS
                          : LESS THAN 25 GRAMS       : (COCAINE, HERION OR
                          :                          : ANOTHER NARCOTIC)
                          :                          : LESS THAN 25 GRAMS
                          :                          : DISP: DISMISSED
```

==========================================================================
CRIMINAL TRACKING NUMBER: 820021382901          INCIDENT DATE: 06/05/2000
TCN/OCA: A100542617W/617575
NAME USED: CHANCELLOR,DARNELL DEON
==========================================================================

| ARREST SEGMENT | CHARGE SEGMENT | JUDICIAL SEGMENT |
|---|---|---|
| DATE: 06/05/2000<br>MI8234900<br>DETROIT POLICE<br>  DEPARTMENT<br>OCA: 578503<br>1 CNT OF 3500<br>  FELONY<br>  DANGEROUS DRUGS<br>DISP: CHGD BY PROSECUTOR | DATE: 06/05/2000<br>MI820013A<br>WAYNE COUNTY<br>  PROSECUTING ATT<br>1 CNT MCL 333.74012A4<br>  FELONY<br>  CONTROLLED<br>  SUBSTANCE-DEL/MFG<br>  (COCAINE, HEROIN OR<br>  ANOTHER NARCOTIC)<br>  LESS THAN 50 GRAMS | DATE: 12/20/2000<br>MI821095J<br>3RD CIRCUIT COURT<br>  CRIMINAL DIV DETROIT<br>CFN: 0000778101<br><br>CNT-1 MCL 333.74012A4<br>  FELONY<br>  CONTROLLED<br>  SUBSTANCE-DEL/MFG<br>  (COCAINE, HEROIN OR<br>  ANOTHER NARCOTIC)<br>  LESS THAN 50 GRAMS<br>DISP: DISMISSED<br><br>CNT-2 MCL 333.74012A4<br>  ATTEMPT-FELONY<br>  CONTROLLED<br>  SUBSTANCE-DEL/MFG<br>  (COCAINE, HEROIN OR<br>  ANOTHER NARCOTIC)<br>  LESS THAN 50 GRAMS<br>DISP: FOUND GUILTY<br>SENT/REMARKS:<br>PROBATION 00YR 00MTH<br>  000DAY TO 00YR 00MTH<br>  000DAY PROB: 02YR<br>  00MTH 000DAY |

==========================================================================
CRIMINAL TRACKING NUMBER: 820021694901          INCIDENT DATE: 07/07/2000
TCN/OCA: A101462332A/578503
NAME USED: CHANCELLOR,DARELL D
==========================================================================

| ARREST SEGMENT | CHARGE SEGMENT | JUDICIAL SEGMENT |
|---|---|---|
| DATE: 07/07/2000<br>MI8234900<br>DETROIT POLICE<br>  DEPARTMENT<br>OCA: 578503<br>1 CNT OF 3500<br>  FELONY | DATE: 07/07/2000<br>MI820013A<br>WAYNE COUNTY<br>  PROSECUTING ATT<br>1 CNT MCL 333.74032A5<br>  FELONY<br>  CONTROLLED | DATE: 01/26/2001<br>MI821095J<br>3RD CIRCUIT COURT<br>  CRIMINAL DIV DETROIT<br>CFN: 0000843201<br><br>CNT-1 MCL 333.74032A5 |

| DANGEROUS DRUGS | : SUBSTANCE-POSSESS | : FELONY |
| DISP: CHGD BY PROSECUTOR | : (COCAINE, HERION OR | : CONTROLLED |
| | : ANOTHER NARCOTIC) | : SUBSTANCE-POSSESS |
| | : LESS THAN 25 GRAMS | : (COCAINE, HERION OR |
| | : | : ANOTHER NARCOTIC) |
| | : | : LESS THAN 25 GRAMS |
| | : | : DISP: DISMISSED |
| | : | : |
| | : | : CNT-2 MCL 333.74032A5 |
| | : | : ATTEMPT-MISDEMEANOR |
| | : | : CONTROLLED |
| | : | : SUBSTANCE-POSSESS |
| | : | : (COCAINE, HERION OR |
| | : | : ANOTHER NARCOTIC) |
| | : | : LESS THAN 25 GRAMS |
| | : | : DISP: FOUND GUILTY |
| | : | : SENT/REMARKS: |
| | : | : PROB: 02YR |
| | : | : PV(11/02)CNF-30D |
| | : | : PRB-CNT |

===========================================================

CRIMINAL TRACKING NUMBER: 820020734901        INCIDENT DATE: 07/03/2001
TCN/OCA: A101571442K/578503
NAME USED: CHANCELLOR,DARRELL DEON

===========================================================

| ARREST SEGMENT | : CHARGE SEGMENT | : JUDICIAL SEGMENT |
|---|---|---|
| DATE: 07/03/2001 | : DATE: 07/03/2001 | : DATE: 08/21/2001 |
| MI8234900 | : MI820013A | : MI821095J |
| DETROIT POLICE | : WAYNE COUNTY | : 3RD CIRCUIT COURT |
|   DEPARTMENT | :   PROSECUTING ATT | :   CRIMINAL DIV DETROIT |
| OCA: 578503 | : 1 CNT MCL 333.74012A4 | : CFN: 0100802101 |
| 1 CNT OF 3500 | :   FELONY | : |
|   FELONY | :   CONTROLLED | : CNT-1 MCL 333.74012A4 |
|   DANGEROUS DRUGS | :   SUBSTANCE-DEL/MFG | :   FELONY |
| DISP: CHGD BY PROSECUTOR | :   (COCAINE, HEROIN OR | :   CONTROLLED |
| | :   ANOTHER NARCOTIC) | :   SUBSTANCE-DEL/MFG |
| | :   LESS THAN 50 GRAMS | :   (COCAINE, HEROIN OR |
| | : | :   ANOTHER NARCOTIC) |
| | : | :   LESS THAN 50 GRAMS |
| | : | : DISP: FOUND GUILTY |
| | : | : SENT/REMARKS: |
