# EXHIBIT 6

②

# SWD Detainee Input Sheet

detroit **police**   Arresting Dist/Pct.    Releasing Dist/Pct.   SWD

CRISNET # 1205 ___ 0296

| SID # | CB # | ID # | TCN/Live Scan |
|---|---|---|---|
| 208 2932 H | 201208878 | 5578503 | DJ 121 27 ___ M |

| Last Name | First Name | Middle Name | Hair | Eyes |
|---|---|---|---|---|
| Chancellor | Dacell | Dean | Blk | Brn |
| Alias | Drivers Lic# / SS# | Age / Sex / Race | Date of Birth | Complx: Med | Height 5'11 |
| | C 524-185-139-933 | 30 / M / B | 12-17-81 | | |

| Address | City | State | Zip | Married? ☐ Yes ☒ No | Weight 240 | Scars / Tattoo |
|---|---|---|---|---|---|---|
| 5023 32nd | Det | MI | 48210 | | | |

**Detainee Medical / Mental Issues**   ☒ Not Applicable   List Medical/Mental Health Issues or observations:

| Date / Military Time of Arrest: | Location of Arrest: |
|---|---|
| 5-2-12 1515 | Rich / Wesson / Campbell |

| Initial Charge(s) | Final Charge(s) | Warrant # |
|---|---|---|
| Felony warrant | Dang. Drugs - Del/mfg 450/999g | 1255836 |

Rank/Name/Badge/Command member notified of Initial Charge by the arresting officers:   Sgt R. Smith

**Arresting Officers**

| | | | | |
|---|---|---|---|---|
| R. Sturley | 3993 | 4523 | 435 | SAME |
| D. Jones | 1015 | 500 | 935 | |

| Review of Arrest: UF-001 Completed ☐ Yes ☒ No | Material Witness UF-006 Completed: ☐ Yes ☒ No | Privilege Restriction UF-008/DPD 700 Completed: ☐ Yes ☒ No |
|---|---|---|
| **OIC or CBS**   Probable Cause? ☒ Yes ☐ No | Date / Military Time 5/2 1540 | Custodial Status of Detainee: In Cust |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5-2 | 3.55p | Q:A 12055836 Felony Warrant | 36th | None | ☐ Yes ☐ No |
| " | " | Q:A 11578860 1 | 36 | N/O | ☐ Yes ☐ No |
| " | " | 11 5759 46 1 | 36 | 100 | ☐ Yes ☐ No |
| | | 12 4039 6 1 | 36 | 100 | ☐ Yes ☐ No |
| | | | | | ☐ Yes ☐ No |
| | | | | | ☐ Yes ☐ No |

| Member Identifying Hold(s)/Warrant(s) Rank, Last, First Name: | Badge: | Date: | Signature: | Total Bond Amount: |
|---|---|---|---|---|
| (P) T. Anderson | 2272 | 5-2 | | |

**Section ... Final Disposition / Release**

SWD

| Date / Military Time: 5/2/12 1515 | P.O. Sturley #3993 |
|---|---|

Rel. WT Dangerous Drugs # 12055836   Warrant Tracking Hold form UF-004/007 ☐ Yes ☐ No Form ID#

| Date / Military Time: 5/2/12 | Rank/Name/Badge/Signature/Command of Supervisor releasing this detainee: Sgt. David McKirkle 5715 2 Sup |
|---|---|

Video

| Bond Amount: | Judge: | Date / Military Time: 5.3.12 |
|---|---|---|

| Date / Military Time: 5/6/12 | Rank/Name/Badge/Signature/Command of member updating final disposition of this detainee in LiveScan: Sgt David McKirkle 5715 2 Sub |
|---|---|