# EXHIBIT 7

STATE OF MICHIGAN
IN THE 3RD CIRCUIT COURT FOR THE COUNTY OF WAYNE

---

THE PEOPLE OF THE STATE OF MICHIGAN,

              Plaintiff,

              Case No. 12-004974

v               Hon. Bridget Hathaway

DARELL CHANCELLOR,

              Defendant.
                                /

| VALERIE R. NEWMAN (P47291) | GABI D. SILVER (P36382) |
|---|---|
| Director, Conviction Integrity Unit | Attorney for Mr. Chancellor |
| Wayne County Prosecutor's Office | 1300 Broadway, Ste 800 |
| 1441 Saint Antoine | Detroit, MI 48226 |
| Detroit, MI 48226 | (313) 963-0210 |
| (313) 967-2684 | |

---

**STIPULATED ORDER VACATING CONVICTION AND SENTENCE,
AND
DISMISSING CASE**

At a session of said Court, held in
the City of Detroit, County of Wayne,
State of Michigan

on March 24, 2020

PRESENT:     Hon. Timothy M. Kenny
                    Hon Timothy M. Kenny
                    Chief Judge Wayne County Circuit Court

    This matter having been presented in open court through the stipulation of the parties, and the parties having agreed that newly discovered evidence warrants relief, and the Court being otherwise fully advised in the premises of said stipulation;

    IT IS HEREBY ORDERED that in the interests of justice, Mr. Chancellor's conviction and sentence in this matter are hereby vacated, and all related charges are hereby dismissed with prejudice.

_/s/ Timothy M. Kenny_
Hon. Timothy M. Kenny