## "CORRECTED" CERTIFICATE OF SERVICE

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Honorable Thomas J. Tucker |
| Debtor. | Chapter 9 |

---

### "CORRECTED" CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 9, 2023, she served a copy of the foregoing **DARELL CHANCELLOR'S RESPONSE TO DEFENDANT, CITY OF DETROIT'S MOTION FOR ENTRY OF AN ORDER ENFORCING THE BAR DATE ORDER AND CONFIRMATION AGAINST DARELL CHANCELLOR** upon Counsel for City of Detroit, in the manner described below:

Via ECF and 1st Class Mail:

- Mark Swanson, Esq.
  150 West Jefferson, Suite 2500
  Detroit, MI 48226
  swansonm@millercanfield.com

Respectfully submitted,

JOHNSON LAW, PLC

By: /s/Ayanna D. Hatchett
Ayanna D. Hatchett (P70055)
535 Griswold, Ste.2632
Detroit, MI 48226
(313)324-8300
ahatchett@venjohnsonlaw.com

Dated:  June 9, 2023