UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                          Chapter 9

        Debtor.                                Judge Thomas J. Tucker
_____/

# SUPPLEMENT TO THE COURT'S OPINION FILED TODAY, REGARDING THE CITY OF DETROIT'S MOTION TO ENFORCE PLAN OF ADJUSTMENT AGAINST THE POLICE AND FIRE RETIREMENT SYSTEM PENSION PLAN

    Today the Court has filed a written opinion regarding the motion by the City of Detroit entitled "City of Detroit's Motion to Enforce Plan of Adjustment and Require 30-Year Amortization of the UAAL in the Police and Fire Retirement System Pension Plan" (Docket # 13602). This supplements the Court's written opinion, by attaching a copy of Exhibit 732, which is cited at p. 16 n.45 of the opinion.

**Signed on June 26, 2023**



/s/ Thomas J. Tucker
_____
Thomas J. Tucker
United States Bankruptcy Judge

# Pension Contributions (First 10 Years)

## General Retirement System ($719M)



- UTGO
- DWSD
- DIA
- State
- General/Other Funds

## Police & Fire Retirement System ($261M)



- State
- Foundations

CITY'S Exhibit 732