UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                          Chapter 9

        Debtor.                              Judge Thomas J. Tucker
_____/

**ORDER GRANTING THE CITY OF DETROIT'S MOTION
TO ENFORCE PLAN OF ADJUSTMENT AGAINST THE POLICE AND FIRE
RETIREMENT SYSTEM PENSION PLAN (DOCKET # 13602)**

This case is before the Court on the motion by the City of Detroit (the "City") entitled "City of Detroit's Motion to Enforce Plan of Adjustment and Require 30-Year Amortization of the UAAL in the Police and Fire Retirement System Pension Plan" (Docket # 13602, the "Motion"). The Police and Fire Retirement System of the City of Detroit, Michigan (the "PFRS") has objected to the City's Motion. After holding a hearing on the Motion, the Court took the Motion under advisement.

Today the Court has filed a written opinion regarding the Motion (the "Opinion"). For the reasons stated by the Court in its Opinion, the Court enters this Order.

IT IS ORDERED that:

1. The Motion is granted.

2. The resolutions passed and the votes taken by the PFRS and the Investment Committee which shortened the amortization period to 20 years, as discussed in the Court's Opinion, are void and of no force or effect, and the PFRS and the Investment Committee are enjoined and barred from shortening the 30-year amortization period.

3.  The PFRS must amortize the PFRS plan's unfunded actuarial accrued liability that will exist as of June 30, 2023, over an additional 30 years commencing on June 30, 2023.

4.  The Court will retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Signed on June 26, 2023**



/s/ Thomas J. Tucker
**Thomas J. Tucker
United States Bankruptcy Judge**