UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:     Case No. 13-53846

CITY OF DETROIT, MICHIGAN,     Chapter 9

         Debtor.     Judge Thomas J. Tucker
_____/

# ORDER SETTING DEADLINE FOR THE CITY TO FILE ANY REPLY BRIEF IN SUPPORT OF ITS MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE BAR DATE ORDER AND CONFIRMATION ORDER AGAINST DARELL CHANCELLOR

    This case is before the Court on a motion filed by the City of Detroit (the "City") entitled "City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Darell Chancellor" (Docket # 13691, the "Motion"). Darell Chancellor filed a response objecting to the Motion (Docket # 13699).

    L.B.R. 9014-1(f) (E.D. Mich.), which applies to the Motion, states, in part, that: "[a] reply brief of not more than seven pages in length, including footnotes and signatures, may be filed and served not less than three Business Days before the hearing on the motion." The Court has not yet scheduled a hearing on the Motion. At this time, the Court will set a specific deadline for the City to file any reply brief in support of the Motion. So the Court will vary the usual procedure under L.B.R. 9014-1(e), in the following way.

    IT IS ORDERED that the City must file any reply brief in support of the Motion no later than July 27, 2023.

**Signed on July 13, 2023**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**