UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                              Case No. 13-53846

CITY OF DETROIT, MICHIGAN,                          Chapter 9

      Debtor.                                  Judge Thomas J. Tucker

_____ /

### ORDER REQUIRING THE CITY OF DETROIT TO FILE A RESPONSE TO THE MOTION FOR RECONSIDERATION, AND TO ALTER OR AMEND, FILED ON JULY 10, 2023 BY THE POLICE AND FIRE RETIREMENT SYSTEM PENSION PLAN (DOCKET # 13707)

This case is before the Court on the motion filed on July 10, 2023 (Docket # 13707, the "PFRS Motion"), entitled "The Police and Fire Retirement System's Motion to Alter or Amend Pursuant to Federal Rule of Bankruptcy Procedure 9023, and Pursuant to Local Rule 9024-1 for Reconsideration of, the Court's Order Granting The City of Detroit's Motion to Enforce Plan of Adjustment Against the Police and Fire Retirement System Pension Plan (Docket # 13602)." The PFRS Motion seeks reconsideration of, and relief from, the Court's June 26, 2023 Order entitled "Order Granting the City of Detroit's Motion to Enforce Plan of Adjustment Against the Police and Fire Retirement System Pension Plan (Docket # 13602)" (Docket # 13706).

This Court's Local Rules 9024-1(a) and 9024-1(b) apply to the PFRS Motion. As a result, "[n]o response to the [PFRS Motion] and no oral argument thereon will be allowed unless the court otherwise orders." *See* L.B.R. 9024-1(a)(2) and 9024-1(b) (E.D. Mich.). The Court finds good cause to enter this Order.

IT IS ORDERED that no later than August 10, 2023, the City of Detroit must file a response to the PFRS Motion.

**Signed on July 13, 2023**



                                   **/s/ Thomas J. Tucker**
                                   **Thomas J. Tucker**
                                   **United States Bankruptcy Judge**