**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

## MEMORANDUM REGARDING JOINT REQUEST
## FOR STATUS CONFERENCE

The Memorandum concerns the motion entitled "Joint Request For Status Conference To Seek An Update Of The Bankruptcy Matter" (Docket # 13695, the "Joint Request"). In an order filed on June 1, 2023 (Docket # 13697, the June 1, 2023 Order"), the Court denied the Joint Request, and gave the parties a status report on the pending matter.

The parties inquired about the pending motion that is under advisement, entitled "Motion of Detroit Fire Fighters Association (DFFA) For the Entry Of An Order Enforcing The Plan Of Adjustment Against: Christopher McGhee, Norman Brown, Craig Brown, James Washington, Shannon Ferguson, Junius Perry, and Orlando Potts" (Docket # 13430, the "Motion"). The Court's June 1, 2023 Order stated that the Court expected to file a written opinion and order deciding that motion within 30 days.

The Court files this Memorandum now to advise the parties (and the state court) of the following. Although the Court did not decide the Motion by the end

of June as it had hoped, the Court continues to actively work on the opinion and order, and expects that they will be issued soon. The Court appreciates the parties' and the state court's patience in the meantime.

**Signed on July 13, 2023**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge