UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Bankruptcy Case No. 13-53846<br><br>Judge Thomas J. Tucker<br><br>Chapter 9 |

**STIPULATION TO EXTEND TIME FOR THE CITY OF DETROIT TO FILE ITS REPLY BRIEF IN SUPPORT OF ITS MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE BAR DATE AND CONFIRMATION ORDER AGAINST DARELL CHANCELLOR**

The City of Detroit, Michigan and Darell Chancellor, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The City of Detroit ("City") filed its *Motion for the Entry of an Order Enforcing the Bar Date and Confirmation Order Against Darell Chancellor* in this Court on April 28, 2023. ("Motion") [Doc. No. 13691].

2. On June 9, 2023, Darell Chancellor filed his response in opposition to the Motion. [Doc. No. 13699].

3. On July 13, 2023, the Court entered an order setting the deadline of July 27, 2023, for the City to file any reply brief in support of its Motion. [Doc. No. 13708].

4. The Parties have agreed to an extension of time for the City to file its reply brief in support of the Motion through and including August 9, 2023.

5. WHEREFORE, the Parties respectfully request that the Court enter an order in substantially the same form as the one attached as **Exhibit 1** ordering that the City's deadline to file its reply brief in support of the Motion is extended through and including August 9, 2023.

STIPULATED AND AGREED TO ON July 24, 2023:

| JOHNSON LAW, PLC | MILLER, CANFIELD, PADDOCK & STONE, P.L.C. |
|---|---|
| By: /s/*Aristidi D. Papaioannou*<br>Aristidi D. Papaioannou (P81049)<br>Ayanna D. Hatchett (P70055)<br>Ven R. Johnson (P39219)<br>The Buhl Building<br>535 Griswold, Ste. 2600<br>Detroit, MI 48226<br>(313) 324. 8300<br>ahatchett@venjohnsonlaw.com<br>vjohnson@venjohnsonlaw.com<br>apapaioannou@venjohnsonlaw.com<br><br>*Attorneys for Darell Chancellor* | By: /s/Marc N. Swanson<br>Marc N. Swanson (71149)<br>Megan R. Baxter (P81945)<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Telephone: (313) 496-7591<br>Fax: (313) 496-8451<br>swansonm@millercanfield.com<br>baxter@millercanfield.com<br><br>*Attorneys for City of Detroit* |

# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Bankruptcy Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER APPROVING STIPULATION TO EXTEND TIME FOR THE CITY OF DETROIT TO FILE ITS REPLY BRIEF IN SUPPORT OF ITS MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE BAR DATE AND CONFIRMATION ORDER AGAINST**
<u>**DARELL CHANCELLOR**</u>

Upon the *Stipulation to Extend Time for the City of Detroit to File Its Reply Brief in Support of Its Motion for the Entry of an Order Enforcing the Bar Date and Confirmation Order Against Darell Chancellor* ("<u>Stipulation</u>").[1] The Court finds good cause to enter this Order.

IT IS ORDERED THAT the City's deadline to file its reply brief in support of the Motion is extended through and including August 9, 2023.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Stipulation.