UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Case No. 13-53846<br><br>Judge Thomas J. Tucker<br><br>Chapter 9 |

# ORDER APPROVING STIPULATION TO EXTEND TIME FOR THE CITY OF DETROIT TO FILE ITS REPLY BRIEF IN SUPPORT OF ITS MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE BAR DATE AND CONFIRMATION ORDER AGAINST DARELL CHANCELLOR

Based on the stipulation filed July 24, 2023, entitled "Stipulation to Extend Time for the City of Detroit to File Its Reply Brief in Support of Its Motion for the Entry of an Order Enforcing the Bar Date and Confirmation Order Against Darell Chancellor" (Docket # 13771, the "Stipulation"),.[1] the Court finds good cause to enter this Order.

IT IS ORDERED THAT the City's deadline to file its reply brief in support of the Motion is extended through and including August 9, 2023.

**Signed on July 24, 2023**



/s/ Thomas J. Tucker
_____
Thomas J. Tucker
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Stipulation.