# EXHIBIT 6B

# Federal Court Lawsuit Docket

40916945.7/022765.00213

**Query**    **Reports**    **Utilities**    **Help**    **Log Out**

# U.S. District Court
## Eastern District of Michigan (Detroit)
### CIVIL DOCKET FOR CASE #: 2:20-cv-12986-GAD-APP

Cadoura v. City of Detroit, a Municipal entity  
Assigned to: District Judge Gershwin A. Drain  
Referred to: Magistrate Judge Anthony P. Patti  
Demand: $75,000  
Cause: 42:2003 Job Discrimination  

Date Filed: 11/05/2020  
Jury Demand: Both  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question  

**Plaintiff**

**Richard Cadoura**    represented by    **Carla D. Aikens**
Carla D. Aikens, P.C.
615 Griswold Street
Suite 709
Detroit, MI 48226
8448352993
Fax: 8774541680
Email: carla@aikenslawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City of Detroit, a Municipal entity**    represented by    **Andrae D Smith**
City of Detroit
Law Department
2 Woodward Avenue
Suite 500
Detroit, MI 48226
313-237-3088
Email: smithand@detroitmi.gov
*ATTORNEY TO BE NOTICED*

**Jason McFarlane**
City of Detroit Law Department
2 Woodward Avenue
Suite 500
Detroit, MI 48226
313-237-0548
Fax: 313-224-5505
Email: mcfaj@detroitmi.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/05/2020 | 1 | COMPLAINT filed by Richard Cadoura against City of Detroit, a Municipal entity with Jury Demand. Plaintiff requests summons issued. Receipt No: AMIEDC-8149194 - Fee: $ 400. County of 1st Plaintiff: Wayne - County Where Action Arose: Wayne - County of 1st Defendant: Wayne. [Previously dismissed case: No] [Possible companion case(s): None] (Aikens, Carla) (Entered: 11/05/2020) |
| 11/06/2020 | 2 | SUMMONS Issued for *City of Detroit, a Municipal entity* (DAll) (Entered: 11/06/2020) |
| 11/06/2020 |  | A United States Magistrate Judge of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form is available for download at http://www.mied.uscourts.gov (DAll) (Entered: 11/06/2020) |
| 01/25/2021 | 3 | ATTORNEY APPEARANCE: Jason McFarlane appearing on behalf of City of Detroit, a Municipal entity (McFarlane, Jason) (Entered: 01/25/2021) |
| 01/25/2021 | 4 | ATTORNEY APPEARANCE: Andrae D Smith appearing on behalf of City of Detroit, a Municipal entity (Smith, Andrae) (Entered: 01/25/2021) |
| 02/01/2021 | 5 | MOTION for Judgment *on the Pleadings* by City of Detroit, a Municipal entity. (Attachments: # 1 Index of Exhibits, # 2 Exhibit EEOC CHARGE, # 3 Exhibit Agency Wide Questions, # 4 Exhibit Notice of Resignation) (McFarlane, Jason) Modified on 9/29/2021 (TMcg). (Entered: 02/01/2021) |
| 02/22/2021 | 6 | MOTION for Extension of Time to File Response/Reply as to 5 MOTION for Judgment *on the Pleadings* by Richard Cadoura. (Aikens, Carla) (Entered: 02/22/2021) |
| 02/26/2021 |  | TEXT-ONLY ORDER Granting 6 MOTION for Extension of Time to File Response/Reply as to 5 MOTION for Judgment *on the Pleadings* filed by Richard Cadoura. Signed by District Judge Gershwin A. Drain. (TMcg) (Entered: 02/26/2021) |
| 03/10/2021 | 7 | STIPULATION AND ORDER Extending Dates and Deadlines 5 MOTION for Judgment *on the Pleadings*, Set Motion and R&R Deadlines/Hearings as to 5 MOTION for Judgment *on the Pleadings* :( **Response due by 3/22/2021, Reply due by 4/5/2021**) Signed by District Judge Gershwin A. Drain. (TMcg) (Entered: 03/10/2021) |
| 03/22/2021 | 8 | RESPONSE to 5 MOTION for Judgment *on the Pleadings* filed by Richard Cadoura. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Aikens, Carla) (Entered: 03/22/2021) |
| 04/01/2021 | 9 | REPLY to Response re 5 MOTION for Judgment *on the Pleadings* filed by City of Detroit, a Municipal entity. (McFarlane, Jason) (Entered: 04/01/2021) |
| 04/22/2021 | 10 | |

