# EXHIBIT 6G

# Human Resources Rule 15, Reinstatement

40916945.7/022765.00213

# HUMAN RESOURCES DEPARTMENT

# RULE 15

# REINSTATEMENT

### Section 1. Procedure

a. A person who has previously been in the classified service for a continuous period of not less than one year, and who resigned from such service in good standing, may submit a written application for reinstatement to the Human Resources Director, provided such application is submitted within two years after leaving City service and provided the applicant meets the other eligibility requirements as set forth in this Rule.

b. Upon receipt of such application, the Human Resources Director shall investigate the circumstances of the applicant's former employment with the City including obtaining of written statements from the department (or departments) in which the applicant was previously employed during the last twelve months of employment in City service. In addition, if the applicant seek reinstatement to a class in an occupational series other than the one he/she was employed in during the last twelve months of employment, then such statements shall also be requested from the latest department employing the applicant in that occupational series.

The statements from the former employing department(s) shall relate to the character of service and demonstrated work habits of the applicant and shall include a specific recommendation as to whether or not the employee's request for reinstatement should be granted.

c. In the event the Human Resources Director shall determine that reinstatement of the applicant would be in the best interests of City service, the former employee's name shall be placed on the preferred eligible register for the classification in which the employee last held permanent status, or alternatively, upon written request of the former employee, the Human Resources Director may place the former employee's name on the preferred eligible register for an equivalent or lower class in which the former employee previously held permanent status in lieu of placement on the preferred eligible register in which he/she last held permanent status.

### Section 2. Explanation of Eligibility Requirements

a. Written Application – All requests for reinstatement must be made in writing on forms prescribed by the Human Resources Director.

b. Service Requirement – The requirement of not less than one year of service shall mean a period of not less than 2080 hours of paid time in a calendar period of at least twelve months, as a certified employee in the classified service. However, if a person requests reinstatement to a special service classification, the service requirement shall be construed as satisfactory completion of the prescribed probation period for the special service class.

c. Period of Eligibility – The two year period cited in Section (1) above shall be considered as commencing with the first day the employee is off the payroll for any reason, including leaves of absence. In the instance of employees resigning while on departmental or official leave of absence or at the termination of such leave, payment for unliquidated vacation or other time will not be considered as affecting the commencement of the eligibility period.

d. Good Standing – To be eligible for reinstatement, the former employee must have resigned in "good standing". "Good standing" shall mean a record of good work performance as determined by the Human Resources Director based upon the report(s) from the previous employing department(s) as described in Section (1), and other relevant information available to the Human Resources Director.

e. Time of Application – Applications for reinstatement will not be accepted for a period of ninety (90) days following resignation.

**Section 3. Other Conditions of Reinstatement:**

a. Seniority – Persons re-employed as a result of reinstatement shall not receive any seniority credit for previous service nor any benefits based on seniority for previous service.

b. Physical Requirements – An applicant for reinstatement must be physically and mentally capable of performing all the duties of the classification for which he seeks reemployment.

c. Second Reinstatements – A person is eligible for reemployment as a result of reinstatement only once. However, if the reinstated employee leaves City employment the second time and returns to City service by open-competitive examination and subsequently resigns, he/she may again apply for reinstatement provided the applicant meets the requirements as set forth in this Rule.

### Section 4. Denial of Application for Reinstatement:

A person whose application for reinstatement is denied may review the reason(s) for such denial and may submit a written request for reconsideration to the Human Resources Director within ten (10) days after receiving notice of such denial. The Human Resources Director shall review the matter and inform the applicant of the results of such review. The Human Resources Director's decision after such reconsideration shall be final.

Where an application for reinstatement has previously been denied, a second application will not be accepted unless accompanied by a written communication for a department which had submitted a report of previous employment clearly stating that certain adverse statements concerning the applicant's previous employment were erroneous, inaccurate or incomplete, and the circumstances which gave rise to submission of the previous report.

C.S.C. Adopted: 11/13/79
Number Changed: 04/22/80 (Previously Designated as Rule XXI)
Revised: 5/19/04 (Deleted Residency Requirements)