# EXHIBIT 6B

# Federal Court Lawsuit Docket

40945379.5/022765.00213

# U.S. District Court
## Eastern District of Michigan (Ann Arbor)
### CIVIL DOCKET FOR CASE #: 5:23-cv-11547-JEL-EAS

| | |
|---|---|
| Nixon v. Detroit, City of et al | Date Filed: 06/28/2023 |
| Assigned to: District Judge Judith E. Levy | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Elizabeth A. Stafford | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**Kenneth Nixon**     represented by     **Gayle Horn**
Loevy & Loevy
ATTN Lauren Lobata
311 North Aberdeen Street
Ste 3rd Floor
Chicago, IL 60607
312-243-5900
Email: gayle@loevy.com
*ATTORNEY TO BE NOTICED*

**Isabella Aguilar**
Loevy & Loevy
311 N. Aberdeen St.
Chicago, IL 60607
630-362-8285
Email: aguilar@loevy.com
*ATTORNEY TO BE NOTICED*

**Julie H. Hurwitz**
Goodman and Hurwitz, P.C.
1394 E. Jefferson Avenue
Detroit, MI 48207
313-567-6170
Fax: 313-567-4827
Email: jhurwitz@goodmanhurwitz.com
*ATTORNEY TO BE NOTICED*

**Kathryn Bruner James**
Goodman and Hurwitz, P.C.
1394 E. Jefferson Avenue
Detroit, MI 48207
313-567-6170
Fax: 313-567-4827
Email: kjames@goodmanhurwitz.com
*ATTORNEY TO BE NOTICED*

**Jon Loevy**
Loevy & Loevy
311 N. Aberdeen St.
3rd FL
Chicago, IL 60607
312-243-5900
Fax: 312-243-5902
Email: jon@loevy.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Detroit, City of**

**Defendant**

**Moises Jimenez**     represented by     **Andrea M. Frailey**
*Detective*     Nathan & Kamionski LLP
500 Griswold
Detroit, MI 48226

313-335-3818
Fax: 313-769-7097
Email: afrailey@nklawllp.com
*ATTORNEY TO BE NOTICED*

**Avi Kamionski**
Nathan & Kamionski LLP
33 W. Monroe
Suite 1830
Chicago, IL 60603
312-612-1928
Email: akamionski@nklawllp.com
*ATTORNEY TO BE NOTICED*

**Christopher J. Raiti**
Nathan & Kamionski LLP
500 Griswold
Ste 2300
Detroit, MI 48226
313-335-3811
Fax: 312-448-6099
Email: craiti@nklawllp.com
*ATTORNEY TO BE NOTICED*

**Kristine Baker**
Nathan & Kamionski LLP
500 Griswold
Ste 2300
Detroit, MI 48226
313-335-3783
Fax: 313-769-7097
Email: kbaker@nklawllp.com
*ATTORNEY TO BE NOTICED*

**Shneur Zalman Nathan**
Nathan & Kamionski LLP
33 W. Monroe
Suite 1830
Chicago, IL 11803
312-612-1955
Email: snathan@nklawllp.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**James Tolbert**
*Commander*

represented by **Shneur Zalman Nathan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kurtiss Staples**
*Detective*

represented by **Andrea M. Frailey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Avi Kamionski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher J. Raiti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristine Baker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eddie Croxton**
*Sgt.*

represented by **Andrea M. Frailey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Avi Kamionski**
(See above for address)

|  |  | ATTORNEY TO BE NOTICED |
|  |  | **Christopher J. Raiti**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Kristine Baker**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Shneur Zalman Nathan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

### Defendant

| **Alma Hughes-Grubbs**<br>*Officer* | represented by | **Andrea M. Frailey**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Avi Kamionski**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Christopher J. Raiti**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Kristine Baker**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Shneur Zalman Nathan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

### Defendant

**John Doe**
*Other As-Of-Yet Unknown Employees of the City of Detroit*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/28/2023 | 1 | COMPLAINT filed by Kenneth Nixon against All Defendants with Jury Demand. Plaintiff requests summons issued. Receipt No: AMIEDC-9399746 - Fee: $ 402. County of 1st Plaintiff: Macomb - County Where Action Arose: Wayne - County of 1st Defendant: Wayne. [Previously dismissed case: No] [Possible companion case(s): None] (Loevy, Jon) (Entered: 06/28/2023) |
| 06/28/2023 |  | A United States Magistrate Judge of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form is available for download at http://www.mied.uscourts.gov (KBro) (Entered: 06/28/2023) |
| 06/28/2023 | 2 | SUMMONS Issued for * All Defendants * (KBro) (Entered: 06/28/2023) |
| 06/28/2023 | 3 | ATTORNEY APPEARANCE: Kathryn Bruner James appearing on behalf of Kenneth Nixon (James, Kathryn) (Entered: 06/28/2023) |
| 06/28/2023 | 4 | ATTORNEY APPEARANCE: Julie H. Hurwitz appearing on behalf of Kenneth Nixon (Hurwitz, Julie) (Entered: 06/28/2023) |
| 07/14/2023 | 5 | CERTIFICATE of Service/Summons Returned Executed. Detroit, City of served on 7/13/2023, answer due 8/3/2023. (Hurwitz, Julie) (Entered: 07/14/2023) |
| 07/14/2023 | 6 | ATTORNEY APPEARANCE: Isabella Aguilar appearing on behalf of Kenneth Nixon (Aguilar, Isabella) (Entered: 07/14/2023) |
| 07/26/2023 | 7 | NOTICE of Appearance by Gayle Horn on behalf of Kenneth Nixon. (Horn, Gayle) (Entered: 07/26/2023) |
| 07/26/2023 | 8 | CERTIFICATE OF SERVICE by Kenneth Nixon *as to James Tolbert* (Hurwitz, Julie) [Summons returned executed] Modified on 7/27/2023 (NAhm). (Entered: 07/26/2023) |
| 07/26/2023 | 9 | CERTIFICATE OF SERVICE by Kenneth Nixon *as to Kurtiss Staples* (Hurwitz, Julie) [Summons returned executed] Modified on 7/27/2023 (NAhm). (Entered: 07/26/2023) |

