UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

    Debtor.
_____/

Chapter 9

Case No. 13-53846

Hon. Thomas J. Tucker

### REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

**PLEASE TAKE NOTICE** that John D. VanDeventer of the Michigan Department of Attorney General request to be removed from receiving electronic notices on behalf of the Michigan Department of the Attorney General, in the above captioned matter. Notice is being received at the following email address:

jvandeventer@jenner.com

DATED: August 25, 2023

Respectfully submitted,

/s/ *John D. VanDeventer*

John D. VanDeventer
MICHIGAN DEPARTMENT OF
ATTORNEY GENERAL
G. Mennen Williams Building
525 W. Ottawa Street
P.O. Box 30212
Lansing, MI 48909
(517) 335-7622
jvandeventer@jenner.com

／s/ *Fadwa Hammoud*
Fadwa Hammoud
MICHIGAN DEPARTMENT OF
ATTORNEY GENERAL
Cadillac Place, 10th Floor
3030 W. Grand Blvd., Ste. 10-200
Detroit, MI 48202
(313) 456-0240
hammoudf1@michigan.gov

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CITY OF DETROIT, MICHIGAN,

    Debtor.
_____/

Chapter 9

Case No. 13-53846

Hon. Thomas J. Tucker

**CERTIFICATE OF SERVICE**

I, John D. VanDeventer, certify that I caused a copy of the foregoing *Request to Be Removed from Receiving Electronic Notices* to be served upon all counsel of record via e-mail through the Court's ECF notification system on August 25, 2023

*/s/ John D. VanDeventer*
MICHIGAN DEPARTMENT OF
ATTORNEY GENERAL
G. Mennen Williams Building
525 W. Ottawa Street
P.O. Box 30212
Lansing, MI 48909
(517) 335-7622

3