UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

    Chapter 9

CITY OF DETROIT, MICHIGAN,

    Case No. 13-53846

    Debtor.

    Hon. Thomas J. Tucker

_____/

**REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES**

**PLEASE TAKE NOTICE** that Matthew D. Harper of Eastman & Smith Ltd. request to be removed from receiving electronic notices on behalf of City of Detroit Water and Sewage Department, in the above captioned matter. Notice is being received at the following email address:

mdharper@eastmansmith.com

Respectfully submitted,

Dated: August 25, 2023

*/s/ Matthew D. Harper*
Matthew D. Harper
Eastman & Smith Ltd.
One SeaGate, 27th Floor
Toledo, Ohio 43604
(419) 241-6000
mdharper@eastmansmith.com

7074004.1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

          Chapter 9

CITY OF DETROIT, MICHIGAN,          Case No. 13-53846

    Debtor.          Hon. Thomas J. Tucker

_____/

## CERTIFICATE OF SERVICE

I, Matthew Dr. Harper, certify that I caused a copy of the foregoing ***Request to Be Removed from Receiving Electronic Notices*** to be served upon all counsel of record via e-mail through the Court's ECF notification system on August 25, 2023.

Respectfully submitted,

Dated: August 25, 2023

          */s/ Matthew D. Harper*
          Matthew D. Harper
          Eastman & Smith Ltd.
          One SeaGate, 27th Floor
          Toledo, Ohio 43604
          (419) 241-6000
          mdharper@eastmansmith.com

7074004.1