UNITED STATES BANKRUTPCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Bankruptcy Case No. 13-53846<br><br>Judge Thomas J. Tucker<br><br>Chapter 9 |

**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO DEBTOR'S MOTION TO CITY OF DETROIT'S MOTION FOR ENTRY OF AN ORDER ENFORCING THE BAR DATE ORDER AND CONFIRMATION ORDER AGAINST KENNETH NIXON**

**UPON STIPULATION** of the City of Detroit and Kenneth Nixon, by and through their attorneys, and the Court being fully advised in the premises, as follows:

The City of Detroit filed its Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Kenneth Nixon (Doc 13722) ("Motion") on August 23, 2024, and Mr. Nixon's response to the Motion is currently due within 14 days (September 6, 2023).

Mr. Nixon's counsel has requested an additional 14 days to respond due to the Labor Day holiday and intervening deadlines in other matters; counsel for the City of Detroit has agreed with the request.

The parties thus respectfully request that the Court enter an order in substantially the same form as the one attached as Exhibit A, providing that Mr. Nixon's deadline to respond to the Motion is extended to September 20, 2023.

1

Stipulated on September 5, 2023:


By: /s/ Kathryn Bruner James
     Kathryn Bruner James P71374
     Goodman Hurwitz & James, PC
     1394 Easter Jefferson Ave.
     Detroit, MI 48207
     Phone: (313) 567-6170
     Attorney for Kenneth Nixon
     kjames@goodmanhurwitz.com


By: /s/ Marc N. Swanson
     Marc N. Swanson P71149
     Miller, Canfield, Paddock, and Stone P.L.C.
     150 West Jefferson, Suite 2500
     Detroit, Michigan 48226
     Phone: (313) 496-7591
     Attorney for City of Detroit, Michigan
     swansonm@millercanfield.com

UNITED STATES BANKRUTPCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>City of Detroit, Michigan,<br><br>Debtor. | Bankruptcy Case No. 13-53846<br><br>Judge Thomas J. Tucker<br><br>Chapter 9 |

### STIPULATED ORDER TO EXTEND TIME TO FILE RESPONSE TO DEBTOR'S MOTION TO CITY OF DETROIT'S MOTION FOR ENTRY OF AN ORDER ENFORCING THE BAR DATE ORDER AND CONFIRMATION ORDER AGAINST KENNETH NIXON

Upon the stipulation of the City of Detroit and Kenneth Nixon filed on September 5, 2023; and the Court finding good cause for the entry of this Order,

**IT IS HEREBY ORDERED** that Mr. Nixon's Response to the City of Detroit's Motion filed at docket 13722 is now due by September 20, 2023.