UNITED STATES BANKRUTPCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

_____/

## NOTICE OF APPEARANCE OF COUNSEL FOR KENNETH NIXON AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned hereby files an appearance as counsel for Kenneth Nixon pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010 and 11 U.S.C. 102(1) and 1109(b), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization or other documents, filed or entered in this case be transmitted to the following attorney at the address set forth below:

**KATHERINE BRUNER JAMES**
GOODMAN HURWITZ & JAMES, PC
1394 E. Jefferson Avenue
Detroit, Michigan 48207
Phone: (313) 567-6170
Email: kjames@goodmanhurwitz.com

1

                                Respectfully submitted,

Dated: September 15, 2023    By: /s/ *Kathryn Bruner James*
                                Kathryn Bruner James P71374
                                Counsel for Kenneth Nixon
                                1394 E. Jefferson Avenue
                                Detroit, MI 48207
                                313.567.6170; Fax 313.251-6068
                                kjames@goodmanhurwitz.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 15, 2023, she served a copy of the **APPEARANCE OF KATHRYN BRUNER JAMES AS COUNSEL FOR KENNETH NIXON** upon all counsel, via electronic transmission:

Marc N. Swanson
Miller Canfield Paddock & Stone
150 W. Jefferson Avenue
Detroit, MI 48226
Email: swansonm@millercanfield.com

Gayle Horn
Loevy & Loevy
Attn: Lauren Lobata
311 N. Aberdeen St., 3rd FL
Chicago, IL 60607
Emal: gayle@loevy.com

Jon Loevy
Loevy & Loevy
311 N. Aberdeen St., 3rd FL
Chicago, IL 60607
Email: jon@loevy.com

Isabella Aguilar
Loevy & Loevy
311 N. Aberdeen St., 3rd FL
Chicago, IL 60607
aguilar@loevy.com

/s/ *Denise Bommarito*
Legal Assistant
Goodman Hurwitz & James, PC