**Exhibit 6B - Docket in the Federal Court Lawsuit**

# U.S. District Court
# Eastern District of Michigan (Ann Arbor)
# CIVIL DOCKET FOR CASE #: 5:23-cv-12243-JEL-CI

| | |
|---|---|
| Craighead v. Detroit, City of et al | Date Filed: 08/31/2023 |
| Assigned to: District Judge Judith E. Levy | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Curtis Ivy, Jr | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**Mark Craighead**     represented by    **Arthur Loevy**
Loevy & Loevy
311 North Aberdeen
3rd Floor
Chicago, IL 60607
312-243-5900
Fax: 312-243-5902
Email: arthur@loevy.com
*ATTORNEY TO BE NOTICED*

**Jon Loevy**
Loevy & Loevy
311 N. Aberdeen St.
3rd FL
Chicago, IL 60607
312-243-5900
Fax: 312-243-5902
Email: jon@loevy.com
*ATTORNEY TO BE NOTICED*

**Rachel Brady**
Loevy & Loevy Attorneys at Law
311 N Aberdeen St
3rd Floor
CHICAGO
Chicago, IL 60607
312-243-5900
Email: brady@loevy.com
*ATTORNEY TO BE NOTICED*

**Russell Ainsworth**
Loevy & Loevy
311 N Aberdeen St
Ste 3rd Fl
Chicago, IL 60607
312-243-5900
Email: russell@loevy.com
*ATTORNEY TO BE NOTICED*

**Megan Colleen Pierce**
Loevy & Loevy
311 N. Aberdeen Street
3rd Floor
Chicago, IL 60607
312-243-5900
Fax: 312-243-5902
Email: megan@loevy.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Detroit, City of**     represented by    **Marc N Swanson**
Miller, Canfield,
150 W. Jefferson Avenue
Suite 2500
Detroit, MI 48226-4415
313-496-7541
Email: swansonm@millercanfield.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Barbara Simon**     represented by    **T. Joseph Seward**
*Former Investigator*     Seward Henderson PLLC
210 E. 3rd St.
Suite 212
Royal Oak, MI 48067
248-733-3580
Email: jseward@sewardhenderson.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**James Fisher**
*Former Investigator*

represented by **T. Joseph Seward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bob Jackson**
*Former Lieutenant*

**Defendant**

**Andrew Sims**
*Polygraph Operator*

**Defendant**

**John Doe**
*Other As-Of-Yet Unknown Employees of the City of Detroit*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/31/2023 | 1 | COMPLAINT filed by Mark Craighead against All Defendants with Jury Demand. Plaintiff requests summons issued. Receipt No: AMIEDC-9476812 - Fee: $ 402. County of 1st Plaintiff: Oakland - County Where Action Arose: Wayne - County of 1st Defendant: Wayne. [Previously dismissed case: No] [Possible companion case(s): None] (Pierce, Megan) (Entered: 08/31/2023) |
| 09/01/2023 | 2 | SUMMONS Issued for * All Defendants * (NAhm) (Entered: 09/01/2023) |
| 09/01/2023 | | A United States Magistrate Judge of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form is available for download at http://www.mied.uscourts.gov (NAhm) (Entered: 09/01/2023) |
| 09/01/2023 | 3 | NOTICE of Appearance by Megan Colleen Pierce on behalf of Mark Craighead. (Pierce, Megan) (Entered: 09/01/2023) |
| 09/01/2023 | 4 | NOTICE of Appearance by Jon Loevy on behalf of Mark Craighead. (Loevy, Jon) (Entered: 09/01/2023) |
| 09/06/2023 | 5 | NOTICE of Appearance by Arthur Loevy on behalf of Mark Craighead. (Loevy, Arthur) (Entered: 09/06/2023) |
| 09/07/2023 | 6 | NOTICE of Appearance by Russell Ainsworth on behalf of Mark Craighead. (Ainsworth, Russell) (Entered: 09/07/2023) |
| 09/11/2023 | 7 | NOTICE of Appearance by Rachel Brady on behalf of Mark Craighead. (Brady, Rachel) (Entered: 09/11/2023) |
| 09/19/2023 | 8 | CERTIFICATE of Service/Summons Returned Executed. Detroit, City of served on 9/15/2023, answer due 10/6/2023. (Ainsworth, Russell) (Entered: 09/19/2023) |
| 10/03/2023 | 9 | STIPULATED ORDER Extending Time for Defendant City of Detroit to Answer 1 Complaint; Responsive Pleading due by 10/27/2023, Signed by District Judge Judith E. Levy. (WBar) (Entered: 10/03/2023) |
| 10/04/2023 | 10 | ATTORNEY APPEARANCE: Marc N Swanson appearing on behalf of Detroit, City of (Swanson, Marc) (Entered: 10/04/2023) |
| 10/06/2023 | 11 | NOTICE of Appearance by T. Joseph Seward on behalf of James Fisher. (Seward, T.) (Entered: 10/06/2023) |
| 10/06/2023 | 12 | WAIVER OF SERVICE Returned Executed. James Fisher waiver sent on 10/6/2023, answer due 12/5/2023. (Seward, T.) (Entered: 10/06/2023) |
| 10/10/2023 | 13 | NOTICE of Appearance by T. Joseph Seward on behalf of Barbara Simon. (Seward, T.) (Entered: 10/10/2023) |
| 10/10/2023 | 14 | [STRICKEN - Document not Flattened] WAIVER OF SERVICE Returned Executed. Barbara Simon waiver sent on 10/10/2023, answer due 12/11/2023. (Seward, T.) Modified on 10/12/2023 (DJen). (Entered: 10/10/2023) |
| 10/12/2023 | | NOTICE of Error directed to: T. Joseph Seward re 14 Waiver of Service Executed (60 Day). Document is not flattened and contains fillable fields. Document was stricken and must be refiled correctly. [No Image Associated with this docket entry] (DJen) (Entered: 10/12/2023) |
| 10/12/2023 | 15 | WAIVER OF SERVICE Returned Executed. (Seward, T.) (Entered: 10/12/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/20/2023 16:22:10 | | | |
| **PACER Login:** | mcps3037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:23-cv-12243-JEL-CI |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |