# Exhibit 6C - Docket of Criminal Trial, Case Number 00-007900

9/25/23, 4:42 PM  cmspublic.3rdcc.org/CaseDetail.aspx?CaseID=30989

Skip to Main Content Logout My Account Search Menu New Case Search Refine Search Back  Location : Criminal Cases  Images  Web Access Instruction Manual

# REGISTER OF ACTIONS
## CASE NO. 00-007900-01-FC

---

### PARTY INFORMATION

| | | | Attorneys |
|---|---|---|---|
| Appellate Attorney | Office, Appellate Defenders | | |
| Defendant | Craighead, Mark T | | David A. Moran<br>*Retained*<br>(734) 763-9353(W) |
| | | | Valerie R. Newman<br>*Retained*<br>(313) 967-2684(W) |
| Plaintiff | State of Michigan | | Molly A. Kettler<br>(313) 972-3380(W) |
| | | | Janet A. Napp<br>(313) 224-5777(W) |

### CHARGE INFORMATION

| Charges: Craighead, Mark T | Statute | Level | Date |
|---|---|---|---|
| 1. Homicide - Murder First Degree - Premeditated | 750316-A | . | 06/22/2000 |
| 2. Homicide - Felony Murder | 750316-B | . | 06/22/2000 |
| 3. Weapons Felony Firearm | 750227B-A | . | 06/22/2000 |
| 4. Homicide - Manslaughter - Statutory Short Form | 750321-A | . | 06/22/2000 |

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

06/23/2000 **Plea** (Judicial Officer: Costello, Robert K.)
    3. Weapons Felony Firearm
        Defendant Stand Mute: Plea of Not Guilty Entered by Court
    2. Homicide - Felony Murder
        Defendant Stand Mute: Plea of Not Guilty Entered by Court

07/06/2000 **Disposition** (Judicial Officer: Wallace, Theodore C)
    2. Homicide - Felony Murder
        Dismissed

06/25/2002 **Disposition** (Judicial Officer: Jones, Vera Massey)
    3. Weapons Felony Firearm
        Found Guilty by Jury
    1. Homicide - Murder First Degree - Premeditated
        Not Guilty by Jury
    4. Homicide - Manslaughter - Statutory Short Form
        Found Guilty by Jury

08/05/2002 **Sentence** (Judicial Officer: Jones, Vera Massey)
    3. Weapons Felony Firearm
        Condition - Adult:
            1. Adult Criminal Sentence, CONS TO MANS. CRD 244 08/05/2002, Active 08/05/2002
        State Confinement:
            Agency: Michigan Department of Corrections
            Effective 8/5/2002
            Term: 2 Yr 0 Mo 0 Days to 0 Yr 0 Mo 0 Days
    4. Homicide - Manslaughter - Statutory Short Form
        Condition - Adult:
            1. Adult Criminal Sentence, CONS TO FIREARM 08/05/2002, Active 08/05/2002
        State Confinement:
            Agency: Michigan Department of Corrections
            Effective 8/5/2002
            Term: 0 Yr 40 Mo 0 Days to 15 Yr 0 Mo 0 Days

**OTHER EVENTS AND HEARINGS**

06/22/2000 Recommendation for Warrant
06/22/2000 Warrant Signed

| Date | Event |
|---|---|
| 06/23/2000 | **Arraignment On Warrant** (9:00 AM) (Judicial Officer Costello, Robert K.) |
| | [Parties Present] |
| | Result: Held |
| 06/23/2000 | **Interim Condition for Craighead, Mark T** |
| | - Remand |
| 07/06/2000 | **Motion To Reduce Bond Filed/Granted** |
| 07/06/2000 | **Denied - Order Signed and Filed** |
| 07/06/2000 | **Bound Over** |
| 07/06/2000 | **Motion To Dismiss A Charge** |
| 07/06/2000 | **Filed** |
| 07/06/2000 | **Signed And Filed** |
| 07/06/2000 | **Trial Docket** |
| 07/06/2000 | **Filed** |
| 07/06/2000 | **Preliminary Exam** (9:00 AM) (Judicial Officer Wallace, Theodore C) |
| | [Parties Present] |
| | Result: Held: Bound Over |
| 07/11/2000 | **Case Assignment to AOI Docket** |
| 07/21/2000 | **Appearance By A Retained Attorney Filed** |
| 07/21/2000 | **Arraignment On Information** (9:00 AM) (Judicial Officer Hathaway, Richard P) |
| | [Parties Present] |
| | Result: Held |
| 07/21/2000 | **Disposition Conference** (9:05 AM) (Judicial Officer Hathaway, Richard P) |
| | [Parties Present] |
| | Result: Held |
| 07/21/2000 | **Interim Condition for Craighead, Mark T** |
| | - Remand |
| 08/17/2000 | **Motion To Reduce Bond Filed/Granted** |
| 08/17/2000 | **Filed** |
| 08/23/2000 | **Motion To Set Bond Filed/Signed** |
| 08/23/2000 | **Held In Abeyance** |
| 08/23/2000 | **Motion Hearing** (9:00 AM) (Judicial Officer Hathaway, Richard P) |
| | [Parties Present] |
| | Result: Held |
| 10/18/2000 | **Motion For Discovery Filed** |
| 10/18/2000 | **Filed** |
| 10/18/2000 | **Motion For A Walker Hearing (Confession)** |
| 10/18/2000 | **Filed** |
| 10/19/2000 | **Motion For A Walker Hearing (Confession)** |
| 10/19/2000 | **Filed** |
| 12/13/2000 | **Motion Hearing** (9:00 AM) (Judicial Officer Hathaway, Richard P) |
| | [Parties Present] |
| | Result: In Progress |
| 01/25/2001 | **Motion Hearing** (9:00 AM) (Judicial Officer Hathaway, Richard P) |
| | [Parties Present] |
| | Result: In Progress |
| 01/29/2001 | **Motion Hearing** (9:00 AM) (Judicial Officer Hathaway, Richard P) |
| | [Parties Present] |
| | Result: Adjourned:At The Request Of The Prosecution |
| 02/08/2001 | **Motion Hearing** (9:00 AM) (Judicial Officer Hathaway, Richard P) |
| | [Parties Present] |
| | Result: In Progress |
| 02/21/2001 | **Motion To Reduce Bond Filed/Granted** |
| 02/21/2001 | **Granted - Order Signed and Filed** |
| 02/21/2001 | **Motion To Suppress Statements** |
| 02/21/2001 | **Denied - Order Signed and Filed** |
| 02/21/2001 | **Motion Hearing** (9:00 AM) (Judicial Officer Hathaway, Richard P) |
| | [Parties Present] |
| | Result: Held |
| 02/21/2001 | **Interim Condition for Craighead, Mark T** |
| | - 10% |
| | $50,000.00 |
| 03/30/2001 | **Pre-Trial** (9:00 AM) (Judicial Officer Morrow, Bruce U.) |
| | [Parties Present] |
| | Result: Held |
| 06/28/2001 | **Motion Hearing** (9:00 AM) (Judicial Officer Hathaway, Richard P) |
| | [Parties Present] |
| | Result: Adjourned:At The Request Of The Court |
| 08/23/2001 | **Motion To Reconsider** |
| 08/23/2001 | **Heard And Denied** |
| 08/23/2001 | **Case Reassigned** |
| 08/23/2001 | **Signed And Filed** |
| 08/23/2001 | **Motion Hearing** (9:00 AM) (Judicial Officer Hathaway, Richard P) |
| | [Parties Present] |
| | Result: Held |
| 08/31/2001 | **Motion To Reinstate Bail Filed/Signed** |
| 08/31/2001 | **Granted - Order Signed and Filed** |
| 08/31/2001 | **Capias Arraignment** (9:00 AM) (Judicial Officer Hathaway, Michael M.) |

| Date | Event |
|---|---|
| | Parties Present |
| | Result: Defendant Arraigned On Failure to Appear |
| 08/31/2001 | **Pre-Trial** (9:05 AM) (Judicial Officer Hathaway, Michael M.) |
| | Parties Present |
| | Result: Failure to Appear |
| 08/31/2001 | **Arraignment on Failure to Appear - Pre Disposition** |
| 08/31/2001 | **Failure to Appear - Pre Disposition - Order Signed and Filed** |
| 09/04/2001 | **Final Conference** (9:00 AM) (Judicial Officer Hathaway, Michael M.) |
| | Parties Present |
| | Result: Held |
| 01/04/2002 | **Transcript** |
| 01/04/2002 | **Filed** |
| 02/14/2002 | **Original Blind Draw Judge** |
| 02/14/2002 | **Random Reassignment** |
| 02/26/2002 | **Appearance By A Retained Attorney Filed** |
| 02/26/2002 | **Final Conference** (9:00 AM) (Judicial Officer Jones, Vera Massey) |
| | Parties Present |
| | Result: Held |
| 05/03/2002 | **Notice Of Alibi** |
| 05/03/2002 | **Filed** |
| 06/17/2002 | **Jury Trial** (9:00 AM) (Judicial Officer Jones, Vera Massey) |
| | Parties Present |
| | Result: Adjourned:Court Working On Other Trial |
| 06/19/2002 | **Jury Trial** (9:00 AM) (Judicial Officer Jones, Vera Massey) |
| | Parties Present |
| | Result: In Progress |
| 06/20/2002 | **Jury Trial** (9:00 AM) (Judicial Officer Jones, Vera Massey) |
| | Parties Present |
| | Result: In Progress |
| 06/24/2002 | **Transcript** |
| 06/24/2002 | **Filed** |
| 06/24/2002 | **Jury Trial** (9:00 AM) (Judicial Officer Jones, Vera Massey) |
| | Parties Present |
| | Result: In Progress |
| 06/25/2002 | **Found Guilty By Jury** |
| 06/25/2002 | **Refer To Probation For A Report** |
| 06/25/2002 | **Jury Trial** (9:00 AM) (Judicial Officer Jones, Vera Massey) |
| | Parties Present |
| | Result: Held |
| 08/05/2002 | **Sentencing** (9:00 AM) (Judicial Officer Jones, Vera Massey) |
| | Parties Present |
| | Result: Held |
| 10/11/2002 | **Claim Of Appeal (Circuit)** |
| 10/11/2002 | **Filed** |
| 02/28/2003 | **Transcript Of Sentence** |
| 02/28/2003 | **Filed** |
| 02/28/2003 | **Transcript Of Trial** |
| 02/28/2003 | **Filed** |
| 02/04/2004 | **Motion To Require Production Of Certain Records** |
| 02/04/2004 | **Filed** |
| 02/04/2004 | **Brief Or Memorandum of Law** |
| 02/04/2004 | **Filed** |
| 02/13/2004 | **Motion Hearing** (9:00 AM) (Judicial Officer Jones, Vera Massey) |
| | Parties Present |
| | Result: Adjourned:At The Request Of The Court |
| 03/05/2004 | **Motion Hearing** (9:00 AM) (Judicial Officer Jones, Vera Massey) |
| | Parties Present |
| | Result: Adjourned:At The Request Of The Defense |
| 03/30/2004 | **Motion To Remove Appellate Counsel** |
| 03/30/2004 | **Granted - Order Signed and Filed** |
| 04/05/2004 | **Motion To Withdraw As Attorney** |
| 04/05/2004 | **Filed** |
| 04/16/2004 | *CANCELED* **Motion Hearing** (9:00 AM) (Judicial Officer Jones, Vera Massey) *Case Disposed/Order Previously Entered* |
| | Parties Present |
| | Result: Not Held And/Or Disposed |
| 05/05/2004 | **Appellate Counsel Appointed Signed and Filed** |
| 05/05/2004 | **Filed** |
| 05/13/2004 | **Transcript Of Sentence** |
| 05/13/2004 | **Filed** |
| 05/13/2004 | **Transcript Of Trial** |
| 05/13/2004 | **Filed** |
| 06/11/2004 | **Motion To Withdraw As Attorney** |
| 06/11/2004 | **Filed** |
| 06/15/2004 | **Appellate Counsel Appointed Signed and Filed** |
| 06/15/2004 | **Filed** |
| 06/28/2004 | **Appellate Counsel Appointed Signed and Filed** |

| Date | Entry |
|---|---|
| 06/28/2004 | **Filed** |
| 08/09/2004 | **Appellate Counsel Appointed Signed and Filed** |
| 08/09/2004 | **Filed** |
| 09/01/2004 | **Motion Transcript(S)** |
| 09/01/2004 | **Filed** |
| 09/01/2004 | **Transcript** |
| 09/01/2004 | **Filed** |
| 09/21/2004 | **Motion Transcript(S)** |
| 09/21/2004 | **Filed** |
| 09/28/2004 | **Motion Transcript(S)** |
| 09/28/2004 | **Filed** |
| 09/28/2004 | **Transcript** |
| 09/28/2004 | **Filed** |
| 11/18/2004 | **Motion To Set Appeal Bond** |
| 11/18/2004 | **Filed** |
| 11/18/2004 | **Brief Or Memorandum of Law** |
| 11/18/2004 | **Filed** |
| 11/18/2004 | **Motion For A New Trial** |
| 11/18/2004 | **Filed** |
| 11/20/2004 | **Transcript Of Pretrial** |
| 11/20/2004 | **Filed** |
| 12/09/2004 | **Prosecutors Reply** |
| 12/09/2004 | **Filed** |
| 12/17/2004 | **Motion Hearing** (9:00 AM) (Judicial Officer Jones, Vera Massey) |
|  | [Parties Present] |
|  | Result: In Progress |
| 01/10/2005 | **Supplemental Brief Filed** |
| 01/10/2005 | **Filed** |
| 05/17/2005 | **Motion For A New Trial** |
| 05/17/2005 | **Heard And Denied** |
| 05/17/2005 | **Motion Hearing** (9:00 AM) (Judicial Officer Jones, Vera Massey) |
|  | [Parties Present] |
|  | Result: Held |
| 06/02/2005 | **Motion Transcript(S)** |
| 06/02/2005 | **Filed** |
| 06/13/2005 | **Motion To Reconsider** |
| 06/13/2005 | **Filed** |
| 06/13/2005 | **Brief Or Memorandum of Law** |
| 06/13/2005 | **Filed** |
| 06/13/2005 | **Motion Transcript(S)** |
| 06/13/2005 | **Filed** |
| 06/27/2005 | **Motion To Reconsider** |
| 06/27/2005 | **Denied - Order Signed and Filed** |
| 06/27/2005 | **Motion For A New Trial** |
| 06/27/2005 | **Denied - Order Signed and Filed** |
| 12/22/2005 | **Appellate Court Decision; Affirms Lower Court** |
| 12/22/2005 | **Signed And Filed** |
| 02/02/2006 | **Application For Leave To Appeal (Circuit)** |
| 02/02/2006 | **Filed** |
| 07/03/2006 | **Application For Leave To Appeal (Circuit)** |
| 07/03/2006 | **Motion Withdrawn** |
| 05/02/2007 | **Application For Leave To Appeal (Circuit)** |
| 05/02/2007 | **Denied By The Supreme Court** |
| 12/28/2009 | **Motion For Relief From Judgment** |
| 12/28/2009 | **Filed** |
| 01/19/2010 | **Order Signed and Filed** (Judicial Officer: Jones, Vera Massey ) |
| 03/26/2010 | **Motion** |
| 04/09/2010 | **Motion Hearing** (9:00 AM) (Judicial Officer Jones, Vera Massey) |
|  | [Parties Present] |
|  | *03/30/2010 Reset by Court to 04/09/2010* |
|  | Result: Held |
| 04/09/2010 | **Motion For An Evidentiary Hearing** (Judicial Officer: Jones, Vera Massey ) |
| 06/30/2010 | **Evidentiary Hearing** (9:00 AM) (Judicial Officer Jones, Vera Massey) |
|  | [Parties Present] |
|  | Result: In Progress |
| 07/12/2010 | **Notice of Transcript Filed** |
| 07/14/2010 | **Evidentiary Hearing** (9:00 AM) (Judicial Officer Jones, Vera Massey) |
|  | [Parties Present] |
|  | Result: Held |
| 07/14/2010 | **Order Denying Motion for Relief from Judgment - S/F** (Judicial Officer: Jones, Vera Massey ) |
| 11/22/2011 | **Application For Leave To File A Delayed Appeal (Circuit)** |
| 01/31/2012 | **Transcript Filed** |
| 02/24/2020 | **Motion For Relief From Judgment** |
| 02/24/2020 | **Miscellaneous, Filed** |
| 02/24/2020 | **Miscellaneous, Filed** |
| 02/24/2020 | **Miscellaneous, Filed** |
| 02/24/2020 | **Miscellaneous, Filed** |
| 02/24/2020 | **Miscellaneous, Filed** |
| 02/24/2020 | **Miscellaneous, Filed** |
| 02/24/2020 | **Miscellaneous, Filed** |
| 02/24/2020 | **Miscellaneous, Filed** |

13-53846-tjt    Doc 13803-3    Filed 10/27/23    Entered 10/27/23 14:32:28    Page 5 of 6

| Date | Event |
|---|---|
| 02/24/2020 | **Miscellaneous, Filed** |
| 02/24/2020 | **Miscellaneous, Filed** |
| 02/24/2020 | **Miscellaneous, Filed** |
| 02/24/2020 | **Miscellaneous, Filed** |
| 02/24/2020 | **Miscellaneous, Filed** |
| 02/24/2020 | **Miscellaneous, Filed** |
| 02/24/2020 | **Proof of Service, Filed** |
| 02/24/2020 | **Brief Or Memorandum of Law** |
| 06/22/2020 | **Order Signed and Filed** (Judicial Officer: Walker, Shannon N.) |
| 07/30/2020 | **Heard And Granted - Order Signed and Filed** (Judicial Officer: Walker, Shannon N.) |
| 09/15/2020 | **Proof of Service, Filed** |
| 09/15/2020 | **People's Response (Answer) to Motion** |
| 09/28/2020 | **Post Conviction**  (9:00 AM) (Judicial Officer Walker, Shannon N.) |
| 09/29/2020 | **Brief Or Memorandum of Law** |
| 09/29/2020 | **Defense Exhibit(s)** |
| 09/29/2020 | **Defense Exhibit(s)** |
| 09/29/2020 | **Defense Exhibit(s)** |
| 09/29/2020 | **Defense Exhibit(s)** |
| 09/29/2020 | **Defense Exhibit(s)** |
| 09/29/2020 | **Defense Exhibit(s)** |
| 09/29/2020 | **Proof of Service, Filed** |
| 09/29/2020 | **Defense Exhibit(s)** |
| 02/04/2021 | **Order Granting Motion for Relief from Judgment - S/F** (Judicial Officer: Walker, Shannon N.) |
| 07/31/2021 | **Documents Prior to eFiling** |
| 07/27/2022 | **Motion to Dismiss** |
| 07/27/2022 | **Proof of Service, Filed** |
| 08/05/2022 | **Motion Hearing**  (9:00 AM) (Judicial Officer Walker, Shannon N.) |
|  | Parties Present |
|  | Result: Case Was Dismissed |
| 08/05/2022 | **Heard And Granted - Order Signed and Filed** (Judicial Officer: Walker, Shannon N.) |
| 11/18/2022 | **Motion** |
| 11/18/2022 | **Proof of Service, Filed** |
| 12/09/2022 | **Order Signed and Filed** (Judicial Officer: Walker, Shannon N.) |

**FINANCIAL INFORMATION**

|  | |  |
|---|---|---|
|  | **Defendant** Craighead, Mark T | |
|  | Total Financial Assessment | 60.00 |
|  | Total Payments and Credits | 60.00 |
|  | **Balance Due as of 09/25/2023** | **0.00** |
| 11/09/2009 | Transaction Assessment | 60.00 |
| 11/09/2009 | Counter Payment    Receipt # 2009-28881    Craighead, Mark T | (60.00) |