# Exhibit 6F - 2010 Appeal Docket

COA 301465
MSC 144415

PEOPLE OF MI V MARK T CRAIGHEAD
Lower Court/Tribunal
WAYNE CIRCUIT COURT
Judge(s)
JONES VERA MASSEY

Docket     Case Documents

# Case Information                                    ✕

## Case Header

Case Number

COA #301465     MSC #144415

Case Status

MSC     Closed

COA     Case Concluded; File Archived

## Parties & Attorneys to the Case – Court of Appeals

1

PEOPLE OF MI
Plaintiff - Appellee

Attorney(s)

WILLIAMS JASON W
#51503, Prosecutor

2

CRAIGHEAD MARK T
Defendant - Appellant

Attorney(s)

MCCORMACK BRIDGET M
#58537, Retained

# Parties & Attorneys to the Case – Supreme Court

### 1

## PEOPLE OF MI
Plaintiff

Attorney(s)

Jason W Williams Chief Of Appeals
#51503

---

### 2

## CRAIGHEAD MARK T
Defendant

Attorney(s)

Professor Imran Syed
#75415

---

**COLLAPSE ALL**    EXPAND ALL

---

| | | | |
|---|---|---|---|
| 12/06/2010 | 1 | Delayed App for Leave - Criminal | + |
| 07/14/2010 | 2 | Order Appealed From | + |
| 12/06/2010 | 4 | Motion: Waive Fees | + |
| 12/06/2010 | 5 | Transcript Filed By Party | + |
| 12/09/2010 | 6 | Defective Holding File Letter | + |
| 12/17/2010 | 7 | LCt Order | + |
| 05/26/2011 | 8 | Telephone Contact | + |
| 05/26/2011 | 9 | Answer - Application | + |
| 06/15/2011 | 18 | Motion: Reply to Answer | + |
| 06/15/2011 | 30 | Reply to Answer - Panel Grtd Mot to File | + |
| 06/21/2011 | 13 | Submitted on Administrative Motion Docket | + |
| 06/22/2011 | 14 | Order: Waive Fees - Grant | + |
| 06/22/2011 | 15 | Telephone Contact | + |
| 06/22/2011 | 16 | Telephone Contact | + |

| | | | |
|---|---|---|---|
| 06/23/2011 | 17 | Telephone Contact | + |
| 06/23/2011 | 19 | Pleadings Returned | + |
| 06/28/2011 | 20 | Correspondence Sent | + |
| 11/10/2011 | 23 | Correspondence Received | + |
| 11/21/2011 | 28 | Submitted on Special Motion Docket | + |
| 11/22/2011 | 29 | Order: Application - Deny - Delayed App for Leave | + |
| 01/12/2012 | 31 | Application for Leave to SCt | + |
| 01/25/2012 | 32 | Supreme Court - File Sent To | + |
| 01/27/2012 | 33 | COA and TCt Received | + |
| 02/08/2012 | 34 | Supreme Court: Answer - SCt Application/Complaint | + |
| 02/23/2012 | 35 | Supreme Court: Reply - SCt Application/Complaint | + |
| 10/05/2012 | 36 | Supreme Court Order: Deny Application/Complaint | + |
| 10/15/2012 | 37 | Supreme Court - File Ret'd by - Close Out | + |
| 10/26/2012 | 38 | Supreme Court Motion: Reconsideration | + |
| 12/11/2012 | 39 | Supreme Court: SCt Correspondence Received | + |
| 01/25/2013 | 40 | Supreme Court Order: Reconsideration - Deny | + |
| 10/20/2023 | 42 | Copy Request Fulfilled | + |