**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 13-53846 |
| City of Detroit, Michigan, | Judge Thomas J. Tucker |
| Debtor. | Chapter 9 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE** that the undersigned appears as counsel to City of Detroit, Michigan, in this bankruptcy matter, and requests that copies of all notices, pleadings and other papers served or required to be served in this case also be served, electronically or otherwise, on:

Megan R.I. Baxter
Miller, Canfield, Paddock & Stone, PLC
150 W. Jefferson Avenue, Suite 2500
Detroit, MI 48226
Phone: 313.496.8459
Fax: 313.496.8453
Email: baxter@millercanfield.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notice of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email, telegraph, telex or otherwise or made with regard to the referenced case and proceedings herein.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Megan R.I. Baxter
    Megan R.I. Baxter (P81945)
    150 W. Jefferson Avenue, Suite 2500
    Detroit, MI 48226
    Telephone: 313-496-8459
    Fax: 313-496-8452
    baxter@millercanfield.com

Dated: October 30, 2023