# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 13-53846 |
| CITY OF DETROIT, MICHIGAN | Chapter 9 |
| Debtor. | Hon. Thomas J. Tucker |
| _____ / | |

## NOTICE OF APPEAL

**Part 1: Identify the appellant**

1. **Name of appellant:** The appellant is the Police and Fire Retirement System of the City of Detroit, Michigan ("PFRS").

2. **Position of appellant in the adversary proceeding or bankruptcy case that is the subject of this appeal:** PFRS is a debtor in the bankruptcy case.

**Part 2: Identify the subject of this appeal**

1. **Describe the judgment—or the appealable order or decree—from which the appeal is taken:**

    Opinion Regarding the City of Detroit's Motion to Enforce the Plan of Adjustment Against the Police and Fire Retirement System Pension Plan (Docket # 13602) (Exhibit 1)

    Opinion Regarding the Motion for Reconsideration, and to Alter or Amend Judgment, Filed by the Police and Fire Retirement System (Docket # 13707) (Exhibit 2)

1

2. **State the date on which the judgment—or the appealable order or decree—was entered:**

Opinion on the City's Motion to Enforce Plan (Docket # 13602) Entered by the Bankruptcy Court on <u>June 26, 2023 under Docket # 13704.</u>

Opinion on PFRS' Motion for Reconsideration (Docket # 13707) Entered by the Bankruptcy Court on November 22, 2023 under Docket # 13831.

## Part 3: Identify the other parties to the appeal

**List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys:**

1. Party: <u>City of Detroit</u>   Attorney: <u>Marc N. Swanson</u>
   <u>Charles Raimi</u>

2. Party: <u>PFRS</u>   Attorney: <u>Ronald A. King</u>
   <u>Jennifer K. Green</u>
   <u>William C. Price</u>

## Part 4: Optional election to have appeal heard by District Court

The United States District Court for the E.D. of Michigan will hear this bankruptcy appeal because a Bankruptcy Appellate Panel is not available in this judicial district.

## Part 5: Sign below

<u>/s/Ronald A. King</u>   <u>December 5, 2023</u>
Ronald A. King   Date
Clark Hill PLC
212 S. Washington Square, Suite 200
Lansing, MI 48933
(517)318-3015
Attorneys for Appellant PFRS