Form designat

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **13−53846−tjt**

In Re: (NAME OF DEBTOR(S))

City of Detroit, Michigan

_____/

**NOTICE OF REQUIREMENT TO FILE DESIGNATION**

**NOTICE IS HEREBY GIVEN** that an appeal was filed on **12/06/2023** from an order entered by Judge **Thomas J. Tucker** on **6/26/2023 and 11/22/2023** .

Pursuant to Bankruptcy Rule 8009, within 14 days after the filing of the notice of appeal, entry of an order granting leave to appeal, or entry of an order disposing of the last timely motion outstanding of a type specified in Rule 8002(b), whichever is later, the appellant shall file **with the Clerk of the Bankruptcy Court** and serve on the appellee a designation of the items to be included in the record on appeal and a statement of issues to be presented.

Within 14 days after the service of the appellant's statement, the appellee may file and serve on the appellant a designation of additional items to be included in the record on appeal.

If the record designated by any party includes a transcript of any proceeding or a part thereof, the party shall immediately file with the Clerk of the Bankruptcy Court a transcript request on the order form available on the Clerk's Office web site.

Any party filing a designation of the items to be included in the record shall provide to the clerk a copy of the items designated. If the party fails to provide the copies, the Clerk of the Bankruptcy Court shall prepare copies of the designated items at the party's expense.

Failure to comply with the filing of the designation of record and the statement of issues in the time prescribed by the rules and failure to comply with the transcript requirements may result in the dismissal of this appeal by the District Court.

Dated: 12/7/23

BY THE COURT

Todd M. Stickle , Clerk of Court
UNITED STATES BANKRUPTCY COURT