UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: City of Detroit, Michigan, Debtor. | Bankruptcy Case No. 13-53846 Judge Thomas J. Tucker Chapter 9 |
|---|---|

**STIPULATION FOR ENTRY OF AN ORDER WITHDRAWING WITHOUT PREJUDICE THE CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE BAR DATE ORDER AND CONFIRMATION ORDER AGAINST MARK CRAIGHEAD**

The City of Detroit and Mark Craighead, by and through their undersigned attorneys, state as follows:

The City of Detroit filed its *City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Mark Craighead* (Doc. No. 13803) ("Motion") on October 27, 2023. Craighead filed his response (Doc. No. 13824) on November 20, 2023, and the City filed a reply in support (Doc. No. 13860) on December 11, 2023.

In the District Court, the City filed *The City of Detroit's Motion to (A) Dismiss in Lieu of an Answer, and (B) Stay Lawsuit Until Bankruptcy Court Enters a Final Order on the City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Mark Craighead* (the "District Court Motion") (Case No. 23-12243, Doc. No. 17) on October 27, 2023. Craighead filed

his response (Case No. 23-12243, Doc. No. 22) on November 20, 2023, and the City filed a reply in support (Case No. 23-12243, Doc. No. 30) on December 11, 2023.

On January 24, 2024, the City and Craighead agreed to a *Stipulated Order Regarding Proceedings Related to City of Detroit's Motion to Dismiss* ("District Court Stipulation") to be filed in the District Court. However, the District Court Stipulation does not take effect until and unless this Court approves this Stipulation, and will not be filed until and unless the Court approves this Stipulation and enters the attached proposed Order. The District Court Stipulation agrees that the City has filed this Stipulation to withdraw its Motion without prejudice in this Court, and that the City will not pursue its arguments under the Bar Date Order and the Plan of Adjustment (as those terms are described in the Motion) with respect to its District Court Motion. A copy of the District Court Stipulation is attached as **Exhibit 2**.

Accordingly, the City and Craighead respectfully stipulate to, and ask the Court to enter, the Order attached as **Exhibit 1**.

Stipulated on January 24, 2024:

By: /s/ Russell Ainsworth

Rachel Brady
Russell Ainsworth
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
Attorneys for Mark Craighead
brady@loevy.com

By: /s/ Marc N. Swanson
    Marc N. Swanson P71149
    Miller Canfield Paddock and Stone PLC
    150 West Jefferson, Suite 2500
    Detroit, Michigan 48226
    Attorney for City of Detroit, Michigan
    swansonm@millercanfield.com

**EXHIBIT 1**

UNITED STATES BANKRUTPCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In re: City of Detroit, Michigan, Debtor. | Bankruptcy Case No. 13-53846 Judge Thomas J. Tucker Chapter 9 |
| --- | --- |

**ORDER WITHDRAWING WITHOUT PREJUDICE THE CITY OF DETROIT'S MOTION FOR THE ENTRY OF AN ORDER ENFORCING THE BAR DATE ORDER AND CONFIRMATION ORDER AGAINST MARK CRAIGHEAD**

Upon the Stipulation of the City of Detroit and Mark Craighead; and the Court finding good cause for the entry of this Order,

**IT IS HEREBY ORDERED** that the Stipulation is approved and that the *City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Mark Craighead*, filed at Docket Number 13803, is withdrawn without prejudice.

**EXHIBIT 2**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| Mark Craighead,<br>Plaintiff,<br>v.<br>City of Detroit, Former Investigator Barbara Simon, Former Investigator James Fisher, Former Lieutenant Bob Jackson, Polygraph Operator Andrew Sims, and Other as-of-yet Unknown Employees of the City of Detroit,<br>Defendants. | Civil Action No. 23-12243<br><br>Judge Judith E. Levy<br>Magistrate Judge Curtis Ivy, Jr. |
|---|---|

**STIPULATED ORDER REGARDING PROCEEDINGS RELATED TO CITY OF DETROIT'S MOTION TO DISMISS**

**UPON STIPULATION** of Plaintiff Mark Craighead and Defendant City of Detroit, by and through their attorneys, and the Court being fully advised in the premises, as follows:

In this Court, the City filed its *Motion to (A) Dismiss in Lieu of an Answer, and (B) Stay Lawsuit Until Bankruptcy Court Enters a Final Order on the City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Mark Craighead* (the "Motion") (ECF No. 17) on October 27, 2023. Craighead filed his response (ECF No. 22) on November 20, 2023, and the City filed a reply in support (ECF No. 30) on December 11, 2023.

41636851.2/022765.00213

In the Bankruptcy Court for the Eastern District of Michigan, on October 27, 2023, the City filed *The City of Detroit's Motion for the Entry of an Order Enforcing the Bar Date Order and Confirmation Order Against Mark Craighead* (the "Bankruptcy Court Motion") (Case No. 13-53846, ECF No. 13803). Craighead filed a response (Case No. 13-53846, ECF No. 13824) on November 20, 2023, and the City filed a reply in support (Case No. 13-53846, ECF No. 13860) on December 11, 2023.

In the Bankruptcy Court Motion, the City argued that any claim Craighead might have against the City was (1) barred by an order entered in the City's bankruptcy case requiring claims to be filed by a deadline in 2014 or be forever barred (the "Bar Date Order") and (2) barred and discharged by the City's confirmed Plan of Adjustment. The City made essentially the same argument in its Motion in this Court, along with additional arguments for relief.

The City and Craighead have conferred. The City and Craighead have filed a stipulation in the Bankruptcy Court to withdraw the Bankruptcy Court Motion without prejudice. The Bankruptcy Court entered an order approving the stipulation.

The City has agreed that, although it does not waive its arguments that this lawsuit should be dismissed because Plaintiff's claims were discharged and barred by the Bar Date Order and the Plan of Adjustment (as such terms are defined in the Motion), it will no longer pursue those arguments with respect to its Motion. The

City also will no longer pursue the argument it made in its Motion that this lawsuit should be stayed pending determination of the Bankruptcy Court Motion. The City does intend to pursue all other arguments that it made in the Motion.

However, the City and Craighead agree that, should the Bankruptcy Court enter an order determining that Craighead's claims were barred, discharged, estopped, or enjoined by the Plan of Adjustment or the Bar Date Order, Craighead agrees that this Stipulation and Stipulated Order will not act as a release, defense, or bar to such Bankruptcy Court order.

Stipulated on January [**], 2024:

By: /s/ *Marc N. Swanson*
Marc N. Swanson P71149
Miller, Canfield, Paddock & Stone, PLC
Attorney for City of Detroit, Mich.
swansonm@millercanfield.com

By: /s/ Russell Ainsworth (w/perm)
Rachel Brady
Russell Ainsworth
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
Attorneys for Mark Craighead
brady@loevy.com

**IT IS HEREBY ORDERED** that the above Stipulation is approved and binding upon the City of Detroit and Mark Craighead.

Date: January ____, 2024

____________________________
JUDITH E. LEVY
United States District Judge