UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>City of Detroit, Michigan,<br>Debtor. | Case No. 13-53846<br>Judge Thomas J. Tucker<br>Chapter 9 |

**ORDER GRANTING CITY OF DETROIT'S MOTION FOR AUTHORITY TO MODIFY THE CONFIRMED PLAN OF ADJUSTMENT WITH RESPECT TO THE COMBINED PLANS FOR THE POLICE AND FIRE RETIREMENT SYSTEM AND THE GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT TO PERMIT A SUPPLEMENTAL ONE-TIME PAYMENT TO RETIREES**

This case is before the Court on the motion entitled "City of Detroit's Motion for Authority to Modify the Confirmed Plan of Adjustment with Respect to the Combined Plans for the Police and Fire Retirement System and the General Retirement System of the City of Detroit to Permit a Supplemental One-Time Payment to Retirees" (Docket # 13933, the "Motion").[1] The Court has jurisdiction over the Motion under 28 U.S.C. §§ 157 and 1334 and Article VII of the Plan; and due and proper notice of the Motion was given. No other or further notice of the Motion need be given. No timely objections to the Motion were filed. The Court

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Motion.

finds that the legal and factual basis set forth in the Motion establishes just cause for the relief granted. The Court finds good cause to enter this Order.

**IT IS ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The City is authorized to amend Component II of the Combined PFRS Plan to add a provision which is substantially similar to the following:

### Part M – 2025 Supplemental Distributions

**Sec. F-31. 2025 Additional Distribution**

Notwithstanding any other provision of this Component II of the Retirement System, including without limitation, sections 1.18(2) and 14.1(3) of Component I (made applicable to Component II by section A-1(a) and (d) of Component II), the Retirement System and the Trustees charged with management of the System are authorized, in calendar year 2025, to make one additional payment to each Retiree and Beneficiary who was receiving benefits as of the first of the month prior to date on which the distribution is processed in an amount equal to five million dollars, divided equally by the number of Retirees and Beneficiaries eligible to receive such a distribution. The supplemental distributions authorized by this Section shall be funded by a separate 2025 appropriation and contribution to the Retirement System by the City in addition to the amounts the City is otherwise required to fund by this Component II.

3. The City is authorized to amend Component II of the Combined GRS Plan to add a provision which is substantially similar to the following:

**Sec. E-20. 2025 Additional Distribution**

Notwithstanding any other provision of this Component II of the Retirement System, including without limitation, sections 1.16(2) and 13.1(3) of Component I (made applicable to Component II by section

A-1(a) and (d) of Component II) and section E-16(a) of this Component II, the Retirement System and the Trustees charged with management of the System are authorized, in calendar year 2025, to make one additional payment to each Retiree and Beneficiary who was receiving benefits as of the first of the month prior to date on which the distribution is processed in an amount equal to five million dollars, divided equally by the number of Retirees and Beneficiaries eligible to receive such a distribution. The supplemental distributions authorized by this Section shall be funded by a separate 2025 appropriation and contribution to the Retirement System by the City in addition to the amounts the City is otherwise required to fund by this Component II.

4. Nothing in this Order is intended to constitute, will constitute, or may be deemed as constituting, the City's consent under section 904 of the Bankruptcy Code to this Court's interference with (a) any of the political or governmental powers of the City, (b) any of the property or revenues of the City or (c) the City's use or enjoyment of any income-producing property.

5. The Court retains jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Signed on March 6, 2025**



/s/ Thomas J. Tucker
_____
Thomas J. Tucker
United States Bankruptcy Judge