| | : | : LIFE/PROB |
| | : | : PV(11/02)CNF-30D |
| | : | : PROB-CNT |

===========================================================

CRIMINAL TRACKING NUMBER: 820331111301        INCIDENT DATE: 05/08/2003
TCN/OCA: D203019387J/2274276
NAME USED: CHANCELLOR,DARELL DEON

===========================================================

| ARREST SEGMENT | : CHARGE SEGMENT | : JUDICIAL SEGMENT |
|---|---|---|
| DATE: 05/08/2003 | : DATE: 05/10/2003 | : DATE: 06/26/2003 |
| MI8234900 | : MI820013A | : MI821095J |

```
DETROIT POLICE            : WAYNE COUNTY           : 3RD  CIRCUIT COURT
  DEPARTMENT              :   PROSECUTING ATT      :  CRIMINAL DIV DETROIT
OCA: 2274276              : 1 CNT MCL 750.529      : CRN: 0300625501
123 CNT OF 1200           :   FELONY               :
  ATTEMPT-FELONY          :   ARMED ROBBERY        : CNT-1 MCL 750.529
  ROBBERY                 : 1 CNT MCL 750.227      :  FELONY
DISP: CHGD BY PROSECUTOR  :   FELONY               :  ARMED ROBBERY
                          :   WEAPONS-CARRYING     : DISP: FOUND GUILTY
                          :   CONCEALED            : SENT/REMARKS:
                          : 1 CNT MCL 750.224F     : CONFINEMENT 05YR 00MTH
                          :   FELONY               :  000DAY TO 15YR 00MTH
                          :   WEAPONS - FIREARMS - :  000DAY PROB: 00YR
                          :   POSSESSION BY FELON  :  00MTH 000DAY
                          : 1 CNT MCL 750.227B-A   :
                          :   FELONY               : CNT-2 MCL 750.227
                          :   WEAPONS FELONY FIREARM: FELONY
                          : 1 CNT MCL 333.74032D   :  WEAPONS-CARRYING
                          :   MISDEMEANOR          :  CONCEALED
                          :   CONTROLLED           : DISP: DISMISSED
                          :   SUBSTANCE-POSSESSION :
                          :   OF MARIJUANA         : CNT-3 MCL 750.224F
                          :                        :  FELONY
                          :                        :  WEAPONS - FIREARMS -
                          :                        :  POSSESSION BY FELON
                          :                        : DISP: DISMISSED
                          :                        :
                          :                        : CNT-4 MCL 750.227B-A
                          :                        :  FELONY
                          :                        :  WEAPONS FELONY FIREARM
                          :                        : DISP: FOUND GUILTY
                          :                        : SENT/REMARKS:
                          :                        : CONFINEMENT 02YR 00MTH
                          :                        :  000DAY TO 02YR 00MTH
                          :                        :  000DAY PROB: 00YR
                          :                        :  00MTH 000DAY
                          :                        :
                          :                        : CNT-5 MCL 333.74032D
                          :                        :  MISDEMEANOR
                          :                        :  CONTROLLED
                          :                        :  SUBSTANCE-POSSESSION
                          :                        :  OF MARIJUANA
                          :                        : DISP: DISMISSED
=================================================================================
DISSEMINATION OF CRIMINAL HISTORY INFORMATION IS SUBJECT TO MICHIGAN & FEDERAL
RULES & REGULATIONS. REFER TO LEIN ADMINISTRATIVE RULES & TITLE 28, USC.
USE OF THIS RECORD IS LIMITED TO THE PURPOSE OF INQUIRY.
                    ** SPECIAL ATTENTION **
PER MCL 28.242A, THIS RECORD CONTAINS ALL CRIMINAL HISTORY INFORMATION THAT
IS SUPPORTED BY FINGERPRINT IMPRESSIONS, INCLUDING CONVICTION AND NON-CONVICTION
DATA. EXCEPT AS PROVIDED BY LAW, THIS RECORD DOES NOT INCLUDE CRIMINAL HISTORY
INFORMATION THAT IS NON-PUBLIC BY STATUTE OR COURT ORDER.
FORWARDED TO NCIC III
END MSG.
```

Chancellor 0022