| | | |
|---|---|---|
| | | NOTICE OF HEARING on 5 MOTION for Judgment *on the Pleadings*. **Motion Hearing set for 7/27/2021 at 3:00 PM before District Judge Gershwin A. Drain** (TMcg) (Entered: 04/22/2021) |
| 07/26/2021 | 11 | NOTICE OF HEARING BY VIDEO CONFERENCE on 5 MOTION for Judgment *on the Pleadings*. **Motion Hearing set for 7/27/2021 at 3:00 PM before District Judge Gershwin A. Drain** |Zoom Webinar Information: https://www.zoomgov.com/j/1610103156?pwd=ZjNZcitET284TzY4ZUlBR2dDLzQ0UT09 Passcode: 051135 Or One tap mobile : US: +16692545252,,1610103156# or +16468287666,,1610103156#| (TMcg) (Entered: 07/26/2021) |
| 07/27/2021 | 12 | NOTICE OF HEARING BY VIDEO CONFERENCE on 5 MOTION for Judgment *on the Pleadings*. **Motion Hearing reset for 8/4/2021 at 3:00 PM before District Judge Gershwin A. Drain** |Zoom Webinar Information: https://www.zoomgov.com/j/1610103156?pwd=ZjNZcitET284TzY4ZUlBR2dDLzQ0UT09 Passcode: 051135 Or One tap mobile : US: +16692545252,,1610103156# or +16468287666,,1610103156#| (TMcg) (Entered: 07/27/2021) |
| 08/04/2021 | | Minute Entry for proceedings before District Judge Gershwin A. Drain: Zoom Motion Hearing held on 8/4/2021 re 5 MOTION for Judgment *on the Pleadings* filed by City of Detroit, a Municipal entity Disposition: Motion taken under advisement (Court Reporter: Merilyn Jones) (TMcg) (Entered: 08/04/2021) |
| 09/29/2021 | 13 | ORDER Denying Defendant's 5 MOTION for Judgment *on the Pleadings* Without Prejudice and Requiring Supplement Briefing, Set Motion and R&R Deadlines/Hearings as to 5 MOTION for Judgment *on the Pleadings* : (**Discovery Relating to Exhaustion due: 11/26/2021; Defendant's Renewed Motion for Judgment on the Pleadings due: 12/10/2021; Response due by 12/27/2021**, **Reply due by 1/5/2022**) Signed by District Judge Gershwin A. Drain. (TMcg) (Entered: 09/29/2021) |
| 10/28/2021 | 14 | TRANSCRIPT of Motion Hearing held on 8/04/2021. (Court Reporter: Merilyn J. Jones) (Number of Pages: 17) The parties have 21 days to file with the court and Court Reporter a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 11/18/2021. Redacted Transcript Deadline set for 11/29/2021. Release of Transcript Restriction set for 1/26/2022. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/www.transcriptorders.com before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Jones, M) (Entered: 10/28/2021) |
| 10/29/2021 | 15 | MOTION for Reconsideration re 13 Order,,, Set Motion and R&R Deadlines/Hearings,, by Richard Cadoura. (Aikens, Carla) (Entered: 10/29/2021) |
| 12/10/2021 | 16 | Renewed MOTION for Judgment *on the Pleadings* by City of Detroit, a Municipal entity. (Attachments: # 1 Index of Exhibits, # 2 Exhibit EEOC Complaint, # 3 Exhibit Email and Intake Questionnaire, # 4 Exhibit Charge |

| | | |
|---|---|---|
| | | Detail Inquiry, # 5 Exhibit Email Chain) (McFarlane, Jason) (Entered: 12/10/2021) |
| 12/13/2021 | 17 | NOTICE OF IN PERSON HEARING on 16 Renewed MOTION for Judgment *on the Pleadings*. **Motion Hearing set for 3/3/2022 at 2:00 PM before District Judge Gershwin A. Drain** (TMcg) (Entered: 12/13/2021) |
| 12/27/2021 | 18 | RESPONSE to 16 Renewed MOTION for Judgment *on the Pleadings* filed by Richard Cadoura. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Aikens, Carla) (Entered: 12/27/2021) |
| 02/22/2022 | | TEXT-ONLY NOTICE: Motion Hearing on 3/3/2022 is Cancelled re 17 Notice of Hearing on Motion (TMcg) (Entered: 02/22/2022) |
| 02/28/2022 | 19 | NOTICE OF IN PERSON HEARING on 16 Renewed MOTION for Judgment *on the Pleadings*, 15 MOTION for Reconsideration re 13 Order,,, Set Motion and R&R Deadlines/Hearings,, . **Motion Hearing reset for 4/14/2022 at 10:00 AM before District Judge Gershwin A. Drain** (TMcg) (Entered: 02/28/2022) |
| 04/08/2022 | 20 | OPINION and ORDER Denying 16 Renewed MOTION for Judgment i>on the Pleadings Denying Partial 15 MOTION for Reconsideration re 13 Order, and Setting a Scheduling Conference (**Scheduling Conference set for 4/14/2022 at 9:30 AM before District Judge Gershwin A. Drain**) Signed by District Judge Gershwin A. Drain. (TMcg) (Entered: 04/08/2022) |
| 04/14/2022 | 21 | NOTICE TO APPEAR BY VIDEO CONFERENCE: **Scheduling Conference reset for 4/19/2022 at 1:30 PM before District Judge Gershwin A. Drain** (TMcg) (Entered: 04/14/2022) |
| 04/19/2022 | | Minute Entry for virtual proceedings before District Judge Gershwin A. Drain: Scheduling Conference held on 4/19/2022 (Court Reporter: None Present, Not on the Record) (TMcg) (Entered: 04/19/2022) |
| 04/20/2022 | 22 | SCHEDULING ORDER: **Discovery due by 10/14/2022 Dispositive Motion Cut-off set for 11/15/2022 Final Pretrial Conference set for 3/29/2023 at 2:00 PM before District Judge Gershwin A. Drain Jury Trial set for 4/4/2023 at 9:00 AM before District Judge Gershwin A. Drain** Signed by District Judge Gershwin A. Drain. (Refer to image for additional dates) (TMcg) (Entered: 04/20/2022) |
| 04/20/2022 | 23 | ORDER REFERRING OTHER MATTERS to Magistrate Judge Patti : Settlement Conference. Signed by District Judge Gershwin A. Drain. (TMcg) (Entered: 04/20/2022) |
| 04/25/2022 | 24 | NOTICE TO APPEAR IN PERSON: **Settlement Conference set for 2/10/2023 01:30 PM before Magistrate Judge Anthony P. Patti** (MWil) (Entered: 04/25/2022) |
| 04/25/2022 | 25 | ANSWER to Complaint with Affirmative Defenses with Jury Demand by City of Detroit, a Municipal entity. (McFarlane, Jason) (Entered: 04/25/2022) |
| 09/03/2022 | 26 | WITNESS LIST by Richard Cadoura (Aikens, Carla) (Entered: 09/03/2022) |
| 09/06/2022 | 27 | WITNESS LIST by City of Detroit, a Municipal entity (McFarlane, Jason) (Entered: 09/06/2022) |

| 09/07/2022 | 28 | STIPULATION by Richard Cadoura (Aikens, Carla) (Entered: 09/07/2022) |
|---|---|---|
| 09/07/2022 | | TEXT-ONLY ORDER Striking 28 Stipulation filed by Richard Cadoura for Violation of ECF of the Policies and Procedures. Signed by District Judge Gershwin A. Drain. (TMcg) (Entered: 09/07/2022) |
| 09/20/2022 | 29 | STIPULATION AND ORDER Extending Deadline the Scheduling Facilitation Signed by District Judge Gershwin A. Drain. (TMcg) (Entered: 09/20/2022) |
| 09/21/2022 | 30 | [STRICKEN] STIPULATION by Richard Cadoura (Aikens, Carla) Modified on 9/26/2022 (TMcg). (Entered: 09/21/2022) |
| 09/26/2022 | | TEXT-ONLY ORDER Striking 30 Stipulation filed by Richard Cadoura for Violation of R12 of the ECF Policies and Procedures. Signed by District Judge Gershwin A. Drain. (TMcg) (Entered: 09/26/2022) |
| 11/18/2022 | 31 | STIPULATION AND ORDER to Extend Dates by an Additional Sixty (60) Days, ( **Discovery due by 12/14/2022, Dispositive Motion Cut-off reset for 1/16/2023, Final Pretrial Conference reset for 5/1/2023 at 2:00 PM before District Judge Gershwin A. Drain, Jury Trial reset for 6/5/2023 at 9:00 AM before District Judge Gershwin A. Drain**) Signed by District Judge Gershwin A. Drain. (TMcg) (Entered: 11/18/2022) |
| 11/21/2022 | 32 | NOTICE TO APPEAR IN PERSON: **Settlement Conference reset for 4/26/2023 at 01:30 PM before Magistrate Judge Anthony P. Patti**. **Settlement statements are due by 4/19/23.** Please refer to Judge Patti's Settlement Conference Practice guidelines available at https://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=51 (LHos) (Entered: 11/21/2022) |
| 01/13/2023 | 33 | MOTION for Summary Judgment by City of Detroit, a Municipal entity. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1 - Plaintiff Discipline Summary, # 3 Exhibit 2 - Chief Jerald James letter to 2nd Deputy Commissioner Sydney Zack, # 4 Exhibit 3 - Plaintiff February 2013 Disciplinary Contacts, # 5 Exhibit 4 - Plaintiff Resignation, # 6 Exhibit 5 - Plaintiff Bankruptcy Claim #682, # 7 Exhibit 6 - Order Disallowing and Expunging Plaintiff Bankruptcy Claim #682, # 8 Exhibit 7 - Plaintiff November 2017 Emergency Medical Technician Application, # 9 Exhibit 8 - Plaintiff Resum, # 10 Exhibit 9 - December 4, 2017 Physical Agility Test Letter, # 11 Exhibit 10 - December 19, 2017 Conditional Offer Letter, # 12 Exhibit 11 - January 13, 2018 City of Detroit Letter to Plaintiff, # 13 Exhibit 12 - Plaintiffs Deposition, # 14 Exhibit 13 - Plaintiff August 22, 2019 EEOC Charge, # 15 Exhibit 14 - Larkins email to Crosson, # 16 Exhibit 15 - Kemia Crosson email to Tara Brin, # 17 Exhibit 16 - Kemia Crosson email to Lesa Kent, # 18 Exhibit 17 - Brown Deposition) (McFarlane, Jason) (Entered: 01/13/2023) |
| 01/27/2023 | 34 | NOTICE OF IN PERSON HEARING on 33 MOTION for Summary Judgment . **Motion Hearing set for 5/8/2023 at 3:00 PM before District Judge Gershwin A. Drain** (TMcg) (Entered: 01/27/2023) |
| 02/13/2023 | 35 | STIPULATED ORDER to Extend the Deadline for Plaintiff's Response to Defendant's 33 MOTION for Summary Judgment Signed by District Judge Gershwin A. Drain. (TMcg) (Entered: 02/13/2023) |

| 02/17/2023 | 36 | RESPONSE to 33 MOTION for Summary Judgment filed by Richard Cadoura. (Aikens, Carla) (Entered: 02/17/2023) |
|---|---|---|
| 02/18/2023 | 37 | RESPONSE to 33 MOTION for Summary Judgment *CORRECTED AND WITH EXHIBITS* filed by Richard Cadoura. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 D, # 6 E, # 7 F, # 8 G, # 9 Exhibit H) (Aikens, Carla) (Entered: 02/18/2023) |
| 03/03/2023 | 38 | REPLY to Response re 33 MOTION for Summary Judgment filed by City of Detroit, a Municipal entity. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1 Larkins Affidavit, # 3 Exhibit 2 Olkowski Affidavit) (McFarlane, Jason) (Entered: 03/03/2023) |
| 04/25/2023 | | TEXT-ONLY NOTICE: Final Pretrial Conference Hearing on 5/1/2023 is Cancelled re 31 Stipulation and Order,,, Set Scheduling Order Deadlines,, (TMcg) (Entered: 04/25/2023) |
| 04/26/2023 | | Minute Entry for in-person proceedings before Magistrate Judge Anthony P. Patti: Settlement Conference held on 4/26/2023. Disposition: No settlement reached. (Court Reporter: None Present, Not on the Record) (LHos) (Entered: 04/26/2023) |
| 05/03/2023 | | Set/Reset Deadlines as to 33 MOTION for Summary Judgment . **Motion Hearing reset for 5/24/2023 at 11:00 AM before District Judge Gershwin A. Drain** (TMcg) (Entered: 05/03/2023) |
| 05/22/2023 | | Set/Reset Deadlines as to 33 MOTION for Summary Judgment . **Motion Hearing reset for 6/12/2023 at 11:00 AM before District Judge Gershwin A. Drain** (TMcg) (Entered: 05/22/2023) |
| 06/02/2023 | | TEXT-ONLY NOTICE: Jury Trial on 6/5/2023 is Cancelled re 31 Stipulation and Order,,, Set Scheduling Order Deadlines,, [PENDING MOTION FOR SUMMARY JUDGMENT] (TMcg) (Entered: 06/02/2023) |
| 06/08/2023 | 39 | OPINION and ORDER Denying Defendant's 33 MOTION for Summary Judgment *and Setting New Dates*, (**Final Pretrial Conference reset for 8/21/2023 at 2:00 PM before District Judge Gershwin A. Drain, Jury Trial reset for 9/12/2023 at 9:00 AM before District Judge Gershwin A. Drain**) Signed by District Judge Gershwin A. Drain. (TMcg) (Entered: 06/08/2023) |
| 06/30/2023 | 40 | MOTION for Amended Judgment re 39 Memorandum Opinion & Order,, Set Scheduling Order Deadlines, by City of Detroit, a Municipal entity. (Attachments: # 1 Exhibit 1 - Resignation Form) (McFarlane, Jason) (Entered: 06/30/2023) |
| 07/07/2023 | 41 | STIPULATION AND ORDER REGARDING FACILITATION re 39 Memorandum Opinion & Order,, Set Scheduling Order Deadlines, Signed by District Judge Gershwin A. Drain. (TMcg) (Entered: 07/07/2023) |
| 07/14/2023 | 42 | ORDER Denying Defendant's 40 Motion Motion for Amended Judgment. Signed by District Judge Gershwin A. Drain. (TMcg) (Entered: 07/14/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/28/2023 14:43:44 | | | |
| PACER Login: | mcps3037 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:20-cv-12986-GAD-APP |
| Billable Pages: | 5 | Cost: | 0.50 |