| Date | # | Description |
|---|---|---|
| 07/26/2023 | 10 | CERTIFICATE OF SERVICE by Kenneth Nixon *as to Moises Jiminez* (Hurwitz, Julie) [Summons returned executed] Modified on 7/27/2023 (NAhm). (Entered: 07/26/2023) |
| 07/26/2023 | 11 | CERTIFICATE OF SERVICE by Kenneth Nixon *as to Alma Hughes Grubbs* (Hurwitz, Julie) [Summons returned executed] Modified on 7/27/2023 (NAhm). (Entered: 07/26/2023) |
| 08/03/2023 | 12 | STIPULATED ORDER to Extend Time for Defendant City of Detroit to Respond to Complaint. **Response due by 9/2/2023** Signed by District Judge Judith E. Levy. (EPar) (Entered: 08/03/2023) |
| 08/03/2023 | 13 | NOTICE of Appearance by Christopher J. Raiti on behalf of Moises Jimenez, Kurtiss Staples. (Raiti, Christopher) (Entered: 08/03/2023) |
| 08/03/2023 | 14 | NOTICE of Appearance by Avi Kamionski on behalf of Moises Jimenez, Kurtiss Staples. (Kamionski, Avi) (Entered: 08/03/2023) |
| 08/03/2023 | 15 | NOTICE of Appearance by Shneur Zalman Nathan on behalf of Moises Jimenez, James Tolbert. (Nathan, Shneur) (Entered: 08/03/2023) |
| 08/03/2023 | 16 | NOTICE of Appearance by Kristine Baker on behalf of Moises Jimenez, Kurtiss Staples. (Baker, Kristine) (Entered: 08/03/2023) |
| 08/03/2023 | 17 | NOTICE of Appearance by Andrea M. Frailey on behalf of Moises Jimenez, Kurtiss Staples. (Frailey, Andrea) (Entered: 08/03/2023) |
| 08/04/2023 | 18 | NOTICE of Appearance by Christopher J. Raiti on behalf of Alma Hughes-Grubbs. (Raiti, Christopher) (Entered: 08/04/2023) |
| 08/04/2023 | 19 | NOTICE of Appearance by Avi Kamionski on behalf of Alma Hughes-Grubbs. (Kamionski, Avi) (Entered: 08/04/2023) |
| 08/04/2023 | 20 | NOTICE of Appearance by Shneur Zalman Nathan on behalf of Alma Hughes-Grubbs. (Nathan, Shneur) (Entered: 08/04/2023) |
| 08/04/2023 | 21 | NOTICE of Appearance by Kristine Baker on behalf of Alma Hughes-Grubbs. (Baker, Kristine) (Entered: 08/04/2023) |
| 08/04/2023 | 22 | NOTICE of Appearance by Andrea M. Frailey on behalf of Alma Hughes-Grubbs. (Frailey, Andrea) (Entered: 08/04/2023) |
| 08/08/2023 | 23 | NOTICE of Appearance by Avi Kamionski on behalf of Eddie Croxton. (Kamionski, Avi) (Entered: 08/08/2023) |
| 08/08/2023 | 24 | NOTICE of Appearance by Shneur Zalman Nathan on behalf of Eddie Croxton. (Nathan, Shneur) (Entered: 08/08/2023) |
| 08/08/2023 | 25 | NOTICE of Appearance by Christopher J. Raiti on behalf of Eddie Croxton. (Raiti, Christopher) (Entered: 08/08/2023) |
| 08/08/2023 | 26 | NOTICE of Appearance by Kristine Baker on behalf of Eddie Croxton. (Baker, Kristine) (Entered: 08/08/2023) |
| 08/08/2023 | 27 | NOTICE of Appearance by Andrea M. Frailey on behalf of Eddie Croxton. (Frailey, Andrea) (Entered: 08/08/2023) |
| 08/09/2023 | 28 | STIPULATED ORDER Extending Time for Defendants Croxton, Hughes-Grubbs, Jimenez, Staples, and Tolbert to Answer 1 Complaint; **Responsive Pleading due by 9/18/2023, Signed by District Judge Judith E. Levy. (WBar) (Entered: 08/09/2023)** |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/23/2023 10:15:21 | | | |
| **PACER Login:** | mcps3037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:23-cv-11547-JEL-EAS |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |